UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |

## NOTICE OF APPEAL

Notice is hereby given that the City of New York; AMEC Construction Management, Inc.; AMEC Earth and Environmental, Inc.; Lend Lease (US) Construction LMB Inc.; Evergreen Recycling of Corona (E.R.O.C.); Plaza Construction Corp.; Tully Construction Co. Inc.; Turner Construction Company; and Turner/Plaza, a Joint Venture, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on July 23, 2012 (Dkt. No. 2860) pursuant to the Order and Opinion entered in this action on July 13, 2012 (Dkt. No. 2858).

Dated: July 24, 2012

James E. Tyrrell, Jr.
PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York 10036
—and—
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
973.848.5600

*Counsel for the City of New York; AMEC Construction Management, Inc.; AMEC Earth and Environmental, Inc.; Lend Lease (US) Construction LMB Inc.; Evergreen Recycling of Corona (E.R.O.C.); Plaza Construction Corp.; Tully Construction Co. Inc.; Turner Construction Company; and Turner/Plaza, a Joint Venture*

STAYED, APPEAL, ECF, MEMBER

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21−mc−00100−AKH

In Re: World Trade Center Disaster Site Litigation
Assigned to: Judge Alvin K. Hellerstein
Demand: $0
Member case: (View Member Case)
Related Cases: 1:06−cv−01116−AKH
1:06−cv−00646−AKH
1:06−cv−00645−AKH
1:06−cv−00735−AKH
1:06−cv−00736−AKH
1:06−cv−00816−AKH
1:06−cv−00817−AKH
1:06−cv−00819−AKH
1:06−cv−00820−AKH
1:06−cv−00821−AKH
1:06−cv−04425−AKH
1:06−cv−00995−AKH
1:06−cv−01100−AKH
1:06−cv−01102−AKH
1:06−cv−01029−AKH
1:06−cv−01029−AKH
1:06−cv−01031−AKH
1:06−cv−01031−AKH
1:06−cv−01032−AKH
1:06−cv−01122−AKH
1:06−cv−01121−AKH
1:06−cv−01120−AKH
1:06−cv−01119−AKH
1:06−cv−01117−AKH
1:06−cv−01118−AKH
1:06−cv−01340−AKH
1:06−cv−01511−AKH
1:06−cv−01647−AKH
1:06−cv−01648−AKH
1:06−cv−01650−AKH
1:06−cv−01652−AKH
1:06−cv−01667−AKH
1:06−cv−01669−AKH
1:06−cv−01671−AKH
1:06−cv−01671−AKH
1:06−cv−01657−AKH
1:06−cv−01656−AKH
1:06−cv−01668−AKH
1:06−cv−01670−AKH
1:06−cv−01672−AKH
1:06−cv−01673−AKH
1:06−cv−01661−AKH
1:06−cv−01658−AKH

Date Filed: 02/13/2003
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

1:06–cv–01659–AKH
1:06–cv–01660–AKH
1:06–cv–01662–AKH
1:06–cv–01674–AKH
1:06–cv–01676–AKH
1:06–cv–01890–AKH
1:06–cv–01892–AKH
1:06–cv–01893–AKH
1:06–cv–01893–AKH
1:06–cv–01891–AKH
1:06–cv–01894–AKH
1:06–cv–01955–AKH
1:06–cv–01954–AKH
1:04–cv–08095–AKH
1:06–cv–02080–AKH
1:06–cv–02086–AKH
1:06–cv–02221–AKH
1:06–cv–02218–AKH
1:06–cv–02219–AKH
1:06–cv–02216–AKH
1:06–cv–02216–AKH
1:06–cv–02217–AKH
1:06–cv–02217–AKH
1:06–cv–02252–AKH
1:06–cv–02285–AKH
1:06–cv–02287–AKH
1:06–cv–02378–AKH
1:06–cv–02397–AKH
1:06–cv–02397–AKH
1:06–cv–02529–AKH
1:06–cv–02526–AKH
1:06–cv–02524–AKH
1:06–cv–02523–AKH
1:06–cv–02525–AKH
1:06–cv–02521–AKH
1:05–cv–08653–AKH
1:06–cv–02698–AKH
1:06–cv–02699–AKH
1:06–cv–02700–AKH
1:04–cv–08281–AKH
1:06–cv–02815–AKH
1:06–cv–02815–AKH
1:06–cv–02816–AKH
1:06–cv–02816–AKH
1:06–cv–02818–AKH
1:06–cv–02818–AKH
1:06–cv–02889–AKH
1:06–cv–02888–AKH
1:06–cv–02887–AKH
1:06–cv–02886–AKH
1:06–cv–02885–AKH
1:06–cv–02883–AKH

1:06–cv–02882–AKH
1:06–cv–02881–AKH
1:06–cv–02817–AKH
1:06–cv–02960–AKH
1:06–cv–02959–AKH
1:06–cv–02961–AKH
1:06–cv–03230–AKH
1:06–cv–03231–AKH
1:06–cv–03232–AKH
1:06–cv–03234–AKH
1:06–cv–03236–AKH
1:06–cv–03237–AKH
1:06–cv–03299–AKH
1:06–cv–03312–AKH
1:06–cv–03315–AKH
1:06–cv–03313–AKH
1:06–cv–03313–AKH
1:06–cv–03314–AKH
1:06–cv–03314–AKH
1:06–cv–03316–AKH
1:06–cv–03316–AKH
1:06–cv–03317–AKH
1:06–cv–03317–AKH
1:06–cv–03313–AKH
1:06–cv–03310–AKH
1:06–cv–03309–AKH
1:06–cv–03311–AKH
1:06–cv–03416–AKH
1:06–cv–03417–AKH
1:06–cv–03418–AKH
1:06–cv–03421–AKH
1:06–cv–03845–AKH
1:06–cv–03847–AKH
1:06–cv–03849–AKH
1:06–cv–03874–AKH
1:06–cv–03875–AKH
1:06–cv–03879–AKH
1:06–cv–03848–AKH
1:06–cv–03850–AKH
1:06–cv–03876–AKH
1:06–cv–03878–AKH
1:06–cv–03880–AKH
1:06–cv–03900–AKH
1:06–cv–04042–AKH
1:06–cv–04043–AKH
1:06–cv–04044–AKH
1:06–cv–04046–AKH
1:06–cv–04105–AKH
1:06–cv–04104–AKH
1:04–cv–08282–AKH
1:04–cv–08301–AKH
1:04–cv–08283–AKH

1:04–cv–08300–AKH
1:04–cv–08302–AKH
1:04–cv–08303–AKH
1:06–cv–04377–AKH
1:06–cv–04377–AKH
1:06–cv–04378–AKH
1:06–cv–04379–AKH
1:06–cv–04381–AKH
1:06–cv–04408–AKH
1:06–cv–04380–AKH
1:06–cv–04382–AKH
1:06–cv–04383–AKH
1:06–cv–04407–AKH
1:06–cv–04375–AKH
1:06–cv–04736–AKH
1:06–cv–04737–AKH
1:06–cv–04738–AKH
1:06–cv–04740–AKH
1:06–cv–04741–AKH
1:06–cv–04742–AKH
1:06–cv–04743–AKH
1:06–cv–04744–AKH
1:06–cv–04745–AKH
1:06–cv–04746–AKH
1:06–cv–04704–AKH
1:06–cv–03873–AKH
1:06–cv–05028–AKH
1:06–cv–05090–AKH
1:06–cv–09495–AKH
1:06–cv–09496–AKH
1:10–cv–00834–AKH
1:06–cv–05278–AKH
1:06–cv–05786–AKH
1:06–cv–05539–AKH
1:06–cv–05637–AKH
1:06–cv–05632–AKH
1:06–cv–05633–AKH
1:06–cv–05631–AKH
1:06–cv–05827–AKH
1:06–cv–05828–AKH
1:06–cv–05829–AKH
1:06–cv–05830–AKH
1:06–cv–05831–AKH
1:06–cv–05832–AKH
1:06–cv–05833–AKH
1:06–cv–05834–AKH
1:06–cv–05835–AKH
1:06–cv–05836–AKH
1:06–cv–05837–AKH
1:06–cv–05838–AKH
1:06–cv–01588–AKH
1:06–cv–06017–AKH

1:06–cv–06017–AKH
1:06–cv–06016–AKH
1:06–cv–06019–AKH
1:06–cv–06020–AKH
1:06–cv–06229–AKH
1:06–cv–06230–AKH
1:06–cv–06231–AKH
1:06–cv–06232–AKH
1:06–cv–12713–AKH
1:06–cv–06234–AKH
1:06–cv–06360–AKH
1:04–cv–09845–AKH
1:05–cv–01655–AKH
1:03–cv–02621–AKH
1:03–cv–02622–AKH
1:03–cv–04064–AKH
1:06–cv–09497–AKH
1:03–cv–05052–AKH
1:03–cv–02104–AKH
1:06–cv–06396–AKH
1:06–cv–06714–AKH
1:06–cv–06719–AKH
1:06–cv–06720–AKH
1:06–cv–06723–AKH
1:06–cv–06721–AKH
1:06–cv–06750–AKH
1:06–cv–12714–AKH
1:03–cv–08577–AKH
1:03–cv–08448–AKH
1:05–cv–01656–AKH
1:03–cv–00007–AKH
1:06–cv–06725–AKH
1:06–cv–06726–AKH
1:06–cv–06722–AKH
1:06–cv–06724–AKH
1:06–cv–06727–AKH
1:06–cv–06728–AKH
1:06–cv–06715–AKH
1:06–cv–06716–AKH
1:06–cv–06717–AKH
1:06–cv–06718–AKH
1:06–cv–06729–AKH
1:06–cv–06730–AKH
1:06–cv–06731–AKH
1:06–cv–06732–AKH
1:06–cv–06733–AKH
1:06–cv–06735–AKH
1:06–cv–06736–AKH
1:06–cv–06737–AKH
1:06–cv–06738–AKH
1:06–cv–06739–AKH
1:06–cv–06740–AKH

1:06–cv–06741–AKH
1:06–cv–06742–AKH
1:06–cv–06743–AKH
1:06–cv–06744–AKH
1:06–cv–06745–AKH
1:06–cv–06746–AKH
1:06–cv–06747–AKH
1:06–cv–06748–AKH
1:06–cv–06749–AKH
1:06–cv–06751–AKH
1:06–cv–06752–AKH
1:06–cv–06753–AKH
1:06–cv–06754–AKH
1:06–cv–06755–AKH
1:06–cv–06756–AKH
1:06–cv–06757–AKH
1:06–cv–06759–AKH
1:06–cv–06760–AKH
1:06–cv–06761–AKH
1:06–cv–06762–AKH
1:06–cv–06763–AKH
1:06–cv–06764–AKH
1:06–cv–06765–AKH
1:06–cv–06766–AKH
1:06–cv–06767–AKH
1:06–cv–06768–AKH
1:06–cv–06769–AKH
1:06–cv–06770–AKH
1:06–cv–06771–AKH
1:06–cv–06772–AKH
1:06–cv–06775–AKH
1:06–cv–06778–AKH
1:06–cv–06777–AKH
1:06–cv–09498–AKH
1:06–cv–06773–AKH
1:06–cv–06774–AKH
1:06–cv–06779–AKH
1:06–cv–06780–AKH
1:06–cv–06781–AKH
1:06–cv–06782–AKH
1:06–cv–06783–AKH
1:06–cv–06784–AKH
1:06–cv–06785–AKH
1:06–cv–06786–AKH
1:06–cv–06787–AKH
1:06–cv–06788–AKH
1:06–cv–06789–AKH
1:06–cv–06790–AKH
1:06–cv–06794–AKH
1:06–cv–06791–AKH
1:06–cv–06792–AKH
1:06–cv–06793–AKH

1:06–cv–14844–AKH
1:06–cv–06795–AKH
1:06–cv–06796–AKH
1:06–cv–06798–AKH
1:06–cv–06799–AKH
1:06–cv–06800–AKH
1:06–cv–06801–AKH
1:06–cv–06802–AKH
1:06–cv–06803–AKH
1:06–cv–06804–AKH
1:06–cv–06805–AKH
1:04–cv–00491–AKH
1:06–cv–06806–AKH
1:06–cv–06807–AKH
1:06–cv–06808–AKH
1:06–cv–06809–AKH
1:06–cv–06810–AKH
1:06–cv–06811–AKH
1:06–cv–06812–AKH
1:06–cv–06813–AKH
1:06–cv–07046–AKH
1:06–cv–07048–AKH
1:06–cv–07047–AKH
1:06–cv–07049–AKH
1:06–cv–07051–AKH
1:06–cv–07045–AKH
1:06–cv–07044–AKH
1:04–cv–01123–AKH
1:06–cv–07050–AKH
1:06–cv–06912–AKH
1:06–cv–06913–AKH
1:06–cv–06914–AKH
1:06–cv–06915–AKH
1:06–cv–06916–AKH
1:06–cv–06917–AKH
1:06–cv–06918–AKH
1:06–cv–06919–AKH
1:05–cv–07291–AKH
1:06–cv–06920–AKH
1:06–cv–06921–AKH
1:06–cv–07127–AKH
1:06–cv–07128–AKH
1:06–cv–07129–AKH
1:06–cv–07130–AKH
1:06–cv–07219–AKH
1:06–cv–07213–AKH
1:06–cv–07214–AKH
1:06–cv–07215–AKH
1:06–cv–07216–AKH
1:06–cv–07217–AKH
1:06–cv–07218–AKH
1:06–cv–07232–AKH

1:06–cv–07233–AKH
1:06–cv–07231–AKH
1:06–cv–07234–AKH
1:06–cv–07235–AKH
1:06–cv–07236–AKH
1:06–cv–07237–AKH
1:06–cv–07238–AKH
1:06–cv–07239–AKH
1:06–cv–07240–AKH
1:06–cv–07241–AKH
1:06–cv–07242–AKH
1:06–cv–07243–AKH
1:06–cv–07244–AKH
1:06–cv–07245–AKH
1:06–cv–07246–AKH
1:06–cv–07247–AKH
1:06–cv–07250–AKH
1:06–cv–07248–AKH
1:06–cv–07249–AKH
1:06–cv–07251–AKH
1:06–cv–07252–AKH
1:06–cv–07253–AKH
1:06–cv–07259–AKH
1:06–cv–07255–AKH
1:06–cv–07256–AKH
1:06–cv–07257–AKH
1:06–cv–07258–AKH
1:06–cv–07260–AKH
1:06–cv–07261–AKH
1:06–cv–07262–AKH
1:06–cv–07263–AKH
1:06–cv–07264–AKH
1:06–cv–07265–AKH
1:06–cv–07266–AKH
1:06–cv–07267–AKH
1:06–cv–07268–AKH
1:06–cv–07269–AKH
1:06–cv–07270–AKH
1:06–cv–07272–AKH
1:06–cv–07273–AKH
1:06–cv–07274–AKH
1:06–cv–07275–AKH
1:06–cv–07276–AKH
1:06–cv–07277–AKH
1:06–cv–07281–AKH
1:06–cv–07279–AKH
1:06–cv–07278–AKH
1:06–cv–07280–AKH
1:06–cv–07283–AKH
1:06–cv–07284–AKH
1:06–cv–07285–AKH
1:06–cv–07282–AKH

1:06–cv–07286–AKH
1:06–cv–07287–AKH
1:06–cv–07288–AKH
1:06–cv–07289–AKH
1:06–cv–07290–AKH
1:06–cv–07291–AKH
1:06–cv–07292–AKH
1:06–cv–07293–AKH
1:06–cv–07294–AKH
1:06–cv–07295–AKH
1:06–cv–07296–AKH
1:06–cv–07297–AKH
1:06–cv–07298–AKH
1:06–cv–07299–AKH
1:06–cv–07300–AKH
1:06–cv–07301–AKH
1:06–cv–08989–AKH
1:06–cv–07302–AKH
1:06–cv–07303–AKH
1:06–cv–07305–AKH
1:06–cv–07306–AKH
1:06–cv–07307–AKH
1:06–cv–07308–AKH
1:06–cv–07309–AKH
1:06–cv–07311–AKH
1:06–cv–07310–AKH
1:06–cv–07312–AKH
1:06–cv–07313–AKH
1:06–cv–07314–AKH
1:06–cv–07315–AKH
1:06–cv–07316–AKH
1:09–cv–10481–AKH
1:06–cv–07317–AKH
1:06–cv–07318–AKH
1:06–cv–07319–AKH
1:06–cv–07320–AKH
1:06–cv–07321–AKH
1:06–cv–07322–AKH
1:06–cv–07323–AKH
1:06–cv–07324–AKH
1:06–cv–07325–AKH
1:06–cv–07650–AKH
1:06–cv–07326–AKH
1:06–cv–07327–AKH
1:06–cv–07328–AKH
1:06–cv–07329–AKH
1:06–cv–07330–AKH
1:06–cv–07331–AKH
1:06–cv–07332–AKH
1:06–cv–07333–AKH
1:06–cv–07334–AKH
1:06–cv–07335–AKH

1:06–cv–07336–AKH
1:06–cv–07337–AKH
1:06–cv–07338–AKH
1:06–cv–07220–AKH
1:06–cv–07225–AKH
1:06–cv–07221–AKH
1:06–cv–07222–AKH
1:06–cv–07223–AKH
1:06–cv–07224–AKH
1:06–cv–07227–AKH
1:06–cv–07653–AKH
1:06–cv–07228–AKH
1:06–cv–07226–AKH
1:06–cv–07229–AKH
1:06–cv–07230–AKH
1:06–cv–07339–AKH
1:06–cv–07340–AKH
1:06–cv–07341–AKH
1:06–cv–07342–AKH
1:06–cv–07343–AKH
1:06–cv–07344–AKH
1:06–cv–07345–AKH
1:05–cv–00118–AKH
1:06–cv–07346–AKH
1:06–cv–07347–AKH
1:05–cv–00410–AKH
1:06–cv–07348–AKH
1:06–cv–07349–AKH
1:06–cv–07350–AKH
1:06–cv–07351–AKH
1:06–cv–07352–AKH
1:06–cv–07353–AKH
1:06–cv–07354–AKH
1:06–cv–07356–AKH
1:06–cv–07355–AKH
1:06–cv–07357–AKH
1:06–cv–07358–AKH
1:06–cv–07359–AKH
1:06–cv–07360–AKH
1:06–cv–07361–AKH
1:06–cv–07362–AKH
1:05–cv–00422–AKH
1:05–cv–00665–AKH
1:06–cv–07363–AKH
1:06–cv–07368–AKH
1:06–cv–07365–AKH
1:06–cv–07366–AKH
1:06–cv–07367–AKH
1:06–cv–07369–AKH
1:06–cv–07370–AKH
1:06–cv–07371–AKH
1:06–cv–07372–AKH

1:06–cv–07373–AKH
1:06–cv–07374–AKH
1:06–cv–07375–AKH
1:06–cv–07376–AKH
1:06–cv–07377–AKH
1:06–cv–07378–AKH
1:06–cv–07379–AKH
1:06–cv–07380–AKH
1:06–cv–07381–AKH
1:06–cv–07382–AKH
1:06–cv–07383–AKH
1:06–cv–07385–AKH
1:06–cv–07386–AKH
1:06–cv–07387–AKH
1:06–cv–07388–AKH
1:06–cv–07389–AKH
1:06–cv–07390–AKH
1:06–cv–07391–AKH
1:06–cv–07392–AKH
1:06–cv–07393–AKH
1:06–cv–07394–AKH
1:06–cv–07395–AKH
1:06–cv–07397–AKH
1:06–cv–07399–AKH
1:06–cv–07400–AKH
1:06–cv–07401–AKH
1:06–cv–07402–AKH
1:06–cv–07403–AKH
1:06–cv–07404–AKH
1:06–cv–07405–AKH
1:05–cv–00666–AKH
1:06–cv–07406–AKH
1:06–cv–07407–AKH
1:06–cv–07408–AKH
1:06–cv–07409–AKH
1:06–cv–07410–AKH
1:06–cv–07411–AKH
1:06–cv–07412–AKH
1:06–cv–07413–AKH
1:06–cv–07414–AKH
1:06–cv–07415–AKH
1:06–cv–07416–AKH
1:06–cv–07417–AKH
1:06–cv–07418–AKH
1:06–cv–07419–AKH
1:06–cv–07420–AKH
1:06–cv–07421–AKH
1:06–cv–07422–AKH
1:06–cv–07423–AKH
1:06–cv–07424–AKH
1:06–cv–07425–AKH
1:06–cv–07426–AKH

1:06–cv–07427–AKH
1:06–cv–07428–AKH
1:06–cv–07429–AKH
1:06–cv–07430–AKH
1:06–cv–07431–AKH
1:06–cv–07432–AKH
1:06–cv–07433–AKH
1:06–cv–07440–AKH
1:06–cv–07441–AKH
1:06–cv–10878–AKH
1:06–cv–07435–AKH
1:06–cv–07436–AKH
1:06–cv–07437–AKH
1:06–cv–07438–AKH
1:06–cv–07439–AKH
1:06–cv–07442–AKH
1:06–cv–07443–AKH
1:06–cv–07444–AKH
1:06–cv–07445–AKH
1:05–cv–01657–AKH
1:06–cv–07446–AKH
1:06–cv–07447–AKH
1:06–cv–07448–AKH
1:06–cv–07449–AKH
1:06–cv–07451–AKH
1:06–cv–07452–AKH
1:06–cv–07453–AKH
1:06–cv–07454–AKH
1:06–cv–07455–AKH
1:06–cv–07456–AKH
1:06–cv–07457–AKH
1:06–cv–07458–AKH
1:06–cv–07459–AKH
1:06–cv–07460–AKH
1:06–cv–07461–AKH
1:06–cv–07462–AKH
1:06–cv–07463–AKH
1:06–cv–07464–AKH
1:06–cv–07465–AKH
1:06–cv–07466–AKH
1:06–cv–07467–AKH
1:04–cv–09846–AKH
1:07–cv–09059–AKH
1:06–cv–07468–AKH
1:06–cv–07469–AKH
1:06–cv–07470–AKH
1:06–cv–07471–AKH
1:06–cv–07472–AKH
1:06–cv–07473–AKH
1:06–cv–07474–AKH
1:06–cv–07475–AKH
1:06–cv–07476–AKH

1:06–cv–07477–AKH
1:06–cv–07478–AKH
1:06–cv–07479–AKH
1:06–cv–07480–AKH
1:06–cv–07481–AKH
1:06–cv–07482–AKH
1:06–cv–07483–AKH
1:06–cv–07484–AKH
1:04–cv–03747–AKH
1:04–cv–03800–AKH
1:06–cv–07485–AKH
1:06–cv–07486–AKH
1:06–cv–07487–AKH
1:06–cv–07489–AKH
1:06–cv–07488–AKH
1:06–cv–07490–AKH
1:06–cv–07491–AKH
1:06–cv–07497–AKH
1:06–cv–07498–AKH
1:06–cv–07499–AKH
1:06–cv–07500–AKH
1:06–cv–07501–AKH
1:06–cv–07492–AKH
1:06–cv–07493–AKH
1:06–cv–07494–AKH
1:06–cv–07496–AKH
1:06–cv–07503–AKH
1:06–cv–07504–AKH
1:06–cv–07505–AKH
1:06–cv–07506–AKH
1:06–cv–07507–AKH
1:06–cv–07509–AKH
1:06–cv–07510–AKH
1:06–cv–07364–AKH
1:06–cv–07511–AKH
1:06–cv–07508–AKH
1:06–cv–07512–AKH
1:06–cv–07513–AKH
1:06–cv–07514–AKH
1:06–cv–07515–AKH
1:06–cv–07516–AKH
1:06–cv–07517–AKH
1:06–cv–07518–AKH
1:06–cv–07519–AKH
1:06–cv–07520–AKH
1:06–cv–07521–AKH
1:06–cv–07522–AKH
1:06–cv–07523–AKH
1:06–cv–07524–AKH
1:06–cv–07526–AKH
1:06–cv–07525–AKH
1:06–cv–07527–AKH

1:06–cv–07528–AKH
1:06–cv–07529–AKH
1:06–cv–07531–AKH
1:06–cv–07532–AKH
1:06–cv–07533–AKH
1:06–cv–07534–AKH
1:06–cv–07535–AKH
1:06–cv–07536–AKH
1:06–cv–07537–AKH
1:06–cv–07538–AKH
1:06–cv–07539–AKH
1:06–cv–07540–AKH
1:06–cv–07541–AKH
1:06–cv–07542–AKH
1:06–cv–07543–AKH
1:06–cv–07544–AKH
1:06–cv–07545–AKH
1:06–cv–07547–AKH
1:06–cv–07548–AKH
1:06–cv–07549–AKH
1:06–cv–07550–AKH
1:06–cv–07551–AKH
1:06–cv–07552–AKH
1:06–cv–07553–AKH
1:06–cv–07554–AKH
1:06–cv–07555–AKH
1:06–cv–07556–AKH
1:06–cv–07557–AKH
1:06–cv–07558–AKH
1:06–cv–07559–AKH
1:06–cv–07560–AKH
1:06–cv–07561–AKH
1:06–cv–07562–AKH
1:06–cv–07563–AKH
1:06–cv–07566–AKH
1:06–cv–07564–AKH
1:06–cv–07565–AKH
1:06–cv–07567–AKH
1:06–cv–07568–AKH
1:06–cv–07569–AKH
1:06–cv–07570–AKH
1:06–cv–07571–AKH
1:06–cv–07572–AKH
1:06–cv–07573–AKH
1:06–cv–07574–AKH
1:06–cv–07575–AKH
1:06–cv–07576–AKH
1:06–cv–07577–AKH
1:06–cv–07578–AKH
1:06–cv–07579–AKH
1:06–cv–07580–AKH
1:06–cv–07193–AKH

1:06–cv–07191–AKH
1:06–cv–07192–AKH
1:06–cv–14697–AKH
1:06–cv–07194–AKH
1:06–cv–07195–AKH
1:06–cv–07730–AKH
1:06–cv–07731–AKH
1:06–cv–07721–AKH
1:06–cv–07652–AKH
1:06–cv–07654–AKH
1:06–cv–07655–AKH
1:06–cv–07656–AKH
1:06–cv–07892–AKH
1:06–cv–07893–AKH
1:06–cv–00140–AKH
1:06–cv–00123–AKH
1:06–cv–00125–AKH
1:06–cv–00126–AKH
1:06–cv–00127–AKH
1:06–cv–00128–AKH
1:06–cv–00130–AKH
1:06–cv–00131–AKH
1:04–cv–04983–AKH
1:04–cv–04982–AKH
1:05–cv–01658–AKH
1:06–cv–09499–AKH
1:04–cv–05862–AKH
1:04–cv–04984–AKH
1:04–cv–05175–AKH
1:04–cv–07293–AKH
1:05–cv–01660–AKH
1:04–cv–07727–AKH
1:04–cv–07645–AKH
1:04–cv–07647–AKH
1:04–cv–07597–AKH
1:04–cv–08097–AKH
1:04–cv–07725–AKH
1:05–cv–01660–AKH
1:04–cv–07601–AKH
1:04–cv–07599–AKH
1:05–cv–01096–AKH
1:04–cv–08096–AKH
1:04–cv–08034–AKH
1:04–cv–08035–AKH
1:04–cv–08036–AKH
1:04–cv–07903–AKH
1:04–cv–08284–AKH
1:04–cv–08285–AKH
1:04–cv–08286–AKH
1:04–cv–08287–AKH
1:04–cv–08288–AKH
1:04–cv–08289–AKH

1:04–cv–08431–AKH
1:04–cv–08404–AKH
1:04–cv–08738–AKH
1:04–cv–08751–AKH
1:04–cv–08755–AKH
1:04–cv–08732–AKH
1:04–cv–08740–AKH
1:04–cv–08499–AKH
1:04–cv–08500–AKH
1:04–cv–08501–AKH
1:04–cv–08502–AKH
1:04–cv–08503–AKH
1:04–cv–08756–AKH
1:04–cv–08757–AKH
1:04–cv–08758–AKH
1:04–cv–08771–AKH
1:04–cv–08774–AKH
1:04–cv–08749–AKH
1:04–cv–08750–AKH
1:04–cv–08752–AKH
1:04–cv–08681–AKH
1:04–cv–08741–AKH
1:04–cv–08742–AKH
1:04–cv–08744–AKH
1:04–cv–08746–AKH
1:04–cv–08727–AKH
1:04–cv–08728–AKH
1:04–cv–08735–AKH
1:04–cv–08736–AKH
1:04–cv–08504–AKH
1:04–cv–08505–AKH
1:04–cv–08507–AKH
1:04–cv–08508–AKH
1:04–cv–08725–AKH
1:04–cv–08726–AKH
1:04–cv–08729–AKH
1:04–cv–08730–AKH
1:04–cv–08494–AKH
1:04–cv–08731–AKH
1:04–cv–09081–AKH
1:04–cv–09082–AKH
1:04–cv–09083–AKH
1:04–cv–09150–AKH
1:04–cv–09151–AKH
1:04–cv–09116–AKH
1:04–cv–09152–AKH
1:04–cv–09153–AKH
1:04–cv–09154–AKH
1:04–cv–09155–AKH
1:04–cv–09156–AKH
1:04–cv–09157–AKH
1:04–cv–09158–AKH

1:04–cv–09159–AKH
1:04–cv–09160–AKH
1:04–cv–09161–AKH
1:04–cv–09162–AKH
1:04–cv–09163–AKH
1:04–cv–09164–AKH
1:04–cv–09165–AKH
1:04–cv–09166–AKH
1:04–cv–09167–AKH
1:04–cv–09168–AKH
1:04–cv–09169–AKH
1:04–cv–09170–AKH
1:04–cv–09171–AKH
1:04–cv–09172–AKH
1:04–cv–09173–AKH
1:04–cv–09176–AKH
1:04–cv–09177–AKH
1:04–cv–09174–AKH
1:04–cv–09175–AKH
1:04–cv–09178–AKH
1:04–cv–09180–AKH
1:04–cv–09179–AKH
1:04–cv–09181–AKH
1:04–cv–09182–AKH
1:04–cv–08495–AKH
1:04–cv–08496–AKH
1:04–cv–08497–AKH
1:04–cv–08498–AKH
1:04–cv–08772–AKH
1:04–cv–08775–AKH
1:04–cv–08778–AKH
1:04–cv–08776–AKH
1:04–cv–08779–AKH
1:04–cv–08814–AKH
1:04–cv–08812–AKH
1:04–cv–08817–AKH
1:04–cv–08813–AKH
1:04–cv–08815–AKH
1:04–cv–08867–AKH
1:04–cv–08841–AKH
1:04–cv–08866–AKH
1:04–cv–08868–AKH
1:04–cv–08869–AKH
1:04–cv–08871–AKH
1:04–cv–08870–AKH
1:04–cv–09244–AKH
1:04–cv–09245–AKH
1:04–cv–09247–AKH
1:04–cv–09261–AKH
1:04–cv–09253–AKH
1:04–cv–09272–AKH
1:04–cv–09341–AKH

1:04–cv–09342–AKH
1:04–cv–09343–AKH
1:04–cv–09366–AKH
1:04–cv–09367–AKH
1:04–cv–09368–AKH
1:04–cv–09002–AKH
1:04–cv–09062–AKH
1:04–cv–09851–AKH
1:04–cv–09852–AKH
1:04–cv–09853–AKH
1:04–cv–09854–AKH
1:04–cv–09855–AKH
1:04–cv–09856–AKH
1:04–cv–09857–AKH
1:04–cv–09832–AKH
1:04–cv–09835–AKH
1:04–cv–09834–AKH
1:04–cv–09833–AKH
1:04–cv–09836–AKH
1:04–cv–09837–AKH
1:04–cv–09839–AKH
1:04–cv–09838–AKH
1:04–cv–09840–AKH
1:04–cv–09841–AKH
1:04–cv–09842–AKH
1:04–cv–09843–AKH
1:04–cv–09844–AKH
1:04–cv–09847–AKH
1:04–cv–09849–AKH
1:04–cv–09850–AKH
1:04–cv–09450–AKH
1:04–cv–09451–AKH
1:05–cv–01702–AKH
1:04–cv–10072–AKH
1:04–cv–09902–AKH
1:04–cv–09904–AKH
1:04–cv–09903–AKH
1:04–cv–09821–AKH
1:04–cv–09820–AKH
1:04–cv–09907–AKH
1:04–cv–09819–AKH
1:04–cv–09818–AKH
1:04–cv–09848–AKH
1:04–cv–09908–AKH
1:04–cv–09910–AKH
1:04–cv–09987–AKH
1:04–cv–09988–AKH
1:04–cv–09990–AKH
1:05–cv–04109–AKH
1:05–cv–00212–AKH
1:05–cv–00210–AKH
1:05–cv–00209–AKH

1:05–cv–00211–AKH
1:05–cv–00224–AKH
1:05–cv–00185–AKH
1:05–cv–00193–AKH
1:05–cv–00194–AKH
1:05–cv–00195–AKH
1:05–cv–00420–AKH
1:05–cv–00421–AKH
1:05–cv–00419–AKH
1:04–cv–10284–AKH
1:05–cv–00311–AKH
1:05–cv–00117–AKH
1:05–cv–00119–AKH
1:05–cv–00186–AKH
1:05–cv–00836–AKH
1:05–cv–00416–AKH
1:05–cv–00415–AKH
1:05–cv–00414–AKH
1:05–cv–00411–AKH
1:05–cv–00413–AKH
1:05–cv–00412–AKH
1:05–cv–00264–AKH
1:05–cv–00418–AKH
1:05–cv–00259–AKH
1:05–cv–00426–AKH
1:05–cv–00425–AKH
1:05–cv–00424–AKH
1:05–cv–00423–AKH
1:05–cv–00828–AKH
1:05–cv–00829–AKH
1:05–cv–00830–AKH
1:05–cv–00831–AKH
1:05–cv–00841–AKH
1:05–cv–00842–AKH
1:05–cv–00843–AKH
1:05–cv–00832–AKH
1:05–cv–00833–AKH
1:05–cv–00766–AKH
1:05–cv–00844–AKH
1:05–cv–00846–AKH
1:05–cv–00847–AKH
1:05–cv–00845–AKH
1:05–cv–00708–AKH
1:05–cv–00719–AKH
1:05–cv–00722–AKH
1:05–cv–00724–AKH
1:05–cv–00410–AKH
1:05–cv–00409–AKH
1:05–cv–00408–AKH
1:05–cv–00407–AKH
1:05–cv–00406–AKH
1:05–cv–00405–AKH

1:05–cv–00669–AKH
1:05–cv–01170–AKH
1:05–cv–01703–AKH
1:05–cv–03693–AKH
1:05–cv–01183–AKH
1:05–cv–01184–AKH
1:05–cv–01205–AKH
1:05–cv–01186–AKH
1:05–cv–01185–AKH
1:05–cv–01485–AKH
1:05–cv–01209–AKH
1:05–cv–01210–AKH
1:05–cv–01211–AKH
1:05–cv–01486–AKH
1:05–cv–01206–AKH
1:05–cv–01207–AKH
1:05–cv–01494–AKH
1:05–cv–01503–AKH
1:05–cv–01212–AKH
1:05–cv–01504–AKH
1:05–cv–01511–AKH
1:05–cv–01231–AKH
1:05–cv–01254–AKH
1:05–cv–01255–AKH
1:05–cv–01513–AKH
1:05–cv–01256–AKH
1:05–cv–01265–AKH
1:05–cv–01273–AKH
1:05–cv–01514–AKH
1:05–cv–01274–AKH
1:05–cv–01193–AKH
1:05–cv–01515–AKH
1:05–cv–01275–AKH
1:05–cv–01276–AKH
1:05–cv–01277–AKH
1:05–cv–01180–AKH
1:05–cv–00920–AKH
1:05–cv–01278–AKH
1:05–cv–00921–AKH
1:05–cv–01062–AKH
1:05–cv–01063–AKH
1:05–cv–01279–AKH
1:05–cv–01064–AKH
1:05–cv–01281–AKH
1:05–cv–01282–AKH
1:05–cv–01283–AKH
1:05–cv–01354–AKH
1:05–cv–01065–AKH
1:05–cv–01384–AKH
1:05–cv–01066–AKH
1:05–cv–01067–AKH
1:05–cv–01068–AKH

1:05–cv–01071–AKH
1:05–cv–01234–AKH
1:05–cv–01069–AKH
1:05–cv–01070–AKH
1:05–cv–01607–AKH
1:05–cv–01609–AKH
1:05–cv–01608–AKH
1:05–cv–01625–AKH
1:05–cv–01626–AKH
1:05–cv–01633–AKH
1:05–cv–01632–AKH
1:05–cv–01630–AKH
1:05–cv–01631–AKH
1:05–cv–01235–AKH
1:05–cv–01072–AKH
1:05–cv–01236–AKH
1:05–cv–01082–AKH
1:05–cv–01098–AKH
1:05–cv–01099–AKH
1:05–cv–01101–AKH
1:05–cv–01103–AKH
1:05–cv–01074–AKH
1:05–cv–01079–AKH
1:05–cv–01080–AKH
1:05–cv–01081–AKH
1:05–cv–01104–AKH
1:05–cv–01112–AKH
1:05–cv–01113–AKH
1:05–cv–01115–AKH
1:05–cv–01119–AKH
1:05–cv–01120–AKH
1:05–cv–01122–AKH
1:05–cv–01124–AKH
1:05–cv–01126–AKH
1:05–cv–01127–AKH
1:05–cv–01131–AKH
1:05–cv–01187–AKH
1:05–cv–01188–AKH
1:05–cv–01189–AKH
1:05–cv–01190–AKH
1:05–cv–01192–AKH
1:05–cv–01191–AKH
1:05–cv–01214–AKH
1:05–cv–01215–AKH
1:05–cv–01083–AKH
1:05–cv–01216–AKH
1:05–cv–01217–AKH
1:05–cv–01218–AKH
1:05–cv–01089–AKH
1:05–cv–01219–AKH
1:05–cv–01094–AKH
1:05–cv–01220–AKH

1:05–cv–01222–AKH
1:05–cv–01095–AKH
1:05–cv–01097–AKH
1:05–cv–01100–AKH
1:05–cv–01194–AKH
1:05–cv–01195–AKH
1:05–cv–01223–AKH
1:05–cv–01224–AKH
1:05–cv–01225–AKH
1:05–cv–01196–AKH
1:05–cv–01226–AKH
1:05–cv–01197–AKH
1:05–cv–01102–AKH
1:05–cv–01199–AKH
1:05–cv–01200–AKH
1:05–cv–01105–AKH
1:05–cv–01201–AKH
1:05–cv–01202–AKH
1:05–cv–01106–AKH
1:05–cv–01204–AKH
1:05–cv–01227–AKH
1:05–cv–01228–AKH
1:05–cv–01221–AKH
1:05–cv–01229–AKH
1:05–cv–01330–AKH
1:05–cv–01230–AKH
1:05–cv–01107–AKH
1:05–cv–01232–AKH
1:05–cv–01108–AKH
1:05–cv–01233–AKH
1:05–cv–01237–AKH
1:05–cv–01331–AKH
1:05–cv–01238–AKH
1:05–cv–01110–AKH
1:05–cv–01111–AKH
1:05–cv–01240–AKH
1:05–cv–01114–AKH
1:05–cv–01241–AKH
1:05–cv–01242–AKH
1:05–cv–01243–AKH
1:05–cv–01116–AKH
1:05–cv–01244–AKH
1:05–cv–01245–AKH
1:05–cv–01246–AKH
1:05–cv–01117–AKH
1:05–cv–01247–AKH
1:05–cv–01118–AKH
1:05–cv–01121–AKH
1:05–cv–01248–AKH
1:05–cv–01123–AKH
1:05–cv–01249–AKH
1:05–cv–01332–AKH

1:05–cv–01333–AKH
1:05–cv–01334–AKH
1:05–cv–01335–AKH
1:05–cv–01250–AKH
1:05–cv–01257–AKH
1:05–cv–01251–AKH
1:05–cv–01252–AKH
1:05–cv–01336–AKH
1:05–cv–01258–AKH
1:05–cv–01125–AKH
1:05–cv–01128–AKH
1:05–cv–01129–AKH
1:05–cv–01262–AKH
1:05–cv–01261–AKH
1:05–cv–01264–AKH
1:05–cv–01266–AKH
1:05–cv–01267–AKH
1:05–cv–01263–AKH
1:05–cv–01132–AKH
1:05–cv–01337–AKH
1:05–cv–01133–AKH
1:05–cv–01338–AKH
1:05–cv–01135–AKH
1:05–cv–01340–AKH
1:05–cv–01134–AKH
1:05–cv–01268–AKH
1:05–cv–01342–AKH
1:05–cv–01355–AKH
1:05–cv–01136–AKH
1:05–cv–01137–AKH
1:05–cv–01359–AKH
1:05–cv–01269–AKH
1:05–cv–01361–AKH
1:05–cv–01172–AKH
1:05–cv–01270–AKH
1:05–cv–01362–AKH
1:05–cv–01271–AKH
1:05–cv–01280–AKH
1:05–cv–01174–AKH
1:05–cv–01369–AKH
1:05–cv–01077–AKH
1:05–cv–01075–AKH
1:05–cv–01371–AKH
1:05–cv–01076–AKH
1:05–cv–01372–AKH
1:05–cv–01377–AKH
1:05–cv–01379–AKH
1:05–cv–01380–AKH
1:05–cv–01382–AKH
1:05–cv–01383–AKH
1:05–cv–01392–AKH
1:05–cv–01386–AKH

1:05–cv–01387–AKH
1:05–cv–01394–AKH
1:05–cv–01396–AKH
1:05–cv–01397–AKH
1:05–cv–01399–AKH
1:05–cv–01401–AKH
1:05–cv–01405–AKH
1:05–cv–01408–AKH
1:05–cv–01410–AKH
1:05–cv–01412–AKH
1:05–cv–01417–AKH
1:05–cv–01418–AKH
1:05–cv–01420–AKH
1:05–cv–01432–AKH
1:05–cv–01433–AKH
1:05–cv–01434–AKH
1:05–cv–01436–AKH
1:05–cv–01437–AKH
1:05–cv–01470–AKH
1:05–cv–01472–AKH
1:05–cv–01473–AKH
1:05–cv–01474–AKH
1:05–cv–01475–AKH
1:05–cv–01476–AKH
1:05–cv–01477–AKH
1:05–cv–01478–AKH
1:05–cv–01479–AKH
1:05–cv–01480–AKH
1:05–cv–01481–AKH
1:05–cv–01482–AKH
1:05–cv–01483–AKH
1:05–cv–01484–AKH
1:05–cv–01171–AKH
1:05–cv–01294–AKH
1:05–cv–01766–AKH
1:05–cv–01767–AKH
1:05–cv–01768–AKH
1:05–cv–01770–AKH
1:05–cv–01771–AKH
1:05–cv–01772–AKH
1:05–cv–01779–AKH
1:05–cv–01780–AKH
1:05–cv–01781–AKH
1:05–cv–01782–AKH
1:05–cv–01783–AKH
1:05–cv–02651–AKH
1:05–cv–02726–AKH
1:05–cv–01757–AKH
1:05–cv–01769–AKH
1:05–cv–01773–AKH
1:05–cv–01763–AKH
1:05–cv–01764–AKH

1:05–cv–01789–AKH
1:05–cv–02629–AKH
1:05–cv–01790–AKH
1:05–cv–01791–AKH
1:05–cv–01792–AKH
1:05–cv–02988–AKH
1:05–cv–01583–AKH
1:05–cv–01586–AKH
1:05–cv–01587–AKH
1:05–cv–01588–AKH
1:05–cv–01602–AKH
1:05–cv–01603–AKH
1:05–cv–01604–AKH
1:05–cv–01605–AKH
1:05–cv–01606–AKH
1:05–cv–01610–AKH
1:05–cv–01578–AKH
1:05–cv–01582–AKH
1:05–cv–01620–AKH
1:05–cv–01651–AKH
1:05–cv–01652–AKH
1:05–cv–01654–AKH
1:05–cv–01663–AKH
1:05–cv–01662–AKH
1:05–cv–01664–AKH
1:05–cv–01778–AKH
1:05–cv–01668–AKH
1:05–cv–01669–AKH
1:05–cv–01670–AKH
1:05–cv–01671–AKH
1:05–cv–01785–AKH
1:05–cv–01786–AKH
1:05–cv–01672–AKH
1:05–cv–01672–AKH
1:05–cv–01673–AKH
1:05–cv–01714–AKH
1:05–cv–01715–AKH
1:05–cv–01716–AKH
1:05–cv–01717–AKH
1:05–cv–01718–AKH
1:05–cv–02493–AKH
1:05–cv–01721–AKH
1:05–cv–02495–AKH
1:05–cv–01722–AKH
1:05–cv–02498–AKH
1:05–cv–01723–AKH
1:05–cv–01724–AKH
1:05–cv–01725–AKH
1:05–cv–01726–AKH
1:05–cv–01727–AKH
1:05–cv–01793–AKH
1:05–cv–01728–AKH

1:05–cv–01728–AKH
1:05–cv–01794–AKH
1:05–cv–01729–AKH
1:05–cv–01730–AKH
1:05–cv–01795–AKH
1:05–cv–01753–AKH
1:05–cv–01579–AKH
1:05–cv–01712–AKH
1:05–cv–02135–AKH
1:05–cv–01713–AKH
1:05–cv–01737–AKH
1:05–cv–01594–AKH
1:05–cv–01754–AKH
1:05–cv–01595–AKH
1:05–cv–01596–AKH
1:05–cv–03162–AKH
1:05–cv–01597–AKH
1:05–cv–01598–AKH
1:05–cv–01599–AKH
1:05–cv–01600–AKH
1:05–cv–01787–AKH
1:05–cv–01601–AKH
1:05–cv–01788–AKH
1:05–cv–01641–AKH
1:05–cv–01646–AKH
1:05–cv–01917–AKH
1:05–cv–01647–AKH
1:05–cv–01648–AKH
1:05–cv–02034–AKH
1:05–cv–01649–AKH
1:05–cv–01711–AKH
1:05–cv–02035–AKH
1:05–cv–01738–AKH
1:05–cv–02136–AKH
1:05–cv–01740–AKH
1:05–cv–01575–AKH
1:05–cv–01742–AKH
1:05–cv–01576–AKH
1:05–cv–01577–AKH
1:05–cv–01756–AKH
1:05–cv–01580–AKH
1:05–cv–01581–AKH
1:05–cv–01774–AKH
1:05–cv–01589–AKH
1:05–cv–01590–AKH
1:05–cv–01775–AKH
1:05–cv–01776–AKH
1:05–cv–01591–AKH
1:05–cv–01777–AKH
1:05–cv–01592–AKH
1:06–cv–08968–AKH
1:06–cv–08969–AKH

1:06–cv–08971–AKH
1:06–cv–08972–AKH
1:05–cv–01593–AKH
1:05–cv–01639–AKH
1:05–cv–01642–AKH
1:05–cv–01643–AKH
1:05–cv–01644–AKH
1:05–cv–01645–AKH
1:05–cv–01709–AKH
1:05–cv–01710–AKH
1:05–cv–01719–AKH
1:05–cv–01720–AKH
1:05–cv–01731–AKH
1:05–cv–01732–AKH
1:05–cv–01733–AKH
1:05–cv–02551–AKH
1:05–cv–01734–AKH
1:05–cv–01735–AKH
1:05–cv–02444–AKH
1:05–cv–01750–AKH
1:05–cv–01751–AKH
1:05–cv–01758–AKH
1:05–cv–01759–AKH
1:05–cv–01760–AKH
1:05–cv–01761–AKH
1:05–cv–01762–AKH
1:05–cv–00679–AKH
1:05–cv–02494–AKH
1:05–cv–02496–AKH
1:05–cv–02497–AKH
1:05–cv–02499–AKH
1:05–cv–02502–AKH
1:05–cv–02320–AKH
1:05–cv–00670–AKH
1:05–cv–00671–AKH
1:05–cv–00765–AKH
1:05–cv–00840–AKH
1:05–cv–00874–AKH
1:05–cv–01259–AKH
1:04–cv–06726–AKH
1:05–cv–03333–AKH
1:05–cv–03303–AKH
1:05–cv–03304–AKH
1:05–cv–03305–AKH
1:05–cv–03333–AKH
1:04–cv–06727–AKH
1:04–cv–06789–AKH
1:04–cv–06889–AKH
1:04–cv–06890–AKH
1:04–cv–06891–AKH
1:04–cv–06892–AKH
1:04–cv–06893–AKH

1:04–cv–06894–AKH
1:04–cv–06894–AKH
1:05–cv–02446–AKH
1:05–cv–02866–AKH
1:06–cv–08973–AKH
1:05–cv–03692–AKH
1:05–cv–03695–AKH
1:05–cv–01505–AKH
1:05–cv–01507–AKH
1:05–cv–01508–AKH
1:05–cv–01509–AKH
1:05–cv–01510–AKH
1:05–cv–01516–AKH
1:07–cv–03450–AKH
1:05–cv–01518–AKH
1:05–cv–01519–AKH
1:05–cv–01520–AKH
1:05–cv–01521–AKH
1:05–cv–01522–AKH
1:05–cv–01523–AKH
1:05–cv–01611–AKH
1:05–cv–01612–AKH
1:05–cv–01692–AKH
1:05–cv–01693–AKH
1:05–cv–01694–AKH
1:05–cv–01327–AKH
1:05–cv–01328–AKH
1:05–cv–03379–AKH
1:05–cv–01695–AKH
1:05–cv–01696–AKH
1:05–cv–01613–AKH
1:05–cv–01616–AKH
1:05–cv–01614–AKH
1:05–cv–01615–AKH
1:05–cv–01617–AKH
1:05–cv–01618–AKH
1:05–cv–01619–AKH
1:05–cv–01621–AKH
1:05–cv–01622–AKH
1:05–cv–01623–AKH
1:05–cv–01624–AKH
1:05–cv–01627–AKH
1:05–cv–01697–AKH
1:05–cv–01628–AKH
1:05–cv–01629–AKH
1:05–cv–01698–AKH
1:05–cv–01634–AKH
1:05–cv–01635–AKH
1:05–cv–01699–AKH
1:05–cv–01637–AKH
1:05–cv–01701–AKH
1:05–cv–01638–AKH

1:05–cv–01665–AKH
1:05–cv–01666–AKH
1:05–cv–01706–AKH
1:05–cv–01667–AKH
1:05–cv–01674–AKH
1:05–cv–01707–AKH
1:05–cv–01676–AKH
1:05–cv–01708–AKH
1:05–cv–01708–AKH
1:05–cv–01677–AKH
1:05–cv–01680–AKH
1:06–cv–09500–AKH
1:05–cv–01681–AKH
1:05–cv–01682–AKH
1:05–cv–01683–AKH
1:05–cv–01684–AKH
1:05–cv–01685–AKH
1:05–cv–01686–AKH
1:06–cv–07918–AKH
1:06–cv–07920–AKH
1:06–cv–08007–AKH
1:06–cv–08012–AKH
1:06–cv–07917–AKH
1:05–cv–01687–AKH
1:05–cv–01688–AKH
1:05–cv–01689–AKH
1:05–cv–01690–AKH
1:05–cv–03801–AKH
1:05–cv–00835–AKH
1:05–cv–01284–AKH
1:05–cv–01339–AKH
1:05–cv–03822–AKH
1:05–cv–03712–AKH
1:05–cv–01326–AKH
1:05–cv–01345–AKH
1:06–cv–07965–AKH
1:06–cv–07978–AKH
1:06–cv–08107–AKH
1:06–cv–07915–AKH
1:06–cv–07916–AKH
1:05–cv–01350–AKH
1:05–cv–01352–AKH
1:05–cv–01363–AKH
1:05–cv–01363–AKH
1:05–cv–01364–AKH
1:05–cv–01365–AKH
1:05–cv–01367–AKH
1:05–cv–01422–AKH
1:05–cv–01424–AKH
1:05–cv–01425–AKH
1:05–cv–01426–AKH
1:05–cv–04112–AKH

```
1:05–cv–01427–AKH
1:05–cv–04112–AKH
1:05–cv–01428–AKH
1:05–cv–01429–AKH
1:05–cv–01430–AKH
1:05–cv–01438–AKH
1:05–cv–01440–AKH
1:05–cv–01442–AKH
1:05–cv–01451–AKH
1:05–cv–01452–AKH
1:05–cv–01462–AKH
1:05–cv–01463–AKH
1:05–cv–01464–AKH
1:05–cv–01465–AKH
1:05–cv–01466–AKH
1:05–cv–01467–AKH
1:05–cv–01468–AKH
1:05–cv–01469–AKH
1:05–cv–01496–AKH
1:05–cv–01497–AKH
1:05–cv–01498–AKH
1:05–cv–01499–AKH
1:05–cv–01500–AKH
1:05–cv–01385–AKH
1:05–cv–01584–AKH
1:05–cv–01585–AKH
1:05–cv–01048–AKH
1:05–cv–00667–AKH
1:05–cv–00668–AKH
1:05–cv–03802–AKH
1:05–cv–00837–AKH
1:05–cv–00838–AKH
1:05–cv–00839–AKH
1:05–cv–01047–AKH
1:05–cv–04147–AKH
1:05–cv–04229–AKH
1:05–cv–04216–AKH
1:05–cv–04225–AKH
1:05–cv–04231–AKH
1:05–cv–04214–AKH
1:05–cv–04218–AKH
1:05–cv–04222–AKH
1:05–cv–04228–AKH
1:05–cv–04224–AKH
1:05–cv–04223–AKH
1:05–cv–04230–AKH
1:05–cv–04226–AKH
1:05–cv–04240–AKH
1:05–cv–04241–AKH
1:05–cv–04242–AKH
1:06–cv–07958–AKH
1:06–cv–08052–AKH
```

1:06–cv–08064–AKH
1:06–cv–07914–AKH
1:06–cv–08109–AKH
1:06–cv–07937–AKH
1:06–cv–07938–AKH
1:06–cv–07940–AKH
1:06–cv–07948–AKH
1:06–cv–07951–AKH
1:05–cv–04340–AKH
1:05–cv–04337–AKH
1:05–cv–04336–AKH
1:05–cv–04339–AKH
1:05–cv–04338–AKH
1:06–cv–07967–AKH
1:06–cv–07973–AKH
1:06–cv–07979–AKH
1:06–cv–07985–AKH
1:06–cv–07987–AKH
1:05–cv–04341–AKH
1:06–cv–07989–AKH
1:06–cv–07996–AKH
1:06–cv–07997–AKH
1:06–cv–08004–AKH
1:06–cv–08074–AKH
1:06–cv–08075–AKH
1:06–cv–08078–AKH
1:06–cv–08079–AKH
1:06–cv–08082–AKH
1:06–cv–08010–AKH
1:06–cv–08016–AKH
1:06–cv–08018–AKH
1:06–cv–08019–AKH
1:06–cv–08021–AKH
1:06–cv–08022–AKH
1:06–cv–08025–AKH
1:06–cv–08026–AKH
1:06–cv–08032–AKH
1:06–cv–08033–AKH
1:05–cv–04442–AKH
1:05–cv–04443–AKH
1:06–cv–08034–AKH
1:06–cv–08038–AKH
1:06–cv–07922–AKH
1:06–cv–08068–AKH
1:06–cv–08070–AKH
1:06–cv–08073–AKH
1:05–cv–03450–AKH
1:05–cv–03714–AKH
1:06–cv–08090–AKH
1:05–cv–04537–AKH
1:06–cv–08092–AKH
1:06–cv–08094–AKH

1:06–cv–08099–AKH
1:06–cv–08100–AKH
1:06–cv–08104–AKH
1:06–cv–08110–AKH
1:06–cv–08113–AKH
1:06–cv–08118–AKH
1:06–cv–08122–AKH
1:05–cv–02037–AKH
1:05–cv–01741–AKH
1:04–cv–07646–AKH
1:05–cv–02445–AKH
1:05–cv–04853–AKH
1:05–cv–04956–AKH
1:06–cv–11535–AKH
1:06–cv–14698–AKH
1:05–cv–05171–AKH
1:05–cv–05170–AKH
1:05–cv–05173–AKH
1:05–cv–05174–AKH
1:05–cv–05175–AKH
1:05–cv–05480–AKH
1:05–cv–05509–AKH
1:05–cv–02284–AKH
1:05–cv–05666–AKH
1:05–cv–08874–AKH
1:05–cv–05867–AKH
1:05–cv–05891–AKH
1:05–cv–05892–AKH
1:05–cv–05028–AKH
1:05–cv–05030–AKH
1:05–cv–06063–AKH
1:05–cv–06137–AKH
1:05–cv–06205–AKH
1:05–cv–06240–AKH
1:05–cv–06269–AKH
1:05–cv–06310–AKH
1:05–cv–06285–AKH
1:05–cv–06284–AKH
1:05–cv–06460–AKH
1:05–cv–06308–AKH
1:05–cv–06312–AKH
1:05–cv–06318–AKH
1:05–cv–06311–AKH
1:05–cv–06524–AKH
1:05–cv–07186–AKH
1:05–cv–07187–AKH
1:05–cv–07189–AKH
1:05–cv–07190–AKH
1:05–cv–07191–AKH
1:05–cv–07148–AKH
1:05–cv–07142–AKH
1:05–cv–07149–AKH

1:05–cv–07212–AKH
1:05–cv–07267–AKH
1:05–cv–07267–AKH
1:05–cv–07166–AKH
1:05–cv–07167–AKH
1:05–cv–07211–AKH
1:05–cv–07210–AKH
1:05–cv–07208–AKH
1:05–cv–07207–AKH
1:05–cv–07206–AKH
1:05–cv–07205–AKH
1:05–cv–07266–AKH
1:05–cv–07168–AKH
1:05–cv–07163–AKH
1:05–cv–07258–AKH
1:05–cv–07162–AKH
1:05–cv–07165–AKH
1:05–cv–07164–AKH
1:05–cv–07161–AKH
1:05–cv–07259–AKH
1:05–cv–07150–AKH
1:05–cv–07154–AKH
1:05–cv–07152–AKH
1:05–cv–07273–AKH
1:05–cv–07166–AKH
1:05–cv–07289–AKH
1:05–cv–07290–AKH
1:05–cv–08459–AKH
1:05–cv–08458–AKH
1:05–cv–08505–AKH
1:05–cv–08505–AKH
1:05–cv–08506–AKH
1:05–cv–08507–AKH
1:05–cv–08507–AKH
1:05–cv–08506–AKH
1:05–cv–07686–AKH
1:05–cv–07685–AKH
1:05–cv–07879–AKH
1:05–cv–07875–AKH
1:05–cv–07878–AKH
1:05–cv–07986–AKH
1:06–cv–08985–AKH
1:06–cv–08986–AKH
1:06–cv–08987–AKH
1:06–cv–08954–AKH
1:06–cv–08955–AKH
1:05–cv–07937–AKH
1:06–cv–08944–AKH
1:05–cv–08332–AKH
1:05–cv–08333–AKH
1:05–cv–08344–AKH
1:05–cv–08029–SAS

1:05–cv–08466–AKH
1:05–cv–08467–AKH
1:05–cv–08468–AKH
1:05–cv–08499–AKH
1:05–cv–08508–AKH
1:05–cv–08508–AKH
1:05–cv–08509–AKH
1:05–cv–08509–AKH
1:06–cv–08945–AKH
1:06–cv–08946–AKH
1:05–cv–08675–AKH
1:05–cv–08676–AKH
1:05–cv–08708–AKH
1:05–cv–08707–AKH
1:05–cv–08677–AKH
1:05–cv–08678–AKH
1:05–cv–08679–AKH
1:05–cv–08686–AKH
1:05–cv–08680–AKH
1:05–cv–08682–AKH
1:05–cv–08683–AKH
1:05–cv–08684–AKH
1:06–cv–08947–AKH
1:06–cv–08948–AKH
1:06–cv–08950–AKH
1:06–cv–08951–AKH
1:06–cv–08952–AKH
1:06–cv–08953–AKH
1:06–cv–08886–AKH
1:06–cv–08887–AKH
1:06–cv–08888–AKH
1:06–cv–08889–AKH
1:06–cv–08890–AKH
1:06–cv–08891–AKH
1:06–cv–08892–AKH
1:06–cv–08893–AKH
1:06–cv–08894–AKH
1:06–cv–08895–AKH
1:06–cv–08896–AKH
1:06–cv–08897–AKH
1:05–cv–08899–AKH
1:05–cv–08879–AKH
1:05–cv–08877–AKH
1:05–cv–08876–AKH
1:05–cv–08873–AKH
1:05–cv–08871–AKH
1:05–cv–08931–AKH
1:05–cv–08932–AKH
1:05–cv–08933–AKH
1:06–cv–08902–AKH
1:05–cv–08934–AKH
1:05–cv–08935–AKH

1:05–cv–08937–AKH
1:05–cv–08939–AKH
1:05–cv–08940–AKH
1:05–cv–08941–AKH
1:05–cv–08942–AKH
1:05–cv–08943–AKH
1:06–cv–08898–AKH
1:06–cv–08899–AKH
1:06–cv–08900–AKH
1:06–cv–08901–AKH
1:05–cv–09030–AKH
1:05–cv–09037–AKH
1:05–cv–09033–AKH
1:05–cv–09034–AKH
1:05–cv–09035–AKH
1:05–cv–09036–AKH
1:05–cv–09038–AKH
1:05–cv–09039–AKH
1:05–cv–09041–AKH
1:05–cv–09042–AKH
1:05–cv–09043–AKH
1:05–cv–09044–AKH
1:05–cv–09046–AKH
1:05–cv–09047–AKH
1:06–cv–08903–AKH
1:06–cv–08904–AKH
1:06–cv–08905–AKH
1:06–cv–08906–AKH
1:06–cv–08907–AKH
1:06–cv–08908–AKH
1:05–cv–08732–AKH
1:05–cv–09141–AKH
1:05–cv–09140–AKH
1:05–cv–09161–AKH
1:05–cv–09190–AKH
1:05–cv–09224–AKH
1:05–cv–09328–AKH
1:05–cv–09329–AKH
1:05–cv–09330–AKH
1:05–cv–09331–AKH
1:05–cv–09332–AKH
1:05–cv–09333–AKH
1:05–cv–09336–AKH
1:05–cv–09337–AKH
1:05–cv–09338–AKH
1:05–cv–09339–AKH
1:05–cv–09340–AKH
1:05–cv–09341–AKH
1:05–cv–09497–AKH
1:05–cv–09396–AKH
1:05–cv–09397–AKH
1:05–cv–09399–AKH

1:05−cv−09400−AKH
1:05−cv−09401−AKH
1:06−cv−08909−AKH
1:05−cv−09629−AKH
1:05−cv−09636−AKH
1:05−cv−09630−AKH
1:05−cv−09631−AKH
1:05−cv−09633−AKH
1:05−cv−09634−AKH
1:05−cv−09637−AKH
1:05−cv−09639−AKH
1:05−cv−09686−AKH
1:05−cv−09698−AKH
1:05−cv−09697−AKH
1:05−cv−09696−AKH
1:05−cv−09695−AKH
1:05−cv−09627−AKH
1:05−cv−09628−AKH
1:05−cv−09694−AKH
1:05−cv−09692−AKH
1:05−cv−09690−AKH
1:05−cv−09688−AKH
1:06−cv−08910−AKH
1:06−cv−08911−AKH
1:06−cv−08912−AKH
1:06−cv−08913−AKH
1:06−cv−08914−AKH
1:05−cv−09821−AKH
1:06−cv−08915−AKH
1:05−cv−09826−AKH
1:05−cv−09827−AKH
1:05−cv−09828−AKH
1:05−cv−09829−AKH
1:05−cv−09871−AKH
1:05−cv−09872−AKH
1:05−cv−09873−AKH
1:05−cv−09874−AKH
1:05−cv−09880−AKH
1:05−cv−09877−AKH
1:05−cv−09869−AKH
1:05−cv−09867−AKH
1:05−cv−09865−AKH
1:05−cv−09863−AKH
1:05−cv−09862−AKH
1:05−cv−09864−AKH
1:05−cv−09866−AKH
1:05−cv−09868−AKH
1:05−cv−09870−AKH
1:05−cv−09879−AKH
1:05−cv−09878−AKH
1:05−cv−09876−AKH
1:05−cv−10217−AKH

1:05–cv–09951–AKH
1:05–cv–09952–AKH
1:05–cv–09956–AKH
1:05–cv–09953–AKH
1:05–cv–09954–AKH
1:05–cv–09955–AKH
1:05–cv–09957–AKH
1:05–cv–09958–AKH
1:05–cv–09959–AKH
1:05–cv–10217–AKH
1:05–cv–10217–AKH
1:06–cv–08916–AKH
1:05–cv–10135–AKH
1:06–cv–08917–AKH
1:06–cv–08918–AKH
1:06–cv–08919–AKH
1:06–cv–08920–AKH
1:06–cv–08921–AKH
1:05–cv–10195–AKH
1:06–cv–08922–AKH
1:05–cv–10375–AKH
1:05–cv–10362–AKH
1:05–cv–10376–AKH
1:05–cv–10377–AKH
1:05–cv–10378–AKH
1:05–cv–10387–AKH
1:05–cv–10388–AKH
1:05–cv–10392–AKH
1:05–cv–10391–AKH
1:05–cv–10374–AKH
1:05–cv–10372–AKH
1:05–cv–10373–AKH
1:05–cv–10371–AKH
1:05–cv–10368–AKH
1:05–cv–10369–AKH
1:05–cv–10366–AKH
1:05–cv–10367–AKH
1:05–cv–10370–AKH
1:05–cv–10363–AKH
1:05–cv–10365–AKH
1:06–cv–08981–AKH
1:05–cv–10690–AKH
1:05–cv–10752–AKH
1:05–cv–10751–AKH
1:06–cv–08982–AKH
1:06–cv–08983–AKH
1:06–cv–08984–AKH
1:06–cv–14699–AKH
1:06–cv–00070–AKH
1:05–cv–10691–AKH
1:05–cv–10692–AKH
1:06–cv–00124–AKH

1:05–cv–10748–AKH
1:05–cv–10749–AKH
1:05–cv–10389–AKH
1:06–cv–00129–AKH
1:06–cv–00063–AKH
1:06–cv–00064–AKH
1:06–cv–00066–AKH
1:06–cv–00067–AKH
1:06–cv–00068–AKH
1:06–cv–00069–AKH
1:06–cv–00177–AKH
1:06–cv–00132–AKH
1:06–cv–00062–AKH
1:06–cv–00065–AKH
1:06–cv–13810–AKH
1:06–cv–13811–AKH
1:06–cv–07970–AKH
1:06–cv–08114–AKH
1:06–cv–08061–AKH
1:06–cv–08091–AKH
1:06–cv–08956–AKH
1:06–cv–08957–AKH
1:06–cv–08958–AKH
1:06–cv–08959–AKH
1:06–cv–08960–AKH
1:06–cv–08961–AKH
1:06–cv–08962–AKH
1:06–cv–08963–AKH
1:06–cv–08964–AKH
1:06–cv–08965–AKH
1:06–cv–08966–AKH
1:06–cv–08967–AKH
1:06–cv–08923–AKH
1:06–cv–08924–AKH
1:06–cv–08925–AKH
1:06–cv–08926–AKH
1:06–cv–08927–AKH
1:06–cv–08928–AKH
1:06–cv–08929–AKH
1:06–cv–08930–AKH
1:06–cv–08931–AKH
1:06–cv–08932–AKH
1:06–cv–08933–AKH
1:06–cv–08934–AKH
1:06–cv–08935–AKH
1:06–cv–08936–AKH
1:06–cv–08937–AKH
1:06–cv–08938–AKH
1:06–cv–08939–AKH
1:06–cv–08940–AKH
1:06–cv–08941–AKH
1:06–cv–08942–AKH

1:06–cv–08943–AKH
1:06–cv–08722–AKH
1:06–cv–08723–AKH
1:06–cv–08724–AKH
1:06–cv–08725–AKH
1:06–cv–08726–AKH
1:06–cv–08727–AKH
1:06–cv–08728–AKH
1:06–cv–08731–AKH
1:06–cv–08729–AKH
1:06–cv–08730–AKH
1:06–cv–08732–AKH
1:06–cv–08733–AKH
1:06–cv–08734–AKH
1:06–cv–08735–AKH
1:06–cv–08736–AKH
1:06–cv–08737–AKH
1:06–cv–08738–AKH
1:06–cv–08739–AKH
1:06–cv–08740–AKH
1:06–cv–08741–AKH
1:06–cv–08742–AKH
1:06–cv–08743–AKH
1:06–cv–08744–AKH
1:06–cv–08745–AKH
1:06–cv–08746–AKH
1:06–cv–08747–AKH
1:06–cv–08748–AKH
1:06–cv–08749–AKH
1:06–cv–08750–AKH
1:06–cv–08752–AKH
1:06–cv–08753–AKH
1:06–cv–08754–AKH
1:06–cv–08755–AKH
1:06–cv–08757–AKH
1:06–cv–08758–AKH
1:06–cv–08759–AKH
1:06–cv–08760–AKH
1:06–cv–08761–AKH
1:06–cv–08762–AKH
1:06–cv–08809–AKH
1:06–cv–08810–AKH
1:06–cv–08811–AKH
1:06–cv–08812–AKH
1:06–cv–08763–AKH
1:06–cv–08765–AKH
1:06–cv–08766–AKH
1:06–cv–08767–AKH
1:06–cv–08768–AKH
1:06–cv–08769–AKH
1:06–cv–08770–AKH
1:06–cv–08771–AKH

1:06–cv–08772–AKH
1:06–cv–08773–AKH
1:06–cv–08774–AKH
1:06–cv–08775–AKH
1:06–cv–08776–AKH
1:06–cv–08777–AKH
1:06–cv–08778–AKH
1:06–cv–08779–AKH
1:06–cv–08780–AKH
1:06–cv–08781–AKH
1:06–cv–08782–AKH
1:06–cv–08783–AKH
1:06–cv–08785–AKH
1:06–cv–08786–AKH
1:06–cv–08787–AKH
1:06–cv–08788–AKH
1:06–cv–08789–AKH
1:06–cv–08790–AKH
1:06–cv–08791–AKH
1:06–cv–08792–AKH
1:06–cv–08793–AKH
1:06–cv–08794–AKH
1:06–cv–08796–AKH
1:06–cv–08795–AKH
1:06–cv–08797–AKH
1:06–cv–08798–AKH
1:06–cv–08799–AKH
1:06–cv–08802–AKH
1:06–cv–08800–AKH
1:06–cv–08801–AKH
1:06–cv–08803–AKH
1:06–cv–08804–AKH
1:06–cv–08805–AKH
1:06–cv–08806–AKH
1:06–cv–08807–AKH
1:06–cv–08808–AKH
1:06–cv–08813–AKH
1:06–cv–08814–AKH
1:06–cv–08815–AKH
1:06–cv–08816–AKH
1:06–cv–08817–AKH
1:06–cv–08818–AKH
1:06–cv–08819–AKH
1:06–cv–08820–AKH
1:06–cv–08821–AKH
1:06–cv–08822–AKH
1:06–cv–08823–AKH
1:06–cv–08824–AKH
1:06–cv–08825–AKH
1:06–cv–08826–AKH
1:06–cv–08827–AKH
1:06–cv–08828–AKH

1:06–cv–08829–AKH
1:06–cv–08830–AKH
1:06–cv–08831–AKH
1:06–cv–08832–AKH
1:06–cv–08833–AKH
1:06–cv–08834–AKH
1:06–cv–08835–AKH
1:06–cv–08836–AKH
1:06–cv–08837–AKH
1:06–cv–08838–AKH
1:06–cv–08839–AKH
1:06–cv–08840–AKH
1:06–cv–08841–AKH
1:06–cv–08842–AKH
1:06–cv–08843–AKH
1:06–cv–08844–AKH
1:06–cv–08845–AKH
1:06–cv–08846–AKH
1:06–cv–08849–AKH
1:06–cv–13280–AKH
1:06–cv–08848–AKH
1:06–cv–08850–AKH
1:06–cv–08851–AKH
1:06–cv–08852–AKH
1:06–cv–08855–AKH
1:06–cv–08856–AKH
1:06–cv–08857–AKH
1:06–cv–08858–AKH
1:06–cv–08859–AKH
1:06–cv–08860–AKH
1:06–cv–08861–AKH
1:06–cv–08862–AKH
1:06–cv–08863–AKH
1:06–cv–08864–AKH
1:06–cv–08865–AKH
1:06–cv–08866–AKH
1:06–cv–08867–AKH
1:06–cv–08868–AKH
1:06–cv–08869–AKH
1:06–cv–08870–AKH
1:06–cv–08871–AKH
1:06–cv–08872–AKH
1:06–cv–08873–AKH
1:06–cv–08874–AKH
1:06–cv–08875–AKH
1:06–cv–08876–AKH
1:06–cv–08877–AKH
1:06–cv–08878–AKH
1:06–cv–08879–AKH
1:06–cv–08880–AKH
1:06–cv–08881–AKH
1:06–cv–08882–AKH

1:06–cv–08883–AKH
1:06–cv–08884–AKH
1:06–cv–08885–AKH
1:06–cv–08974–AKH
1:06–cv–08975–AKH
1:06–cv–08976–AKH
1:06–cv–08977–AKH
1:06–cv–08978–AKH
1:06–cv–08979–AKH
1:06–cv–08662–AKH
1:06–cv–08663–AKH
1:06–cv–08664–AKH
1:06–cv–08665–AKH
1:06–cv–08666–AKH
1:06–cv–08667–AKH
1:06–cv–08668–AKH
1:06–cv–08669–AKH
1:06–cv–08670–AKH
1:06–cv–08671–AKH
1:06–cv–08672–AKH
1:06–cv–08673–AKH
1:06–cv–08674–AKH
1:06–cv–08675–AKH
1:06–cv–08676–AKH
1:06–cv–08677–AKH
1:06–cv–08678–AKH
1:06–cv–08679–AKH
1:06–cv–08681–AKH
1:06–cv–08680–AKH
1:06–cv–08682–AKH
1:06–cv–08683–AKH
1:06–cv–08695–AKH
1:06–cv–08696–AKH
1:06–cv–08697–AKH
1:06–cv–08698–AKH
1:06–cv–08699–AKH
1:06–cv–08700–AKH
1:06–cv–08701–AKH
1:06–cv–08702–AKH
1:06–cv–08703–AKH
1:06–cv–08704–AKH
1:06–cv–08656–AKH
1:06–cv–08657–AKH
1:06–cv–08658–AKH
1:06–cv–08642–AKH
1:06–cv–08643–AKH
1:06–cv–08644–AKH
1:06–cv–08645–AKH
1:06–cv–08646–AKH
1:06–cv–08647–AKH
1:06–cv–08648–AKH
1:06–cv–08649–AKH

1:06–cv–08650–AKH
1:06–cv–08652–AKH
1:06–cv–08653–AKH
1:06–cv–08654–AKH
1:06–cv–08577–AKH
1:06–cv–08578–AKH
1:06–cv–08581–AKH
1:06–cv–08579–AKH
1:06–cv–08580–AKH
1:06–cv–08582–AKH
1:06–cv–08583–AKH
1:06–cv–08584–AKH
1:06–cv–08585–AKH
1:06–cv–08586–AKH
1:06–cv–08587–AKH
1:06–cv–08588–AKH
1:06–cv–08589–AKH
1:06–cv–08590–AKH
1:06–cv–08595–AKH
1:06–cv–08596–AKH
1:06–cv–08344–AKH
1:06–cv–08345–AKH
1:06–cv–08346–AKH
1:06–cv–08347–AKH
1:06–cv–08349–AKH
1:06–cv–08597–AKH
1:06–cv–08598–AKH
1:06–cv–08599–AKH
1:06–cv–08600–AKH
1:06–cv–08601–AKH
1:06–cv–08602–AKH
1:06–cv–08603–AKH
1:06–cv–08604–AKH
1:06–cv–08605–AKH
1:06–cv–08606–AKH
1:06–cv–08607–AKH
1:06–cv–08608–AKH
1:06–cv–08609–AKH
1:06–cv–08614–AKH
1:06–cv–08610–AKH
1:06–cv–08611–AKH
1:06–cv–08612–AKH
1:06–cv–08613–AKH
1:06–cv–08615–AKH
1:06–cv–08616–AKH
1:06–cv–08617–AKH
1:06–cv–08618–AKH
1:06–cv–08619–AKH
1:06–cv–08621–AKH
1:06–cv–08620–AKH
1:06–cv–08622–AKH
1:06–cv–08623–AKH

1:06–cv–08624–AKH
1:06–cv–08625–AKH
1:06–cv–08626–AKH
1:06–cv–08627–AKH
1:06–cv–08628–AKH
1:06–cv–08629–AKH
1:06–cv–08630–AKH
1:06–cv–08631–AKH
1:06–cv–08632–AKH
1:06–cv–08633–AKH
1:06–cv–08634–AKH
1:06–cv–08635–AKH
1:06–cv–08636–AKH
1:06–cv–08637–AKH
1:06–cv–08638–AKH
1:06–cv–08639–AKH
1:06–cv–08331–AKH
1:06–cv–08640–AKH
1:06–cv–08641–AKH
1:06–cv–08328–AKH
1:06–cv–08329–AKH
1:06–cv–08330–AKH
1:06–cv–08332–AKH
1:06–cv–08333–AKH
1:06–cv–08334–AKH
1:06–cv–08335–AKH
1:06–cv–08336–AKH
1:06–cv–08337–AKH
1:06–cv–08338–AKH
1:06–cv–08339–AKH
1:06–cv–08340–AKH
1:06–cv–08341–AKH
1:06–cv–08342–AKH
1:06–cv–08343–AKH
1:06–cv–08350–AKH
1:06–cv–08351–AKH
1:06–cv–08352–AKH
1:06–cv–08353–AKH
1:06–cv–08354–AKH
1:06–cv–08356–AKH
1:06–cv–08357–AKH
1:06–cv–08358–AKH
1:06–cv–08359–AKH
1:06–cv–08361–AKH
1:06–cv–08362–AKH
1:06–cv–08363–AKH
1:06–cv–08364–AKH
1:06–cv–08365–AKH
1:06–cv–08366–AKH
1:06–cv–08367–AKH
1:06–cv–08368–AKH
1:06–cv–08369–AKH

1:06–cv–08370–AKH
1:06–cv–08371–AKH
1:06–cv–08372–AKH
1:06–cv–08373–AKH
1:06–cv–08374–AKH
1:06–cv–08375–AKH
1:06–cv–08376–AKH
1:06–cv–08377–AKH
1:06–cv–08378–AKH
1:06–cv–08379–AKH
1:06–cv–08380–AKH
1:06–cv–08381–AKH
1:06–cv–08382–AKH
1:06–cv–08383–AKH
1:06–cv–08384–AKH
1:06–cv–08385–AKH
1:06–cv–08386–AKH
1:06–cv–08387–AKH
1:06–cv–08388–AKH
1:06–cv–08389–AKH
1:06–cv–08390–AKH
1:06–cv–08391–AKH
1:06–cv–08392–AKH
1:06–cv–08393–AKH
1:06–cv–08394–AKH
1:06–cv–08395–AKH
1:06–cv–08396–AKH
1:06–cv–08397–AKH
1:06–cv–08398–AKH
1:06–cv–08399–AKH
1:06–cv–08400–AKH
1:06–cv–08401–AKH
1:06–cv–08402–AKH
1:06–cv–08403–AKH
1:06–cv–08404–AKH
1:06–cv–08405–AKH
1:06–cv–08406–AKH
1:06–cv–08407–AKH
1:06–cv–08408–AKH
1:06–cv–08413–AKH
1:06–cv–08409–AKH
1:06–cv–08410–AKH
1:06–cv–08411–AKH
1:06–cv–08412–AKH
1:06–cv–08414–AKH
1:06–cv–08415–AKH
1:06–cv–08416–AKH
1:06–cv–08417–AKH
1:06–cv–08418–AKH
1:06–cv–08419–AKH
1:06–cv–08420–AKH
1:06–cv–08421–AKH

1:06–cv–08422–AKH
1:06–cv–08423–AKH
1:06–cv–08424–AKH
1:06–cv–08425–AKH
1:06–cv–08426–AKH
1:06–cv–08427–AKH
1:06–cv–08428–AKH
1:06–cv–08429–AKH
1:06–cv–08430–AKH
1:06–cv–08431–AKH
1:06–cv–08432–AKH
1:06–cv–08438–AKH
1:06–cv–08433–AKH
1:06–cv–08434–AKH
1:06–cv–08435–AKH
1:06–cv–08436–AKH
1:06–cv–08437–AKH
1:06–cv–08439–AKH
1:06–cv–08440–AKH
1:07–cv–03451–AKH
1:06–cv–08442–AKH
1:06–cv–08443–AKH
1:06–cv–08444–AKH
1:06–cv–08445–AKH
1:06–cv–08446–AKH
1:06–cv–08447–AKH
1:06–cv–08448–AKH
1:06–cv–08449–AKH
1:06–cv–08450–AKH
1:06–cv–08452–AKH
1:06–cv–08453–AKH
1:06–cv–08454–AKH
1:06–cv–08455–AKH
1:06–cv–08456–AKH
1:06–cv–08457–AKH
1:06–cv–08458–AKH
1:06–cv–08459–AKH
1:06–cv–08460–AKH
1:06–cv–08461–AKH
1:06–cv–08462–AKH
1:06–cv–08463–AKH
1:06–cv–08464–AKH
1:06–cv–08465–AKH
1:06–cv–08466–AKH
1:06–cv–08467–AKH
1:06–cv–08468–AKH
1:06–cv–08469–AKH
1:06–cv–08470–AKH
1:06–cv–08471–AKH
1:06–cv–08475–AKH
1:06–cv–08472–AKH
1:06–cv–08473–AKH

1:06–cv–08474–AKH
1:06–cv–08476–AKH
1:06–cv–08477–AKH
1:06–cv–08478–AKH
1:06–cv–08479–AKH
1:06–cv–08480–AKH
1:06–cv–08481–AKH
1:06–cv–08482–AKH
1:06–cv–08483–AKH
1:06–cv–08484–AKH
1:06–cv–08485–AKH
1:06–cv–08486–AKH
1:06–cv–08488–AKH
1:06–cv–08487–AKH
1:06–cv–08494–AKH
1:06–cv–08489–AKH
1:06–cv–08490–AKH
1:06–cv–08491–AKH
1:06–cv–08492–AKH
1:06–cv–08493–AKH
1:06–cv–08495–AKH
1:06–cv–08496–AKH
1:06–cv–08497–AKH
1:06–cv–08498–AKH
1:06–cv–08499–AKH
1:06–cv–08500–AKH
1:06–cv–08501–AKH
1:06–cv–08502–AKH
1:06–cv–08503–AKH
1:06–cv–08504–AKH
1:06–cv–08505–AKH
1:06–cv–08506–AKH
1:06–cv–08507–AKH
1:06–cv–08508–AKH
1:06–cv–08509–AKH
1:06–cv–08510–AKH
1:06–cv–08511–AKH
1:06–cv–08512–AKH
1:06–cv–08513–AKH
1:06–cv–08514–AKH
1:06–cv–08515–AKH
1:06–cv–08516–AKH
1:06–cv–08517–AKH
1:06–cv–08518–AKH
1:06–cv–08519–AKH
1:06–cv–08520–AKH
1:06–cv–08521–AKH
1:06–cv–08522–AKH
1:06–cv–08523–AKH
1:06–cv–08524–AKH
1:06–cv–08525–AKH
1:06–cv–08526–AKH

1:06–cv–08527–AKH
1:06–cv–08528–AKH
1:06–cv–08530–AKH
1:06–cv–08531–AKH
1:06–cv–08532–AKH
1:06–cv–08533–AKH
1:06–cv–08534–AKH
1:06–cv–08535–AKH
1:06–cv–08536–AKH
1:06–cv–08537–AKH
1:06–cv–08538–AKH
1:06–cv–08539–AKH
1:06–cv–08540–AKH
1:06–cv–08541–AKH
1:06–cv–08542–AKH
1:06–cv–08543–AKH
1:06–cv–08544–AKH
1:06–cv–08545–AKH
1:06–cv–08546–AKH
1:06–cv–08547–AKH
1:06–cv–08548–AKH
1:06–cv–08549–AKH
1:06–cv–08550–AKH
1:06–cv–08551–AKH
1:06–cv–08552–AKH
1:06–cv–08553–AKH
1:06–cv–08554–AKH
1:06–cv–08555–AKH
1:06–cv–08556–AKH
1:06–cv–08558–AKH
1:06–cv–13432–AKH
1:06–cv–08557–AKH
1:06–cv–08559–AKH
1:06–cv–08560–AKH
1:06–cv–08561–AKH
1:06–cv–08562–AKH
1:06–cv–08563–AKH
1:06–cv–08564–AKH
1:06–cv–08565–AKH
1:06–cv–08566–AKH
1:06–cv–08567–AKH
1:06–cv–08568–AKH
1:06–cv–08569–AKH
1:06–cv–08570–AKH
1:06–cv–08571–AKH
1:06–cv–08572–AKH
1:06–cv–08573–AKH
1:06–cv–08574–AKH
1:06–cv–08575–AKH
1:06–cv–08576–AKH
1:06–cv–08684–AKH
1:06–cv–08685–AKH

1:06–cv–08686–AKH
1:06–cv–08687–AKH
1:06–cv–08688–AKH
1:06–cv–08689–AKH
1:06–cv–08690–AKH
1:06–cv–08691–AKH
1:06–cv–08692–AKH
1:06–cv–13431–AKH
1:06–cv–08693–AKH
1:06–cv–08694–AKH
1:06–cv–09348–AKH
1:06–cv–09349–AKH
1:06–cv–09350–AKH
1:06–cv–09351–AKH
1:06–cv–09352–AKH
1:06–cv–09353–AKH
1:06–cv–09354–AKH
1:06–cv–09355–AKH
1:06–cv–09356–AKH
1:06–cv–09357–AKH
1:06–cv–09358–AKH
1:06–cv–09359–AKH
1:06–cv–09360–AKH
1:06–cv–09361–AKH
1:06–cv–09362–AKH
1:06–cv–09363–AKH
1:06–cv–09364–AKH
1:06–cv–09365–AKH
1:06–cv–09366–AKH
1:06–cv–09367–AKH
1:06–cv–09374–AKH
1:06–cv–08660–AKH
1:06–cv–08661–AKH
1:06–cv–09345–AKH
1:06–cv–09346–AKH
1:06–cv–09347–AKH
1:06–cv–09337–AKH
1:06–cv–09338–AKH
1:06–cv–09339–AKH
1:06–cv–08990–AKH
1:06–cv–09340–AKH
1:06–cv–09341–AKH
1:06–cv–09342–AKH
1:06–cv–09343–AKH
1:06–cv–09344–AKH
1:06–cv–09265–AKH
1:06–cv–09266–AKH
1:06–cv–09267–AKH
1:06–cv–09268–AKH
1:06–cv–13493–AKH
1:06–cv–09269–AKH
1:06–cv–09270–AKH

1:06–cv–09271–AKH
1:06–cv–09272–AKH
1:06–cv–09273–AKH
1:06–cv–09274–AKH
1:06–cv–09278–AKH
1:06–cv–09275–AKH
1:06–cv–09276–AKH
1:06–cv–09277–AKH
1:06–cv–09279–AKH
1:06–cv–09280–AKH
1:06–cv–09281–AKH
1:06–cv–09282–AKH
1:06–cv–09283–AKH
1:06–cv–09284–AKH
1:06–cv–09285–AKH
1:06–cv–09286–AKH
1:06–cv–09287–AKH
1:06–cv–09288–AKH
1:06–cv–09289–AKH
1:06–cv–09290–AKH
1:06–cv–09291–AKH
1:06–cv–09292–AKH
1:06–cv–09293–AKH
1:06–cv–09294–AKH
1:06–cv–09295–AKH
1:06–cv–09296–AKH
1:06–cv–09297–AKH
1:06–cv–09298–AKH
1:06–cv–09299–AKH
1:06–cv–09300–AKH
1:06–cv–09301–AKH
1:06–cv–09302–AKH
1:06–cv–09303–AKH
1:06–cv–09304–AKH
1:06–cv–09305–AKH
1:06–cv–09306–AKH
1:06–cv–09307–AKH
1:06–cv–09308–AKH
1:06–cv–09309–AKH
1:06–cv–09310–AKH
1:06–cv–09311–AKH
1:06–cv–09312–AKH
1:06–cv–09313–AKH
1:06–cv–09314–AKH
1:06–cv–09315–AKH
1:06–cv–09316–AKH
1:06–cv–09317–AKH
1:06–cv–09318–AKH
1:06–cv–09319–AKH
1:06–cv–09320–AKH
1:06–cv–09321–AKH
1:06–cv–09322–AKH

1:06–cv–09323–AKH
1:06–cv–09324–AKH
1:06–cv–09325–AKH
1:06–cv–09326–AKH
1:06–cv–09327–AKH
1:06–cv–09328–AKH
1:06–cv–09329–AKH
1:06–cv–09330–AKH
1:06–cv–09331–AKH
1:06–cv–09332–AKH
1:06–cv–09333–AKH
1:06–cv–09334–AKH
1:06–cv–09335–AKH
1:06–cv–09336–AKH
1:06–cv–08988–AKH
1:06–cv–08991–AKH
1:06–cv–08992–AKH
1:06–cv–08993–AKH
1:06–cv–08994–AKH
1:06–cv–08995–AKH
1:06–cv–08996–AKH
1:06–cv–08997–AKH
1:06–cv–08998–AKH
1:06–cv–08999–AKH
1:06–cv–09000–AKH
1:06–cv–09001–AKH
1:06–cv–09002–AKH
1:06–cv–09003–AKH
1:06–cv–09004–AKH
1:06–cv–09005–AKH
1:06–cv–09006–AKH
1:06–cv–09007–AKH
1:06–cv–09008–AKH
1:06–cv–09009–AKH
1:06–cv–09010–AKH
1:06–cv–09011–AKH
1:06–cv–09012–AKH
1:06–cv–09013–AKH
1:06–cv–09014–AKH
1:06–cv–09015–AKH
1:06–cv–09016–AKH
1:06–cv–09017–AKH
1:06–cv–09018–AKH
1:06–cv–09019–AKH
1:06–cv–09020–AKH
1:06–cv–09021–AKH
1:06–cv–09022–AKH
1:06–cv–09023–AKH
1:06–cv–09024–AKH
1:06–cv–09025–AKH
1:06–cv–09026–AKH
1:06–cv–09027–AKH

1:06–cv–09028–AKH
1:06–cv–09029–AKH
1:06–cv–09030–AKH
1:06–cv–09031–AKH
1:06–cv–09032–AKH
1:06–cv–09033–AKH
1:06–cv–09034–AKH
1:06–cv–09035–AKH
1:06–cv–09036–AKH
1:06–cv–09037–AKH
1:06–cv–09501–AKH
1:06–cv–09038–AKH
1:06–cv–09039–AKH
1:06–cv–09040–AKH
1:06–cv–09041–AKH
1:06–cv–09042–AKH
1:06–cv–09043–AKH
1:06–cv–09044–AKH
1:06–cv–09045–AKH
1:06–cv–09046–AKH
1:06–cv–09047–AKH
1:06–cv–09048–AKH
1:06–cv–09049–AKH
1:06–cv–09050–AKH
1:06–cv–09051–AKH
1:06–cv–09052–AKH
1:06–cv–09053–AKH
1:06–cv–09054–AKH
1:06–cv–09055–AKH
1:06–cv–09056–AKH
1:06–cv–09057–AKH
1:06–cv–09058–AKH
1:06–cv–09059–AKH
1:06–cv–09060–AKH
1:06–cv–09061–AKH
1:06–cv–09062–AKH
1:06–cv–09502–AKH
1:06–cv–10249–AKH
1:06–cv–09063–AKH
1:06–cv–09064–AKH
1:06–cv–09065–AKH
1:06–cv–09066–AKH
1:06–cv–09067–AKH
1:06–cv–09068–AKH
1:06–cv–09069–AKH
1:06–cv–09070–AKH
1:06–cv–09071–AKH
1:06–cv–09072–AKH
1:06–cv–09073–AKH
1:06–cv–09074–AKH
1:06–cv–09078–AKH
1:06–cv–09076–AKH

1:06–cv–09077–AKH
1:06–cv–09079–AKH
1:06–cv–09080–AKH
1:06–cv–09081–AKH
1:06–cv–13612–AKH
1:06–cv–13613–AKH
1:06–cv–09503–AKH
1:06–cv–09082–AKH
1:06–cv–09504–AKH
1:06–cv–09505–AKH
1:06–cv–09506–AKH
1:06–cv–09507–AKH
1:06–cv–09083–AKH
1:06–cv–09084–AKH
1:06–cv–09085–AKH
1:06–cv–09087–AKH
1:06–cv–09088–AKH
1:06–cv–09089–AKH
1:06–cv–09090–AKH
1:06–cv–13600–AKH
1:06–cv–13611–AKH
1:06–cv–09086–AKH
1:06–cv–09091–AKH
1:06–cv–09092–AKH
1:06–cv–09093–AKH
1:06–cv–09094–AKH
1:06–cv–09095–AKH
1:06–cv–09096–AKH
1:06–cv–09097–AKH
1:06–cv–09098–AKH
1:06–cv–09099–AKH
1:06–cv–09100–AKH
1:06–cv–09101–AKH
1:06–cv–09102–AKH
1:06–cv–09103–AKH
1:06–cv–09104–AKH
1:06–cv–09105–AKH
1:06–cv–09106–AKH
1:06–cv–09107–AKH
1:06–cv–09108–AKH
1:06–cv–09109–AKH
1:06–cv–09110–AKH
1:06–cv–09111–AKH
1:06–cv–09112–AKH
1:06–cv–09113–AKH
1:06–cv–09114–AKH
1:06–cv–09115–AKH
1:06–cv–09116–AKH
1:06–cv–09117–AKH
1:06–cv–09118–AKH
1:06–cv–09119–AKH
1:06–cv–09120–AKH

1:06–cv–09121–AKH
1:06–cv–09122–AKH
1:06–cv–09123–AKH
1:06–cv–09124–AKH
1:06–cv–09125–AKH
1:06–cv–09126–AKH
1:06–cv–09127–AKH
1:06–cv–09128–AKH
1:06–cv–09129–AKH
1:06–cv–09130–AKH
1:06–cv–09131–AKH
1:06–cv–09132–AKH
1:06–cv–09133–AKH
1:06–cv–09135–AKH
1:06–cv–09134–AKH
1:06–cv–09136–AKH
1:06–cv–09137–AKH
1:06–cv–09138–AKH
1:06–cv–09139–AKH
1:06–cv–09140–AKH
1:06–cv–09141–AKH
1:06–cv–09142–AKH
1:06–cv–09143–AKH
1:06–cv–09144–AKH
1:06–cv–09145–AKH
1:06–cv–09146–AKH
1:06–cv–09147–AKH
1:06–cv–09148–AKH
1:06–cv–09149–AKH
1:06–cv–09150–AKH
1:06–cv–09151–AKH
1:06–cv–09152–AKH
1:06–cv–09153–AKH
1:06–cv–09154–AKH
1:06–cv–09155–AKH
1:06–cv–09156–AKH
1:06–cv–09157–AKH
1:06–cv–09158–AKH
1:06–cv–09159–AKH
1:06–cv–09160–AKH
1:06–cv–09161–AKH
1:06–cv–09162–AKH
1:06–cv–09163–AKH
1:06–cv–09164–AKH
1:06–cv–09165–AKH
1:06–cv–09166–AKH
1:06–cv–09167–AKH
1:06–cv–09168–AKH
1:06–cv–09169–AKH
1:06–cv–09170–AKH
1:06–cv–09171–AKH
1:06–cv–09172–AKH

1:06–cv–09173–AKH
1:06–cv–09174–AKH
1:06–cv–09175–AKH
1:06–cv–09176–AKH
1:06–cv–09177–AKH
1:06–cv–09178–AKH
1:06–cv–09179–AKH
1:06–cv–09180–AKH
1:06–cv–09181–AKH
1:06–cv–09182–AKH
1:06–cv–09183–AKH
1:06–cv–09184–AKH
1:06–cv–09185–AKH
1:06–cv–09186–AKH
1:06–cv–09187–AKH
1:06–cv–09189–AKH
1:06–cv–09190–AKH
1:06–cv–09191–AKH
1:06–cv–09192–AKH
1:06–cv–09193–AKH
1:06–cv–09194–AKH
1:06–cv–09195–AKH
1:06–cv–09196–AKH
1:06–cv–09197–AKH
1:06–cv–09200–AKH
1:06–cv–09198–AKH
1:06–cv–09199–AKH
1:06–cv–09201–AKH
1:06–cv–09202–AKH
1:06–cv–09203–AKH
1:06–cv–09204–AKH
1:06–cv–09205–AKH
1:06–cv–09206–AKH
1:06–cv–09207–AKH
1:06–cv–09208–AKH
1:06–cv–09209–AKH
1:06–cv–09210–AKH
1:06–cv–09211–AKH
1:06–cv–09775–AKH
1:06–cv–09212–AKH
1:06–cv–09213–AKH
1:06–cv–09214–AKH
1:06–cv–09215–AKH
1:06–cv–09216–AKH
1:06–cv–09217–AKH
1:06–cv–09218–AKH
1:06–cv–09219–AKH
1:06–cv–09220–AKH
1:06–cv–09221–AKH
1:06–cv–09222–AKH
1:06–cv–09223–AKH
1:06–cv–09224–AKH

1:06–cv–09225–AKH
1:06–cv–09226–AKH
1:06–cv–09230–AKH
1:06–cv–09227–AKH
1:06–cv–09228–AKH
1:06–cv–09231–AKH
1:06–cv–09229–AKH
1:06–cv–09232–AKH
1:06–cv–09233–AKH
1:06–cv–09234–AKH
1:06–cv–09235–AKH
1:06–cv–09236–AKH
1:06–cv–09237–AKH
1:06–cv–09238–AKH
1:06–cv–09239–AKH
1:06–cv–09240–AKH
1:06–cv–09241–AKH
1:06–cv–09242–AKH
1:06–cv–09243–AKH
1:06–cv–13700–AKH
1:06–cv–09776–AKH
1:06–cv–09777–AKH
1:06–cv–09245–AKH
1:06–cv–09246–AKH
1:06–cv–09247–AKH
1:06–cv–09248–AKH
1:06–cv–09249–AKH
1:06–cv–09250–AKH
1:06–cv–09251–AKH
1:06–cv–09252–AKH
1:06–cv–09253–AKH
1:06–cv–09254–AKH
1:06–cv–09255–AKH
1:06–cv–09256–AKH
1:06–cv–09257–AKH
1:06–cv–09258–AKH
1:06–cv–09259–AKH
1:06–cv–09260–AKH
1:06–cv–09261–AKH
1:06–cv–09262–AKH
1:06–cv–09263–AKH
1:06–cv–09264–AKH
1:06–cv–09368–AKH
1:06–cv–09369–AKH
1:06–cv–09856–AKH
1:06–cv–09857–AKH
1:06–cv–09858–AKH
1:06–cv–09844–AKH
1:06–cv–09834–AKH
1:06–cv–09835–AKH
1:06–cv–09836–AKH
1:06–cv–09837–AKH

1:06–cv–09838–AKH
1:06–cv–09839–AKH
1:06–cv–09840–AKH
1:06–cv–09841–AKH
1:06–cv–09842–AKH
1:06–cv–09370–AKH
1:06–cv–09371–AKH
1:06–cv–09372–AKH
1:06–cv–09373–AKH
1:06–cv–09843–AKH
1:06–cv–09845–AKH
1:06–cv–09846–AKH
1:06–cv–09778–AKH
1:06–cv–09779–AKH
1:06–cv–09780–AKH
1:06–cv–09781–AKH
1:06–cv–09782–AKH
1:06–cv–09847–AKH
1:06–cv–09848–AKH
1:06–cv–09849–AKH
1:06–cv–09850–AKH
1:06–cv–09851–AKH
1:06–cv–09852–AKH
1:06–cv–09764–AKH
1:06–cv–09765–AKH
1:06–cv–09766–AKH
1:06–cv–09767–AKH
1:06–cv–09771–AKH
1:06–cv–09768–AKH
1:06–cv–09769–AKH
1:06–cv–09770–AKH
1:06–cv–09772–AKH
1:06–cv–13698–AKH
1:06–cv–09773–AKH
1:06–cv–09774–AKH
1:06–cv–09783–AKH
1:06–cv–09784–AKH
1:06–cv–09785–AKH
1:06–cv–09786–AKH
1:06–cv–09787–AKH
1:06–cv–09788–AKH
1:06–cv–09789–AKH
1:06–cv–09790–AKH
1:06–cv–09791–AKH
1:06–cv–09792–AKH
1:06–cv–09793–AKH
1:06–cv–09794–AKH
1:06–cv–09795–AKH
1:06–cv–09796–AKH
1:06–cv–09797–AKH
1:06–cv–09798–AKH
1:06–cv–09799–AKH

1:06–cv–09800–AKH
1:06–cv–09801–AKH
1:06–cv–09802–AKH
1:06–cv–09803–AKH
1:06–cv–09804–AKH
1:06–cv–09805–AKH
1:06–cv–09806–AKH
1:06–cv–09807–AKH
1:06–cv–09808–AKH
1:06–cv–09809–AKH
1:06–cv–09810–AKH
1:06–cv–09811–AKH
1:06–cv–09812–AKH
1:06–cv–09813–AKH
1:06–cv–09814–AKH
1:06–cv–09815–AKH
1:06–cv–09816–AKH
1:06–cv–09817–AKH
1:06–cv–09818–AKH
1:06–cv–09819–AKH
1:06–cv–09820–AKH
1:06–cv–09821–AKH
1:06–cv–09822–AKH
1:06–cv–09823–AKH
1:06–cv–09824–AKH
1:06–cv–09825–AKH
1:06–cv–13614–AKH
1:06–cv–09827–AKH
1:06–cv–09828–AKH
1:06–cv–09829–AKH
1:06–cv–09830–AKH
1:06–cv–09831–AKH
1:06–cv–13615–AKH
1:06–cv–09832–AKH
1:06–cv–09833–AKH
1:06–cv–09853–AKH
1:06–cv–13616–AKH
1:06–cv–13617–AKH
1:06–cv–13618–AKH
1:06–cv–13619–AKH
1:06–cv–09854–AKH
1:06–cv–09855–AKH
1:06–cv–09466–AKH
1:06–cv–09467–AKH
1:06–cv–09468–AKH
1:06–cv–09469–AKH
1:06–cv–09470–AKH
1:06–cv–09471–AKH
1:06–cv–09472–AKH
1:06–cv–09473–AKH
1:06–cv–09474–AKH
1:06–cv–09475–AKH

1:06–cv–09476–AKH
1:06–cv–09477–AKH
1:06–cv–09478–AKH
1:06–cv–09479–AKH
1:06–cv–09480–AKH
1:06–cv–09481–AKH
1:06–cv–09482–AKH
1:06–cv–09483–AKH
1:06–cv–09484–AKH
1:06–cv–09485–AKH
1:06–cv–09486–AKH
1:06–cv–09487–AKH
1:06–cv–09488–AKH
1:06–cv–09489–AKH
1:06–cv–09490–AKH
1:06–cv–09491–AKH
1:06–cv–09492–AKH
1:06–cv–09493–AKH
1:06–cv–09494–AKH
1:06–cv–09511–AKH
1:06–cv–09508–AKH
1:06–cv–09509–AKH
1:06–cv–09510–AKH
1:06–cv–09512–AKH
1:06–cv–09513–AKH
1:06–cv–09514–AKH
1:06–cv–09515–AKH
1:06–cv–09516–AKH
1:06–cv–09517–AKH
1:06–cv–09518–AKH
1:06–cv–09519–AKH
1:06–cv–09520–AKH
1:06–cv–09521–AKH
1:06–cv–09522–AKH
1:06–cv–13620–AKH
1:06–cv–09523–AKH
1:06–cv–13621–AKH
1:06–cv–09524–AKH
1:06–cv–09525–AKH
1:06–cv–09526–AKH
1:06–cv–09527–AKH
1:06–cv–09528–AKH
1:06–cv–13622–AKH
1:06–cv–09529–AKH
1:06–cv–09530–AKH
1:06–cv–09531–AKH
1:06–cv–09532–AKH
1:06–cv–09533–AKH
1:06–cv–09534–AKH
1:06–cv–13623–AKH
1:06–cv–09535–AKH
1:06–cv–09536–AKH

1:06–cv–09537–AKH
1:06–cv–09538–AKH
1:06–cv–13624–AKH
1:06–cv–09539–AKH
1:06–cv–09540–AKH
1:06–cv–09541–AKH
1:06–cv–09542–AKH
1:06–cv–09543–AKH
1:06–cv–09544–AKH
1:06–cv–09545–AKH
1:06–cv–09546–AKH
1:06–cv–09547–AKH
1:06–cv–09548–AKH
1:06–cv–09549–AKH
1:06–cv–09550–AKH
1:06–cv–09551–AKH
1:06–cv–09552–AKH
1:06–cv–09553–AKH
1:06–cv–09554–AKH
1:06–cv–09555–AKH
1:06–cv–09556–AKH
1:06–cv–09557–AKH
1:06–cv–09558–AKH
1:06–cv–09559–AKH
1:06–cv–09560–AKH
1:06–cv–09561–AKH
1:06–cv–09562–AKH
1:06–cv–09563–AKH
1:06–cv–09564–AKH
1:06–cv–09565–AKH
1:06–cv–09566–AKH
1:06–cv–09567–AKH
1:06–cv–09568–AKH
1:06–cv–09572–AKH
1:06–cv–09570–AKH
1:06–cv–09571–AKH
1:06–cv–09573–AKH
1:06–cv–09574–AKH
1:06–cv–09575–AKH
1:06–cv–09576–AKH
1:06–cv–09569–AKH
1:06–cv–09577–AKH
1:06–cv–09578–AKH
1:06–cv–09579–AKH
1:06–cv–09580–AKH
1:06–cv–09581–AKH
1:06–cv–09582–AKH
1:06–cv–09583–AKH
1:06–cv–09584–AKH
1:06–cv–09585–AKH
1:06–cv–09586–AKH
1:06–cv–09587–AKH

1:06–cv–09588–AKH
1:06–cv–09589–AKH
1:06–cv–09590–AKH
1:06–cv–09591–AKH
1:06–cv–09592–AKH
1:06–cv–09593–AKH
1:06–cv–09594–AKH
1:06–cv–09595–AKH
1:06–cv–09596–AKH
1:06–cv–09597–AKH
1:06–cv–09598–AKH
1:06–cv–09599–AKH
1:06–cv–09600–AKH
1:06–cv–09601–AKH
1:06–cv–09602–AKH
1:06–cv–09603–AKH
1:06–cv–09604–AKH
1:06–cv–09605–AKH
1:06–cv–09606–AKH
1:06–cv–09607–AKH
1:06–cv–09608–AKH
1:06–cv–09609–AKH
1:06–cv–09610–AKH
1:06–cv–09611–AKH
1:06–cv–09662–AKH
1:06–cv–09663–AKH
1:06–cv–09664–AKH
1:06–cv–09665–AKH
1:06–cv–09666–AKH
1:06–cv–09612–AKH
1:06–cv–09613–AKH
1:06–cv–09614–AKH
1:06–cv–09615–AKH
1:06–cv–09616–AKH
1:06–cv–09617–AKH
1:06–cv–09618–AKH
1:06–cv–09619–AKH
1:06–cv–09620–AKH
1:06–cv–09621–AKH
1:06–cv–09622–AKH
1:06–cv–09623–AKH
1:06–cv–09624–AKH
1:06–cv–09625–AKH
1:06–cv–09626–AKH
1:06–cv–09627–AKH
1:06–cv–09628–AKH
1:06–cv–09629–AKH
1:06–cv–09630–AKH
1:06–cv–09631–AKH
1:06–cv–09632–AKH
1:06–cv–09633–AKH
1:06–cv–09634–AKH

1:06–cv–09635–AKH
1:06–cv–09636–AKH
1:06–cv–09637–AKH
1:06–cv–09638–AKH
1:06–cv–09639–AKH
1:06–cv–09640–AKH
1:06–cv–09641–AKH
1:06–cv–09642–AKH
1:06–cv–09643–AKH
1:06–cv–09644–AKH
1:06–cv–09645–AKH
1:06–cv–09646–AKH
1:06–cv–09647–AKH
1:06–cv–09648–AKH
1:06–cv–09649–AKH
1:06–cv–09650–AKH
1:06–cv–09651–AKH
1:06–cv–09652–AKH
1:06–cv–09653–AKH
1:06–cv–09654–AKH
1:06–cv–09655–AKH
1:06–cv–09656–AKH
1:06–cv–09657–AKH
1:06–cv–09658–AKH
1:06–cv–09659–AKH
1:06–cv–09660–AKH
1:06–cv–09667–AKH
1:06–cv–09668–AKH
1:06–cv–09669–AKH
1:06–cv–09670–AKH
1:06–cv–09671–AKH
1:06–cv–09672–AKH
1:06–cv–09673–AKH
1:06–cv–09675–AKH
1:06–cv–09676–AKH
1:06–cv–09677–AKH
1:06–cv–09678–AKH
1:06–cv–09680–AKH
1:06–cv–09681–AKH
1:06–cv–09682–AKH
1:06–cv–09683–AKH
1:06–cv–09684–AKH
1:06–cv–09685–AKH
1:06–cv–09686–AKH
1:06–cv–09687–AKH
1:06–cv–09688–AKH
1:06–cv–09689–AKH
1:06–cv–09690–AKH
1:06–cv–09691–AKH
1:06–cv–09692–AKH
1:06–cv–09693–AKH
1:06–cv–09694–AKH

1:06–cv–09695–AKH
1:06–cv–09696–AKH
1:06–cv–09697–AKH
1:06–cv–09699–AKH
1:06–cv–09700–AKH
1:06–cv–09698–AKH
1:06–cv–09701–AKH
1:06–cv–09702–AKH
1:06–cv–09703–AKH
1:06–cv–09704–AKH
1:06–cv–09705–AKH
1:06–cv–09706–AKH
1:06–cv–09707–AKH
1:06–cv–09708–AKH
1:06–cv–09709–AKH
1:06–cv–09710–AKH
1:06–cv–09711–AKH
1:06–cv–09712–AKH
1:06–cv–09713–AKH
1:06–cv–09714–AKH
1:06–cv–09715–AKH
1:06–cv–09716–AKH
1:06–cv–09717–AKH
1:06–cv–09718–AKH
1:06–cv–09719–AKH
1:06–cv–09720–AKH
1:06–cv–09721–AKH
1:06–cv–09722–AKH
1:06–cv–09723–AKH
1:06–cv–09725–AKH
1:06–cv–09726–AKH
1:06–cv–09727–AKH
1:06–cv–09728–AKH
1:06–cv–09729–AKH
1:06–cv–09730–AKH
1:06–cv–09731–AKH
1:06–cv–09732–AKH
1:06–cv–09733–AKH
1:06–cv–09734–AKH
1:06–cv–09735–AKH
1:06–cv–09736–AKH
1:06–cv–09737–AKH
1:06–cv–09738–AKH
1:06–cv–09739–AKH
1:06–cv–09740–AKH
1:06–cv–09741–AKH
1:06–cv–09742–AKH
1:06–cv–09743–AKH
1:06–cv–09744–AKH
1:06–cv–09745–AKH
1:06–cv–09746–AKH
1:06–cv–09747–AKH

1:06–cv–09748–AKH
1:06–cv–09749–AKH
1:06–cv–09750–AKH
1:06–cv–09751–AKH
1:06–cv–09752–AKH
1:06–cv–09753–AKH
1:06–cv–09754–AKH
1:06–cv–09755–AKH
1:06–cv–09756–AKH
1:06–cv–09757–AKH
1:06–cv–09758–AKH
1:06–cv–09760–AKH
1:06–cv–09763–AKH
1:06–cv–09759–AKH
1:06–cv–09761–AKH
1:06–cv–09762–AKH
1:06–cv–08847–AKH
1:06–cv–10162–AKH
1:06–cv–10163–AKH
1:06–cv–10565–AKH
1:06–cv–10566–AKH
1:06–cv–10567–AKH
1:06–cv–10699–AKH
1:06–cv–10700–AKH
1:06–cv–10696–AKH
1:06–cv–10697–AKH
1:06–cv–10698–AKH
1:06–cv–10564–AKH
1:06–cv–10681–AKH
1:06–cv–10682–AKH
1:06–cv–10683–AKH
1:06–cv–10684–AKH
1:06–cv–10686–AKH
1:06–cv–10691–AKH
1:06–cv–10692–AKH
1:06–cv–10693–AKH
1:06–cv–10694–AKH
1:06–cv–10695–AKH
1:06–cv–10685–AKH
1:06–cv–10687–AKH
1:06–cv–10688–AKH
1:06–cv–10689–AKH
1:06–cv–10690–AKH
1:06–cv–10114–AKH
1:06–cv–10115–AKH
1:06–cv–10116–AKH
1:06–cv–10117–AKH
1:06–cv–10118–AKH
1:06–cv–10119–AKH
1:06–cv–10120–AKH
1:06–cv–10121–AKH
1:06–cv–10122–AKH

1:06–cv–10123–AKH
1:06–cv–10124–AKH
1:06–cv–10125–AKH
1:06–cv–10128–AKH
1:06–cv–10126–AKH
1:06–cv–10127–AKH
1:06–cv–10129–AKH
1:06–cv–10130–AKH
1:06–cv–10131–AKH
1:06–cv–10132–AKH
1:06–cv–10133–AKH
1:06–cv–10134–AKH
1:06–cv–10135–AKH
1:06–cv–10136–AKH
1:06–cv–10137–AKH
1:06–cv–10138–AKH
1:06–cv–10139–AKH
1:06–cv–10140–AKH
1:06–cv–10141–AKH
1:06–cv–10142–AKH
1:06–cv–10143–AKH
1:06–cv–10144–AKH
1:06–cv–10145–AKH
1:06–cv–10148–AKH
1:06–cv–10146–AKH
1:06–cv–10147–AKH
1:06–cv–10149–AKH
1:06–cv–10150–AKH
1:06–cv–10151–AKH
1:06–cv–10152–AKH
1:06–cv–10153–AKH
1:06–cv–10154–AKH
1:06–cv–10155–AKH
1:06–cv–10156–AKH
1:06–cv–10157–AKH
1:06–cv–10158–AKH
1:06–cv–10159–AKH
1:06–cv–10160–AKH
1:06–cv–10161–AKH
1:06–cv–10653–AKH
1:06–cv–10651–AKH
1:06–cv–10652–AKH
1:06–cv–10654–AKH
1:06–cv–10655–AKH
1:06–cv–10656–AKH
1:06–cv–10657–AKH
1:06–cv–10658–AKH
1:06–cv–10659–AKH
1:06–cv–10660–AKH
1:06–cv–10661–AKH
1:06–cv–10662–AKH
1:06–cv–10663–AKH

1:06–cv–10664–AKH
1:06–cv–10665–AKH
1:06–cv–10666–AKH
1:06–cv–10667–AKH
1:06–cv–10668–AKH
1:06–cv–10670–AKH
1:06–cv–10671–AKH
1:06–cv–10672–AKH
1:06–cv–10673–AKH
1:06–cv–10674–AKH
1:06–cv–10675–AKH
1:06–cv–10676–AKH
1:06–cv–10677–AKH
1:06–cv–10678–AKH
1:06–cv–10679–AKH
1:06–cv–10680–AKH
1:06–cv–10541–AKH
1:06–cv–10542–AKH
1:06–cv–10543–AKH
1:06–cv–10544–AKH
1:06–cv–10545–AKH
1:06–cv–10546–AKH
1:06–cv–10547–AKH
1:06–cv–10548–AKH
1:06–cv–10549–AKH
1:06–cv–10550–AKH
1:06–cv–10551–AKH
1:06–cv–10552–AKH
1:06–cv–10553–AKH
1:06–cv–10554–AKH
1:06–cv–10555–AKH
1:06–cv–10556–AKH
1:06–cv–10557–AKH
1:06–cv–10558–AKH
1:06–cv–10559–AKH
1:06–cv–10560–AKH
1:06–cv–10561–AKH
1:06–cv–10562–AKH
1:06–cv–10563–AKH
1:06–cv–10568–AKH
1:06–cv–10569–AKH
1:06–cv–10570–AKH
1:06–cv–10571–AKH
1:06–cv–10572–AKH
1:06–cv–10573–AKH
1:06–cv–10574–AKH
1:06–cv–10575–AKH
1:06–cv–10576–AKH
1:06–cv–10577–AKH
1:06–cv–10578–AKH
1:06–cv–10579–AKH
1:06–cv–10580–AKH

1:06–cv–10581–AKH
1:06–cv–10582–AKH
1:06–cv–10583–AKH
1:06–cv–10584–AKH
1:06–cv–10585–AKH
1:06–cv–10586–AKH
1:06–cv–10587–AKH
1:06–cv–10588–AKH
1:06–cv–10589–AKH
1:06–cv–10590–AKH
1:06–cv–10594–AKH
1:06–cv–10591–AKH
1:06–cv–10592–AKH
1:06–cv–10593–AKH
1:06–cv–10595–AKH
1:06–cv–10596–AKH
1:06–cv–10597–AKH
1:06–cv–10598–AKH
1:06–cv–10599–AKH
1:06–cv–10600–AKH
1:06–cv–10601–AKH
1:06–cv–10602–AKH
1:06–cv–10603–AKH
1:06–cv–10604–AKH
1:06–cv–10605–AKH
1:06–cv–10606–AKH
1:06–cv–10607–AKH
1:06–cv–10608–AKH
1:06–cv–10609–AKH
1:06–cv–10610–AKH
1:06–cv–10611–AKH
1:06–cv–10612–AKH
1:06–cv–10613–AKH
1:06–cv–10614–AKH
1:06–cv–10615–AKH
1:06–cv–10616–AKH
1:06–cv–10617–AKH
1:06–cv–10618–AKH
1:06–cv–10619–AKH
1:06–cv–10620–AKH
1:06–cv–10621–AKH
1:06–cv–10622–AKH
1:06–cv–10623–AKH
1:06–cv–10625–AKH
1:06–cv–10626–AKH
1:06–cv–10627–AKH
1:06–cv–10628–AKH
1:06–cv–10629–AKH
1:06–cv–10630–AKH
1:06–cv–10633–AKH
1:06–cv–10631–AKH
1:06–cv–10632–AKH

1:06–cv–10634–AKH
1:06–cv–10635–AKH
1:06–cv–10637–AKH
1:06–cv–10638–AKH
1:06–cv–10639–AKH
1:06–cv–10640–AKH
1:06–cv–10644–AKH
1:06–cv–10641–AKH
1:06–cv–10642–AKH
1:06–cv–10643–AKH
1:06–cv–10645–AKH
1:06–cv–10646–AKH
1:06–cv–10647–AKH
1:06–cv–10648–AKH
1:06–cv–10649–AKH
1:06–cv–10650–AKH
1:06–cv–09961–AKH
1:06–cv–09962–AKH
1:06–cv–09964–AKH
1:06–cv–09965–AKH
1:06–cv–09966–AKH
1:06–cv–09967–AKH
1:06–cv–09968–AKH
1:06–cv–09969–AKH
1:06–cv–09970–AKH
1:06–cv–09971–AKH
1:06–cv–09972–AKH
1:06–cv–09973–AKH
1:06–cv–09974–AKH
1:06–cv–09975–AKH
1:06–cv–09976–AKH
1:06–cv–09977–AKH
1:06–cv–09979–AKH
1:06–cv–09978–AKH
1:06–cv–09980–AKH
1:06–cv–09981–AKH
1:06–cv–09982–AKH
1:06–cv–09983–AKH
1:06–cv–09984–AKH
1:06–cv–09985–AKH
1:06–cv–09986–AKH
1:06–cv–09987–AKH
1:06–cv–09988–AKH
1:06–cv–09989–AKH
1:06–cv–09990–AKH
1:06–cv–09991–AKH
1:06–cv–09992–AKH
1:06–cv–09993–AKH
1:06–cv–09994–AKH
1:06–cv–09995–AKH
1:06–cv–09996–AKH
1:06–cv–09999–AKH

1:06–cv–09997–AKH
1:06–cv–09998–AKH
1:06–cv–10000–AKH
1:06–cv–10001–AKH
1:06–cv–10002–AKH
1:06–cv–10006–AKH
1:06–cv–10004–AKH
1:06–cv–10005–AKH
1:06–cv–10007–AKH
1:06–cv–10010–AKH
1:06–cv–10008–AKH
1:06–cv–10009–AKH
1:06–cv–10011–AKH
1:06–cv–10012–AKH
1:06–cv–10013–AKH
1:06–cv–10014–AKH
1:06–cv–10015–AKH
1:06–cv–10016–AKH
1:06–cv–10017–AKH
1:06–cv–10018–AKH
1:06–cv–10019–AKH
1:06–cv–10020–AKH
1:06–cv–10021–AKH
1:06–cv–10022–AKH
1:06–cv–10023–AKH
1:06–cv–10024–AKH
1:06–cv–10025–AKH
1:06–cv–10026–AKH
1:06–cv–10027–AKH
1:06–cv–10028–AKH
1:06–cv–10029–AKH
1:06–cv–10030–AKH
1:06–cv–10034–AKH
1:06–cv–10032–AKH
1:06–cv–10033–AKH
1:06–cv–10035–AKH
1:06–cv–10036–AKH
1:06–cv–10037–AKH
1:06–cv–10038–AKH
1:06–cv–10039–AKH
1:06–cv–10040–AKH
1:06–cv–10041–AKH
1:06–cv–10042–AKH
1:06–cv–10043–AKH
1:06–cv–10045–AKH
1:06–cv–10046–AKH
1:06–cv–10047–AKH
1:06–cv–10048–AKH
1:06–cv–10049–AKH
1:06–cv–10050–AKH
1:06–cv–10051–AKH
1:06–cv–10052–AKH

1:06–cv–10053–AKH
1:06–cv–10054–AKH
1:06–cv–10055–AKH
1:06–cv–10057–AKH
1:06–cv–10056–AKH
1:06–cv–10058–AKH
1:06–cv–10059–AKH
1:06–cv–10060–AKH
1:06–cv–10061–AKH
1:06–cv–10062–AKH
1:06–cv–10063–AKH
1:06–cv–10064–AKH
1:06–cv–10065–AKH
1:06–cv–10066–AKH
1:06–cv–10067–AKH
1:06–cv–10068–AKH
1:06–cv–10069–AKH
1:06–cv–10070–AKH
1:06–cv–10109–AKH
1:06–cv–10110–AKH
1:06–cv–10111–AKH
1:06–cv–10112–AKH
1:06–cv–10113–AKH
1:06–cv–10071–AKH
1:06–cv–10072–AKH
1:06–cv–10073–AKH
1:06–cv–10074–AKH
1:06–cv–10075–AKH
1:06–cv–10076–AKH
1:06–cv–10077–AKH
1:06–cv–10078–AKH
1:06–cv–10079–AKH
1:06–cv–10080–AKH
1:06–cv–10081–AKH
1:06–cv–10082–AKH
1:06–cv–10083–AKH
1:06–cv–10084–AKH
1:06–cv–10085–AKH
1:06–cv–10086–AKH
1:06–cv–10088–AKH
1:06–cv–10092–AKH
1:06–cv–10089–AKH
1:06–cv–10090–AKH
1:06–cv–10091–AKH
1:06–cv–10093–AKH
1:06–cv–10094–AKH
1:06–cv–10096–AKH
1:06–cv–10097–AKH
1:06–cv–10098–AKH
1:06–cv–10099–AKH
1:06–cv–10100–AKH
1:06–cv–10101–AKH

1:06–cv–10102–AKH
1:06–cv–10103–AKH
1:06–cv–10104–AKH
1:06–cv–10105–AKH
1:06–cv–10106–AKH
1:06–cv–10107–AKH
1:06–cv–10240–AKH
1:06–cv–10108–AKH
1:06–cv–10241–AKH
1:06–cv–10242–AKH
1:06–cv–10243–AKH
1:06–cv–10244–AKH
1:06–cv–10245–AKH
1:06–cv–10246–AKH
1:06–cv–10247–AKH
1:06–cv–10248–AKH
1:06–cv–10250–AKH
1:06–cv–10251–AKH
1:06–cv–10252–AKH
1:06–cv–10253–AKH
1:06–cv–10254–AKH
1:06–cv–10255–AKH
1:06–cv–10256–AKH
1:06–cv–10257–AKH
1:06–cv–10258–AKH
1:06–cv–10259–AKH
1:06–cv–10260–AKH
1:06–cv–10261–AKH
1:06–cv–10262–AKH
1:06–cv–10263–AKH
1:06–cv–10264–AKH
1:06–cv–10265–AKH
1:06–cv–10266–AKH
1:06–cv–10267–AKH
1:06–cv–10268–AKH
1:06–cv–10269–AKH
1:06–cv–10270–AKH
1:06–cv–10271–AKH
1:06–cv–10272–AKH
1:06–cv–10273–AKH
1:06–cv–10274–AKH
1:06–cv–10275–AKH
1:06–cv–10276–AKH
1:06–cv–10277–AKH
1:06–cv–10278–AKH
1:06–cv–10279–AKH
1:06–cv–10280–AKH
1:06–cv–10286–AKH
1:06–cv–10287–AKH
1:06–cv–10288–AKH
1:06–cv–10289–AKH
1:06–cv–10290–AKH

1:06–cv–10281–AKH
1:06–cv–10282–AKH
1:06–cv–10283–AKH
1:06–cv–10284–AKH
1:06–cv–10285–AKH
1:06–cv–10291–AKH
1:06–cv–10292–AKH
1:06–cv–10293–AKH
1:06–cv–10294–AKH
1:06–cv–10295–AKH
1:06–cv–10296–AKH
1:06–cv–10297–AKH
1:06–cv–10298–AKH
1:06–cv–10299–AKH
1:06–cv–10300–AKH
1:06–cv–10301–AKH
1:06–cv–10302–AKH
1:06–cv–10303–AKH
1:06–cv–10304–AKH
1:06–cv–10305–AKH
1:06–cv–10306–AKH
1:06–cv–10307–AKH
1:06–cv–10308–AKH
1:06–cv–10309–AKH
1:06–cv–10310–AKH
1:06–cv–10311–AKH
1:06–cv–10312–AKH
1:06–cv–10313–AKH
1:06–cv–10314–AKH
1:06–cv–10315–AKH
1:06–cv–10316–AKH
1:06–cv–10317–AKH
1:06–cv–10321–AKH
1:06–cv–10318–AKH
1:06–cv–10319–AKH
1:06–cv–10320–AKH
1:06–cv–10322–AKH
1:06–cv–10323–AKH
1:06–cv–10324–AKH
1:06–cv–10325–AKH
1:06–cv–10326–AKH
1:06–cv–10327–AKH
1:06–cv–10328–AKH
1:06–cv–10329–AKH
1:06–cv–10330–AKH
1:06–cv–10331–AKH
1:06–cv–10332–AKH
1:06–cv–10333–AKH
1:06–cv–10334–AKH
1:06–cv–10335–AKH
1:06–cv–10336–AKH
1:06–cv–10337–AKH

1:06–cv–10338–AKH
1:06–cv–10339–AKH
1:06–cv–10340–AKH
1:06–cv–10341–AKH
1:06–cv–10342–AKH
1:06–cv–10343–AKH
1:06–cv–10344–AKH
1:06–cv–10345–AKH
1:06–cv–10346–AKH
1:06–cv–10347–AKH
1:06–cv–10348–AKH
1:06–cv–10349–AKH
1:06–cv–10350–AKH
1:06–cv–10351–AKH
1:06–cv–10352–AKH
1:06–cv–10353–AKH
1:06–cv–10359–AKH
1:06–cv–10354–AKH
1:06–cv–10355–AKH
1:06–cv–10356–AKH
1:06–cv–10357–AKH
1:06–cv–10358–AKH
1:06–cv–10360–AKH
1:06–cv–10361–AKH
1:06–cv–10362–AKH
1:06–cv–10363–AKH
1:06–cv–10364–AKH
1:06–cv–10365–AKH
1:06–cv–10366–AKH
1:06–cv–10367–AKH
1:06–cv–10368–AKH
1:06–cv–10369–AKH
1:06–cv–10370–AKH
1:06–cv–10371–AKH
1:06–cv–10372–AKH
1:06–cv–10373–AKH
1:06–cv–10374–AKH
1:06–cv–10375–AKH
1:06–cv–10376–AKH
1:06–cv–10378–AKH
1:06–cv–10379–AKH
1:06–cv–10380–AKH
1:06–cv–10381–AKH
1:06–cv–10382–AKH
1:06–cv–10383–AKH
1:06–cv–10384–AKH
1:06–cv–10385–AKH
1:06–cv–10386–AKH
1:06–cv–10387–AKH
1:06–cv–10388–AKH
1:06–cv–10389–AKH
1:06–cv–10392–AKH

1:06–cv–10390–AKH
1:06–cv–10391–AKH
1:06–cv–10393–AKH
1:06–cv–10394–AKH
1:06–cv–10395–AKH
1:06–cv–10396–AKH
1:06–cv–10397–AKH
1:06–cv–10398–AKH
1:06–cv–10399–AKH
1:06–cv–10400–AKH
1:06–cv–10401–AKH
1:06–cv–10402–AKH
1:06–cv–10403–AKH
1:06–cv–10404–AKH
1:06–cv–10405–AKH
1:06–cv–10406–AKH
1:06–cv–10407–AKH
1:06–cv–10408–AKH
1:06–cv–10409–AKH
1:06–cv–10410–AKH
1:06–cv–10411–AKH
1:06–cv–10412–AKH
1:06–cv–10413–AKH
1:06–cv–10414–AKH
1:06–cv–10415–AKH
1:06–cv–10416–AKH
1:06–cv–10417–AKH
1:06–cv–10418–AKH
1:06–cv–10419–AKH
1:06–cv–10420–AKH
1:06–cv–10421–AKH
1:06–cv–10422–AKH
1:06–cv–10423–AKH
1:06–cv–10424–AKH
1:06–cv–10425–AKH
1:06–cv–10431–AKH
1:06–cv–10426–AKH
1:06–cv–10427–AKH
1:06–cv–10428–AKH
1:06–cv–10429–AKH
1:06–cv–10430–AKH
1:06–cv–10432–AKH
1:06–cv–10433–AKH
1:06–cv–10434–AKH
1:06–cv–10435–AKH
1:06–cv–10436–AKH
1:06–cv–10437–AKH
1:06–cv–10438–AKH
1:06–cv–10439–AKH
1:06–cv–10440–AKH
1:06–cv–10441–AKH
1:06–cv–10442–AKH

1:06–cv–10443–AKH
1:06–cv–10444–AKH
1:06–cv–10445–AKH
1:06–cv–10446–AKH
1:06–cv–10447–AKH
1:06–cv–10448–AKH
1:06–cv–10449–AKH
1:06–cv–10450–AKH
1:06–cv–10451–AKH
1:06–cv–10452–AKH
1:06–cv–10453–AKH
1:06–cv–10454–AKH
1:06–cv–10455–AKH
1:06–cv–10456–AKH
1:06–cv–10457–AKH
1:06–cv–10459–AKH
1:06–cv–10460–AKH
1:06–cv–10461–AKH
1:06–cv–10462–AKH
1:06–cv–10463–AKH
1:06–cv–10464–AKH
1:06–cv–10458–AKH
1:06–cv–10465–AKH
1:06–cv–10466–AKH
1:06–cv–10467–AKH
1:06–cv–10468–AKH
1:06–cv–10469–AKH
1:06–cv–10470–AKH
1:06–cv–10471–AKH
1:06–cv–10472–AKH
1:06–cv–10473–AKH
1:06–cv–10474–AKH
1:06–cv–10475–AKH
1:06–cv–10476–AKH
1:06–cv–10477–AKH
1:06–cv–10478–AKH
1:06–cv–10479–AKH
1:06–cv–10480–AKH
1:06–cv–10481–AKH
1:06–cv–10482–AKH
1:06–cv–10483–AKH
1:06–cv–10484–AKH
1:06–cv–10485–AKH
1:06–cv–10486–AKH
1:06–cv–10487–AKH
1:06–cv–10488–AKH
1:06–cv–10489–AKH
1:06–cv–10490–AKH
1:06–cv–10491–AKH
1:06–cv–10492–AKH
1:06–cv–10493–AKH
1:06–cv–10494–AKH

1:06–cv–10495–AKH
1:06–cv–10496–AKH
1:06–cv–10497–AKH
1:06–cv–10498–AKH
1:06–cv–10499–AKH
1:06–cv–10502–AKH
1:06–cv–10500–AKH
1:06–cv–10501–AKH
1:06–cv–10503–AKH
1:06–cv–10504–AKH
1:06–cv–10505–AKH
1:06–cv–10506–AKH
1:06–cv–10507–AKH
1:06–cv–10508–AKH
1:06–cv–10509–AKH
1:06–cv–10510–AKH
1:06–cv–10511–AKH
1:06–cv–10512–AKH
1:06–cv–10513–AKH
1:06–cv–10514–AKH
1:06–cv–10515–AKH
1:06–cv–10516–AKH
1:06–cv–10517–AKH
1:06–cv–10518–AKH
1:06–cv–10519–AKH
1:06–cv–10520–AKH
1:06–cv–10521–AKH
1:06–cv–10522–AKH
1:06–cv–10523–AKH
1:06–cv–10524–AKH
1:06–cv–10525–AKH
1:06–cv–10526–AKH
1:06–cv–10527–AKH
1:06–cv–10528–AKH
1:06–cv–10529–AKH
1:06–cv–10530–AKH
1:06–cv–10531–AKH
1:06–cv–10532–AKH
1:06–cv–10533–AKH
1:06–cv–10534–AKH
1:06–cv–10535–AKH
1:06–cv–10536–AKH
1:06–cv–10537–AKH
1:06–cv–10538–AKH
1:06–cv–10539–AKH
1:06–cv–10540–AKH
1:06–cv–10973–AKH
1:06–cv–10974–AKH
1:06–cv–11142–AKH
1:06–cv–11143–AKH
1:06–cv–11614–AKH
1:06–cv–11789–AKH

1:06–cv–10975–AKH
1:06–cv–11146–AKH
1:06–cv–11147–AKH
1:06–cv–10972–AKH
1:06–cv–11078–AKH
1:06–cv–11075–AKH
1:06–cv–11076–AKH
1:06–cv–11079–AKH
1:06–cv–11077–AKH
1:06–cv–11324–AKH
1:06–cv–11325–AKH
1:06–cv–11787–AKH
1:06–cv–11788–AKH
1:06–cv–10970–AKH
1:06–cv–10971–AKH
1:06–cv–11135–AKH
1:06–cv–11136–AKH
1:06–cv–11137–AKH
1:06–cv–11138–AKH
1:06–cv–11139–AKH
1:06–cv–11140–AKH
1:06–cv–11319–AKH
1:06–cv–11316–AKH
1:06–cv–11317–AKH
1:06–cv–11318–AKH
1:06–cv–11320–AKH
1:06–cv–11321–AKH
1:06–cv–11785–AKH
1:06–cv–11322–AKH
1:06–cv–11323–AKH
1:06–cv–11783–AKH
1:06–cv–11784–AKH
1:06–cv–11786–AKH
1:06–cv–10918–AKH
1:06–cv–10919–AKH
1:06–cv–10920–AKH
1:06–cv–10921–AKH
1:06–cv–10922–AKH
1:06–cv–10923–AKH
1:06–cv–10924–AKH
1:06–cv–10925–AKH
1:06–cv–10926–AKH
1:06–cv–10927–AKH
1:06–cv–10928–AKH
1:06–cv–10929–AKH
1:06–cv–10930–AKH
1:06–cv–10931–AKH
1:06–cv–10932–AKH
1:06–cv–10933–AKH
1:06–cv–10934–AKH
1:06–cv–10935–AKH
1:06–cv–10936–AKH

1:06–cv–10937–AKH
1:06–cv–10938–AKH
1:06–cv–10939–AKH
1:06–cv–10940–AKH
1:06–cv–10941–AKH
1:06–cv–10942–AKH
1:06–cv–10943–AKH
1:06–cv–10948–AKH
1:06–cv–10944–AKH
1:06–cv–10945–AKH
1:06–cv–10946–AKH
1:06–cv–10947–AKH
1:06–cv–10949–AKH
1:06–cv–10950–AKH
1:06–cv–10951–AKH
1:06–cv–10952–AKH
1:06–cv–10953–AKH
1:06–cv–10954–AKH
1:06–cv–10955–AKH
1:06–cv–10956–AKH
1:06–cv–10957–AKH
1:06–cv–10958–AKH
1:06–cv–10959–AKH
1:06–cv–10960–AKH
1:06–cv–10961–AKH
1:06–cv–10962–AKH
1:06–cv–10963–AKH
1:06–cv–10964–AKH
1:06–cv–10965–AKH
1:06–cv–10966–AKH
1:06–cv–10967–AKH
1:06–cv–10968–AKH
1:06–cv–10969–AKH
1:06–cv–11068–AKH
1:06–cv–11069–AKH
1:06–cv–11070–AKH
1:06–cv–11071–AKH
1:06–cv–11072–AKH
1:06–cv–11073–AKH
1:06–cv–11074–AKH
1:06–cv–11080–AKH
1:06–cv–11081–AKH
1:06–cv–11082–AKH
1:06–cv–11083–AKH
1:06–cv–11084–AKH
1:06–cv–11085–AKH
1:06–cv–11086–AKH
1:06–cv–11087–AKH
1:06–cv–11088–AKH
1:06–cv–11089–AKH
1:06–cv–11090–AKH
1:06–cv–11091–AKH

1:06–cv–11092–AKH
1:06–cv–11093–AKH
1:06–cv–11094–AKH
1:06–cv–11095–AKH
1:06–cv–11096–AKH
1:06–cv–11097–AKH
1:06–cv–11098–AKH
1:06–cv–11099–AKH
1:06–cv–11100–AKH
1:06–cv–11101–AKH
1:06–cv–11102–AKH
1:06–cv–11103–AKH
1:06–cv–11104–AKH
1:06–cv–11105–AKH
1:06–cv–11106–AKH
1:06–cv–11107–AKH
1:06–cv–11108–AKH
1:06–cv–11109–AKH
1:06–cv–11110–AKH
1:06–cv–11111–AKH
1:06–cv–11112–AKH
1:06–cv–11113–AKH
1:06–cv–11114–AKH
1:06–cv–11115–AKH
1:06–cv–11116–AKH
1:06–cv–11117–AKH
1:06–cv–11118–AKH
1:06–cv–11119–AKH
1:06–cv–11120–AKH
1:06–cv–11121–AKH
1:06–cv–11122–AKH
1:06–cv–11123–AKH
1:06–cv–11124–AKH
1:06–cv–11125–AKH
1:06–cv–11126–AKH
1:06–cv–11127–AKH
1:06–cv–11128–AKH
1:06–cv–11129–AKH
1:06–cv–11130–AKH
1:06–cv–11131–AKH
1:06–cv–11132–AKH
1:06–cv–11134–AKH
1:06–cv–11133–AKH
1:06–cv–11290–AKH
1:06–cv–11291–AKH
1:06–cv–11292–AKH
1:06–cv–11293–AKH
1:06–cv–11294–AKH
1:06–cv–11295–AKH
1:06–cv–11296–AKH
1:06–cv–11297–AKH
1:06–cv–11298–AKH

1:06–cv–11299–AKH
1:06–cv–11300–AKH
1:06–cv–11301–AKH
1:06–cv–11302–AKH
1:06–cv–11303–AKH
1:06–cv–11304–AKH
1:06–cv–11305–AKH
1:06–cv–11306–AKH
1:06–cv–11307–AKH
1:06–cv–11308–AKH
1:06–cv–11309–AKH
1:06–cv–11310–AKH
1:06–cv–11311–AKH
1:06–cv–11312–AKH
1:06–cv–11313–AKH
1:06–cv–11314–AKH
1:06–cv–11315–AKH
1:06–cv–11599–AKH
1:06–cv–11600–AKH
1:06–cv–11601–AKH
1:06–cv–11602–AKH
1:06–cv–11603–AKH
1:06–cv–11604–AKH
1:06–cv–11605–AKH
1:06–cv–11606–AKH
1:06–cv–11607–AKH
1:06–cv–11608–AKH
1:06–cv–11609–AKH
1:06–cv–11610–AKH
1:06–cv–11611–AKH
1:06–cv–11612–AKH
1:06–cv–11613–AKH
1:06–cv–10701–AKH
1:06–cv–10702–AKH
1:06–cv–10703–AKH
1:06–cv–10704–AKH
1:06–cv–10705–AKH
1:06–cv–10706–AKH
1:06–cv–10707–AKH
1:06–cv–10708–AKH
1:06–cv–10709–AKH
1:06–cv–10710–AKH
1:06–cv–10711–AKH
1:06–cv–10712–AKH
1:06–cv–10713–AKH
1:06–cv–10714–AKH
1:06–cv–10715–AKH
1:06–cv–10716–AKH
1:06–cv–10717–AKH
1:06–cv–10718–AKH
1:06–cv–10719–AKH
1:06–cv–10720–AKH

1:06–cv–10721–AKH
1:06–cv–10722–AKH
1:06–cv–10723–AKH
1:06–cv–10724–AKH
1:06–cv–10725–AKH
1:06–cv–10726–AKH
1:06–cv–10730–AKH
1:06–cv–10727–AKH
1:06–cv–10728–AKH
1:06–cv–10729–AKH
1:06–cv–10731–AKH
1:06–cv–10732–AKH
1:06–cv–10733–AKH
1:06–cv–10734–AKH
1:06–cv–10735–AKH
1:06–cv–10736–AKH
1:06–cv–10737–AKH
1:06–cv–10738–AKH
1:06–cv–10739–AKH
1:06–cv–10740–AKH
1:06–cv–10741–AKH
1:06–cv–10742–AKH
1:06–cv–10743–AKH
1:06–cv–10744–AKH
1:06–cv–10746–AKH
1:06–cv–10747–AKH
1:06–cv–10748–AKH
1:06–cv–10749–AKH
1:06–cv–10750–AKH
1:06–cv–10751–AKH
1:06–cv–10752–AKH
1:06–cv–10753–AKH
1:06–cv–10754–AKH
1:06–cv–10755–AKH
1:06–cv–10756–AKH
1:06–cv–10757–AKH
1:06–cv–10758–AKH
1:06–cv–10759–AKH
1:06–cv–10760–AKH
1:06–cv–10761–AKH
1:06–cv–10762–AKH
1:06–cv–10763–AKH
1:06–cv–10764–AKH
1:06–cv–10765–AKH
1:06–cv–10766–AKH
1:06–cv–10767–AKH
1:06–cv–10768–AKH
1:06–cv–10769–AKH
1:06–cv–10770–AKH
1:06–cv–10771–AKH
1:06–cv–10772–AKH
1:06–cv–10773–AKH

1:06–cv–10774–AKH
1:06–cv–10775–AKH
1:06–cv–10776–AKH
1:06–cv–10777–AKH
1:06–cv–10778–AKH
1:06–cv–10779–AKH
1:06–cv–10780–AKH
1:06–cv–10781–AKH
1:06–cv–10782–AKH
1:06–cv–10783–AKH
1:06–cv–10784–AKH
1:06–cv–10785–AKH
1:06–cv–10786–AKH
1:06–cv–10787–AKH
1:06–cv–10788–AKH
1:06–cv–10789–AKH
1:06–cv–10790–AKH
1:06–cv–10791–AKH
1:06–cv–10792–AKH
1:06–cv–10793–AKH
1:06–cv–10794–AKH
1:06–cv–10795–AKH
1:06–cv–10796–AKH
1:06–cv–10797–AKH
1:06–cv–10798–AKH
1:06–cv–10799–AKH
1:06–cv–10800–AKH
1:06–cv–10801–AKH
1:06–cv–10802–AKH
1:06–cv–10803–AKH
1:06–cv–10804–AKH
1:06–cv–10805–AKH
1:06–cv–10806–AKH
1:06–cv–10808–AKH
1:06–cv–10807–AKH
1:06–cv–10809–AKH
1:06–cv–10810–AKH
1:06–cv–10811–AKH
1:06–cv–10812–AKH
1:06–cv–10813–AKH
1:06–cv–10814–AKH
1:06–cv–10815–AKH
1:06–cv–10816–AKH
1:06–cv–10817–AKH
1:06–cv–10818–AKH
1:06–cv–10819–AKH
1:06–cv–10820–AKH
1:06–cv–10821–AKH
1:06–cv–10822–AKH
1:06–cv–10824–AKH
1:06–cv–10825–AKH
1:06–cv–10826–AKH

1:06–cv–10827–AKH
1:06–cv–10828–AKH
1:06–cv–10829–AKH
1:06–cv–10834–AKH
1:06–cv–10830–AKH
1:06–cv–10831–AKH
1:06–cv–10832–AKH
1:06–cv–10833–AKH
1:06–cv–10835–AKH
1:06–cv–10836–AKH
1:06–cv–10837–AKH
1:06–cv–10838–AKH
1:06–cv–10839–AKH
1:06–cv–10840–AKH
1:06–cv–10841–AKH
1:06–cv–10842–AKH
1:06–cv–10843–AKH
1:06–cv–10844–AKH
1:06–cv–10845–AKH
1:06–cv–10846–AKH
1:06–cv–10847–AKH
1:06–cv–10848–AKH
1:06–cv–10849–AKH
1:06–cv–10850–AKH
1:06–cv–10852–AKH
1:06–cv–10853–AKH
1:06–cv–10854–AKH
1:06–cv–10851–AKH
1:06–cv–10855–AKH
1:06–cv–10856–AKH
1:06–cv–10857–AKH
1:06–cv–10858–AKH
1:06–cv–10859–AKH
1:06–cv–10860–AKH
1:06–cv–10861–AKH
1:06–cv–10862–AKH
1:06–cv–10863–AKH
1:06–cv–10864–AKH
1:06–cv–10865–AKH
1:06–cv–10866–AKH
1:06–cv–10867–AKH
1:06–cv–10868–AKH
1:06–cv–10869–AKH
1:06–cv–10870–AKH
1:06–cv–10871–AKH
1:06–cv–10872–AKH
1:06–cv–10873–AKH
1:06–cv–10874–AKH
1:06–cv–10875–AKH
1:06–cv–10876–AKH
1:06–cv–10877–AKH
1:06–cv–10879–AKH

1:06–cv–10880–AKH
1:06–cv–10881–AKH
1:06–cv–10882–AKH
1:06–cv–10883–AKH
1:06–cv–10884–AKH
1:06–cv–10885–AKH
1:06–cv–10886–AKH
1:06–cv–10887–AKH
1:06–cv–10888–AKH
1:06–cv–10889–AKH
1:06–cv–10890–AKH
1:06–cv–10891–AKH
1:06–cv–10892–AKH
1:06–cv–10981–AKH
1:06–cv–10982–AKH
1:06–cv–10983–AKH
1:06–cv–10984–AKH
1:06–cv–10893–AKH
1:06–cv–10894–AKH
1:06–cv–10895–AKH
1:06–cv–10896–AKH
1:06–cv–10897–AKH
1:06–cv–10898–AKH
1:06–cv–10899–AKH
1:06–cv–10900–AKH
1:06–cv–10901–AKH
1:06–cv–10902–AKH
1:06–cv–10903–AKH
1:06–cv–10904–AKH
1:06–cv–10905–AKH
1:06–cv–10906–AKH
1:06–cv–10907–AKH
1:06–cv–10908–AKH
1:06–cv–10909–AKH
1:06–cv–10910–AKH
1:06–cv–10911–AKH
1:06–cv–10912–AKH
1:06–cv–10913–AKH
1:06–cv–10914–AKH
1:06–cv–10915–AKH
1:06–cv–10916–AKH
1:06–cv–10917–AKH
1:06–cv–10976–AKH
1:06–cv–10977–AKH
1:06–cv–10978–AKH
1:06–cv–10979–AKH
1:06–cv–10985–AKH
1:06–cv–10986–AKH
1:06–cv–10988–AKH
1:06–cv–10989–AKH
1:06–cv–10990–AKH
1:06–cv–10991–AKH

1:06–cv–10992–AKH
1:06–cv–10993–AKH
1:06–cv–10994–AKH
1:06–cv–10995–AKH
1:06–cv–10997–AKH
1:06–cv–10996–AKH
1:06–cv–10998–AKH
1:06–cv–10999–AKH
1:06–cv–11000–AKH
1:06–cv–11001–AKH
1:06–cv–11002–AKH
1:06–cv–11003–AKH
1:06–cv–11004–AKH
1:06–cv–11005–AKH
1:06–cv–11006–AKH
1:06–cv–11007–AKH
1:06–cv–11008–AKH
1:06–cv–11009–AKH
1:06–cv–11010–AKH
1:06–cv–11011–AKH
1:06–cv–11017–AKH
1:06–cv–11012–AKH
1:06–cv–11013–AKH
1:06–cv–11014–AKH
1:06–cv–11015–AKH
1:06–cv–11016–AKH
1:06–cv–11018–AKH
1:06–cv–11019–AKH
1:06–cv–11020–AKH
1:06–cv–11021–AKH
1:06–cv–11022–AKH
1:06–cv–11023–AKH
1:06–cv–11024–AKH
1:06–cv–11025–AKH
1:06–cv–11026–AKH
1:06–cv–11027–AKH
1:06–cv–11028–AKH
1:06–cv–11029–AKH
1:06–cv–11030–AKH
1:06–cv–11031–AKH
1:06–cv–11032–AKH
1:06–cv–11033–AKH
1:06–cv–11034–AKH
1:06–cv–11035–AKH
1:06–cv–11036–AKH
1:06–cv–11037–AKH
1:06–cv–11038–AKH
1:06–cv–11039–AKH
1:06–cv–11040–AKH
1:06–cv–11041–AKH
1:06–cv–11042–AKH
1:06–cv–11043–AKH

1:06–cv–11044–AKH
1:06–cv–11045–AKH
1:06–cv–11046–AKH
1:06–cv–11047–AKH
1:06–cv–11048–AKH
1:06–cv–11049–AKH
1:06–cv–11050–AKH
1:06–cv–11051–AKH
1:06–cv–11052–AKH
1:06–cv–11053–AKH
1:06–cv–11054–AKH
1:06–cv–11055–AKH
1:06–cv–11056–AKH
1:06–cv–11057–AKH
1:06–cv–11058–AKH
1:06–cv–11059–AKH
1:06–cv–11060–AKH
1:06–cv–11061–AKH
1:06–cv–11062–AKH
1:06–cv–11063–AKH
1:06–cv–11064–AKH
1:06–cv–11065–AKH
1:06–cv–11066–AKH
1:06–cv–11067–AKH
1:06–cv–11148–AKH
1:06–cv–11149–AKH
1:06–cv–11150–AKH
1:06–cv–11151–AKH
1:06–cv–11152–AKH
1:06–cv–11153–AKH
1:06–cv–11154–AKH
1:06–cv–11155–AKH
1:06–cv–11156–AKH
1:06–cv–11157–AKH
1:06–cv–11158–AKH
1:06–cv–11159–AKH
1:06–cv–11160–AKH
1:06–cv–11161–AKH
1:06–cv–11162–AKH
1:06–cv–11163–AKH
1:06–cv–11164–AKH
1:06–cv–11165–AKH
1:06–cv–11166–AKH
1:06–cv–11167–AKH
1:06–cv–11168–AKH
1:06–cv–11169–AKH
1:06–cv–11170–AKH
1:06–cv–11171–AKH
1:06–cv–11172–AKH
1:06–cv–11173–AKH
1:06–cv–11174–AKH
1:06–cv–11175–AKH

1:06–cv–11176–AKH
1:06–cv–11177–AKH
1:06–cv–11178–AKH
1:06–cv–11179–AKH
1:06–cv–11180–AKH
1:06–cv–11181–AKH
1:06–cv–11182–AKH
1:06–cv–11183–AKH
1:06–cv–11184–AKH
1:06–cv–11185–AKH
1:06–cv–11186–AKH
1:06–cv–11187–AKH
1:06–cv–11188–AKH
1:06–cv–11189–AKH
1:06–cv–11190–AKH
1:06–cv–11194–AKH
1:06–cv–11191–AKH
1:06–cv–11192–AKH
1:06–cv–11193–AKH
1:06–cv–11195–AKH
1:06–cv–11196–AKH
1:06–cv–11197–AKH
1:06–cv–11198–AKH
1:06–cv–11199–AKH
1:06–cv–11200–AKH
1:06–cv–11201–AKH
1:06–cv–11202–AKH
1:06–cv–11203–AKH
1:06–cv–11204–AKH
1:06–cv–11205–AKH
1:06–cv–11206–AKH
1:06–cv–11207–AKH
1:06–cv–11208–AKH
1:06–cv–11209–AKH
1:06–cv–11210–AKH
1:06–cv–11211–AKH
1:06–cv–11212–AKH
1:06–cv–11213–AKH
1:06–cv–11214–AKH
1:06–cv–11215–AKH
1:06–cv–11220–AKH
1:06–cv–11216–AKH
1:06–cv–11217–AKH
1:06–cv–11218–AKH
1:06–cv–11219–AKH
1:06–cv–11221–AKH
1:06–cv–11222–AKH
1:06–cv–11223–AKH
1:06–cv–11224–AKH
1:06–cv–11225–AKH
1:06–cv–11226–AKH
1:06–cv–11227–AKH

1:06–cv–11233–AKH
1:06–cv–11228–AKH
1:06–cv–11229–AKH
1:06–cv–11230–AKH
1:06–cv–11231–AKH
1:06–cv–11232–AKH
1:06–cv–11234–AKH
1:06–cv–11235–AKH
1:06–cv–11236–AKH
1:06–cv–11237–AKH
1:06–cv–11238–AKH
1:06–cv–11239–AKH
1:06–cv–11240–AKH
1:06–cv–11241–AKH
1:06–cv–11242–AKH
1:06–cv–11243–AKH
1:06–cv–11244–AKH
1:06–cv–11245–AKH
1:06–cv–11246–AKH
1:06–cv–11248–AKH
1:06–cv–11253–AKH
1:06–cv–11249–AKH
1:06–cv–11250–AKH
1:06–cv–11251–AKH
1:06–cv–11252–AKH
1:06–cv–11254–AKH
1:06–cv–11255–AKH
1:06–cv–11256–AKH
1:06–cv–11257–AKH
1:06–cv–11258–AKH
1:06–cv–11259–AKH
1:06–cv–11261–AKH
1:06–cv–11262–AKH
1:06–cv–11263–AKH
1:06–cv–11264–AKH
1:06–cv–11265–AKH
1:06–cv–11266–AKH
1:06–cv–11267–AKH
1:06–cv–11268–AKH
1:06–cv–11269–AKH
1:06–cv–11270–AKH
1:06–cv–11271–AKH
1:06–cv–11272–AKH
1:06–cv–11273–AKH
1:06–cv–11274–AKH
1:06–cv–11276–AKH
1:06–cv–11277–AKH
1:06–cv–11278–AKH
1:06–cv–11279–AKH
1:06–cv–11280–AKH
1:06–cv–11282–AKH
1:06–cv–11283–AKH

1:06–cv–11285–AKH
1:06–cv–12746–AKH
1:06–cv–11284–AKH
1:06–cv–11286–AKH
1:06–cv–11287–AKH
1:06–cv–11289–AKH
1:06–cv–11543–AKH
1:06–cv–11544–AKH
1:06–cv–11545–AKH
1:06–cv–11547–AKH
1:06–cv–11548–AKH
1:06–cv–11549–AKH
1:06–cv–11550–AKH
1:06–cv–11551–AKH
1:06–cv–11552–AKH
1:06–cv–11553–AKH
1:06–cv–11554–AKH
1:06–cv–11555–AKH
1:06–cv–11556–AKH
1:06–cv–11557–AKH
1:06–cv–12715–AKH
1:06–cv–12716–AKH
1:06–cv–12717–AKH
1:06–cv–12719–AKH
1:07–cv–03452–AKH
1:06–cv–12747–AKH
1:06–cv–12721–AKH
1:06–cv–12722–AKH
1:06–cv–12723–AKH
1:06–cv–12724–AKH
1:06–cv–12726–AKH
1:06–cv–12727–AKH
1:06–cv–12728–AKH
1:06–cv–12729–AKH
1:06–cv–12730–AKH
1:06–cv–12732–AKH
1:06–cv–12733–AKH
1:06–cv–12734–AKH
1:06–cv–12735–AKH
1:06–cv–12737–AKH
1:06–cv–12738–AKH
1:06–cv–12739–AKH
1:06–cv–12740–AKH
1:06–cv–12741–AKH
1:06–cv–12742–AKH
1:06–cv–12743–AKH
1:06–cv–12744–AKH
1:06–cv–12745–AKH
1:06–cv–10031–AKH
1:06–cv–11888–AKH
1:06–cv–11889–AKH
1:06–cv–11890–AKH

1:06–cv–11891–AKH
1:06–cv–12270–AKH
1:06–cv–12271–AKH
1:06–cv–12272–AKH
1:06–cv–11894–AKH
1:06–cv–11895–AKH
1:06–cv–12273–AKH
1:06–cv–12672–AKH
1:06–cv–11896–AKH
1:06–cv–11882–AKH
1:06–cv–11883–AKH
1:06–cv–11885–AKH
1:06–cv–11884–AKH
1:06–cv–11886–AKH
1:06–cv–11887–AKH
1:06–cv–12269–AKH
1:06–cv–12671–AKH
1:06–cv–12691–AKH
1:06–cv–12692–AKH
1:06–cv–12693–AKH
1:06–cv–12694–AKH
1:06–cv–12695–AKH
1:06–cv–12696–AKH
1:06–cv–12697–AKH
1:06–cv–12698–AKH
1:06–cv–11878–AKH
1:06–cv–11879–AKH
1:06–cv–11880–AKH
1:06–cv–11881–AKH
1:06–cv–12265–AKH
1:06–cv–12266–AKH
1:06–cv–12267–AKH
1:06–cv–12268–AKH
1:06–cv–12669–AKH
1:06–cv–12670–AKH
1:06–cv–12687–AKH
1:06–cv–12688–AKH
1:06–cv–12689–AKH
1:06–cv–12690–AKH
1:06–cv–11750–AKH
1:06–cv–11751–AKH
1:06–cv–11752–AKH
1:06–cv–11753–AKH
1:06–cv–11754–AKH
1:06–cv–11755–AKH
1:06–cv–11756–AKH
1:06–cv–11757–AKH
1:06–cv–11758–AKH
1:06–cv–11759–AKH
1:06–cv–11760–AKH
1:06–cv–11761–AKH
1:06–cv–11762–AKH

1:06–cv–11763–AKH
1:06–cv–11764–AKH
1:06–cv–11765–AKH
1:06–cv–11766–AKH
1:06–cv–11767–AKH
1:06–cv–11768–AKH
1:06–cv–11769–AKH
1:06–cv–11770–AKH
1:06–cv–11771–AKH
1:06–cv–11772–AKH
1:06–cv–11773–AKH
1:06–cv–11774–AKH
1:06–cv–11775–AKH
1:06–cv–11781–AKH
1:06–cv–11776–AKH
1:06–cv–11777–AKH
1:06–cv–11778–AKH
1:06–cv–11779–AKH
1:06–cv–11780–AKH
1:06–cv–11782–AKH
1:06–cv–11854–AKH
1:06–cv–11855–AKH
1:06–cv–11856–AKH
1:06–cv–11857–AKH
1:06–cv–11858–AKH
1:06–cv–11859–AKH
1:06–cv–11860–AKH
1:06–cv–11861–AKH
1:06–cv–11862–AKH
1:06–cv–11863–AKH
1:06–cv–11864–AKH
1:06–cv–11865–AKH
1:06–cv–11866–AKH
1:06–cv–11867–AKH
1:06–cv–11868–AKH
1:06–cv–11869–AKH
1:06–cv–11870–AKH
1:06–cv–11871–AKH
1:06–cv–11872–AKH
1:06–cv–11873–AKH
1:06–cv–11874–AKH
1:06–cv–11875–AKH
1:06–cv–11876–AKH
1:06–cv–11877–AKH
1:06–cv–12229–AKH
1:06–cv–12230–AKH
1:06–cv–12231–AKH
1:06–cv–12232–AKH
1:06–cv–12233–AKH
1:06–cv–12234–AKH
1:06–cv–12235–AKH
1:06–cv–12236–AKH

1:06–cv–12237–AKH
1:06–cv–12238–AKH
1:06–cv–12239–AKH
1:06–cv–12240–AKH
1:06–cv–12241–AKH
1:06–cv–12242–AKH
1:06–cv–12243–AKH
1:06–cv–12244–AKH
1:06–cv–12245–AKH
1:06–cv–12246–AKH
1:06–cv–12247–AKH
1:06–cv–12248–AKH
1:06–cv–12249–AKH
1:06–cv–12250–AKH
1:06–cv–12251–AKH
1:06–cv–12252–AKH
1:06–cv–12253–AKH
1:06–cv–12254–AKH
1:06–cv–12255–AKH
1:06–cv–12256–AKH
1:06–cv–12257–AKH
1:06–cv–12258–AKH
1:06–cv–12259–AKH
1:06–cv–12260–AKH
1:06–cv–12261–AKH
1:06–cv–12262–AKH
1:06–cv–12263–AKH
1:06–cv–12264–AKH
1:07–cv–00016–AKH
1:06–cv–12749–AKH
1:07–cv–00017–AKH
1:06–cv–12750–AKH
1:07–cv–00055–AKH
1:06–cv–12751–AKH
1:07–cv–03444–AKH
1:07–cv–00056–AKH
1:06–cv–12753–AKH
1:06–cv–12754–AKH
1:06–cv–12755–AKH
1:06–cv–12756–AKH
1:07–cv–00058–AKH
1:06–cv–12757–AKH
1:06–cv–12758–AKH
1:06–cv–12759–AKH
1:06–cv–12760–AKH
1:06–cv–12761–AKH
1:06–cv–12762–AKH
1:06–cv–12763–AKH
1:06–cv–12764–AKH
1:06–cv–12765–AKH
1:06–cv–12766–AKH
1:07–cv–00059–AKH

1:06–cv–12767–AKH
1:06–cv–12686–AKH
1:06–cv–11616–AKH
1:06–cv–11617–AKH
1:06–cv–11618–AKH
1:06–cv–11619–AKH
1:07–cv–00067–AKH
1:06–cv–11621–AKH
1:06–cv–11620–AKH
1:06–cv–11622–AKH
1:06–cv–11626–AKH
1:06–cv–11623–AKH
1:06–cv–11624–AKH
1:06–cv–11625–AKH
1:06–cv–11627–AKH
1:06–cv–11628–AKH
1:06–cv–11629–AKH
1:06–cv–11630–AKH
1:06–cv–11631–AKH
1:06–cv–11632–AKH
1:06–cv–11633–AKH
1:06–cv–11634–AKH
1:06–cv–11635–AKH
1:06–cv–11636–AKH
1:06–cv–11637–AKH
1:06–cv–11638–AKH
1:06–cv–11639–AKH
1:06–cv–11640–AKH
1:06–cv–11641–AKH
1:06–cv–11642–AKH
1:06–cv–11643–AKH
1:06–cv–11644–AKH
1:06–cv–11645–AKH
1:06–cv–11646–AKH
1:06–cv–11648–AKH
1:06–cv–11649–AKH
1:06–cv–11650–AKH
1:06–cv–11651–AKH
1:06–cv–11652–AKH
1:06–cv–11653–AKH
1:06–cv–11654–AKH
1:06–cv–11655–AKH
1:06–cv–11656–AKH
1:06–cv–11657–AKH
1:06–cv–11658–AKH
1:06–cv–11659–AKH
1:06–cv–11665–AKH
1:06–cv–11660–AKH
1:06–cv–11661–AKH
1:06–cv–11662–AKH
1:07–cv–03445–AKH
1:06–cv–11664–AKH

1:06–cv–11666–AKH
1:06–cv–11667–AKH
1:06–cv–11668–AKH
1:06–cv–11669–AKH
1:06–cv–11670–AKH
1:06–cv–11671–AKH
1:06–cv–11672–AKH
1:06–cv–11673–AKH
1:06–cv–11674–AKH
1:06–cv–11675–AKH
1:06–cv–11676–AKH
1:06–cv–11677–AKH
1:06–cv–11678–AKH
1:06–cv–11679–AKH
1:06–cv–11680–AKH
1:06–cv–11681–AKH
1:06–cv–11682–AKH
1:06–cv–11683–AKH
1:06–cv–11684–AKH
1:06–cv–11685–AKH
1:06–cv–11686–AKH
1:06–cv–11687–AKH
1:06–cv–11688–AKH
1:06–cv–11689–AKH
1:06–cv–11690–AKH
1:06–cv–11691–AKH
1:06–cv–11692–AKH
1:06–cv–11693–AKH
1:06–cv–11694–AKH
1:06–cv–11695–AKH
1:06–cv–11696–AKH
1:06–cv–11697–AKH
1:06–cv–11698–AKH
1:06–cv–11699–AKH
1:06–cv–11700–AKH
1:06–cv–11701–AKH
1:06–cv–11702–AKH
1:06–cv–11703–AKH
1:06–cv–11704–AKH
1:06–cv–11705–AKH
1:06–cv–11706–AKH
1:06–cv–11707–AKH
1:06–cv–11708–AKH
1:06–cv–11709–AKH
1:06–cv–11710–AKH
1:06–cv–11711–AKH
1:06–cv–11712–AKH
1:06–cv–11713–AKH
1:06–cv–11714–AKH
1:06–cv–11715–AKH
1:06–cv–11716–AKH
1:06–cv–11717–AKH

1:06–cv–11718–AKH
1:06–cv–11719–AKH
1:06–cv–11720–AKH
1:06–cv–11721–AKH
1:06–cv–11722–AKH
1:06–cv–11723–AKH
1:06–cv–11724–AKH
1:06–cv–11725–AKH
1:06–cv–11726–AKH
1:06–cv–11727–AKH
1:06–cv–11728–AKH
1:06–cv–11729–AKH
1:06–cv–11730–AKH
1:06–cv–11731–AKH
1:06–cv–11732–AKH
1:06–cv–11733–AKH
1:06–cv–11734–AKH
1:06–cv–11735–AKH
1:06–cv–11736–AKH
1:06–cv–11737–AKH
1:06–cv–11738–AKH
1:06–cv–11739–AKH
1:06–cv–11740–AKH
1:06–cv–11741–AKH
1:06–cv–11742–AKH
1:06–cv–11743–AKH
1:06–cv–11744–AKH
1:06–cv–11745–AKH
1:06–cv–11746–AKH
1:06–cv–11747–AKH
1:06–cv–11748–AKH
1:06–cv–11749–AKH
1:06–cv–11790–AKH
1:06–cv–11791–AKH
1:06–cv–11792–AKH
1:06–cv–11793–AKH
1:06–cv–11794–AKH
1:06–cv–11795–AKH
1:06–cv–11796–AKH
1:06–cv–11797–AKH
1:06–cv–11798–AKH
1:06–cv–11799–AKH
1:06–cv–11800–AKH
1:06–cv–11801–AKH
1:06–cv–11802–AKH
1:06–cv–11803–AKH
1:06–cv–11804–AKH
1:06–cv–11805–AKH
1:06–cv–11806–AKH
1:06–cv–11808–AKH
1:06–cv–11809–AKH
1:07–cv–03446–AKH

1:06–cv–11811–AKH
1:06–cv–11812–AKH
1:06–cv–11813–AKH
1:06–cv–11814–AKH
1:06–cv–11815–AKH
1:06–cv–11816–AKH
1:06–cv–11817–AKH
1:06–cv–11818–AKH
1:06–cv–11819–AKH
1:06–cv–11820–AKH
1:06–cv–11821–AKH
1:06–cv–11822–AKH
1:06–cv–11823–AKH
1:06–cv–11824–AKH
1:06–cv–11825–AKH
1:06–cv–11826–AKH
1:06–cv–11827–AKH
1:06–cv–11828–AKH
1:06–cv–11829–AKH
1:06–cv–11830–AKH
1:06–cv–11831–AKH
1:06–cv–11832–AKH
1:06–cv–11833–AKH
1:06–cv–11834–AKH
1:06–cv–11835–AKH
1:06–cv–11836–AKH
1:06–cv–11837–AKH
1:06–cv–11838–AKH
1:06–cv–11839–AKH
1:06–cv–11840–AKH
1:06–cv–11841–AKH
1:06–cv–11842–AKH
1:06–cv–11843–AKH
1:06–cv–11844–AKH
1:06–cv–11845–AKH
1:06–cv–11846–AKH
1:06–cv–11847–AKH
1:06–cv–11848–AKH
1:06–cv–11849–AKH
1:06–cv–11850–AKH
1:06–cv–11851–AKH
1:06–cv–11852–AKH
1:06–cv–11853–AKH
1:06–cv–11897–AKH
1:06–cv–11898–AKH
1:06–cv–11899–AKH
1:06–cv–11900–AKH
1:06–cv–11901–AKH
1:06–cv–11902–AKH
1:06–cv–11904–AKH
1:06–cv–11905–AKH
1:06–cv–11906–AKH

1:06–cv–11907–AKH
1:06–cv–11908–AKH
1:06–cv–11909–AKH
1:06–cv–11910–AKH
1:06–cv–11911–AKH
1:06–cv–11912–AKH
1:06–cv–11913–AKH
1:06–cv–11914–AKH
1:06–cv–11915–AKH
1:06–cv–11916–AKH
1:06–cv–11917–AKH
1:06–cv–11918–AKH
1:06–cv–11919–AKH
1:06–cv–11920–AKH
1:06–cv–11921–AKH
1:06–cv–11922–AKH
1:06–cv–11923–AKH
1:06–cv–11924–AKH
1:06–cv–11925–AKH
1:06–cv–11931–AKH
1:06–cv–11926–AKH
1:06–cv–11927–AKH
1:06–cv–11928–AKH
1:06–cv–11929–AKH
1:06–cv–11930–AKH
1:06–cv–11932–AKH
1:06–cv–11933–AKH
1:06–cv–11934–AKH
1:06–cv–11935–AKH
1:06–cv–11936–AKH
1:06–cv–11937–AKH
1:06–cv–11938–AKH
1:06–cv–11939–AKH
1:06–cv–11940–AKH
1:06–cv–11941–AKH
1:06–cv–11942–AKH
1:06–cv–11943–AKH
1:06–cv–11944–AKH
1:06–cv–11945–AKH
1:06–cv–11946–AKH
1:06–cv–11947–AKH
1:06–cv–11948–AKH
1:06–cv–11949–AKH
1:06–cv–11950–AKH
1:06–cv–11951–AKH
1:06–cv–11952–AKH
1:06–cv–11953–AKH
1:06–cv–11954–AKH
1:06–cv–11956–AKH
1:06–cv–11957–AKH
1:06–cv–11958–AKH
1:06–cv–11959–AKH

1:06–cv–11960–AKH
1:06–cv–11961–AKH
1:06–cv–11962–AKH
1:06–cv–11963–AKH
1:06–cv–11964–AKH
1:06–cv–11965–AKH
1:06–cv–11966–AKH
1:06–cv–11967–AKH
1:06–cv–11968–AKH
1:06–cv–11969–AKH
1:06–cv–11970–AKH
1:06–cv–11971–AKH
1:06–cv–11972–AKH
1:06–cv–11973–AKH
1:06–cv–11974–AKH
1:06–cv–11975–AKH
1:06–cv–11976–AKH
1:06–cv–11977–AKH
1:06–cv–11978–AKH
1:06–cv–11979–AKH
1:06–cv–11980–AKH
1:06–cv–11982–AKH
1:06–cv–11983–AKH
1:06–cv–11984–AKH
1:06–cv–11985–AKH
1:06–cv–11986–AKH
1:06–cv–11981–AKH
1:06–cv–11987–AKH
1:06–cv–11988–AKH
1:06–cv–11990–AKH
1:06–cv–11991–AKH
1:06–cv–11992–AKH
1:06–cv–11993–AKH
1:06–cv–11994–AKH
1:06–cv–11995–AKH
1:06–cv–11996–AKH
1:06–cv–11997–AKH
1:06–cv–11998–AKH
1:06–cv–11999–AKH
1:06–cv–12002–AKH
1:06–cv–12001–AKH
1:06–cv–12003–AKH
1:06–cv–12004–AKH
1:06–cv–12005–AKH
1:07–cv–03447–AKH
1:06–cv–12007–AKH
1:06–cv–12008–AKH
1:06–cv–12009–AKH
1:06–cv–12010–AKH
1:06–cv–12011–AKH
1:06–cv–12012–AKH
1:06–cv–12013–AKH

1:06–cv–12014–AKH
1:06–cv–12015–AKH
1:06–cv–12016–AKH
1:06–cv–12017–AKH
1:06–cv–12018–AKH
1:06–cv–12019–AKH
1:06–cv–12020–AKH
1:06–cv–12021–AKH
1:06–cv–12022–AKH
1:06–cv–12023–AKH
1:06–cv–12024–AKH
1:06–cv–12025–AKH
1:06–cv–12026–AKH
1:06–cv–12027–AKH
1:06–cv–12028–AKH
1:06–cv–12029–AKH
1:06–cv–12030–AKH
1:06–cv–12031–AKH
1:06–cv–12032–AKH
1:06–cv–12033–AKH
1:06–cv–12034–AKH
1:06–cv–12035–AKH
1:06–cv–12036–AKH
1:06–cv–12037–AKH
1:06–cv–12041–AKH
1:06–cv–12038–AKH
1:06–cv–12039–AKH
1:06–cv–12040–AKH
1:06–cv–12042–AKH
1:06–cv–12043–AKH
1:06–cv–12044–AKH
1:06–cv–12046–AKH
1:06–cv–12048–AKH
1:06–cv–12049–AKH
1:06–cv–12050–AKH
1:06–cv–12051–AKH
1:06–cv–12052–AKH
1:06–cv–12053–AKH
1:06–cv–12054–AKH
1:06–cv–12055–AKH
1:06–cv–12056–AKH
1:06–cv–12057–AKH
1:06–cv–12058–AKH
1:06–cv–12059–AKH
1:06–cv–12060–AKH
1:06–cv–12061–AKH
1:06–cv–12062–AKH
1:06–cv–12063–AKH
1:06–cv–12066–AKH
1:06–cv–12067–AKH
1:06–cv–12068–AKH
1:06–cv–12069–AKH

1:06–cv–12070–AKH
1:06–cv–12071–AKH
1:06–cv–12072–AKH
1:06–cv–12073–AKH
1:06–cv–12075–AKH
1:06–cv–12076–AKH
1:06–cv–12077–AKH
1:06–cv–12078–AKH
1:06–cv–12079–AKH
1:06–cv–12080–AKH
1:06–cv–12081–AKH
1:06–cv–12082–AKH
1:06–cv–12083–AKH
1:06–cv–12084–AKH
1:06–cv–12085–AKH
1:06–cv–12086–AKH
1:06–cv–12087–AKH
1:06–cv–12088–AKH
1:06–cv–12089–AKH
1:06–cv–12090–AKH
1:06–cv–12092–AKH
1:06–cv–12093–AKH
1:06–cv–12094–AKH
1:06–cv–12095–AKH
1:06–cv–12096–AKH
1:06–cv–12097–AKH
1:06–cv–12098–AKH
1:06–cv–12099–AKH
1:06–cv–12100–AKH
1:06–cv–12101–AKH
1:06–cv–12102–AKH
1:06–cv–12103–AKH
1:06–cv–12104–AKH
1:06–cv–12105–AKH
1:06–cv–12106–AKH
1:06–cv–12107–AKH
1:06–cv–12108–AKH
1:06–cv–12109–AKH
1:06–cv–12110–AKH
1:06–cv–12111–AKH
1:06–cv–12112–AKH
1:06–cv–12113–AKH
1:06–cv–12114–AKH
1:06–cv–12115–AKH
1:06–cv–12116–AKH
1:06–cv–12117–AKH
1:06–cv–12118–AKH
1:06–cv–12119–AKH
1:07–cv–00068–AKH
1:06–cv–12121–AKH
1:06–cv–12122–AKH
1:06–cv–12123–AKH

1:06–cv–12124–AKH
1:06–cv–12125–AKH
1:06–cv–12126–AKH
1:07–cv–00069–AKH
1:06–cv–12127–AKH
1:06–cv–12128–AKH
1:06–cv–12129–AKH
1:06–cv–12130–AKH
1:06–cv–12131–AKH
1:06–cv–12132–AKH
1:06–cv–12133–AKH
1:06–cv–12134–AKH
1:06–cv–12135–AKH
1:06–cv–12136–AKH
1:06–cv–12137–AKH
1:06–cv–12138–AKH
1:06–cv–12139–AKH
1:06–cv–12140–AKH
1:06–cv–12141–AKH
1:06–cv–12142–AKH
1:06–cv–12143–AKH
1:06–cv–12144–AKH
1:06–cv–12146–AKH
1:06–cv–12147–AKH
1:06–cv–12148–AKH
1:06–cv–12149–AKH
1:07–cv–00070–AKH
1:06–cv–12150–AKH
1:06–cv–12151–AKH
1:06–cv–12145–AKH
1:06–cv–12152–AKH
1:06–cv–12153–AKH
1:06–cv–12154–AKH
1:06–cv–12155–AKH
1:06–cv–12156–AKH
1:06–cv–12157–AKH
1:06–cv–12158–AKH
1:06–cv–12159–AKH
1:06–cv–12160–AKH
1:06–cv–12161–AKH
1:06–cv–12162–AKH
1:06–cv–12163–AKH
1:06–cv–12164–AKH
1:06–cv–12165–AKH
1:06–cv–12166–AKH
1:06–cv–12167–AKH
1:06–cv–12168–AKH
1:06–cv–12169–AKH
1:06–cv–12170–AKH
1:06–cv–12171–AKH
1:06–cv–12172–AKH
1:06–cv–12173–AKH

1:06–cv–12174–AKH
1:06–cv–12175–AKH
1:07–cv–00071–AKH
1:06–cv–12176–AKH
1:06–cv–12177–AKH
1:06–cv–12178–AKH
1:06–cv–12768–AKH
1:06–cv–12179–AKH
1:06–cv–12180–AKH
1:06–cv–12183–AKH
1:06–cv–11807–AKH
1:06–cv–12470–AKH
1:06–cv–12182–AKH
1:06–cv–12184–AKH
1:06–cv–12185–AKH
1:06–cv–12186–AKH
1:06–cv–12187–AKH
1:06–cv–12188–AKH
1:06–cv–12189–AKH
1:06–cv–12190–AKH
1:06–cv–12191–AKH
1:06–cv–12192–AKH
1:06–cv–12193–AKH
1:06–cv–12194–AKH
1:06–cv–12195–AKH
1:06–cv–12196–AKH
1:06–cv–12197–AKH
1:06–cv–12198–AKH
1:06–cv–12199–AKH
1:06–cv–12200–AKH
1:06–cv–12201–AKH
1:06–cv–12202–AKH
1:06–cv–12203–AKH
1:06–cv–12204–AKH
1:06–cv–12205–AKH
1:06–cv–12206–AKH
1:06–cv–12769–AKH
1:06–cv–12207–AKH
1:06–cv–12208–AKH
1:06–cv–12209–AKH
1:06–cv–12210–AKH
1:06–cv–12211–AKH
1:06–cv–12212–AKH
1:06–cv–12213–AKH
1:06–cv–12214–AKH
1:06–cv–12215–AKH
1:06–cv–12216–AKH
1:06–cv–12217–AKH
1:06–cv–12218–AKH
1:06–cv–13775–AKH
1:06–cv–12220–AKH
1:06–cv–12221–AKH

1:06–cv–12222–AKH
1:06–cv–12223–AKH
1:06–cv–12224–AKH
1:06–cv–12225–AKH
1:06–cv–12226–AKH
1:06–cv–12227–AKH
1:06–cv–12228–AKH
1:06–cv–12274–AKH
1:06–cv–12275–AKH
1:06–cv–12276–AKH
1:06–cv–12277–AKH
1:06–cv–12278–AKH
1:06–cv–12279–AKH
1:06–cv–12280–AKH
1:06–cv–12281–AKH
1:06–cv–12282–AKH
1:06–cv–12283–AKH
1:06–cv–12284–AKH
1:06–cv–12285–AKH
1:06–cv–12286–AKH
1:06–cv–12287–AKH
1:06–cv–12288–AKH
1:06–cv–12289–AKH
1:06–cv–12291–AKH
1:06–cv–12292–AKH
1:06–cv–12293–AKH
1:06–cv–12294–AKH
1:06–cv–12295–AKH
1:06–cv–12296–AKH
1:06–cv–12297–AKH
1:06–cv–12302–AKH
1:06–cv–12298–AKH
1:06–cv–12299–AKH
1:06–cv–12300–AKH
1:06–cv–12301–AKH
1:06–cv–12303–AKH
1:06–cv–12304–AKH
1:06–cv–12305–AKH
1:06–cv–12306–AKH
1:06–cv–12307–AKH
1:06–cv–12308–AKH
1:06–cv–12309–AKH
1:06–cv–12310–AKH
1:06–cv–12311–AKH
1:06–cv–12312–AKH
1:06–cv–12313–AKH
1:06–cv–12314–AKH
1:06–cv–12315–AKH
1:06–cv–12316–AKH
1:06–cv–12317–AKH
1:06–cv–12318–AKH
1:06–cv–12319–AKH

1:06–cv–12320–AKH
1:06–cv–12321–AKH
1:06–cv–12322–AKH
1:06–cv–12323–AKH
1:06–cv–12324–AKH
1:06–cv–12325–AKH
1:06–cv–12326–AKH
1:06–cv–12327–AKH
1:06–cv–12328–AKH
1:06–cv–12329–AKH
1:06–cv–12330–AKH
1:06–cv–12331–AKH
1:06–cv–12332–AKH
1:06–cv–12333–AKH
1:06–cv–12334–AKH
1:06–cv–12335–AKH
1:06–cv–12339–AKH
1:06–cv–12336–AKH
1:06–cv–12337–AKH
1:06–cv–12338–AKH
1:06–cv–12340–AKH
1:06–cv–12342–AKH
1:06–cv–12343–AKH
1:06–cv–12344–AKH
1:06–cv–12345–AKH
1:06–cv–12346–AKH
1:06–cv–12347–AKH
1:06–cv–12348–AKH
1:06–cv–12349–AKH
1:06–cv–12350–AKH
1:06–cv–12351–AKH
1:06–cv–12352–AKH
1:06–cv–12353–AKH
1:06–cv–12354–AKH
1:06–cv–12355–AKH
1:06–cv–12356–AKH
1:06–cv–12357–AKH
1:06–cv–12358–AKH
1:06–cv–12359–AKH
1:06–cv–12360–AKH
1:06–cv–12361–AKH
1:06–cv–12362–AKH
1:06–cv–12363–AKH
1:06–cv–12364–AKH
1:06–cv–12365–AKH
1:06–cv–12367–AKH
1:06–cv–12368–AKH
1:06–cv–12369–AKH
1:06–cv–12370–AKH
1:06–cv–12371–AKH
1:06–cv–12374–AKH
1:06–cv–12372–AKH

1:06–cv–12373–AKH
1:06–cv–12375–AKH
1:06–cv–12376–AKH
1:06–cv–12377–AKH
1:06–cv–12378–AKH
1:06–cv–12379–AKH
1:06–cv–12380–AKH
1:06–cv–12381–AKH
1:06–cv–12382–AKH
1:06–cv–12383–AKH
1:06–cv–12384–AKH
1:06–cv–12385–AKH
1:06–cv–12386–AKH
1:06–cv–12387–AKH
1:06–cv–12388–AKH
1:06–cv–12389–AKH
1:06–cv–12390–AKH
1:06–cv–12391–AKH
1:06–cv–12392–AKH
1:06–cv–12393–AKH
1:06–cv–12394–AKH
1:06–cv–12395–AKH
1:06–cv–12396–AKH
1:06–cv–12397–AKH
1:06–cv–12398–AKH
1:06–cv–12399–AKH
1:06–cv–12400–AKH
1:06–cv–12401–AKH
1:06–cv–12402–AKH
1:06–cv–12403–AKH
1:06–cv–12404–AKH
1:06–cv–12405–AKH
1:06–cv–12406–AKH
1:06–cv–12407–AKH
1:06–cv–12408–AKH
1:06–cv–12409–AKH
1:06–cv–12410–AKH
1:06–cv–12412–AKH
1:06–cv–12413–AKH
1:06–cv–12414–AKH
1:06–cv–12416–AKH
1:06–cv–12417–AKH
1:06–cv–12418–AKH
1:06–cv–12419–AKH
1:06–cv–12420–AKH
1:06–cv–12421–AKH
1:06–cv–12422–AKH
1:06–cv–12423–AKH
1:06–cv–12424–AKH
1:06–cv–12426–AKH
1:06–cv–12427–AKH
1:06–cv–12428–AKH

1:06–cv–12429–AKH
1:06–cv–12430–AKH
1:06–cv–12431–AKH
1:06–cv–12432–AKH
1:06–cv–12433–AKH
1:06–cv–12434–AKH
1:06–cv–12435–AKH
1:06–cv–12436–AKH
1:06–cv–12437–AKH
1:06–cv–12438–AKH
1:06–cv–12439–AKH
1:06–cv–12440–AKH
1:06–cv–12441–AKH
1:06–cv–12442–AKH
1:06–cv–12443–AKH
1:06–cv–12444–AKH
1:06–cv–12445–AKH
1:06–cv–12446–AKH
1:06–cv–12447–AKH
1:06–cv–12448–AKH
1:06–cv–12449–AKH
1:06–cv–12450–AKH
1:06–cv–12451–AKH
1:06–cv–12452–AKH
1:06–cv–12453–AKH
1:06–cv–12454–AKH
1:06–cv–12455–AKH
1:06–cv–12456–AKH
1:06–cv–12457–AKH
1:06–cv–12458–AKH
1:06–cv–12459–AKH
1:06–cv–12460–AKH
1:06–cv–12461–AKH
1:06–cv–12462–AKH
1:06–cv–12463–AKH
1:06–cv–12464–AKH
1:06–cv–12465–AKH
1:06–cv–12466–AKH
1:06–cv–12467–AKH
1:06–cv–12468–AKH
1:06–cv–12469–AKH
1:06–cv–12471–AKH
1:06–cv–12472–AKH
1:06–cv–12473–AKH
1:06–cv–12474–AKH
1:06–cv–12476–AKH
1:06–cv–12477–AKH
1:06–cv–12478–AKH
1:06–cv–12479–AKH
1:06–cv–12480–AKH
1:06–cv–12481–AKH
1:06–cv–12482–AKH

1:06–cv–12483–AKH
1:06–cv–12484–AKH
1:06–cv–12487–AKH
1:06–cv–00137–AKH
1:06–cv–12485–AKH
1:12–cv–00546–AKH
1:06–cv–12486–AKH
1:06–cv–12488–AKH
1:06–cv–12489–AKH
1:06–cv–12490–AKH
1:06–cv–12491–AKH
1:06–cv–12492–AKH
1:06–cv–12493–AKH
1:06–cv–12494–AKH
1:06–cv–12495–AKH
1:06–cv–12496–AKH
1:06–cv–12497–AKH
1:06–cv–12498–AKH
1:06–cv–12499–AKH
1:06–cv–12500–AKH
1:06–cv–12501–AKH
1:06–cv–12502–AKH
1:06–cv–12503–AKH
1:06–cv–12504–AKH
1:06–cv–12505–AKH
1:06–cv–12506–AKH
1:06–cv–12507–AKH
1:06–cv–12508–AKH
1:06–cv–12509–AKH
1:06–cv–12510–AKH
1:06–cv–12511–AKH
1:06–cv–12512–AKH
1:06–cv–12513–AKH
1:06–cv–12514–AKH
1:06–cv–12515–AKH
1:06–cv–12516–AKH
1:06–cv–12517–AKH
1:06–cv–12518–AKH
1:06–cv–12519–AKH
1:06–cv–12520–AKH
1:06–cv–12525–AKH
1:06–cv–12521–AKH
1:06–cv–12522–AKH
1:06–cv–12523–AKH
1:06–cv–12526–AKH
1:06–cv–12524–AKH
1:06–cv–12527–AKH
1:06–cv–12528–AKH
1:06–cv–12529–AKH
1:06–cv–12530–AKH
1:06–cv–12531–AKH
1:06–cv–12532–AKH

1:06–cv–12533–AKH
1:06–cv–12534–AKH
1:06–cv–12535–AKH
1:06–cv–12536–AKH
1:06–cv–12537–AKH
1:06–cv–12538–AKH
1:06–cv–12539–AKH
1:06–cv–12540–AKH
1:06–cv–12541–AKH
1:06–cv–12542–AKH
1:06–cv–12543–AKH
1:06–cv–12544–AKH
1:06–cv–12545–AKH
1:06–cv–12546–AKH
1:06–cv–12547–AKH
1:06–cv–12548–AKH
1:06–cv–12549–AKH
1:06–cv–12550–AKH
1:06–cv–12551–AKH
1:06–cv–12552–AKH
1:06–cv–12553–AKH
1:06–cv–12554–AKH
1:06–cv–12555–AKH
1:06–cv–12556–AKH
1:06–cv–12557–AKH
1:06–cv–12558–AKH
1:06–cv–12559–AKH
1:06–cv–12561–AKH
1:06–cv–12562–AKH
1:06–cv–12563–AKH
1:06–cv–12564–AKH
1:06–cv–12565–AKH
1:06–cv–12566–AKH
1:06–cv–12567–AKH
1:06–cv–12568–AKH
1:06–cv–12569–AKH
1:06–cv–12570–AKH
1:06–cv–12571–AKH
1:06–cv–12572–AKH
1:06–cv–12573–AKH
1:06–cv–12574–AKH
1:06–cv–12575–AKH
1:06–cv–12576–AKH
1:06–cv–12577–AKH
1:06–cv–12578–AKH
1:06–cv–12579–AKH
1:06–cv–12580–AKH
1:06–cv–12581–AKH
1:06–cv–12582–AKH
1:06–cv–12583–AKH
1:06–cv–12584–AKH
1:06–cv–12585–AKH

1:06–cv–12586–AKH
1:06–cv–12587–AKH
1:06–cv–12588–AKH
1:06–cv–12590–AKH
1:06–cv–12592–AKH
1:06–cv–12596–AKH
1:06–cv–12593–AKH
1:06–cv–12594–AKH
1:06–cv–12595–AKH
1:06–cv–12597–AKH
1:06–cv–12598–AKH
1:06–cv–12599–AKH
1:06–cv–12600–AKH
1:06–cv–12601–AKH
1:06–cv–12602–AKH
1:06–cv–12603–AKH
1:06–cv–12604–AKH
1:06–cv–12605–AKH
1:06–cv–12606–AKH
1:06–cv–12607–AKH
1:06–cv–12608–AKH
1:06–cv–12609–AKH
1:06–cv–12610–AKH
1:06–cv–06734–AKH
1:06–cv–12611–AKH
1:06–cv–12612–AKH
1:06–cv–12613–AKH
1:06–cv–12614–AKH
1:06–cv–12615–AKH
1:06–cv–12616–AKH
1:06–cv–12617–AKH
1:06–cv–12619–AKH
1:06–cv–12620–AKH
1:06–cv–12621–AKH
1:06–cv–12622–AKH
1:06–cv–12623–AKH
1:06–cv–12624–AKH
1:06–cv–12625–AKH
1:06–cv–12626–AKH
1:06–cv–12627–AKH
1:06–cv–12628–AKH
1:06–cv–12629–AKH
1:06–cv–12633–AKH
1:06–cv–12630–AKH
1:06–cv–12631–AKH
1:06–cv–12632–AKH
1:06–cv–12634–AKH
1:06–cv–12635–AKH
1:06–cv–12636–AKH
1:06–cv–12637–AKH
1:06–cv–12638–AKH
1:06–cv–12639–AKH

1:06–cv–12640–AKH
1:06–cv–12641–AKH
1:06–cv–12642–AKH
1:06–cv–12644–AKH
1:06–cv–12645–AKH
1:06–cv–12646–AKH
1:06–cv–12673–AKH
1:06–cv–12674–AKH
1:06–cv–12675–AKH
1:06–cv–12676–AKH
1:06–cv–12677–AKH
1:06–cv–12678–AKH
1:06–cv–12679–AKH
1:06–cv–12680–AKH
1:06–cv–11893–AKH
1:06–cv–12868–AKH
1:06–cv–12869–AKH
1:06–cv–12870–AKH
1:06–cv–12871–AKH
1:06–cv–12873–AKH
1:06–cv–12874–AKH
1:06–cv–12866–AKH
1:06–cv–12849–AKH
1:06–cv–12867–AKH
1:06–cv–12845–AKH
1:06–cv–12846–AKH
1:06–cv–12847–AKH
1:06–cv–12848–AKH
1:06–cv–12850–AKH
1:06–cv–12851–AKH
1:06–cv–12852–AKH
1:06–cv–12853–AKH
1:06–cv–12854–AKH
1:06–cv–12855–AKH
1:06–cv–12856–AKH
1:06–cv–12857–AKH
1:06–cv–12858–AKH
1:06–cv–12859–AKH
1:06–cv–12860–AKH
1:06–cv–12701–AKH
1:06–cv–12702–AKH
1:06–cv–12703–AKH
1:06–cv–12705–AKH
1:06–cv–12706–AKH
1:06–cv–12707–AKH
1:06–cv–12708–AKH
1:06–cv–12709–AKH
1:06–cv–12710–AKH
1:06–cv–12711–AKH
1:06–cv–12712–AKH
1:07–cv–03448–AKH
1:07–cv–03449–AKH

1:06–cv–12773–AKH
1:06–cv–12774–AKH
1:06–cv–12775–AKH
1:06–cv–12776–AKH
1:06–cv–12777–AKH
1:06–cv–12778–AKH
1:06–cv–12779–AKH
1:06–cv–12780–AKH
1:06–cv–12781–AKH
1:06–cv–12782–AKH
1:06–cv–12783–AKH
1:06–cv–12784–AKH
1:06–cv–12790–AKH
1:06–cv–12785–AKH
1:06–cv–12786–AKH
1:06–cv–12787–AKH
1:06–cv–12788–AKH
1:06–cv–12789–AKH
1:06–cv–12792–AKH
1:06–cv–12793–AKH
1:06–cv–12794–AKH
1:06–cv–12795–AKH
1:06–cv–12796–AKH
1:06–cv–12797–AKH
1:06–cv–12798–AKH
1:06–cv–12803–AKH
1:06–cv–12804–AKH
1:06–cv–12800–AKH
1:06–cv–12801–AKH
1:06–cv–12805–AKH
1:06–cv–12806–AKH
1:06–cv–12808–AKH
1:06–cv–12809–AKH
1:06–cv–12810–AKH
1:06–cv–12811–AKH
1:06–cv–12814–AKH
1:10–cv–08459–AKH
1:06–cv–12815–AKH
1:06–cv–12817–AKH
1:06–cv–12818–AKH
1:06–cv–12819–AKH
1:06–cv–12820–AKH
1:06–cv–12821–AKH
1:06–cv–12822–AKH
1:06–cv–12823–AKH
1:06–cv–12824–AKH
1:06–cv–12825–AKH
1:06–cv–12826–AKH
1:06–cv–12827–AKH
1:06–cv–12828–AKH
1:06–cv–12829–AKH
1:06–cv–12830–AKH

1:06–cv–12831–AKH
1:06–cv–12832–AKH
1:06–cv–12833–AKH
1:06–cv–12834–AKH
1:06–cv–12835–AKH
1:06–cv–12836–AKH
1:06–cv–12837–AKH
1:06–cv–12838–AKH
1:06–cv–12839–AKH
1:06–cv–12840–AKH
1:06–cv–12841–AKH
1:06–cv–12842–AKH
1:06–cv–12844–AKH
1:06–cv–12699–AKH
1:06–cv–12700–AKH
1:06–cv–12872–AKH
1:07–cv–00073–AKH
1:07–cv–00074–AKH
1:07–cv–00075–AKH
1:07–cv–00072–AKH
1:07–cv–00076–AKH
1:06–cv–12799–AKH
1:06–cv–11558–AKH
1:06–cv–11559–AKH
1:06–cv–11560–AKH
1:06–cv–11561–AKH
1:06–cv–11562–AKH
1:06–cv–11563–AKH
1:06–cv–11564–AKH
1:06–cv–11565–AKH
1:06–cv–11566–AKH
1:06–cv–11567–AKH
1:06–cv–11568–AKH
1:06–cv–11569–AKH
1:06–cv–11570–AKH
1:06–cv–11571–AKH
1:06–cv–11572–AKH
1:06–cv–11573–AKH
1:06–cv–11574–AKH
1:06–cv–11575–AKH
1:06–cv–11576–AKH
1:06–cv–11577–AKH
1:06–cv–11578–AKH
1:06–cv–11579–AKH
1:06–cv–11580–AKH
1:06–cv–11581–AKH
1:06–cv–11582–AKH
1:06–cv–11583–AKH
1:06–cv–11584–AKH
1:06–cv–11585–AKH
1:06–cv–11586–AKH
1:06–cv–11587–AKH

1:06–cv–11588–AKH
1:06–cv–11590–AKH
1:06–cv–11591–AKH
1:06–cv–11592–AKH
1:06–cv–11593–AKH
1:06–cv–11594–AKH
1:06–cv–11595–AKH
1:06–cv–11596–AKH
1:06–cv–11597–AKH
1:06–cv–11598–AKH
1:06–cv–11144–AKH
1:06–cv–11145–AKH
1:06–cv–11326–AKH
1:06–cv–11615–AKH
1:06–cv–07933–AKH
1:06–cv–07934–AKH
1:06–cv–07935–AKH
1:06–cv–07936–AKH
1:06–cv–07939–AKH
1:06–cv–07941–AKH
1:06–cv–07942–AKH
1:06–cv–07943–AKH
1:06–cv–07944–AKH
1:06–cv–07945–AKH
1:06–cv–07946–AKH
1:06–cv–07947–AKH
1:06–cv–07949–AKH
1:06–cv–07950–AKH
1:06–cv–07952–AKH
1:06–cv–07953–AKH
1:06–cv–07954–AKH
1:06–cv–07955–AKH
1:06–cv–07956–AKH
1:06–cv–07957–AKH
1:06–cv–07959–AKH
1:06–cv–07961–AKH
1:06–cv–07962–AKH
1:06–cv–07963–AKH
1:06–cv–07968–AKH
1:06–cv–07964–AKH
1:06–cv–07966–AKH
1:06–cv–07969–AKH
1:06–cv–07971–AKH
1:06–cv–07972–AKH
1:06–cv–07974–AKH
1:06–cv–07975–AKH
1:06–cv–07976–AKH
1:06–cv–07977–AKH
1:06–cv–07980–AKH
1:06–cv–07981–AKH
1:06–cv–07982–AKH
1:06–cv–07983–AKH

1:06–cv–07984–AKH
1:06–cv–07986–AKH
1:06–cv–07988–AKH
1:06–cv–07990–AKH
1:06–cv–07991–AKH
1:06–cv–07992–AKH
1:06–cv–07993–AKH
1:06–cv–07994–AKH
1:06–cv–07995–AKH
1:06–cv–07998–AKH
1:06–cv–07999–AKH
1:06–cv–10003–AKH
1:06–cv–08000–AKH
1:06–cv–08001–AKH
1:06–cv–08002–AKH
1:06–cv–08003–AKH
1:06–cv–08005–AKH
1:06–cv–08006–AKH
1:06–cv–08008–AKH
1:06–cv–08009–AKH
1:06–cv–08011–AKH
1:06–cv–08013–AKH
1:06–cv–08014–AKH
1:06–cv–08015–AKH
1:06–cv–08017–AKH
1:06–cv–08020–AKH
1:06–cv–08023–AKH
1:06–cv–08027–AKH
1:06–cv–08024–AKH
1:06–cv–08028–AKH
1:06–cv–08029–AKH
1:06–cv–08030–AKH
1:06–cv–08031–AKH
1:06–cv–08035–AKH
1:06–cv–08036–AKH
1:06–cv–08039–AKH
1:06–cv–08040–AKH
1:06–cv–08041–AKH
1:06–cv–08042–AKH
1:06–cv–08043–AKH
1:06–cv–08044–AKH
1:06–cv–08045–AKH
1:06–cv–08046–AKH
1:06–cv–08047–AKH
1:06–cv–08048–AKH
1:06–cv–08049–AKH
1:06–cv–08050–AKH
1:06–cv–08051–AKH
1:06–cv–08053–AKH
1:06–cv–08054–AKH
1:06–cv–08055–AKH
1:06–cv–08056–AKH

1:06-cv-08057-AKH
1:06-cv-08058-AKH
1:06-cv-08059-AKH
1:06-cv-08060-AKH
1:06-cv-08062-AKH
1:06-cv-08063-AKH
1:06-cv-08065-AKH
1:06-cv-08066-AKH
1:06-cv-07921-AKH
1:06-cv-08069-AKH
1:06-cv-08071-AKH
1:06-cv-08072-AKH
1:06-cv-08076-AKH
1:06-cv-08077-AKH
1:06-cv-08080-AKH
1:06-cv-08081-AKH
1:06-cv-08083-AKH
1:06-cv-08084-AKH
1:06-cv-08085-AKH
1:06-cv-08086-AKH
1:06-cv-08087-AKH
1:06-cv-08088-AKH
1:06-cv-08089-AKH
1:06-cv-08093-AKH
1:06-cv-08095-AKH
1:06-cv-08096-AKH
1:06-cv-08097-AKH
1:06-cv-08098-AKH
1:06-cv-08101-AKH
1:06-cv-08102-AKH
1:06-cv-08103-AKH
1:06-cv-08105-AKH
1:06-cv-08106-AKH
1:06-cv-08108-AKH
1:06-cv-08111-AKH
1:06-cv-08112-AKH
1:06-cv-08115-AKH
1:06-cv-08116-AKH
1:06-cv-08119-AKH
1:06-cv-08120-AKH
1:06-cv-08121-AKH
1:06-cv-08123-AKH
1:06-cv-08124-AKH
1:06-cv-08125-AKH
1:06-cv-12648-AKH
1:06-cv-12649-AKH
1:06-cv-08126-AKH
1:06-cv-12647-AKH
1:06-cv-12650-AKH
1:06-cv-12651-AKH
1:06-cv-12652-AKH
1:06-cv-12653-AKH

1:06–cv–12654–AKH
1:06–cv–12656–AKH
1:06–cv–12655–AKH
1:06–cv–12657–AKH
1:06–cv–12658–AKH
1:06–cv–12659–AKH
1:06–cv–12660–AKH
1:06–cv–12661–AKH
1:06–cv–12662–AKH
1:06–cv–12663–AKH
1:06–cv–12664–AKH
1:06–cv–12665–AKH
1:06–cv–12666–AKH
1:06–cv–12667–AKH
1:06–cv–12668–AKH
1:07–cv–00390–AKH
1:06–cv–12861–AKH
1:06–cv–12862–AKH
1:06–cv–12863–AKH
1:06–cv–12864–AKH
1:06–cv–12865–AKH
1:06–cv–12681–AKH
1:06–cv–12682–AKH
1:06–cv–12683–AKH
1:06–cv–12684–AKH
1:06–cv–12685–AKH
1:07–cv–00456–AKH
1:07–cv–00592–AKH
1:07–cv–00594–AKH
1:07–cv–00782–AKH
1:06–cv–14115–AKH
1:06–cv–14700–AKH
1:07–cv–00784–AKH
1:07–cv–00784–AKH
1:07–cv–00785–AKH
1:07–cv–00783–AKH
1:07–cv–00209–AKH
1:07–cv–00208–AKH
1:07–cv–01179–AKH
1:07–cv–01209–AKH
1:07–cv–00207–AKH
1:07–cv–01350–AKH
1:07–cv–01351–AKH
1:07–cv–01352–AKH
1:06–cv–14701–AKH
1:06–cv–13776–AKH
1:06–cv–13777–AKH
1:06–cv–13778–AKH
1:06–cv–13779–AKH
1:06–cv–13780–AKH
1:06–cv–13781–AKH
1:06–cv–13782–AKH

1:06–cv–13783–AKH
1:06–cv–13785–AKH
1:06–cv–13786–AKH
1:06–cv–13788–AKH
1:06–cv–13789–AKH
1:06–cv–13793–AKH
1:06–cv–13794–AKH
1:06–cv–13795–AKH
1:06–cv–13796–AKH
1:06–cv–13797–AKH
1:06–cv–13798–AKH
1:06–cv–13799–AKH
1:06–cv–13801–AKH
1:06–cv–13803–AKH
1:06–cv–13804–AKH
1:06–cv–13805–AKH
1:06–cv–13806–AKH
1:06–cv–13807–AKH
1:06–cv–13809–AKH
1:06–cv–13812–AKH
1:06–cv–13813–AKH
1:06–cv–13814–AKH
1:06–cv–13815–AKH
1:06–cv–13816–AKH
1:06–cv–13817–AKH
1:06–cv–13818–AKH
1:06–cv–13819–AKH
1:06–cv–13820–AKH
1:06–cv–13822–AKH
1:06–cv–13823–AKH
1:06–cv–13824–AKH
1:06–cv–13825–AKH
1:06–cv–13826–AKH
1:06–cv–13827–AKH
1:06–cv–13828–AKH
1:06–cv–13829–AKH
1:06–cv–13830–AKH
1:06–cv–13831–AKH
1:06–cv–13832–AKH
1:06–cv–13833–AKH
1:06–cv–13834–AKH
1:06–cv–13835–AKH
1:06–cv–13836–AKH
1:06–cv–13838–AKH
1:06–cv–13839–AKH
1:06–cv–13840–AKH
1:06–cv–13841–AKH
1:06–cv–13842–AKH
1:06–cv–13843–AKH
1:06–cv–13844–AKH
1:06–cv–13845–AKH
1:06–cv–13846–AKH

1:06–cv–13848–AKH
1:06–cv–13849–AKH
1:06–cv–13850–AKH
1:06–cv–13852–AKH
1:06–cv–13853–AKH
1:06–cv–13854–AKH
1:06–cv–13855–AKH
1:06–cv–13856–AKH
1:06–cv–13858–AKH
1:06–cv–13859–AKH
1:06–cv–13860–AKH
1:06–cv–13862–AKH
1:07–cv–02258–AKH
1:06–cv–13863–AKH
1:06–cv–13864–AKH
1:06–cv–13866–AKH
1:06–cv–13867–AKH
1:06–cv–13869–AKH
1:06–cv–13870–AKH
1:06–cv–13871–AKH
1:06–cv–13872–AKH
1:06–cv–13873–AKH
1:06–cv–13874–AKH
1:06–cv–13875–AKH
1:06–cv–13876–AKH
1:06–cv–13877–AKH
1:06–cv–13878–AKH
1:06–cv–13879–AKH
1:06–cv–13881–AKH
1:06–cv–13882–AKH
1:06–cv–13883–AKH
1:06–cv–13884–AKH
1:06–cv–13885–AKH
1:06–cv–13886–AKH
1:06–cv–13887–AKH
1:06–cv–13888–AKH
1:06–cv–13889–AKH
1:06–cv–13891–AKH
1:06–cv–13892–AKH
1:06–cv–13893–AKH
1:06–cv–13894–AKH
1:06–cv–13895–AKH
1:06–cv–13896–AKH
1:06–cv–13897–AKH
1:06–cv–13898–AKH
1:06–cv–13899–AKH
1:06–cv–13900–AKH
1:06–cv–13901–AKH
1:06–cv–13902–AKH
1:06–cv–13903–AKH
1:06–cv–13904–AKH
1:06–cv–13905–AKH

1:06–cv–13906–AKH
1:06–cv–13907–AKH
1:06–cv–13908–AKH
1:06–cv–13910–AKH
1:06–cv–13911–AKH
1:06–cv–13912–AKH
1:06–cv–13913–AKH
1:06–cv–13914–AKH
1:06–cv–13915–AKH
1:06–cv–13917–AKH
1:06–cv–13918–AKH
1:06–cv–13919–AKH
1:06–cv–13920–AKH
1:06–cv–13922–AKH
1:06–cv–13923–AKH
1:06–cv–13924–AKH
1:06–cv–13925–AKH
1:06–cv–13928–AKH
1:06–cv–13926–AKH
1:06–cv–13927–AKH
1:06–cv–13929–AKH
1:06–cv–13930–AKH
1:06–cv–13931–AKH
1:06–cv–13932–AKH
1:06–cv–13933–AKH
1:06–cv–13934–AKH
1:06–cv–13935–AKH
1:06–cv–13936–AKH
1:06–cv–13937–AKH
1:06–cv–13938–AKH
1:06–cv–13939–AKH
1:06–cv–13940–AKH
1:06–cv–13941–AKH
1:06–cv–13942–AKH
1:06–cv–13943–AKH
1:06–cv–13944–AKH
1:06–cv–13945–AKH
1:06–cv–13946–AKH
1:06–cv–13947–AKH
1:06–cv–13948–AKH
1:06–cv–13949–AKH
1:06–cv–13950–AKH
1:06–cv–13951–AKH
1:06–cv–13952–AKH
1:06–cv–13953–AKH
1:06–cv–13954–AKH
1:06–cv–13955–AKH
1:06–cv–14086–AKH
1:06–cv–14087–AKH
1:06–cv–14088–AKH
1:06–cv–14089–AKH
1:06–cv–13956–AKH

1:06–cv–13957–AKH
1:06–cv–14090–AKH
1:06–cv–14091–AKH
1:06–cv–13958–AKH
1:06–cv–14092–AKH
1:06–cv–14093–AKH
1:06–cv–14094–AKH
1:06–cv–14095–AKH
1:06–cv–14096–AKH
1:06–cv–14097–AKH
1:06–cv–14098–AKH
1:06–cv–13959–AKH
1:06–cv–14099–AKH
1:06–cv–14100–AKH
1:06–cv–13960–AKH
1:06–cv–14102–AKH
1:07–cv–02366–AKH
1:06–cv–14103–AKH
1:06–cv–14104–AKH
1:06–cv–14105–AKH
1:06–cv–14106–AKH
1:06–cv–14107–AKH
1:06–cv–14108–AKH
1:06–cv–14109–AKH
1:06–cv–14110–AKH
1:06–cv–14111–AKH
1:06–cv–13961–AKH
1:06–cv–14112–AKH
1:06–cv–14113–AKH
1:06–cv–13962–AKH
1:06–cv–14114–AKH
1:06–cv–13963–AKH
1:06–cv–14117–AKH
1:06–cv–14118–AKH
1:06–cv–13967–AKH
1:06–cv–14120–AKH
1:06–cv–14121–AKH
1:06–cv–13970–AKH
1:06–cv–14122–AKH
1:06–cv–14123–AKH
1:06–cv–14124–AKH
1:06–cv–14125–AKH
1:06–cv–14126–AKH
1:06–cv–13972–AKH
1:06–cv–14128–AKH
1:06–cv–13973–AKH
1:06–cv–13974–AKH
1:06–cv–13975–AKH
1:06–cv–14129–AKH
1:06–cv–13977–AKH
1:06–cv–14130–AKH
1:06–cv–13978–AKH

1:06–cv–13979–AKH
1:06–cv–14131–AKH
1:06–cv–13980–AKH
1:06–cv–14132–AKH
1:06–cv–14133–AKH
1:06–cv–14134–AKH
1:06–cv–14135–AKH
1:06–cv–14137–AKH
1:06–cv–14140–AKH
1:06–cv–13981–AKH
1:06–cv–14141–AKH
1:06–cv–14142–AKH
1:06–cv–13982–AKH
1:06–cv–14143–AKH
1:06–cv–13983–AKH
1:06–cv–14144–AKH
1:06–cv–13984–AKH
1:06–cv–14145–AKH
1:06–cv–13985–AKH
1:06–cv–14147–AKH
1:06–cv–14148–AKH
1:06–cv–13986–AKH
1:06–cv–14149–AKH
1:06–cv–14150–AKH
1:06–cv–13988–AKH
1:06–cv–14151–AKH
1:06–cv–14152–AKH
1:06–cv–14153–AKH
1:06–cv–14154–AKH
1:06–cv–14155–AKH
1:06–cv–14156–AKH
1:06–cv–14157–AKH
1:06–cv–14158–AKH
1:06–cv–14159–AKH
1:06–cv–14160–AKH
1:06–cv–13989–AKH
1:06–cv–14162–AKH
1:06–cv–13991–AKH
1:06–cv–14163–AKH
1:06–cv–13992–AKH
1:06–cv–14164–AKH
1:06–cv–14165–AKH
1:06–cv–13993–AKH
1:06–cv–13994–AKH
1:06–cv–14166–AKH
1:06–cv–13995–AKH
1:06–cv–14167–AKH
1:06–cv–13996–AKH
1:06–cv–14168–AKH
1:06–cv–13997–AKH
1:06–cv–14170–AKH
1:06–cv–13998–AKH

1:06–cv–14171–AKH
1:06–cv–14172–AKH
1:06–cv–13999–AKH
1:06–cv–14173–AKH
1:06–cv–14000–AKH
1:06–cv–14174–AKH
1:06–cv–14175–AKH
1:06–cv–14176–AKH
1:06–cv–14002–AKH
1:06–cv–14003–AKH
1:06–cv–14004–AKH
1:06–cv–14005–AKH
1:06–cv–14008–AKH
1:06–cv–14009–AKH
1:06–cv–14010–AKH
1:06–cv–14011–AKH
1:06–cv–14007–AKH
1:06–cv–14012–AKH
1:06–cv–14013–AKH
1:06–cv–14014–AKH
1:06–cv–14015–AKH
1:06–cv–14016–AKH
1:06–cv–14018–AKH
1:06–cv–14019–AKH
1:06–cv–14020–AKH
1:06–cv–14021–AKH
1:06–cv–14022–AKH
1:06–cv–14023–AKH
1:06–cv–14024–AKH
1:06–cv–14025–AKH
1:06–cv–14026–AKH
1:06–cv–14027–AKH
1:06–cv–14028–AKH
1:06–cv–14030–AKH
1:06–cv–14031–AKH
1:06–cv–14032–AKH
1:06–cv–14033–AKH
1:06–cv–14034–AKH
1:06–cv–14035–AKH
1:06–cv–14036–AKH
1:06–cv–14037–AKH
1:06–cv–14038–AKH
1:06–cv–14039–AKH
1:06–cv–14040–AKH
1:06–cv–14041–AKH
1:06–cv–14042–AKH
1:06–cv–14043–AKH
1:06–cv–14044–AKH
1:06–cv–14045–AKH
1:06–cv–14046–AKH
1:06–cv–14048–AKH
1:06–cv–14050–AKH

1:06–cv–14051–AKH
1:06–cv–14052–AKH
1:06–cv–14053–AKH
1:06–cv–14055–AKH
1:06–cv–14056–AKH
1:06–cv–14057–AKH
1:06–cv–14058–AKH
1:06–cv–14059–AKH
1:06–cv–14060–AKH
1:07–cv–02459–AKH
1:06–cv–14062–AKH
1:06–cv–14064–AKH
1:06–cv–14065–AKH
1:06–cv–14061–AKH
1:06–cv–14066–AKH
1:06–cv–14067–AKH
1:06–cv–14068–AKH
1:06–cv–14069–AKH
1:06–cv–14070–AKH
1:06–cv–14071–AKH
1:06–cv–14073–AKH
1:06–cv–14074–AKH
1:06–cv–14075–AKH
1:06–cv–14076–AKH
1:06–cv–14077–AKH
1:06–cv–14078–AKH
1:06–cv–14079–AKH
1:06–cv–14080–AKH
1:06–cv–14081–AKH
1:07–cv–02457–AKH
1:06–cv–14082–AKH
1:06–cv–14083–AKH
1:07–cv–02458–AKH
1:07–cv–02433–AKH
1:07–cv–02434–AKH
1:07–cv–02460–AKH
1:06–cv–14450–AKH
1:07–cv–02550–AKH
1:06–cv–08221–AKH
1:06–cv–08222–AKH
1:06–cv–08224–AKH
1:06–cv–08225–AKH
1:07–cv–02758–AKH
1:06–cv–14845–AKH
1:06–cv–14451–AKH
1:06–cv–14452–AKH
1:06–cv–14453–AKH
1:06–cv–14454–AKH
1:06–cv–14457–AKH
1:06–cv–14455–AKH
1:06–cv–14456–AKH
1:06–cv–14459–AKH

1:06–cv–14460–AKH
1:06–cv–14461–AKH
1:06–cv–14462–AKH
1:06–cv–14463–AKH
1:06–cv–14464–AKH
1:06–cv–14465–AKH
1:06–cv–14467–AKH
1:06–cv–14468–AKH
1:06–cv–14469–AKH
1:06–cv–14470–AKH
1:06–cv–14471–AKH
1:06–cv–14472–AKH
1:06–cv–14473–AKH
1:06–cv–14474–AKH
1:06–cv–14475–AKH
1:06–cv–14476–AKH
1:06–cv–14478–AKH
1:06–cv–14479–AKH
1:06–cv–14480–AKH
1:06–cv–14481–AKH
1:06–cv–14482–AKH
1:06–cv–14483–AKH
1:06–cv–14484–AKH
1:06–cv–14485–AKH
1:06–cv–14486–AKH
1:06–cv–14487–AKH
1:06–cv–14489–AKH
1:06–cv–14490–AKH
1:06–cv–14491–AKH
1:06–cv–14492–AKH
1:06–cv–14493–AKH
1:06–cv–14494–AKH
1:06–cv–14495–AKH
1:06–cv–14497–AKH
1:06–cv–14498–AKH
1:06–cv–14499–AKH
1:06–cv–14500–AKH
1:06–cv–14501–AKH
1:06–cv–14502–AKH
1:06–cv–14503–AKH
1:06–cv–14504–AKH
1:06–cv–14505–AKH
1:06–cv–14506–AKH
1:06–cv–14507–AKH
1:06–cv–14508–AKH
1:06–cv–14509–AKH
1:06–cv–14510–AKH
1:06–cv–14511–AKH
1:06–cv–14512–AKH
1:06–cv–14513–AKH
1:06–cv–14514–AKH
1:06–cv–14515–AKH

1:06–cv–14516–AKH
1:06–cv–14517–AKH
1:06–cv–14518–AKH
1:06–cv–14519–AKH
1:06–cv–14520–AKH
1:06–cv–14521–AKH
1:06–cv–14522–AKH
1:06–cv–14523–AKH
1:06–cv–14524–AKH
1:06–cv–14525–AKH
1:06–cv–14526–AKH
1:06–cv–14527–AKH
1:06–cv–14528–AKH
1:06–cv–14529–AKH
1:06–cv–14530–AKH
1:06–cv–14531–AKH
1:06–cv–14532–AKH
1:06–cv–14533–AKH
1:06–cv–14534–AKH
1:06–cv–14535–AKH
1:06–cv–14536–AKH
1:06–cv–14537–AKH
1:06–cv–14538–AKH
1:06–cv–14539–AKH
1:06–cv–14540–AKH
1:06–cv–14541–AKH
1:06–cv–14542–AKH
1:06–cv–14543–AKH
1:06–cv–14544–AKH
1:06–cv–14545–AKH
1:06–cv–14546–AKH
1:06–cv–14547–AKH
1:06–cv–14548–AKH
1:06–cv–14549–AKH
1:06–cv–14550–AKH
1:06–cv–14551–AKH
1:06–cv–14552–AKH
1:06–cv–14554–AKH
1:06–cv–14555–AKH
1:06–cv–14556–AKH
1:06–cv–14557–AKH
1:06–cv–14558–AKH
1:06–cv–14559–AKH
1:06–cv–14560–AKH
1:06–cv–14561–AKH
1:06–cv–14562–AKH
1:06–cv–14563–AKH
1:06–cv–14564–AKH
1:06–cv–14565–AKH
1:06–cv–14566–AKH
1:06–cv–14567–AKH
1:06–cv–14568–AKH

1:06–cv–14569–AKH
1:06–cv–14570–AKH
1:06–cv–14571–AKH
1:06–cv–14572–AKH
1:06–cv–14573–AKH
1:06–cv–14574–AKH
1:06–cv–14575–AKH
1:06–cv–14576–AKH
1:06–cv–14577–AKH
1:06–cv–14579–AKH
1:06–cv–14580–AKH
1:06–cv–14581–AKH
1:06–cv–14582–AKH
1:06–cv–14583–AKH
1:06–cv–14585–AKH
1:06–cv–14586–AKH
1:06–cv–14587–AKH
1:06–cv–14588–AKH
1:06–cv–14589–AKH
1:06–cv–14590–AKH
1:06–cv–14591–AKH
1:06–cv–14592–AKH
1:06–cv–14593–AKH
1:06–cv–14594–AKH
1:06–cv–14595–AKH
1:06–cv–14597–AKH
1:06–cv–14598–AKH
1:06–cv–14600–AKH
1:06–cv–14601–AKH
1:06–cv–14602–AKH
1:06–cv–14603–AKH
1:06–cv–14604–AKH
1:06–cv–14605–AKH
1:06–cv–14606–AKH
1:06–cv–14607–AKH
1:06–cv–14608–AKH
1:06–cv–14609–AKH
1:06–cv–14610–AKH
1:06–cv–14611–AKH
1:06–cv–14612–AKH
1:06–cv–14613–AKH
1:06–cv–14614–AKH
1:06–cv–14615–AKH
1:06–cv–14616–AKH
1:06–cv–14617–AKH
1:06–cv–14618–AKH
1:06–cv–14620–AKH
1:06–cv–14621–AKH
1:06–cv–14622–AKH
1:06–cv–14624–AKH
1:06–cv–14625–AKH
1:06–cv–14626–AKH

1:06–cv–14627–AKH
1:06–cv–14628–AKH
1:06–cv–14629–AKH
1:06–cv–14630–AKH
1:03–cv–08812–AKH
1:06–cv–14631–AKH
1:06–cv–14632–AKH
1:06–cv–14633–AKH
1:06–cv–14654–AKH
1:06–cv–14655–AKH
1:06–cv–14656–AKH
1:07–cv–03070–AKH
1:06–cv–14634–AKH
1:06–cv–14635–AKH
1:06–cv–14637–AKH
1:06–cv–14638–AKH
1:06–cv–14639–AKH
1:06–cv–14640–AKH
1:06–cv–14641–AKH
1:06–cv–14642–AKH
1:06–cv–14643–AKH
1:06–cv–14644–AKH
1:06–cv–14645–AKH
1:06–cv–14646–AKH
1:06–cv–14647–AKH
1:06–cv–14648–AKH
1:06–cv–14649–AKH
1:06–cv–14650–AKH
1:06–cv–14651–AKH
1:06–cv–14652–AKH
1:06–cv–14653–AKH
1:06–cv–14657–AKH
1:06–cv–14658–AKH
1:06–cv–14659–AKH
1:06–cv–14661–AKH
1:06–cv–14662–AKH
1:06–cv–14663–AKH
1:06–cv–14664–AKH
1:06–cv–14666–AKH
1:06–cv–14667–AKH
1:06–cv–14668–AKH
1:06–cv–14669–AKH
1:06–cv–14670–AKH
1:06–cv–14671–AKH
1:06–cv–14672–AKH
1:06–cv–14673–AKH
1:06–cv–14674–AKH
1:06–cv–14675–AKH
1:06–cv–14676–AKH
1:06–cv–14677–AKH
1:06–cv–14678–AKH
1:06–cv–14679–AKH

1:06–cv–14680–AKH
1:06–cv–14682–AKH
1:06–cv–14683–AKH
1:06–cv–14684–AKH
1:06–cv–14685–AKH
1:06–cv–14686–AKH
1:06–cv–14687–AKH
1:06–cv–14688–AKH
1:06–cv–14690–AKH
1:06–cv–14691–AKH
1:06–cv–14692–AKH
1:06–cv–14693–AKH
1:06–cv–14695–AKH
1:06–cv–14704–AKH
1:06–cv–14702–AKH
1:06–cv–14703–AKH
1:06–cv–14705–AKH
1:06–cv–14706–AKH
1:06–cv–14707–AKH
1:06–cv–14708–AKH
1:06–cv–14709–AKH
1:06–cv–14710–AKH
1:06–cv–14712–AKH
1:06–cv–14713–AKH
1:06–cv–14714–AKH
1:06–cv–14715–AKH
1:06–cv–14716–AKH
1:06–cv–14717–AKH
1:06–cv–14718–AKH
1:06–cv–14720–AKH
1:06–cv–14721–AKH
1:06–cv–14722–AKH
1:06–cv–14754–AKH
1:06–cv–14755–AKH
1:06–cv–14756–AKH
1:06–cv–14724–AKH
1:07–cv–03072–AKH
1:06–cv–14725–AKH
1:06–cv–14726–AKH
1:06–cv–14727–AKH
1:06–cv–14728–AKH
1:06–cv–14729–AKH
1:06–cv–14730–AKH
1:06–cv–14731–AKH
1:06–cv–14732–AKH
1:06–cv–14733–AKH
1:06–cv–14734–AKH
1:06–cv–14735–AKH
1:06–cv–14736–AKH
1:06–cv–14737–AKH
1:06–cv–14738–AKH
1:06–cv–14739–AKH

1:06–cv–14740–AKH
1:06–cv–14742–AKH
1:06–cv–14743–AKH
1:06–cv–14744–AKH
1:06–cv–14745–AKH
1:06–cv–14746–AKH
1:06–cv–14747–AKH
1:06–cv–14748–AKH
1:06–cv–14749–AKH
1:06–cv–14750–AKH
1:06–cv–14751–AKH
1:06–cv–14752–AKH
1:06–cv–14753–AKH
1:06–cv–14757–AKH
1:06–cv–14758–AKH
1:06–cv–14759–AKH
1:06–cv–14760–AKH
1:06–cv–14761–AKH
1:06–cv–14762–AKH
1:06–cv–14763–AKH
1:06–cv–14764–AKH
1:06–cv–14765–AKH
1:06–cv–14766–AKH
1:06–cv–14767–AKH
1:06–cv–14768–AKH
1:06–cv–14769–AKH
1:06–cv–14770–AKH
1:06–cv–14772–AKH
1:06–cv–14773–AKH
1:06–cv–14775–AKH
1:06–cv–14776–AKH
1:06–cv–14777–AKH
1:06–cv–14778–AKH
1:06–cv–14779–AKH
1:06–cv–14780–AKH
1:06–cv–14781–AKH
1:06–cv–14782–AKH
1:06–cv–14783–AKH
1:06–cv–14784–AKH
1:06–cv–14785–AKH
1:06–cv–14787–AKH
1:06–cv–14788–AKH
1:06–cv–14789–AKH
1:06–cv–14790–AKH
1:06–cv–14791–AKH
1:06–cv–14792–AKH
1:06–cv–14794–AKH
1:06–cv–14795–AKH
1:06–cv–14796–AKH
1:06–cv–14797–AKH
1:06–cv–14798–AKH
1:06–cv–14799–AKH

1:06–cv–14800–AKH
1:06–cv–14801–AKH
1:06–cv–14802–AKH
1:06–cv–14803–AKH
1:06–cv–14804–AKH
1:06–cv–14805–AKH
1:06–cv–14808–AKH
1:06–cv–14809–AKH
1:06–cv–14810–AKH
1:06–cv–14811–AKH
1:06–cv–14812–AKH
1:06–cv–14813–AKH
1:06–cv–14814–AKH
1:06–cv–14815–AKH
1:06–cv–14816–AKH
1:06–cv–14817–AKH
1:06–cv–14818–AKH
1:06–cv–14819–AKH
1:06–cv–14820–AKH
1:06–cv–14821–AKH
1:06–cv–14822–AKH
1:06–cv–14823–AKH
1:07–cv–03440–AKH
1:06–cv–14826–AKH
1:06–cv–14827–AKH
1:06–cv–14828–AKH
1:06–cv–14829–AKH
1:06–cv–14830–AKH
1:06–cv–14831–AKH
1:06–cv–14832–AKH
1:06–cv–14833–AKH
1:06–cv–14834–AKH
1:07–cv–03130–AKH
1:06–cv–14835–AKH
1:06–cv–14836–AKH
1:06–cv–14837–AKH
1:06–cv–14838–AKH
1:06–cv–14839–AKH
1:06–cv–14840–AKH
1:06–cv–14841–AKH
1:06–cv–14842–AKH
1:06–cv–14876–AKH
1:06–cv–14877–AKH
1:06–cv–14843–AKH
1:06–cv–14846–AKH
1:06–cv–14847–AKH
1:06–cv–14848–AKH
1:06–cv–14849–AKH
1:06–cv–14850–AKH
1:06–cv–14851–AKH
1:06–cv–14852–AKH
1:06–cv–14853–AKH

1:06–cv–14854–AKH
1:06–cv–14855–AKH
1:06–cv–14856–AKH
1:06–cv–14857–AKH
1:06–cv–14858–AKH
1:06–cv–14859–AKH
1:06–cv–14860–AKH
1:06–cv–14861–AKH
1:06–cv–14862–AKH
1:06–cv–14863–AKH
1:06–cv–14864–AKH
1:06–cv–14865–AKH
1:06–cv–14866–AKH
1:06–cv–14867–AKH
1:06–cv–14868–AKH
1:06–cv–14869–AKH
1:06–cv–14870–AKH
1:06–cv–14871–AKH
1:06–cv–14872–AKH
1:06–cv–14873–AKH
1:06–cv–14874–AKH
1:06–cv–14875–AKH
1:06–cv–14878–AKH
1:06–cv–14879–AKH
1:06–cv–14880–AKH
1:06–cv–14881–AKH
1:06–cv–14882–AKH
1:06–cv–14883–AKH
1:06–cv–14884–AKH
1:06–cv–14900–AKH
1:06–cv–14901–AKH
1:06–cv–14902–AKH
1:06–cv–14885–AKH
1:06–cv–14886–AKH
1:06–cv–14887–AKH
1:06–cv–14888–AKH
1:06–cv–14889–AKH
1:06–cv–14890–AKH
1:06–cv–14891–AKH
1:06–cv–14892–AKH
1:06–cv–14893–AKH
1:06–cv–14895–AKH
1:06–cv–14896–AKH
1:06–cv–14897–AKH
1:06–cv–14898–AKH
1:06–cv–14899–AKH
1:06–cv–14903–AKH
1:06–cv–14905–AKH
1:06–cv–14906–AKH
1:07–cv–03285–AKH
1:06–cv–14907–AKH
1:06–cv–14908–AKH

1:06–cv–14909–AKH
1:06–cv–14910–AKH
1:06–cv–14911–AKH
1:06–cv–14912–AKH
1:06–cv–14913–AKH
1:06–cv–14915–AKH
1:06–cv–14914–AKH
1:06–cv–14916–AKH
1:06–cv–14917–AKH
1:07–cv–03286–AKH
1:06–cv–14918–AKH
1:06–cv–14919–AKH
1:06–cv–14921–AKH
1:06–cv–14922–AKH
1:06–cv–14923–AKH
1:06–cv–14924–AKH
1:06–cv–14926–AKH
1:06–cv–14927–AKH
1:06–cv–14928–AKH
1:06–cv–14929–AKH
1:06–cv–14930–AKH
1:06–cv–14931–AKH
1:06–cv–14932–AKH
1:06–cv–14933–AKH
1:06–cv–14934–AKH
1:06–cv–14935–AKH
1:06–cv–14936–AKH
1:06–cv–14937–AKH
1:06–cv–14938–AKH
1:06–cv–14939–AKH
1:06–cv–14940–AKH
1:06–cv–14941–AKH
1:06–cv–14942–AKH
1:06–cv–14943–AKH
1:06–cv–14944–AKH
1:07–cv–03284–AKH
1:06–cv–14945–AKH
1:06–cv–14946–AKH
1:06–cv–14947–AKH
1:06–cv–14948–AKH
1:06–cv–14949–AKH
1:06–cv–15158–AKH
1:06–cv–14458–AKH
1:06–cv–14950–AKH
1:06–cv–14951–AKH
1:06–cv–14952–AKH
1:06–cv–14953–AKH
1:06–cv–14954–AKH
1:06–cv–14955–AKH
1:06–cv–14956–AKH
1:06–cv–14957–AKH
1:07–cv–06853–AKH

1:07–cv–03326–AKH
1:06–cv–14958–AKH
1:06–cv–14959–AKH
1:06–cv–14960–AKH
1:06–cv–14962–AKH
1:06–cv–14963–AKH
1:06–cv–14964–AKH
1:06–cv–14965–AKH
1:06–cv–14966–AKH
1:06–cv–14967–AKH
1:06–cv–14968–AKH
1:06–cv–14969–AKH
1:06–cv–14970–AKH
1:06–cv–14971–AKH
1:06–cv–14972–AKH
1:06–cv–14973–AKH
1:06–cv–14974–AKH
1:06–cv–14976–AKH
1:06–cv–14977–AKH
1:06–cv–14978–AKH
1:06–cv–14979–AKH
1:06–cv–14980–AKH
1:06–cv–14981–AKH
1:06–cv–14982–AKH
1:06–cv–14983–AKH
1:06–cv–14984–AKH
1:06–cv–14985–AKH
1:06–cv–14986–AKH
1:06–cv–14987–AKH
1:06–cv–14988–AKH
1:06–cv–15011–AKH
1:06–cv–15012–AKH
1:06–cv–14989–AKH
1:06–cv–14990–AKH
1:06–cv–14991–AKH
1:06–cv–14992–AKH
1:06–cv–14993–AKH
1:06–cv–14994–AKH
1:06–cv–14996–AKH
1:06–cv–14997–AKH
1:06–cv–14998–AKH
1:06–cv–14999–AKH
1:06–cv–15000–AKH
1:06–cv–15001–AKH
1:06–cv–15002–AKH
1:06–cv–15004–AKH
1:06–cv–15005–AKH
1:06–cv–15006–AKH
1:06–cv–15007–AKH
1:06–cv–15008–AKH
1:06–cv–15009–AKH
1:06–cv–15010–AKH

1:06–cv–15013–AKH
1:06–cv–15014–AKH
1:06–cv–15015–AKH
1:06–cv–15016–AKH
1:06–cv–15017–AKH
1:06–cv–15018–AKH
1:06–cv–15019–AKH
1:06–cv–15020–AKH
1:06–cv–15021–AKH
1:06–cv–15024–AKH
1:06–cv–15023–AKH
1:06–cv–15025–AKH
1:06–cv–15026–AKH
1:06–cv–15027–AKH
1:06–cv–15028–AKH
1:06–cv–15029–AKH
1:06–cv–15030–AKH
1:07–cv–03358–AKH
1:06–cv–15031–AKH
1:06–cv–15032–AKH
1:06–cv–15033–AKH
1:06–cv–15034–AKH
1:06–cv–15035–AKH
1:06–cv–15036–AKH
1:06–cv–15037–AKH
1:06–cv–15038–AKH
1:06–cv–15039–AKH
1:06–cv–15040–AKH
1:06–cv–15041–AKH
1:06–cv–15042–AKH
1:06–cv–15043–AKH
1:06–cv–15044–AKH
1:06–cv–15045–AKH
1:06–cv–15059–AKH
1:06–cv–15060–AKH
1:06–cv–15061–AKH
1:06–cv–15046–AKH
1:06–cv–15047–AKH
1:06–cv–15048–AKH
1:06–cv–15050–AKH
1:06–cv–15051–AKH
1:06–cv–15052–AKH
1:06–cv–15053–AKH
1:06–cv–15054–AKH
1:06–cv–15055–AKH
1:06–cv–15056–AKH
1:06–cv–15057–AKH
1:06–cv–15058–AKH
1:06–cv–15062–AKH
1:06–cv–15064–AKH
1:06–cv–15065–AKH
1:06–cv–15066–AKH

1:06–cv–15067–AKH
1:06–cv–15070–AKH
1:06–cv–15071–AKH
1:06–cv–15072–AKH
1:06–cv–15073–AKH
1:06–cv–15074–AKH
1:06–cv–15075–AKH
1:06–cv–15076–AKH
1:06–cv–15077–AKH
1:06–cv–15078–AKH
1:06–cv–15079–AKH
1:06–cv–15080–AKH
1:06–cv–15081–AKH
1:06–cv–15082–AKH
1:06–cv–15083–AKH
1:06–cv–15086–AKH
1:06–cv–15087–AKH
1:06–cv–15088–AKH
1:06–cv–15089–AKH
1:06–cv–15085–AKH
1:06–cv–15090–AKH
1:06–cv–15091–AKH
1:06–cv–15092–AKH
1:06–cv–15093–AKH
1:06–cv–15097–AKH
1:06–cv–15094–AKH
1:06–cv–15095–AKH
1:06–cv–15096–AKH
1:06–cv–15098–AKH
1:06–cv–15099–AKH
1:06–cv–15100–AKH
1:06–cv–15101–AKH
1:06–cv–15102–AKH
1:06–cv–15103–AKH
1:06–cv–15105–AKH
1:06–cv–15106–AKH
1:06–cv–15107–AKH
1:06–cv–15108–AKH
1:06–cv–15109–AKH
1:06–cv–15110–AKH
1:06–cv–15111–AKH
1:06–cv–15112–AKH
1:06–cv–15113–AKH
1:06–cv–15114–AKH
1:06–cv–15115–AKH
1:06–cv–15117–AKH
1:06–cv–15119–AKH
1:06–cv–15120–AKH
1:06–cv–15121–AKH
1:06–cv–15122–AKH
1:06–cv–15123–AKH
1:06–cv–15124–AKH

1:06–cv–15125–AKH
1:06–cv–15126–AKH
1:06–cv–15127–AKH
1:06–cv–15128–AKH
1:06–cv–15129–AKH
1:06–cv–15130–AKH
1:06–cv–15131–AKH
1:06–cv–15132–AKH
1:06–cv–15133–AKH
1:06–cv–15134–AKH
1:06–cv–15135–AKH
1:06–cv–15137–AKH
1:06–cv–15138–AKH
1:06–cv–15139–AKH
1:06–cv–15140–AKH
1:06–cv–15141–AKH
1:06–cv–15142–AKH
1:06–cv–15143–AKH
1:06–cv–15144–AKH
1:06–cv–15145–AKH
1:06–cv–15146–AKH
1:06–cv–15147–AKH
1:06–cv–15148–AKH
1:06–cv–15150–AKH
1:06–cv–15151–AKH
1:06–cv–15152–AKH
1:06–cv–15153–AKH
1:06–cv–15154–AKH
1:06–cv–15156–AKH
1:06–cv–15157–AKH
1:07–cv–03357–AKH
1:07–cv–03441–AKH
1:07–cv–03442–AKH
1:07–cv–03443–AKH
1:06–cv–14696–AKH
1:06–cv–14723–AKH
1:06–cv–14786–AKH
1:07–cv–03832–AKH
1:07–cv–03831–AKH
1:07–cv–03830–AKH
1:07–cv–04044–AKH
1:07–cv–03936–AKH
1:07–cv–04005–AKH
1:07–cv–04132–AKH
1:07–cv–04133–AKH
1:07–cv–04159–AKH
1:07–cv–04161–AKH
1:07–cv–04162–AKH
1:07–cv–04157–AKH
1:07–cv–04160–AKH
1:07–cv–04158–AKH
1:07–cv–04163–AKH

1:07–cv–04164–AKH
1:07–cv–04226–AKH
1:07–cv–04404–AKH
1:07–cv–04741–AKH
1:07–cv–04251–AKH
1:07–cv–04254–AKH
1:07–cv–04252–AKH
1:07–cv–04240–AKH
1:07–cv–04241–AKH
1:07–cv–04242–AKH
1:07–cv–04243–AKH
1:07–cv–04246–AKH
1:07–cv–04247–AKH
1:07–cv–04248–AKH
1:07–cv–04249–AKH
1:07–cv–04250–AKH
1:07–cv–04859–AKH
1:07–cv–05181–AKH
1:07–cv–04253–AKH
1:07–cv–04227–AKH
1:07–cv–05176–AKH
1:07–cv–05177–AKH
1:07–cv–04228–AKH
1:07–cv–05165–AKH
1:07–cv–04229–AKH
1:07–cv–05265–AKH
1:07–cv–04230–AKH
1:07–cv–05110–AKH
1:07–cv–04231–AKH
1:07–cv–04232–AKH
1:07–cv–04233–AKH
1:07–cv–04234–AKH
1:07–cv–04235–AKH
1:07–cv–04236–AKH
1:07–cv–04237–AKH
1:07–cv–04238–AKH
1:07–cv–04239–AKH
1:07–cv–04255–AKH
1:07–cv–04256–AKH
1:07–cv–04257–AKH
1:07–cv–04258–AKH
1:07–cv–04259–AKH
1:07–cv–04260–AKH
1:07–cv–04261–AKH
1:07–cv–04262–AKH
1:07–cv–04263–AKH
1:07–cv–04264–AKH
1:07–cv–04265–AKH
1:07–cv–04266–AKH
1:07–cv–04267–AKH
1:07–cv–04268–AKH
1:07–cv–04269–AKH

1:07–cv–04270–AKH
1:07–cv–04271–AKH
1:07–cv–04272–AKH
1:07–cv–04273–AKH
1:07–cv–04274–AKH
1:07–cv–04275–AKH
1:07–cv–04276–AKH
1:07–cv–04277–AKH
1:07–cv–04278–AKH
1:07–cv–04279–AKH
1:07–cv–04280–AKH
1:07–cv–04281–AKH
1:07–cv–04282–AKH
1:07–cv–04283–AKH
1:07–cv–04284–AKH
1:07–cv–04285–AKH
1:07–cv–04286–AKH
1:07–cv–04287–AKH
1:07–cv–04288–AKH
1:07–cv–04289–AKH
1:07–cv–04290–AKH
1:07–cv–04291–AKH
1:07–cv–04292–AKH
1:07–cv–04294–AKH
1:07–cv–04295–AKH
1:07–cv–04296–AKH
1:07–cv–04297–AKH
1:07–cv–04298–AKH
1:07–cv–04299–AKH
1:07–cv–04300–AKH
1:07–cv–04301–AKH
1:07–cv–04302–AKH
1:07–cv–04303–AKH
1:07–cv–04304–AKH
1:07–cv–04305–AKH
1:07–cv–04306–AKH
1:07–cv–04307–AKH
1:07–cv–04308–AKH
1:07–cv–04309–AKH
1:07–cv–05703–AKH
1:07–cv–04310–AKH
1:07–cv–04311–AKH
1:07–cv–04312–AKH
1:07–cv–04313–AKH
1:07–cv–04314–AKH
1:07–cv–04315–AKH
1:07–cv–04316–AKH
1:07–cv–04317–AKH
1:07–cv–04318–AKH
1:07–cv–04319–AKH
1:07–cv–04320–AKH
1:07–cv–04321–AKH

1:07–cv–04322–AKH
1:07–cv–04323–AKH
1:07–cv–04324–AKH
1:07–cv–04325–AKH
1:07–cv–04326–AKH
1:07–cv–04327–AKH
1:07–cv–04328–AKH
1:07–cv–04329–AKH
1:07–cv–04330–AKH
1:07–cv–04331–AKH
1:07–cv–04332–AKH
1:07–cv–04333–AKH
1:07–cv–04334–AKH
1:07–cv–04335–AKH
1:07–cv–04336–AKH
1:07–cv–04337–AKH
1:07–cv–04338–AKH
1:07–cv–04339–AKH
1:07–cv–04340–AKH
1:07–cv–04341–AKH
1:07–cv–04342–AKH
1:07–cv–04343–AKH
1:07–cv–04344–AKH
1:07–cv–04345–AKH
1:07–cv–04346–AKH
1:07–cv–04347–AKH
1:07–cv–04348–AKH
1:07–cv–04349–AKH
1:07–cv–04350–AKH
1:07–cv–04351–AKH
1:07–cv–04352–AKH
1:07–cv–04353–AKH
1:07–cv–04354–AKH
1:07–cv–04355–AKH
1:07–cv–04356–AKH
1:07–cv–04357–AKH
1:07–cv–04358–AKH
1:07–cv–04359–AKH
1:07–cv–04360–AKH
1:07–cv–04361–AKH
1:07–cv–04362–AKH
1:07–cv–04363–AKH
1:07–cv–04364–AKH
1:07–cv–04365–AKH
1:07–cv–04366–AKH
1:07–cv–04367–AKH
1:07–cv–04368–AKH
1:07–cv–04369–AKH
1:07–cv–04370–AKH
1:07–cv–04371–AKH
1:07–cv–04372–AKH
1:07–cv–04373–AKH

1:07–cv–04374–AKH
1:07–cv–04375–AKH
1:07–cv–04376–AKH
1:07–cv–04377–AKH
1:07–cv–04378–AKH
1:07–cv–04379–AKH
1:07–cv–04380–AKH
1:07–cv–04381–AKH
1:07–cv–04382–AKH
1:07–cv–04384–AKH
1:07–cv–04385–AKH
1:07–cv–04386–AKH
1:07–cv–04387–AKH
1:07–cv–04388–AKH
1:07–cv–04389–AKH
1:07–cv–04390–AKH
1:07–cv–04391–AKH
1:07–cv–04392–AKH
1:07–cv–04393–AKH
1:07–cv–04394–AKH
1:07–cv–04395–AKH
1:07–cv–04399–AKH
1:07–cv–04396–AKH
1:07–cv–04397–AKH
1:07–cv–04398–AKH
1:07–cv–04400–AKH
1:07–cv–04401–AKH
1:07–cv–04402–AKH
1:07–cv–04403–AKH
1:07–cv–04405–AKH
1:07–cv–04414–AKH
1:07–cv–04415–AKH
1:07–cv–04416–AKH
1:07–cv–04417–AKH
1:07–cv–04418–AKH
1:07–cv–04406–AKH
1:07–cv–04407–AKH
1:07–cv–04408–AKH
1:07–cv–04409–AKH
1:07–cv–04410–AKH
1:07–cv–04411–AKH
1:07–cv–04412–AKH
1:07–cv–04413–AKH
1:07–cv–04419–AKH
1:07–cv–04420–AKH
1:07–cv–04421–AKH
1:07–cv–04422–AKH
1:07–cv–04423–AKH
1:07–cv–04424–AKH
1:07–cv–04425–AKH
1:07–cv–04742–AKH
1:07–cv–04743–AKH

1:07–cv–04744–AKH
1:07–cv–04745–AKH
1:07–cv–04746–AKH
1:07–cv–04748–AKH
1:07–cv–04749–AKH
1:07–cv–04750–AKH
1:07–cv–04170–AKH
1:07–cv–04171–AKH
1:07–cv–04172–AKH
1:07–cv–04173–AKH
1:07–cv–04174–AKH
1:07–cv–04175–AKH
1:07–cv–04176–AKH
1:07–cv–04177–AKH
1:07–cv–04178–AKH
1:07–cv–04179–AKH
1:07–cv–04180–AKH
1:07–cv–04181–AKH
1:07–cv–04182–AKH
1:07–cv–04183–AKH
1:07–cv–04184–AKH
1:07–cv–04185–AKH
1:07–cv–04186–AKH
1:07–cv–04187–AKH
1:07–cv–04188–AKH
1:07–cv–04189–AKH
1:07–cv–04190–AKH
1:07–cv–04191–AKH
1:07–cv–04192–AKH
1:07–cv–04193–AKH
1:07–cv–04194–AKH
1:07–cv–04195–AKH
1:07–cv–04196–AKH
1:07–cv–04197–AKH
1:07–cv–04198–AKH
1:07–cv–04199–AKH
1:07–cv–04200–AKH
1:07–cv–04202–AKH
1:07–cv–04203–AKH
1:07–cv–04204–AKH
1:07–cv–04206–AKH
1:07–cv–04207–AKH
1:07–cv–04208–AKH
1:07–cv–04209–AKH
1:07–cv–04210–AKH
1:07–cv–04205–AKH
1:07–cv–04211–AKH
1:07–cv–04212–AKH
1:07–cv–04213–AKH
1:07–cv–04214–AKH
1:07–cv–04215–AKH
1:07–cv–04216–AKH

1:07–cv–04217–AKH
1:07–cv–04218–AKH
1:07–cv–04219–AKH
1:07–cv–04220–AKH
1:07–cv–04221–AKH
1:07–cv–04222–AKH
1:07–cv–04223–AKH
1:07–cv–04224–AKH
1:07–cv–04225–AKH
1:07–cv–04860–AKH
1:07–cv–04861–AKH
1:07–cv–04862–AKH
1:07–cv–04863–AKH
1:07–cv–04864–AKH
1:07–cv–04865–AKH
1:07–cv–04866–AKH
1:07–cv–04867–AKH
1:07–cv–04868–AKH
1:07–cv–04869–AKH
1:07–cv–04870–AKH
1:07–cv–04871–AKH
1:07–cv–04872–AKH
1:07–cv–04874–AKH
1:07–cv–04875–AKH
1:07–cv–04876–AKH
1:07–cv–04877–AKH
1:07–cv–04878–AKH
1:07–cv–04879–AKH
1:07–cv–04880–AKH
1:07–cv–04894–AKH
1:07–cv–04881–AKH
1:07–cv–04882–AKH
1:07–cv–04883–AKH
1:07–cv–04884–AKH
1:07–cv–04885–AKH
1:07–cv–04886–AKH
1:07–cv–04887–AKH
1:07–cv–04888–AKH
1:07–cv–04889–AKH
1:07–cv–04890–AKH
1:07–cv–04891–AKH
1:07–cv–04892–AKH
1:07–cv–04893–AKH
1:07–cv–04895–AKH
1:07–cv–04896–AKH
1:07–cv–04897–AKH
1:07–cv–04974–AKH
1:07–cv–04975–AKH
1:07–cv–04976–AKH
1:07–cv–04977–AKH
1:07–cv–04978–AKH
1:07–cv–04898–AKH

1:07–cv–04899–AKH
1:07–cv–04900–AKH
1:07–cv–04901–AKH
1:07–cv–04902–AKH
1:07–cv–04903–AKH
1:07–cv–04904–AKH
1:07–cv–04905–AKH
1:07–cv–04906–AKH
1:07–cv–04907–AKH
1:07–cv–04908–AKH
1:07–cv–04910–AKH
1:07–cv–04909–AKH
1:07–cv–04915–AKH
1:07–cv–04911–AKH
1:07–cv–04912–AKH
1:07–cv–04913–AKH
1:07–cv–04914–AKH
1:07–cv–04916–AKH
1:07–cv–04917–AKH
1:07–cv–04918–AKH
1:07–cv–04919–AKH
1:07–cv–04920–AKH
1:07–cv–04921–AKH
1:07–cv–04922–AKH
1:07–cv–04923–AKH
1:07–cv–04924–AKH
1:07–cv–04925–AKH
1:07–cv–04926–AKH
1:07–cv–04927–AKH
1:07–cv–04928–AKH
1:07–cv–04929–AKH
1:07–cv–04930–AKH
1:07–cv–04931–AKH
1:07–cv–04932–AKH
1:07–cv–04933–AKH
1:07–cv–04934–AKH
1:07–cv–04935–AKH
1:07–cv–04936–AKH
1:07–cv–04937–AKH
1:07–cv–04938–AKH
1:07–cv–04939–AKH
1:07–cv–04940–AKH
1:07–cv–04941–AKH
1:07–cv–04942–AKH
1:07–cv–04943–AKH
1:07–cv–04944–AKH
1:07–cv–04945–AKH
1:07–cv–04946–AKH
1:07–cv–04947–AKH
1:07–cv–04948–AKH
1:07–cv–04949–AKH
1:07–cv–04950–AKH

1:07–cv–04951–AKH
1:07–cv–04952–AKH
1:07–cv–04953–AKH
1:07–cv–04955–AKH
1:07–cv–04954–AKH
1:07–cv–04956–AKH
1:07–cv–04957–AKH
1:07–cv–04958–AKH
1:07–cv–04959–AKH
1:07–cv–04960–AKH
1:07–cv–04961–AKH
1:07–cv–04962–AKH
1:07–cv–04963–AKH
1:07–cv–04964–AKH
1:07–cv–04966–AKH
1:07–cv–04967–AKH
1:07–cv–04968–AKH
1:07–cv–04969–AKH
1:07–cv–04971–AKH
1:07–cv–04972–AKH
1:07–cv–04980–AKH
1:07–cv–04981–AKH
1:07–cv–04982–AKH
1:07–cv–04983–AKH
1:07–cv–04984–AKH
1:07–cv–04973–AKH
1:07–cv–04985–AKH
1:07–cv–04986–AKH
1:07–cv–04987–AKH
1:07–cv–04988–AKH
1:07–cv–04989–AKH
1:07–cv–04990–AKH
1:07–cv–04991–AKH
1:07–cv–04992–AKH
1:07–cv–04993–AKH
1:07–cv–04994–AKH
1:07–cv–04995–AKH
1:07–cv–04996–AKH
1:07–cv–04997–AKH
1:07–cv–04998–AKH
1:07–cv–04999–AKH
1:07–cv–05000–AKH
1:07–cv–05001–AKH
1:07–cv–05002–AKH
1:07–cv–05003–AKH
1:07–cv–05004–AKH
1:07–cv–05005–AKH
1:07–cv–05006–AKH
1:07–cv–05007–AKH
1:07–cv–05008–AKH
1:07–cv–05009–AKH
1:07–cv–05010–AKH

1:07–cv–05011–AKH
1:07–cv–05012–AKH
1:07–cv–05013–AKH
1:07–cv–05014–AKH
1:07–cv–05015–AKH
1:07–cv–05016–AKH
1:07–cv–05018–AKH
1:07–cv–05019–AKH
1:07–cv–05020–AKH
1:07–cv–05021–AKH
1:07–cv–05022–AKH
1:07–cv–05023–AKH
1:07–cv–05024–AKH
1:07–cv–05025–AKH
1:07–cv–05026–AKH
1:07–cv–05027–AKH
1:07–cv–05028–AKH
1:07–cv–05029–AKH
1:07–cv–05030–AKH
1:07–cv–05031–AKH
1:07–cv–05033–AKH
1:07–cv–05034–AKH
1:07–cv–05035–AKH
1:07–cv–05036–AKH
1:07–cv–05041–AKH
1:07–cv–05037–AKH
1:07–cv–05038–AKH
1:07–cv–05039–AKH
1:07–cv–05040–AKH
1:07–cv–05042–AKH
1:07–cv–05043–AKH
1:07–cv–05045–AKH
1:07–cv–05046–AKH
1:07–cv–05047–AKH
1:07–cv–05048–AKH
1:07–cv–05049–AKH
1:07–cv–05050–AKH
1:07–cv–05051–AKH
1:07–cv–05052–AKH
1:07–cv–05053–AKH
1:07–cv–05054–AKH
1:07–cv–05055–AKH
1:07–cv–05056–AKH
1:07–cv–05057–AKH
1:07–cv–05927–AKH
1:07–cv–05925–AKH
1:07–cv–05978–AKH
1:07–cv–05064–AKH
1:07–cv–05065–AKH
1:07–cv–05066–AKH
1:07–cv–05058–AKH
1:07–cv–05059–AKH

1:07–cv–05060–AKH
1:07–cv–05061–AKH
1:07–cv–05062–AKH
1:07–cv–05063–AKH
1:07–cv–05068–AKH
1:07–cv–05069–AKH
1:07–cv–05070–AKH
1:07–cv–05071–AKH
1:07–cv–05072–AKH
1:07–cv–05073–AKH
1:07–cv–05074–AKH
1:07–cv–05075–AKH
1:07–cv–05076–AKH
1:07–cv–05077–AKH
1:07–cv–05078–AKH
1:07–cv–05079–AKH
1:07–cv–05080–AKH
1:07–cv–05081–AKH
1:07–cv–05082–AKH
1:07–cv–05083–AKH
1:07–cv–05084–AKH
1:07–cv–05085–AKH
1:07–cv–05086–AKH
1:07–cv–05087–AKH
1:07–cv–05088–AKH
1:07–cv–05089–AKH
1:07–cv–05090–AKH
1:07–cv–05091–AKH
1:07–cv–05093–AKH
1:07–cv–05094–AKH
1:07–cv–05095–AKH
1:07–cv–05096–AKH
1:07–cv–05097–AKH
1:07–cv–05098–AKH
1:07–cv–05099–AKH
1:07–cv–05100–AKH
1:07–cv–05101–AKH
1:07–cv–05102–AKH
1:07–cv–05103–AKH
1:07–cv–05104–AKH
1:07–cv–05105–AKH
1:07–cv–05106–AKH
1:07–cv–05107–AKH
1:07–cv–05108–AKH
1:07–cv–05109–AKH
1:07–cv–05111–AKH
1:07–cv–05112–AKH
1:07–cv–05113–AKH
1:07–cv–05114–AKH
1:07–cv–05115–AKH
1:07–cv–05116–AKH
1:07–cv–05117–AKH

1:07–cv–05118–AKH
1:07–cv–05119–AKH
1:07–cv–05120–AKH
1:07–cv–05121–AKH
1:07–cv–05122–AKH
1:07–cv–05123–AKH
1:07–cv–05124–AKH
1:07–cv–05125–AKH
1:07–cv–05126–AKH
1:07–cv–05127–AKH
1:07–cv–05128–AKH
1:07–cv–05129–AKH
1:07–cv–05130–AKH
1:07–cv–05131–AKH
1:07–cv–05132–AKH
1:07–cv–05133–AKH
1:07–cv–05134–AKH
1:07–cv–05135–AKH
1:07–cv–05136–AKH
1:07–cv–05137–AKH
1:07–cv–04154–AKH
1:07–cv–04155–AKH
1:07–cv–06005–AKH
1:07–cv–05138–AKH
1:07–cv–05139–AKH
1:07–cv–05140–AKH
1:07–cv–05141–AKH
1:07–cv–05142–AKH
1:07–cv–05143–AKH
1:07–cv–05144–AKH
1:07–cv–05145–AKH
1:07–cv–05146–AKH
1:07–cv–05147–AKH
1:07–cv–05148–AKH
1:07–cv–05149–AKH
1:07–cv–05150–AKH
1:07–cv–05151–AKH
1:07–cv–05152–AKH
1:07–cv–05153–AKH
1:07–cv–05154–AKH
1:07–cv–05155–AKH
1:07–cv–05156–AKH
1:07–cv–05157–AKH
1:07–cv–05158–AKH
1:07–cv–05159–AKH
1:07–cv–05160–AKH
1:07–cv–05161–AKH
1:07–cv–05162–AKH
1:07–cv–05163–AKH
1:07–cv–05164–AKH
1:07–cv–05167–AKH
1:07–cv–05168–AKH

1:07–cv–06022–AKH
1:07–cv–05170–AKH
1:07–cv–05171–AKH
1:07–cv–05172–AKH
1:07–cv–05173–AKH
1:07–cv–05174–AKH
1:07–cv–05175–AKH
1:07–cv–05178–AKH
1:07–cv–05179–AKH
1:07–cv–05180–AKH
1:07–cv–05182–AKH
1:07–cv–05183–AKH
1:07–cv–05184–AKH
1:07–cv–05185–AKH
1:07–cv–05186–AKH
1:07–cv–05187–AKH
1:07–cv–05188–AKH
1:07–cv–05189–AKH
1:07–cv–05190–AKH
1:07–cv–05191–AKH
1:07–cv–05192–AKH
1:07–cv–05193–AKH
1:07–cv–05194–AKH
1:07–cv–05195–AKH
1:07–cv–05196–AKH
1:07–cv–05197–AKH
1:07–cv–05198–AKH
1:07–cv–05199–AKH
1:07–cv–05200–AKH
1:07–cv–05201–AKH
1:07–cv–06023–AKH
1:07–cv–05202–AKH
1:07–cv–05203–AKH
1:07–cv–05204–AKH
1:07–cv–05205–AKH
1:07–cv–05206–AKH
1:07–cv–05207–AKH
1:07–cv–05208–AKH
1:07–cv–05209–AKH
1:07–cv–05210–AKH
1:07–cv–05211–AKH
1:07–cv–05212–AKH
1:07–cv–05213–AKH
1:07–cv–05214–AKH
1:07–cv–05215–AKH
1:07–cv–05216–AKH
1:07–cv–05217–AKH
1:07–cv–05218–AKH
1:07–cv–05219–AKH
1:07–cv–05231–AKH
1:07–cv–05232–AKH
1:07–cv–05233–AKH

1:07–cv–05234–AKH
1:07–cv–05235–AKH
1:07–cv–05236–AKH
1:07–cv–05237–AKH
1:07–cv–05238–AKH
1:07–cv–05239–AKH
1:07–cv–05240–AKH
1:07–cv–05241–AKH
1:07–cv–05242–AKH
1:07–cv–05245–AKH
1:07–cv–05246–AKH
1:07–cv–05247–AKH
1:07–cv–05248–AKH
1:07–cv–05249–AKH
1:07–cv–05250–AKH
1:07–cv–05251–AKH
1:07–cv–05252–AKH
1:07–cv–05253–AKH
1:07–cv–05254–AKH
1:07–cv–05255–AKH
1:07–cv–05256–AKH
1:07–cv–05257–AKH
1:07–cv–05258–AKH
1:07–cv–05259–AKH
1:07–cv–05260–AKH
1:07–cv–05220–AKH
1:07–cv–05221–AKH
1:07–cv–05222–AKH
1:07–cv–05223–AKH
1:07–cv–05224–AKH
1:07–cv–05225–AKH
1:07–cv–05226–AKH
1:07–cv–05227–AKH
1:07–cv–05228–AKH
1:07–cv–05229–AKH
1:07–cv–05230–AKH
1:07–cv–05261–AKH
1:07–cv–05262–AKH
1:07–cv–05263–AKH
1:07–cv–05264–AKH
1:07–cv–05266–AKH
1:07–cv–05267–AKH
1:07–cv–05268–AKH
1:07–cv–05269–AKH
1:07–cv–05270–AKH
1:07–cv–05271–AKH
1:07–cv–05272–AKH
1:07–cv–05273–AKH
1:07–cv–06024–AKH
1:07–cv–06117–AKH
1:07–cv–06245–AKH
1:07–cv–06461–AKH

1:07–cv–06462–AKH
1:07–cv–06464–AKH
1:07–cv–06463–AKH
1:07–cv–06463–AKH
1:07–cv–06465–AKH
1:07–cv–06466–AKH
1:07–cv–06518–AKH
1:07–cv–06551–AKH
1:07–cv–06552–AKH
1:07–cv–06553–AKH
1:07–cv–06554–AKH
1:07–cv–06559–AKH
1:07–cv–06558–AKH
1:07–cv–06557–AKH
1:07–cv–06556–AKH
1:07–cv–06555–AKH
1:07–cv–06504–AKH
1:07–cv–06712–AKH
1:07–cv–06711–AKH
1:07–cv–06809–AKH
1:07–cv–06808–AKH
1:07–cv–06807–AKH
1:07–cv–06548–AKH
1:07–cv–06549–AKH
1:07–cv–06550–AKH
1:07–cv–06806–AKH
1:07–cv–06804–AKH
1:07–cv–06802–AKH
1:07–cv–06506–AKH
1:07–cv–06858–AKH
1:07–cv–06854–AKH
1:07–cv–06855–AKH
1:07–cv–06856–AKH
1:07–cv–06857–AKH
1:07–cv–06805–AKH
1:07–cv–07115–AKH
1:07–cv–07114–AKH
1:07–cv–07113–AKH
1:10–cv–06796–AKH
1:07–cv–07116–AKH
1:07–cv–07117–AKH
1:07–cv–07118–AKH
1:07–cv–07119–AKH
1:07–cv–07120–AKH
1:07–cv–07393–AKH
1:07–cv–07131–AKH
1:07–cv–07516–AKH
1:07–cv–07517–AKH
1:07–cv–07518–AKH
1:07–cv–07780–AKH
1:07–cv–09359–AKH
1:07–cv–08903–AKH

1:07–cv–08464–AKH
1:07–cv–08465–AKH
1:07–cv–08467–AKH
1:07–cv–08468–AKH
1:07–cv–08469–AKH
1:07–cv–08471–AKH
1:07–cv–08472–AKH
1:07–cv–08470–AKH
1:07–cv–08466–AKH
1:07–cv–08683–AKH
1:07–cv–08723–AKH
1:09–cv–09435–AKH
1:07–cv–09014–AKH
1:07–cv–08862–AKH
1:07–cv–08956–AKH
1:07–cv–09052–AKH
1:07–cv–09002–AKH
1:07–cv–08973–AKH
1:07–cv–09639–AKH
1:07–cv–09791–AKH
1:07–cv–09198–AKH
1:07–cv–09044–AKH
1:07–cv–09804–AKH
1:07–cv–08864–AKH
1:07–cv–09805–AKH
1:07–cv–08865–AKH
1:07–cv–08866–AKH
1:07–cv–08867–AKH
1:07–cv–08868–AKH
1:07–cv–08869–AKH
1:07–cv–09212–AKH
1:07–cv–08870–AKH
1:07–cv–08871–AKH
1:07–cv–08872–AKH
1:07–cv–08873–AKH
1:07–cv–08874–AKH
1:07–cv–08875–AKH
1:07–cv–08876–AKH
1:07–cv–08877–AKH
1:07–cv–08878–AKH
1:07–cv–08879–AKH
1:07–cv–08880–AKH
1:07–cv–08881–AKH
1:07–cv–08882–AKH
1:07–cv–08883–AKH
1:07–cv–08885–AKH
1:07–cv–08886–AKH
1:07–cv–08887–AKH
1:07–cv–08888–AKH
1:07–cv–08889–AKH
1:07–cv–08890–AKH
1:07–cv–08891–AKH

1:07–cv–08892–AKH
1:07–cv–08893–AKH
1:07–cv–08894–AKH
1:07–cv–08895–AKH
1:07–cv–08896–AKH
1:07–cv–08897–AKH
1:07–cv–08898–AKH
1:07–cv–08899–AKH
1:07–cv–08900–AKH
1:07–cv–08901–AKH
1:07–cv–08902–AKH
1:07–cv–08904–AKH
1:07–cv–08905–AKH
1:07–cv–08906–AKH
1:07–cv–08907–AKH
1:07–cv–08908–AKH
1:07–cv–08909–AKH
1:07–cv–08910–AKH
1:07–cv–08911–AKH
1:07–cv–08912–AKH
1:07–cv–08913–AKH
1:07–cv–08914–AKH
1:07–cv–08915–AKH
1:07–cv–08916–AKH
1:07–cv–08917–AKH
1:07–cv–08918–AKH
1:07–cv–08920–AKH
1:07–cv–08919–AKH
1:07–cv–08921–AKH
1:07–cv–08922–AKH
1:07–cv–08923–AKH
1:07–cv–08925–AKH
1:07–cv–08926–AKH
1:07–cv–08928–AKH
1:07–cv–08930–AKH
1:07–cv–08931–AKH
1:07–cv–08932–AKH
1:07–cv–08933–AKH
1:07–cv–08934–AKH
1:07–cv–08935–AKH
1:07–cv–08936–AKH
1:07–cv–08942–AKH
1:07–cv–08937–AKH
1:07–cv–08938–AKH
1:07–cv–08939–AKH
1:07–cv–08940–AKH
1:07–cv–08941–AKH
1:07–cv–08943–AKH
1:07–cv–08944–AKH
1:07–cv–08945–AKH
1:07–cv–08946–AKH
1:07–cv–08947–AKH

1:07–cv–08949–AKH
1:07–cv–08950–AKH
1:07–cv–08951–AKH
1:07–cv–08952–AKH
1:07–cv–08953–AKH
1:07–cv–08954–AKH
1:07–cv–08955–AKH
1:07–cv–08957–AKH
1:07–cv–08958–AKH
1:07–cv–08959–AKH
1:07–cv–08960–AKH
1:07–cv–08961–AKH
1:07–cv–08962–AKH
1:07–cv–08963–AKH
1:07–cv–08964–AKH
1:07–cv–08965–AKH
1:07–cv–08966–AKH
1:07–cv–08967–AKH
1:07–cv–08969–AKH
1:07–cv–08970–AKH
1:07–cv–08971–AKH
1:07–cv–08972–AKH
1:07–cv–08975–AKH
1:07–cv–08976–AKH
1:07–cv–08977–AKH
1:07–cv–08978–AKH
1:07–cv–08979–AKH
1:07–cv–08980–AKH
1:07–cv–08981–AKH
1:07–cv–08982–AKH
1:07–cv–08983–AKH
1:07–cv–08984–AKH
1:07–cv–08989–AKH
1:07–cv–08985–AKH
1:07–cv–08986–AKH
1:07–cv–08987–AKH
1:07–cv–08988–AKH
1:07–cv–08990–AKH
1:07–cv–08991–AKH
1:07–cv–08992–AKH
1:07–cv–08993–AKH
1:07–cv–08994–AKH
1:07–cv–08995–AKH
1:07–cv–08996–AKH
1:07–cv–08997–AKH
1:07–cv–08998–AKH
1:07–cv–08999–AKH
1:07–cv–09000–AKH
1:07–cv–09001–AKH
1:07–cv–09003–AKH
1:07–cv–09004–AKH
1:07–cv–09005–AKH

1:07–cv–09006–AKH
1:07–cv–09007–AKH
1:07–cv–09009–AKH
1:07–cv–09010–AKH
1:07–cv–09011–AKH
1:07–cv–09012–AKH
1:07–cv–09013–AKH
1:07–cv–09015–AKH
1:07–cv–09016–AKH
1:07–cv–09017–AKH
1:07–cv–09018–AKH
1:07–cv–09019–AKH
1:07–cv–09020–AKH
1:07–cv–09021–AKH
1:07–cv–09022–AKH
1:07–cv–09023–AKH
1:07–cv–09024–AKH
1:07–cv–09025–AKH
1:07–cv–09026–AKH
1:07–cv–09027–AKH
1:07–cv–09028–AKH
1:07–cv–09030–AKH
1:07–cv–09031–AKH
1:07–cv–09032–AKH
1:07–cv–09033–AKH
1:07–cv–09034–AKH
1:07–cv–09035–AKH
1:07–cv–09036–AKH
1:07–cv–09037–AKH
1:07–cv–09038–AKH
1:07–cv–09039–AKH
1:07–cv–09040–AKH
1:07–cv–09041–AKH
1:07–cv–09042–AKH
1:07–cv–09043–AKH
1:07–cv–09045–AKH
1:07–cv–09046–AKH
1:07–cv–09047–AKH
1:07–cv–09048–AKH
1:07–cv–09049–AKH
1:07–cv–09050–AKH
1:07–cv–09051–AKH
1:07–cv–09053–AKH
1:07–cv–09054–AKH
1:07–cv–09055–AKH
1:07–cv–09056–AKH
1:07–cv–09057–AKH
1:07–cv–09058–AKH
1:07–cv–09060–AKH
1:07–cv–09061–AKH
1:07–cv–09063–AKH
1:07–cv–09062–AKH

1:07–cv–09064–AKH
1:07–cv–09065–AKH
1:07–cv–09066–AKH
1:07–cv–09067–AKH
1:07–cv–09068–AKH
1:07–cv–09069–AKH
1:07–cv–09070–AKH
1:07–cv–09071–AKH
1:07–cv–09072–AKH
1:07–cv–09073–AKH
1:07–cv–09074–AKH
1:07–cv–09075–AKH
1:07–cv–09076–AKH
1:07–cv–09077–AKH
1:07–cv–09078–AKH
1:07–cv–09079–AKH
1:07–cv–09080–AKH
1:07–cv–09081–AKH
1:07–cv–09082–AKH
1:07–cv–09083–AKH
1:07–cv–09084–AKH
1:07–cv–09085–AKH
1:07–cv–09086–AKH
1:07–cv–09088–AKH
1:07–cv–09089–AKH
1:07–cv–09090–AKH
1:07–cv–09091–AKH
1:07–cv–09092–AKH
1:07–cv–09093–AKH
1:07–cv–09094–AKH
1:07–cv–09095–AKH
1:07–cv–09096–AKH
1:07–cv–09097–AKH
1:07–cv–09098–AKH
1:07–cv–09099–AKH
1:07–cv–09100–AKH
1:07–cv–09101–AKH
1:07–cv–09102–AKH
1:07–cv–09103–AKH
1:07–cv–09940–AKH
1:07–cv–09104–AKH
1:07–cv–09105–AKH
1:07–cv–09106–AKH
1:07–cv–09107–AKH
1:07–cv–09108–AKH
1:07–cv–09109–AKH
1:07–cv–09110–AKH
1:07–cv–09111–AKH
1:07–cv–09112–AKH
1:07–cv–09113–AKH
1:07–cv–09114–AKH
1:07–cv–09115–AKH

1:07–cv–10083–AKH
1:07–cv–09116–AKH
1:07–cv–09117–AKH
1:07–cv–09118–AKH
1:07–cv–09119–AKH
1:07–cv–09120–AKH
1:07–cv–10093–AKH
1:07–cv–09121–AKH
1:07–cv–09122–AKH
1:07–cv–09123–AKH
1:07–cv–09124–AKH
1:07–cv–09125–AKH
1:07–cv–09126–AKH
1:07–cv–09127–AKH
1:07–cv–10096–AKH
1:07–cv–10222–AKH
1:07–cv–09128–AKH
1:07–cv–09129–AKH
1:07–cv–09130–AKH
1:07–cv–09131–AKH
1:07–cv–09132–AKH
1:07–cv–09133–AKH
1:07–cv–09134–AKH
1:07–cv–09135–AKH
1:07–cv–09136–AKH
1:07–cv–09137–AKH
1:07–cv–09138–AKH
1:07–cv–09139–AKH
1:07–cv–09140–AKH
1:07–cv–09141–AKH
1:07–cv–09142–AKH
1:07–cv–09143–AKH
1:07–cv–09144–AKH
1:07–cv–09145–AKH
1:07–cv–09146–AKH
1:07–cv–09147–AKH
1:07–cv–09148–AKH
1:07–cv–09149–AKH
1:07–cv–09150–AKH
1:07–cv–09151–AKH
1:07–cv–09152–AKH
1:07–cv–09153–AKH
1:07–cv–09154–AKH
1:07–cv–09155–AKH
1:07–cv–09156–AKH
1:07–cv–09157–AKH
1:07–cv–09158–AKH
1:07–cv–09159–AKH
1:07–cv–09160–AKH
1:07–cv–09161–AKH
1:07–cv–09162–AKH
1:07–cv–09163–AKH

1:07–cv–09164–AKH
1:07–cv–09165–AKH
1:07–cv–09166–AKH
1:07–cv–09167–AKH
1:07–cv–09169–AKH
1:07–cv–09170–AKH
1:07–cv–09171–AKH
1:07–cv–09172–AKH
1:07–cv–09173–AKH
1:07–cv–09174–AKH
1:07–cv–09177–AKH
1:07–cv–09175–AKH
1:07–cv–09176–AKH
1:07–cv–09178–AKH
1:07–cv–09179–AKH
1:07–cv–09180–AKH
1:07–cv–09181–AKH
1:07–cv–09182–AKH
1:07–cv–09183–AKH
1:07–cv–09184–AKH
1:07–cv–09185–AKH
1:07–cv–09186–AKH
1:07–cv–09187–AKH
1:07–cv–09188–AKH
1:07–cv–09189–AKH
1:07–cv–09190–AKH
1:07–cv–09191–AKH
1:07–cv–09192–AKH
1:07–cv–09193–AKH
1:07–cv–09194–AKH
1:07–cv–09195–AKH
1:07–cv–09196–AKH
1:07–cv–09199–AKH
1:07–cv–09200–AKH
1:07–cv–09201–AKH
1:07–cv–09202–AKH
1:07–cv–09203–AKH
1:07–cv–09204–AKH
1:07–cv–09205–AKH
1:07–cv–09206–AKH
1:07–cv–09207–AKH
1:07–cv–09208–AKH
1:07–cv–09209–AKH
1:07–cv–09210–AKH
1:07–cv–09211–AKH
1:07–cv–09213–AKH
1:07–cv–09214–AKH
1:07–cv–09216–AKH
1:07–cv–09217–AKH
1:07–cv–09218–AKH
1:07–cv–09219–AKH
1:07–cv–09220–AKH

1:07–cv–09221–AKH
1:07–cv–09222–AKH
1:07–cv–09223–AKH
1:07–cv–09224–AKH
1:05–cv–10386–AKH
1:07–cv–09197–AKH
1:07–cv–10379–AKH
1:07–cv–10576–AKH
1:07–cv–10577–AKH
1:09–cv–03438–AKH
1:07–cv–10869–AKH
1:06–cv–03420–AKH
1:07–cv–11149–AKH
1:07–cv–10923–AKH
1:07–cv–10895–AKH
1:07–cv–10891–AKH
1:07–cv–10894–AKH
1:07–cv–10733–AKH
1:06–cv–15494–AKH
1:03–cv–02067–AKH
1:03–cv–02623–AKH
1:04–cv–08811–AKH
1:07–cv–11306–AKH
1:07–cv–11307–AKH
1:05–cv–01661–AKH
1:05–cv–01329–AKH
1:04–cv–09989–AKH
1:05–cv–01659–AKH
1:05–cv–01745–AKH
1:05–cv–01736–AKH
1:05–cv–01743–AKH
1:05–cv–01744–AKH
1:05–cv–01746–AKH
1:05–cv–01748–AKH
1:05–cv–01749–AKH
1:05–cv–04110–AKH
1:05–cv–04111–AKH
1:07–cv–11432–AKH
1:07–cv–11433–AKH
1:07–cv–10060–AKH
1:07–cv–11003–AKH
1:07–cv–11001–AKH
1:07–cv–11002–AKH
1:07–cv–11015–AKH
1:07–cv–11014–AKH
1:07–cv–11013–AKH
1:07–cv–11004–AKH
1:05–cv–04272–AKH
1:05–cv–05581–AKH
1:05–cv–05840–AKH
1:07–cv–09941–AKH
1:05–cv–06213–AKH

1:05–cv–06214–AKH
1:05–cv–06215–AKH
1:05–cv–06216–AKH
1:05–cv–06217–AKH
1:05–cv–06218–AKH
1:07–cv–10062–AKH
1:07–cv–07031–BSJ
1:05–cv–07031–AKH
1:08–cv–00120–AKH
1:08–cv–00121–AKH
1:08–cv–00122–AKH
1:05–cv–07286–AKH
1:05–cv–07825–AKH
1:05–cv–07822–AKH
1:05–cv–07823–AKH
1:07–cv–09942–AKH
1:05–cv–07824–AKH
1:07–cv–09943–AKH
1:05–cv–07898–AKH
1:05–cv–07899–AKH
1:07–cv–09944–AKH
1:07–cv–09945–AKH
1:07–cv–09946–AKH
1:07–cv–09947–AKH
1:07–cv–09948–AKH
1:07–cv–09950–AKH
1:06–cv–00638–AKH
1:06–cv–00279–AKH
1:07–cv–09951–AKH
1:06–cv–00061–AKH
1:05–cv–10747–AKH
1:05–cv–10740–AKH
1:07–cv–09952–AKH
1:05–cv–10739–AKH
1:05–cv–10738–AKH
1:07–cv–09953–AKH
1:07–cv–09954–AKH
1:07–cv–09955–AKH
1:07–cv–09956–AKH
1:07–cv–09957–AKH
1:07–cv–09958–AKH
1:05–cv–10737–AKH
1:07–cv–09959–AKH
1:07–cv–09960–AKH
1:07–cv–09961–AKH
1:05–cv–08541–AKH
1:07–cv–09962–AKH
1:05–cv–07998–AKH
1:05–cv–07994–AKH
1:07–cv–09963–AKH
1:07–cv–09964–AKH
1:07–cv–09965–AKH

1:07–cv–09966–AKH
1:07–cv–09967–AKH
1:07–cv–09968–AKH
1:07–cv–09969–AKH
1:07–cv–09970–AKH
1:07–cv–09971–AKH
1:07–cv–09972–AKH
1:07–cv–09973–AKH
1:07–cv–09974–AKH
1:07–cv–09975–AKH
1:07–cv–09976–AKH
1:07–cv–09977–AKH
1:07–cv–09978–AKH
1:07–cv–09979–AKH
1:07–cv–09980–AKH
1:07–cv–09981–AKH
1:07–cv–09982–AKH
1:07–cv–09983–AKH
1:07–cv–09984–AKH
1:07–cv–09985–AKH
1:07–cv–09986–AKH
1:07–cv–09987–AKH
1:07–cv–09988–AKH
1:07–cv–09989–AKH
1:07–cv–09990–AKH
1:07–cv–09991–AKH
1:07–cv–09992–AKH
1:07–cv–09993–AKH
1:07–cv–09994–AKH
1:07–cv–09995–AKH
1:07–cv–09996–AKH
1:07–cv–09997–AKH
1:07–cv–09998–AKH
1:07–cv–09999–AKH
1:07–cv–10000–AKH
1:07–cv–10001–AKH
1:07–cv–10002–AKH
1:07–cv–10003–AKH
1:07–cv–10004–AKH
1:07–cv–10005–AKH
1:07–cv–10006–AKH
1:07–cv–10007–AKH
1:07–cv–10008–AKH
1:07–cv–10009–AKH
1:07–cv–10010–AKH
1:07–cv–10011–AKH
1:07–cv–10012–AKH
1:07–cv–10013–AKH
1:07–cv–10014–AKH
1:07–cv–10015–AKH
1:07–cv–10016–AKH
1:07–cv–10017–AKH

1:07–cv–10018–AKH
1:07–cv–10019–AKH
1:07–cv–10020–AKH
1:07–cv–10021–AKH
1:07–cv–10022–AKH
1:07–cv–10023–AKH
1:07–cv–10024–AKH
1:07–cv–10025–AKH
1:07–cv–10026–AKH
1:07–cv–10027–AKH
1:07–cv–10028–AKH
1:07–cv–10029–AKH
1:07–cv–10030–AKH
1:07–cv–10031–AKH
1:07–cv–10032–AKH
1:07–cv–10033–AKH
1:07–cv–10034–AKH
1:07–cv–10035–AKH
1:07–cv–10036–AKH
1:07–cv–10037–AKH
1:07–cv–10038–AKH
1:07–cv–10039–AKH
1:07–cv–10040–AKH
1:07–cv–10041–AKH
1:07–cv–10042–AKH
1:07–cv–10043–AKH
1:07–cv–10044–AKH
1:07–cv–10045–AKH
1:07–cv–10046–AKH
1:07–cv–10047–AKH
1:07–cv–10048–AKH
1:07–cv–10049–AKH
1:07–cv–10050–AKH
1:07–cv–10051–AKH
1:07–cv–10052–AKH
1:07–cv–10053–AKH
1:07–cv–10054–AKH
1:07–cv–10055–AKH
1:07–cv–10056–AKH
1:07–cv–10057–AKH
1:07–cv–10058–AKH
1:07–cv–10059–AKH
1:06–cv–00845–AKH
1:06–cv–00927–AKH
1:06–cv–00997–AKH
1:06–cv–01193–AKH
1:06–cv–01480–AKH
1:06–cv–01481–AKH
1:06–cv–01551–AKH
1:06–cv–01552–AKH
1:06–cv–01785–AKH
1:06–cv–01786–AKH

1:06–cv–01787–AKH
1:06–cv–02483–AKH
1:06–cv–02522–AKH
1:06–cv–02528–AKH
1:06–cv–02530–AKH
1:06–cv–02531–AKH
1:06–cv–02532–AKH
1:06–cv–02533–AKH
1:06–cv–02534–AKH
1:06–cv–03233–AKH
1:07–cv–11486–AKH
1:07–cv–11487–AKH
1:08–cv–11436–AKH
1:06–cv–04163–AKH
1:06–cv–05504–AKH
1:06–cv–07043–AKH
1:07–cv–10061–AKH
1:07–cv–10063–AKH
1:07–cv–10064–AKH
1:07–cv–10065–AKH
1:07–cv–10066–AKH
1:07–cv–10067–AKH
1:07–cv–10068–AKH
1:07–cv–10069–AKH
1:07–cv–10071–AKH
1:07–cv–10072–AKH
1:07–cv–10073–AKH
1:07–cv–10074–AKH
1:07–cv–10075–AKH
1:07–cv–10076–AKH
1:07–cv–10077–AKH
1:07–cv–10078–AKH
1:07–cv–10079–AKH
1:07–cv–10080–AKH
1:07–cv–10081–AKH
1:07–cv–10082–AKH
1:07–cv–10084–AKH
1:07–cv–10085–AKH
1:07–cv–10086–AKH
1:07–cv–10087–AKH
1:07–cv–10088–AKH
1:07–cv–10089–AKH
1:07–cv–10090–AKH
1:07–cv–10091–AKH
1:07–cv–10092–AKH
1:07–cv–10094–AKH
1:07–cv–10095–AKH
1:07–cv–10097–AKH
1:07–cv–10099–AKH
1:07–cv–10100–AKH
1:07–cv–10101–AKH
1:07–cv–10102–AKH

1:07–cv–10103–AKH
1:07–cv–10104–AKH
1:07–cv–10105–AKH
1:07–cv–10106–AKH
1:07–cv–10107–AKH
1:07–cv–10108–AKH
1:07–cv–10109–AKH
1:07–cv–10110–AKH
1:07–cv–10111–AKH
1:07–cv–10112–AKH
1:07–cv–10113–AKH
1:07–cv–10114–AKH
1:07–cv–10115–AKH
1:07–cv–10116–AKH
1:07–cv–10117–AKH
1:07–cv–10118–AKH
1:07–cv–10119–AKH
1:07–cv–10120–AKH
1:07–cv–10121–AKH
1:07–cv–10122–AKH
1:07–cv–10123–AKH
1:07–cv–10124–AKH
1:07–cv–10125–AKH
1:07–cv–10126–AKH
1:07–cv–10127–AKH
1:07–cv–10128–AKH
1:07–cv–10129–AKH
1:07–cv–10130–AKH
1:07–cv–10131–AKH
1:07–cv–10132–AKH
1:07–cv–10133–AKH
1:07–cv–10134–AKH
1:07–cv–10135–AKH
1:07–cv–10136–AKH
1:07–cv–10137–AKH
1:07–cv–10138–AKH
1:07–cv–10139–AKH
1:07–cv–10141–AKH
1:07–cv–10142–AKH
1:07–cv–10143–AKH
1:07–cv–10144–AKH
1:07–cv–10145–AKH
1:07–cv–10146–AKH
1:07–cv–10147–AKH
1:07–cv–10148–AKH
1:07–cv–10149–AKH
1:07–cv–10150–AKH
1:07–cv–10152–AKH
1:07–cv–10153–AKH
1:07–cv–10154–AKH
1:07–cv–10155–AKH
1:07–cv–10156–AKH

1:07–cv–10157–AKH
1:07–cv–10158–AKH
1:07–cv–10159–AKH
1:07–cv–10160–AKH
1:07–cv–10161–AKH
1:07–cv–10162–AKH
1:07–cv–10163–AKH
1:07–cv–10164–AKH
1:07–cv–10165–AKH
1:07–cv–10166–AKH
1:07–cv–10167–AKH
1:07–cv–10168–AKH
1:07–cv–10169–AKH
1:07–cv–10170–AKH
1:07–cv–10171–AKH
1:07–cv–10172–AKH
1:07–cv–10173–AKH
1:07–cv–10174–AKH
1:07–cv–10175–AKH
1:07–cv–10176–AKH
1:07–cv–10177–AKH
1:07–cv–10178–AKH
1:06–cv–15317–AKH
1:06–cv–15318–AKH
1:07–cv–10180–AKH
1:07–cv–10181–AKH
1:07–cv–10182–AKH
1:07–cv–10183–AKH
1:07–cv–10184–AKH
1:07–cv–10185–AKH
1:07–cv–10186–AKH
1:07–cv–10187–AKH
1:07–cv–10188–AKH
1:07–cv–10189–AKH
1:07–cv–10190–AKH
1:07–cv–10191–AKH
1:07–cv–10192–AKH
1:07–cv–10193–AKH
1:07–cv–10194–AKH
1:07–cv–10195–AKH
1:07–cv–10196–AKH
1:07–cv–10198–AKH
1:07–cv–10199–AKH
1:07–cv–10200–AKH
1:07–cv–10201–AKH
1:07–cv–10202–AKH
1:07–cv–10203–AKH
1:07–cv–10204–AKH
1:07–cv–10205–AKH
1:07–cv–10206–AKH
1:07–cv–10207–AKH
1:07–cv–10208–AKH

1:07–cv–10209–AKH
1:07–cv–10210–AKH
1:07–cv–10211–AKH
1:07–cv–10212–AKH
1:07–cv–10213–AKH
1:07–cv–10214–AKH
1:07–cv–10216–AKH
1:07–cv–10217–AKH
1:07–cv–10218–AKH
1:07–cv–10219–AKH
1:07–cv–10220–AKH
1:07–cv–10221–AKH
1:07–cv–10223–AKH
1:07–cv–10224–AKH
1:07–cv–10225–AKH
1:07–cv–10226–AKH
1:07–cv–10227–AKH
1:07–cv–10228–AKH
1:07–cv–10229–AKH
1:07–cv–10230–AKH
1:07–cv–10231–AKH
1:07–cv–10232–AKH
1:07–cv–10233–AKH
1:07–cv–10234–AKH
1:07–cv–10235–AKH
1:07–cv–10236–AKH
1:07–cv–10237–AKH
1:07–cv–10238–AKH
1:07–cv–10239–AKH
1:07–cv–10240–AKH
1:07–cv–10241–AKH
1:07–cv–10242–AKH
1:07–cv–10243–AKH
1:07–cv–10244–AKH
1:07–cv–10245–AKH
1:07–cv–10246–AKH
1:07–cv–10247–AKH
1:07–cv–10248–AKH
1:07–cv–10249–AKH
1:07–cv–10250–AKH
1:07–cv–10251–AKH
1:07–cv–10252–AKH
1:07–cv–10253–AKH
1:07–cv–10255–AKH
1:07–cv–10254–AKH
1:07–cv–10256–AKH
1:07–cv–10257–AKH
1:07–cv–10734–AKH
1:07–cv–10735–AKH
1:07–cv–10736–AKH
1:07–cv–10737–AKH
1:07–cv–10738–AKH

1:07–cv–10739–AKH
1:07–cv–10740–AKH
1:07–cv–10741–AKH
1:07–cv–10742–AKH
1:07–cv–10743–AKH
1:07–cv–10744–AKH
1:07–cv–10745–AKH
1:07–cv–10746–AKH
1:07–cv–10747–AKH
1:07–cv–10748–AKH
1:07–cv–10749–AKH
1:07–cv–10750–AKH
1:07–cv–10751–AKH
1:07–cv–10752–AKH
1:07–cv–10753–AKH
1:07–cv–10754–AKH
1:07–cv–10755–AKH
1:07–cv–10756–AKH
1:07–cv–10757–AKH
1:07–cv–10758–AKH
1:07–cv–10759–AKH
1:07–cv–10760–AKH
1:07–cv–10761–AKH
1:07–cv–10762–AKH
1:07–cv–10763–AKH
1:07–cv–10764–AKH
1:07–cv–10765–AKH
1:07–cv–10766–AKH
1:07–cv–10767–AKH
1:07–cv–10768–AKH
1:07–cv–10769–AKH
1:07–cv–10770–AKH
1:07–cv–10771–AKH
1:07–cv–10772–AKH
1:07–cv–10773–AKH
1:07–cv–10774–AKH
1:07–cv–10775–AKH
1:07–cv–10776–AKH
1:07–cv–10777–AKH
1:07–cv–10778–AKH
1:07–cv–10779–AKH
1:07–cv–10780–AKH
1:07–cv–10781–AKH
1:07–cv–10782–AKH
1:07–cv–10783–AKH
1:07–cv–10785–AKH
1:07–cv–10786–AKH
1:07–cv–10788–AKH
1:07–cv–10789–AKH
1:07–cv–10790–AKH
1:07–cv–10791–AKH
1:07–cv–10792–AKH

1:07–cv–10793–AKH
1:07–cv–10794–AKH
1:07–cv–10795–AKH
1:07–cv–10796–AKH
1:07–cv–10797–AKH
1:07–cv–10798–AKH
1:07–cv–10799–AKH
1:07–cv–10800–AKH
1:07–cv–10801–AKH
1:07–cv–10802–AKH
1:07–cv–10803–AKH
1:07–cv–10804–AKH
1:07–cv–10805–AKH
1:07–cv–10806–AKH
1:07–cv–10807–AKH
1:07–cv–10808–AKH
1:07–cv–10809–AKH
1:07–cv–10810–AKH
1:07–cv–10811–AKH
1:07–cv–10812–AKH
1:07–cv–10813–AKH
1:07–cv–10814–AKH
1:07–cv–10815–AKH
1:07–cv–10816–AKH
1:07–cv–10817–AKH
1:07–cv–10818–AKH
1:07–cv–10819–AKH
1:07–cv–10820–AKH
1:07–cv–10821–AKH
1:07–cv–10822–AKH
1:07–cv–10823–AKH
1:07–cv–10825–AKH
1:07–cv–10826–AKH
1:07–cv–10827–AKH
1:07–cv–10828–AKH
1:07–cv–10829–AKH
1:07–cv–10830–AKH
1:07–cv–10831–AKH
1:07–cv–10832–AKH
1:07–cv–10833–AKH
1:07–cv–10834–AKH
1:07–cv–10835–AKH
1:07–cv–10836–AKH
1:07–cv–10837–AKH
1:07–cv–10838–AKH
1:07–cv–10839–AKH
1:07–cv–10840–AKH
1:07–cv–10841–AKH
1:07–cv–10842–AKH
1:07–cv–10843–AKH
1:07–cv–10844–AKH
1:07–cv–10845–AKH

1:07–cv–10846–AKH
1:07–cv–10847–AKH
1:07–cv–10848–AKH
1:07–cv–10849–AKH
1:07–cv–10850–AKH
1:07–cv–10851–AKH
1:07–cv–10852–AKH
1:07–cv–10853–AKH
1:07–cv–10854–AKH
1:07–cv–10855–AKH
1:07–cv–10856–AKH
1:07–cv–10857–AKH
1:07–cv–10858–AKH
1:07–cv–10859–AKH
1:07–cv–10860–AKH
1:07–cv–10861–AKH
1:07–cv–10862–AKH
1:07–cv–10863–AKH
1:07–cv–10864–AKH
1:07–cv–10865–AKH
1:07–cv–10866–AKH
1:07–cv–10867–AKH
1:07–cv–10868–AKH
1:07–cv–10873–AKH
1:07–cv–10870–AKH
1:07–cv–10871–AKH
1:07–cv–10872–AKH
1:07–cv–10874–AKH
1:07–cv–10875–AKH
1:07–cv–10876–AKH
1:07–cv–10877–AKH
1:07–cv–10878–AKH
1:07–cv–10879–AKH
1:07–cv–10880–AKH
1:07–cv–10881–AKH
1:07–cv–10882–AKH
1:07–cv–10883–AKH
1:07–cv–10884–AKH
1:07–cv–10885–AKH
1:07–cv–10886–AKH
1:07–cv–10887–AKH
1:07–cv–10888–AKH
1:07–cv–10889–AKH
1:07–cv–10890–AKH
1:07–cv–10892–AKH
1:07–cv–10893–AKH
1:07–cv–10896–AKH
1:07–cv–10897–AKH
1:07–cv–10898–AKH
1:07–cv–10899–AKH
1:07–cv–10900–AKH
1:07–cv–10901–AKH

1:07–cv–10902–AKH
1:07–cv–10903–AKH
1:07–cv–10904–AKH
1:07–cv–10905–AKH
1:07–cv–10906–AKH
1:07–cv–10907–AKH
1:07–cv–10909–AKH
1:07–cv–10908–AKH
1:07–cv–10910–AKH
1:07–cv–10911–AKH
1:07–cv–10912–AKH
1:07–cv–10913–AKH
1:07–cv–10914–AKH
1:07–cv–10915–AKH
1:07–cv–10916–AKH
1:07–cv–10917–AKH
1:07–cv–10918–AKH
1:07–cv–10919–AKH
1:07–cv–10920–AKH
1:07–cv–10921–AKH
1:07–cv–10922–AKH
1:07–cv–10924–AKH
1:07–cv–10925–AKH
1:07–cv–10926–AKH
1:07–cv–10927–AKH
1:07–cv–10928–AKH
1:07–cv–10929–AKH
1:07–cv–10930–AKH
1:09–cv–03418–AKH
1:07–cv–11005–AKH
1:07–cv–11006–AKH
1:07–cv–11007–AKH
1:07–cv–11008–AKH
1:07–cv–11009–AKH
1:07–cv–11012–AKH
1:07–cv–11011–AKH
1:07–cv–11010–AKH
1:07–cv–11005–AKH
1:07–cv–11006–AKH
1:07–cv–11010–AKH
1:07–cv–11011–AKH
1:07–cv–11012–AKH
1:07–cv–11009–AKH
1:07–cv–11008–AKH
1:07–cv–11007–AKH
1:08–cv–00957–AKH
1:08–cv–00958–AKH
1:08–cv–01087–AKH
1:08–cv–01088–AKH
1:08–cv–01275–AKH
1:10–cv–06239–AKH
1:09–cv–06000–AKH

1:08–cv–01942–AKH
1:08–cv–01943–AKH
1:08–cv–01944–AKH
1:08–cv–01991–AKH
1:08–cv–01663–AKH
1:08–cv–02183–AKH
1:08–cv–02381–AKH
1:07–cv–10140–AKH
1:08–cv–02506–AKH
1:08–cv–02996–AKH
1:08–cv–01351–AKH
1:08–cv–03128–AKH
1:08–cv–03426–AKH
1:08–cv–11436–AKH
1:08–cv–11437–AKH
1:08–cv–01735–AKH
1:08–cv–01792–AKH
1:08–cv–01799–AKH
1:08–cv–00598–AKH
1:08–cv–01801–AKH
1:08–cv–03494–AKH
1:08–cv–00850–AKH
1:08–cv–01451–AKH
1:08–cv–00852–AKH
1:08–cv–01454–AKH
1:08–cv–00816–AKH
1:08–cv–03613–AKH
1:08–cv–01344–AKH
1:08–cv–03616–AKH
1:08–cv–03609–AKH
1:08–cv–03611–AKH
1:08–cv–01436–AKH
1:08–cv–03608–AKH
1:08–cv–03764–AKH
1:08–cv–03847–AKH
1:08–cv–03917–AKH
1:08–cv–03918–AKH
1:08–cv–04061–AKH
1:08–cv–00851–AKH
1:08–cv–00604–AKH
1:08–cv–00599–AKH
1:08–cv–00600–AKH
1:08–cv–00601–AKH
1:08–cv–00602–AKH
1:08–cv–00603–AKH
1:08–cv–00606–AKH
1:06–cv–08067–AKH
1:08–cv–00605–AKH
1:08–cv–00608–AKH
1:08–cv–00607–AKH
1:08–cv–00609–AKH
1:08–cv–00610–AKH

1:08−cv−00611−AKH
1:08−cv−00612−AKH
1:08−cv−00613−AKH
1:08−cv−00614−AKH
1:08−cv−00615−AKH
1:08−cv−00616−AKH
1:08−cv−00617−AKH
1:08−cv−00618−AKH
1:08−cv−00619−AKH
1:08−cv−00620−AKH
1:08−cv−00621−AKH
1:08−cv−00622−AKH
1:08−cv−00623−AKH
1:08−cv−00624−AKH
1:08−cv−00625−AKH
1:08−cv−00626−AKH
1:08−cv−00627−AKH
1:08−cv−00628−AKH
1:08−cv−00629−AKH
1:08−cv−00630−AKH
1:08−cv−00631−AKH
1:08−cv−00632−AKH
1:08−cv−00633−AKH
1:08−cv−00634−AKH
1:08−cv−00636−AKH
1:08−cv−00637−AKH
1:08−cv−00638−AKH
1:08−cv−00639−AKH
1:08−cv−00640−AKH
1:08−cv−00641−AKH
1:08−cv−00642−AKH
1:08−cv−00643−AKH
1:08−cv−00644−AKH
1:08−cv−00645−AKH
1:08−cv−00648−AKH
1:08−cv−00646−AKH
1:08−cv−00647−AKH
1:08−cv−00649−AKH
1:08−cv−00650−AKH
1:08−cv−00651−AKH
1:08−cv−00652−AKH
1:08−cv−00653−AKH
1:08−cv−00654−AKH
1:08−cv−00659−AKH
1:08−cv−00655−AKH
1:08−cv−00656−AKH
1:08−cv−00657−AKH
1:08−cv−00658−AKH
1:08−cv−00660−AKH
1:08−cv−00661−AKH
1:08−cv−00662−AKH
1:08−cv−00663−AKH

1:08–cv–00664–AKH
1:08–cv–00665–AKH
1:08–cv–00666–AKH
1:08–cv–00667–AKH
1:08–cv–00668–AKH
1:08–cv–00669–AKH
1:08–cv–00670–AKH
1:08–cv–00671–AKH
1:08–cv–00672–AKH
1:08–cv–00673–AKH
1:08–cv–00674–AKH
1:08–cv–00675–AKH
1:08–cv–00676–AKH
1:08–cv–00677–AKH
1:08–cv–00678–AKH
1:08–cv–00679–AKH
1:08–cv–00680–AKH
1:08–cv–00681–AKH
1:08–cv–00685–AKH
1:08–cv–00682–AKH
1:08–cv–00683–AKH
1:08–cv–00684–AKH
1:08–cv–00686–AKH
1:08–cv–00687–AKH
1:08–cv–00688–AKH
1:08–cv–00689–AKH
1:08–cv–00690–AKH
1:08–cv–00691–AKH
1:08–cv–00692–AKH
1:08–cv–00693–AKH
1:08–cv–00694–AKH
1:08–cv–00695–AKH
1:08–cv–00696–AKH
1:08–cv–00697–AKH
1:08–cv–00698–AKH
1:08–cv–00699–AKH
1:08–cv–00700–AKH
1:08–cv–00701–AKH
1:08–cv–00702–AKH
1:08–cv–00703–AKH
1:08–cv–00704–AKH
1:08–cv–00705–AKH
1:08–cv–00706–AKH
1:08–cv–00707–AKH
1:08–cv–00708–AKH
1:08–cv–00709–AKH
1:08–cv–00710–AKH
1:08–cv–00711–AKH
1:08–cv–00712–AKH
1:08–cv–00713–AKH
1:08–cv–00714–AKH
1:08–cv–00715–AKH

1:08–cv–00716–AKH
1:08–cv–00717–AKH
1:08–cv–00718–AKH
1:08–cv–00719–AKH
1:08–cv–00720–AKH
1:08–cv–00721–AKH
1:08–cv–00722–AKH
1:08–cv–00723–AKH
1:08–cv–00724–AKH
1:08–cv–00725–AKH
1:08–cv–00726–AKH
1:08–cv–00727–AKH
1:08–cv–00728–AKH
1:08–cv–00729–AKH
1:08–cv–00730–AKH
1:08–cv–00731–AKH
1:08–cv–00732–AKH
1:08–cv–00733–AKH
1:08–cv–00734–AKH
1:08–cv–00735–AKH
1:08–cv–00736–AKH
1:08–cv–00737–AKH
1:08–cv–00738–AKH
1:08–cv–00739–AKH
1:08–cv–00740–AKH
1:08–cv–00741–AKH
1:08–cv–00742–AKH
1:08–cv–00743–AKH
1:08–cv–00744–AKH
1:08–cv–00745–AKH
1:08–cv–00746–AKH
1:08–cv–00747–AKH
1:08–cv–00748–AKH
1:08–cv–00749–AKH
1:08–cv–00750–AKH
1:08–cv–00751–AKH
1:08–cv–00752–AKH
1:08–cv–00753–AKH
1:08–cv–00754–AKH
1:08–cv–00755–AKH
1:08–cv–00756–AKH
1:08–cv–00757–AKH
1:08–cv–00758–AKH
1:08–cv–00759–AKH
1:08–cv–00760–AKH
1:08–cv–00761–AKH
1:08–cv–00762–AKH
1:08–cv–00763–AKH
1:08–cv–00764–AKH
1:08–cv–00765–AKH
1:08–cv–00766–AKH
1:08–cv–00767–AKH

1:08-cv-00768-AKH
1:08-cv-00769-AKH
1:08-cv-00770-AKH
1:08-cv-00771-AKH
1:08-cv-00772-AKH
1:08-cv-00773-AKH
1:08-cv-00774-AKH
1:08-cv-00775-AKH
1:08-cv-00776-AKH
1:08-cv-00777-AKH
1:08-cv-00778-AKH
1:08-cv-00779-AKH
1:08-cv-00780-AKH
1:08-cv-00781-AKH
1:08-cv-00782-AKH
1:08-cv-00783-AKH
1:08-cv-00784-AKH
1:08-cv-00785-AKH
1:08-cv-00786-AKH
1:08-cv-00787-AKH
1:08-cv-00788-AKH
1:08-cv-00789-AKH
1:08-cv-00790-AKH
1:08-cv-00791-AKH
1:08-cv-00792-AKH
1:08-cv-00793-AKH
1:08-cv-00794-AKH
1:08-cv-00795-AKH
1:08-cv-00796-AKH
1:08-cv-00797-AKH
1:08-cv-00798-AKH
1:08-cv-00799-AKH
1:08-cv-00800-AKH
1:08-cv-00801-AKH
1:08-cv-00802-AKH
1:08-cv-00803-AKH
1:08-cv-00804-AKH
1:08-cv-00805-AKH
1:08-cv-00806-AKH
1:08-cv-00807-AKH
1:08-cv-00808-AKH
1:08-cv-00809-AKH
1:08-cv-00810-AKH
1:08-cv-00811-AKH
1:08-cv-00812-AKH
1:08-cv-00813-AKH
1:08-cv-00814-AKH
1:08-cv-00815-AKH
1:08-cv-00817-AKH
1:08-cv-00818-AKH
1:08-cv-00819-AKH
1:08-cv-00820-AKH

1:08–cv–00821–AKH
1:08–cv–00822–AKH
1:08–cv–00823–AKH
1:08–cv–00824–AKH
1:08–cv–04235–AKH
1:08–cv–00825–AKH
1:08–cv–00826–AKH
1:08–cv–00827–AKH
1:08–cv–04236–AKH
1:08–cv–00828–AKH
1:08–cv–00829–AKH
1:08–cv–00830–AKH
1:08–cv–00831–AKH
1:08–cv–00832–AKH
1:08–cv–00833–AKH
1:08–cv–00834–AKH
1:08–cv–00835–AKH
1:08–cv–00836–AKH
1:08–cv–00837–AKH
1:08–cv–00838–AKH
1:08–cv–00839–AKH
1:08–cv–00840–AKH
1:08–cv–00841–AKH
1:08–cv–00842–AKH
1:08–cv–00843–AKH
1:08–cv–00844–AKH
1:08–cv–00845–AKH
1:08–cv–00846–AKH
1:08–cv–00847–AKH
1:08–cv–00848–AKH
1:08–cv–00853–AKH
1:08–cv–00849–AKH
1:08–cv–01345–AKH
1:08–cv–01346–AKH
1:08–cv–01347–AKH
1:08–cv–01348–AKH
1:08–cv–01349–AKH
1:08–cv–01350–AKH
1:08–cv–01353–AKH
1:08–cv–01354–AKH
1:08–cv–01355–AKH
1:08–cv–01356–AKH
1:08–cv–01357–AKH
1:08–cv–01358–AKH
1:08–cv–01359–AKH
1:08–cv–01360–AKH
1:08–cv–01361–AKH
1:08–cv–01362–AKH
1:08–cv–01352–AKH
1:08–cv–01363–AKH
1:08–cv–01364–AKH
1:08–cv–01365–AKH

1:08–cv–01366–AKH
1:08–cv–01367–AKH
1:08–cv–01368–AKH
1:08–cv–01369–AKH
1:08–cv–01370–AKH
1:08–cv–01371–AKH
1:08–cv–01372–AKH
1:08–cv–01373–AKH
1:08–cv–01374–AKH
1:08–cv–01375–AKH
1:08–cv–01376–AKH
1:08–cv–01377–AKH
1:08–cv–01378–AKH
1:08–cv–01379–AKH
1:08–cv–01380–AKH
1:08–cv–01381–AKH
1:08–cv–01382–AKH
1:08–cv–01383–AKH
1:08–cv–01384–AKH
1:08–cv–01385–AKH
1:08–cv–01386–AKH
1:08–cv–01387–AKH
1:08–cv–01388–AKH
1:08–cv–01389–AKH
1:08–cv–01390–AKH
1:08–cv–01391–AKH
1:08–cv–01392–AKH
1:08–cv–01393–AKH
1:08–cv–01394–AKH
1:08–cv–01395–AKH
1:08–cv–01396–AKH
1:08–cv–01397–AKH
1:08–cv–01398–AKH
1:08–cv–01399–AKH
1:08–cv–01400–AKH
1:08–cv–01401–AKH
1:08–cv–01402–AKH
1:08–cv–01404–AKH
1:08–cv–01405–AKH
1:08–cv–01406–AKH
1:08–cv–01407–AKH
1:08–cv–01408–AKH
1:08–cv–01409–AKH
1:08–cv–01410–AKH
1:08–cv–01411–AKH
1:08–cv–01412–AKH
1:08–cv–01413–AKH
1:08–cv–01414–AKH
1:08–cv–01415–AKH
1:08–cv–01416–AKH
1:08–cv–01417–AKH
1:08–cv–01418–AKH

1:08–cv–01419–AKH
1:08–cv–01420–AKH
1:08–cv–01421–AKH
1:08–cv–01422–AKH
1:08–cv–01423–AKH
1:08–cv–01424–AKH
1:08–cv–01425–AKH
1:08–cv–01426–AKH
1:08–cv–01427–AKH
1:08–cv–01428–AKH
1:08–cv–01429–AKH
1:08–cv–01430–AKH
1:08–cv–01431–AKH
1:08–cv–01432–AKH
1:08–cv–01433–AKH
1:08–cv–01434–AKH
1:08–cv–01435–AKH
1:08–cv–01437–AKH
1:08–cv–01438–AKH
1:08–cv–01439–AKH
1:08–cv–01440–AKH
1:08–cv–01441–AKH
1:08–cv–01442–AKH
1:08–cv–01443–AKH
1:08–cv–01444–AKH
1:08–cv–01445–AKH
1:08–cv–01446–AKH
1:08–cv–01447–AKH
1:08–cv–01448–AKH
1:08–cv–01449–AKH
1:08–cv–01450–AKH
1:08–cv–01452–AKH
1:08–cv–01453–AKH
1:08–cv–01455–AKH
1:08–cv–01736–AKH
1:08–cv–01737–AKH
1:08–cv–01738–AKH
1:08–cv–01741–AKH
1:08–cv–01739–AKH
1:08–cv–01740–AKH
1:08–cv–01742–AKH
1:08–cv–01743–AKH
1:08–cv–01744–AKH
1:08–cv–01745–AKH
1:08–cv–01746–AKH
1:08–cv–01747–AKH
1:08–cv–01748–AKH
1:08–cv–01749–AKH
1:08–cv–01750–AKH
1:08–cv–01751–AKH
1:08–cv–01752–AKH
1:08–cv–01753–AKH

1:08–cv–01754–AKH
1:08–cv–01755–AKH
1:08–cv–01756–AKH
1:08–cv–01757–AKH
1:08–cv–01758–AKH
1:08–cv–01759–AKH
1:08–cv–01760–AKH
1:08–cv–01761–AKH
1:08–cv–01762–AKH
1:08–cv–01763–AKH
1:08–cv–01764–AKH
1:08–cv–01765–AKH
1:08–cv–01766–AKH
1:08–cv–01767–AKH
1:08–cv–01768–AKH
1:08–cv–01769–AKH
1:08–cv–01770–AKH
1:08–cv–01771–AKH
1:08–cv–01772–AKH
1:08–cv–01773–AKH
1:08–cv–01774–AKH
1:08–cv–01775–AKH
1:08–cv–01776–AKH
1:08–cv–01777–AKH
1:08–cv–01778–AKH
1:08–cv–01779–AKH
1:08–cv–01780–AKH
1:08–cv–01781–AKH
1:08–cv–01782–AKH
1:08–cv–01783–AKH
1:08–cv–01784–AKH
1:08–cv–01785–AKH
1:08–cv–01786–AKH
1:08–cv–01787–AKH
1:08–cv–01788–AKH
1:08–cv–01789–AKH
1:08–cv–01790–AKH
1:08–cv–01791–AKH
1:08–cv–01793–AKH
1:08–cv–01794–AKH
1:08–cv–01795–AKH
1:08–cv–01796–AKH
1:08–cv–01797–AKH
1:08–cv–01798–AKH
1:08–cv–01800–AKH
1:08–cv–04619–AKH
1:08–cv–04676–AKH
1:07–cv–06803–AKH
1:08–cv–04801–AKH
1:08–cv–04614–AKH
1:08–cv–04615–AKH
1:08–cv–04616–AKH

1:08–cv–04617–AKH
1:08–cv–04928–AKH
1:08–cv–04928–AKH
1:08–cv–04929–AKH
1:08–cv–04927–AKH
1:08–cv–04926–AKH
1:08–cv–04925–AKH
1:08–cv–04924–AKH
1:08–cv–04923–AKH
1:08–cv–05227–AKH
1:08–cv–04644–AKH
1:08–cv–04645–AKH
1:08–cv–04646–AKH
1:08–cv–04647–AKH
1:08–cv–04648–AKH
1:08–cv–04649–AKH
1:08–cv–04650–AKH
1:08–cv–04651–AKH
1:08–cv–04539–AKH
1:08–cv–04620–AKH
1:08–cv–04621–AKH
1:08–cv–04622–AKH
1:08–cv–04623–AKH
1:08–cv–04624–AKH
1:08–cv–04625–AKH
1:08–cv–04626–AKH
1:08–cv–04627–AKH
1:08–cv–04628–AKH
1:08–cv–04629–AKH
1:08–cv–04630–AKH
1:08–cv–04631–AKH
1:08–cv–04632–AKH
1:08–cv–04633–AKH
1:08–cv–04634–AKH
1:08–cv–04635–AKH
1:08–cv–04636–AKH
1:08–cv–04637–AKH
1:08–cv–04638–AKH
1:08–cv–04639–AKH
1:08–cv–04640–AKH
1:08–cv–04641–AKH
1:08–cv–04642–AKH
1:08–cv–04643–AKH
1:08–cv–04657–AKH
1:08–cv–04652–AKH
1:08–cv–04653–AKH
1:08–cv–04654–AKH
1:08–cv–04655–AKH
1:08–cv–04656–AKH
1:08–cv–04658–AKH
1:08–cv–04659–AKH
1:08–cv–04660–AKH

1:08–cv–04661–AKH
1:08–cv–04662–AKH
1:08–cv–04663–AKH
1:08–cv–04664–AKH
1:08–cv–04665–AKH
1:08–cv–04666–AKH
1:08–cv–04667–AKH
1:08–cv–04668–AKH
1:08–cv–04669–AKH
1:08–cv–04670–AKH
1:08–cv–04671–AKH
1:08–cv–04672–AKH
1:08–cv–04673–AKH
1:08–cv–04674–AKH
1:08–cv–04675–AKH
1:08–cv–04677–AKH
1:08–cv–04678–AKH
1:08–cv–04679–AKH
1:08–cv–04680–AKH
1:08–cv–04681–AKH
1:08–cv–04682–AKH
1:08–cv–04683–AKH
1:08–cv–05474–AKH
1:08–cv–05738–AKH
1:09–cv–02752–AKH
1:08–cv–05909–AKH
1:08–cv–05910–AKH
1:08–cv–05910–AKH
1:08–cv–05911–AKH
1:08–cv–05731–AKH
1:08–cv–05734–AKH
1:08–cv–05907–AKH
1:08–cv–05908–AKH
1:08–cv–05948–AKH
1:08–cv–05945–AKH
1:08–cv–05944–AKH
1:08–cv–05947–AKH
1:08–cv–05943–AKH
1:08–cv–05946–AKH
1:08–cv–05950–AKH
1:08–cv–05936–AKH
1:08–cv–05949–AKH
1:08–cv–05942–AKH
1:08–cv–05935–AKH
1:08–cv–05941–AKH
1:08–cv–05940–AKH
1:08–cv–05932–AKH
1:08–cv–05939–AKH
1:08–cv–05938–AKH
1:08–cv–05937–AKH
1:08–cv–05926–AKH
1:08–cv–05930–AKH

1:08–cv–05928–AKH
1:08–cv–05934–AKH
1:08–cv–05927–AKH
1:08–cv–05933–AKH
1:08–cv–05925–AKH
1:08–cv–05922–AKH
1:08–cv–05924–AKH
1:08–cv–05923–AKH
1:07–cv–05411–AKH
1:08–cv–05581–AKH
1:08–cv–06410–AKH
1:08–cv–06539–AKH
1:08–cv–06540–AKH
1:08–cv–06541–AKH
1:08–cv–08294–AKH
1:08–cv–06691–AKH
1:08–cv–06805–AKH
1:08–cv–06861–AKH
1:08–cv–06640–AKH
1:08–cv–06641–AKH
1:08–cv–06643–AKH
1:08–cv–06644–AKH
1:08–cv–06644–AKH
1:08–cv–06645–AKH
1:08–cv–06645–AKH
1:08–cv–06646–AKH
1:08–cv–06646–AKH
1:08–cv–06647–AKH
1:08–cv–06767–AKH
1:08–cv–06647–AKH
1:08–cv–06648–AKH
1:08–cv–06648–AKH
1:08–cv–06725–AKH
1:08–cv–06641–AKH
1:08–cv–06649–AKH
1:08–cv–06870–AKH
1:08–cv–06649–AKH
1:08–cv–06726–AKH
1:08–cv–06727–AKH
1:08–cv–06729–AKH
1:08–cv–06730–AKH
1:06–cv–05453–AKH
1:06–cv–05455–AKH
1:06–cv–05454–AKH
1:08–cv–06650–AKH
1:08–cv–06650–AKH
1:08–cv–06651–AKH
1:08–cv–06651–AKH
1:08–cv–06652–AKH
1:08–cv–06652–AKH
1:08–cv–06653–AKH
1:08–cv–06653–AKH

1:08–cv–06655–AKH
1:08–cv–06655–AKH
1:08–cv–06656–AKH
1:08–cv–06656–AKH
1:08–cv–06657–AKH
1:08–cv–06657–AKH
1:08–cv–06658–AKH
1:08–cv–06658–AKH
1:08–cv–06676–AKH
1:08–cv–06676–AKH
1:08–cv–06654–AKH
1:08–cv–06654–AKH
1:08–cv–06675–AKH
1:08–cv–06675–AKH
1:08–cv–06642–AKH
1:08–cv–06719–AKH
1:08–cv–06720–AKH
1:08–cv–07567–AKH
1:08–cv–07568–AKH
1:08–cv–07675–AKH
1:08–cv–07857–AKH
1:08–cv–08293–AKH
1:08–cv–08295–AKH
1:08–cv–08296–AKH
1:08–cv–08297–AKH
1:08–cv–08576–AKH
1:03–cv–09965–AKH
1:04–cv–07914–AKH
1:04–cv–04178–AKH
1:04–cv–07237–AKH
1:04–cv–09262–AKH
1:05–cv–02716–AKH
1:05–cv–04274–AKH
1:05–cv–04275–AKH
1:05–cv–04276–AKH
1:05–cv–04277–AKH
1:05–cv–04744–AKH
1:05–cv–04745–AKH
1:05–cv–04746–AKH
1:05–cv–05258–AKH
1:05–cv–06160–AKH
1:05–cv–06281–AKH
1:08–cv–09042–AKH
1:08–cv–09044–AKH
1:08–cv–09045–AKH
1:08–cv–09046–AKH
1:08–cv–09047–AKH
1:08–cv–09048–AKH
1:05–cv–06314–AKH
1:05–cv–06316–AKH
1:05–cv–06317–AKH
1:05–cv–06633–AKH

1:05–cv–07213–AKH
1:05–cv–07239–AKH
1:05–cv–07255–AKH
1:05–cv–07256–AKH
1:05–cv–07257–AKH
1:05–cv–09822–AKH
1:05–cv–10654–AKH
1:05–cv–10655–AKH
1:05–cv–10656–AKH
1:05–cv–10657–AKH
1:06–cv–03419–AKH
1:06–cv–03648–AKH
1:06–cv–03877–AKH
1:06–cv–08211–AKH
1:06–cv–08267–AKH
1:06–cv–08268–AKH
1:06–cv–15328–AKH
1:07–cv–00725–AKH
1:07–cv–02369–AKH
1:07–cv–03131–AKH
1:07–cv–04156–AKH
1:07–cv–05292–AKH
1:08–cv–01884–AKH
1:08–cv–07101–AKH
1:08–cv–08012–AKH
2:07–cv–07072–AKH
1:06–cv–03304–AKH
1:07–cv–01500–AKH
1:04–cv–07236–AKH
1:05–cv–00417–AKH
1:05–cv–04273–AKH
1:05–cv–06773–AKH
1:05–cv–07268–AKH
1:05–cv–08897–AKH
1:06–cv–13167–AKH
1:07–cv–01270–AKH
1:05–cv–05364–AKH
1:08–cv–10376–AKH
1:08–cv–10377–AKH
1:08–cv–10378–AKH
1:08–cv–10379–AKH
1:08–cv–10820–AKH
1:08–cv–10821–AKH
1:08–cv–10822–AKH
1:08–cv–10823–AKH
1:08–cv–10824–AKH
1:08–cv–10819–AKH
1:08–cv–10967–PGG
1:09–cv–02710–AKH
1:09–cv–00785–AKH
1:09–cv–00786–AKH
1:09–cv–00787–AKH

1:09–cv–00788–AKH
1:08–cv–11408–AKH
1:09–cv–00789–AKH
1:10–cv–00796–AKH
1:08–cv–11443–AKH
1:08–cv–11448–AKH
1:08–cv–11449–AKH
1:08–cv–11450–AKH
1:08–cv–11451–AKH
1:09–cv–02199–AKH
1:09–cv–02200–AKH
1:09–cv–02201–AKH
1:08–cv–11452–AKH
1:09–cv–02207–AKH
1:09–cv–02202–AKH
1:09–cv–02208–AKH
1:09–cv–02209–AKH
1:09–cv–02203–AKH
1:09–cv–02210–AKH
1:09–cv–02206–AKH
1:09–cv–02211–AKH
1:09–cv–02205–AKH
1:08–cv–11399–AKH
1:08–cv–11398–AKH
1:08–cv–11400–AKH
1:08–cv–11401–AKH
1:08–cv–11402–AKH
1:08–cv–11403–AKH
1:08–cv–11404–AKH
1:08–cv–11405–AKH
1:08–cv–11406–AKH
1:08–cv–11407–AKH
1:08–cv–11409–AKH
1:08–cv–11410–AKH
1:08–cv–11411–AKH
1:06–cv–14665–AKH
1:06–cv–14975–AKH
1:07–cv–05420–AKH
1:10–cv–06968–AKH
1:08–cv–11412–AKH
1:08–cv–11413–AKH
1:09–cv–02973–AKH
1:09–cv–02972–AKH
1:09–cv–02968–AKH
1:09–cv–02969–AKH
1:09–cv–02971–AKH
1:09–cv–02782–AKH
1:08–cv–11414–AKH
1:08–cv–11415–AKH
1:08–cv–11415–AKH
1:08–cv–11416–AKH
1:08–cv–11416–AKH

1:08–cv–11417–AKH
1:08–cv–11417–AKH
1:08–cv–11418–AKH
1:08–cv–11418–AKH
1:08–cv–11419–AKH
1:09–cv–02752–AKH
1:08–cv–11419–AKH
1:08–cv–11420–AKH
1:08–cv–11420–AKH
1:08–cv–11421–AKH
1:08–cv–11421–AKH
1:08–cv–11422–AKH
1:08–cv–11422–AKH
1:09–cv–03187–AKH
1:08–cv–11423–AKH
1:08–cv–11423–AKH
1:08–cv–11424–AKH
1:08–cv–11424–AKH
1:08–cv–11425–AKH
1:08–cv–11425–AKH
1:08–cv–11426–AKH
1:08–cv–11426–AKH
1:08–cv–11427–AKH
1:08–cv–11427–AKH
1:08–cv–11428–AKH
1:08–cv–11428–AKH
1:08–cv–11429–AKH
1:08–cv–11429–AKH
1:08–cv–11430–AKH
1:08–cv–11430–AKH
1:08–cv–11431–AKH
1:08–cv–11431–AKH
1:08–cv–11432–AKH
1:08–cv–11432–AKH
1:08–cv–11433–AKH
1:08–cv–11433–AKH
1:08–cv–11434–AKH
1:08–cv–11434–AKH
1:08–cv–11435–AKH
1:08–cv–11435–AKH
1:09–cv–03245–AKH
1:08–cv–11437–AKH
1:08–cv–11438–AKH
1:08–cv–11438–AKH
1:08–cv–11439–AKH
1:08–cv–11439–AKH
1:08–cv–11440–AKH
1:08–cv–11440–AKH
1:09–cv–03244–AKH
1:08–cv–11441–AKH
1:08–cv–11441–AKH
1:08–cv–11442–AKH

1:08–cv–11442–AKH
1:08–cv–11444–AKH
1:08–cv–11444–AKH
1:08–cv–11445–AKH
1:08–cv–11445–AKH
1:08–cv–11446–AKH
1:08–cv–11446–AKH
1:08–cv–11447–AKH
1:08–cv–11447–AKH
1:09–cv–03241–AKH
1:09–cv–03485–AKH
1:09–cv–03522–AKH
1:06–cv–07434–AKH
1:09–cv–02698–AKH
1:09–cv–03710–AKH
1:09–cv–02699–AKH
1:09–cv–02700–AKH
1:09–cv–02701–AKH
1:09–cv–02702–AKH
1:09–cv–02703–AKH
1:09–cv–02704–AKH
1:09–cv–02705–AKH
1:09–cv–03711–AKH
1:09–cv–03715–AKH
1:09–cv–03712–AKH
1:09–cv–02706–AKH
1:09–cv–02707–AKH
1:09–cv–02708–AKH
1:09–cv–02709–AKH
1:09–cv–02711–AKH
1:09–cv–02712–AKH
1:09–cv–03713–AKH
1:09–cv–02713–AKH
1:09–cv–02714–AKH
1:09–cv–03714–AKH
1:09–cv–02715–AKH
1:09–cv–02716–AKH
1:09–cv–02717–AKH
1:09–cv–02718–AKH
1:09–cv–02719–AKH
1:09–cv–02720–AKH
1:09–cv–02721–AKH
1:09–cv–02722–AKH
1:09–cv–02723–AKH
1:09–cv–02724–AKH
1:09–cv–03716–AKH
1:09–cv–03717–AKH
1:09–cv–03718–AKH
1:09–cv–02725–AKH
1:09–cv–02726–AKH
1:09–cv–02727–AKH
1:09–cv–02728–AKH

1:09–cv–02729–AKH
1:09–cv–02730–AKH
1:09–cv–02732–AKH
1:09–cv–02733–AKH
1:09–cv–02753–AKH
1:09–cv–02734–AKH
1:09–cv–02736–AKH
1:09–cv–02737–AKH
1:09–cv–02737–AKH
1:09–cv–02738–AKH
1:09–cv–02738–AKH
1:09–cv–02753–AKH
1:09–cv–02764–AKH
1:09–cv–02739–AKH
1:09–cv–02739–AKH
1:09–cv–02740–AKH
1:09–cv–02740–AKH
1:09–cv–02763–AKH
1:09–cv–02741–AKH
1:09–cv–02741–AKH
1:09–cv–02742–AKH
1:09–cv–02742–AKH
1:09–cv–02743–AKH
1:09–cv–02743–AKH
1:09–cv–02744–AKH
1:09–cv–02744–AKH
1:09–cv–02745–AKH
1:09–cv–02745–AKH
1:09–cv–02746–AKH
1:09–cv–02746–AKH
1:09–cv–02747–AKH
1:09–cv–02747–AKH
1:09–cv–02748–AKH
1:09–cv–02748–AKH
1:09–cv–02749–AKH
1:09–cv–02749–AKH
1:09–cv–02750–AKH
1:09–cv–02750–AKH
1:09–cv–02750–AKH
1:09–cv–02751–AKH
1:09–cv–02751–AKH
1:09–cv–02754–AKH
1:09–cv–02754–AKH
1:09–cv–02755–AKH
1:09–cv–02758–AKH
1:09–cv–02755–AKH
1:09–cv–02756–AKH
1:09–cv–02756–AKH
1:09–cv–02757–AKH
1:09–cv–02757–AKH
1:09–cv–02758–AKH
1:09–cv–02759–AKH

1:09–cv–02759–AKH
1:09–cv–02760–AKH
1:09–cv–02760–AKH
1:09–cv–02762–AKH
1:09–cv–02762–AKH
1:09–cv–02763–AKH
1:09–cv–02764–AKH
1:09–cv–02765–AKH
1:09–cv–02765–AKH
1:09–cv–02766–AKH
1:09–cv–02766–AKH
1:09–cv–02767–AKH
1:09–cv–02767–AKH
1:09–cv–02768–AKH
1:09–cv–02768–AKH
1:09–cv–02769–AKH
1:09–cv–02769–AKH
1:09–cv–02770–AKH
1:09–cv–02770–AKH
1:09–cv–02771–AKH
1:09–cv–02771–AKH
1:09–cv–02772–AKH
1:09–cv–02772–AKH
1:09–cv–02773–AKH
1:09–cv–02773–AKH
1:09–cv–02774–AKH
1:09–cv–02774–AKH
1:09–cv–02775–AKH
1:09–cv–02775–AKH
1:09–cv–02776–AKH
1:09–cv–02776–AKH
1:09–cv–02799–AKH
1:09–cv–02799–AKH
1:09–cv–02735–AKH
1:09–cv–02778–AKH
1:09–cv–02778–AKH
1:09–cv–02731–AKH
1:09–cv–02731–AKH
1:09–cv–02779–AKH
1:09–cv–02779–AKH
1:09–cv–02780–AKH
1:09–cv–02780–AKH
1:09–cv–02781–AKH
1:09–cv–02781–AKH
1:09–cv–03334–AKH
1:09–cv–02783–AKH
1:09–cv–02783–AKH
1:09–cv–02784–AKH
1:09–cv–02784–AKH
1:09–cv–02785–AKH
1:09–cv–02785–AKH
1:09–cv–02786–AKH

1:09–cv–02786–AKH
1:09–cv–02787–AKH
1:09–cv–02787–AKH
1:09–cv–02788–AKH
1:09–cv–02788–AKH
1:09–cv–02789–AKH
1:09–cv–02789–AKH
1:09–cv–02790–AKH
1:09–cv–02790–AKH
1:09–cv–02791–AKH
1:09–cv–02791–AKH
1:09–cv–02792–AKH
1:09–cv–02792–AKH
1:09–cv–02793–AKH
1:09–cv–02793–AKH
1:09–cv–02794–AKH
1:09–cv–02794–AKH
1:09–cv–02795–AKH
1:09–cv–02795–AKH
1:09–cv–02796–AKH
1:09–cv–02796–AKH
1:09–cv–02797–AKH
1:09–cv–02797–AKH
1:09–cv–02798–AKH
1:09–cv–02798–AKH
1:09–cv–02800–AKH
1:09–cv–02800–AKH
1:09–cv–02801–AKH
1:09–cv–02801–AKH
1:09–cv–04679–AKH
1:09–cv–02804–AKH
1:09–cv–02804–AKH
1:09–cv–02806–AKH
1:09–cv–02805–AKH
1:09–cv–02802–AKH
1:09–cv–02803–AKH
1:09–cv–02806–AKH
1:09–cv–02805–AKH
1:09–cv–02802–AKH
1:09–cv–02803–AKH
1:09–cv–04680–AKH
1:09–cv–04740–AKH
1:09–cv–04848–AKH
1:09–cv–03298–AKH
1:09–cv–03299–AKH
1:09–cv–03300–AKH
1:09–cv–03301–AKH
1:09–cv–03302–AKH
1:09–cv–03339–AKH
1:09–cv–03303–AKH
1:09–cv–03304–AKH
1:09–cv–03305–AKH

1:09–cv–03306–AKH
1:09–cv–03307–AKH
1:09–cv–03308–AKH
1:09–cv–03309–AKH
1:09–cv–03310–AKH
1:09–cv–03311–AKH
1:09–cv–03312–AKH
1:09–cv–03313–AKH
1:09–cv–03314–AKH
1:09–cv–03315–AKH
1:09–cv–03316–AKH
1:09–cv–03317–AKH
1:09–cv–03318–AKH
1:09–cv–03319–AKH
1:09–cv–03320–AKH
1:09–cv–03321–AKH
1:09–cv–03322–AKH
1:09–cv–03323–AKH
1:09–cv–03324–AKH
1:09–cv–03325–AKH
1:09–cv–03326–AKH
1:09–cv–03328–AKH
1:09–cv–03329–AKH
1:09–cv–03327–AKH
1:09–cv–03330–AKH
1:09–cv–03332–AKH
1:09–cv–03331–AKH
1:09–cv–03333–AKH
1:09–cv–03335–AKH
1:09–cv–03336–AKH
1:09–cv–03337–AKH
1:09–cv–03338–AKH
1:09–cv–03344–AKH
1:09–cv–03345–AKH
1:09–cv–03340–AKH
1:09–cv–03341–AKH
1:09–cv–03342–AKH
1:09–cv–03343–AKH
1:09–cv–03346–AKH
1:09–cv–03347–AKH
1:09–cv–03348–AKH
1:09–cv–03349–AKH
1:09–cv–03350–AKH
1:09–cv–03351–AKH
1:09–cv–03352–AKH
1:09–cv–03353–AKH
1:09–cv–03354–AKH
1:09–cv–03355–AKH
1:09–cv–03356–AKH
1:09–cv–03357–AKH
1:09–cv–05232–AKH
1:09–cv–03358–AKH

1:09–cv–03359–AKH
1:09–cv–03360–AKH
1:09–cv–03361–AKH
1:09–cv–03362–AKH
1:09–cv–03363–AKH
1:09–cv–03364–AKH
1:09–cv–03365–AKH
1:09–cv–03366–AKH
1:09–cv–03367–AKH
1:09–cv–03368–AKH
1:09–cv–03369–AKH
1:09–cv–03370–AKH
1:09–cv–03371–AKH
1:09–cv–03372–AKH
1:09–cv–03373–AKH
1:09–cv–03374–AKH
1:09–cv–03375–AKH
1:09–cv–03376–AKH
1:09–cv–03377–AKH
1:09–cv–03448–AKH
1:09–cv–03447–AKH
1:09–cv–03440–AKH
1:09–cv–03439–AKH
1:09–cv–03441–AKH
1:09–cv–03398–AKH
1:09–cv–03442–AKH
1:09–cv–03445–AKH
1:09–cv–03443–AKH
1:09–cv–03399–AKH
1:09–cv–03400–AKH
1:09–cv–03401–AKH
1:09–cv–03444–AKH
1:09–cv–03446–AKH
1:09–cv–03402–AKH
1:09–cv–03403–AKH
1:09–cv–03404–AKH
1:09–cv–03405–AKH
1:09–cv–03406–AKH
1:09–cv–03410–AKH
1:09–cv–03407–AKH
1:09–cv–03408–AKH
1:09–cv–03409–AKH
1:09–cv–03411–AKH
1:09–cv–03412–AKH
1:09–cv–03412–AKH
1:09–cv–03413–AKH
1:09–cv–03414–AKH
1:09–cv–03415–AKH
1:09–cv–03416–AKH
1:09–cv–03417–AKH
1:09–cv–03381–AKH
1:09–cv–03380–AKH

1:09–cv–03379–AKH
1:09–cv–03378–AKH
1:09–cv–03388–AKH
1:09–cv–03389–AKH
1:09–cv–03382–AKH
1:09–cv–03383–AKH
1:09–cv–03384–AKH
1:09–cv–03390–AKH
1:09–cv–03385–AKH
1:09–cv–03397–AKH
1:09–cv–03386–AKH
1:09–cv–03387–AKH
1:09–cv–03396–AKH
1:09–cv–03395–AKH
1:09–cv–03392–AKH
1:09–cv–03393–AKH
1:09–cv–03391–AKH
1:09–cv–03394–AKH
1:09–cv–03426–AKH
1:09–cv–03420–AKH
1:09–cv–03421–AKH
1:09–cv–03419–AKH
1:09–cv–03422–AKH
1:09–cv–03427–AKH
1:09–cv–03428–AKH
1:09–cv–03423–AKH
1:09–cv–03429–AKH
1:09–cv–03424–AKH
1:09–cv–03434–AKH
1:09–cv–03433–AKH
1:09–cv–03425–AKH
1:09–cv–03432–AKH
1:09–cv–03431–AKH
1:09–cv–03431–AKH
1:09–cv–03435–AKH
1:09–cv–03430–AKH
1:09–cv–03436–AKH
1:09–cv–03437–AKH
1:09–cv–05559–AKH
1:09–cv–05918–AKH
1:10–cv–01421–AKH
1:09–cv–06724–AKH
1:09–cv–06725–AKH
1:09–cv–06726–AKH
1:09–cv–06729–AKH
1:09–cv–06727–AKH
1:09–cv–06728–AKH
1:09–cv–06721–AKH
1:09–cv–06723–AKH
1:09–cv–06803–AKH
1:09–cv–06801–AKH
1:09–cv–06802–AKH

1:09–cv–07303–AKH
1:09–cv–07387–AKH
1:02–cv–05288–AKH
1:05–cv–05366–AKH
1:05–cv–08651–AKH
1:06–cv–02039–AKH
1:06–cv–06987–AKH
1:06–cv–08451–AKH
1:07–cv–05652–AKH
1:07–cv–06560–AKH
1:07–cv–08801–AKH
1:08–cv–01646–AKH
1:09–cv–08028–AKH
1:09–cv–08731–AKH
1:09–cv–09436–AKH
1:09–cv–08733–AKH
1:09–cv–08732–AKH
1:09–cv–08735–AKH
1:09–cv–08734–AKH
1:09–cv–09253–AKH
1:09–cv–09252–AKH
1:09–cv–09246–AKH
1:09–cv–09245–AKH
1:09–cv–09244–AKH
1:09–cv–09243–AKH
1:09–cv–09247–AKH
1:09–cv–09248–AKH
1:09–cv–09242–AKH
1:09–cv–09251–AKH
1:09–cv–09239–AKH
1:09–cv–09250–AKH
1:09–cv–09229–AKH
1:09–cv–09230–AKH
1:09–cv–09238–AKH
1:09–cv–09241–AKH
1:09–cv–09231–AKH
1:09–cv–09232–AKH
1:09–cv–09235–AKH
1:09–cv–09236–AKH
1:09–cv–09237–AKH
1:09–cv–09288–AKH
1:09–cv–09285–AKH
1:09–cv–09286–AKH
1:09–cv–09287–AKH
1:09–cv–09289–AKH
1:09–cv–09290–AKH
1:09–cv–09291–AKH
1:09–cv–09292–AKH
1:09–cv–09293–AKH
1:09–cv–09294–AKH
1:09–cv–09295–AKH
1:09–cv–09296–AKH

1:09–cv–09297–AKH
1:09–cv–09386–AKH
1:09–cv–09371–AKH
1:09–cv–09387–AKH
1:09–cv–09372–AKH
1:09–cv–09373–AKH
1:09–cv–09388–AKH
1:09–cv–09382–AKH
1:09–cv–09389–AKH
1:09–cv–09390–AKH
1:09–cv–09385–AKH
1:09–cv–09374–AKH
1:09–cv–09375–AKH
1:09–cv–09383–AKH
1:09–cv–09376–AKH
1:09–cv–09377–AKH
1:09–cv–09378–AKH
1:09–cv–09379–AKH
1:09–cv–09380–AKH
1:09–cv–09428–AKH
1:09–cv–09430–AKH
1:09–cv–09431–AKH
1:09–cv–09432–AKH
1:09–cv–09433–AKH
1:09–cv–09434–AKH
1:07–cv–09215–AKH
1:09–cv–09240–AKH
1:09–cv–09437–AKH
1:09–cv–09438–AKH
1:09–cv–09439–AKH
1:09–cv–09440–AKH
1:10–cv–00837–AKH
1:09–cv–10040–AKH
1:09–cv–10041–AKH
1:09–cv–10172–AKH
1:09–cv–10402–AKH
1:09–cv–10403–AKH
1:09–cv–10404–AKH
1:09–cv–10405–AKH
1:09–cv–10406–AKH
1:09–cv–10408–AKH
1:09–cv–10421–AKH
1:09–cv–10422–AKH
1:09–cv–10423–AKH
1:09–cv–10398–AKH
1:09–cv–10424–AKH
1:09–cv–10399–AKH
1:09–cv–10425–AKH
1:09–cv–10401–AKH
1:09–cv–10426–AKH
1:09–cv–10427–AKH
1:09–cv–10428–AKH

1:09–cv–10409–AKH
1:09–cv–10410–AKH
1:09–cv–10411–AKH
1:09–cv–10414–AKH
1:09–cv–10415–AKH
1:09–cv–10416–AKH
1:09–cv–10418–AKH
1:09–cv–10419–AKH
1:09–cv–10420–AKH
1:09–cv–10482–AKH
1:09–cv–10483–AKH
1:09–cv–10484–AKH
1:09–cv–10485–AKH
1:09–cv–10486–AKH
1:09–cv–10487–AKH
1:09–cv–10480–AKH
1:09–cv–10479–AKH
1:09–cv–10478–AKH
1:09–cv–10535–AKH
1:09–cv–10537–AKH
1:09–cv–10538–AKH
1:09–cv–10540–AKH
1:09–cv–10541–AKH
1:09–cv–10543–AKH
1:09–cv–10545–AKH
1:09–cv–10546–AKH
1:09–cv–10547–AKH
1:09–cv–10548–AKH
1:09–cv–10549–AKH
1:09–cv–10550–AKH
1:09–cv–10551–AKH
1:09–cv–10554–AKH
1:09–cv–10555–AKH
1:09–cv–10556–AKH
1:09–cv–10557–AKH
1:09–cv–10558–AKH
1:09–cv–10552–AKH
1:09–cv–10553–AKH
1:09–cv–10583–AKH
1:10–cv–00550–AKH
1:10–cv–00548–AKH
1:10–cv–00549–AKH
1:10–cv–00547–AKH
1:10–cv–00546–AKH
1:10–cv–00545–AKH
1:10–cv–00543–AKH
1:10–cv–00592–AKH
1:10–cv–00593–AKH
1:10–cv–00594–AKH
1:10–cv–00595–AKH
1:10–cv–00596–AKH
1:10–cv–00590–AKH

1:10–cv–00597–AKH
1:10–cv–00586–AKH
1:10–cv–00587–AKH
1:10–cv–00588–AKH
1:10–cv–00589–AKH
1:10–cv–00551–AKH
1:10–cv–00552–AKH
1:10–cv–00656–AKH
1:10–cv–00657–AKH
1:10–cv–00658–AKH
1:10–cv–00659–AKH
1:10–cv–00660–AKH
1:10–cv–00661–AKH
1:10–cv–00662–AKH
1:10–cv–00663–AKH
1:10–cv–00664–AKH
1:10–cv–00665–AKH
1:10–cv–00676–AKH
1:10–cv–00668–AKH
1:10–cv–00667–AKH
1:10–cv–00677–AKH
1:10–cv–00678–AKH
1:10–cv–00683–AKH
1:10–cv–00684–AKH
1:10–cv–00685–AKH
1:10–cv–00679–AKH
1:10–cv–00681–AKH
1:10–cv–00784–AKH
1:10–cv–00785–AKH
1:10–cv–00798–AKH
1:10–cv–00797–AKH
1:10–cv–00799–AKH
1:10–cv–00795–AKH
1:10–cv–00794–AKH
1:10–cv–00793–AKH
1:10–cv–00792–AKH
1:10–cv–00791–AKH
1:10–cv–00790–AKH
1:10–cv–00800–AKH
1:10–cv–00789–AKH
1:10–cv–00801–AKH
1:10–cv–00802–AKH
1:10–cv–00788–AKH
1:10–cv–00787–AKH
1:10–cv–00786–AKH
1:10–cv–00803–AKH
1:10–cv–00838–AKH
1:10–cv–00840–AKH
1:10–cv–00842–AKH
1:10–cv–00843–AKH
1:10–cv–00844–AKH
1:10–cv–00845–AKH

1:10–cv–00847–AKH
1:10–cv–00848–AKH
1:10–cv–00849–AKH
1:10–cv–00863–AKH
1:10–cv–00864–AKH
1:10–cv–00865–AKH
1:10–cv–00866–AKH
1:10–cv–00867–AKH
1:10–cv–00868–AKH
1:10–cv–00869–AKH
1:10–cv–00870–AKH
1:10–cv–00871–AKH
1:10–cv–00872–AKH
1:10–cv–01021–AKH
1:10–cv–01022–AKH
1:10–cv–01023–AKH
1:10–cv–01024–AKH
1:10–cv–01025–AKH
1:10–cv–01026–AKH
1:10–cv–01027–AKH
1:10–cv–01028–AKH
1:10–cv–01029–AKH
1:10–cv–01030–AKH
1:10–cv–01031–AKH
1:10–cv–01032–AKH
1:10–cv–01033–AKH
1:10–cv–01034–AKH
1:10–cv–00553–AKH
1:10–cv–01035–AKH
1:10–cv–01036–AKH
1:10–cv–01037–AKH
1:10–cv–01038–AKH
1:10–cv–01101–AKH
1:10–cv–01102–AKH
1:10–cv–01103–AKH
1:10–cv–01104–AKH
1:10–cv–01105–AKH
1:10–cv–01122–AKH
1:10–cv–01123–AKH
1:10–cv–01124–AKH
1:10–cv–01125–AKH
1:10–cv–01072–AKH
1:10–cv–01073–AKH
1:10–cv–01074–AKH
1:10–cv–01075–AKH
1:10–cv–01084–AKH
1:10–cv–01083–AKH
1:10–cv–01082–AKH
1:10–cv–01076–AKH
1:10–cv–01077–AKH
1:10–cv–01078–AKH
1:10–cv–01086–AKH

1:10–cv–01126–AKH
1:10–cv–01090–AKH
1:10–cv–01089–AKH
1:10–cv–01127–AKH
1:10–cv–01079–AKH
1:10–cv–01080–AKH
1:10–cv–01088–AKH
1:10–cv–01087–AKH
1:10–cv–01128–AKH
1:10–cv–01129–AKH
1:10–cv–01130–AKH
1:10–cv–01081–AKH
1:10–cv–01085–AKH
1:10–cv–01096–AKH
1:10–cv–01214–AKH
1:10–cv–01092–AKH
1:10–cv–01091–AKH
1:10–cv–01093–AKH
1:10–cv–01215–AKH
1:10–cv–01216–AKH
1:10–cv–01217–AKH
1:10–cv–01094–AKH
1:10–cv–01218–AKH
1:10–cv–01219–AKH
1:10–cv–01220–AKH
1:10–cv–01221–AKH
1:10–cv–01095–AKH
1:10–cv–01223–AKH
1:10–cv–01224–AKH
1:10–cv–01225–AKH
1:10–cv–01222–AKH
1:10–cv–01131–AKH
1:10–cv–01097–AKH
1:10–cv–01098–AKH
1:10–cv–01099–AKH
1:10–cv–01100–AKH
1:10–cv–01244–AKH
1:10–cv–01428–AKH
1:10–cv–01429–AKH
1:10–cv–01430–AKH
1:10–cv–01431–AKH
1:10–cv–01432–AKH
1:10–cv–01433–AKH
1:10–cv–01434–AKH
1:10–cv–01435–AKH
1:10–cv–01436–AKH
1:10–cv–01437–AKH
1:10–cv–01438–AKH
1:10–cv–01461–AKH
1:10–cv–01486–AKH
1:10–cv–01487–AKH
1:10–cv–01488–AKH

1:10–cv–01489–AKH
1:10–cv–01490–AKH
1:10–cv–01501–AKH
1:10–cv–01502–AKH
1:10–cv–01503–AKH
1:10–cv–01504–AKH
1:10–cv–01505–AKH
1:10–cv–01506–AKH
1:10–cv–01508–AKH
1:10–cv–01509–AKH
1:10–cv–01510–AKH
1:10–cv–01511–AKH
1:10–cv–01512–AKH
1:10–cv–01513–AKH
1:10–cv–01514–AKH
1:10–cv–01485–AKH
1:10–cv–01484–AKH
1:10–cv–01483–AKH
1:10–cv–01482–AKH
1:10–cv–01481–AKH
1:10–cv–01467–AKH
1:10–cv–01420–AKH
1:10–cv–01422–AKH
1:10–cv–01423–AKH
1:10–cv–01424–AKH
1:10–cv–01425–AKH
1:10–cv–01468–AKH
1:10–cv–01469–AKH
1:10–cv–01470–AKH
1:10–cv–01426–AKH
1:10–cv–01471–AKH
1:10–cv–01427–AKH
1:10–cv–01491–AKH
1:10–cv–01441–AKH
1:10–cv–01462–AKH
1:10–cv–01419–AKH
1:10–cv–01442–AKH
1:10–cv–01494–AKH
1:10–cv–01472–AKH
1:10–cv–01473–AKH
1:10–cv–01443–AKH
1:10–cv–01495–AKH
1:10–cv–01474–AKH
1:10–cv–01475–AKH
1:10–cv–01476–AKH
1:10–cv–01496–AKH
1:10–cv–01497–AKH
1:10–cv–01477–AKH
1:10–cv–01498–AKH
1:10–cv–01457–AKH
1:10–cv–01478–AKH
1:10–cv–01479–AKH

1:10–cv–01500–AKH
1:10–cv–01499–AKH
1:10–cv–01480–AKH
1:10–cv–01507–AKH
1:10–cv–01492–AKH
1:10–cv–01493–AKH
1:10–cv–01444–AKH
1:10–cv–01445–AKH
1:10–cv–01446–AKH
1:10–cv–01447–AKH
1:10–cv–01448–AKH
1:10–cv–01449–AKH
1:10–cv–01451–AKH
1:10–cv–01453–AKH
1:10–cv–01454–AKH
1:10–cv–01455–AKH
1:10–cv–01456–AKH
1:10–cv–01458–AKH
1:10–cv–01459–AKH
1:10–cv–01460–AKH
1:10–cv–02358–AKH
1:10–cv–02360–AKH
1:10–cv–01926–AKH
1:10–cv–01927–AKH
1:10–cv–01928–AKH
1:10–cv–01929–AKH
1:10–cv–01930–AKH
1:10–cv–01939–AKH
1:10–cv–01931–AKH
1:10–cv–01940–AKH
1:10–cv–01941–AKH
1:10–cv–01932–AKH
1:10–cv–01942–AKH
1:10–cv–01943–AKH
1:10–cv–01944–AKH
1:10–cv–01945–AKH
1:10–cv–01933–AKH
1:10–cv–01934–AKH
1:10–cv–01935–AKH
1:10–cv–01936–AKH
1:10–cv–01937–AKH
1:10–cv–01938–AKH
1:10–cv–01946–AKH
1:10–cv–01947–AKH
1:10–cv–01948–AKH
1:10–cv–01889–AKH
1:10–cv–01890–AKH
1:10–cv–01891–AKH
1:10–cv–01892–AKH
1:10–cv–01893–AKH
1:10–cv–01894–AKH
1:10–cv–01895–AKH

1:10–cv–01896–AKH
1:10–cv–01897–AKH
1:10–cv–01898–AKH
1:10–cv–01899–AKH
1:10–cv–01905–AKH
1:10–cv–01906–AKH
1:10–cv–01907–AKH
1:10–cv–01908–AKH
1:10–cv–01909–AKH
1:10–cv–01910–AKH
1:10–cv–01911–AKH
1:10–cv–02031–AKH
1:10–cv–02032–AKH
1:10–cv–02033–AKH
1:10–cv–01919–AKH
1:10–cv–02034–AKH
1:10–cv–01920–AKH
1:10–cv–02035–AKH
1:10–cv–01921–AKH
1:10–cv–02036–AKH
1:10–cv–01922–AKH
1:10–cv–02037–AKH
1:10–cv–02038–AKH
1:10–cv–02039–AKH
1:10–cv–02040–AKH
1:10–cv–01923–AKH
1:10–cv–02041–AKH
1:10–cv–02042–AKH
1:10–cv–01924–AKH
1:10–cv–02043–AKH
1:10–cv–01925–AKH
1:10–cv–02044–AKH
1:10–cv–02045–AKH
1:10–cv–01901–AKH
1:10–cv–01951–AKH
1:10–cv–02046–AKH
1:10–cv–01952–AKH
1:10–cv–02047–AKH
1:10–cv–01958–AKH
1:10–cv–02048–AKH
1:10–cv–01953–AKH
1:10–cv–02049–AKH
1:10–cv–02050–AKH
1:10–cv–01954–AKH
1:10–cv–02051–AKH
1:10–cv–01955–AKH
1:10–cv–02052–AKH
1:10–cv–01956–AKH
1:10–cv–01957–AKH
1:10–cv–02053–AKH
1:10–cv–01959–AKH
1:10–cv–01960–AKH

1:10–cv–02063–AKH
1:10–cv–01961–AKH
1:10–cv–02096–AKH
1:10–cv–01962–AKH
1:10–cv–02054–AKH
1:10–cv–02064–AKH
1:10–cv–02097–AKH
1:10–cv–01963–AKH
1:10–cv–02055–AKH
1:10–cv–02098–AKH
1:10–cv–02099–AKH
1:10–cv–02056–AKH
1:10–cv–01964–AKH
1:10–cv–02100–AKH
1:10–cv–02057–AKH
1:10–cv–01965–AKH
1:10–cv–02101–AKH
1:10–cv–02058–AKH
1:10–cv–02059–AKH
1:10–cv–02102–AKH
1:10–cv–02060–AKH
1:10–cv–02103–AKH
1:10–cv–01966–AKH
1:10–cv–02105–AKH
1:10–cv–01967–AKH
1:10–cv–02106–AKH
1:10–cv–01969–AKH
1:10–cv–01970–AKH
1:10–cv–02107–AKH
1:10–cv–01971–AKH
1:10–cv–02108–AKH
1:10–cv–01972–AKH
1:10–cv–02109–AKH
1:10–cv–01973–AKH
1:10–cv–02065–AKH
1:10–cv–01974–AKH
1:10–cv–01975–AKH
1:10–cv–02066–AKH
1:10–cv–01976–AKH
1:10–cv–02067–AKH
1:10–cv–01977–AKH
1:10–cv–01978–AKH
1:10–cv–01979–AKH
1:10–cv–01980–AKH
1:10–cv–01981–AKH
1:10–cv–02110–AKH
1:10–cv–01982–AKH
1:10–cv–01983–AKH
1:10–cv–01984–AKH
1:10–cv–02111–AKH
1:10–cv–01985–AKH
1:10–cv–02112–AKH

1:10–cv–02068–AKH
1:10–cv–01986–AKH
1:10–cv–02113–AKH
1:10–cv–01987–AKH
1:10–cv–02114–AKH
1:10–cv–01988–AKH
1:10–cv–01989–AKH
1:10–cv–01900–AKH
1:10–cv–01990–AKH
1:10–cv–02069–AKH
1:10–cv–02070–AKH
1:10–cv–01991–AKH
1:10–cv–02071–AKH
1:10–cv–01992–AKH
1:10–cv–01993–AKH
1:10–cv–01902–AKH
1:10–cv–02072–AKH
1:10–cv–01903–AKH
1:10–cv–01904–AKH
1:10–cv–01994–AKH
1:10–cv–01912–AKH
1:10–cv–01995–AKH
1:10–cv–01913–AKH
1:10–cv–01997–AKH
1:10–cv–01914–AKH
1:10–cv–02073–AKH
1:10–cv–01915–AKH
1:10–cv–01998–AKH
1:10–cv–01999–AKH
1:10–cv–02000–AKH
1:10–cv–01916–AKH
1:10–cv–01917–AKH
1:10–cv–02074–AKH
1:10–cv–02075–AKH
1:10–cv–02076–AKH
1:10–cv–02077–AKH
1:10–cv–02078–AKH
1:10–cv–02079–AKH
1:10–cv–02080–AKH
1:10–cv–02081–AKH
1:10–cv–02082–AKH
1:10–cv–02083–AKH
1:10–cv–02084–AKH
1:10–cv–02085–AKH
1:10–cv–02153–AKH
1:10–cv–02086–AKH
1:10–cv–02087–AKH
1:10–cv–02088–AKH
1:10–cv–02089–AKH
1:10–cv–02154–AKH
1:10–cv–02090–AKH
1:10–cv–02115–AKH

1:10–cv–02091–AKH
1:10–cv–02093–AKH
1:10–cv–02155–AKH
1:10–cv–02094–AKH
1:10–cv–02156–AKH
1:10–cv–02157–AKH
1:10–cv–02095–AKH
1:10–cv–01950–AKH
1:10–cv–01949–AKH
1:10–cv–02092–AKH
1:10–cv–01872–AKH
1:10–cv–01873–AKH
1:10–cv–01874–AKH
1:10–cv–01918–AKH
1:10–cv–02001–AKH
1:10–cv–02002–AKH
1:10–cv–02003–AKH
1:10–cv–02004–AKH
1:10–cv–02005–AKH
1:10–cv–02006–AKH
1:10–cv–02007–AKH
1:10–cv–02008–AKH
1:10–cv–02009–AKH
1:10–cv–02010–AKH
1:10–cv–02011–AKH
1:10–cv–02012–AKH
1:10–cv–02016–AKH
1:10–cv–02013–AKH
1:10–cv–02014–AKH
1:10–cv–02015–AKH
1:10–cv–02017–AKH
1:10–cv–02018–AKH
1:10–cv–02019–AKH
1:10–cv–02020–AKH
1:10–cv–02021–AKH
1:10–cv–02022–AKH
1:10–cv–02023–AKH
1:10–cv–02024–AKH
1:10–cv–02025–AKH
1:10–cv–02026–AKH
1:10–cv–02027–AKH
1:10–cv–02028–AKH
1:10–cv–02030–AKH
1:10–cv–02285–AKH
1:10–cv–02282–AKH
1:10–cv–02286–AKH
1:10–cv–02287–AKH
1:10–cv–02288–AKH
1:10–cv–02289–AKH
1:10–cv–02321–AKH
1:10–cv–02322–AKH
1:10–cv–02290–AKH

1:10–cv–02323–AKH
1:10–cv–02291–AKH
1:10–cv–02292–AKH
1:10–cv–02293–AKH
1:10–cv–02346–AKH
1:10–cv–02324–AKH
1:10–cv–02325–AKH
1:10–cv–02347–AKH
1:10–cv–02348–AKH
1:10–cv–02349–AKH
1:10–cv–02350–AKH
1:10–cv–02351–AKH
1:10–cv–02352–AKH
1:10–cv–02353–AKH
1:10–cv–02354–AKH
1:10–cv–02355–AKH
1:10–cv–02448–AKH
1:10–cv–02356–AKH
1:10–cv–02357–AKH
1:10–cv–02312–AKH
1:10–cv–02449–AKH
1:10–cv–02313–AKH
1:10–cv–02314–AKH
1:10–cv–02315–AKH
1:10–cv–02316–AKH
1:10–cv–02317–AKH
1:10–cv–02318–AKH
1:10–cv–02319–AKH
1:10–cv–02320–AKH
1:10–cv–02361–AKH
1:10–cv–02450–AKH
1:10–cv–02451–AKH
1:10–cv–02326–AKH
1:10–cv–02452–AKH
1:10–cv–02327–AKH
1:10–cv–02303–AKH
1:10–cv–02362–AKH
1:10–cv–02363–AKH
1:10–cv–02304–AKH
1:10–cv–02305–AKH
1:10–cv–02299–AKH
1:10–cv–02334–AKH
1:10–cv–02336–AKH
1:10–cv–02337–AKH
1:10–cv–02300–AKH
1:10–cv–02301–AKH
1:10–cv–02302–AKH
1:10–cv–02306–AKH
1:10–cv–02307–AKH
1:10–cv–02308–AKH
1:10–cv–02310–AKH
1:10–cv–02309–AKH

1:10–cv–02311–AKH
1:10–cv–02422–AKH
1:10–cv–02423–AKH
1:10–cv–02338–AKH
1:10–cv–02339–AKH
1:10–cv–02432–AKH
1:10–cv–02433–AKH
1:10–cv–02434–AKH
1:10–cv–02340–AKH
1:10–cv–02341–AKH
1:10–cv–02342–AKH
1:10–cv–02343–AKH
1:10–cv–02344–AKH
1:10–cv–02345–AKH
1:10–cv–02435–AKH
1:10–cv–02436–AKH
1:10–cv–02364–AKH
1:10–cv–02365–AKH
1:10–cv–02366–AKH
1:10–cv–02437–AKH
1:10–cv–02438–AKH
1:10–cv–02439–AKH
1:10–cv–02440–AKH
1:10–cv–02441–AKH
1:10–cv–02442–AKH
1:10–cv–02367–AKH
1:10–cv–02368–AKH
1:10–cv–02368–AKH
1:10–cv–02443–AKH
1:10–cv–02369–AKH
1:10–cv–02444–AKH
1:10–cv–02445–AKH
1:10–cv–02370–AKH
1:10–cv–02446–AKH
1:10–cv–02371–AKH
1:10–cv–02447–AKH
1:10–cv–02372–AKH
1:10–cv–02373–AKH
1:10–cv–02582–AKH
1:10–cv–02583–AKH
1:10–cv–02581–AKH
1:10–cv–02612–AKH
1:10–cv–02617–AKH
1:10–cv–02616–AKH
1:10–cv–02615–AKH
1:10–cv–02614–AKH
1:10–cv–02613–AKH
1:10–cv–02732–AKH
1:10–cv–02738–AKH
1:10–cv–02739–AKH
1:10–cv–02740–AKH
1:10–cv–02687–AKH

1:10–cv–02741–AKH
1:10–cv–02742–AKH
1:10–cv–02743–AKH
1:10–cv–02744–AKH
1:10–cv–02745–AKH
1:10–cv–02746–AKH
1:10–cv–02747–AKH
1:10–cv–02748–AKH
1:10–cv–02753–AKH
1:10–cv–02749–AKH
1:10–cv–02754–AKH
1:10–cv–02750–AKH
1:10–cv–02751–AKH
1:10–cv–02752–AKH
1:10–cv–02755–AKH
1:10–cv–02756–AKH
1:10–cv–02757–AKH
1:10–cv–02758–AKH
1:10–cv–02759–AKH
1:10–cv–02760–AKH
1:10–cv–02761–AKH
1:10–cv–02762–AKH
1:10–cv–02765–AKH
1:10–cv–02763–AKH
1:10–cv–02764–AKH
1:10–cv–02766–AKH
1:10–cv–02767–AKH
1:10–cv–02768–AKH
1:10–cv–02769–AKH
1:10–cv–03000–AKH
1:10–cv–03063–AKH
1:10–cv–04194–AKH
1:10–cv–04222–AKH
1:10–cv–04223–AKH
1:10–cv–04224–AKH
1:10–cv–04225–AKH
1:06–cv–08594–AKH
1:06–cv–08591–AKH
1:06–cv–08592–AKH
1:06–cv–08593–AKH
1:10–cv–05148–AKH
1:10–cv–05248–AKH
1:10–cv–06439–AKH
1:10–cv–06441–AKH
1:10–cv–06504–AKH
1:07–cv–03479–AKH
1:10–cv–06715–AKH
1:10–cv–06712–AKH
1:10–cv–06713–AKH
1:10–cv–06716–AKH
1:10–cv–06718–AKH
1:10–cv–06717–AKH

1:10–cv–06721–AKH
1:10–cv–06719–AKH
1:10–cv–06714–AKH
1:10–cv–06711–AKH
1:10–cv–06722–AKH
1:10–cv–06720–AKH
1:10–cv–06722–AKH
1:10–cv–06722–AKH
1:10–cv–06720–AKH
1:10–cv–06784–AKH
1:10–cv–06794–AKH
1:10–cv–06795–AKH
1:10–cv–06806–AKH
1:10–cv–06807–AKH
1:10–cv–06809–AKH
1:10–cv–06808–AKH
1:10–cv–06719–AKH
1:10–cv–06785–AKH
1:10–cv–06786–AKH
1:10–cv–06787–AKH
1:10–cv–06788–AKH
1:10–cv–06829–AKH
1:10–cv–06789–AKH
1:10–cv–06790–AKH
1:10–cv–06791–AKH
1:10–cv–06792–AKH
1:10–cv–06793–AKH
1:10–cv–06797–AKH
1:10–cv–06799–AKH
1:10–cv–06828–AKH
1:10–cv–06800–AKH
1:10–cv–06830–AKH
1:10–cv–06831–AKH
1:10–cv–06832–AKH
1:10–cv–06833–AKH
1:10–cv–06801–AKH
1:10–cv–06825–AKH
1:10–cv–06802–AKH
1:10–cv–06803–AKH
1:10–cv–06804–AKH
1:10–cv–06842–AKH
1:10–cv–06826–AKH
1:10–cv–06843–AKH
1:10–cv–06844–AKH
1:10–cv–06798–AKH
1:10–cv–06845–AKH
1:10–cv–06846–AKH
1:10–cv–06847–AKH
1:10–cv–06805–AKH
1:10–cv–06848–AKH
1:10–cv–06849–AKH
1:10–cv–06850–AKH

1:10–cv–06851–AKH
1:10–cv–06852–AKH
1:10–cv–06853–AKH
1:10–cv–06854–AKH
1:10–cv–06855–AKH
1:10–cv–06856–AKH
1:10–cv–06857–AKH
1:10–cv–06827–AKH
1:10–cv–06909–AKH
1:10–cv–06911–AKH
1:10–cv–06912–AKH
1:10–cv–06913–AKH
1:10–cv–06914–AKH
1:10–cv–06915–AKH
1:10–cv–06916–AKH
1:10–cv–06917–AKH
1:10–cv–06918–AKH
1:10–cv–06919–AKH
1:10–cv–06920–AKH
1:10–cv–06925–AKH
1:10–cv–07115–AKH
1:10–cv–06879–AKH
1:10–cv–06880–AKH
1:10–cv–07116–AKH
1:10–cv–06971–AKH
1:10–cv–06987–AKH
1:10–cv–06988–AKH
1:10–cv–06989–AKH
1:10–cv–06993–AKH
1:10–cv–06994–AKH
1:10–cv–07008–AKH
1:10–cv–07005–AKH
1:10–cv–07007–AKH
1:10–cv–07021–AKH
1:10–cv–07022–AKH
1:10–cv–07023–AKH
1:10–cv–06972–AKH
1:10–cv–07020–AKH
1:10–cv–07013–AKH
1:10–cv–07014–AKH
1:10–cv–06966–AKH
1:10–cv–07015–AKH
1:10–cv–07016–AKH
1:10–cv–07017–AKH
1:10–cv–07018–AKH
1:10–cv–07019–AKH
1:10–cv–06969–AKH
1:10–cv–07012–AKH
1:10–cv–07011–AKH
1:10–cv–07010–AKH
1:10–cv–07009–AKH
1:10–cv–06973–AKH

1:10–cv–06995–AKH
1:10–cv–07000–AKH
1:10–cv–06982–AKH
1:10–cv–07001–AKH
1:10–cv–07002–AKH
1:10–cv–06983–AKH
1:10–cv–07004–AKH
1:10–cv–07003–AKH
1:10–cv–06984–AKH
1:10–cv–07034–AKH
1:10–cv–07033–AKH
1:10–cv–07032–AKH
1:10–cv–07031–AKH
1:10–cv–07030–AKH
1:10–cv–07029–AKH
1:10–cv–07028–AKH
1:10–cv–07027–AKH
1:10–cv–07134–AKH
1:10–cv–07133–AKH
1:10–cv–06975–AKH
1:10–cv–07041–AKH
1:10–cv–07042–AKH
1:10–cv–07043–AKH
1:10–cv–07050–AKH
1:10–cv–07060–AKH
1:10–cv–07047–AKH
1:10–cv–07054–AKH
1:10–cv–07055–AKH
1:10–cv–07059–AKH
1:10–cv–07026–AKH
1:10–cv–07148–AKH
1:10–cv–07135–AKH
1:10–cv–07149–AKH
1:10–cv–07150–AKH
1:10–cv–07066–AKH
1:10–cv–07151–AKH
1:10–cv–07152–AKH
1:10–cv–07067–AKH
1:10–cv–06824–AKH
1:10–cv–07153–AKH
1:10–cv–07037–AKH
1:10–cv–07068–AKH
1:10–cv–07038–AKH
1:10–cv–07071–AKH
1:10–cv–07155–AKH
1:10–cv–06980–AKH
1:10–cv–07156–AKH
1:10–cv–07072–AKH
1:10–cv–07157–AKH
1:10–cv–07039–AKH
1:10–cv–07158–AKH
1:10–cv–07058–AKH

1:10–cv–07108–AKH
1:10–cv–07040–AKH
1:10–cv–07129–AKH
1:10–cv–07128–AKH
1:10–cv–07178–AKH
1:10–cv–07177–AKH
1:10–cv–07069–AKH
1:10–cv–07070–AKH
1:10–cv–07176–AKH
1:10–cv–07117–AKH
1:10–cv–07044–AKH
1:10–cv–07159–AKH
1:10–cv–07053–AKH
1:10–cv–07045–AKH
1:10–cv–07146–AKH
1:10–cv–07046–AKH
1:10–cv–07161–AKH
1:10–cv–07162–AKH
1:10–cv–07048–AKH
1:10–cv–07049–AKH
1:10–cv–07147–AKH
1:10–cv–07051–AKH
1:10–cv–07164–AKH
1:10–cv–07182–AKH
1:10–cv–07184–AKH
1:10–cv–07165–AKH
1:10–cv–07185–AKH
1:10–cv–07062–AKH
1:10–cv–07186–AKH
1:10–cv–07063–AKH
1:10–cv–07064–AKH
1:10–cv–07187–AKH
1:10–cv–07166–AKH
1:10–cv–07188–AKH
1:10–cv–07065–AKH
1:10–cv–07074–AKH
1:10–cv–07167–AKH
1:10–cv–07075–AKH
1:10–cv–07168–AKH
1:10–cv–07035–AKH
1:10–cv–07169–AKH
1:10–cv–07193–AKH
1:10–cv–07189–AKH
1:10–cv–07171–AKH
1:10–cv–07036–AKH
1:10–cv–07172–AKH
1:10–cv–07190–AKH
1:10–cv–07173–AKH
1:10–cv–07140–AKH
1:10–cv–07174–AKH
1:10–cv–07191–AKH
1:10–cv–07174–AKH

1:10–cv–07175–AKH
1:10–cv–07141–AKH
1:10–cv–07192–AKH
1:10–cv–07142–AKH
1:10–cv–07083–AKH
1:10–cv–07143–AKH
1:10–cv–07144–AKH
1:10–cv–07145–AKH
1:10–cv–07132–AKH
1:10–cv–06991–AKH
1:10–cv–07082–AKH
1:10–cv–07056–AKH
1:10–cv–07073–AKH
1:10–cv–07179–AKH
1:10–cv–07180–AKH
1:10–cv–07181–AKH
1:10–cv–07181–AKH
1:10–cv–06997–AKH
1:10–cv–07163–AKH
1:10–cv–06979–AKH
1:10–cv–06999–AKH
1:10–cv–07113–AKH
1:10–cv–07170–AKH
1:10–cv–06977–AKH
1:10–cv–07136–AKH
1:10–cv–06632–AKH
1:10–cv–07057–AKH
1:10–cv–06938–AKH
1:10–cv–06665–AKH
1:10–cv–06978–AKH
1:10–cv–07077–AKH
1:10–cv–06974–AKH
1:10–cv–06998–AKH
1:10–cv–06976–AKH
1:10–cv–06996–AKH
1:10–cv–07683–AKH
1:10–cv–07080–AKH
1:10–cv–07927–AKH
1:10–cv–08047–AKH
1:10–cv–07131–AKH
1:10–cv–06884–AKH
1:10–cv–08896–AKH
1:11–cv–00571–AKH
1:11–cv–00572–AKH
1:11–cv–00570–AKH
1:11–cv–00569–AKH
1:11–cv–00568–AKH
1:11–cv–01497–AKH
1:11–cv–01340–AKH
1:11–cv–03945–AKH
1:11–cv–04252–AKH
1:10–cv–06986–AKH

<u>1:12−cv−00545−AKH</u>
Case in other court: 03−07699
Cause: 49:40101 Air Trans. Safety and Sys. Stabilization Act

**<u>Lead Plaintiff</u>**

**John Montalvo**
          represented by  **Marion Sandra Mishkin**
Marion S. Mishkin, Esq.
155 East 77 Street
New York, NY 10021
(917) 515−5600
Fax: (917) 515−5600
Email: <u>MarionMishkin@MarionMishkin.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Lead Plaintiff</u>**

**John Montalvo**
          represented by  **Marion Sandra Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Lead Plaintiff</u>**

**John Montalvo**
*Marion S. Mishkin, Esq. Notice of*
*Appearance for Plaintiffs John Montalvo*
*and Darlene Montalvo*
          represented by  **Marion Sandra Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Lead Plaintiff</u>**

**Plaintiff Counsel marion s. mishkin**
          represented by  **Eugene David Kublanovsky**
Fensterstock &Partners LLP
100 Broadway, 8th Floor
New York City, NY 10005
(212)−785−4100
Fax: (212)−785−4040
Email: <u>ekublanovsky@fensterstock.com</u>
*ATTORNEY TO BE NOTICED*

**Marion Sandra Mishkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Lead Plaintiff</u>**

**Plaintiff Counsel marion s. mishkin**
          represented by  **Marion Sandra Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene David Kublanovsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Lead Plaintiff</u>**

**marion s. mishkin**
*Of Counsel Notice of Appearance to*
*Sacks &Sacks*
          represented by  **Eugene David Kublanovsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Lead Plaintiff</u>**

**marion s. mishkin**
*"Of Counsel" Notice of Appearance to*
*Sacks &Sacks in annexed cases*
          represented by  **Eugene David Kublanovsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Attorney Marion S. Mishkin**
*Plaintiffs' Liaison Counsel: 21 MC 100*
*Bodily Injury, Non−Respiratory,*
*Non−Ingestion Cases*

represented by **Blair Courtney Fensterstock**
Fensterstock &Partners LLP
100 Broadway, 8th Floor
New York City, NY 10005
(212) 785−4100
Fax: (212) 785−4040
Email: bfensterstock@fensterstock.com
*ATTORNEY TO BE NOTICED*

**Michael Theodore Phillips , II**
Fensterstock &Partners LLP
100 Broadway, 8th Floor
New York City, NY 10005
(212) 785−4100
Fax: (212) 785−4040
Email: mphillips@fensterstock.com
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Attorney Marion S. Mishkin**
*Plaintiffs' Liaison Counsel: 21 MC 100*
*Bodily Injury, Non−Respiratory,*
*Non−Ingestion Cases*

represented by **Blair Courtney Fensterstock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Theodore Phillips , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Attorney Marion S. Mishkin**
*Plaintiffs' Liaison Counsel: Bodily Injury,*
*Non−Respiratory, Non Ingestion Cases*

represented by **Blair Courtney Fensterstock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Theodore Phillips , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Attorney Marion S. Mishkin**
*Plaintiffs' Liaison Counsel: Bodily Injury,*
*Non−Respiratory, Non−Ingestion Cases*

represented by **Blair Courtney Fensterstock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Theodore Phillips , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Attorney Marion S. Mishkin**
*Plaintiffs' Liaison Counse Bodily Injury,*
*Non−Respiratory, Non−Ingestion Cases*

represented by **Blair Courtney Fensterstock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Theodore Phillips , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Debtor**

**Tishman Construction Corporation of
Manhattan, Tishman Construction
Corporation of New York, Tishman
Interiors Corporation**

represented by **Brian Scott Levine**
Cozen O'Connor
45 Broadway
New York, NY 10006
(212)−509−9400

Fax: (212)–937–3262
Email: blevine@homlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Special Master**

**James A. Henderson, Jr.**

**Special Master**

**Aaron D. Twerski**

**Plaintiff**

**Phyllis Costarella**                    represented by    **Robin Michel Wertheimer**
                                                          Wertheimer Associates, P.C.
                                                          225 Broadway
                                                          Suite # 1201
                                                          New York, NY 10007
                                                          (212) 964–1860
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Joseph Falcone**                       represented by    **Robin Michel Wertheimer**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Lenny Dinotte**                        represented by    **Robin Michel Wertheimer**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Cliff Carty**                          represented by    **Andrew J. Carboy**
                                                          Sullivan, Papain, Block, McGrath
                                                          &Cannavo, P.C.
                                                          120 Broadway
                                                          18th Floor
                                                          New York, NY 10271
                                                          (212) 732–9000
                                                          Fax: (212) 571–3903
                                                          Email: ACarboy@TrialLaw1.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Carty**                       represented by    **Andrew John Carboy , Sr**
                                                          Sullivan, Papain, Block, McGrath
                                                          &Cannavo
                                                          120 Broadway, 18th Flr.
                                                          New York, NY 10271
                                                          (212) 732–9000
                                                          Fax: (212) 266–4141
                                                          Email: ACarboy@TrialLaw1.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Scaramuzzino**                  represented by    **Andrew J. Carboy**
                                                          Sullivan, Papain, Block, McGrath
                                                          &Cannavo, P.C.
                                                          120 Broadway

18th Floor
New York, NY 10271
(212) 732–9000
Fax: (212) 571–3903
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly M. Miller**                   represented by   **David L. Kremen**
Oshman &Mirisola, LLP
42 Broadway, 10th floor
New York, NY 10004
(212)–233–2100
Fax: (212)–964–8656
Email: kremen@lawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Willard R. Pratt , III**
5224 West Seneca Street
P.O.Box 775
Vernon, NY 13476
315–829–3388
Fax: 315–829–4066
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Ford**                    represented by   **Ryan Seth Goldstein**
Law Office of Ryan S. Goldstein, PLLC
43 Westchester Square
Suite 2A
Bronx, NY 10461
(718) 239–0239
Fax: (718) 239–0237
Email: ryan@ryangoldsteinlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Blanca Goffredo**                  represented by   **Suzanne Melissa Scott**
Friedman, Friedman, Chiaravalloti
&Giannini
2 Rector Street
21st Floor
New York, NY 10006
(212)–267–0380
Fax: (212)–966–1199
Email: sms@ff–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Goffredo**                   represented by   **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernard Stinchcomb**               represented by   **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Stinchcomb**                    represented by   **Suzanne Melissa Scott**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Johnson**                       represented by   **Donna Rae Silverglad**
                                                             Sacks &Sacks, LLP
                                                             150 Broadway, 4th Floor
                                                             New York, NY 10038
                                                             (917)–558–0714
                                                             Fax: (212)–349–2141
                                                             Email: donnasilverglad@aol.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Johnson, Jr.**                     represented by   **Donna Rae Silverglad**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Nolan**                             represented by   **A. Joseph Giannini**
                                                             Friedman, Friedman, Chiaravalloti
                                                             &Giannini
                                                             2 Rector Street
                                                             21st Floor
                                                             New York, NY 10006
                                                             212–267–0380
                                                             Fax: 212 962–1199
                                                             Email: ajg@ff–law.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louise Nolan**                            represented by   **A. Joseph Giannini**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Suzanne Melissa Scott**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Panarella**                        represented by   **A. Joseph Giannini**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Suzanne Melissa Scott**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert Pate**                            represented by

**A. Joseph Giannini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis Lavery**                    represented by   **Francis Lavery**
                                                       PRO SE

                                                       **Paul Andrew Marber**
                                                       The Cochran Firm
                                                       233 Broadway, 5th Floor
                                                       New York, NY 10279
                                                       (212)–553–9166
                                                       Fax: (212)–227–8763
                                                       Email: pmarber@cochranfirm.com
                                                       *TERMINATED: 11/24/2009*
                                                       *LEAD ATTORNEY*

**Plaintiff**

**Kathryn Lavery**                    represented by   **Kathryn Lavery**
                                                       PRO SE

                                                       **Paul Andrew Marber**
                                                       (See above for address)
                                                       *TERMINATED: 11/24/2009*
                                                       *LEAD ATTORNEY*

**Plaintiff**

**Arlene McGillick**                  represented by   **Arlene McGillick**
                                                       PRO SE

                                                       **Paul Andrew Marber**
                                                       (See above for address)
                                                       *TERMINATED: 11/24/2009*
                                                       *LEAD ATTORNEY*

**Plaintiff**

**Jon J. McGillick**                  represented by   **Jon J. McGillick**
                                                       PRO SE

                                                       **Paul Andrew Marber**
                                                       (See above for address)
                                                       *TERMINATED: 11/24/2009*
                                                       *LEAD ATTORNEY*

**Plaintiff**

**Dewardranth Samaroo**               represented by   **Dewardranth Samaroo**
                                                       PRO SE

                                                       **Paul Andrew Marber**
                                                       (See above for address)
                                                       *TERMINATED: 11/24/2009*
                                                       *LEAD ATTORNEY*

**Plaintiff**

**Donald Carson**                      represented by   **Mariangela Chiaravalloti**
                                                        Friedman, Friedman, Chiaravalloti
                                                        &Giannini
                                                        2 Rector Street
                                                        21st Floor
                                                        New York, NY 10006
                                                        (212)–267–0380
                                                        Fax: (212)–962–1199
                                                        Email: mac@ff–law.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Suzanne Melissa Scott**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Elaine Carson**               represented by   **Mariangela Chiaravalloti**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Suzanne Melissa Scott**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Cavicchio**                   represented by   **Suzanne Melissa Scott**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicola Cavicchio**                   represented by   **Andrew John Schotz**
                                                        Flemming,Zulack,&Williamson, L.L.P.
                                                        One Liberty Plaza – 35th Floor
                                                        New York, NY 10006
                                                        212–412–9500
                                                        Fax: 212–964–9200
                                                        Email: ascholtz@fzw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Suzanne Melissa Scott**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Porcaro**                      represented by   **Suzanne Melissa Scott**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Ayers**                       represented by   **Andrew John Carboy , Sr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dean Curti**                                  represented by   **Brian David Crosby**
                                                                Napoli Bern Ripka Shkolnik, LLP
                                                                350 Fifth Avenue
                                                                New York, NY 10118
                                                                (212)–267–3700
                                                                Fax: (212)–587–0031
                                                                Email: bcrosby@napolibern.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **George N. Kalamaras**
                                                                Worby, Groner, Edelman &Napoli Bern,
                                                                L.L.P.
                                                                350 Fifth Avenue
                                                                New York, NY 10118
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael C. Mace**
                                                                Worby, Groner, Edelman &Napoli Bern,
                                                                L.L.P.
                                                                350 Fifth Avenue
                                                                New York, NY 10118
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Patricia I. Jorge**
                                                                Worby, Groner, Edelman &Napoli Bern,
                                                                L.L.P.
                                                                350 Fifth Avenue
                                                                New York, NY 10118
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Andrew John Carboy , Sr**
                                                                (See above for address)
                                                                *TERMINATED: 05/06/2009*

                                                                **Christopher R. LoPalo**
                                                                Worby, Groner, Edelman &Napoli Bern,
                                                                L.L.P.
                                                                350 Fifth Avenue
                                                                New York, NY 10118
                                                                (212) 267–3700
                                                                Fax: (212)–587–0031
                                                                Email: clopalo@nkblaw.com
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessie K. Horton**                            represented by   **Andrew John Carboy , Sr**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Horton**                             represented by   **Andrew John Carboy , Sr**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin O'Brien**        represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia O'Brien**       represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Hoch Sankey**     represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William J. Sankey**      represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry O'Connor**       represented by    **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria O'Connor**     represented by    **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Quinn**         represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald G. Thompson**    represented by    **Denise Ava Rubin**
Napoli Bern Ripka Shkolnik, LLP
350 Fifth Avenue
New York, NY 10118
(212)267–3700
Fax: (212)587–0031
Email: drubin@napolibern.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renee Thompson**      represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Leonard**                          represented by   **Denise Ava Rubin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Leonard**                           represented by   **Denise Ava Rubin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delia Becca**                             represented by   **Denise Ava Rubin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lance Becca**                             represented by   **Denise Ava Rubin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory A. Forsyth**                      represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Jackson**                            represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tomiann Jackson**                         represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Haskell**                           represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Haskell**                           represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Placide**                       represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larrie Placide**                              represented by   **Andrew John Carboy , Sr**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Duignan**                           represented by   **Andrew John Carboy , Sr**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Duignan**                             represented by   **Andrew John Carboy , Sr**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Macko**                               represented by   **Andrew John Carboy , Sr**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Miskanic**                               represented by   **Andrew John Carboy , Sr**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Miskanic**                               represented by   **Andrew John Carboy , Sr**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea McDonough**                            represented by   **Andrew John Carboy , Sr**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David McDonough**                             represented by   **Andrew John Carboy , Sr**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Jensen**                               represented by   **Harvey B. Ginsberg**
                                                                 Worby,Groner,Edelman,&Napoli Bern,
                                                                 L.L.P.
                                                                 115 Broadway, 12th floor
                                                                 East Meadow, NY 10006
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Falla**                                          represented by  **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Cosgrave**                                      represented by  **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Cosgrave**                                    represented by  **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Delgiorno**                               represented by  **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joann Delgiorno**                                     represented by  **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Decaro**                                        represented by  **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Ryan Decaro**                                     represented by  **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Doherty**                                       represented by  **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Doherty**                                      represented by  **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Checco**                                        represented by  **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judy Checco**                          represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jean Imparato**                        represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Joseph Imparato**                      represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lane Metro**                           represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Nancy Metro**                          represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kevin Farrell**                        represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Diane Hoch Sankey**                    represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**William J. Sankey**                    represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Concetta Zuccaro**                     represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**John Zuccaro**                         represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Albach**                    represented by    **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Bell**                    represented by    **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Bell**                    represented by    **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Boyle**                      represented by    **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Broome**                represented by    **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Broome**                   represented by    **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryann Bubelnik**                represented by    **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas J. Bubelnik**              represented by    **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barry Buss**                      represented by    **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanette Buss**                   represented by

**Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Devita**                           represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laranie Devita**                           represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Donovan**                            represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Donovan**                          represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Duignan**                        represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Duignan**                          represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danielle Eivers**                          represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Eivers**                            represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Forsyth**                          represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Gallagher**                          represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosario Gallagher**                         represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Garett**                             represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Gavitt**                              represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Gavitt**                             represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francesca Gillam**                          represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Gillam**                             represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Hawkins**                          represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Hawkins**                             represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Maria Hubner**                         represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Hubner**                                    represented by   **Andrew John Carboy , Sr**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Kadnar**                                    represented by   **Andrew John Carboy , Sr**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James A. Kadnar**                                   represented by   **Andrew John Carboy , Sr**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek Kelly**                                       represented by   **Andrew John Carboy , Sr**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Lang**                                    represented by   **Andrew John Carboy , Sr**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lang**                                        represented by   **Andrew John Carboy , Sr**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caroline Lavin**                                    represented by   **Andrew John Carboy , Sr**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Lavin**                                     represented by   **Andrew John Carboy , Sr**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred Luchetti**                                   represented by   **Andrew John Carboy , Sr**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ellen Luchetti**                               represented by   **Andrew John Carboy , Sr**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Malone**                                 represented by   **Andrew John Carboy , Sr**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis McConville**                            represented by   **Andrew John Carboy , Sr**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gail McConville**                              represented by   **Andrew John Carboy , Sr**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James McHugh**                                 represented by   **Andrew John Carboy , Sr**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margret McHugh**                               represented by   **Andrew John Carboy , Sr**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Miccio**                               represented by   **Andrew John Carboy , Sr**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cathy Mongiello**                              represented by   **Andrew John Carboy , Sr**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Mongiello**                              represented by   **Andrew John Carboy , Sr**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Morello**                                represented by   **Andrew John Carboy , Sr**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Morello**                                 represented by   **Andrew John Carboy , Sr**
                                                                  (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mathew Mulham**                          represented by   **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corinne Mulham**                         represented by   **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Mundy**                          represented by   **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Mundy**                           represented by   **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Murphy**                          represented by   **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Murphy**                           represented by   **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Nogan**                          represented by   **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Nogan**                          represented by   **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Quevedo**                           represented by   **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred Retundie**                        represented by

Case 1:12-2974 Document 1   07/27/2012 664952 Page 233 of 1806

**Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Retundie**                     represented by   **Andrew John Carboy , Sr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alice Rivera**                       represented by   **Andrew John Carboy , Sr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Rivera**                     represented by   **Andrew John Carboy , Sr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Striffler**                   represented by   **Andrew John Carboy , Sr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Jane Striffler**                represented by   **Andrew John Carboy , Sr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Tiska**                         represented by   **Andrew John Carboy , Sr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Van Houten**                  represented by   **Andrew John Carboy , Sr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Van Houten**                   represented by   **Andrew John Carboy , Sr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Weisenburger**                represented by   **Andrew John Carboy , Sr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Gregg Weisenburger                  represented by   **Andrew John Carboy , Sr**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael Welsh                       represented by   **Andrew John Carboy , Sr**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Theresa Welsh                       represented by   **Andrew John Carboy , Sr**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Attorney John J. Quinn              represented by   **Andrew John Carboy , Sr**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kenneth J. Strohl                   represented by   **Andrew John Carboy , Sr**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Yajaira Strohl                      represented by   **Andrew John Carboy , Sr**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Arlene Montalvo                     represented by   **Andrew John Carboy , Sr**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Roger Montalvo                      represented by   **Andrew John Carboy , Sr**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard Mighdoll                    represented by   **W. Steven Berman**
                                                     Wroby Groner Edelman &Napoli Bern,
                                                     LLP
                                                     115 Broadway
                                                     12th Floor
                                                     New York, NY 10006
                                                     (212) 267–3700
                                                     Fax: (212) 587–0031
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Ryan**                                    represented by   **Harvey B. Ginsberg**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **W. Steven Berman**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. Richard Ryan**                                 represented by   **Harvey B. Ginsberg**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **W. Steven Berman**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Ryan**                                    represented by   **Harvey B. Ginsberg**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **W. Steven Berman**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Maisano**                                   represented by   **Harvey B. Ginsberg**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Maisano**                                   represented by   **Harvey B. Ginsberg**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur S. Davis**                                 represented by   **Harvey B. Ginsberg**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **W. Steven Berman**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa A. Davis**                                represented by   **Harvey B. Ginsberg**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jo Andrusyczyn**                    represented by    **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stanley Andrusyczyn**               represented by    **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Rivera**                     represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Bellissimo**                 represented by    **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Fisher**                       represented by    **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jon Marie Fisher**                  represented by    **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Donaghy**                          represented by   **Harvey B Ginsberg**
Worby, Groner, Edelman &Naopli Bern
L.L.P.
115 Broadway
12th Floor
New York, NY 10006
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Allison**                            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
Worby, Groner, Edelman &Napoli Bern,
L.L.P.
350 Fifth Avenue
New York, NY 10118
(212) 267–3700
Email: wdubanevich@napolibern.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Allison**                          represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Cubero**                              represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa Cubero**                              represented by

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jeanne Kolarik                  represented by  **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mark Bernheimer                 represented by  **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Arthur Alessandro              represented by  **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

John Delaney                    represented by  **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Patrick D'Alliegro             represented by  **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

John Botte                      represented by  **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Cynthia Shelto**                              represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Allen Andersen**                              represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sue Ann Andersen**                            represented by   **Sue Ann Andersen**
PRO SE

<u>**Plaintiff**</u>

**Cecelia Borcherding**                         represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Stephen Borcherding**                         represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Marcia Diaz**                                 represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Diaz**                              represented by    **W. Steven Berman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William Joseph Dubanevich**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles La Barbera**                        represented by    **William Joseph Dubanevich**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Langerin**                        represented by    **Harvey B Ginsberg**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip J. Pfersching**                      represented by    **W. Steven Berman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William Joseph Dubanevich**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Reynolds**                            represented by    **W. Steven Berman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William Joseph Dubanevich**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Reynolds**                             represented by    **Lisa Reynolds**
                                                                PRO SE

**Plaintiff**

**Joseph Cardinale**                          represented by    **Harvey B Ginsberg**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **W. Steven Berman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresita Cayatano**  represented by  **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Intartaglia**  represented by  **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Romanski**  represented by  **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Fuscaldo**  represented by  **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Donnelly**  represented by  **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Donnelly**  represented by  **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Foris**                                       represented by   **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Foris**                                        represented by   **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Cacchioli**                                represented by   **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louie Cacchioli**                                     represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresita Cayatano**                                   represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Aguglairo**                                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Agugliaro**                    represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred Gaillard**                    represented by **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ernest Medaglia**                    represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Medaglia**                    represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lionel Payette**                    represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Payette**                    represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ingrid Quagliariello**                    represented by    **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Quagliariello**                   represented by    **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lois Rice**                               represented by    **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Silechai**                          represented by    **Harvey B Ginsberg**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Squicciarini**                      represented by    **Harvey B Ginsberg**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Squicciarini**                   represented by    **Harvey B Ginsberg**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Anthony Compono                    represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sheila Compono                     represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

William Favata                     represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michele Hardin                     represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert Hardin                      represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jimmy Rosario                      represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toni Rosario**                    represented by  **Harvey B Ginsberg**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **W. Steven Berman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Schmitt**                 represented by  **Harvey B Ginsberg**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **W. Steven Berman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Schmitt**                represented by  **Harvey B Ginsberg**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **W. Steven Berman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John McLees**                     represented by  **Harvey B Ginsberg**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **William Joseph Dubanevich**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lenore Rauscher**                 represented by  **Harvey B.. Ginsberg**
                                                     Worby Groner Eleman &Napoli Bern LLP
                                                     115 Broadway – 12th Floor
                                                     New York, NY 10006
                                                     212–267–3700
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **W. Steven Berman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Philip Rauscher** | represented by | **Harvey B.. Ginsberg** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **W. Steven Berman** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **William Joseph Dubanevich** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John C. Sondey** | represented by | **Harvey B.. Ginsberg** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **W. Steven Berman** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **William Joseph Dubanevich** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Baiano** | represented by | **Edward L Marcowitz** |
| | | Barasch McGarry Salzman Penson &Lim |
| | | 11 Park Place #1801 |
| | | New York, NY 10007 |
| | | (212)−385−8000 |
| | | Fax: (212)−385−7845 |
| | | Email: ed@firelaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Bonvicino** | represented by | **Edward L Marcowitz** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Bou** | represented by | **Edward L Marcowitz** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Douglas Anderson** | represented by | **Andrew John Carboy , Sr** |
| | | Sullivan, Papain, Block, McGrath |
| | | &Cannavo |
| | | 120 Broadway, 18th Flr. |
| | | New York, NY 10271 |
| | | (212) 732−9000 |
| | | Fax: (212) 571−3903 |

Email: ACarboy@TrialLaw1.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Simon**                           represented by   **Denise Ava Rubin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Simon**                          represented by   **Denise Ava Rubin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Fritz**                          represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam J. Vilagos**                        represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yvonne Vilagos**                         represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Morales**                         represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Piotrowski**                     represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marguerite Piotrowski**                  represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Accetta**                         represented by   **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Steven Berman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Accetta**                     represented by  **Sharon Accetta**
                                                      PRO SE

**Plaintiff**

**Frank Gulotta**                      represented by  **Harvey B Ginsberg**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine Martin**                   represented by  **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Police Officer John McArdle**        represented by  **Harvey B Ginsberg**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Mcardle**                    represented by  **Harvey B Ginsberg**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Melendez**                   represented by  **Harvey B Ginsberg**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willaim Melendez**                   represented by  **Harvey B Ginsberg**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edna I. Muniz**                      represented by  **Harvey B Ginsberg**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raul Muniz**                              represented by   **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Pagliuca**                      represented by   **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Madden**                            represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maxine Madden**                           represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Pagliuca**                         represented by   **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Keane**                            represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Keane**                              represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Peppei**                          represented by

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Rhonda Peppei                        represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Detective Dino Polichetti            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

June Polichetti                      represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Auying Rivera                        represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Maureen Rodriguez                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Scharp**                    represented by     **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Scharp**                    represented by     **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Scharp**                    represented by     **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heidi Scheiner**                    represented by     **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Scotti**                    represented by     **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Scotti**                    represented by     **W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Stefanakos**                          represented by   **W. Steven Berman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William Joseph Dubanevich**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Towpash**                                represented by   **W. Steven Berman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William Joseph Dubanevich**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Tucker**                              represented by   **Harvey B Ginsberg**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **W. Steven Berman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Wuss**                                  represented by   **W. Steven Berman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William Joseph Dubanevich**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Staci Wuss**                                 represented by   **W. Steven Berman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William Joseph Dubanevich**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary DeSimone**                          represented by  **Harvey B Ginsberg**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Desimone**                        represented by  **Harvey B Ginsberg**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Misichia**                       represented by  **Harvey B Ginsberg**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Misischia**                        represented by  **Harvey B Ginsberg**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Poliseno**                       represented by  **Harvey B Ginsberg**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Poliseno**                      represented by  **Harvey B Ginsberg**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Rice**                            represented by  **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Rivera**                         represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                  **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Rodriguez**                  represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                  **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Imparato**                         represented by  **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Imparato**                      represented by  **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cathy Mongiello**                      represented by  **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Mongiello**                      represented by  **Kevin Mongiello**
PRO SE

**Plaintiff**

**Patricia A. Hawkins**                    represented by   **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott A. Hawkins**                       represented by   **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Brannick**                         represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Brown**                            represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Carannante**                      represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Carpentier**                      represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Ceserano**                          represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Conlon**                         represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phyliss Costarella**                     represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Damitz**                          represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Delbianco**                    represented by **Edward L Marcowitz**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lenny Dinotte**                        represented by **Edward L Marcowitz**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Donovan**                       represented by **Edward L Marcowitz**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy Edwards**                          represented by **Edward L Marcowitz**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Falcone**                       represented by **Edward L Marcowitz**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nelson Garcia**                        represented by **Edward L Marcowitz**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Girodano**                     represented by **Edward L Marcowitz**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Goffredo**                      represented by **Edward L Marcowitz**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Gutierrez**                     represented by **Edward L Marcowitz**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Otto Havell, III**                     represented by **Edward L Marcowitz**
                                          (See above for address)
                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Henri**                          represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Austin C. Johnson**                     represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Omar Malave**                           represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Menoni**                           represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mickey Nardiello**                      represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Ozello**                          represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Perry**                          represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Rullan**                           represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Perry**                          represented by   **Edward L Marcowitz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Russo**                         represented by   **Edward L Marcowitz**
                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Snyder**                            represented by   **Edward L Marcowitz**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexis Solomon**                           represented by   **Edward L Marcowitz**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Pankey**                              represented by   **Edward L Marcowitz**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Garcia**                            represented by   **Stephen Jeffrey Riegel**
*individually and as representatives of a*                    Weitz and Luxenburg, P.C.
*class of individuals similarly situated.*                    120 Wall St.
                                                              New York, NY 10005
                                                              (212)–558–5838
                                                              Fax: (212) 344–5461
                                                              Email: sriegel@zsz.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Lombardi**                            represented by   **Stephen Jeffrey Riegel**
*individually and as representatives of a*                    (See above for address)
*class of individuals similarly situated.*                    *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hasan A. Muhammad**                         represented by   **Stephen Jeffrey Riegel**
*individually and as representatives of a*                    (See above for address)
*class of individuals similarly situated.*                    *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roberto Ramos, Jr.**                        represented by   **Stephen Jeffrey Riegel**
*individually and as representatives of a*                    (See above for address)
*class of individuals similarly situated.*                    *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael R. Basile**                         represented by   **Andrew John Carboy , Sr**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas E. Carlstrom**                       represented by   **Stephen Jeffrey Riegel**
                                                              (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy O'Neill**                    represented by   **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert O'Neill**                   represented by   **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Telma Alvarado**                   represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Asinelli**                  represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Asinelli**                   represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Barnes**                     represented by   **Denise Ava Rubin**
                                                      Worby, Groner, Edelman &Napoli Bern
                                                      L.L.P.
                                                      115 Broadway
                                                      12th Floor
                                                      New York, NY 10006
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James S. Barnes**                    represented by  **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Danzi**                       represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gabriel Masaracchia**                represented by  **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Danzi**                       represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John DiFalco**                       represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Rohr**                       represented by  **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy DiFalco**                      represented by  **W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Rohrbeck**     represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Agustin Diaz**     represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Doll**     represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Doll**     represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Glynn**     represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Glynn**     represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Sellick**     represented by

**Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Grisolia**                    represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Aridzzone**                 represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joann Grisolia**                   represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Groth**                      represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Groth**                      represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Haver**                    represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Haver**                       represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jo Ann Lavery**                                  represented by  **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Manuel Luna**                                    represented by  **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jessica Macaluso**                               represented by  **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Daniel Mahlmann**                                represented by  **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Tracey L. Mahlmann**                             represented by  **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Bryan McElwain**                                 represented by  **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Felicia McElwain**                               represented by  **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Carolyn McGuire**                                represented by  **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Robert McGuire**                                 represented by  **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jane McKenna**                                   represented by  **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John McKenna**                          represented by   **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Joann McMahon**                         represented by   **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**John McMahon**                          represented by   **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sharon Brenseke**                       represented by   **Harvey B Ginsberg**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Steven Brenseke**                       represented by   **Harvey B Ginsberg**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Christine Comerford**                   represented by   **Harvey B Ginsberg**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**John Comerford**                        represented by   **Harvey B Ginsberg**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **W. Steven Berman**
                                                         (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Edward Donnelly**                    represented by   **Harvey B Ginsberg**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Linda Donnelly**                     represented by   **Harvey B Ginsberg**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**James Fusco**                        represented by   **Harvey B Ginsberg**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**John Mills**                         represented by   **Harvey B Ginsberg**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Margaret Mills**                     represented by   **Harvey B Ginsberg**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Jennifer Morales**                   represented by   **Harvey B Ginsberg**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Morales**                   represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adilline Navarro**                   represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felix Navarro**                      represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Olsen**                       represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kumarie Rampersad**                  represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sunil Rampersad**                    represented by   **Harvey B Ginsberg**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sybil Richardson**                   represented by   **Harvey B Ginsberg**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Richardson**                  represented by   **Harvey B Ginsberg**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald O. Thompson**                 represented by   **Harvey B Ginsberg**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Majorie Thompson**                   represented by   **Harvey B Ginsberg**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Clarke**                     represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                              **William Joseph Dubanevich**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vienna Clarke**                represented by  **W. Steven Berman**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **William Joseph Dubanevich**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Dadabo**                  represented by  **Harvey B Ginsberg**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **W. Steven Berman**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorraine Dadabo**              represented by  **Harvey B Ginsberg**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **W. Steven Berman**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Lutfi**                   represented by  **Harvey B Ginsberg**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elliott Miller**               represented by  **W. Steven Berman**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **William Joseph Dubanevich**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Lutfi**                 represented by  **Harvey B Ginsberg**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Nacarlo**                    represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loan Murray**                    represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Nacarlo**                    represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Errol Rampersad**                    represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Parbatee Rampersad**                    represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Boroido Rivera**                    represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

W. Steven Berman
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Roberts**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Desmond Loughran**                    represented by   **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Vasconi**                        represented by   **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Vasconi**                       represented by   **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emil Borg**                           represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maylee Borg**                         represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Holahan**                     represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Holahan**                       represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Puppa**

represented by **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Glenn Puppa**

represented by **Harvey B.. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ursula Hubert**

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Michael Hurbert**

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Catherine Keir**

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James Keir**

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Cindy Mastrota**

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Frank Mastrota**

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**George Faller**

represented by **Andrew John Carboy , Sr**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Faller**                          represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Crowell**                          represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ada R. Aparicio**                          represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Murray**                            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Aparicio**                          represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Bigi**                              represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna J. Bigi**                            represented by

**Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew F. Carson**                    represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie M. Carson**                    represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Coleman**                    represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy Coleman**                    represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Duval**                    represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Duval**                                    represented by   **Harvey B Ginsberg**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Griffin**                                  represented by   **Harvey B Ginsberg**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Griffin**                               represented by   **Harvey B Ginsberg**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Celeste Haas**                                   represented by   **Harvey B Ginsberg**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Haas**                                     represented by   **Harvey B Ginsberg**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Hearn**                                    represented by   **Harvey B Ginsberg**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Hearn**                                 represented by   **Harvey B Ginsberg**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Huhn Hewson**                              represented by   **Harvey B Ginsberg**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Hewson**                                 represented by   **Harvey B Ginsberg**
                                                                    (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ellen Lanigan**                    represented by    **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ellen Lanigan**                    represented by    **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Lynch**                         represented by    **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Lynch**                            represented by    **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Brigante**                      represented by    **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Cappello**                        represented by    **Denise Ava Rubin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Carpenteri**                       represented by    **Denise Ava Rubin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Kear**                                    represented by    **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher O'Rourke**                         represented by    **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Palmeri**                            represented by    **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wendy Henry**                                  represented by    **Wendy Henry**
                                                                    PRO SE

**Plaintiff**

**Joseph Leahy**                                 represented by    **Joseph Leahy**
                                                                    PRO SE

**Plaintiff**

**Sandra Leahy**                                 represented by    **Sandra Leahy**
                                                                    PRO SE

**Plaintiff**

**Allison Edwards**                              represented by    **Allison Edwards**
                                                                    PRO SE

**Plaintiff**

**William Edwards**                              represented by    **William Edwards**
                                                                    (#99–A–0650)
                                                                    Upstate Correctional Facility
                                                                    P.O. Box 2001
                                                                    Malone, NY 12953
                                                                    PRO SE

**Plaintiff**

**Patrick Arcese**                               represented by    **Ryan Seth Goldstein**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Perez**                              represented by **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James Cooney**                              represented by **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Samuel Provisero**                          represented by **Dario Anthony Chinigo**
*TERMINATED: 03/04/2011*                                    Hofmann &Associates
                                                            360 West 31st Street
                                                            Suite 1506
                                                            New York, NY 10001–2727
                                                            (212)465–8840
                                                            Fax: (212)465–8849
                                                            Email: dariochinigo@hofmannlawfirm.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Denise Ava Rubin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Paul T. Hofmann**
                                                            Hofmann &Associates
                                                            360 West 31st Street
                                                            Suite 1506
                                                            New York, NY 10001–2727
                                                            (212)465–8840
                                                            Fax: (212)465–8849
                                                            Email: Paulhofmann@hofmannlawfirm.com
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Susan Marie Provisero**                     represented by **Dario Anthony Chinigo**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Denise Ava Rubin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Denise Esposito**                           represented by **Ryan Seth Goldstein**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Robert Esposito**                           represented by

**Ryan Seth Goldstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doug R. Horning**                    represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Kelly**                        represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benito Berrios, Jr.**                represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chaundolyne Mack**                   represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Maggiani**                     represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nabil Hussain**                      represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Giganti**                    represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josehine Damato**                    represented by **W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Damato**                                  represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Fernandez**                                represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Police Officer Joseph Nolan**                     represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lana Nolan**                                      represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mickey McFarland**                                represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Wint**                                     represented by **W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Mulcahey**                     represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Siano**                    represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Siano**                       represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen L. Simpson**                   represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Correction William Simpson**         represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

James A. Howard                                    represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

Elizabeth Stewart                                  represented by   **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

Richard Maiorino                                   represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

P.O. James Monahan                                 represented by   **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

John Urso                                          represented by   **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

William Schillinger                                represented by   **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

Kathy Slizewski                                    represented by   **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Slizewski**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred MacDonald**                    represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly MacDonald**                    represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori McPartland**                    represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael McPartland**                    represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgar Mendez**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tasha Mendez**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher O'Donnell**   represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie O'Donnell**   represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ana Fox**   represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Fox**   represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Cirino**   represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Cirino**   represented by   **W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Kelly**                    represented by **William Joseph Dubanevich**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shane Dresser**                   represented by **W. Steven Berman**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **William Joseph Dubanevich**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick McVey**                   represented by **William Joseph Dubanevich**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Misciagna**           represented by **W. Steven Berman**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **William Joseph Dubanevich**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Collins**                   represented by **W. Steven Berman**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **William Joseph Dubanevich**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Curcio**                    represented by **Debra Curcio**
                                    *PRO SE*

**Plaintiff**

**Peter Curcio**                    represented by **Peter Curcio**
                                    *PRO SE*

**Plaintiff**

Patricia M. DiGiovanni                    represented by   **Patricia M. DiGiovanni**
                                                           PRO SE


**Plaintiff**

Kathleen Fullam                           represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

James Fullam                              represented by   **James Fullam**
                                                           PRO SE


**Plaintiff**

Jacqueline Miller                         represented by   **Jacqueline Miller**
                                                           PRO SE


**Plaintiff**

James Miller                              represented by   **James Miller**
                                                           92–A–6568
                                                           354 Hunter St
                                                           Ossining, NY 10562–5442
                                                           PRO SE


**Plaintiff**

Trustee James Mullen                      represented by   **James Mullen**
                                                           PRO SE


**Plaintiff**

Kim Mullen                                represented by   **Kim Mullen**
                                                           PRO SE


**Plaintiff**

John Murphy                               represented by   **John Murphy**
                                                           PRO SE


**Plaintiff**

Suzanne Murphy                            represented by   **Suzanne Murphy**
                                                           PRO SE


**Plaintiff**

Dan Potter                                represented by   **Dan Potter**
                                                           PRO SE


**Plaintiff**

Jean Potter                               represented by   **Jean Potter**
                                                           PRO SE


**Plaintiff**

James Service                             represented by   **James Service**
                                                           PRO SE


**Plaintiff**

Rebecca Service                           represented by   **Rebecca Service**
                                                           PRO SE

**Plaintiff**

John Condon                          represented by   **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

Cynthia Vitera                       represented by   **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

Barry Buss                           represented by   **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

Jeanette Buss                        represented by   **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

Christine Lavin                      represented by   **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

Michael Lavin                        represented by   **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

Diane Hoch Sankey                    represented by   **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

William J. Sankey                    represented by   **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

Nancy Murphy                         represented by   **Andrew John Carboy , Sr**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

Dawn D'Agostino                      represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip D'Agostino**                    represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bozena Kajewska–Pielarz**              represented by  **Bozena Kajewska–Pielarz**
PRO SE

**Plaintiff**

**Joesf Pielarz**                        represented by  **Joesf Pielarz**
PRO SE

**Plaintiff**

**Christine Panarella**                  represented by  **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Panarella**                    represented by  **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Scallo**                        represented by  **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Scallo**                         represented by  **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Condon**                          represented by  **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Colgan**                       represented by  **Andrew John Carboy , Sr**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick J. Colgan**                    represented by    **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John R. O'Keefe**                      represented by    **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra O'Keefe**                       represented by    **Andrew John Carboy , Sr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Khemraj Singh**                        represented by    **Khemraj Singh**
                                                           PRO SE

**Plaintiff**

**Antonio Martino**                      represented by    **Antonio Martino**
                                                           PRO SE

**Plaintiff**

**Nicole Martino**                       represented by    **Nicole Martino**
                                                           PRO SE

**Plaintiff**

**James Baumann**                        represented by    **James Baumann**
                                                           PRO SE

**Plaintiff**

**Richard Bittles**                      represented by    **Richard Bittles**
                                                           PRO SE

**Plaintiff**

**Cesar Bonilla**                        represented by    **Harvey B Ginsberg**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Bonilla**                       represented by    **Harvey B Ginsberg**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **W. Steven Berman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Gilroy**                            represented by    **Harvey B Ginsberg**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Gilroy**                           represented by    **Harvey B Ginsberg**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Rodriguez**                         represented by    **Harvey B Ginsberg**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marguerita Rodriguez**                     represented by    **Harvey B Ginsberg**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Callaghan**                         represented by    **Harvey B Ginsberg**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**P.O. John Harkins**                        represented by    **Harvey B Ginsberg**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Kerrigan**                           represented by    **Harvey B Ginsberg**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

Case 12-2974, Document 1, 07/27/2012, 664952, Page291 of 1806

**Plaintiff**

**Iris Lopez**                              represented by  **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret O'Keefe**                        represented by  **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Marks**                              represented by  **John Marks**
                                                            PRO SE

**Plaintiff**

**Lisa Marks**                              represented by  **Lisa Marks**
                                                            PRO SE

**Plaintiff**

**Anthony Marden**                          represented by  **Anthony Marden**
                                                            PRO SE

**Plaintiff**

**Theodore Sergio**                         represented by  **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Marden**                        represented by  **Christina Marden**
                                                            PRO SE

**Plaintiff**

**Kathleen Doerler**                        represented by  **Kathleen Doerler**
                                                            PRO SE

**Plaintiff**

**William Unger**                           represented by  **Harvey B Ginsberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Bieber**                          represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deirdre O'Donnell**                      represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph O'Donnell**                       represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allen Akers**                            represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Akers**                             represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert Pate**                           represented by   **Suzanne Melissa Scott**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Panarella**                       represented by   **Suzanne Melissa Scott**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Bubelnik**                        represented by

Andrew John Carboy , Sr
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Harrison**                    represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yvonne Leon**                       represented by   **Ryan Seth Goldstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Garrett**                    represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Labetti**                     represented by   **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Labetti**                   represented by   **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Rooney**                    represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Penny Rooney**                      represented by   **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Rohr**                         represented by   **Andrew John Carboy , Sr**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**James Melendez**                    represented by  **Ryan Seth Goldstein**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Edward Galanek**                    represented by  **Ryan Seth Goldstein**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Luz Cardona**                       represented by  **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Elizabeth Connolly**                represented by  **Elizabeth Connolly**
                                                      PRO SE

**Plaintiff**
**James Connolly**                    represented by  **James Connolly**
                                                      PRO SE

**Plaintiff**
**Catherine Musto**                   represented by  **Catherine Musto**
                                                      PRO SE

**Plaintiff**
**Louis Musto**                       represented by  **Louis Musto**
                                                      PRO SE

**Plaintiff**
**Gerald Quill**                      represented by  **Gerald Quill**
                                                      PRO SE

**Plaintiff**
**Linda Quill**                       represented by  **Linda Quill**
                                                      PRO SE

**Plaintiff**
**NYC Police Officer Edward
Scharfberg**                          represented by  **Edward Scharfberg**
                                                      PRO SE

**Plaintiff**
**Marylee Scharfberg**                represented by  **Marylee Scharfberg**
                                                      PRO SE

**Plaintiff**
**Christine Voce**                    represented by  **Christine Voce**
                                                      PRO SE

**Plaintiff**

Case 12-2974, Document 1, 07/27/2012, 664962, Page295 of 1806

Gregory Voce

represented by **Gregory Voce**
PRO SE

**Plaintiff**

Cora Weihs

represented by **Cora Weihs**
PRO SE

**Plaintiff**

Joseph Weihs

represented by **Joseph Weihs**
PRO SE

**Plaintiff**

Suzanne Worontzoff

represented by **Suzanne Worontzoff**
PRO SE

**Plaintiff**

Walter Worontzoff

represented by **Walter Worontzoff**
PRO SE

**Plaintiff**

Anna Zecca

represented by **Anna Zecca**
PRO SE

**Plaintiff**

George Zecca

represented by **George Zecca**
PRO SE

**Plaintiff**

Barbara Lopez

represented by **Barbara Lopez**
PRO SE

**Plaintiff**

Manuel Lopez

represented by **Manuel Lopez**
PRO SE

**Plaintiff**

Thomas Lennon

represented by **Thomas Lennon**
PRO SE

**Plaintiff**

Aida Valdiulezo–Nieto

represented by **Aida Valdiulezo–Nieto**
PRO SE

**Plaintiff**

Edward Learning

represented by **Edward Learning**
PRO SE

**Plaintiff**

Victoria Learning

represented by **Victoria Learning**
PRO SE

**Plaintiff**

Hamide Cagatay

represented by **Hamide Cagatay**
PRO SE

**Plaintiff**

**Zebebulah Cagatay**                     represented by  **Zebebulah Cagatay**
                                                          PRO SE

<u>**Plaintiff**</u>
**Jose Calle**                            represented by  **Jose Calle**
                                                          PRO SE

<u>**Plaintiff**</u>
**Rudolph Geiger**                        represented by  **Rudolph Geiger**
                                                          PRO SE

<u>**Plaintiff**</u>
**Bozena Kajewska–Pielarz**               represented by  **Bozena Kajewska–Pielarz**
                                                          (See above for address)
                                                          PRO SE

<u>**Plaintiff**</u>
**Joesf Pielarz**                         represented by  **Joesf Pielarz**
                                                          (See above for address)
                                                          PRO SE

<u>**Plaintiff**</u>
**Carolyn Bryson**                        represented by  **Carolyn Bryson**
                                                          PRO SE

<u>**Plaintiff**</u>
**Robert Mule**                           represented by  **Robert Mule**
                                                          PRO SE

<u>**Plaintiff**</u>
**Charity Oberdier**                      represented by  **Charity Oberdier**
                                                          PRO SE

<u>**Plaintiff**</u>
**Jeffrey Oberdier**                      represented by  **Jeffrey Oberdier**
                                                          PRO SE

<u>**Plaintiff**</u>
**Deborah Scotto**                        represented by  **Deborah Scotto**
                                                          PRO SE

<u>**Plaintiff**</u>
**Dominick Scotto**                       represented by  **Dominick Scotto**
                                                          PRO SE

<u>**Plaintiff**</u>
**Louis Quadrino**                        represented by  **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>
**Sonia Quadrino**                        represented by

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael J. Surianello                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Frank Danetra                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

John Warren                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sheryl Warren                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Edwin Pagan                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Kemmet**                           represented by   **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doell Kemmet**                            represented by   **Doell Kemmet**
                                                            PRO SE

**Plaintiff**

**Ferdinand Sanchez**                       represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Sanchez**                           represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Valentin**                          represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Valentin**                        represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophie McGill**                           represented by   **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary McGrory**       represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Heitz**       represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth Marie Heitz**       represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Dalton**       represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William English**       represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chief Robert McCracken**       represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Lane**       represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Divis**       represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Destefano**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Patricia Cantos**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Saccomagno**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Dell'accio**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ilkhah Dell'accio**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**June Dibetta**                          represented by **W. Steven Berman**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **William Joseph Dubanevich**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John McGill**                           represented by **William Joseph Dubanevich**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert McGrory**                        represented by **William Joseph Dubanevich**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Delgado**                          represented by **W. Steven Berman**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **William Joseph Dubanevich**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Cicero**                        represented by **Andrew John Carboy , Sr**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Cicero**                         represented by **Andrew John Carboy , Sr**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna O'Byrne**                         represented by **Andrew John Carboy , Sr**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael O'Byrne**                       represented by **Andrew John Carboy , Sr**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Ryan**                         represented by **W. Steven Berman**
                                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrence Ryan**                          represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Colgan**                         represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick J. Colgan**                      represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Condon**                            represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Vitera**                         represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Condon**                            represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Scallo**                          represented by **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Scallo**                           represented by **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Panarella**           represented by   **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Panarella**         represented by   **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bozena Kajewska–Pielarz**     represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joesf Pielarz**                 represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Scallo**                 represented by   **Frank Scallo**
PRO SE

**Plaintiff**

**John Murphy**                represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Murphy**            represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John J. Murphy**            represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Hoch Sankey**        represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William J. Sankey**                    represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ronald Brandt**                        represented by   **Marc Jay Bern**
                                                          Napoli Bern Ripka Shkolnik, LLP
                                                          350 Fifth Avenue
                                                          New York, NY 10118
                                                          (212) 267–3700
                                                          Fax: (212)–513–7320
                                                          Email: mjbern@napolibern.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Christine Lavin**                      represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michael Lavin**                        represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Barry Buss**                           represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jeanette Buss**                        represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Paul Caminiti**                        represented by   **Marc Jay Bern**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kevin O'Brien**                        represented by   **Andrew John Carboy , Sr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Patrick Coleman**                      represented by   **Marc Jay Bern**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Patricia O'Brien**                     represented by  **Andrew John Carboy , Sr**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Allen Akers**                          represented by  **Andrew John Carboy , Sr**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Robert Cooke**                         represented by  **Marc Jay Bern**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Mary Akers**                           represented by  **Andrew John Carboy , Sr**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Margaret Dowdle**                      represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Thomas Dowdle**                        represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Deirdre O'Donnell**                    represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Joseph O'Donnell**                     represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Walter Bieber**      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Claudette Cruickshank–Davis**      represented by   **Marc Jay Bern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Herbert Pate**      represented by   **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Robert Panarella**      represented by   **Suzanne Melissa Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Ellen Collins**      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**William Collins**      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Christopher Misciagna**      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick McVey**                  represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shane Dresser**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kelley**                 represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dee A. Fraley**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald E. Fraley**               represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Greco**                   represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judy Greco**                     represented by   **William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Francis**                          represented by  **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karina A. Francis**                      represented by  **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Diaz**                            represented by  **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Diaz**                             represented by  **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Dabreu**                           represented by  **Marc Jay Bern**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Divirgilio**                     represented by  **Marc Jay Bern**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Ingenito**                         represented by

**Marc Jay Bern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Pluchino**                    represented by   **Marc Jay Bern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Schuman**                      represented by   **Marc Jay Bern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome Willis**                       represented by   **Marc Jay Bern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Fernandez**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Fernandez**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angie Febres**                        represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Hynes**                   represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Hynes**                                    represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Henderson**                              represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Henderson**                                represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryanne Hinchy**                                represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George O'Connor**                                represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kapezak, Allison**                               represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kapezak, Steven**                                represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Imbornoni**                                 represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Imbornoni**                               represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daisy Ibanez**                                    represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diomedes Ibanez**                                 represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doreen Kozak**                                    represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Knight**                                    represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roxanne Knight**                                  represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Kuchler**                             represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Soojin Kuchler**                                  represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Leibowitz**                               represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Leibowitz**                                represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony O'Brien**                                 represented by   **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia O'Brien**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrance Frontis**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Ligotti**                     represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jay Levine**                          represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria O'Neill**                       represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas O'Neill**                      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judy Chin**                             represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tommy Chin**                            represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Lonnberg**                      represented by   **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Lonnberg**                       represented by   **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Lovergine**                   represented by   **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Lovergine**                       represented by   **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Kazlauskas**                  represented by   **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome Kazlauskas**                     represented by   **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josehine Damato**                     represented by   **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Damato**                      represented by   **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Giganti**                     represented by   **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Andre Liferidge**               represented by   **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Havelka**                    represented by   **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rudolf Havelka**                      represented by   **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Antonio Silva**                       represented by   **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Esperanza Silva**                    represented by **W. Steven Berman**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **William Joseph Dubanevich**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana Trinidad**                     represented by **W. Steven Berman**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **William Joseph Dubanevich**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edictor Trinidad**                   represented by **W. Steven Berman**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **William Joseph Dubanevich**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Sheppard**                    represented by **W. Steven Berman**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **William Joseph Dubanevich**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Sheppard**                  represented by **W. Steven Berman**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **William Joseph Dubanevich**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemary Johnson**                   represented by **William Joseph Dubanevich**
                                       (See above for address)
                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnson, Stephen**      represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine R. Sabatasso**      represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Ryan**      represented by    **Harvey B. Ginsberg**
Law Office of Harvey B. Ginsberg
661 Bellmore Avenue
East Meadow, NY 11554
(516) 414–2935
Fax: (516)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Holly Mulhern**      represented by    **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Mulhern**      represented by    **Harvey B. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Sullivan**      represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jimmie Sullivan**      represented by    **Harvey B Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Haddock**                          represented by   **Harvey B Ginsberg**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zenobia Walji**                           represented by   **Harvey B Ginsberg**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **W. Steven Berman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Lenigan**                            represented by   **Harvey B Ginsberg**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeaan Marie Whelan**                      represented by   **Harvey B Ginsberg**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Whelan**                          represented by   **Harvey B Ginsberg**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **W. Steven Berman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alinda Durkin**                           represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Durkin**                             represented by   **Andrew John Carboy , Sr**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony D'Angelo**                        represented by   **W. Steven Berman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura D'Angelo**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barry Felder**                      represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Glaudino**                   represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Faust**                        represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemarie Faust**                   represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Wassil**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Wassil**                                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Luciani**                                  represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Todd Lum**                                         represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Zephrine**                                   represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josephine Zephrine**                               represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denene Ferguson**                                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Hutchinson**                          represented by   **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Don Hutchinson**                            represented by   **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Hughes**                            represented by   **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Hutchinson**                      represented by   **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Hutchinson**                         represented by   **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Zollner**                            represented by   **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Imie Zollner**                              represented by   **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Police Officer Joseph Nolan**               represented by   **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lana Nolan**                              represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mickey McFarland**                        represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Wint**                              represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Wint**                             represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Mulcahey**                          represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Mulcahey**                        represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Siano**                     represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Siano**                        represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen L. Simpson**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Correction William Simpson**          represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Hock**                            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Hock**                         represented by   **William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Howard**

represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Stewart**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert Stewart**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Fittipaldi**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyrone Lott**

represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Lonnborg**

represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Woods**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dominick Rutigliano**                    represented by  **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joelle Rutigliano**                      represented by  **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Schilling**                    represented by  **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Schilling**                      represented by  **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Solis**                            represented by  **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucio Solis**                            represented by

W. Steven Berman
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louise McNiece**                     represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick McNiece**                    represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Farrugia**                     represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Farrugia**                     represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Farrugia**                     represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Tracy**                     represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Peter Tracy                    represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard Passaretti             represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard Maiorino              represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Gary Toles                     represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Karline Toles                  represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Daniel Magrino                 represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Virginia McGill**                          represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Keith McGill**                             represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Christopher Murphy**                       represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Gary Mangiapia**                           represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Paul Mazzilli**                            represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**P.O. James Monahan**                       represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**John Urso**                                represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Stephanie Urso**                           represented by **W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Anne Schillinger**                     represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Schillinger**                      represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy Slizewski**                          represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Slizewski**                        represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred MacDonald**                         represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly MacDonald**                          represented by **William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori McParland**                          represented by    **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael McParland**                       represented by    **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgar Mendez**                            represented by    **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darren Brindisi**                         represented by    **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alviri Foster**                           represented by    **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Gauci**                            represented by    **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edna I. Muniz**                              represented by   **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **William Joseph Dubanevich**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raul Muniz**                                 represented by   **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **William Joseph Dubanevich**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher O'Donnell**                      represented by   **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **William Joseph Dubanevich**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie O'Donnell**                        represented by   **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **William Joseph Dubanevich**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hugh Bradshaw**                              represented by   **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **William Joseph Dubanevich**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Greeff**                         represented by   **William Joseph Dubanevich**
                                                               (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Capenito**                    represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Carpenito**                  represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Farrell**                    represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alisa Columbia**                   represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Columbia**                   represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pete Franzone**                    represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Cozza**      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Cozza**      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luz Botero**      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Cuneo**      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cory Cuneo**      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Conroy**      represented by   **W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Suzanne Conroy                        represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Tyrell Anderson                       represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Dominic Bonomonte                     represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Maria Asencio                         represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Luigi Cuffari                         represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Cuffari**                          represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annabel Baratta**                         represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Baratta**                         represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy Barefield**                           represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sybel Barefield**                         represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Cunningham**                    represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Cunningham**                          represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Bullen**                             represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Bullen**                               represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Corbett**                           represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick F. Corbett**                          represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Leary**                          represented by  **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Santy Bermudez**                         represented by  **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bridget Cacavio**                        represented by  **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Cacavio**                         represented by  **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Georgina Cowell**                        represented by  **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Cowell**                          represented by  **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Fragapane**
                                         represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vera Fragapane**
                                         represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Holly Andersen**
                                         represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Andersen**
                                         represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gail Corrao**
                                         represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Corrao**
                                         represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Gugielmo**                        represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philomeni Gugielmo**                      represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Desimone**                         represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krista Desimone**                         represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Glacken**                           represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Cinquemani**                        represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Cinquemani**                       represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Giordano**                    represented by    **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marisa Giordano**                     represented by    **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerard Gavin**                        represented by    **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Gavin**                          represented by    **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Donato**                       represented by    **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greg Donato**                         represented by    **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Criollo**                                    represented by  **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Maria Criollo**                                   represented by  **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Louis Buglione**                                  represented by  **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Winifred Buglione**                               represented by  **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Louis Gyuris**                                    represented by  **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nicholas Boscaino**                               represented by  **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Christine Carver**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Thomas Carver**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Richrd Blasi**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Thomas Cooke**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Cynthia Cooke**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**John Antoniades**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greg Donato**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Cummo**                  represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Cummo**                represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**De'Andre Berry**                 represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renee Berry**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Cangemie**                   represented by    **W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emanuel Cangemie**                   represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Valdez**                      represented by   **Rafael Valdez**
PRO SE

**Plaintiff**

**Manuel Checo**                       represented by   **Manuel Checo**
PRO SE

**Plaintiff**

**Darren C. Harkins**                  represented by   **Darren C. Harkins**
PRO SE

**Plaintiff**

**Robert Castorena**                   represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorenzo Arellano**                   represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tricia Arellano**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Bavaro**                                    represented by   **W. Steven Berman**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **William Joseph Dubanevich**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Franzolin**                                 represented by   **W. Steven Berman**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **William Joseph Dubanevich**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Fernandez**                                  represented by   **W. Steven Berman**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **William Joseph Dubanevich**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Fernandez**                                   represented by   **W. Steven Berman**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **William Joseph Dubanevich**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Pope**                                        represented by   **W. Steven Berman**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **William Joseph Dubanevich**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Knox**                                      represented by   **William Joseph Dubanevich**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Franzi**                          represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James W. Brereton**                     represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Brereton**                       represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Fleming**                        represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Fleming**                        represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Fleming**                        represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Betro**                                  represented by  **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **William Joseph Dubanevich**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Betro**                                represented by  **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **William Joseph Dubanevich**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Edelman**                              represented by  **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **William Joseph Dubanevich**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. Delia Mannix**                            represented by  **William Joseph Dubanevich**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Mannix**                             represented by  **William Joseph Dubanevich**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ana Fox**                                    represented by  **W. Steven Berman**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **William Joseph Dubanevich**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Fox**                                 represented by

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher Cirino            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Donna Cirino            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Beverly Hovell            represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard Hovell            represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Charles Maxwell            represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Debbi Maxwell            represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Cristine Papasodero            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Papasodero**                          represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian McGeever**                              represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ileana McGeever**                             represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Stacey**                              represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Stacey**                            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Martz**                                 represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Valletta**                            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alma I. McCahey**                  represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard McCahey**                  represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dianne Masino**                    represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Masino**                     represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kendrick**                 represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Kirchner**                    represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Kirchner**                  represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dale Pizzo**                       represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Pizzo**                          represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenniffer Schojan**                    represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenniffer Schojan**                    represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Schojan**                        represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna–Marie Gullo**                    represented by  **Donna–Marie Gullo**
                                                         PRO SE

**Plaintiff**

**Karin Fox–Taitt**                      represented by  **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia DeJesus**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre Escalera**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Stacey**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Stacey**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elisabeth Mancini**

represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ron Mancini**

represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Enrique Cruz**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gladys Cruz**                                  represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Medina**                                  represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lissette Medina**                              represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Lynott**                                  represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Lynott**                              represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Lynott**                                  represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike Melillo**                                 represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Melillo**                                represented by    **W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erasmo Maddalena**                    represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Riegert**                     represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russell Riegert**                     represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerry Smith**                         represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Salamone**                      represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jodie Salamone**                      represented by **W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ilyse H. Ruiz**                                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Ruiz**                                       represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Moran**                                     represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Moran**                                      represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Petrella**                               represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Oetting**                    represented by    **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Oetting**                     represented by    **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Silvia Castillo**                     represented by    **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Sere**                        represented by    **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Healy**                        represented by    **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Hughes**                        represented by    **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerry Hughes**                        represented by    **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Serevino**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lizette Carvajal**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Harris**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Mullaney**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regis Mullaney**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Flora Priolo**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Priolo**                                        represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Walters**                                       represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Star Walters**                                       represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irene O'Donnell**                                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Langone**                                    represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Langone**                                      represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Langone**                          represented by   **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheri Rotondi**                          represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Rotondi**                           represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Ryan**                         represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Ryan**                           represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Mladinich**                        represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loretta Mendez**                     represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy Mendez**                         represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delia Lopez–Stull**                  represented by   **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Lopez–Stull**                 represented by   **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Munro**                       represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandy Munro**                        represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Nemeh**                       represented by   **W. Steven Berman**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sandra Nemeh                          represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Steven Nemeh                          represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Dara Moore                            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Frances Moore                         represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Stanislav Shalomov                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vera Shalomov**                    represented by   **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Quinones**                  represented by   **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raphael Quinones**                 represented by   **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah A. Boswell**               represented by   **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Boswell**                   represented by   **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Boswell**                   represented by   **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Melendez**                              represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarita Melendez**                              represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luigi Bruschi**                                represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Bruschi**                                represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arlene Feola**                                 represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Feola**                          represented by **W. Steven Berman**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **William Joseph Dubanevich**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dominick Capuano**                      represented by **W. Steven Berman**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **William Joseph Dubanevich**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Capuano**                         represented by **W. Steven Berman**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **William Joseph Dubanevich**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Capuano**                         represented by **W. Steven Berman**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **William Joseph Dubanevich**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Bruno**                           represented by **W. Steven Berman**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **William Joseph Dubanevich**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Bruno**                          represented by **W. Steven Berman**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **William Joseph Dubanevich**
                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Darmiento**                    represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Darmiento**                      represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DonnaMarie Nolan**                       represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Nolan**                            represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennyfer Nagle**                         represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Nagle**                             represented by   **W. Steven Berman**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Denise Rushmore                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Russel Rushmore                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Denise Rushmore                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Evelyn Ruiz                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Juan Ruiz                    represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Andrea Bowles                    represented by   **W. Steven Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Bowles**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lamont Daniel**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Daniels**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Doherty**                     represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Daniel**                     represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Doherty**                                  represented by   **W. Steven Berman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Doherty**                                 represented by   **W. Steven Berman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Camarda**                                 represented by   **W. Steven Berman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Camarda**                                represented by   **W. Steven Berman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Dwyer**                               represented by   **W. Steven Berman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Dwyer**                                 represented by   **W. Steven Berman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael McDaniel**                    represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon McDaniel**                    represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Cruz**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Buirkle**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Buirkle**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Gannon**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Gannon**                    represented by **W. Steven Berman**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **William Joseph Dubanevich**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorraine Burke**                    represented by **W. Steven Berman**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **William Joseph Dubanevich**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Neuman**                      represented by **W. Steven Berman**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **William Joseph Dubanevich**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Neuman**                    represented by **W. Steven Berman**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **William Joseph Dubanevich**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mariana Ortega**                    represented by **W. Steven Berman**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **William Joseph Dubanevich**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Segundo Ortega**                    represented by **W. Steven Berman**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                                   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Ruiz**                    represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Irving**                 represented by  **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen T. Irving**              represented by  **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Regan**                 represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Regan**               represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Antonio Andreotti**            represented by  **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Andreotti**                                    represented by   **W. Steven Berman**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **William Joseph Dubanevich**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris LaFrancesca**                                  represented by   **William Joseph Dubanevich**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie LaFrancesca**                                  represented by   **William Joseph Dubanevich**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bunilda Litwin**                                     represented by   **William Joseph Dubanevich**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stuart Litwin**                                      represented by   **William Joseph Dubanevich**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Parrett**                                      represented by   **W. Steven Berman**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **William Joseph Dubanevich**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Parrett**                                      represented by   **W. Steven Berman**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **William Joseph Dubanevich**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Henges**                                      represented by   **William Joseph Dubanevich**
                                                                       (See above for address)

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Plaintiff**

**Nidal Henges**                     represented by   **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Al Laner**                         represented by   **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Laner**                      represented by   **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Parmiter**                   represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurie Parmiter**                  represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Palacino**                  represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rose Palacino**                    represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Joseph Dubanevich**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amadeo Pulley**                       represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gina Pulley**                         represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Murphy**                      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Murphy**                       represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian Sollecito**                 represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Sollecito**                 represented by

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Johnstone**                    represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Johnstone**                    represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Loening**                  represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Loening**                   represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mercedes Sumba**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Sumba**                      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugene Hipsman**                    represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Hipsman**                    represented by   **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Georgina Cabrera**                    represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Perez**                        represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felix Perez**                         represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evelyn Riera**                        represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Freddie Noboa**                       represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Silvia Noboa**                    represented by   **W. Steven Berman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **William Joseph Dubanevich**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Serpe**                   represented by   **W. Steven Berman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **William Joseph Dubanevich**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Solvieg McAuley**                 represented by   **William Joseph Dubanevich**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacey O'Rourke**                 represented by   **W. Steven Berman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **William Joseph Dubanevich**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin O'Rourke**                  represented by   **W. Steven Berman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **William Joseph Dubanevich**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alice Norkevich**                 represented by   **W. Steven Berman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **William Joseph Dubanevich**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Norkevich**                       represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joann Mussillo**                        represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Mussillo**                       represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Blasina Ortega**                        represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raul Ortega**                           represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Massab**                      represented by   **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Greene**                          represented by   **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jennifer Vowinkel**                       represented by   **W. Steven Berman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lawrence Vowinkel**                       represented by   **W. Steven Berman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Brian Glacken**                           represented by   **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Denise Rushmore**                         represented by   **W. Steven Berman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Russel Rushmore**                         represented by   **W. Steven Berman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kimberly Carlo**                          represented by   **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

Peter Carlo

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kevin Calzadilla–Marino

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Marisol Calzadilla–Marino

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christine Voce

represented by **Gregory J. Cannata**
Law Office of Gregory J. Cannata
233 Broadway
New York, NY 10279
(212) 553–9160
Fax: (212)–227–4141
Email: cannata@cannatalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Gregory M. Voce

represented by **Gregory J. Cannata**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Salvatore Dantone

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Stark**         represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Stark**         represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Conte Cutting**         represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonya Cutting**         represented by   **Sonya Cutting**
PRO SE

**Plaintiff**

**Evelyn Lillis**         represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Lillis**         represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charolotte Lipson**         represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronnie Lipson**         represented by   **William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Pierre**                   represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Faivre**                       represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryellen Faivre**                   represented by   **Maryellen Faivre**
                                                        PRO SE

**Plaintiff**

**Maryellen Faivre**                   represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Hualpa**                       represented by   **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Fiorella**                      represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ana Weeks**                          represented by   **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Raul Weeks**                                    represented by    **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Andrew Dunaway**                                represented by    **Andrew Dunaway**
                                                                    PRO SE

<u>**Plaintiff**</u>

**Kevin Bartolomew**                              represented by    **Kevin Bartolomew**
                                                                    PRO SE

<u>**Plaintiff**</u>

**Maria Bartolomew**                              represented by    **Maria Bartolomew**
                                                                    PRO SE

<u>**Plaintiff**</u>

**Kathleen Dallas**                               represented by    **Kathleen Dallas**
                                                                    PRO SE

<u>**Plaintiff**</u>

**Kevin Dallas**                                  represented by    **Kevin Dallas**
                                                                    PRO SE

<u>**Plaintiff**</u>

**Josephine Genovese**                            represented by    **Josephine Genovese**
                                                                    PRO SE

<u>**Plaintiff**</u>

**Peter Genovese**                                represented by    **Peter Genovese**
                                                                    PRO SE

<u>**Plaintiff**</u>

**Daniel Joyce**                                  represented by    **Daniel Joyce**
                                                                    PRO SE

<u>**Plaintiff**</u>

**Clifford Kartell**                              represented by    **Clifford Kartell**
                                                                    PRO SE

<u>**Plaintiff**</u>

**Susan Kartell**                                 represented by    **Susan Kartell**
                                                                    PRO SE

**Plaintiff**

Edgar Lugo                                    represented by  **Edgar Lugo**
                                                             PRO SE


**Plaintiff**

Minerv A. Lugo                                represented by  **Minerv A. Lugo**
                                                             PRO SE


**Plaintiff**

Frank McCullagh                               represented by  **Frank McCullagh**
                                                             PRO SE


**Plaintiff**

Rose McCullagh                                represented by  **Rose McCullagh**
                                                             PRO SE


**Plaintiff**

Patricia Meade                                represented by  **Patricia Meade**
                                                             PRO SE


**Plaintiff**

Rory Meade                                    represented by  **Rory Meade**
                                                             PRO SE


**Plaintiff**

Chandidas Potopsingh                          represented by  **Chandidas Potopsingh**
                                                             PRO SE


**Plaintiff**

Lorraine Potopsingh                           represented by  **Lorraine Potopsingh**
                                                             PRO SE


**Plaintiff**

Andy Saladeen                                 represented by  **Andy Saladeen**
                                                             PRO SE


**Plaintiff**

Semoy W. Saladeen                             represented by  **Semoy W. Saladeen**
                                                             PRO SE


**Plaintiff**

Joseph Selesky                                represented by  **Joseph Selesky**
                                                             PRO SE


**Plaintiff**

Sharon Selesky                                represented by  **Sharon Selesky**
                                                             PRO SE


**Plaintiff**

Mark Sillaro                                  represented by  **Mark Sillaro**
                                                             PRO SE


**Plaintiff**

Monico Sillaro                                represented by  **Monico Sillaro**
                                                             PRO SE

**Plaintiff**

**Louis Vaccaro**                        represented by **Louis Vaccaro**
                                         *PRO SE*

**Plaintiff**

**Sean Keary**                           represented by **William Joseph Dubanevich**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Kirchner**                        represented by **William Joseph Dubanevich**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Kirchner**                      represented by **William Joseph Dubanevich**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Fucella**                       represented by **Kenneth Sacks**
                                         Sacks &Sacks, LLP
                                         150 Broadway, 4th Floor
                                         New York, NY 10038
                                         (212) 964–5570
                                         Fax: (212)–349–2141
                                         Email: ken@sacks–sacks.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Fucella**                        represented by **Kenneth Sacks**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert J. McGrory**                    represented by **Gustave Vila**
                                         Kuczinski, Vila &Associates
                                         570 Taxter Road
                                         Elmsford, NY 10523
                                         (914) 347–7333
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Houssain Lazaar**                      represented by **Rita F. Aronov**
                                         Shestack &Young, LLP
                                         233 Broadway, 50th Floor
                                         New York, NY 10279
                                         (212) 766–1200
                                         Fax: (212) 349–4911
                                         Email: raronov@yahoo.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

James Romano      represented by   **James Romano**
PRO SE

**Plaintiff**

Jack J. D'Elia      represented by   **Jack J. D'Elia**
158–30 92nd Street
Howard Beach, NY 11414
PRO SE

**Plaintiff**

David Nolan      represented by   **A. Joseph Giannini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Louise Nolan      represented by   **A. Joseph Giannini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Dale Pizzo      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Frank Pizzo      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christine Johnson      represented by   **Donna Rae Silverglad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert Johnson, Jr.      represented by   **Donna Rae Silverglad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David Nolan      represented by   **David Nolan**
PRO SE

**Plaintiff**

**Louise Nolan**                              represented by   **Louise Nolan**
                                                              PRO SE

**Plaintiff**
**Robert Panarella**                          represented by   **Robert Panarella**
                                                              PRO SE

**Plaintiff**
**Herbert Pate**                              represented by   **Herbert Pate**
                                                              PRO SE

**Plaintiff**
**Helene Wolf**                               represented by   **Erin K. Hurley**
                                                              Schneider, Kleinick et al.
                                                              233 Broadway, 5th Fl.
                                                              NY, NY 10279
                                                              212/ 553–9000
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Timothy Wolf**                              represented by   **Erin K. Hurley**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Jeff Campion**                              represented by   **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Jose Polo**                                 represented by   **W. Steven Berman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Janet M. Kelleher**                         represented by   **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Michael Kelleher**                          represented by   **William Joseph Dubanevich**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Black**                                  represented by  **W. Steven Berman**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norma Black**                                   represented by  **W. Steven Berman**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maura Farrell**                                 represented by  **W. Steven Berman**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Farrell**                                represented by  **W. Steven Berman**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Harris**                                represented by  **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yvonne Harris**                                 represented by  **William Joseph Dubanevich**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Chorny**                              represented by  **W. Steven Berman**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlton Graham**                  represented by  **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Hickey**                    represented by  **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosario Hernandez**               represented by  **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Fradella**              represented by  **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Carmine**                   represented by  **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fran Martin**                     represented by  **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Maranso**                    represented by  **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred Manzolillo**

represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Thomas Primo**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Vito Ribaudo**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Luis Ramos**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Brian O'Connor**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kathleen O'Connor**

represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Douglas Kenah**                    represented by **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>

**Janet Kenah**                      represented by **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>

**Andrea Pryce**                     represented by **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>

**Mary Ann Thompson**                represented by **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>

**Victor Thompson**                  represented by **W. Steven Berman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>

**Jo Anne Kissane**                  represented by **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>

**Patrick Kissane**                  represented by **William Joseph Dubanevich**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>

**Michael Chambers**                 represented by **Michael Chambers**
                                                    PRO SE

**Plaintiff**
**Gerald Hill**                          represented by   **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Valerie Hill**                         represented by   **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Dennis Luria**                         represented by   **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Susan Luria**                          represented by   **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Anthony Rotondi**                      represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Nicoletta Rotondi**                    represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Keith Mazzeo**                         represented by   **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Louis Camerada**                       represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony D'Angelo**                        represented by   **W. Steven Berman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura D'Angelo**                          represented by   **W. Steven Berman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leroy Jonas**                             represented by   **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roberta Jonas**                           represented by   **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Pasqua**                             represented by   **W. Steven Berman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas McMahon**                          represented by   **William Joseph Dubanevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Armagno**                        represented by   **W. Steven Berman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Joseph Dubanevich**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Armgano**                    represented by **W. Steven Berman**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **William Joseph Dubanevich**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Marie Sorber**                 represented by **W. Steven Berman**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **William Joseph Dubanevich**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Sorber**                       represented by **W. Steven Berman**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **William Joseph Dubanevich**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Lepre**                       represented by **William Joseph Dubanevich**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Asher**                       represented by **Gregory J. Cannata**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Carlo**                    represented by **W. Steven Berman**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **William Joseph Dubanevich**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Carlo**                          represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Asher**                          represented by   **Gregory J. Cannata**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Asher**                         represented by   **Gregory J. Cannata**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ivan Petters**                         represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek Williams**                       represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Williams**                      represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Wallace**                       represented by   **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Wallace**                    represented by   **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Verardi**                       represented by   **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Verardi**                    represented by   **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chyrell Wells**                       represented by   **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Wells**                         represented by   **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Joseph Dubanevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Patterson**                    represented by   **W. Steven Berman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Patterson**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonya Palmer**                          represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Velez**                          represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jimmie White**                          represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Viola**                         represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daine Villa**                                     represented by **W. Steven Berman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daine Villa**                                     represented by **W. Steven Berman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Villa**                                      represented by **W. Steven Berman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Masseria**                                  represented by **W. Steven Berman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Masseria**                                represented by **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Maglione**                                   represented by **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Maglione**                                 represented by **William Joseph Dubanevich**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Saxon**                                    represented by   **W. Steven Berman**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Joseph Dubanevich**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gaetano Messina**                               represented by   **W. Steven Berman**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Joseph Dubanevich**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Messina**                                 represented by   **W. Steven Berman**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Joseph Dubanevich**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francine McInerney**                            represented by   **William Joseph Dubanevich**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy McInerney**                             represented by   **William Joseph Dubanevich**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Loughran**                                represented by   **William Joseph Dubanevich**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Loughran**                             represented by   **William Joseph Dubanevich**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Bellisimo**                              represented by   **W. Steven Berman**
                                                                  (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Bianco**                              represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isaac Hernandez**                          represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Cruz**                               represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugene Harris**                            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yolanda Harris**                           represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carole R. Klein**                          represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glen Klein**                               represented by

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Ruiz**                                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgardo Collazo**                            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgardo Collazo**                            represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shante Bueford**                             represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrance Bueford**                           represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Bilicki**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mamcyhi Bilicki**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Maier**                         represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Hachemeister**                 represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Mailot**                        represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Mailot**                       represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Beaury**                      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Beaury**                     represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Kiniery**                     represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Georgene Shanahan**                  represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Shanahan**                   represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Hardy**                       represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Powell**                      represented by **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Caradonna**                      represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melchiorre Caradonna**               represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward R. Pecoroni**                    represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**June Pecoroni**                         represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Basmagy**                       represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Thomas**                        represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jevon Thomas**                          represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin P. O'Malley**                     represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Dunne**                            represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Marie Barry

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas J. Barry

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Matthew Mulahm

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mathew Mulham

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Corrine Mulham

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

James Cooney

represented by **James Cooney**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

James F. Albach

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael Basmagy

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Alfred Luchetti

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mary Ellen Luchetti

represented by

Andrew John Carboy , Sr
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Willett**                                     represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lovella Willett**                                    represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Cosgrave**                                   represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Cicero**                                     represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Cicero**                                      represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Cicero**                                      represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brigid Belford**                                     represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Belford**                                       represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Maria Hubner**                                  represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Vincent Hubner         represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Donna O'Byrne         represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael O'Byrne         represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Catherine Lang         represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

James Lang         represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Derek Kelly         represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kenneth Miccio         represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kevin O'Malley         represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

George Faller         represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine Faller**                                  represented by   **W. Steven Berman**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **William Joseph Dubanevich**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip Duncan**                                    represented by   **Andrew John Carboy , Sr**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Duncan**                                  represented by   **Andrew John Carboy , Sr**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher M. Maloney**                           represented by   **Andrew John Carboy , Sr**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Maloney**                               represented by   **Andrew John Carboy , Sr**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaqueline Maloney**                                represented by   **Andrew John Carboy , Sr**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Bell**                                     represented by   **Andrew John Carboy , Sr**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Bell**                                     represented by   **Andrew John Carboy , Sr**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Tiska**                                       represented by   **Andrew John Carboy , Sr**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

Case 1:2-2971 Document 41-07/27/2012 664963 Page 408 of 1806

**Plaintiff**

**Francesca Gillam**                    represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Gillam**                       represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Striffler**                    represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Jane Striffler**                 represented by   **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamal Williams**                      represented by   **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camile Baker**                        represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Baker**                       represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenifer Streng**                      represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenifer Streng**        represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Streng**        represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Bacchi**        represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Bacchi**        represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Bacchi**        represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred LaFemina**        represented by    **William Joseph Dubanevich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Robin LaFemina**                        represented by    **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Lisa D. Maitland**                      represented by    **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Noel Maitland**                         represented by    **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Camile Baker**                          represented by    **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Cynthia Dellaporta**                    represented by    **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Michael D. Dellaporta**                 represented by    **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Judith Longa**                          represented by    **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Case 1:2-2974  Document 1  07/27/2012  664952  Page 1 of 1806

**Plaintiff**

**Thomas Longa**                                    represented by   **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julio C. Rosario**                                represented by   **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**April Rojas**                                     represented by   **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Rojas**                                    represented by   **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Thomson**                                   represented by   **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Thomson**                                  represented by   **W. Steven Berman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Joseph Dubanevich**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Thomson**                    represented by **W. Steven Berman**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **William Joseph Dubanevich**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arnold Hardman**                    represented by **William Joseph Dubanevich**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon T. Hardman**                 represented by **William Joseph Dubanevich**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Ryan**                  represented by **W. Steven Berman**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **William Joseph Dubanevich**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin P. Ryan**                      represented by **W. Steven Berman**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **William Joseph Dubanevich**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Rodelli**                      represented by **W. Steven Berman**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **William Joseph Dubanevich**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy Rodelli**                     represented by **W. Steven Berman**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Cunningham**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tom Cunningham**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Cappello**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Augustine Sciabarassi**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Sciabarassi**                    represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **James Tierney** | represented by | **W. Steven Berman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William Joseph Dubanevich**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Tierney** | represented by | **W. Steven Berman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William Joseph Dubanevich**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Detective Thad Todd** | represented by | **W. Steven Berman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William Joseph Dubanevich**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony P. Roy** | represented by | **W. Steven Berman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William Joseph Dubanevich**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Donna Roy** | represented by | **W. Steven Berman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William Joseph Dubanevich**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nicholas Morrone** | represented by | **W. Steven Berman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William Joseph Dubanevich**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Kenavan**                     represented by    **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica Kenavan**                   represented by    **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ariel James**                        represented by    **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ava James**                          represented by    **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Belinda Gonzalez–Ruane**             represented by    **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia M. DiGiovanni**             represented by    **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick D'Alliegro**                 represented by    **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Murphy**                        represented by    **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Suzanne Murphy**                    represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Tye Butler**                        represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Peter Cooper**                      represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Maria Cooper**                      represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Joseph M. Urso**                    represented by    **Robert Allen Grochow**
Gregory J. Cannta &Associates
233 Braodway, 5th Floor
New York, NY 10279
(212) 233–5400
Fax: (212)–233–0919
Email: GrochowECF@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Morello**                            represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>
**Laura Morello**                           represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>
**Michael Welsh**                           represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>
**Theresa Welsh**                           represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>
**Frank Malone**                            represented by   **Andrew John Carboy , Sr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>
**Bruce Gerrie**                            represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>
**Debra A. Gerrie**                         represented by   **W. Steven Berman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Joseph Dubanevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


<u>**Plaintiff**</u>
**Kevin Barry**                             represented by   **Kevin Barry**
                                                            PRO SE


<u>**Plaintiff**</u>
**Lorraine Barry**                          represented by   **Lorraine Barry**
                                                            PRO SE


<u>**Plaintiff**</u>

**Keith Richards**     represented by **Keith Richards**
PRO SE

**Plaintiff**
**Teresa Arca**     represented by **Teresa Arca**
PRO SE

**Plaintiff**
**William Ziegelmeir**     represented by **William Ziegelmeir**
PRO SE

**Plaintiff**
**Patrick Desarlo**     represented by **Patrick Desarlo**
PRO SE

**Plaintiff**
**Noreen Desarlo**     represented by **Noreen Desarlo**
PRO SE

**Plaintiff**
**Antoinette Cacovic**     represented by **Antoinette Cacovic**
PRO SE

**Plaintiff**
**Alexander Cacovic**     represented by **Alexander Cacovic**
PRO SE

**Plaintiff**
**William Geer**     represented by **William Geer**
PRO SE

**Plaintiff**
**Randy S. Brenner**     represented by **Randy S. Brenner**
PRO SE

**Plaintiff**
**Andrew Porazzo**     represented by **Andrew Porazzo**
PRO SE

**Plaintiff**
**Pawel Krasko**     represented by **Pawel Krasko**
PRO SE

**Plaintiff**
**Denise DeAngelis**     represented by **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Patricia DeAngelis**     represented by **Patricia DeAngelis**
PRO SE

**Plaintiff**
**Karen Doty**     represented by **Karen Doty**
PRO SE

**Plaintiff**
Ricard Doty                              represented by  **Ricard Doty**
                                                        PRO SE

**Plaintiff**
James Arca                               represented by  **James Arca**
                                                        PRO SE

**Plaintiff**
William Ziegelmeir                       represented by  **William Ziegelmeir**
                                                        (See above for address)
                                                        PRO SE

**Plaintiff**
Marion Slawinski                         represented by  **Marion Slawinski**
                                                        PRO SE

**Plaintiff**
Marie Slawinski                          represented by  **Marie Slawinski**
                                                        PRO SE

**Plaintiff**
Joanne Williams                          represented by  **Joanne Williams**
                                                        PRO SE

**Plaintiff**
Dreu Williams                            represented by  **Dreu Williams**
                                                        PRO SE

**Plaintiff**
Eugene Dalton                            represented by  **Eugene Dalton**
                                                        PRO SE

**Plaintiff**
Nan Dalton                               represented by  **Nan Dalton**
                                                        PRO SE

**Plaintiff**
Richard Eulie                            represented by  **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
Yvonne Eulie                             represented by  **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Briskie**
       represented by **W. Steven Berman**
               (See above for address)
               *LEAD ATTORNEY*
               *ATTORNEY TO BE NOTICED*

               **William Joseph Dubanevich**
               (See above for address)
               *LEAD ATTORNEY*
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Silva Briskie**
       represented by **W. Steven Berman**
               (See above for address)
               *LEAD ATTORNEY*
               *ATTORNEY TO BE NOTICED*

               **William Joseph Dubanevich**
               (See above for address)
               *LEAD ATTORNEY*
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Kepley**
       represented by **William Joseph Dubanevich**
               (See above for address)
               *LEAD ATTORNEY*
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shiela Kepley**
       represented by **William Joseph Dubanevich**
               (See above for address)
               *LEAD ATTORNEY*
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Gentile**
       represented by **W. Steven Berman**
               (See above for address)
               *LEAD ATTORNEY*
               *ATTORNEY TO BE NOTICED*

               **William Joseph Dubanevich**
               (See above for address)
               *LEAD ATTORNEY*
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nurul Amin**
       represented by **William Joseph Dubanevich**
               (See above for address)
               *LEAD ATTORNEY*
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark DeMauro**
       represented by **W. Steven Berman**
               (See above for address)
               *LEAD ATTORNEY*
               *ATTORNEY TO BE NOTICED*

               **William Joseph Dubanevich**
               (See above for address)
               *LEAD ATTORNEY*

Case 1:12-cr-2974 Document 1   07/27/2012 661952 Page 421 of 1806

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gina DeMauro**                          represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daphna Blacksea**                       represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor DiPierro**                       represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucy DiPierro**                         represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Coletti**                        represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Joseph Dubanevich**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phylis Coletti**                        represented by   **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolina Mendoza**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marco A. Mendoza**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Tartamella**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Tartamella**                represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Sullivan**                  represented by   **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Sullivan**                    represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Wanker**                   represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meghan Wanker**                        represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bill Cavanaugh**                       represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Cavanaugh**                   represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Joseph Dubanevich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Miller**                         represented by   **W. Steven Berman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

William Joseph Dubanevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Fullam**                                    represented by **W. Steven Berman**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Joseph Dubanevich**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Fullam**                                 represented by **W. Steven Berman**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Joseph Dubanevich**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Denninger**                               represented by **Raymond Denninger**
                                                                  PRO SE

**Plaintiff**

**Vicki Denninger**                                 represented by **W. Steven Berman**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Joseph Dubanevich**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Denninger**                               represented by **W. Steven Berman**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Joseph Dubanevich**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Dawber**                                   represented by **W. Steven Berman**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Joseph Dubanevich**
                                                                  (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Dawber**                    represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna–Marie Dawber**                represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaime Cruz**                       represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine cruz**                   represented by   **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Madonna**                    represented by   **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Restagno**                 represented by   **W. Steven Berman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Joseph Dubanevich**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Restagno**                   represented by

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Colin Byrne                                    represented by    **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher Dowd                               represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Barbara Dowd                                   represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Jaeger                                    represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Carolyn Jaeger                                 represented by    **William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kenneth Quest                                  represented by    **W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Dubanevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Quest**                     represented by  **W. Steven Berman**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **William Joseph Dubanevich**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Abad**                       represented by  **Denise Ava Rubin**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aly Abdelrehim**                  represented by  **Denise Ava Rubin**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hala Abdelrehim**                 represented by  **Denise Ava Rubin**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Abruzzese**               represented by  **Denise Ava Rubin**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caryn Abruzzese**                 represented by  **Denise Ava Rubin**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Acierno**                  represented by  **Denise Ava Rubin**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Holly Acierno**                   represented by  **Denise Ava Rubin**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Acquaro**                   represented by  **Denise Ava Rubin**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen M. Acquaro**                      represented by    **Denise Ava Rubin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Guiseppe Acquista**                        represented by    **Denise Ava Rubin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Adams**                             represented by    **Denise Ava Rubin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lahissi Adetayo**                          represented by    **Denise Ava Rubin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Affatato**                          represented by    **Denise Ava Rubin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lois E. Affatato**                         represented by    **Denise Ava Rubin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emmanual Agostini**                        represented by    **Denise Ava Rubin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Calogero Agro**                            represented by    **Denise Ava Rubin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa Agro**                                represented by    **Denise Ava Rubin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmelo Agro**                             represented by    **Denise Ava Rubin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Steven Agugliardo                    represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Nicole Agugliardo                    represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert Aguirre                       represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Patricia Aguirre                     represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Inderpaul Ahluwalia                  represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Manjeet Ahluwalia                    represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Nasar Ahmed                          represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Okpara Akil                          represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Ronnita Akil                         represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Ronnita Akil                         represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vivencia Alaimo**                    represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Serafina Alaimo**                    represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Albert**                     represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylvester Alexander**                represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander, Debora**                  represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Alexander**                   represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine Alexander**                represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Alfano**                        represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darren Alicea**                      represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clifford Allen**                     represented by   **Denise Ava Rubin**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josephine Allen**                                represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Allen**                                    represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**June Allison**                                   represented by   **June Allison**
                                                                    PRO SE

**Plaintiff**

**Raul Allivar**                                   represented by   **Denise Ava Rubin**
                                                                    Heidell, Pittoni, Murphy &Bach, P.C.
                                                                    99 Park Ave
                                                                    New York, NY 10016
                                                                    (212) 286–8585
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Alloggio**                               represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Alloggio**                             represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Orlando Almodovar**                              represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julio Alonzo**                                   represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neil Alper**                                     represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jorge E. Alulema** | represented by | **Denise Ava Rubin** |
| | | Flemming, Zulack &Williamson, L.L.P. |
| | | One Liberty Plaza |
| | | 35th Floor |
| | | New York, NY 10006–1404 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**David Alvarado**      represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Alvarado**      represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonia Alvarado**      represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynn Alvarez**      represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doria S Alvarez**      represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaime Alvarez**      represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Alvarez**      represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**alvarez, Carlos**      represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Saul Alvarez**      represented by    **Denise Ava Rubin**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Santiago Alvear**                      represented by   **Denise Ava Rubin**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jorge Alvlema**                        represented by   **Denise Ava Rubin**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nurul Amin**                           represented by   **Denise Ava Rubin**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                          **W. Steven Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glenda Ammon**                         represented by   **Denise Ava Rubin**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Ancona**                         represented by   **Denise Ava Rubin**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Anderson**                     represented by   **Denise Ava Rubin**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Orenthal Anderson**                    represented by   **Denise Ava Rubin**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Anderson**                     represented by   **Denise Ava Rubin**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Anderson**                      represented by   **Denise Ava Rubin**
                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jospeh Anderson**                                 represented by    **Denise Ava Rubin**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Anderson**                                 represented by    **Denise Ava Rubin**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mortimer Anderson**                               represented by    **Denise Ava Rubin**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mortimer Anderson**                               represented by    **Denise Ava Rubin**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camile Anderson**                                 represented by    **Denise Ava Rubin**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtney Anderson**                               represented by    **Denise Ava Rubin**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Andrus**                                     represented by    **Denise Ava Rubin**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pino Anselmo**                                    represented by    **Denise Ava Rubin**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rita Anselmo**                                    represented by    **Denise Ava Rubin**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stewart Anspach**                                 represented by

Denise Ava Rubin
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nick Antico**                                    represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Antico**                                    represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Antienne**                                 represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evanie Antine**                                  represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Antonacci**                              represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Anzalone**                                represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Anzalone**                             represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Anzueta**                                 represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Aponte**                                    represented by    **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Noemi Aponte**                                represented by    **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Vincent Aprea**                               represented by    **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Krista Aprea**                                represented by    **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Courtney Aquart**                             represented by    **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Lillieth Aquart**                             represented by    **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**John Arciuolo**                               represented by    **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**John Arciuolo**                               represented by    **John Arciuolo**
                                                                  PRO SE

**<u>Plaintiff</u>**

**Celia Arciuolo**                              represented by    **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Arenas Arenas**                               represented by    **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Jhonson Arichabala**                          represented by    **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Dagoberto Aristizabal**

represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Alexandra Aristizabal**

represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Enid Aristizabal**

represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Joseph Arlotta**

represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Joseph Arlotta**

represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kimberely Arlotta**

represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Thomas A. Arlotta**

represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Thomas A. Arlotta**

represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Romulo Armas**

represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Claude Armstrong**

represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Laura Armstrong**                    represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Danny Aroyo**                        represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Theresa Arroyo**                     represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Asaro Calogero**                     represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Lisa Asaro**                         represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Joseph Asciolla**                    represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Francine Asciolla**                  represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Wilmer Astudillo**                   represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Maria I Astudillo**                  represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Marcelo Atiencia**                   represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Auditore**                                  represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**John Auer**                                       represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jules Auguste**                                   represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Clyde Augustine**                                 represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Portia Augustine**                                represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Fitzroy Augustus**                                represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**William Ausby**                                   represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Thomas Avery**                                    represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Linda Avery**                                     represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Linda Avery**                                     represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Aviles**                    represented by  **Denise Ava Rubin**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Aviles**                     represented by  **Denise Ava Rubin**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Ayers**                  represented by  **Denise Ava Rubin**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Ayers**                  represented by  **Denise Ava Rubin**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Ayers**                  represented by  **Denise Ava Rubin**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Azubike**                  represented by  **Denise Ava Rubin**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tekrisha Azubike**                represented by  **Denise Ava Rubin**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Bacchi**                   represented by  **Denise Ava Rubin**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irene Bacchi**                    represented by  **Denise Ava Rubin**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fabiola Baez**                    represented by  **Denise Ava Rubin**
                                    (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raul Baez**                                   represented by   **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Bahrey**                                represented by   **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauranne Bahrey**                             represented by   **Lauranne Bahrey**
                                                                 PRO SE

**Plaintiff**

**Santo Baisi**                                 represented by   **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gina Baisi**                                  represented by   **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred Baker**                                represented by   **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Candiace Baker**                              represented by   **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Balabous**                              represented by   **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosanne Baldo**                               represented by   **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krishendath Baliraj**                         represented by   **Denise Ava Rubin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olga Baliraj**                                     represented by **Denise Ava Rubin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Barbato**                                   represented by **Denise Ava Rubin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Barbera**                                   represented by **Denise Ava Rubin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Barbosa**                                 represented by **Denise Ava Rubin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stalin F. Barccoulong**                            represented by **Denise Ava Rubin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Barker**                                   represented by **Michael Barker**
                                                     PRO SE

**Plaintiff**

**Raymond Barksdale**                                represented by **Denise Ava Rubin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Barksdale**                              represented by **Denise Ava Rubin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Barone**                                    represented by **Denise Ava Rubin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Barone**                                    represented by **Denise Ava Rubin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Barone**                    represented by    **Ann Marie Barone**
                                                          PRO SE

**Plaintiff**

**Sergio Barragan**                     represented by    **Denise Ava Rubin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Bartlet**                       represented by    **Denise Ava Rubin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yudelka Bartlet**                     represented by    **Denise Ava Rubin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Guillermo Barzola**                   represented by    **Denise Ava Rubin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilbert Bascom**                      represented by    **Denise Ava Rubin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Setna Bascom**                        represented by    **Denise Ava Rubin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Basic**                       represented by    **Denise Ava Rubin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Basmagy**                      represented by    **Denise Ava Rubin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Basmagy**                      represented by    **Thomas Basmagy**
                                                          PRO SE

**Plaintiff**

**Nancy Basmagy**                       represented by

**Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Harry Bass                                    represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Maria L. Bass                                 represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Maria L. Bass                                 represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Julio Bastidas                                represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Max Bataille, Jr.                             represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Linda Battle                                  represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard Battle                                represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Frank Bauman                                  represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Frank Bauman                                  represented by **Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alise L. Bauman**                                 represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alise L. Bauman**                                 represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher A. Bauman**                           represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hanfort Bautista**                                represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick J. Beatty**                               represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Beck**                                      represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Beck**                                  represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Beck**                                  represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Beck**                                       represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tinel Bedford**                                   represented by   **Denise Ava Rubin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Beecher**                    represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fanny Bejarano**                     represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theadore Belgrave**                  represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Beller**                         represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Bellew**                     represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen A. Bellew**                 represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dimitrios Bellos**                   represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Belmonte**                    represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Belmonte**                    represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Xavier Beltran**                     represented by   **Denise Ava Rubin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Florinda Benavidez**                  represented by   **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Bencivenga**                      represented by   **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Bencivenga**                      represented by   **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas L. Bencivenga**                 represented by   **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rose Marie Bencivenga**                represented by   **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Benedetto**                       represented by   **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Benedetto**                    represented by   **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vinny Benenati**                       represented by   **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cindy Benenati**                       represented by   **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Benfante**                      represented by   **Denise Ava Rubin**
                                                         (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Benfante**                    represented by **Denise Ava Rubin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reynaldo Benitez**                    represented by **Denise Ava Rubin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Benn**                        represented by **Denise Ava Rubin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Benn**                            represented by **Denise Ava Rubin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Bennett**                      represented by **Denise Ava Rubin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Bennett**                       represented by **Denise Ava Rubin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Bennett**                       represented by **Denise Ava Rubin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Bergin**                        represented by **Denise Ava Rubin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Bergin**                        represented by **Denise Ava Rubin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erick Bermudez**                      represented by

**Denise Ava Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Frank Beshears**                    represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Diane Bethea**                      represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Idris Bey**                         represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Michael Bianchino**                 represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James A. Bianco**                   represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Terri Bianco**                      represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Vito Bianco**                       represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James Bieselin**                    represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Lorraine K. Bieselin**              represented by    **Denise Ava Rubin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph F. Bilella**                    represented by  **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roseann Bilella**                      represented by  **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Bilella**                       represented by  **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Bilella**                      represented by  **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Bilella**                      represented by  **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Bilinski**                      represented by  **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Biliski**                    represented by  **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kampta Bishun**                        represented by  **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hassena Bishun**                       represented by  **Hassena Bishun**
                                                         PRO SE

**Plaintiff**

**Hassena Bishun**                       represented by  **Denise Ava Rubin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Bishun**                              represented by **Denise Ava Rubin**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Elizabeth Bishun**                          represented by **Denise Ava Rubin**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**John Black**                                represented by **Denise Ava Rubin**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**John Black**                                represented by **Denise Ava Rubin**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Patricia Black**                            represented by **Denise Ava Rubin**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Joseph Black**                              represented by **Denise Ava Rubin**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Veronica E. Black**                         represented by **Denise Ava Rubin**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Leon L. Blackwell**                         represented by **Denise Ava Rubin**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jorge Blanco**                              represented by **Denise Ava Rubin**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Dora Blanco**                               represented by **Denise Ava Rubin**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leroy Blount**                                  represented by   **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Eleanore Blount**                               represented by   **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Thomas Blumbergs**                              represented by   **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kevin Bobe**                                    represented by   **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Nicholas P. Bolobanic**                         represented by   **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Joy H. Bolobanic**                              represented by   **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Anthony Bombace**                               represented by   **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jean Bombace**                                  represented by   **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jean Bombace**                                  represented by   **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jay Bomser**                                    represented by   **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Bonanno**                                      represented by   **Denise Ava Rubin**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Bonanno**                                      represented by   **Denise Ava Rubin**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank E. Bondeson**                                   represented by   **Denise Ava Rubin**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Bondeson**                                   represented by   **Denise Ava Rubin**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Smith**                                        represented by   **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis M. O'Connor**                                  represented by   **Dennis M. O'Connor**
                                                                        PRO SE

**Plaintiff**

**Nicholas Lusuriello**                                 represented by   **Nicholas Lusuriello**
                                                                        PRO SE

**Plaintiff**

**Thomas M. Flanders**                                  represented by   **Thomas M. Flanders**
                                                                        PRO SE

**Plaintiff**

**22 Non–Resp**                                         represented by   **Marion Sandra Mishkin**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darlene Montalvo**                                    represented by   **Marion Sandra Mishkin**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Raehse**                                        represented by   **Andrew John Carboy , Sr**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel DeGiovine**                          represented by   **Andrew John Carboy , Sr**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Joette DeGiovine**                          represented by   **Andrew John Carboy , Sr**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**All Plaintiffs**                            represented by   **All Plaintiffs**
                                                              PRO SE


**Plaintiff**

**Harold Valencia**                           represented by   **Andrew John Carboy , Sr**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Natalie Valencia**                          represented by   **Andrew John Carboy , Sr**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Daniel Taylor**                             represented by   **Andrew John Carboy , Sr**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lynn Taylor**                               represented by   **Andrew John Carboy , Sr**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Teresa Hartey**                             represented by   **Ryan Seth Goldstein**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Robert Zane**                               represented by   **Ryan Seth Goldstein**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Albert Pearce**                             represented by   **Ryan Seth Goldstein**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**James McFadden**                            represented by

**Gregory J. Cannata**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Vecchione**          represented by  **Matthew Joseph McCauley**
*TERMINATED: 02/01/2011*                     Sedgwick LLP (NY)
                                             125 Broad Street, 39th Floor
                                             New York, NY 10004
                                             (212) 422–0202
                                             Fax: (212) 422–0925
                                             Email: mmccauley@yourlawyer.com
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Flamenco**           represented by  **Hector Flamenco**
                                             71956–053
                                             FCI
                                             P.O. Box 2000
                                             Fort Dix, NJ 08640
                                             PRO SE

**Plaintiff**

**Gregory J. Cannata &Associates and**   represented by  **Gregory J. Cannata &Associates and**
**Robert A. Grochow, P.C.**                              **Robert A. Grochow, P.C.**
                                                         Gregory J. Cannata &Associates and
                                                         Robert A. Grochow, P.C.
                                                         233 Broadway, 5th Floor
                                                         New York, NY 10279
                                                         212–553.–9206
                                                         Fax: 212–227–4141
                                                         Email: grochowecf@gmail.com
                                                         PRO SE

**Plaintiff**

**Stanislaw Faltynowicz**     represented by  **Stanislaw Faltynowicz**
                                             PRO SE

**Plaintiff**

**Thomas M. Magee**           represented by  **Noah H. Kushlefsky**
                                             Kreindler &Kreindler
                                             750 Third Avenue
                                             New York, NY 10017
                                             (212) 687–8181
                                             Email: nkushlefsky@kreindler.com
                                             *ATTORNEY TO BE NOTICED*

                                             **Therese Stevens Loucks**
                                             Kreindler &Kreindler LLP
                                             750 Third Avenue
                                             New York, NY 10017
                                             (212)–973–3456
                                             Fax: (212)–972–9432
                                             Email: tstevens@kreindler.com
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna A. Fontana**          represented by  **Donna A. Fontana**
                                             Gregory J. Cannata &Associates/Robert A.
                                             Grochow, P.C.
                                             233 Broadway, Fifth Floor

New York, NY 10279
212–553–9205
Email: grochowecf@gmail.com
PRO SE

**Plaintiff**

**Joseph Giamportone**                    represented by   **Joseph Giamportone**
                                                           Gregory J. Cannata &Associates/Robert A.
                                                           Grochow, P.C.
                                                           233 Broadway, Fifth Floor
                                                           New York, NY 10279
                                                           212–553–9205
                                                           Fax: 212–227–4141
                                                           Email: grochowecf@gmail.com
                                                           PRO SE

**Plaintiff**

**Robert Sienkiewicz**                    represented by   **Robert Allen Grochow**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ludomir Czynski**                       represented by   **Ludomir Czynski**
                                                           PRO SE

**Plaintiff**

**Ralph Geidel**                          represented by   **Ralph Geidel**
                                                           PRO SE

**Plaintiff**

**Lee A. Ielpi**                          represented by   **Lee A. Ielpi**
                                                           PRO SE

**Plaintiff**

**SHUN LUEN LISA NG**                     represented by   **Bradford Darrach Conover**
                                                           Conover Law Offices
                                                           345 Seventh Ave., 21st Floor
                                                           New York City, NY 10022
                                                           212 588–9080
                                                           Fax: 212 371–0081
                                                           Email: brad@conoverlaw.com
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeline Wiebicke**                     represented by   **Christopher R. LoPalo**
*as the Executrix of the Estate of Randy*                 (See above for address)
*Wiebicke*                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeline Wiebicke**                     represented by   **Christopher R. LoPalo**
*individually*                                             (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Various plaintiffs represented by**     represented by   **Robert Allen Grochow**
**Cannata/Grochow**                                        (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**various plaintiffs represented by**
**Oshman &Mirisola, LLP**
Oshman &Mirisola, LLP
42 Broadway
10th Floor
New York, NY 10004
212–233–2100

represented by  **David L. Kremen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Steffen**

represented by  **Eric Martin Turkewitz**
The Turkewitz Law Firm
228 East 45th Street – 17th Floor
New York, NY 10017
(212)–983–5900
Fax: (212)–983–5900
Email: eric@turkewitzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Sferrazza**

represented by  **Salvatore Sferrazza**
Lutwin &Lutwin, LLP
401 Broadway, Suite 1703
New York, NY 10013
(212) 431–5757
Email: joel@lutwinlaw.com
PRO SE

**Plaintiff**

**Esq. John S Park**

represented by  **John S Park**
Park &Nguyen
1809 Paulding Avenue
2nd Fl
Bronx, NY 10462
(718) 892–9500
Fax: (718) 892–4666
Email: jpark@parknguyenlaw.com
PRO SE

**Plaintiff**

**Mr. Jack Casale**

represented by  **Jack Casale**
PRO SE

**Plaintiff**

**Mr Mark Martinez**

represented by  **Mark Martinez**
PRO SE

**Plaintiff**

**KEVIN DALY**

represented by  **KEVIN DALY**
PRO SE

V.

**Consolidated Plaintiff**

**Robert Suarez**

**Consolidated Plaintiff**

**Mr. Antonio E. Alves**
*Antonio E. Alves, Plaintiff in matters*
*05cv7266 &05cv2716*

represented by **David Paul Horowitz**
Ressler &Ressler
48 Wall Street
New York, NY 10005
(212)–695–6446
Fax: (212)–268–0287
Email: dhorowitz@resslerlaw.com
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Mrs. Maria E. Alves**
*Maria E. Alves–Plaintiff in matters*
*05cv7266 and 05cv2716*

represented by **David Paul Horowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Raymond Hauber**
*in his Representative Capacity as*
*Executor of the Estate of Raymond*
*Hauber, now Deceased*

represented by **Andrew John Carboy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellant**

**Plaintiffs**

represented by **Plaintiffs**
PRO SE

**Appellant**

**Sullivan Papain Block McGrath**
**&Cannavo P.C.**

represented by **Andrew John Carboy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Appellant**

**Tier 4 Settling Plaintiffs**

represented by **Denise Ava Rubin**
Worby Groner Edelman &Napoli Bern,
LLP
350 5th Avenue
New York, NY 10118
(212)267–3700
Fax: (212)587–0031
Email: drubin@napolibern.com
*ATTORNEY TO BE NOTICED*

**Appellant**

**Debbie Anne Ferrari**

represented by **Denise Ava Rubin**
Napoli Bern Ripka, LLP
350 5th Avenue
New York, NY 10118
(212)267–3700
Fax: (212)587–0031
Email: drubin@napolibern.com
*ATTORNEY TO BE NOTICED*

**Appellant**

**John Ferrari**

represented by **Denise Ava Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Appellant**

**Carol Leonick**

represented by

**Denise Ava Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Appellant**

**Robert Leonick**                              represented by    **Denise Ava Rubin**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Appellant**

**Worby Groner Edelman &Napoli**               represented by    **Worby Groner Edelman &Napoli Bern,**
**Bern, LLP**                                                    **LLP**
                                                                  350 Fifth Avenue
                                                                  Suite 7413
                                                                  New York, NY 10118
                                                                  2122673700
                                                                  Fax: 2125870031
                                                                  Email: Drubin@napolibern.com
                                                                  PRO SE

V.

**Movant**

**James Del Bianco**

**Movant**

**Charles Markey**

**Movant**

**Kevin Sheehy**

**Movant**

**Joseph Shonieczny**

**Movant**

**Thomas P. Lane**

**Movant**

**Doug Muench**

**Movant**

**Raymond Ott**

**Movant**

**Thomas Patrick Ryan**

**Movant**

**Anthony W. Leonick**

**Movant**

**Patrick O'Sullivan**

**Movant**

**John X. Tracy**

**Movant**

**George Ambrosini**

**Movant**

**Daniel Gonzalez**

**Movant**

**Scott D. Quinlan**

**Movant**

**Ronald K. Anderson**

**Movant**

**Attorney Michelle Haskett–Godbee**
*06cv6987*

represented by  **John Patrick Rudden**
345 East 18th Street
New York, NY 10003
(212)–477–5125
Fax: (212)–780–0579
Email: jrudden@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**United States United States**
*United States of America*

represented by  **Michele Susan Greif**
Us Department of Justice
1331 Pennsylvania Ave, Nw
Washington, DC 20004
202 353 2492
Fax: 202 616 4473
Email: michele.greif@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Steven M Talson**
United States Dept. of Justice, Torts
Branch, Civil Div.
P.O. Box 7146, Ben Franklin Station
1331 Pennsylvania Avenue, N.W.,
Suite 8002 South Tower
Washington, DC 20044
(202)–616–4229
Fax: (202)–616–4473
Email: steven.talson@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of New York**

represented by  **Adlai Jonathan Jacob Small**
Patton Boggs, LLP(NJ)
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
(973)–848–5613
Fax: (973)–848–5601
Email: asmall@pattonboggs.com
*LEAD ATTORNEY*

**Amer S. Pharaon**
Patton Boggs, LLP(NJ)
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
973 848–5600
Fax: 973 848–5601

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Molloy , III**
Patton Boggs, LLP(NJ)
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
(973)–848–5617
Fax: (973)–848–5601
Email: amolloy@pattonboggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline F. Bartlett**
Patton Boggs, LLP(NJ)
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
(973) 848–5600
Fax: (973) 848–5601
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Judith Glasband**
Patton Boggs, LLP(NJ)
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
(973)–848–5600
Fax: (973)–848–5601
Email: eglasband@pattonboggs.com
*LEAD ATTORNEY*

**Eric Sean Westenberger**
Patton Boggs, LLP(NJ)
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
(973) 848–5600
Fax: (973) 848–5601
Email: ewestenberger@pattonboggs.com
*LEAD ATTORNEY*

**Erin M. Sullivan**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregg Scott Scharaga**
Havkins Rosenfeld Ritzert &Varriale, LLP
1065 Avenue of the Americas, 8th Floor
New York, NY 10018
(646)–747–5113
Fax: (212)–564–0203
Email: gregg.scharaga@hrrvlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather L. Foran**
Latham &Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R. Barrett**
Latham &Watkins LLP
555 Eleventh Street, NW, Ste. 1000

Washington, DC 20004–1304
(202) 637–2200
Fax: (202) 637–2201
Email: james.barrett@lw.com
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Falzone III**
Latham &Watkins LLP(NJ)
1 Newark Center, 16th Floor
Newark, NJ 07101
(973) 639–1234 x 7099
Fax: (973)639–7298
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Peck**
Patton Boggs, L.L.P.
One Riverfront Plaza
6th Floor
6th Floor, NJ 07102
(973) 848–5600
Fax: (973) 848–5601
*LEAD ATTORNEY*

**Joseph E. Hopkins**
Patton Boggs, LLP(NJ)
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
(973) 848–5680
Fax: (973) 848–5601
Email: jhopkins@pattonboggs.com
*LEAD ATTORNEY*

**Judith Pearl Falk**
Flemming Zulack Williamson Zauderer,
LLP
One Liberty Plaza
New York, NY 10006
(212) 412–9554
Fax: (212) 964–9200
Email: jfalk@fzw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Scott Strochlic**
Patton Boggs, LLP(NJ)
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
(973)–848–5673
Fax: (973)–848–5601
Email: jstrochlic@pattonboggs.com
*LEAD ATTORNEY*

**Keena M. Mackay**
Latham &Watkins LLP(NJ)
1 Newark Center, 16th Floor
Newark, NJ 07101
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kellie N. Ortega**

*TERMINATED: 05/09/2006*
*LEAD ATTORNEY*

**Kenneth A. Becker**
Corporation Counsel of the City of New York
Assistant Corporation Counsel
100 Church Street––Rm. 4–214
New York, NY 10007
(212) 788–0514
*LEAD ATTORNEY*

**Matthew J. Maiorana**
Queller, Fisher, Washor, Fuchs &Kool LLP
233 Broadway 18th Floor
New York, NY 10279
(212) 406–1700
Fax: (212)406–2313
Email: mmaiorana@quellerfisher.com
*LEAD ATTORNEY*

**Peter W. Wies**
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007
(212) 788–1409
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Seth Goldstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott G. Kobil**
*TERMINATED: 05/09/2006*
*LEAD ATTORNEY*

**Shana Lynn Burleson**
Patton Boggs LLP (TX)
2000
McKinney Avenue, Suite 1700
Dallas, TX 75201
(214) 758–1500
Fax: (214) 758–1550
Email: sburleson@pattonboggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon W. Conway**
Patton Boggs LLP (TX)
2000
McKinney Avenue, Suite 1700
Dallas, TX 75201
(214)–758–6609
Fax: (214)–758–1550
Email: sconway@pattonboggs.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan K. Conway**
Patton Boggs LLP
One Riverfront Plaza

Newark, NJ 07102
(973) 848–5600
Fax: (973) 848–5601
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Eleanor Success**
New York City Law Depart. Office of the
Corporation Counsel
100 Church Street
New York, NY 10007
212–676–2750
Fax: 2126762600
Email: ssuccess@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
Patton Boggs, LLP(NJ)
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
(973) 848–5600
Fax: (973) 848–5601
Email: jtyrrell@pattonboggs.com
*ATTORNEY TO BE NOTICED*

**Scot C. Gleason**
New York City Law Depart. Office of the
Corporation Counsel
100 Church Street
New York, NY 10007
(212)–788–2912
Fax: (212)–788–2597
Email: sgleason@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Port Authority of New York
&New Jersey**
*TERMINATED: 02/06/2009*

represented by **Andrew John Scholz**
Flemming Zulack Williamson Zauderer,
LLP
One Liberty Plaza
New York, NY 10006
(212) 412–9500
Fax: (212) 964–9200
Email: ascholz@goldbergsegalla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eliot S. Jubelirer**
Schiff Hardin LLP (SF)
One Market, Spear Street Tower
Thirty–Second Floor
San Francisco, CA 94105
(415) 901–8700
Fax: (415) 901–8701
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi Oertle**
Schiff Hardin LLP
666 Fifth Ave., 17th Floor
New York, NY 10103
212–753–5000
Fax: 212–753–5044

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith Pearl Falk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Sarah Devine**
Schiff Hardin LLP (Chicago)
6600 Sears Tower
Chicago, IL 60606
(312)258–5820
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Andrew Scrudato**
Schiff Hardin &Waite
623 Fifth Avenue
New York, NY 10022
(212)–745–0833
Fax: (212)–753–5044
Email: pscrudato@schiffhardin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Williamson**
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006
(212) 412–9500
Fax: (212) 964–9200
Email: rwilliamson@fzwz.com
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beth D. Jacob**
Schiff Hardin LLP
666 Fifth Ave., 17th Floor
New York, NY 10103
(212) 745–0835
Fax: (212) 753–5044
Email: bjacob@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Jill Leigh Berry**
Schiff Hardin LLP
666 Fifth Ave., 17th Floor
New York, NY 10103
(212) 745–9557
Fax: (212) 753–5044
Email: jberry@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006
(212) 412–9500
Fax: (212) 964–9200
Email: tegan@fzw.com
*ATTORNEY TO BE NOTICED*

Timothy Gerard Stickelman
The Port Authority of New York and New
Jersey
225 Park Avenue South – 14th Floor
New York, NY 10003
212–435–3425
Fax: 212–435–3563
Email: tstickel@panynj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**World Trade Center Properties LLC**      represented by    **Andrew John Scholz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew John Schotz**
Flemming,Zulack,&Williamson, L.L.P.
One Liberty Plaza – 35th Floor
New York, NY 10006
212–412–9500
Fax: 212–964–9200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregg Scott Scharaga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Bruce Eisenberg**
Flemming Zulack Williamson Zauderer,
LLP
One Liberty Plaza
New York, NY 10006
(212) 412–9500
Fax: (212) 964–9200
Email: jeisenberg@fzw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith Pearl Falk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Westfield America, Inc.**                  represented by    **Marguerite Mitchell Sullivan**
*TERMINATED: 06/23/2006*                          Latham &Watkins LLP (DC)
555 Eleventh Street, Nw, Suite 1000
Washington, DC 20004
(202)–637–1027
Fax: (202)–637–2201

Email: maggy.sullivan@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Lee Winik**
Latham &Watkins LLP (DC)
555 Eleventh Street, Nw, Suite 1000
Washington, DC 20004
(202)−637−2224
Fax: (202)−637−2201
Email: peter.winik@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter K. Rosen**
Latham &Watkins LLP (LA)
355 South Grand Avenue
Los Angeles, CA 90071
(213)−891−8778
Fax: (213)−891−8763
Email: peter.rosen@lw.com
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Defendant** | | |
| **Westfield Corporation, Inc.**<br>*TERMINATED: 06/23/2006* | represented by | **Marguerite Mitchell Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter Lee Winik**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter K. Rosen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Westfield WTC Holding LLC.**<br>*TERMINATED: 06/23/2006* | represented by | **Marguerite Mitchell Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter Lee Winik**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter K. Rosen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Westfield WTC LLC**<br>*TERMINATED: 06/23/2006* | represented by | **Marguerite Mitchell Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter Lee Winik**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Peter K. Rosen
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**1 WTC Holdings, L.L.C.**                    represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**1 World Trade Center, L.L.C.**             represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**2 WTC Holdings, L.L.C.**                    represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**2 World Trade Center, L.L.C.**             represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**4 WTC Holdings, L.L.C.**                    represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**4 World Trade Center, L.L.C.**     represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**5 WTC Holdings, L.L.C.**     represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**5 World Trade Center, L.L.C.**     represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bovis Holdings Limited**     represented by   **Mark Joseph Weber**
Mound Cotton Wollan &Greengrass
(NYC)
One Battery Park Plaza
9th Floor
New York, NY 10004
212 804–4296
Fax: 212 344–8066
Email: mweber@moundcotton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bovis International, Inc.**     represented by   **Mark Joseph Weber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bovis Lend Lease Interiors, Inc.**     represented by   **Mark Joseph Weber**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bovis Lend Lease LMB, Inc.**
*TERMINATED: 07/19/2011*

represented by **Amer S. Pharaon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Molloy , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline F. Bartlett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*LEAD ATTORNEY*

**Erin M. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Falzone III**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Peck**
(See above for address)
*LEAD ATTORNEY*

**Justin Scott Strochlic**
(See above for address)
*LEAD ATTORNEY*

**Keena M. Mackay**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kellie N. Ortega**
(See above for address)
*TERMINATED: 05/09/2006*
*LEAD ATTORNEY*

**Mark Joseph Weber**
(See above for address)
*TERMINATED: 02/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael John Lyle**

Weil Gotshal &Manges LLP(DC)
1300 Eye St. N.W.,
Suite 900
Washington, DC 20005
(202) 682–7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott G. Kobil**
(See above for address)
*TERMINATED: 05/09/2006*
*LEAD ATTORNEY*

**Shana Lynn Burleson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon W. Conway**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
Weil, Gotshal &Manges LLP (NYC)
767 Fifth Avenue, 25th Fl.
New York, NY 10153
2123108000
Fax: 2128333148
Email: steven.reiss@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan K. Conway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Elias Tsekerides**
Weil, Gotshal &Manges LLP (NYC)
767 Fifth Avenue, 25th Fl.
New York, NY 10153
(212)–310–8218
Fax: (212)–310–8007
Email: theodore.tsekerides@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bovis Lend Lease, Inc.**
*TERMINATED: 06/02/2009*

represented by **Adlai Jonathan Jacob Small**
(See above for address)
*LEAD ATTORNEY*

**Heather L. Foran**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph E. Hopkins**
(See above for address)
*LEAD ATTORNEY*

**Mark Joseph Weber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Silverstein Properties                   represented by   **James Bruce Eisenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Silverstein Properties, Inc.            represented by   **Andrew John Scholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Silverstein WTC Management Co.,         represented by   **Richard Arthur Williamson**
L.L.C.                                                   (See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Silverstein WTC Properties, L.L.C.      represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Silverstein WTC, L.L.C.**                    represented by    **Richard Arthur Williamson**
                                                                 (See above for address)
                                                                 *TERMINATED: 11/28/2007*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Thomas A. Egan**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Tully Construction Co., Inc.**               represented by    **Adlai Jonathan Jacob Small**
*TERMINATED: 07/19/2011*                                         (See above for address)
                                                                 *LEAD ATTORNEY*

                                                                 **Amer S. Pharaon**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Elissa Judith Glasband**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

                                                                 **Eric Sean Westenberger**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

                                                                 **John M. Falzone III**
                                                                 (See above for address)
                                                                 *TERMINATED: 05/05/2006*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jonathan M. Peck**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

                                                                 **Justin Scott Strochlic**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

                                                                 **Keena M. Mackay**
                                                                 (See above for address)
                                                                 *TERMINATED: 05/05/2006*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Kellie N. Ortega**
                                                                 (See above for address)
                                                                 *TERMINATED: 05/09/2006*
                                                                 *LEAD ATTORNEY*

                                                                 **Mark Joseph Weber**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Scott G. Kobil**
                                                                 (See above for address)

*TERMINATED: 05/09/2006*
*LEAD ATTORNEY*

**Shannon W. Conway**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan K. Conway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Turner Construction Company**        represented by   **Adlai Jonathan Jacob Small**
*TERMINATED: 06/02/2009*                               (See above for address)
                                                        *LEAD ATTORNEY*

                                                        **Amer S. Pharaon**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Anthony Molloy , III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Caroline F. Bartlett**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elissa Judith Glasband**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

                                                        **Eric Sean Westenberger**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

                                                        **Erin M. Sullivan**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Heather L. Foran**
                                                        (See above for address)
                                                        *TERMINATED: 05/05/2006*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John M. Falzone III**
                                                        (See above for address)
                                                        *TERMINATED: 05/05/2006*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John E. Sparling**

London Fischer, LLP
59 Maiden Lane
New York, NY 10038
(212) 972–1000
Fax: (212) 972–1030
Email: jsparling@londonfischer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Peck**
(See above for address)
*LEAD ATTORNEY*

**Joseph E. Hopkins**
(See above for address)
*LEAD ATTORNEY*

**Justin Scott Strochlic**
(See above for address)
*LEAD ATTORNEY*

**Keena M. Mackay**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kellie N. Ortega**
(See above for address)
*TERMINATED: 05/09/2006*
*LEAD ATTORNEY*

**Scott G. Kobil**
(See above for address)
*TERMINATED: 05/09/2006*
*LEAD ATTORNEY*

**Shana Lynn Burleson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon W. Conway**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan K. Conway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francesca Elizabeth Connolly**
Malapero &Prisco, LLP
585 Fifth Avenue
New York, NY 10017
(212)–661–7300
Fax: (212)–661–7640
Email: defense@malaperoprisco.com
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Turner Construction International, L.L.C.**
*TERMINATED: 06/02/2009*

represented by **John E. Sparling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Westfield America, Inc.**
*TERMINATED: 06/23/2006*

represented by **Peter K. Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Westfield Corporation, Inc.**
*TERMINATED: 06/23/2006*

represented by **Peter K. Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMEC Construction Management, Inc.**

represented by **Adlai Jonathan Jacob Small**
(See above for address)
*LEAD ATTORNEY*

**Amer S. Pharaon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Molloy , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Judith Glasband**
(See above for address)
*LEAD ATTORNEY*

**Eric Sean Westenberger**
(See above for address)
*LEAD ATTORNEY*

**Erin M. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather L. Foran**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Falzone III**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Peck**
(See above for address)

*LEAD ATTORNEY*

**Joseph E. Hopkins**
(See above for address)
*LEAD ATTORNEY*

**Justin Scott Strochlic**
(See above for address)
*LEAD ATTORNEY*

**Keena M. Mackay**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kellie N. Ortega**
(See above for address)
*TERMINATED: 05/09/2006*
*LEAD ATTORNEY*

**Scott G. Kobil**
(See above for address)
*TERMINATED: 05/09/2006*
*LEAD ATTORNEY*

**Shana Lynn Burleson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan K. Conway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department of Environmental Protection**

**Defendant**

| | | |
|---|---|---|
| **Morse Diesel International Inc.** | represented by | **Gerald Gordon Paul** |

Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006
(212) 412–9500
Fax: (212) 964–9200
Email: gpaul@fzw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Silverstein Properties, Inc.** | represented by | **Andrew John Schotz** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Gordon Paul**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mazzoochi Wrecking, Scalamandre**

**Defendant**

| | | |
|---|---|---|
| **Phillips and Jordan**<br>*TERMINATED: 12/29/2011* | represented by | **N Madro Bandaries**<br>Madro Bandaries, Plc<br>Post Office Box 56458<br>New Orleans, LA 70156<br>(504) 218–4815x615–0583<br>Fax: (504) 324–0684<br>Email: madro.pandj@gmail.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard Eric Leff**<br>McGivney &Kluger<br>80 Broad Street<br>New York, NY 10004<br>(212) 924–7212<br>Fax: (212) 509–4420<br>Email: Rleff@mcgivneyandkluger.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **The Westfield Group** | represented by | **Gerald Gordon Paul**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Tully Construction Co., Inc.**<br>*TERMINATED: 07/19/2011* | represented by | **Anthony Molloy , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Caroline F. Bartlett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Erin M. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Gerald Gordon Paul**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Joseph Weber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Silverstein Properties, Inc.,**     represented by     **Judith Pearl Falk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Consolidated Edison Company of New York, Inc.**
*TERMINATED: 03/18/2011*

**Defendant**

**Silverstein WTC Facility Manager, L.L.C.**     represented by     **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMEC Construction Management, Inc.**     represented by     **Caroline F. Bartlett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon W. Conway**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Joseph Weber**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Consolidated Edison Communications Holding Company, Inc.**

**Defendant**

**Consolidated Edison Company of New York, Inc.,**
*TERMINATED: 03/18/2011*

**Defendant**

**Consolidated Edison Development, Inc.**
*TERMINATED: 03/18/2011*

**Defendant**

**Consolidated Edison Energy, Inc.**
*TERMINATED: 03/18/2011*

**Defendant**

**Consolidated Edison Solutions, Inc.**
*TERMINATED: 03/18/2011*

**Defendant**

**Consolidated Edison, Inc.**
*TERMINATED: 03/18/2011*

**Defendant**

**Plaza Construction Corp.**
*TERMINATED: 07/19/2011*

represented by **Adlai Jonathan Jacob Small**
(See above for address)
*LEAD ATTORNEY*

**Amer S. Pharaon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Molloy , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Pelle Moran**
Paul Hastings LLP (NY)
75 East 55th Street
New York, NY 10022
(212) 318–6857
Fax: (212) 230–5152
Email: brianmoran@paulhastings.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline F. Bartlett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Marie White**
The Dannon Company, Inc.,
100 Hillside Avenue
White Plains, NY 10603–2863

(914) 872–8400 x8804
Email: dmw516@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Judith Glasband**
(See above for address)
*LEAD ATTORNEY*

**Eric Sean Westenberger**
(See above for address)
*LEAD ATTORNEY*

**Erin M. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather L. Foran**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Falzone III**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Peck**
(See above for address)
*LEAD ATTORNEY*

**Joseph E. Hopkins**
(See above for address)
*LEAD ATTORNEY*

**Justin Scott Strochlic**
(See above for address)
*LEAD ATTORNEY*

**Keena M. Mackay**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kellie N. Ortega**
(See above for address)
*TERMINATED: 05/09/2006*
*LEAD ATTORNEY*

**Kurt Wayne Hansson**
Paul Hastings LLP (NY)
75 East 55th Street
New York, NY 10022
(212) 318–6627
Fax: (212) 230–7843
Email: kurthansson@paulhastings.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott G. Kobil**
(See above for address)

*TERMINATED: 05/09/2006*
*LEAD ATTORNEY*

**Shana Lynn Burleson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon W. Conway**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan K. Conway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James B Worthington**
Paul Hastings LLP (NY)
75 East 55th Street
New York, NY 10022
(212) 318) 6000
Fax: (212) 230–7769
Email: jamesworthington@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Plaza Construction Management Corp.**   represented by   **James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James B Worthington**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tishman Construction Corporation of Manhattan**   represented by   **Anita B. Weinstein**
Cozen O'Connor (Philadelphia)
1900 Market Street
The Atrium
Philadelphia, PA 19103
(215) 665–2059
Fax: (215)–701–2059
Email: aweinstein@cozen.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Scott Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew John Gibbs**
Cozen, O'Connor, (NJ2)
Liberty View, Ste. 300
457 Haddonfield Road
Cherry Hill, NJ 08002

(973)–286–1235
Fax: (973)–242–2121
Email: agibbs@cozen.com
*ATTORNEY TO BE NOTICED*

**James Finbar Desmond , Jr.**
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788–0735
Fax: (212) 788–9776
Email: jdesmond@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Theresa Brennan**
Cozen O'Connor
45 Broadway
New York, NY 10006
212–908–1278
Fax: 866–263–1343
Email: tmurphy@cozen.com

**Defendant**

| | | |
|---|---|---|
| **Tishman Construction Corporation of New York** | represented by | **Anita B. Weinstein**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Brian Scott Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew John Gibbs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Finbar Desmond , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Brennan**
(See above for address)

**Defendant**

| | | |
|---|---|---|
| **Tully Construction Company**<br>*TERMINATED: 07/19/2011* | represented by | **Heather L. Foran**<br>(See above for address)<br>*TERMINATED: 05/05/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Joseph E. Hopkins**
(See above for address)
*LEAD ATTORNEY*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Tully Consulting Corp.** | represented by | **Shana Lynn Burleson**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tully Environmental Inc.**                    represented by   **James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tully Industries, Inc.**                      represented by   **Mark Joseph Weber**
*TERMINATED: 06/02/2009*                                        (See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nomura Holding America, Inc.**                represented by   **Howard F. Strongin**
Strongin Rothman &Abrams, LLP
5 Hanover Square
4th Floor
New York, NY 10004
2129318301
Fax: 2129318319
Email: hstrongin@sralawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill Suzanne Taylor**
Strongin Rothman &Abrams, LLP
5 Hanover Square
4th Floor
New York, NY 10004
(212)–931–8305
Fax: (212)–931–8319
Email: jtaylor@sralawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bovis Lend Lease, Inc., and Tully
Construction Co., Inc.**

**Defendant**

**Bechtel**                                     represented by   **James Edward Tyrrell , JR.,**
*TERMINATED: 08/07/2008*                                        (See above for address)

**Defendant**

**Atlantic Heydt Corp.**                        represented by   **Atlantic Heydt Corp.**
*TERMINATED: 07/19/2011*                                        PRO SE

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

James Edward Tyrrell , JR.,
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
Aaronson Rappaport Feinstein &Deutsch,
LLP
600 Third Avenue
New York, NY 10016
212–593–6700
Fax: 212–593–6970
Email: nlpennie@arfdlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Bacou–Dalloz US Headquarters**                    represented by **Bacou–Dalloz US Headquarters**
910 DOUGLAS PIKE
SMITHFIELD, RI 02917
PRO SE

**Defendant**
**Skidmore Owings &Merrill LLP**                    represented by **Skidmore Owings &Merrill LLP**
*TERMINATED: 07/19/2011*                                14 Wall Street
New York, NY 10005
PRO SE

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Lockwood Kessler &Bartlett, Inc.**                 represented by **Lockwood Kessler &Bartlett, Inc.**
*TERMINATED: 07/19/2011*                                One Aerial Way
Syosset, NY 11791
PRO SE

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Seasons Industrial Contracting**                  represented by **Seasons Industrial Contracting**
266 Green Valley Road
Staten Island, NY 10312
PRO SE

**Edward M. Fogarty , Jr**
Litchfield Cavo
420 Lexington Avenue
Suite 2104
New York, NY 10170
212–434–0100
Fax: 212–434–0105
Email: fogarty@litchfieldcavo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**LeFrak Organization Inc.**

represented by **LeFrak Organization Inc.**
97–77 Queens Boulevard
Rego Park, NY 11374
PRO SE

**Defendant**

**Rockrose Development Corp.**

represented by **Rockrose Development Corp.**
290 Park Avenue South
New York, NY 10010
PRO SE

**Defendant**

**Simpson Gumpertz &Heger Inc.**
*TERMINATED: 07/19/2011*

represented by **Simpson Gumpertz &Heger Inc.**
C/O NATIONAL REGISTERED
AGENTS, INC.
875 Avenue of the Americas, Suite 501
New York, NY 10001
PRO SE

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Semcor Equipment and Manufacturing
Corporation**
*TERMINATED: 07/19/2011*

represented by **Semcor Equipment and Manufacturing
Corporation**
14 Madison Street
Keyport, NJ 07735
PRO SE

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dakota Demo–Tech, Inc.**
*TERMINATED: 07/19/2011*

represented by **Dakota Demo–Tech, Inc.**
140 Old Northport Road
Kings Park, NY 11754
PRO SE

**Defendant**

**W HARRIS &SONS INC**
*TERMINATED: 06/02/2009*

represented by **W HARRIS &SONS INC**
37 West Washington Avenue
Pearl River, NY 10965
PRO SE

**Defendant**

**LaStrada General Contracting Corp.**          represented by   **LaStrada General Contracting Corp.**
118–20 29th Avenue
College Point, NY 11354
PRO SE

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GRUB &ELLIS MANAGEMENT**          represented by   **GRUB &ELLIS MANAGEMENT**
**SERVICES, INC.**                                   **SERVICES, INC.**
c/o THE PRENTICE–HALL
CORPORATION SYSTEMS
80 State Street
Albany, NY 12207
PRO SE

**Defendant**

**SURVIVAIR RESPIRATORS, INC.**          represented by   **SURVIVAIR RESPIRATORS, INC.**
3001 S SUSAN STREET
Santa Ana, CA 92704
PRO SE

**Christopher Quinn**
Morrison Mahoney, LLP (Boston)
250 Summer Street
Boston, MA 02210–1181
(617)–439–7500
Fax: (617)–342–4867
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary W Harvey**
Morrison Mahoney, LLP (Boston)
250 Summer Street
Boston, MA 02210–1181
(617)–439–7576
Fax: (617)–342–4875
Email: gharvey@morrisonmahoney.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Demetra Sophocleous**
Morrison Mahoney, LLP(NYC)
17 State Street Ste 110
New York, NY 10004
(212)–428–2498
Fax: (212)–825–1313
Email: dsophocleous@morrisonmahoney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Moretrench American Corporation**<br>*TERMINATED: 07/19/2011* | represented by | **Moretrench American Corporation**<br>C/O UNITED STATES CORPORATION<br>80 State Street<br>Albany, NY 12207<br>PRO SE<br><br>**James Edward Tyrrell , JR.,**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Total Safety Consulting, LLC**<br>*TERMINATED: 07/19/2011* | represented by | **Eric Sean Westenberger**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**James Edward Tyrrell , JR.,**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Nancy Loraine Pennie**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Lucius Pitkin, Inc.**<br>*TERMINATED: 07/19/2011* | represented by | **Lucius Pitkin, Inc.**<br>50 Hudson Street<br>New York, NY 10013<br>PRO SE<br><br>**James Edward Tyrrell , JR.,**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Eric Sean Westenberger**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **RY Management** | represented by | **RY Management**<br>351 Chester Street<br>Brooklyn, NY 11212<br>PRO SE<br><br>**Richard Eric Leff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ove Arup &Partners P.C.**<br>*TERMINATED: 07/19/2011* | represented by | **Ove Arup &Partners P.C.**<br>C/O KRONISH LIEB WEINER<br>HELLMAN<br>1345 Avenue of the Americas<br>New York, NY 10105<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| **ET ENVIRONMENTAL**<br>**CORPORATION, LLC.** | represented by | **ET ENVIRONMENTAL**<br>**CORPORATION, LLC.** |

*TERMINATED: 06/02/2009*

C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011
PRO SE

**Defendant**

**Off Road Welding, Inc.**
*TERMINATED: 07/19/2011*

represented by **Off Road Welding, Inc.**
417 LITTLE BROOK ROAD
GLEN GARDNER, NJ 08826
PRO SE

**Defendant**

**30 Broad Street Associates, LLC**

**Defendant**

**Parson Group, Inc.**
*TERMINATED: 07/19/2011*

represented by **Parson Group, Inc.**
70 East 55th Street 5th Floor
New York, NY 10022
PRO SE

**Defendant**

**Bechtel Associates Professiona;l Corporation**
*TERMINATED: 08/07/2008*

represented by **James Edward Tyrrell , JR.,**
(See above for address)

**Defendant**

**Bechtel Construction, Inc.**
*TERMINATED: 08/07/2008*

represented by **James Edward Tyrrell , JR.,**
(See above for address)

**Defendant**

**Bechtel Corporation**
*TERMINATED: 08/07/2008*

represented by **James Edward Tyrrell , JR.,**
(See above for address)

**Defendant**

**Bechtel Environmental, Inc.**
*TERMINATED: 08/07/2008*

represented by **James Edward Tyrrell , JR.,**
(See above for address)

**Defendant**

**Bovis Lend Lease Inc.**
*TERMINATED: 06/02/2009*

represented by **Elissa Judith Glasband**
(See above for address)
*LEAD ATTORNEY*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Consolidated Edison Solutions, Inc.**
*TERMINATED: 03/18/2011*

**Defendant**

**Liberty Mutual Managed Care, Inc.**

**Defendant**

**Turner/Plaza, A Joint Venture**

represented by **Francesca Elizabeth Connolly**
(See above for address)

**James Edward Tyrrell , JR.,**

(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Verizon New York Inc.**
*TERMINATED: 05/26/2009*

represented by **Eric Foster Leon**
Kirkland &Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)–446–4731
Fax: (212)–446–4900
Email: eleon@kirkland.com
*TERMINATED: 07/16/2010*
*LEAD ATTORNEY*

**Andrew Riggs Dunlap**
Kirkland &Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212) 446–4879
Fax: (212) 446–4900
Email: adunlap@kirkland.com
*TERMINATED: 07/16/2010*

**Lee Ann Stevenson**
Kirkland &Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)–446–4917
Fax: (212)–446–4900
Email: lstevenson@kirkland.com
*ATTORNEY TO BE NOTICED*

**Michael David Reisman**
Kirkland &Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)–446–4889
Fax: (212)–446–4900
Email: mreisman@kirkland.com
*ATTORNEY TO BE NOTICED*

**Nirav Sanjay Shah**
Kirkland &Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)–446–5958
Fax: (212)–446–4900
Email: nshah@kirkland.com
*TERMINATED: 06/15/2010*
*ATTORNEY TO BE NOTICED*

**Sandra Lynn Musumeci**
Kirkland &Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212) 446–4800 X4956
Fax: (212) 446–4900
Email: sandra.musumeci@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Properties Inc.**

represented by **Eric Foster Leon**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Andrew Riggs Dunlap**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee Ann Stevenson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Reisman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Wolkow Braker Roofing Corporation**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Eric Leff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Zeckendorf Realty, L.P.**

represented by **Virginia Goodman Futterman**
London Fischer, LLP
59 Maiden Lane
New York, NY 10038
(212)–331–9504
Fax: (212)–972–1030
Email: vfutterman@londonfischer.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Ment Bros. Iron Works Co.**
*TERMINATED: 07/19/2011*

represented by **Kimberly Marie Jagodzinski**
Wilson,Elser,Moskowitz,Edelman &Dicker
LLP (NY)
150 East 42nd Street
New York, NY 10017
212 490 3000
Fax: 212 490 3038
Email: jagodzinski@wemed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Merrill Lynch &Co., Inc.**

represented by **Robert J. Higgins**
Dickstein Shapiro Morin &Oshinsky LLP,
2101 L Street N.W.
Washington, DC 20037
(202) 785–9700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**222 Broadway, LLC**

represented by **Robert J. Higgins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **One Wall Street Corporation** | represented by | **Christian Holt Gannon** |
| | | Segal McCambridge Singer &Mahoney, Ltd. |
| | | Sears Tower, 233 S. Wacker Drive, Ste 5500 |
| | | Chicago, IL 60606 |
| | | 212–651–7500 x7417 |
| | | Fax: (212)651–7499 |
| | | Email: cgannon@smsm.com |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **One Wall Street Holdings LLC** | represented by | **Christian Holt Gannon** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **The Bank of New York Company, Inc.** | represented by | **Christian Holt Gannon** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **The Bank of New York Trust Company** | represented by | **Christian Holt Gannon** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **The Bank of New York** | represented by | **Christian Holt Gannon** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Verizon Communications Inc.** | represented by | **Eric Foster Leon** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Andrew Riggs Dunlap** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Lee Ann Stevenson** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Michael David Reisman** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Battery Park City Authority** | represented by | **Donna–Marie Baloy** |
| | | Wilson, Elser, Moskowitz, Edelman &Dicker, (WPls) |
| | | 3 Gannett Drive |
| | | White Plains, NY 10604 |
| | | (914) 323–7000 |
| | | Fax: (914) 323–7001 |
| | | Email: Baloyd@wemed.com |
| | | *TERMINATED: 07/10/2009* |
| | | *LEAD ATTORNEY* |

**Defendant**

**Battery Park City Authority**

**Defendant**

**Murray Hill Properties LLC**

**Defendant**

**CDL (New York) L.L.C.**                    represented by  **Richard Eric Leff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Musco Sports Lighting, LLC**              represented by  **Demetra Sophocleous**
*TERMINATED: 07/19/2011*                                    (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Zar Realty Zar Realty Management
Corp.**
*Zar Realty Management Corp.*

**Defendant**

**100 Church, LLC 100 Church, LLC**
*100 Church, LLC*

**Defendant**

**Century 21, Inc. Century 21, Inc.**
*Century 21, Inc.*

**Defendant**

**Blue Millennium Blue Millennium
Realty LLC.**
*Blue Millennium Relaty LLC*

**Defendant**

**Century 21 Department Stores LLC**
*Century 21 Department Stores LLC*

**Defendant**

**AMEC Earth &Environmental, Inc.**        represented by  **Eric Sean Westenberger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James Edward Tyrrell , JR.,**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Lehman Brothers, Inc.**                   represented by  **Richard Eric Leff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Lehman Commercial Paper, Inc.**           represented by  **Richard Eric Leff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Lehman Brothers Holdings Inc.**                    represented by  **Richard Eric Leff**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Defendant**

**American Express Bank, Ltd**                       represented by  **Richard Eric Leff**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Defendant**

**American Express Company**                         represented by  **Richard Eric Leff**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Defendant**

**American Express Travel Realted**                  represented by  **Richard Eric Leff**
**Services Company, Inc.**                                           (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Defendant**

**GRUBB &ELLIS MANAGEMENT**                          represented by  **Richard Eric Leff**
**SERVICES, INC.,**                                                  (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Defendant**

**Murray Hill Properties**                           represented by  **Richard Eric Leff**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Defendant**

**Evans Environmental &Geological**                  represented by  **Marc Howell Pillinger**
**Science &Management, LLC.**                                        Kuczinski, Vila, Tarallo, Pillinger &Miller,
                                                                     LLP
                                                                     570 Taxter Road
                                                                     Elmsford, NY 10523
                                                                     914–347–7333
                                                                     Fax: 914–347–7395
                                                                     Email: MPillinger@pmtlawfirm.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*


**Defendant**

**Gilsanz Murray Steficek LLP**                      represented by  **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                            (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Nicholas John Kauffman**
                                                                     Wilson Elser Moskowitz Edelman &Dicker
                                                                     LLP (NY)
                                                                     150 East 42nd Street
                                                                     New York, NY 10017
                                                                     (212)–915–5663
                                                                     Fax: (212)–490–3000
                                                                     Email: nicholas.kauffman@wilsonelser.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jason Andrew Harrington**
                                                                     Wilson Elser Moskowitz Edelman &Dicker
                                                                     LLP

150 East 42nd Street
New York, NY 10017
(212) 490–3000
Fax: (212) 490–3038
Email: jason.harrington@wilsonelser.com
*TERMINATED: 02/08/2011*
*ATTORNEY TO BE NOTICED*

**Defendant**

**A Russo Wrecking, Inc.**                    represented by  **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Berkel &Co. Contractors, Inc.**            represented by  **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Big Apple Wrecking &Construction**          represented by  **James Edward Tyrrell , JR.,**
**Corp.**                                                     (See above for address)
*TERMINATED: 07/19/2011*                                      *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Breeze Carting, Inc.**                      represented by  **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**Breeze National, Inc.**
*TERMINATED: 07/19/2011*

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brer–Four Transportation Corp.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Buro Happold Consulting Engineers, P.C.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Canron Construction Corp.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.B. Contracting Corp.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank Trust Company Americas**

represented by    **Aaron J Stahl**
Day Pitney, L.L.P. (NJ)
One Jefferson Road
Parsippany, NJ 07054–2891
(973) 966 6300
Fax: (973) 9661015
Email: astahl@daypitney.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alashia L Chan**
Day Pitney, L.L.P. (NJ)
One Jefferson Road
Parsippany, NJ 07054–2891
(973) 966–6300
Fax: (973) 966–1015
Email: achan@daypitney.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Moffitt**
Day Pitney, LLP(Fl. Park)
Post Office Box 1945, Morristown,
NJ07962(Mailing)
200 Campus Drive
Florham Park, NJ 07932
(973) 966–6300
Fax: (973) 966–1015
Email: bmoffitt@daypitney.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cynthia K. Courtney**
Day Pitney, L.L.P. (Hartford)
242 Trumbull Street
Hartford, CT 06103
860–275–0656
Fax: 860–275–0343
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jairo Andres Mayor**
Day Pitney, L.L.P. (NJ)
One Jefferson Road
Parsippany, NJ 07054–2891
(973) 966 6300
Fax: (973) 966 1015
Email: amayor@daypitney.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John D. Coyle**
Day Pitney, LLP(Fl. Park)
Post Office Box 1945, Morristown,
NJ07962(Mailing)

200 Campus Drive
Florham Park, NJ 07932
(973) 966–6300
Fax: (973) 966–1015
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A Clark**
Day Pitney, L.L.P. (NJ)
One Jefferson Road
Parsippany, NJ 07054–2891
(973) 966–6300
Fax: (973) 966–1015
Email: jclark@daypitney.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maureen C. Pavely**
Day Pitney, L.L.P. (NJ)
One Jefferson Road
Parsippany, NJ 07054–2891
(973) 966–6300
Fax: (973) 966 –1015
Email: mpavely@daypitney.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin E Haglund**
Day Pitney, L.L.P. (NJ)
One Jefferson Road
Parsippany, NJ 07054–2891
(973) 966–8217
Fax: (973) 966–1015
Email: bhaglund@daypitney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank Trust Company**                represented by  **Jairo Andres Mayor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maureen C. Pavely**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin E Haglund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank**                              represented by  **Benjamin E Haglund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**Component Assembly Systems, Inc.**
*TERMINATED: 07/19/2011*

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank Trust Corporation**          represented by     **Aaron J Stahl**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alashia L Chan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Moffitt**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cynthia K. Courtney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jairo Andres Mayor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John D. Coyle**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maureen C. Pavely**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin E Haglund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bankers Trust Corporation**          represented by     **Benjamin E Haglund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**Cord Contracting Co. Inc.**
*TERMINATED: 07/19/2011*

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DB Private Clients Corporation**              represented by   **Aaron J Stahl**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alashia L Chan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Moffitt**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cynthia K. Courtney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jairo Andres Mayor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John D. Coyle**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A Clark**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maureen C. Pavely**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin E Haglund**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Dakota Demo–Tech**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Diamond Point Excavating Corp.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tishman Interiors Corporation**

represented by **Anita B. Weinstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Scott Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Finbar Desmond , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Diego Construction, Inc.**
*TERMINATED: 10/03/2008*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Diversified Carting, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

Nancy Loraine Pennie
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DMT Enterprise, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**D'Onofrio General Contractors Corp.**
*TERMINATED: 10/03/2008*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eagle One Roofing Contractors, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**E.J. Davies, Inc.**

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**En–Tech Corp.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

Nancy Loraine Pennie
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ewell W. Finley, P.C.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Executive Medical Services, P.C.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fleet Trucking, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Francis A. Lee Company**

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FTI Trucking Corp.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Eric Sean Westenberger
(See above for address)
*ATTORNEY TO BE NOTICED*

Nancy Loraine Pennie
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York City Department of Transportation**

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York City Department of Sanitation**

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York Police Department**

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mazzochi Wrecking**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Weeks Marine, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Adam Kalman**
London Fischer, LLP
59 Maiden Lane
New York, NY 10038
(212) 331–9417
Fax: (212) 972–1030
Email: BKalman@LondonFischer.com
*ATTORNEY TO BE NOTICED*

Eric Sean Westenberger
(See above for address)
*ATTORNEY TO BE NOTICED*

Nancy Loraine Pennie
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gilsanz, Murray, Steficek, LLP**
*TERMINATED: 07/19/2011*

represented by **Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goldstein Associates Consulting Engineers, P.C.**
*TERMINATED: 07/19/2011*

represented by   **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hallen Welding Services, Inc.**
*TERMINATED: 07/19/2011*

represented by   **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HP Environmental, Inc.**

represented by   **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hudson Meridian Construction Group, L.L.C.**

represented by   **James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.P. Equipment Rental &Materials, L.L.C.**
*TERMINATED: 07/19/2011*

represented by   **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laquila Construction, Inc.**
*TERMINATED: 07/19/2011*

represented by   **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Eric Sean Westenberger
(See above for address)
*ATTORNEY TO BE NOTICED*

Nancy Loraine Pennie
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony Cortese Specialized Hauling,**
**LLC, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Evergreen Recycling of Corona**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Koch Skanska Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leslie E. Robertson Associates**
**Consulting Engineers, P.C.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Liberty Mutual Group**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**LZA Tech. – Div. of Thornton Tomasetti Group**

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Manafort Brothers, Inc.**
*TERMINATED: 07/19/2011*

represented by **Abbie Lynn Eliasberg Fuchs**
Harris Beach, PLLC (NYC)
100 Wall Street
23rd Floor
New York, NY 10005
(212) 687–0100
Fax: (212) 687–0659
Email: jsavitsky@harrisbeach.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mazzocchi Wrecking Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Meridian Construction Group, LLC**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MRA Engineering, P.C.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**Mueser Rutledge Consulting Engineers**
*TERMINATED: 07/19/2011*

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York Crane &Equipment Corp.**    represented by    **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                 (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nicholson Construction Company**    represented by    **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Scalamandre &Sons, Inc.**    represented by    **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pinnacle Environmental Corp.**    represented by    **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pro Safety Services, LLC**    represented by    **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PT &L Contracting Corp.**                    represented by    **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                        (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Eric Sean Westenberger**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Nancy Loraine Pennie**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert L. Gerosa, Inc.**                     represented by    **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                        (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Eric Sean Westenberger**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Nancy Loraine Pennie**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Silman Associates**                   represented by    **James Edward Tyrrell , JR.,**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Eric Sean Westenberger**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Rodar Enterprises, Inc.**                    represented by    **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                        (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Eric Sean Westenberger**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Nancy Loraine Pennie**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Royal GM, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SAB Trucking, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Safeway Environmental Corp.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Silverite Contracting Corp.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thornton Tomasetti Group, Inc.**

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Toretta Trucking, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vollmer Associates, LLP**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Weidlinger Associates, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yonkers Contracting Company, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WSP Cantor Seinuk**

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMEC Construction Management, Inc.**

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMEC Earth &Environmental, Inc.**

represented by

**James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Liberty Mutual Insurance Company**                represented by   **James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leslie E. Robertson Associates,**                represented by   **James Edward Tyrrell , JR.,**
**R.L.L.P.**                                                       (See above for address)
*TERMINATED: 07/19/2011*                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Lockwood, Kessler &Bartlett, Inc.**              represented by   **Eric Sean Westenberger**
*TERMINATED: 07/19/2011*                                           (See above for address)
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LVI/Mazzocchi Wrecking, Inc.**                   represented by   **James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Moretrench American Corp.**                      represented by   **Eric Sean Westenberger**
*TERMINATED: 07/19/2011*                                           (See above for address)
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mazzocchi Wrecking**                             represented by   **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                           (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nacirema Industries, Inc.**                      represented by   **Eric Sean Westenberger**
*TERMINATED: 07/19/2011*                                           (See above for address)
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nicholson Construction Co.**                                  represented by    **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                                          (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **Eric Sean Westenberger**
                                                                                  (See above for address)
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **Nancy Loraine Pennie**
                                                                                  (See above for address)
                                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Silman Associates, P.C.**                             represented by    **James Edward Tyrrell , JR.,**
                                                                                  (See above for address)
                                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Skanska Koch, Inc.**                                         represented by    **James Edward Tyrrell , JR.,**
                                                                                  (See above for address)
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **Nancy Loraine Pennie**
                                                                                  (See above for address)
                                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Skidmore Owings &Merrill, LLP**                              represented by    **James Edward Tyrrell , JR.,**
*TERMINATED: 07/19/2011*                                                          (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Wolkow Braker Roofing Corp.**                               represented by    **Eric Sean Westenberger**
*TERMINATED: 07/19/2011*                                                          (See above for address)
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **James Edward Tyrrell , JR.,**
                                                                                  (See above for address)
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **Nancy Loraine Pennie**
                                                                                  (See above for address)
                                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Bechtel Associates Professional Corp.**                      represented by    **James Edward Tyrrell , JR.,**
*TERMINATED: 08/07/2008*                                                          (See above for address)

**Defendant**

**Bechtel Construction Company, Inc.**
*TERMINATED: 08/07/2008*

**Defendant**

**Phillips and Jordan, Inc.**
*TERMINATED: 11/07/2011*

represented by **N Madro Bandaries**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Eric Leff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yannuzzi &Sons, Inc.**
*TERMINATED: 07/19/2011*

represented by **Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yannuzzi Demolition &Recycling Services, Corp.**

represented by **Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nacirema Industries Incorporated**
*TERMINATED: 07/19/2011*

**Defendant**

**JP Equipment Rental Material, Inc.**
*TERMINATED: 07/19/2011*

represented by **James Edward Tyrrell , JR.,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tucci Equipment Rental Corporation**
*TERMINATED: 07/19/2011*

represented by **Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy Loraine Pennie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bechtel Associates Professional Corporation**
*TERMINATED: 08/07/2008*

represented by **James Edward Tyrrell , JR.,**
(See above for address)

**Defendant**

represented by

| | | |
|---|---|---|
| **American Building Maintenance Industries, Inc.** | | **Dorothy Samel** Jeffrey Samel &Partners 150 Broadway, 20th Floor New York, NY 10038 (212)587−9690 Fax: (212)587−9673 Email: jeffreysamel@gmail.com *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Highrise Hoisting and Scaffolding, Inc.** *TERMINATED: 10/03/2008* | represented by | **James Edward Tyrrell , JR.,** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation** | represented by | **Anita B. Weinstein** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Brian Scott Levine** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Kenneth George Schwarz** Fischbein, Badillo, Wagner &Harding 909 Third Avenue New York, NY 10022 (212) 453−3878 Fax: (212) 644−7485 Email: kschwarz@cozen.com *ATTORNEY TO BE NOTICED* |
| | | **Lorraine Gwynneth McKay** Cozen O'Connor 45 Broadway New York, NY 10006 (212)−908−1210 Fax: (212)−202−6396 Email: lmckay@cozen.com *ATTORNEY TO BE NOTICED* |
| | | **Maria J. Ciccia** Stiefel &Cohen 770 Lexington Ave New York, NY 10065 212 575−2092 Fax: 212 575−2184 Email: mciccia@cozen.com *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Survivair Respirators, Inc.** | represented by | **Christopher Quinn** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Gary W Harvey** (See above for address) *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Jeffrey A. Kidder**
Morrison Mahoney, LLP (Boston)
250 Summer Street
Boston, MA 02210–1181
(617) 439–7500
Fax: (617) 439–7590
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Demetra Sophocleous**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The City of New York**
*TERMINATED: 05/04/2011*

represented by **Eric Sean Westenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York University**

represented by **Richard M. Fedrow**
Bivona &Cohen, P.C.
Wall Street Plaza, 88 Pine Street, 17th
Floor
New York, NY 10005
(212) 363–3100
Fax: (212) 363–9824
Email: richard.fedrow@bivonacohen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Myra Needleman**
London Fischer, LLP
59 Maiden Lane
New York, NY 10038
212 331–9455
Fax: 212 972–1030
Email: mneedleman@londonfischer.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Taylor Recycling Facility LLC**
*TERMINATED: 03/27/2012*

represented by **Jennifer M Brooks**
Eckert, Seamans, Cherin &Mellott
LLC(PA)
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphi, PA 19102
*LEAD ATTORNEY*
*PRO HAC VICE*

**Michael Kinkopf**
Eckert Seamans Cherin &Mellott, LLC
1515 Market Street
9th Floor
Philadelphia, PA 19102
(215) 851–8400
*LEAD ATTORNEY*

**Steven Robert Kramer**
Eckert, Seamans, Cherin &Mellott LLC

10 Bank Street
White Plains, NY 10606
(914) 686–4800
Fax: (914) 686–4824
Email: skramer@eckertseamans.com.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geraldine Ann Cheverko**
Eckert, Seamans, Cherin &Mellott LLC
10 Bank Street
White Plains, NY 10606
(914)949–2909
Fax: (914) 949–5424
Email: gcheverko@eckertseamans.com

**Defendant**

**Deutsche Bank Trust Corporation**                 represented by   **Aaron J Stahl**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alashia L Chan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Moffitt**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cynthia K. Courtney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jairo Andres Mayor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John D. Coyle**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A Clark**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maureen C. Pavely**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin E Haglund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DBAB Wall Street LLC**                    represented by    **Aaron J Stahl**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alashia L Chan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Moffitt**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cynthia K. Courtney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jairo Andres Mayor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John D. Coyle**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A Clark**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maureen C. Pavely**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin E Haglund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony Cortese Specialized Hauling,**     represented by    **James Edward Tyrrell , JR.,**
**LLC**                                                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eagle Leasing &Industrial Supply**

**Defendant**

**Lastrada General Contracting Corp.**

**Defendant**

**Rober Silman Associates**

**Defendant**

**Silverite Contractors**

**Defendant**

**Ultimate Demolitions/CS Hauling**

**Defendant**

**Weidlinger Associates Consulting Engineers, P.C.**                represented by    **James Edward Tyrrell , JR.,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Whitney Contracting Inc.**

**Defendant**

**York Hunter Construction, LLC**

**Defendant**

**Zigenfuss Drilling, Inc.**


V.

**Consolidated Defendant**

**Mark Gajewski**                represented by    **Christopher C. Ross**
Law Office of Christopher Ross
573 South Country Rd
East Patchogue, NY 11772
(631)–654–5134
Fax: (631)–758–2875
Email: christopher.ross@mayerrosshagan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**ThirdParty Plaintiff**

**AMEC Construction Management, Inc.**                represented by    **Joshua Laurence Milrad**
Mound Cotton Wollan &Greengrass
(NYC)
One Battery Park Plaza
9th Floor
New York, NY 10004
(212)–804–4566
Fax: (212)–344–8066
Email: jmilrad@moundcotton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**ThirdParty Plaintiff**

represented by

**Tully Construction Co., Inc.**
*TERMINATED: 07/19/2011*

**Joshua Laurence Milrad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Joseph Weber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Bovis Holdings Limited**                     represented by   **Mark Joseph Weber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Bovis International, Inc.**                   represented by   **Mark Joseph Weber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Bovis Lend Lease Inc**                       represented by   **Mark Joseph Weber**
*TERMINATED: 06/02/2009*                       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Bovis Lend Lease Interiors, Inc.**           represented by   **Mark Joseph Weber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Bovis Lend Lease LMB, Inc.**                 represented by   **Mark Joseph Weber**
*TERMINATED: 07/19/2011*                       (See above for address)
*TERMINATED: 02/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Elias Tsekerides**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Tully Construction Co., Inc.**               represented by   **Mark Joseph Weber**
*TERMINATED: 07/19/2011*                       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**AMEC Construction Management, Inc.**         represented by   **Mark Joseph Weber**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**The City of New York**
*TERMINATED: 05/04/2011*

**ThirdParty Defendant**

**The Federal Emergency Management
Agency**

**ThirdParty Defendant**

**The Port Authority of New York and
New Jersey**                                 represented by  **Beth D. Jacob**
*TERMINATED: 02/06/2009*                                    (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Richard Arthur Williamson**
                                                            (See above for address)
                                                            *TERMINATED: 11/28/2007*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Thomas A. Egan**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**The United States Department of
Defense**

**ThirdParty Defendant**

**The Department of Defense**

**Counter Claimant**

**Tully Construction Co., Inc.**             represented by  **Joshua Laurence Milrad**
*TERMINATED: 07/19/2011*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Claimant**

**Kevin Fitzpatrick**                        represented by  **Elizabeth Blair Starkey**
*TERMINATED: 03/04/2011*                                    Hofmann &Associates
                                                            360 West 31st Street
                                                            Suite 1506
                                                            New York, NY 10001−2727
                                                            (212)465−8840
                                                            Fax: (212)−465−8849
                                                            Email: elizabethstarkey@hofmannlawfirm.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Paul T. Hofmann**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Silverstein Properties, Inc.**             represented by  **Richard Arthur Williamson**
                                                            (See above for address)

*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Bovis Lend Lease Inc**          represented by   **Mark Joseph Weber**
*TERMINATED: 06/02/2009*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**AMEC Construction Management, Inc.**   represented by   **Joshua Laurence Milrad**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Phillips and Jordan**           represented by   **N Madro Bandaries**
*TERMINATED: 12/29/2011*                           (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Richard Eric Leff**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Tully Construction Co., Inc.**   represented by   **Joshua Laurence Milrad**
*TERMINATED: 07/19/2011*                            (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Turner Construction International,**   represented by   **John E. Sparling**
**L.L.C.**                                               (See above for address)
*TERMINATED: 06/02/2009*                                 *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Consolidated Edison Communications**   represented by   **Douglas James McKay**
**Holding Company, Inc.**                                 Richard H. Waxman, P.C
                                                          445 Central Avenue, Suite 362
                                                          Cedarhurst, NY 11516
                                                          (212) 460−2158
                                                          Fax: (212)−677−5849
                                                          Email: mckaydo@coned.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Consolidated Edison Company of New**   represented by   **Douglas James McKay**
**York, Inc.**                                            (See above for address)
*TERMINATED: 03/18/2011*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Frank Anthony Lisi**
                                                          Richard W. Babinecz (Con Edison Law

Dept.)
4 Irving Place
New York, NY 10003
(212)460–3228
Fax: (212)–529–7673
Email: lisif@coned.com
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Consolidated Edison Development, Inc.**          represented by          **Douglas James McKay**
*TERMINATED: 03/18/2011*                                                                  (See above for address)
                                                                                          *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Consolidated Edison Energy, Inc.**          represented by          **Douglas James McKay**
*TERMINATED: 03/18/2011*                                                              (See above for address)
                                                                                      *LEAD ATTORNEY*
                                                                                      *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Consolidated Edison Solutions, Inc.**          represented by          **Douglas James McKay**
*TERMINATED: 03/18/2011*                                                                (See above for address)
                                                                                        *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Consolidated Edison, Inc.**          represented by          **Douglas James McKay**
*TERMINATED: 03/18/2011*                                                  (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Turner Construction Company**
*TERMINATED: 06/02/2009*

V.

**Cross Defendant**

**Silverstein Properties, Inc.**          represented by          **Richard Arthur Williamson**
                                                                  (See above for address)
                                                                  *TERMINATED: 11/28/2007*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Thomas A. Egan**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Mazzoochi Wrecking, Scalamandre**

**Cross Defendant**

**Phillips and Jordan**          represented by          **N Madro Bandaries**
*TERMINATED: 12/29/2011*                                      (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Richard Eric Leff**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**The Port Authority of New York and
New Jersey**
*TERMINATED: 02/06/2009*

represented by **Beth D. Jacob**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Silverstein Properties, Inc.**

represented by **Andrew John Scholz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**The Westfield Group**

**Cross Defendant**

**The City of New York**
*TERMINATED: 05/04/2011*

**Cross Defendant**

**1 WTC Holdings L.L.C.**

represented by **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**1 World Trade Center, L.L.C.**

represented by **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**2 WTC Holdings L.L.C.**

represented by **Richard Arthur Williamson**
(See above for address)

*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**2 World Trade Center, L.L.C.**   represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**4 WTC Holdings, L.L.C.**   represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**4 World Trade Center, L.L.C.**   represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**5 WTC Holdings, L.L.C.**   represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**5 World Trade Center, L.L.C.**   represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Silverstein Properties**   represented by   **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*

*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Silverstein WTC Facility Manager, L.L.C.**

represented by **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Silverstein WTC Management Co., L.L.C.**

represented by **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Silverstein WTC Properties, L.L.C.**

represented by **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Westfield America, Inc.**
*TERMINATED: 06/23/2006*

represented by **Peter K. Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Westfield Corporation, Inc.**
*TERMINATED: 06/23/2006*

represented by **Peter K. Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Westfield WTC Holding, L.L.C.**
*TERMINATED: 06/23/2006*

represented by **Peter K. Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Westfield WTC, L.L.C.**
*TERMINATED: 06/23/2006*

represented by **Peter K. Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**World Trade Center Properties, L.L.C.**

represented by **Richard Arthur Williamson**
(See above for address)
*TERMINATED: 11/28/2007*

*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**AMEC Construction Management, Inc.**

**Cross Defendant**

**Bovis Lend Lease, Inc.**
*TERMINATED: 06/02/2009*

**Cross Defendant**

**Plaza Construction Corp.**
*TERMINATED: 07/19/2011*

**Cross Defendant**

**Plaza Construction Management Corp.**

**Cross Defendant**

**Tishman Construction Corporation of**    represented by    **Brian Scott Levine**
**Manhattan**                                                (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Andrew John Gibbs**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Theresa Brennan**
                                                             (See above for address)

**Cross Defendant**

**Tishman Construction Corporation of**    represented by    **Brian Scott Levine**
**New York**                                                 (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Andrew John Gibbs**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Theresa Brennan**
                                                             (See above for address)

**Cross Defendant**

**Tully Construction Co., Inc.**
*TERMINATED: 07/19/2011*

**Cross Defendant**

**Tully Construction Company**
*TERMINATED: 07/19/2011*

**Cross Defendant**

**Tully Consulting Corp.**

**Cross Defendant**

**Tully Environmental Inc.**

**Cross Defendant**

**Tully Industries, Inc.**
*TERMINATED: 06/02/2009*

**Cross Defendant**

**Turner Construction Co.**
*TERMINATED: 06/02/2009*

**Cross Defendant**

**Turner Construction Company**          represented by  **John E. Sparling**
*TERMINATED: 06/02/2009*                               (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Turner Construction International,
L.L.C.**
*TERMINATED: 06/02/2009*

V.

**ADR Provider**

**Kevin Burke**                          represented by  **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**ADR Provider**

**Katherine Cruz**                       represented by  **W. Steven Berman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Joseph Dubanevich**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**ADR Provider**

**Sperian Respirstory Protection USA,**  represented by  **Demetra Sophocleous**
**LLC**                                                 (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**ADR Provider**

**Tishman Speyer Properties, LP**        represented by  **Edward M. Fogarty , Jr**
*TERMINATED: 10/03/2008*                               (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**ADR Provider**

**John Raehse**                          represented by  **Andrew John Carboy , Sr**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**ADR Provider**

**Noah H. Kushlefsky**                   represented by  **Noah H. Kushlefsky**
Kreindler &Kreindler LLP                                (See above for address)
750 Third Avenue                                        *ATTORNEY TO BE NOTICED*
32nd Floor

New York, NY 10017
212–687–8181

**ADR Provider**

**Bruce Greenberg**

**ADR Provider**

**Bruce Greenberg**

**ADR Provider**

**Sub Contractor Defendants**

**ADR Provider**

**Sub Contractor Defendants**

**ADR Provider**

**Sub Contractor Defendants**

**ADR Provider**

**Sub Contractor Defendants**

V.
**Miscellaneous**

| | | |
|---|---|---|
| **Mount Sinai Medical Center** | represented by | **Bettina Barasch Plevan**<br>Proskauer Rose LLP (NY)<br>11 Times Square<br>New York, NY 10036<br>(212) 969–3065<br>Fax: (212) 969–2900<br>Email: Bplevan@proskauer.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

**Latham &Watkins LLP**

**Interested Party**

**Mayore Estates, LLC**

**Interested Party**

**80 Lafeyette Associates, LLC**

V.
**All Plaintiffs**

| | | |
|---|---|---|
| **Plaintiffs Liaison Counsel** | represented by | **Brian David Crosby**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Denise Ava Rubin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **George N. Kalamaras** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael C. Mace**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patricia I. Jorge**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Steven Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew John Carboy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher R. LoPalo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**All Plaintiffs**

**Charles Dalton**                    represented by    **Charles Dalton**
                                                        New York, NY 10000
                                                        PRO SE

**All Plaintiffs**

**Plaintiffs Liaison Counsel**        represented by    **George N. Kalamaras**
*Plaintiff's co−liaison counsel*                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael C. Mace**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Patricia I. Jorge**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paul Joseph Napoli**
                                                        Napoli Bern Ripka Shkolnik, LLP
                                                        350 Fifth Avenue
                                                        New York, NY 10118
                                                        (212) 267−3700
                                                        Fax: (212) 587−0031
                                                        Email: PNapoli@napolibern.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Christopher R. LoPalo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Denise Ava Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**All Defendants**

**Defendants**

**All Defendants**

**Defendants**

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Phillips and Jordan**<br>*TERMINATED: 12/29/2011* | represented by | **N Madro Bandaries**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard Eric Leff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**ThirdParty Defendant**

| | | |
|---|---|---|
| **Phillips and Jordan**<br>*TERMINATED: 12/29/2011* | represented by | **N Madro Bandaries**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard Eric Leff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 2/13/2003 | 1 | CASE MANAGEMENT ORDER... Cases alleging wrongful death, personal injury, and property damage primarily circumstances and conduct up to and including the attacks of September 11, 2001 constitute the first group and share master docket number 21 MC 97, established by the order of November 1, 2002. Cases brought by plaintiffs – such recovery and clean–up personnel – alleging wrongful death or personal injury primarily based on circumstances and in the period after the September 11, 2001 attacks, and whose actions are listed in Exhibit A hereto or are commence the date of this Order, constitute the second group. A master docket for this second group is hereby established: In re Trade Center Disaster Site Litigation 21 MC 100 (AKH)... Michael Barasch, Esq.... shall serve as Liaison Counsel o of plaintiffs... Gary Shaffer, Esq.... shall serve as Liaison Counsel on behalf of all entities named as defendants in the of actions under 21 MC 100... Oral argument in Hickey v. City of New York, 02 Civ. 8434, on plaintiff's motion to shall be heard on 03/31/03 at 2:00 p.m.... All plaintiffs in any actions consolidated under 21 MC 100 against the City York or other defendants, seeking to remand their actions to State Court, shall serve motions to remand no later than 02/24/03. Opposition papers shall be served by 03/17/03 and reply papers... shall be served by 03/31/03. Oral argum 03/31/03 at 2:00 p.m.... Those plaintiffs in cases consolidated under 21 MC 100 who wish to file claims with the Vic Compensation Fund established pursuant to the Air Transportation Safety and System Stabilization Act shall so noti Court and defendants' counsel in writing no later than 04/10/03.... ( signed by Judge Alvin K. Hellerstein ); (dcap) (I 03/04/2003) |

| | | |
|---|---|---|
| 3/05/2003 | 2 | Memo−Endorsement on letter addressed to Judge Hellerstein from Matthew J. Maiorana, dated 2/28/03. Re:, for lea submit one set of papers in opposition to plaintiffs' motions to remand in Bel, Flechaus and Albrecht, and in respons submission in Baiano. Motion granted . ( signed by Judge Alvin K. Hellerstein ); (rjm) Modified on 03/14/2003 (En 03/14/2003) |
| 3/19/2003 | 3 | MEMORANDUM OF LAW by City of New York in opposition to Plaintiffs' Motions to Remand. (rjm) (Entered: 03/24/2003) |
| 3/19/2003 | 4 | AFFIDAVIT of Robert C. Adams by City of New York in opposition to Ptffs. Motions to Remand. (rjm) (Entered: 03/24/2003) |
| 3/19/2003 | 5 | AFFIDAVIT of Kelly McKinney by City of New York in opposition to Ptffs' Motions to Remand. (rjm) (Entered: 03/24/2003) |
| 3/19/2003 | 6 | AFFIDAVIT of Howard Altschuler by City of New York in opposition to Ptffs' Motions to Remand. (rjm) (Entered 03/24/2003) |
| 3/19/2003 | 7 | AFFIDAVIT of Edmund Brescia by City of New York in opposition to Ptffs' Motions to Remand. (rjm) (Entered: 03/24/2003) |
| 3/19/2003 | 8 | DECLARATION of Matthew J. Maiorana by City of New York in opposition to Ptffs' Motions to Remand. (rjm) (E 03/24/2003) |
| 3/20/2003 | 9 | ORDER Remanding Cases to State Court the following interrogatory shall be answered in written submissions to th Movants &defts. shall submit written responses to the interrogatory by March 26, 2003 . ( signed by Judge Alvin K. Hellerstein ); (rjm) (Entered: 03/24/2003) |
| 3/26/2003 | 10 | Ptffs. RESPONSE to Court's Interrogatory of March 20, 2003. This Document relates to 02cv8938, 9126−9128. (rjm (Entered: 03/28/2003) |
| 3/26/2003 | 11 | RESPONSE by Deft. City of New York to the Court's Interrogatory. Received in N.D. Box on 3/26/03, 7:40pm. (rjm (Entered: 03/28/2003) |
| 3/28/2003 | 12 | Table of Contents of Answer of Defts. The Port Authority NY NJ, WTC Properties LLC. to the Court's Interrogator regarding exclusive Federal Jurisdiction over the Respiratory Ptffs' Claims. (rjm) (Entered: 04/01/2003) |
| 4/04/2003 | 13 | Plaintiff John Baiano's RESPONSE to the Court's Interrogatories. Clerk's Office Memo to Chambers signed by Judg Hellerstein to accept for filing attached. (rjm) Modified on 04/04/2003 (Entered: 04/04/2003) |
| 4/08/2003 | 14 | Supplemental Submission of Defts. The Port Authority of NY and NJ and WTC Properties LLC regarding exclusive Jurisdiction over the Respiratory Ptffs' Claims. (rjm) (Entered: 04/09/2003) |
| 4/08/2003 | 16 | AFFIDAVIT of Patrick J. Lally. Attached memo signed by Judge for acceptance &filing. (rjm) (Entered: 05/08/200 |
| 4/10/2003 | 15 | NOTICE of Reservation of Rights under the "September 11, 2001 Victim Compensation Fund." (rjm) (Entered: 04/ |
| 5/08/2003 | 17 | Memo−Endorsement on letter addressed to Judge Hellerstein from Anthony P. Gentile, dated 4/30/03. Re: Albrecht request for a conference that, So long as Ptffs continue to maintain their lawsuits, they must comply with the previou &stipulation providing for GML 50−h hearings. Deft. shall schedule new dates at which ptffs. are required to appear by Judge Alvin K. Hellerstein ); (rjm) (Entered: 05/09/2003) |
| 6/20/2003 | 18 | MEMORANDUM OPINION &ORDER # 88661, partially granting &partially denying motions to remand cases to Court , and that order for interlocutory appeal under section 1292(b). The remand orders shall be stayed pending dec the Court of Appeals on the section 1292(b) certificate, and issuance of a mandate thereafter . This Document relate 02−8434, 8092, 8938, 9126, 9127, 9128, 03−0008, 034, and 0193. ( signed by Judge Alvin K. Hellerstein ); (rjm) (E 06/20/2003) |
| 6/27/2003 | 19 | Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Dispositive Motion (requi report &recommendation) purs. to decision dated 6/20/03. Referred to Magistrate Judge Theodore H. Katz . ( signed Judge Alvin K. Hellerstein ) (rjm) (Entered: 07/01/2003) |
| 7/08/2003 | 20 | NOTICE OF INTERLOCUTORY APPEAL by Port Authority NY NJ, WTC Properties LLC from [18−1] order par granting &partially denying motions to remand cases to State Court Entered on docket 6/20/03; Copies of notice of interocutory appeal mailed to Attorney(s) of Record: Lonny Levitz, Esq., Paul A. Marber, Esq., David L. Kremen, E Anthony P. Gentile, Esq., Florrie L. Wertheimer, Esq. and Matthew J. Maiorana, Esq. $105.00 Appeal filing fee pai on receipt # E 478325. (dt) (Entered: 07/10/2003) |
| 7/10/2003 | | Notice of appeal and certified copy of docket to USCA: [20−1] interlocutory appeal by WTC Properties LLC, Port A NY NJ ; Copy of notice of appeal sent to District Judge. (dt) (Entered: 07/10/2003) |

| 7/18/2003 | 21 | SUBMISSION by Phyllis Costarella, Joseph Falcone, Lenny Dinotte for Clarification of the Court's Jurisdiction of the "Baiano" Ptffs; two in Appendix "E" and one in Appendix "B", pursuant to the Order of the Hon. Alvin K. Hellerstein USDJ, entered 6/20/03 in this action. (rjm) (Entered: 07/23/2003) |
| 8/05/2003 | 24 | MANDATE OF USCA (certified copy) Re: [20−1] interlocutory appeal by WTC Properties LLC, Port Authority NY NJ. ORDERED that the appeal from the order of 6/20/03 USDC, SDNY IS DISMISSED AS INDICATED. MANDATE CERTIFIED 7/31/03, 03−7699. MACKECHNIE, CLERK, USCA. (pr) (Entered: 08/13/2003) |
| 8/08/2003 | 22 | Memo−Endorsement on letter addressed to Judge Katz from Matthew J. Maiorana, dated 8/6/03. Re:, Granting request extension of time that the deadline for the City to submit factual information clarifying where &when certain ptffs. we exposed to the WTC debris is extended from 8/8/03 to 8/22/03 . "Copies mailed by Chambers." ( signed by Magistrat Theodore H. Katz ); (rjm) (Entered: 08/19/2003) |
| 8/11/2003 | 23 | Memo−Endorsement on letter addressed to Judge Katz from Matthew J. Maiorana, dated 8/6/03. Re:, Granting request extension of time that the deadline for City to submit factual information clarifying where &when certain ptffs. were allegedly exposed to WTC debris be extended from 8/8/03 to 8/22/03 . ( signed by Judge Alvin K. Hellerstein ). (rjm (Entered: 08/19/2003) |
| 8/21/2003 | 24 | APPEAL REINSTATED re: [20−1] interlocutory appeal . USCA NUMBER: 03−7699. The court noting that an ord dismissing the appeal having been entered in error on 7/31/03,' ORDERED that the order is VACATED; and the app REINSTATED. CERTIFIED 8/8/03, 03−7699. MACKECHNIE, CLERK, USCA. (pr) (Entered: 08/25/2003) |
| 9/05/2003 | 25 | Notice that the record on appeal has been certified and transmitted to the U.S. Court of Appeals: [20−1] interlocutor by WTC Properties LLC, Port Authority NY NJ. (dt) (Entered: 09/05/2003) |
| 11/18/2003 | 26 | MANDATE OF USCA (certified copy) Re: [24−1] appeal. The eleven cases bearing the captions listed above are he consolidated for further proceedings in this court, and should all bear the caption "IN RE: WTC DISASTER SITE" Clerk's Office is directed to expedite the appeal and enter a briefing schedule. The applications for permission to app aspects of the ruling of the district court to date, including the order remanding certain cases to state court, are hereb granted. In certifying these latter cases for appeal, we leave to the merits panel, inter alia, the question of whether th remande orders are appealable to all. We intimate no view on any of the substantive issues raised in these appeals in the question of appealability. ISSUED AS MANDATE 11/13/03, 03−8024. MACKECHNIE,CLERK, USCA. (pr) ( 11/18/2003) |
| 11/21/2003 | 27 | ORDER that the date contained in Paragraph 10(a) of this court's 2/11/03 Order, by which the actions will cease to b suspended if not yet activated, is hereby amended from 12/23/03 to 2/27/04 . ( signed by Judge Alvin K. Hellerstein (Entered: 11/21/2003) |
| 12/10/2003 | 28 | ORDER TO SHOW CAUSE by James Del Bianco, Charles Markey, Kevin Sheehy, Joseph Shonieczny, Thomas P. Doug Muench, Raymond Ott, Thomas Patrick Ryan, Anthony W. Leonick, Patrick O'Sullivan, John X. Tracy, Geor Ambrosini, Daniel Gonzalez, Scott D. Quinlan, Ronald K. Anderson; Show Cause Hearing set for 12/17/2003 at 09 before Judge Alvin K. Hellerstein, for an Order allowing Godosky &Gentile, P.C. to withdraw as attorneys for plain Bianco, Charles Markey, Kevin Sheehy, Joseph Shoniezny, Thomas P. Lane, Doug Muench, Raymond Ott, Thoma Ryan, Anthony W. Leonick, Patrick O'Sullivan, John X. Tracy, George Ambrosini, Daniel Gonzalez, Scott D. Quinl Ronald K. Anderson. Affirmation of Thomas M. Gannon attached. (Signed by Judge Alvin K. Hellerstein on 12/10/ (kkc, ) (Entered: 12/15/2003) |
| 12/17/2003 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Show Cause Hearing held on 12/17/2003. (kk (Entered: 03/01/2004) |
| 12/30/2003 | 29 | ORDER; that the 28 application of Godosky &gentile, P.C. to withdraw as attorneys of record for Brian Lake, Charl Markey and Thomas Patrick Ryan, the respondents herein, is granted, upon the filing with this Court of proof of con with the following conditions of this Order; a copy of this Order with notice of settlement thereon be served on the respondents, Brian Lake, Charles Markey and Thomas Patrick Ryan, at their last known address by regular mail; a c this Order with notice of entry thereon and proof of service, be filed with the Clerk of this Court. (Signed by Judge A Hellerstein on 12/23/2003) (kkc, ) (Entered: 01/15/2004) |
| 1/06/2004 | 30 | NOTICE of Entry of 29 Order. Document filed by Godosky &Gentile, P.C. (kkc, ) Additional attachment(s) added o 3/10/2005 (kkc, ). (Entered: 01/16/2004) |
| 2/02/2004 | 31 | TRANSCRIPT of proceedings held on 12/17/03 before Judge Alvin K. Hellerstein.(pr, ) (Entered: 02/05/2004) |
| 3/03/2004 | 32 | ORDER; 1. The date through which actions may remain suspended for purposes of filing claims with the Victim Compensation Fund is extended from 2/27/2004 to 4/16/2004; 2. Actions on the suspense calendar on 4/16/2004 wi dismissed, except those actions in which the plaintiff has served and filed by 4/16/2004 a notice that he or she 1) wis proceed with litigation rather than a claim to the Victim Compensation Fund, and 2) has not been notified by the Vic Compensation Fund that the plaintiff is eligible for an award from the Fund; and 3) Actions on this Master Calendar remain suspended until the determination by the Court of Appeals on the issue of jurisdiction. (Signed by Judge Alv |

| | | |
|---|---|---|
| | | Hellerstein on 2/27/2004) (kkc, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 03/08/2004) |
| 3/03/2004 | 33 | CORRECTIVE ORDER; the order of 2/27/2004 is modified. Appendix A, attached to this Order, identifies the case consolidated in 21 MC 100 and their active or suspense status. Plaintiffs with cases on the suspense docket in 21 MC 97, before this Court on 3/17/2004 at 4:00 p.m., at the same hearing scheduled for the cases consolidated in 21 MC 97, cause why such cases should be suspended beyond that date; otherwise, such cases will be dismissed. I also ordered cases that were consolidated in 21 MC 100 can remain on the suspense calendar until the earlier of (a) notice of elig an award by the Victim Compensation Fund, or (b) notice by a plaintiff, served and filed as late as 4/16/2004, stating to proceed with litigation in preference to making claim to the VCF. According to the list provided by the VCF purs my Order of 2/25/2004, no plaintiffs in these consolidated actions have claims pending before the VCF. Therefore, t of 2/27/2004 is rescinded. And, generally, except possibly in narrow circumstances, there is no more need for a susp calendar for the cases consolidated in 21 MC 100 than there is for the cases consolidated in 21 MC 97. Finally, in m Opinion and Order of 6/20/2003, I ordered that actions consolidated in 21 MC 100 "shall remain suspended until the determination by the Court of Appeals on the issue of jurisdiction." That suspension shall relate only to the proceedi relating to jurisdiction that I assigned to the Honorable Theodore H. Katz, U.S.M.J. These actions shall not be suspe any other purpose. (Signed by Judge Alvin K. Hellerstein on 3/2/2004) (kkc, ) Additional attachment(s) added on 3/ (kkc, ). (Entered: 03/08/2004) |
| 3/15/2004 | 34 | ORDER TO SHOW CAUSE UPDATING AND AMENDING ORDER OF MARCH 2, 2004; this Order shall amer correct my Order of 3/2/2004. In the March 2 Order I identified the cases consolidated in 21 MC 100 and their activ suspense status. I also found that no plaintiffs in those cases had claims pending before the Victim Compensation Fu (VCF). It appears, however, based on supplemental lists provided by the VCF pursuant to my Order of 2/25/2004, th plaintiffs in these consolidated actions have claims pending before the VCF. Attached to this Order are two appendi listing the status of the cases and the plaintiffs. Appendix A lists Active cases, plaintiffs in those cases with VCF cla pending, and the status of the plaintiff?s VCF claim. Appendix B lists Suspended cases, plaintiffs in those cases wit claims pending, and the status of the plaintiff?s VCF claim? In my 12/19/2003 Order, I provided that the respiratory i.e., the cases consolidated in 21 MC 100 ? would not be affected by my Order ending the suspense calendar and implementing the election of remedy and waiver provided by section 405(c)(3)(B) of the Act. I believe, however, th the cases consolidated in 21 MC 97, there is generally no more need for a suspense calendar for the cases consolidat MC 100. Therefore, I hereby order both the plaintiffs in cases on the suspense docket, and plaintiffs in active cases, claims pending before the VCF to appear before this court on 3/17/2004, at 4:00 p.m., and show cause why they sho granted more time to dismiss their cases in this court; otherwise, such cases or plaintiffs will be dismissed. (Signed b Leonard B. Sand, Part I on 3/11/2004) (kkc, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 03/22/ |
| 3/19/2004 | 35 | ORDER; By 3/23/2004, plaintiffs' liaison counsel shall file with this Court a list that identifies those plaintiffs who repeatedly failed to respond to counsels' communications. Such plaintiffs shall be dismissed for failure to prosecute. plaintiffs aggrieved by such dismissal may show cause, with 10 days of dismissal, why their cases should be restore Counsel for those plaintiffs listed in Appendix A and B to my Order of 3/11/2004, who have been determined by th be "eligible" for awards, shall dismiss their actions no later than 3/31/2004. The suspense docket shall continue until 4/9/2004 for those plaintiffs for whom the VCF has not yet made an eligibility determination. By 4/9/2004, counsel plaintiffs who are currently awaiting eligibility determinations shall file with this Court a letter as set forth in this Or Cases or plaintiffs for whom such information is not received by 4/9/2004 shall be dismissed on that date. (Signed b Alvin K. Hellerstein on 3/18/2004) (kkc, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 03/30/200 |
| 3/25/2004 | 36 | ORDER; that the plaintiffs listed on Appendix A (in cases 03cv33, 03cv36, 03cv38) shall be dismissed for failure to prosecute pursuant to Rule 41(b) of the F.R.C.P. Any plaintiffs aggrieved by such dismissal may show cause, by 4/1 why their cases should be restored. (Signed by Judge Alvin K. Hellerstein on 3/24/2004) (kkc, ) Additional attachme added on 3/10/2005 (kkc, ). (Entered: 03/30/2004) |
| 4/26/2004 | 37 | ORDER; the cases listed immediately below shall be dismissed as having elected to pursue claims with the VCF the waiving "the right to file a civil action (or to be a party to an action) in any Federal or State court for damages sustai result of the terrorist–related aircraft crashes of September 11, 2001," except for actions for collateral sources or aga knowing participant to the terrorist acts: 02cv8434, 02cv9127, 02cv10275, 02cv10270, 02cv10272, 03cv33, 03cv35 03cv37, 03cv38, 03cv2104, 03cv2621, 03cv2622, 03cv4064, 03cv5052. Any plaintiff in any of the actions listed ab is aggrieved by such dismissal, and who is found ineligible to claim to the VCF after exhausting all rights of review appeal, may move to have his action restored. Any moving papers shall be served by hand by 5/24/2004. Any paper opposition shall be served by hand by 6/28/2004. Any reply papers shall be served by hand by 7/8/2004. (Signed by Alvin K. Hellerstein on 4/21/2004) (kkc, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 04/30/200 |
| 4/27/2004 | | TRANSCRIPT of proceedings held on 3/17/2004 before Judge Alvin K. Hellerstein.Original document filed in case 21mc97, doc. #336.(kkc, ) (Entered: 04/30/2004) |
| 5/25/2004 | 38 | ORDER that Barasch McGarry shall personally serve each of the named ptffs. on this order by 5/27/04, except when person is not present &cannot be served personally, in which case counsel shall serve in the next most expeditious n provided by F.R.C.P. 4..., but no later than 6/2/04. Ptffs shall have until 6/11/04, 12:00pm to show cause why couns not be permitted to withdraw &why the 5/24/04 date should not bar each of them from requesting restoration of thei |

| | | |
|---|---|---|
| | | the court's calendar. This Document relates to 03−0036 &0038. (Signed by Judge Alvin K. Hellerstein on 5/24/04) ( Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 05/26/2004) |
| 5/18/2004 | 39 | AFFIDAVIT OF SERVICE of Order served on James Stang on 5/25/04. Service was accepted by Personal Service. Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 06/21/2004) |
| 5/18/2004 | 40 | AFFIDAVIT OF SERVICE of Order served on Joseph Skonieczny on 6/2/04. Service was made by Affixing to Doo calling 5/26/04, 1pm, 5/27/04, 7:40am, 5/29/04, 9:15am, and Mailing copy on 6/3/04, 10:00am. (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 06/21/2004) |
| 5/18/2004 | 41 | AFFIDAVIT OF SERVICE of Order served on Michelle Paolini on 6/2/04. Service was made by Affixing to Door a having called there 5/25/04, 9:10pm, 5/26/04, 8:10pm, 5/27/04, 7:30pm, 5/29/04, 9:15am. Mailed on 6/3/04 3:00pm Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 06/21/2004) |
| 5/18/2004 | 42 | AFFIDAVIT OF SERVICE of Order served on James Mullins on 5/27/04. Service was accepted by Personal Servic Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 06/21/2004) |
| 5/18/2004 | 43 | AFFIDAVIT OF SERVICE of Order served on Doris Martinez on 5/26/04. Service was accepted by Personal Servic Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 06/21/2004) |
| 5/18/2004 | 44 | AFFIDAVIT OF SERVICE of Order served on Donald Casey on 5/26/04. Service was accepted by Personal Servic Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 06/21/2004) |
| 5/18/2004 | 45 | AFFIDAVIT OF SERVICE of Order served on William Carroll on 5/26/04. Service was accepted by Personal Servi ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 06/21/2004) |
| 5/18/2004 | 46 | AFFIDAVIT OF SERVICE of Order served on Peter Acquafreda on 5/27/04. Service was accepted by Personal Ser (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 06/21/2004) |
| 5/22/2004 | 47 | ORDER that the motion for Barasch McGarry Salzman Penson &Lim to withdraw as attorneys for ptffs. Doris Mart &Michelle Paolini (03−036), and Peter Acquafredda, William Carroll, Donald Casey, James Mullins, Joseph Skonie &James Stang (03−038). This Document relates to 03−036 &03−038. (Signed by Judge Alvin K. Hellerstein on 6/1 (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 06/24/2004) |
| 6/28/2004 | 48 | DECLARATION of Matthew J. Maiorana in Support of Motion for Summary Judgment. Document filed by City of York. This Document relates to 03−2067 &03−2623. Sent to Civil Dockets for notation. (rjm, ) Additional attachme added on 3/10/2005 (kkc, ). (Entered: 07/06/2004) |
| 6/28/2004 | 49 | RULE 56.1 STATEMENT. Document filed by City of New York. This Document relates to 03−2067 &03−2623. Se Civil Dockets for notation. (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 07/06/2004) |
| 6/28/2004 | 50 | MOTION for Summary Judgment. This document relates to 03cv2067, 03cv2623. Document filed by City of New Y (kkc, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 07/06/2004) |
| 6/28/2004 | 51 | MEMORANDUM OF LAW in Support re: 50 MOTION for Summary Judgment. This document relates to 03cv206 03cv2623. Document filed by City of New York. (kkc, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Ente 07/06/2004) |
| 8/02/2004 | 52 | Plaintiffs' RESPONSE to Statement of Material Facts Purs. to Local Rule 56.1. This document relates to 03−2067 & (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 08/12/2004) |
| 8/02/2004 | 53 | DECLARATION of James R. Schermerhorn in Opposition re: 50 MOTION for Summary Judgment. Filed by Plain Document relates to 03−2067 &2623. (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 08/12/ |
| 8/09/2004 | 54 | ORDER that a Conference will be held on August 19, 2004, 10:30 am. &counsel for all parties shall attend... and as set forth in said order. (Signed by Judge Alvin K. Hellerstein on 8/4/04) (rjm, ) Additional attachment(s) added on 3 (kkc, ). (Entered: 08/12/2004) |
| 8/09/2004 | 55 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from M. Bradford Stein dated 8/5/04 re: Granting re that the conference in this litigation, scheduled for 8/19/04, be adjourned to 9/8/04, 4:00 pm. (Signed by Judge Alvi Hellerstein on 8/6/04) (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 08/12/2004) |
| 8/12/2004 | 56 | ORDER ...Whereas the Clerk of the Court filed such cases under M19−408... that plaintiffs shall file in triplicate, a c cover sheet for each of the individual actions, or in the case of married persons, a civil cover sheet for the couple. U filing, the Clerk of the Court shall assign each action a case index number and docket previous filings corresponding ptffs. in the civil case number. Each civil cover sheet must indicate that the case is related to In Re World Trade Cen Disaster Site Litigation 21 MC 100 (AKH). The fee required to pruchase an civil index number is hereby waived in the miscellaneous fees previously paid by plaintiffs. However, a summons and complaint need not be filed at the tim filing of the request to file a notice of claim... Plaintiffs shall present a copy of this Order to the Clerk of Court, or C |

| | | | |
|---|---|---|---|
| | | | when filing documents described above. (Signed by Judge Alvin K. Hellerstein on 8/10/04) (rjm, ) Modified on 8/20/... (mj, ). Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 08/12/2004) |
| 8/12/2004 | 57 | | ORDER... that the Clerk of the Court shall accept the filing of a request to file a notice of claim against the City of N... the purchase of a case index No. &the submission in triplicate of a civil cover sheet. Each cover sheet shall indicate ... case is related to In Re World Trade Center Disaster Site Litigation, 21 MC 100 (AKH). However, a summons and c... need not be filed at the time of the filing of the request to file a notice of claim.... Plaintiffs shall present a copy of th... to the Clerk of Court, or Cashier, when filing documents described above. (Signed by Judge Alvin K. Hellerstein on ... (rjm, ) Modified on 8/20/2004 (mj, ). Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 08/12/2004) |
| 9/21/2004 | 58 | | TRANSCRIPT of proceedings held on 9/8/2004 before Judge Alvin K. Hellerstein.(jsa, ) (Entered: 09/21/2004) |
| 9/22/2004 | 59 | | ORDER... the case styled Nolan, etal., v The City of NY and assigned docket number 03 cv 8577, and the case entit... Nolan, etal., v. Silverstein Properties, Inc., etal. and assigned docket number 04 cv 0491 shall be consolidated in one ... and known as Nolan, etal., v. The City of NY, etal., by the docket number 03 cv 8577. Sent to Civil Dockets for not... This Document relates to 03−8577 &04−0491. (Signed by Judge Alvin K. Hellerstein on 9/20/04) (rjm, ) (Entered: 09/22/2004) |
| 9/22/2004 | 60 | | ORDER... that the portion of my 9/9/04 Opinion &Order entered in McGillick, 04cv3747, pertaining to the issues of ... question jurisdiction under 28 USC 1442(a)(1) shall also be applied to the cases listed in Exhibit A to this Order as t... had been entered in each one of those cases... and as further set forth in said order. This Document relates to 04−498... 04−4983, 04−4984, 04−5175 &04−5862. (Signed by Judge Alvin K. Hellerstein on 9/20/04) (rjm, ) Modified on 9/2... (rjm, ). Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 09/22/2004) |
| 10/04/2004 | 61 | | TRANSCRIPT of proceedings held on 9/8/2004 before Judge Alvin K. Hellerstein.(jp, ) (Entered: 10/04/2004) |
| 10/08/2004 | 62 | | MEMORANDUN AND ORDER that Counsel for plaintiffs and defendants in DiVirgilio v. Silverstein Properties (0... 7239) and Nolan v. Silverstein Properties (04 cv 491), both consolidated into 21 MC 100, who have taken divergent ... positions... the Defendants are required to file Answers pending determination by the Court of Appeals in Hickey v. ... New York (03−7698)... and as further set forth in said order. This Document relates to 04−7239 &04−491. (Signed ... Alvin K. Hellerstein on 10/6/04) (rjm, ) Modified on 10/13/2004 (rjm, ). Additional attachment(s) added on 3/10/200... ). (Entered: 10/13/2004) |
| 10/19/2004 | 63 | | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Andrew J. Carboy dated 10/15/04 Re: In view... 205(a), there would appear to be no need for protective state court filings. Applicant shall Show Cause before me by ... 10/25/2004 04:00 PM (before Judge Alvin K. Hellerstein), why all state court filings should not be voluntarily dism... removed. This document relates to 04−6894, 7599, 7601 and 7903. (Signed by Judge Alvin K. Hellerstein on 10/18/... ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 10/20/2004) |
| 10/27/2004 | 65 | | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Gary Shaffer dated 10/22/2004; counsel writes... request an extension of the 10/22/2004 deadline to submit stipulations regarding the time to file amended complaint... answers in this matter. ENDORSEMENT: An extension is granted to the conference of 10/28/2004, and to any addi... time that then may be granted. (Signed by Judge Alvin K. Hellerstein on 10/26/2004) (kkc, ) Additional attachment(... on 3/10/2005 (kkc, ). (Entered: 11/10/2004) |
| 11/05/2004 | 64 | | TRANSCRIPT of proceedings held on 10/28/04 before Judge Alvin K. Hellerstein.(Nocco, Joseph) (Entered: 11/05... |
| 11/18/2004 | 66 | | TRANSCRIPT of proceedings held on 10/28/04, 4:20pm. before Judge Alvin K. Hellerstein.(rjm, ) (Entered: 11/18/... |
| 11/22/2004 | 67 | | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Michael C. Zwal dated 11/17/04 re: Granting ... (Jason Maksimovich 03−2623 &Joseph Berardi 03−2067) Request for an extension of time until 11/24/04, in order ... comply w/the Court's directives... "I do not accept the excuses. However, the motion is granted." (Signed by Judge A... Hellerstein on 11/18/04) (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 11/23/2004) |
| 11/24/2004 | 68 | | ORDER that the case styled Nolan, etal. v The City of NY, etal. 03cv8577 shall be severed into three distinct action... v the City of NY etano., Pate v The City of Ny etano., and Robert Panarella v The City of NY, etano. with direction... ptffs. to file the amended complaints in two of the above actions again so that the Court may assign these newly crea... individual docket numbers. This Document relates to 03cv8577. (Signed by Judge Alvin K. Hellerstein on 11/23/04... Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 12/06/2004) |
| 12/02/2004 | 69 | | ORDER CHANGING DATE FOR STATUS CONFERENCE. The Status Conference in the 21MC100 cases previo... scheduled for 12/20/04 at 3:00pm has been rescheduled for 1/6/2005 02:00 PM before Judge Alvin K. Hellerstein. (... by Judge Alvin K. Hellerstein on 12/1/04) (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 12... |
| 12/03/2004 | 70 | | MOTION to Dismiss certain complaints or amended complaints for failure to comply with court orders. Document f... The Port Authority of New York &New Jersey, World Trade Center Properties LLC. (db, ) Additional attachment(s... on 3/10/2005 (kkc, ). (Entered: 12/15/2004) |

| | | |
|---|---|---|
| 12/03/2004 | 71 | MEMORANDUM OF LAW in Support re: 70 MOTION to Dismiss. Document filed by The Port Authority of New &New Jersey, World Trade Center Properties LLC. (db, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Ent 12/15/2004) |
| 12/03/2004 | 72 | Table of Contents re: 70 motion to dismiss. Document filed by The Port Authority of New York &New Jersey, Wor Center Properties LLC. (db, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 12/15/2004) |
| 12/21/2004 | 73 | ORDER that the case styled Nolan, etal. v. The City of New York, etal. and known by the docket number 03 cv 857 severed into three distinct actions, Nolan v. The City of New York, etano., Pate v. The City of New York, etano., an Panarella v. The City of New York, etano. with directions for plaintiffs to file the amended complaints in two of the actions again so that the Court may assign these newly created cases individual docket numbers. This Document rela cv 8577. (Signed by Judge Alvin K. Hellerstein on 12/20/04) (rjm, ) Additional attachment(s) added on 3/10/2005 (k (Entered: 12/21/2004) |
| 12/28/2004 | 74 | STIPULATION AND ORDER Adjourning Defendants' time to oppose Plaintiff's Motion for Remand pending forth Second Circuit Decision... is adjourned until 30 days following the ruling by the Second Circuit on the pending appe entitled, In Re WTC Disaster Site Litigation, 03–7698(L)(2d Cir.). This Document relates to 04–8841, 04–9247 &0 (Signed by Judge Alvin K. Hellerstein on 12/22/04) (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (E 01/04/2005) |
| 12/28/2004 | 75 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Richard A. Williamson dated 12/17/04 re: re the City of NY, the Port Authority of NY &NJ, and WTC Properties, LLC request that the last date for cross–claims party actions in this litigation be adjourned to 6/30/05... "Counsel shall propose this issue for discussion at the 1/6/05 conference. The request is granted only to that extent." (Signed by Judge Alvin K. Hellerstein on 12/22/04) (rjm, ) A attachment(s) added on 3/10/2005 (kkc, ). (Entered: 01/04/2005) |
| 12/28/2004 | 76 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Richard A. Williamson dated 12/17/04 re: "De motions to dismiss the complaints are withdrawn on consent &without prejudice. The deficiencies complained of ha cured." This Document relates to 04–3800, 04–4982, 03–491, 04–7727, 04–4983. (Signed by Judge Alvin K. Helle 12/22/04) (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 01/04/2005) |
| 12/28/2004 | 77 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from M. Bradford Stein dated 12/22/04 re: "Plaintif given leave to file their proposed amended complaints. Since these cure the deficiencies complained of by defendan defendants' motions are withdrawn on consent and without prejudice." This Document relates to 04–3800 &04–498 (Signed by Judge Alvin K. Hellerstein on 12/23/04) (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (En 01/04/2005) |
| 1/27/2005 | 78 | TRANSCRIPT of proceedings held on 1/6/05, 2:30pm. before the Hon. Alvin K. Hellerstein. (rjm, ) (Entered: 01/27 |
| 1/27/2005 | 79 | ORDER Deferring Time to File Cross–Claims &Third Party Claims... that the time for Defts. in these consolidated a file any cross–claims or third–party claims is hereby extended through &including 3/11/05; Nothing in this Order sh deemed to shorten the time for any filing such cross–claims or third–party claims in any action proceeding under the where the time to file cross–claims or third–party claims will not yet have expired on 3/11/05. (Signed by Judge Alv Hellerstein on 1/25/05) (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered: 01/28/2005) |
| 1/31/2005 | 80 | ORDER. The 21 MC 100 cases have grown exponentially in number, and we have been receiving boxes of documen day. My Chambers is no longer keeping originals of any documents relating to these cases. To save my staff time & please do not send any original documents relating to these cases to Chambers. Rather, my staff will work with the p ensure that the proper courtesy copies are in our files. (Signed by Judge Alvin K. Hellerstein on 1/28/05) (rjm, ) (En 01/31/2005) |
| 2/03/2005 | 84 | DECLARATION of Andrew J. Carboy in support of Petitioners' application for an order deeming Plaintiffs' Notice timely served and filed, or in the alternative, granting Plaintiffs' application for leave to file a late notice of claim Nu Tunc against defendant the City of New York. (dcr, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Entered 02/15/2005) |
| 2/07/2005 | 81 | ORDER. The 21 MC 100 cases have grown exponentially in number, and we have been receiving boxes of documen day. My Chambers is no longer keeping originals of any documents relating to these cases. To save my staff time & please do not send any original documents relating to these cases to Chambers. Rather, my staff will work with the p ensure that the proper courtesy copies are in our files. (Signed by Judge Alvin K. Hellerstein on 1/28/05) (rjm, ) Ad attachment(s) added on 3/10/2005 (kkc, ). (Entered: 02/09/2005) |
| 2/07/2005 | 82 | ORDER REGULATING FILING OF ANSWERS AND THIRD PARTY COMPLAINTS. The 21 MC 100 cases ha exponentially in number, and we have been receiving boxes of documents every day. My Chambers does not have th capacity to store the multitude of documents involved in these cases. In order to conserve paper, time &space, I orde following in lieu of such filings: 1. Parties shall file a single Master Pleading, e.g., "Master Answer," "Master Third Complaint," or other "Master Document," under the caption "21 MC 100." 2. The party shall then file a one page do for every individual docket number to which the Master Document applies, stating that the party adopts the Master |

| Date | No. | Description |
|---|---|---|
| | | Document as the Answer, Third Party Complaint, etc. in the particular docket number... and as further set forth in sa (Signed by Judge Alvin K. Hellerstein on 2/2/05) (rjm, ) Additional attachment(s) added on 3/10/2005 (kkc, ). (Ente 02/09/2005) |
| 02/09/2005 | | Appeal Record Sent to USCA (File). Indexed record on Appeal Files for 20 Notice of Interlocutory Appeal, filed by Authority of New York &New Jersey, World Trade Center Properties LLC, USCA Case Number 03−9163, were tra to the U.S. Court of Appeals to the attention of Vincenza Mathias. (tp, ) (Entered: 02/09/2005) |
| 02/10/2005 | 83 | CASE MANAGEMENT ORDER NO. 2: The Clerk will maintain a master docket &case file under the style In Re: Trade Center Disaster Site Litigation, 21 MC 100 (AKH). Orders, pleadings, motions and other documents bearing t caption of this Order will, when docketed &filed in the Master File, be deemed docketed &filed in each individual c subject to this Order to the extent applicable, and ordinarily will not be docketed separately or physically filed in suc individual cases... If generally applicable to all actions consolidated for pre−trial purposes only, they shall include in caption the notation that they relate to "all cases" and shall be filed &docketed only in the Master File. Documents in to apply only to particular cases subject to this Order will indicate in their caption the name(s) of the case(s) to whic apply, and extra copies shall be provided to the Clerk to facilitate filing &docketing in each of the specified individu (but NOT in the Master File). Every document filed in these actions consolidated for pre−trial purposes only shall be caption as follows: IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION. If a document relates to al World Trade Center cases, the following will be added to the caption: THIS DOCUMENT APPLIES TO ALL WOF TRADE CENTER DISASTER SITE LITIGATION. If instead, a document relates to one or more specific cases but cases, the specific caption(s) for the cases to which the paper is applicable will be added along with its respective Ci Action Number. When a paper has general application to all of the World Trade Center Disaster Site Litigation case by this Order, the caption shall so indicate &bear civil action number 21 MC 100 and the Clerk of the Court shall fil paper in the Master File. No further copies of the papers need to be filed. When a paper is applicable only to an indi case or to two or more specific cases but not to all cases subject to this Order... the Clerk of the Court shall not file paper in the Master File; rather, the Clerk shall file the original in the FIRST captioned individual case file under the appropriate Civil Action number &file copies of the paper in any other individual cases to which it applies. It shall b responsibility of the attorney submitting a paper for filing to supply the Clerk with sufficient copies... and as further in said Case Management Order. (Signed by Judge Alvin K. Hellerstein on 2/7/05) (rjm, ) Additional attachment(s) 3/10/2005 (kkc, ). (Entered: 02/15/2005) |
| 02/10/2005 | 85 | CASE MANAGEMENT ORDER NO. 3: This Order outlines the timing of and manner in which discovery limited t subject matters of certain potentially dispositive motions, identified herein, that it is anticipated will be made by cor Defts. in these actions is to be conducted in the captioned World Trade Center Disaster Site Litigation, and as furthe forth in said Order. Case Management Conference set for 4/18/2005 04:00 PM before Judge Alvin K. Hellerstein to further discovery, the filing of motions &oppositions &replies, and to entertain further case management recommen (Signed by Judge Alvin K. Hellerstein on 2/7/05) (rjm, ) Additional attachment added on 3/10/2005 (kkc, ). (Ente 02/15/2005) |
| 02/15/2005 | 86 | TRANSCRIPT of proceedings held on 2/7/05, 4:45pm. before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 02/15/20 |
| 02/23/2005 | 87 | NOTICE of First Disclosure by Westfield Pursuant to Case Management Order No. 3. Document filed by Westfield America, Inc., Westfield Corporation, Inc., Westfield WTC Holding LLC., Westfield WTC LLC. (Attachments: # 1 Certificate of Service)(Barbera, Gino) (Entered: 02/23/2005) |
| 02/23/2005 | 93 | Defendant Nomura Holding America, Inc. Compliance with Case Management Order No. 3 dated 2/7/2005. Docum by Nomura Holding America, Inc. (kkc, ) (Entered: 03/11/2005) |
| 02/24/2005 | 88 | NOTICE of Second Disclosure by Westfield Pursuant to Case Management Order No. 3. Document filed by Westfi America, Inc., Westfield Corporation, Inc., Westfield WTC Holding LLC., Westfield WTC LLC. (Attachments: # 1 Certificate of Service)(Barbera, Gino) (Entered: 02/24/2005) |
| 02/28/2005 | 89 | ORDER that in order to reduce paper associated with the 21 MC 100 cases, all cases related to this Master Calendar will now be ECF, or electronic filing. There is a mandatory meeting for all attorneys affiliated with the 21 MC 100 c 2/28/05, 2:30pm. in the Ceremonial Courtroom, 9th Floor at 500 Pearl Street, NY NY 10007. Members of the court lead an orientation about all future filing procedures. (Signed by Judge Alvin K. Hellerstein on 2/22/05) (rjm, ) Add attachment(s) added on 3/1/2005 (kkc, ). (Entered: 03/01/2005) |
| 03/02/2005 | 90 | Case Management Order No. 4 (this document relates to all actions) 1. All attorneys who have been admitted to this either for all purposes or pro hac vice for purposes of this case who are not yet registered to file documents electroni shall complete and file a CM/ECF attorney registration form by 3/4/2005. Forms can be found on the Court's websit www.nysd.uscourts.gov. 2. As of 3/7/2005 all documents filed in the Miscellaneous case and the underlying civil ca be filed electronically on the Court's ECF system via the Internet at ecf.nysd.uscourts.gov. 3. All correspondences ar submitted in either Word or WordPerfect format to WTC_letters@nysd.uscourts.gov. The subject heading of the em include the case number of the action or actions that the email pertains to. No correspondences are to be sent to Char through regular mail. No correspondences should be in the form of a motion. 4. Amended complaints and suppleme pleading shall provide a list of the additional parties and indicate the action to which they are being added. Similarly |

| | | | |
|---|---|---|---|
| | | | removing parties shall indicate the parties being removed and the action or actions from which they are being removed filing which adds a party that has not been named in any of the consolidated actions shall provide a separate listing parties, indicating that they have not yet been named. 5. In any conflicts between the "Miscellaneous CM/ECF Filing Procedures" and Case management Order No. 2, the Miscellaneous CM/ECF Filing procedures shall govern. (Signed Judge Alvin K. Hellerstein on 3/1/2005) (kkc, ) (Entered: 03/02/2005) |
| 3/02/2005 | | | Case Designated ECF. (kkc, ) (Entered: 03/07/2005) |
| 3/08/2005 | 91 | | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr., Richard A. Williamson, Napoli dated 3/2/2005; granting counsels' request to extend the current 3/11/2005 deadline for the filing of cross–cla third–party claims to 5/10/2005. (Signed by Judge Alvin K. Hellerstein on 3/7/2005) (kkc, ) (Entered: 03/09/2005) |
| 3/08/2005 | 92 | | ORDER; the staff at the Southern District continues to work to transfer this case to a completely ECF case. Howeve have not fully entered all cases into the system. Therefore, until further notice, all parties may file documents electro but must serve all other parties manually. (Signed by Judge Alvin K. Hellerstein on 3/7/2005) (kkc, ) (Entered: 03/0 |
| 3/11/2005 | 94 | | TRANSCRIPT of proceedings held on 2/7/2005 before Judge Alvin K. Hellerstein. (kkc, ) (Entered: 03/11/2005) |
| 3/15/2005 | | | MANDATE of USCA (Certified Copy) USCA Case Number 04–8024. It is Ordered that the petitioners' application denied. Roseann B. MacKechnie, Clerk USCA. Issued As Mandate: 3/10/05. ORIGINAL DOCUMENT ENTERED CASE #04cv5175, DOC. #21. (tp, ) (Entered: 03/22/2005) |
| 3/15/2005 | | | MANDATE of USCA (Certified Copy) USCA Case Number 04–8022. It is Ordered that the petitioners' application denied. Roseann B. MacKechnie, Clerk USCA. Issued As Mandate: 3/10/05. ORIGINAL DOCUMENT ENTERED 04cv4984, DOC. #24. (tp, ) (Entered: 03/22/2005) |
| 3/15/2005 | | | MANDATE of USCA (Certified Copy) USCA Case Number 04–8017(L); 04–8019(XAP). It is hereby ordered that petitioner's and cross–petitioners' application(s) to this Court are denied. Roseann B. MacKechnie, Clerk USCA. Iss Mandate: 3/10/05. ORIGINAL DOCUMENT ENTERED IN CASE #04cv3747, DOC. #24. (tp, ) (Entered: 03/23/2 |
| 3/15/2005 | | | MANDATE of USCA (Certified Copy) USCA Case Number 04–8021. It is Ordered that the petitioners' application denied. Roseann B. MacKechnie, Clerk USCA. Issued As Mandate: 1/18/05. ORIGINAL DOCUMENT ENTERED CASE #04cv5862, DOC. #19. (tp, ) (Entered: 03/23/2005) |
| 3/15/2005 | | | MANDATE of USCA (Certified Copy) USCA Case Number 04–8025. It is Ordered that the petitioners' application denied. Roseann B. MacKechnie, Clerk USCA. Issued As Mandate: 3/9/05. ORIGINAL DOCUMENT ENTERED #04cv4982, DOC. #22. (tp, ) (Entered: 03/23/2005) |
| 3/17/2005 | 95 | | NOTICE of Third Disclosure by Westfield Pursuant to Case Management Order No. 3. Document filed by Westfield Holding LLC., Westfield WTC LLC, Westfield America, Inc., Westfield Corporation, Inc.. (Attachments: # 1 Certifi of Filing and Service)(Freedman, Shane) (Entered: 03/17/2005) |
| 3/21/2005 | 96 | | ANSWER to Complaint. Document filed by City of New York.(Barbera, Gino) (Entered: 03/21/2005) |
| 3/21/2005 | 97 | | ANSWER to Complaint. Document filed by City of New York.(Barbera, Gino) (Entered: 03/21/2005) |
| 3/22/2005 | | | Transmission of USCA Mandate/Order to the District Judge re: USCA Mandate Non–Dismissal. (tp, ) (Entered: 03/ |
| 3/22/2005 | | | Transmission of USCA Mandate/Order to the District Judge re: USCA Mandate Non–Dismissal. (tp, ) (Entered: 03/ |
| 3/23/2005 | | | Transmission of USCA Mandate/Order to the District Judge re: USCA Mandate Non–Dismissal. (tp, ) (Entered: 03/ |
| 3/23/2005 | | | Transmission of USCA Mandate/Order to the District Judge re: USCA Mandate Non–Dismissal. (tp, ) (Entered: 03/ |
| 3/23/2005 | 98 | | ORDER regulating the sending of correspondence to Chambers; I will no longer accept any correspondence by regu copy" mail. All documents should be filed using the ECF system. Any documents that cannot be filed using ECF sh sent by email only to wtc_letters@nysd.uscourts.gov. The letters themselves should be sent as.pdf attachments. My Chambers Rules to all emailed correspondence just the same as they apply to regular correspondence. Copies of thes are available at http://www.nysd.uscourts.gov/individual_practices/hellerstein.pdf (Signed by Judge Alvin K. Heller 3/22/2005) (kkc, ) (Entered: 03/24/2005) |
| 3/23/2005 | 99 | | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Peter K. Rosen for Westfield WTC Holding LLC; Westfield WTC LLC; Westfield America, Inc. and Westfield Corporation, Inc. admitted Pro Hac Vice. (Signed by J Alvin K. Hellerstein on 3/23/2005) (kkc, ) (Entered: 03/24/2005) |
| 3/28/2005 | | | CASHIERS OFFICE REMARK on 99 Order Admitting Attorney Pro Hac Vice, in the amount of $25.00, paid on 3 Receipt Number 538526. (mlo, ) (Entered: 03/28/2005) |
| 3/29/2005 | 100 | | TRANSCRIPT of proceedings held on 2/7/05, 4:45pm. before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 03/29/20 |

| | | |
|---|---|---|
| 4/01/2005 | 101 | ANSWER to Complaint. Document filed by City of New York.(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 102 | ANSWER to Complaint. Document filed by City of New York.(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 103 | ANSWER to Complaint. Document filed by City of New York.(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 104 | ANSWER to Complaint. Document filed by City of New York.(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 105 | ANSWER to Complaint. Document filed by City of New York.(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 106 | ANSWER to Complaint. Document filed by City of New York.(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 107 | ANSWER to Complaint. Document filed by City of New York.(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 108 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 109 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 110 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 111 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 112 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 113 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 114 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 115 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 116 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 117 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 118 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 119 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 120 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 121 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 122 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 123 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 124 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 125 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 126 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 127 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 128 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 129 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 130 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |

| | | |
|---|---|---|
| 4/01/2005 | 131 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 132 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 133 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 134 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 135 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 136 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 137 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 138 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 139 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 140 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 141 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 142 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 143 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 144 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 145 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 146 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 147 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 148 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 149 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 150 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 151 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 152 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 153 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 154 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 155 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 156 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 157 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 158 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 159 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |

| | | |
|---|---|---|
| 4/01/2005 | [160](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [161](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [162](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [163](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [164](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [165](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [166](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [167](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [168](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [169](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [170](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [171](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [172](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [173](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [174](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [175](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [176](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [177](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [178](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [179](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [180](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [181](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [182](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [183](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [184](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [185](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [186](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [187](#) | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | [188](#) | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |

| | | |
|---|---|---|
| 4/01/2005 | 189 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 190 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 191 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 192 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 193 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 194 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 195 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 196 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 197 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 198 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 199 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 200 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 201 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 202 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 203 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 204 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 205 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 206 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 207 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 208 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 209 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 210 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 211 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 212 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 213 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 214 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 215 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 216 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 217 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |

| | | |
|---|---|---|
| 4/01/2005 | 218 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 219 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 220 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 221 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 222 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 223 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 224 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/01/2005 | 225 | ANSWER to Complaint. Document filed by Plaza Construction Corp..(Barbera, Gino) (Entered: 04/01/2005) |
| 4/05/2005 | 226 | ANSWER to Complaint. Document filed by World Trade Center Properties LLC.(Scholz, Andrew) (Entered: 04/05/ |
| 4/05/2005 | 227 | ANSWER to Complaint. Document filed by The Port Authority of New York &New Jersey.(Scholz, Andrew) (Ente 04/05/2005) |
| 4/06/2005 | 228 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Tully Construction Co., Inc..(Barbera, Gino) (Entered 04/06/2005) |
| 4/06/2005 | 229 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Bovis Lend Lease, Inc..(Barbera, Gino) (Entered: 04/ |
| 4/06/2005 | 230 | ANSWER to Complaint. Document filed by Bovis Lend Lease, Inc., and Tully Construction Co., Inc..(Barbera, Gin (Entered: 04/06/2005) |
| 4/06/2005 | 231 | MOTION seeking an order deeming cross–claims for contribution or indemnity as amongst all co–defendants to hav made and denied.. (Filing Fee $ 39.00.) Document filed by The Port Authority of New York &New Jersey, World T Center Properties LLC, 1 WTC Holdings, L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade C L.L.C., Silverstein Properties, Silverstein Properties, Inc., Silverstein WTC Management Co., L.L.C., Silverstein W Properties, L.L.C., Silverstein WTC, L.L.C., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Prop Inc., The Port Authority of New York and New Jersey, The Port Authority of New York and New Jersey, Silverstei Properties, Inc., Silverstein Properties, Inc.,, 1 WTC Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdi L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L World Trade Center, L.L.C., Silverstein Properties, Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Fac Manager, L.L.C., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., World Trade Cen Properties, L.L.C.. Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH |

```
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00669–AKH
1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH,1:05–cv–00708–AKH,1:05–cv–00719–AKH
1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH,1:05–cv–00744–AKH,1:05–cv–00765–AKH
1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH,1:05–cv–00830–AKH,1:05–cv–00831–AKH
1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00840–AKH,1:05–cv–00841–AKH–FM,1:05–cv–00842–A
1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH,1:05–cv–00846–AKH,1:05–cv–00847–AKH
1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH
1:05–cv–01064–AKH,1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH
1:05–cv–01069–AKH,1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH
1:05–cv–01074–AKH,1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH
1:05–cv–01079–AKH,1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH
1:05–cv–01089–AKH,1:05–cv–01092–AKH,1:05–cv–01093–AKH,1:05–cv–01094–AKH,1:05–cv–01095–AKH
1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH,1:05–cv–01099–AKH,1:05–cv–01100–AKH
1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH,1:05–cv–01104–AKH,1:05–cv–01105–AKH
1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH,1:05–cv–01109–AKH,1:05–cv–01110–AKH
1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH,1:05–cv–01114–AKH,1:05–cv–01115–AKH
1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH,1:05–cv–01119–AKH,1:05–cv–01120–AKH
1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH,1:05–cv–01124–AKH,1:05–cv–01125–AKH
1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH,1:05–cv–01129–AKH,1:05–cv–01130–AKH
1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH,1:05–cv–01134–AKH,1:05–cv–01135–AKH
1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH,1:05–cv–01171–AKH,1:05–cv–01172–AKH
1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH,1:05–cv–01181–AKH,1:05–cv–01182–AKH
1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH,1:05–cv–01186–AKH,1:05–cv–01187–AKH
1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH,1:05–cv–01191–AKH,1:05–cv–01192–AKH
1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH,1:05–cv–01196–AKH,1:05–cv–01197–AKH
1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH,1:05–cv–01201–AKH,1:05–cv–01202–AKH
1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH,1:05–cv–01206–AKH,1:05–cv–01207–AKH
1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH,1:05–cv–01211–AKH,1:05–cv–01212–AKH
1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH,1:05–cv–01216–AKH,1:05–cv–01217–AKH
1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH,1:05–cv–01221–AKH,1:05–cv–01222–AKH
1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH,1:05–cv–01226–AKH,1:05–cv–01227–AKH
1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH,1:05–cv–01231–AKH,1:05–cv–01232–AKH
1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH,1:05–cv–01236–AKH,1:05–cv–01237–AKH
1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH,1:05–cv–01241–AKH,1:05–cv–01242–AKH
1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH,1:05–cv–01246–AKH,1:05–cv–01247–AKH
1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH,1:05–cv–01251–AKH,1:05–cv–01252–AKH
```

1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH,1:05–cv–01256–AKH,1:05–cv–01257–AKH
1:05–cv–01258–AKH,1:05–cv–01260–AKH,1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH
1:05–cv–01264–AKH,1:05–cv–01265–AKH,1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH
1:05–cv–01269–AKH,1:05–cv–01270–AKH,1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH
1:05–cv–01274–AKH,1:05–cv–01275–AKH,1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH
1:05–cv–01279–AKH,1:05–cv–01280–AKH,1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH
1:05–cv–01294–AKH,1:05–cv–01330–AKH,1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH
1:05–cv–01334–AKH,1:05–cv–01335–AKH,1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH
1:05–cv–01340–AKH,1:05–cv–01342–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH
1:05–cv–01375–AKH,1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH
1:05–cv–01383–AKH,1:05–cv–01384–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01432–AKH,1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH
1:05–cv–01437–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH,1:05–cv–01473–AKH
1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH,1:05–cv–01478–AKH
1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH,1:05–cv–01483–AKH
1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH,1:05–cv–01495–AKH
1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH,1:05–cv–01514–AKH
1:05–cv–01515–AKH,1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH
1:05–cv–01579–AKH,1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH
1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH,1:05–cv–01590–AKH
1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH,1:05–cv–01595–AKH
1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH,1:05–cv–01600–AKH
1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH,1:05–cv–01605–AKH
1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH,1:05–cv–01610–AKH
1:05–cv–01620–AKH,1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01630–AKH,1:05–cv–01631–AKH
1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01639–AKH,1:05–cv–01640–AKH,1:05–cv–01641–AKH
1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,1:05–cv–01645–AKH,1:05–cv–01646–AKH,
1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH,1:05–cv–01650–AKH,1:05–cv–01651–AKH
1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH,1:05–cv–01655–AKH,1:05–cv–01656–AKH
1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH,1:05–cv–01662–AKH,1:05–cv–01663–AKH
1:05–cv–01664–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH
1:05–cv–01713–AKH,1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH
1:05–cv–01718–AKH,1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH
1:05–cv–01723–AKH,1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH
1:05–cv–01729–AKH,1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH
1:05–cv–01734–AKH,1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH
1:05–cv–01739–AKH,1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH
1:05–cv–01745–AKH,1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH
1:05–cv–01750–AKH,1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH
1:05–cv–01756–AKH,1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH
1:05–cv–01761–AKH,1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH
1:05–cv–01766–AKH,1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH
1:05–cv–01771–AKH,1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH
1:05–cv–01776–AKH,1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH
1:05–cv–01782–AKH,1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH
1:05–cv–01787–AKH,1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH
1:05–cv–01792–AKH,1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH
1:05–cv–01927–AKH,1:05–cv–02034–AKH,1:05–cv–02035–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH
1:05–cv–02178–AKH,1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH
1:05–cv–02495–AKH,1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH
1:05–cv–02500–AKH,1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH
1:05–cv–02651–AKH,1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH
1:05–cv–03303–AKH,1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH(Williamson, Richard)
04/06/2005)

| | | |
|---|---|---|
| 04/06/2005 | 232 | MEMORANDUM OF LAW in Support re: 231 MOTION seeking an order deeming cross–claims for contribution c indemnity as amongst all co–defendants to have been made and denied.. (Filing Fee $ 39.00.). Document filed by T Authority of New York &New Jersey, World Trade Center Properties LLC, 1 WTC Holdings, L.L.C., 1 World Trac L.L.C., 2 WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein Properties, Inc., Silverstein Management Co., L.L.C., Silverstein WTC Properties, L.L.C., Silverstein WTC, L.L.C., Silverstein Properties, Inc., |

Silverstein Properties, Inc., Silverstein Properties, Inc., The Port Authority of New York and New Jersey, The Port A
of New York and New Jersey, Silverstein Properties, Inc., Silverstein Properties, Inc,., 1 WTC Holdings L.L.C., 1 W
Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World T
Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein WTC Fa
Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Management Co., L.L.C., Silverstein
Properties, L.L.C., World Trade Center Properties, L.L.C.. Filed In Associated Cases:
1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747
1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH
1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH
1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH
1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH
1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH
1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH
1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH
1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH
1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH
1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH
1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH
1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH
1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH
1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH
1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH
1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH
1:04−cv−08749−AKH,1:04−cv−08750−AKH,1:04−cv−08751−AKH,1:04−cv−08752−AKH,1:04−cv−08753−AKH
1:04−cv−08754−AKH,1:04−cv−08755−AKH,1:04−cv−08756−AKH,1:04−cv−08757−AKH,1:04−cv−08758−AKH
1:04−cv−08770−AKH,1:04−cv−08771−AKH,1:04−cv−08772−AKH,1:04−cv−08773−AKH,1:04−cv−08774−AKH
1:04−cv−08775−AKH,1:04−cv−08776−AKH,1:04−cv−08777−AKH,1:04−cv−08778−AKH,1:04−cv−08779−AKH
1:04−cv−08785−AKH,1:04−cv−08811−AKH,1:04−cv−08812−AKH,1:04−cv−08813−AKH,1:04−cv−08814−AKH
1:04−cv−08815−AKH,1:04−cv−08816−AKH,1:04−cv−08817−AKH,1:04−cv−08841−AKH,1:04−cv−08866−AKH
1:04−cv−08867−AKH,1:04−cv−08868−AKH,1:04−cv−08869−AKH,1:04−cv−08870−AKH,1:04−cv−08871−AKH
1:04−cv−09002−AKH,1:04−cv−09062−AKH,1:04−cv−09081−AKH,1:04−cv−09082−AKH,1:04−cv−09083−AKH
1:04−cv−09116−AKH,1:04−cv−09150−AKH,1:04−cv−09151−AKH,1:04−cv−09152−AKH,1:04−cv−09153−AKH
1:04−cv−09154−AKH,1:04−cv−09155−AKH,1:04−cv−09156−AKH,1:04−cv−09157−AKH,1:04−cv−09158−AKH
1:04−cv−09159−AKH,1:04−cv−09160−AKH,1:04−cv−09161−AKH,1:04−cv−09162−AKH,1:04−cv−09163−AKH
1:04−cv−09164−AKH,1:04−cv−09165−AKH,1:04−cv−09166−AKH,1:04−cv−09167−AKH,1:04−cv−09168−AKH
1:04−cv−09169−AKH,1:04−cv−09170−AKH,1:04−cv−09171−AKH,1:04−cv−09172−AKH,1:04−cv−09173−AKH
1:04−cv−09174−AKH,1:04−cv−09175−AKH,1:04−cv−09176−AKH,1:04−cv−09177−AKH,1:04−cv−09178−AKH
1:04−cv−09179−AKH,1:04−cv−09180−AKH,1:04−cv−09181−AKH,1:04−cv−09182−AKH,1:04−cv−09244−AKH
1:04−cv−09245−AKH,1:04−cv−09247−AKH,1:04−cv−09253−AKH,1:04−cv−09261−AKH,1:04−cv−09272−AKH
1:04−cv−09341−AKH,1:04−cv−09342−AKH,1:04−cv−09343−AKH,1:04−cv−09366−AKH,1:04−cv−09367−AKH
1:04−cv−09368−AKH,1:04−cv−09450−AKH,1:04−cv−09451−AKH,1:04−cv−09818−AKH,1:04−cv−09819−AKH
1:04−cv−09820−AKH,1:04−cv−09821−AKH,1:04−cv−09832−AKH,1:04−cv−09833−AKH,1:04−cv−09834−AKH
1:04−cv−09835−AKH,1:04−cv−09836−AKH,1:04−cv−09837−AKH,1:04−cv−09838−AKH,1:04−cv−09839−AKH
1:04−cv−09840−AKH,1:04−cv−09841−AKH,1:04−cv−09842−AKH,1:04−cv−09843−AKH,1:04−cv−09844−AKH
1:04−cv−09845−AKH,1:04−cv−09846−AKH,1:04−cv−09847−AKH,1:04−cv−09848−AKH,1:04−cv−09849−AKH
1:04−cv−09850−AKH,1:04−cv−09851−AKH,1:04−cv−09852−AKH,1:04−cv−09853−AKH,1:04−cv−09854−AKH
1:04−cv−09855−AKH,1:04−cv−09856−AKH,1:04−cv−09857−AKH,1:04−cv−09902−AKH,1:04−cv−09903−AKH
1:04−cv−09904−AKH,1:04−cv−09905−AKH,1:04−cv−09906−AKH,1:04−cv−09907−AKH,1:04−cv−09908−AKH
1:04−cv−09909−AKH,1:04−cv−09910−AKH,1:04−cv−09987−AKH,1:04−cv−09988−AKH,1:04−cv−09989−AKH
1:04−cv−09990−AKH,1:04−cv−10072−AKH,1:04−cv−10284−AKH,1:05−cv−00117−AKH,1:05−cv−00118−AKH
1:05−cv−00119−AKH,1:05−cv−00184−AKH,1:05−cv−00185−AKH,1:05−cv−00186−AKH,1:05−cv−00193−AKH
1:05−cv−00194−AKH,1:05−cv−00195−AKH,1:05−cv−00209−AKH,1:05−cv−00210−AKH,1:05−cv−00211−AKH
1:05−cv−00212−AKH,1:05−cv−00224−AKH,1:05−cv−00259−AKH,1:05−cv−00264−AKH,1:05−cv−00311−AKH
1:05−cv−00405−AKH,1:05−cv−00406−AKH,1:05−cv−00407−AKH,1:05−cv−00408−AKH,1:05−cv−00409−AKH
1:05−cv−00410−AKH,1:05−cv−00411−AKH,1:05−cv−00412−AKH,1:05−cv−00413−AKH,1:05−cv−00414−AKH
1:05−cv−00415−AKH,1:05−cv−00416−AKH,1:05−cv−00417−AKH,1:05−cv−00418−AKH,1:05−cv−00419−AKH
1:05−cv−00420−AKH,1:05−cv−00421−AKH,1:05−cv−00422−AKH,1:05−cv−00423−AKH,1:05−cv−00424−AKH
1:05−cv−00425−AKH,1:05−cv−00426−AKH,1:05−cv−00665−AKH,1:05−cv−00666−AKH,1:05−cv−00669−AKH
1:05−cv−00670−AKH,1:05−cv−00671−AKH,1:05−cv−00679−AKH,1:05−cv−00708−AKH,1:05−cv−00719−AKH
1:05−cv−00720−AKH,1:05−cv−00722−AKH,1:05−cv−00724−AKH,1:05−cv−00744−AKH,1:05−cv−00765−AKH
1:05−cv−00766−AKH,1:05−cv−00828−AKH,1:05−cv−00829−AKH,1:05−cv−00830−AKH,1:05−cv−00831−AKH
1:05−cv−00832−AKH,1:05−cv−00833−AKH,1:05−cv−00840−AKH,1:05−cv−00841−AKH−FM,1:05−cv−00842−A
1:05−cv−00843−AKH,1:05−cv−00844−AKH,1:05−cv−00845−AKH,1:05−cv−00846−AKH,1:05−cv−00847−AKH
1:05−cv−00874−AKH,1:05−cv−00920−AKH,1:05−cv−00921−AKH,1:05−cv−01062−AKH,1:05−cv−01063−AKH

1:05–cv–01064–AKH,1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH
1:05–cv–01069–AKH,1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH
1:05–cv–01074–AKH,1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH
1:05–cv–01079–AKH,1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH
1:05–cv–01089–AKH,1:05–cv–01092–AKH,1:05–cv–01093–AKH,1:05–cv–01094–AKH,1:05–cv–01095–AKH
1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH,1:05–cv–01099–AKH,1:05–cv–01100–AKH
1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH,1:05–cv–01104–AKH,1:05–cv–01105–AKH
1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH,1:05–cv–01109–AKH,1:05–cv–01110–AKH
1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH,1:05–cv–01114–AKH,1:05–cv–01115–AKH
1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH,1:05–cv–01119–AKH,1:05–cv–01120–AKH
1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH,1:05–cv–01124–AKH,1:05–cv–01125–AKH
1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH,1:05–cv–01129–AKH,1:05–cv–01130–AKH
1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH,1:05–cv–01134–AKH,1:05–cv–01135–AKH
1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH,1:05–cv–01171–AKH,1:05–cv–01172–AKH
1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH,1:05–cv–01181–AKH,1:05–cv–01182–AKH
1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH,1:05–cv–01186–AKH,1:05–cv–01187–AKH
1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH,1:05–cv–01191–AKH,1:05–cv–01192–AKH
1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH,1:05–cv–01196–AKH,1:05–cv–01197–AKH
1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH,1:05–cv–01201–AKH,1:05–cv–01202–AKH
1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH,1:05–cv–01206–AKH,1:05–cv–01207–AKH
1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH,1:05–cv–01211–AKH,1:05–cv–01212–AKH
1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH,1:05–cv–01216–AKH,1:05–cv–01217–AKH
1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH,1:05–cv–01221–AKH,1:05–cv–01222–AKH
1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH,1:05–cv–01226–AKH,1:05–cv–01227–AKH
1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH,1:05–cv–01231–AKH,1:05–cv–01232–AKH
1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH,1:05–cv–01236–AKH,1:05–cv–01237–AKH
1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH,1:05–cv–01241–AKH,1:05–cv–01242–AKH
1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH,1:05–cv–01246–AKH,1:05–cv–01247–AKH
1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH,1:05–cv–01251–AKH,1:05–cv–01252–AKH
1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH,1:05–cv–01256–AKH,1:05–cv–01257–AKH
1:05–cv–01258–AKH,1:05–cv–01260–AKH,1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH
1:05–cv–01264–AKH,1:05–cv–01265–AKH,1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH
1:05–cv–01269–AKH,1:05–cv–01270–AKH,1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH
1:05–cv–01274–AKH,1:05–cv–01275–AKH,1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH
1:05–cv–01279–AKH,1:05–cv–01280–AKH,1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH
1:05–cv–01294–AKH,1:05–cv–01330–AKH,1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH
1:05–cv–01334–AKH,1:05–cv–01335–AKH,1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH
1:05–cv–01340–AKH,1:05–cv–01342–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH
1:05–cv–01375–AKH,1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH
1:05–cv–01383–AKH,1:05–cv–01384–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01432–AKH,1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH
1:05–cv–01437–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH,1:05–cv–01473–AKH
1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH,1:05–cv–01478–AKH
1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH,1:05–cv–01483–AKH
1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH,1:05–cv–01495–AKH
1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH,1:05–cv–01514–AKH
1:05–cv–01515–AKH,1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH
1:05–cv–01579–AKH,1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH
1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH,1:05–cv–01590–AKH
1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH,1:05–cv–01595–AKH
1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH,1:05–cv–01600–AKH
1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH,1:05–cv–01605–AKH
1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH,1:05–cv–01610–AKH
1:05–cv–01620–AKH,1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01630–AKH,1:05–cv–01631–AKH
1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01639–AKH,1:05–cv–01640–AKH,1:05–cv–01641–AKH
1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,1:05–cv–01645–AKH,1:05–cv–01646–AKH,
1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH,1:05–cv–01650–AKH,1:05–cv–01651–AKH
1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH,1:05–cv–01655–AKH,1:05–cv–01656–AKH
1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH,1:05–cv–01662–AKH,1:05–cv–01663–AKH
1:05–cv–01664–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH

1:05–cv–01713–AKH,1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH
1:05–cv–01718–AKH,1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH
1:05–cv–01723–AKH,1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH
1:05–cv–01729–AKH,1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH
1:05–cv–01734–AKH,1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH
1:05–cv–01739–AKH,1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH
1:05–cv–01745–AKH,1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH
1:05–cv–01750–AKH,1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH
1:05–cv–01756–AKH,1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH
1:05–cv–01761–AKH,1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH
1:05–cv–01766–AKH,1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH
1:05–cv–01771–AKH,1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH
1:05–cv–01776–AKH,1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH
1:05–cv–01782–AKH,1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH
1:05–cv–01787–AKH,1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH
1:05–cv–01792–AKH,1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH
1:05–cv–01927–AKH,1:05–cv–02034–AKH,1:05–cv–02035–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH
1:05–cv–02178–AKH,1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH
1:05–cv–02495–AKH,1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH
1:05–cv–02500–AKH,1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH
1:05–cv–02651–AKH,1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH
1:05–cv–03303–AKH,1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH(Williamson, Richard) (Entered:
04/06/2005)

| | | | |
|---|---|---|---|
| 04/07/2005 | 233 | OPPOSITION BRIEF *Plaintiffs' Responsive Declaration of Facts (Part 1 of 2) pursuant to CMO 3*. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Pltfs Declaration of Law – Part 2 of 2# 2 Exhibit Plaintiffs' Exhibit 1– Timeline# 3 Supplement Declaration Re Delayed ECF filing# 4 Supplement Cover Letter to Defendants' Counsel)(Reiss, Denise) (Entered: 04/07/2005) | |
| 04/11/2005 | 234 | Notice of MOTION for Joseph E. Hopkins to Appear Pro Hac Vice. Document filed by Defendants City of New Yor, Lend Lease, Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp.. Construction Company. (rjm, ) (Entered: 04/13/2005) | |
| 04/11/2005 | 235 | ORDER granting 234 Motion for Joseph E. Hopkins to Appear Pro Hac Vice . (Signed by Judge Alvin K. Hellerstein 4/6/05). (rjm) (Entered: 04/13/2005) | |
| 04/13/2005 | 236 | ANSWER to Complaint. Document filed by The Port Authority of New York &New Jersey.(Scholz, Andrew) (Entered: 04/13/2005) | |
| 04/14/2005 | 237 | ANSWER to Complaint. Document filed by The Port Authority of New York &New Jersey.(Scholz, Andrew) (Entered: 04/14/2005) | |
| 04/14/2005 | 238 | AFFIRMATION of Thomas M. Smith in Support re: 231 MOTION seeking an order deeming cross–claims for conti or indemnity as amongst all co–defendants to have been made and denied.. (Filing Fee $ 39.00.). Document filed by Consolidated Edison Company of New York, Inc., Consolidated Edison Communications Holding Company, Inc. Consolidated Edison Company of New York, Inc., Consolidated Edison Company of New York, Inc.,, Consolidated Development, Inc., Consolidated Edison Development, Inc., Consolidated Edison Energy, Inc., Consolidated Edison Inc., Consolidated Edison Solutions, Inc., Consolidated Edison Solutions, Inc., Consolidated Edison, Inc., Consolidated Edison, Inc.. (Attachments: # 1 # 2 Affidavit)Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH | |

1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00669–AKH
1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH,1:05–cv–00708–AKH,1:05–cv–00719–AKH
1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH,1:05–cv–00744–AKH,1:05–cv–00765–AKH
1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH,1:05–cv–00830–AKH,1:05–cv–00831–AKH
1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00840–AKH,1:05–cv–00841–AKH–FM,1:05–cv–00842–A
1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH,1:05–cv–00846–AKH,1:05–cv–00847–AKH
1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH
1:05–cv–01064–AKH,1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH
1:05–cv–01069–AKH,1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH
1:05–cv–01074–AKH,1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH
1:05–cv–01079–AKH,1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH
1:05–cv–01089–AKH,1:05–cv–01092–AKH,1:05–cv–01093–AKH,1:05–cv–01094–AKH,1:05–cv–01095–AKH
1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH,1:05–cv–01099–AKH,1:05–cv–01100–AKH
1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH,1:05–cv–01104–AKH,1:05–cv–01105–AKH
1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH,1:05–cv–01109–AKH,1:05–cv–01110–AKH
1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH,1:05–cv–01114–AKH,1:05–cv–01115–AKH
1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH,1:05–cv–01119–AKH,1:05–cv–01120–AKH
1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH,1:05–cv–01124–AKH,1:05–cv–01125–AKH
1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH,1:05–cv–01129–AKH,1:05–cv–01130–AKH
1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH,1:05–cv–01134–AKH,1:05–cv–01135–AKH
1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH,1:05–cv–01171–AKH,1:05–cv–01172–AKH
1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH,1:05–cv–01181–AKH,1:05–cv–01182–AKH
1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH,1:05–cv–01186–AKH,1:05–cv–01187–AKH
1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH,1:05–cv–01191–AKH,1:05–cv–01192–AKH
1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH,1:05–cv–01196–AKH,1:05–cv–01197–AKH
1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH,1:05–cv–01201–AKH,1:05–cv–01202–AKH
1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH,1:05–cv–01206–AKH,1:05–cv–01207–AKH
1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH,1:05–cv–01211–AKH,1:05–cv–01212–AKH
1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH,1:05–cv–01216–AKH,1:05–cv–01217–AKH
1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH,1:05–cv–01221–AKH,1:05–cv–01222–AKH

1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH,1:05–cv–01226–AKH,1:05–cv–01227–AKH
1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH,1:05–cv–01231–AKH,1:05–cv–01232–AKH
1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH,1:05–cv–01236–AKH,1:05–cv–01237–AKH
1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH,1:05–cv–01241–AKH,1:05–cv–01242–AKH
1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH,1:05–cv–01246–AKH,1:05–cv–01247–AKH
1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH,1:05–cv–01251–AKH,1:05–cv–01252–AKH
1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH,1:05–cv–01256–AKH,1:05–cv–01257–AKH
1:05–cv–01258–AKH,1:05–cv–01260–AKH,1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH
1:05–cv–01264–AKH,1:05–cv–01265–AKH,1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH
1:05–cv–01269–AKH,1:05–cv–01270–AKH,1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH
1:05–cv–01274–AKH,1:05–cv–01275–AKH,1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH
1:05–cv–01279–AKH,1:05–cv–01280–AKH,1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH
1:05–cv–01294–AKH,1:05–cv–01330–AKH,1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH
1:05–cv–01334–AKH,1:05–cv–01335–AKH,1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH
1:05–cv–01340–AKH,1:05–cv–01342–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH
1:05–cv–01375–AKH,1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH
1:05–cv–01383–AKH,1:05–cv–01384–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01432–AKH,1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH
1:05–cv–01437–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH,1:05–cv–01473–AKH
1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH,1:05–cv–01478–AKH
1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH,1:05–cv–01483–AKH
1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH,1:05–cv–01495–AKH
1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH,1:05–cv–01508–AKH
1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH,1:05–cv–01514–AKH
1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH,1:05–cv–01519–AKH
1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH,1:05–cv–01575–AKH
1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH,1:05–cv–01580–AKH
1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH
1:05–cv–01588–AKH,1:05–cv–01589–AKH,1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH
1:05–cv–01593–AKH,1:05–cv–01594–AKH,1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH
1:05–cv–01598–AKH,1:05–cv–01599–AKH,1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH
1:05–cv–01603–AKH,1:05–cv–01604–AKH,1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH
1:05–cv–01608–AKH,1:05–cv–01609–AKH,1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH
1:05–cv–01620–AKH,1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01630–AKH,1:05–cv–01631–AKH
1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01639–AKH,1:05–cv–01640–AKH,1:05–cv–01641–AKH
1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,1:05–cv–01645–AKH,1:05–cv–01646–AKH,
1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH,1:05–cv–01650–AKH,1:05–cv–01651–AKH
1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH,1:05–cv–01655–AKH,1:05–cv–01656–AKH
1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH,1:05–cv–01662–AKH,1:05–cv–01663–AKH
1:05–cv–01664–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01692–AKH,1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01709–AKH
1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH,1:05–cv–01714–AKH
1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH,1:05–cv–01719–AKH
1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH,1:05–cv–01724–AKH
1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH,1:05–cv–01730–AKH
1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH,1:05–cv–01735–AKH
1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH,1:05–cv–01740–AKH
1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH,1:05–cv–01746–AKH
1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH,1:05–cv–01751–AKH
1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH,1:05–cv–01757–AKH
1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH,1:05–cv–01762–AKH
1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH,1:05–cv–01767–AKH
1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH,1:05–cv–01772–AKH
1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH,1:05–cv–01778–AKH
1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH,1:05–cv–01783–AKH
1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH,1:05–cv–01788–AKH
1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH,1:05–cv–01793–AKH
1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–01927–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH,1:05–cv–02320–AKH
1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH,1:05–cv–02496–AKH
1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH,1:05–cv–02501–AKH

| | | |
|---|---|---|
| | | 1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH,1:05–cv–02726–AKH 1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH,1:05–cv–03304–AKH 1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03692–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH Thomas) (Entered: 04/14/2005) |
| 4/16/2005 | 239 | ANSWER to Complaint. Document filed by City of New York. (Attachments: # 1 Statement of Delayed Filing)(Bar Gino) (Entered: 04/16/2005) |
| 4/16/2005 | 240 | ANSWER to Complaint. Document filed by City of New York. (Attachments: # 1 Statement of Delayed Filing)(Bar Gino) (Entered: 04/16/2005) |
| 4/18/2005 | 241 | ANSWER to Complaint. Document filed by The Port Authority of New York &New Jersey.(Scholz, Andrew) (Ente 04/18/2005) |
| 4/18/2005 | 242 | ANSWER to Complaint. Document filed by World Trade Center Properties LLC, Silverstein Properties, Inc..(Schol Andrew) (Entered: 04/18/2005) |
| 4/20/2005 | | CASHIERS OFFICE REMARK on 235 Order on Motion to Appear Pro Hac Vice in the amount of $25.00, paid on Receipt Number 540234. (mlo, ) (Entered: 04/20/2005) |
| 4/21/2005 | 243 | ORDER (this document pertains to 05cv3090 (AKH), 04cv9003 (KMK); On Tuesday, May 9, 2005 at 4:00 P.M. I w status conference for all parties to civil actions 05 Civ. 3090 (AKH) and 04 Civ. 9003 (KMK) in Courtroom 14D, 50 Street, New York, New York 10007. Plaintiffs' attorneys in all other 21 MC 100 cases do not need to attend this con Defendants named in these actions, or who expect to be named in third–party complaints may appear to discuss the possibility of such motions as may be available to test the legal sufficiency of the complaints and, alternatively, coor these cases with the 21 MC 100 respiratory injury cases. (Signed by Judge Alvin K. Hellerstein on 4/21/2005) Filed Associated Cases: 1:21–mc–00100–AKH–THK,1:05–cv–03090–AKH; and filed in 04cv9003 (KMK)(kkc, ) (Ente 04/22/2005) |
| 4/25/2005 | 244 | NOTICE of Filing – WTC Captive Insurance Company, Inc.'s Liability Insurance Policy. Document filed by Lathar &Watkins LLP. (Tyrrell, James) (Entered: 04/25/2005) |
| 4/25/2005 | 245 | ORDER Staying Assertion of and Deferring Time to File Cross–Claims and Third–Party Claims to 7/11/2005, as fu forth in this Order. Any party objecting to the entry of this Order shall file such objection by no later than 5/1/2005. by Judge Alvin K. Hellerstein on 4/20/2005) (kkc, ) (Entered: 04/27/2005) |
| 4/27/2005 | 246 | TRANSCRIPT of proceedings held on 4/18/2005 before Judge Alvin K. Hellerstein. (kkc, ) (Entered: 04/27/2005) |
| 5/03/2005 | 247 | ANSWER to Complaint. Document filed by World Trade Center Properties LLC.(Scholz, Andrew) (Entered: 05/03 |
| 5/13/2005 | 248 | CASE MANAGEMENT ORDER NO. 4: Master Pleadings regarding the procedures to be followed that shall gover handling of Master Complaint, Complaint by Adoption for Newly–Filed Actions, Amendments to Pending Actions, Other Matters. This Document applies to All World Trade Center Disaster Litigation. (Signed by Judge Alvin K. He on 5/12/05) (rjm, ) Modified on 5/16/2005 (rjm, ). (Entered: 05/16/2005) |
| 5/23/2005 | 249 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Burton Lowitz dated 5/16/05 re: Mr. Grochow to feel that we should not be included in this matter as we are totally unrelated to the events that took place &the on property the corporation owned is a bowling alley in Upstate New York. "Discuss issue with plaintiffs' counsel and by any appropriate motions." (Signed by Judge Alvin K. Hellerstein on 5/19/05) (rjm, ) (Entered: 05/25/2005) |
| 5/27/2005 | 250 | TRANSCRIPT of proceedings held on 5/10/05, 4:40pm. before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 05/27/ |
| 5/27/2005 | 251 | TRANSCRIPT of proceedings held on 5/10/05, 4:40pm. before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 05/27/ |
| 6/01/2005 | 252 | NOTICE OF MOTION for Peter L. Winik and Marguerite M. Sullivan to Appear Pro Hac Vice. Document filed by Westfield WTC Holding LLC., Westfield WTC LLC, Westfield America, Inc., Westfield Corporation, Inc. (rjm, ) ( 06/02/2005) |
| 6/15/2005 | 253 | ORDER Regarding the Rules and Procedures to be followed for Regulating Limited Discovery. (Signed by Judge A Hellerstein on 6/15/05) (rjm, ) Modified on 6/16/2005 (rjm, ). (Entered: 06/16/2005) |
| 6/15/2005 | 254 | ORDER granting 252 Motion for Peter L. Winik and Marguerite M. Sullivan to Appear Pro Hac Vice. (Signed by Ju Alvin K. Hellerstein on 6/15/05). (rjm, ) (Entered: 06/16/2005) |
| 6/23/2005 | 255 | NOTICE of Letter Regarding the Scope of the Plaintiffs' Depositions. Document filed by City of New York, Bovis L Lease, Inc., AMEC Construction Management, Inc., Tully Construction Company. (Attachments: # 1 Exhibits A–E Exhibits 1–3# 3 Exhibits 4–7)(Tyrrell, James) (Entered: 06/23/2005) |
| 6/23/2005 | 256 | NOTICE of Letter Adjourning Deposition of Tully Construction Company, Inc.. Document filed by Tully Construct Inc.. (Tyrrell, James) (Entered: 06/23/2005) |

| | | |
|---|---|---|
| 6/27/2005 | 257 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 6/23/05 re: "There s no contention questions and no contention descriptions. The parties shall conform to this ruling and proceed expedit (Signed by Judge Alvin K. Hellerstein on 6/24/05) (rjm, ) (Entered: 06/29/2005) |
| 6/28/2005 | 258 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell Jr., Richard A. Williamson, Napoli, Andrew J. Carboy dated 6/28/2005; counsels write to request that the Court extend the deadline for the comp "limited discovery" to 9/30/2005. ENDORSEMENT: Request is reluctantly granted. Complexity of the 9/11 cases d permit the usual tolerance for delay based on inconvenience of counsel and witnesses. Firm schedules are required, witnesses should be notified that compliance is required. Further requests for adjournments will not be tolerated. (Si Judge Alvin K. Hellerstein on 6/28/2005) (kkc, ) (Entered: 06/30/2005) |
| 7/13/2005 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein : Status Conference held on 7/13/2005. Submi B. Jones, Deputy Court Clerk. (tb, ) (Entered: 07/26/2005) |
| 7/19/2005 | | CASHIERS OFFICE REMARK on 254 Order on Motion to Appear Pro Hac Vice in the amount of $50.00, paid on Receipt Number 548746. (mlo, ) (Entered: 07/19/2005) |
| 7/22/2005 | 259 | ORDER FOLLOWING APPELLATE REMAND, EXTENDING JURISDICTION... For the reasons set forth in sai Judge Hellerstein will hereby adopt the reasoning in the remand decision and find jurisdiction for all cases alleging respiratory injuries by workers at the World Trade Center site. Should a time arise when the subject matter jurisdicti might be challenged, for the defense is not waivable, there will be opportunity again to re-visit the issue, in the cont more developed record. (Signed by Judge Alvin K. Hellerstein on 7/22/05) (rjm, ) (Entered: 07/22/2005) |
| 7/22/2005 | 260 | AMENDED ORDER FOLLOWING APPELLATE REMAND, EXTENDING JURISDICTION; For the reasons se said order, Judge Hellerstein hereby adopt the reasoning in the remand decision and find jurisdiction accordingly. Sh time arise when the subject matter jurisdiction again might be challenged, for the defense is not waivable, there will opportunity again to re-visit the issue, in the context of a more developed record (Signed by Judge Alvin K. Hellers 7/22/2005) (kkc, ) (Entered: 07/22/2005) |
| 7/28/2005 | 261 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise A. Rubin dated 7/26/05 re: The Plainti Motion to Remand is withdrawn. This refers to Document No. 9 in 05cv5601(AKH). (Signed by Judge Alvin K. He on 7/26/05) Filed In Associated Cases: 1:21-mc-00100-AKH-THK,1:05-cv-05601-AKH(rjm, ) (Entered: 07/29/ |
| 8/01/2005 | 262 | TRANSCRIPT of proceedings held on 7/13/05, 4:10pm. before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 08/01/ |
| 8/01/2005 | 263 | TRANSCRIPT of proceedings held on 7/13/05, 4:10pm. before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 08/01/ |
| 8/02/2005 | 264 | DECLARATION of Christopher A. Bacotti In Connection With Sections III(A)(2)and III(A)(2) Of Case Managemen No.3. Document filed by Phillips and Jordan, Phillips and Jordan, Phillips and Jordan. Filed In Associated Cases: 1:21-mc-00100-AKH-THK,1:04-cv-00007-AKH,1:03-cv-08577-AKH,1:04-cv-00491-AKH,1:04-cv-03747 1:04-cv-03800-AKH,1:04-cv-04982-AKH,1:04-cv-04983-AKH,1:04-cv-04984-AKH,1:04-cv-05175-AKH 1:04-cv-05862-AKH,1:04-cv-06726-AKH,1:04-cv-06727-AKH,1:04-cv-06789-AKH,1:04-cv-06889-AKH 1:04-cv-06890-AKH,1:04-cv-06891-AKH,1:04-cv-06892-AKH,1:04-cv-06893-AKH,1:04-cv-07239-AKH 1:04-cv-07293-AKH,1:04-cv-07597-AKH,1:04-cv-07599-AKH,1:04-cv-07601-AKH,1:04-cv-07645-AKH 1:04-cv-07647-AKH,1:04-cv-07725-AKH,1:04-cv-07727-AKH,1:04-cv-07903-AKH,1:04-cv-08034-AKH 1:04-cv-08035-AKH,1:04-cv-08036-AKH,1:04-cv-08096-AKH,1:04-cv-08097-AKH,1:04-cv-08284-AKH 1:04-cv-08285-AKH,1:04-cv-08286-AKH,1:04-cv-08287-AKH,1:04-cv-08288-AKH,1:04-cv-08289-AKH 1:04-cv-08404-AKH,1:04-cv-08431-AKH,1:04-cv-08494-AKH,1:04-cv-08495-AKH,1:04-cv-08496-AKH 1:04-cv-08497-AKH,1:04-cv-08498-AKH,1:04-cv-08499-AKH,1:04-cv-08500-AKH,1:04-cv-08501-AKH 1:04-cv-08502-AKH,1:04-cv-08503-AKH,1:04-cv-08504-AKH,1:04-cv-08505-AKH,1:04-cv-08506-AKH 1:04-cv-08507-AKH,1:04-cv-08508-AKH,1:04-cv-08674-AKH,1:04-cv-08675-AKH,1:04-cv-08676-AKH 1:04-cv-08681-AKH,1:04-cv-08725-AKH,1:04-cv-08726-AKH,1:04-cv-08727-AKH,1:04-cv-08728-AKH 1:04-cv-08729-AKH,1:04-cv-08730-AKH,1:04-cv-08731-AKH,1:04-cv-08732-AKH,1:04-cv-08733-AKH 1:04-cv-08734-AKH,1:04-cv-08735-AKH,1:04-cv-08736-AKH,1:04-cv-08737-AKH,1:04-cv-08738-AKH 1:04-cv-08739-AKH,1:04-cv-08740-AKH,1:04-cv-08741-AKH,1:04-cv-08742-AKH,1:04-cv-08743-AKH 1:04-cv-08744-AKH,1:04-cv-08745-AKH,1:04-cv-08746-AKH,1:04-cv-08747-AKH,1:04-cv-08748-AKH 1:04-cv-08749-AKH,1:04-cv-08750-AKH,1:04-cv-08751-AKH,1:04-cv-08752-AKH,1:04-cv-08753-AKH 1:04-cv-08754-AKH,1:04-cv-08755-AKH,1:04-cv-08756-AKH,1:04-cv-08757-AKH,1:04-cv-08758-AKH 1:04-cv-08770-AKH,1:04-cv-08771-AKH,1:04-cv-08772-AKH,1:04-cv-08773-AKH,1:04-cv-08774-AKH 1:04-cv-08775-AKH,1:04-cv-08776-AKH,1:04-cv-08777-AKH,1:04-cv-08778-AKH,1:04-cv-08779-AKH 1:04-cv-08785-AKH,1:04-cv-08811-AKH,1:04-cv-08812-AKH,1:04-cv-08813-AKH,1:04-cv-08814-AKH 1:04-cv-08815-AKH,1:04-cv-08816-AKH,1:04-cv-08817-AKH,1:04-cv-08841-AKH,1:04-cv-08866-AKH 1:04-cv-08867-AKH,1:04-cv-08868-AKH,1:04-cv-08869-AKH,1:04-cv-08870-AKH,1:04-cv-08871-AKH 1:04-cv-09002-AKH,1:04-cv-09003-AKH,1:04-cv-09062-AKH,1:04-cv-09081-AKH,1:04-cv-09082-AKH 1:04-cv-09083-AKH,1:04-cv-09116-AKH,1:04-cv-09150-AKH,1:04-cv-09151-AKH,1:04-cv-09152-AKH 1:04-cv-09153-AKH,1:04-cv-09154-AKH,1:04-cv-09155-AKH,1:04-cv-09156-AKH,1:04-cv-09157-AKH 1:04-cv-09158-AKH,1:04-cv-09159-AKH,1:04-cv-09160-AKH,1:04-cv-09161-AKH,1:04-cv-09162-AKH |

1:04–cv–09163–AKH,1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH
1:04–cv–09168–AKH,1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH
1:04–cv–09173–AKH,1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH
1:04–cv–09178–AKH,1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH
1:04–cv–09244–AKH,1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH
1:04–cv–09272–AKH,1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH
1:04–cv–09367–AKH,1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH
1:04–cv–09819–AKH,1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH
1:04–cv–09834–AKH,1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH
1:04–cv–09839–AKH,1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH
1:04–cv–09844–AKH,1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH
1:04–cv–09849–AKH,1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH
1:04–cv–09854–AKH,1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH
1:04–cv–09903–AKH,1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH
1:04–cv–09908–AKH,1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH
1:04–cv–09989–AKH,1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH
1:05–cv–00118–AKH,1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH
1:05–cv–00193–AKH,1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH
1:05–cv–00211–AKH,1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH
1:05–cv–00311–AKH,1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH
1:05–cv–00409–AKH,1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH
1:05–cv–00414–AKH,1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH
1:05–cv–00419–AKH,1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH
1:05–cv–00424–AKH,1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH
1:05–cv–00667–AKH,1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH
1:05–cv–00679–AKH,1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH
1:05–cv–00724–AKH,1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH
1:05–cv–00829–AKH,1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH
1:05–cv–00835–AKH,1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH
1:05–cv–00840–AKH,1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH
1:05–cv–00845–AKH,1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH
1:05–cv–00921–AKH,1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH
1:05–cv–01064–AKH,1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH
1:05–cv–01069–AKH,1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH
1:05–cv–01074–AKH,1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH
1:05–cv–01079–AKH,1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH
1:05–cv–01089–AKH,1:05–cv–01091–AKH,1:05–cv–01092–AKH,1:05–cv–01093–AKH,1:05–cv–01094–AKH
1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH,1:05–cv–01099–AKH
1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH,1:05–cv–01104–AKH
1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH,1:05–cv–01109–AKH
1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH,1:05–cv–01114–AKH
1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH,1:05–cv–01119–AKH
1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH,1:05–cv–01124–AKH
1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH,1:05–cv–01129–AKH
1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH,1:05–cv–01134–AKH
1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH,1:05–cv–01171–AKH
1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH,1:05–cv–01181–AKH
1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH,1:05–cv–01186–AKH
1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH,1:05–cv–01191–AKH
1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH,1:05–cv–01196–AKH
1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH,1:05–cv–01201–AKH
1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH,1:05–cv–01206–AKH
1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH,1:05–cv–01211–AKH
1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH,1:05–cv–01216–AKH
1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH,1:05–cv–01221–AKH
1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH,1:05–cv–01226–AKH
1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH,1:05–cv–01231–AKH
1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH,1:05–cv–01236–AKH
1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH,1:05–cv–01241–AKH
1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH,1:05–cv–01246–AKH
1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH,1:05–cv–01251–AKH
1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH,1:05–cv–01256–AKH
1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH,1:05–cv–01261–AKH
1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH,1:05–cv–01266–AKH

1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH,1:05–cv–01271–AKH
1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH,1:05–cv–01276–AKH
1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH,1:05–cv–01281–AKH
1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH,1:05–cv–01326–AKH
1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH,1:05–cv–01331–AKH
1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH,1:05–cv–01336–AKH
1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH,1:05–cv–01342–AKH
1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH,1:05–cv–01350–AKH
1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH,1:05–cv–01361–AKH
1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH,1:05–cv–01367–AKH
1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH,1:05–cv–01377–AKH
1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH,1:05–cv–01384–AKH
1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH,1:05–cv–01396–AKH
1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH,1:05–cv–01408–AKH
1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH,1:05–cv–01420–AKH
1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH,1:05–cv–01427–AKH
1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH,1:05–cv–01433–AKH
1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH,1:05–cv–01440–AKH
1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH,1:05–cv–01463–AKH
1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH,1:05–cv–01468–AKH
1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH,1:05–cv–01473–AKH
1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH,1:05–cv–01478–AKH
1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH,1:05–cv–01483–AKH
1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH,1:05–cv–01495–AKH
1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH,1:05–cv–01500–AKH
1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH,1:05–cv–01508–AKH
1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH,1:05–cv–01514–AKH
1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH,1:05–cv–01519–AKH
1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH,1:05–cv–01575–AKH
1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH,1:05–cv–01580–AKH
1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH,1:05–cv–01585–AKH
1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH,1:05–cv–01590–AKH
1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH,1:05–cv–01595–AKH
1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH,1:05–cv–01600–AKH
1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH,1:05–cv–01605–AKH
1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH,1:05–cv–01610–AKH
1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH,1:05–cv–01615–AKH
1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH,1:05–cv–01620–AKH
1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH,1:05–cv–01625–AKH
1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH,1:05–cv–01630–AKH
1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH,1:05–cv–01635–AKH
1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH,1:05–cv–01640–AKH
1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,1:05–cv–01645–AKH,
1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH,1:05–cv–01650–AKH
1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH,1:05–cv–01655–AKH
1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH,1:05–cv–01662–AKH
1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH,1:05–cv–01667–AKH
1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH,1:05–cv–01673–AKH
1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH,1:05–cv–01678–AKH
1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH,1:05–cv–01683–AKH
1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH,1:05–cv–01688–AKH
1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH,1:05–cv–01693–AKH
1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH,1:05–cv–01698–AKH
1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH,1:05–cv–01703–AKH
1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH,1:05–cv–01709–AKH
1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH,1:05–cv–01714–AKH
1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH,1:05–cv–01719–AKH
1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH,1:05–cv–01724–AKH
1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH,1:05–cv–01730–AKH
1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH,1:05–cv–01735–AKH
1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH,1:05–cv–01740–AKH
1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH,1:05–cv–01746–AKH
1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH,1:05–cv–01751–AKH
1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH,1:05–cv–01757–AKH

| | | |
|---|---|---|
| | | 1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH,1:05–cv–01762–AKH<br>1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH,1:05–cv–01767–AKH<br>1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH,1:05–cv–01772–AKH<br>1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH,1:05–cv–01778–AKH<br>1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH,1:05–cv–01783–AKH<br>1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH,1:05–cv–01788–AKH<br>1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH,1:05–cv–01793–AKH<br>1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH<br>1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH<br>1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH<br>1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH<br>1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH<br>1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03090–AKH,1:05–cv–03162–AKH<br>1:05–cv–03303–AKH,1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH<br>1:05–cv–03450–AKH,1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH<br>1:05–cv–03712–AKH,1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH<br>1:05–cv–04081–AKH,1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH<br>1:05–cv–04214–AKH,1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH<br>1:05–cv–04222–AKH,1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH<br>1:05–cv–04227–AKH,1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH<br>1:05–cv–04240–AKH,1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH<br>1:05–cv–04335–AKH,1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH<br>1:05–cv–04340–AKH,1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH<br>1:05–cv–04853–AKH,1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH<br>1:05–cv–05174–AKH,1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH<br>1:05–cv–05581–AKH,1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH<br>1:05–cv–05892–AKH,1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH<br>1:05–cv–06214–AKH,1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH<br>1:05–cv–06240–AKH,1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH<br>1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH<br>1:05–cv–06524–AKH(Leff, Richard) (Entered: 08/02/2005) |
| 08/03/2005 | 265 | ORDER That the Port Authority is permitted to loan a section of the former media antenna that once stood atop of O<br>World Trade Center to the Freedom Forum Inc., contained in the Port Authority's WTC Artifacts Inventory Archive<br>further ordered that the loan and the Freedom Forum Inc.'s possession of the former media antenna, will be subject t<br>right of any party to the September 11 Litigations or their representatives to inspect &test said media antenna upon<br>notice to the Freedom Forum Inc. and the Port Authority. (Signed by Judge Alvin K. Hellerstein on 8/3/05) (rjm, ) M<br>on 8/4/2005 (rjm, ). (Entered: 08/04/2005) |
| 08/05/2005 | 266 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Christopher A. Bacotti dated 8/3/05 re: Grante<br>permission for Phillips &Jordan, a Fresh Kills site defendant in this matter, to file a CD–ROM containing document<br>produced the contents of which are too large to file on the Court's electronic filing system, on condition that the CD–<br>accompanied by a detailed table of contents in hard copy, both served and filed. (Signed by Judge Alvin K. Hellerst<br>8/5/05). (rjm, ) (Entered: 08/08/2005) |
| 08/08/2005 | 267 | CASE MANAGEMENT ORDER... Cases brought by plaintiffs – such as clean–up personnel – alleging personal injur<br>primarily based on circumstances and conduct in the period after the September 11, 2001 attacks, and based on cond<br>occurred outside the area defined as the World Trade Center Site in Case Management Order 3 of the 21 MC 100 ca<br>constitute a fourth group. A master docket for this fourth group is hereby established: "In re World Trade Center Lo<br>Manhattan Disaster Site Litigation." 21 MC 102 (AKH)... Status Conference set for 9/22/2005 03:00 PM before Jud<br>K. Hellerstein. (Signed by Judge Alvin K. Hellerstein on 8/9/05) Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:04–cv–09003–AKH,1:05–cv–01091–AKH,1:05–cv–01092–AKH,1:05–cv–01093<br>1:05–cv–01927–AKH,1:05–cv–03090–AKH, 1:04–cv–5338–GBD, 1:04–cv–7217–GBD, 1:05–cv–9507–HB and<br>05–cv–631(EDNY)(rjm, ) Modified on 8/26/2005 (mj, ). Additional attachment(s) added on 8/29/2005 (kkc, ). Mod<br>9/13/2005 (rjm, ). Modified on 9/27/2005 (rjm, ). Modified on 9/27/2005 (rjm, ). (Entered: 08/10/2005) |
| 08/15/2005 | 268 | ORDER LIFTING STAY; on 8/9/05, I ordered that the cases alleging personal injury primarily based on circumstan<br>conduct in the period after the Sept. 11, 2001 attacks, and based on conduct that occurred outside the area defined as<br>World Trade Center Site to be coordinated before me. While this matter was under consideration, I had ordered that<br>pleadings and proceedings were stayed. Because I have resolved this matter, the stay is lifted as of the date of entry<br>Order. (Signed by Judge Alvin K. Hellerstein on 8/12/05) Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:04–cv–09003–AKH,1:05–cv–01091–AKH,1:05–cv–01092–AKH,1:05–cv–01093<br>1:05–cv–01927–AKH,1:05–cv–03090–AKH(sn) (Entered: 08/18/2005) |

| 8/18/2005 | 269 | PROTECTIVE ORDER; Regarding procedures that will govern the handling of "Protected Material". (Signed by Ju<br>Alvin K. Hellerstein on 8/18/05) (sn) (Entered: 08/18/2005) |
|---|---|---|
| 8/18/2005 | 270 | ORDER DIRECTING DISCOVERY FROM FEDERAL GOVERNMENT AGENCIES; Each federal government a<br>shall cooperate and make all reasonable efforts to immediately make available and produce documents responsive to<br>discovery request as described in defts' 6/20/05 letter to DOJ, as set forth in this Order. Each federal government age<br>make available or produce documents requested by the Parties to all parties whether demanded by one party or all pa<br>further set forth in this Order. Within 10 days from the date of this Order, DOJ shall identify the current and former<br>employee(s) of each federal government agency herein, who have the most knowledge concerning each agency's<br>responsibilities, roles and involvement in the rescue/recovery/debris removal and clean–up efforts at the WTC Site a<br>provide dates on which such employees are available to be deposed. A true copy of this Order shall be served upon a<br>counsel within 3 days of the date of receipt of this Order by counsel for defts. (Signed by Judge Alvin K. Hellerstein<br>8/18/05) (sn) (Entered: 08/18/2005) |
| 8/29/2005 | 271 | MOTION to Compel *Discovery and for Sanctions for Failure to Comply*. Document filed by Plaintiffs Liaison Coun<br>(Attachments: #1 Affidavit Affidavit of Denise A. Rubin, August 29, 2005#2 Memorandum of Law and Fact#3 Ex<br>A–C#4 Exhibit D–E#5 Exhibit F–L)Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH<br>1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH<br>1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH<br>1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH<br>1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH<br>1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH<br>1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH<br>1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH<br>1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH<br>1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH<br>1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH<br>1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH<br>1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH<br>1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH<br>1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH<br>1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH<br>1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH<br>1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH<br>1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH<br>1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH<br>1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH<br>1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH<br>1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH<br>1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH<br>1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH<br>1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH<br>1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH<br>1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH<br>1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH<br>1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH<br>1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH<br>1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH<br>1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH<br>1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH<br>1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH<br>1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH<br>1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH<br>1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH |

1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH

1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH

| | | |
|---|---|---|
| | | 1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH |
| | | 1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH |
| | | 1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH |
| | | 1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH |
| | | 1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH |
| | | 1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH |
| | | 1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH |
| | | 1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH |
| | | 1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH |
| | | 1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH |
| | | 1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH |
| | | 1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH |
| | | 1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH |
| | | 1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH |
| | | 1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH |
| | | 1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07415–AKH |
| | | Denise) (Entered: 08/29/2005) |
| 08/30/2005 | 272 | MOTION to Compel *Defendant Bechtel's Compliance with Subpoenas and for an Order of Contempt for their failu* *respond to same.* Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Text of Proposed Order Proposed # 2 Memorandum of Law and Facts in Support# 3 Affidavit Aff of Denise A. Rubin, August 26, 2005# 4 Exhibit A–E Exhibit F–G# 6 Exhibit H–J)Filed In Associated Cases: |
| | | 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 |
| | | 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH |
| | | 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH |
| | | 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH |
| | | 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH |
| | | 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH |
| | | 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH |
| | | 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH |
| | | 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH |
| | | 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH |
| | | 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH |
| | | 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH |
| | | 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH |
| | | 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH |
| | | 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH |
| | | 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH |
| | | 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH |
| | | 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH |
| | | 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH |
| | | 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH |
| | | 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH |
| | | 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH |
| | | 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH |
| | | 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH |
| | | 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH |
| | | 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH |
| | | 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH |
| | | 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH |
| | | 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH |
| | | 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH |
| | | 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH |
| | | 1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH |
| | | 1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH |
| | | 1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH |
| | | 1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH |
| | | 1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH |
| | | 1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH |
| | | 1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH |
| | | 1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH |
| | | 1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH |
| | | 1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH |
| | | 1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH |
| | | 1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH |

1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH

1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH

1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07415–AKH
Denise) (Entered: 08/30/2005)

| 09/06/2005 | 273 | MOTION to Compel *the Depositions of Lawrence Martin, Esq., and Kenneth Becker, Esq..* Document filed by Plai Liaison Counsel. (Attachments: #_1_ Affidavit Affidavit of Denise A. Rubin, September 6, 2005#_2_ Memorandum of Facts in Support#_3_ Exhibit A–D#_4_ Exhibit E–I)Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH

1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH

1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH

| | | |
|---|---|---|
| | | 1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH<br>1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH<br>1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH<br>1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH<br>1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH<br>1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH<br>1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH<br>1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH<br>1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH<br>1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH<br>1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH<br>1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH<br>1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH<br>1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH<br>1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH<br>1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH<br>1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH<br>1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH<br>1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH<br>1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH<br>1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH<br>1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH<br>1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH<br>1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH<br>1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH<br>1:05–cv–07415–AKH,1:05–cv–07686–AKH(Rubin, Denise) (Entered: 09/06/2005) |
| 09/06/2005 | 274 | MEMORANDUM OF LAW in Opposition re: 271 MOTION to Compel *Discovery and for Sanctions for Failure to Document filed by Defendants.* Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH<br>1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH<br>1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH<br>1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH<br>1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH<br>1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH<br>1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH<br>1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH<br>1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH<br>1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH<br>1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH<br>1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH<br>1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH<br>1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH<br>1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH<br>1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH<br>1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH<br>1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH<br>1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH<br>1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH<br>1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH<br>1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH<br>1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH<br>1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH<br>1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH<br>1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH |

1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH

1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH

1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH(Tyrrell, James) (Entered: 09/06/2005)

| | | |
|---|---|---|
| 09/06/2005 | 275 | DECLARATION of James E. Tyrrell, Jr. in Opposition re: 271 MOTION to Compel *Discovery and for Sanctions for to Comply..* Document filed by Defendants. (Attachments: #_1 Exhibit A#_2 Exhibit B – Exhibit C#_3 Exhibit C (con Exhibit C (cont.)#_5 Exhibit C (cont.)#_6 Exhibit C (cont.)#_7 Exhibit C (cont.) – Exhibit E#_8 Exhibit F – Exhibit I) Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH

1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH

1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH

| | | |
|---|---|---|
| | | 1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH |
| | | 1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH |
| | | 1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH |
| | | 1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH |
| | | 1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH |
| | | 1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH |
| | | 1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH |
| | | 1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH |
| | | 1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH |
| | | 1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH |
| | | 1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH |
| | | 1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH |
| | | 1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH |
| | | 1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH |
| | | 1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH |
| | | 1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH |
| | | 1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH |
| | | 1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH |
| | | 1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH |
| | | 1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH |
| | | 1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH |
| | | 1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH |
| | | 1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH |
| | | 1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH |
| | | 1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH |
| | | 1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH |
| | | 1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH |
| | | 1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH |
| | | 1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH |
| | | 1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH |
| | | 1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH |
| | | 1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH |
| | | 1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH |
| | | 1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH(Tyrrell, James) (Entered: 09/06/2005) |
| 09/07/2005 | 276 | MEMORANDUM OF LAW in Opposition re: 272 MOTION to Compel *Defendant Bechtel's Compliance with Subp* *and for an Order of Contempt for their failure to respond to same*.. Document filed by Bechtel. (Attachments: #_1_ Declaration of James E. Tyrrell, Jr.)Filed In Associated Cases: |
| | | 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 |
| | | 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH |
| | | 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH |
| | | 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH |
| | | 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH |
| | | 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH |
| | | 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH |
| | | 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH |
| | | 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH |
| | | 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH |
| | | 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH |
| | | 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH |
| | | 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH |
| | | 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH |
| | | 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH |
| | | 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH |
| | | 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH |
| | | 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH |
| | | 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH |
| | | 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH |
| | | 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH |
| | | 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH |
| | | 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH |
| | | 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH |
| | | 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH |
| | | 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH |
| | | 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH |

1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH

1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH

1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH(Tyrrell, James) (Entered: 09/07/2005)

| | | |
|---|---|---|
| 09/07/2005 | 277 | ORDER STAYING ASSERTION OF AND DEFERRING TIME TO FILE CROSS–CLAIMS &THIRD–PARTY C that the assertion by any defendant in these consolidated actions of any cross–claims or third–party claim is hereby until 10/21/05... See document for further scheduling deadlines. Entered as Doc. No. 2 in 21MC102. Original docum in file folder for Case No. 21MC102. (Signed by Judge Laura Taylor Swain on 8/24/05) (rjm, ) Modified on 9/8/200 (Entered: 09/08/2005) |
| 09/07/2005 | 278 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein III from Gregory Cannata &Robert Grochow dated re: Request that Robert A. Grochow... be additionally appointed as Plaintiff Liaison Counsel. "Motion denied. The C desires fewer, rather than more liaison counsel." Entered as Doc. #3 in 21MC102. (rjm, ) (Entered: 09/08/2005) |
| 09/08/2005 | 279 | REPLY to Response to Motion re: 271 MOTION to Compel *Discovery and for Sanctions for Failure to Comply.. D filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Memorandum in Reply# 2 Exhibit A–E)Filed In Associated C 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH |

1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH

1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH

1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH(Rubin, Denise) (Entered: 09/08/2005)

| 09/09/2005 | 280 | SUBPOENA ISSUED.Document filed by Defendants. (Attachments: # 1 subpoena #2# 2 subpoena #3# 3 subpoena subpoena #5# 5 subpoena #6# 6 subpoena #7# 7 subpoena #8# 8 subpoena duces tecum)(Tyrrell, James) (Entered: 09/09/2005) |
| 09/09/2005 | | CONSOLIDATED MEMBER CASE: Case consolidated with 1:21MC100. (rdi, ) (Entered: 09/14/2005) |
| 09/12/2005 | 281 | SUMMARY ORDER... that the motions for discovery are denied without prejudice and the motions for sanctions are with prejudice. The plaintiffs may renew their motion (for discovery but not for sanctions) with an offer of proof sho relevance. Submissions concerning the offer of proof must be served &filed by September 27, 2005 at 12:00pm. (Si Judge Alvin K. Hellerstein on 9/12/05) (rjm, ) (Entered: 09/13/2005) |
| 09/13/2005 | 282 | MEMORANDUM OF LAW in Opposition re: 273 MOTION to Compel *the Depositions of Lawrence Martin, Esq., Kenneth Becker, Esq*... Document filed by City of New York. Filed In Associated Cases: |

1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747−
1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH
1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH
1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH
1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH
1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH
1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH
1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH
1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH
1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH
1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH
1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH
1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH
1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH
1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH
1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH
1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH
1:04−cv−08749−AKH,1:04−cv−08750−AKH,1:04−cv−08751−AKH,1:04−cv−08752−AKH,1:04−cv−08753−AKH
1:04−cv−08754−AKH,1:04−cv−08755−AKH,1:04−cv−08756−AKH,1:04−cv−08757−AKH,1:04−cv−08758−AKH
1:04−cv−08770−AKH,1:04−cv−08771−AKH,1:04−cv−08772−AKH,1:04−cv−08773−AKH,1:04−cv−08774−AKH
1:04−cv−08775−AKH,1:04−cv−08776−AKH,1:04−cv−08777−AKH,1:04−cv−08778−AKH,1:04−cv−08779−AKH
1:04−cv−08785−AKH,1:04−cv−08811−AKH,1:04−cv−08812−AKH,1:04−cv−08813−AKH,1:04−cv−08814−AKH
1:04−cv−08815−AKH,1:04−cv−08816−AKH,1:04−cv−08817−AKH,1:04−cv−08841−AKH,1:04−cv−08866−AKH
1:04−cv−08867−AKH,1:04−cv−08868−AKH,1:04−cv−08869−AKH,1:04−cv−08870−AKH,1:04−cv−08871−AKH
1:04−cv−09002−AKH,1:04−cv−09062−AKH,1:04−cv−09081−AKH,1:04−cv−09082−AKH,1:04−cv−09083−AKH
1:04−cv−09116−AKH,1:04−cv−09150−AKH,1:04−cv−09151−AKH,1:04−cv−09152−AKH,1:04−cv−09153−AKH
1:04−cv−09154−AKH,1:04−cv−09155−AKH,1:04−cv−09156−AKH,1:04−cv−09157−AKH,1:04−cv−09158−AKH
1:04−cv−09159−AKH,1:04−cv−09160−AKH,1:04−cv−09161−AKH,1:04−cv−09162−AKH,1:04−cv−09163−AKH
1:04−cv−09164−AKH,1:04−cv−09165−AKH,1:04−cv−09166−AKH,1:04−cv−09167−AKH,1:04−cv−09168−AKH
1:04−cv−09169−AKH,1:04−cv−09170−AKH,1:04−cv−09171−AKH,1:04−cv−09172−AKH,1:04−cv−09173−AKH
1:04−cv−09174−AKH,1:04−cv−09175−AKH,1:04−cv−09176−AKH,1:04−cv−09177−AKH,1:04−cv−09178−AKH
1:04−cv−09179−AKH,1:04−cv−09180−AKH,1:04−cv−09181−AKH,1:04−cv−09182−AKH,1:04−cv−09244−AKH
1:04−cv−09245−AKH,1:04−cv−09247−AKH,1:04−cv−09253−AKH,1:04−cv−09261−AKH,1:04−cv−09272−AKH
1:04−cv−09341−AKH,1:04−cv−09342−AKH,1:04−cv−09343−AKH,1:04−cv−09366−AKH,1:04−cv−09367−AKH
1:04−cv−09368−AKH,1:04−cv−09450−AKH,1:04−cv−09451−AKH,1:04−cv−09818−AKH,1:04−cv−09819−AKH
1:04−cv−09820−AKH,1:04−cv−09821−AKH,1:04−cv−09832−AKH,1:04−cv−09833−AKH,1:04−cv−09834−AKH
1:04−cv−09835−AKH,1:04−cv−09836−AKH,1:04−cv−09837−AKH,1:04−cv−09838−AKH,1:04−cv−09839−AKH
1:04−cv−09840−AKH,1:04−cv−09841−AKH,1:04−cv−09842−AKH,1:04−cv−09843−AKH,1:04−cv−09844−AKH
1:04−cv−09845−AKH,1:04−cv−09846−AKH,1:04−cv−09847−AKH,1:04−cv−09848−AKH,1:04−cv−09849−AKH
1:04−cv−09850−AKH,1:04−cv−09851−AKH,1:04−cv−09852−AKH,1:04−cv−09853−AKH,1:04−cv−09854−AKH
1:04−cv−09855−AKH,1:04−cv−09856−AKH,1:04−cv−09857−AKH,1:04−cv−09902−AKH,1:04−cv−09903−AKH
1:04−cv−09904−AKH,1:04−cv−09905−AKH,1:04−cv−09906−AKH,1:04−cv−09907−AKH,1:04−cv−09908−AKH
1:04−cv−09909−AKH,1:04−cv−09910−AKH,1:04−cv−09987−AKH,1:04−cv−09988−AKH,1:04−cv−09989−AKH
1:04−cv−09990−AKH,1:04−cv−10072−AKH,1:04−cv−10284−AKH,1:05−cv−00117−AKH,1:05−cv−00118−AKH
1:05−cv−00119−AKH,1:05−cv−00184−AKH,1:05−cv−00185−AKH,1:05−cv−00186−AKH,1:05−cv−00193−AKH
1:05−cv−00194−AKH,1:05−cv−00195−AKH,1:05−cv−00209−AKH,1:05−cv−00210−AKH,1:05−cv−00211−AKH
1:05−cv−00212−AKH,1:05−cv−00224−AKH,1:05−cv−00259−AKH,1:05−cv−00264−AKH,1:05−cv−00311−AKH
1:05−cv−00405−AKH,1:05−cv−00406−AKH,1:05−cv−00407−AKH,1:05−cv−00408−AKH,1:05−cv−00409−AKH
1:05−cv−00410−AKH,1:05−cv−00411−AKH,1:05−cv−00412−AKH,1:05−cv−00413−AKH,1:05−cv−00414−AKH
1:05−cv−00415−AKH,1:05−cv−00416−AKH,1:05−cv−00417−AKH,1:05−cv−00418−AKH,1:05−cv−00419−AKH
1:05−cv−00420−AKH,1:05−cv−00421−AKH,1:05−cv−00422−AKH,1:05−cv−00423−AKH,1:05−cv−00424−AKH
1:05−cv−00425−AKH,1:05−cv−00426−AKH,1:05−cv−00665−AKH,1:05−cv−00666−AKH,1:05−cv−00667−AKH
1:05−cv−00668−AKH,1:05−cv−00669−AKH,1:05−cv−00670−AKH,1:05−cv−00671−AKH,1:05−cv−00679−AKH
1:05−cv−00708−AKH,1:05−cv−00719−AKH,1:05−cv−00720−AKH,1:05−cv−00722−AKH,1:05−cv−00724−AKH
1:05−cv−00744−AKH,1:05−cv−00765−AKH,1:05−cv−00766−AKH,1:05−cv−00828−AKH,1:05−cv−00829−AKH
1:05−cv−00830−AKH,1:05−cv−00831−AKH,1:05−cv−00832−AKH,1:05−cv−00833−AKH,1:05−cv−00835−AKH
1:05−cv−00836−AKH,1:05−cv−00837−AKH,1:05−cv−00838−AKH,1:05−cv−00839−AKH,1:05−cv−00840−AKH
1:05−cv−00841−AKH,1:05−cv−00842−AKH,1:05−cv−00843−AKH,1:05−cv−00844−AKH,1:05−cv−00845−AKH
1:05−cv−00846−AKH,1:05−cv−00847−AKH,1:05−cv−00874−AKH,1:05−cv−00920−AKH,1:05−cv−00921−AKH
1:05−cv−01047−AKH,1:05−cv−01048−AKH,1:05−cv−01062−AKH,1:05−cv−01063−AKH,1:05−cv−01064−AKH
1:05−cv−01065−AKH,1:05−cv−01066−AKH,1:05−cv−01067−AKH,1:05−cv−01068−AKH,1:05−cv−01069−AKH
1:05−cv−01070−AKH,1:05−cv−01071−AKH,1:05−cv−01072−AKH,1:05−cv−01073−AKH,1:05−cv−01074−AKH
1:05−cv−01075−AKH,1:05−cv−01076−AKH,1:05−cv−01077−AKH,1:05−cv−01078−AKH,1:05−cv−01079−AKH
1:05−cv−01080−AKH,1:05−cv−01081−AKH,1:05−cv−01082−AKH,1:05−cv−01083−AKH,1:05−cv−01089−AKH

```
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
```

1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH

| | | |
|---|---|---|
| | | 1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH(Tyrrell, James) (Entered: 09/13/2005) |
| 09/15/2005 | 283 | REPLY MEMORANDUM OF LAW in Support re: 273 MOTION to Compel *the Depositions of Lawrence Martin, Kenneth Becker, Esq...* Document filed by Plaintiffs Liaison Counsel. Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH<br>1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH<br>1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH<br>1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH<br>1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH<br>1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH<br>1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH<br>1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH<br>1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH<br>1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH<br>1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH<br>1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH<br>1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH<br>1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH<br>1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH<br>1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH<br>1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH<br>1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH<br>1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH<br>1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH<br>1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH<br>1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH<br>1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH<br>1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH<br>1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH<br>1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH<br>1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH<br>1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH<br>1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH<br>1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH<br>1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH<br>1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH<br>1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH<br>1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH<br>1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH<br>1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH<br>1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH<br>1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH<br>1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH<br>1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH<br>1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH<br>1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH<br>1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH<br>1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH<br>1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH<br>1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH<br>1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH<br>1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH<br>1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH<br>1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH<br>1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH |

1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH

1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH

| | | |
|---|---|---|
| | | 1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH<br>1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH<br>1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH<br>1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH<br>1:05–cv–07878–AKH,1:05–cv–07879–AKH(Rubin, Denise) (Entered: 09/15/2005) |
| 09/16/2005 | 319 | MASTER COMPLAINT (Jury Trial Demanded) against City of New York, The Port Authority of New York &New<br>World Trade Center Properties LLC, Westfield America, Inc., Westfield Corporation, Inc., Westfield WTC Holding<br>Westfield WTC LLC, 1 WTC Holdings, L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World T<br>Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade C<br>L.L.C., Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB<br>Silverstein Properties, Silverstein Properties, Inc., Silverstein WTC Management Co., L.L.C., Silverstein WTC Prop<br>L.L.C., Silverstein WTC, L.L.C., Tully Construction Co., Inc., Turner Construction Company, Turner Construction<br>International, L.L.C., AMEC Construction Management, Inc., Consolidated Edison Company of New York, Inc., Si<br>WTC Facility Manager, L.L.C., Consolidated Edison Communications Holding Company, Inc., Consolidated Ediso<br>Development, Inc., Consolidated Edison Energy, Inc., Consolidated Edison, Inc., Plaza Construction Corp., Plaza<br>Construction Management Corp., Tishman Construction Corporation of Manhattan, Tishman Construction Corporat<br>New York, Tully Construction Company, Tully Consulting Corp., Tully Environmental, Inc., Tully Industries, Inc.,<br>Associates Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc.,<br>Lend Lease Inc., Consolidated Edison Solutions, Inc., Liberty Mutual Managed Care, Inc., Turner/Plaza, A Joint Ve<br>Filed by Plaintiffs. This Document relates to All World Trade Center Disaster Litigation. Endorsement on Memo to<br>for filing paper document (signed 9/16/05) attached.(rjm, ) (Entered: 10/04/2005) |
| 09/20/2005 | 284 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ<br>Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH<br>1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH<br>1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH<br>1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH<br>1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH<br>1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH<br>1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH<br>1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH<br>1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH<br>1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH<br>1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH<br>1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH<br>1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH<br>1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH<br>1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH<br>1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH<br>1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH<br>1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH<br>1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH<br>1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH<br>1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH<br>1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH<br>1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH<br>1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH<br>1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH<br>1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH<br>1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH<br>1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH<br>1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH<br>1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH |

1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH

1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH

| | | |
|---|---|---|
| | | 1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH |
| | | 1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH |
| | | 1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH |
| | | 1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH |
| | | 1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH |
| | | 1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH |
| | | 1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH |
| | | 1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH |
| | | 1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH |
| | | 1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH |
| | | 1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH |
| | | 1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH |
| | | 1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH |
| | | 1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH |
| | | 1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH |
| | | 1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH |
| | | 1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH |
| | | 1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH |
| | | 1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH |
| | | 1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH |
| | | 1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH |
| | | 1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH |
| | | 1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH |
| | | 1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH |
| | | 1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH |
| | | 1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered: 09/20/2005) |
| 9/21/2005 | 285 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ |
| | | Cases: |
| | | 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 |
| | | 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH |
| | | 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH |
| | | 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH |
| | | 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH |
| | | 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH |
| | | 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH |
| | | 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH |
| | | 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH |
| | | 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH |
| | | 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH |
| | | 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH |
| | | 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH |
| | | 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH |
| | | 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH |
| | | 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH |
| | | 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH |
| | | 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH |
| | | 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH |
| | | 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH |
| | | 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH |
| | | 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH |
| | | 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH |
| | | 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH |
| | | 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH |
| | | 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH |
| | | 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH |
| | | 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH |
| | | 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH |
| | | 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH |
| | | 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH |
| | | 1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH |
| | | 1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH |
| | | 1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH |
| | | 1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH |
| | | 1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH |

1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH

1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH

1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered: 09/21/2005)

| 09/21/2005 | 286 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ |

Cases:
1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH

1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH

```
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
```

1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04537–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/21/2005)

| | | |
|---|---|---|
| 09/21/2005 | 287 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH

```
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
```

1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH

1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered
09/21/2005)

| 09/21/2005 | 288 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ
Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH

1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH

1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH

1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/21/2005)

| | | |
|---|---|---|
| 09/21/2005 | 289 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH

1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH

1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH

1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/21/2005)

| | | |
|---|---|---|
| 09/21/2005 | 290 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH

1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH

1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH

1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered:
09/21/2005)

| | | |
|---|---|---|
| 09/21/2005 | 291 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH

1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH

1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH

1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered
09/21/2005)

| 09/21/2005 | 292 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175– |

1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH

1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH

1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered

| | | |
|---|---|---|
| | | 09/21/2005) |
| 09/21/2005 | 293 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ |

Cases:
1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747
1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH
1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH
1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH
1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH
1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH
1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH
1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH
1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH
1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH
1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH
1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH
1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH
1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH
1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH
1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH
1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH
1:04−cv−08749−AKH,1:04−cv−08750−AKH,1:04−cv−08751−AKH,1:04−cv−08752−AKH,1:04−cv−08753−AKH
1:04−cv−08754−AKH,1:04−cv−08755−AKH,1:04−cv−08756−AKH,1:04−cv−08757−AKH,1:04−cv−08758−AKH
1:04−cv−08770−AKH,1:04−cv−08771−AKH,1:04−cv−08772−AKH,1:04−cv−08773−AKH,1:04−cv−08774−AKH
1:04−cv−08775−AKH,1:04−cv−08776−AKH,1:04−cv−08777−AKH,1:04−cv−08778−AKH,1:04−cv−08779−AKH
1:04−cv−08785−AKH,1:04−cv−08811−AKH,1:04−cv−08812−AKH,1:04−cv−08813−AKH,1:04−cv−08814−AKH
1:04−cv−08815−AKH,1:04−cv−08816−AKH,1:04−cv−08817−AKH,1:04−cv−08841−AKH,1:04−cv−08866−AKH
1:04−cv−08867−AKH,1:04−cv−08868−AKH,1:04−cv−08869−AKH,1:04−cv−08870−AKH,1:04−cv−08871−AKH
1:04−cv−09002−AKH,1:04−cv−09062−AKH,1:04−cv−09081−AKH,1:04−cv−09082−AKH,1:04−cv−09083−AKH
1:04−cv−09116−AKH,1:04−cv−09150−AKH,1:04−cv−09151−AKH,1:04−cv−09152−AKH,1:04−cv−09153−AKH
1:04−cv−09154−AKH,1:04−cv−09155−AKH,1:04−cv−09156−AKH,1:04−cv−09157−AKH,1:04−cv−09158−AKH
1:04−cv−09159−AKH,1:04−cv−09160−AKH,1:04−cv−09161−AKH,1:04−cv−09162−AKH,1:04−cv−09163−AKH
1:04−cv−09164−AKH,1:04−cv−09165−AKH,1:04−cv−09166−AKH,1:04−cv−09167−AKH,1:04−cv−09168−AKH
1:04−cv−09169−AKH,1:04−cv−09170−AKH,1:04−cv−09171−AKH,1:04−cv−09172−AKH,1:04−cv−09173−AKH
1:04−cv−09174−AKH,1:04−cv−09175−AKH,1:04−cv−09176−AKH,1:04−cv−09177−AKH,1:04−cv−09178−AKH
1:04−cv−09179−AKH,1:04−cv−09180−AKH,1:04−cv−09181−AKH,1:04−cv−09182−AKH,1:04−cv−09244−AKH
1:04−cv−09245−AKH,1:04−cv−09247−AKH,1:04−cv−09253−AKH,1:04−cv−09261−AKH,1:04−cv−09272−AKH
1:04−cv−09341−AKH,1:04−cv−09342−AKH,1:04−cv−09343−AKH,1:04−cv−09366−AKH,1:04−cv−09367−AKH
1:04−cv−09368−AKH,1:04−cv−09450−AKH,1:04−cv−09451−AKH,1:04−cv−09818−AKH,1:04−cv−09819−AKH
1:04−cv−09820−AKH,1:04−cv−09821−AKH,1:04−cv−09832−AKH,1:04−cv−09833−AKH,1:04−cv−09834−AKH
1:04−cv−09835−AKH,1:04−cv−09836−AKH,1:04−cv−09837−AKH,1:04−cv−09838−AKH,1:04−cv−09839−AKH
1:04−cv−09840−AKH,1:04−cv−09841−AKH,1:04−cv−09842−AKH,1:04−cv−09843−AKH,1:04−cv−09844−AKH
1:04−cv−09845−AKH,1:04−cv−09846−AKH,1:04−cv−09847−AKH,1:04−cv−09848−AKH,1:04−cv−09849−AKH
1:04−cv−09850−AKH,1:04−cv−09851−AKH,1:04−cv−09852−AKH,1:04−cv−09853−AKH,1:04−cv−09854−AKH
1:04−cv−09855−AKH,1:04−cv−09856−AKH,1:04−cv−09857−AKH,1:04−cv−09902−AKH,1:04−cv−09903−AKH
1:04−cv−09904−AKH,1:04−cv−09905−AKH,1:04−cv−09906−AKH,1:04−cv−09907−AKH,1:04−cv−09908−AKH
1:04−cv−09909−AKH,1:04−cv−09910−AKH,1:04−cv−09987−AKH,1:04−cv−09988−AKH,1:04−cv−09989−AKH
1:04−cv−09990−AKH,1:04−cv−10072−AKH,1:04−cv−10284−AKH,1:05−cv−00117−AKH,1:05−cv−00118−AKH
1:05−cv−00119−AKH,1:05−cv−00184−AKH,1:05−cv−00185−AKH,1:05−cv−00186−AKH,1:05−cv−00193−AKH
1:05−cv−00194−AKH,1:05−cv−00195−AKH,1:05−cv−00209−AKH,1:05−cv−00210−AKH,1:05−cv−00211−AKH
1:05−cv−00212−AKH,1:05−cv−00224−AKH,1:05−cv−00259−AKH,1:05−cv−00264−AKH,1:05−cv−00311−AKH
1:05−cv−00405−AKH,1:05−cv−00406−AKH,1:05−cv−00407−AKH,1:05−cv−00408−AKH,1:05−cv−00409−AKH
1:05−cv−00410−AKH,1:05−cv−00411−AKH,1:05−cv−00412−AKH,1:05−cv−00413−AKH,1:05−cv−00414−AKH
1:05−cv−00415−AKH,1:05−cv−00416−AKH,1:05−cv−00417−AKH,1:05−cv−00418−AKH,1:05−cv−00419−AKH
1:05−cv−00420−AKH,1:05−cv−00421−AKH,1:05−cv−00422−AKH,1:05−cv−00423−AKH,1:05−cv−00424−AKH
1:05−cv−00425−AKH,1:05−cv−00426−AKH,1:05−cv−00665−AKH,1:05−cv−00666−AKH,1:05−cv−00667−AKH
1:05−cv−00668−AKH,1:05−cv−00669−AKH,1:05−cv−00670−AKH,1:05−cv−00671−AKH,1:05−cv−00679−AKH
1:05−cv−00708−AKH,1:05−cv−00719−AKH,1:05−cv−00720−AKH,1:05−cv−00722−AKH,1:05−cv−00724−AKH
1:05−cv−00744−AKH,1:05−cv−00765−AKH,1:05−cv−00766−AKH,1:05−cv−00828−AKH,1:05−cv−00829−AKH
1:05−cv−00830−AKH,1:05−cv−00831−AKH,1:05−cv−00832−AKH,1:05−cv−00833−AKH,1:05−cv−00835−AKH
1:05−cv−00836−AKH,1:05−cv−00837−AKH,1:05−cv−00838−AKH,1:05−cv−00839−AKH,1:05−cv−00840−AKH
1:05−cv−00841−AKH,1:05−cv−00842−AKH,1:05−cv−00843−AKH,1:05−cv−00844−AKH,1:05−cv−00845−AKH
1:05−cv−00846−AKH,1:05−cv−00847−AKH,1:05−cv−00874−AKH,1:05−cv−00920−AKH,1:05−cv−00921−AKH
1:05−cv−01047−AKH,1:05−cv−01048−AKH,1:05−cv−01062−AKH,1:05−cv−01063−AKH,1:05−cv−01064−AKH
1:05−cv−01065−AKH,1:05−cv−01066−AKH,1:05−cv−01067−AKH,1:05−cv−01068−AKH,1:05−cv−01069−AKH

1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH

1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH

| | | |
|---|---|---|
| | | 1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH 1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH 1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH 1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH 1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/21/2005) |
| 09/21/2005 | 294 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH 1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH 1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH 1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH 1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH 1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH 1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH 1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH 1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH 1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH 1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH 1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH 1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH 1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH 1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH 1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH 1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH 1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH 1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH 1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH 1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH 1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH 1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH 1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH 1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH 1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH |

```
1:05-cv-00836-AKH,1:05-cv-00837-AKH,1:05-cv-00838-AKH,1:05-cv-00839-AKH,1:05-cv-00840-AKH
1:05-cv-00841-AKH,1:05-cv-00842-AKH,1:05-cv-00843-AKH,1:05-cv-00844-AKH,1:05-cv-00845-AKH
1:05-cv-00846-AKH,1:05-cv-00847-AKH,1:05-cv-00874-AKH,1:05-cv-00920-AKH,1:05-cv-00921-AKH
1:05-cv-01047-AKH,1:05-cv-01048-AKH,1:05-cv-01062-AKH,1:05-cv-01063-AKH,1:05-cv-01064-AKH
1:05-cv-01065-AKH,1:05-cv-01066-AKH,1:05-cv-01067-AKH,1:05-cv-01068-AKH,1:05-cv-01069-AKH
1:05-cv-01070-AKH,1:05-cv-01071-AKH,1:05-cv-01072-AKH,1:05-cv-01073-AKH,1:05-cv-01074-AKH
1:05-cv-01075-AKH,1:05-cv-01076-AKH,1:05-cv-01077-AKH,1:05-cv-01078-AKH,1:05-cv-01079-AKH
1:05-cv-01080-AKH,1:05-cv-01081-AKH,1:05-cv-01082-AKH,1:05-cv-01083-AKH,1:05-cv-01089-AKH
1:05-cv-01094-AKH,1:05-cv-01095-AKH,1:05-cv-01096-AKH,1:05-cv-01097-AKH,1:05-cv-01098-AKH
1:05-cv-01099-AKH,1:05-cv-01100-AKH,1:05-cv-01101-AKH,1:05-cv-01102-AKH,1:05-cv-01103-AKH
1:05-cv-01104-AKH,1:05-cv-01105-AKH,1:05-cv-01106-AKH,1:05-cv-01107-AKH,1:05-cv-01108-AKH
1:05-cv-01109-AKH,1:05-cv-01110-AKH,1:05-cv-01111-AKH,1:05-cv-01112-AKH,1:05-cv-01113-AKH
1:05-cv-01114-AKH,1:05-cv-01115-AKH,1:05-cv-01116-AKH,1:05-cv-01117-AKH,1:05-cv-01118-AKH
1:05-cv-01119-AKH,1:05-cv-01120-AKH,1:05-cv-01121-AKH,1:05-cv-01122-AKH,1:05-cv-01123-AKH
1:05-cv-01124-AKH,1:05-cv-01125-AKH,1:05-cv-01126-AKH,1:05-cv-01127-AKH,1:05-cv-01128-AKH
1:05-cv-01129-AKH,1:05-cv-01130-AKH,1:05-cv-01131-AKH,1:05-cv-01132-AKH,1:05-cv-01133-AKH
1:05-cv-01134-AKH,1:05-cv-01135-AKH,1:05-cv-01136-AKH,1:05-cv-01137-AKH,1:05-cv-01170-AKH
1:05-cv-01171-AKH,1:05-cv-01172-AKH,1:05-cv-01173-AKH,1:05-cv-01174-AKH,1:05-cv-01180-AKH
1:05-cv-01181-AKH,1:05-cv-01182-AKH,1:05-cv-01183-AKH,1:05-cv-01184-AKH,1:05-cv-01185-AKH
1:05-cv-01186-AKH,1:05-cv-01187-AKH,1:05-cv-01188-AKH,1:05-cv-01189-AKH,1:05-cv-01190-AKH
1:05-cv-01191-AKH,1:05-cv-01192-AKH,1:05-cv-01193-AKH,1:05-cv-01194-AKH,1:05-cv-01195-AKH
1:05-cv-01196-AKH,1:05-cv-01197-AKH,1:05-cv-01198-AKH,1:05-cv-01199-AKH,1:05-cv-01200-AKH
1:05-cv-01201-AKH,1:05-cv-01202-AKH,1:05-cv-01203-AKH,1:05-cv-01204-AKH,1:05-cv-01205-AKH
1:05-cv-01206-AKH,1:05-cv-01207-AKH,1:05-cv-01208-AKH,1:05-cv-01209-AKH,1:05-cv-01210-AKH
1:05-cv-01211-AKH,1:05-cv-01212-AKH,1:05-cv-01213-AKH,1:05-cv-01214-AKH,1:05-cv-01215-AKH
1:05-cv-01216-AKH,1:05-cv-01217-AKH,1:05-cv-01218-AKH,1:05-cv-01219-AKH,1:05-cv-01220-AKH
1:05-cv-01221-AKH,1:05-cv-01222-AKH,1:05-cv-01223-AKH,1:05-cv-01224-AKH,1:05-cv-01225-AKH
1:05-cv-01226-AKH,1:05-cv-01227-AKH,1:05-cv-01228-AKH,1:05-cv-01229-AKH,1:05-cv-01230-AKH
1:05-cv-01231-AKH,1:05-cv-01232-AKH,1:05-cv-01233-AKH,1:05-cv-01234-AKH,1:05-cv-01235-AKH
1:05-cv-01236-AKH,1:05-cv-01237-AKH,1:05-cv-01238-AKH,1:05-cv-01239-AKH,1:05-cv-01240-AKH
1:05-cv-01241-AKH,1:05-cv-01242-AKH,1:05-cv-01243-AKH,1:05-cv-01244-AKH,1:05-cv-01245-AKH
1:05-cv-01246-AKH,1:05-cv-01247-AKH,1:05-cv-01248-AKH,1:05-cv-01249-AKH,1:05-cv-01250-AKH
1:05-cv-01251-AKH,1:05-cv-01252-AKH,1:05-cv-01253-AKH,1:05-cv-01254-AKH,1:05-cv-01255-AKH
1:05-cv-01256-AKH,1:05-cv-01257-AKH,1:05-cv-01258-AKH,1:05-cv-01259-AKH,1:05-cv-01260-AKH
1:05-cv-01261-AKH,1:05-cv-01262-AKH,1:05-cv-01263-AKH,1:05-cv-01264-AKH,1:05-cv-01265-AKH
1:05-cv-01266-AKH,1:05-cv-01267-AKH,1:05-cv-01268-AKH,1:05-cv-01269-AKH,1:05-cv-01270-AKH
1:05-cv-01271-AKH,1:05-cv-01272-AKH,1:05-cv-01273-AKH,1:05-cv-01274-AKH,1:05-cv-01275-AKH
1:05-cv-01276-AKH,1:05-cv-01277-AKH,1:05-cv-01278-AKH,1:05-cv-01279-AKH,1:05-cv-01280-AKH
1:05-cv-01281-AKH,1:05-cv-01282-AKH,1:05-cv-01283-AKH,1:05-cv-01284-AKH,1:05-cv-01294-AKH
1:05-cv-01326-AKH,1:05-cv-01327-AKH,1:05-cv-01328-AKH,1:05-cv-01329-AKH,1:05-cv-01330-AKH
1:05-cv-01331-AKH,1:05-cv-01332-AKH,1:05-cv-01333-AKH,1:05-cv-01334-AKH,1:05-cv-01335-AKH
1:05-cv-01336-AKH,1:05-cv-01337-AKH,1:05-cv-01338-AKH,1:05-cv-01339-AKH,1:05-cv-01340-AKH
1:05-cv-01342-AKH,1:05-cv-01344-AKH,1:05-cv-01345-AKH,1:05-cv-01347-AKH,1:05-cv-01349-AKH
1:05-cv-01350-AKH,1:05-cv-01352-AKH,1:05-cv-01354-AKH,1:05-cv-01355-AKH,1:05-cv-01359-AKH
1:05-cv-01361-AKH,1:05-cv-01362-AKH,1:05-cv-01363-AKH,1:05-cv-01364-AKH,1:05-cv-01365-AKH
1:05-cv-01367-AKH,1:05-cv-01369-AKH,1:05-cv-01371-AKH,1:05-cv-01372-AKH,1:05-cv-01375-AKH
1:05-cv-01377-AKH,1:05-cv-01379-AKH,1:05-cv-01380-AKH,1:05-cv-01382-AKH,1:05-cv-01383-AKH
1:05-cv-01384-AKH,1:05-cv-01385-AKH,1:05-cv-01387-AKH,1:05-cv-01392-AKH,1:05-cv-01394-AKH
1:05-cv-01396-AKH,1:05-cv-01397-AKH,1:05-cv-01399-AKH,1:05-cv-01401-AKH,1:05-cv-01405-AKH
1:05-cv-01408-AKH,1:05-cv-01410-AKH,1:05-cv-01412-AKH,1:05-cv-01417-AKH,1:05-cv-01418-AKH
1:05-cv-01420-AKH,1:05-cv-01422-AKH,1:05-cv-01424-AKH,1:05-cv-01425-AKH,1:05-cv-01426-AKH
1:05-cv-01427-AKH,1:05-cv-01428-AKH,1:05-cv-01429-AKH,1:05-cv-01430-AKH,1:05-cv-01432-AKH
1:05-cv-01433-AKH,1:05-cv-01434-AKH,1:05-cv-01436-AKH,1:05-cv-01437-AKH,1:05-cv-01438-AKH
1:05-cv-01440-AKH,1:05-cv-01442-AKH,1:05-cv-01451-AKH,1:05-cv-01452-AKH,1:05-cv-01462-AKH
1:05-cv-01463-AKH,1:05-cv-01464-AKH,1:05-cv-01465-AKH,1:05-cv-01466-AKH,1:05-cv-01467-AKH
1:05-cv-01468-AKH,1:05-cv-01469-AKH,1:05-cv-01470-AKH,1:05-cv-01471-AKH,1:05-cv-01472-AKH
1:05-cv-01473-AKH,1:05-cv-01474-AKH,1:05-cv-01475-AKH,1:05-cv-01476-AKH,1:05-cv-01477-AKH
1:05-cv-01478-AKH,1:05-cv-01479-AKH,1:05-cv-01480-AKH,1:05-cv-01481-AKH,1:05-cv-01482-AKH
1:05-cv-01483-AKH,1:05-cv-01484-AKH,1:05-cv-01485-AKH,1:05-cv-01486-AKH,1:05-cv-01494-AKH
1:05-cv-01495-AKH,1:05-cv-01496-AKH,1:05-cv-01497-AKH,1:05-cv-01498-AKH,1:05-cv-01499-AKH
1:05-cv-01500-AKH,1:05-cv-01503-AKH,1:05-cv-01504-AKH,1:05-cv-01505-AKH,1:05-cv-01507-AKH
1:05-cv-01508-AKH,1:05-cv-01509-AKH,1:05-cv-01510-AKH,1:05-cv-01511-AKH,1:05-cv-01513-AKH
1:05-cv-01514-AKH,1:05-cv-01515-AKH,1:05-cv-01516-AKH,1:05-cv-01517-AKH,1:05-cv-01518-AKH
1:05-cv-01519-AKH,1:05-cv-01520-AKH,1:05-cv-01521-AKH,1:05-cv-01522-AKH,1:05-cv-01523-AKH
```

1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH

1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/21/2005)

| 09/21/2005 | 295 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH

1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH

```
1:05-cv-01495-AKH,1:05-cv-01496-AKH,1:05-cv-01497-AKH,1:05-cv-01498-AKH,1:05-cv-01499-AKH
1:05-cv-01500-AKH,1:05-cv-01503-AKH,1:05-cv-01504-AKH,1:05-cv-01505-AKH,1:05-cv-01507-AKH
1:05-cv-01508-AKH,1:05-cv-01509-AKH,1:05-cv-01510-AKH,1:05-cv-01511-AKH,1:05-cv-01513-AKH
1:05-cv-01514-AKH,1:05-cv-01515-AKH,1:05-cv-01516-AKH,1:05-cv-01517-AKH,1:05-cv-01518-AKH
1:05-cv-01519-AKH,1:05-cv-01520-AKH,1:05-cv-01521-AKH,1:05-cv-01522-AKH,1:05-cv-01523-AKH
1:05-cv-01575-AKH,1:05-cv-01576-AKH,1:05-cv-01577-AKH,1:05-cv-01578-AKH,1:05-cv-01579-AKH
1:05-cv-01580-AKH,1:05-cv-01581-AKH,1:05-cv-01582-AKH,1:05-cv-01583-AKH,1:05-cv-01584-AKH
1:05-cv-01585-AKH,1:05-cv-01586-AKH,1:05-cv-01587-AKH,1:05-cv-01588-AKH,1:05-cv-01589-AKH
1:05-cv-01590-AKH,1:05-cv-01591-AKH,1:05-cv-01592-AKH,1:05-cv-01593-AKH,1:05-cv-01594-AKH
1:05-cv-01595-AKH,1:05-cv-01596-AKH,1:05-cv-01597-AKH,1:05-cv-01598-AKH,1:05-cv-01599-AKH
1:05-cv-01600-AKH,1:05-cv-01601-AKH,1:05-cv-01602-AKH,1:05-cv-01603-AKH,1:05-cv-01604-AKH
1:05-cv-01605-AKH,1:05-cv-01606-AKH,1:05-cv-01607-AKH,1:05-cv-01608-AKH,1:05-cv-01609-AKH
1:05-cv-01610-AKH,1:05-cv-01611-AKH,1:05-cv-01612-AKH,1:05-cv-01613-AKH,1:05-cv-01614-AKH
1:05-cv-01615-AKH,1:05-cv-01616-AKH,1:05-cv-01617-AKH,1:05-cv-01618-AKH,1:05-cv-01619-AKH
1:05-cv-01620-AKH,1:05-cv-01621-AKH,1:05-cv-01622-AKH,1:05-cv-01623-AKH,1:05-cv-01624-AKH
1:05-cv-01625-AKH,1:05-cv-01626-AKH,1:05-cv-01627-AKH,1:05-cv-01628-AKH,1:05-cv-01629-AKH
1:05-cv-01630-AKH,1:05-cv-01631-AKH,1:05-cv-01632-AKH,1:05-cv-01633-AKH,1:05-cv-01634-AKH
1:05-cv-01635-AKH,1:05-cv-01636-AKH,1:05-cv-01637-AKH,1:05-cv-01638-AKH,1:05-cv-01639-AKH
1:05-cv-01640-AKH,1:05-cv-01641-AKH,1:05-cv-01642-AKH,1:05-cv-01643-RJH,1:05-cv-01644-AKH,
1:05-cv-01645-AKH,1:05-cv-01646-AKH,1:05-cv-01647-AKH,1:05-cv-01648-AKH,1:05-cv-01649-AKH
1:05-cv-01650-AKH,1:05-cv-01651-AKH,1:05-cv-01652-AKH,1:05-cv-01653-AKH,1:05-cv-01654-AKH
1:05-cv-01655-AKH,1:05-cv-01656-AKH,1:05-cv-01657-AKH,1:05-cv-01658-AKH,1:05-cv-01660-AKH
1:05-cv-01662-AKH,1:05-cv-01663-AKH,1:05-cv-01664-AKH,1:05-cv-01665-AKH,1:05-cv-01666-AKH
1:05-cv-01667-AKH,1:05-cv-01668-AKH,1:05-cv-01669-AKH,1:05-cv-01670-AKH,1:05-cv-01671-AKH
1:05-cv-01673-AKH,1:05-cv-01674-AKH,1:05-cv-01675-AKH,1:05-cv-01676-AKH,1:05-cv-01677-AKH
1:05-cv-01678-AKH,1:05-cv-01679-AKH,1:05-cv-01680-AKH,1:05-cv-01681-AKH,1:05-cv-01682-AKH
1:05-cv-01683-AKH,1:05-cv-01684-AKH,1:05-cv-01685-AKH,1:05-cv-01686-AKH,1:05-cv-01687-AKH
1:05-cv-01688-AKH,1:05-cv-01689-AKH,1:05-cv-01690-AKH,1:05-cv-01691-AKH,1:05-cv-01692-AKH
1:05-cv-01693-AKH,1:05-cv-01694-AKH,1:05-cv-01695-AKH,1:05-cv-01696-AKH,1:05-cv-01697-AKH
1:05-cv-01698-AKH,1:05-cv-01699-AKH,1:05-cv-01700-AKH,1:05-cv-01701-AKH,1:05-cv-01702-AKH
1:05-cv-01703-AKH,1:05-cv-01704-AKH,1:05-cv-01705-AKH,1:05-cv-01706-AKH,1:05-cv-01707-AKH
1:05-cv-01709-AKH,1:05-cv-01710-AKH,1:05-cv-01711-AKH,1:05-cv-01712-AKH,1:05-cv-01713-AKH
1:05-cv-01714-AKH,1:05-cv-01715-AKH,1:05-cv-01716-AKH,1:05-cv-01717-AKH,1:05-cv-01718-AKH
1:05-cv-01719-AKH,1:05-cv-01720-AKH,1:05-cv-01721-AKH,1:05-cv-01722-AKH,1:05-cv-01723-AKH
1:05-cv-01724-AKH,1:05-cv-01725-AKH,1:05-cv-01726-AKH,1:05-cv-01727-AKH,1:05-cv-01729-AKH
1:05-cv-01730-AKH,1:05-cv-01731-AKH,1:05-cv-01732-AKH,1:05-cv-01733-AKH,1:05-cv-01734-AKH
1:05-cv-01735-AKH,1:05-cv-01736-AKH,1:05-cv-01737-AKH,1:05-cv-01738-AKH,1:05-cv-01739-AKH
1:05-cv-01740-AKH,1:05-cv-01742-AKH,1:05-cv-01743-AKH,1:05-cv-01744-AKH,1:05-cv-01745-AKH
1:05-cv-01746-AKH,1:05-cv-01747-AKH,1:05-cv-01748-AKH,1:05-cv-01749-AKH,1:05-cv-01750-AKH
1:05-cv-01751-AKH,1:05-cv-01752-AKH,1:05-cv-01753-AKH,1:05-cv-01754-AKH,1:05-cv-01756-AKH
1:05-cv-01757-AKH,1:05-cv-01758-AKH,1:05-cv-01759-AKH,1:05-cv-01760-AKH,1:05-cv-01761-AKH
1:05-cv-01762-AKH,1:05-cv-01763-AKH,1:05-cv-01764-AKH,1:05-cv-01765-AKH,1:05-cv-01766-AKH
1:05-cv-01767-AKH,1:05-cv-01768-AKH,1:05-cv-01769-AKH,1:05-cv-01770-AKH,1:05-cv-01771-AKH
1:05-cv-01772-AKH,1:05-cv-01773-AKH,1:05-cv-01774-AKH,1:05-cv-01775-AKH,1:05-cv-01776-AKH
1:05-cv-01778-AKH,1:05-cv-01779-AKH,1:05-cv-01780-AKH,1:05-cv-01781-AKH,1:05-cv-01782-AKH
1:05-cv-01783-AKH,1:05-cv-01784-AKH,1:05-cv-01785-AKH,1:05-cv-01786-AKH,1:05-cv-01787-AKH
1:05-cv-01788-AKH,1:05-cv-01789-AKH,1:05-cv-01790-AKH,1:05-cv-01791-AKH,1:05-cv-01792-AKH
1:05-cv-01793-AKH,1:05-cv-01794-AKH,1:05-cv-01795-AKH,1:05-cv-01917-AKH,1:05-cv-02034-AKH
1:05-cv-02035-AKH,1:05-cv-02037-AKH,1:05-cv-02135-AKH,1:05-cv-02136-AKH,1:05-cv-02178-AKH
1:05-cv-02320-AKH,1:05-cv-02444-AKH,1:05-cv-02446-AKH,1:05-cv-02493-AKH,1:05-cv-02495-AKH
1:05-cv-02496-AKH,1:05-cv-02497-AKH,1:05-cv-02498-AKH,1:05-cv-02499-AKH,1:05-cv-02500-AKH
1:05-cv-02501-AKH,1:05-cv-02502-AKH,1:05-cv-02551-AKH,1:05-cv-02629-AKH,1:05-cv-02651-AKH
1:05-cv-02726-AKH,1:05-cv-02866-AKH,1:05-cv-02988-AKH,1:05-cv-03162-AKH,1:05-cv-03303-AKH
1:05-cv-03304-AKH,1:05-cv-03305-AKH,1:05-cv-03333-AKH,1:05-cv-03379-AKH,1:05-cv-03450-AKH
1:05-cv-03692-AKH,1:05-cv-03693-AKH,1:05-cv-03694-AKH,1:05-cv-03695-AKH,1:05-cv-03712-AKH
1:05-cv-03714-AKH,1:05-cv-03801-AKH,1:05-cv-03802-AKH,1:05-cv-03822-AKH,1:05-cv-04081-AKH
1:05-cv-04109-AKH,1:05-cv-04110-AKH,1:05-cv-04111-AKH,1:05-cv-04147-AKH,1:05-cv-04214-AKH
1:05-cv-04215-AKH,1:05-cv-04216-AKH,1:05-cv-04217-AKH,1:05-cv-04218-AKH,1:05-cv-04222-AKH
1:05-cv-04223-AKH,1:05-cv-04224-AKH,1:05-cv-04225-AKH,1:05-cv-04226-AKH,1:05-cv-04227-AKH
1:05-cv-04228-AKH,1:05-cv-04229-AKH,1:05-cv-04230-AKH,1:05-cv-04231-AKH,1:05-cv-04240-AKH
1:05-cv-04241-AKH,1:05-cv-04242-AKH,1:05-cv-04272-AKH,1:05-cv-04273-AKH,1:05-cv-04335-AKH
1:05-cv-04336-AKH,1:05-cv-04337-AKH,1:05-cv-04338-AKH,1:05-cv-04339-AKH,1:05-cv-04340-AKH
1:05-cv-04341-AKH,1:05-cv-04442-AKH,1:05-cv-04443-AKH,1:05-cv-04537-AKH,1:05-cv-04853-AKH
1:05-cv-04956-AKH,1:05-cv-05170-AKH,1:05-cv-05171-AKH,1:05-cv-05173-AKH,1:05-cv-05174-AKH
```

1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/21/2005)

| 09/21/2005 | 296 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH

1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH

1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH

1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/21/2005)

| | | |
|---|---|---|
| 09/21/2005 | 297 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH 1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH 1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH 1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH 1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH 1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH 1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH 1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH 1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH 1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH 1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH |

1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH

1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH

1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered
09/21/2005)

| 9/21/2005 | 298 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ... |

Cases:
1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–05175–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH

1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH

1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH

| | | |
|---|---|---|
| | | 1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH 1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH 1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH 1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH 1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH 1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH 1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH 1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH 1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH 1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH 1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH 1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH 1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH 1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH 1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH 1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH 1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH 1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH 1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH 1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH 1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH 1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH 1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH 1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH 1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH 1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH 1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH 1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH 1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH 1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/21/2005) |
| 09/21/2005 | 299 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH |

1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH

1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH

1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered
09/21/2005)

| | | |
|---|---|---|
| 09/21/2005 | 300 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH

1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH

1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH

1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/21/2005)

| | | |
|---|---|---|
| 09/21/2005 | 301 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH<br>1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH<br>1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH<br>1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH<br>1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH<br>1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH<br>1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH<br>1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH<br>1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH<br>1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH<br>1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH |

1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH

1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH

1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered
09/21/2005)

| 09/21/2005 | 302 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Assoc... Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH

1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH

1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH

1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/21/2005)

| | | |
|---|---|---|
| 09/21/2005 | 303 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH

```
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
```

1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH

1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/21/2005)

| 09/21/2005 | 304 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH |

1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH

1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,

1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered
09/21/2005)

| 09/22/2005 | 312 | ORDER DENYING MOTION TO REMAND TO NEW YORK STATE SUPREME COURT. Plaintiff's motion to [remand] to the New York State Supreme Court is denied. (Signed by Judge Alvin K. Hellerstein on 9/22/05) Filed In Associa[ted] Cases: 1:21–mc–00100–AKH–THK,1:05–cv–07415–AKH(rjm, ) (Entered: 09/26/2005) |

| 9/22/2005 | 313 | ORDER DENYING MOTION TO REMAND TO NEW YORK STATE SUPREME COURT. Plaintiff's motion to to the New York State Supreme Court is denied. (Signed by Judge Alvin K. Hellerstein on 9/22/05) Filed In Associa Cases: 1:21-mc-00100-AKH-THK,1:05-cv-07152-AKH(rjm, ) (Entered: 09/26/2005) |
|---|---|---|
| 9/22/2005 | 314 | ORDER DENYING MOTION TO REMAND TO NEW YORK STATE SUPREME COURT. Plaintiff's motion to to the New York State Supreme Court is denied. (Signed by Judge Alvin K. Hellerstein on 9/22/05) Filed In Associa Cases: 1:21-mc-00100-AKH-THK,1:05-cv-07212-AKH(rjm, ) (Entered: 09/26/2005) |
| 9/23/2005 | 305 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases:<br>1:21-mc-00100-AKH-THK,1:03-cv-00007-AKH,1:03-cv-08577-AKH,1:04-cv-00491-AKH,1:04-cv-03747<br>1:04-cv-03800-AKH,1:04-cv-04982-AKH,1:04-cv-04983-AKH,1:04-cv-04984-AKH,1:04-cv-05175-AKH<br>1:04-cv-05862-AKH,1:04-cv-06726-AKH,1:04-cv-06727-AKH,1:04-cv-06789-AKH,1:04-cv-06889-AKH<br>1:04-cv-06890-AKH,1:04-cv-06891-AKH,1:04-cv-06892-AKH,1:04-cv-06893-AKH,1:04-cv-07239-AKH<br>1:04-cv-07293-AKH,1:04-cv-07597-AKH,1:04-cv-07599-AKH,1:04-cv-07601-AKH,1:04-cv-07645-AKH<br>1:04-cv-07647-AKH,1:04-cv-07725-AKH,1:04-cv-07727-AKH,1:04-cv-07903-AKH,1:04-cv-08034-AKH<br>1:04-cv-08035-AKH,1:04-cv-08036-AKH,1:04-cv-08096-AKH,1:04-cv-08097-AKH,1:04-cv-08284-AKH<br>1:04-cv-08285-AKH,1:04-cv-08286-AKH,1:04-cv-08287-AKH,1:04-cv-08288-AKH,1:04-cv-08289-AKH<br>1:04-cv-08404-AKH,1:04-cv-08431-AKH,1:04-cv-08494-AKH,1:04-cv-08495-AKH,1:04-cv-08496-AKH<br>1:04-cv-08497-AKH,1:04-cv-08498-AKH,1:04-cv-08499-AKH,1:04-cv-08500-AKH,1:04-cv-08501-AKH<br>1:04-cv-08502-AKH,1:04-cv-08503-AKH,1:04-cv-08504-AKH,1:04-cv-08505-AKH,1:04-cv-08506-AKH<br>1:04-cv-08507-AKH,1:04-cv-08508-AKH,1:04-cv-08674-AKH,1:04-cv-08675-AKH,1:04-cv-08676-AKH<br>1:04-cv-08681-AKH,1:04-cv-08725-AKH,1:04-cv-08726-AKH,1:04-cv-08727-AKH,1:04-cv-08728-AKH<br>1:04-cv-08729-AKH,1:04-cv-08730-AKH,1:04-cv-08731-AKH,1:04-cv-08732-AKH,1:04-cv-08733-AKH<br>1:04-cv-08734-AKH,1:04-cv-08735-AKH,1:04-cv-08736-AKH,1:04-cv-08737-AKH,1:04-cv-08738-AKH<br>1:04-cv-08739-AKH,1:04-cv-08740-AKH,1:04-cv-08741-AKH,1:04-cv-08742-AKH,1:04-cv-08743-AKH<br>1:04-cv-08744-AKH,1:04-cv-08745-AKH,1:04-cv-08746-AKH,1:04-cv-08747-AKH,1:04-cv-08748-AKH<br>1:04-cv-08749-AKH,1:04-cv-08750-AKH,1:04-cv-08751-AKH,1:04-cv-08752-AKH,1:04-cv-08753-AKH<br>1:04-cv-08754-AKH,1:04-cv-08755-AKH,1:04-cv-08756-AKH,1:04-cv-08757-AKH,1:04-cv-08758-AKH<br>1:04-cv-08770-AKH,1:04-cv-08771-AKH,1:04-cv-08772-AKH,1:04-cv-08773-AKH,1:04-cv-08774-AKH<br>1:04-cv-08775-AKH,1:04-cv-08776-AKH,1:04-cv-08777-AKH,1:04-cv-08778-AKH,1:04-cv-08779-AKH<br>1:04-cv-08785-AKH,1:04-cv-08811-AKH,1:04-cv-08812-AKH,1:04-cv-08813-AKH,1:04-cv-08814-AKH<br>1:04-cv-08815-AKH,1:04-cv-08816-AKH,1:04-cv-08817-AKH,1:04-cv-08841-AKH,1:04-cv-08866-AKH<br>1:04-cv-08867-AKH,1:04-cv-08868-AKH,1:04-cv-08869-AKH,1:04-cv-08870-AKH,1:04-cv-08871-AKH<br>1:04-cv-09002-AKH,1:04-cv-09062-AKH,1:04-cv-09081-AKH,1:04-cv-09082-AKH,1:04-cv-09083-AKH<br>1:04-cv-09116-AKH,1:04-cv-09150-AKH,1:04-cv-09151-AKH,1:04-cv-09152-AKH,1:04-cv-09153-AKH<br>1:04-cv-09154-AKH,1:04-cv-09155-AKH,1:04-cv-09156-AKH,1:04-cv-09157-AKH,1:04-cv-09158-AKH<br>1:04-cv-09159-AKH,1:04-cv-09160-AKH,1:04-cv-09161-AKH,1:04-cv-09162-AKH,1:04-cv-09163-AKH<br>1:04-cv-09164-AKH,1:04-cv-09165-AKH,1:04-cv-09166-AKH,1:04-cv-09167-AKH,1:04-cv-09168-AKH<br>1:04-cv-09169-AKH,1:04-cv-09170-AKH,1:04-cv-09171-AKH,1:04-cv-09172-AKH,1:04-cv-09173-AKH<br>1:04-cv-09174-AKH,1:04-cv-09175-AKH,1:04-cv-09176-AKH,1:04-cv-09177-AKH,1:04-cv-09178-AKH<br>1:04-cv-09179-AKH,1:04-cv-09180-AKH,1:04-cv-09181-AKH,1:04-cv-09182-AKH,1:04-cv-09244-AKH<br>1:04-cv-09245-AKH,1:04-cv-09247-AKH,1:04-cv-09253-AKH,1:04-cv-09261-AKH,1:04-cv-09272-AKH<br>1:04-cv-09341-AKH,1:04-cv-09342-AKH,1:04-cv-09343-AKH,1:04-cv-09366-AKH,1:04-cv-09367-AKH<br>1:04-cv-09368-AKH,1:04-cv-09450-AKH,1:04-cv-09451-AKH,1:04-cv-09818-AKH,1:04-cv-09819-AKH<br>1:04-cv-09820-AKH,1:04-cv-09821-AKH,1:04-cv-09832-AKH,1:04-cv-09833-AKH,1:04-cv-09834-AKH<br>1:04-cv-09835-AKH,1:04-cv-09836-AKH,1:04-cv-09837-AKH,1:04-cv-09838-AKH,1:04-cv-09839-AKH<br>1:04-cv-09840-AKH,1:04-cv-09841-AKH,1:04-cv-09842-AKH,1:04-cv-09843-AKH,1:04-cv-09844-AKH<br>1:04-cv-09845-AKH,1:04-cv-09846-AKH,1:04-cv-09847-AKH,1:04-cv-09848-AKH,1:04-cv-09849-AKH<br>1:04-cv-09850-AKH,1:04-cv-09851-AKH,1:04-cv-09852-AKH,1:04-cv-09853-AKH,1:04-cv-09854-AKH<br>1:04-cv-09855-AKH,1:04-cv-09856-AKH,1:04-cv-09857-AKH,1:04-cv-09902-AKH,1:04-cv-09903-AKH<br>1:04-cv-09904-AKH,1:04-cv-09905-AKH,1:04-cv-09906-AKH,1:04-cv-09907-AKH,1:04-cv-09908-AKH<br>1:04-cv-09909-AKH,1:04-cv-09910-AKH,1:04-cv-09987-AKH,1:04-cv-09988-AKH,1:04-cv-09989-AKH<br>1:04-cv-09990-AKH,1:04-cv-10072-AKH,1:04-cv-10284-AKH,1:05-cv-00117-AKH,1:05-cv-00118-AKH<br>1:05-cv-00119-AKH,1:05-cv-00184-AKH,1:05-cv-00185-AKH,1:05-cv-00186-AKH,1:05-cv-00193-AKH<br>1:05-cv-00194-AKH,1:05-cv-00195-AKH,1:05-cv-00209-AKH,1:05-cv-00210-AKH,1:05-cv-00211-AKH<br>1:05-cv-00212-AKH,1:05-cv-00224-AKH,1:05-cv-00259-AKH,1:05-cv-00264-AKH,1:05-cv-00311-AKH<br>1:05-cv-00405-AKH,1:05-cv-00406-AKH,1:05-cv-00407-AKH,1:05-cv-00408-AKH,1:05-cv-00409-AKH<br>1:05-cv-00410-AKH,1:05-cv-00411-AKH,1:05-cv-00412-AKH,1:05-cv-00413-AKH,1:05-cv-00414-AKH<br>1:05-cv-00415-AKH,1:05-cv-00416-AKH,1:05-cv-00417-AKH,1:05-cv-00418-AKH,1:05-cv-00419-AKH<br>1:05-cv-00420-AKH,1:05-cv-00421-AKH,1:05-cv-00422-AKH,1:05-cv-00423-AKH,1:05-cv-00424-AKH<br>1:05-cv-00425-AKH,1:05-cv-00426-AKH,1:05-cv-00665-AKH,1:05-cv-00666-AKH,1:05-cv-00667-AKH<br>1:05-cv-00668-AKH,1:05-cv-00669-AKH,1:05-cv-00670-AKH,1:05-cv-00671-AKH,1:05-cv-00679-AKH<br>1:05-cv-00708-AKH,1:05-cv-00719-AKH,1:05-cv-00720-AKH,1:05-cv-00722-AKH,1:05-cv-00724-AKH<br>1:05-cv-00744-AKH,1:05-cv-00765-AKH,1:05-cv-00766-AKH,1:05-cv-00828-AKH,1:05-cv-00829-AKH |

1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH

```
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
```

| | | |
|---|---|---|
| | | 1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH 1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH 1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH 1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH 1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH 1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH 1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH 1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH 1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH 1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH 1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/23/2005) |
| 09/23/2005 | [306](#) | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06789–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH 1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH 1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH 1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH 1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH 1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH 1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH 1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH 1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH 1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH 1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH 1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH 1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH 1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH 1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH 1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH 1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH 1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH 1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH 1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH |

```
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
```

1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH

1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/23/2005)

| 09/23/2005 | 307 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH

1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH

1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH

1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered
09/23/2005)

| 09/23/2005 | 308 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ... |

Cases:
1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH

1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH

1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH

1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered
09/23/2005)

| 09/23/2005 | 309 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH

1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH

1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH

1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/23/2005)

| | | |
|---|---|---|
| 09/23/2005 | 310 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH

1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH

1:05-cv-01281-AKH,1:05-cv-01282-AKH,1:05-cv-01283-AKH,1:05-cv-01284-AKH,1:05-cv-01294-AKH
1:05-cv-01326-AKH,1:05-cv-01327-AKH,1:05-cv-01328-AKH,1:05-cv-01329-AKH,1:05-cv-01330-AKH
1:05-cv-01331-AKH,1:05-cv-01332-AKH,1:05-cv-01333-AKH,1:05-cv-01334-AKH,1:05-cv-01335-AKH
1:05-cv-01336-AKH,1:05-cv-01337-AKH,1:05-cv-01338-AKH,1:05-cv-01339-AKH,1:05-cv-01340-AKH
1:05-cv-01342-AKH,1:05-cv-01344-AKH,1:05-cv-01345-AKH,1:05-cv-01347-AKH,1:05-cv-01349-AKH
1:05-cv-01350-AKH,1:05-cv-01352-AKH,1:05-cv-01354-AKH,1:05-cv-01355-AKH,1:05-cv-01359-AKH
1:05-cv-01361-AKH,1:05-cv-01362-AKH,1:05-cv-01363-AKH,1:05-cv-01364-AKH,1:05-cv-01365-AKH
1:05-cv-01367-AKH,1:05-cv-01369-AKH,1:05-cv-01371-AKH,1:05-cv-01372-AKH,1:05-cv-01375-AKH
1:05-cv-01377-AKH,1:05-cv-01379-AKH,1:05-cv-01380-AKH,1:05-cv-01382-AKH,1:05-cv-01383-AKH
1:05-cv-01384-AKH,1:05-cv-01385-AKH,1:05-cv-01387-AKH,1:05-cv-01392-AKH,1:05-cv-01394-AKH
1:05-cv-01396-AKH,1:05-cv-01397-AKH,1:05-cv-01399-AKH,1:05-cv-01401-AKH,1:05-cv-01405-AKH
1:05-cv-01408-AKH,1:05-cv-01410-AKH,1:05-cv-01412-AKH,1:05-cv-01417-AKH,1:05-cv-01418-AKH
1:05-cv-01420-AKH,1:05-cv-01422-AKH,1:05-cv-01424-AKH,1:05-cv-01425-AKH,1:05-cv-01426-AKH
1:05-cv-01427-AKH,1:05-cv-01428-AKH,1:05-cv-01429-AKH,1:05-cv-01430-AKH,1:05-cv-01432-AKH
1:05-cv-01433-AKH,1:05-cv-01434-AKH,1:05-cv-01436-AKH,1:05-cv-01437-AKH,1:05-cv-01438-AKH
1:05-cv-01440-AKH,1:05-cv-01442-AKH,1:05-cv-01451-AKH,1:05-cv-01452-AKH,1:05-cv-01462-AKH
1:05-cv-01463-AKH,1:05-cv-01464-AKH,1:05-cv-01465-AKH,1:05-cv-01466-AKH,1:05-cv-01467-AKH
1:05-cv-01468-AKH,1:05-cv-01469-AKH,1:05-cv-01470-AKH,1:05-cv-01471-AKH,1:05-cv-01472-AKH
1:05-cv-01473-AKH,1:05-cv-01474-AKH,1:05-cv-01475-AKH,1:05-cv-01476-AKH,1:05-cv-01477-AKH
1:05-cv-01478-AKH,1:05-cv-01479-AKH,1:05-cv-01480-AKH,1:05-cv-01481-AKH,1:05-cv-01482-AKH
1:05-cv-01483-AKH,1:05-cv-01484-AKH,1:05-cv-01485-AKH,1:05-cv-01486-AKH,1:05-cv-01494-AKH
1:05-cv-01495-AKH,1:05-cv-01496-AKH,1:05-cv-01497-AKH,1:05-cv-01498-AKH,1:05-cv-01499-AKH
1:05-cv-01500-AKH,1:05-cv-01503-AKH,1:05-cv-01504-AKH,1:05-cv-01505-AKH,1:05-cv-01507-AKH
1:05-cv-01508-AKH,1:05-cv-01509-AKH,1:05-cv-01510-AKH,1:05-cv-01511-AKH,1:05-cv-01513-AKH
1:05-cv-01514-AKH,1:05-cv-01515-AKH,1:05-cv-01516-AKH,1:05-cv-01517-AKH,1:05-cv-01518-AKH
1:05-cv-01519-AKH,1:05-cv-01520-AKH,1:05-cv-01521-AKH,1:05-cv-01522-AKH,1:05-cv-01523-AKH
1:05-cv-01575-AKH,1:05-cv-01576-AKH,1:05-cv-01577-AKH,1:05-cv-01578-AKH,1:05-cv-01579-AKH
1:05-cv-01580-AKH,1:05-cv-01581-AKH,1:05-cv-01582-AKH,1:05-cv-01583-AKH,1:05-cv-01584-AKH
1:05-cv-01585-AKH,1:05-cv-01586-AKH,1:05-cv-01587-AKH,1:05-cv-01588-AKH,1:05-cv-01589-AKH
1:05-cv-01590-AKH,1:05-cv-01591-AKH,1:05-cv-01592-AKH,1:05-cv-01593-AKH,1:05-cv-01594-AKH
1:05-cv-01595-AKH,1:05-cv-01596-AKH,1:05-cv-01597-AKH,1:05-cv-01598-AKH,1:05-cv-01599-AKH
1:05-cv-01600-AKH,1:05-cv-01601-AKH,1:05-cv-01602-AKH,1:05-cv-01603-AKH,1:05-cv-01604-AKH
1:05-cv-01605-AKH,1:05-cv-01606-AKH,1:05-cv-01607-AKH,1:05-cv-01608-AKH,1:05-cv-01609-AKH
1:05-cv-01610-AKH,1:05-cv-01611-AKH,1:05-cv-01612-AKH,1:05-cv-01613-AKH,1:05-cv-01614-AKH
1:05-cv-01615-AKH,1:05-cv-01616-AKH,1:05-cv-01617-AKH,1:05-cv-01618-AKH,1:05-cv-01619-AKH
1:05-cv-01620-AKH,1:05-cv-01621-AKH,1:05-cv-01622-AKH,1:05-cv-01623-AKH,1:05-cv-01624-AKH
1:05-cv-01625-AKH,1:05-cv-01626-AKH,1:05-cv-01627-AKH,1:05-cv-01628-AKH,1:05-cv-01629-AKH
1:05-cv-01630-AKH,1:05-cv-01631-AKH,1:05-cv-01632-AKH,1:05-cv-01633-AKH,1:05-cv-01634-AKH
1:05-cv-01635-AKH,1:05-cv-01636-AKH,1:05-cv-01637-AKH,1:05-cv-01638-AKH,1:05-cv-01639-AKH
1:05-cv-01640-AKH,1:05-cv-01641-AKH,1:05-cv-01642-AKH,1:05-cv-01643-RJH,1:05-cv-01644-AKH,
1:05-cv-01645-AKH,1:05-cv-01646-AKH,1:05-cv-01647-AKH,1:05-cv-01648-AKH,1:05-cv-01649-AKH
1:05-cv-01650-AKH,1:05-cv-01651-AKH,1:05-cv-01652-AKH,1:05-cv-01653-AKH,1:05-cv-01654-AKH
1:05-cv-01655-AKH,1:05-cv-01656-AKH,1:05-cv-01657-AKH,1:05-cv-01658-AKH,1:05-cv-01660-AKH
1:05-cv-01662-AKH,1:05-cv-01663-AKH,1:05-cv-01664-AKH,1:05-cv-01665-AKH,1:05-cv-01666-AKH
1:05-cv-01667-AKH,1:05-cv-01668-AKH,1:05-cv-01669-AKH,1:05-cv-01670-AKH,1:05-cv-01671-AKH
1:05-cv-01673-AKH,1:05-cv-01674-AKH,1:05-cv-01675-AKH,1:05-cv-01676-AKH,1:05-cv-01677-AKH
1:05-cv-01678-AKH,1:05-cv-01679-AKH,1:05-cv-01680-AKH,1:05-cv-01681-AKH,1:05-cv-01682-AKH
1:05-cv-01683-AKH,1:05-cv-01684-AKH,1:05-cv-01685-AKH,1:05-cv-01686-AKH,1:05-cv-01687-AKH
1:05-cv-01688-AKH,1:05-cv-01689-AKH,1:05-cv-01690-AKH,1:05-cv-01691-AKH,1:05-cv-01692-AKH
1:05-cv-01693-AKH,1:05-cv-01694-AKH,1:05-cv-01695-AKH,1:05-cv-01696-AKH,1:05-cv-01697-AKH
1:05-cv-01698-AKH,1:05-cv-01699-AKH,1:05-cv-01700-AKH,1:05-cv-01701-AKH,1:05-cv-01702-AKH
1:05-cv-01703-AKH,1:05-cv-01704-AKH,1:05-cv-01705-AKH,1:05-cv-01706-AKH,1:05-cv-01707-AKH
1:05-cv-01709-AKH,1:05-cv-01710-AKH,1:05-cv-01711-AKH,1:05-cv-01712-AKH,1:05-cv-01713-AKH
1:05-cv-01714-AKH,1:05-cv-01715-AKH,1:05-cv-01716-AKH,1:05-cv-01717-AKH,1:05-cv-01718-AKH
1:05-cv-01719-AKH,1:05-cv-01720-AKH,1:05-cv-01721-AKH,1:05-cv-01722-AKH,1:05-cv-01723-AKH
1:05-cv-01724-AKH,1:05-cv-01725-AKH,1:05-cv-01726-AKH,1:05-cv-01727-AKH,1:05-cv-01729-AKH
1:05-cv-01730-AKH,1:05-cv-01731-AKH,1:05-cv-01732-AKH,1:05-cv-01733-AKH,1:05-cv-01734-AKH
1:05-cv-01735-AKH,1:05-cv-01736-AKH,1:05-cv-01737-AKH,1:05-cv-01738-AKH,1:05-cv-01739-AKH
1:05-cv-01740-AKH,1:05-cv-01742-AKH,1:05-cv-01743-AKH,1:05-cv-01744-AKH,1:05-cv-01745-AKH
1:05-cv-01746-AKH,1:05-cv-01747-AKH,1:05-cv-01748-AKH,1:05-cv-01749-AKH,1:05-cv-01750-AKH
1:05-cv-01751-AKH,1:05-cv-01752-AKH,1:05-cv-01753-AKH,1:05-cv-01754-AKH,1:05-cv-01756-AKH
1:05-cv-01757-AKH,1:05-cv-01758-AKH,1:05-cv-01759-AKH,1:05-cv-01760-AKH,1:05-cv-01761-AKH
1:05-cv-01762-AKH,1:05-cv-01763-AKH,1:05-cv-01764-AKH,1:05-cv-01765-AKH,1:05-cv-01766-AKH
1:05-cv-01767-AKH,1:05-cv-01768-AKH,1:05-cv-01769-AKH,1:05-cv-01770-AKH,1:05-cv-01771-AKH

1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered 09/23/2005)

| 09/23/2005 | 311 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Plaintiffs Liaison Counsel. Filed In Associ Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH

1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH

1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH

1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(Napoli, Paul) (Entered:
09/23/2005)

| | | |
|---|---|---|
| 09/23/2005 | 315 | ORDER VACATING DENIAL OF MOTION TO REMAND TO NEW YORK STATE SUPREME COURT that th[e] vacates its order dated 9/22/05 denying plaintiffs' motion to remand to New York State Supreme Court. With regard[s] plaintiffs' motion to remand, the parties shall brief the issue of the Court's jurisdiction, and specifically, the continui[ng] viability of Graybill v. City of NY, 247 F.Supp.2d 345 (S.D.N.Y. 2002) and Spagnuolo v. Port Authority, 245 F. Sup[p.] (S.D.N.Y. 2002). Plaintiffs shall serve &file supplemental materials, if any, by Monday, 10/24/05. Defendants shall &file opposition materials by Monday, 11/14/05. Plaintiffs shall serve and file reply materials, if any, by Thursday, [ ] (Signed by Judge Alvin K. Hellerstein on 9/23/05) Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:05–cv–07152–AKH,1:05–cv–07212–AKH,1:05–cv–07415–AKH(rjm, ) (Entered: 09/26/2005) |
| 09/23/2005 | 316 | ORDER Plaintiffs shall serve their "Offer of Proof" upon Defts' Co–Liaison Counsel by not later than 10/5/05; Defe[ ] shall serve their response to plaintiffs' "Offer of Proof" upon Plaintiffs' Co–Liaison Counsel by not later than 10/19/[ ] Liaison Counsel shall meet &confer to attempt to resolve any disputes concerning plaintiffs' "Offer of Proof" and de[ ] response to plaintiffs' "Offer of Proof" by not later than 10/25/05; Liaison Counsel shall jointly report to the Court a[ ] status of the discussions related to plaintiffs' "Offer of Proof" and defendants' response to plaintiffs' "Offer of Proof" [ ] later than 11/2/05. (Signed by Judge Alvin K. Hellerstein on 9/23/05) Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747[ ] 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH |

1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH

1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,

1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05666–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH
1:05–cv–06063–AKH,1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH
1:05–cv–06215–AKH,1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06240–AKH
1:05–cv–06269–AKH,1:05–cv–06284–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH,1:05–cv–06310–AKH
1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH,1:05–cv–06524–AKH
1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH,1:05–cv–07150–AKH
1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH,1:05–cv–07163–AKH
1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH,1:05–cv–07168–AKH
1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH,1:05–cv–07191–AKH
1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH,1:05–cv–07210–AKH
1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH,1:05–cv–07266–AKH
1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07289–AKH,1:05–cv–07290–AKH,1:05–cv–07291–AKH
1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH,1:05–cv–07875–AKH,1:05–cv–07877–AKH
1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH,1:05–cv–07986–AKH(rjm, ) (Entered: 09/27/

| | |
|---|---|
| 09/23/2005 | Set Deadlines/Hearings: Status Conference set for 11/7/2005 04:00 PM before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 09/27/2005) |

| | | |
|---|---|---|
| 9/30/2005 | 317 | RULE 26 DISCLOSURE.Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Cover letter and reserva... privilege rights)(Rubin, Denise) (Entered: 09/30/2005) |
| 9/30/2005 | 318 | ORDER REGULATING MOTIONS FOR LEAVE TO FILE NUNC PRO TUNC. Plaintiffs in the cases listed on A... A have moved for leave to file a late notice of claim nunc pro tunc, against defendant, the City of NY... The following questions should be addressed by their briefs &affidavits: The affidavits should allege the full facts of any claims ma... Victim Compensation Fund, and any withdrawal or resolution thereof; Their briefs shall address the issue of waiver ... section 405(c)(3)(B)(i) of the Air Transportation Safety &System Stabilization Act, 49 USC 40101; If a lawsuit aga... City of New York remains viable, their briefs shall address why a lawsuit is not timel... from manifestation, without a nunc pro tunc procedure; Brief due by 10/14/2005. Responses to Brief due by 10/28/2... (Signed by Judge Alvin K. Hellerstein on 9/30/05) Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07903–AKH,1:04–cv–0874... 1:04–cv–09002–AKH,1:04–cv–09245–AKH,1:04–cv–09819–AKH,1:04–cv–09821–AKH,1:04–cv–09902–AKH... 1:04–cv–09904–AKH,1:04–cv–09989–AKH,1:05–cv–00193–AKH,1:05–cv–00194–AKH,1:05–cv–00195–AKH... 1:05–cv–00719–AKH,1:05–cv–00829–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH(rjm, ) (Entered: 10/03/... |
| 10/18/2005 | 320 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph E. Hopkins dated 10/3/05 re: Applicati... denied, without prejudice to renewal after verdict and/or judgment before Judge Maas. This Document relates to 02c... (Signed by Judge Alvin K. Hellerstein on 10/17/05) (rjm, ) (Entered: 10/19/2005) |
| 10/28/2005 | 321 | NOTICE of Appearance by Eric Foster Leon on behalf of Verizon New York Inc., Verizon Properties Inc. (Leon, E... (Entered: 10/28/2005) |
| 10/28/2005 | 322 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Verizon New York Inc..(Leon, Eric) (Entered: 10/28/... |
| 10/28/2005 | 323 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Verizon Properties Inc..(Leon, Eric) (Entered: 10/28/... |
| 10/28/2005 | 324 | NOTICE of Appearance by Andrew Riggs Dunlap on behalf of Verizon New York Inc., Verizon Properties Inc. (Du... Andrew) (Entered: 10/28/2005) |
| 10/28/2005 | 325 | ORDER that further proceedings in this case (05cv7286) be coordinated with all similarly situated cases under Mast... Docket Number 21 MC 100. (Signed by Judge Alvin K. Hellerstein on 10/28/05) Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:05–cv–07286–AKH(rjm, ) (Entered: 10/31/2005) |
| 10/31/2005 | 326 | ORDER I decline to order Judge Maas to disist from conducting the trial of this case as previously scheduled. To th... appropriate, the City's immunity defenses, alleged in its Third, Seventh and Eighth Affirmative Defenses, may be se... following the trial and without being adjudicated, and referenced to me to be coordinated with the motions or trial o... defenses in the other cases collected under 21 MC 100. This Document relates to 02cv7588. (Signed by Judge Alvin... Hellerstein on 10/31/05) (rjm, ) (Entered: 11/01/2005) |
| 11/02/2005 | 327 | NOTICE of Appearance by Richard Eric Leff on behalf of Wolkow Braker Roofing Corporation (Leff, Richard) (E... 11/02/2005) |
| 11/04/2005 | 328 | NOTICE of Appearance by Virginia Goodman Futterman on behalf of Zeckendorf Realty, L.P. (Futterman, Virginia... (Entered: 11/04/2005) |
| 11/04/2005 | 329 | NOTICE of Appearance by Lee Ann Stevenson on behalf of Verizon New York Inc., Verizon Properties Inc. (Steve... Lee Ann) (Entered: 11/04/2005) |
| 11/08/2005 | 331 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli &Andrew J. Carboy dated 11/4... Plaintiffs' application is denied. Since the subpoena is addressed to an entity, the entity, not the party issuing the sub... may choose the witness who speaks for it. (Signed by Judge Alvin K. Hellerstein on 11/8/05) (rjm, ) (Entered: 11/09... |
| 11/08/2005 | 334 | SUMMARY ORDER All Depositions of affiants due by 12/30/2005. Defendants Motion to dismiss due by 2/3/2006... Defendants Replies due by 3/24/2006. Plaintiffs Responses due by 3/10/2006... and as further set forth in said order... Document relates to 21MC102. (Signed by Judge Alvin K. Hellerstein on 11/8/05). (rjm, ) (Entered: 11/14/2005) |
| 11/09/2005 | 330 | NOTICE of Change of Firm Name. Document filed by 1 WTC Holdings, L.L.C., 1 World Trade Center, L.L.C., 2 W... Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC H... L.L.C., 5 World Trade Center, L.L.C., 1 WTC Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.... World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 W... Trade Center, L.L.C.. (Stein, M.) (Entered: 11/09/2005) |
| 11/12/2005 | 332 | NOTICE of Dismissal Without Prejudice as to Defendant Vanguard Equities Inc Only. Document filed by Plaintiffs... Counsel. (LoPalo, Christopher) (Entered: 11/12/2005) |
| 11/12/2005 | 333 | NOTICE of Dismissal Without Prejudice as to Defendant Tully Consulting Corp. Only. Document filed by Plaintiff... Counsel. (LoPalo, Christopher) (Entered: 11/12/2005) |

| | | |
|---|---|---|
| 1/14/2005 | 335 | TRANSCRIPT of proceedings held on 11/7/05, 4:00pm. before Judge Alvin K. Hellerstein. (rjm, ). Relates to 21MC... Modified on 11/14/2005 (rjm, ). (Entered: 11/14/2005) |
| 1/15/2005 | 336 | NOTICE of Appearance by Kimberly Marie Jagodzinski on behalf of Ment Bros. Iron Works Co. (Jagodzinski, Kim... (Entered: 11/15/2005) |
| 1/15/2005 | 337 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr., Richard A. Williamson, ... Mishkin dated 11/11/05 re: Enlargement is granted. With regards to Plaintiffs' remand motions;Plaintiffs' Replies du... 11/24/2005. Defendants' Responses due by 11/14/2005 (Signed by Judge Alvin K. Hellerstein on 11/14/05) Filed In... Associated Cases: 1:21−mc−00100−AKH−THK,1:05−cv−07142−AKH,1:05−cv−07148−AKH,1:05−cv−07152−AKH,1:05−cv−07154... 1:05−cv−07162−AKH,1:05−cv−07189−AKH,1:05−cv−07191−AKH,1:05−cv−07205−AKH,1:05−cv−07207−AKH... 1:05−cv−07208−AKH,1:05−cv−07212−AKH,1:05−cv−07986−AKH. Also relates to 05cv7213 &05cv3852.(rjm, ) ( 11/16/2005) |
| 1/17/2005 | 340 | ORDER on attached Motion for pro hac vice admission of Attorney James R. Barrett on behalf of Deft. The City of ... York. (Signed by Judge Alvin K. Hellerstein on 11/17/05) (rjm, ) (Entered: 11/21/2005) |
| 1/18/2005 | 338 | NOTICE of Appearance by Howard F. Strongin on behalf of Nomura Holding America, Inc. (Strongin, Howard) (E... 11/18/2005) |
| 1/21/2005 | 339 | NOTICE of Dismissal Without Prejudice as to Defendant Robert C. Stewart Only. Document filed by Plaintiffs Liai... Counsel. (LoPalo, Christopher) (Entered: 11/21/2005) |
| 1/21/2005 | 341 | OPPOSITION BRIEF / Memorandum of Law in Opposition to Plaintiffs' Motion to Remand in Case No. 05 Civ. 719... Document filed by The City of New York.(Tyrrell, James) (Entered: 11/21/2005) |
| 1/21/2005 | 342 | OPPOSITION BRIEF / Memorandum of Law in Opposition to Plaintiffs' Motion to Remand in Case No. 05 Civ. 718... Document filed by The City of New York.(Tyrrell, James) (Entered: 11/21/2005) |
| 1/21/2005 | 343 | OPPOSITION BRIEF to Plaintiff's Motion to Remand to State Court. Index No.: 05−7162. Document filed by City ... York.(Bowen, Anita) (Entered: 11/21/2005) |
| 1/21/2005 | 344 | OPPOSITION BRIEF to Plaintiff's Motion to Remand to State Court. Index No.: 05−7163. Document filed by Bovi... Lease LMB, Inc..(Bowen, Anita) (Entered: 11/21/2005) |
| 1/21/2005 | 345 | OPPOSITION BRIEF to Plaintiff's Motion to Remand to State Court. Index No.: 05−7164. Document filed by City ... York.(Bowen, Anita) (Entered: 11/21/2005) |
| 1/21/2005 | 346 | OPPOSITION BRIEF to Plaintiff's Motion to Remand to State Court. Index No.: 21MC100. Document filed by City... York.(Bowen, Anita) (Entered: 11/21/2005) |
| 1/23/2005 | 347 | NOTICE of Dismissal Without Prejudice as to Defendant Lower Manhattan Development Corp. Only. Document fi... Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 11/23/2005) |
| 1/30/2005 | 348 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from M. Bradford Stein dated 11/22/05 re: GRANT... permission to file affidavit with accompanying exhibits in hard copy with the clerk's office. (Signed by Judge Alvin ... Hellerstein on 11/30/05) Filed In Associated Cases: 1:21−mc−00100−AKH−THK,1:05−cv−07154−AKH,1:05−cv−07205−AKH,1:05−cv−07208−AKH,1:05−cv−07212... 1:05−cv−07986−AKH, 1:05−cv−7213−AKH. (rjm, ) Modified on 12/1/2005 (rjm, ). (Entered: 12/01/2005) |
| 2/01/2005 | 362 | EXHIBIT. Document filed by The Port Authority of New York &New Jersey.(rjm, ) (Entered: 12/13/2005) |
| 2/02/2005 | 349 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 11/30/05 re: "The is... be discussed at a conference of affected counsel only, on 12/7/05, at 11:00am." (Signed by Judge Alvin K. Hellerste... 12/2/05) (rjm, ) (Entered: 12/05/2005) |
| 2/05/2005 | 350 | NOTICE of Joint Letter motion asserting a unique immunity defense to these complaints under the New York State ... Emergency Act.. Document filed by Verizon New York Inc., Verizon Properties Inc.. (Leon, Eric) (Entered: 12/05/2... |
| 2/08/2005 | 351 | ORDER ADMITTING COUNSEL PRO HAC VICE that Robert J. Higgins is admitted pro hac vice to practice befo... Court as counsel for Defendants Merrill Lynch &Co., Inc. and 222 Broadway, LLC. (Signed by Judge Alvin K. Hel... on 12/8/05) (rjm, ) (Entered: 12/09/2005) |
| 2/12/2005 | 352 | ORDER admitting Attorney Jonathan M. Peck pro hac vice for certain Defendants including, but not limited to City ... York, AMEC Construction Mgt., Inc., Bovis Lend Lease LMB, Inc., Plaza Construction Corporation, Tully Constru... Inc., and Turner Construction Company (added). (Signed by Judge Alvin K. Hellerstein on 12/12/05) (rjm, ) (Entere... 12/13/2005) |

| | | |
|---|---|---|
| 12/12/2005 | 353 | ORDER admitting Attorney Justin S. Strochlic pro hac vice for certain Defendants including, but no limited to, City of New York, AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., Plaza Construction Corporation, Tully Construction Co. Inc., and Turner Construction Company (added). (Signed by Judge Alvin K. Hellerstein on 12/12/05) (rjm, ) (Entered: 12/13/2005) |
| 12/12/2005 | 354 | ORDER admitting Attorney Adlai Small pro hac vice for certain Defendants including, but no limited to, City of New York, AMEC Construction Management, Inc., Bovis Lend Lease, Plaza Construction Corporation, Tully Construction Co. Inc., and Turner Construction Company (added). (Signed by Judge Alvin K. Hellerstein on 12/12/05) (rjm, ) (Entered: 12/13/2005) |
| 12/12/2005 | 355 | ORDER admitting Attorney Scott G. Kobil pro hac vice for certain Defendants including, but no limited to, City of New York, AMEC Construction Management, Inc., Bovis Lend Lease LMB Inc., Plaza Construction Corporation, Tully Construction Co. Inc., and Turner Construction Company (added). (Signed by Judge Alvin K. Hellerstein on 12/12/05) (rjm, ) (Entered: 12/13/2005) |
| 12/12/2005 | 356 | ORDER admitting Attorney Eric S. Westenberger pro hac vice for certain Defendants including, but no limited to, City of New York, AMEC Construction Management, Inc., Bovis Lend Lease LMB Inc., Plaza Construction Corporation, Tully Construction Co. Inc., and Turner Construction Company (added). (Signed by Judge Alvin K. Hellerstein on 12/12/05) (rjm, ) (Entered: 12/13/2005) |
| 12/12/2005 | 357 | ORDER admitting Attorney Kellie N. Ortega pro hac vice for certain Defendants including, but no limited to, City of New York, AMEC Construction Management, Inc., Bovis Lend Lease LMB Inc., Plaza Construction Corporation, Tully Construction Co. Inc., and Turner Construction Company (added). (Signed by Judge Alvin K. Hellerstein on 12/12/05) (rjm, ) (Entered: 12/13/2005) |
| 12/12/2005 | 358 | ORDER admitting Attorney Elissa J. Glasband pro hac vice for certain Defendants including, but no limited to, City of New York, AMEC Construction Management, Inc., Bovis Lend Lease, Plaza Construction Corporation, Tully Construction Co. Inc., and Turner Construction Company (added). (Signed by Judge Alvin K. Hellerstein on 12/12/05) (rjm, ) (Entered: 12/13/2005) |
| 12/12/2005 | 359 | ORDER admitting Attorney John M. Falzone III pro hac vice for certain Defendants including, but no limited to, City of New York, AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., Plaza Construction Corporation, Tully Construction Co. Inc., and Turner Construction Company (added). (Signed by Judge Alvin K. Hellerstein on 12/12/05) (rjm, ) (Entered: 12/13/2005) |
| 12/12/2005 | 360 | ORDER admitting Attorney Keena M. Mackay pro hac vice for certain Defendants including, but not limited to, City of New York, AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., Plaza Construction Corporation, Tully Construction Co. Inc., and Turner Construction Company (added). (Signed by Judge Alvin K. Hellerstein on 12/12/05) (rjm, ) (Entered: 12/13/2005) |
| 12/12/2005 | 361 | ORDER admitting Attorney Heather L. Foran pro hac vice for certain Defendants including, but not limited to, City of New York, AMEC Construction Management, Inc., Bovis Lend Lease, Plaza Construction Corporation, Tully Construction Co. Inc., and Turner Construction Company (added). (Signed by Judge Alvin K. Hellerstein on 12/12/05) (rjm, ) (Entered: 12/13/2005) |
| 12/23/2005 | 363 | TRANSCRIPT of proceedings held on 12/7/05, 11:30am. before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 12/23/2005) |
| 1/10/2006 | 365 | ORDER; that Verizon and plaintiffs' liaison counsel establish a schedule whereby the parties will comply with the requirements of CMO3... upon completion of the requirements set forth in this Order, Verizon and plaintiffs liaison shall set a briefing schedule and Verizon shall submit a separate brief asserting its particular immunity defense. (Signed by Judge Alvin K. Hellerstein on 1/9/2006) (kkc, ) (Entered: 01/12/2006) |
| 1/11/2006 | 364 | NOTICE of of Dismissal Without Prejudice As To Defendant Zeckendorf Realty, L.P. Only. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 01/11/2006) |
| 1/19/2006 | 366 | NOTICE OF APPEARANCE by Christian Holt Gannon on behalf of One Wall Street Corporation, One Wall Street Holdings LLC, The Bank of New York Company, Inc., The Bank of New York Trust Company, The Bank of New York. (Gannon, Christian) (Entered: 01/19/2006) |
| 1/20/2006 | 367 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Construction Corporation of New York.(Gibbs, Andrew) (Entered: 01/20/2006) |
| 1/20/2006 | 368 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Construction Corporation of New York.(Gibbs, Andrew) (Entered: 01/20/2006) |
| 1/20/2006 | 369 | NOTICE OF APPEARANCE by Andrew John Gibbs on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Construction Corporation of New York (Gibbs, Andrew) (Entered: 01/20/2006) |

| 1/20/2006 | | CASHIERS OFFICE REMARK on 340 Order in the amount of $25.00, paid on 12/1/2005, Receipt Number 56303 (Entered: 01/20/2006) |
|---|---|---|
| 1/20/2006 | | CASHIERS OFFICE REMARK on 351 Order in the amount of $25.00, paid on 12/27/2005, Receipt Number 56512 (Entered: 01/20/2006) |
| 1/20/2006 | | CASHIERS OFFICE REMARK on 357 Order, 356 Order, 352 Order, 358 Order, 359 Order, 353 Order, 360 Order, Order, 361 Order, 355 Order, in the amount of $250.00, paid on 12/19/2005, Receipt Number 564700. (kkc, ) (Enter 01/20/2006) |
| 1/23/2006 | 370 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Tishman Construction Corporation of Manhattan, Tis Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Construction Corporation of New York.(Brennan, Theresa) (Entered: 01/23/2006) |
| 1/23/2006 | 371 | NOTICE OF APPEARANCE by Theresa Brennan on behalf of Tishman Construction Corporation of Manhattan, T Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Construction Corporation of New York (Brennan, Theresa) (Entered: 01/23/2006) |
| 1/24/2006 | 372 | NOTICE OF APPEARANCE by Andrew Riggs Dunlap on behalf of Verizon Communications Inc. (Dunlap, Andre (Entered: 01/24/2006) |
| 1/24/2006 | 373 | NOTICE OF APPEARANCE by Eric Foster Leon on behalf of Verizon Communications Inc. (Leon, Eric) (Entered 01/24/2006) |
| 1/24/2006 | 374 | NOTICE OF APPEARANCE by Lee Ann Stevenson on behalf of Verizon Communications Inc. (Stevenson, Lee A (Entered: 01/24/2006) |
| 1/26/2006 | 375 | NOTICE of Voluntary Dismissal (this document relates to 05cv8499) pursuant to Rule 41(a)(1)(i) of the F.R.C.P. in 05cv8499 without prejudice as against defendant One Broadway, LLC only, without costs to either party as against (Signed by Judge Alvin K. Hellerstein on 1/26/2006) (kkc, ) (Entered: 01/27/2006) |
| 1/27/2006 | 376 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Andrew J. Gibbs dated 1/27/06 re: Granted re Tishman be permitted to file its motion with Verizon and participate in the Verizon immunity discovery... they wou to comply with the discovery provisions set forth in the Verizon Order &work with counsel for Verizon and plaintif complete the discovery as soon as possible. Both counsel have consented to allow for this request. (Signed by Judge Hellerstein on 1/27/06) (rjm, ) (Entered: 01/30/2006) |
| 1/27/2006 | 377 | SUMMARY ORDER that the revised schedule for submission of briefs is as follows: Defendants are to serve &file to Dismiss &Supporting papers by 2/17/2006 noon. Defendants Replies to be served &filed by 4/7/2006. Plaintiffs Responses to be served &filed by 3/24/2006. Papers may be served electronically, to the extent possible. Once all pa have been received, an oral argument will be schedule... and as further set forth in said order. (Signed by Judge Alvi Hellerstein on 1/27/06) (rjm, ) (Entered: 01/30/2006) |
| 1/31/2006 | 378 | CROSS MOTION to Remand to State Court. Document filed by Battery Park City Authority. (Attachments: # 1 Ex (part 1)# 2 Exhibit A (part 2))Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH |

```
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
```

1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH

1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH

1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH(Baloy, Donna–Marie)
01/31/2006)

| 1/31/2006 | 379 | MEMORANDUM OF LAW in Opposition re: 378 CROSS MOTION to Remand to State Court.. Document filed by Park City Authority. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH

1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH

```
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
```

1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH(Baloy, Donna–Marie)
01/31/2006)

| | | |
|---|---|---|
| 2/02/2006 | 380 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Richard A. Williamson dated 2/1/06 re: Defen[...] participating in Current Briefing Under CMO 3 "Parties who do not participate in the pending motions will be free t[...] their own motions at a later time fixed by the Court." (Signed by Judge Alvin K. Hellerstein on 2/2/06) (rjm, ) (Ente[...] 02/02/2006) |
| 2/14/2006 | 381 | NOTICE of Joint Letter re: Schedule For Limited Discovery And Briefing On Immunity Defenses. re: 376 Endorsed 365 Order,. Document filed by Verizon New York Inc., Verizon Properties Inc., Verizon Communications Inc.. (Ste[...] Lee Ann) (Entered: 02/14/2006) |
| 2/16/2006 | 382 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Richard E. Leff dated 2/15/06 re: Granting req[...] defendant Phillips &Jordan to join in the immunity motion which will be submitted by defense liaison counsel or in[...] alternative, be permitted to file a separate motion based on immunity provisions and federal statutes as the Court has[...] for the defendants Verizon New York, Inc. and Tishman Construction Corp. "Time enlarged for this defendant to Fe[...] 21, 2006." (Signed by Judge Alvin K. Hellerstein on 2/16/06) (rjm, ) (Entered: 02/17/2006) |
| 2/17/2006 | 383 | MOTION to Dismiss. Document filed by City of New York, Bovis Holdings Limited, Bovis International, Inc., Bov[...] Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza Construction Corp., Plaza Construction Mana[...] Corp., Tully Construction Company, Tully Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bech[...] Bechtel Associates Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmen[...] Bovis Lend Lease Inc., Turner/Plaza, A Joint Venture. Filed In Associated Cases: 1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747[...] 1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH[...] 1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH[...] 1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH[...] 1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH[...] 1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH[...] 1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH[...] 1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH[...] 1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH[...] 1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH[...] 1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH[...] 1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH[...] 1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH[...] 1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH[...] 1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH[...] 1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH[...] 1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH[...] 1:04−cv−08749−AKH,1:04−cv−08750−AKH,1:04−cv−08751−AKH,1:04−cv−08752−AKH,1:04−cv−08753−AKH[...] 1:04−cv−08754−AKH,1:04−cv−08755−AKH,1:04−cv−08756−AKH,1:04−cv−08757−AKH,1:04−cv−08758−AKH[...] 1:04−cv−08770−AKH,1:04−cv−08771−AKH,1:04−cv−08772−AKH,1:04−cv−08773−AKH,1:04−cv−08774−AKH[...] 1:04−cv−08775−AKH,1:04−cv−08776−AKH,1:04−cv−08777−AKH,1:04−cv−08778−AKH,1:04−cv−08779−AKH[...] 1:04−cv−08785−AKH,1:04−cv−08811−AKH,1:04−cv−08812−AKH,1:04−cv−08813−AKH,1:04−cv−08814−AKH[...] 1:04−cv−08815−AKH,1:04−cv−08816−AKH,1:04−cv−08817−AKH,1:04−cv−08841−AKH,1:04−cv−08866−AKH[...] 1:04−cv−08867−AKH,1:04−cv−08868−AKH,1:04−cv−08869−AKH,1:04−cv−08870−AKH,1:04−cv−08871−AKH[...] 1:04−cv−09002−AKH,1:04−cv−09062−AKH,1:04−cv−09081−AKH,1:04−cv−09082−AKH,1:04−cv−09083−AKH[...] 1:04−cv−09116−AKH,1:04−cv−09150−AKH,1:04−cv−09151−AKH,1:04−cv−09152−AKH,1:04−cv−09153−AKH[...] 1:04−cv−09154−AKH,1:04−cv−09155−AKH,1:04−cv−09156−AKH,1:04−cv−09157−AKH,1:04−cv−09158−AKH[...] 1:04−cv−09159−AKH,1:04−cv−09160−AKH,1:04−cv−09161−AKH,1:04−cv−09162−AKH,1:04−cv−09163−AKH[...] 1:04−cv−09164−AKH,1:04−cv−09165−AKH,1:04−cv−09166−AKH,1:04−cv−09167−AKH,1:04−cv−09168−AKH[...] 1:04−cv−09169−AKH,1:04−cv−09170−AKH,1:04−cv−09171−AKH,1:04−cv−09172−AKH,1:04−cv−09173−AKH[...] 1:04−cv−09174−AKH,1:04−cv−09175−AKH,1:04−cv−09176−AKH,1:04−cv−09177−AKH,1:04−cv−09178−AKH[...] 1:04−cv−09179−AKH,1:04−cv−09180−AKH,1:04−cv−09181−AKH,1:04−cv−09182−AKH,1:04−cv−09244−AKH[...] 1:04−cv−09245−AKH,1:04−cv−09247−AKH,1:04−cv−09253−AKH,1:04−cv−09261−AKH,1:04−cv−09272−AKH[...] 1:04−cv−09341−AKH,1:04−cv−09342−AKH,1:04−cv−09343−AKH,1:04−cv−09366−AKH,1:04−cv−09367−AKH[...] 1:04−cv−09368−AKH,1:04−cv−09450−AKH,1:04−cv−09451−AKH,1:04−cv−09818−AKH,1:04−cv−09819−AKH[...] 1:04−cv−09820−AKH,1:04−cv−09821−AKH,1:04−cv−09832−AKH,1:04−cv−09833−AKH,1:04−cv−09834−AKH[...] 1:04−cv−09835−AKH,1:04−cv−09836−AKH,1:04−cv−09837−AKH,1:04−cv−09838−AKH,1:04−cv−09839−AKH[...] 1:04−cv−09840−AKH,1:04−cv−09841−AKH,1:04−cv−09842−AKH,1:04−cv−09843−AKH,1:04−cv−09844−AKH[...] 1:04−cv−09845−AKH,1:04−cv−09846−AKH,1:04−cv−09847−AKH,1:04−cv−09848−AKH,1:04−cv−09849−AKH[...] 1:04−cv−09850−AKH,1:04−cv−09851−AKH,1:04−cv−09852−AKH,1:04−cv−09853−AKH,1:04−cv−09854−AKH[...] 1:04−cv−09855−AKH,1:04−cv−09856−AKH,1:04−cv−09857−AKH,1:04−cv−09902−AKH,1:04−cv−09903−AKH[...] 1:04−cv−09904−AKH,1:04−cv−09905−AKH,1:04−cv−09906−AKH,1:04−cv−09907−AKH,1:04−cv−09908−AKH[...] 1:04−cv−09909−AKH,1:04−cv−09910−AKH,1:04−cv−09987−AKH,1:04−cv−09988−AKH,1:04−cv−09989−AKH[...] |

1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH

1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH

1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH

| | | |
|---|---|---|
| | | James) (Entered: 02/17/2006) |
| 2/17/2006 | 384 | MEMORANDUM OF LAW in Support re: 383 MOTION to Dismiss. *Based on State Statutory and Common Law I* Document filed by City of New York, Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interior Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Construction International, L.L.C., AMEC Construction Management, Inc., Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully Constructi Company, Tully Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bechtel Associates Professiona Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Lend Lease Inc., Turner/Plaza, A Joint Venture. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH

1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH

```
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
```

1:05-cv-06310-AKH,1:05-cv-06311-AKH,1:05-cv-06312-AKH,1:05-cv-06318-AKH,1:05-cv-06460-AKH
1:05-cv-06524-AKH,1:05-cv-07031-AKH,1:05-cv-07142-AKH,1:05-cv-07148-AKH,1:05-cv-07149-AKH
1:05-cv-07150-AKH,1:05-cv-07152-AKH,1:05-cv-07154-AKH,1:05-cv-07161-AKH,1:05-cv-07162-AKH
1:05-cv-07163-AKH,1:05-cv-07164-AKH,1:05-cv-07165-AKH,1:05-cv-07166-AKH,1:05-cv-07167-AKH
1:05-cv-07168-AKH,1:05-cv-07186-AKH,1:05-cv-07187-AKH,1:05-cv-07189-AKH,1:05-cv-07190-AKH
1:05-cv-07191-AKH,1:05-cv-07205-AKH,1:05-cv-07206-AKH,1:05-cv-07207-AKH,1:05-cv-07208-AKH
1:05-cv-07210-AKH,1:05-cv-07211-AKH,1:05-cv-07212-AKH,1:05-cv-07258-AKH,1:05-cv-07259-AKH
1:05-cv-07266-AKH,1:05-cv-07267-AKH,1:05-cv-07273-AKH,1:05-cv-07286-AKH,1:05-cv-07289-AKH
1:05-cv-07290-AKH,1:05-cv-07291-AKH,1:05-cv-07415-AKH,1:05-cv-07685-AKH,1:05-cv-07686-AKH
1:05-cv-07875-AKH,1:05-cv-07877-AKH,1:05-cv-07878-AKH,1:05-cv-07879-AKH,1:05-cv-07937-AKH
1:05-cv-07986-AKH,1:05-cv-08220-AKH,1:05-cv-08221-AKH,1:05-cv-08223-AKH,1:05-cv-08332-AKH
1:05-cv-08333-AKH,1:05-cv-08344-AKH,1:05-cv-08458-AKH,1:05-cv-08459-AKH,1:05-cv-08466-AKH
1:05-cv-08467-AKH,1:05-cv-08468-AKH,1:05-cv-08497-AKH,1:05-cv-08675-AKH,1:05-cv-08676-AKH
1:05-cv-08677-AKH,1:05-cv-08678-AKH,1:05-cv-08679-AKH,1:05-cv-08680-AKH,1:05-cv-08682-AKH
1:05-cv-08683-AKH,1:05-cv-08684-AKH,1:05-cv-08685-AKH,1:05-cv-08686-AKH,1:05-cv-08707-AKH
1:05-cv-08708-AKH,1:05-cv-08732-AKH,1:05-cv-08871-AKH,1:05-cv-08873-AKH,1:05-cv-08874-AKH
1:05-cv-08876-AKH,1:05-cv-08877-AKH,1:05-cv-08879-AKH,1:05-cv-08898-AKH,1:05-cv-08899-AKH
1:05-cv-08931-AKH,1:05-cv-08932-AKH,1:05-cv-08933-AKH,1:05-cv-08934-AKH,1:05-cv-08935-AKH
1:05-cv-08937-AKH,1:05-cv-08939-AKH,1:05-cv-08940-AKH,1:05-cv-08941-AKH,1:05-cv-08942-AKH
1:05-cv-08943-AKH,1:05-cv-09030-AKH,1:05-cv-09033-AKH,1:05-cv-09034-AKH,1:05-cv-09035-AKH
1:05-cv-09036-AKH,1:05-cv-09037-AKH,1:05-cv-09038-AKH,1:05-cv-09039-AKH,1:05-cv-09040-AKH
1:05-cv-09041-AKH,1:05-cv-09042-AKH,1:05-cv-09043-AKH,1:05-cv-09044-AKH,1:05-cv-09046-AKH
1:05-cv-09047-AKH,1:05-cv-09140-AKH,1:05-cv-09141-AKH,1:05-cv-09161-AKH,1:05-cv-09190-AKH
1:05-cv-09224-AKH,1:05-cv-09328-AKH,1:05-cv-09329-AKH,1:05-cv-09330-AKH,1:05-cv-09331-AKH
1:05-cv-09332-AKH,1:05-cv-09333-AKH,1:05-cv-09336-AKH,1:05-cv-09337-AKH,1:05-cv-09338-AKH
1:05-cv-09339-AKH,1:05-cv-09340-AKH,1:05-cv-09341-AKH,1:05-cv-09396-AKH,1:05-cv-09397-AKH
1:05-cv-09399-AKH,1:05-cv-09400-AKH,1:05-cv-09401-AKH,1:05-cv-09497-AKH,1:05-cv-09627-AKH
1:05-cv-09628-AKH,1:05-cv-09629-AKH,1:05-cv-09630-AKH,1:05-cv-09631-AKH,1:05-cv-09633-AKH
1:05-cv-09634-AKH,1:05-cv-09636-AKH,1:05-cv-09637-AKH,1:05-cv-09639-AKH,1:05-cv-09686-AKH
1:05-cv-09688-AKH,1:05-cv-09690-AKH,1:05-cv-09692-AKH,1:05-cv-09694-AKH,1:05-cv-09695-AKH
1:05-cv-09696-AKH,1:05-cv-09697-AKH,1:05-cv-09698-AKH,1:05-cv-09820-AKH,1:05-cv-09821-AKH
1:05-cv-09826-AKH,1:05-cv-09827-AKH,1:05-cv-09828-AKH,1:05-cv-09829-AKH,1:05-cv-09862-AKH
1:05-cv-09863-AKH,1:05-cv-09864-AKH,1:05-cv-09865-AKH,1:05-cv-09866-AKH,1:05-cv-09867-AKH
1:05-cv-09868-AKH,1:05-cv-09869-AKH,1:05-cv-09870-AKH,1:05-cv-09871-AKH,1:05-cv-09872-AKH
1:05-cv-09873-AKH,1:05-cv-09874-AKH,1:05-cv-09876-AKH,1:05-cv-09877-AKH,1:05-cv-09878-AKH
1:05-cv-09879-AKH,1:05-cv-09880-AKH,1:05-cv-09951-AKH,1:05-cv-09952-AKH,1:05-cv-09953-AKH
1:05-cv-09954-AKH,1:05-cv-09955-AKH,1:05-cv-09956-AKH,1:05-cv-09957-AKH,1:05-cv-09958-AKH
1:05-cv-09959-AKH,1:05-cv-10135-AKH,1:05-cv-10195-AKH,1:05-cv-10362-AKH,1:05-cv-10363-AKH
1:05-cv-10365-AKH,1:05-cv-10366-AKH,1:05-cv-10367-AKH,1:05-cv-10368-AKH,1:05-cv-10369-AKH
1:05-cv-10370-AKH,1:05-cv-10371-AKH,1:05-cv-10372-AKH,1:05-cv-10373-AKH,1:05-cv-10374-AKH
1:05-cv-10375-AKH,1:05-cv-10376-AKH,1:05-cv-10377-AKH,1:05-cv-10378-AKH,1:05-cv-10386-AKH
1:05-cv-10387-AKH,1:05-cv-10388-AKH,1:05-cv-10389-AKH,1:05-cv-10390-AKH,1:05-cv-10391-AKH
1:05-cv-10392-AKH,1:05-cv-10690-AKH,1:05-cv-10691-AKH,1:05-cv-10692-AKH,1:05-cv-10741-AKH
1:05-cv-10743-AKH,1:05-cv-10748-AKH,1:05-cv-10749-AKH,1:05-cv-10750-AKH,1:05-cv-10751-AKH
1:05-cv-10752-AKH,1:06-cv-00060-AKH,1:06-cv-00061-AKH,1:06-cv-00062-AKH,1:06-cv-00063-AKH
1:06-cv-00064-AKH,1:06-cv-00065-AKH,1:06-cv-00066-AKH,1:06-cv-00067-AKH,1:06-cv-00068-AKH
1:06-cv-00069-AKH,1:06-cv-00070-AKH,1:06-cv-00123-AKH,1:06-cv-00124-AKH,1:06-cv-00125-AKH
1:06-cv-00126-AKH,1:06-cv-00127-AKH,1:06-cv-00128-AKH,1:06-cv-00129-AKH,1:06-cv-00130-AKH
1:06-cv-00131-AKH,1:06-cv-00132-AKH,1:06-cv-00133-AKH,1:06-cv-00140-AKH,1:06-cv-00177-AKH
1:06-cv-00459-AKH,1:06-cv-00645-AKH,1:06-cv-00646-AKH,1:06-cv-00647-AKH,1:06-cv-00735-AKH
1:06-cv-00736-AKH,1:06-cv-00816-AKH,1:06-cv-00817-AKH,1:06-cv-00819-AKH,1:06-cv-00820-AKH
1:06-cv-00821-AKH,1:06-cv-00995-AKH,1:06-cv-01099-AKH,1:06-cv-01100-AKH,1:06-cv-01102-AKH
James) (Entered: 02/17/2006)

| | | |
|---|---|---|
| 02/17/2006 | 385 | MOTION for Summary Judgment. Document filed by Consolidated Edison Company of New York, Inc., Consolida Edison Communications Holding Company, Inc., Consolidated Edison Communications Holding Company, Inc., Consolidated Edison Company of New York, Inc., Consolidated Edison Company of New York, Inc.,, Consolidated Development, Inc., Consolidated Edison Development, Inc., Consolidated Edison Energy, Inc., Consolidated Edison Inc., Consolidated Edison Solutions, Inc., Consolidated Edison Solutions, Inc., Consolidated Edison, Inc., Consolida Edison, Inc., Consolidated Edison Solutions, Inc.. Responses due by 3/24/2006 (Attachments: #_1_ 7.1 statement#_2_ statement#_3 Brief)Filed In Associated Cases: 1:21-mc-00100-AKH-THK,1:03-cv-00007-AKH,1:03-cv-08577-AKH,1:04-cv-00491-AKH,1:04-cv-03747 1:04-cv-03800-AKH,1:04-cv-04982-AKH,1:04-cv-04983-AKH,1:04-cv-04984-AKH,1:04-cv-05175-AKH 1:04-cv-05862-AKH,1:04-cv-06726-AKH,1:04-cv-06727-AKH,1:04-cv-06789-AKH,1:04-cv-06889-AKH 1:04-cv-06890-AKH,1:04-cv-06891-AKH,1:04-cv-06892-AKH,1:04-cv-06893-AKH,1:04-cv-07239-AKH |

```
1:04-cv-07293-AKH,1:04-cv-07597-AKH,1:04-cv-07599-AKH,1:04-cv-07601-AKH,1:04-cv-07645-AKH
1:04-cv-07647-AKH,1:04-cv-07725-AKH,1:04-cv-07727-AKH,1:04-cv-07903-AKH,1:04-cv-08034-AKH
1:04-cv-08035-AKH,1:04-cv-08036-AKH,1:04-cv-08096-AKH,1:04-cv-08097-AKH,1:04-cv-08284-AKH
1:04-cv-08285-AKH,1:04-cv-08286-AKH,1:04-cv-08287-AKH,1:04-cv-08288-AKH,1:04-cv-08289-AKH
1:04-cv-08404-AKH,1:04-cv-08431-AKH,1:04-cv-08494-AKH,1:04-cv-08495-AKH,1:04-cv-08496-AKH
1:04-cv-08497-AKH,1:04-cv-08498-AKH,1:04-cv-08499-AKH,1:04-cv-08500-AKH,1:04-cv-08501-AKH
1:04-cv-08502-AKH,1:04-cv-08503-AKH,1:04-cv-08504-AKH,1:04-cv-08505-AKH,1:04-cv-08506-AKH
1:04-cv-08507-AKH,1:04-cv-08508-AKH,1:04-cv-08674-AKH,1:04-cv-08675-AKH,1:04-cv-08676-AKH
1:04-cv-08681-AKH,1:04-cv-08725-AKH,1:04-cv-08726-AKH,1:04-cv-08727-AKH,1:04-cv-08728-AKH
1:04-cv-08729-AKH,1:04-cv-08730-AKH,1:04-cv-08731-AKH,1:04-cv-08732-AKH,1:04-cv-08733-AKH
1:04-cv-08734-AKH,1:04-cv-08735-AKH,1:04-cv-08736-AKH,1:04-cv-08737-AKH,1:04-cv-08738-AKH
1:04-cv-08739-AKH,1:04-cv-08740-AKH,1:04-cv-08741-AKH,1:04-cv-08742-AKH,1:04-cv-08743-AKH
1:04-cv-08744-AKH,1:04-cv-08745-AKH,1:04-cv-08746-AKH,1:04-cv-08747-AKH,1:04-cv-08748-AKH
1:04-cv-08749-AKH,1:04-cv-08750-AKH,1:04-cv-08751-AKH,1:04-cv-08752-AKH,1:04-cv-08753-AKH
1:04-cv-08754-AKH,1:04-cv-08755-AKH,1:04-cv-08756-AKH,1:04-cv-08757-AKH,1:04-cv-08758-AKH
1:04-cv-08770-AKH,1:04-cv-08771-AKH,1:04-cv-08772-AKH,1:04-cv-08773-AKH,1:04-cv-08774-AKH
1:04-cv-08775-AKH,1:04-cv-08776-AKH,1:04-cv-08777-AKH,1:04-cv-08778-AKH,1:04-cv-08779-AKH
1:04-cv-08785-AKH,1:04-cv-08811-AKH,1:04-cv-08812-AKH,1:04-cv-08813-AKH,1:04-cv-08814-AKH
1:04-cv-08815-AKH,1:04-cv-08816-AKH,1:04-cv-08817-AKH,1:04-cv-08841-AKH,1:04-cv-08866-AKH
1:04-cv-08867-AKH,1:04-cv-08868-AKH,1:04-cv-08869-AKH,1:04-cv-08870-AKH,1:04-cv-08871-AKH
1:04-cv-09002-AKH,1:04-cv-09062-AKH,1:04-cv-09081-AKH,1:04-cv-09082-AKH,1:04-cv-09083-AKH
1:04-cv-09116-AKH,1:04-cv-09150-AKH,1:04-cv-09151-AKH,1:04-cv-09152-AKH,1:04-cv-09153-AKH
1:04-cv-09154-AKH,1:04-cv-09155-AKH,1:04-cv-09156-AKH,1:04-cv-09157-AKH,1:04-cv-09158-AKH
1:04-cv-09159-AKH,1:04-cv-09160-AKH,1:04-cv-09161-AKH,1:04-cv-09162-AKH,1:04-cv-09163-AKH
1:04-cv-09164-AKH,1:04-cv-09165-AKH,1:04-cv-09166-AKH,1:04-cv-09167-AKH,1:04-cv-09168-AKH
1:04-cv-09169-AKH,1:04-cv-09170-AKH,1:04-cv-09171-AKH,1:04-cv-09172-AKH,1:04-cv-09173-AKH
1:04-cv-09174-AKH,1:04-cv-09175-AKH,1:04-cv-09176-AKH,1:04-cv-09177-AKH,1:04-cv-09178-AKH
1:04-cv-09179-AKH,1:04-cv-09180-AKH,1:04-cv-09181-AKH,1:04-cv-09182-AKH,1:04-cv-09244-AKH
1:04-cv-09245-AKH,1:04-cv-09247-AKH,1:04-cv-09253-AKH,1:04-cv-09261-AKH,1:04-cv-09272-AKH
1:04-cv-09341-AKH,1:04-cv-09342-AKH,1:04-cv-09343-AKH,1:04-cv-09366-AKH,1:04-cv-09367-AKH
1:04-cv-09368-AKH,1:04-cv-09450-AKH,1:04-cv-09451-AKH,1:04-cv-09818-AKH,1:04-cv-09819-AKH
1:04-cv-09820-AKH,1:04-cv-09821-AKH,1:04-cv-09832-AKH,1:04-cv-09833-AKH,1:04-cv-09834-AKH
1:04-cv-09835-AKH,1:04-cv-09836-AKH,1:04-cv-09837-AKH,1:04-cv-09838-AKH,1:04-cv-09839-AKH
1:04-cv-09840-AKH,1:04-cv-09841-AKH,1:04-cv-09842-AKH,1:04-cv-09843-AKH,1:04-cv-09844-AKH
1:04-cv-09845-AKH,1:04-cv-09846-AKH,1:04-cv-09847-AKH,1:04-cv-09848-AKH,1:04-cv-09849-AKH
1:04-cv-09850-AKH,1:04-cv-09851-AKH,1:04-cv-09852-AKH,1:04-cv-09853-AKH,1:04-cv-09854-AKH
1:04-cv-09855-AKH,1:04-cv-09856-AKH,1:04-cv-09857-AKH,1:04-cv-09902-AKH,1:04-cv-09903-AKH
1:04-cv-09904-AKH,1:04-cv-09905-AKH,1:04-cv-09906-AKH,1:04-cv-09907-AKH,1:04-cv-09908-AKH
1:04-cv-09909-AKH,1:04-cv-09910-AKH,1:04-cv-09987-AKH,1:04-cv-09988-AKH,1:04-cv-09989-AKH
1:04-cv-09990-AKH,1:04-cv-10072-AKH,1:04-cv-10284-AKH,1:05-cv-00117-AKH,1:05-cv-00118-AKH
1:05-cv-00119-AKH,1:05-cv-00184-AKH,1:05-cv-00185-AKH,1:05-cv-00186-AKH,1:05-cv-00193-AKH
1:05-cv-00194-AKH,1:05-cv-00195-AKH,1:05-cv-00209-AKH,1:05-cv-00210-AKH,1:05-cv-00211-AKH
1:05-cv-00212-AKH,1:05-cv-00224-AKH,1:05-cv-00259-AKH,1:05-cv-00264-AKH,1:05-cv-00311-AKH
1:05-cv-00405-AKH,1:05-cv-00406-AKH,1:05-cv-00407-AKH,1:05-cv-00408-AKH,1:05-cv-00409-AKH
1:05-cv-00410-AKH,1:05-cv-00411-AKH,1:05-cv-00412-AKH,1:05-cv-00413-AKH,1:05-cv-00414-AKH
1:05-cv-00415-AKH,1:05-cv-00416-AKH,1:05-cv-00417-AKH,1:05-cv-00418-AKH,1:05-cv-00419-AKH
1:05-cv-00420-AKH,1:05-cv-00421-AKH,1:05-cv-00422-AKH,1:05-cv-00423-AKH,1:05-cv-00424-AKH
1:05-cv-00425-AKH,1:05-cv-00426-AKH,1:05-cv-00665-AKH,1:05-cv-00666-AKH,1:05-cv-00667-AKH
1:05-cv-00668-AKH,1:05-cv-00669-AKH,1:05-cv-00670-AKH,1:05-cv-00671-AKH,1:05-cv-00679-AKH
1:05-cv-00708-AKH,1:05-cv-00719-AKH,1:05-cv-00720-AKH,1:05-cv-00722-AKH,1:05-cv-00724-AKH
1:05-cv-00744-AKH,1:05-cv-00765-AKH,1:05-cv-00766-AKH,1:05-cv-00828-AKH,1:05-cv-00829-AKH
1:05-cv-00830-AKH,1:05-cv-00831-AKH,1:05-cv-00832-AKH,1:05-cv-00833-AKH,1:05-cv-00835-AKH
1:05-cv-00836-AKH,1:05-cv-00837-AKH,1:05-cv-00838-AKH,1:05-cv-00839-AKH,1:05-cv-00840-AKH
1:05-cv-00841-AKH,1:05-cv-00842-AKH,1:05-cv-00843-AKH,1:05-cv-00844-AKH,1:05-cv-00845-AKH
1:05-cv-00846-AKH,1:05-cv-00847-AKH,1:05-cv-00874-AKH,1:05-cv-00920-AKH,1:05-cv-00921-AKH
1:05-cv-01047-AKH,1:05-cv-01048-AKH,1:05-cv-01062-AKH,1:05-cv-01063-AKH,1:05-cv-01064-AKH
1:05-cv-01065-AKH,1:05-cv-01066-AKH,1:05-cv-01067-AKH,1:05-cv-01068-AKH,1:05-cv-01069-AKH
1:05-cv-01070-AKH,1:05-cv-01071-AKH,1:05-cv-01072-AKH,1:05-cv-01073-AKH,1:05-cv-01074-AKH
1:05-cv-01075-AKH,1:05-cv-01076-AKH,1:05-cv-01077-AKH,1:05-cv-01078-AKH,1:05-cv-01079-AKH
1:05-cv-01080-AKH,1:05-cv-01081-AKH,1:05-cv-01082-AKH,1:05-cv-01083-AKH,1:05-cv-01089-AKH
1:05-cv-01094-AKH,1:05-cv-01095-AKH,1:05-cv-01096-AKH,1:05-cv-01097-AKH,1:05-cv-01098-AKH
1:05-cv-01099-AKH,1:05-cv-01100-AKH,1:05-cv-01101-AKH,1:05-cv-01102-AKH,1:05-cv-01103-AKH
1:05-cv-01104-AKH,1:05-cv-01105-AKH,1:05-cv-01106-AKH,1:05-cv-01107-AKH,1:05-cv-01108-AKH
1:05-cv-01109-AKH,1:05-cv-01110-AKH,1:05-cv-01111-AKH,1:05-cv-01112-AKH,1:05-cv-01113-AKH
```

1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH

1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH

1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
Douglas) (Entered: 02/17/2006)

| 2/17/2006 | 386 | MEMORANDUM OF LAW in Support re: 383 MOTION to Dismiss. *Based on Federal Immunity*. Document filed of New York, Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Leas Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction Inter L.L.C., AMEC Construction Management, Inc., Tully Construction Co., Inc., AMEC Construction Management, In Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consulting Corp., T Environmental Inc., Tully Industries, Inc., Turner Construction Co., Bechtel Associates Professiona;l Corporation, B Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Lend Lease Inc., Turner/Plaza, A Joint Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH

1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH

1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH

1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH

1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
James) (Entered: 02/17/2006)

| 02/17/2006 | 387 | MOTION for Summary Judgment. Document filed by Westfield America, Inc., Westfield Corporation, Inc., Westfi… Holding LLC., Westfield WTC LLC., Westfield America, Inc., Westfield Corporation, Inc.. Responses due by 3/24/… (Attachments: # 1 Statement of Undisputed Facts)Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747…
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH

1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH

1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH

1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH

1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
Peter) (Entered: 02/17/2006)

| 2/17/2006 | 388 | MOTION for Judgment on the Pleadings *Based on State Statutory Immunity*. Document filed by The Port Authority York &New Jersey, The Port Authority of New York and New Jersey, The Port Authority of New York and New Je Responses due by 3/24/2006 Filed In Associated Cases: |
|---|---|---|

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH

1:05-cv-00420-AKH,1:05-cv-00421-AKH,1:05-cv-00422-AKH,1:05-cv-00423-AKH,1:05-cv-00424-AKH
1:05-cv-00425-AKH,1:05-cv-00426-AKH,1:05-cv-00665-AKH,1:05-cv-00666-AKH,1:05-cv-00667-AKH
1:05-cv-00668-AKH,1:05-cv-00669-AKH,1:05-cv-00670-AKH,1:05-cv-00671-AKH,1:05-cv-00679-AKH
1:05-cv-00708-AKH,1:05-cv-00719-AKH,1:05-cv-00720-AKH,1:05-cv-00722-AKH,1:05-cv-00724-AKH
1:05-cv-00744-AKH,1:05-cv-00765-AKH,1:05-cv-00766-AKH,1:05-cv-00828-AKH,1:05-cv-00829-AKH
1:05-cv-00830-AKH,1:05-cv-00831-AKH,1:05-cv-00832-AKH,1:05-cv-00833-AKH,1:05-cv-00835-AKH
1:05-cv-00836-AKH,1:05-cv-00837-AKH,1:05-cv-00838-AKH,1:05-cv-00839-AKH,1:05-cv-00840-AKH
1:05-cv-00841-AKH,1:05-cv-00842-AKH,1:05-cv-00843-AKH,1:05-cv-00844-AKH,1:05-cv-00845-AKH
1:05-cv-00846-AKH,1:05-cv-00847-AKH,1:05-cv-00874-AKH,1:05-cv-00920-AKH,1:05-cv-00921-AKH
1:05-cv-01047-AKH,1:05-cv-01048-AKH,1:05-cv-01062-AKH,1:05-cv-01063-AKH,1:05-cv-01064-AKH
1:05-cv-01065-AKH,1:05-cv-01066-AKH,1:05-cv-01067-AKH,1:05-cv-01068-AKH,1:05-cv-01069-AKH
1:05-cv-01070-AKH,1:05-cv-01071-AKH,1:05-cv-01072-AKH,1:05-cv-01073-AKH,1:05-cv-01074-AKH
1:05-cv-01075-AKH,1:05-cv-01076-AKH,1:05-cv-01077-AKH,1:05-cv-01078-AKH,1:05-cv-01079-AKH
1:05-cv-01080-AKH,1:05-cv-01081-AKH,1:05-cv-01082-AKH,1:05-cv-01083-AKH,1:05-cv-01089-AKH
1:05-cv-01094-AKH,1:05-cv-01095-AKH,1:05-cv-01096-AKH,1:05-cv-01097-AKH,1:05-cv-01098-AKH
1:05-cv-01099-AKH,1:05-cv-01100-AKH,1:05-cv-01101-AKH,1:05-cv-01102-AKH,1:05-cv-01103-AKH
1:05-cv-01104-AKH,1:05-cv-01105-AKH,1:05-cv-01106-AKH,1:05-cv-01107-AKH,1:05-cv-01108-AKH
1:05-cv-01109-AKH,1:05-cv-01110-AKH,1:05-cv-01111-AKH,1:05-cv-01112-AKH,1:05-cv-01113-AKH
1:05-cv-01114-AKH,1:05-cv-01115-AKH,1:05-cv-01116-AKH,1:05-cv-01117-AKH,1:05-cv-01118-AKH
1:05-cv-01119-AKH,1:05-cv-01120-AKH,1:05-cv-01121-AKH,1:05-cv-01122-AKH,1:05-cv-01123-AKH
1:05-cv-01124-AKH,1:05-cv-01125-AKH,1:05-cv-01126-AKH,1:05-cv-01127-AKH,1:05-cv-01128-AKH
1:05-cv-01129-AKH,1:05-cv-01130-AKH,1:05-cv-01131-AKH,1:05-cv-01132-AKH,1:05-cv-01133-AKH
1:05-cv-01134-AKH,1:05-cv-01135-AKH,1:05-cv-01136-AKH,1:05-cv-01137-AKH,1:05-cv-01170-AKH
1:05-cv-01171-AKH,1:05-cv-01172-AKH,1:05-cv-01173-AKH,1:05-cv-01174-AKH,1:05-cv-01180-AKH
1:05-cv-01181-AKH,1:05-cv-01182-AKH,1:05-cv-01183-AKH,1:05-cv-01184-AKH,1:05-cv-01185-AKH
1:05-cv-01186-AKH,1:05-cv-01187-AKH,1:05-cv-01188-AKH,1:05-cv-01189-AKH,1:05-cv-01190-AKH
1:05-cv-01191-AKH,1:05-cv-01192-AKH,1:05-cv-01193-AKH,1:05-cv-01194-AKH,1:05-cv-01195-AKH
1:05-cv-01196-AKH,1:05-cv-01197-AKH,1:05-cv-01198-AKH,1:05-cv-01199-AKH,1:05-cv-01200-AKH
1:05-cv-01201-AKH,1:05-cv-01202-AKH,1:05-cv-01203-AKH,1:05-cv-01204-AKH,1:05-cv-01205-AKH
1:05-cv-01206-AKH,1:05-cv-01207-AKH,1:05-cv-01208-AKH,1:05-cv-01209-AKH,1:05-cv-01210-AKH
1:05-cv-01211-AKH,1:05-cv-01212-AKH,1:05-cv-01213-AKH,1:05-cv-01214-AKH,1:05-cv-01215-AKH
1:05-cv-01216-AKH,1:05-cv-01217-AKH,1:05-cv-01218-AKH,1:05-cv-01219-AKH,1:05-cv-01220-AKH
1:05-cv-01221-AKH,1:05-cv-01222-AKH,1:05-cv-01223-AKH,1:05-cv-01224-AKH,1:05-cv-01225-AKH
1:05-cv-01226-AKH,1:05-cv-01227-AKH,1:05-cv-01228-AKH,1:05-cv-01229-AKH,1:05-cv-01230-AKH
1:05-cv-01231-AKH,1:05-cv-01232-AKH,1:05-cv-01233-AKH,1:05-cv-01234-AKH,1:05-cv-01235-AKH
1:05-cv-01236-AKH,1:05-cv-01237-AKH,1:05-cv-01238-AKH,1:05-cv-01239-AKH,1:05-cv-01240-AKH
1:05-cv-01241-AKH,1:05-cv-01242-AKH,1:05-cv-01243-AKH,1:05-cv-01244-AKH,1:05-cv-01245-AKH
1:05-cv-01246-AKH,1:05-cv-01247-AKH,1:05-cv-01248-AKH,1:05-cv-01249-AKH,1:05-cv-01250-AKH
1:05-cv-01251-AKH,1:05-cv-01252-AKH,1:05-cv-01253-AKH,1:05-cv-01254-AKH,1:05-cv-01255-AKH
1:05-cv-01256-AKH,1:05-cv-01257-AKH,1:05-cv-01258-AKH,1:05-cv-01259-AKH,1:05-cv-01260-AKH
1:05-cv-01261-AKH,1:05-cv-01262-AKH,1:05-cv-01263-AKH,1:05-cv-01264-AKH,1:05-cv-01265-AKH
1:05-cv-01266-AKH,1:05-cv-01267-AKH,1:05-cv-01268-AKH,1:05-cv-01269-AKH,1:05-cv-01270-AKH
1:05-cv-01271-AKH,1:05-cv-01272-AKH,1:05-cv-01273-AKH,1:05-cv-01274-AKH,1:05-cv-01275-AKH
1:05-cv-01276-AKH,1:05-cv-01277-AKH,1:05-cv-01278-AKH,1:05-cv-01279-AKH,1:05-cv-01280-AKH
1:05-cv-01281-AKH,1:05-cv-01282-AKH,1:05-cv-01283-AKH,1:05-cv-01284-AKH,1:05-cv-01294-AKH
1:05-cv-01326-AKH,1:05-cv-01327-AKH,1:05-cv-01328-AKH,1:05-cv-01329-AKH,1:05-cv-01330-AKH
1:05-cv-01331-AKH,1:05-cv-01332-AKH,1:05-cv-01333-AKH,1:05-cv-01334-AKH,1:05-cv-01335-AKH
1:05-cv-01336-AKH,1:05-cv-01337-AKH,1:05-cv-01338-AKH,1:05-cv-01339-AKH,1:05-cv-01340-AKH
1:05-cv-01342-AKH,1:05-cv-01344-AKH,1:05-cv-01345-AKH,1:05-cv-01347-AKH,1:05-cv-01349-AKH
1:05-cv-01350-AKH,1:05-cv-01352-AKH,1:05-cv-01354-AKH,1:05-cv-01355-AKH,1:05-cv-01359-AKH
1:05-cv-01361-AKH,1:05-cv-01362-AKH,1:05-cv-01363-AKH,1:05-cv-01364-AKH,1:05-cv-01365-AKH
1:05-cv-01367-AKH,1:05-cv-01369-AKH,1:05-cv-01371-AKH,1:05-cv-01372-AKH,1:05-cv-01375-AKH
1:05-cv-01377-AKH,1:05-cv-01379-AKH,1:05-cv-01380-AKH,1:05-cv-01382-AKH,1:05-cv-01383-AKH
1:05-cv-01384-AKH,1:05-cv-01385-AKH,1:05-cv-01387-AKH,1:05-cv-01392-AKH,1:05-cv-01394-AKH
1:05-cv-01396-AKH,1:05-cv-01397-AKH,1:05-cv-01399-AKH,1:05-cv-01401-AKH,1:05-cv-01405-AKH
1:05-cv-01408-AKH,1:05-cv-01410-AKH,1:05-cv-01412-AKH,1:05-cv-01417-AKH,1:05-cv-01418-AKH
1:05-cv-01420-AKH,1:05-cv-01422-AKH,1:05-cv-01424-AKH,1:05-cv-01425-AKH,1:05-cv-01426-AKH
1:05-cv-01427-AKH,1:05-cv-01428-AKH,1:05-cv-01429-AKH,1:05-cv-01430-AKH,1:05-cv-01432-AKH
1:05-cv-01433-AKH,1:05-cv-01434-AKH,1:05-cv-01436-AKH,1:05-cv-01437-AKH,1:05-cv-01438-AKH
1:05-cv-01440-AKH,1:05-cv-01442-AKH,1:05-cv-01451-AKH,1:05-cv-01452-AKH,1:05-cv-01462-AKH
1:05-cv-01463-AKH,1:05-cv-01464-AKH,1:05-cv-01465-AKH,1:05-cv-01466-AKH,1:05-cv-01467-AKH
1:05-cv-01468-AKH,1:05-cv-01469-AKH,1:05-cv-01470-AKH,1:05-cv-01471-AKH,1:05-cv-01472-AKH
1:05-cv-01473-AKH,1:05-cv-01474-AKH,1:05-cv-01475-AKH,1:05-cv-01476-AKH,1:05-cv-01477-AKH
1:05-cv-01478-AKH,1:05-cv-01479-AKH,1:05-cv-01480-AKH,1:05-cv-01481-AKH,1:05-cv-01482-AKH

1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH

1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
Thomas) (Entered: 02/17/2006)

| | | |
|---|---|---|
| 02/17/2006 | 389 | MEMORANDUM OF LAW in Support re: 387 MOTION for Summary Judgment.. Document filed by Westfield A Inc., Westfield Corporation, Inc., Westfield WTC Holding LLC., Westfield WTC LLC., Westfield America, Inc., W Corporation, Inc.. Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH |

```
1:04-cv-06890-AKH,1:04-cv-06891-AKH,1:04-cv-06892-AKH,1:04-cv-06893-AKH,1:04-cv-07239-AKH
1:04-cv-07293-AKH,1:04-cv-07597-AKH,1:04-cv-07599-AKH,1:04-cv-07601-AKH,1:04-cv-07645-AKH
1:04-cv-07647-AKH,1:04-cv-07725-AKH,1:04-cv-07727-AKH,1:04-cv-07903-AKH,1:04-cv-08034-AKH
1:04-cv-08035-AKH,1:04-cv-08036-AKH,1:04-cv-08096-AKH,1:04-cv-08097-AKH,1:04-cv-08284-AKH
1:04-cv-08285-AKH,1:04-cv-08286-AKH,1:04-cv-08287-AKH,1:04-cv-08288-AKH,1:04-cv-08289-AKH
1:04-cv-08404-AKH,1:04-cv-08431-AKH,1:04-cv-08494-AKH,1:04-cv-08495-AKH,1:04-cv-08496-AKH
1:04-cv-08497-AKH,1:04-cv-08498-AKH,1:04-cv-08499-AKH,1:04-cv-08500-AKH,1:04-cv-08501-AKH
1:04-cv-08502-AKH,1:04-cv-08503-AKH,1:04-cv-08504-AKH,1:04-cv-08505-AKH,1:04-cv-08506-AKH
1:04-cv-08507-AKH,1:04-cv-08508-AKH,1:04-cv-08674-AKH,1:04-cv-08675-AKH,1:04-cv-08676-AKH
1:04-cv-08681-AKH,1:04-cv-08725-AKH,1:04-cv-08726-AKH,1:04-cv-08727-AKH,1:04-cv-08728-AKH
1:04-cv-08729-AKH,1:04-cv-08730-AKH,1:04-cv-08731-AKH,1:04-cv-08732-AKH,1:04-cv-08733-AKH
1:04-cv-08734-AKH,1:04-cv-08735-AKH,1:04-cv-08736-AKH,1:04-cv-08737-AKH,1:04-cv-08738-AKH
1:04-cv-08739-AKH,1:04-cv-08740-AKH,1:04-cv-08741-AKH,1:04-cv-08742-AKH,1:04-cv-08743-AKH
1:04-cv-08744-AKH,1:04-cv-08745-AKH,1:04-cv-08746-AKH,1:04-cv-08747-AKH,1:04-cv-08748-AKH
1:04-cv-08749-AKH,1:04-cv-08750-AKH,1:04-cv-08751-AKH,1:04-cv-08752-AKH,1:04-cv-08753-AKH
1:04-cv-08754-AKH,1:04-cv-08755-AKH,1:04-cv-08756-AKH,1:04-cv-08757-AKH,1:04-cv-08758-AKH
1:04-cv-08770-AKH,1:04-cv-08771-AKH,1:04-cv-08772-AKH,1:04-cv-08773-AKH,1:04-cv-08774-AKH
1:04-cv-08775-AKH,1:04-cv-08776-AKH,1:04-cv-08777-AKH,1:04-cv-08778-AKH,1:04-cv-08779-AKH
1:04-cv-08785-AKH,1:04-cv-08811-AKH,1:04-cv-08812-AKH,1:04-cv-08813-AKH,1:04-cv-08814-AKH
1:04-cv-08815-AKH,1:04-cv-08816-AKH,1:04-cv-08817-AKH,1:04-cv-08841-AKH,1:04-cv-08866-AKH
1:04-cv-08867-AKH,1:04-cv-08868-AKH,1:04-cv-08869-AKH,1:04-cv-08870-AKH,1:04-cv-08871-AKH
1:04-cv-09002-AKH,1:04-cv-09062-AKH,1:04-cv-09081-AKH,1:04-cv-09082-AKH,1:04-cv-09083-AKH
1:04-cv-09116-AKH,1:04-cv-09150-AKH,1:04-cv-09151-AKH,1:04-cv-09152-AKH,1:04-cv-09153-AKH
1:04-cv-09154-AKH,1:04-cv-09155-AKH,1:04-cv-09156-AKH,1:04-cv-09157-AKH,1:04-cv-09158-AKH
1:04-cv-09159-AKH,1:04-cv-09160-AKH,1:04-cv-09161-AKH,1:04-cv-09162-AKH,1:04-cv-09163-AKH
1:04-cv-09164-AKH,1:04-cv-09165-AKH,1:04-cv-09166-AKH,1:04-cv-09167-AKH,1:04-cv-09168-AKH
1:04-cv-09169-AKH,1:04-cv-09170-AKH,1:04-cv-09171-AKH,1:04-cv-09172-AKH,1:04-cv-09173-AKH
1:04-cv-09174-AKH,1:04-cv-09175-AKH,1:04-cv-09176-AKH,1:04-cv-09177-AKH,1:04-cv-09178-AKH
1:04-cv-09179-AKH,1:04-cv-09180-AKH,1:04-cv-09181-AKH,1:04-cv-09182-AKH,1:04-cv-09244-AKH
1:04-cv-09245-AKH,1:04-cv-09247-AKH,1:04-cv-09253-AKH,1:04-cv-09261-AKH,1:04-cv-09272-AKH
1:04-cv-09341-AKH,1:04-cv-09342-AKH,1:04-cv-09343-AKH,1:04-cv-09366-AKH,1:04-cv-09367-AKH
1:04-cv-09368-AKH,1:04-cv-09450-AKH,1:04-cv-09451-AKH,1:04-cv-09818-AKH,1:04-cv-09819-AKH
1:04-cv-09820-AKH,1:04-cv-09821-AKH,1:04-cv-09832-AKH,1:04-cv-09833-AKH,1:04-cv-09834-AKH
1:04-cv-09835-AKH,1:04-cv-09836-AKH,1:04-cv-09837-AKH,1:04-cv-09838-AKH,1:04-cv-09839-AKH
1:04-cv-09840-AKH,1:04-cv-09841-AKH,1:04-cv-09842-AKH,1:04-cv-09843-AKH,1:04-cv-09844-AKH
1:04-cv-09845-AKH,1:04-cv-09846-AKH,1:04-cv-09847-AKH,1:04-cv-09848-AKH,1:04-cv-09849-AKH
1:04-cv-09850-AKH,1:04-cv-09851-AKH,1:04-cv-09852-AKH,1:04-cv-09853-AKH,1:04-cv-09854-AKH
1:04-cv-09855-AKH,1:04-cv-09856-AKH,1:04-cv-09857-AKH,1:04-cv-09902-AKH,1:04-cv-09903-AKH
1:04-cv-09904-AKH,1:04-cv-09905-AKH,1:04-cv-09906-AKH,1:04-cv-09907-AKH,1:04-cv-09908-AKH
1:04-cv-09909-AKH,1:04-cv-09910-AKH,1:04-cv-09987-AKH,1:04-cv-09988-AKH,1:04-cv-09989-AKH
1:04-cv-09990-AKH,1:04-cv-10072-AKH,1:04-cv-10284-AKH,1:05-cv-00117-AKH,1:05-cv-00118-AKH
1:05-cv-00119-AKH,1:05-cv-00184-AKH,1:05-cv-00185-AKH,1:05-cv-00186-AKH,1:05-cv-00193-AKH
1:05-cv-00194-AKH,1:05-cv-00195-AKH,1:05-cv-00209-AKH,1:05-cv-00210-AKH,1:05-cv-00211-AKH
1:05-cv-00212-AKH,1:05-cv-00224-AKH,1:05-cv-00259-AKH,1:05-cv-00264-AKH,1:05-cv-00311-AKH
1:05-cv-00405-AKH,1:05-cv-00406-AKH,1:05-cv-00407-AKH,1:05-cv-00408-AKH,1:05-cv-00409-AKH
1:05-cv-00410-AKH,1:05-cv-00411-AKH,1:05-cv-00412-AKH,1:05-cv-00413-AKH,1:05-cv-00414-AKH
1:05-cv-00415-AKH,1:05-cv-00416-AKH,1:05-cv-00417-AKH,1:05-cv-00418-AKH,1:05-cv-00419-AKH
1:05-cv-00420-AKH,1:05-cv-00421-AKH,1:05-cv-00422-AKH,1:05-cv-00423-AKH,1:05-cv-00424-AKH
1:05-cv-00425-AKH,1:05-cv-00426-AKH,1:05-cv-00665-AKH,1:05-cv-00666-AKH,1:05-cv-00667-AKH
1:05-cv-00668-AKH,1:05-cv-00669-AKH,1:05-cv-00670-AKH,1:05-cv-00671-AKH,1:05-cv-00679-AKH
1:05-cv-00708-AKH,1:05-cv-00719-AKH,1:05-cv-00720-AKH,1:05-cv-00722-AKH,1:05-cv-00724-AKH
1:05-cv-00744-AKH,1:05-cv-00765-AKH,1:05-cv-00766-AKH,1:05-cv-00828-AKH,1:05-cv-00829-AKH
1:05-cv-00830-AKH,1:05-cv-00831-AKH,1:05-cv-00832-AKH,1:05-cv-00833-AKH,1:05-cv-00835-AKH
1:05-cv-00836-AKH,1:05-cv-00837-AKH,1:05-cv-00838-AKH,1:05-cv-00839-AKH,1:05-cv-00840-AKH
1:05-cv-00841-AKH,1:05-cv-00842-AKH,1:05-cv-00843-AKH,1:05-cv-00844-AKH,1:05-cv-00845-AKH
1:05-cv-00846-AKH,1:05-cv-00847-AKH,1:05-cv-00874-AKH,1:05-cv-00920-AKH,1:05-cv-00921-AKH
1:05-cv-01047-AKH,1:05-cv-01048-AKH,1:05-cv-01062-AKH,1:05-cv-01063-AKH,1:05-cv-01064-AKH
1:05-cv-01065-AKH,1:05-cv-01066-AKH,1:05-cv-01067-AKH,1:05-cv-01068-AKH,1:05-cv-01069-AKH
1:05-cv-01070-AKH,1:05-cv-01071-AKH,1:05-cv-01072-AKH,1:05-cv-01073-AKH,1:05-cv-01074-AKH
1:05-cv-01075-AKH,1:05-cv-01076-AKH,1:05-cv-01077-AKH,1:05-cv-01078-AKH,1:05-cv-01079-AKH
1:05-cv-01080-AKH,1:05-cv-01081-AKH,1:05-cv-01082-AKH,1:05-cv-01083-AKH,1:05-cv-01089-AKH
1:05-cv-01094-AKH,1:05-cv-01095-AKH,1:05-cv-01096-AKH,1:05-cv-01097-AKH,1:05-cv-01098-AKH
1:05-cv-01099-AKH,1:05-cv-01100-AKH,1:05-cv-01101-AKH,1:05-cv-01102-AKH,1:05-cv-01103-AKH
1:05-cv-01104-AKH,1:05-cv-01105-AKH,1:05-cv-01106-AKH,1:05-cv-01107-AKH,1:05-cv-01108-AKH
```

1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH

1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH

1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
Peter) (Entered: 02/17/2006)

| 2/17/2006 | 390 | RULE 56.1 STATEMENT. Document filed by City of New York, Bovis Holdings Limited, Bovis International, Inc., Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Tully Construction Co., Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bechtel Associates Professional Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Lend Lease Inc., Turner/Plaza, A Joint Venture. (Attachments: #_1 Appendix Index to Defendants Joint Appendix#_2 Joint Appendix filed separately)Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH |

1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH

1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH

1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH

1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
James) (Entered: 02/17/2006)

| 2/17/2006 | 391 | DECLARATION of James E. Tyrrell, Jr. in Support re: 383 MOTION to Dismiss.. Document filed by City of New |

Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., B
Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction International, L
AMEC Construction Management, Inc., Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza
Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consulting Corp., T
Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bovis Lend Lease, Inc., and Tully Construction C
Bechtel Associates Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmen
Bovis Lend Lease Inc., Turner/Plaza, A Joint Venture. (Attachments: #1 Declaration of Marguerite M. Sullivan in S
of Westfield Defendants Motion for Summary Judgment#2 Affidavit of Charles F. Rysavy in Support of Con Ed De
Motion for Summary Judgment)Filed In Associated Cases:
1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH

1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH

```
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
```

1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH

1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
James) (Entered: 02/17/2006)

| 2/17/2006 | 392 | MOTION for Summary Judgment *Based on Federal Immunity*. Document filed by The Port Authority of New York |

MOTION for Summary Judgment *Based on Federal Immunity*. Document filed by The Port Authority of New York
Jersey, World Trade Center Properties LLC, 1 WTC Holdings, L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdi
L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L
World Trade Center, L.L.C., Silverstein Properties, Silverstein Properties, Inc., Silverstein WTC Management Co., l
Silverstein WTC Properties, L.L.C., Silverstein WTC, L.L.C., Silverstein Properties, Inc., Silverstein Properties, Inc
Silverstein Properties, Inc., The Port Authority of New York and New Jersey, The Port Authority of New York and
Jersey, Silverstein Properties, Inc., Silverstein Properties, Inc.,, 1 WTC Holdings L.L.C., 1 World Trade Center, L.L
WTC Holdings L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 W
Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein WTC Facility Manager, L.L.C.,
Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties,
World Trade Center Properties, L.L.C.. Responses due by 3/24/2006 Filed In Associated Cases:
1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH

1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH

1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH

```
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
```

1:05-cv-10752-AKH,1:06-cv-00060-AKH,1:06-cv-00061-AKH,1:06-cv-00062-AKH,1:06-cv-00063-AKH
1:06-cv-00064-AKH,1:06-cv-00065-AKH,1:06-cv-00066-AKH,1:06-cv-00067-AKH,1:06-cv-00068-AKH
1:06-cv-00069-AKH,1:06-cv-00070-AKH,1:06-cv-00123-AKH,1:06-cv-00124-AKH,1:06-cv-00125-AKH
1:06-cv-00126-AKH,1:06-cv-00127-AKH,1:06-cv-00128-AKH,1:06-cv-00129-AKH,1:06-cv-00130-AKH
1:06-cv-00131-AKH,1:06-cv-00132-AKH,1:06-cv-00133-AKH,1:06-cv-00140-AKH,1:06-cv-00177-AKH
1:06-cv-00459-AKH,1:06-cv-00645-AKH,1:06-cv-00646-AKH,1:06-cv-00647-AKH,1:06-cv-00735-AKH
1:06-cv-00736-AKH,1:06-cv-00816-AKH,1:06-cv-00817-AKH,1:06-cv-00819-AKH,1:06-cv-00820-AKH
1:06-cv-00821-AKH,1:06-cv-00995-AKH,1:06-cv-01099-AKH,1:06-cv-01100-AKH,1:06-cv-01102-AKH
Thomas) (Entered: 02/17/2006)

| 2/17/2006 | 393 | CERTIFICATE OF SERVICE. Document filed by City of New York, Bovis Holdings Limited, Bovis International, Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc Construction Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza Construction Corp., Plaza Construction Mana Corp., Tully Construction Company, Tully Consulting Corp., Tully Environmental Corp., Tully Industries, Inc., Bech Associates Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Lend Lease Inc., Turner/Plaza, A Joint Venture. Filed In Associated Cases: |

1:21-mc-00100-AKH-THK,1:03-cv-00007-AKH,1:03-cv-08577-AKH,1:04-cv-00491-AKH,1:04-cv-03747
1:04-cv-03800-AKH,1:04-cv-04982-AKH,1:04-cv-04983-AKH,1:04-cv-04984-AKH,1:04-cv-05175-AKH
1:04-cv-05862-AKH,1:04-cv-06726-AKH,1:04-cv-06727-AKH,1:04-cv-06789-AKH,1:04-cv-06889-AKH
1:04-cv-06890-AKH,1:04-cv-06891-AKH,1:04-cv-06892-AKH,1:04-cv-06893-AKH,1:04-cv-07239-AKH
1:04-cv-07293-AKH,1:04-cv-07597-AKH,1:04-cv-07599-AKH,1:04-cv-07601-AKH,1:04-cv-07645-AKH
1:04-cv-07647-AKH,1:04-cv-07725-AKH,1:04-cv-07727-AKH,1:04-cv-07903-AKH,1:04-cv-08034-AKH
1:04-cv-08035-AKH,1:04-cv-08036-AKH,1:04-cv-08096-AKH,1:04-cv-08097-AKH,1:04-cv-08284-AKH
1:04-cv-08285-AKH,1:04-cv-08286-AKH,1:04-cv-08287-AKH,1:04-cv-08288-AKH,1:04-cv-08289-AKH
1:04-cv-08404-AKH,1:04-cv-08431-AKH,1:04-cv-08494-AKH,1:04-cv-08495-AKH,1:04-cv-08496-AKH
1:04-cv-08497-AKH,1:04-cv-08498-AKH,1:04-cv-08499-AKH,1:04-cv-08500-AKH,1:04-cv-08501-AKH
1:04-cv-08502-AKH,1:04-cv-08503-AKH,1:04-cv-08504-AKH,1:04-cv-08505-AKH,1:04-cv-08506-AKH
1:04-cv-08507-AKH,1:04-cv-08508-AKH,1:04-cv-08674-AKH,1:04-cv-08675-AKH,1:04-cv-08676-AKH
1:04-cv-08681-AKH,1:04-cv-08725-AKH,1:04-cv-08726-AKH,1:04-cv-08727-AKH,1:04-cv-08728-AKH
1:04-cv-08729-AKH,1:04-cv-08730-AKH,1:04-cv-08731-AKH,1:04-cv-08732-AKH,1:04-cv-08733-AKH
1:04-cv-08734-AKH,1:04-cv-08735-AKH,1:04-cv-08736-AKH,1:04-cv-08737-AKH,1:04-cv-08738-AKH
1:04-cv-08739-AKH,1:04-cv-08740-AKH,1:04-cv-08741-AKH,1:04-cv-08742-AKH,1:04-cv-08743-AKH
1:04-cv-08744-AKH,1:04-cv-08745-AKH,1:04-cv-08746-AKH,1:04-cv-08747-AKH,1:04-cv-08748-AKH
1:04-cv-08749-AKH,1:04-cv-08750-AKH,1:04-cv-08751-AKH,1:04-cv-08752-AKH,1:04-cv-08753-AKH
1:04-cv-08754-AKH,1:04-cv-08755-AKH,1:04-cv-08756-AKH,1:04-cv-08757-AKH,1:04-cv-08758-AKH
1:04-cv-08770-AKH,1:04-cv-08771-AKH,1:04-cv-08772-AKH,1:04-cv-08773-AKH,1:04-cv-08774-AKH
1:04-cv-08775-AKH,1:04-cv-08776-AKH,1:04-cv-08777-AKH,1:04-cv-08778-AKH,1:04-cv-08779-AKH
1:04-cv-08785-AKH,1:04-cv-08811-AKH,1:04-cv-08812-AKH,1:04-cv-08813-AKH,1:04-cv-08814-AKH
1:04-cv-08815-AKH,1:04-cv-08816-AKH,1:04-cv-08817-AKH,1:04-cv-08841-AKH,1:04-cv-08866-AKH
1:04-cv-08867-AKH,1:04-cv-08868-AKH,1:04-cv-08869-AKH,1:04-cv-08870-AKH,1:04-cv-08871-AKH
1:04-cv-09002-AKH,1:04-cv-09062-AKH,1:04-cv-09081-AKH,1:04-cv-09082-AKH,1:04-cv-09083-AKH
1:04-cv-09116-AKH,1:04-cv-09150-AKH,1:04-cv-09151-AKH,1:04-cv-09152-AKH,1:04-cv-09153-AKH
1:04-cv-09154-AKH,1:04-cv-09155-AKH,1:04-cv-09156-AKH,1:04-cv-09157-AKH,1:04-cv-09158-AKH
1:04-cv-09159-AKH,1:04-cv-09160-AKH,1:04-cv-09161-AKH,1:04-cv-09162-AKH,1:04-cv-09163-AKH
1:04-cv-09164-AKH,1:04-cv-09165-AKH,1:04-cv-09166-AKH,1:04-cv-09167-AKH,1:04-cv-09168-AKH
1:04-cv-09169-AKH,1:04-cv-09170-AKH,1:04-cv-09171-AKH,1:04-cv-09172-AKH,1:04-cv-09173-AKH
1:04-cv-09174-AKH,1:04-cv-09175-AKH,1:04-cv-09176-AKH,1:04-cv-09177-AKH,1:04-cv-09178-AKH
1:04-cv-09179-AKH,1:04-cv-09180-AKH,1:04-cv-09181-AKH,1:04-cv-09182-AKH,1:04-cv-09244-AKH
1:04-cv-09245-AKH,1:04-cv-09247-AKH,1:04-cv-09253-AKH,1:04-cv-09261-AKH,1:04-cv-09272-AKH
1:04-cv-09341-AKH,1:04-cv-09342-AKH,1:04-cv-09343-AKH,1:04-cv-09366-AKH,1:04-cv-09367-AKH
1:04-cv-09368-AKH,1:04-cv-09450-AKH,1:04-cv-09451-AKH,1:04-cv-09818-AKH,1:04-cv-09819-AKH
1:04-cv-09820-AKH,1:04-cv-09821-AKH,1:04-cv-09832-AKH,1:04-cv-09833-AKH,1:04-cv-09834-AKH
1:04-cv-09835-AKH,1:04-cv-09836-AKH,1:04-cv-09837-AKH,1:04-cv-09838-AKH,1:04-cv-09839-AKH
1:04-cv-09840-AKH,1:04-cv-09841-AKH,1:04-cv-09842-AKH,1:04-cv-09843-AKH,1:04-cv-09844-AKH
1:04-cv-09845-AKH,1:04-cv-09846-AKH,1:04-cv-09847-AKH,1:04-cv-09848-AKH,1:04-cv-09849-AKH
1:04-cv-09850-AKH,1:04-cv-09851-AKH,1:04-cv-09852-AKH,1:04-cv-09853-AKH,1:04-cv-09854-AKH
1:04-cv-09855-AKH,1:04-cv-09856-AKH,1:04-cv-09857-AKH,1:04-cv-09902-AKH,1:04-cv-09903-AKH
1:04-cv-09904-AKH,1:04-cv-09905-AKH,1:04-cv-09906-AKH,1:04-cv-09907-AKH,1:04-cv-09908-AKH
1:04-cv-09909-AKH,1:04-cv-09910-AKH,1:04-cv-09987-AKH,1:04-cv-09988-AKH,1:04-cv-09989-AKH
1:04-cv-09990-AKH,1:04-cv-10072-AKH,1:04-cv-10284-AKH,1:05-cv-00117-AKH,1:05-cv-00118-AKH
1:05-cv-00119-AKH,1:05-cv-00184-AKH,1:05-cv-00185-AKH,1:05-cv-00186-AKH,1:05-cv-00193-AKH
1:05-cv-00194-AKH,1:05-cv-00195-AKH,1:05-cv-00209-AKH,1:05-cv-00210-AKH,1:05-cv-00211-AKH
1:05-cv-00212-AKH,1:05-cv-00224-AKH,1:05-cv-00259-AKH,1:05-cv-00264-AKH,1:05-cv-00311-AKH
1:05-cv-00405-AKH,1:05-cv-00406-AKH,1:05-cv-00407-AKH,1:05-cv-00408-AKH,1:05-cv-00409-AKH

1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH

1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH

1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
James) (Entered: 02/17/2006)

| | | |
|---|---|---|
| 2/17/2006 | 394 | MOTION for Summary Judgment *Based Upon Status as Out–of–Possession Lessees*. Document filed by World Tr Center Properties LLC, 1 WTC Holdings, L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade C L.L.C., Silverstein Properties, Silverstein Properties, Inc., Silverstein WTC Management Co., L.L.C., Silverstein W |

Properties, L.L.C., Silverstein WTC, L.L.C., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Prop
Inc., Silverstein Properties, Inc., Silverstein Properties, Inc.,, 1 WTC Holdings L.L.C., 1 World Trade Center, L.L.C.
Holdings L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC H
L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein WTC Facility Manager, L.L.C., Silverstein
Facility Manager, L.L.C., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., World Tr
Center Properties, L.L.C.. Responses due by 3/24/2006 Filed In Associated Cases:
1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747
1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH
1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH
1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH
1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH
1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH
1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH
1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH
1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH
1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH
1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH
1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH
1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH
1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH
1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH
1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH
1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH
1:04−cv−08749−AKH,1:04−cv−08750−AKH,1:04−cv−08751−AKH,1:04−cv−08752−AKH,1:04−cv−08753−AKH
1:04−cv−08754−AKH,1:04−cv−08755−AKH,1:04−cv−08756−AKH,1:04−cv−08757−AKH,1:04−cv−08758−AKH
1:04−cv−08770−AKH,1:04−cv−08771−AKH,1:04−cv−08772−AKH,1:04−cv−08773−AKH,1:04−cv−08774−AKH
1:04−cv−08775−AKH,1:04−cv−08776−AKH,1:04−cv−08777−AKH,1:04−cv−08778−AKH,1:04−cv−08779−AKH
1:04−cv−08785−AKH,1:04−cv−08811−AKH,1:04−cv−08812−AKH,1:04−cv−08813−AKH,1:04−cv−08814−AKH
1:04−cv−08815−AKH,1:04−cv−08816−AKH,1:04−cv−08817−AKH,1:04−cv−08841−AKH,1:04−cv−08866−AKH
1:04−cv−08867−AKH,1:04−cv−08868−AKH,1:04−cv−08869−AKH,1:04−cv−08870−AKH,1:04−cv−08871−AKH
1:04−cv−09002−AKH,1:04−cv−09062−AKH,1:04−cv−09081−AKH,1:04−cv−09082−AKH,1:04−cv−09083−AKH
1:04−cv−09116−AKH,1:04−cv−09150−AKH,1:04−cv−09151−AKH,1:04−cv−09152−AKH,1:04−cv−09153−AKH
1:04−cv−09154−AKH,1:04−cv−09155−AKH,1:04−cv−09156−AKH,1:04−cv−09157−AKH,1:04−cv−09158−AKH
1:04−cv−09159−AKH,1:04−cv−09160−AKH,1:04−cv−09161−AKH,1:04−cv−09162−AKH,1:04−cv−09163−AKH
1:04−cv−09164−AKH,1:04−cv−09165−AKH,1:04−cv−09166−AKH,1:04−cv−09167−AKH,1:04−cv−09168−AKH
1:04−cv−09169−AKH,1:04−cv−09170−AKH,1:04−cv−09171−AKH,1:04−cv−09172−AKH,1:04−cv−09173−AKH
1:04−cv−09174−AKH,1:04−cv−09175−AKH,1:04−cv−09176−AKH,1:04−cv−09177−AKH,1:04−cv−09178−AKH
1:04−cv−09179−AKH,1:04−cv−09180−AKH,1:04−cv−09181−AKH,1:04−cv−09182−AKH,1:04−cv−09244−AKH
1:04−cv−09245−AKH,1:04−cv−09247−AKH,1:04−cv−09253−AKH,1:04−cv−09261−AKH,1:04−cv−09272−AKH
1:04−cv−09341−AKH,1:04−cv−09342−AKH,1:04−cv−09343−AKH,1:04−cv−09366−AKH,1:04−cv−09367−AKH
1:04−cv−09368−AKH,1:04−cv−09450−AKH,1:04−cv−09451−AKH,1:04−cv−09818−AKH,1:04−cv−09819−AKH
1:04−cv−09820−AKH,1:04−cv−09821−AKH,1:04−cv−09832−AKH,1:04−cv−09833−AKH,1:04−cv−09834−AKH
1:04−cv−09835−AKH,1:04−cv−09836−AKH,1:04−cv−09837−AKH,1:04−cv−09838−AKH,1:04−cv−09839−AKH
1:04−cv−09840−AKH,1:04−cv−09841−AKH,1:04−cv−09842−AKH,1:04−cv−09843−AKH,1:04−cv−09844−AKH
1:04−cv−09845−AKH,1:04−cv−09846−AKH,1:04−cv−09847−AKH,1:04−cv−09848−AKH,1:04−cv−09849−AKH
1:04−cv−09850−AKH,1:04−cv−09851−AKH,1:04−cv−09852−AKH,1:04−cv−09853−AKH,1:04−cv−09854−AKH
1:04−cv−09855−AKH,1:04−cv−09856−AKH,1:04−cv−09857−AKH,1:04−cv−09902−AKH,1:04−cv−09903−AKH
1:04−cv−09904−AKH,1:04−cv−09905−AKH,1:04−cv−09906−AKH,1:04−cv−09907−AKH,1:04−cv−09908−AKH
1:04−cv−09909−AKH,1:04−cv−09910−AKH,1:04−cv−09987−AKH,1:04−cv−09988−AKH,1:04−cv−09989−AKH
1:04−cv−09990−AKH,1:04−cv−10072−AKH,1:04−cv−10284−AKH,1:05−cv−00117−AKH,1:05−cv−00118−AKH
1:05−cv−00119−AKH,1:05−cv−00184−AKH,1:05−cv−00185−AKH,1:05−cv−00186−AKH,1:05−cv−00193−AKH
1:05−cv−00194−AKH,1:05−cv−00195−AKH,1:05−cv−00209−AKH,1:05−cv−00210−AKH,1:05−cv−00211−AKH
1:05−cv−00212−AKH,1:05−cv−00224−AKH,1:05−cv−00259−AKH,1:05−cv−00264−AKH,1:05−cv−00311−AKH
1:05−cv−00405−AKH,1:05−cv−00406−AKH,1:05−cv−00407−AKH,1:05−cv−00408−AKH,1:05−cv−00409−AKH
1:05−cv−00410−AKH,1:05−cv−00411−AKH,1:05−cv−00412−AKH,1:05−cv−00413−AKH,1:05−cv−00414−AKH
1:05−cv−00415−AKH,1:05−cv−00416−AKH,1:05−cv−00417−AKH,1:05−cv−00418−AKH,1:05−cv−00419−AKH
1:05−cv−00420−AKH,1:05−cv−00421−AKH,1:05−cv−00422−AKH,1:05−cv−00423−AKH,1:05−cv−00424−AKH
1:05−cv−00425−AKH,1:05−cv−00426−AKH,1:05−cv−00665−AKH,1:05−cv−00666−AKH,1:05−cv−00667−AKH
1:05−cv−00668−AKH,1:05−cv−00669−AKH,1:05−cv−00670−AKH,1:05−cv−00671−AKH,1:05−cv−00679−AKH
1:05−cv−00708−AKH,1:05−cv−00719−AKH,1:05−cv−00720−AKH,1:05−cv−00722−AKH,1:05−cv−00724−AKH
1:05−cv−00744−AKH,1:05−cv−00765−AKH,1:05−cv−00766−AKH,1:05−cv−00828−AKH,1:05−cv−00829−AKH
1:05−cv−00830−AKH,1:05−cv−00831−AKH,1:05−cv−00832−AKH,1:05−cv−00833−AKH,1:05−cv−00835−AKH
1:05−cv−00836−AKH,1:05−cv−00837−AKH,1:05−cv−00838−AKH,1:05−cv−00839−AKH,1:05−cv−00840−AKH
1:05−cv−00841−AKH,1:05−cv−00842−AKH,1:05−cv−00843−AKH,1:05−cv−00844−AKH,1:05−cv−00845−AKH

1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH

```
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
```

1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
Thomas) (Entered: 02/17/2006)

| 2/17/2006 | 395 | MOTION for Judgment on the Pleadings *Based on State Common Law Immunity*. Document filed by The Port Auth New York &New Jersey, The Port Authority of New York and New Jersey, The Port Authority of New York and N Jersey. Responses due by 3/24/2006 Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH

```
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
```

```
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
```

1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH

1:05−cv−09036−AKH,1:05−cv−09037−AKH,1:05−cv−09038−AKH,1:05−cv−09039−AKH,1:05−cv−09040−AKH
1:05−cv−09041−AKH,1:05−cv−09042−AKH,1:05−cv−09043−AKH,1:05−cv−09044−AKH,1:05−cv−09046−AKH
1:05−cv−09047−AKH,1:05−cv−09140−AKH,1:05−cv−09141−AKH,1:05−cv−09161−AKH,1:05−cv−09190−AKH
1:05−cv−09224−AKH,1:05−cv−09328−AKH,1:05−cv−09329−AKH,1:05−cv−09330−AKH,1:05−cv−09331−AKH
1:05−cv−09332−AKH,1:05−cv−09333−AKH,1:05−cv−09336−AKH,1:05−cv−09337−AKH,1:05−cv−09338−AKH
1:05−cv−09339−AKH,1:05−cv−09340−AKH,1:05−cv−09341−AKH,1:05−cv−09396−AKH,1:05−cv−09397−AKH
1:05−cv−09399−AKH,1:05−cv−09400−AKH,1:05−cv−09401−AKH,1:05−cv−09497−AKH,1:05−cv−09627−AKH
1:05−cv−09628−AKH,1:05−cv−09629−AKH,1:05−cv−09630−AKH,1:05−cv−09631−AKH,1:05−cv−09633−AKH
1:05−cv−09634−AKH,1:05−cv−09636−AKH,1:05−cv−09637−AKH,1:05−cv−09639−AKH,1:05−cv−09686−AKH
1:05−cv−09688−AKH,1:05−cv−09690−AKH,1:05−cv−09692−AKH,1:05−cv−09694−AKH,1:05−cv−09695−AKH
1:05−cv−09696−AKH,1:05−cv−09697−AKH,1:05−cv−09698−AKH,1:05−cv−09820−AKH,1:05−cv−09821−AKH
1:05−cv−09826−AKH,1:05−cv−09827−AKH,1:05−cv−09828−AKH,1:05−cv−09829−AKH,1:05−cv−09862−AKH
1:05−cv−09863−AKH,1:05−cv−09864−AKH,1:05−cv−09865−AKH,1:05−cv−09866−AKH,1:05−cv−09867−AKH
1:05−cv−09868−AKH,1:05−cv−09869−AKH,1:05−cv−09870−AKH,1:05−cv−09871−AKH,1:05−cv−09872−AKH
1:05−cv−09873−AKH,1:05−cv−09874−AKH,1:05−cv−09876−AKH,1:05−cv−09877−AKH,1:05−cv−09878−AKH
1:05−cv−09879−AKH,1:05−cv−09880−AKH,1:05−cv−09951−AKH,1:05−cv−09952−AKH,1:05−cv−09953−AKH
1:05−cv−09954−AKH,1:05−cv−09955−AKH,1:05−cv−09956−AKH,1:05−cv−09957−AKH,1:05−cv−09958−AKH
1:05−cv−09959−AKH,1:05−cv−10135−AKH,1:05−cv−10195−AKH,1:05−cv−10362−AKH,1:05−cv−10363−AKH
1:05−cv−10365−AKH,1:05−cv−10366−AKH,1:05−cv−10367−AKH,1:05−cv−10368−AKH,1:05−cv−10369−AKH
1:05−cv−10370−AKH,1:05−cv−10371−AKH,1:05−cv−10372−AKH,1:05−cv−10373−AKH,1:05−cv−10374−AKH
1:05−cv−10375−AKH,1:05−cv−10376−AKH,1:05−cv−10377−AKH,1:05−cv−10378−AKH,1:05−cv−10386−AKH
1:05−cv−10387−AKH,1:05−cv−10388−AKH,1:05−cv−10389−AKH,1:05−cv−10390−AKH,1:05−cv−10391−AKH
1:05−cv−10392−AKH,1:05−cv−10690−AKH,1:05−cv−10691−AKH,1:05−cv−10692−AKH,1:05−cv−10741−AKH
1:05−cv−10743−AKH,1:05−cv−10748−AKH,1:05−cv−10749−AKH,1:05−cv−10750−AKH,1:05−cv−10751−AKH
1:05−cv−10752−AKH,1:06−cv−00060−AKH,1:06−cv−00061−AKH,1:06−cv−00062−AKH,1:06−cv−00063−AKH
1:06−cv−00064−AKH,1:06−cv−00065−AKH,1:06−cv−00066−AKH,1:06−cv−00067−AKH,1:06−cv−00068−AKH
1:06−cv−00069−AKH,1:06−cv−00070−AKH,1:06−cv−00123−AKH,1:06−cv−00124−AKH,1:06−cv−00125−AKH
1:06−cv−00126−AKH,1:06−cv−00127−AKH,1:06−cv−00128−AKH,1:06−cv−00129−AKH,1:06−cv−00130−AKH
1:06−cv−00131−AKH,1:06−cv−00132−AKH,1:06−cv−00133−AKH,1:06−cv−00140−AKH,1:06−cv−00177−AKH
1:06−cv−00459−AKH,1:06−cv−00645−AKH,1:06−cv−00646−AKH,1:06−cv−00647−AKH,1:06−cv−00735−AKH
1:06−cv−00736−AKH,1:06−cv−00816−AKH,1:06−cv−00817−AKH,1:06−cv−00819−AKH,1:06−cv−00820−AKH
1:06−cv−00821−AKH,1:06−cv−00995−AKH,1:06−cv−01099−AKH,1:06−cv−01100−AKH,1:06−cv−01102−AKH
1:06−cv−01122−AKH(Egan, Thomas) (Entered: 02/17/2006)

---

| 02/17/2006 | 396 | AFFIDAVIT of Richard A. Williamson in Support re: 392 MOTION for Summary Judgment *Based on Federal Imm* 395 MOTION for Judgment on the Pleadings *Based on State Common Law Immunity.*, 394 MOTION for Summary Judgment *Based Upon Status as Out−of−Possession Lessees.*, 388 MOTION for Judgment on the Pleadings *Based o Statutory Immunity.*. Document filed by The Port Authority of New York &New Jersey, World Trade Center Proper 1 WTC Holdings, L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstei Properties, Silverstein Properties, Inc., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L. Silverstein WTC, L.L.C., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., The Po Authority of New York and New Jersey, The Port Authority of New York and New Jersey, Silverstein Properties, In Silverstein Properties, Inc.,, 1 WTC Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 Wo Center, L.L.C., 4 World Trade Center, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade C L.L.C., Silverstein Properties, Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., World Trade Center Properties, L.L In Associated Cases: |

1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747−
1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH
1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH
1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH
1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH
1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH
1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH
1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH
1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH
1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH
1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH
1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH
1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH
1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH
1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH
1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH
1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH

```
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
```

1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH

1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH

1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH(Egan, Thomas) (Entered: 02/17/2006)

| 2/17/2006 | 397 | MEMORANDUM OF LAW in Support re: 395 MOTION for Judgment on the Pleadings *Based on State Common Law Immunity.*. Document filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, The Port Authority of New York and New Jersey. Filed In Associated Cases:
1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH |

1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH

1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH

1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH

1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH(Egan, Thomas) (Entered: 02/17/2006)

| | | |
|---|---|---|
| 2/17/2006 | 398 | RULE 56.1 STATEMENT. Document filed by World Trade Center Properties LLC, 1 WTC Holdings, L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein Properties, Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., Silverstein WTC, L.L.C., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc.,, 1 WTC Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., World Trade Center Properties, L.L.C.. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH

1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH

1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH

1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01120–AKH,1:06–cv–01121–AKH,1:06–cv–01122–AKH(Egan, Thomas) (Entered: 02/17/2006)

| 2/17/2006 | 399 | MEMORANDUM OF LAW in Support re: 392 MOTION for Summary Judgment *Based on Federal Immunity*.. Do filed by The Port Authority of New York &New Jersey, World Trade Center Properties LLC, 1 WTC Holdings, L.L World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 W Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein Pr Inc., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., Silverstein WTC, L.L.C., Silve Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., The Port Authority of New York and New J The Port Authority of New York and New Jersey, Silverstein Properties, Inc., Silverstein Properties, Inc.,, 1 WTC H L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silvers WTC Facility Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Management Co., L.L. Silverstein WTC Properties, L.L.C., World Trade Center Properties, L.L.C.. Filed In Associated Cases: 1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747 1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH 1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH 1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH 1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH 1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH 1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH 1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH 1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH 1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH 1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH 1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH 1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH 1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH 1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH 1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH 1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH 1:04−cv−08749−AKH,1:04−cv−08750−AKH,1:04−cv−08751−AKH,1:04−cv−08752−AKH,1:04−cv−08753−AKH 1:04−cv−08754−AKH,1:04−cv−08755−AKH,1:04−cv−08756−AKH,1:04−cv−08757−AKH,1:04−cv−08758−AKH 1:04−cv−08770−AKH,1:04−cv−08771−AKH,1:04−cv−08772−AKH,1:04−cv−08773−AKH,1:04−cv−08774−AKH 1:04−cv−08775−AKH,1:04−cv−08776−AKH,1:04−cv−08777−AKH,1:04−cv−08778−AKH,1:04−cv−08779−AKH 1:04−cv−08785−AKH,1:04−cv−08811−AKH,1:04−cv−08812−AKH,1:04−cv−08813−AKH,1:04−cv−08814−AKH 1:04−cv−08815−AKH,1:04−cv−08816−AKH,1:04−cv−08817−AKH,1:04−cv−08841−AKH,1:04−cv−08866−AKH 1:04−cv−08867−AKH,1:04−cv−08868−AKH,1:04−cv−08869−AKH,1:04−cv−08870−AKH,1:04−cv−08871−AKH 1:04−cv−09002−AKH,1:04−cv−09062−AKH,1:04−cv−09081−AKH,1:04−cv−09082−AKH,1:04−cv−09083−AKH 1:04−cv−09116−AKH,1:04−cv−09150−AKH,1:04−cv−09151−AKH,1:04−cv−09152−AKH,1:04−cv−09153−AKH 1:04−cv−09154−AKH,1:04−cv−09155−AKH,1:04−cv−09156−AKH,1:04−cv−09157−AKH,1:04−cv−09158−AKH 1:04−cv−09159−AKH,1:04−cv−09160−AKH,1:04−cv−09161−AKH,1:04−cv−09162−AKH,1:04−cv−09163−AKH 1:04−cv−09164−AKH,1:04−cv−09165−AKH,1:04−cv−09166−AKH,1:04−cv−09167−AKH,1:04−cv−09168−AKH 1:04−cv−09169−AKH,1:04−cv−09170−AKH,1:04−cv−09171−AKH,1:04−cv−09172−AKH,1:04−cv−09173−AKH 1:04−cv−09174−AKH,1:04−cv−09175−AKH,1:04−cv−09176−AKH,1:04−cv−09177−AKH,1:04−cv−09178−AKH 1:04−cv−09179−AKH,1:04−cv−09180−AKH,1:04−cv−09181−AKH,1:04−cv−09182−AKH,1:04−cv−09244−AKH 1:04−cv−09245−AKH,1:04−cv−09247−AKH,1:04−cv−09253−AKH,1:04−cv−09261−AKH,1:04−cv−09272−AKH 1:04−cv−09341−AKH,1:04−cv−09342−AKH,1:04−cv−09343−AKH,1:04−cv−09366−AKH,1:04−cv−09367−AKH 1:04−cv−09368−AKH,1:04−cv−09450−AKH,1:04−cv−09451−AKH,1:04−cv−09818−AKH,1:04−cv−09819−AKH 1:04−cv−09820−AKH,1:04−cv−09821−AKH,1:04−cv−09832−AKH,1:04−cv−09833−AKH,1:04−cv−09834−AKH 1:04−cv−09835−AKH,1:04−cv−09836−AKH,1:04−cv−09837−AKH,1:04−cv−09838−AKH,1:04−cv−09839−AKH 1:04−cv−09840−AKH,1:04−cv−09841−AKH,1:04−cv−09842−AKH,1:04−cv−09843−AKH,1:04−cv−09844−AKH 1:04−cv−09845−AKH,1:04−cv−09846−AKH,1:04−cv−09847−AKH,1:04−cv−09848−AKH,1:04−cv−09849−AKH 1:04−cv−09850−AKH,1:04−cv−09851−AKH,1:04−cv−09852−AKH,1:04−cv−09853−AKH,1:04−cv−09854−AKH 1:04−cv−09855−AKH,1:04−cv−09856−AKH,1:04−cv−09857−AKH,1:04−cv−09902−AKH,1:04−cv−09903−AKH 1:04−cv−09904−AKH,1:04−cv−09905−AKH,1:04−cv−09906−AKH,1:04−cv−09907−AKH,1:04−cv−09908−AKH 1:04−cv−09909−AKH,1:04−cv−09910−AKH,1:04−cv−09987−AKH,1:04−cv−09988−AKH,1:04−cv−09989−AKH 1:04−cv−09990−AKH,1:04−cv−10072−AKH,1:04−cv−10284−AKH,1:05−cv−00117−AKH,1:05−cv−00118−AKH 1:05−cv−00119−AKH,1:05−cv−00184−AKH,1:05−cv−00185−AKH,1:05−cv−00186−AKH,1:05−cv−00193−AKH 1:05−cv−00194−AKH,1:05−cv−00195−AKH,1:05−cv−00209−AKH,1:05−cv−00210−AKH,1:05−cv−00211−AKH 1:05−cv−00212−AKH,1:05−cv−00224−AKH,1:05−cv−00259−AKH,1:05−cv−00264−AKH,1:05−cv−00311−AKH 1:05−cv−00405−AKH,1:05−cv−00406−AKH,1:05−cv−00407−AKH,1:05−cv−00408−AKH,1:05−cv−00409−AKH 1:05−cv−00410−AKH,1:05−cv−00411−AKH,1:05−cv−00412−AKH,1:05−cv−00413−AKH,1:05−cv−00414−AKH 1:05−cv−00415−AKH,1:05−cv−00416−AKH,1:05−cv−00417−AKH,1:05−cv−00418−AKH,1:05−cv−00419−AKH 1:05−cv−00420−AKH,1:05−cv−00421−AKH,1:05−cv−00422−AKH,1:05−cv−00423−AKH,1:05−cv−00424−AKH 1:05−cv−00425−AKH,1:05−cv−00426−AKH,1:05−cv−00665−AKH,1:05−cv−00666−AKH,1:05−cv−00667−AKH 1:05−cv−00668−AKH,1:05−cv−00669−AKH,1:05−cv−00670−AKH,1:05−cv−00671−AKH,1:05−cv−00679−AKH 1:05−cv−00708−AKH,1:05−cv−00719−AKH,1:05−cv−00720−AKH,1:05−cv−00722−AKH,1:05−cv−00724−AKH |

1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH

1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH

1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01119–AKH,1:06–cv–01120–AKH,1:06–cv–01121–AKH,1:06–cv–01122–AKH(Egan, Thomas) (Entered 02/17/2006)

| | | |
|---|---|---|
| 2/17/2006 | **400** | RULE 56.1 STATEMENT. Document filed by The Port Authority of New York &New Jersey, World Trade Center Properties LLC, 1 WTC Holdings, L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein Properties, Inc., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., Silverstein WTC, L.L.C., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., Port Authority of New York and New Jersey, The Port Authority of New York and New Jersey, Silverstein Properti Silverstein Properties, Inc.,, 1 WTC Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 Wo Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade C L.L.C., Silverstein Properties, Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C. |

Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., World Trade Center Properties, L.L
In Associated Cases:
1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747
1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH
1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH
1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH
1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH
1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH
1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH
1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH
1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH
1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH
1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH
1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH
1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH
1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH
1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH
1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH
1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH
1:04−cv−08749−AKH,1:04−cv−08750−AKH,1:04−cv−08751−AKH,1:04−cv−08752−AKH,1:04−cv−08753−AKH
1:04−cv−08754−AKH,1:04−cv−08755−AKH,1:04−cv−08756−AKH,1:04−cv−08757−AKH,1:04−cv−08758−AKH
1:04−cv−08770−AKH,1:04−cv−08771−AKH,1:04−cv−08772−AKH,1:04−cv−08773−AKH,1:04−cv−08774−AKH
1:04−cv−08775−AKH,1:04−cv−08776−AKH,1:04−cv−08777−AKH,1:04−cv−08778−AKH,1:04−cv−08779−AKH
1:04−cv−08785−AKH,1:04−cv−08811−AKH,1:04−cv−08812−AKH,1:04−cv−08813−AKH,1:04−cv−08814−AKH
1:04−cv−08815−AKH,1:04−cv−08816−AKH,1:04−cv−08817−AKH,1:04−cv−08841−AKH,1:04−cv−08866−AKH
1:04−cv−08867−AKH,1:04−cv−08868−AKH,1:04−cv−08869−AKH,1:04−cv−08870−AKH,1:04−cv−08871−AKH
1:04−cv−09002−AKH,1:04−cv−09062−AKH,1:04−cv−09081−AKH,1:04−cv−09082−AKH,1:04−cv−09083−AKH
1:04−cv−09116−AKH,1:04−cv−09150−AKH,1:04−cv−09151−AKH,1:04−cv−09152−AKH,1:04−cv−09153−AKH
1:04−cv−09154−AKH,1:04−cv−09155−AKH,1:04−cv−09156−AKH,1:04−cv−09157−AKH,1:04−cv−09158−AKH
1:04−cv−09159−AKH,1:04−cv−09160−AKH,1:04−cv−09161−AKH,1:04−cv−09162−AKH,1:04−cv−09163−AKH
1:04−cv−09164−AKH,1:04−cv−09165−AKH,1:04−cv−09166−AKH,1:04−cv−09167−AKH,1:04−cv−09168−AKH
1:04−cv−09169−AKH,1:04−cv−09170−AKH,1:04−cv−09171−AKH,1:04−cv−09172−AKH,1:04−cv−09173−AKH
1:04−cv−09174−AKH,1:04−cv−09175−AKH,1:04−cv−09176−AKH,1:04−cv−09177−AKH,1:04−cv−09178−AKH
1:04−cv−09179−AKH,1:04−cv−09180−AKH,1:04−cv−09181−AKH,1:04−cv−09182−AKH,1:04−cv−09244−AKH
1:04−cv−09245−AKH,1:04−cv−09247−AKH,1:04−cv−09253−AKH,1:04−cv−09261−AKH,1:04−cv−09272−AKH
1:04−cv−09341−AKH,1:04−cv−09342−AKH,1:04−cv−09343−AKH,1:04−cv−09366−AKH,1:04−cv−09367−AKH
1:04−cv−09368−AKH,1:04−cv−09450−AKH,1:04−cv−09451−AKH,1:04−cv−09818−AKH,1:04−cv−09819−AKH
1:04−cv−09820−AKH,1:04−cv−09821−AKH,1:04−cv−09832−AKH,1:04−cv−09833−AKH,1:04−cv−09834−AKH
1:04−cv−09835−AKH,1:04−cv−09836−AKH,1:04−cv−09837−AKH,1:04−cv−09838−AKH,1:04−cv−09839−AKH
1:04−cv−09840−AKH,1:04−cv−09841−AKH,1:04−cv−09842−AKH,1:04−cv−09843−AKH,1:04−cv−09844−AKH
1:04−cv−09845−AKH,1:04−cv−09846−AKH,1:04−cv−09847−AKH,1:04−cv−09848−AKH,1:04−cv−09849−AKH
1:04−cv−09850−AKH,1:04−cv−09851−AKH,1:04−cv−09852−AKH,1:04−cv−09853−AKH,1:04−cv−09854−AKH
1:04−cv−09855−AKH,1:04−cv−09856−AKH,1:04−cv−09857−AKH,1:04−cv−09902−AKH,1:04−cv−09903−AKH
1:04−cv−09904−AKH,1:04−cv−09905−AKH,1:04−cv−09906−AKH,1:04−cv−09907−AKH,1:04−cv−09908−AKH
1:04−cv−09909−AKH,1:04−cv−09910−AKH,1:04−cv−09987−AKH,1:04−cv−09988−AKH,1:04−cv−09989−AKH
1:04−cv−09990−AKH,1:04−cv−10072−AKH,1:04−cv−10284−AKH,1:05−cv−00117−AKH,1:05−cv−00118−AKH
1:05−cv−00119−AKH,1:05−cv−00184−AKH,1:05−cv−00185−AKH,1:05−cv−00186−AKH,1:05−cv−00193−AKH
1:05−cv−00194−AKH,1:05−cv−00195−AKH,1:05−cv−00209−AKH,1:05−cv−00210−AKH,1:05−cv−00211−AKH
1:05−cv−00212−AKH,1:05−cv−00224−AKH,1:05−cv−00259−AKH,1:05−cv−00264−AKH,1:05−cv−00311−AKH
1:05−cv−00405−AKH,1:05−cv−00406−AKH,1:05−cv−00407−AKH,1:05−cv−00408−AKH,1:05−cv−00409−AKH
1:05−cv−00410−AKH,1:05−cv−00411−AKH,1:05−cv−00412−AKH,1:05−cv−00413−AKH,1:05−cv−00414−AKH
1:05−cv−00415−AKH,1:05−cv−00416−AKH,1:05−cv−00417−AKH,1:05−cv−00418−AKH,1:05−cv−00419−AKH
1:05−cv−00420−AKH,1:05−cv−00421−AKH,1:05−cv−00422−AKH,1:05−cv−00423−AKH,1:05−cv−00424−AKH
1:05−cv−00425−AKH,1:05−cv−00426−AKH,1:05−cv−00665−AKH,1:05−cv−00666−AKH,1:05−cv−00667−AKH
1:05−cv−00668−AKH,1:05−cv−00669−AKH,1:05−cv−00670−AKH,1:05−cv−00671−AKH,1:05−cv−00679−AKH
1:05−cv−00708−AKH,1:05−cv−00719−AKH,1:05−cv−00720−AKH,1:05−cv−00722−AKH,1:05−cv−00724−AKH
1:05−cv−00744−AKH,1:05−cv−00765−AKH,1:05−cv−00766−AKH,1:05−cv−00828−AKH,1:05−cv−00829−AKH
1:05−cv−00830−AKH,1:05−cv−00831−AKH,1:05−cv−00832−AKH,1:05−cv−00833−AKH,1:05−cv−00835−AKH
1:05−cv−00836−AKH,1:05−cv−00837−AKH,1:05−cv−00838−AKH,1:05−cv−00839−AKH,1:05−cv−00840−AKH
1:05−cv−00841−AKH,1:05−cv−00842−AKH,1:05−cv−00843−AKH,1:05−cv−00844−AKH,1:05−cv−00845−AKH
1:05−cv−00846−AKH,1:05−cv−00847−AKH,1:05−cv−00874−AKH,1:05−cv−00920−AKH,1:05−cv−00921−AKH
1:05−cv−01047−AKH,1:05−cv−01048−AKH,1:05−cv−01062−AKH,1:05−cv−01063−AKH,1:05−cv−01064−AKH
1:05−cv−01065−AKH,1:05−cv−01066−AKH,1:05−cv−01067−AKH,1:05−cv−01068−AKH,1:05−cv−01069−AKH
1:05−cv−01070−AKH,1:05−cv−01071−AKH,1:05−cv−01072−AKH,1:05−cv−01073−AKH,1:05−cv−01074−AKH

1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH

1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH

1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01117–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH,1:06–cv–01121–AKH,1:06–cv–01122–AKH
Thomas) (Entered: 02/17/2006)

| | | |
|---|---|---|
| 02/17/2006 | 401 | RULE 56.1 STATEMENT. Document filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, The Port Authority of New York and New Jersey. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08504–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH

1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH

```
1:05-cv-01206-AKH,1:05-cv-01207-AKH,1:05-cv-01208-AKH,1:05-cv-01209-AKH,1:05-cv-01210-AKH
1:05-cv-01211-AKH,1:05-cv-01212-AKH,1:05-cv-01213-AKH,1:05-cv-01214-AKH,1:05-cv-01215-AKH
1:05-cv-01216-AKH,1:05-cv-01217-AKH,1:05-cv-01218-AKH,1:05-cv-01219-AKH,1:05-cv-01220-AKH
1:05-cv-01221-AKH,1:05-cv-01222-AKH,1:05-cv-01223-AKH,1:05-cv-01224-AKH,1:05-cv-01225-AKH
1:05-cv-01226-AKH,1:05-cv-01227-AKH,1:05-cv-01228-AKH,1:05-cv-01229-AKH,1:05-cv-01230-AKH
1:05-cv-01231-AKH,1:05-cv-01232-AKH,1:05-cv-01233-AKH,1:05-cv-01234-AKH,1:05-cv-01235-AKH
1:05-cv-01236-AKH,1:05-cv-01237-AKH,1:05-cv-01238-AKH,1:05-cv-01239-AKH,1:05-cv-01240-AKH
1:05-cv-01241-AKH,1:05-cv-01242-AKH,1:05-cv-01243-AKH,1:05-cv-01244-AKH,1:05-cv-01245-AKH
1:05-cv-01246-AKH,1:05-cv-01247-AKH,1:05-cv-01248-AKH,1:05-cv-01249-AKH,1:05-cv-01250-AKH
1:05-cv-01251-AKH,1:05-cv-01252-AKH,1:05-cv-01253-AKH,1:05-cv-01254-AKH,1:05-cv-01255-AKH
1:05-cv-01256-AKH,1:05-cv-01257-AKH,1:05-cv-01258-AKH,1:05-cv-01259-AKH,1:05-cv-01260-AKH
1:05-cv-01261-AKH,1:05-cv-01262-AKH,1:05-cv-01263-AKH,1:05-cv-01264-AKH,1:05-cv-01265-AKH
1:05-cv-01266-AKH,1:05-cv-01267-AKH,1:05-cv-01268-AKH,1:05-cv-01269-AKH,1:05-cv-01270-AKH
1:05-cv-01271-AKH,1:05-cv-01272-AKH,1:05-cv-01273-AKH,1:05-cv-01274-AKH,1:05-cv-01275-AKH
1:05-cv-01276-AKH,1:05-cv-01277-AKH,1:05-cv-01278-AKH,1:05-cv-01279-AKH,1:05-cv-01280-AKH
1:05-cv-01281-AKH,1:05-cv-01282-AKH,1:05-cv-01283-AKH,1:05-cv-01284-AKH,1:05-cv-01294-AKH
1:05-cv-01326-AKH,1:05-cv-01327-AKH,1:05-cv-01328-AKH,1:05-cv-01329-AKH,1:05-cv-01330-AKH
1:05-cv-01331-AKH,1:05-cv-01332-AKH,1:05-cv-01333-AKH,1:05-cv-01334-AKH,1:05-cv-01335-AKH
1:05-cv-01336-AKH,1:05-cv-01337-AKH,1:05-cv-01338-AKH,1:05-cv-01339-AKH,1:05-cv-01340-AKH
1:05-cv-01342-AKH,1:05-cv-01344-AKH,1:05-cv-01345-AKH,1:05-cv-01347-AKH,1:05-cv-01349-AKH
1:05-cv-01350-AKH,1:05-cv-01352-AKH,1:05-cv-01354-AKH,1:05-cv-01355-AKH,1:05-cv-01359-AKH
1:05-cv-01361-AKH,1:05-cv-01362-AKH,1:05-cv-01363-AKH,1:05-cv-01364-AKH,1:05-cv-01365-AKH
1:05-cv-01367-AKH,1:05-cv-01369-AKH,1:05-cv-01371-AKH,1:05-cv-01372-AKH,1:05-cv-01375-AKH
1:05-cv-01377-AKH,1:05-cv-01379-AKH,1:05-cv-01380-AKH,1:05-cv-01382-AKH,1:05-cv-01383-AKH
1:05-cv-01384-AKH,1:05-cv-01385-AKH,1:05-cv-01387-AKH,1:05-cv-01392-AKH,1:05-cv-01394-AKH
1:05-cv-01396-AKH,1:05-cv-01397-AKH,1:05-cv-01399-AKH,1:05-cv-01401-AKH,1:05-cv-01405-AKH
1:05-cv-01408-AKH,1:05-cv-01410-AKH,1:05-cv-01412-AKH,1:05-cv-01417-AKH,1:05-cv-01418-AKH
1:05-cv-01420-AKH,1:05-cv-01422-AKH,1:05-cv-01424-AKH,1:05-cv-01425-AKH,1:05-cv-01426-AKH
1:05-cv-01427-AKH,1:05-cv-01428-AKH,1:05-cv-01429-AKH,1:05-cv-01430-AKH,1:05-cv-01432-AKH
1:05-cv-01433-AKH,1:05-cv-01434-AKH,1:05-cv-01436-AKH,1:05-cv-01437-AKH,1:05-cv-01438-AKH
1:05-cv-01440-AKH,1:05-cv-01442-AKH,1:05-cv-01451-AKH,1:05-cv-01452-AKH,1:05-cv-01462-AKH
1:05-cv-01463-AKH,1:05-cv-01464-AKH,1:05-cv-01465-AKH,1:05-cv-01466-AKH,1:05-cv-01467-AKH
1:05-cv-01468-AKH,1:05-cv-01469-AKH,1:05-cv-01470-AKH,1:05-cv-01471-AKH,1:05-cv-01472-AKH
1:05-cv-01473-AKH,1:05-cv-01474-AKH,1:05-cv-01475-AKH,1:05-cv-01476-AKH,1:05-cv-01477-AKH
1:05-cv-01478-AKH,1:05-cv-01479-AKH,1:05-cv-01480-AKH,1:05-cv-01481-AKH,1:05-cv-01482-AKH
1:05-cv-01483-AKH,1:05-cv-01484-AKH,1:05-cv-01485-AKH,1:05-cv-01486-AKH,1:05-cv-01494-AKH
1:05-cv-01495-AKH,1:05-cv-01496-AKH,1:05-cv-01497-AKH,1:05-cv-01498-AKH,1:05-cv-01499-AKH
1:05-cv-01500-AKH,1:05-cv-01503-AKH,1:05-cv-01504-AKH,1:05-cv-01505-AKH,1:05-cv-01507-AKH
1:05-cv-01508-AKH,1:05-cv-01509-AKH,1:05-cv-01510-AKH,1:05-cv-01511-AKH,1:05-cv-01513-AKH
1:05-cv-01514-AKH,1:05-cv-01515-AKH,1:05-cv-01516-AKH,1:05-cv-01517-AKH,1:05-cv-01518-AKH
1:05-cv-01519-AKH,1:05-cv-01520-AKH,1:05-cv-01521-AKH,1:05-cv-01522-AKH,1:05-cv-01523-AKH
1:05-cv-01575-AKH,1:05-cv-01576-AKH,1:05-cv-01577-AKH,1:05-cv-01578-AKH,1:05-cv-01579-AKH
1:05-cv-01580-AKH,1:05-cv-01581-AKH,1:05-cv-01582-AKH,1:05-cv-01583-AKH,1:05-cv-01584-AKH
1:05-cv-01585-AKH,1:05-cv-01586-AKH,1:05-cv-01587-AKH,1:05-cv-01588-AKH,1:05-cv-01589-AKH
1:05-cv-01590-AKH,1:05-cv-01591-AKH,1:05-cv-01592-AKH,1:05-cv-01593-AKH,1:05-cv-01594-AKH
1:05-cv-01595-AKH,1:05-cv-01596-AKH,1:05-cv-01597-AKH,1:05-cv-01598-AKH,1:05-cv-01599-AKH
1:05-cv-01600-AKH,1:05-cv-01601-AKH,1:05-cv-01602-AKH,1:05-cv-01603-AKH,1:05-cv-01604-AKH
1:05-cv-01605-AKH,1:05-cv-01606-AKH,1:05-cv-01607-AKH,1:05-cv-01608-AKH,1:05-cv-01609-AKH
1:05-cv-01610-AKH,1:05-cv-01611-AKH,1:05-cv-01612-AKH,1:05-cv-01613-AKH,1:05-cv-01614-AKH
1:05-cv-01615-AKH,1:05-cv-01616-AKH,1:05-cv-01617-AKH,1:05-cv-01618-AKH,1:05-cv-01619-AKH
1:05-cv-01620-AKH,1:05-cv-01621-AKH,1:05-cv-01622-AKH,1:05-cv-01623-AKH,1:05-cv-01624-AKH
1:05-cv-01625-AKH,1:05-cv-01626-AKH,1:05-cv-01627-AKH,1:05-cv-01628-AKH,1:05-cv-01629-AKH
1:05-cv-01630-AKH,1:05-cv-01631-AKH,1:05-cv-01632-AKH,1:05-cv-01633-AKH,1:05-cv-01634-AKH
1:05-cv-01635-AKH,1:05-cv-01636-AKH,1:05-cv-01637-AKH,1:05-cv-01638-AKH,1:05-cv-01639-AKH
1:05-cv-01640-AKH,1:05-cv-01641-AKH,1:05-cv-01642-AKH,1:05-cv-01643-RJH,1:05-cv-01644-AKH,
1:05-cv-01645-AKH,1:05-cv-01646-AKH,1:05-cv-01647-AKH,1:05-cv-01648-AKH,1:05-cv-01649-AKH
1:05-cv-01650-AKH,1:05-cv-01651-AKH,1:05-cv-01652-AKH,1:05-cv-01653-AKH,1:05-cv-01654-AKH
1:05-cv-01655-AKH,1:05-cv-01656-AKH,1:05-cv-01657-AKH,1:05-cv-01658-AKH,1:05-cv-01660-AKH
1:05-cv-01662-AKH,1:05-cv-01663-AKH,1:05-cv-01664-AKH,1:05-cv-01665-AKH,1:05-cv-01666-AKH
1:05-cv-01667-AKH,1:05-cv-01668-AKH,1:05-cv-01669-AKH,1:05-cv-01670-AKH,1:05-cv-01671-AKH
1:05-cv-01673-AKH,1:05-cv-01674-AKH,1:05-cv-01675-AKH,1:05-cv-01676-AKH,1:05-cv-01677-AKH
1:05-cv-01678-AKH,1:05-cv-01679-AKH,1:05-cv-01680-AKH,1:05-cv-01681-AKH,1:05-cv-01682-AKH
1:05-cv-01683-AKH,1:05-cv-01684-AKH,1:05-cv-01685-AKH,1:05-cv-01686-AKH,1:05-cv-01687-AKH
1:05-cv-01688-AKH,1:05-cv-01689-AKH,1:05-cv-01690-AKH,1:05-cv-01691-AKH,1:05-cv-01692-AKH
```

1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH

1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01117–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH,1:06–cv–01121–AKH,1:06–cv–01122–AKH
Thomas) (Entered: 02/17/2006)

| | | |
|---|---|---|
| 2/17/2006 | 402 | MEMORANDUM OF LAW in Support re: 388 MOTION for Judgment on the Pleadings *Based on State Statutory Immunity.*. Document filed by The Port Authority of New York &New Jersey, The Port Authority of New York and Jersey, The Port Authority of New York and New Jersey. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH

```
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
```

1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH

1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH

1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH,1:06–cv–01121–AKH
1:06–cv–01122–AKH(Egan, Thomas) (Entered: 02/17/2006)

| 2/17/2006 | 403 | MEMORANDUM OF LAW in Support re: 394 MOTION for Summary Judgment *Based Upon Status as Out–of–P Lessees.*. Document filed by World Trade Center Properties LLC, 1 WTC Holdings, L.L.C., 1 World Trade Center, WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 V Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein Properties, Inc., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., Silverstein WTC, L.L.C., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc.,, 1 W Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 World Trade Center, L.L.C., 4 WTC Ho L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Manageme L.L.C., Silverstein WTC Properties, L.L.C., World Trade Center Properties, L.L.C.. Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982,1:04–cv–04983,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH 1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH 1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH 1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH 1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH 1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH 1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH 1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH 1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH 1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH |

1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH

1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH

1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH

1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH,1:06–cv–01121–AKH
1:06–cv–01122–AKH(Egan, Thomas) (Entered: 02/17/2006)

| 2/17/2006 | 404 | MOTION to Dismiss. Document filed by Turner Construction Company, Turner/Plaza, A Joint Venture. Responses |

3/24/2006 Return Date set for 4/7/2006 11:00 PM. Filed In Associated Cases:
1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH

1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH

1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH

1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH,1:06–cv–01121–AKH
1:06–cv–01122–AKH(Connolly, Francesca) (Entered: 02/17/2006)

| | | |
|---|---|---|
| 2/17/2006 | 405 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrell, Jr. dated 2/17/06 re: Granting Defendants' request that the Court accept their Joint Appendix in hardcopy format. (Signed by Judge Alvin K. Helle 2/17/06) (rjm, ) (Entered: 02/21/2006) |
| 2/23/2006 | 406 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Mary Hoggard dated 2/22/2006. ENDORSEM The motions are considered timely, and will be heard with the other companion motions. (Signed by Judge Alvin K. Hellerstein on 2/22/2006) (kkc, ) (Entered: 02/23/2006) |
| 3/01/2006 | 407 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Tully Environmental Inc..(Tyrrell, James) (Entered: 03/01/2006) |

| | | |
|---|---|---|
| 03/01/2006 | 408 | TRANSCRIPT of proceedings held on 2/2/06, 4:00pm. before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 03/01/20 |
| 03/02/2006 | 409 | CROSS MOTION to Dismiss *Master Complaint*. Document filed by Phillips and Jordan. Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH<br>1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH<br>1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH<br>1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH<br>1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH<br>1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH<br>1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH<br>1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH<br>1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH<br>1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH<br>1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH<br>1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH<br>1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH<br>1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH<br>1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH<br>1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH<br>1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH<br>1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH<br>1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH<br>1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH<br>1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH<br>1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH<br>1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH<br>1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH<br>1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH<br>1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH<br>1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH<br>1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH<br>1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH<br>1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH<br>1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH<br>1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH<br>1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH<br>1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH<br>1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH<br>1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH<br>1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH<br>1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH<br>1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH<br>1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH<br>1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH<br>1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH<br>1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH<br>1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH<br>1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH<br>1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH<br>1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH<br>1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH<br>1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH<br>1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH<br>1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH<br>1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH |

1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH

1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH

1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
Richard) Modified on 3/2/2006 (mj, ). (Entered: 03/02/2006)

| | | |
|---|---|---|
| 03/02/2006 | 410 | NOTICE OF APPEARANCE by Michael David Reisman on behalf of Verizon New York Inc., Verizon Properties Inc., Verizon Communications Inc. (Reisman, Michael) (Entered: 03/02/2006) |
| 03/03/2006 | 411 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Turner/Plaza, A Joint Venture.(Tyrrell, James) (Entered: 03/03/2006) |
| 03/13/2006 | 412 | ORDER that Plaintiffs in the captioned actions, together with liaison counsel for Ptffs. &Defts. in 21MC100, establish schedule whereby the parties will comply with the discovery &disclosure requirements of CMO3; that upon completion the requirements set forth here, counsel shall set a briefing schedule whereby ptffs in the actions will respond separately the immunity motions or will adopt the opposition motion filed by ptffs. liaison counsel in 21MC100; that participat pending immunity motions will not be deemed a waiver of ptffs' jurisdictional objections. Regardless w remand is granted or denied, the same discovery is relevant to a federal, or a state, proceeding. (Signed by Judge Alv Hellerstein on 3/13/06) Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07152–AKH,1:05–cv–07154 1:05–cv–07162–AKH,1:05–cv–07189–AKH,1:05–cv–07191–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH 1:05–cv–07212–AKH,1:05–cv–07415–AKH,1:05–cv–10195–AKH, and also to 05cv7213.(rjm, ) (Entered: 03/14/ |

| | | |
|---|---|---|
| 3/16/2006 | 413 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 3/16/06 re: Plaintiffs' Co-Counsel's Granted request for Extensions so that Plaintiffs opposition papers are due by noon EST on 4/7/06 and De replies are due by noon EST on 5/5/06.., Set Deadlines/Hearing as to 388 MOTION for Judgment on the Pleadings *State Statutory Immunity*.: Responses due by 4/7/2006 Replies due by 5/5/2006. (Signed by Judge Alvin K. Hellerste 3/16/06) (rjm, ) (Entered: 03/17/2006) |
| 3/30/2006 | 414 | ORDER... that to the extent that plaintiff maintains both actions in one complaint, all discovery as to the 9/6/04 inju stayed and deferred pending further determinations as to discovery in 21MC100. Ptff. may proceed separately as to allegation relating to the 9/6/04 injury only by severing that claim and realleging it as a separate and independent law stipulation, or motion on notice, can toll any statute of limitations or other procedural bar. Pending such stipulation motion, ptff's application to proceed with discovery is denied. This Document relates to 05–7520. (Signed by Judge Hellerstein on 3/21/06) (rjm, ) (Entered: 03/30/2006) |
| 4/04/2006 | 415 | NOTICE of Substitution of Attorney. Old Attorney: Richard E. Leff, New Attorney: Edward P. Grosz, Address: Kle Kaplan, Wolff &Cohen, P.C., 551 Fifth Avenue, New York, New York, USA 10176, (212) 986–6000. Document fi Murray Hill Properties LLC. (Grosz, Edward) (Entered: 04/04/2006) |
| 4/05/2006 | 416 | ORDER REGULATING MOTIONS FOR LEAVE TO FILE NUNC PRO TUNC. Plaintiffs in the cases listed in Ap A have moved for leave to file a late notice of claim, nunc pro tunc, against defendant, the City of NY. It is hereby that the pending motions to file nunc pro tunc are to regulated by the procedure set forth in my order of 9/30/05. by Judge Alvin K. Hellerstein on 3/31/06) Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:04–cv–09116–AKH,1:04–cv–09903–AKH,1:04–cv–09907–AKH,1:04–cv–09908 1:05–cv–01590–AKH(rjm, ) (Entered: 04/05/2006) |
| 4/06/2006 | 417 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Richard E. Leff dated 4/4/06 re: That this matt transferred from the Eastern District to the Southern District and into the 21 MC 100 docket. "Defendants remedy is to USDC, EDNY (28usc1404(a))." (Signed by Judge Alvin K. Hellerstein on 4/6/06) (rjm, ) Modified on 4/13/2006 (Entered: 04/06/2006) |
| 4/07/2006 | 418 | AFFIRMATION of Gregory J. Cannata in Opposition re: 383 MOTION to Dismiss.. Document filed by Thomas As Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH 1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH 1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH 1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH 1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH |

1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH

1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH

1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH

1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH(Irwin, Joshua) (Entered: 04/07/2006)

| 04/07/2006 | 419 | AFFIRMATION of PETER T. MOYNIHAN in Opposition re: 392 MOTION for Summary Judgment *Based on Fed* *Immunity*., 388 MOTION for Judgment on the Pleadings *Based on State Statutory Immunity*.. Document filed by Mi Chambers. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–05175–AKH,1:04–cv–05862–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH

1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH

```
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
```

1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH

| | | |
|---|---|---|
| | | 1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH 1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH 1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH 1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH 1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH 1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH 1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH 1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH 1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH 1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH 1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH 1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH 1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH 1:06–cv–02529–AKH,1:06–cv–02664–AKH(Singla, Retu) (Entered: 04/07/2006) |
| 4/07/2006 | 420 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 4/7/06 re: Granted reques Plaintiffs' papers in hard copy format in the event the Court's ECF system does not accept Plaintiffs' papers. (Signed Alvin K. Hellerstein on 4/7/06) (rjm, ) (Entered: 04/10/2006) |
| 4/13/2006 | 421 | PLAINTIFFS' LIASON'S RESPONSE IN OPPOSITION TO THE DEFTS' JOINT MOTIONS FOR DISMISSAL I TO FRCP 12(B)(6) AND FRCP 56 ON IMMUNITY GROUNDS re: 404 MOTION to Dismiss., 383 MOTION to D 409 CROSS MOTION to Dismiss *Master Complaint*. Original Filed in 21MC100 only . This Document relates to A Actions. (rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 422 | AFFIDAVIT of Paul J. Napoli in Support of Plaintiffs' Cross–Motion for Denial of Defts' Motions purs. to FRCP 12 and FRCP 56. Original filed in 21mc100 only. This Document relates to All Cases. (rjm, ) Modified on 4/14/2006 (r (Entered: 04/13/2006) |
| 4/13/2006 | 423 | Plaintiffs' Liaison Counsel's Statement pursuant to Fed. R. Civ. P. 56.1 and L. Rule C. 56.1 and Plaintiffs' Liaison C Responses to the Defendants' 56.1 Statements. Original filed in 21MC100 only. This document relates to All Cases. Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 424 | PLAINTIFFS' SUPPLEMENTAL JOINT APPENDIX. Appendix 1 if 1. (Exhibits 176–187). Original filed in 21MC only. This Document relates to All Cases. (rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 425 | PLAINTIFFS' JOINT APPENDIX. Appendix 1 of 10 (Exhibits 1 – 20). Original filed in 21MC100 only. This Docu relates to All Cases.(rjm, ) Modified on 4/13/2006 (rjm, ). Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 426 | PLAINTIFFS' JOINT APPENDIX. Appendix 2 of 10 (Exhibits 21 – 35). Original filed in 21MC100 only. This Doc relates to All Cases.(rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 427 | PLAINTIFFS' JOINT APPENDIX. Appendix 3 of 10 (Exhibits 36 – 40). Original filed in 21MC100 only. This Doc relates to All Cases. (rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 428 | PLAINTIFFS' JOINT APPENDIX. Appendix 4 of 10 (Exhibits 41 – 68). Original filed in 21MC100 only. This Doc relates to All Cases. (rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 429 | PLAINTIFFS' JOINT APPENDIX. Appendix 5 of 10 (Exhibits 69). Original filed in 21MC100 only. This Documen to All Cases. (rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 430 | PLAINTIFFS' JOINT APPENDIX. Appendix 6 of 10 (Exhibits 70 – 137). Original filed in 21MC100 only. This Do relates to All Cases. (rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 431 | PLAINTIFFS' JOINT APPENDIX. Appendix 7 of 10 (Exhibits 138 – 147). Original filed in 21MC100 only. This D relates to All Cases. (rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 432 | PLAINTIFFS' JOINT APPENDIX. Appendix 8 of 10 (Exhibits 148 – 155). Original filed in 21MC100 only. This D relates to All Cases. (rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 433 | PLAINTIFFS' JOINT APPENDIX. Appendix 9 of 10 (Exhibits 156 – 170). Original filed in 21MC100 only. This D relates to All Cases.(rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/13/2006 | 434 | PLAINTIFFS' JOINT APPENDIX. Appendix 10 of 10 (Exhibits 171 – 175). Original filed in 21MC100 only. This Document relates to All Cases. (rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/13/2006) |
| 4/20/2006 | 435 | NOTICE OF APPEARANCE by David Paul Horowitz on behalf of Antonio E. Alves, Maria E. Alves (Horowitz, D (Entered: 04/20/2006) |

| 4/22/2006 | 436 | RESPONSE in Opposition re: 392 MOTION for Summary Judgment *Based on Federal Immunity.*, 404 MOTION to Dismiss., 387 MOTION for Summary Judgment., 394 MOTION for Summary Judgment *Based Upon Status as Out−of−Possession Lessees.*, 395 MOTION for Judgment on the Pleadings *Based on State Common Law Immunity* MOTION for Summary Judgment., 383 MOTION to Dismiss., 409 CROSS MOTION to Dismiss *Master Complain* MOTION for Judgment on the Pleadings *Based on State Statutory Immunity. Plaintiffs' Liaison Counsel's Suppleme Memorandum in Opposition.* Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1# 2 Exhibit : Associated Cases: |

1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747
1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH
1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH
1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH
1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH
1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH
1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH
1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH
1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH
1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH
1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH
1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH
1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH
1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH
1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH
1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH
1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH
1:04−cv−08749−AKH,1:04−cv−08750−AKH,1:04−cv−08751−AKH,1:04−cv−08752−AKH,1:04−cv−08753−AKH
1:04−cv−08754−AKH,1:04−cv−08755−AKH,1:04−cv−08756−AKH,1:04−cv−08757−AKH,1:04−cv−08758−AKH
1:04−cv−08770−AKH,1:04−cv−08771−AKH,1:04−cv−08772−AKH,1:04−cv−08773−AKH,1:04−cv−08774−AKH
1:04−cv−08775−AKH,1:04−cv−08776−AKH,1:04−cv−08777−AKH,1:04−cv−08778−AKH,1:04−cv−08779−AKH
1:04−cv−08785−AKH,1:04−cv−08811−AKH,1:04−cv−08812−AKH,1:04−cv−08813−AKH,1:04−cv−08814−AKH
1:04−cv−08815−AKH,1:04−cv−08816−AKH,1:04−cv−08817−AKH,1:04−cv−08841−AKH,1:04−cv−08866−AKH
1:04−cv−08867−AKH,1:04−cv−08868−AKH,1:04−cv−08869−AKH,1:04−cv−08870−AKH,1:04−cv−08871−AKH
1:04−cv−09002−AKH,1:04−cv−09062−AKH,1:04−cv−09081−AKH,1:04−cv−09082−AKH,1:04−cv−09083−AKH
1:04−cv−09116−AKH,1:04−cv−09150−AKH,1:04−cv−09151−AKH,1:04−cv−09152−AKH,1:04−cv−09153−AKH
1:04−cv−09154−AKH,1:04−cv−09155−AKH,1:04−cv−09156−AKH,1:04−cv−09157−AKH,1:04−cv−09158−AKH
1:04−cv−09159−AKH,1:04−cv−09160−AKH,1:04−cv−09161−AKH,1:04−cv−09162−AKH,1:04−cv−09163−AKH
1:04−cv−09164−AKH,1:04−cv−09165−AKH,1:04−cv−09166−AKH,1:04−cv−09167−AKH,1:04−cv−09168−AKH
1:04−cv−09169−AKH,1:04−cv−09170−AKH,1:04−cv−09171−AKH,1:04−cv−09172−AKH,1:04−cv−09173−AKH
1:04−cv−09174−AKH,1:04−cv−09175−AKH,1:04−cv−09176−AKH,1:04−cv−09177−AKH,1:04−cv−09178−AKH
1:04−cv−09179−AKH,1:04−cv−09180−AKH,1:04−cv−09181−AKH,1:04−cv−09182−AKH,1:04−cv−09244−AKH
1:04−cv−09245−AKH,1:04−cv−09247−AKH,1:04−cv−09253−AKH,1:04−cv−09261−AKH,1:04−cv−09272−AKH
1:04−cv−09341−AKH,1:04−cv−09342−AKH,1:04−cv−09343−AKH,1:04−cv−09366−AKH,1:04−cv−09367−AKH
1:04−cv−09368−AKH,1:04−cv−09450−AKH,1:04−cv−09451−AKH,1:04−cv−09818−AKH,1:04−cv−09819−AKH
1:04−cv−09820−AKH,1:04−cv−09821−AKH,1:04−cv−09832−AKH,1:04−cv−09833−AKH,1:04−cv−09834−AKH
1:04−cv−09835−AKH,1:04−cv−09836−AKH,1:04−cv−09837−AKH,1:04−cv−09838−AKH,1:04−cv−09839−AKH
1:04−cv−09840−AKH,1:04−cv−09841−AKH,1:04−cv−09842−AKH,1:04−cv−09843−AKH,1:04−cv−09844−AKH
1:04−cv−09845−AKH,1:04−cv−09846−AKH,1:04−cv−09847−AKH,1:04−cv−09848−AKH,1:04−cv−09849−AKH
1:04−cv−09850−AKH,1:04−cv−09851−AKH,1:04−cv−09852−AKH,1:04−cv−09853−AKH,1:04−cv−09854−AKH
1:04−cv−09855−AKH,1:04−cv−09856−AKH,1:04−cv−09857−AKH,1:04−cv−09902−AKH,1:04−cv−09903−AKH
1:04−cv−09904−AKH,1:04−cv−09905−AKH,1:04−cv−09906−AKH,1:04−cv−09907−AKH,1:04−cv−09908−AKH
1:04−cv−09909−AKH,1:04−cv−09910−AKH,1:04−cv−09987−AKH,1:04−cv−09988−AKH,1:04−cv−09989−AKH
1:04−cv−09990−AKH,1:04−cv−10072−AKH,1:04−cv−10284−AKH,1:05−cv−00117−AKH,1:05−cv−00118−AKH
1:05−cv−00119−AKH,1:05−cv−00184−AKH,1:05−cv−00185−AKH,1:05−cv−00186−AKH,1:05−cv−00193−AKH
1:05−cv−00194−AKH,1:05−cv−00195−AKH,1:05−cv−00209−AKH,1:05−cv−00210−AKH,1:05−cv−00211−AKH
1:05−cv−00212−AKH,1:05−cv−00224−AKH,1:05−cv−00259−AKH,1:05−cv−00264−AKH,1:05−cv−00311−AKH
1:05−cv−00405−AKH,1:05−cv−00406−AKH,1:05−cv−00407−AKH,1:05−cv−00408−AKH,1:05−cv−00409−AKH
1:05−cv−00410−AKH,1:05−cv−00411−AKH,1:05−cv−00412−AKH,1:05−cv−00413−AKH,1:05−cv−00414−AKH
1:05−cv−00415−AKH,1:05−cv−00416−AKH,1:05−cv−00417−AKH,1:05−cv−00418−AKH,1:05−cv−00419−AKH
1:05−cv−00420−AKH,1:05−cv−00421−AKH,1:05−cv−00422−AKH,1:05−cv−00423−AKH,1:05−cv−00424−AKH
1:05−cv−00425−AKH,1:05−cv−00426−AKH,1:05−cv−00665−AKH,1:05−cv−00666−AKH,1:05−cv−00667−AKH
1:05−cv−00668−AKH,1:05−cv−00669−AKH,1:05−cv−00670−AKH,1:05−cv−00671−AKH,1:05−cv−00679−AKH
1:05−cv−00708−AKH,1:05−cv−00719−AKH,1:05−cv−00720−AKH,1:05−cv−00722−AKH,1:05−cv−00724−AKH
1:05−cv−00744−AKH,1:05−cv−00765−AKH,1:05−cv−00766−AKH,1:05−cv−00828−AKH,1:05−cv−00829−AKH
1:05−cv−00830−AKH,1:05−cv−00831−AKH,1:05−cv−00832−AKH,1:05−cv−00833−AKH,1:05−cv−00835−AKH
1:05−cv−00836−AKH,1:05−cv−00837−AKH,1:05−cv−00838−AKH,1:05−cv−00839−AKH,1:05−cv−00840−AKH
1:05−cv−00841−AKH,1:05−cv−00842−AKH,1:05−cv−00843−AKH,1:05−cv−00844−AKH,1:05−cv−00845−AKH

```
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
```

1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH

1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH

| | | |
|---|---|---|
| | | 1:06−cv−02960−AKH,1:06−cv−02961−AKH(LoPalo, Christopher) (Entered: 04/22/2006) |
| 4/22/2006 | <u>437</u> | NOTICE of Dismissal Without Prejudice as to Defendant Ment Bros. Iron Works Co., Inc., Only. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 04/22/2006) |
| 4/24/2006 | <u>438</u> | RESPONSE in Opposition re: <u>392</u> MOTION for Summary Judgment *Based on Federal Immunity.*, <u>404</u> MOTION to Dismiss., <u>387</u> MOTION for Summary Judgment., <u>394</u> MOTION for Summary Judgment *Based Upon Status as Out−of−Possession Lessees.*, <u>395</u> MOTION for Judgment on the Pleadings *Based on State Common Law Immunity* MOTION for Summary Judgment., <u>383</u> MOTION to Dismiss., <u>409</u> CROSS MOTION to Dismiss *Master Complain* MOTION for Judgment on the Pleadings *Based on State Statutory Immunity. Plaintiffs' Supplemental Exhibit 4.* Do filed by Plaintiffs Liaison Counsel. Filed In Associated Cases: 1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747 1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH 1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH 1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH 1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH 1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH 1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH 1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH 1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH 1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH 1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH 1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH 1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH 1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH 1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH 1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH 1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH 1:04−cv−08749−AKH,1:04−cv−08750−AKH,1:04−cv−08751−AKH,1:04−cv−08752−AKH,1:04−cv−08753−AKH 1:04−cv−08754−AKH,1:04−cv−08755−AKH,1:04−cv−08756−AKH,1:04−cv−08757−AKH,1:04−cv−08758−AKH 1:04−cv−08770−AKH,1:04−cv−08771−AKH,1:04−cv−08772−AKH,1:04−cv−08773−AKH,1:04−cv−08774−AKH 1:04−cv−08775−AKH,1:04−cv−08776−AKH,1:04−cv−08777−AKH,1:04−cv−08778−AKH,1:04−cv−08779−AKH 1:04−cv−08785−AKH,1:04−cv−08811−AKH,1:04−cv−08812−AKH,1:04−cv−08813−AKH,1:04−cv−08814−AKH 1:04−cv−08815−AKH,1:04−cv−08816−AKH,1:04−cv−08817−AKH,1:04−cv−08841−AKH,1:04−cv−08866−AKH 1:04−cv−08867−AKH,1:04−cv−08868−AKH,1:04−cv−08869−AKH,1:04−cv−08870−AKH,1:04−cv−08871−AKH 1:04−cv−09002−AKH,1:04−cv−09062−AKH,1:04−cv−09081−AKH,1:04−cv−09082−AKH,1:04−cv−09083−AKH 1:04−cv−09116−AKH,1:04−cv−09150−AKH,1:04−cv−09151−AKH,1:04−cv−09152−AKH,1:04−cv−09153−AKH 1:04−cv−09154−AKH,1:04−cv−09155−AKH,1:04−cv−09156−AKH,1:04−cv−09157−AKH,1:04−cv−09158−AKH 1:04−cv−09159−AKH,1:04−cv−09160−AKH,1:04−cv−09161−AKH,1:04−cv−09162−AKH,1:04−cv−09163−AKH 1:04−cv−09164−AKH,1:04−cv−09165−AKH,1:04−cv−09166−AKH,1:04−cv−09167−AKH,1:04−cv−09168−AKH 1:04−cv−09169−AKH,1:04−cv−09170−AKH,1:04−cv−09171−AKH,1:04−cv−09172−AKH,1:04−cv−09173−AKH 1:04−cv−09174−AKH,1:04−cv−09175−AKH,1:04−cv−09176−AKH,1:04−cv−09177−AKH,1:04−cv−09178−AKH 1:04−cv−09179−AKH,1:04−cv−09180−AKH,1:04−cv−09181−AKH,1:04−cv−09182−AKH,1:04−cv−09244−AKH 1:04−cv−09245−AKH,1:04−cv−09247−AKH,1:04−cv−09253−AKH,1:04−cv−09261−AKH,1:04−cv−09272−AKH 1:04−cv−09341−AKH,1:04−cv−09342−AKH,1:04−cv−09343−AKH,1:04−cv−09366−AKH,1:04−cv−09367−AKH 1:04−cv−09368−AKH,1:04−cv−09450−AKH,1:04−cv−09451−AKH,1:04−cv−09818−AKH,1:04−cv−09819−AKH Dismiss.,1:04−cv−09820−AKH,1:04−cv−09821−AKH,1:04−cv−09832−AKH,1:04−cv−09833−AKH,1:04−cv−09834−AKH 1:04−cv−09835−AKH,1:04−cv−09836−AKH,1:04−cv−09837−AKH,1:04−cv−09838−AKH,1:04−cv−09839−AKH 1:04−cv−09840−AKH,1:04−cv−09841−AKH,1:04−cv−09842−AKH,1:04−cv−09843−AKH,1:04−cv−09844−AKH 1:04−cv−09845−AKH,1:04−cv−09846−AKH,1:04−cv−09847−AKH,1:04−cv−09848−AKH,1:04−cv−09849−AKH 1:04−cv−09850−AKH,1:04−cv−09851−AKH,1:04−cv−09852−AKH,1:04−cv−09853−AKH,1:04−cv−09854−AKH 1:04−cv−09855−AKH,1:04−cv−09856−AKH,1:04−cv−09857−AKH,1:04−cv−09902−AKH,1:04−cv−09903−AKH 1:04−cv−09904−AKH,1:04−cv−09905−AKH,1:04−cv−09906−AKH,1:04−cv−09907−AKH,1:04−cv−09908−AKH 1:04−cv−09909−AKH,1:04−cv−09910−AKH,1:04−cv−09987−AKH,1:04−cv−09988−AKH,1:04−cv−09989−AKH 1:04−cv−09990−AKH,1:04−cv−10072−AKH,1:04−cv−10284−AKH,1:05−cv−00117−AKH,1:05−cv−00118−AKH 1:05−cv−00119−AKH,1:05−cv−00184−AKH,1:05−cv−00185−AKH,1:05−cv−00186−AKH,1:05−cv−00193−AKH 1:05−cv−00194−AKH,1:05−cv−00195−AKH,1:05−cv−00209−AKH,1:05−cv−00210−AKH,1:05−cv−00211−AKH 1:05−cv−00212−AKH,1:05−cv−00224−AKH,1:05−cv−00259−AKH,1:05−cv−00264−AKH,1:05−cv−00311−AKH 1:05−cv−00405−AKH,1:05−cv−00406−AKH,1:05−cv−00407−AKH,1:05−cv−00408−AKH,1:05−cv−00409−AKH 1:05−cv−00410−AKH,1:05−cv−00411−AKH,1:05−cv−00412−AKH,1:05−cv−00413−AKH,1:05−cv−00414−AKH 1:05−cv−00415−AKH,1:05−cv−00416−AKH,1:05−cv−00417−AKH,1:05−cv−00418−AKH,1:05−cv−00419−AKH 1:05−cv−00420−AKH,1:05−cv−00421−AKH,1:05−cv−00422−AKH,1:05−cv−00423−AKH,1:05−cv−00424−AKH 1:05−cv−00425−AKH,1:05−cv−00426−AKH,1:05−cv−00665−AKH,1:05−cv−00666−AKH,1:05−cv−00667−AKH 1:05−cv−00668−AKH,1:05−cv−00669−AKH,1:05−cv−00670−AKH,1:05−cv−00671−AKH,1:05−cv−00679−AKH 1:05−cv−00708−AKH,1:05−cv−00719−AKH,1:05−cv−00720−AKH,1:05−cv−00722−AKH,1:05−cv−00724−AKH |

1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH

1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH

1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH

| | | |
|---|---|---|
| | | 1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH<br>1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH<br>1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH<br>1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH<br>1:06–cv–02960–AKH,1:06–cv–02961–AKH(LoPalo, Christopher) (Entered: 04/24/2006) |
| 4/24/2006 | 439 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Marion S. Mishkin dated 4/24/06 re: Granted<br>for an extension of time of one day for non respiratory plaintiffs to file their response to the pending immunity moti<br>as further set forth in said endorsed letter. (Signed by Judge Alvin K. Hellerstein on 4/24/06) (rjm, ) (Entered: 04/25 |
| 4/25/2006 | 440 | AFFIDAVIT of Marion S. Mishkin, Esq. in Opposition re: 395 MOTION for Judgment on the Pleadings *Based on S*<br>*Common Law Immunity*., 388 MOTION for Judgment on the Pleadings *Based on State Statutory Immunity*., 392 MO<br>for Summary Judgment *Based on Federal Immunity*., 383 MOTION to Dismiss.. Document filed by John Montalvo<br>(Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11)Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH<br>1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH<br>1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH<br>1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH<br>1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH<br>1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH<br>1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH<br>1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH<br>1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH<br>1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH<br>1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH<br>1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH<br>1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH<br>1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH<br>1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH<br>1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH<br>1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH<br>1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH<br>1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH<br>1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH<br>1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH<br>1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH<br>1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH<br>1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH<br>1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH<br>1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH<br>1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH<br>1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH<br>1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH<br>1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH<br>1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH<br>1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH<br>1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH<br>1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH<br>1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH<br>1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH<br>1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH<br>1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH<br>1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH<br>1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH<br>1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH |

1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH

1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH

1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH

| | | |
|---|---|---|
| | | 1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH |
| | | 1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH |
| | | 1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH |
| | | 1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH |
| | | 1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH |
| | | 1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH |
| | | 1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH |
| | | 1:06–cv–02960–AKH,1:06–cv–02961–AKH(Mishkin, Marion) (Entered: 04/25/2006) |
| 4/25/2006 | 441 | AFFIDAVIT of Marion S. Mishkin, Esq. in Opposition re: 392 MOTION for Summary Judgment *Based on Federal Immunity.*, 404 MOTION to Dismiss., 387 MOTION for Summary Judgment., 394 MOTION for Summary Judgment *Upon Status as Out–of–Possession Lessees.*, 395 MOTION for Judgment on the Pleadings *Based on State Common Law Immunity.*, 385 MOTION for Summary Judgment., 383 MOTION to Dismiss., 388 MOTION for Judgment on the Pleadings *Based on State Statutory Immunity.*.. Document filed by John Montalvo. Filed In Associated Cases: |
| | | 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 |
| | | 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH |
| | | 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH |
| | | 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH |
| | | 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH |
| | | 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH |
| | | 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH |
| | | 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH |
| | | 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH |
| | | 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH |
| | | 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH |
| | | 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH |
| | | 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH |
| | | 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH |
| | | 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH |
| | | 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH |
| | | 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH |
| | | 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH |
| | | 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH |
| | | 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH |
| | | 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH |
| | | 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH |
| | | 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH |
| | | 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH |
| | | 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH |
| | | 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH |
| | | 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH |
| | | 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH |
| | | 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH |
| | | 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH |
| | | 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH |
| | | 1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH |
| | | 1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH |
| | | 1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH |
| | | 1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH |
| | | 1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH |
| | | 1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH |
| | | 1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH |
| | | 1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH |
| | | 1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH |
| | | 1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH |
| | | 1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH |
| | | 1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH |
| | | 1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH |
| | | 1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH |
| | | 1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH |
| | | 1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH |
| | | 1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH |
| | | 1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH |
| | | 1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH |
| | | 1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH |

1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH

1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH

1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH

1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH(Mishkin, Marion) (Entered: 04/25/2006)

| | | |
|---|---|---|
| 4/25/2006 | 442 | MEMORANDUM OF LAW in Opposition re: 392 MOTION for Summary Judgment *Based on Federal Immunity*., MOTION to Dismiss., 387 MOTION for Summary Judgment., 394 MOTION for Summary Judgment *Based Upon Out–of–Possession Lessees*., 395 MOTION for Judgment on the Pleadings *Based on State Common Law Immunity* MOTION for Summary Judgment., 383 MOTION to Dismiss., 388 MOTION for Judgment on the Pleadings *Based Statutory Immunity*.. Document filed by John Montalvo. (Attachments: # 1)Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 |

1:04–cv–03800–AKH,1:04–cv–04982,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH

1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH

1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH

1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH

| | | |
|---|---|---|
| | | 1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH<br>1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH<br>1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH<br>1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH<br>1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH<br>1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH<br>1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH<br>1:06–cv–02960–AKH,1:06–cv–02961–AKH(Mishkin, Marion) (Entered: 04/25/2006) |
| 04/25/2006 | 443 | NOTICE OF APPEARANCE by Anthony Joseph Staltari on behalf of Bovis Holdings Limited, Bovis International,<br>Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc.<br>Construction Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Bovis L<br>Lease Inc, AMEC Construction Management, Inc., AMEC Construction Management, Inc., The City of New York,<br>Construction Co., Inc., Tully Construction Co., Inc., The City of New York, Tully Construction Co., Inc., Tully Con<br>Co., Inc., Turner Construction International, L.L.C., AMEC Construction Management, Inc., AMEC Construction<br>Management, Inc., Bovis Lend Lease, Inc., Plaza Construction Corp., Plaza Construction Corp., Plaza Construction<br>Management Corp., Plaza Construction Management Corp., Tully Construction Co., Inc., Tully Construction Compa<br>Tully Construction Company, Tully Consulting Corp., Tully Consulting Corp., Tully Environmental Inc., Tully<br>Environmental Inc., Tully Industries, Inc., Tully Industries, Inc., Turner Construction Co., Turner Construction Com<br>Turner Construction Company, Turner Construction International, L.L.C., Bovis Holdings Limited, Bovis Internatio<br>Bovis Lend Lease Inc, Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc.,<br>Construction Management, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Bechtel Associates Profe<br>Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Lend Lease Inc. (<br>Anthony) (Entered: 04/25/2006) |
| 04/28/2006 | 444 | NOTICE OF APPEARANCE by Richard Eric Leff on behalf of CDL (New York) L.L.C. (Leff, Richard) (Entered:<br>04/28/2006) |
| 04/28/2006 | 445 | NOTICE OF APPEARANCE by Marion Sandra Mishkin on behalf of marion s. mishkin, John Montalvo(Marion S.<br>Esq. Notice of Appearance for Plaintiffs John Montalvo and Darlene Montalvo) (Mishkin, Marion) (Entered: 04/28/ |
| 05/01/2006 | 446 | NOTICE OF CHANGE OF ADDRESS by James Edward Tyrrell, JR on behalf of City of New York, Bovis Holding<br>Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease<br>Tully Construction Co., Inc., Turner Construction Company, Turner Construction International, L.L.C., AMEC Con<br>Management, Inc., Mazzoochi Wrecking, Scalamandre, Tully Construction Co., Inc., AMEC Construction Managen<br>Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consult<br>Corp., Tully Environmental Inc., Tully Industries, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Be<br>SKIDMORE OWINGS &MERRILL LLP, LOCKWOOD KESSLER &BARTLETT, INC, LaStrada General Contra<br>Corp., Moretrench American Corporation, Total Safety Consulting, LLC, Parson Group, Inc., Bechtel Associates<br>Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Len<br>Inc., Liberty Mutual Managed Care, Inc., Turner/Plaza, A Joint Venture, Wolkow Braker Roofing Corporation. New<br>Address: Patton Boggs LLP, One Riverfront Plaza, 6th Floor, Newark, NJ, US 07102, (973) 848–5600. (Tyrrell, Jar<br>(Entered: 05/01/2006) |
| 05/01/2006 | 447 | NOTICE of Declaration Pursuant to Case Management Order #3. Document filed by Verizon New York Inc., Veriz<br>Properties Inc., Verizon Communications Inc.. (Stevenson, Lee Ann) (Entered: 05/01/2006) |
| 05/01/2006 | 448 | NOTICE of Identification of Potential Affiants. Document filed by Verizon New York Inc., Verizon Properties Inc..<br>Communications Inc.. (Stevenson, Lee Ann) (Entered: 05/01/2006) |
| 05/04/2006 | 451 | CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER (this document relates to all cases); regarding<br>procedures to be followed that shall govern the handling of confidential information... (Signed by Judge Alvin K. H<br>on 5/3/2006) (kkc, ) (Entered: 05/08/2006) |
| 05/05/2006 | 449 | AFFIDAVIT of Peter T. Moynihan, Esq. in Opposition re: 392 MOTION for Summary Judgment *Based on Federal<br>Immunity.*, 395 MOTION for Judgment on the Pleadings *Based on State Common Law Immunity.*, 383 MOTION to<br>388 MOTION for Judgment on the Pleadings *Based on State Statutory Immunity.*. Document filed by Michael Chan<br>Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06689–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH |

```
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
```

1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH

1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH

1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH(Mishkin, Marion) (Ent 05/05/2006)

| | | |
|---|---|---|
| 05/05/2006 | 450 | AFFIDAVIT of Peter T. Moynihan in Opposition re: 383 MOTION to Dismiss.. Document filed by Charles Dalton. Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH |

```
1:04-cv-08404-AKH,1:04-cv-08431-AKH,1:04-cv-08494-AKH,1:04-cv-08495-AKH,1:04-cv-08496-AKH
1:04-cv-08497-AKH,1:04-cv-08498-AKH,1:04-cv-08499-AKH,1:04-cv-08500-AKH,1:04-cv-08501-AKH
1:04-cv-08502-AKH,1:04-cv-08503-AKH,1:04-cv-08504-AKH,1:04-cv-08505-AKH,1:04-cv-08506-AKH
1:04-cv-08507-AKH,1:04-cv-08508-AKH,1:04-cv-08674-AKH,1:04-cv-08675-AKH,1:04-cv-08676-AKH
1:04-cv-08681-AKH,1:04-cv-08725-AKH,1:04-cv-08726-AKH,1:04-cv-08727-AKH,1:04-cv-08728-AKH
1:04-cv-08729-AKH,1:04-cv-08730-AKH,1:04-cv-08731-AKH,1:04-cv-08732-AKH,1:04-cv-08733-AKH
1:04-cv-08734-AKH,1:04-cv-08735-AKH,1:04-cv-08736-AKH,1:04-cv-08737-AKH,1:04-cv-08738-AKH
1:04-cv-08739-AKH,1:04-cv-08740-AKH,1:04-cv-08741-AKH,1:04-cv-08742-AKH,1:04-cv-08743-AKH
1:04-cv-08744-AKH,1:04-cv-08745-AKH,1:04-cv-08746-AKH,1:04-cv-08747-AKH,1:04-cv-08748-AKH
1:04-cv-08749-AKH,1:04-cv-08750-AKH,1:04-cv-08751-AKH,1:04-cv-08752-AKH,1:04-cv-08753-AKH
1:04-cv-08754-AKH,1:04-cv-08755-AKH,1:04-cv-08756-AKH,1:04-cv-08757-AKH,1:04-cv-08758-AKH
1:04-cv-08770-AKH,1:04-cv-08771-AKH,1:04-cv-08772-AKH,1:04-cv-08773-AKH,1:04-cv-08774-AKH
1:04-cv-08775-AKH,1:04-cv-08776-AKH,1:04-cv-08777-AKH,1:04-cv-08778-AKH,1:04-cv-08779-AKH
1:04-cv-08785-AKH,1:04-cv-08811-AKH,1:04-cv-08812-AKH,1:04-cv-08813-AKH,1:04-cv-08814-AKH
1:04-cv-08815-AKH,1:04-cv-08816-AKH,1:04-cv-08817-AKH,1:04-cv-08841-AKH,1:04-cv-08866-AKH
1:04-cv-08867-AKH,1:04-cv-08868-AKH,1:04-cv-08869-AKH,1:04-cv-08870-AKH,1:04-cv-08871-AKH
1:04-cv-09002-AKH,1:04-cv-09062-AKH,1:04-cv-09081-AKH,1:04-cv-09082-AKH,1:04-cv-09083-AKH
1:04-cv-09116-AKH,1:04-cv-09150-AKH,1:04-cv-09151-AKH,1:04-cv-09152-AKH,1:04-cv-09153-AKH
1:04-cv-09154-AKH,1:04-cv-09155-AKH,1:04-cv-09156-AKH,1:04-cv-09157-AKH,1:04-cv-09158-AKH
1:04-cv-09159-AKH,1:04-cv-09160-AKH,1:04-cv-09161-AKH,1:04-cv-09162-AKH,1:04-cv-09163-AKH
1:04-cv-09164-AKH,1:04-cv-09165-AKH,1:04-cv-09166-AKH,1:04-cv-09167-AKH,1:04-cv-09168-AKH
1:04-cv-09169-AKH,1:04-cv-09170-AKH,1:04-cv-09171-AKH,1:04-cv-09172-AKH,1:04-cv-09173-AKH
1:04-cv-09174-AKH,1:04-cv-09175-AKH,1:04-cv-09176-AKH,1:04-cv-09177-AKH,1:04-cv-09178-AKH
1:04-cv-09179-AKH,1:04-cv-09180-AKH,1:04-cv-09181-AKH,1:04-cv-09182-AKH,1:04-cv-09244-AKH
1:04-cv-09245-AKH,1:04-cv-09247-AKH,1:04-cv-09253-AKH,1:04-cv-09261-AKH,1:04-cv-09272-AKH
1:04-cv-09341-AKH,1:04-cv-09342-AKH,1:04-cv-09343-AKH,1:04-cv-09366-AKH,1:04-cv-09367-AKH
1:04-cv-09368-AKH,1:04-cv-09450-AKH,1:04-cv-09451-AKH,1:04-cv-09818-AKH,1:04-cv-09819-AKH
1:04-cv-09820-AKH,1:04-cv-09821-AKH,1:04-cv-09832-AKH,1:04-cv-09833-AKH,1:04-cv-09834-AKH
1:04-cv-09835-AKH,1:04-cv-09836-AKH,1:04-cv-09837-AKH,1:04-cv-09838-AKH,1:04-cv-09839-AKH
1:04-cv-09840-AKH,1:04-cv-09841-AKH,1:04-cv-09842-AKH,1:04-cv-09843-AKH,1:04-cv-09844-AKH
1:04-cv-09845-AKH,1:04-cv-09846-AKH,1:04-cv-09847-AKH,1:04-cv-09848-AKH,1:04-cv-09849-AKH
1:04-cv-09850-AKH,1:04-cv-09851-AKH,1:04-cv-09852-AKH,1:04-cv-09853-AKH,1:04-cv-09854-AKH
1:04-cv-09855-AKH,1:04-cv-09856-AKH,1:04-cv-09857-AKH,1:04-cv-09902-AKH,1:04-cv-09903-AKH
1:04-cv-09904-AKH,1:04-cv-09905-AKH,1:04-cv-09906-AKH,1:04-cv-09907-AKH,1:04-cv-09908-AKH
1:04-cv-09909-AKH,1:04-cv-09910-AKH,1:04-cv-09987-AKH,1:04-cv-09988-AKH,1:04-cv-09989-AKH
1:04-cv-09990-AKH,1:04-cv-10072-AKH,1:04-cv-10284-AKH,1:05-cv-00117-AKH,1:05-cv-00118-AKH
1:05-cv-00119-AKH,1:05-cv-00184-AKH,1:05-cv-00185-AKH,1:05-cv-00186-AKH,1:05-cv-00193-AKH
1:05-cv-00194-AKH,1:05-cv-00195-AKH,1:05-cv-00209-AKH,1:05-cv-00210-AKH,1:05-cv-00211-AKH
1:05-cv-00212-AKH,1:05-cv-00224-AKH,1:05-cv-00259-AKH,1:05-cv-00264-AKH,1:05-cv-00311-AKH
1:05-cv-00405-AKH,1:05-cv-00406-AKH,1:05-cv-00407-AKH,1:05-cv-00408-AKH,1:05-cv-00409-AKH
1:05-cv-00410-AKH,1:05-cv-00411-AKH,1:05-cv-00412-AKH,1:05-cv-00413-AKH,1:05-cv-00414-AKH
1:05-cv-00415-AKH,1:05-cv-00416-AKH,1:05-cv-00417-AKH,1:05-cv-00418-AKH,1:05-cv-00419-AKH
1:05-cv-00420-AKH,1:05-cv-00421-AKH,1:05-cv-00422-AKH,1:05-cv-00423-AKH,1:05-cv-00424-AKH
1:05-cv-00425-AKH,1:05-cv-00426-AKH,1:05-cv-00665-AKH,1:05-cv-00666-AKH,1:05-cv-00667-AKH
1:05-cv-00668-AKH,1:05-cv-00669-AKH,1:05-cv-00670-AKH,1:05-cv-00671-AKH,1:05-cv-00679-AKH
1:05-cv-00708-AKH,1:05-cv-00719-AKH,1:05-cv-00720-AKH,1:05-cv-00722-AKH,1:05-cv-00724-AKH
1:05-cv-00744-AKH,1:05-cv-00765-AKH,1:05-cv-00766-AKH,1:05-cv-00828-AKH,1:05-cv-00829-AKH
1:05-cv-00830-AKH,1:05-cv-00831-AKH,1:05-cv-00832-AKH,1:05-cv-00833-AKH,1:05-cv-00835-AKH
1:05-cv-00836-AKH,1:05-cv-00837-AKH,1:05-cv-00838-AKH,1:05-cv-00839-AKH,1:05-cv-00840-AKH
1:05-cv-00841-AKH,1:05-cv-00842-AKH,1:05-cv-00843-AKH,1:05-cv-00844-AKH,1:05-cv-00845-AKH
1:05-cv-00846-AKH,1:05-cv-00847-AKH,1:05-cv-00874-AKH,1:05-cv-00920-AKH,1:05-cv-00921-AKH
1:05-cv-01047-AKH,1:05-cv-01048-AKH,1:05-cv-01062-AKH,1:05-cv-01063-AKH,1:05-cv-01064-AKH
1:05-cv-01065-AKH,1:05-cv-01066-AKH,1:05-cv-01067-AKH,1:05-cv-01068-AKH,1:05-cv-01069-AKH
1:05-cv-01070-AKH,1:05-cv-01071-AKH,1:05-cv-01072-AKH,1:05-cv-01073-AKH,1:05-cv-01074-AKH
1:05-cv-01075-AKH,1:05-cv-01076-AKH,1:05-cv-01077-AKH,1:05-cv-01078-AKH,1:05-cv-01079-AKH
1:05-cv-01080-AKH,1:05-cv-01081-AKH,1:05-cv-01082-AKH,1:05-cv-01083-AKH,1:05-cv-01089-AKH
1:05-cv-01094-AKH,1:05-cv-01095-AKH,1:05-cv-01096-AKH,1:05-cv-01097-AKH,1:05-cv-01098-AKH
1:05-cv-01099-AKH,1:05-cv-01100-AKH,1:05-cv-01101-AKH,1:05-cv-01102-AKH,1:05-cv-01103-AKH
1:05-cv-01104-AKH,1:05-cv-01105-AKH,1:05-cv-01106-AKH,1:05-cv-01107-AKH,1:05-cv-01108-AKH
1:05-cv-01109-AKH,1:05-cv-01110-AKH,1:05-cv-01111-AKH,1:05-cv-01112-AKH,1:05-cv-01113-AKH
1:05-cv-01114-AKH,1:05-cv-01115-AKH,1:05-cv-01116-AKH,1:05-cv-01117-AKH,1:05-cv-01118-AKH
1:05-cv-01119-AKH,1:05-cv-01120-AKH,1:05-cv-01121-AKH,1:05-cv-01122-AKH,1:05-cv-01123-AKH
1:05-cv-01124-AKH,1:05-cv-01125-AKH,1:05-cv-01126-AKH,1:05-cv-01127-AKH,1:05-cv-01128-AKH
1:05-cv-01129-AKH,1:05-cv-01130-AKH,1:05-cv-01131-AKH,1:05-cv-01132-AKH,1:05-cv-01133-AKH
```

1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH

1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05601–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH

1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH(Mishkin, Marion) (Ent
05/05/2006)

| | | |
|---|---|---|
| 05/05/2006 | 452 | STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL (this document relates to all cases); that Patt LLP and James E. Tyrrell Jr. be substituted in place of Latham &Watkins LLP and all individual attorneys who have appeared on behalf of Latham &Watkins LLP as counsel for certain defendants in this action, including, but not lim the list of parties attached as Exhibit A. (Signed by Judge Alvin K. Hellerstein on 5/4/2006) (kkc, ) (Entered: 05/08/ |
| 05/08/2006 | 453 | NOTICE OF CHANGE OF ADDRESS by Jonathan Michael Peck on behalf of City of New York, Bovis Holdings Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tu Construction Co., Inc., Turner Construction Company, Turner Construction International, L.L.C., AMEC Construct Management, Inc., Mazzoochi Wrecking, Scalamandre, Tully Construction Co., Inc., AMEC Construction Manager |

Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consult
Corp., Tully Environmental Inc., Tully Industries, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,
SKIDMORE OWINGS &MERRILL LLP, LOCKWOOD KESSLER &BARTLETT, INC, LaStrada General Contra
Corp., Moretrench American Corporation, Total Safety Consulting, LLC, Parson Group, Inc., Bechtel Associates
Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Len
Inc., Liberty Mutual Managed Care, Inc., Turner/Plaza, A Joint Venture, Wolkow Braker Roofing Corporation. New
Address: Patton Boggs LLP, One Riverfront Plaza, 6th Floor, Newark, NJ, 07102, (973) 848–5600. (Peck, Jonathan
(Entered: 05/08/2006)

| 05/10/2006 | 454 | DECLARATION of Andrew J. Gibbs in Support. Document filed by Tishman Construction Corporation of Manhat |

Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Constr
Corporation of New York. Filed In Associated Cases:
1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH

1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH

1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH

1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH

| | | |
|---|---|---|
| | | 1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH 1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH 1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH 1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH 1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH 1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH 1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH 1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH 1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH Andrew) (Entered: 05/10/2006) |
| 05/10/2006 | 455 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrell, Jr. dated 5/9/06 re: Granted re Defendants to file the Joint Supplemental Appendix separately, in hardcopy format (since the ecf system will not ac Defts' Joint Supplemental Appendix because the file size is too large), as was done with the Joint Appendix submitte Defts' original motion papers... and as further set forth in said endorsed letter. (Signed by Judge Alvin K. Hellerstein 5/9/06) (rjm, ) (Entered: 05/10/2006) |
| 05/10/2006 | 456 | MOTION for Leave to Appear Pro Hac Vice *on behalf of Plaintiffs' Liaison Counsel*. Document filed by Plaintiffs L Counsel. (Attachments: # 1 Appendix Certificates of Good Standing)Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH 1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH 1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH 1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH 1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH 1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH 1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH 1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH 1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH 1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH 1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH 1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH 1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH 1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH 1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH 1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH |

1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH

1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH

1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH

| | | |
|---|---|---|
| | | 1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH<br>1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH<br>1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH<br>1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH<br>1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH<br>1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH<br>1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH<br>1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH<br>1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH<br>1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH<br>1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH<br>1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH<br>1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH<br>1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH<br>1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH<br>1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH<br>Denise) (Entered: 05/10/2006) |
| 05/11/2006 | 457 | CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER...regarding procedures to be followed that sha<br>the handling of confidential material produced by Verizon Communications Inc., Verizon New York Inc. and Veriz<br>Properties Inc. and all other Verizon entities named or served in this litigation... This Document relates to All Action<br>(Signed by Judge Alvin K. Hellerstein on 5/10/06) (rjm, ) (Entered: 05/12/2006) |
| 05/12/2006 | 458 | REPLY MEMORANDUM OF LAW in Support re: 383 MOTION to Dismiss. *Based on state statutory and commo<br>immunity.* Document filed by City of New York, Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lea<br>Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construct<br>Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Tully Construction C<br>AMEC Construction Management, Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully<br>Construction Company, Tully Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bechtel, Bechtel A<br>Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Len<br>Inc., Turner/Plaza, A Joint Venture. (Attachments: # 1 Factual Addendum)Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH<br>1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH<br>1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH<br>1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH<br>1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH<br>1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH<br>1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH<br>1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH<br>1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH<br>1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH<br>1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH<br>1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH<br>1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH<br>1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH<br>1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH<br>1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH<br>1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH<br>1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH<br>1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH<br>1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH<br>1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH<br>1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH<br>1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH<br>1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH |

1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH

1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH

1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH

1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
James) (Entered: 05/12/2006)

| | | |
|---|---|---|
| 05/12/2006 | 459 | REPLY MEMORANDUM OF LAW in Support re: 383 MOTION to Dismiss. *Based on Federal Immunity*. Docum<br>by City of New York, Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Le<br>LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Constructio<br>International, L.L.C., AMEC Construction Management, Inc., Tully Construction Co., Inc., AMEC Construction<br>Management, Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully Construction Company,<br>Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bechtel, Bechtel Associates Professiona;l Corpor<br>Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Lend Lease Inc., Turner/Plaza,<br>Venture. Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH<br>1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH<br>1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH<br>1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH<br>1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH<br>1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH<br>1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH<br>1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH<br>1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH<br>1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH<br>1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH<br>1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH<br>1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH<br>1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH<br>1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH<br>1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH<br>1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH |

1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH

1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH

1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH

1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
James) (Entered: 05/12/2006)

| | | |
|---|---|---|
| 05/12/2006 | 460 | COUNTER STATEMENT TO 423 Rule 56.1 Statement,. Document filed by City of New York, Bovis Holdings Li Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tu Construction Co., Inc., Turner Construction Company, Turner Construction International, L.L.C., AMEC Constructi Management, Inc., Tully Construction Co., Inc., AMEC Construction Management, Inc., AMEC Construction Mana Inc., Bovis Lend Lease, Inc., Plaza Construction Corp., Plaza Construction Corp., Plaza Construction Management C Plaza Construction Management Corp., Tully Construction Co., Inc., Tully Construction Company, Tully Construct Company, Tully Consulting Corp., Tully Consulting Corp., Tully Environmental Inc., Tully Environmental Inc., Tu Industries, Inc., Tully Industries, Inc., Turner Construction Co., Turner Construction Company, Turner Constructio International, L.L.C., Bechtel, Bechtel Associates Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Lend Lease Inc., Turner/Plaza, A Joint Venture. Filed In Associate 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH |

1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH

1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–RJH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH

1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH

1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
James) (Entered: 05/12/2006)

| 05/12/2006 | 461 | NOTICE of of Dismissal Without Prejudice as to Defendant Vertical Lend, Inc. Only. Document filed by Plaintiffs Counsel. (LoPalo, Christopher) (Entered: 05/12/2006) |
| 05/12/2006 | 462 | REPLY MEMORANDUM OF LAW in Support re: 387 MOTION for Summary Judgment.. Document filed by We America, Inc., Westfield Corporation, Inc., Westfield WTC Holding LLC., Westfield WTC LLC. Filed In Associate 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH |

1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH

1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH

1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH

1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
Peter) (Entered: 05/12/2006)

| 05/12/2006 | 463 | REPLY MEMORANDUM OF LAW in Support re: 385 MOTION for Summary Judgment.. Document filed by Con Edison Company of New York, Inc., Consolidated Edison Communications Holding Company, Inc., Consolidated E Communications Holding Company, Inc., Consolidated Edison Company of New York, Inc., Consolidated Edison C of New York, Inc.,, Consolidated Edison Development, Inc., Consolidated Edison Development, Inc., Consolidated Energy, Inc., Consolidated Edison Energy, Inc., Consolidated Edison Solutions, Inc., Consolidated Edison Solutions Consolidated Edison, Inc., Consolidated Edison, Inc., Consolidated Edison Solutions, Inc.. Filed In Associated Case 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH |

```
1:04-cv-08497-AKH,1:04-cv-08498-AKH,1:04-cv-08499-AKH,1:04-cv-08500-AKH,1:04-cv-08501-AKH
1:04-cv-08502-AKH,1:04-cv-08503-AKH,1:04-cv-08504-AKH,1:04-cv-08505-AKH,1:04-cv-08506-AKH
1:04-cv-08507-AKH,1:04-cv-08508-AKH,1:04-cv-08674-AKH,1:04-cv-08675-AKH,1:04-cv-08676-AKH
1:04-cv-08681-AKH,1:04-cv-08725-AKH,1:04-cv-08726-AKH,1:04-cv-08727-AKH,1:04-cv-08728-AKH
1:04-cv-08729-AKH,1:04-cv-08730-AKH,1:04-cv-08731-AKH,1:04-cv-08732-AKH,1:04-cv-08733-AKH
1:04-cv-08734-AKH,1:04-cv-08735-AKH,1:04-cv-08736-AKH,1:04-cv-08737-AKH,1:04-cv-08738-AKH
1:04-cv-08739-AKH,1:04-cv-08740-AKH,1:04-cv-08741-AKH,1:04-cv-08742-AKH,1:04-cv-08743-AKH
1:04-cv-08744-AKH,1:04-cv-08745-AKH,1:04-cv-08746-AKH,1:04-cv-08747-AKH,1:04-cv-08748-AKH
1:04-cv-08749-AKH,1:04-cv-08750-AKH,1:04-cv-08751-AKH,1:04-cv-08752-AKH,1:04-cv-08753-AKH
1:04-cv-08754-AKH,1:04-cv-08755-AKH,1:04-cv-08756-AKH,1:04-cv-08757-AKH,1:04-cv-08758-AKH
1:04-cv-08770-AKH,1:04-cv-08771-AKH,1:04-cv-08772-AKH,1:04-cv-08773-AKH,1:04-cv-08774-AKH
1:04-cv-08775-AKH,1:04-cv-08776-AKH,1:04-cv-08777-AKH,1:04-cv-08778-AKH,1:04-cv-08779-AKH
1:04-cv-08785-AKH,1:04-cv-08811-AKH,1:04-cv-08812-AKH,1:04-cv-08813-AKH,1:04-cv-08814-AKH
1:04-cv-08815-AKH,1:04-cv-08816-AKH,1:04-cv-08817-AKH,1:04-cv-08841-AKH,1:04-cv-08866-AKH
1:04-cv-08867-AKH,1:04-cv-08868-AKH,1:04-cv-08869-AKH,1:04-cv-08870-AKH,1:04-cv-08871-AKH
1:04-cv-09002-AKH,1:04-cv-09062-AKH,1:04-cv-09081-AKH,1:04-cv-09082-AKH,1:04-cv-09083-AKH
1:04-cv-09116-AKH,1:04-cv-09150-AKH,1:04-cv-09151-AKH,1:04-cv-09152-AKH,1:04-cv-09153-AKH
1:04-cv-09154-AKH,1:04-cv-09155-AKH,1:04-cv-09156-AKH,1:04-cv-09157-AKH,1:04-cv-09158-AKH
1:04-cv-09159-AKH,1:04-cv-09160-AKH,1:04-cv-09161-AKH,1:04-cv-09162-AKH,1:04-cv-09163-AKH
1:04-cv-09164-AKH,1:04-cv-09165-AKH,1:04-cv-09166-AKH,1:04-cv-09167-AKH,1:04-cv-09168-AKH
1:04-cv-09169-AKH,1:04-cv-09170-AKH,1:04-cv-09171-AKH,1:04-cv-09172-AKH,1:04-cv-09173-AKH
1:04-cv-09174-AKH,1:04-cv-09175-AKH,1:04-cv-09176-AKH,1:04-cv-09177-AKH,1:04-cv-09178-AKH
1:04-cv-09179-AKH,1:04-cv-09180-AKH,1:04-cv-09181-AKH,1:04-cv-09182-AKH,1:04-cv-09244-AKH
1:04-cv-09245-AKH,1:04-cv-09247-AKH,1:04-cv-09253-AKH,1:04-cv-09261-AKH,1:04-cv-09272-AKH
1:04-cv-09341-AKH,1:04-cv-09342-AKH,1:04-cv-09343-AKH,1:04-cv-09366-AKH,1:04-cv-09367-AKH
1:04-cv-09368-AKH,1:04-cv-09450-AKH,1:04-cv-09451-AKH,1:04-cv-09818-AKH,1:04-cv-09819-AKH
1:04-cv-09820-AKH,1:04-cv-09821-AKH,1:04-cv-09832-AKH,1:04-cv-09833-AKH,1:04-cv-09834-AKH
1:04-cv-09835-AKH,1:04-cv-09836-AKH,1:04-cv-09837-AKH,1:04-cv-09838-AKH,1:04-cv-09839-AKH
1:04-cv-09840-AKH,1:04-cv-09841-AKH,1:04-cv-09842-AKH,1:04-cv-09843-AKH,1:04-cv-09844-AKH
1:04-cv-09845-AKH,1:04-cv-09846-AKH,1:04-cv-09847-AKH,1:04-cv-09848-AKH,1:04-cv-09849-AKH
1:04-cv-09850-AKH,1:04-cv-09851-AKH,1:04-cv-09852-AKH,1:04-cv-09853-AKH,1:04-cv-09854-AKH
1:04-cv-09855-AKH,1:04-cv-09856-AKH,1:04-cv-09857-AKH,1:04-cv-09902-AKH,1:04-cv-09903-AKH
1:04-cv-09904-AKH,1:04-cv-09905-AKH,1:04-cv-09906-AKH,1:04-cv-09907-AKH,1:04-cv-09908-AKH
1:04-cv-09909-AKH,1:04-cv-09910-AKH,1:04-cv-09987-AKH,1:04-cv-09988-AKH,1:04-cv-09989-AKH
1:04-cv-09990-AKH,1:04-cv-10072-AKH,1:04-cv-10284-AKH,1:05-cv-00117-AKH,1:05-cv-00118-AKH
1:05-cv-00119-AKH,1:05-cv-00184-AKH,1:05-cv-00185-AKH,1:05-cv-00186-AKH,1:05-cv-00193-AKH
1:05-cv-00194-AKH,1:05-cv-00195-AKH,1:05-cv-00209-AKH,1:05-cv-00210-AKH,1:05-cv-00211-AKH
1:05-cv-00212-AKH,1:05-cv-00224-AKH,1:05-cv-00259-AKH,1:05-cv-00264-AKH,1:05-cv-00311-AKH
1:05-cv-00405-AKH,1:05-cv-00406-AKH,1:05-cv-00407-AKH,1:05-cv-00408-AKH,1:05-cv-00409-AKH
1:05-cv-00410-AKH,1:05-cv-00411-AKH,1:05-cv-00412-AKH,1:05-cv-00413-AKH,1:05-cv-00414-AKH
1:05-cv-00415-AKH,1:05-cv-00416-AKH,1:05-cv-00417-AKH,1:05-cv-00418-AKH,1:05-cv-00419-AKH
1:05-cv-00420-AKH,1:05-cv-00421-AKH,1:05-cv-00422-AKH,1:05-cv-00423-AKH,1:05-cv-00424-AKH
1:05-cv-00425-AKH,1:05-cv-00426-AKH,1:05-cv-00665-AKH,1:05-cv-00666-AKH,1:05-cv-00667-AKH
1:05-cv-00668-AKH,1:05-cv-00669-AKH,1:05-cv-00670-AKH,1:05-cv-00671-AKH,1:05-cv-00679-AKH
1:05-cv-00708-AKH,1:05-cv-00719-AKH,1:05-cv-00720-AKH,1:05-cv-00722-AKH,1:05-cv-00724-AKH
1:05-cv-00744-AKH,1:05-cv-00765-AKH,1:05-cv-00766-AKH,1:05-cv-00828-AKH,1:05-cv-00829-AKH
1:05-cv-00830-AKH,1:05-cv-00831-AKH,1:05-cv-00832-AKH,1:05-cv-00833-AKH,1:05-cv-00835-AKH
1:05-cv-00836-AKH,1:05-cv-00837-AKH,1:05-cv-00838-AKH,1:05-cv-00839-AKH,1:05-cv-00840-AKH
1:05-cv-00841-AKH,1:05-cv-00842-AKH,1:05-cv-00843-AKH,1:05-cv-00844-AKH,1:05-cv-00845-AKH
1:05-cv-00846-AKH,1:05-cv-00847-AKH,1:05-cv-00874-AKH,1:05-cv-00920-AKH,1:05-cv-00921-AKH
1:05-cv-01047-AKH,1:05-cv-01048-AKH,1:05-cv-01062-AKH,1:05-cv-01063-AKH,1:05-cv-01064-AKH
1:05-cv-01065-AKH,1:05-cv-01066-AKH,1:05-cv-01067-AKH,1:05-cv-01068-AKH,1:05-cv-01069-AKH
1:05-cv-01070-AKH,1:05-cv-01071-AKH,1:05-cv-01072-AKH,1:05-cv-01073-AKH,1:05-cv-01074-AKH
1:05-cv-01075-AKH,1:05-cv-01076-AKH,1:05-cv-01077-AKH,1:05-cv-01078-AKH,1:05-cv-01079-AKH
1:05-cv-01080-AKH,1:05-cv-01081-AKH,1:05-cv-01082-AKH,1:05-cv-01083-AKH,1:05-cv-01089-AKH
1:05-cv-01094-AKH,1:05-cv-01095-AKH,1:05-cv-01096-AKH,1:05-cv-01097-AKH,1:05-cv-01098-AKH
1:05-cv-01099-AKH,1:05-cv-01100-AKH,1:05-cv-01101-AKH,1:05-cv-01102-AKH,1:05-cv-01103-AKH
1:05-cv-01104-AKH,1:05-cv-01105-AKH,1:05-cv-01106-AKH,1:05-cv-01107-AKH,1:05-cv-01108-AKH
1:05-cv-01109-AKH,1:05-cv-01110-AKH,1:05-cv-01111-AKH,1:05-cv-01112-AKH,1:05-cv-01113-AKH
1:05-cv-01114-AKH,1:05-cv-01115-AKH,1:05-cv-01116-AKH,1:05-cv-01117-AKH,1:05-cv-01118-AKH
1:05-cv-01119-AKH,1:05-cv-01120-AKH,1:05-cv-01121-AKH,1:05-cv-01122-AKH,1:05-cv-01123-AKH
1:05-cv-01124-AKH,1:05-cv-01125-AKH,1:05-cv-01126-AKH,1:05-cv-01127-AKH,1:05-cv-01128-AKH
1:05-cv-01129-AKH,1:05-cv-01130-AKH,1:05-cv-01131-AKH,1:05-cv-01132-AKH,1:05-cv-01133-AKH
1:05-cv-01134-AKH,1:05-cv-01135-AKH,1:05-cv-01136-AKH,1:05-cv-01137-AKH,1:05-cv-01170-AKH
```

1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH

1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH

1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
Douglas) (Entered: 05/12/2006)

| 05/12/2006 | 464 | REPLY re: 423 Rule 56.1 Statement, *Reply to Plaintiffs' Responsive 56.1.* Document filed by City of New York, Bo Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis L Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction International, L.L.C., Construction Management, Inc., Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza Constr Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consulting Corp., Tully Environ Inc., Tully Industries, Inc., Bechtel, Bechtel Associates Professional Corporation, Bechtel Construction, Inc., Becht Corporation, Bechtel Environmental, Inc., Bovis Lend Lease Inc., Turner/Plaza, A Joint Venture. Filed In Associate 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH |

1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH

1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH

1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH

1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
James) (Entered: 05/12/2006)

| 05/12/2006 | 465 | REPLY MEMORANDUM OF LAW in Support re: 395 MOTION for Judgment on the Pleadings *Based on State C. Law Immunity.*. Document filed by The Port Authority of New York &New Jersey, The Port Authority of New York New Jersey, The Port Authority of New York and New Jersey, Frances Tartamella. Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 |

1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH

1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH

1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH

1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
Thomas) (Entered: 05/12/2006)

| 5/12/2006 | 466 | REPLY AFFIDAVIT of Richard A. Williamson, Esq. in Support re: 392 MOTION for Summary Judgment *Based o*<br>*Federal Immunity.*, 395 MOTION for Judgment on the Pleadings *Based on State Common Law Immunity.*, 394 MOT<br>Summary Judgment *Based Upon Status as Out-of-Possession Lessees.*, 388 MOTION for Judgment on the Pleadin<br>*on State Statutory Immunity.*. Document filed by The Port Authority of New York &New Jersey, World Trade Cent<br>Properties LLC, 1 WTC Holdings, L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Trade C<br>L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L<br>Silverstein Properties, Silverstein Properties, Inc., Silverstein WTC Management Co., L.L.C., Silverstein WTC Prop<br>L.L.C., Silverstein WTC, L.L.C., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc.<br>Port Authority of New York and New Jersey, The Port Authority of New York and New Jersey, Silverstein Properti<br>Silverstein Properties, Inc,,, 1 WTC Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 Wo<br>Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade C<br>L.L.C., Silverstein Properties, Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C<br>Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., World Trade Center Properties, L.L<br>In Associated Cases:<br>1:21-mc-00100-AKH-THK,1:03-cv-00007-AKH,1:03-cv-08577-AKH,1:04-cv-00491-AKH,1:04-cv-03747<br>1:04-cv-03800-AKH,1:04-cv-04982-AKH,1:04-cv-04983-AKH,1:04-cv-04984-AKH,1:04-cv-05175-AKH<br>1:04-cv-05862-AKH,1:04-cv-06726-AKH,1:04-cv-06727-AKH,1:04-cv-06789-AKH,1:04-cv-06889-AKH<br>1:04-cv-06890-AKH,1:04-cv-06891-AKH,1:04-cv-06892-AKH,1:04-cv-06893-AKH,1:04-cv-07239-AKH<br>1:04-cv-07293-AKH,1:04-cv-07597-AKH,1:04-cv-07599-AKH,1:04-cv-07601-AKH,1:04-cv-07645-AKH<br>1:04-cv-07647-AKH,1:04-cv-07725-AKH,1:04-cv-07727-AKH,1:04-cv-07903-AKH,1:04-cv-08034-AKH<br>1:04-cv-08035-AKH,1:04-cv-08036-AKH,1:04-cv-08096-AKH,1:04-cv-08097-AKH,1:04-cv-08284-AKH<br>1:04-cv-08285-AKH,1:04-cv-08286-AKH,1:04-cv-08287-AKH,1:04-cv-08288-AKH,1:04-cv-08289-AKH<br>1:04-cv-08404-AKH,1:04-cv-08431-AKH,1:04-cv-08494-AKH,1:04-cv-08495-AKH,1:04-cv-08496-AKH<br>1:04-cv-08497-AKH,1:04-cv-08498-AKH,1:04-cv-08499-AKH,1:04-cv-08500-AKH,1:04-cv-08501-AKH<br>1:04-cv-08502-AKH,1:04-cv-08503-AKH,1:04-cv-08504-AKH,1:04-cv-08505-AKH,1:04-cv-08506-AKH<br>1:04-cv-08507-AKH,1:04-cv-08508-AKH,1:04-cv-08674-AKH,1:04-cv-08675-AKH,1:04-cv-08676-AKH<br>1:04-cv-08681-AKH,1:04-cv-08725-AKH,1:04-cv-08726-AKH,1:04-cv-08727-AKH,1:04-cv-08728-AKH<br>1:04-cv-08729-AKH,1:04-cv-08730-AKH,1:04-cv-08731-AKH,1:04-cv-08732-AKH,1:04-cv-08733-AKH<br>1:04-cv-08734-AKH,1:04-cv-08735-AKH,1:04-cv-08736-AKH,1:04-cv-08737-AKH,1:04-cv-08738-AKH<br>1:04-cv-08739-AKH,1:04-cv-08740-AKH,1:04-cv-08741-AKH,1:04-cv-08742-AKH,1:04-cv-08743-AKH<br>1:04-cv-08744-AKH,1:04-cv-08745-AKH,1:04-cv-08746-AKH,1:04-cv-08747-AKH,1:04-cv-08748-AKH<br>1:04-cv-08749-AKH,1:04-cv-08750-AKH,1:04-cv-08751-AKH,1:04-cv-08752-AKH,1:04-cv-08753-AKH<br>1:04-cv-08754-AKH,1:04-cv-08755-AKH,1:04-cv-08756-AKH,1:04-cv-08757-AKH,1:04-cv-08758-AKH<br>1:04-cv-08770-AKH,1:04-cv-08771-AKH,1:04-cv-08772-AKH,1:04-cv-08773-AKH,1:04-cv-08774-AKH<br>1:04-cv-08775-AKH,1:04-cv-08776-AKH,1:04-cv-08777-AKH,1:04-cv-08778-AKH,1:04-cv-08779-AKH<br>1:04-cv-08785-AKH,1:04-cv-08811-AKH,1:04-cv-08812-AKH,1:04-cv-08813-AKH,1:04-cv-08814-AKH<br>1:04-cv-08815-AKH,1:04-cv-08816-AKH,1:04-cv-08817-AKH,1:04-cv-08841-AKH,1:04-cv-08866-AKH<br>1:04-cv-08867-AKH,1:04-cv-08868-AKH,1:04-cv-08869-AKH,1:04-cv-08870-AKH,1:04-cv-08871-AKH<br>1:04-cv-09002-AKH,1:04-cv-09062-AKH,1:04-cv-09081-AKH,1:04-cv-09082-AKH,1:04-cv-09083-AKH<br>1:04-cv-09116-AKH,1:04-cv-09150-AKH,1:04-cv-09151-AKH,1:04-cv-09152-AKH,1:04-cv-09153-AKH<br>1:04-cv-09154-AKH,1:04-cv-09155-AKH,1:04-cv-09156-AKH,1:04-cv-09157-AKH,1:04-cv-09158-AKH<br>1:04-cv-09159-AKH,1:04-cv-09160-AKH,1:04-cv-09161-AKH,1:04-cv-09162-AKH,1:04-cv-09163-AKH<br>1:04-cv-09164-AKH,1:04-cv-09165-AKH,1:04-cv-09166-AKH,1:04-cv-09167-AKH,1:04-cv-09168-AKH<br>1:04-cv-09169-AKH,1:04-cv-09170-AKH,1:04-cv-09171-AKH,1:04-cv-09172-AKH,1:04-cv-09173-AKH<br>1:04-cv-09174-AKH,1:04-cv-09175-AKH,1:04-cv-09176-AKH,1:04-cv-09177-AKH,1:04-cv-09178-AKH<br>1:04-cv-09179-AKH,1:04-cv-09180-AKH,1:04-cv-09181-AKH,1:04-cv-09182-AKH,1:04-cv-09244-AKH<br>1:04-cv-09245-AKH,1:04-cv-09247-AKH,1:04-cv-09253-AKH,1:04-cv-09261-AKH,1:04-cv-09272-AKH<br>1:04-cv-09341-AKH,1:04-cv-09342-AKH,1:04-cv-09343-AKH,1:04-cv-09366-AKH,1:04-cv-09367-AKH<br>1:04-cv-09368-AKH,1:04-cv-09450-AKH,1:04-cv-09451-AKH,1:04-cv-09818-AKH,1:04-cv-09819-AKH<br>1:04-cv-09820-AKH,1:04-cv-09821-AKH,1:04-cv-09832-AKH,1:04-cv-09833-AKH,1:04-cv-09834-AKH<br>1:04-cv-09835-AKH,1:04-cv-09836-AKH,1:04-cv-09837-AKH,1:04-cv-09838-AKH,1:04-cv-09839-AKH<br>1:04-cv-09840-AKH,1:04-cv-09841-AKH,1:04-cv-09842-AKH,1:04-cv-09843-AKH,1:04-cv-09844-AKH<br>1:04-cv-09845-AKH,1:04-cv-09846-AKH,1:04-cv-09847-AKH,1:04-cv-09848-AKH,1:04-cv-09849-AKH<br>1:04-cv-09850-AKH,1:04-cv-09851-AKH,1:04-cv-09852-AKH,1:04-cv-09853-AKH,1:04-cv-09854-AKH<br>1:04-cv-09855-AKH,1:04-cv-09856-AKH,1:04-cv-09857-AKH,1:04-cv-09902-AKH,1:04-cv-09903-AKH<br>1:04-cv-09904-AKH,1:04-cv-09905-AKH,1:04-cv-09906-AKH,1:04-cv-09907-AKH,1:04-cv-09908-AKH<br>1:04-cv-09909-AKH,1:04-cv-09910-AKH,1:04-cv-09987-AKH,1:04-cv-09988-AKH,1:04-cv-09989-AKH<br>1:04-cv-09990-AKH,1:04-cv-10072-AKH,1:04-cv-10284-AKH,1:05-cv-00117-AKH,1:05-cv-00118-AKH<br>1:05-cv-00119-AKH,1:05-cv-00184-AKH,1:05-cv-00185-AKH,1:05-cv-00186-AKH,1:05-cv-00193-AKH<br>1:05-cv-00194-AKH,1:05-cv-00195-AKH,1:05-cv-00209-AKH,1:05-cv-00210-AKH,1:05-cv-00211-AKH<br>1:05-cv-00212-AKH,1:05-cv-00224-AKH,1:05-cv-00259-AKH,1:05-cv-00264-AKH,1:05-cv-00311-AKH<br>1:05-cv-00405-AKH,1:05-cv-00406-AKH,1:05-cv-00407-AKH,1:05-cv-00408-AKH,1:05-cv-00409-AKH<br>1:05-cv-00410-AKH,1:05-cv-00411-AKH,1:05-cv-00412-AKH,1:05-cv-00413-AKH,1:05-cv-00414-AKH<br>1:05-cv-00415-AKH,1:05-cv-00416-AKH,1:05-cv-00417-AKH,1:05-cv-00418-AKH,1:05-cv-00419-AKH<br>1:05-cv-00420-AKH,1:05-cv-00421-AKH,1:05-cv-00422-AKH,1:05-cv-00423-AKH,1:05-cv-00424-AKH |

1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH

1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH

1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05687–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH

1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
Thomas) (Entered: 05/12/2006)

| | | |
|---|---|---|
| 05/12/2006 | 467 | REPLY MEMORANDUM OF LAW in Support re: 394 MOTION for Summary Judgment *Based Upon Status as Out–of–Possession Lessees*.. Document filed by World Trade Center Properties LLC, 1 WTC Holdings, L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein Properties, Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., Silverstein WTC, L.L.C., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc.,, 1 WTC Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., World Trade Center Properties, L.L.C.. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–03802–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH

```
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
```

1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH

1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH

1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
Thomas) (Entered: 05/12/2006)

| 05/12/2006 | 468 | REPLY MEMORANDUM OF LAW in Support re: 388 MOTION for Judgment on the Pleadings *Based on State Statutory Immunity*.. Document filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, The Port Authority of New York and New Jersey, Frances Tartamella. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH

1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH

1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH

1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH

1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
Thomas) (Entered: 05/12/2006)

| 05/12/2006 | 469 | REPLY MEMORANDUM OF LAW in Support re: 392 MOTION for Summary Judgment *Based on Federal Immu* Document filed by The Port Authority of New York &New Jersey, World Trade Center Properties LLC, 1 WTC Ho L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silvers Properties, Inc., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., Silverstein WTC, L Silverstein Properties, Inc., Silverstein Properties, Inc., The Port Authority of New York Jersey, The Port Authority of New York and New Jersey, Silverstein Properties, Inc., Silverstein Properties, Inc.,, 1 Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 World Trade Center, L.L.C., 4 WTC Ho L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properti Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Manageme L.L.C., Silverstein WTC Properties, L.L.C., World Trade Center Properties, L.L.C.. Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06789 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168– |

1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH

1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH

1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04537–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH

1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
Thomas) (Entered: 05/12/2006)

| 05/12/2006 | 470 | REPLY MEMORANDUM OF LAW re: 423 Rule 56.1 Statement,, 421 Response in Opposition to Motion,, 436 Re Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, *Defendants Reply to Plaintiffs Supp Opposition Brief pursuant to Fed. R. Civ. P. 56(f)*. Document filed by City of New York, Bovis Holdings Limited, E International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction International, L.L.C., AMEC Constructi Management, Inc., Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza Construction Corp., Construction Management Corp., Tully Construction Company, Tully Consulting Corp., Tully Environmental Inc., Industries, Inc., Bechtel, Bechtel Associates Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corpora Bechtel Environmental, Inc., Bovis Lend Lease Inc., Turner/Plaza, A Joint Venture. Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH |

1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH

1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH

1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH

1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
James) (Entered: 05/12/2006)

| | | |
|---|---|---|
| 05/12/2006 | 471 | DECLARATION of James E. Tyrrell, Jr. in Support re: 383 MOTION to Dismiss.. Document filed by City of New Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., B Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction International, L AMEC Construction Management, Inc., Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consulting Corp., 7 Environmental Inc., Tully Industries, Inc., Turner Construction Co., Bechtel, Bechtel Associates Professiona;l Corpo Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Lend Lease Inc., Turner/Plaza, Venture. Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH<br>1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH<br>1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH<br>1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH |

1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH

1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH

1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH

1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
James) (Entered: 05/12/2006)

| 05/12/2006 | 472 | CERTIFICATE OF SERVICE of Reply Memoranda served on Paul J. Napoli and Andrew J. Carboy, Plaintiffs Co–Counsel on May 12, 2006. Document filed by City of New York, Tully Construction Co., Inc., Turner Construction Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Tully Construction C AMEC Construction Management, Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bechtel, Bechtel A Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Turner/Pla Joint Venture. Filed In Associated Cases: |

1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH

1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH

1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH

1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05601–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH

1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
James) (Entered: 05/12/2006)

| Date | No. | Entry |
|---|---|---|
| 05/16/2006 | 473 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Bechtel, Bechtel Associates Professiona;l Corporation, Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc..(Tyrrell, James) (Entered: 05/16/2006) |
| 05/19/2006 | 474 | ANSWER to Complaint., THIRD PARTY COMPLAINT against Phillips and Jordan. Document filed by Phillips and Jordan.(Leff, Richard) (Entered: 05/19/2006) |
| 05/22/2006 | 475 | DEFENDANTS' SUPPLEMENTAL JOINT APPENDIX VOL. 1 OF 5. This Document relates to All World Traded Disaster Site Litigation. (rjm, ) (Entered: 05/22/2006) |

| 5/22/2006 | 476 | DEFENDANTS' SUPPLEMENTAL JOINT APPENDIX VOL. 2 OF 5. This Document relates to All World Traded Disaster Site Litigation. (rjm, ) (Entered: 05/22/2006) |
|---|---|---|
| 5/22/2006 | 477 | DEFENDANTS' SUPPLEMENTAL JOINT APPENDIX VOL. 3 OF 5. This Document relates to All World Traded Disaster Site Litigation. (rjm, ) (Entered: 05/22/2006) |
| 5/22/2006 | 478 | DEFENDANTS' SUPPLEMENTAL JOINT APPENDIX VOL. 4 OF 5. This Document relates to All World Traded Disaster Site Litigation. (rjm, ) (Entered: 05/22/2006) |
| 5/22/2006 | 479 | DEFENDANTS' SUPPLEMENTAL JOINT APPENDIX VOL. 5 OF 5. This Document relates to All World Traded Disaster Site Litigation. (rjm, ) (Entered: 05/22/2006) |
| 5/23/2006 | | Appeal Record Returned. Indexed record on Appeal Files for 20 Notice of Interlocutory Appeal, filed by The Port A of New York &New Jersey,, World Trade Center Properties LLC, USCA Case Number 03−7698−cv, returned from Court of Appeals. (nd, ) (Entered: 06/07/2006) |
| 6/09/2006 | 480 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 6/6/06 re: With regards to Management Order No. 3, counsel has conferred and agreed to extend all deadlines by thirty days. The revised shee follows: 7/15/06: Ptffs. shall provide Verizon &Tishman with its declaration, as requred by CMO No. 3, as well as potential affiants. 8/31/06: Parties shall complete depositions of affiants. 10/2/06: Verizon and Tishman shall serve a moving briefs and supporting papers. 11/1/06: Ptffs. shall serve and file opposition papers. 11/15/06: Verizon and T shall serve and file reply papers. (Signed by Judge Alvin K. Hellerstein on 6/8/06) (rjm, ) (Entered: 06/09/2006) |
| 6/12/2006 | 481 | ORDER That the Port Authority is permitted to loan a section of the former media antenna that once stood atop of C World Trade Center to the Freedom Forum Inc., contained in the Port Authority's WTC Artifacts Inventory Archive Ordered, that the loan and the Freedon Forum Inc.'s possession of the former media antenna, will be subject to the ri any party to the September 11 Litigations or their representatives to inspect and test said media antenna upon ten da to the Freedom Forum Inc. and the Port Authority. This Document relates to 21MC97 and 21MC101. (Signed by Ju Alvin K. Hellerstein on 6/9/06) (rjm, ) (Entered: 06/12/2006) |
| 6/13/2006 | 482 | ORDER that the Port Authority is permitted to loan a section of steel an artifact The World Trade Center, labeled J− the Tribute Center, 120 Liberty Street, New York, New York, contained in the Port Authority's WTC Artifacts Inver Archive, and it is further ordered, that the loan and the Tribute Center's possession of a certain WTC Artifact, a sect steel labeled J−0002 will be subject to the right of any party to the September 11 Litigations or their representatives inspect and test said steel artifact upon ten days notice to the Tribute Center and the Port Authority. This Document to 21MC97 and 21MC101. (Signed by Judge Alvin K. Hellerstein on 6/13/06) (rjm, ) (Entered: 06/14/2006) |
| 6/15/2006 | 483 | ORDER that plaintiffs motion being granted, the clerk of the court is directed to mark the case as closed. (Signed by Alvin K. Hellerstein on 6/14/06) Filed In Associated Cases: 1:21−mc−00100−AKH−THK,1:05−cv−07189−AKH(rj (Entered: 06/15/2006) |
| 6/15/2006 | 484 | ORDER ENDORSEMENT ON MOTION granting 456 Motion for Leave to Appear pro hac vice attorneys Thomas Goldstein, Amy Howe, and Kevin K. Russell as counsel to the Plaintiffs' Liaison Counsel. "The motions for pro hac admissions are granted. These copies are accepted in lieu of the original certificates because of inability to locate su originals in the court files." (Signed by Judge Alvin K. Hellerstein on 6/14/06) This Document Applies to All Worl Center Disaster Site Litigation. (rjm, ) (Entered: 06/21/2006) |
| 6/21/2006 | | TRANSCRIPT of proceedings held on 6/8/06, 4:30pm before Judge Alvin K. Hellerstein. Relates to 21MC97 (Orig in this file as Doc. #841), and 21MC102. (rjm, ) (Entered: 06/21/2006) |
| 6/22/2006 | 485 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: 392 MOTION for Summary Judgment *Based on Immunity.*, 404 MOTION to Dismiss., 387 MOTION for Summary Judgment., 394 MOTION for Summary Judgme *Upon Status as Out−of−Possession Lessees.*, 395 MOTION for Judgment on the Pleadings *Based on State Commo Immunity.*, 385 MOTION for Summary Judgment., 383 MOTION to Dismiss., 388 MOTION for Judgment on the P *Based on State Statutory Immunity.*. Document filed by marion s. mishkin. (Attachments: # 1 Exhibit EXHIBIT "1" on Parking Garages# 2 Exhibit EXHIBIT "2" − Port Authority Cost−Benefit Englot Presentation)Filed In Associate 1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747 1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH 1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06689−AKH 1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH 1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH 1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH 1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH 1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH 1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH 1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH 1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH 1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH |

1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH

1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH

1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH

1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH,1:06–cv–03879–AKH
1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH,1:06–cv–04044–AKH
1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH,1:06–cv–04376–AKH
1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH,1:06–cv–04382–AKH
1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH(Mishkin, Marion) (Ent
06/22/2006)

| | | |
|---|---|---|
| 6/22/2006 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein : Oral Argument held on 6/22/2006 and 6/26/2 486 Order on Motion for Summary Judgment. (kco, ) (Entered: 07/10/2006) |
| 6/23/2006 | 486 | SUMMARY ORDER; for the reasons stated on the record, the Westfield Defendants' 387 motion for summary judg granted and all complaints against them currently pending under 21 MC 100 are dismissed. judgment on the motion summary judgment by Con Edison and the World Trade Center Defendants is reserved pending compliance with the schedule as set forth at oral argument, with all further briefing on the matters addressed at oral argument to be comp |

| | | |
|---|---|---|
| | | 7/21/2006. Judgment on the remaining motions is otherwise reserved pending continuation of oral argument on Mor 6/26/2006 at 10:30. (Signed by Judge Alvin K. Hellerstein on 6/23/2006) (kkc, ) (Entered: 06/23/2006) |
| 6/27/2006 | <u>487</u> | SUMMARY ORDER; for the reasons stated on the record, the claims against the Port Authority are dismissed for la specificity without prejudice to re−pleading of such claims by Plaintiffs no later than 8/18/2006. Plaintiffs are also d re−plead the claims asserted against Verizon and Tishman Construction, as well as various of the contractor defenda 8/18/2006. Plaintiffs are directed to amend their Master Complaint to remove Counts 6 and 7 as these counts are ren that follow the success of Counts 1 through 5. Plaintiffs are further advised to reconsider Count 8, asserting fraud an misrepresentation, and, in any event, are directed to comply with Rule 9(b), F.R.C.P., as to Count 8 no later than 8/1 Finally, Plaintiffs are directed to complete all check−off complaints by 10/20/2006. Judgment on the remaining mot otherwise reserved. (Signed by Judge Alvin K. Hellerstein on 6/27/2006) (kkc, ) (Entered: 06/27/2006) |
| 6/30/2006 | <u>488</u> | DECLARATION of Joseph E. Hopkins re: <u>457</u> Protective Order, *Undertaking of Confidentiality Agreement*. Docum by City of New York, Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Le LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Constructio International, L.L.C., AMEC Construction Management, Inc., Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bechtel, Bechtel Associates Professiona;l Corpor Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Lend Lease Inc., Turner/Plaza, Venture. Filed In Associated Cases: 1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747 1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH 1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH 1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH 1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH 1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH 1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH 1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH 1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH 1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH 1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH 1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH 1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH 1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH 1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH 1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH 1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH 1:04−cv−08749−AKH,1:04−cv−08750−AKH,1:04−cv−08751−AKH,1:04−cv−08752−AKH,1:04−cv−08753−AKH 1:04−cv−08754−AKH,1:04−cv−08755−AKH,1:04−cv−08756−AKH,1:04−cv−08757−AKH,1:04−cv−08758−AKH 1:04−cv−08770−AKH,1:04−cv−08771−AKH,1:04−cv−08772−AKH,1:04−cv−08773−AKH,1:04−cv−08774−AKH 1:04−cv−08775−AKH,1:04−cv−08776−AKH,1:04−cv−08777−AKH,1:04−cv−08778−AKH,1:04−cv−08779−AKH 1:04−cv−08785−AKH,1:04−cv−08811−AKH,1:04−cv−08812−AKH,1:04−cv−08813−AKH,1:04−cv−08814−AKH 1:04−cv−08815−AKH,1:04−cv−08816−AKH,1:04−cv−08817−AKH,1:04−cv−08841−AKH,1:04−cv−08866−AKH 1:04−cv−08867−AKH,1:04−cv−08868−AKH,1:04−cv−08869−AKH,1:04−cv−08870−AKH,1:04−cv−08871−AKH 1:04−cv−09002−AKH,1:04−cv−09062−AKH,1:04−cv−09081−AKH,1:04−cv−09082−AKH,1:04−cv−09083−AKH 1:04−cv−09116−AKH,1:04−cv−09150−AKH,1:04−cv−09151−AKH,1:04−cv−09152−AKH,1:04−cv−09153−AKH 1:04−cv−09154−AKH,1:04−cv−09155−AKH,1:04−cv−09156−AKH,1:04−cv−09157−AKH,1:04−cv−09158−AKH 1:04−cv−09159−AKH,1:04−cv−09160−AKH,1:04−cv−09161−AKH,1:04−cv−09162−AKH,1:04−cv−09163−AKH 1:04−cv−09164−AKH,1:04−cv−09165−AKH,1:04−cv−09166−AKH,1:04−cv−09167−AKH,1:04−cv−09168−AKH 1:04−cv−09169−AKH,1:04−cv−09170−AKH,1:04−cv−09171−AKH,1:04−cv−09172−AKH,1:04−cv−09173−AKH 1:04−cv−09174−AKH,1:04−cv−09175−AKH,1:04−cv−09176−AKH,1:04−cv−09177−AKH,1:04−cv−09178−AKH 1:04−cv−09179−AKH,1:04−cv−09180−AKH,1:04−cv−09181−AKH,1:04−cv−09182−AKH,1:04−cv−09244−AKH 1:04−cv−09245−AKH,1:04−cv−09247−AKH,1:04−cv−09253−AKH,1:04−cv−09261−AKH,1:04−cv−09272−AKH 1:04−cv−09341−AKH,1:04−cv−09342−AKH,1:04−cv−09343−AKH,1:04−cv−09366−AKH,1:04−cv−09367−AKH 1:04−cv−09368−AKH,1:04−cv−09450−AKH,1:04−cv−09451−AKH,1:04−cv−09818−AKH,1:04−cv−09819−AKH 1:04−cv−09820−AKH,1:04−cv−09821−AKH,1:04−cv−09832−AKH,1:04−cv−09833−AKH,1:04−cv−09834−AKH 1:04−cv−09835−AKH,1:04−cv−09836−AKH,1:04−cv−09837−AKH,1:04−cv−09838−AKH,1:04−cv−09839−AKH 1:04−cv−09840−AKH,1:04−cv−09841−AKH,1:04−cv−09842−AKH,1:04−cv−09843−AKH,1:04−cv−09844−AKH 1:04−cv−09845−AKH,1:04−cv−09846−AKH,1:04−cv−09847−AKH,1:04−cv−09848−AKH,1:04−cv−09849−AKH 1:04−cv−09850−AKH,1:04−cv−09851−AKH,1:04−cv−09852−AKH,1:04−cv−09853−AKH,1:04−cv−09854−AKH 1:04−cv−09855−AKH,1:04−cv−09856−AKH,1:04−cv−09857−AKH,1:04−cv−09902−AKH,1:04−cv−09903−AKH 1:04−cv−09904−AKH,1:04−cv−09905−AKH,1:04−cv−09906−AKH,1:04−cv−09907−AKH,1:04−cv−09908−AKH 1:04−cv−09909−AKH,1:04−cv−09910−AKH,1:04−cv−09987−AKH,1:04−cv−09988−AKH,1:04−cv−09989−AKH 1:04−cv−09990−AKH,1:04−cv−10072−AKH,1:04−cv−10284−AKH,1:05−cv−00117−AKH,1:05−cv−00118−AKH 1:05−cv−00119−AKH,1:05−cv−00184−AKH,1:05−cv−00185−AKH,1:05−cv−00186−AKH,1:05−cv−00193−AKH |

1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH

1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH

1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH

1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
Jonathan) (Entered: 06/30/2006)

| | | |
|---|---|---|
| 6/30/2006 | 489 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Richard A. Williamson dated 6/29/06 re: prop amended Summary Order with language that is believed to accomplish the Court's intent without possibly triggering concerns over lack of subject matter jurisdiction... "An amendment is not required. The re–pleading pursuant to the without prejudice to all parties." (Signed by Judge Alvin K. Hellerstein on 6/30/06) (rjm, ) (Entered: 07/05/2006) |
| 7/12/2006 | 490 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 7/12/06 re: Granted reque Court's permission to file plaintiff's papers in hard copy format in the event the Court's ECF system does not accept papers... and as further set forth in said endorsed letter. (Signed by Judge Richard J. Holwell on 7/12/06) (rjm, ) (Ent 07/13/2006) |
| 7/12/2006 | 491 | PLAINTIFFS' SUPPLEMENTAL BRIEF in Opposition to Motions for Summary Judgment by Consolidated Edison Wolrd Trade Center Defendants, pursuant to 490 Endorsed Letter, Granted request for Court's permission to file pla papers in hard copy in the event the Court's ECF system does not accept Plaintiff's papers. This Document ap All World Trade Center Disaster Site Litigation. (rjm, ) (Entered: 07/18/2006) |
| 7/12/2006 | 492 | PLAINTIFFS' SUPPLEMENTAL JOINT APPENDIX. Appendix 2 of 2 (Exhibits 188–199), filed pursuant to 490 E Letter addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 7/12/06 re: Granted request for Court's per to file plaintiff's papers in hard copy format in the event the Court's ECF system does not accept Plaintiff's papers. T Document applies to All World Trade Center Disaster Site Litigation.(rjm, ) (Entered: 07/18/2006) |
| 7/21/2006 | 493 | SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: 385 MOTION for Summary Judgment.. Do filed by Consolidated Edison Company of New York, Inc., Consolidated Edison Communications Holding Compan Consolidated Edison Communications Holding Company, Inc., Consolidated Edison Company of New York, Inc., Consolidated Edison Company of New York, Inc.,, Consolidated Edison Development, Inc., Consolidated Edison Development, Inc., Consolidated Edison Energy, Inc., Consolidated Edison Energy, Inc., Consolidated Edison Solut Inc., Consolidated Edison Solutions, Inc., Consolidated Edison, Inc., Consolidated Edison, Inc., Consolidated Ediso Solutions, Inc.. (Attachments: # 1 Affidavit of Authenticity# 2 Exhibit FA# 3 Exhibit FB# 4 Exhibit FC# 5 Exhibit Exhibit FE# 7 Exhibit FF–1# 8 Exhibit FF–2# 9 Exhibit FG# 10 Exhibit FH)Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH |

```
1:04-cv-08502-AKH,1:04-cv-08503-AKH,1:04-cv-08504-AKH,1:04-cv-08505-AKH,1:04-cv-08506-AKH
1:04-cv-08507-AKH,1:04-cv-08508-AKH,1:04-cv-08674-AKH,1:04-cv-08675-AKH,1:04-cv-08676-AKH
1:04-cv-08681-AKH,1:04-cv-08725-AKH,1:04-cv-08726-AKH,1:04-cv-08727-AKH,1:04-cv-08728-AKH
1:04-cv-08729-AKH,1:04-cv-08730-AKH,1:04-cv-08731-AKH,1:04-cv-08732-AKH,1:04-cv-08733-AKH
1:04-cv-08734-AKH,1:04-cv-08735-AKH,1:04-cv-08736-AKH,1:04-cv-08737-AKH,1:04-cv-08738-AKH
1:04-cv-08739-AKH,1:04-cv-08740-AKH,1:04-cv-08741-AKH,1:04-cv-08742-AKH,1:04-cv-08743-AKH
1:04-cv-08744-AKH,1:04-cv-08745-AKH,1:04-cv-08746-AKH,1:04-cv-08747-AKH,1:04-cv-08748-AKH
1:04-cv-08749-AKH,1:04-cv-08750-AKH,1:04-cv-08751-AKH,1:04-cv-08752-AKH,1:04-cv-08753-AKH
1:04-cv-08754-AKH,1:04-cv-08755-AKH,1:04-cv-08756-AKH,1:04-cv-08757-AKH,1:04-cv-08758-AKH
1:04-cv-08770-AKH,1:04-cv-08771-AKH,1:04-cv-08772-AKH,1:04-cv-08773-AKH,1:04-cv-08774-AKH
1:04-cv-08775-AKH,1:04-cv-08776-AKH,1:04-cv-08777-AKH,1:04-cv-08778-AKH,1:04-cv-08779-AKH
1:04-cv-08785-AKH,1:04-cv-08811-AKH,1:04-cv-08812-AKH,1:04-cv-08813-AKH,1:04-cv-08814-AKH
1:04-cv-08815-AKH,1:04-cv-08816-AKH,1:04-cv-08817-AKH,1:04-cv-08841-AKH,1:04-cv-08866-AKH
1:04-cv-08867-AKH,1:04-cv-08868-AKH,1:04-cv-08869-AKH,1:04-cv-08870-AKH,1:04-cv-08871-AKH
1:04-cv-09002-AKH,1:04-cv-09062-AKH,1:04-cv-09081-AKH,1:04-cv-09082-AKH,1:04-cv-09083-AKH
1:04-cv-09116-AKH,1:04-cv-09150-AKH,1:04-cv-09151-AKH,1:04-cv-09152-AKH,1:04-cv-09153-AKH
1:04-cv-09154-AKH,1:04-cv-09155-AKH,1:04-cv-09156-AKH,1:04-cv-09157-AKH,1:04-cv-09158-AKH
1:04-cv-09159-AKH,1:04-cv-09160-AKH,1:04-cv-09161-AKH,1:04-cv-09162-AKH,1:04-cv-09163-AKH
1:04-cv-09164-AKH,1:04-cv-09165-AKH,1:04-cv-09166-AKH,1:04-cv-09167-AKH,1:04-cv-09168-AKH
1:04-cv-09169-AKH,1:04-cv-09170-AKH,1:04-cv-09171-AKH,1:04-cv-09172-AKH,1:04-cv-09173-AKH
1:04-cv-09174-AKH,1:04-cv-09175-AKH,1:04-cv-09176-AKH,1:04-cv-09177-AKH,1:04-cv-09178-AKH
1:04-cv-09179-AKH,1:04-cv-09180-AKH,1:04-cv-09181-AKH,1:04-cv-09182-AKH,1:04-cv-09244-AKH
1:04-cv-09245-AKH,1:04-cv-09247-AKH,1:04-cv-09253-AKH,1:04-cv-09261-AKH,1:04-cv-09272-AKH
1:04-cv-09341-AKH,1:04-cv-09342-AKH,1:04-cv-09343-AKH,1:04-cv-09366-AKH,1:04-cv-09367-AKH
1:04-cv-09368-AKH,1:04-cv-09450-AKH,1:04-cv-09451-AKH,1:04-cv-09818-AKH,1:04-cv-09819-AKH
1:04-cv-09820-AKH,1:04-cv-09821-AKH,1:04-cv-09832-AKH,1:04-cv-09833-AKH,1:04-cv-09834-AKH
1:04-cv-09835-AKH,1:04-cv-09836-AKH,1:04-cv-09837-AKH,1:04-cv-09838-AKH,1:04-cv-09839-AKH
1:04-cv-09840-AKH,1:04-cv-09841-AKH,1:04-cv-09842-AKH,1:04-cv-09843-AKH,1:04-cv-09844-AKH
1:04-cv-09845-AKH,1:04-cv-09846-AKH,1:04-cv-09847-AKH,1:04-cv-09848-AKH,1:04-cv-09849-AKH
1:04-cv-09850-AKH,1:04-cv-09851-AKH,1:04-cv-09852-AKH,1:04-cv-09853-AKH,1:04-cv-09854-AKH
1:04-cv-09855-AKH,1:04-cv-09856-AKH,1:04-cv-09857-AKH,1:04-cv-09902-AKH,1:04-cv-09903-AKH
1:04-cv-09904-AKH,1:04-cv-09905-AKH,1:04-cv-09906-AKH,1:04-cv-09907-AKH,1:04-cv-09908-AKH
1:04-cv-09909-AKH,1:04-cv-09910-AKH,1:04-cv-09987-AKH,1:04-cv-09988-AKH,1:04-cv-09989-AKH
1:04-cv-09990-AKH,1:04-cv-10072-AKH,1:04-cv-10284-AKH,1:05-cv-00117-AKH,1:05-cv-00118-AKH
1:05-cv-00119-AKH,1:05-cv-00184-AKH,1:05-cv-00185-AKH,1:05-cv-00186-AKH,1:05-cv-00193-AKH
1:05-cv-00194-AKH,1:05-cv-00195-AKH,1:05-cv-00209-AKH,1:05-cv-00210-AKH,1:05-cv-00211-AKH
1:05-cv-00212-AKH,1:05-cv-00224-AKH,1:05-cv-00259-AKH,1:05-cv-00264-AKH,1:05-cv-00311-AKH
1:05-cv-00405-AKH,1:05-cv-00406-AKH,1:05-cv-00407-AKH,1:05-cv-00408-AKH,1:05-cv-00409-AKH
1:05-cv-00410-AKH,1:05-cv-00411-AKH,1:05-cv-00412-AKH,1:05-cv-00413-AKH,1:05-cv-00414-AKH
1:05-cv-00415-AKH,1:05-cv-00416-AKH,1:05-cv-00417-AKH,1:05-cv-00418-AKH,1:05-cv-00419-AKH
1:05-cv-00420-AKH,1:05-cv-00421-AKH,1:05-cv-00422-AKH,1:05-cv-00423-AKH,1:05-cv-00424-AKH
1:05-cv-00425-AKH,1:05-cv-00426-AKH,1:05-cv-00665-AKH,1:05-cv-00666-AKH,1:05-cv-00667-AKH
1:05-cv-00668-AKH,1:05-cv-00669-AKH,1:05-cv-00670-AKH,1:05-cv-00671-AKH,1:05-cv-00679-AKH
1:05-cv-00708-AKH,1:05-cv-00719-AKH,1:05-cv-00720-AKH,1:05-cv-00722-AKH,1:05-cv-00724-AKH
1:05-cv-00744-AKH,1:05-cv-00765-AKH,1:05-cv-00766-AKH,1:05-cv-00828-AKH,1:05-cv-00829-AKH
1:05-cv-00830-AKH,1:05-cv-00831-AKH,1:05-cv-00832-AKH,1:05-cv-00833-AKH,1:05-cv-00835-AKH
1:05-cv-00836-AKH,1:05-cv-00837-AKH,1:05-cv-00838-AKH,1:05-cv-00839-AKH,1:05-cv-00840-AKH
1:05-cv-00841-AKH,1:05-cv-00842-AKH,1:05-cv-00843-AKH,1:05-cv-00844-AKH,1:05-cv-00845-AKH
1:05-cv-00846-AKH,1:05-cv-00847-AKH,1:05-cv-00874-AKH,1:05-cv-00920-AKH,1:05-cv-00921-AKH
1:05-cv-01047-AKH,1:05-cv-01048-AKH,1:05-cv-01062-AKH,1:05-cv-01063-AKH,1:05-cv-01064-AKH
1:05-cv-01065-AKH,1:05-cv-01066-AKH,1:05-cv-01067-AKH,1:05-cv-01068-AKH,1:05-cv-01069-AKH
1:05-cv-01070-AKH,1:05-cv-01071-AKH,1:05-cv-01072-AKH,1:05-cv-01073-AKH,1:05-cv-01074-AKH
1:05-cv-01075-AKH,1:05-cv-01076-AKH,1:05-cv-01077-AKH,1:05-cv-01078-AKH,1:05-cv-01079-AKH
1:05-cv-01080-AKH,1:05-cv-01081-AKH,1:05-cv-01082-AKH,1:05-cv-01083-AKH,1:05-cv-01089-AKH
1:05-cv-01094-AKH,1:05-cv-01095-AKH,1:05-cv-01096-AKH,1:05-cv-01097-AKH,1:05-cv-01098-AKH
1:05-cv-01099-AKH,1:05-cv-01100-AKH,1:05-cv-01101-AKH,1:05-cv-01102-AKH,1:05-cv-01103-AKH
1:05-cv-01104-AKH,1:05-cv-01105-AKH,1:05-cv-01106-AKH,1:05-cv-01107-AKH,1:05-cv-01108-AKH
1:05-cv-01109-AKH,1:05-cv-01110-AKH,1:05-cv-01111-AKH,1:05-cv-01112-AKH,1:05-cv-01113-AKH
1:05-cv-01114-AKH,1:05-cv-01115-AKH,1:05-cv-01116-AKH,1:05-cv-01117-AKH,1:05-cv-01118-AKH
1:05-cv-01119-AKH,1:05-cv-01120-AKH,1:05-cv-01121-AKH,1:05-cv-01122-AKH,1:05-cv-01123-AKH
1:05-cv-01124-AKH,1:05-cv-01125-AKH,1:05-cv-01126-AKH,1:05-cv-01127-AKH,1:05-cv-01128-AKH
1:05-cv-01129-AKH,1:05-cv-01130-AKH,1:05-cv-01131-AKH,1:05-cv-01132-AKH,1:05-cv-01133-AKH
1:05-cv-01134-AKH,1:05-cv-01135-AKH,1:05-cv-01136-AKH,1:05-cv-01137-AKH,1:05-cv-01170-AKH
1:05-cv-01171-AKH,1:05-cv-01172-AKH,1:05-cv-01173-AKH,1:05-cv-01174-AKH,1:05-cv-01180-AKH
```

```
1:05-cv-01181-AKH,1:05-cv-01182-AKH,1:05-cv-01183-AKH,1:05-cv-01184-AKH,1:05-cv-01185-AKH
1:05-cv-01186-AKH,1:05-cv-01187-AKH,1:05-cv-01188-AKH,1:05-cv-01189-AKH,1:05-cv-01190-AKH
1:05-cv-01191-AKH,1:05-cv-01192-AKH,1:05-cv-01193-AKH,1:05-cv-01194-AKH,1:05-cv-01195-AKH
1:05-cv-01196-AKH,1:05-cv-01197-AKH,1:05-cv-01198-AKH,1:05-cv-01199-AKH,1:05-cv-01200-AKH
1:05-cv-01201-AKH,1:05-cv-01202-AKH,1:05-cv-01203-AKH,1:05-cv-01204-AKH,1:05-cv-01205-AKH
1:05-cv-01206-AKH,1:05-cv-01207-AKH,1:05-cv-01208-AKH,1:05-cv-01209-AKH,1:05-cv-01210-AKH
1:05-cv-01211-AKH,1:05-cv-01212-AKH,1:05-cv-01213-AKH,1:05-cv-01214-AKH,1:05-cv-01215-AKH
1:05-cv-01216-AKH,1:05-cv-01217-AKH,1:05-cv-01218-AKH,1:05-cv-01219-AKH,1:05-cv-01220-AKH
1:05-cv-01221-AKH,1:05-cv-01222-AKH,1:05-cv-01223-AKH,1:05-cv-01224-AKH,1:05-cv-01225-AKH
1:05-cv-01226-AKH,1:05-cv-01227-AKH,1:05-cv-01228-AKH,1:05-cv-01229-AKH,1:05-cv-01230-AKH
1:05-cv-01231-AKH,1:05-cv-01232-AKH,1:05-cv-01233-AKH,1:05-cv-01234-AKH,1:05-cv-01235-AKH
1:05-cv-01236-AKH,1:05-cv-01237-AKH,1:05-cv-01238-AKH,1:05-cv-01239-AKH,1:05-cv-01240-AKH
1:05-cv-01241-AKH,1:05-cv-01242-AKH,1:05-cv-01243-AKH,1:05-cv-01244-AKH,1:05-cv-01245-AKH
1:05-cv-01246-AKH,1:05-cv-01247-AKH,1:05-cv-01248-AKH,1:05-cv-01249-AKH,1:05-cv-01250-AKH
1:05-cv-01251-AKH,1:05-cv-01252-AKH,1:05-cv-01253-AKH,1:05-cv-01254-AKH,1:05-cv-01255-AKH
1:05-cv-01256-AKH,1:05-cv-01257-AKH,1:05-cv-01258-AKH,1:05-cv-01259-AKH,1:05-cv-01260-AKH
1:05-cv-01261-AKH,1:05-cv-01262-AKH,1:05-cv-01263-AKH,1:05-cv-01264-AKH,1:05-cv-01265-AKH
1:05-cv-01266-AKH,1:05-cv-01267-AKH,1:05-cv-01268-AKH,1:05-cv-01269-AKH,1:05-cv-01270-AKH
1:05-cv-01271-AKH,1:05-cv-01272-AKH,1:05-cv-01273-AKH,1:05-cv-01274-AKH,1:05-cv-01275-AKH
1:05-cv-01276-AKH,1:05-cv-01277-AKH,1:05-cv-01278-AKH,1:05-cv-01279-AKH,1:05-cv-01280-AKH
1:05-cv-01281-AKH,1:05-cv-01282-AKH,1:05-cv-01283-AKH,1:05-cv-01284-AKH,1:05-cv-01294-AKH
1:05-cv-01326-AKH,1:05-cv-01327-AKH,1:05-cv-01328-AKH,1:05-cv-01329-AKH,1:05-cv-01330-AKH
1:05-cv-01331-AKH,1:05-cv-01332-AKH,1:05-cv-01333-AKH,1:05-cv-01334-AKH,1:05-cv-01335-AKH
1:05-cv-01336-AKH,1:05-cv-01337-AKH,1:05-cv-01338-AKH,1:05-cv-01339-AKH,1:05-cv-01340-AKH
1:05-cv-01342-AKH,1:05-cv-01344-AKH,1:05-cv-01345-AKH,1:05-cv-01347-AKH,1:05-cv-01349-AKH
1:05-cv-01350-AKH,1:05-cv-01352-AKH,1:05-cv-01354-AKH,1:05-cv-01355-AKH,1:05-cv-01359-AKH
1:05-cv-01361-AKH,1:05-cv-01362-AKH,1:05-cv-01363-AKH,1:05-cv-01364-AKH,1:05-cv-01365-AKH
1:05-cv-01367-AKH,1:05-cv-01369-AKH,1:05-cv-01371-AKH,1:05-cv-01372-AKH,1:05-cv-01375-AKH
1:05-cv-01377-AKH,1:05-cv-01379-AKH,1:05-cv-01380-AKH,1:05-cv-01382-AKH,1:05-cv-01383-AKH
1:05-cv-01384-AKH,1:05-cv-01385-AKH,1:05-cv-01387-AKH,1:05-cv-01392-AKH,1:05-cv-01394-AKH
1:05-cv-01396-AKH,1:05-cv-01397-AKH,1:05-cv-01399-AKH,1:05-cv-01401-AKH,1:05-cv-01405-AKH
1:05-cv-01408-AKH,1:05-cv-01410-AKH,1:05-cv-01412-AKH,1:05-cv-01417-AKH,1:05-cv-01418-AKH
1:05-cv-01420-AKH,1:05-cv-01422-AKH,1:05-cv-01424-AKH,1:05-cv-01425-AKH,1:05-cv-01426-AKH
1:05-cv-01427-AKH,1:05-cv-01428-AKH,1:05-cv-01429-AKH,1:05-cv-01430-AKH,1:05-cv-01432-AKH
1:05-cv-01433-AKH,1:05-cv-01434-AKH,1:05-cv-01436-AKH,1:05-cv-01437-AKH,1:05-cv-01438-AKH
1:05-cv-01440-AKH,1:05-cv-01442-AKH,1:05-cv-01451-AKH,1:05-cv-01452-AKH,1:05-cv-01462-AKH
1:05-cv-01463-AKH,1:05-cv-01464-AKH,1:05-cv-01465-AKH,1:05-cv-01466-AKH,1:05-cv-01467-AKH
1:05-cv-01468-AKH,1:05-cv-01469-AKH,1:05-cv-01470-AKH,1:05-cv-01471-AKH,1:05-cv-01472-AKH
1:05-cv-01473-AKH,1:05-cv-01474-AKH,1:05-cv-01475-AKH,1:05-cv-01476-AKH,1:05-cv-01477-AKH
1:05-cv-01478-AKH,1:05-cv-01479-AKH,1:05-cv-01480-AKH,1:05-cv-01481-AKH,1:05-cv-01482-AKH
1:05-cv-01483-AKH,1:05-cv-01484-AKH,1:05-cv-01485-AKH,1:05-cv-01486-AKH,1:05-cv-01494-AKH
1:05-cv-01495-AKH,1:05-cv-01496-AKH,1:05-cv-01497-AKH,1:05-cv-01498-AKH,1:05-cv-01499-AKH
1:05-cv-01500-AKH,1:05-cv-01503-AKH,1:05-cv-01504-AKH,1:05-cv-01505-AKH,1:05-cv-01507-AKH
1:05-cv-01508-AKH,1:05-cv-01509-AKH,1:05-cv-01510-AKH,1:05-cv-01511-AKH,1:05-cv-01513-AKH
1:05-cv-01514-AKH,1:05-cv-01515-AKH,1:05-cv-01516-AKH,1:05-cv-01517-AKH,1:05-cv-01518-AKH
1:05-cv-01519-AKH,1:05-cv-01520-AKH,1:05-cv-01521-AKH,1:05-cv-01522-AKH,1:05-cv-01523-AKH
1:05-cv-01575-AKH,1:05-cv-01576-AKH,1:05-cv-01577-AKH,1:05-cv-01578-AKH,1:05-cv-01579-AKH
1:05-cv-01580-AKH,1:05-cv-01581-AKH,1:05-cv-01582-AKH,1:05-cv-01583-AKH,1:05-cv-01584-AKH
1:05-cv-01585-AKH,1:05-cv-01586-AKH,1:05-cv-01587-AKH,1:05-cv-01588-AKH,1:05-cv-01589-AKH
1:05-cv-01590-AKH,1:05-cv-01591-AKH,1:05-cv-01592-AKH,1:05-cv-01593-AKH,1:05-cv-01594-AKH
1:05-cv-01595-AKH,1:05-cv-01596-AKH,1:05-cv-01597-AKH,1:05-cv-01598-AKH,1:05-cv-01599-AKH
1:05-cv-01600-AKH,1:05-cv-01601-AKH,1:05-cv-01602-AKH,1:05-cv-01603-AKH,1:05-cv-01604-AKH
1:05-cv-01605-AKH,1:05-cv-01606-AKH,1:05-cv-01607-AKH,1:05-cv-01608-AKH,1:05-cv-01609-AKH
1:05-cv-01610-AKH,1:05-cv-01611-AKH,1:05-cv-01612-AKH,1:05-cv-01613-AKH,1:05-cv-01614-AKH
1:05-cv-01615-AKH,1:05-cv-01616-AKH,1:05-cv-01617-AKH,1:05-cv-01618-AKH,1:05-cv-01619-AKH
1:05-cv-01620-AKH,1:05-cv-01621-AKH,1:05-cv-01622-AKH,1:05-cv-01623-AKH,1:05-cv-01624-AKH
1:05-cv-01625-AKH,1:05-cv-01626-AKH,1:05-cv-01627-AKH,1:05-cv-01628-AKH,1:05-cv-01629-AKH
1:05-cv-01630-AKH,1:05-cv-01631-AKH,1:05-cv-01632-AKH,1:05-cv-01633-AKH,1:05-cv-01634-AKH
1:05-cv-01635-AKH,1:05-cv-01636-AKH,1:05-cv-01637-AKH,1:05-cv-01638-AKH,1:05-cv-01639-AKH
1:05-cv-01640-AKH,1:05-cv-01641-AKH,1:05-cv-01642-AKH,1:05-cv-01643-RJH,1:05-cv-01644-AKH,
1:05-cv-01645-AKH,1:05-cv-01646-AKH,1:05-cv-01647-AKH,1:05-cv-01648-AKH,1:05-cv-01649-AKH
1:05-cv-01650-AKH,1:05-cv-01651-AKH,1:05-cv-01652-AKH,1:05-cv-01653-AKH,1:05-cv-01654-AKH
1:05-cv-01655-AKH,1:05-cv-01656-AKH,1:05-cv-01657-AKH,1:05-cv-01658-AKH,1:05-cv-01660-AKH
1:05-cv-01662-AKH,1:05-cv-01663-AKH,1:05-cv-01664-AKH,1:05-cv-01665-AKH,1:05-cv-01666-AKH
```

```
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
```

1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH(McKay, Douglas) (Entered: 07/21/2006)

| 7/21/2006 | 494 | FILING ERROR – WRONG PDF ASSOCIATED WITH DOCKET ENTRY – SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: 394 MOTION for Summary Judgment *Based Upon Status as Out−of−P Lessees*.. Document filed by World Trade Center Properties LLC, 1 WTC Holdings, L.L.C., 1 World Trade Center, WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 W Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein Properties, Inc., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., Silverstein WTC, L.L.C., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc.,, 1 W Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 World Trade Center, L.L.C., 4 WTC Ho L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properti Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Manageme L.L.C., Silverstein WTC Properties, L.L.C., World Trade Center Properties, L.L.C.. Filed In Associated Cases: 1:21−mc−00100−AKH−THK,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747 1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH 1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH 1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH 1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH 1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH 1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH 1:04−cv−08285−AKH,1:04−cv−08286−AKH,1:04−cv−08287−AKH,1:04−cv−08288−AKH,1:04−cv−08289−AKH 1:04−cv−08404−AKH,1:04−cv−08431−AKH,1:04−cv−08494−AKH,1:04−cv−08495−AKH,1:04−cv−08496−AKH 1:04−cv−08497−AKH,1:04−cv−08498−AKH,1:04−cv−08499−AKH,1:04−cv−08500−AKH,1:04−cv−08501−AKH 1:04−cv−08502−AKH,1:04−cv−08503−AKH,1:04−cv−08504−AKH,1:04−cv−08505−AKH,1:04−cv−08506−AKH 1:04−cv−08507−AKH,1:04−cv−08508−AKH,1:04−cv−08674−AKH,1:04−cv−08675−AKH,1:04−cv−08676−AKH 1:04−cv−08681−AKH,1:04−cv−08725−AKH,1:04−cv−08726−AKH,1:04−cv−08727−AKH,1:04−cv−08728−AKH 1:04−cv−08729−AKH,1:04−cv−08730−AKH,1:04−cv−08731−AKH,1:04−cv−08732−AKH,1:04−cv−08733−AKH 1:04−cv−08734−AKH,1:04−cv−08735−AKH,1:04−cv−08736−AKH,1:04−cv−08737−AKH,1:04−cv−08738−AKH 1:04−cv−08739−AKH,1:04−cv−08740−AKH,1:04−cv−08741−AKH,1:04−cv−08742−AKH,1:04−cv−08743−AKH 1:04−cv−08744−AKH,1:04−cv−08745−AKH,1:04−cv−08746−AKH,1:04−cv−08747−AKH,1:04−cv−08748−AKH 1:04−cv−08749−AKH,1:04−cv−08750−AKH,1:04−cv−08751−AKH,1:04−cv−08752−AKH,1:04−cv−08753−AKH 1:04−cv−08754−AKH,1:04−cv−08755−AKH,1:04−cv−08756−AKH,1:04−cv−08757−AKH,1:04−cv−08758−AKH 1:04−cv−08770−AKH,1:04−cv−08771−AKH,1:04−cv−08772−AKH,1:04−cv−08773−AKH,1:04−cv−08774−AKH 1:04−cv−08775−AKH,1:04−cv−08776−AKH,1:04−cv−08777−AKH,1:04−cv−08778−AKH,1:04−cv−08779−AKH 1:04−cv−08785−AKH,1:04−cv−08811−AKH,1:04−cv−08812−AKH,1:04−cv−08813−AKH,1:04−cv−08814−AKH 1:04−cv−08815−AKH,1:04−cv−08816−AKH,1:04−cv−08817−AKH,1:04−cv−08841−AKH,1:04−cv−08866−AKH 1:04−cv−08867−AKH,1:04−cv−08868−AKH,1:04−cv−08869−AKH,1:04−cv−08870−AKH,1:04−cv−08871−AKH 1:04−cv−09002−AKH,1:04−cv−09062−AKH,1:04−cv−09081−AKH,1:04−cv−09082−AKH,1:04−cv−09083−AKH 1:04−cv−09116−AKH,1:04−cv−09150−AKH,1:04−cv−09151−AKH,1:04−cv−09152−AKH,1:04−cv−09153−AKH 1:04−cv−09154−AKH,1:04−cv−09155−AKH,1:04−cv−09156−AKH,1:04−cv−09157−AKH,1:04−cv−09158−AKH 1:04−cv−09159−AKH,1:04−cv−09160−AKH,1:04−cv−09161−AKH,1:04−cv−09162−AKH,1:04−cv−09163−AKH 1:04−cv−09164−AKH,1:04−cv−09165−AKH,1:04−cv−09166−AKH,1:04−cv−09167−AKH,1:04−cv−09168−AKH 1:04−cv−09169−AKH,1:04−cv−09170−AKH,1:04−cv−09171−AKH,1:04−cv−09172−AKH,1:04−cv−09173−AKH 1:04−cv−09174−AKH,1:04−cv−09175−AKH,1:04−cv−09176−AKH,1:04−cv−09177−AKH,1:04−cv−09178−AKH 1:04−cv−09179−AKH,1:04−cv−09180−AKH,1:04−cv−09181−AKH,1:04−cv−09182−AKH,1:04−cv−09244−AKH 1:04−cv−09245−AKH,1:04−cv−09247−AKH,1:04−cv−09253−AKH,1:04−cv−09261−AKH,1:04−cv−09272−AKH 1:04−cv−09341−AKH,1:04−cv−09342−AKH,1:04−cv−09343−AKH,1:04−cv−09366−AKH,1:04−cv−09367−AKH 1:04−cv−09368−AKH,1:04−cv−09450−AKH,1:04−cv−09451−AKH,1:04−cv−09818−AKH,1:04−cv−09819−AKH 1:04−cv−09820−AKH,1:04−cv−09821−AKH,1:04−cv−09832−AKH,1:04−cv−09833−AKH,1:04−cv−09834−AKH 1:04−cv−09835−AKH,1:04−cv−09836−AKH,1:04−cv−09837−AKH,1:04−cv−09838−AKH,1:04−cv−09839−AKH 1:04−cv−09840−AKH,1:04−cv−09841−AKH,1:04−cv−09842−AKH,1:04−cv−09843−AKH,1:04−cv−09844−AKH 1:04−cv−09845−AKH,1:04−cv−09846−AKH,1:04−cv−09847−AKH,1:04−cv−09848−AKH,1:04−cv−09849−AKH 1:04−cv−09850−AKH,1:04−cv−09851−AKH,1:04−cv−09852−AKH,1:04−cv−09853−AKH,1:04−cv−09854−AKH 1:04−cv−09855−AKH,1:04−cv−09856−AKH,1:04−cv−09857−AKH,1:04−cv−09902−AKH,1:04−cv−09903−AKH 1:04−cv−09904−AKH,1:04−cv−09905−AKH,1:04−cv−09906−AKH,1:04−cv−09907−AKH,1:04−cv−09908−AKH 1:04−cv−09909−AKH,1:04−cv−09910−AKH,1:04−cv−09987−AKH,1:04−cv−09988−AKH,1:04−cv−09989−AKH 1:04−cv−09990−AKH,1:04−cv−10072−AKH,1:04−cv−10284−AKH,1:05−cv−00117−AKH,1:05−cv−00118−AKH 1:05−cv−00119−AKH,1:05−cv−00184−AKH,1:05−cv−00185−AKH,1:05−cv−00186−AKH,1:05−cv−00193−AKH 1:05−cv−00194−AKH,1:05−cv−00195−AKH,1:05−cv−00209−AKH,1:05−cv−00210−AKH,1:05−cv−00211−AKH 1:05−cv−00212−AKH,1:05−cv−00224−AKH,1:05−cv−00259−AKH,1:05−cv−00264−AKH,1:05−cv−00311−AKH 1:05−cv−00405−AKH,1:05−cv−00406−AKH,1:05−cv−00407−AKH,1:05−cv−00408−AKH,1:05−cv−00409−AKH 1:05−cv−00410−AKH,1:05−cv−00411−AKH,1:05−cv−00412−AKH,1:05−cv−00413−AKH,1:05−cv−00414−AKH 1:05−cv−00415−AKH,1:05−cv−00416−AKH,1:05−cv−00417−AKH,1:05−cv−00418−AKH,1:05−cv−00419−AKH 1:05−cv−00420−AKH,1:05−cv−00421−AKH,1:05−cv−00422−AKH,1:05−cv−00423−AKH,1:05−cv−00424−AKH 1:05−cv−00425−AKH,1:05−cv−00426−AKH,1:05−cv−00665−AKH,1:05−cv−00666−AKH,1:05−cv−00667−AKH 1:05−cv−00668−AKH,1:05−cv−00669−AKH,1:05−cv−00670−AKH,1:05−cv−00671−AKH,1:05−cv−00679−AKH 1:05−cv−00708−AKH,1:05−cv−00719−AKH,1:05−cv−00720−AKH,1:05−cv−00722−AKH,1:05−cv−00724−AKH |

```
1:05-cv-00744-AKH,1:05-cv-00765-AKH,1:05-cv-00766-AKH,1:05-cv-00828-AKH,1:05-cv-00829-AKH
1:05-cv-00830-AKH,1:05-cv-00831-AKH,1:05-cv-00832-AKH,1:05-cv-00833-AKH,1:05-cv-00835-AKH
1:05-cv-00836-AKH,1:05-cv-00837-AKH,1:05-cv-00838-AKH,1:05-cv-00839-AKH,1:05-cv-00840-AKH
1:05-cv-00841-AKH,1:05-cv-00842-AKH,1:05-cv-00843-AKH,1:05-cv-00844-AKH,1:05-cv-00845-AKH
1:05-cv-00846-AKH,1:05-cv-00847-AKH,1:05-cv-00874-AKH,1:05-cv-00920-AKH,1:05-cv-00921-AKH
1:05-cv-01047-AKH,1:05-cv-01048-AKH,1:05-cv-01062-AKH,1:05-cv-01063-AKH,1:05-cv-01064-AKH
1:05-cv-01065-AKH,1:05-cv-01066-AKH,1:05-cv-01067-AKH,1:05-cv-01068-AKH,1:05-cv-01069-AKH
1:05-cv-01070-AKH,1:05-cv-01071-AKH,1:05-cv-01072-AKH,1:05-cv-01073-AKH,1:05-cv-01074-AKH
1:05-cv-01075-AKH,1:05-cv-01076-AKH,1:05-cv-01077-AKH,1:05-cv-01078-AKH,1:05-cv-01079-AKH
1:05-cv-01080-AKH,1:05-cv-01081-AKH,1:05-cv-01082-AKH,1:05-cv-01083-AKH,1:05-cv-01089-AKH
1:05-cv-01094-AKH,1:05-cv-01095-AKH,1:05-cv-01096-AKH,1:05-cv-01097-AKH,1:05-cv-01098-AKH
1:05-cv-01099-AKH,1:05-cv-01100-AKH,1:05-cv-01101-AKH,1:05-cv-01102-AKH,1:05-cv-01103-AKH
1:05-cv-01104-AKH,1:05-cv-01105-AKH,1:05-cv-01106-AKH,1:05-cv-01107-AKH,1:05-cv-01108-AKH
1:05-cv-01109-AKH,1:05-cv-01110-AKH,1:05-cv-01111-AKH,1:05-cv-01112-AKH,1:05-cv-01113-AKH
1:05-cv-01114-AKH,1:05-cv-01115-AKH,1:05-cv-01116-AKH,1:05-cv-01117-AKH,1:05-cv-01118-AKH
1:05-cv-01119-AKH,1:05-cv-01120-AKH,1:05-cv-01121-AKH,1:05-cv-01122-AKH,1:05-cv-01123-AKH
1:05-cv-01124-AKH,1:05-cv-01125-AKH,1:05-cv-01126-AKH,1:05-cv-01127-AKH,1:05-cv-01128-AKH
1:05-cv-01129-AKH,1:05-cv-01130-AKH,1:05-cv-01131-AKH,1:05-cv-01132-AKH,1:05-cv-01133-AKH
1:05-cv-01134-AKH,1:05-cv-01135-AKH,1:05-cv-01136-AKH,1:05-cv-01137-AKH,1:05-cv-01170-AKH
1:05-cv-01171-AKH,1:05-cv-01172-AKH,1:05-cv-01173-AKH,1:05-cv-01174-AKH,1:05-cv-01180-AKH
1:05-cv-01181-AKH,1:05-cv-01182-AKH,1:05-cv-01183-AKH,1:05-cv-01184-AKH,1:05-cv-01185-AKH
1:05-cv-01186-AKH,1:05-cv-01187-AKH,1:05-cv-01188-AKH,1:05-cv-01189-AKH,1:05-cv-01190-AKH
1:05-cv-01191-AKH,1:05-cv-01192-AKH,1:05-cv-01193-AKH,1:05-cv-01194-AKH,1:05-cv-01195-AKH
1:05-cv-01196-AKH,1:05-cv-01197-AKH,1:05-cv-01198-AKH,1:05-cv-01199-AKH,1:05-cv-01200-AKH
1:05-cv-01201-AKH,1:05-cv-01202-AKH,1:05-cv-01203-AKH,1:05-cv-01204-AKH,1:05-cv-01205-AKH
1:05-cv-01206-AKH,1:05-cv-01207-AKH,1:05-cv-01208-AKH,1:05-cv-01209-AKH,1:05-cv-01210-AKH
1:05-cv-01211-AKH,1:05-cv-01212-AKH,1:05-cv-01213-AKH,1:05-cv-01214-AKH,1:05-cv-01215-AKH
1:05-cv-01216-AKH,1:05-cv-01217-AKH,1:05-cv-01218-AKH,1:05-cv-01219-AKH,1:05-cv-01220-AKH
1:05-cv-01221-AKH,1:05-cv-01222-AKH,1:05-cv-01223-AKH,1:05-cv-01224-AKH,1:05-cv-01225-AKH
1:05-cv-01226-AKH,1:05-cv-01227-AKH,1:05-cv-01228-AKH,1:05-cv-01229-AKH,1:05-cv-01230-AKH
1:05-cv-01231-AKH,1:05-cv-01232-AKH,1:05-cv-01233-AKH,1:05-cv-01234-AKH,1:05-cv-01235-AKH
1:05-cv-01236-AKH,1:05-cv-01237-AKH,1:05-cv-01238-AKH,1:05-cv-01239-AKH,1:05-cv-01240-AKH
1:05-cv-01241-AKH,1:05-cv-01242-AKH,1:05-cv-01243-AKH,1:05-cv-01244-AKH,1:05-cv-01245-AKH
1:05-cv-01246-AKH,1:05-cv-01247-AKH,1:05-cv-01248-AKH,1:05-cv-01249-AKH,1:05-cv-01250-AKH
1:05-cv-01251-AKH,1:05-cv-01252-AKH,1:05-cv-01253-AKH,1:05-cv-01254-AKH,1:05-cv-01255-AKH
1:05-cv-01256-AKH,1:05-cv-01257-AKH,1:05-cv-01258-AKH,1:05-cv-01259-AKH,1:05-cv-01260-AKH
1:05-cv-01261-AKH,1:05-cv-01262-AKH,1:05-cv-01263-AKH,1:05-cv-01264-AKH,1:05-cv-01265-AKH
1:05-cv-01266-AKH,1:05-cv-01267-AKH,1:05-cv-01268-AKH,1:05-cv-01269-AKH,1:05-cv-01270-AKH
1:05-cv-01271-AKH,1:05-cv-01272-AKH,1:05-cv-01273-AKH,1:05-cv-01274-AKH,1:05-cv-01275-AKH
1:05-cv-01276-AKH,1:05-cv-01277-AKH,1:05-cv-01278-AKH,1:05-cv-01279-AKH,1:05-cv-01280-AKH
1:05-cv-01281-AKH,1:05-cv-01282-AKH,1:05-cv-01283-AKH,1:05-cv-01284-AKH,1:05-cv-01294-AKH
1:05-cv-01326-AKH,1:05-cv-01327-AKH,1:05-cv-01328-AKH,1:05-cv-01329-AKH,1:05-cv-01330-AKH
1:05-cv-01331-AKH,1:05-cv-01332-AKH,1:05-cv-01333-AKH,1:05-cv-01334-AKH,1:05-cv-01335-AKH
1:05-cv-01336-AKH,1:05-cv-01337-AKH,1:05-cv-01338-AKH,1:05-cv-01339-AKH,1:05-cv-01340-AKH
1:05-cv-01342-AKH,1:05-cv-01344-AKH,1:05-cv-01345-AKH,1:05-cv-01347-AKH,1:05-cv-01349-AKH
1:05-cv-01350-AKH,1:05-cv-01352-AKH,1:05-cv-01354-AKH,1:05-cv-01355-AKH,1:05-cv-01359-AKH
1:05-cv-01361-AKH,1:05-cv-01362-AKH,1:05-cv-01363-AKH,1:05-cv-01364-AKH,1:05-cv-01365-AKH
1:05-cv-01367-AKH,1:05-cv-01369-AKH,1:05-cv-01371-AKH,1:05-cv-01372-AKH,1:05-cv-01375-AKH
1:05-cv-01377-AKH,1:05-cv-01379-AKH,1:05-cv-01380-AKH,1:05-cv-01382-AKH,1:05-cv-01383-AKH
1:05-cv-01384-AKH,1:05-cv-01385-AKH,1:05-cv-01387-AKH,1:05-cv-01392-AKH,1:05-cv-01394-AKH
1:05-cv-01396-AKH,1:05-cv-01397-AKH,1:05-cv-01399-AKH,1:05-cv-01401-AKH,1:05-cv-01405-AKH
1:05-cv-01408-AKH,1:05-cv-01410-AKH,1:05-cv-01412-AKH,1:05-cv-01417-AKH,1:05-cv-01418-AKH
1:05-cv-01420-AKH,1:05-cv-01422-AKH,1:05-cv-01424-AKH,1:05-cv-01425-AKH,1:05-cv-01426-AKH
1:05-cv-01427-AKH,1:05-cv-01428-AKH,1:05-cv-01429-AKH,1:05-cv-01430-AKH,1:05-cv-01432-AKH
1:05-cv-01433-AKH,1:05-cv-01434-AKH,1:05-cv-01436-AKH,1:05-cv-01437-AKH,1:05-cv-01438-AKH
1:05-cv-01440-AKH,1:05-cv-01442-AKH,1:05-cv-01451-AKH,1:05-cv-01452-AKH,1:05-cv-01462-AKH
1:05-cv-01463-AKH,1:05-cv-01464-AKH,1:05-cv-01465-AKH,1:05-cv-01466-AKH,1:05-cv-01467-AKH
1:05-cv-01468-AKH,1:05-cv-01469-AKH,1:05-cv-01470-AKH,1:05-cv-01471-AKH,1:05-cv-01472-AKH
1:05-cv-01473-AKH,1:05-cv-01474-AKH,1:05-cv-01475-AKH,1:05-cv-01476-AKH,1:05-cv-01477-AKH
1:05-cv-01478-AKH,1:05-cv-01479-AKH,1:05-cv-01480-AKH,1:05-cv-01481-AKH,1:05-cv-01482-AKH
1:05-cv-01483-AKH,1:05-cv-01484-AKH,1:05-cv-01485-AKH,1:05-cv-01486-AKH,1:05-cv-01494-AKH
1:05-cv-01495-AKH,1:05-cv-01496-AKH,1:05-cv-01497-AKH,1:05-cv-01498-AKH,1:05-cv-01499-AKH
1:05-cv-01500-AKH,1:05-cv-01503-AKH,1:05-cv-01504-AKH,1:05-cv-01505-AKH,1:05-cv-01507-AKH
1:05-cv-01508-AKH,1:05-cv-01509-AKH,1:05-cv-01510-AKH,1:05-cv-01511-AKH,1:05-cv-01513-AKH
```

1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH

1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06316–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH

1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH(Egan, Thomas) Modified on 7/27/2006 (gf, ).
07/21/2006)

| | | |
|---|---|---|
| 7/21/2006 | <u>495</u> | STIPULATION OF DISCONTINUANCE...that the action 05cv7267, is discontinued with prejudice and without co either party as against the other... (Signed by Judge Alvin K. Hellerstein on 7/20/06) Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:05–cv–07267–AKH(rjm, ) (Entered: 07/21/2006) |
| 7/21/2006 | <u>496</u> | SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: <u>394</u> MOTION for Summary Judgment *Bas Status as Out–of–Possession Lessees.*. Document filed by World Trade Center Properties LLC, 1 WTC Holdings, L World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 W Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein Pr Inc., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., Silverstein WTC, L.L.C., Silve Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Prop Inc.,, 1 WTC Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 World Trade Center, L.L.C WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Sil Properties, Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., World Trade Center Properties, L.L.C.. Filed In Asso Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH |

1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH

```
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
```

1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH

1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH(Spavin, Shana) (Entered: 07/21/2006)

| 07/21/2006 | 497 | FILING ERROR – DUPLICATE DOCKET ENTRY – SUPPLEMENTAL REPLY MEMORANDUM OF LAW in re: 394 MOTION for Summary Judgment *Based Upon Status as Out–of–Possession Lessees.*. Document filed by World Trade Center Properties LLC, 1 WTC Holdings, L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein Properties, Inc., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, L.L.C., Silverstein WTC, L.L.C., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc., Silverstein Properties, Inc.,, 1 WTC Holdings L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L.L.C., 4 World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Silverstein Properties, Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Facility Manager, L.L.C., Silverstein WTC Management Co., L.L.C., Silverstein WTC Properties, World Trade Center Properties, L.L.C.. Filed In Associated Cases:<br>1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH |

```
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
```

```
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH,
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
```

1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH

1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH(Spavin, Shana) Modified on 7/27/2006 (gf, ).
07/21/2006)

| 7/24/2006 | 498 | STIPULATION DISCONTINUING ACTION... It is hereby stipulated and agreed by and between the undersigned, attorneys of record for all of the parties in the entitled action, 05cv8344 be hereby discontinued with prejudice... wit costs to either party as against the other. (Signed by Judge Alvin K. Hellerstein on 7/21/06) Filed In Associated Cas 1:21−mc−00100−AKH−THK,1:05−cv−08344−AKH(rjm, ) (Entered: 07/25/2006) |
| 7/25/2006 | 499 | STIPULATION DISCONTINUING ACTION. It is hereby stipulated and agreed by and between the undersigned, t attorneys of record for the plaintiff and defendant AMEC Construction Management, Inc., that whereas no party her infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in subject matter of the action, the above action be hereby is discontinued with prejudice... without costs to either party against the other. (Signed by Judge Alvin K. Hellerstein on 7/25/06) Filed In Associated Cases: 1:21−mc−00100−AKH−THK,1:05−cv−07154−AKH(rjm, ) (Entered: 07/26/2006) |
| 7/25/2006 | 500 | STIPULATION DISCONTINUING ACTION. It is hereby stipulated and agreed by and between the undersigned, t attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incomp person for whom a committee has been appointed and no person not a party has an interest in the subject matter of t the above action be hereby is discontinued with prejudice... without costs to either party as against the other. (Signe Judge Alvin K. Hellerstein on 7/25/06) Filed In Associated Cases: 1:21−mc−00100−AKH−THK,1:05−cv−08344−A ) (Entered: 07/26/2006) |
| 7/26/2006 | 501 | NOTICE OF APPEARANCE by Paul Joseph Napoli on behalf of Plaintiffs Liaison Counsel(Plaintiff's co−liaison co (Napoli, Paul) (Entered: 07/26/2006) |
| 8/03/2006 | 502 | ORDER. At oral argument on 6/22/06, I requested that the parties provide the citation to the appropriations bill whic established the World Trade Center Captive Insurance Company, Inc. and wherein Congress appropriated $1 billion federal funding to "establish a captive insurance company... for claims arising from debris removal. By joint letter d 7/31/06, the plaintiffs seek to provide further, supplemental information about the WTC Captive. By the joint letter, submit for my consideration a letter from Congressman Jerrold Nadler, providing legislative history regarding the bi requesting an investigation of the WTC Captive by the Department of Homeland Security. Defendants urge that the should not be included as part of the record in the instant litigation. I accept the letter as a non−binding aid to the Co understanding of the legislative history, subject to additional submissions by the parties by additional joint letter, des the legislative history of the WTC Captive, written first by Defendants and then with Plaintiffs' comments added. (S Judge Alvin K. Hellerstein on 8/3/06) (rjm, ) (Entered: 08/03/2006) |
| 8/04/2006 | 503 | TRANSCRIPT of proceedings held on 7/21/06 before Judge Alvin K. Hellerstein. (tro, ) (Entered: 08/04/2006) |
| 8/04/2006 | 504 | TRANSCRIPT of proceedings held on 6/22/06, 11:00am before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 08/04 |
| 8/04/2006 | 505 | TRANSCRIPT of proceedings held on 6/26/06, 10:30am before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 08/04 |
| 8/15/2006 | | Minute Entry for proceedings held before Judge Theodore H. Katz : Telephone (pretrial) Conference held on 8/15/2 ) (Entered: 09/01/2006) |
| 8/17/2006 | 506 | ENDORSED LETTER addressed to Judge Hellerstein from Paul J. Napoli, Andrew Carboy, Lee Ann Stevenson, an Andrew Gibbs dated 7/13/06 re: Pltffs' Co−Liason counsel and counsel for defts Verizon and Tishman request exten all current deadlines as follows: Pltffs to provide Verizon and Tishman with its declaration as required by CMO No. well as a list of potential affiants by 9/1/06; parties to complete depositions of affiants by 10/13/06; Verizon and Tis serve and file moving briefs and supporting papers by 11/15/06; pltffs to serve and file opposition papers by 12/15/0 Verizon and Tishman to serve and file reply papers by 1/5/07. ENDORSEMENT: So ordered. (Signed by Judge Alv Hellerstein on 8/17/06) (sn) (Entered: 08/18/2006) |
| 8/18/2006 | 507 | MASTER ALLEGATIONS *Amended Master Complaint Against The City Of New York*. Document filed by Plainti Liaison Counsel.(LoPalo, Christopher) (Entered: 08/18/2006) |
| 8/18/2006 | 508 | MASTER ALLEGATIONS *Amended Master Complaint Against Consolidated Edison*. Document filed by Plaintiffs Counsel.(LoPalo, Christopher) (Entered: 08/18/2006) |
| 8/18/2006 | 509 | MASTER ALLEGATIONS *Amended Master Complaint Against Port Authority Of New York And New Jersey*. Doc filed by Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered: 08/18/2006) |
| 8/18/2006 | 510 | MASTER ALLEGATIONS *Amended Master Complaint Against Construction Manager Defendants*. Document file Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered: 08/18/2006) |
| 8/18/2006 | 511 | MASTER ALLEGATIONS *Amended Master Complaint Against Tishman Defendants*. Document filed by Plaintiffs Counsel.(LoPalo, Christopher) (Entered: 08/18/2006) |
| 8/18/2006 | 512 | MASTER ALLEGATIONS *Amended Master Complaint Against Verizon Communications*. Document filed by Plai Liaison Counsel.(LoPalo, Christopher) (Entered: 08/18/2006) |

| 8/18/2006 | 513 | MASTER ALLEGATIONS *Amended Master Complaint Against World Trade Center Defendants*. Document filed by Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered: 08/18/2006) |
| 8/18/2006 | 514 | MASTER ALLEGATIONS *Amended Master Complaint Against Contractor Defendants*. Document filed by Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered: 08/18/2006) |
| 8/18/2006 | 515 | AFFIDAVIT OF SERVICE. Document filed by Plaintiffs Liaison Counsel. Filed In Associated Cases: 1:21-mc-00100-AKH-THK,1:03-cv-00007-AKH,1:03-cv-08577-AKH,1:04-cv-00491-AKH,1:04-cv-03747<br>1:04-cv-03800-AKH,1:04-cv-04982-AKH,1:04-cv-04983-AKH,1:04-cv-04984-AKH,1:04-cv-05175-AKH<br>1:04-cv-05862-AKH,1:04-cv-06726-AKH,1:04-cv-06727-AKH,1:04-cv-06789-AKH,1:04-cv-06889-AKH<br>1:04-cv-06890-AKH,1:04-cv-06891-AKH,1:04-cv-06892-AKH,1:04-cv-06893-AKH,1:04-cv-07239-AKH<br>1:04-cv-07293-AKH,1:04-cv-07597-AKH,1:04-cv-07599-AKH,1:04-cv-07601-AKH,1:04-cv-07645-AKH<br>1:04-cv-07647-AKH,1:04-cv-07725-AKH,1:04-cv-07727-AKH,1:04-cv-07903-AKH,1:04-cv-08034-AKH<br>1:04-cv-08035-AKH,1:04-cv-08036-AKH,1:04-cv-08096-AKH,1:04-cv-08097-AKH,1:04-cv-08284-AKH<br>1:04-cv-08285-AKH,1:04-cv-08286-AKH,1:04-cv-08287-AKH,1:04-cv-08288-AKH,1:04-cv-08289-AKH<br>1:04-cv-08404-AKH,1:04-cv-08431-AKH,1:04-cv-08494-AKH,1:04-cv-08495-AKH,1:04-cv-08496-AKH<br>1:04-cv-08497-AKH,1:04-cv-08498-AKH,1:04-cv-08499-AKH,1:04-cv-08500-AKH,1:04-cv-08501-AKH<br>1:04-cv-08502-AKH,1:04-cv-08503-AKH,1:04-cv-08504-AKH,1:04-cv-08505-AKH,1:04-cv-08506-AKH<br>1:04-cv-08507-AKH,1:04-cv-08508-AKH,1:04-cv-08674-AKH,1:04-cv-08675-AKH,1:04-cv-08676-AKH<br>1:04-cv-08681-AKH,1:04-cv-08725-AKH,1:04-cv-08726-AKH,1:04-cv-08727-AKH,1:04-cv-08728-AKH<br>1:04-cv-08729-AKH,1:04-cv-08730-AKH,1:04-cv-08731-AKH,1:04-cv-08732-AKH,1:04-cv-08733-AKH<br>1:04-cv-08734-AKH,1:04-cv-08735-AKH,1:04-cv-08736-AKH,1:04-cv-08737-AKH,1:04-cv-08738-AKH<br>1:04-cv-08739-AKH,1:04-cv-08740-AKH,1:04-cv-08741-AKH,1:04-cv-08742-AKH,1:04-cv-08743-AKH<br>1:04-cv-08744-AKH,1:04-cv-08745-AKH,1:04-cv-08746-AKH,1:04-cv-08747-AKH,1:04-cv-08748-AKH<br>1:04-cv-08749-AKH,1:04-cv-08750-AKH,1:04-cv-08751-AKH,1:04-cv-08752-AKH,1:04-cv-08753-AKH<br>1:04-cv-08754-AKH,1:04-cv-08755-AKH,1:04-cv-08756-AKH,1:04-cv-08757-AKH,1:04-cv-08758-AKH<br>1:04-cv-08770-AKH,1:04-cv-08771-AKH,1:04-cv-08772-AKH,1:04-cv-08773-AKH,1:04-cv-08774-AKH<br>1:04-cv-08775-AKH,1:04-cv-08776-AKH,1:04-cv-08777-AKH,1:04-cv-08778-AKH,1:04-cv-08779-AKH<br>1:04-cv-08785-AKH,1:04-cv-08811-AKH,1:04-cv-08812-AKH,1:04-cv-08813-AKH,1:04-cv-08814-AKH<br>1:04-cv-08815-AKH,1:04-cv-08816-AKH,1:04-cv-08817-AKH,1:04-cv-08841-AKH,1:04-cv-08866-AKH<br>1:04-cv-08867-AKH,1:04-cv-08868-AKH,1:04-cv-08869-AKH,1:04-cv-08870-AKH,1:04-cv-08871-AKH<br>1:04-cv-09002-AKH,1:04-cv-09062-AKH,1:04-cv-09081-AKH,1:04-cv-09082-AKH,1:04-cv-09083-AKH<br>1:04-cv-09116-AKH,1:04-cv-09150-AKH,1:04-cv-09151-AKH,1:04-cv-09152-AKH,1:04-cv-09153-AKH<br>1:04-cv-09154-AKH,1:04-cv-09155-AKH,1:04-cv-09156-AKH,1:04-cv-09157-AKH,1:04-cv-09158-AKH<br>1:04-cv-09159-AKH,1:04-cv-09160-AKH,1:04-cv-09161-AKH,1:04-cv-09162-AKH,1:04-cv-09163-AKH<br>1:04-cv-09164-AKH,1:04-cv-09165-AKH,1:04-cv-09166-AKH,1:04-cv-09167-AKH,1:04-cv-09168-AKH<br>1:04-cv-09169-AKH,1:04-cv-09170-AKH,1:04-cv-09171-AKH,1:04-cv-09172-AKH,1:04-cv-09173-AKH<br>1:04-cv-09174-AKH,1:04-cv-09175-AKH,1:04-cv-09176-AKH,1:04-cv-09177-AKH,1:04-cv-09178-AKH<br>1:04-cv-09179-AKH,1:04-cv-09180-AKH,1:04-cv-09181-AKH,1:04-cv-09182-AKH,1:04-cv-09244-AKH<br>1:04-cv-09245-AKH,1:04-cv-09247-AKH,1:04-cv-09253-AKH,1:04-cv-09261-AKH,1:04-cv-09272-AKH<br>1:04-cv-09341-AKH,1:04-cv-09342-AKH,1:04-cv-09343-AKH,1:04-cv-09366-AKH,1:04-cv-09367-AKH<br>1:04-cv-09368-AKH,1:04-cv-09450-AKH,1:04-cv-09451-AKH,1:04-cv-09818-AKH,1:04-cv-09819-AKH<br>1:04-cv-09820-AKH,1:04-cv-09821-AKH,1:04-cv-09832-AKH,1:04-cv-09833-AKH,1:04-cv-09834-AKH<br>1:04-cv-09835-AKH,1:04-cv-09836-AKH,1:04-cv-09837-AKH,1:04-cv-09838-AKH,1:04-cv-09839-AKH<br>1:04-cv-09840-AKH,1:04-cv-09841-AKH,1:04-cv-09842-AKH,1:04-cv-09843-AKH,1:04-cv-09844-AKH<br>1:04-cv-09845-AKH,1:04-cv-09846-AKH,1:04-cv-09847-AKH,1:04-cv-09848-AKH,1:04-cv-09849-AKH<br>1:04-cv-09850-AKH,1:04-cv-09851-AKH,1:04-cv-09852-AKH,1:04-cv-09853-AKH,1:04-cv-09854-AKH<br>1:04-cv-09855-AKH,1:04-cv-09856-AKH,1:04-cv-09857-AKH,1:04-cv-09902-AKH,1:04-cv-09903-AKH<br>1:04-cv-09904-AKH,1:04-cv-09905-AKH,1:04-cv-09906-AKH,1:04-cv-09907-AKH,1:04-cv-09908-AKH<br>1:04-cv-09909-AKH,1:04-cv-09910-AKH,1:04-cv-09987-AKH,1:04-cv-09988-AKH,1:04-cv-09989-AKH<br>1:04-cv-09990-AKH,1:04-cv-10072-AKH,1:04-cv-10284-AKH,1:05-cv-00117-AKH,1:05-cv-00118-AKH<br>1:05-cv-00119-AKH,1:05-cv-00184-AKH,1:05-cv-00185-AKH,1:05-cv-00186-AKH,1:05-cv-00193-AKH<br>1:05-cv-00194-AKH,1:05-cv-00195-AKH,1:05-cv-00209-AKH,1:05-cv-00210-AKH,1:05-cv-00211-AKH<br>1:05-cv-00212-AKH,1:05-cv-00224-AKH,1:05-cv-00259-AKH,1:05-cv-00264-AKH,1:05-cv-00311-AKH<br>1:05-cv-00405-AKH,1:05-cv-00406-AKH,1:05-cv-00407-AKH,1:05-cv-00408-AKH,1:05-cv-00409-AKH<br>1:05-cv-00410-AKH,1:05-cv-00411-AKH,1:05-cv-00412-AKH,1:05-cv-00413-AKH,1:05-cv-00414-AKH<br>1:05-cv-00415-AKH,1:05-cv-00416-AKH,1:05-cv-00417-AKH,1:05-cv-00418-AKH,1:05-cv-00419-AKH<br>1:05-cv-00420-AKH,1:05-cv-00421-AKH,1:05-cv-00422-AKH,1:05-cv-00423-AKH,1:05-cv-00424-AKH<br>1:05-cv-00425-AKH,1:05-cv-00426-AKH,1:05-cv-00665-AKH,1:05-cv-00666-AKH,1:05-cv-00667-AKH<br>1:05-cv-00668-AKH,1:05-cv-00669-AKH,1:05-cv-00670-AKH,1:05-cv-00671-AKH,1:05-cv-00679-AKH<br>1:05-cv-00708-AKH,1:05-cv-00719-AKH,1:05-cv-00720-AKH,1:05-cv-00722-AKH,1:05-cv-00724-AKH<br>1:05-cv-00744-AKH,1:05-cv-00765-AKH,1:05-cv-00766-AKH,1:05-cv-00828-AKH,1:05-cv-00829-AKH<br>1:05-cv-00830-AKH,1:05-cv-00831-AKH,1:05-cv-00832-AKH,1:05-cv-00833-AKH,1:05-cv-00835-AKH<br>1:05-cv-00836-AKH,1:05-cv-00837-AKH,1:05-cv-00838-AKH,1:05-cv-00839-AKH,1:05-cv-00840-AKH<br>1:05-cv-00841-AKH,1:05-cv-00842-AKH,1:05-cv-00843-AKH,1:05-cv-00844-AKH,1:05-cv-00845-AKH |

1:05-cv-00846-AKH,1:05-cv-00847-AKH,1:05-cv-00874-AKH,1:05-cv-00920-AKH,1:05-cv-00921-AKH
1:05-cv-01047-AKH,1:05-cv-01048-AKH,1:05-cv-01062-AKH,1:05-cv-01063-AKH,1:05-cv-01064-AKH
1:05-cv-01065-AKH,1:05-cv-01066-AKH,1:05-cv-01067-AKH,1:05-cv-01068-AKH,1:05-cv-01069-AKH
1:05-cv-01070-AKH,1:05-cv-01071-AKH,1:05-cv-01072-AKH,1:05-cv-01073-AKH,1:05-cv-01074-AKH
1:05-cv-01075-AKH,1:05-cv-01076-AKH,1:05-cv-01077-AKH,1:05-cv-01078-AKH,1:05-cv-01079-AKH
1:05-cv-01080-AKH,1:05-cv-01081-AKH,1:05-cv-01082-AKH,1:05-cv-01083-AKH,1:05-cv-01089-AKH
1:05-cv-01094-AKH,1:05-cv-01095-AKH,1:05-cv-01096-AKH,1:05-cv-01097-AKH,1:05-cv-01098-AKH
1:05-cv-01099-AKH,1:05-cv-01100-AKH,1:05-cv-01101-AKH,1:05-cv-01102-AKH,1:05-cv-01103-AKH
1:05-cv-01104-AKH,1:05-cv-01105-AKH,1:05-cv-01106-AKH,1:05-cv-01107-AKH,1:05-cv-01108-AKH
1:05-cv-01109-AKH,1:05-cv-01110-AKH,1:05-cv-01111-AKH,1:05-cv-01112-AKH,1:05-cv-01113-AKH
1:05-cv-01114-AKH,1:05-cv-01115-AKH,1:05-cv-01116-AKH,1:05-cv-01117-AKH,1:05-cv-01118-AKH
1:05-cv-01119-AKH,1:05-cv-01120-AKH,1:05-cv-01121-AKH,1:05-cv-01122-AKH,1:05-cv-01123-AKH
1:05-cv-01124-AKH,1:05-cv-01125-AKH,1:05-cv-01126-AKH,1:05-cv-01127-AKH,1:05-cv-01128-AKH
1:05-cv-01129-AKH,1:05-cv-01130-AKH,1:05-cv-01131-AKH,1:05-cv-01132-AKH,1:05-cv-01133-AKH
1:05-cv-01134-AKH,1:05-cv-01135-AKH,1:05-cv-01136-AKH,1:05-cv-01137-AKH,1:05-cv-01170-AKH
1:05-cv-01171-AKH,1:05-cv-01172-AKH,1:05-cv-01173-AKH,1:05-cv-01174-AKH,1:05-cv-01180-AKH
1:05-cv-01181-AKH,1:05-cv-01182-AKH,1:05-cv-01183-AKH,1:05-cv-01184-AKH,1:05-cv-01185-AKH
1:05-cv-01186-AKH,1:05-cv-01187-AKH,1:05-cv-01188-AKH,1:05-cv-01189-AKH,1:05-cv-01190-AKH
1:05-cv-01191-AKH,1:05-cv-01192-AKH,1:05-cv-01193-AKH,1:05-cv-01194-AKH,1:05-cv-01195-AKH
1:05-cv-01196-AKH,1:05-cv-01197-AKH,1:05-cv-01198-AKH,1:05-cv-01199-AKH,1:05-cv-01200-AKH
1:05-cv-01201-AKH,1:05-cv-01202-AKH,1:05-cv-01203-AKH,1:05-cv-01204-AKH,1:05-cv-01205-AKH
1:05-cv-01206-AKH,1:05-cv-01207-AKH,1:05-cv-01208-AKH,1:05-cv-01209-AKH,1:05-cv-01210-AKH
1:05-cv-01211-AKH,1:05-cv-01212-AKH,1:05-cv-01213-AKH,1:05-cv-01214-AKH,1:05-cv-01215-AKH
1:05-cv-01216-AKH,1:05-cv-01217-AKH,1:05-cv-01218-AKH,1:05-cv-01219-AKH,1:05-cv-01220-AKH
1:05-cv-01221-AKH,1:05-cv-01222-AKH,1:05-cv-01223-AKH,1:05-cv-01224-AKH,1:05-cv-01225-AKH
1:05-cv-01226-AKH,1:05-cv-01227-AKH,1:05-cv-01228-AKH,1:05-cv-01229-AKH,1:05-cv-01230-AKH
1:05-cv-01231-AKH,1:05-cv-01232-AKH,1:05-cv-01233-AKH,1:05-cv-01234-AKH,1:05-cv-01235-AKH
1:05-cv-01236-AKH,1:05-cv-01237-AKH,1:05-cv-01238-AKH,1:05-cv-01239-AKH,1:05-cv-01240-AKH
1:05-cv-01241-AKH,1:05-cv-01242-AKH,1:05-cv-01243-AKH,1:05-cv-01244-AKH,1:05-cv-01245-AKH
1:05-cv-01246-AKH,1:05-cv-01247-AKH,1:05-cv-01248-AKH,1:05-cv-01249-AKH,1:05-cv-01250-AKH
1:05-cv-01251-AKH,1:05-cv-01252-AKH,1:05-cv-01253-AKH,1:05-cv-01254-AKH,1:05-cv-01255-AKH
1:05-cv-01256-AKH,1:05-cv-01257-AKH,1:05-cv-01258-AKH,1:05-cv-01259-AKH,1:05-cv-01260-AKH
1:05-cv-01261-AKH,1:05-cv-01262-AKH,1:05-cv-01263-AKH,1:05-cv-01264-AKH,1:05-cv-01265-AKH
1:05-cv-01266-AKH,1:05-cv-01267-AKH,1:05-cv-01268-AKH,1:05-cv-01269-AKH,1:05-cv-01270-AKH
1:05-cv-01271-AKH,1:05-cv-01272-AKH,1:05-cv-01273-AKH,1:05-cv-01274-AKH,1:05-cv-01275-AKH
1:05-cv-01276-AKH,1:05-cv-01277-AKH,1:05-cv-01278-AKH,1:05-cv-01279-AKH,1:05-cv-01280-AKH
1:05-cv-01281-AKH,1:05-cv-01282-AKH,1:05-cv-01283-AKH,1:05-cv-01284-AKH,1:05-cv-01294-AKH
1:05-cv-01326-AKH,1:05-cv-01327-AKH,1:05-cv-01328-AKH,1:05-cv-01329-AKH,1:05-cv-01330-AKH
1:05-cv-01331-AKH,1:05-cv-01332-AKH,1:05-cv-01333-AKH,1:05-cv-01334-AKH,1:05-cv-01335-AKH
1:05-cv-01336-AKH,1:05-cv-01337-AKH,1:05-cv-01338-AKH,1:05-cv-01339-AKH,1:05-cv-01340-AKH
1:05-cv-01342-AKH,1:05-cv-01344-AKH,1:05-cv-01345-AKH,1:05-cv-01347-AKH,1:05-cv-01349-AKH
1:05-cv-01350-AKH,1:05-cv-01352-AKH,1:05-cv-01354-AKH,1:05-cv-01355-AKH,1:05-cv-01359-AKH
1:05-cv-01361-AKH,1:05-cv-01362-AKH,1:05-cv-01363-AKH,1:05-cv-01364-AKH,1:05-cv-01365-AKH
1:05-cv-01367-AKH,1:05-cv-01369-AKH,1:05-cv-01371-AKH,1:05-cv-01372-AKH,1:05-cv-01375-AKH
1:05-cv-01377-AKH,1:05-cv-01379-AKH,1:05-cv-01380-AKH,1:05-cv-01382-AKH,1:05-cv-01383-AKH
1:05-cv-01384-AKH,1:05-cv-01385-AKH,1:05-cv-01387-AKH,1:05-cv-01392-AKH,1:05-cv-01394-AKH
1:05-cv-01396-AKH,1:05-cv-01397-AKH,1:05-cv-01399-AKH,1:05-cv-01401-AKH,1:05-cv-01405-AKH
1:05-cv-01408-AKH,1:05-cv-01410-AKH,1:05-cv-01412-AKH,1:05-cv-01417-AKH,1:05-cv-01418-AKH
1:05-cv-01420-AKH,1:05-cv-01422-AKH,1:05-cv-01424-AKH,1:05-cv-01425-AKH,1:05-cv-01426-AKH
1:05-cv-01427-AKH,1:05-cv-01428-AKH,1:05-cv-01429-AKH,1:05-cv-01430-AKH,1:05-cv-01432-AKH
1:05-cv-01433-AKH,1:05-cv-01434-AKH,1:05-cv-01436-AKH,1:05-cv-01437-AKH,1:05-cv-01438-AKH
1:05-cv-01440-AKH,1:05-cv-01442-AKH,1:05-cv-01451-AKH,1:05-cv-01452-AKH,1:05-cv-01462-AKH
1:05-cv-01463-AKH,1:05-cv-01464-AKH,1:05-cv-01465-AKH,1:05-cv-01466-AKH,1:05-cv-01467-AKH
1:05-cv-01468-AKH,1:05-cv-01469-AKH,1:05-cv-01470-AKH,1:05-cv-01471-AKH,1:05-cv-01472-AKH
1:05-cv-01473-AKH,1:05-cv-01474-AKH,1:05-cv-01475-AKH,1:05-cv-01476-AKH,1:05-cv-01477-AKH
1:05-cv-01478-AKH,1:05-cv-01479-AKH,1:05-cv-01480-AKH,1:05-cv-01481-AKH,1:05-cv-01482-AKH
1:05-cv-01483-AKH,1:05-cv-01484-AKH,1:05-cv-01485-AKH,1:05-cv-01486-AKH,1:05-cv-01494-AKH
1:05-cv-01495-AKH,1:05-cv-01496-AKH,1:05-cv-01497-AKH,1:05-cv-01498-AKH,1:05-cv-01499-AKH
1:05-cv-01500-AKH,1:05-cv-01503-AKH,1:05-cv-01504-AKH,1:05-cv-01505-AKH,1:05-cv-01507-AKH
1:05-cv-01508-AKH,1:05-cv-01509-AKH,1:05-cv-01510-AKH,1:05-cv-01511-AKH,1:05-cv-01513-AKH
1:05-cv-01514-AKH,1:05-cv-01515-AKH,1:05-cv-01516-AKH,1:05-cv-01517-AKH,1:05-cv-01518-AKH
1:05-cv-01519-AKH,1:05-cv-01520-AKH,1:05-cv-01521-AKH,1:05-cv-01522-AKH,1:05-cv-01523-AKH
1:05-cv-01575-AKH,1:05-cv-01576-AKH,1:05-cv-01577-AKH,1:05-cv-01578-AKH,1:05-cv-01579-AKH
1:05-cv-01580-AKH,1:05-cv-01581-AKH,1:05-cv-01582-AKH,1:05-cv-01583-AKH,1:05-cv-01584-AKH

1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH

```
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
```

1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH
1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH
1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
Christopher) (Entered: 08/18/2006)

| | | | |
|---|---|---|---|
| 8/21/2006 | 516 | MASTER ALLEGATIONS *Amended Sample Check–Off Complaint*. Document filed by Plaintiffs Liaison Counsel. Christopher) (Entered: 08/21/2006) |
| 8/21/2006 | 517 | MASTER ALLEGATIONS *Corrected Amended Master Complaint Against Contractor Defendants*. Document filed Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered: 08/21/2006) |
| 8/25/2006 | 520 | TRANSCRIPT of proceedings held on 7/21/06, 2:10pm before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 09/01/2 |
| 8/28/2006 | 518 | TRANSCRIPT of proceedings held on 8/9/06, 2:15pm. before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 08/28/20 |
| 8/29/2006 | 519 | ORDER... that the plaintiffs shall show by 9/8/06 if facts or allegations exist contrary to the Court's understanding, a their claims arising from worked performed, or injuries incurred, at the Fresh Kills Landfill should not be dismissed that any response from Defendants should be received no later than 9/13/06. (Signed by Judge Alvin K. Hellerstein 8/29/06) (rjm, ) (Entered: 08/29/2006) |
| 9/01/2006 | 521 | MASTER ALLEGATIONS *Amended (Revised) Master Complaint Against Verizon*. Document filed by Plaintiffs Li Counsel.(LoPalo, Christopher) (Entered: 09/01/2006) |
| 9/01/2006 | 522 | NOTICE of Plaintiffs' Responsive Declaration to Verizon pursuant to CMO 3. Document filed by Plaintiffs Liaison (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/01/2006) |
| 9/01/2006 | 523 | NOTICE of Plaintiff's Responsive CMO 3 Declaration and Timeline for defendant Tishman. Document filed by Pla Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/01/2006) |
| 9/01/2006 | 524 | NOTICE of Plaintiff's Potential Affiants responsive to Tishman and Verizon. Document filed by Plaintiffs Liaison C (LoPalo, Christopher) (Entered: 09/01/2006) |
| 9/08/2006 | 525 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: 383 MOTION to Dismiss.. Document filed by Pl Liaison Counsel. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Ex 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Affidavit Declaration of Service)Filed In Associated Ca 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH |

```
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
```

1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH

1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04537–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH

1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH
1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH
1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
1:06–cv–06233–AKH,1:06–cv–06234–AKH,1:06–cv–06360–AKH(LoPalo, Christopher) (Entered: 09/08/2006)

| | | |
|---|---|---|
| 9/12/2006 | 526 | STIPULATION OF DISCONTINUANCE that the action 05cv7142(AKH) having been settled be hereby discontinu... prejudice... without costs to any party and that this stipulation may be filed with the Clerk of the Court without furth... (Signed by Judge Alvin K. Hellerstein on 9/11/06) Filed In Associated Cases: 1:21-mc-00100-AKH-THK,1:05-cv-07142-AKH(rjm, ) (Entered: 09/12/2006) |
| 9/14/2006 | 527 | REPLY MEMORANDUM OF LAW re: 525 Memorandum of Law in Oppisition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,, 519 Order,. Document filed by 1 WTC Holdin... L.L.C., 1 World Trade Center, L.L.C., 2 WTC Holdings, L.L.C., 2 World Trade Center, L.L.C., 4 WTC Holdings, L... World Trade Center, L.L.C., 5 WTC Holdings, L.L.C., 5 World Trade Center, L.L.C., Bovis Lend Lease LMB, Inc... Silverstein Properties, Silverstein Properties, Inc., Silverstein WTC Management Co., L.L.C., Silverstein WTC Prop... L.L.C., Silverstein WTC, L.L.C., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction... Management, Inc., Silverstein Properties, Inc., Phillips and Jordan, Silverstein Properties, Inc.,, Silverstein WTC Fa... Manager, L.L.C., AMEC Construction Management, Inc., Plaza Construction Corp., Turner/Plaza, A Joint Venture. (Attachments: # 1 Exhibit FI# 2 Exhibit FJ# 3 Exhibit FK# 4 Exhibit FL# 5 Exhibit FM# 6 Exhibit FN# 7 Suppleme... Notice)Filed In Associated Cases: 1:21-mc-00100-AKH-THK,1:03-cv-00007-AKH,1:03-cv-08577-AKH,1:04-cv-00491-AKH,1:04-cv-03747... 1:04-cv-03800-AKH,1:04-cv-04982-AKH,1:04-cv-04983-AKH,1:04-cv-04984-AKH,1:04-cv-05175-AKH... 1:04-cv-05862-AKH,1:04-cv-06726-AKH,1:04-cv-06727-AKH,1:04-cv-06789-AKH,1:04-cv-06889-AKH... 1:04-cv-06890-AKH,1:04-cv-06891-AKH,1:04-cv-06892-AKH,1:04-cv-06893-AKH,1:04-cv-07239-AKH... 1:04-cv-07293-AKH,1:04-cv-07597-AKH,1:04-cv-07599-AKH,1:04-cv-07601-AKH,1:04-cv-07645-AKH... 1:04-cv-07647-AKH,1:04-cv-07725-AKH,1:04-cv-07727-AKH,1:04-cv-07903-AKH,1:04-cv-08034-AKH... 1:04-cv-08035-AKH,1:04-cv-08036-AKH,1:04-cv-08096-AKH,1:04-cv-08097-AKH,1:04-cv-08284-AKH... 1:04-cv-08285-AKH,1:04-cv-08286-AKH,1:04-cv-08287-AKH,1:04-cv-08288-AKH,1:04-cv-08289-AKH... 1:04-cv-08404-AKH,1:04-cv-08431-AKH,1:04-cv-08494-AKH,1:04-cv-08495-AKH,1:04-cv-08496-AKH... 1:04-cv-08497-AKH,1:04-cv-08498-AKH,1:04-cv-08499-AKH,1:04-cv-08500-AKH,1:04-cv-08501-AKH... 1:04-cv-08502-AKH,1:04-cv-08503-AKH,1:04-cv-08504-AKH,1:04-cv-08505-AKH,1:04-cv-08506-AKH... 1:04-cv-08507-AKH,1:04-cv-08508-AKH,1:04-cv-08674-AKH,1:04-cv-08675-AKH,1:04-cv-08676-AKH... 1:04-cv-08681-AKH,1:04-cv-08725-AKH,1:04-cv-08726-AKH,1:04-cv-08727-AKH,1:04-cv-08728-AKH... 1:04-cv-08729-AKH,1:04-cv-08730-AKH,1:04-cv-08731-AKH,1:04-cv-08732-AKH,1:04-cv-08733-AKH... 1:04-cv-08734-AKH,1:04-cv-08735-AKH,1:04-cv-08736-AKH,1:04-cv-08737-AKH,1:04-cv-08738-AKH... 1:04-cv-08739-AKH,1:04-cv-08740-AKH,1:04-cv-08741-AKH,1:04-cv-08742-AKH,1:04-cv-08743-AKH... 1:04-cv-08744-AKH,1:04-cv-08745-AKH,1:04-cv-08746-AKH,1:04-cv-08747-AKH,1:04-cv-08748-AKH... 1:04-cv-08749-AKH,1:04-cv-08750-AKH,1:04-cv-08751-AKH,1:04-cv-08752-AKH,1:04-cv-08753-AKH... 1:04-cv-08754-AKH,1:04-cv-08755-AKH,1:04-cv-08756-AKH,1:04-cv-08757-AKH,1:04-cv-08758-AKH... 1:04-cv-08770-AKH,1:04-cv-08771-AKH,1:04-cv-08772-AKH,1:04-cv-08773-AKH,1:04-cv-08774-AKH... 1:04-cv-08775-AKH,1:04-cv-08776-AKH,1:04-cv-08777-AKH,1:04-cv-08778-AKH,1:04-cv-08779-AKH... 1:04-cv-08785-AKH,1:04-cv-08811-AKH,1:04-cv-08812-AKH,1:04-cv-08813-AKH,1:04-cv-08814-AKH... 1:04-cv-08815-AKH,1:04-cv-08816-AKH,1:04-cv-08817-AKH,1:04-cv-08841-AKH,1:04-cv-08866-AKH... 1:04-cv-08867-AKH,1:04-cv-08868-AKH,1:04-cv-08869-AKH,1:04-cv-08870-AKH,1:04-cv-08871-AKH... 1:04-cv-09002-AKH,1:04-cv-09062-AKH,1:04-cv-09081-AKH,1:04-cv-09082-AKH,1:04-cv-09083-AKH... 1:04-cv-09116-AKH,1:04-cv-09150-AKH,1:04-cv-09151-AKH,1:04-cv-09152-AKH,1:04-cv-09153-AKH... 1:04-cv-09154-AKH,1:04-cv-09155-AKH,1:04-cv-09156-AKH,1:04-cv-09157-AKH,1:04-cv-09158-AKH... 1:04-cv-09159-AKH,1:04-cv-09160-AKH,1:04-cv-09161-AKH,1:04-cv-09162-AKH,1:04-cv-09163-AKH... 1:04-cv-09164-AKH,1:04-cv-09165-AKH,1:04-cv-09166-AKH,1:04-cv-09167-AKH,1:04-cv-09168-AKH... 1:04-cv-09169-AKH,1:04-cv-09170-AKH,1:04-cv-09171-AKH,1:04-cv-09172-AKH,1:04-cv-09173-AKH... 1:04-cv-09174-AKH,1:04-cv-09175-AKH,1:04-cv-09176-AKH,1:04-cv-09177-AKH,1:04-cv-09178-AKH... 1:04-cv-09179-AKH,1:04-cv-09180-AKH,1:04-cv-09181-AKH,1:04-cv-09182-AKH,1:04-cv-09244-AKH... 1:04-cv-09245-AKH,1:04-cv-09247-AKH,1:04-cv-09253-AKH,1:04-cv-09261-AKH,1:04-cv-09272-AKH... 1:04-cv-09341-AKH,1:04-cv-09342-AKH,1:04-cv-09343-AKH,1:04-cv-09366-AKH,1:04-cv-09367-AKH... 1:04-cv-09368-AKH,1:04-cv-09450-AKH,1:04-cv-09451-AKH,1:04-cv-09818-AKH,1:04-cv-09819-AKH... 1:04-cv-09820-AKH,1:04-cv-09821-AKH,1:04-cv-09832-AKH,1:04-cv-09833-AKH,1:04-cv-09834-AKH... 1:04-cv-09835-AKH,1:04-cv-09836-AKH,1:04-cv-09837-AKH,1:04-cv-09838-AKH,1:04-cv-09839-AKH... 1:04-cv-09840-AKH,1:04-cv-09841-AKH,1:04-cv-09842-AKH,1:04-cv-09843-AKH,1:04-cv-09844-AKH... 1:04-cv-09845-AKH,1:04-cv-09846-AKH,1:04-cv-09847-AKH,1:04-cv-09848-AKH,1:04-cv-09849-AKH... 1:04-cv-09850-AKH,1:04-cv-09851-AKH,1:04-cv-09852-AKH,1:04-cv-09853-AKH,1:04-cv-09854-AKH... 1:04-cv-09855-AKH,1:04-cv-09856-AKH,1:04-cv-09857-AKH,1:04-cv-09902-AKH,1:04-cv-09903-AKH... 1:04-cv-09904-AKH,1:04-cv-09905-AKH,1:04-cv-09906-AKH,1:04-cv-09907-AKH,1:04-cv-09908-AKH... 1:04-cv-09909-AKH,1:04-cv-09910-AKH,1:04-cv-09987-AKH,1:04-cv-09988-AKH,1:04-cv-09989-AKH... 1:04-cv-09990-AKH,1:04-cv-10072-AKH,1:04-cv-10284-AKH,1:05-cv-00117-AKH,1:05-cv-00118-AKH... 1:05-cv-00119-AKH,1:05-cv-00184-AKH,1:05-cv-00185-AKH,1:05-cv-00186-AKH,1:05-cv-00193-AKH... 1:05-cv-00194-AKH,1:05-cv-00195-AKH,1:05-cv-00209-AKH,1:05-cv-00210-AKH,1:05-cv-00211-AKH... 1:05-cv-00212-AKH,1:05-cv-00224-AKH,1:05-cv-00259-AKH,1:05-cv-00264-AKH,1:05-cv-00311-AKH... 1:05-cv-00405-AKH,1:05-cv-00406-AKH,1:05-cv-00407-AKH,1:05-cv-00408-AKH,1:05-cv-00409-AKH... 1:05-cv-00410-AKH,1:05-cv-00411-AKH,1:05-cv-00412-AKH,1:05-cv-00413-AKH,1:05-cv-00414-AKH... 1:05-cv-00415-AKH,1:05-cv-00416-AKH,1:05-cv-00417-AKH,1:05-cv-00418-AKH,1:05-cv-00419-AKH... |

```
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
```

1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH

1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH

1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH
1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH
1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
1:06–cv–06233–AKH,1:06–cv–06234–AKH,1:06–cv–06360–AKH,1:06–cv–06396–AKH,1:06–cv–06714–AKH
1:06–cv–06719–AKH,1:06–cv–06720–AKH,1:06–cv–06723–AKH(Tyrrell, James) (Entered: 09/14/2006)

| | | |
|---|---|---|
| 09/18/2006 | 528 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 9/15/06 re: "Rejected. Th... is closed, subject to being re–opened only upon proper application." (Signed by Judge Alvin K. Hellerstein on 9/18/ ) (Entered: 09/18/2006) |
| 09/19/2006 | 529 | NOTICE OF APPEARANCE by Jill Suzanne Taylor on behalf of Nomura Holding America, Inc. (Taylor, Jill) (Ent 09/19/2006) |
| 09/29/2006 | 530 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Andrew J. Gibbs dated 9/27/06 re: Granted re... the deadlines previously set for Verizon and Tishman's immunity discovery and motions be extended for a period of (30) days. Deposition due by 11/13/2006. Motions due by 12/15/2006. Replies due by 2/15/2007. Responses due by 1/15/2007 (Signed by Judge Alvin K. Hellerstein on 9/27/06) (rjm, ) (Entered: 09/29/2006) |
| 10/11/2006 | 531 | ORDER DISMISSING ALL CLAIMS AGAINST IMPROPERLY NAMED CON EDISON DEFENDANTS... that claims as against the following Consolidated Edison defendants be dismissed: Consolidated Edison, Inc., Consolida Edison Energy, Inc., Consolidated Edison Communications Holding Company, Inc., Consolidated Edison Solutions Consolidated Edison Development, Inc. (Signed by Judge Alvin K. Hellerstein on 10/11/06) (rjm, ) Modified on 10/ (rjm, ). (Entered: 10/12/2006) |
| 10/11/2006 | 532 | ORDER. Responsive to my Order of 8/29/06, Ptfs. concede that: The contractors delegated responsibility for the w... Fresh Kills landfill on Staten Island, Defts. Phillips and Jordan, Inc. and Evans Environmental &Geosciences LLP a subcontractor to Phillips, were not named in Plaintiffs' Complaint... and as further set forth regarding the Courts consideration of Plaintiffs' request to add these Defendants and procedures to be followed. (Signed by Judge Alvin K Hellerstein on 10/11/06) (rjm, ) (Entered: 10/12/2006) |
| 10/17/2006 | 533 | ORDER... regarding the procedures to be followed that shall govern the handling of suggesting a Special Master and course of further proceedings... and as further set forth in said order. (Signed by Judge Alvin K. Hellerstein on 10/17 Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH(rjm, ) (Entered: 10/18/2006) |
| 10/17/2006 | 534 | MEMORANDUM AND OPINION # ————— that the motions by the City and by the Port Authority to dismiss the complaints against them, and against the contractors engaged by the City are denied; the motions by Con Ed and the Trade Center Defts. are granted, and the complaints against them are dismissed... to prepare a plan for early disposit numbers of these cases by settlement or by trials, my Order asks the parties to consider the utility of appointing a Sp Master to assist the court and the parties to accomplish these goals. All of this will be considered in a conference to 11/3/06, 2:00pm, in Crtrm. 14D. (Signed by Judge Alvin K. Hellerstein on 10/17/06) Filed In Associated Cases: 1:21–mc–00100–AKH–THK,1:03–cv–00007–AKH(rjm, ) (Entered: 10/18/2006) |

| | | |
|---|---|---|
| 10/23/2006 | 535 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Marion S. Mishkin dated 10/19/06 re: Granted that two errors made in the transcript for oral argument held on 4/6/06 be corrected: The transcript incorrectly lists th of my clients as Monaco... the correct name is Montalvo. The second error, at page 48, line 4, indicates the word "conversational"... the word should be "contextual."... and as further set forth in said endorsed letter. (Signed by Jud K. Hellerstein on 10/23/06) (rjm, ) (Entered: 10/23/2006) |
| 10/24/2006 | 536 | NOTICE of Joint Letter requesting the deadlines to complete discovery and motions in connection with the Verizon Tishman immunity defense be extended sixty days.. Document filed by Verizon New York Inc., Verizon Properties Verizon Communications Inc.. (Stevenson, Lee Ann) (Entered: 10/24/2006) |
| 10/25/2006 | 537 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 10/24/06 re: "Plaint should submit first; defendants second. Since all proposals will be addressed in the order chosen by the Court, there reason why there should not be complete cooperation." (Signed by Judge Alvin K. Hellerstein on 10/24/06) (rjm, ) ( 10/25/2006) |
| 10/25/2006 | 538 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Lee Ann Stevenson dated 10/24/06 re: Parties for a 60 day extension of the current schedule in order to allow Defts. Verizon and Tishman to further evaluate the C 10/17/06 decision and to consider whether to proceed with their immunity motion(s) at this time in light of the decis Deposition due by 1/12/2007. Motions due by 2/15/2007. Replies due by 4/16/2007. Responses due by 3/15/2007... further set forth in said endorsed letter. (Signed by Judge Alvin K. Hellerstein on 10/25/06) (rjm, ) (Entered: 10/25/2 |
| 10/30/2006 | 539 | ORDER closing the reference to Magistrate Judge Katz for inquest on damages. (Signed by Judge Alvin K. Hellerst 10/30/06) (sn) (Entered: 10/31/2006) |
| 10/30/2006 | | CASE NO LONGER REFERRED to Magistrate Judge Theodore H. Katz. (sn) (Entered: 10/31/2006) |
| 11/02/2006 | 540 | NOTICE OF APPEARANCE by Marion Sandra Mishkin on behalf of marion s. mishkin, marion s. mishkin(Of Cou Notice of Appearance to Sacks &Sacks), marion s. mishkin("Of Counsel" Notice of Appearance to Sacks &Sacks in cases) (Mishkin, Marion) (Entered: 11/02/2006) |
| 11/07/2006 | | TRANSCRIPT of proceedings held on 4/6/2006 at 11:00 am before Judge Alvin K. Hellerstein. Original document case no. 21mc97, doc. #902.(kkc, ) (Entered: 11/08/2006) |
| 11/10/2006 | 541 | FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. Document filed by Plaintiffs Lia Counsel(Plaintiff's co–liaison counsel). Return Date set for 12/22/2006 10:00 AM. (Attachments: # 1 Exhibit A# 2 I B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit G)Filed In Associated Cases: 1:21–mc–00100–AKH,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH 1:04–cv–03800–AKH,1:04–cv–03982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH |

1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH

```
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
```

1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH

1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH
1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH
1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
1:06–cv–06233–AKH,1:06–cv–06234–AKH,1:06–cv–06360–AKH,1:06–cv–06396–AKH,1:06–cv–06714–AKH
1:06–cv–06715–AKH,1:06–cv–06716–AKH,1:06–cv–06717–AKH,1:06–cv–06718–AKH,1:06–cv–06719–AKH
1:06–cv–06720–AKH,1:06–cv–06721–AKH,1:06–cv–06722–AKH,1:06–cv–06723–AKH,1:06–cv–06724–AKH
1:06–cv–06725–AKH,1:06–cv–06726–AKH,1:06–cv–06727–AKH,1:06–cv–06728–AKH,1:06–cv–06729–AKH
1:06–cv–06730–AKH,1:06–cv–06731–AKH,1:06–cv–06732–AKH,1:06–cv–06733–AKH,1:06–cv–06734–AKH
1:06–cv–06735–AKH,1:06–cv–06736–AKH,1:06–cv–06737–AKH,1:06–cv–06738–AKH,1:06–cv–06739–AKH
1:06–cv–06740–AKH,1:06–cv–06741–AKH,1:06–cv–06742–AKH,1:06–cv–06743–AKH,1:06–cv–06744–AKH
1:06–cv–06745–AKH,1:06–cv–06746–AKH,1:06–cv–06747–AKH,1:06–cv–06748–AKH,1:06–cv–06749–AKH
1:06–cv–06750–AKH,1:06–cv–06751–AKH,1:06–cv–06752–AKH,1:06–cv–06753–AKH,1:06–cv–06754–AKH
1:06–cv–06755–AKH,1:06–cv–06756–AKH,1:06–cv–06757–AKH,1:06–cv–06758–AKH,1:06–cv–06759–AKH
1:06–cv–06760–AKH,1:06–cv–06761–AKH,1:06–cv–06762–AKH,1:06–cv–06763–AKH,1:06–cv–06764–AKH
1:06–cv–06765–AKH,1:06–cv–06766–AKH,1:06–cv–06767–AKH,1:06–cv–06768–AKH,1:06–cv–06769–AKH
1:06–cv–06770–AKH,1:06–cv–06771–AKH,1:06–cv–06772–AKH,1:06–cv–06773–AKH,1:06–cv–06774–AKH
1:06–cv–06775–AKH,1:06–cv–06776–AKH,1:06–cv–06777–AKH,1:06–cv–06778–AKH,1:06–cv–06779–AKH
1:06–cv–06780–AKH,1:06–cv–06781–AKH,1:06–cv–06782–AKH,1:06–cv–06783–AKH,1:06–cv–06784–AKH
1:06–cv–06785–AKH,1:06–cv–06786–AKH,1:06–cv–06787–AKH,1:06–cv–06788–AKH,1:06–cv–06789–AKH
1:06–cv–06790–AKH,1:06–cv–06791–AKH,1:06–cv–06792–AKH,1:06–cv–06793–AKH,1:06–cv–06794–AKH
1:06–cv–06795–AKH,1:06–cv–06796–AKH,1:06–cv–06797–AKH,1:06–cv–06798–AKH,1:06–cv–06799–AKH

1:06–cv–06800–AKH,1:06–cv–06801–AKH,1:06–cv–06802–AKH,1:06–cv–06803–AKH,1:06–cv–06804–AKH
1:06–cv–06805–AKH,1:06–cv–06806–AKH,1:06–cv–06807–AKH,1:06–cv–06808–AKH,1:06–cv–06809–AKH
1:06–cv–06810–AKH,1:06–cv–06811–AKH,1:06–cv–06812–AKH,1:06–cv–06813–AKH,1:06–cv–06912–AKH
1:06–cv–06913–AKH,1:06–cv–06914–AKH,1:06–cv–06915–AKH,1:06–cv–06916–AKH,1:06–cv–06917–AKH
1:06–cv–06918–AKH,1:06–cv–06919–AKH,1:06–cv–06920–AKH,1:06–cv–06921–AKH,1:06–cv–07044–AKH
1:06–cv–07045–AKH,1:06–cv–07046–AKH,1:06–cv–07047–AKH,1:06–cv–07048–AKH,1:06–cv–07049–AKH
1:06–cv–07050–AKH,1:06–cv–07051–AKH,1:06–cv–07127–AKH,1:06–cv–07128–AKH,1:06–cv–07129–AKH
1:06–cv–07130–AKH,1:06–cv–07191–AKH,1:06–cv–07192–AKH,1:06–cv–07193–AKH,1:06–cv–07194–AKH
1:06–cv–07195–AKH,1:06–cv–07213–AKH,1:06–cv–07214–AKH,1:06–cv–07215–AKH,1:06–cv–07216–AKH
1:06–cv–07217–AKH,1:06–cv–07218–AKH,1:06–cv–07219–AKH,1:06–cv–07220–AKH,1:06–cv–07221–AKH
1:06–cv–07222–AKH,1:06–cv–07223–AKH,1:06–cv–07224–AKH,1:06–cv–07225–AKH,1:06–cv–07226–AKH
1:06–cv–07227–AKH,1:06–cv–07228–AKH,1:06–cv–07229–AKH,1:06–cv–07230–AKH,1:06–cv–07231–AKH
1:06–cv–07232–AKH,1:06–cv–07233–AKH,1:06–cv–07234–AKH,1:06–cv–07235–AKH,1:06–cv–07236–AKH
1:06–cv–07237–AKH,1:06–cv–07238–AKH,1:06–cv–07239–AKH,1:06–cv–07240–AKH,1:06–cv–07241–AKH
1:06–cv–07242–AKH,1:06–cv–07243–AKH,1:06–cv–07244–AKH,1:06–cv–07245–AKH,1:06–cv–07246–AKH
1:06–cv–07247–AKH,1:06–cv–07248–AKH,1:06–cv–07249–AKH,1:06–cv–07250–AKH,1:06–cv–07251–AKH
1:06–cv–07252–AKH,1:06–cv–07253–AKH,1:06–cv–07254–AKH,1:06–cv–07255–AKH,1:06–cv–07256–AKH
1:06–cv–07257–AKH,1:06–cv–07258–AKH,1:06–cv–07259–AKH,1:06–cv–07260–AKH,1:06–cv–07261–AKH
1:06–cv–07262–AKH,1:06–cv–07263–AKH,1:06–cv–07264–AKH,1:06–cv–07265–AKH,1:06–cv–07266–AKH
1:06–cv–07267–AKH,1:06–cv–07268–AKH,1:06–cv–07269–AKH,1:06–cv–07270–AKH,1:06–cv–07271–AKH
1:06–cv–07272–AKH,1:06–cv–07273–AKH,1:06–cv–07274–AKH,1:06–cv–07275–AKH,1:06–cv–07276–AKH
1:06–cv–07277–AKH,1:06–cv–07278–AKH,1:06–cv–07279–AKH,1:06–cv–07280–AKH,1:06–cv–07281–AKH
1:06–cv–07282–AKH,1:06–cv–07283–AKH,1:06–cv–07284–AKH,1:06–cv–07285–AKH,1:06–cv–07286–AKH
1:06–cv–07287–AKH,1:06–cv–07288–AKH,1:06–cv–07289–AKH,1:06–cv–07290–AKH,1:06–cv–07291–AKH
1:06–cv–07292–AKH,1:06–cv–07293–AKH,1:06–cv–07294–AKH,1:06–cv–07295–AKH,1:06–cv–07296–AKH
1:06–cv–07297–AKH,1:06–cv–07298–AKH,1:06–cv–07299–AKH,1:06–cv–07300–AKH,1:06–cv–07301–AKH
1:06–cv–07302–AKH,1:06–cv–07303–AKH,1:06–cv–07304–AKH,1:06–cv–07305–AKH,1:06–cv–07306–AKH
1:06–cv–07307–AKH,1:06–cv–07308–AKH,1:06–cv–07309–AKH,1:06–cv–07310–AKH,1:06–cv–07311–AKH
1:06–cv–07312–AKH,1:06–cv–07313–AKH,1:06–cv–07314–AKH,1:06–cv–07315–AKH,1:06–cv–07316–AKH
1:06–cv–07317–AKH,1:06–cv–07318–AKH,1:06–cv–07319–AKH,1:06–cv–07320–AKH,1:06–cv–07321–AKH
1:06–cv–07322–AKH,1:06–cv–07323–AKH,1:06–cv–07324–AKH,1:06–cv–07325–AKH,1:06–cv–07326–AKH
1:06–cv–07327–AKH,1:06–cv–07328–AKH,1:06–cv–07329–AKH,1:06–cv–07330–AKH,1:06–cv–07331–AKH
1:06–cv–07332–AKH,1:06–cv–07333–AKH,1:06–cv–07334–AKH,1:06–cv–07335–AKH,1:06–cv–07336–AKH
1:06–cv–07337–AKH,1:06–cv–07338–AKH,1:06–cv–07339–AKH,1:06–cv–07340–AKH,1:06–cv–07341–AKH
1:06–cv–07342–AKH,1:06–cv–07343–AKH,1:06–cv–07344–AKH,1:06–cv–07345–AKH,1:06–cv–07346–AKH
1:06–cv–07347–AKH,1:06–cv–07348–AKH,1:06–cv–07349–AKH,1:06–cv–07350–AKH,1:06–cv–07351–AKH
1:06–cv–07352–AKH,1:06–cv–07353–AKH,1:06–cv–07354–AKH,1:06–cv–07355–AKH,1:06–cv–07356–AKH
1:06–cv–07357–AKH,1:06–cv–07358–AKH,1:06–cv–07359–AKH,1:06–cv–07360–AKH,1:06–cv–07361–AKH
1:06–cv–07362–AKH,1:06–cv–07363–AKH,1:06–cv–07364–AKH,1:06–cv–07365–AKH,1:06–cv–07366–AKH
1:06–cv–07367–AKH,1:06–cv–07368–AKH,1:06–cv–07369–AKH,1:06–cv–07370–AKH,1:06–cv–07371–AKH
1:06–cv–07372–AKH,1:06–cv–07373–AKH,1:06–cv–07374–AKH,1:06–cv–07375–AKH,1:06–cv–07376–AKH
1:06–cv–07377–AKH,1:06–cv–07378–AKH,1:06–cv–07379–AKH,1:06–cv–07380–AKH,1:06–cv–07381–AKH
1:06–cv–07382–AKH,1:06–cv–07383–AKH,1:06–cv–07384–AKH,1:06–cv–07385–AKH,1:06–cv–07386–AKH
1:06–cv–07387–AKH,1:06–cv–07388–AKH,1:06–cv–07389–AKH,1:06–cv–07390–AKH,1:06–cv–07391–AKH
1:06–cv–07392–AKH,1:06–cv–07393–AKH,1:06–cv–07394–AKH,1:06–cv–07395–AKH,1:06–cv–07396–AKH
1:06–cv–07397–AKH,1:06–cv–07398–AKH,1:06–cv–07399–AKH,1:06–cv–07400–AKH,1:06–cv–07401–AKH
1:06–cv–07402–AKH,1:06–cv–07403–AKH,1:06–cv–07404–AKH,1:06–cv–07405–AKH,1:06–cv–07406–AKH
1:06–cv–07407–AKH,1:06–cv–07408–AKH,1:06–cv–07409–AKH,1:06–cv–07410–AKH,1:06–cv–07411–AKH
1:06–cv–07412–AKH,1:06–cv–07413–AKH,1:06–cv–07414–AKH,1:06–cv–07415–AKH,1:06–cv–07416–AKH
1:06–cv–07417–AKH,1:06–cv–07418–AKH,1:06–cv–07419–AKH,1:06–cv–07420–AKH,1:06–cv–07421–AKH
1:06–cv–07422–AKH,1:06–cv–07423–AKH,1:06–cv–07424–AKH,1:06–cv–07425–AKH,1:06–cv–07426–AKH
1:06–cv–07427–AKH,1:06–cv–07428–AKH,1:06–cv–07429–AKH,1:06–cv–07430–AKH,1:06–cv–07431–AKH
1:06–cv–07432–AKH,1:06–cv–07433–AKH,1:06–cv–07434–AKH,1:06–cv–07435–AKH,1:06–cv–07436–AKH
1:06–cv–07437–AKH,1:06–cv–07438–AKH,1:06–cv–07439–AKH,1:06–cv–07440–AKH,1:06–cv–07441–AKH
1:06–cv–07442–AKH,1:06–cv–07443–AKH,1:06–cv–07444–AKH,1:06–cv–07445–AKH,1:06–cv–07446–AKH
1:06–cv–07447–AKH,1:06–cv–07448–AKH,1:06–cv–07449–AKH,1:06–cv–07450–AKH,1:06–cv–07451–AKH
1:06–cv–07452–AKH,1:06–cv–07453–AKH,1:06–cv–07454–AKH,1:06–cv–07455–AKH,1:06–cv–07456–AKH
1:06–cv–07457–AKH,1:06–cv–07458–AKH,1:06–cv–07459–AKH,1:06–cv–07460–AKH,1:06–cv–07461–AKH
1:06–cv–07462–AKH,1:06–cv–07463–AKH,1:06–cv–07464–AKH,1:06–cv–07465–AKH,1:06–cv–07466–AKH
1:06–cv–07467–AKH,1:06–cv–07468–AKH,1:06–cv–07469–AKH,1:06–cv–07470–AKH,1:06–cv–07471–AKH
1:06–cv–07472–AKH,1:06–cv–07473–AKH,1:06–cv–07474–AKH,1:06–cv–07475–AKH,1:06–cv–07476–AKH
1:06–cv–07477–AKH,1:06–cv–07478–AKH,1:06–cv–07479–AKH,1:06–cv–07480–AKH,1:06–cv–07481–AKH
1:06–cv–07482–AKH,1:06–cv–07483–AKH,1:06–cv–07484–AKH,1:06–cv–07485–AKH,1:06–cv–07486–AKH
1:06–cv–07487–AKH,1:06–cv–07488–AKH,1:06–cv–07489–AKH,1:06–cv–07490–AKH,1:06–cv–07491–AKH

1:06–cv–07492–AKH,1:06–cv–07493–AKH,1:06–cv–07494–AKH,1:06–cv–07495–AKH,1:06–cv–07496–AKH
1:06–cv–07497–AKH,1:06–cv–07498–AKH,1:06–cv–07499–AKH,1:06–cv–07500–AKH,1:06–cv–07501–AKH
1:06–cv–07502–AKH,1:06–cv–07503–AKH,1:06–cv–07504–AKH,1:06–cv–07505–AKH,1:06–cv–07506–AKH
1:06–cv–07507–AKH,1:06–cv–07508–AKH,1:06–cv–07509–AKH,1:06–cv–07510–AKH,1:06–cv–07511–AKH
1:06–cv–07512–AKH,1:06–cv–07513–AKH,1:06–cv–07514–AKH,1:06–cv–07515–AKH,1:06–cv–07516–AKH
1:06–cv–07517–AKH,1:06–cv–07518–AKH,1:06–cv–07519–AKH,1:06–cv–07520–AKH,1:06–cv–07521–AKH
1:06–cv–07522–AKH,1:06–cv–07523–AKH,1:06–cv–07524–AKH,1:06–cv–07525–AKH,1:06–cv–07526–AKH
1:06–cv–07527–AKH,1:06–cv–07528–AKH,1:06–cv–07529–AKH,1:06–cv–07530–AKH,1:06–cv–07531–AKH
1:06–cv–07532–AKH,1:06–cv–07533–AKH,1:06–cv–07534–AKH,1:06–cv–07535–AKH,1:06–cv–07536–AKH
1:06–cv–07537–AKH,1:06–cv–07538–AKH,1:06–cv–07539–AKH,1:06–cv–07540–AKH,1:06–cv–07541–AKH
1:06–cv–07542–AKH,1:06–cv–07543–AKH,1:06–cv–07544–AKH,1:06–cv–07545–AKH,1:06–cv–07546–AKH
1:06–cv–07547–AKH,1:06–cv–07548–AKH,1:06–cv–07549–AKH,1:06–cv–07550–AKH,1:06–cv–07551–AKH
1:06–cv–07552–AKH,1:06–cv–07553–AKH,1:06–cv–07554–AKH,1:06–cv–07555–AKH,1:06–cv–07556–AKH
1:06–cv–07557–AKH,1:06–cv–07558–AKH,1:06–cv–07559–AKH,1:06–cv–07560–AKH,1:06–cv–07561–AKH
1:06–cv–07562–AKH,1:06–cv–07563–AKH,1:06–cv–07564–AKH,1:06–cv–07565–AKH,1:06–cv–07566–AKH
1:06–cv–07567–AKH,1:06–cv–07568–AKH,1:06–cv–07569–AKH,1:06–cv–07570–AKH,1:06–cv–07571–AKH
1:06–cv–07572–AKH,1:06–cv–07573–AKH,1:06–cv–07574–AKH,1:06–cv–07575–AKH,1:06–cv–07576–AKH
1:06–cv–07577–AKH,1:06–cv–07578–AKH,1:06–cv–07579–AKH,1:06–cv–07580–AKH,1:06–cv–07650–AKH
1:06–cv–07652–AKH,1:06–cv–07653–AKH,1:06–cv–07654–AKH,1:06–cv–07655–AKH,1:06–cv–07656–AKH
1:06–cv–07721–AKH,1:06–cv–07730–AKH,1:06–cv–07731–AKH,1:06–cv–07892–AKH,1:06–cv–07893–AKH
1:06–cv–07914–AKH,1:06–cv–07915–AKH,1:06–cv–07916–AKH,1:06–cv–07917–AKH,1:06–cv–07918–AKH
1:06–cv–07919–AKH,1:06–cv–07920–AKH,1:06–cv–07922–AKH,1:06–cv–07937–AKH,1:06–cv–07938–AKH
1:06–cv–07940–AKH,1:06–cv–07948–AKH,1:06–cv–07951–AKH,1:06–cv–07958–AKH,1:06–cv–07965–AKH
1:06–cv–07967–AKH,1:06–cv–07970–AKH,1:06–cv–07973–AKH,1:06–cv–07978–AKH,1:06–cv–07979–AKH
1:06–cv–07985–AKH,1:06–cv–07987–AKH,1:06–cv–07989–AKH,1:06–cv–07996–AKH,1:06–cv–07997–AKH
1:06–cv–08004–AKH,1:06–cv–08007–AKH,1:06–cv–08010–AKH,1:06–cv–08012–AKH,1:06–cv–08016–AKH
1:06–cv–08018–AKH,1:06–cv–08019–AKH,1:06–cv–08021–AKH,1:06–cv–08022–AKH,1:06–cv–08025–AKH
1:06–cv–08026–AKH,1:06–cv–08032–AKH,1:06–cv–08033–AKH,1:06–cv–08034–AKH,1:06–cv–08037–AKH
1:06–cv–08038–AKH,1:06–cv–08052–AKH,1:06–cv–08061–AKH,1:06–cv–08064–AKH,1:06–cv–08068–AKH
1:06–cv–08070–AKH,1:06–cv–08073–AKH,1:06–cv–08074–AKH,1:06–cv–08075–AKH,1:06–cv–08078–AKH
1:06–cv–08079–AKH,1:06–cv–08082–AKH,1:06–cv–08090–AKH,1:06–cv–08091–AKH,1:06–cv–08092–AKH
1:06–cv–08094–AKH,1:06–cv–08099–AKH,1:06–cv–08100–AKH,1:06–cv–08104–AKH,1:06–cv–08107–AKH
1:06–cv–08109–AKH,1:06–cv–08110–AKH,1:06–cv–08113–AKH,1:06–cv–08114–AKH,1:06–cv–08117–AKH
1:06–cv–08118–AKH,1:06–cv–08122–AKH,1:06–cv–08956–AKH,1:06–cv–08957–AKH,1:06–cv–08958–AKH
1:06–cv–08959–AKH,1:06–cv–08960–AKH,1:06–cv–08961–AKH,1:06–cv–08962–AKH,1:06–cv–08963–AKH
1:06–cv–08964–AKH,1:06–cv–08965–AKH,1:06–cv–08966–AKH,1:06–cv–08967–AKH,1:06–cv–08968–AKH
1:06–cv–08969–AKH,1:06–cv–08970–AKH,1:06–cv–08971–AKH,1:06–cv–08972–AKH,1:06–cv–08973–AKH
1:06–cv–08980–AKH,1:06–cv–08981–AKH,1:06–cv–08982–AKH,1:06–cv–08983–AKH,1:06–cv–08984–AKH
1:06–cv–11535–AKH(LoPalo, Christopher) (Entered: 11/10/2006)

| | | |
|---|---|---|
| 11/10/2006 | 542 | FIRST MOTION For Leave To File Plaintiffs' Master Complaint As To Fresh Kills Defendants re: 541 FIRST MOT File Additional Master Complaint As To Fresh Kills Defendants. *Memorandum In Support*. Document filed by Plain Liaison Counsel. Return Date set for 12/22/2006 10:00 AM. Filed In Associated Cases: |

1:21–mc–00100–AKH,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH

1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH

1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH

1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH

```
1:05-cv-09826-AKH,1:05-cv-09827-AKH,1:05-cv-09828-AKH,1:05-cv-09829-AKH,1:05-cv-09862-AKH
1:05-cv-09863-AKH,1:05-cv-09864-AKH,1:05-cv-09865-AKH,1:05-cv-09866-AKH,1:05-cv-09867-AKH
1:05-cv-09868-AKH,1:05-cv-09869-AKH,1:05-cv-09870-AKH,1:05-cv-09871-AKH,1:05-cv-09872-AKH
1:05-cv-09873-AKH,1:05-cv-09874-AKH,1:05-cv-09876-AKH,1:05-cv-09877-AKH,1:05-cv-09878-AKH
1:05-cv-09879-AKH,1:05-cv-09880-AKH,1:05-cv-09951-AKH,1:05-cv-09952-AKH,1:05-cv-09953-AKH
1:05-cv-09954-AKH,1:05-cv-09955-AKH,1:05-cv-09956-AKH,1:05-cv-09957-AKH,1:05-cv-09958-AKH
1:05-cv-09959-AKH,1:05-cv-10135-AKH,1:05-cv-10195-AKH,1:05-cv-10362-AKH,1:05-cv-10363-AKH
1:05-cv-10365-AKH,1:05-cv-10366-AKH,1:05-cv-10367-AKH,1:05-cv-10368-AKH,1:05-cv-10369-AKH
1:05-cv-10370-AKH,1:05-cv-10371-AKH,1:05-cv-10372-AKH,1:05-cv-10373-AKH,1:05-cv-10374-AKH
1:05-cv-10375-AKH,1:05-cv-10376-AKH,1:05-cv-10377-AKH,1:05-cv-10378-AKH,1:05-cv-10386-AKH
1:05-cv-10387-AKH,1:05-cv-10388-AKH,1:05-cv-10389-AKH,1:05-cv-10390-AKH,1:05-cv-10391-AKH
1:05-cv-10392-AKH,1:05-cv-10690-AKH,1:05-cv-10691-AKH,1:05-cv-10692-AKH,1:05-cv-10741-AKH
1:05-cv-10743-AKH,1:05-cv-10748-AKH,1:05-cv-10749-AKH,1:05-cv-10750-AKH,1:05-cv-10751-AKH
1:05-cv-10752-AKH,1:06-cv-00060-AKH,1:06-cv-00061-AKH,1:06-cv-00062-AKH,1:06-cv-00063-AKH
1:06-cv-00064-AKH,1:06-cv-00065-AKH,1:06-cv-00066-AKH,1:06-cv-00067-AKH,1:06-cv-00068-AKH
1:06-cv-00069-AKH,1:06-cv-00070-AKH,1:06-cv-00123-AKH,1:06-cv-00124-AKH,1:06-cv-00125-AKH
1:06-cv-00126-AKH,1:06-cv-00127-AKH,1:06-cv-00128-AKH,1:06-cv-00129-AKH,1:06-cv-00130-AKH
1:06-cv-00131-AKH,1:06-cv-00132-AKH,1:06-cv-00133-AKH,1:06-cv-00140-AKH,1:06-cv-00177-AKH
1:06-cv-00459-AKH,1:06-cv-00645-AKH,1:06-cv-00646-AKH,1:06-cv-00647-AKH,1:06-cv-00735-AKH
1:06-cv-00736-AKH,1:06-cv-00816-AKH,1:06-cv-00817-AKH,1:06-cv-00819-AKH,1:06-cv-00820-AKH
1:06-cv-00821-AKH,1:06-cv-00995-AKH,1:06-cv-01099-AKH,1:06-cv-01100-AKH,1:06-cv-01102-AKH
1:06-cv-01116-AKH,1:06-cv-01117-AKH,1:06-cv-01118-AKH,1:06-cv-01119-AKH,1:06-cv-01120-AKH
1:06-cv-01121-AKH,1:06-cv-01122-AKH,1:06-cv-01340-AKH,1:06-cv-01341-AKH,1:06-cv-01511-AKH
1:06-cv-01647-AKH,1:06-cv-01648-AKH,1:06-cv-01649-AKH,1:06-cv-01650-AKH,1:06-cv-01651-AKH
1:06-cv-01652-AKH,1:06-cv-01653-AKH,1:06-cv-01654-AKH,1:06-cv-01656-AKH,1:06-cv-01657-AKH
1:06-cv-01658-AKH,1:06-cv-01659-AKH,1:06-cv-01660-AKH,1:06-cv-01661-AKH,1:06-cv-01662-AKH
1:06-cv-01667-AKH,1:06-cv-01668-AKH,1:06-cv-01669-AKH,1:06-cv-01670-AKH,1:06-cv-01672-AKH
1:06-cv-01673-AKH,1:06-cv-01674-AKH,1:06-cv-01675-AKH,1:06-cv-01676-AKH,1:06-cv-01890-AKH
1:06-cv-01891-AKH,1:06-cv-01892-AKH,1:06-cv-01894-AKH,1:06-cv-01954-AKH,1:06-cv-01955-AKH
1:06-cv-02080-AKH,1:06-cv-02086-AKH,1:06-cv-02218-AKH,1:06-cv-02219-AKH,1:06-cv-02220-AKH
1:06-cv-02221-AKH,1:06-cv-02252-AKH,1:06-cv-02285-AKH,1:06-cv-02286-AKH,1:06-cv-02287-AKH
1:06-cv-02521-AKH,1:06-cv-02523-AKH,1:06-cv-02524-AKH,1:06-cv-02525-AKH,1:06-cv-02526-AKH
1:06-cv-02529-AKH,1:06-cv-02664-AKH,1:06-cv-02698-AKH,1:06-cv-02699-AKH,1:06-cv-02700-AKH
1:06-cv-02748-AKH,1:06-cv-02817-AKH,1:06-cv-02881-AKH,1:06-cv-02882-AKH,1:06-cv-02883-AKH
1:06-cv-02884-AKH,1:06-cv-02885-AKH,1:06-cv-02886-AKH,1:06-cv-02887-AKH,1:06-cv-02888-AKH
1:06-cv-02889-AKH,1:06-cv-02890-AKH,1:06-cv-02891-AKH,1:06-cv-02892-AKH,1:06-cv-02959-AKH
1:06-cv-02960-AKH,1:06-cv-02961-AKH,1:06-cv-03230-AKH,1:06-cv-03231-AKH,1:06-cv-03232-AKH
1:06-cv-03234-AKH,1:06-cv-03236-AKH,1:06-cv-03237-AKH,1:06-cv-03299-AKH,1:06-cv-03301-AKH
1:06-cv-03309-AKH,1:06-cv-03310-AKH,1:06-cv-03311-AKH,1:06-cv-03312-AKH,1:06-cv-03313-AKH
1:06-cv-03315-AKH,1:06-cv-03416-AKH,1:06-cv-03417-AKH,1:06-cv-03418-AKH,1:06-cv-03421-AKH
1:06-cv-03845-AKH,1:06-cv-03847-AKH,1:06-cv-03848-AKH,1:06-cv-03849-AKH,1:06-cv-03850-AKH
1:06-cv-03873-AKH,1:06-cv-03874-AKH,1:06-cv-03875-AKH,1:06-cv-03876-AKH,1:06-cv-03878-AKH
1:06-cv-03879-AKH,1:06-cv-03880-AKH,1:06-cv-03900-AKH,1:06-cv-04042-AKH,1:06-cv-04043-AKH
1:06-cv-04044-AKH,1:06-cv-04046-AKH,1:06-cv-04104-AKH,1:06-cv-04105-AKH,1:06-cv-04375-AKH
1:06-cv-04376-AKH,1:06-cv-04378-AKH,1:06-cv-04379-AKH,1:06-cv-04380-AKH,1:06-cv-04381-AKH
1:06-cv-04382-AKH,1:06-cv-04383-AKH,1:06-cv-04407-AKH,1:06-cv-04408-AKH,1:06-cv-04425-AKH
1:06-cv-04702-AKH,1:06-cv-04704-AKH,1:06-cv-04735-AKH,1:06-cv-04736-AKH,1:06-cv-04737-AKH
1:06-cv-04738-AKH,1:06-cv-04740-AKH,1:06-cv-04741-AKH,1:06-cv-04742-AKH,1:06-cv-04743-AKH
1:06-cv-04744-AKH,1:06-cv-04745-AKH,1:06-cv-04746-AKH,1:06-cv-04884-AKH,1:06-cv-04885-AKH
1:06-cv-05028-AKH,1:06-cv-05090-AKH,1:06-cv-05278-AKH,1:06-cv-05539-AKH,1:06-cv-05631-AKH
1:06-cv-05632-AKH,1:06-cv-05633-AKH,1:06-cv-05637-AKH,1:06-cv-05786-AKH,1:06-cv-05827-AKH
1:06-cv-05828-AKH,1:06-cv-05829-AKH,1:06-cv-05830-AKH,1:06-cv-05831-AKH,1:06-cv-05832-AKH
1:06-cv-05833-AKH,1:06-cv-05834-AKH,1:06-cv-05835-AKH,1:06-cv-05836-AKH,1:06-cv-05837-AKH
1:06-cv-05838-AKH,1:06-cv-05839-AKH,1:06-cv-06016-AKH,1:06-cv-06018-AKH,1:06-cv-06019-AKH
1:06-cv-06020-AKH,1:06-cv-06229-AKH,1:06-cv-06230-AKH,1:06-cv-06231-AKH,1:06-cv-06232-AKH
1:06-cv-06233-AKH,1:06-cv-06234-AKH,1:06-cv-06360-AKH,1:06-cv-06396-AKH,1:06-cv-06714-AKH
1:06-cv-06715-AKH,1:06-cv-06716-AKH,1:06-cv-06717-AKH,1:06-cv-06718-AKH,1:06-cv-06719-AKH
1:06-cv-06720-AKH,1:06-cv-06721-AKH,1:06-cv-06722-AKH,1:06-cv-06723-AKH,1:06-cv-06724-AKH
1:06-cv-06725-AKH,1:06-cv-06726-AKH,1:06-cv-06727-AKH,1:06-cv-06728-AKH,1:06-cv-06729-AKH
1:06-cv-06730-AKH,1:06-cv-06731-AKH,1:06-cv-06732-AKH,1:06-cv-06733-AKH,1:06-cv-06734-AKH
1:06-cv-06735-AKH,1:06-cv-06736-AKH,1:06-cv-06737-AKH,1:06-cv-06738-AKH,1:06-cv-06739-AKH
1:06-cv-06740-AKH,1:06-cv-06741-AKH,1:06-cv-06742-AKH,1:06-cv-06743-AKH,1:06-cv-06744-AKH
1:06-cv-06745-AKH,1:06-cv-06746-AKH,1:06-cv-06747-AKH,1:06-cv-06748-AKH,1:06-cv-06749-AKH
1:06-cv-06750-AKH,1:06-cv-06751-AKH,1:06-cv-06752-AKH,1:06-cv-06753-AKH,1:06-cv-06754-AKH
```

1:06–cv–06755–AKH,1:06–cv–06756–AKH,1:06–cv–06757–AKH,1:06–cv–06758–AKH,1:06–cv–06759–AKH
1:06–cv–06760–AKH,1:06–cv–06761–AKH,1:06–cv–06762–AKH,1:06–cv–06763–AKH,1:06–cv–06764–AKH
1:06–cv–06765–AKH,1:06–cv–06766–AKH,1:06–cv–06767–AKH,1:06–cv–06768–AKH,1:06–cv–06769–AKH
1:06–cv–06770–AKH,1:06–cv–06771–AKH,1:06–cv–06772–AKH,1:06–cv–06773–AKH,1:06–cv–06774–AKH
1:06–cv–06775–AKH,1:06–cv–06776–AKH,1:06–cv–06777–AKH,1:06–cv–06778–AKH,1:06–cv–06779–AKH
1:06–cv–06780–AKH,1:06–cv–06781–AKH,1:06–cv–06782–AKH,1:06–cv–06783–AKH,1:06–cv–06784–AKH
1:06–cv–06785–AKH,1:06–cv–06786–AKH,1:06–cv–06787–AKH,1:06–cv–06788–AKH,1:06–cv–06789–AKH
1:06–cv–06790–AKH,1:06–cv–06791–AKH,1:06–cv–06792–AKH,1:06–cv–06793–AKH,1:06–cv–06794–AKH
1:06–cv–06795–AKH,1:06–cv–06796–AKH,1:06–cv–06797–AKH,1:06–cv–06798–AKH,1:06–cv–06799–AKH
1:06–cv–06800–AKH,1:06–cv–06801–AKH,1:06–cv–06802–AKH,1:06–cv–06803–AKH,1:06–cv–06804–AKH
1:06–cv–06805–AKH,1:06–cv–06806–AKH,1:06–cv–06807–AKH,1:06–cv–06808–AKH,1:06–cv–06809–AKH
1:06–cv–06810–AKH,1:06–cv–06811–AKH,1:06–cv–06812–AKH,1:06–cv–06813–AKH,1:06–cv–06912–AKH
1:06–cv–06913–AKH,1:06–cv–06914–AKH,1:06–cv–06915–AKH,1:06–cv–06916–AKH,1:06–cv–06917–AKH
1:06–cv–06918–AKH,1:06–cv–06919–AKH,1:06–cv–06920–AKH,1:06–cv–06921–AKH,1:06–cv–07044–AKH
1:06–cv–07045–AKH,1:06–cv–07046–AKH,1:06–cv–07047–AKH,1:06–cv–07048–AKH,1:06–cv–07049–AKH
1:06–cv–07050–AKH,1:06–cv–07051–AKH,1:06–cv–07127–AKH,1:06–cv–07128–AKH,1:06–cv–07129–AKH
1:06–cv–07130–AKH,1:06–cv–07191–AKH,1:06–cv–07192–AKH,1:06–cv–07193–AKH,1:06–cv–07194–AKH
1:06–cv–07195–AKH,1:06–cv–07213–AKH,1:06–cv–07214–AKH,1:06–cv–07215–AKH,1:06–cv–07216–AKH
1:06–cv–07217–AKH,1:06–cv–07218–AKH,1:06–cv–07219–AKH,1:06–cv–07220–AKH,1:06–cv–07221–AKH
1:06–cv–07222–AKH,1:06–cv–07223–AKH,1:06–cv–07224–AKH,1:06–cv–07225–AKH,1:06–cv–07226–AKH
1:06–cv–07227–AKH,1:06–cv–07228–AKH,1:06–cv–07229–AKH,1:06–cv–07230–AKH,1:06–cv–07231–AKH
1:06–cv–07232–AKH,1:06–cv–07233–AKH,1:06–cv–07234–AKH,1:06–cv–07235–AKH,1:06–cv–07236–AKH
1:06–cv–07237–AKH,1:06–cv–07238–AKH,1:06–cv–07239–AKH,1:06–cv–07240–AKH,1:06–cv–07241–AKH
1:06–cv–07242–AKH,1:06–cv–07243–AKH,1:06–cv–07244–AKH,1:06–cv–07245–AKH,1:06–cv–07246–AKH
1:06–cv–07247–AKH,1:06–cv–07248–AKH,1:06–cv–07249–AKH,1:06–cv–07250–AKH,1:06–cv–07251–AKH
1:06–cv–07252–AKH,1:06–cv–07253–AKH,1:06–cv–07254–AKH,1:06–cv–07255–AKH,1:06–cv–07256–AKH
1:06–cv–07257–AKH,1:06–cv–07258–AKH,1:06–cv–07259–AKH,1:06–cv–07260–AKH,1:06–cv–07261–AKH
1:06–cv–07262–AKH,1:06–cv–07263–AKH,1:06–cv–07264–AKH,1:06–cv–07265–AKH,1:06–cv–07266–AKH
1:06–cv–07267–AKH,1:06–cv–07268–AKH,1:06–cv–07269–AKH,1:06–cv–07270–AKH,1:06–cv–07271–AKH
1:06–cv–07272–AKH,1:06–cv–07273–AKH,1:06–cv–07274–AKH,1:06–cv–07275–AKH,1:06–cv–07276–AKH
1:06–cv–07277–AKH,1:06–cv–07278–AKH,1:06–cv–07279–AKH,1:06–cv–07280–AKH,1:06–cv–07281–AKH
1:06–cv–07282–AKH,1:06–cv–07283–AKH,1:06–cv–07284–AKH,1:06–cv–07285–AKH,1:06–cv–07286–AKH
1:06–cv–07287–AKH,1:06–cv–07288–AKH,1:06–cv–07289–AKH,1:06–cv–07290–AKH,1:06–cv–07291–AKH
1:06–cv–07292–AKH,1:06–cv–07293–AKH,1:06–cv–07294–AKH,1:06–cv–07295–AKH,1:06–cv–07296–AKH
1:06–cv–07297–AKH,1:06–cv–07298–AKH,1:06–cv–07299–AKH,1:06–cv–07300–AKH,1:06–cv–07301–AKH
1:06–cv–07302–AKH,1:06–cv–07303–AKH,1:06–cv–07304–AKH,1:06–cv–07305–AKH,1:06–cv–07306–AKH
1:06–cv–07307–AKH,1:06–cv–07308–AKH,1:06–cv–07309–AKH,1:06–cv–07310–AKH,1:06–cv–07311–AKH
1:06–cv–07312–AKH,1:06–cv–07313–AKH,1:06–cv–07314–AKH,1:06–cv–07315–AKH,1:06–cv–07316–AKH
1:06–cv–07317–AKH,1:06–cv–07318–AKH,1:06–cv–07319–AKH,1:06–cv–07320–AKH,1:06–cv–07321–AKH
1:06–cv–07322–AKH,1:06–cv–07323–AKH,1:06–cv–07324–AKH,1:06–cv–07325–AKH,1:06–cv–07326–AKH
1:06–cv–07327–AKH,1:06–cv–07328–AKH,1:06–cv–07329–AKH,1:06–cv–07330–AKH,1:06–cv–07331–AKH
1:06–cv–07332–AKH,1:06–cv–07333–AKH,1:06–cv–07334–AKH,1:06–cv–07335–AKH,1:06–cv–07336–AKH
1:06–cv–07337–AKH,1:06–cv–07338–AKH,1:06–cv–07339–AKH,1:06–cv–07340–AKH,1:06–cv–07341–AKH
1:06–cv–07342–AKH,1:06–cv–07343–AKH,1:06–cv–07344–AKH,1:06–cv–07345–AKH,1:06–cv–07346–AKH
1:06–cv–07347–AKH,1:06–cv–07348–AKH,1:06–cv–07349–AKH,1:06–cv–07350–AKH,1:06–cv–07351–AKH
1:06–cv–07352–AKH,1:06–cv–07353–AKH,1:06–cv–07354–AKH,1:06–cv–07355–AKH,1:06–cv–07356–AKH
1:06–cv–07357–AKH,1:06–cv–07358–AKH,1:06–cv–07359–AKH,1:06–cv–07360–AKH,1:06–cv–07361–AKH
1:06–cv–07362–AKH,1:06–cv–07363–AKH,1:06–cv–07364–AKH,1:06–cv–07365–AKH,1:06–cv–07366–AKH
1:06–cv–07367–AKH,1:06–cv–07368–AKH,1:06–cv–07369–AKH,1:06–cv–07370–AKH,1:06–cv–07371–AKH
1:06–cv–07372–AKH,1:06–cv–07373–AKH,1:06–cv–07374–AKH,1:06–cv–07375–AKH,1:06–cv–07376–AKH
1:06–cv–07377–AKH,1:06–cv–07378–AKH,1:06–cv–07379–AKH,1:06–cv–07380–AKH,1:06–cv–07381–AKH
1:06–cv–07382–AKH,1:06–cv–07383–AKH,1:06–cv–07384–AKH,1:06–cv–07385–AKH,1:06–cv–07386–AKH
1:06–cv–07387–AKH,1:06–cv–07388–AKH,1:06–cv–07389–AKH,1:06–cv–07390–AKH,1:06–cv–07391–AKH
1:06–cv–07392–AKH,1:06–cv–07393–AKH,1:06–cv–07394–AKH,1:06–cv–07395–AKH,1:06–cv–07396–AKH
1:06–cv–07397–AKH,1:06–cv–07398–AKH,1:06–cv–07399–AKH,1:06–cv–07400–AKH,1:06–cv–07401–AKH
1:06–cv–07402–AKH,1:06–cv–07403–AKH,1:06–cv–07404–AKH,1:06–cv–07405–AKH,1:06–cv–07406–AKH
1:06–cv–07407–AKH,1:06–cv–07408–AKH,1:06–cv–07409–AKH,1:06–cv–07410–AKH,1:06–cv–07411–AKH
1:06–cv–07412–AKH,1:06–cv–07413–AKH,1:06–cv–07414–AKH,1:06–cv–07415–AKH,1:06–cv–07416–AKH
1:06–cv–07417–AKH,1:06–cv–07418–AKH,1:06–cv–07419–AKH,1:06–cv–07420–AKH,1:06–cv–07421–AKH
1:06–cv–07422–AKH,1:06–cv–07423–AKH,1:06–cv–07424–AKH,1:06–cv–07425–AKH,1:06–cv–07426–AKH
1:06–cv–07427–AKH,1:06–cv–07428–AKH,1:06–cv–07429–AKH,1:06–cv–07430–AKH,1:06–cv–07431–AKH
1:06–cv–07432–AKH,1:06–cv–07433–AKH,1:06–cv–07434–AKH,1:06–cv–07435–AKH,1:06–cv–07436–AKH
1:06–cv–07437–AKH,1:06–cv–07438–AKH,1:06–cv–07439–AKH,1:06–cv–07440–AKH,1:06–cv–07441–AKH
1:06–cv–07442–AKH,1:06–cv–07443–AKH,1:06–cv–07444–AKH,1:06–cv–07445–AKH,1:06–cv–07446–AKH

| | | |
|---|---|---|
| | | 1:06–cv–07447–AKH,1:06–cv–07448–AKH,1:06–cv–07449–AKH,1:06–cv–07450–AKH,1:06–cv–07451–AKH<br>1:06–cv–07452–AKH,1:06–cv–07453–AKH,1:06–cv–07454–AKH,1:06–cv–07455–AKH,1:06–cv–07456–AKH<br>1:06–cv–07457–AKH,1:06–cv–07458–AKH,1:06–cv–07459–AKH,1:06–cv–07460–AKH,1:06–cv–07461–AKH<br>1:06–cv–07462–AKH,1:06–cv–07463–AKH,1:06–cv–07464–AKH,1:06–cv–07465–AKH,1:06–cv–07466–AKH<br>1:06–cv–07467–AKH,1:06–cv–07468–AKH,1:06–cv–07469–AKH,1:06–cv–07470–AKH,1:06–cv–07471–AKH<br>1:06–cv–07472–AKH,1:06–cv–07473–AKH,1:06–cv–07474–AKH,1:06–cv–07475–AKH,1:06–cv–07476–AKH<br>1:06–cv–07477–AKH,1:06–cv–07478–AKH,1:06–cv–07479–AKH,1:06–cv–07480–AKH,1:06–cv–07481–AKH<br>1:06–cv–07482–AKH,1:06–cv–07483–AKH,1:06–cv–07484–AKH,1:06–cv–07485–AKH,1:06–cv–07486–AKH<br>1:06–cv–07487–AKH,1:06–cv–07488–AKH,1:06–cv–07489–AKH,1:06–cv–07490–AKH,1:06–cv–07491–AKH<br>1:06–cv–07492–AKH,1:06–cv–07493–AKH,1:06–cv–07494–AKH,1:06–cv–07495–AKH,1:06–cv–07496–AKH<br>1:06–cv–07497–AKH,1:06–cv–07498–AKH,1:06–cv–07499–AKH,1:06–cv–07500–AKH,1:06–cv–07501–AKH<br>1:06–cv–07502–AKH,1:06–cv–07503–AKH,1:06–cv–07504–AKH,1:06–cv–07505–AKH,1:06–cv–07506–AKH<br>1:06–cv–07507–AKH,1:06–cv–07508–AKH,1:06–cv–07509–AKH,1:06–cv–07510–AKH,1:06–cv–07511–AKH<br>1:06–cv–07512–AKH,1:06–cv–07513–AKH,1:06–cv–07514–AKH,1:06–cv–07515–AKH,1:06–cv–07516–AKH<br>1:06–cv–07517–AKH,1:06–cv–07518–AKH,1:06–cv–07519–AKH,1:06–cv–07520–AKH,1:06–cv–07521–AKH<br>1:06–cv–07522–AKH,1:06–cv–07523–AKH,1:06–cv–07524–AKH,1:06–cv–07525–AKH,1:06–cv–07526–AKH<br>1:06–cv–07527–AKH,1:06–cv–07528–AKH,1:06–cv–07529–AKH,1:06–cv–07530–AKH,1:06–cv–07531–AKH<br>1:06–cv–07532–AKH,1:06–cv–07533–AKH,1:06–cv–07534–AKH,1:06–cv–07535–AKH,1:06–cv–07536–AKH<br>1:06–cv–07537–AKH,1:06–cv–07538–AKH,1:06–cv–07539–AKH,1:06–cv–07540–AKH,1:06–cv–07541–AKH<br>1:06–cv–07542–AKH,1:06–cv–07543–AKH,1:06–cv–07544–AKH,1:06–cv–07545–AKH,1:06–cv–07546–AKH<br>1:06–cv–07547–AKH,1:06–cv–07548–AKH,1:06–cv–07549–AKH,1:06–cv–07550–AKH,1:06–cv–07551–AKH<br>1:06–cv–07552–AKH,1:06–cv–07553–AKH,1:06–cv–07554–AKH,1:06–cv–07555–AKH,1:06–cv–07556–AKH<br>1:06–cv–07557–AKH,1:06–cv–07558–AKH,1:06–cv–07559–AKH,1:06–cv–07560–AKH,1:06–cv–07561–AKH<br>1:06–cv–07562–AKH,1:06–cv–07563–AKH,1:06–cv–07564–AKH,1:06–cv–07565–AKH,1:06–cv–07566–AKH<br>1:06–cv–07567–AKH,1:06–cv–07568–AKH,1:06–cv–07569–AKH,1:06–cv–07570–AKH,1:06–cv–07571–AKH<br>1:06–cv–07572–AKH,1:06–cv–07573–AKH,1:06–cv–07574–AKH,1:06–cv–07575–AKH,1:06–cv–07576–AKH<br>1:06–cv–07577–AKH,1:06–cv–07578–AKH,1:06–cv–07579–AKH,1:06–cv–07580–AKH,1:06–cv–07650–AKH<br>1:06–cv–07652–AKH,1:06–cv–07653–AKH,1:06–cv–07654–AKH,1:06–cv–07655–AKH,1:06–cv–07656–AKH<br>1:06–cv–07721–AKH,1:06–cv–07730–AKH,1:06–cv–07731–AKH,1:06–cv–07892–AKH,1:06–cv–07893–AKH<br>1:06–cv–07914–AKH,1:06–cv–07915–AKH,1:06–cv–07916–AKH,1:06–cv–07917–AKH,1:06–cv–07918–AKH<br>1:06–cv–07919–AKH,1:06–cv–07920–AKH,1:06–cv–07922–AKH,1:06–cv–07937–AKH,1:06–cv–07938–AKH<br>1:06–cv–07940–AKH,1:06–cv–07948–AKH,1:06–cv–07951–AKH,1:06–cv–07958–AKH,1:06–cv–07965–AKH<br>1:06–cv–07967–AKH,1:06–cv–07970–AKH,1:06–cv–07973–AKH,1:06–cv–07978–AKH,1:06–cv–07979–AKH<br>1:06–cv–07985–AKH,1:06–cv–07987–AKH,1:06–cv–07989–AKH,1:06–cv–07996–AKH,1:06–cv–07997–AKH<br>1:06–cv–08004–AKH,1:06–cv–08007–AKH,1:06–cv–08010–AKH,1:06–cv–08012–AKH,1:06–cv–08016–AKH<br>1:06–cv–08018–AKH,1:06–cv–08019–AKH,1:06–cv–08021–AKH,1:06–cv–08022–AKH,1:06–cv–08025–AKH<br>1:06–cv–08026–AKH,1:06–cv–08032–AKH,1:06–cv–08033–AKH,1:06–cv–08034–AKH,1:06–cv–08037–AKH<br>1:06–cv–08038–AKH,1:06–cv–08052–AKH,1:06–cv–08061–AKH,1:06–cv–08064–AKH,1:06–cv–08068–AKH<br>1:06–cv–08070–AKH,1:06–cv–08073–AKH,1:06–cv–08074–AKH,1:06–cv–08075–AKH,1:06–cv–08078–AKH<br>1:06–cv–08079–AKH,1:06–cv–08082–AKH,1:06–cv–08090–AKH,1:06–cv–08091–AKH,1:06–cv–08092–AKH<br>1:06–cv–08094–AKH,1:06–cv–08099–AKH,1:06–cv–08100–AKH,1:06–cv–08104–AKH,1:06–cv–08107–AKH<br>1:06–cv–08109–AKH,1:06–cv–08110–AKH,1:06–cv–08113–AKH,1:06–cv–08114–AKH,1:06–cv–08117–AKH<br>1:06–cv–08118–AKH,1:06–cv–08122–AKH,1:06–cv–08956–AKH,1:06–cv–08957–AKH,1:06–cv–08958–AKH<br>1:06–cv–08959–AKH,1:06–cv–08960–AKH,1:06–cv–08961–AKH,1:06–cv–08962–AKH,1:06–cv–08963–AKH<br>1:06–cv–08964–AKH,1:06–cv–08965–AKH,1:06–cv–08966–AKH,1:06–cv–08967–AKH,1:06–cv–08968–AKH<br>1:06–cv–08969–AKH,1:06–cv–08970–AKH,1:06–cv–08971–AKH,1:06–cv–08972–AKH,1:06–cv–08973–AKH<br>1:06–cv–08980–AKH,1:06–cv–08981–AKH,1:06–cv–08982–AKH,1:06–cv–08983–AKH,1:06–cv–08984–AKH<br>1:06–cv–11535–AKH(LoPalo, Christopher) (Entered: 11/10/2006) |
| 11/15/2006 | 543 | MOTION for Leave to Appeal the Order dated October 17, 2006. (Filing Fee $ 39.00.) Document filed by City of N<br>Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., B<br>Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction International, L<br>AMEC Construction Management, Inc., Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza<br>Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consulting Corp., T<br>Environmental Inc., Tully Industries, Inc., Bechtel, Bechtel Associates Professiona;l Corporation, Bechtel Construct<br>Bechtel Corporation, Bechtel Environmental, Inc., Bovis Lend Lease Inc., Turner/Plaza, A Joint Venture. Filed In A<br>Cases: 1:21–mc–00100–AKH,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–0374<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH |

```
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
```

1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH

1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH

1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH

1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH
1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
1:06–cv–06233–AKH,1:06–cv–06234–AKH,1:06–cv–06360–AKH,1:06–cv–06396–AKH,1:06–cv–06714–AKH
1:06–cv–06715–AKH,1:06–cv–06716–AKH,1:06–cv–06717–AKH,1:06–cv–06718–AKH,1:06–cv–06719–AKH
1:06–cv–06720–AKH,1:06–cv–06721–AKH,1:06–cv–06722–AKH,1:06–cv–06723–AKH,1:06–cv–06724–AKH
1:06–cv–06725–AKH,1:06–cv–06726–AKH,1:06–cv–06727–AKH,1:06–cv–06728–AKH,1:06–cv–06729–AKH
1:06–cv–06730–AKH,1:06–cv–06731–AKH,1:06–cv–06732–AKH,1:06–cv–06733–AKH,1:06–cv–06734–AKH
1:06–cv–06735–AKH,1:06–cv–06736–AKH,1:06–cv–06737–AKH,1:06–cv–06738–AKH,1:06–cv–06739–AKH
1:06–cv–06740–AKH,1:06–cv–06741–AKH,1:06–cv–06742–AKH,1:06–cv–06743–AKH,1:06–cv–06744–AKH
1:06–cv–06745–AKH,1:06–cv–06746–AKH,1:06–cv–06747–AKH,1:06–cv–06748–AKH,1:06–cv–06749–AKH
1:06–cv–06750–AKH,1:06–cv–06751–AKH,1:06–cv–06752–AKH,1:06–cv–06753–AKH,1:06–cv–06754–AKH
1:06–cv–06755–AKH,1:06–cv–06756–AKH,1:06–cv–06757–AKH,1:06–cv–06758–AKH,1:06–cv–06759–AKH
1:06–cv–06760–AKH,1:06–cv–06761–AKH,1:06–cv–06762–AKH,1:06–cv–06763–AKH,1:06–cv–06764–AKH
1:06–cv–06765–AKH,1:06–cv–06766–AKH,1:06–cv–06767–AKH,1:06–cv–06768–AKH,1:06–cv–06769–AKH
1:06–cv–06770–AKH,1:06–cv–06771–AKH,1:06–cv–06772–AKH,1:06–cv–06773–AKH,1:06–cv–06774–AKH
1:06–cv–06775–AKH,1:06–cv–06776–AKH,1:06–cv–06777–AKH,1:06–cv–06778–AKH,1:06–cv–06779–AKH
1:06–cv–06780–AKH,1:06–cv–06781–AKH,1:06–cv–06782–AKH,1:06–cv–06783–AKH,1:06–cv–06784–AKH
1:06–cv–06785–AKH,1:06–cv–06786–AKH,1:06–cv–06787–AKH,1:06–cv–06788–AKH,1:06–cv–06789–AKH
1:06–cv–06790–AKH,1:06–cv–06791–AKH,1:06–cv–06792–AKH,1:06–cv–06793–AKH,1:06–cv–06794–AKH
1:06–cv–06795–AKH,1:06–cv–06796–AKH,1:06–cv–06797–AKH,1:06–cv–06798–AKH,1:06–cv–06799–AKH
1:06–cv–06800–AKH,1:06–cv–06801–AKH,1:06–cv–06802–AKH,1:06–cv–06803–AKH,1:06–cv–06804–AKH
1:06–cv–06805–AKH,1:06–cv–06806–AKH,1:06–cv–06807–AKH,1:06–cv–06808–AKH,1:06–cv–06809–AKH
1:06–cv–06810–AKH,1:06–cv–06811–AKH,1:06–cv–06812–AKH,1:06–cv–06813–AKH,1:06–cv–06912–AKH
1:06–cv–06913–AKH,1:06–cv–06914–AKH,1:06–cv–06915–AKH,1:06–cv–06916–AKH,1:06–cv–06917–AKH
1:06–cv–06918–AKH,1:06–cv–06919–AKH,1:06–cv–06920–AKH,1:06–cv–06921–AKH,1:06–cv–07044–AKH
1:06–cv–07045–AKH,1:06–cv–07046–AKH,1:06–cv–07047–AKH,1:06–cv–07048–AKH,1:06–cv–07049–AKH
1:06–cv–07050–AKH,1:06–cv–07051–AKH,1:06–cv–07127–AKH,1:06–cv–07128–AKH,1:06–cv–07129–AKH
1:06–cv–07130–AKH,1:06–cv–07191–AKH,1:06–cv–07192–AKH,1:06–cv–07193–AKH,1:06–cv–07194–AKH
1:06–cv–07195–AKH,1:06–cv–07213–AKH,1:06–cv–07214–AKH,1:06–cv–07215–AKH,1:06–cv–07216–AKH
1:06–cv–07217–AKH,1:06–cv–07218–AKH,1:06–cv–07219–AKH,1:06–cv–07220–AKH,1:06–cv–07221–AKH
1:06–cv–07222–AKH,1:06–cv–07223–AKH,1:06–cv–07224–AKH,1:06–cv–07225–AKH,1:06–cv–07226–AKH
1:06–cv–07227–AKH,1:06–cv–07228–AKH,1:06–cv–07229–AKH,1:06–cv–07230–AKH,1:06–cv–07231–AKH
1:06–cv–07232–AKH,1:06–cv–07233–AKH,1:06–cv–07234–AKH,1:06–cv–07235–AKH,1:06–cv–07236–AKH
1:06–cv–07237–AKH,1:06–cv–07238–AKH,1:06–cv–07239–AKH,1:06–cv–07240–AKH,1:06–cv–07241–AKH
1:06–cv–07242–AKH,1:06–cv–07243–AKH,1:06–cv–07244–AKH,1:06–cv–07245–AKH,1:06–cv–07246–AKH
1:06–cv–07247–AKH,1:06–cv–07248–AKH,1:06–cv–07249–AKH,1:06–cv–07250–AKH,1:06–cv–07251–AKH
1:06–cv–07252–AKH,1:06–cv–07253–AKH,1:06–cv–07254–AKH,1:06–cv–07255–AKH,1:06–cv–07256–AKH
1:06–cv–07257–AKH,1:06–cv–07258–AKH,1:06–cv–07259–AKH,1:06–cv–07260–AKH,1:06–cv–07261–AKH
1:06–cv–07262–AKH,1:06–cv–07263–AKH,1:06–cv–07264–AKH,1:06–cv–07265–AKH,1:06–cv–07266–AKH
1:06–cv–07267–AKH,1:06–cv–07268–AKH,1:06–cv–07269–AKH,1:06–cv–07270–AKH,1:06–cv–07271–AKH
1:06–cv–07272–AKH,1:06–cv–07273–AKH,1:06–cv–07274–AKH,1:06–cv–07275–AKH,1:06–cv–07276–AKH
1:06–cv–07277–AKH,1:06–cv–07278–AKH,1:06–cv–07279–AKH,1:06–cv–07280–AKH,1:06–cv–07281–AKH
1:06–cv–07282–AKH,1:06–cv–07283–AKH,1:06–cv–07284–AKH,1:06–cv–07285–AKH,1:06–cv–07286–AKH
1:06–cv–07287–AKH,1:06–cv–07288–AKH,1:06–cv–07289–AKH,1:06–cv–07290–AKH,1:06–cv–07291–AKH
1:06–cv–07292–AKH,1:06–cv–07293–AKH,1:06–cv–07294–AKH,1:06–cv–07295–AKH,1:06–cv–07296–AKH
1:06–cv–07297–AKH,1:06–cv–07298–AKH,1:06–cv–07299–AKH,1:06–cv–07300–AKH,1:06–cv–07301–AKH
1:06–cv–07302–AKH,1:06–cv–07303–AKH,1:06–cv–07304–AKH,1:06–cv–07305–AKH,1:06–cv–07306–AKH
1:06–cv–07307–AKH,1:06–cv–07308–AKH,1:06–cv–07309–AKH,1:06–cv–07310–AKH,1:06–cv–07311–AKH
1:06–cv–07312–AKH,1:06–cv–07313–AKH,1:06–cv–07314–AKH,1:06–cv–07315–AKH,1:06–cv–07316–AKH
1:06–cv–07317–AKH,1:06–cv–07318–AKH,1:06–cv–07319–AKH,1:06–cv–07320–AKH,1:06–cv–07321–AKH
1:06–cv–07322–AKH,1:06–cv–07323–AKH,1:06–cv–07324–AKH,1:06–cv–07325–AKH,1:06–cv–07326–AKH
1:06–cv–07327–AKH,1:06–cv–07328–AKH,1:06–cv–07329–AKH,1:06–cv–07330–AKH,1:06–cv–07331–AKH
1:06–cv–07332–AKH,1:06–cv–07333–AKH,1:06–cv–07334–AKH,1:06–cv–07335–AKH,1:06–cv–07336–AKH
1:06–cv–07337–AKH,1:06–cv–07338–AKH,1:06–cv–07339–AKH,1:06–cv–07340–AKH,1:06–cv–07341–AKH
1:06–cv–07342–AKH,1:06–cv–07343–AKH,1:06–cv–07344–AKH,1:06–cv–07345–AKH,1:06–cv–07346–AKH
1:06–cv–07347–AKH,1:06–cv–07348–AKH,1:06–cv–07349–AKH,1:06–cv–07350–AKH,1:06–cv–07351–AKH
1:06–cv–07352–AKH,1:06–cv–07353–AKH,1:06–cv–07354–AKH,1:06–cv–07355–AKH,1:06–cv–07356–AKH
1:06–cv–07357–AKH,1:06–cv–07358–AKH,1:06–cv–07359–AKH,1:06–cv–07360–AKH,1:06–cv–07361–AKH
1:06–cv–07362–AKH,1:06–cv–07363–AKH,1:06–cv–07364–AKH,1:06–cv–07365–AKH,1:06–cv–07366–AKH
1:06–cv–07367–AKH,1:06–cv–07368–AKH,1:06–cv–07369–AKH,1:06–cv–07370–AKH,1:06–cv–07371–AKH
1:06–cv–07372–AKH,1:06–cv–07373–AKH,1:06–cv–07374–AKH,1:06–cv–07375–AKH,1:06–cv–07376–AKH
1:06–cv–07377–AKH,1:06–cv–07378–AKH,1:06–cv–07379–AKH,1:06–cv–07380–AKH,1:06–cv–07381–AKH

1:06–cv–07382–AKH,1:06–cv–07383–AKH,1:06–cv–07384–AKH,1:06–cv–07385–AKH,1:06–cv–07386–AKH
1:06–cv–07387–AKH,1:06–cv–07388–AKH,1:06–cv–07389–AKH,1:06–cv–07390–AKH,1:06–cv–07391–AKH
1:06–cv–07392–AKH,1:06–cv–07393–AKH,1:06–cv–07394–AKH,1:06–cv–07395–AKH,1:06–cv–07396–AKH
1:06–cv–07397–AKH,1:06–cv–07398–AKH,1:06–cv–07399–AKH,1:06–cv–07400–AKH,1:06–cv–07401–AKH
1:06–cv–07402–AKH,1:06–cv–07403–AKH,1:06–cv–07404–AKH,1:06–cv–07405–AKH,1:06–cv–07406–AKH
1:06–cv–07407–AKH,1:06–cv–07408–AKH,1:06–cv–07409–AKH,1:06–cv–07410–AKH,1:06–cv–07411–AKH
1:06–cv–07412–AKH,1:06–cv–07413–AKH,1:06–cv–07414–AKH,1:06–cv–07415–AKH,1:06–cv–07416–AKH
1:06–cv–07417–AKH,1:06–cv–07418–AKH,1:06–cv–07419–AKH,1:06–cv–07420–AKH,1:06–cv–07421–AKH
1:06–cv–07422–AKH,1:06–cv–07423–AKH,1:06–cv–07424–AKH,1:06–cv–07425–AKH,1:06–cv–07426–AKH
1:06–cv–07427–AKH,1:06–cv–07428–AKH,1:06–cv–07429–AKH,1:06–cv–07430–AKH,1:06–cv–07431–AKH
1:06–cv–07432–AKH,1:06–cv–07433–AKH,1:06–cv–07434–AKH,1:06–cv–07435–AKH,1:06–cv–07436–AKH
1:06–cv–07437–AKH,1:06–cv–07438–AKH,1:06–cv–07439–AKH,1:06–cv–07440–AKH,1:06–cv–07441–AKH
1:06–cv–07442–AKH,1:06–cv–07443–AKH,1:06–cv–07444–AKH,1:06–cv–07445–AKH,1:06–cv–07446–AKH
1:06–cv–07447–AKH,1:06–cv–07448–AKH,1:06–cv–07449–AKH,1:06–cv–07450–AKH,1:06–cv–07451–AKH
1:06–cv–07452–AKH,1:06–cv–07453–AKH,1:06–cv–07454–AKH,1:06–cv–07455–AKH,1:06–cv–07456–AKH
1:06–cv–07457–AKH,1:06–cv–07458–AKH,1:06–cv–07459–AKH,1:06–cv–07460–AKH,1:06–cv–07461–AKH
1:06–cv–07462–AKH,1:06–cv–07463–AKH,1:06–cv–07464–AKH,1:06–cv–07465–AKH,1:06–cv–07466–AKH
1:06–cv–07467–AKH,1:06–cv–07468–AKH,1:06–cv–07469–AKH,1:06–cv–07470–AKH,1:06–cv–07471–AKH
1:06–cv–07472–AKH,1:06–cv–07473–AKH,1:06–cv–07474–AKH,1:06–cv–07475–AKH,1:06–cv–07476–AKH
1:06–cv–07477–AKH,1:06–cv–07478–AKH,1:06–cv–07479–AKH,1:06–cv–07480–AKH,1:06–cv–07481–AKH
1:06–cv–07482–AKH,1:06–cv–07483–AKH,1:06–cv–07484–AKH,1:06–cv–07485–AKH,1:06–cv–07486–AKH
1:06–cv–07487–AKH,1:06–cv–07488–AKH,1:06–cv–07489–AKH,1:06–cv–07490–AKH,1:06–cv–07491–AKH
1:06–cv–07492–AKH,1:06–cv–07493–AKH,1:06–cv–07494–AKH,1:06–cv–07495–AKH,1:06–cv–07496–AKH
1:06–cv–07497–AKH,1:06–cv–07498–AKH,1:06–cv–07499–AKH,1:06–cv–07500–AKH,1:06–cv–07501–AKH
1:06–cv–07502–AKH,1:06–cv–07503–AKH,1:06–cv–07504–AKH,1:06–cv–07505–AKH,1:06–cv–07506–AKH
1:06–cv–07507–AKH,1:06–cv–07508–AKH,1:06–cv–07509–AKH,1:06–cv–07510–AKH,1:06–cv–07511–AKH
1:06–cv–07512–AKH,1:06–cv–07513–AKH,1:06–cv–07514–AKH,1:06–cv–07515–AKH,1:06–cv–07516–AKH
1:06–cv–07517–AKH,1:06–cv–07518–AKH,1:06–cv–07519–AKH,1:06–cv–07520–AKH,1:06–cv–07521–AKH
1:06–cv–07522–AKH,1:06–cv–07523–AKH,1:06–cv–07524–AKH,1:06–cv–07525–AKH,1:06–cv–07526–AKH
1:06–cv–07527–AKH,1:06–cv–07528–AKH,1:06–cv–07529–AKH,1:06–cv–07530–AKH,1:06–cv–07531–AKH
1:06–cv–07532–AKH,1:06–cv–07533–AKH,1:06–cv–07534–AKH,1:06–cv–07535–AKH,1:06–cv–07536–AKH
1:06–cv–07537–AKH,1:06–cv–07538–AKH,1:06–cv–07539–AKH,1:06–cv–07540–AKH,1:06–cv–07541–AKH
1:06–cv–07542–AKH,1:06–cv–07543–AKH,1:06–cv–07544–AKH,1:06–cv–07545–AKH,1:06–cv–07546–AKH
1:06–cv–07547–AKH,1:06–cv–07548–AKH,1:06–cv–07549–AKH,1:06–cv–07550–AKH,1:06–cv–07551–AKH
1:06–cv–07552–AKH,1:06–cv–07553–AKH,1:06–cv–07554–AKH,1:06–cv–07555–AKH,1:06–cv–07556–AKH
1:06–cv–07557–AKH,1:06–cv–07558–AKH,1:06–cv–07559–AKH,1:06–cv–07560–AKH,1:06–cv–07561–AKH
1:06–cv–07562–AKH,1:06–cv–07563–AKH,1:06–cv–07564–AKH,1:06–cv–07565–AKH,1:06–cv–07566–AKH
1:06–cv–07567–AKH,1:06–cv–07568–AKH,1:06–cv–07569–AKH,1:06–cv–07570–AKH,1:06–cv–07571–AKH
1:06–cv–07572–AKH,1:06–cv–07573–AKH,1:06–cv–07574–AKH,1:06–cv–07575–AKH,1:06–cv–07576–AKH
1:06–cv–07577–AKH,1:06–cv–07578–AKH,1:06–cv–07579–AKH,1:06–cv–07580–AKH,1:06–cv–07650–AKH
1:06–cv–07652–AKH,1:06–cv–07653–AKH,1:06–cv–07654–AKH,1:06–cv–07655–AKH,1:06–cv–07656–AKH
1:06–cv–07721–AKH,1:06–cv–07730–AKH,1:06–cv–07731–AKH,1:06–cv–07892–AKH,1:06–cv–07893–AKH
1:06–cv–07914–AKH,1:06–cv–07915–AKH,1:06–cv–07916–AKH,1:06–cv–07917–AKH,1:06–cv–07918–AKH
1:06–cv–07919–AKH,1:06–cv–07920–AKH,1:06–cv–07922–AKH,1:06–cv–07937–AKH,1:06–cv–07938–AKH
1:06–cv–07940–AKH,1:06–cv–07948–AKH,1:06–cv–07951–AKH,1:06–cv–07958–AKH,1:06–cv–07965–AKH
1:06–cv–07967–AKH,1:06–cv–07970–AKH,1:06–cv–07973–AKH,1:06–cv–07978–AKH,1:06–cv–07979–AKH
1:06–cv–07985–AKH,1:06–cv–07987–AKH,1:06–cv–07989–AKH,1:06–cv–07996–AKH,1:06–cv–07997–AKH
1:06–cv–08004–AKH,1:06–cv–08007–AKH,1:06–cv–08010–AKH,1:06–cv–08012–AKH,1:06–cv–08016–AKH
1:06–cv–08018–AKH,1:06–cv–08019–AKH,1:06–cv–08021–AKH,1:06–cv–08022–AKH,1:06–cv–08025–AKH
1:06–cv–08026–AKH,1:06–cv–08032–AKH,1:06–cv–08033–AKH,1:06–cv–08034–AKH,1:06–cv–08037–AKH
1:06–cv–08038–AKH,1:06–cv–08052–AKH,1:06–cv–08061–AKH,1:06–cv–08064–AKH,1:06–cv–08068–AKH
1:06–cv–08070–AKH,1:06–cv–08073–AKH,1:06–cv–08074–AKH,1:06–cv–08075–AKH,1:06–cv–08078–AKH
1:06–cv–08079–AKH,1:06–cv–08082–AKH,1:06–cv–08090–AKH,1:06–cv–08091–AKH,1:06–cv–08092–AKH
1:06–cv–08094–AKH,1:06–cv–08099–AKH,1:06–cv–08100–AKH,1:06–cv–08104–AKH,1:06–cv–08107–AKH
1:06–cv–08109–AKH,1:06–cv–08110–AKH,1:06–cv–08113–AKH,1:06–cv–08114–AKH,1:06–cv–08117–AKH
1:06–cv–08118–AKH,1:06–cv–08122–AKH,1:06–cv–08956–AKH,1:06–cv–08957–AKH,1:06–cv–08958–AKH
1:06–cv–08959–AKH,1:06–cv–08960–AKH,1:06–cv–08961–AKH,1:06–cv–08962–AKH,1:06–cv–08963–AKH
1:06–cv–08964–AKH,1:06–cv–08965–AKH,1:06–cv–08966–AKH,1:06–cv–08967–AKH,1:06–cv–08968–AKH
1:06–cv–08969–AKH,1:06–cv–08970–AKH,1:06–cv–08971–AKH,1:06–cv–08972–AKH,1:06–cv–08973–AKH
1:06–cv–08980–AKH,1:06–cv–08981–AKH,1:06–cv–08982–AKH,1:06–cv–08983–AKH,1:06–cv–08984–AKH
1:06–cv–11535–AKH(Tyrrell, James) (Entered: 11/15/2006)

| 11/15/2006 | 544 | MEMORANDUM OF LAW in Support re: 543 MOTION for Leave to Appeal the Order dated October 17, 2006. (I $ 39.00.). Document filed by City of New York, Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lea Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construct |

Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Tully Construction Co
AMEC Construction Management, Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully
Construction Company, Tully Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bovis Lend Lease
and Tully Construction Co., Inc., Bechtel, Bechtel Associates Professiona;l Corporation, Bechtel Construction, Inc.,
Corporation, Bechtel Environmental, Inc., Bovis Lend Lease Inc., Turner/Plaza, A Joint Venture. (Attachments: # 1
Appendix Addendum A)Filed In Associated Cases:
1:21–mc–00100–AKH,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH

1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH

1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH

1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH

1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH
1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH
1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
1:06–cv–06233–AKH,1:06–cv–06234–AKH,1:06–cv–06360–AKH,1:06–cv–06396–AKH,1:06–cv–06714–AKH
1:06–cv–06715–AKH,1:06–cv–06716–AKH,1:06–cv–06717–AKH,1:06–cv–06718–AKH,1:06–cv–06719–AKH
1:06–cv–06720–AKH,1:06–cv–06721–AKH,1:06–cv–06722–AKH,1:06–cv–06723–AKH,1:06–cv–06724–AKH
1:06–cv–06725–AKH,1:06–cv–06726–AKH,1:06–cv–06727–AKH,1:06–cv–06728–AKH,1:06–cv–06729–AKH
1:06–cv–06730–AKH,1:06–cv–06731–AKH,1:06–cv–06732–AKH,1:06–cv–06733–AKH,1:06–cv–06734–AKH
1:06–cv–06735–AKH,1:06–cv–06736–AKH,1:06–cv–06737–AKH,1:06–cv–06738–AKH,1:06–cv–06739–AKH
1:06–cv–06740–AKH,1:06–cv–06741–AKH,1:06–cv–06742–AKH,1:06–cv–06743–AKH,1:06–cv–06744–AKH
1:06–cv–06745–AKH,1:06–cv–06746–AKH,1:06–cv–06747–AKH,1:06–cv–06748–AKH,1:06–cv–06749–AKH
1:06–cv–06750–AKH,1:06–cv–06751–AKH,1:06–cv–06752–AKH,1:06–cv–06753–AKH,1:06–cv–06754–AKH
1:06–cv–06755–AKH,1:06–cv–06756–AKH,1:06–cv–06757–AKH,1:06–cv–06758–AKH,1:06–cv–06759–AKH
1:06–cv–06760–AKH,1:06–cv–06761–AKH,1:06–cv–06762–AKH,1:06–cv–06763–AKH,1:06–cv–06764–AKH
1:06–cv–06765–AKH,1:06–cv–06766–AKH,1:06–cv–06767–AKH,1:06–cv–06768–AKH,1:06–cv–06769–AKH
1:06–cv–06770–AKH,1:06–cv–06771–AKH,1:06–cv–06772–AKH,1:06–cv–06773–AKH,1:06–cv–06774–AKH
1:06–cv–06775–AKH,1:06–cv–06776–AKH,1:06–cv–06777–AKH,1:06–cv–06778–AKH,1:06–cv–06779–AKH
1:06–cv–06780–AKH,1:06–cv–06781–AKH,1:06–cv–06782–AKH,1:06–cv–06783–AKH,1:06–cv–06784–AKH
1:06–cv–06785–AKH,1:06–cv–06786–AKH,1:06–cv–06787–AKH,1:06–cv–06788–AKH,1:06–cv–06789–AKH
1:06–cv–06790–AKH,1:06–cv–06791–AKH,1:06–cv–06792–AKH,1:06–cv–06793–AKH,1:06–cv–06794–AKH
1:06–cv–06795–AKH,1:06–cv–06796–AKH,1:06–cv–06797–AKH,1:06–cv–06798–AKH,1:06–cv–06799–AKH
1:06–cv–06800–AKH,1:06–cv–06801–AKH,1:06–cv–06802–AKH,1:06–cv–06803–AKH,1:06–cv–06804–AKH
1:06–cv–06805–AKH,1:06–cv–06806–AKH,1:06–cv–06807–AKH,1:06–cv–06808–AKH,1:06–cv–06809–AKH
1:06–cv–06810–AKH,1:06–cv–06811–AKH,1:06–cv–06812–AKH,1:06–cv–06813–AKH,1:06–cv–06912–AKH
1:06–cv–06913–AKH,1:06–cv–06914–AKH,1:06–cv–06915–AKH,1:06–cv–06916–AKH,1:06–cv–06917–AKH
1:06–cv–06918–AKH,1:06–cv–06919–AKH,1:06–cv–06920–AKH,1:06–cv–06921–AKH,1:06–cv–07044–AKH
1:06–cv–07045–AKH,1:06–cv–07046–AKH,1:06–cv–07047–AKH,1:06–cv–07048–AKH,1:06–cv–07049–AKH
1:06–cv–07050–AKH,1:06–cv–07051–AKH,1:06–cv–07127–AKH,1:06–cv–07128–AKH,1:06–cv–07129–AKH
1:06–cv–07130–AKH,1:06–cv–07191–AKH,1:06–cv–07192–AKH,1:06–cv–07193–AKH,1:06–cv–07194–AKH
1:06–cv–07195–AKH,1:06–cv–07213–AKH,1:06–cv–07214–AKH,1:06–cv–07215–AKH,1:06–cv–07216–AKH
1:06–cv–07217–AKH,1:06–cv–07218–AKH,1:06–cv–07219–AKH,1:06–cv–07220–AKH,1:06–cv–07221–AKH
1:06–cv–07222–AKH,1:06–cv–07223–AKH,1:06–cv–07224–AKH,1:06–cv–07225–AKH,1:06–cv–07226–AKH
1:06–cv–07227–AKH,1:06–cv–07228–AKH,1:06–cv–07229–AKH,1:06–cv–07230–AKH,1:06–cv–07231–AKH
1:06–cv–07232–AKH,1:06–cv–07233–AKH,1:06–cv–07234–AKH,1:06–cv–07235–AKH,1:06–cv–07236–AKH
1:06–cv–07237–AKH,1:06–cv–07238–AKH,1:06–cv–07239–AKH,1:06–cv–07240–AKH,1:06–cv–07241–AKH
1:06–cv–07242–AKH,1:06–cv–07243–AKH,1:06–cv–07244–AKH,1:06–cv–07245–AKH,1:06–cv–07246–AKH
1:06–cv–07247–AKH,1:06–cv–07248–AKH,1:06–cv–07249–AKH,1:06–cv–07250–AKH,1:06–cv–07251–AKH
1:06–cv–07252–AKH,1:06–cv–07253–AKH,1:06–cv–07254–AKH,1:06–cv–07255–AKH,1:06–cv–07256–AKH
1:06–cv–07257–AKH,1:06–cv–07258–AKH,1:06–cv–07259–AKH,1:06–cv–07260–AKH,1:06–cv–07261–AKH
1:06–cv–07262–AKH,1:06–cv–07263–AKH,1:06–cv–07264–AKH,1:06–cv–07265–AKH,1:06–cv–07266–AKH
1:06–cv–07267–AKH,1:06–cv–07268–AKH,1:06–cv–07269–AKH,1:06–cv–07270–AKH,1:06–cv–07271–AKH
1:06–cv–07272–AKH,1:06–cv–07273–AKH,1:06–cv–07274–AKH,1:06–cv–07275–AKH,1:06–cv–07276–AKH
1:06–cv–07277–AKH,1:06–cv–07278–AKH,1:06–cv–07279–AKH,1:06–cv–07280–AKH,1:06–cv–07281–AKH
1:06–cv–07282–AKH,1:06–cv–07283–AKH,1:06–cv–07284–AKH,1:06–cv–07285–AKH,1:06–cv–07286–AKH
1:06–cv–07287–AKH,1:06–cv–07288–AKH,1:06–cv–07289–AKH,1:06–cv–07290–AKH,1:06–cv–07291–AKH
1:06–cv–07292–AKH,1:06–cv–07293–AKH,1:06–cv–07294–AKH,1:06–cv–07295–AKH,1:06–cv–07296–AKH
1:06–cv–07297–AKH,1:06–cv–07298–AKH,1:06–cv–07299–AKH,1:06–cv–07300–AKH,1:06–cv–07301–AKH
1:06–cv–07302–AKH,1:06–cv–07303–AKH,1:06–cv–07304–AKH,1:06–cv–07305–AKH,1:06–cv–07306–AKH

```
1:06–cv–07307–AKH,1:06–cv–07308–AKH,1:06–cv–07309–AKH,1:06–cv–07310–AKH,1:06–cv–07311–AKH
1:06–cv–07312–AKH,1:06–cv–07313–AKH,1:06–cv–07314–AKH,1:06–cv–07315–AKH,1:06–cv–07316–AKH
1:06–cv–07317–AKH,1:06–cv–07318–AKH,1:06–cv–07319–AKH,1:06–cv–07320–AKH,1:06–cv–07321–AKH
1:06–cv–07322–AKH,1:06–cv–07323–AKH,1:06–cv–07324–AKH,1:06–cv–07325–AKH,1:06–cv–07326–AKH
1:06–cv–07327–AKH,1:06–cv–07328–AKH,1:06–cv–07329–AKH,1:06–cv–07330–AKH,1:06–cv–07331–AKH
1:06–cv–07332–AKH,1:06–cv–07333–AKH,1:06–cv–07334–AKH,1:06–cv–07335–AKH,1:06–cv–07336–AKH
1:06–cv–07337–AKH,1:06–cv–07338–AKH,1:06–cv–07339–AKH,1:06–cv–07340–AKH,1:06–cv–07341–AKH
1:06–cv–07342–AKH,1:06–cv–07343–AKH,1:06–cv–07344–AKH,1:06–cv–07345–AKH,1:06–cv–07346–AKH
1:06–cv–07347–AKH,1:06–cv–07348–AKH,1:06–cv–07349–AKH,1:06–cv–07350–AKH,1:06–cv–07351–AKH
1:06–cv–07352–AKH,1:06–cv–07353–AKH,1:06–cv–07354–AKH,1:06–cv–07355–AKH,1:06–cv–07356–AKH
1:06–cv–07357–AKH,1:06–cv–07358–AKH,1:06–cv–07359–AKH,1:06–cv–07360–AKH,1:06–cv–07361–AKH
1:06–cv–07362–AKH,1:06–cv–07363–AKH,1:06–cv–07364–AKH,1:06–cv–07365–AKH,1:06–cv–07366–AKH
1:06–cv–07367–AKH,1:06–cv–07368–AKH,1:06–cv–07369–AKH,1:06–cv–07370–AKH,1:06–cv–07371–AKH
1:06–cv–07372–AKH,1:06–cv–07373–AKH,1:06–cv–07374–AKH,1:06–cv–07375–AKH,1:06–cv–07376–AKH
1:06–cv–07377–AKH,1:06–cv–07378–AKH,1:06–cv–07379–AKH,1:06–cv–07380–AKH,1:06–cv–07381–AKH
1:06–cv–07382–AKH,1:06–cv–07383–AKH,1:06–cv–07384–AKH,1:06–cv–07385–AKH,1:06–cv–07386–AKH
1:06–cv–07387–AKH,1:06–cv–07388–AKH,1:06–cv–07389–AKH,1:06–cv–07390–AKH,1:06–cv–07391–AKH
1:06–cv–07392–AKH,1:06–cv–07393–AKH,1:06–cv–07394–AKH,1:06–cv–07395–AKH,1:06–cv–07396–AKH
1:06–cv–07397–AKH,1:06–cv–07398–AKH,1:06–cv–07399–AKH,1:06–cv–07400–AKH,1:06–cv–07401–AKH
1:06–cv–07402–AKH,1:06–cv–07403–AKH,1:06–cv–07404–AKH,1:06–cv–07405–AKH,1:06–cv–07406–AKH
1:06–cv–07407–AKH,1:06–cv–07408–AKH,1:06–cv–07409–AKH,1:06–cv–07410–AKH,1:06–cv–07411–AKH
1:06–cv–07412–AKH,1:06–cv–07413–AKH,1:06–cv–07414–AKH,1:06–cv–07415–AKH,1:06–cv–07416–AKH
1:06–cv–07417–AKH,1:06–cv–07418–AKH,1:06–cv–07419–AKH,1:06–cv–07420–AKH,1:06–cv–07421–AKH
1:06–cv–07422–AKH,1:06–cv–07423–AKH,1:06–cv–07424–AKH,1:06–cv–07425–AKH,1:06–cv–07426–AKH
1:06–cv–07427–AKH,1:06–cv–07428–AKH,1:06–cv–07429–AKH,1:06–cv–07430–AKH,1:06–cv–07431–AKH
1:06–cv–07432–AKH,1:06–cv–07433–AKH,1:06–cv–07434–AKH,1:06–cv–07435–AKH,1:06–cv–07436–AKH
1:06–cv–07437–AKH,1:06–cv–07438–AKH,1:06–cv–07439–AKH,1:06–cv–07440–AKH,1:06–cv–07441–AKH
1:06–cv–07442–AKH,1:06–cv–07443–AKH,1:06–cv–07444–AKH,1:06–cv–07445–AKH,1:06–cv–07446–AKH
1:06–cv–07447–AKH,1:06–cv–07448–AKH,1:06–cv–07449–AKH,1:06–cv–07450–AKH,1:06–cv–07451–AKH
1:06–cv–07452–AKH,1:06–cv–07453–AKH,1:06–cv–07454–AKH,1:06–cv–07455–AKH,1:06–cv–07456–AKH
1:06–cv–07457–AKH,1:06–cv–07458–AKH,1:06–cv–07459–AKH,1:06–cv–07460–AKH,1:06–cv–07461–AKH
1:06–cv–07462–AKH,1:06–cv–07463–AKH,1:06–cv–07464–AKH,1:06–cv–07465–AKH,1:06–cv–07466–AKH
1:06–cv–07467–AKH,1:06–cv–07468–AKH,1:06–cv–07469–AKH,1:06–cv–07470–AKH,1:06–cv–07471–AKH
1:06–cv–07472–AKH,1:06–cv–07473–AKH,1:06–cv–07474–AKH,1:06–cv–07475–AKH,1:06–cv–07476–AKH
1:06–cv–07477–AKH,1:06–cv–07478–AKH,1:06–cv–07479–AKH,1:06–cv–07480–AKH,1:06–cv–07481–AKH
1:06–cv–07482–AKH,1:06–cv–07483–AKH,1:06–cv–07484–AKH,1:06–cv–07485–AKH,1:06–cv–07486–AKH
1:06–cv–07487–AKH,1:06–cv–07488–AKH,1:06–cv–07489–AKH,1:06–cv–07490–AKH,1:06–cv–07491–AKH
1:06–cv–07492–AKH,1:06–cv–07493–AKH,1:06–cv–07494–AKH,1:06–cv–07495–AKH,1:06–cv–07496–AKH
1:06–cv–07497–AKH,1:06–cv–07498–AKH,1:06–cv–07499–AKH,1:06–cv–07500–AKH,1:06–cv–07501–AKH
1:06–cv–07502–AKH,1:06–cv–07503–AKH,1:06–cv–07504–AKH,1:06–cv–07505–AKH,1:06–cv–07506–AKH
1:06–cv–07507–AKH,1:06–cv–07508–AKH,1:06–cv–07509–AKH,1:06–cv–07510–AKH,1:06–cv–07511–AKH
1:06–cv–07512–AKH,1:06–cv–07513–AKH,1:06–cv–07514–AKH,1:06–cv–07515–AKH,1:06–cv–07516–AKH
1:06–cv–07517–AKH,1:06–cv–07518–AKH,1:06–cv–07519–AKH,1:06–cv–07520–AKH,1:06–cv–07521–AKH
1:06–cv–07522–AKH,1:06–cv–07523–AKH,1:06–cv–07524–AKH,1:06–cv–07525–AKH,1:06–cv–07526–AKH
1:06–cv–07527–AKH,1:06–cv–07528–AKH,1:06–cv–07529–AKH,1:06–cv–07530–AKH,1:06–cv–07531–AKH
1:06–cv–07532–AKH,1:06–cv–07533–AKH,1:06–cv–07534–AKH,1:06–cv–07535–AKH,1:06–cv–07536–AKH
1:06–cv–07537–AKH,1:06–cv–07538–AKH,1:06–cv–07539–AKH,1:06–cv–07540–AKH,1:06–cv–07541–AKH
1:06–cv–07542–AKH,1:06–cv–07543–AKH,1:06–cv–07544–AKH,1:06–cv–07545–AKH,1:06–cv–07546–AKH
1:06–cv–07547–AKH,1:06–cv–07548–AKH,1:06–cv–07549–AKH,1:06–cv–07550–AKH,1:06–cv–07551–AKH
1:06–cv–07552–AKH,1:06–cv–07553–AKH,1:06–cv–07554–AKH,1:06–cv–07555–AKH,1:06–cv–07556–AKH
1:06–cv–07557–AKH,1:06–cv–07558–AKH,1:06–cv–07559–AKH,1:06–cv–07560–AKH,1:06–cv–07561–AKH
1:06–cv–07562–AKH,1:06–cv–07563–AKH,1:06–cv–07564–AKH,1:06–cv–07565–AKH,1:06–cv–07566–AKH
1:06–cv–07567–AKH,1:06–cv–07568–AKH,1:06–cv–07569–AKH,1:06–cv–07570–AKH,1:06–cv–07571–AKH
1:06–cv–07572–AKH,1:06–cv–07573–AKH,1:06–cv–07574–AKH,1:06–cv–07575–AKH,1:06–cv–07576–AKH
1:06–cv–07577–AKH,1:06–cv–07578–AKH,1:06–cv–07579–AKH,1:06–cv–07580–AKH,1:06–cv–07650–AKH
1:06–cv–07652–AKH,1:06–cv–07653–AKH,1:06–cv–07654–AKH,1:06–cv–07655–AKH,1:06–cv–07656–AKH
1:06–cv–07721–AKH,1:06–cv–07730–AKH,1:06–cv–07731–AKH,1:06–cv–07892–AKH,1:06–cv–07893–AKH
1:06–cv–07914–AKH,1:06–cv–07915–AKH,1:06–cv–07916–AKH,1:06–cv–07917–AKH,1:06–cv–07918–AKH
1:06–cv–07919–AKH,1:06–cv–07920–AKH,1:06–cv–07922–AKH,1:06–cv–07937–AKH,1:06–cv–07938–AKH
1:06–cv–07940–AKH,1:06–cv–07948–AKH,1:06–cv–07951–AKH,1:06–cv–07958–AKH,1:06–cv–07965–AKH
1:06–cv–07967–AKH,1:06–cv–07970–AKH,1:06–cv–07973–AKH,1:06–cv–07978–AKH,1:06–cv–07979–AKH
1:06–cv–07985–AKH,1:06–cv–07987–AKH,1:06–cv–07989–AKH,1:06–cv–07996–AKH,1:06–cv–07997–AKH
1:06–cv–08004–AKH,1:06–cv–08007–AKH,1:06–cv–08010–AKH,1:06–cv–08012–AKH,1:06–cv–08016–AKH
1:06–cv–08018–AKH,1:06–cv–08019–AKH,1:06–cv–08021–AKH,1:06–cv–08022–AKH,1:06–cv–08025–AKH
```

1:06–cv–08026–AKH,1:06–cv–08032–AKH,1:06–cv–08033–AKH,1:06–cv–08034–AKH,1:06–cv–08037–AKH
1:06–cv–08038–AKH,1:06–cv–08052–AKH,1:06–cv–08061–AKH,1:06–cv–08064–AKH,1:06–cv–08068–AKH
1:06–cv–08070–AKH,1:06–cv–08073–AKH,1:06–cv–08074–AKH,1:06–cv–08075–AKH,1:06–cv–08078–AKH
1:06–cv–08079–AKH,1:06–cv–08082–AKH,1:06–cv–08090–AKH,1:06–cv–08091–AKH,1:06–cv–08092–AKH
1:06–cv–08094–AKH,1:06–cv–08099–AKH,1:06–cv–08100–AKH,1:06–cv–08104–AKH,1:06–cv–08107–AKH
1:06–cv–08109–AKH,1:06–cv–08110–AKH,1:06–cv–08113–AKH,1:06–cv–08114–AKH,1:06–cv–08117–AKH
1:06–cv–08118–AKH,1:06–cv–08122–AKH,1:06–cv–08956–AKH,1:06–cv–08957–AKH,1:06–cv–08958–AKH
1:06–cv–08959–AKH,1:06–cv–08960–AKH,1:06–cv–08961–AKH,1:06–cv–08962–AKH,1:06–cv–08963–AKH
1:06–cv–08964–AKH,1:06–cv–08965–AKH,1:06–cv–08966–AKH,1:06–cv–08967–AKH,1:06–cv–08968–AKH
1:06–cv–08969–AKH,1:06–cv–08970–AKH,1:06–cv–08971–AKH,1:06–cv–08972–AKH,1:06–cv–08973–AKH
1:06–cv–08980–AKH,1:06–cv–08981–AKH,1:06–cv–08982–AKH,1:06–cv–08983–AKH,1:06–cv–08984–AKH
1:06–cv–11535–AKH(Tyrrell, James) (Entered: 11/15/2006)

| | | |
|---|---|---|
| 11/16/2006 | 545 | NOTICE OF APPEAL from 534 Memorandum &Opinion,,,. Document filed by The Port Authority of New York & Jersey, Bovis Lend Lease Interiors, Inc., Tully Construction Co., Inc., Turner Constru Company, Turner Construction International, L.L.C., The City of New York, AMEC Construction Management, Inc Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consulting Corp., Associates Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Turner/Plaza, A Joint Ventur fee $ 455.00, receipt number E597368. [This document applies to all World Trade Center Disaster Site Litigation]. ( (Entered: 11/16/2006) |
| 11/16/2006 | 546 | NOTICE OF APPEARANCE by Demetra Sophocleous on behalf of Musco Sports Lighting, LLC (Sophocleous, De (Entered: 11/16/2006) |
| 11/16/2006 | | Transmission of Notice of Appeal to the District Judge re: 545 Notice of Appeal. (nd, ) (Entered: 11/16/2006) |
| 11/16/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 545 Notice of Ap ) (Entered: 11/16/2006) |
| 11/16/2006 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 144 Rule 7. Corporate Disclosure Statement filed by Plaza Construction Corp.,, 232 Memorandum of Law in Support of Motion The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Prop Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C., Silverstein WTC Management Co., L.L.C World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Sil WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC L.L.C.,, Silverstein Properties, Inc.,,, 68 Order,,, 260 Order,,, 288 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 438 Response in Oppositio Motion, filed by Plaintiffs Liaison Counsel,, 414 Order,,, 310 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 82 Order,,,, 404 MOTION Dismiss. filed by Turner Construction Company,, Turner/Plaza, A Joint Venture,, 132 Rule 7.1 Corporate Disclosur Statement filed by Plaza Construction Corp.,, 382 Endorsed Letter,,, 226 Answer to Complaint filed by World Trade Properties LLC,, 104 Answer to Complaint filed by City of New York,, 486 Order on Motion for Summary Judgme MOTION for Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield Am Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,,, 528 Endorsed Letter,, 376 En Letter,,, 517 Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript, 175 Answer to Complaint filed b Construction Corp.,, 445 Notice of Appearance filed by John Montalvo,, marion s. mishkin,, 230 Answer to Compla by Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, 420 Endorsed Letter,, 509 Master Allegations filed by Liaison Counsel,, 545 Notice of Appeal, filed by Turner Construction Company,, Bechtel Corporation,, The Port A of New York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, A Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 384 Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,, filed by City of York,,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction C Tully Environmental, Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, B Associates Professiona;l Corporation,, 74 Stipulation and Order,, 76 Endorsed Letter,, 355 Order, Add and Terminat Attorneys,,, 396 Affidavit in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed by Th Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, In Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C., Silverstein WTC Management Co., L.L.C.,, 2 V Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C. Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silv |

WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC L.L.C.,, Silverstein Properties, Inc.,,, 314 Order,, 375 Notice of Voluntary Dismissal – Signed,, 204 Rule 7.1 Corpor Disclosure Statement filed by Plaza Construction Corp.,, 449 Affidavit in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by Michael Chambers,, 46 Affidavit of Servi 344 Opposition Brief filed by Bovis Lend Lease LMB, Inc.,, 55 Endorsed Letter,, 107 Answer to Complaint filed by New York,, 300 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison C 417 Endorsed Letter,, 482 Order,,, 327 Notice of Appearance filed by Wolkow Braker Roofing Corporation,, 113 A Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure Statement filed by Tishman Const Corporation of New York,, Tishman Construction Corporation of Manhattan,, 108 Rule 7.1 Corporate Disclosure St filed by Plaza Construction Corp.,, 378 CROSS MOTION to Remand to State Court. filed by Battery Park City Aut 254 Order on Motion to Appear Pro Hac Vice, 332 Notice (Other) filed by Plaintiffs Liaison Counsel,, 303 Waiver o Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate D Statement filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 No Appearance, filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavi Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by Charles Dalton,, 57 Order,,, MOTION for Judgment on the Pleadings *Based on State Statutory Immunity*. filed by The Port Authority of New Yo &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey Answer to Complaint filed by Plaza Construction Corp.,, 259 Order,,, 170 Rule 7.1 Corporate Disclosure Statement Plaza Construction Corp.,, 534 Memorandum &Opinion,,,, 33 Order,,,,,,, 524 Notice (Other) filed by Plaintiffs Liais Counsel,, 494 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L. Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silvers WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC L.L.C.,, Silverstein Properties, Inc.,, 83 Case Management Plan,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac *behalf of Plaintiffs' Liaison Counsel*. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza Construction Corp.,, 320 Endorsed Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,, Opposition Brief filed by The City of New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Br Works Co.,, 79 Order, Set Deadlines,,,,, 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction C MOTION for Joseph E. Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Compan AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Co 323 Rule 7.1 Corporate Disclosure Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Suppor Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by City of N York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction C Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 49 Rule 56.1 S filed by City of New York,, 290 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Pla Liaison Counsel,, 127 Answer to Complaint filed by Plaza Construction Corp.,, 264 Declaration,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Phillips and Jordan,, 461 Notice (Other) filed by Plai Liaison Counsel,, 283 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Plaintiffs Liaison Counsel,, 208 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 365 Or Order, 151 Answer to Complaint filed by Plaza Construction Corp.,, 412 Order,,,,, 159 Answer to Complaint filed b Construction Corp.,, 121 Answer to Complaint filed by Plaza Construction Corp.,, 489 Endorsed Letter,, 380 Endors Letter,, 40 Affidavit of Service Other,, 406 Endorsed Letter,, 50 MOTION for Summary Judgment. filed by City of York,, 207 Answer to Complaint filed by Plaza Construction Corp.,, 280 Subpoena Issued, filed by Defendants,, 47 7.1 Corporate Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environment Bechtel Associates Professiona;l Corporation,, Bechtel,, 42 Affidavit of Service Other, 255 Notice (Other), Notice ( filed by City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction C 364 Notice (Other) filed by Plaintiffs Liaison Counsel,, 348 Endorsed Letter,, 464 Reply,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professiona;l Corporation,, Bechtel,, 390 Rule 56.1 Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully

Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, 87 Notice (Other), Notice (Other) filed by Westfield Corporation,, Westfield WTC
Westfield America, Inc.,, Westfield WTC Holding LLC.,, 32 Order,,,, 537 Endorsed Letter,, 496 Reply Memorandu
in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,, filed by Silverstein Properties, I
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.
Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Case Management Plan,,,,, 195 Answer to Complaint filed by Plaza Construction Corp.,, 298 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 133 Answer to Complaint
Plaza Construction Corp.,, 316 Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, 123 Answer to Complaint filed
Construction Corp.,, 154 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 143 Answer t
Complaint filed by Plaza Construction Corp.,, 101 Answer to Complaint filed by City of New York,, 322 Rule 7.1 C
Disclosure Statement filed by Verizon New York Inc.,, 220 Rule 7.1 Corporate Disclosure Statement filed by Plaza
Construction Corp.,, 325 Order,, 176 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 4
Protective Order,, 217 Answer to Complaint filed by Plaza Construction Corp.,, 321 Notice of Appearance filed by
New York Inc.,, Verizon Properties Inc.,, 400 Rule 56.1 Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverst
Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Prop
LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L
Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings,
5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,, 379 Memorandum of Law in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,, filed by Battery Park City Authority,, 245 Order,, 139 A
to Complaint filed by Plaza Construction Corp.,, 70 MOTION to Dismiss. filed by The Port Authority of New York
Jersey,, World Trade Center Properties LLC,, 275 Declaration in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Defendants,, 539 Order, 239 Answer to Complaint filed
of New York,, 488 Declaration,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,, filed by City of New Y
Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,,
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovi
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 161 Answer to Complaint filed by Plaza Construction Corp.,, 293 Waiver of Se
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 291 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 91 Endorsed Letter,, 199 A
Complaint filed by Plaza Construction Corp.,, 299 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
filed by Plaintiffs Liaison Counsel,, 206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.
Endorsed Letter,, 118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 137 Answer to C
filed by Plaza Construction Corp.,, 84 Declaration,, 198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Con
Corp.,, 469 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,
filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverst
Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Prop
LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L
Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings,
5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,, 313 Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, 243 Order,,,, 532 Order,,, 453 Notice of Change of Address,,,, filed by City of New York
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, LaStrada General Contracting Corp.,, I
Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.
Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Li
Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries,
Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc. and Tully Construction
Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Le
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,,
Group, Inc.,, SKIDMORE OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC,, Total Safe
Consulting, LLC,, Wolkow Braker Roofing Corporation,, 103 Answer to Complaint filed by City of New York,, 53
Endorsed Letter, Set Deadlines/Hearings,,, 311 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
by Plaintiffs Liaison Counsel,, 169 Answer to Complaint filed by Plaza Construction Corp.,, 277 Order,, 52 Respons
Order, 333 Notice (Other) filed by Plaintiffs Liaison Counsel,, 436 Response in Opposition to

Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 93 Remark fi
Nomura Holding America, Inc.,, 110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 1
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 231 MOTION seeking an order deeming
cross−claims for contribution or indemnity as amongst all co−defendants to have been made and denied.. (Filing Fe
39.00.) filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 216 Rule 7.1 Corporate Disclosure Statement filed
Construction Corp.,, 135 Answer to Complaint filed by Plaza Construction Corp.,, 183 Answer to Complaint filed b
Construction Corp.,, 508 Master Allegations filed by Plaintiffs Liaison Counsel,, 306 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 69 Order, Set Hearings,, 2
Counter Statement to Rule 56.1,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, filed by City of New Y
Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovi
Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovi
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 352 Order, Add and Termi
Attorneys,,,, 36 Order of Dismissal,, 493 Reply Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,, filed by Consolidated Edison Company of New
Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solution
Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison
Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 533 Order,, 190 Rule 7.1 Corpo
Disclosure Statement filed by Plaza Construction Corp.,, 369 Notice of Appearance, filed by Tishman Construction
Corporation of New York,, Tishman Construction Corporation of Manhattan,, 304 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 128 Rule 7.1 Corporate D
Statement filed by Plaza Construction Corp.,, 71 Memorandum of Law in Support of Motion filed by The Port Auth
New York &New Jersey,, World Trade Center Properties LLC,, 523 Notice (Other) filed by Plaintiffs Liaison Coun
Answer to Complaint filed by Plaza Construction Corp.,, 419 Affirmation in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by Michael Chambers,, 309 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 446 Notice of Change of
Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co
LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis
Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend
Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bov
Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mu
Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC
KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, 256 Notice
filed by Tully Construction Co., Inc.,, 409 CROSS MOTION to Dismiss *Master Complaint*. filed by Phillips and Jo
Order,,, 269 Protective Order,, 106 Answer to Complaint filed by City of New York,, 212 Rule 7.1 Corporate Disclo
Statement filed by Plaza Construction Corp.,, 178 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 102 Answer to Complaint filed by City of New York,, 452 Stipulation and Order,, 30 Notice (Other) filed by
Patrick Ryan,, Charles Markey,, 229 Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,, 413
Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,, 318 Order, Set Deadlines/Hearings,,,,,,,,,, 392 MOTION
Summary Judgment *Based on Federal Immunity*. filed by The Port Authority of New York &New Jersey,, The Port
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by The Po
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.
Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silv
WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein
Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC
L.L.C.,, Silverstein Properties, Inc.,,, 235 Order on Motion to Appear Pro Hac Vice,, 487 Order,,,, 179 Answer to Co

filed by Plaza Construction Corp.,, 221 Answer to Complaint filed by Plaza Construction Corp.,, 454 Declaration in Support,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Tishman Construction Corporation of Ne Tishman Construction Corporation of Manhattan,, 522 Notice (Other) filed by Plaintiffs Liaison Counsel,, 165 Answ Complaint filed by Plaza Construction Corp.,, 266 Endorsed Letter,,, 484 Order on Motion for Leave to Appear,,, 37 of Appearance filed by Verizon Communications Inc.,, 367 Rule 7.1 Corporate Disclosure Statement filed by Tishm Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 124 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 490 Endorsed Letter,, 56 Order,,,,, 281 Order,, 292 Waiver Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 138 Answer to Co filed by Plaza Construction Corp.,, 527 Reply Memorandum of Law,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Properties, Inc.,, B Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillips and Jordan,, Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein WTC Properties, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, Turner/Plaza, A Joint Venture,, 483 Order, 307 Waiver of S Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 85 Case Management Plan Endorsed Letter,, 233 Opposition Brief, filed by Plaintiffs Liaison Counsel,, 301 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 173 Answer to Complaint Plaza Construction Corp.,, 182 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 397 Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne and New Jersey,, 470 Reply Memorandum of Law,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Leas Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Bechtel,, 43 Affidavit of Service Other, 295 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 89 Order,,, 349 Endorsed 48 Declaration in Support, filed by City of New York,, 155 Answer to Complaint filed by Plaza Construction Corp., Transcript, 45 Affidavit of Service Other, 289 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, by Plaintiffs Liaison Counsel,, 458 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professiona;l Corporation,, Bechtel,, 383 MOTION to Dismiss. filed by City of New York,, Turner Construction Co Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, 62 Order,,, 541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by Plaintiffs Liaison Counsel,, 519 Order,, 328 Notice of Appearance filed by Zeckendorf Realty, L.P.,, 278 Remark,, 5 Endorsed Letter, Set Deadlines/Hearings,,,,, 73 Order,,, 116 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 338 Notice of Appearance filed by Nomura Holding America, Inc.,, 271 MOTION to Compel A and for Sanctions for Failure to Comply. filed by Plaintiffs Liaison Counsel,, 160 Rule 7.1 Corporate Disclosure Sta filed by Plaza Construction Corp.,, 462 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by Westfield Corporation, Inc.,, Westfield W LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 270 Order,,,,, 393 Certificate of Service Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by City of New York,, Turner Construction Comp Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp 223 Answer to Complaint filed by Plaza Construction Corp.,, 261 Endorsed Letter,, 345 Opposition Brief filed by C New York,, 64 Transcript, 366 Notice of Appearance filed by The Bank of New York Company, Inc.,, The Bank of York,, One Wall Street Holdings LLC,, One Wall Street Corporation,, The Bank of New York Trust Company,, 285 of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 502 Order,,,, 5 Notice of Appearance filed by Nomura Holding America, Inc.,, 500 Stipulation and Order of Dismissal,,, 228 Rule Corporate Disclosure Statement filed by Tully Construction Co., Inc.,,, 546 Notice of Appearance filed by Musco Sp

Lighting, LLC,, 222 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 215 Answer to Co
filed by Plaza Construction Corp.,, 346 Opposition Brief filed by City of New York,, 510 Master Allegations filed b
Plaintiffs Liaison Counsel,, 98 Order,,, 120 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Co
Answer to Complaint filed by Plaza Construction Corp.,, 202 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 372 Notice of Appearance filed by Verizon Communications Inc.,, 238 Affirmation in Support
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Consolidated Edison Company of New York, Inc.,, Consolidated
Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso
Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co
Inc.,, Consolidated Edison Development, Inc.,, 105 Answer to Complaint filed by City of New York,, 185 Answer t
Complaint filed by Plaza Construction Corp.,, 480 Endorsed Letter,,, 531 Order,, 99 Order Admitting Attorney Pro
Vice,, 111 Answer to Complaint filed by Plaza Construction Corp.,, 354 Order, Add and Terminate Attorneys,,, 471
Declaration in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by City of New Y
Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovi
Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 41 Affidavit of Service Oth
Affidavit in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by John Montalvo
Notice (Other), Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties
193 Answer to Complaint filed by Plaza Construction Corp.,, 146 Rule 7.1 Corporate Disclosure Statement filed by
Construction Corp.,, 125 Answer to Complaint filed by Plaza Construction Corp.,, 279 Reply to Response to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 543 MOTION for Leave to
the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed by City of New York,, Turner Construction Company,,
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, 167 Answer to Complaint filed by Plaza Construction Corp.,, 339 Notice (Other) filed by Plaintiffs Liaiso
Counsel,, 441 Affidavit in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by
Montalvo,, 485 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
filed by marion s. mishkin,, 248 Case Management Plan,, 526 Stipulation and Order of Dismissal,, 184 Rule 7.1 Cor
Disclosure Statement filed by Plaza Construction Corp.,, 150 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 236 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 334 Order,,
Deadlines/Hearings,,,, 37 Order,,,,, 129 Answer to Complaint filed by Plaza Construction Corp.,, 117 Answer to Cor
filed by Plaza Construction Corp.,, 513 Master Allegations filed by Plaintiffs Liaison Counsel,, 241 Answer to Com
filed by The Port Authority of New York &New Jersey,, 341 Opposition Brief filed by The City of New York,, 386
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by City of
York,, Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.
Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 141 Answer to Complaint filed by Pl
Construction Corp.,, 282 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
City of New York,, 38 Order,,, 181 Answer to Complaint filed by Plaza Construction Corp.,, 197 Answer to Compla
by Plaza Construction Corp.,, 211 Answer to Complaint filed by Plaza Construction Corp.,, 97 Answer to Complaint
City of New York,, 168 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 134 Rule 7.1 C
Disclosure Statement filed by Plaza Construction Corp.,, 162 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 177 Answer to Complaint filed by Plaza Construction Corp.,, 340 Order, 59 Order,, 439 Endor
Letter,, 35 Order,,,,, 317 Rule 26 Disclosure filed by Plaintiffs Liaison Counsel,, 474 Answer to Complaint, Third P
Complaint filed by Phillips and Jordan,, 507 Master Allegations filed by Plaintiffs Liaison Counsel,, 210 Rule 7.1 C
Disclosure Statement filed by Plaza Construction Corp.,, 276 Memorandum of Law in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Bechtel,, 287 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 227 Answer to Complaint
The Port Authority of New York &New Jersey,, 515 Affidavit of Service
Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 44 Affidavit
Service Other, 498 Stipulation and Order of Dismissal,, 360 Order, Add and Terminate Attorneys,,, 418 Affirmation
Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by Thomas Asher,, 192 Rule 7.1
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 315 Order,,, 172 Rule 7.1 Corporate Disclosure
Statement filed by Plaza Construction Corp.,, 394 MOTION for Summary Judgment *Based Upon Status as
Out−of−Possession Lessees.* filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent

L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, **407** Rule 7.1 Corporate Disclosure Statement filed b
Environmental Inc.,, **218** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **258** Endorsed
**410** Notice of Appearance filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.
Order, Add and Terminate Attorneys,,, **130** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Co
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **403** Memorandum of Law in Support o
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein Pro
Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.
World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,,
Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silver
WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings,
WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, **115** Answer to Complaint filed by
Construction Corp.,, **188** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **296** Waiver o
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, **463** Reply Memorandum o
Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by Consolidated Edison Compan
New York, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edis
Solutions, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidate
Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, **53** Declaration in Opposition to
**415** Notice of Substitution of Attorney, filed by Murray Hill Properties LLC,, **398** Rule 56.1
Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein P
Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.
World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,,
Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silver
WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings,
WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, **237** Answer to Complaint filed by
Authority of New York &New Jersey,, **465** Reply Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by The Port Authority of New York &New J
The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, Frances Tarta
**272** MOTION to Compel *Defendant Bechtel's Compliance with Subpoenas and for an Order of Contempt for their f
respond to same.* filed by Plaintiffs Liaison Counsel,, **497** Reply Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverste
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Hold
L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,,
Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, **294** Waiver of
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, **145** Answer to Complaint
Plaza Construction Corp.,, **156** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **389**
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by Westfield
Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield America
Westfield WTC Holding LLC.,, **63** Endorsed Letter, Set Hearings,,,,, **371** Notice of Appearance, filed by Tishman
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, **326** Order,,, **350** Notice
filed by Verizon New York Inc.,, Verizon Properties Inc.,, **174** Rule 7.1 Corporate Disclosure Statement filed by Pla
Construction Corp.,, **444** Notice of Appearance filed by CDL (New York) L.L.C.,, **205** Answer to Complaint filed b
Construction Corp.,, **88** Notice (Other), Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,,
Westfield America, Inc.,, Westfield WTC Holding LLC.,, **447** Notice (Other) filed by Verizon New York Inc.,, Veri
Communications Inc.,, Verizon Properties Inc.,, **331** Endorsed Letter,, **164** Rule 7.1 Corporate Disclosure Statement
Plaza Construction Corp.,, **72** Remark filed by The Port Authority of New York &New Jersey,, World Trade Center
Properties LLC,, **377** Order, Set Deadlines,,,,, **60** Order,,, **219** Answer to Complaint filed by Plaza Construction Cor
Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, **448** Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Prop
Inc.,, **96** Answer to Complaint filed by City of New York,, **171** Answer to Complaint filed by Plaza Construction Co
Certificate of Service Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by City of New York,,
Construction Company,, Bechtel Corporation,, Tully Construction Co. Inc.,, AMEC Construction Management, Inc
Construction Corp.,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental In
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be
Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, **373** N

Appearance filed by Verizon Communications Inc.,, 359 Order, Add and Terminate Attorneys,,, 242 Answer to Com filed by Silverstein Properties, Inc.,, World Trade Center Properties LLC,, 90 Case Management Plan,,,,,,, 401 Rule Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by The Port Authority of New York &New Jer Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 286 Waiver of Ser Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 47 Order,, 347 Notice (Ot by Plaintiffs Liaison Counsel,, 499 Stipulation and Order of Dismissal,,, 147 Answer to Complaint filed by Plaza Construction Corp.,, 153 Answer to Complaint filed by Plaza Construction Corp.,, 411 Rule 7.1 Corporate Disclosu Statement filed by Turner/Plaza, A Joint Venture,, 542 FIRST MOTION For Leave To File Plaintiffs' Master Comp To Fresh Kills Defendants re: 541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendant *Memorandum In Support.* filed by Plaintiffs Liaison Counsel,, 67 Endorsed Letter,, 65 Endorsed Letter,, 112 Rule 7 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 244 Notice (Other) filed by Latham &Watkins L Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,, filed New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Bechtel,, 324 Notice of Appearance filed by Verizon New York Inc., Properties Inc.,, 506 Endorsed Letter,, 395 MOTION for Judgment on the Pleadings *Based on State Common Law* filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Por Authority of New York and New Jersey,, 203 Answer to Complaint filed by Plaza Construction Corp.,, 214 Rule 7. Corporate Disclosure Statement filed by Plaza Construction Corp.,, 180 Rule 7.1 Corporate Disclosure Statement fil Plaza Construction Corp.,, 385 MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solution Consolidated Edison Company of New York,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 358 Order, Add and Terminate Attorneys,,, 511 Master Allegations filed by Plaintiffs Liaison Counsel,, 442 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by John Montalvo,, 535 Endorsed Letter,, 2 Answer to Complaint filed by Plaza Construction Corp.,, 186 Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, 353 Order, Add and Terminate Attorneys,, 514 Master Allegations filed by Plaintiffs Liaison C 75 Endorsed Letter,, Add and Terminate Attorneys, 77 Endorsed Letter,, 225 Answer to Complaint filed by Plaza Construction Corp.,, 274 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Defendants,, 481 Order,, 39 Affidavit of Service Other, 95 Notice (Other), Notice (Other) filed by Westfield Corpo Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC.,, 126 Rule 7.1 Corporate Disc Statement filed by Plaza Construction Corp.,, 200 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,, 157 Answer to Complaint filed by Plaza Construction Corp.,, 284 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 330 Notice (Other), Notic filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, 209 Answer to Complaint filed by Plaza Construction Corp.,, 41 Order,, 468 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Por Authority of New York and New Jersey,, Frances Tartamella,, 34 Order,, 370 Rule 7.1 Corporate Disclosure Sta filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 356 O and Terminate Attorneys,, 402 Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Authority of New York and New Jersey,, 246 Transcript,, 122 Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, 451 Protective Order, 437 Notice (Other) filed by Plaintiffs Liaison Counsel,, 512 Master Alleg filed by Plaintiffs Liaison Counsel,, 337 Endorsed Letter, Set Deadlines/Hearings,,,,,, 391 Declaration in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by City of New York,, Turner Construction Co Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tu Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl Joint Venture,, Bechtel Associates Professiona;l Corporation,, 51 Memorandum of Law in Support of Motion filed b New York,, 194 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 149 Answer to Compl by Plaza Construction Corp.,, 196 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 435 Appearance filed by Antonio E. Alves,, Maria E. Alves,, 455 Endorsed Letter,,, 54 Order,, 495 Stipulation and Orde Dismissal,, 61 Transcript, 158 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 308 Wai Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 240 Answer to Co filed by City of New York,, 443 Notice of Appearance,,,,, filed by Turner Construction Co.,, Turner Construction C Bechtel Corporation,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis L Lease Inc,, Tully Construction Co., Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza

| | | |
|---|---|---|
| | | Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Bechtel Associates Professiona;l Corporation,, 247 Answer to Complaint filed by World Trade Center Properties LLC,, 525 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Coun Notice (Other), Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties 140 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 466 Reply Affidavit in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, filed by The Port Authority of New York &Ne Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 Wor Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Aut New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.( WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC H L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Master Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegations filed by Plaintiffs Liaison Counsel,, Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, 302 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate D Statement filed by Plaza Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,, 305 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Coun MOTION to Compel *the Depositions of Lawrence Martin, Esq., and Kenneth Becker, Esq.*. filed by Plaintiffs Liaisc Counsel,, 191 Answer to Complaint filed by Plaza Construction Corp.,, 343 Opposition Brief filed by City of New Y 268 Order Lifting Stay,,, 361 Order, Add and Terminate Attorneys,,, 136 Rule 7.1 Corporate Disclosure Statement f Plaza Construction Corp.,, 265 Order,,, 297 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Plaintiffs Liaison Counsel,, 312 Order, were transmitted to the U.S. Court of Appeals. (nd, ) (Entered: 11/16/2006) |
| 1/27/2006 | 547 | SUMMARY ORDER... given the intense public interest in speedily moving this case towards resolution, the district not divested of jurisdiction. There will be no adjournment of proceedings, and all parties are to appear at Status Con set for 11/28/2006 2:00 PM before Judge Alvin K. Hellerstein. (Signed by Judge Alvin K. Hellerstein on 11/27/06) (Entered: 11/27/2006) |
| 1/28/2006 | | Minute Entry for proceedings held before Judge Barbara S. Jones : Status Conference held on 11/28/2006. (rjm, ) (E 12/15/2006) |
| 2/04/2006 | 548 | ORDER denying 378 Motion to Remand to State Court... Plaintiffs' motions to remand are denied. I note that plainti some of these cases fail to specify adequately where and when the injury occurred, particularly in 05–2716, 05–716 05–7210, and 05–7266. Plaintiffs in these four cases are ordered, by separate pleading on or before 12/22/06 to ide precise dates and locations, by World Trade Center quadrant or other specific location, of the injuries claimed to hav suffered, and a description of such injuries. Plaintiffs who fail timely to file such pleadings shall have their complain dismissed. This Document relates to 21MC102. (Signed by Judge Alvin K. Hellerstein on 12/4/06) (rjm, ) (Entered: 12/05/2006) |
| 2/07/2006 | 549 | TRANSCRIPT of proceedings held on 11/28/2006 at 2:10 p.m. before Judge Alvin K. Hellerstein. (aba, ) (Entered: 12/07/2006) |
| 2/11/2006 | 550 | MEMORANDUM OF LAW in Opposition re: 542 FIRST MOTION For Leave To File Plaintiffs' Master Complain Fresh Kills Defendants re: 541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. *Memorandum In Support*., 541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants.. Document filed by City of New York, Phillips and Jordan. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:21–mc–00100–AKH,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH |

1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH

Case: 1:05-cv-01216-AKH    As of: 07/27/2012 02:04 PM EDT    954 of 1805

1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH

1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH

1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH
1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH
1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
1:06–cv–06233–AKH,1:06–cv–06234–AKH,1:06–cv–06360–AKH,1:06–cv–06396–AKH,1:06–cv–06714–AKH
1:06–cv–06715–AKH,1:06–cv–06716–AKH,1:06–cv–06717–AKH,1:06–cv–06718–AKH,1:06–cv–06719–AKH
1:06–cv–06720–AKH,1:06–cv–06721–AKH,1:06–cv–06722–AKH,1:06–cv–06723–AKH,1:06–cv–06724–AKH
1:06–cv–06725–AKH,1:06–cv–06726–AKH,1:06–cv–06727–AKH,1:06–cv–06728–AKH,1:06–cv–06729–AKH

1:06–cv–06730–AKH,1:06–cv–06731–AKH,1:06–cv–06732–AKH,1:06–cv–06733–AKH,1:06–cv–06734–AKH
1:06–cv–06735–AKH,1:06–cv–06736–AKH,1:06–cv–06737–AKH,1:06–cv–06738–AKH,1:06–cv–06739–AKH
1:06–cv–06740–AKH,1:06–cv–06741–AKH,1:06–cv–06742–AKH,1:06–cv–06743–AKH,1:06–cv–06744–AKH
1:06–cv–06745–AKH,1:06–cv–06746–AKH,1:06–cv–06747–AKH,1:06–cv–06748–AKH,1:06–cv–06749–AKH
1:06–cv–06750–AKH,1:06–cv–06751–AKH,1:06–cv–06752–AKH,1:06–cv–06753–AKH,1:06–cv–06754–AKH
1:06–cv–06755–AKH,1:06–cv–06756–AKH,1:06–cv–06757–AKH,1:06–cv–06758–AKH,1:06–cv–06759–AKH
1:06–cv–06760–AKH,1:06–cv–06761–AKH,1:06–cv–06762–AKH,1:06–cv–06763–AKH,1:06–cv–06764–AKH
1:06–cv–06765–AKH,1:06–cv–06766–AKH,1:06–cv–06767–AKH,1:06–cv–06768–AKH,1:06–cv–06769–AKH
1:06–cv–06770–AKH,1:06–cv–06771–AKH,1:06–cv–06772–AKH,1:06–cv–06773–AKH,1:06–cv–06774–AKH
1:06–cv–06775–AKH,1:06–cv–06776–AKH,1:06–cv–06777–AKH,1:06–cv–06778–AKH,1:06–cv–06779–AKH
1:06–cv–06780–AKH,1:06–cv–06781–AKH,1:06–cv–06782–AKH,1:06–cv–06783–AKH,1:06–cv–06784–AKH
1:06–cv–06785–AKH,1:06–cv–06786–AKH,1:06–cv–06787–AKH,1:06–cv–06788–AKH,1:06–cv–06789–AKH
1:06–cv–06790–AKH,1:06–cv–06791–AKH,1:06–cv–06792–AKH,1:06–cv–06793–AKH,1:06–cv–06794–AKH
1:06–cv–06795–AKH,1:06–cv–06796–AKH,1:06–cv–06797–AKH,1:06–cv–06798–AKH,1:06–cv–06799–AKH
1:06–cv–06800–AKH,1:06–cv–06801–AKH,1:06–cv–06802–AKH,1:06–cv–06803–AKH,1:06–cv–06804–AKH
1:06–cv–06805–AKH,1:06–cv–06806–AKH,1:06–cv–06807–AKH,1:06–cv–06808–AKH,1:06–cv–06809–AKH
1:06–cv–06810–AKH,1:06–cv–06811–AKH,1:06–cv–06812–AKH,1:06–cv–06813–AKH,1:06–cv–06912–AKH
1:06–cv–06913–AKH,1:06–cv–06914–AKH,1:06–cv–06915–AKH,1:06–cv–06916–AKH,1:06–cv–06917–AKH
1:06–cv–06918–AKH,1:06–cv–06919–AKH,1:06–cv–06920–AKH,1:06–cv–06921–AKH,1:06–cv–07044–AKH
1:06–cv–07045–AKH,1:06–cv–07046–AKH,1:06–cv–07047–AKH,1:06–cv–07048–AKH,1:06–cv–07049–AKH
1:06–cv–07050–AKH,1:06–cv–07051–AKH,1:06–cv–07127–AKH,1:06–cv–07128–AKH,1:06–cv–07129–AKH
1:06–cv–07130–AKH,1:06–cv–07191–AKH,1:06–cv–07192–AKH,1:06–cv–07193–AKH,1:06–cv–07194–AKH
1:06–cv–07195–AKH,1:06–cv–07213–AKH,1:06–cv–07214–AKH,1:06–cv–07215–AKH,1:06–cv–07216–AKH
1:06–cv–07217–AKH,1:06–cv–07218–AKH,1:06–cv–07219–AKH,1:06–cv–07220–AKH,1:06–cv–07221–AKH
1:06–cv–07222–AKH,1:06–cv–07223–AKH,1:06–cv–07224–AKH,1:06–cv–07225–AKH,1:06–cv–07226–AKH
1:06–cv–07227–AKH,1:06–cv–07228–AKH,1:06–cv–07229–AKH,1:06–cv–07230–AKH,1:06–cv–07231–AKH
1:06–cv–07232–AKH,1:06–cv–07233–AKH,1:06–cv–07234–AKH,1:06–cv–07235–AKH,1:06–cv–07236–AKH
1:06–cv–07237–AKH,1:06–cv–07238–AKH,1:06–cv–07239–AKH,1:06–cv–07240–AKH,1:06–cv–07241–AKH
1:06–cv–07242–AKH,1:06–cv–07243–AKH,1:06–cv–07244–AKH,1:06–cv–07245–AKH,1:06–cv–07246–AKH
1:06–cv–07247–AKH,1:06–cv–07248–AKH,1:06–cv–07249–AKH,1:06–cv–07250–AKH,1:06–cv–07251–AKH
1:06–cv–07252–AKH,1:06–cv–07253–AKH,1:06–cv–07254–AKH,1:06–cv–07255–AKH,1:06–cv–07256–AKH
1:06–cv–07257–AKH,1:06–cv–07258–AKH,1:06–cv–07259–AKH,1:06–cv–07260–AKH,1:06–cv–07261–AKH
1:06–cv–07262–AKH,1:06–cv–07263–AKH,1:06–cv–07264–AKH,1:06–cv–07265–AKH,1:06–cv–07266–AKH
1:06–cv–07267–AKH,1:06–cv–07268–AKH,1:06–cv–07269–AKH,1:06–cv–07270–AKH,1:06–cv–07271–AKH
1:06–cv–07272–AKH,1:06–cv–07273–AKH,1:06–cv–07274–AKH,1:06–cv–07275–AKH,1:06–cv–07276–AKH
1:06–cv–07277–AKH,1:06–cv–07278–AKH,1:06–cv–07279–AKH,1:06–cv–07280–AKH,1:06–cv–07281–AKH
1:06–cv–07282–AKH,1:06–cv–07283–AKH,1:06–cv–07284–AKH,1:06–cv–07285–AKH,1:06–cv–07286–AKH
1:06–cv–07287–AKH,1:06–cv–07288–AKH,1:06–cv–07289–AKH,1:06–cv–07290–AKH,1:06–cv–07291–AKH
1:06–cv–07292–AKH,1:06–cv–07293–AKH,1:06–cv–07294–AKH,1:06–cv–07295–AKH,1:06–cv–07296–AKH
1:06–cv–07297–AKH,1:06–cv–07298–AKH,1:06–cv–07299–AKH,1:06–cv–07300–AKH,1:06–cv–07301–AKH
1:06–cv–07302–AKH,1:06–cv–07303–AKH,1:06–cv–07304–AKH,1:06–cv–07305–AKH,1:06–cv–07306–AKH
1:06–cv–07307–AKH,1:06–cv–07308–AKH,1:06–cv–07309–AKH,1:06–cv–07310–AKH,1:06–cv–07311–AKH
1:06–cv–07312–AKH,1:06–cv–07313–AKH,1:06–cv–07314–AKH,1:06–cv–07315–AKH,1:06–cv–07316–AKH
1:06–cv–07317–AKH,1:06–cv–07318–AKH,1:06–cv–07319–AKH,1:06–cv–07320–AKH,1:06–cv–07321–AKH
1:06–cv–07322–AKH,1:06–cv–07323–AKH,1:06–cv–07324–AKH,1:06–cv–07325–AKH,1:06–cv–07326–AKH
1:06–cv–07327–AKH,1:06–cv–07328–AKH,1:06–cv–07329–AKH,1:06–cv–07330–AKH,1:06–cv–07331–AKH
1:06–cv–07332–AKH,1:06–cv–07333–AKH,1:06–cv–07334–AKH,1:06–cv–07335–AKH,1:06–cv–07336–AKH
1:06–cv–07337–AKH,1:06–cv–07338–AKH,1:06–cv–07339–AKH,1:06–cv–07340–AKH,1:06–cv–07341–AKH
1:06–cv–07342–AKH,1:06–cv–07343–AKH,1:06–cv–07344–AKH,1:06–cv–07345–AKH,1:06–cv–07346–AKH
1:06–cv–07347–AKH,1:06–cv–07348–AKH,1:06–cv–07349–AKH,1:06–cv–07350–AKH,1:06–cv–07351–AKH
1:06–cv–07352–AKH,1:06–cv–07353–AKH,1:06–cv–07354–AKH,1:06–cv–07355–AKH,1:06–cv–07356–AKH
1:06–cv–07357–AKH,1:06–cv–07358–AKH,1:06–cv–07359–AKH,1:06–cv–07360–AKH,1:06–cv–07361–AKH
1:06–cv–07362–AKH,1:06–cv–07363–AKH,1:06–cv–07364–AKH,1:06–cv–07365–AKH,1:06–cv–07366–AKH
1:06–cv–07367–AKH,1:06–cv–07368–AKH,1:06–cv–07369–AKH,1:06–cv–07370–AKH,1:06–cv–07371–AKH
1:06–cv–07372–AKH,1:06–cv–07373–AKH,1:06–cv–07374–AKH,1:06–cv–07375–AKH,1:06–cv–07376–AKH
1:06–cv–07377–AKH,1:06–cv–07378–AKH,1:06–cv–07379–AKH,1:06–cv–07380–AKH,1:06–cv–07381–AKH
1:06–cv–07382–AKH,1:06–cv–07383–AKH,1:06–cv–07384–AKH,1:06–cv–07385–AKH,1:06–cv–07386–AKH
1:06–cv–07387–AKH,1:06–cv–07388–AKH,1:06–cv–07389–AKH,1:06–cv–07390–AKH,1:06–cv–07391–AKH
1:06–cv–07392–AKH,1:06–cv–07393–AKH,1:06–cv–07394–AKH,1:06–cv–07395–AKH,1:06–cv–07396–AKH
1:06–cv–07397–AKH,1:06–cv–07398–AKH,1:06–cv–07399–AKH,1:06–cv–07400–AKH,1:06–cv–07401–AKH
1:06–cv–07402–AKH,1:06–cv–07403–AKH,1:06–cv–07404–AKH,1:06–cv–07405–AKH,1:06–cv–07406–AKH
1:06–cv–07407–AKH,1:06–cv–07408–AKH,1:06–cv–07409–AKH,1:06–cv–07410–AKH,1:06–cv–07411–AKH
1:06–cv–07412–AKH,1:06–cv–07413–AKH,1:06–cv–07414–AKH,1:06–cv–07415–AKH,1:06–cv–07416–AKH
1:06–cv–07417–AKH,1:06–cv–07418–AKH,1:06–cv–07419–AKH,1:06–cv–07420–AKH,1:06–cv–07421–AKH

```
1:06-cv-07422-AKH,1:06-cv-07423-AKH,1:06-cv-07424-AKH,1:06-cv-07425-AKH,1:06-cv-07426-AKH
1:06-cv-07427-AKH,1:06-cv-07428-AKH,1:06-cv-07429-AKH,1:06-cv-07430-AKH,1:06-cv-07431-AKH
1:06-cv-07432-AKH,1:06-cv-07433-AKH,1:06-cv-07434-AKH,1:06-cv-07435-AKH,1:06-cv-07436-AKH
1:06-cv-07437-AKH,1:06-cv-07438-AKH,1:06-cv-07439-AKH,1:06-cv-07440-AKH,1:06-cv-07441-AKH
1:06-cv-07442-AKH,1:06-cv-07443-AKH,1:06-cv-07444-AKH,1:06-cv-07445-AKH,1:06-cv-07446-AKH
1:06-cv-07447-AKH,1:06-cv-07448-AKH,1:06-cv-07449-AKH,1:06-cv-07450-AKH,1:06-cv-07451-AKH
1:06-cv-07452-AKH,1:06-cv-07453-AKH,1:06-cv-07454-AKH,1:06-cv-07455-AKH,1:06-cv-07456-AKH
1:06-cv-07457-AKH,1:06-cv-07458-AKH,1:06-cv-07459-AKH,1:06-cv-07460-AKH,1:06-cv-07461-AKH
1:06-cv-07462-AKH,1:06-cv-07463-AKH,1:06-cv-07464-AKH,1:06-cv-07465-AKH,1:06-cv-07466-AKH
1:06-cv-07467-AKH,1:06-cv-07468-AKH,1:06-cv-07469-AKH,1:06-cv-07470-AKH,1:06-cv-07471-AKH
1:06-cv-07472-AKH,1:06-cv-07473-AKH,1:06-cv-07474-AKH,1:06-cv-07475-AKH,1:06-cv-07476-AKH
1:06-cv-07477-AKH,1:06-cv-07478-AKH,1:06-cv-07479-AKH,1:06-cv-07480-AKH,1:06-cv-07481-AKH
1:06-cv-07482-AKH,1:06-cv-07483-AKH,1:06-cv-07484-AKH,1:06-cv-07485-AKH,1:06-cv-07486-AKH
1:06-cv-07487-AKH,1:06-cv-07488-AKH,1:06-cv-07489-AKH,1:06-cv-07490-AKH,1:06-cv-07491-AKH
1:06-cv-07492-AKH,1:06-cv-07493-AKH,1:06-cv-07494-AKH,1:06-cv-07495-AKH,1:06-cv-07496-AKH
1:06-cv-07497-AKH,1:06-cv-07498-AKH,1:06-cv-07499-AKH,1:06-cv-07500-AKH,1:06-cv-07501-AKH
1:06-cv-07502-AKH,1:06-cv-07503-AKH,1:06-cv-07504-AKH,1:06-cv-07505-AKH,1:06-cv-07506-AKH
1:06-cv-07507-AKH,1:06-cv-07508-AKH,1:06-cv-07509-AKH,1:06-cv-07510-AKH,1:06-cv-07511-AKH
1:06-cv-07512-AKH,1:06-cv-07513-AKH,1:06-cv-07514-AKH,1:06-cv-07515-AKH,1:06-cv-07516-AKH
1:06-cv-07517-AKH,1:06-cv-07518-AKH,1:06-cv-07519-AKH,1:06-cv-07520-AKH,1:06-cv-07521-AKH
1:06-cv-07522-AKH,1:06-cv-07523-AKH,1:06-cv-07524-AKH,1:06-cv-07525-AKH,1:06-cv-07526-AKH
1:06-cv-07527-AKH,1:06-cv-07528-AKH,1:06-cv-07529-AKH,1:06-cv-07530-AKH,1:06-cv-07531-AKH
1:06-cv-07532-AKH,1:06-cv-07533-AKH,1:06-cv-07534-AKH,1:06-cv-07535-AKH,1:06-cv-07536-AKH
1:06-cv-07537-AKH,1:06-cv-07538-AKH,1:06-cv-07539-AKH,1:06-cv-07540-AKH,1:06-cv-07541-AKH
1:06-cv-07542-AKH,1:06-cv-07543-AKH,1:06-cv-07544-AKH,1:06-cv-07545-AKH,1:06-cv-07546-AKH
1:06-cv-07547-AKH,1:06-cv-07548-AKH,1:06-cv-07549-AKH,1:06-cv-07550-AKH,1:06-cv-07551-AKH
1:06-cv-07552-AKH,1:06-cv-07553-AKH,1:06-cv-07554-AKH,1:06-cv-07555-AKH,1:06-cv-07556-AKH
1:06-cv-07557-AKH,1:06-cv-07558-AKH,1:06-cv-07559-AKH,1:06-cv-07560-AKH,1:06-cv-07561-AKH
1:06-cv-07562-AKH,1:06-cv-07563-AKH,1:06-cv-07564-AKH,1:06-cv-07565-AKH,1:06-cv-07566-AKH
1:06-cv-07567-AKH,1:06-cv-07568-AKH,1:06-cv-07569-AKH,1:06-cv-07570-AKH,1:06-cv-07571-AKH
1:06-cv-07572-AKH,1:06-cv-07573-AKH,1:06-cv-07574-AKH,1:06-cv-07575-AKH,1:06-cv-07576-AKH
1:06-cv-07577-AKH,1:06-cv-07578-AKH,1:06-cv-07579-AKH,1:06-cv-07580-AKH,1:06-cv-07650-AKH
1:06-cv-07652-AKH,1:06-cv-07653-AKH,1:06-cv-07654-AKH,1:06-cv-07655-AKH,1:06-cv-07656-AKH
1:06-cv-07721-AKH,1:06-cv-07730-AKH,1:06-cv-07731-AKH,1:06-cv-07892-AKH,1:06-cv-07893-AKH
1:06-cv-07914-AKH,1:06-cv-07915-AKH,1:06-cv-07916-AKH,1:06-cv-07917-AKH,1:06-cv-07918-AKH
1:06-cv-07919-AKH,1:06-cv-07920-AKH,1:06-cv-07922-AKH,1:06-cv-07937-AKH,1:06-cv-07938-AKH
1:06-cv-07940-AKH,1:06-cv-07948-AKH,1:06-cv-07951-AKH,1:06-cv-07958-AKH,1:06-cv-07965-AKH
1:06-cv-07967-AKH,1:06-cv-07970-AKH,1:06-cv-07973-AKH,1:06-cv-07978-AKH,1:06-cv-07979-AKH
1:06-cv-07985-AKH,1:06-cv-07987-AKH,1:06-cv-07989-AKH,1:06-cv-07996-AKH,1:06-cv-07997-AKH
1:06-cv-08004-AKH,1:06-cv-08007-AKH,1:06-cv-08010-AKH,1:06-cv-08012-AKH,1:06-cv-08016-AKH
1:06-cv-08018-AKH,1:06-cv-08019-AKH,1:06-cv-08021-AKH,1:06-cv-08022-AKH,1:06-cv-08025-AKH
1:06-cv-08026-AKH,1:06-cv-08032-AKH,1:06-cv-08033-AKH,1:06-cv-08034-AKH,1:06-cv-08037-AKH
1:06-cv-08038-AKH,1:06-cv-08052-AKH,1:06-cv-08061-AKH,1:06-cv-08064-AKH,1:06-cv-08068-AKH
1:06-cv-08070-AKH,1:06-cv-08073-AKH,1:06-cv-08074-AKH,1:06-cv-08075-AKH,1:06-cv-08078-AKH
1:06-cv-08079-AKH,1:06-cv-08082-AKH,1:06-cv-08090-AKH,1:06-cv-08091-AKH,1:06-cv-08092-AKH
1:06-cv-08094-AKH,1:06-cv-08099-AKH,1:06-cv-08100-AKH,1:06-cv-08104-AKH,1:06-cv-08107-AKH
1:06-cv-08109-AKH,1:06-cv-08110-AKH,1:06-cv-08113-AKH,1:06-cv-08114-AKH,1:06-cv-08117-AKH
1:06-cv-08118-AKH,1:06-cv-08122-AKH,1:06-cv-08328-AKH,1:06-cv-08329-AKH,1:06-cv-08330-AKH
1:06-cv-08331-AKH,1:06-cv-08332-AKH,1:06-cv-08333-AKH,1:06-cv-08334-AKH,1:06-cv-08335-AKH
1:06-cv-08336-AKH,1:06-cv-08337-AKH,1:06-cv-08338-AKH,1:06-cv-08339-AKH,1:06-cv-08340-AKH
1:06-cv-08341-AKH,1:06-cv-08342-AKH,1:06-cv-08343-AKH,1:06-cv-08344-AKH,1:06-cv-08345-AKH
1:06-cv-08346-AKH,1:06-cv-08347-AKH,1:06-cv-08348-AKH,1:06-cv-08349-AKH,1:06-cv-08350-AKH
1:06-cv-08351-AKH,1:06-cv-08352-AKH,1:06-cv-08353-AKH,1:06-cv-08354-AKH,1:06-cv-08355-AKH
1:06-cv-08356-AKH,1:06-cv-08357-AKH,1:06-cv-08358-AKH,1:06-cv-08359-AKH,1:06-cv-08360-AKH
1:06-cv-08361-AKH,1:06-cv-08362-AKH,1:06-cv-08363-AKH,1:06-cv-08364-AKH,1:06-cv-08365-AKH
1:06-cv-08366-AKH,1:06-cv-08367-AKH,1:06-cv-08368-AKH,1:06-cv-08369-AKH,1:06-cv-08370-AKH
1:06-cv-08371-AKH,1:06-cv-08372-AKH,1:06-cv-08373-AKH,1:06-cv-08374-AKH,1:06-cv-08375-AKH
1:06-cv-08376-AKH,1:06-cv-08377-AKH,1:06-cv-08378-AKH,1:06-cv-08379-AKH,1:06-cv-08380-AKH
1:06-cv-08381-AKH,1:06-cv-08382-AKH,1:06-cv-08383-AKH,1:06-cv-08384-AKH,1:06-cv-08385-AKH
1:06-cv-08386-AKH,1:06-cv-08387-AKH,1:06-cv-08388-AKH,1:06-cv-08389-AKH,1:06-cv-08390-AKH
1:06-cv-08391-AKH,1:06-cv-08392-AKH,1:06-cv-08393-AKH,1:06-cv-08394-AKH,1:06-cv-08395-AKH
1:06-cv-08396-AKH,1:06-cv-08397-AKH,1:06-cv-08398-AKH,1:06-cv-08399-AKH,1:06-cv-08400-AKH
1:06-cv-08401-AKH,1:06-cv-08402-AKH,1:06-cv-08403-AKH,1:06-cv-08404-AKH,1:06-cv-08405-AKH
1:06-cv-08406-AKH,1:06-cv-08407-AKH,1:06-cv-08408-AKH,1:06-cv-08409-AKH,1:06-cv-08410-AKH
```

```
1:06-cv-08411-AKH,1:06-cv-08412-AKH,1:06-cv-08413-AKH,1:06-cv-08414-AKH,1:06-cv-08415-AKH
1:06-cv-08416-AKH,1:06-cv-08417-AKH,1:06-cv-08418-AKH,1:06-cv-08419-AKH,1:06-cv-08420-AKH
1:06-cv-08421-AKH,1:06-cv-08422-AKH,1:06-cv-08423-AKH,1:06-cv-08424-AKH,1:06-cv-08425-AKH
1:06-cv-08426-AKH,1:06-cv-08427-AKH,1:06-cv-08428-AKH,1:06-cv-08429-AKH,1:06-cv-08430-AKH
1:06-cv-08431-AKH,1:06-cv-08432-AKH,1:06-cv-08433-AKH,1:06-cv-08434-AKH,1:06-cv-08435-AKH
1:06-cv-08436-AKH,1:06-cv-08437-AKH,1:06-cv-08438-AKH,1:06-cv-08439-AKH,1:06-cv-08440-AKH
1:06-cv-08441-AKH,1:06-cv-08442-AKH,1:06-cv-08443-AKH,1:06-cv-08444-AKH,1:06-cv-08445-AKH
1:06-cv-08446-AKH,1:06-cv-08447-AKH,1:06-cv-08448-AKH,1:06-cv-08449-AKH,1:06-cv-08450-AKH
1:06-cv-08451-AKH,1:06-cv-08452-AKH,1:06-cv-08453-AKH,1:06-cv-08454-AKH,1:06-cv-08455-AKH
1:06-cv-08456-AKH,1:06-cv-08457-AKH,1:06-cv-08458-AKH,1:06-cv-08459-AKH,1:06-cv-08460-AKH
1:06-cv-08461-AKH,1:06-cv-08462-AKH,1:06-cv-08463-AKH,1:06-cv-08464-AKH,1:06-cv-08465-AKH
1:06-cv-08466-AKH,1:06-cv-08467-AKH,1:06-cv-08468-AKH,1:06-cv-08469-AKH,1:06-cv-08470-AKH
1:06-cv-08471-AKH,1:06-cv-08472-AKH,1:06-cv-08473-AKH,1:06-cv-08474-AKH,1:06-cv-08475-AKH
1:06-cv-08476-AKH,1:06-cv-08477-AKH,1:06-cv-08478-AKH,1:06-cv-08479-AKH,1:06-cv-08480-AKH
1:06-cv-08481-AKH,1:06-cv-08482-AKH,1:06-cv-08483-AKH,1:06-cv-08484-AKH,1:06-cv-08485-AKH
1:06-cv-08486-AKH,1:06-cv-08487-AKH,1:06-cv-08488-AKH,1:06-cv-08489-AKH,1:06-cv-08490-AKH
1:06-cv-08491-AKH,1:06-cv-08492-AKH,1:06-cv-08493-AKH,1:06-cv-08494-AKH,1:06-cv-08495-AKH
1:06-cv-08496-AKH,1:06-cv-08497-AKH,1:06-cv-08498-AKH,1:06-cv-08499-AKH,1:06-cv-08500-AKH
1:06-cv-08501-AKH,1:06-cv-08502-AKH,1:06-cv-08503-AKH,1:06-cv-08504-AKH,1:06-cv-08505-AKH
1:06-cv-08506-AKH,1:06-cv-08507-AKH,1:06-cv-08508-AKH,1:06-cv-08509-AKH,1:06-cv-08510-AKH
1:06-cv-08511-AKH,1:06-cv-08512-AKH,1:06-cv-08513-AKH,1:06-cv-08514-AKH,1:06-cv-08515-AKH
1:06-cv-08516-AKH,1:06-cv-08517-AKH,1:06-cv-08518-AKH,1:06-cv-08519-AKH,1:06-cv-08520-AKH
1:06-cv-08521-AKH,1:06-cv-08522-AKH,1:06-cv-08523-AKH,1:06-cv-08524-AKH,1:06-cv-08525-AKH
1:06-cv-08526-AKH,1:06-cv-08527-AKH,1:06-cv-08528-AKH,1:06-cv-08529-AKH,1:06-cv-08530-AKH
1:06-cv-08531-AKH,1:06-cv-08532-AKH,1:06-cv-08533-AKH,1:06-cv-08534-AKH,1:06-cv-08535-AKH
1:06-cv-08536-AKH,1:06-cv-08537-AKH,1:06-cv-08538-AKH,1:06-cv-08539-AKH,1:06-cv-08540-AKH
1:06-cv-08541-AKH,1:06-cv-08542-AKH,1:06-cv-08543-AKH,1:06-cv-08544-AKH,1:06-cv-08545-AKH
1:06-cv-08546-AKH,1:06-cv-08547-AKH,1:06-cv-08548-AKH,1:06-cv-08549-AKH,1:06-cv-08550-AKH
1:06-cv-08551-AKH,1:06-cv-08552-AKH,1:06-cv-08553-AKH,1:06-cv-08554-AKH,1:06-cv-08555-AKH
1:06-cv-08556-AKH,1:06-cv-08557-AKH,1:06-cv-08558-AKH,1:06-cv-08559-AKH,1:06-cv-08560-AKH
1:06-cv-08561-AKH,1:06-cv-08562-AKH,1:06-cv-08563-AKH,1:06-cv-08564-AKH,1:06-cv-08565-AKH
1:06-cv-08566-AKH,1:06-cv-08567-AKH,1:06-cv-08568-AKH,1:06-cv-08569-AKH,1:06-cv-08570-AKH
1:06-cv-08571-AKH,1:06-cv-08572-AKH,1:06-cv-08573-AKH,1:06-cv-08574-AKH,1:06-cv-08575-AKH
1:06-cv-08576-AKH,1:06-cv-08577-AKH,1:06-cv-08578-AKH,1:06-cv-08579-AKH,1:06-cv-08580-AKH
1:06-cv-08581-AKH,1:06-cv-08582-AKH,1:06-cv-08583-AKH,1:06-cv-08584-AKH,1:06-cv-08585-AKH
1:06-cv-08586-AKH,1:06-cv-08587-AKH,1:06-cv-08588-AKH,1:06-cv-08589-AKH,1:06-cv-08590-AKH
1:06-cv-08591-AKH,1:06-cv-08592-AKH,1:06-cv-08593-AKH,1:06-cv-08594-AKH,1:06-cv-08595-AKH
1:06-cv-08596-AKH,1:06-cv-08597-AKH,1:06-cv-08598-AKH,1:06-cv-08599-AKH,1:06-cv-08600-AKH
1:06-cv-08601-AKH,1:06-cv-08602-AKH,1:06-cv-08603-AKH,1:06-cv-08604-AKH,1:06-cv-08605-AKH
1:06-cv-08606-AKH,1:06-cv-08607-AKH,1:06-cv-08608-AKH,1:06-cv-08609-AKH,1:06-cv-08610-AKH
1:06-cv-08611-AKH,1:06-cv-08612-AKH,1:06-cv-08613-AKH,1:06-cv-08614-AKH,1:06-cv-08615-AKH
1:06-cv-08616-AKH,1:06-cv-08617-AKH,1:06-cv-08618-AKH,1:06-cv-08619-AKH,1:06-cv-08620-AKH
1:06-cv-08621-AKH,1:06-cv-08622-AKH,1:06-cv-08623-AKH,1:06-cv-08624-AKH,1:06-cv-08625-AKH
1:06-cv-08626-AKH,1:06-cv-08627-AKH,1:06-cv-08628-AKH,1:06-cv-08629-AKH,1:06-cv-08630-AKH
1:06-cv-08631-AKH,1:06-cv-08632-AKH,1:06-cv-08633-AKH,1:06-cv-08634-AKH,1:06-cv-08635-AKH
1:06-cv-08636-AKH,1:06-cv-08637-AKH,1:06-cv-08638-AKH,1:06-cv-08639-AKH,1:06-cv-08640-AKH
1:06-cv-08641-AKH,1:06-cv-08642-AKH,1:06-cv-08643-AKH,1:06-cv-08644-AKH,1:06-cv-08645-AKH
1:06-cv-08646-AKH,1:06-cv-08647-AKH,1:06-cv-08648-AKH,1:06-cv-08649-AKH,1:06-cv-08650-AKH
1:06-cv-08652-AKH,1:06-cv-08653-AKH,1:06-cv-08654-AKH,1:06-cv-08656-AKH,1:06-cv-08657-AKH
1:06-cv-08658-AKH,1:06-cv-08660-AKH,1:06-cv-08661-AKH,1:06-cv-08662-AKH,1:06-cv-08663-AKH
1:06-cv-08664-AKH,1:06-cv-08665-AKH,1:06-cv-08666-AKH,1:06-cv-08667-AKH,1:06-cv-08668-AKH
1:06-cv-08669-AKH,1:06-cv-08670-AKH,1:06-cv-08671-AKH,1:06-cv-08672-AKH,1:06-cv-08673-AKH
1:06-cv-08674-AKH,1:06-cv-08675-AKH,1:06-cv-08676-AKH,1:06-cv-08677-AKH,1:06-cv-08678-AKH
1:06-cv-08679-AKH,1:06-cv-08680-AKH,1:06-cv-08681-AKH,1:06-cv-08682-AKH,1:06-cv-08683-AKH
1:06-cv-08684-AKH,1:06-cv-08685-AKH,1:06-cv-08686-AKH,1:06-cv-08687-AKH,1:06-cv-08688-AKH
1:06-cv-08689-AKH,1:06-cv-08690-AKH,1:06-cv-08691-AKH,1:06-cv-08692-AKH,1:06-cv-08693-AKH
1:06-cv-08694-AKH,1:06-cv-08695-AKH,1:06-cv-08696-AKH,1:06-cv-08697-AKH,1:06-cv-08698-AKH
1:06-cv-08699-AKH,1:06-cv-08700-AKH,1:06-cv-08701-AKH,1:06-cv-08702-AKH,1:06-cv-08703-AKH
1:06-cv-08704-AKH,1:06-cv-08722-AKH,1:06-cv-08723-AKH,1:06-cv-08724-AKH,1:06-cv-08725-AKH
1:06-cv-08726-AKH,1:06-cv-08727-AKH,1:06-cv-08728-AKH,1:06-cv-08729-AKH,1:06-cv-08730-AKH
1:06-cv-08731-AKH,1:06-cv-08732-AKH,1:06-cv-08733-AKH,1:06-cv-08734-AKH,1:06-cv-08735-AKH
1:06-cv-08736-AKH,1:06-cv-08737-AKH,1:06-cv-08738-AKH,1:06-cv-08739-AKH,1:06-cv-08740-AKH
1:06-cv-08741-AKH,1:06-cv-08742-AKH,1:06-cv-08743-AKH,1:06-cv-08744-AKH,1:06-cv-08745-AKH
1:06-cv-08746-AKH,1:06-cv-08747-AKH,1:06-cv-08748-AKH,1:06-cv-08749-AKH,1:06-cv-08750-AKH
```

1:06–cv–08751–AKH,1:06–cv–08752–AKH,1:06–cv–08753–AKH,1:06–cv–08754–AKH,1:06–cv–08755–AKH
1:06–cv–08756–AKH,1:06–cv–08757–AKH,1:06–cv–08758–AKH,1:06–cv–08759–AKH,1:06–cv–08760–AKH
1:06–cv–08761–AKH,1:06–cv–08762–AKH,1:06–cv–08763–AKH,1:06–cv–08764–AKH,1:06–cv–08765–AKH
1:06–cv–08766–AKH,1:06–cv–08767–AKH,1:06–cv–08768–AKH,1:06–cv–08769–AKH,1:06–cv–08770–AKH
1:06–cv–08771–AKH,1:06–cv–08772–AKH,1:06–cv–08773–AKH,1:06–cv–08774–AKH,1:06–cv–08775–AKH
1:06–cv–08776–AKH,1:06–cv–08777–AKH,1:06–cv–08778–AKH,1:06–cv–08779–AKH,1:06–cv–08780–AKH
1:06–cv–08781–AKH,1:06–cv–08782–AKH,1:06–cv–08783–AKH,1:06–cv–08784–AKH,1:06–cv–08785–AKH
1:06–cv–08786–AKH,1:06–cv–08787–AKH,1:06–cv–08788–AKH,1:06–cv–08789–AKH,1:06–cv–08790–AKH
1:06–cv–08791–AKH,1:06–cv–08792–AKH,1:06–cv–08793–AKH,1:06–cv–08794–AKH,1:06–cv–08795–AKH
1:06–cv–08796–AKH,1:06–cv–08797–AKH,1:06–cv–08798–AKH,1:06–cv–08799–AKH,1:06–cv–08800–AKH
1:06–cv–08801–AKH,1:06–cv–08802–AKH,1:06–cv–08803–AKH,1:06–cv–08804–AKH,1:06–cv–08805–AKH
1:06–cv–08806–AKH,1:06–cv–08807–AKH,1:06–cv–08808–AKH,1:06–cv–08809–AKH,1:06–cv–08810–AKH
1:06–cv–08811–AKH,1:06–cv–08812–AKH,1:06–cv–08813–AKH,1:06–cv–08814–AKH,1:06–cv–08815–AKH
1:06–cv–08816–AKH,1:06–cv–08817–AKH,1:06–cv–08818–AKH,1:06–cv–08819–AKH,1:06–cv–08820–AKH
1:06–cv–08821–AKH,1:06–cv–08822–AKH,1:06–cv–08823–AKH,1:06–cv–08824–AKH,1:06–cv–08825–AKH
1:06–cv–08826–AKH,1:06–cv–08827–AKH,1:06–cv–08828–AKH,1:06–cv–08829–AKH,1:06–cv–08830–AKH
1:06–cv–08831–AKH,1:06–cv–08832–AKH,1:06–cv–08833–AKH,1:06–cv–08834–AKH,1:06–cv–08835–AKH
1:06–cv–08836–AKH,1:06–cv–08837–AKH,1:06–cv–08838–AKH,1:06–cv–08839–AKH,1:06–cv–08840–AKH
1:06–cv–08841–AKH,1:06–cv–08842–AKH,1:06–cv–08843–AKH,1:06–cv–08844–AKH,1:06–cv–08845–AKH
1:06–cv–08846–AKH,1:06–cv–08848–AKH,1:06–cv–08849–AKH,1:06–cv–08850–AKH,1:06–cv–08851–AKH
1:06–cv–08852–AKH,1:06–cv–08853–AKH,1:06–cv–08854–AKH,1:06–cv–08855–AKH,1:06–cv–08856–AKH
1:06–cv–08857–AKH,1:06–cv–08858–AKH,1:06–cv–08859–AKH,1:06–cv–08860–AKH,1:06–cv–08861–AKH
1:06–cv–08862–AKH,1:06–cv–08863–AKH,1:06–cv–08864–AKH,1:06–cv–08865–AKH,1:06–cv–08866–AKH
1:06–cv–08867–AKH,1:06–cv–08868–AKH,1:06–cv–08869–AKH,1:06–cv–08870–AKH,1:06–cv–08871–AKH
1:06–cv–08872–AKH,1:06–cv–08873–AKH,1:06–cv–08874–AKH,1:06–cv–08875–AKH,1:06–cv–08876–AKH
1:06–cv–08877–AKH,1:06–cv–08878–AKH,1:06–cv–08879–AKH,1:06–cv–08880–AKH,1:06–cv–08881–AKH
1:06–cv–08882–AKH,1:06–cv–08883–AKH,1:06–cv–08884–AKH,1:06–cv–08885–AKH,1:06–cv–08886–AKH
1:06–cv–08887–AKH,1:06–cv–08888–AKH,1:06–cv–08889–AKH,1:06–cv–08890–AKH,1:06–cv–08891–AKH
1:06–cv–08892–AKH,1:06–cv–08893–AKH,1:06–cv–08894–AKH,1:06–cv–08895–AKH,1:06–cv–08896–AKH
1:06–cv–08897–AKH,1:06–cv–08898–AKH,1:06–cv–08899–AKH,1:06–cv–08900–AKH,1:06–cv–08901–AKH
1:06–cv–08902–AKH,1:06–cv–08903–AKH,1:06–cv–08904–AKH,1:06–cv–08905–AKH,1:06–cv–08906–AKH
1:06–cv–08907–AKH,1:06–cv–08908–AKH,1:06–cv–08909–AKH,1:06–cv–08910–AKH,1:06–cv–08911–AKH
1:06–cv–08912–AKH,1:06–cv–08913–AKH,1:06–cv–08914–AKH,1:06–cv–08915–AKH,1:06–cv–08916–AKH
1:06–cv–08917–AKH,1:06–cv–08918–AKH,1:06–cv–08919–AKH,1:06–cv–08920–AKH,1:06–cv–08921–AKH
1:06–cv–08922–AKH,1:06–cv–08923–AKH,1:06–cv–08924–AKH,1:06–cv–08925–AKH,1:06–cv–08926–AKH
1:06–cv–08927–AKH,1:06–cv–08928–AKH,1:06–cv–08929–AKH,1:06–cv–08930–AKH,1:06–cv–08931–AKH
1:06–cv–08932–AKH,1:06–cv–08933–AKH,1:06–cv–08934–AKH,1:06–cv–08935–AKH,1:06–cv–08936–AKH
1:06–cv–08937–AKH,1:06–cv–08938–AKH,1:06–cv–08939–AKH,1:06–cv–08940–AKH,1:06–cv–08941–AKH
1:06–cv–08942–AKH,1:06–cv–08943–AKH,1:06–cv–08944–AKH,1:06–cv–08945–AKH,1:06–cv–08946–AKH
1:06–cv–08947–AKH,1:06–cv–08948–AKH,1:06–cv–08949–AKH,1:06–cv–08950–AKH,1:06–cv–08951–AKH
1:06–cv–08952–AKH,1:06–cv–08953–AKH,1:06–cv–08954–AKH,1:06–cv–08955–AKH,1:06–cv–08956–AKH
1:06–cv–08957–AKH,1:06–cv–08958–AKH,1:06–cv–08959–AKH,1:06–cv–08960–AKH,1:06–cv–08961–AKH
1:06–cv–08962–AKH,1:06–cv–08963–AKH,1:06–cv–08964–AKH,1:06–cv–08965–AKH,1:06–cv–08966–AKH
1:06–cv–08967–AKH,1:06–cv–08968–AKH,1:06–cv–08969–AKH,1:06–cv–08970–AKH,1:06–cv–08971–AKH
1:06–cv–08972–AKH,1:06–cv–08973–AKH,1:06–cv–08974–AKH,1:06–cv–08975–AKH,1:06–cv–08976–AKH
1:06–cv–08977–AKH,1:06–cv–08978–AKH,1:06–cv–08979–AKH,1:06–cv–08980–AKH,1:06–cv–08981–AKH
1:06–cv–08982–AKH,1:06–cv–08983–AKH,1:06–cv–08984–AKH,1:06–cv–08985–AKH,1:06–cv–08986–AKH
1:06–cv–08987–AKH,1:06–cv–08988–AKH,1:06–cv–08989–AKH,1:06–cv–08990–AKH,1:06–cv–08991–AKH
1:06–cv–08992–AKH,1:06–cv–08993–AKH,1:06–cv–08994–AKH,1:06–cv–08995–AKH,1:06–cv–08996–AKH
1:06–cv–08997–AKH,1:06–cv–08998–AKH,1:06–cv–08999–AKH,1:06–cv–09000–AKH,1:06–cv–09001–AKH
1:06–cv–09002–AKH,1:06–cv–09003–AKH,1:06–cv–09004–AKH,1:06–cv–09005–AKH,1:06–cv–09006–AKH
1:06–cv–09007–AKH,1:06–cv–09008–AKH,1:06–cv–09009–AKH,1:06–cv–09010–AKH,1:06–cv–09011–AKH
1:06–cv–09012–AKH,1:06–cv–09013–AKH,1:06–cv–09014–AKH,1:06–cv–09015–AKH,1:06–cv–09016–AKH
1:06–cv–09017–AKH,1:06–cv–09018–AKH,1:06–cv–09019–AKH,1:06–cv–09020–AKH,1:06–cv–09021–AKH
1:06–cv–09022–AKH,1:06–cv–09023–AKH,1:06–cv–09024–AKH,1:06–cv–09025–AKH,1:06–cv–09026–AKH
1:06–cv–09027–AKH,1:06–cv–09028–AKH,1:06–cv–09029–AKH,1:06–cv–09030–AKH,1:06–cv–09031–AKH
1:06–cv–09032–AKH,1:06–cv–09033–AKH,1:06–cv–09034–AKH,1:06–cv–09035–AKH,1:06–cv–09036–AKH
1:06–cv–09037–AKH,1:06–cv–09038–AKH,1:06–cv–09039–AKH,1:06–cv–09040–AKH,1:06–cv–09041–AKH
1:06–cv–09042–AKH,1:06–cv–09043–AKH,1:06–cv–09044–AKH,1:06–cv–09045–AKH,1:06–cv–09046–AKH
1:06–cv–09047–AKH,1:06–cv–09048–AKH,1:06–cv–09049–AKH,1:06–cv–09050–AKH,1:06–cv–09051–AKH
1:06–cv–09052–AKH,1:06–cv–09053–AKH,1:06–cv–09054–AKH,1:06–cv–09055–AKH,1:06–cv–09056–AKH
1:06–cv–09057–AKH,1:06–cv–09058–AKH,1:06–cv–09059–AKH,1:06–cv–09060–AKH,1:06–cv–09061–AKH
1:06–cv–09062–AKH,1:06–cv–09063–AKH,1:06–cv–09064–AKH,1:06–cv–09065–AKH,1:06–cv–09066–AKH
1:06–cv–09067–AKH,1:06–cv–09068–AKH,1:06–cv–09069–AKH,1:06–cv–09070–AKH,1:06–cv–09071–AKH

```
1:06-cv-09072-AKH,1:06-cv-09073-AKH,1:06-cv-09074-AKH,1:06-cv-09075-AKH,1:06-cv-09076-AKH
1:06-cv-09077-AKH,1:06-cv-09078-AKH,1:06-cv-09079-AKH,1:06-cv-09080-AKH,1:06-cv-09081-AKH
1:06-cv-09082-AKH,1:06-cv-09083-AKH,1:06-cv-09084-AKH,1:06-cv-09085-AKH,1:06-cv-09086-AKH
1:06-cv-09087-AKH,1:06-cv-09088-AKH,1:06-cv-09089-AKH,1:06-cv-09090-AKH,1:06-cv-09091-AKH
1:06-cv-09092-AKH,1:06-cv-09093-AKH,1:06-cv-09094-AKH,1:06-cv-09095-AKH,1:06-cv-09096-AKH
1:06-cv-09097-AKH,1:06-cv-09098-AKH,1:06-cv-09099-AKH,1:06-cv-09100-AKH,1:06-cv-09101-AKH
1:06-cv-09102-AKH,1:06-cv-09103-AKH,1:06-cv-09104-AKH,1:06-cv-09105-AKH,1:06-cv-09106-AKH
1:06-cv-09107-AKH,1:06-cv-09108-AKH,1:06-cv-09109-AKH,1:06-cv-09110-AKH,1:06-cv-09111-AKH
1:06-cv-09112-AKH,1:06-cv-09113-AKH,1:06-cv-09114-AKH,1:06-cv-09115-AKH,1:06-cv-09116-AKH
1:06-cv-09117-AKH,1:06-cv-09118-AKH,1:06-cv-09119-AKH,1:06-cv-09120-AKH,1:06-cv-09121-AKH
1:06-cv-09122-AKH,1:06-cv-09123-AKH,1:06-cv-09124-AKH,1:06-cv-09125-AKH,1:06-cv-09126-AKH
1:06-cv-09127-AKH,1:06-cv-09128-AKH,1:06-cv-09129-AKH,1:06-cv-09130-AKH,1:06-cv-09131-AKH
1:06-cv-09132-AKH,1:06-cv-09133-AKH,1:06-cv-09134-AKH,1:06-cv-09135-AKH,1:06-cv-09136-AKH
1:06-cv-09137-AKH,1:06-cv-09138-AKH,1:06-cv-09139-AKH,1:06-cv-09140-AKH,1:06-cv-09141-AKH
1:06-cv-09142-AKH,1:06-cv-09143-AKH,1:06-cv-09144-AKH,1:06-cv-09145-AKH,1:06-cv-09146-AKH
1:06-cv-09147-AKH,1:06-cv-09148-AKH,1:06-cv-09149-AKH,1:06-cv-09150-AKH,1:06-cv-09151-AKH
1:06-cv-09152-AKH,1:06-cv-09153-AKH,1:06-cv-09154-AKH,1:06-cv-09155-AKH,1:06-cv-09156-AKH
1:06-cv-09157-AKH,1:06-cv-09158-AKH,1:06-cv-09159-AKH,1:06-cv-09160-AKH,1:06-cv-09161-AKH
1:06-cv-09162-AKH,1:06-cv-09163-AKH,1:06-cv-09164-AKH,1:06-cv-09165-AKH,1:06-cv-09166-AKH
1:06-cv-09167-AKH,1:06-cv-09168-AKH,1:06-cv-09169-AKH,1:06-cv-09170-AKH,1:06-cv-09171-AKH
1:06-cv-09172-AKH,1:06-cv-09173-AKH,1:06-cv-09174-AKH,1:06-cv-09175-AKH,1:06-cv-09176-AKH
1:06-cv-09177-AKH,1:06-cv-09178-AKH,1:06-cv-09179-AKH,1:06-cv-09180-AKH,1:06-cv-09181-AKH
1:06-cv-09182-AKH,1:06-cv-09183-AKH,1:06-cv-09184-AKH,1:06-cv-09185-AKH,1:06-cv-09186-AKH
1:06-cv-09187-AKH,1:06-cv-09188-AKH,1:06-cv-09189-AKH,1:06-cv-09190-AKH,1:06-cv-09191-AKH
1:06-cv-09192-AKH,1:06-cv-09193-AKH,1:06-cv-09194-AKH,1:06-cv-09195-AKH,1:06-cv-09196-AKH
1:06-cv-09197-AKH,1:06-cv-09198-AKH,1:06-cv-09199-AKH,1:06-cv-09200-AKH,1:06-cv-09201-AKH
1:06-cv-09202-AKH,1:06-cv-09203-AKH,1:06-cv-09204-AKH,1:06-cv-09205-AKH,1:06-cv-09206-AKH
1:06-cv-09207-AKH,1:06-cv-09208-AKH,1:06-cv-09209-AKH,1:06-cv-09210-AKH,1:06-cv-09211-AKH
1:06-cv-09212-AKH,1:06-cv-09213-AKH,1:06-cv-09214-AKH,1:06-cv-09215-AKH,1:06-cv-09216-AKH
1:06-cv-09217-AKH,1:06-cv-09218-AKH,1:06-cv-09219-AKH,1:06-cv-09220-AKH,1:06-cv-09221-AKH
1:06-cv-09222-AKH,1:06-cv-09223-AKH,1:06-cv-09224-AKH,1:06-cv-09225-AKH,1:06-cv-09226-AKH
1:06-cv-09227-AKH,1:06-cv-09228-AKH,1:06-cv-09229-AKH,1:06-cv-09230-AKH,1:06-cv-09231-AKH
1:06-cv-09232-AKH,1:06-cv-09233-AKH,1:06-cv-09234-AKH,1:06-cv-09235-AKH,1:06-cv-09236-AKH
1:06-cv-09237-AKH,1:06-cv-09238-AKH,1:06-cv-09239-AKH,1:06-cv-09240-AKH,1:06-cv-09241-AKH
1:06-cv-09242-AKH,1:06-cv-09243-AKH,1:06-cv-09244-AKH,1:06-cv-09245-AKH,1:06-cv-09246-AKH
1:06-cv-09247-AKH,1:06-cv-09248-AKH,1:06-cv-09249-AKH,1:06-cv-09250-AKH,1:06-cv-09251-AKH
1:06-cv-09252-AKH,1:06-cv-09253-AKH,1:06-cv-09254-AKH,1:06-cv-09255-AKH,1:06-cv-09256-AKH
1:06-cv-09257-AKH,1:06-cv-09258-AKH,1:06-cv-09259-AKH,1:06-cv-09260-AKH,1:06-cv-09261-AKH
1:06-cv-09262-AKH,1:06-cv-09263-AKH,1:06-cv-09264-AKH,1:06-cv-09265-AKH,1:06-cv-09266-AKH
1:06-cv-09267-AKH,1:06-cv-09268-AKH,1:06-cv-09269-AKH,1:06-cv-09270-AKH,1:06-cv-09271-AKH
1:06-cv-09272-AKH,1:06-cv-09273-AKH,1:06-cv-09274-AKH,1:06-cv-09275-AKH,1:06-cv-09276-AKH
1:06-cv-09277-AKH,1:06-cv-09278-AKH,1:06-cv-09279-AKH,1:06-cv-09280-AKH,1:06-cv-09281-AKH
1:06-cv-09282-AKH,1:06-cv-09283-AKH,1:06-cv-09284-AKH,1:06-cv-09285-AKH,1:06-cv-09286-AKH
1:06-cv-09287-AKH,1:06-cv-09288-AKH,1:06-cv-09289-AKH,1:06-cv-09290-AKH,1:06-cv-09291-AKH
1:06-cv-09292-AKH,1:06-cv-09293-AKH,1:06-cv-09294-AKH,1:06-cv-09295-AKH,1:06-cv-09296-AKH
1:06-cv-09297-AKH,1:06-cv-09298-AKH,1:06-cv-09299-AKH,1:06-cv-09300-AKH,1:06-cv-09301-AKH
1:06-cv-09302-AKH,1:06-cv-09303-AKH,1:06-cv-09304-AKH,1:06-cv-09305-AKH,1:06-cv-09306-AKH
1:06-cv-09307-AKH,1:06-cv-09308-AKH,1:06-cv-09309-AKH,1:06-cv-09310-AKH,1:06-cv-09311-AKH
1:06-cv-09312-AKH,1:06-cv-09313-AKH,1:06-cv-09314-AKH,1:06-cv-09315-AKH,1:06-cv-09316-AKH
1:06-cv-09317-AKH,1:06-cv-09318-AKH,1:06-cv-09319-AKH,1:06-cv-09320-AKH,1:06-cv-09321-AKH
1:06-cv-09322-AKH,1:06-cv-09323-AKH,1:06-cv-09324-AKH,1:06-cv-09325-AKH,1:06-cv-09326-AKH
1:06-cv-09327-AKH,1:06-cv-09328-AKH,1:06-cv-09329-AKH,1:06-cv-09330-AKH,1:06-cv-09331-AKH
1:06-cv-09332-AKH,1:06-cv-09333-AKH,1:06-cv-09334-AKH,1:06-cv-09335-AKH,1:06-cv-09336-AKH
1:06-cv-09337-AKH,1:06-cv-09338-AKH,1:06-cv-09339-AKH,1:06-cv-09340-AKH,1:06-cv-09341-AKH
1:06-cv-09342-AKH,1:06-cv-09343-AKH,1:06-cv-09344-AKH,1:06-cv-09345-AKH,1:06-cv-09346-AKH
1:06-cv-09347-AKH,1:06-cv-09348-AKH,1:06-cv-09349-AKH,1:06-cv-09350-AKH,1:06-cv-09351-AKH
1:06-cv-09352-AKH,1:06-cv-09353-AKH,1:06-cv-09354-AKH,1:06-cv-09355-AKH,1:06-cv-09356-AKH
1:06-cv-09357-AKH,1:06-cv-09358-AKH,1:06-cv-09359-AKH,1:06-cv-09360-AKH,1:06-cv-09361-AKH
1:06-cv-09362-AKH,1:06-cv-09363-AKH,1:06-cv-09364-AKH,1:06-cv-09365-AKH,1:06-cv-09366-AKH
1:06-cv-09367-AKH,1:06-cv-09368-AKH,1:06-cv-09369-AKH,1:06-cv-09370-AKH,1:06-cv-09371-AKH
1:06-cv-09372-AKH,1:06-cv-09373-AKH,1:06-cv-09374-AKH,1:06-cv-09466-AKH,1:06-cv-09467-AKH
1:06-cv-09468-AKH,1:06-cv-09469-AKH,1:06-cv-09470-AKH,1:06-cv-09471-AKH,1:06-cv-09472-AKH
1:06-cv-09473-AKH,1:06-cv-09474-AKH,1:06-cv-09475-AKH,1:06-cv-09476-AKH,1:06-cv-09477-AKH
1:06-cv-09478-AKH,1:06-cv-09479-AKH,1:06-cv-09480-AKH,1:06-cv-09481-AKH,1:06-cv-09482-AKH
```

1:06–cv–09483–AKH,1:06–cv–09484–AKH,1:06–cv–09485–AKH,1:06–cv–09486–AKH,1:06–cv–09487–AKH
1:06–cv–09488–AKH,1:06–cv–09489–AKH,1:06–cv–09490–AKH,1:06–cv–09491–AKH,1:06–cv–09492–AKH
1:06–cv–09493–AKH,1:06–cv–09494–AKH,1:06–cv–09495–AKH,1:06–cv–09496–AKH,1:06–cv–09497–AKH
1:06–cv–09498–AKH,1:06–cv–09499–AKH,1:06–cv–09500–AKH,1:06–cv–09501–AKH,1:06–cv–09502–AKH
1:06–cv–09503–AKH,1:06–cv–09504–AKH,1:06–cv–09505–AKH,1:06–cv–09506–AKH,1:06–cv–09507–AKH
1:06–cv–09508–AKH,1:06–cv–09509–AKH,1:06–cv–09510–AKH,1:06–cv–09511–AKH,1:06–cv–09512–AKH
1:06–cv–09513–AKH,1:06–cv–09514–AKH,1:06–cv–09515–AKH,1:06–cv–09516–AKH,1:06–cv–09517–AKH
1:06–cv–09518–AKH,1:06–cv–09519–AKH,1:06–cv–09520–AKH,1:06–cv–09521–AKH,1:06–cv–09522–AKH
1:06–cv–09523–AKH,1:06–cv–09524–AKH,1:06–cv–09525–AKH,1:06–cv–09526–AKH,1:06–cv–09527–AKH
1:06–cv–09528–AKH,1:06–cv–09529–AKH,1:06–cv–09530–AKH,1:06–cv–09531–AKH,1:06–cv–09532–AKH
1:06–cv–09533–AKH,1:06–cv–09534–AKH,1:06–cv–09535–AKH,1:06–cv–09536–AKH,1:06–cv–09537–AKH
1:06–cv–09538–AKH,1:06–cv–09539–AKH,1:06–cv–09540–AKH,1:06–cv–09541–AKH,1:06–cv–09542–AKH
1:06–cv–09543–AKH,1:06–cv–09544–AKH,1:06–cv–09545–AKH,1:06–cv–09546–AKH,1:06–cv–09547–AKH
1:06–cv–09548–AKH,1:06–cv–09549–AKH,1:06–cv–09550–AKH,1:06–cv–09551–AKH,1:06–cv–09552–AKH
1:06–cv–09553–AKH,1:06–cv–09554–AKH,1:06–cv–09555–AKH,1:06–cv–09556–AKH,1:06–cv–09557–AKH
1:06–cv–09558–AKH,1:06–cv–09559–AKH,1:06–cv–09560–AKH,1:06–cv–09561–AKH,1:06–cv–09562–AKH
1:06–cv–09563–AKH,1:06–cv–09564–AKH,1:06–cv–09565–AKH,1:06–cv–09566–AKH,1:06–cv–09567–AKH
1:06–cv–09568–AKH,1:06–cv–09569–AKH,1:06–cv–09570–AKH,1:06–cv–09571–AKH,1:06–cv–09572–AKH
1:06–cv–09573–AKH,1:06–cv–09574–AKH,1:06–cv–09575–AKH,1:06–cv–09576–AKH,1:06–cv–09577–AKH
1:06–cv–09578–AKH,1:06–cv–09579–AKH,1:06–cv–09580–AKH,1:06–cv–09581–AKH,1:06–cv–09582–AKH
1:06–cv–09583–AKH,1:06–cv–09584–AKH,1:06–cv–09585–AKH,1:06–cv–09586–AKH,1:06–cv–09587–AKH
1:06–cv–09588–AKH,1:06–cv–09589–AKH,1:06–cv–09590–AKH,1:06–cv–09591–AKH,1:06–cv–09592–AKH
1:06–cv–09593–AKH,1:06–cv–09594–AKH,1:06–cv–09595–AKH,1:06–cv–09596–AKH,1:06–cv–09597–AKH
1:06–cv–09598–AKH,1:06–cv–09599–AKH,1:06–cv–09600–AKH,1:06–cv–09601–AKH,1:06–cv–09602–AKH
1:06–cv–09603–AKH,1:06–cv–09604–AKH,1:06–cv–09605–AKH,1:06–cv–09606–AKH,1:06–cv–09607–AKH
1:06–cv–09608–AKH,1:06–cv–09609–AKH,1:06–cv–09610–AKH,1:06–cv–09611–AKH,1:06–cv–09612–AKH
1:06–cv–09613–AKH,1:06–cv–09614–AKH,1:06–cv–09615–AKH,1:06–cv–09616–AKH,1:06–cv–09617–AKH
1:06–cv–09618–AKH,1:06–cv–09619–AKH,1:06–cv–09620–AKH,1:06–cv–09621–AKH,1:06–cv–09622–AKH
1:06–cv–09623–AKH,1:06–cv–09624–AKH,1:06–cv–09625–AKH,1:06–cv–09626–AKH,1:06–cv–09627–AKH
1:06–cv–09628–AKH,1:06–cv–09629–AKH,1:06–cv–09630–AKH,1:06–cv–09631–AKH,1:06–cv–09632–AKH
1:06–cv–09633–AKH,1:06–cv–09634–AKH,1:06–cv–09635–AKH,1:06–cv–09636–AKH,1:06–cv–09637–AKH
1:06–cv–09638–AKH,1:06–cv–09639–AKH,1:06–cv–09640–AKH,1:06–cv–09641–AKH,1:06–cv–09642–AKH
1:06–cv–09643–AKH,1:06–cv–09644–AKH,1:06–cv–09645–AKH,1:06–cv–09646–AKH,1:06–cv–09647–AKH
1:06–cv–09648–AKH,1:06–cv–09649–AKH,1:06–cv–09650–AKH,1:06–cv–09651–AKH,1:06–cv–09652–AKH
1:06–cv–09653–AKH,1:06–cv–09654–AKH,1:06–cv–09655–AKH,1:06–cv–09656–AKH,1:06–cv–09657–AKH
1:06–cv–09658–AKH,1:06–cv–09659–AKH,1:06–cv–09660–AKH,1:06–cv–09661–AKH,1:06–cv–09662–AKH
1:06–cv–09663–AKH,1:06–cv–09664–AKH,1:06–cv–09665–AKH,1:06–cv–09666–AKH,1:06–cv–09667–AKH
1:06–cv–09668–AKH,1:06–cv–09669–AKH,1:06–cv–09670–AKH,1:06–cv–09671–AKH,1:06–cv–09672–AKH
1:06–cv–09673–AKH,1:06–cv–09674–AKH,1:06–cv–09675–AKH,1:06–cv–09676–AKH,1:06–cv–09677–AKH
1:06–cv–09678–AKH,1:06–cv–09679–AKH,1:06–cv–09680–AKH,1:06–cv–09681–AKH,1:06–cv–09682–AKH
1:06–cv–09683–AKH,1:06–cv–09684–AKH,1:06–cv–09685–AKH,1:06–cv–09686–AKH,1:06–cv–09687–AKH
1:06–cv–09688–AKH,1:06–cv–09689–AKH,1:06–cv–09690–AKH,1:06–cv–09691–AKH,1:06–cv–09692–AKH
1:06–cv–09693–AKH,1:06–cv–09694–AKH,1:06–cv–09695–AKH,1:06–cv–09696–AKH,1:06–cv–09697–AKH
1:06–cv–09698–AKH,1:06–cv–09699–AKH,1:06–cv–09700–AKH,1:06–cv–09701–AKH,1:06–cv–09702–AKH
1:06–cv–09703–AKH,1:06–cv–09704–AKH,1:06–cv–09705–AKH,1:06–cv–09706–AKH,1:06–cv–09707–AKH
1:06–cv–09708–AKH,1:06–cv–09709–AKH,1:06–cv–09710–AKH,1:06–cv–09711–AKH,1:06–cv–09712–AKH
1:06–cv–09713–AKH,1:06–cv–09714–AKH,1:06–cv–09715–AKH,1:06–cv–09716–AKH,1:06–cv–09717–AKH
1:06–cv–09718–AKH,1:06–cv–09719–AKH,1:06–cv–09720–AKH,1:06–cv–09721–AKH,1:06–cv–09722–AKH
1:06–cv–09723–AKH,1:06–cv–09724–AKH,1:06–cv–09725–AKH,1:06–cv–09726–AKH,1:06–cv–09727–AKH
1:06–cv–09728–AKH,1:06–cv–09729–AKH,1:06–cv–09730–AKH,1:06–cv–09731–AKH,1:06–cv–09732–AKH
1:06–cv–09733–AKH,1:06–cv–09734–AKH,1:06–cv–09735–AKH,1:06–cv–09736–AKH,1:06–cv–09737–AKH
1:06–cv–09738–AKH,1:06–cv–09739–AKH,1:06–cv–09740–AKH,1:06–cv–09741–AKH,1:06–cv–09742–AKH
1:06–cv–09743–AKH,1:06–cv–09744–AKH,1:06–cv–09745–AKH,1:06–cv–09746–AKH,1:06–cv–09747–AKH
1:06–cv–09748–AKH,1:06–cv–09749–AKH,1:06–cv–09750–AKH,1:06–cv–09751–AKH,1:06–cv–09752–AKH
1:06–cv–09753–AKH,1:06–cv–09754–AKH,1:06–cv–09755–AKH,1:06–cv–09756–AKH,1:06–cv–09757–AKH
1:06–cv–09758–AKH,1:06–cv–09759–AKH,1:06–cv–09760–AKH,1:06–cv–09761–AKH,1:06–cv–09762–AKH
1:06–cv–09763–AKH,1:06–cv–09764–AKH,1:06–cv–09765–AKH,1:06–cv–09766–AKH,1:06–cv–09767–AKH
1:06–cv–09768–AKH,1:06–cv–09769–AKH,1:06–cv–09770–AKH,1:06–cv–09771–AKH,1:06–cv–09772–AKH
1:06–cv–09773–AKH,1:06–cv–09774–AKH,1:06–cv–09775–AKH,1:06–cv–09776–AKH,1:06–cv–09777–AKH
1:06–cv–09778–AKH,1:06–cv–09779–AKH,1:06–cv–09780–AKH,1:06–cv–09781–AKH,1:06–cv–09782–AKH
1:06–cv–09783–AKH,1:06–cv–09784–AKH,1:06–cv–09785–AKH,1:06–cv–09786–AKH,1:06–cv–09787–AKH
1:06–cv–09788–AKH,1:06–cv–09789–AKH,1:06–cv–09790–AKH,1:06–cv–09791–AKH,1:06–cv–09792–AKH
1:06–cv–09793–AKH,1:06–cv–09794–AKH,1:06–cv–09795–AKH,1:06–cv–09796–AKH,1:06–cv–09797–AKH
1:06–cv–09798–AKH,1:06–cv–09799–AKH,1:06–cv–09800–AKH,1:06–cv–09801–AKH,1:06–cv–09802–AKH

| | | |
|---|---|---|
| | | 1:06–cv–09803–AKH,1:06–cv–09804–AKH,1:06–cv–09805–AKH,1:06–cv–09806–AKH,1:06–cv–09807–AKH,<br>1:06–cv–09808–AKH,1:06–cv–09809–AKH,1:06–cv–09810–AKH,1:06–cv–09811–AKH,1:06–cv–09812–AKH<br>1:06–cv–09813–AKH,1:06–cv–09814–AKH,1:06–cv–09815–AKH,1:06–cv–09816–AKH,1:06–cv–09817–AKH<br>1:06–cv–09818–AKH,1:06–cv–09819–AKH,1:06–cv–09820–AKH,1:06–cv–09821–AKH,1:06–cv–09822–AKH<br>1:06–cv–09823–AKH,1:06–cv–09824–AKH,1:06–cv–09825–AKH,1:06–cv–09826–AKH,1:06–cv–09827–AKH<br>1:06–cv–09828–AKH,1:06–cv–09829–AKH,1:06–cv–09830–AKH,1:06–cv–09831–AKH,1:06–cv–09832–AKH<br>1:06–cv–09833–AKH,1:06–cv–09834–AKH,1:06–cv–09835–AKH,1:06–cv–09836–AKH,1:06–cv–09837–AKH<br>1:06–cv–09838–AKH,1:06–cv–09839–AKH,1:06–cv–09840–AKH,1:06–cv–09841–AKH,1:06–cv–09842–AKH<br>1:06–cv–09843–AKH,1:06–cv–09844–AKH,1:06–cv–09845–AKH,1:06–cv–09846–AKH,1:06–cv–09847–AKH<br>1:06–cv–09848–AKH,1:06–cv–09849–AKH,1:06–cv–09850–AKH,1:06–cv–09851–AKH,1:06–cv–09852–AKH<br>1:06–cv–09853–AKH,1:06–cv–09854–AKH,1:06–cv–09855–AKH,1:06–cv–09856–AKH,1:06–cv–09857–AKH<br>1:06–cv–09858–AKH,1:06–cv–11535–AKH,1:06–cv–13167–AKH,1:06–cv–13279–AKH,1:06–cv–13280–AKH<br>1:06–cv–13431–AKH,1:06–cv–13432–AKH,1:06–cv–13493–AKH,1:06–cv–13600–AKH,1:06–cv–13612–AKH<br>1:06–cv–13613–AKH,1:06–cv–13614–AKH,1:06–cv–13615–AKH,1:06–cv–13616–AKH,1:06–cv–13617–AKH<br>1:06–cv–13618–AKH,1:06–cv–13619–AKH,1:06–cv–13620–AKH,1:06–cv–13621–AKH,1:06–cv–13622–AKH<br>1:06–cv–13623–AKH,1:06–cv–13624–AKH,1:06–cv–13698–AKH,1:06–cv–13700–AKH(Tyrrell, James) (Entere<br>12/11/2006) |
| 12/12/2006 | 551 | MEMORANDUM AND ORDER APPOINTING SPECIAL MASTERS... "I appoint as special masters to assist me<br>administration of this litigation Dean Aaron D. Twerski of New York City, New York, and Professor James A. Hend<br>Jr. of Ithaca, New York, effective immediately."... and as further set forth regarding the procedures to be followed th<br>govern the handling of the duties of the appointed special masters. (Signed by Judge Alvin K. Hellerstein on 12/12/0<br>(Entered: 12/13/2006) |
| 12/13/2006 | 552 | TRANSCRIPT of proceedings held on 11/3/06 before Judge Alvin K. Hellerstein. (mo, ) (Entered: 12/13/2006) |
| 12/18/2006 | 553 | REPLY AFFIRMATION of Denise A. Rubin in Support re: 542 FIRST MOTION For Leave To File Plaintiffs' Mas<br>Complaint As To Fresh Kills Defendants re: 541 FIRST MOTION File Additional Master Complaint As To Fresh K<br>Defendants. *Memorandum In Support*.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit Ex<br>– Amended Fresh Kills Master Complaint# 2 Exhibit Pltf Reply Exhibs B &C)Filed In Associated Cases:<br>1:21–mc–00100–AKH,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH<br>1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH<br>1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH<br>1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH<br>1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH<br>1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH<br>1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH<br>1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH<br>1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH<br>1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH<br>1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH<br>1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH<br>1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH<br>1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH<br>1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH<br>1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH<br>1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH<br>1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH<br>1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH<br>1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH<br>1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH<br>1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH<br>1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH<br>1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH<br>1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH<br>1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH<br>1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH<br>1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH<br>1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH<br>1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH<br>1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH<br>1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH<br>1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH<br>1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH<br>1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH |

1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH

1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH

1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH

```
1:05-cv-10752-AKH,1:06-cv-00060-AKH,1:06-cv-00061-AKH,1:06-cv-00062-AKH,1:06-cv-00063-AKH
1:06-cv-00064-AKH,1:06-cv-00065-AKH,1:06-cv-00066-AKH,1:06-cv-00067-AKH,1:06-cv-00068-AKH
1:06-cv-00069-AKH,1:06-cv-00070-AKH,1:06-cv-00123-AKH,1:06-cv-00124-AKH,1:06-cv-00125-AKH
1:06-cv-00126-AKH,1:06-cv-00127-AKH,1:06-cv-00128-AKH,1:06-cv-00129-AKH,1:06-cv-00130-AKH
1:06-cv-00131-AKH,1:06-cv-00132-AKH,1:06-cv-00133-AKH,1:06-cv-00140-AKH,1:06-cv-00177-AKH
1:06-cv-00459-AKH,1:06-cv-00645-AKH,1:06-cv-00646-AKH,1:06-cv-00647-AKH,1:06-cv-00735-AKH
1:06-cv-00736-AKH,1:06-cv-00816-AKH,1:06-cv-00817-AKH,1:06-cv-00819-AKH,1:06-cv-00820-AKH
1:06-cv-00821-AKH,1:06-cv-00995-AKH,1:06-cv-01099-AKH,1:06-cv-01100-AKH,1:06-cv-01102-AKH
1:06-cv-01116-AKH,1:06-cv-01117-AKH,1:06-cv-01118-AKH,1:06-cv-01119-AKH,1:06-cv-01120-AKH
1:06-cv-01121-AKH,1:06-cv-01122-AKH,1:06-cv-01340-AKH,1:06-cv-01341-AKH,1:06-cv-01511-AKH
1:06-cv-01647-AKH,1:06-cv-01648-AKH,1:06-cv-01649-AKH,1:06-cv-01650-AKH,1:06-cv-01651-AKH
1:06-cv-01652-AKH,1:06-cv-01653-AKH,1:06-cv-01654-AKH,1:06-cv-01656-AKH,1:06-cv-01657-AKH
1:06-cv-01658-AKH,1:06-cv-01659-AKH,1:06-cv-01660-AKH,1:06-cv-01661-AKH,1:06-cv-01662-AKH
1:06-cv-01667-AKH,1:06-cv-01668-AKH,1:06-cv-01669-AKH,1:06-cv-01670-AKH,1:06-cv-01672-AKH
1:06-cv-01673-AKH,1:06-cv-01674-AKH,1:06-cv-01675-AKH,1:06-cv-01676-AKH,1:06-cv-01890-AKH
1:06-cv-01891-AKH,1:06-cv-01892-AKH,1:06-cv-01894-AKH,1:06-cv-01954-AKH,1:06-cv-01955-AKH
1:06-cv-02080-AKH,1:06-cv-02086-AKH,1:06-cv-02218-AKH,1:06-cv-02219-AKH,1:06-cv-02220-AKH
1:06-cv-02221-AKH,1:06-cv-02252-AKH,1:06-cv-02285-AKH,1:06-cv-02286-AKH,1:06-cv-02287-AKH
1:06-cv-02521-AKH,1:06-cv-02523-AKH,1:06-cv-02524-AKH,1:06-cv-02525-AKH,1:06-cv-02526-AKH
1:06-cv-02529-AKH,1:06-cv-02664-AKH,1:06-cv-02698-AKH,1:06-cv-02699-AKH,1:06-cv-02700-AKH
1:06-cv-02748-AKH,1:06-cv-02817-AKH,1:06-cv-02881-AKH,1:06-cv-02882-AKH,1:06-cv-02883-AKH
1:06-cv-02884-AKH,1:06-cv-02885-AKH,1:06-cv-02886-AKH,1:06-cv-02887-AKH,1:06-cv-02888-AKH
1:06-cv-02889-AKH,1:06-cv-02890-AKH,1:06-cv-02891-AKH,1:06-cv-02892-AKH,1:06-cv-02959-AKH
1:06-cv-02960-AKH,1:06-cv-02961-AKH,1:06-cv-03230-AKH,1:06-cv-03231-AKH,1:06-cv-03232-AKH
1:06-cv-03234-AKH,1:06-cv-03236-AKH,1:06-cv-03237-AKH,1:06-cv-03299-AKH,1:06-cv-03301-AKH
1:06-cv-03309-AKH,1:06-cv-03310-AKH,1:06-cv-03311-AKH,1:06-cv-03312-AKH,1:06-cv-03313-AKH
1:06-cv-03315-AKH,1:06-cv-03416-AKH,1:06-cv-03417-AKH,1:06-cv-03418-AKH,1:06-cv-03421-AKH
1:06-cv-03845-AKH,1:06-cv-03847-AKH,1:06-cv-03848-AKH,1:06-cv-03849-AKH,1:06-cv-03850-AKH
1:06-cv-03873-AKH,1:06-cv-03874-AKH,1:06-cv-03875-AKH,1:06-cv-03876-AKH,1:06-cv-03878-AKH
1:06-cv-03879-AKH,1:06-cv-03880-AKH,1:06-cv-03900-AKH,1:06-cv-04042-AKH,1:06-cv-04043-AKH
1:06-cv-04044-AKH,1:06-cv-04046-AKH,1:06-cv-04104-AKH,1:06-cv-04105-AKH,1:06-cv-04375-AKH
1:06-cv-04376-AKH,1:06-cv-04378-AKH,1:06-cv-04379-AKH,1:06-cv-04380-AKH,1:06-cv-04381-AKH
1:06-cv-04382-AKH,1:06-cv-04383-AKH,1:06-cv-04407-AKH,1:06-cv-04408-AKH,1:06-cv-04425-AKH
1:06-cv-04702-AKH,1:06-cv-04704-AKH,1:06-cv-04735-AKH,1:06-cv-04736-AKH,1:06-cv-04737-AKH
1:06-cv-04738-AKH,1:06-cv-04740-AKH,1:06-cv-04741-AKH,1:06-cv-04742-AKH,1:06-cv-04743-AKH
1:06-cv-04744-AKH,1:06-cv-04745-AKH,1:06-cv-04746-AKH,1:06-cv-04884-AKH,1:06-cv-04885-AKH
1:06-cv-05028-AKH,1:06-cv-05090-AKH,1:06-cv-05278-AKH,1:06-cv-05539-AKH,1:06-cv-05631-AKH
1:06-cv-05632-AKH,1:06-cv-05633-AKH,1:06-cv-05637-AKH,1:06-cv-05786-AKH,1:06-cv-05827-AKH
1:06-cv-05828-AKH,1:06-cv-05829-AKH,1:06-cv-05830-AKH,1:06-cv-05831-AKH,1:06-cv-05832-AKH
1:06-cv-05833-AKH,1:06-cv-05834-AKH,1:06-cv-05835-AKH,1:06-cv-05836-AKH,1:06-cv-05837-AKH
1:06-cv-05838-AKH,1:06-cv-05839-AKH,1:06-cv-06016-AKH,1:06-cv-06018-AKH,1:06-cv-06019-AKH
1:06-cv-06020-AKH,1:06-cv-06229-AKH,1:06-cv-06230-AKH,1:06-cv-06231-AKH,1:06-cv-06232-AKH
1:06-cv-06233-AKH,1:06-cv-06234-AKH,1:06-cv-06360-AKH,1:06-cv-06396-AKH,1:06-cv-06714-AKH
1:06-cv-06715-AKH,1:06-cv-06716-AKH,1:06-cv-06717-AKH,1:06-cv-06718-AKH,1:06-cv-06719-AKH
1:06-cv-06720-AKH,1:06-cv-06721-AKH,1:06-cv-06722-AKH,1:06-cv-06723-AKH,1:06-cv-06724-AKH
1:06-cv-06725-AKH,1:06-cv-06726-AKH,1:06-cv-06727-AKH,1:06-cv-06728-AKH,1:06-cv-06729-AKH
1:06-cv-06730-AKH,1:06-cv-06731-AKH,1:06-cv-06732-AKH,1:06-cv-06733-AKH,1:06-cv-06734-AKH
1:06-cv-06735-AKH,1:06-cv-06736-AKH,1:06-cv-06737-AKH,1:06-cv-06738-AKH,1:06-cv-06739-AKH
1:06-cv-06740-AKH,1:06-cv-06741-AKH,1:06-cv-06742-AKH,1:06-cv-06743-AKH,1:06-cv-06744-AKH
1:06-cv-06745-AKH,1:06-cv-06746-AKH,1:06-cv-06747-AKH,1:06-cv-06748-AKH,1:06-cv-06749-AKH
1:06-cv-06750-AKH,1:06-cv-06751-AKH,1:06-cv-06752-AKH,1:06-cv-06753-AKH,1:06-cv-06754-AKH
1:06-cv-06755-AKH,1:06-cv-06756-AKH,1:06-cv-06757-AKH,1:06-cv-06758-AKH,1:06-cv-06759-AKH
1:06-cv-06760-AKH,1:06-cv-06761-AKH,1:06-cv-06762-AKH,1:06-cv-06763-AKH,1:06-cv-06764-AKH
1:06-cv-06765-AKH,1:06-cv-06766-AKH,1:06-cv-06767-AKH,1:06-cv-06768-AKH,1:06-cv-06769-AKH
1:06-cv-06770-AKH,1:06-cv-06771-AKH,1:06-cv-06772-AKH,1:06-cv-06773-AKH,1:06-cv-06774-AKH
1:06-cv-06775-AKH,1:06-cv-06776-AKH,1:06-cv-06777-AKH,1:06-cv-06778-AKH,1:06-cv-06779-AKH
1:06-cv-06780-AKH,1:06-cv-06781-AKH,1:06-cv-06782-AKH,1:06-cv-06783-AKH,1:06-cv-06784-AKH
1:06-cv-06785-AKH,1:06-cv-06786-AKH,1:06-cv-06787-AKH,1:06-cv-06788-AKH,1:06-cv-06789-AKH
1:06-cv-06790-AKH,1:06-cv-06791-AKH,1:06-cv-06792-AKH,1:06-cv-06793-AKH,1:06-cv-06794-AKH
1:06-cv-06795-AKH,1:06-cv-06796-AKH,1:06-cv-06797-AKH,1:06-cv-06798-AKH,1:06-cv-06799-AKH
1:06-cv-06800-AKH,1:06-cv-06801-AKH,1:06-cv-06802-AKH,1:06-cv-06803-AKH,1:06-cv-06804-AKH
1:06-cv-06805-AKH,1:06-cv-06806-AKH,1:06-cv-06807-AKH,1:06-cv-06808-AKH,1:06-cv-06809-AKH
1:06-cv-06810-AKH,1:06-cv-06811-AKH,1:06-cv-06812-AKH,1:06-cv-06813-AKH,1:06-cv-06912-AKH
1:06-cv-06913-AKH,1:06-cv-06914-AKH,1:06-cv-06915-AKH,1:06-cv-06916-AKH,1:06-cv-06917-AKH
```

1:06–cv–06918–AKH,1:06–cv–06919–AKH,1:06–cv–06920–AKH,1:06–cv–06921–AKH,1:06–cv–07044–AKH
1:06–cv–07045–AKH,1:06–cv–07046–AKH,1:06–cv–07047–AKH,1:06–cv–07048–AKH,1:06–cv–07049–AKH
1:06–cv–07050–AKH,1:06–cv–07051–AKH,1:06–cv–07127–AKH,1:06–cv–07128–AKH,1:06–cv–07129–AKH
1:06–cv–07130–AKH,1:06–cv–07191–AKH,1:06–cv–07192–AKH,1:06–cv–07193–AKH,1:06–cv–07194–AKH
1:06–cv–07195–AKH,1:06–cv–07213–AKH,1:06–cv–07214–AKH,1:06–cv–07215–AKH,1:06–cv–07216–AKH
1:06–cv–07217–AKH,1:06–cv–07218–AKH,1:06–cv–07219–AKH,1:06–cv–07220–AKH,1:06–cv–07221–AKH
1:06–cv–07222–AKH,1:06–cv–07223–AKH,1:06–cv–07224–AKH,1:06–cv–07225–AKH,1:06–cv–07226–AKH
1:06–cv–07227–AKH,1:06–cv–07228–AKH,1:06–cv–07229–AKH,1:06–cv–07230–AKH,1:06–cv–07231–AKH
1:06–cv–07232–AKH,1:06–cv–07233–AKH,1:06–cv–07234–AKH,1:06–cv–07235–AKH,1:06–cv–07236–AKH
1:06–cv–07237–AKH,1:06–cv–07238–AKH,1:06–cv–07239–AKH,1:06–cv–07240–AKH,1:06–cv–07241–AKH
1:06–cv–07242–AKH,1:06–cv–07243–AKH,1:06–cv–07244–AKH,1:06–cv–07245–AKH,1:06–cv–07246–AKH
1:06–cv–07247–AKH,1:06–cv–07248–AKH,1:06–cv–07249–AKH,1:06–cv–07250–AKH,1:06–cv–07251–AKH
1:06–cv–07252–AKH,1:06–cv–07253–AKH,1:06–cv–07254–AKH,1:06–cv–07255–AKH,1:06–cv–07256–AKH
1:06–cv–07257–AKH,1:06–cv–07258–AKH,1:06–cv–07259–AKH,1:06–cv–07260–AKH,1:06–cv–07261–AKH
1:06–cv–07262–AKH,1:06–cv–07263–AKH,1:06–cv–07264–AKH,1:06–cv–07265–AKH,1:06–cv–07266–AKH
1:06–cv–07267–AKH,1:06–cv–07268–AKH,1:06–cv–07269–AKH,1:06–cv–07270–AKH,1:06–cv–07271–AKH
1:06–cv–07272–AKH,1:06–cv–07273–AKH,1:06–cv–07274–AKH,1:06–cv–07275–AKH,1:06–cv–07276–AKH
1:06–cv–07277–AKH,1:06–cv–07278–AKH,1:06–cv–07279–AKH,1:06–cv–07280–AKH,1:06–cv–07281–AKH
1:06–cv–07282–AKH,1:06–cv–07283–AKH,1:06–cv–07284–AKH,1:06–cv–07285–AKH,1:06–cv–07286–AKH
1:06–cv–07287–AKH,1:06–cv–07288–AKH,1:06–cv–07289–AKH,1:06–cv–07290–AKH,1:06–cv–07291–AKH
1:06–cv–07292–AKH,1:06–cv–07293–AKH,1:06–cv–07294–AKH,1:06–cv–07295–AKH,1:06–cv–07296–AKH
1:06–cv–07297–AKH,1:06–cv–07298–AKH,1:06–cv–07299–AKH,1:06–cv–07300–AKH,1:06–cv–07301–AKH
1:06–cv–07302–AKH,1:06–cv–07303–AKH,1:06–cv–07304–AKH,1:06–cv–07305–AKH,1:06–cv–07306–AKH
1:06–cv–07307–AKH,1:06–cv–07308–AKH,1:06–cv–07309–AKH,1:06–cv–07310–AKH,1:06–cv–07311–AKH
1:06–cv–07312–AKH,1:06–cv–07313–AKH,1:06–cv–07314–AKH,1:06–cv–07315–AKH,1:06–cv–07316–AKH
1:06–cv–07317–AKH,1:06–cv–07318–AKH,1:06–cv–07319–AKH,1:06–cv–07320–AKH,1:06–cv–07321–AKH
1:06–cv–07322–AKH,1:06–cv–07323–AKH,1:06–cv–07324–AKH,1:06–cv–07325–AKH,1:06–cv–07326–AKH
1:06–cv–07327–AKH,1:06–cv–07328–AKH,1:06–cv–07329–AKH,1:06–cv–07330–AKH,1:06–cv–07331–AKH
1:06–cv–07332–AKH,1:06–cv–07333–AKH,1:06–cv–07334–AKH,1:06–cv–07335–AKH,1:06–cv–07336–AKH
1:06–cv–07337–AKH,1:06–cv–07338–AKH,1:06–cv–07339–AKH,1:06–cv–07340–AKH,1:06–cv–07341–AKH
1:06–cv–07342–AKH,1:06–cv–07343–AKH,1:06–cv–07344–AKH,1:06–cv–07345–AKH,1:06–cv–07346–AKH
1:06–cv–07347–AKH,1:06–cv–07348–AKH,1:06–cv–07349–AKH,1:06–cv–07350–AKH,1:06–cv–07351–AKH
1:06–cv–07352–AKH,1:06–cv–07353–AKH,1:06–cv–07354–AKH,1:06–cv–07355–AKH,1:06–cv–07356–AKH
1:06–cv–07357–AKH,1:06–cv–07358–AKH,1:06–cv–07359–AKH,1:06–cv–07360–AKH,1:06–cv–07361–AKH
1:06–cv–07362–AKH,1:06–cv–07363–AKH,1:06–cv–07364–AKH,1:06–cv–07365–AKH,1:06–cv–07366–AKH
1:06–cv–07367–AKH,1:06–cv–07368–AKH,1:06–cv–07369–AKH,1:06–cv–07370–AKH,1:06–cv–07371–AKH
1:06–cv–07372–AKH,1:06–cv–07373–AKH,1:06–cv–07374–AKH,1:06–cv–07375–AKH,1:06–cv–07376–AKH
1:06–cv–07377–AKH,1:06–cv–07378–AKH,1:06–cv–07379–AKH,1:06–cv–07380–AKH,1:06–cv–07381–AKH
1:06–cv–07382–AKH,1:06–cv–07383–AKH,1:06–cv–07384–AKH,1:06–cv–07385–AKH,1:06–cv–07386–AKH
1:06–cv–07387–AKH,1:06–cv–07388–AKH,1:06–cv–07389–AKH,1:06–cv–07390–AKH,1:06–cv–07391–AKH
1:06–cv–07392–AKH,1:06–cv–07393–AKH,1:06–cv–07394–AKH,1:06–cv–07395–AKH,1:06–cv–07396–AKH
1:06–cv–07397–AKH,1:06–cv–07398–AKH,1:06–cv–07399–AKH,1:06–cv–07400–AKH,1:06–cv–07401–AKH
1:06–cv–07402–AKH,1:06–cv–07403–AKH,1:06–cv–07404–AKH,1:06–cv–07405–AKH,1:06–cv–07406–AKH
1:06–cv–07407–AKH,1:06–cv–07408–AKH,1:06–cv–07409–AKH,1:06–cv–07410–AKH,1:06–cv–07411–AKH
1:06–cv–07412–AKH,1:06–cv–07413–AKH,1:06–cv–07414–AKH,1:06–cv–07415–AKH,1:06–cv–07416–AKH
1:06–cv–07417–AKH,1:06–cv–07418–AKH,1:06–cv–07419–AKH,1:06–cv–07420–AKH,1:06–cv–07421–AKH
1:06–cv–07422–AKH,1:06–cv–07423–AKH,1:06–cv–07424–AKH,1:06–cv–07425–AKH,1:06–cv–07426–AKH
1:06–cv–07427–AKH,1:06–cv–07428–AKH,1:06–cv–07429–AKH,1:06–cv–07430–AKH,1:06–cv–07431–AKH
1:06–cv–07432–AKH,1:06–cv–07433–AKH,1:06–cv–07434–AKH,1:06–cv–07435–AKH,1:06–cv–07436–AKH
1:06–cv–07437–AKH,1:06–cv–07438–AKH,1:06–cv–07439–AKH,1:06–cv–07440–AKH,1:06–cv–07441–AKH
1:06–cv–07442–AKH,1:06–cv–07443–AKH,1:06–cv–07444–AKH,1:06–cv–07445–AKH,1:06–cv–07446–AKH
1:06–cv–07447–AKH,1:06–cv–07448–AKH,1:06–cv–07449–AKH,1:06–cv–07450–AKH,1:06–cv–07451–AKH
1:06–cv–07452–AKH,1:06–cv–07453–AKH,1:06–cv–07454–AKH,1:06–cv–07455–AKH,1:06–cv–07456–AKH
1:06–cv–07457–AKH,1:06–cv–07458–AKH,1:06–cv–07459–AKH,1:06–cv–07460–AKH,1:06–cv–07461–AKH
1:06–cv–07462–AKH,1:06–cv–07463–AKH,1:06–cv–07464–AKH,1:06–cv–07465–AKH,1:06–cv–07466–AKH
1:06–cv–07467–AKH,1:06–cv–07468–AKH,1:06–cv–07469–AKH,1:06–cv–07470–AKH,1:06–cv–07471–AKH
1:06–cv–07472–AKH,1:06–cv–07473–AKH,1:06–cv–07474–AKH,1:06–cv–07475–AKH,1:06–cv–07476–AKH
1:06–cv–07477–AKH,1:06–cv–07478–AKH,1:06–cv–07479–AKH,1:06–cv–07480–AKH,1:06–cv–07481–AKH
1:06–cv–07482–AKH,1:06–cv–07483–AKH,1:06–cv–07484–AKH,1:06–cv–07485–AKH,1:06–cv–07486–AKH
1:06–cv–07487–AKH,1:06–cv–07488–AKH,1:06–cv–07489–AKH,1:06–cv–07490–AKH,1:06–cv–07491–AKH
1:06–cv–07492–AKH,1:06–cv–07493–AKH,1:06–cv–07494–AKH,1:06–cv–07495–AKH,1:06–cv–07496–AKH
1:06–cv–07497–AKH,1:06–cv–07498–AKH,1:06–cv–07499–AKH,1:06–cv–07500–AKH,1:06–cv–07501–AKH
1:06–cv–07502–AKH,1:06–cv–07503–AKH,1:06–cv–07504–AKH,1:06–cv–07505–AKH,1:06–cv–07506–AKH
1:06–cv–07507–AKH,1:06–cv–07508–AKH,1:06–cv–07509–AKH,1:06–cv–07510–AKH,1:06–cv–07511–AKH

1:06–cv–07512–AKH,1:06–cv–07513–AKH,1:06–cv–07514–AKH,1:06–cv–07515–AKH,1:06–cv–07516–AKH
1:06–cv–07517–AKH,1:06–cv–07518–AKH,1:06–cv–07519–AKH,1:06–cv–07520–AKH,1:06–cv–07521–AKH
1:06–cv–07522–AKH,1:06–cv–07523–AKH,1:06–cv–07524–AKH,1:06–cv–07525–AKH,1:06–cv–07526–AKH
1:06–cv–07527–AKH,1:06–cv–07528–AKH,1:06–cv–07529–AKH,1:06–cv–07530–AKH,1:06–cv–07531–AKH
1:06–cv–07532–AKH,1:06–cv–07533–AKH,1:06–cv–07534–AKH,1:06–cv–07535–AKH,1:06–cv–07536–AKH
1:06–cv–07537–AKH,1:06–cv–07538–AKH,1:06–cv–07539–AKH,1:06–cv–07540–AKH,1:06–cv–07541–AKH
1:06–cv–07542–AKH,1:06–cv–07543–AKH,1:06–cv–07544–AKH,1:06–cv–07545–AKH,1:06–cv–07546–AKH
1:06–cv–07547–AKH,1:06–cv–07548–AKH,1:06–cv–07549–AKH,1:06–cv–07550–AKH,1:06–cv–07551–AKH
1:06–cv–07552–AKH,1:06–cv–07553–AKH,1:06–cv–07554–AKH,1:06–cv–07555–AKH,1:06–cv–07556–AKH
1:06–cv–07557–AKH,1:06–cv–07558–AKH,1:06–cv–07559–AKH,1:06–cv–07560–AKH,1:06–cv–07561–AKH
1:06–cv–07562–AKH,1:06–cv–07563–AKH,1:06–cv–07564–AKH,1:06–cv–07565–AKH,1:06–cv–07566–AKH
1:06–cv–07567–AKH,1:06–cv–07568–AKH,1:06–cv–07569–AKH,1:06–cv–07570–AKH,1:06–cv–07571–AKH
1:06–cv–07572–AKH,1:06–cv–07573–AKH,1:06–cv–07574–AKH,1:06–cv–07575–AKH,1:06–cv–07576–AKH
1:06–cv–07577–AKH,1:06–cv–07578–AKH,1:06–cv–07579–AKH,1:06–cv–07580–AKH,1:06–cv–07650–AKH
1:06–cv–07652–AKH,1:06–cv–07653–AKH,1:06–cv–07654–AKH,1:06–cv–07655–AKH,1:06–cv–07656–AKH
1:06–cv–07721–AKH,1:06–cv–07730–AKH,1:06–cv–07731–AKH,1:06–cv–07892–AKH,1:06–cv–07893–AKH
1:06–cv–07914–AKH,1:06–cv–07915–AKH,1:06–cv–07916–AKH,1:06–cv–07917–AKH,1:06–cv–07918–AKH
1:06–cv–07919–AKH,1:06–cv–07920–AKH,1:06–cv–07922–AKH,1:06–cv–07937–AKH,1:06–cv–07938–AKH
1:06–cv–07940–AKH,1:06–cv–07948–AKH,1:06–cv–07951–AKH,1:06–cv–07958–AKH,1:06–cv–07965–AKH
1:06–cv–07967–AKH,1:06–cv–07970–AKH,1:06–cv–07973–AKH,1:06–cv–07978–AKH,1:06–cv–07979–AKH
1:06–cv–07985–AKH,1:06–cv–07987–AKH,1:06–cv–07989–AKH,1:06–cv–07996–AKH,1:06–cv–07997–AKH
1:06–cv–08004–AKH,1:06–cv–08007–AKH,1:06–cv–08010–AKH,1:06–cv–08012–AKH,1:06–cv–08016–AKH
1:06–cv–08018–AKH,1:06–cv–08019–AKH,1:06–cv–08021–AKH,1:06–cv–08022–AKH,1:06–cv–08025–AKH
1:06–cv–08026–AKH,1:06–cv–08032–AKH,1:06–cv–08033–AKH,1:06–cv–08034–AKH,1:06–cv–08037–AKH
1:06–cv–08038–AKH,1:06–cv–08052–AKH,1:06–cv–08061–AKH,1:06–cv–08064–AKH,1:06–cv–08068–AKH
1:06–cv–08070–AKH,1:06–cv–08073–AKH,1:06–cv–08074–AKH,1:06–cv–08075–AKH,1:06–cv–08078–AKH
1:06–cv–08079–AKH,1:06–cv–08082–AKH,1:06–cv–08090–AKH,1:06–cv–08091–AKH,1:06–cv–08092–AKH
1:06–cv–08094–AKH,1:06–cv–08099–AKH,1:06–cv–08100–AKH,1:06–cv–08104–AKH,1:06–cv–08107–AKH
1:06–cv–08109–AKH,1:06–cv–08110–AKH,1:06–cv–08113–AKH,1:06–cv–08114–AKH,1:06–cv–08117–AKH
1:06–cv–08118–AKH,1:06–cv–08122–AKH,1:06–cv–08328–AKH,1:06–cv–08329–AKH,1:06–cv–08330–AKH
1:06–cv–08331–AKH,1:06–cv–08332–AKH,1:06–cv–08333–AKH,1:06–cv–08334–AKH,1:06–cv–08335–AKH
1:06–cv–08336–AKH,1:06–cv–08337–AKH,1:06–cv–08338–AKH,1:06–cv–08339–AKH,1:06–cv–08340–AKH
1:06–cv–08341–AKH,1:06–cv–08342–AKH,1:06–cv–08343–AKH,1:06–cv–08344–AKH,1:06–cv–08345–AKH
1:06–cv–08346–AKH,1:06–cv–08347–AKH,1:06–cv–08348–AKH,1:06–cv–08349–AKH,1:06–cv–08350–AKH
1:06–cv–08351–AKH,1:06–cv–08352–AKH,1:06–cv–08353–AKH,1:06–cv–08354–AKH,1:06–cv–08355–AKH
1:06–cv–08356–AKH,1:06–cv–08357–AKH,1:06–cv–08358–AKH,1:06–cv–08359–AKH,1:06–cv–08360–AKH
1:06–cv–08361–AKH,1:06–cv–08362–AKH,1:06–cv–08363–AKH,1:06–cv–08364–AKH,1:06–cv–08365–AKH
1:06–cv–08366–AKH,1:06–cv–08367–AKH,1:06–cv–08368–AKH,1:06–cv–08369–AKH,1:06–cv–08370–AKH
1:06–cv–08371–AKH,1:06–cv–08372–AKH,1:06–cv–08373–AKH,1:06–cv–08374–AKH,1:06–cv–08375–AKH
1:06–cv–08376–AKH,1:06–cv–08377–AKH,1:06–cv–08378–AKH,1:06–cv–08379–AKH,1:06–cv–08380–AKH
1:06–cv–08381–AKH,1:06–cv–08382–AKH,1:06–cv–08383–AKH,1:06–cv–08384–AKH,1:06–cv–08385–AKH
1:06–cv–08386–AKH,1:06–cv–08387–AKH,1:06–cv–08388–AKH,1:06–cv–08389–AKH,1:06–cv–08390–AKH
1:06–cv–08391–AKH,1:06–cv–08392–AKH,1:06–cv–08393–AKH,1:06–cv–08394–AKH,1:06–cv–08395–AKH
1:06–cv–08396–AKH,1:06–cv–08397–AKH,1:06–cv–08398–AKH,1:06–cv–08399–AKH,1:06–cv–08400–AKH
1:06–cv–08401–AKH,1:06–cv–08402–AKH,1:06–cv–08403–AKH,1:06–cv–08404–AKH,1:06–cv–08405–AKH
1:06–cv–08406–AKH,1:06–cv–08407–AKH,1:06–cv–08408–AKH,1:06–cv–08409–AKH,1:06–cv–08410–AKH
1:06–cv–08411–AKH,1:06–cv–08412–AKH,1:06–cv–08413–AKH,1:06–cv–08414–AKH,1:06–cv–08415–AKH
1:06–cv–08416–AKH,1:06–cv–08417–AKH,1:06–cv–08418–AKH,1:06–cv–08419–AKH,1:06–cv–08420–AKH
1:06–cv–08421–AKH,1:06–cv–08422–AKH,1:06–cv–08423–AKH,1:06–cv–08424–AKH,1:06–cv–08425–AKH
1:06–cv–08426–AKH,1:06–cv–08427–AKH,1:06–cv–08428–AKH,1:06–cv–08429–AKH,1:06–cv–08430–AKH
1:06–cv–08431–AKH,1:06–cv–08432–AKH,1:06–cv–08433–AKH,1:06–cv–08434–AKH,1:06–cv–08435–AKH
1:06–cv–08436–AKH,1:06–cv–08437–AKH,1:06–cv–08438–AKH,1:06–cv–08439–AKH,1:06–cv–08440–AKH
1:06–cv–08441–AKH,1:06–cv–08442–AKH,1:06–cv–08443–AKH,1:06–cv–08444–AKH,1:06–cv–08445–AKH
1:06–cv–08446–AKH,1:06–cv–08447–AKH,1:06–cv–08448–AKH,1:06–cv–08449–AKH,1:06–cv–08450–AKH
1:06–cv–08451–AKH,1:06–cv–08452–AKH,1:06–cv–08453–AKH,1:06–cv–08454–AKH,1:06–cv–08455–AKH
1:06–cv–08456–AKH,1:06–cv–08457–AKH,1:06–cv–08458–AKH,1:06–cv–08459–AKH,1:06–cv–08460–AKH
1:06–cv–08461–AKH,1:06–cv–08462–AKH,1:06–cv–08463–AKH,1:06–cv–08464–AKH,1:06–cv–08465–AKH
1:06–cv–08466–AKH,1:06–cv–08467–AKH,1:06–cv–08468–AKH,1:06–cv–08469–AKH,1:06–cv–08470–AKH
1:06–cv–08471–AKH,1:06–cv–08472–AKH,1:06–cv–08473–AKH,1:06–cv–08474–AKH,1:06–cv–08475–AKH
1:06–cv–08476–AKH,1:06–cv–08477–AKH,1:06–cv–08478–AKH,1:06–cv–08479–AKH,1:06–cv–08480–AKH
1:06–cv–08481–AKH,1:06–cv–08482–AKH,1:06–cv–08483–AKH,1:06–cv–08484–AKH,1:06–cv–08485–AKH
1:06–cv–08486–AKH,1:06–cv–08487–AKH,1:06–cv–08488–AKH,1:06–cv–08489–AKH,1:06–cv–08490–AKH
1:06–cv–08491–AKH,1:06–cv–08492–AKH,1:06–cv–08493–AKH,1:06–cv–08494–AKH,1:06–cv–08495–AKH
1:06–cv–08496–AKH,1:06–cv–08497–AKH,1:06–cv–08498–AKH,1:06–cv–08499–AKH,1:06–cv–08500–AKH

```
1:06-cv-08501-AKH,1:06-cv-08502-AKH,1:06-cv-08503-AKH,1:06-cv-08504-AKH,1:06-cv-08505-AKH
1:06-cv-08506-AKH,1:06-cv-08507-AKH,1:06-cv-08508-AKH,1:06-cv-08509-AKH,1:06-cv-08510-AKH
1:06-cv-08511-AKH,1:06-cv-08512-AKH,1:06-cv-08513-AKH,1:06-cv-08514-AKH,1:06-cv-08515-AKH
1:06-cv-08516-AKH,1:06-cv-08517-AKH,1:06-cv-08518-AKH,1:06-cv-08519-AKH,1:06-cv-08520-AKH
1:06-cv-08521-AKH,1:06-cv-08522-AKH,1:06-cv-08523-AKH,1:06-cv-08524-AKH,1:06-cv-08525-AKH
1:06-cv-08526-AKH,1:06-cv-08527-AKH,1:06-cv-08528-AKH,1:06-cv-08529-AKH,1:06-cv-08530-AKH
1:06-cv-08531-AKH,1:06-cv-08532-AKH,1:06-cv-08533-AKH,1:06-cv-08534-AKH,1:06-cv-08535-AKH
1:06-cv-08536-AKH,1:06-cv-08537-AKH,1:06-cv-08538-AKH,1:06-cv-08539-AKH,1:06-cv-08540-AKH
1:06-cv-08541-AKH,1:06-cv-08542-AKH,1:06-cv-08543-AKH,1:06-cv-08544-AKH,1:06-cv-08545-AKH
1:06-cv-08546-AKH,1:06-cv-08547-AKH,1:06-cv-08548-AKH,1:06-cv-08549-AKH,1:06-cv-08550-AKH
1:06-cv-08551-AKH,1:06-cv-08552-AKH,1:06-cv-08553-AKH,1:06-cv-08554-AKH,1:06-cv-08555-AKH
1:06-cv-08556-AKH,1:06-cv-08557-AKH,1:06-cv-08558-AKH,1:06-cv-08559-AKH,1:06-cv-08560-AKH
1:06-cv-08561-AKH,1:06-cv-08562-AKH,1:06-cv-08563-AKH,1:06-cv-08564-AKH,1:06-cv-08565-AKH
1:06-cv-08566-AKH,1:06-cv-08567-AKH,1:06-cv-08568-AKH,1:06-cv-08569-AKH,1:06-cv-08570-AKH
1:06-cv-08571-AKH,1:06-cv-08572-AKH,1:06-cv-08573-AKH,1:06-cv-08574-AKH,1:06-cv-08575-AKH
1:06-cv-08576-AKH,1:06-cv-08577-AKH,1:06-cv-08578-AKH,1:06-cv-08579-AKH,1:06-cv-08580-AKH
1:06-cv-08581-AKH,1:06-cv-08582-AKH,1:06-cv-08583-AKH,1:06-cv-08584-AKH,1:06-cv-08585-AKH
1:06-cv-08586-AKH,1:06-cv-08587-AKH,1:06-cv-08588-AKH,1:06-cv-08589-AKH,1:06-cv-08590-AKH
1:06-cv-08591-AKH,1:06-cv-08592-AKH,1:06-cv-08593-AKH,1:06-cv-08594-AKH,1:06-cv-08595-AKH
1:06-cv-08596-AKH,1:06-cv-08597-AKH,1:06-cv-08598-AKH,1:06-cv-08599-AKH,1:06-cv-08600-AKH
1:06-cv-08601-AKH,1:06-cv-08602-AKH,1:06-cv-08603-AKH,1:06-cv-08604-AKH,1:06-cv-08605-AKH
1:06-cv-08606-AKH,1:06-cv-08607-AKH,1:06-cv-08608-AKH,1:06-cv-08609-AKH,1:06-cv-08610-AKH
1:06-cv-08611-AKH,1:06-cv-08612-AKH,1:06-cv-08613-AKH,1:06-cv-08614-AKH,1:06-cv-08615-AKH
1:06-cv-08616-AKH,1:06-cv-08617-AKH,1:06-cv-08618-AKH,1:06-cv-08619-AKH,1:06-cv-08620-AKH
1:06-cv-08621-AKH,1:06-cv-08622-AKH,1:06-cv-08623-AKH,1:06-cv-08624-AKH,1:06-cv-08625-AKH
1:06-cv-08626-AKH,1:06-cv-08627-AKH,1:06-cv-08628-AKH,1:06-cv-08629-AKH,1:06-cv-08630-AKH
1:06-cv-08631-AKH,1:06-cv-08632-AKH,1:06-cv-08633-AKH,1:06-cv-08634-AKH,1:06-cv-08635-AKH
1:06-cv-08636-AKH,1:06-cv-08637-AKH,1:06-cv-08638-AKH,1:06-cv-08639-AKH,1:06-cv-08640-AKH
1:06-cv-08641-AKH,1:06-cv-08642-AKH,1:06-cv-08643-AKH,1:06-cv-08644-AKH,1:06-cv-08645-AKH
1:06-cv-08646-AKH,1:06-cv-08647-AKH,1:06-cv-08648-AKH,1:06-cv-08649-AKH,1:06-cv-08650-AKH
1:06-cv-08652-AKH,1:06-cv-08653-AKH,1:06-cv-08654-AKH,1:06-cv-08656-AKH,1:06-cv-08657-AKH
1:06-cv-08658-AKH,1:06-cv-08660-AKH,1:06-cv-08661-AKH,1:06-cv-08662-AKH,1:06-cv-08663-AKH
1:06-cv-08664-AKH,1:06-cv-08665-AKH,1:06-cv-08666-AKH,1:06-cv-08667-AKH,1:06-cv-08668-AKH
1:06-cv-08669-AKH,1:06-cv-08670-AKH,1:06-cv-08671-AKH,1:06-cv-08672-AKH,1:06-cv-08673-AKH
1:06-cv-08674-AKH,1:06-cv-08675-AKH,1:06-cv-08676-AKH,1:06-cv-08677-AKH,1:06-cv-08678-AKH
1:06-cv-08679-AKH,1:06-cv-08680-AKH,1:06-cv-08681-AKH,1:06-cv-08682-AKH,1:06-cv-08683-AKH
1:06-cv-08684-AKH,1:06-cv-08685-AKH,1:06-cv-08686-AKH,1:06-cv-08687-AKH,1:06-cv-08688-AKH
1:06-cv-08689-AKH,1:06-cv-08690-AKH,1:06-cv-08691-AKH,1:06-cv-08692-AKH,1:06-cv-08693-AKH
1:06-cv-08694-AKH,1:06-cv-08695-AKH,1:06-cv-08696-AKH,1:06-cv-08697-AKH,1:06-cv-08698-AKH
1:06-cv-08699-AKH,1:06-cv-08700-AKH,1:06-cv-08701-AKH,1:06-cv-08702-AKH,1:06-cv-08703-AKH
1:06-cv-08704-AKH,1:06-cv-08722-AKH,1:06-cv-08723-AKH,1:06-cv-08724-AKH,1:06-cv-08725-AKH
1:06-cv-08726-AKH,1:06-cv-08727-AKH,1:06-cv-08728-AKH,1:06-cv-08729-AKH,1:06-cv-08730-AKH
1:06-cv-08731-AKH,1:06-cv-08732-AKH,1:06-cv-08733-AKH,1:06-cv-08734-AKH,1:06-cv-08735-AKH
1:06-cv-08736-AKH,1:06-cv-08737-AKH,1:06-cv-08738-AKH,1:06-cv-08739-AKH,1:06-cv-08740-AKH
1:06-cv-08741-AKH,1:06-cv-08742-AKH,1:06-cv-08743-AKH,1:06-cv-08744-AKH,1:06-cv-08745-AKH
1:06-cv-08746-AKH,1:06-cv-08747-AKH,1:06-cv-08748-AKH,1:06-cv-08749-AKH,1:06-cv-08750-AKH
1:06-cv-08751-AKH,1:06-cv-08752-AKH,1:06-cv-08753-AKH,1:06-cv-08754-AKH,1:06-cv-08755-AKH
1:06-cv-08756-AKH,1:06-cv-08757-AKH,1:06-cv-08758-AKH,1:06-cv-08759-AKH,1:06-cv-08760-AKH
1:06-cv-08761-AKH,1:06-cv-08762-AKH,1:06-cv-08763-AKH,1:06-cv-08764-AKH,1:06-cv-08765-AKH
1:06-cv-08766-AKH,1:06-cv-08767-AKH,1:06-cv-08768-AKH,1:06-cv-08769-AKH,1:06-cv-08770-AKH
1:06-cv-08771-AKH,1:06-cv-08772-AKH,1:06-cv-08773-AKH,1:06-cv-08774-AKH,1:06-cv-08775-AKH
1:06-cv-08776-AKH,1:06-cv-08777-AKH,1:06-cv-08778-AKH,1:06-cv-08779-AKH,1:06-cv-08780-AKH
1:06-cv-08781-AKH,1:06-cv-08782-AKH,1:06-cv-08783-AKH,1:06-cv-08784-AKH,1:06-cv-08785-AKH
1:06-cv-08786-AKH,1:06-cv-08787-AKH,1:06-cv-08788-AKH,1:06-cv-08789-AKH,1:06-cv-08790-AKH
1:06-cv-08791-AKH,1:06-cv-08792-AKH,1:06-cv-08793-AKH,1:06-cv-08794-AKH,1:06-cv-08795-AKH
1:06-cv-08796-AKH,1:06-cv-08797-AKH,1:06-cv-08798-AKH,1:06-cv-08799-AKH,1:06-cv-08800-AKH
1:06-cv-08801-AKH,1:06-cv-08802-AKH,1:06-cv-08803-AKH,1:06-cv-08804-AKH,1:06-cv-08805-AKH
1:06-cv-08806-AKH,1:06-cv-08807-AKH,1:06-cv-08808-AKH,1:06-cv-08809-AKH,1:06-cv-08810-AKH
1:06-cv-08811-AKH,1:06-cv-08812-AKH,1:06-cv-08813-AKH,1:06-cv-08814-AKH,1:06-cv-08815-AKH
1:06-cv-08816-AKH,1:06-cv-08817-AKH,1:06-cv-08818-AKH,1:06-cv-08819-AKH,1:06-cv-08820-AKH
1:06-cv-08821-AKH,1:06-cv-08822-AKH,1:06-cv-08823-AKH,1:06-cv-08824-AKH,1:06-cv-08825-AKH
1:06-cv-08826-AKH,1:06-cv-08827-AKH,1:06-cv-08828-AKH,1:06-cv-08829-AKH,1:06-cv-08830-AKH
1:06-cv-08831-AKH,1:06-cv-08832-AKH,1:06-cv-08833-AKH,1:06-cv-08834-AKH,1:06-cv-08835-AKH
1:06-cv-08836-AKH,1:06-cv-08837-AKH,1:06-cv-08838-AKH,1:06-cv-08839-AKH,1:06-cv-08840-AKH
```

1:06–cv–08841–AKH,1:06–cv–08842–AKH,1:06–cv–08843–AKH,1:06–cv–08844–AKH,1:06–cv–08845–AKH
1:06–cv–08846–AKH,1:06–cv–08847–AKH,1:06–cv–08848–AKH,1:06–cv–08849–AKH,1:06–cv–08850–AKH
1:06–cv–08851–AKH,1:06–cv–08852–AKH,1:06–cv–08853–AKH,1:06–cv–08854–AKH,1:06–cv–08855–AKH
1:06–cv–08856–AKH,1:06–cv–08857–AKH,1:06–cv–08858–AKH,1:06–cv–08859–AKH,1:06–cv–08860–AKH
1:06–cv–08861–AKH,1:06–cv–08862–AKH,1:06–cv–08863–AKH,1:06–cv–08864–AKH,1:06–cv–08865–AKH
1:06–cv–08866–AKH,1:06–cv–08867–AKH,1:06–cv–08868–AKH,1:06–cv–08869–AKH,1:06–cv–08870–AKH
1:06–cv–08871–AKH,1:06–cv–08872–AKH,1:06–cv–08873–AKH,1:06–cv–08874–AKH,1:06–cv–08875–AKH
1:06–cv–08876–AKH,1:06–cv–08877–AKH,1:06–cv–08878–AKH,1:06–cv–08879–AKH,1:06–cv–08880–AKH
1:06–cv–08881–AKH,1:06–cv–08882–AKH,1:06–cv–08883–AKH,1:06–cv–08884–AKH,1:06–cv–08885–AKH
1:06–cv–08886–AKH,1:06–cv–08887–AKH,1:06–cv–08888–AKH,1:06–cv–08889–AKH,1:06–cv–08890–AKH
1:06–cv–08891–AKH,1:06–cv–08892–AKH,1:06–cv–08893–AKH,1:06–cv–08894–AKH,1:06–cv–08895–AKH
1:06–cv–08896–AKH,1:06–cv–08897–AKH,1:06–cv–08898–AKH,1:06–cv–08899–AKH,1:06–cv–08900–AKH
1:06–cv–08901–AKH,1:06–cv–08902–AKH,1:06–cv–08903–AKH,1:06–cv–08904–AKH,1:06–cv–08905–AKH
1:06–cv–08906–AKH,1:06–cv–08907–AKH,1:06–cv–08908–AKH,1:06–cv–08909–AKH,1:06–cv–08910–AKH
1:06–cv–08911–AKH,1:06–cv–08912–AKH,1:06–cv–08913–AKH,1:06–cv–08914–AKH,1:06–cv–08915–AKH
1:06–cv–08916–AKH,1:06–cv–08917–AKH,1:06–cv–08918–AKH,1:06–cv–08919–AKH,1:06–cv–08920–AKH
1:06–cv–08921–AKH,1:06–cv–08922–AKH,1:06–cv–08923–AKH,1:06–cv–08924–AKH,1:06–cv–08925–AKH
1:06–cv–08926–AKH,1:06–cv–08927–AKH,1:06–cv–08928–AKH,1:06–cv–08929–AKH,1:06–cv–08930–AKH
1:06–cv–08931–AKH,1:06–cv–08932–AKH,1:06–cv–08933–AKH,1:06–cv–08934–AKH,1:06–cv–08935–AKH
1:06–cv–08936–AKH,1:06–cv–08937–AKH,1:06–cv–08938–AKH,1:06–cv–08939–AKH,1:06–cv–08940–AKH
1:06–cv–08941–AKH,1:06–cv–08942–AKH,1:06–cv–08943–AKH,1:06–cv–08944–AKH,1:06–cv–08945–AKH
1:06–cv–08946–AKH,1:06–cv–08947–AKH,1:06–cv–08948–AKH,1:06–cv–08949–AKH,1:06–cv–08950–AKH
1:06–cv–08951–AKH,1:06–cv–08952–AKH,1:06–cv–08953–AKH,1:06–cv–08954–AKH,1:06–cv–08955–AKH
1:06–cv–08956–AKH,1:06–cv–08957–AKH,1:06–cv–08958–AKH,1:06–cv–08959–AKH,1:06–cv–08960–AKH
1:06–cv–08961–AKH,1:06–cv–08962–AKH,1:06–cv–08963–AKH,1:06–cv–08964–AKH,1:06–cv–08965–AKH
1:06–cv–08966–AKH,1:06–cv–08967–AKH,1:06–cv–08968–AKH,1:06–cv–08969–AKH,1:06–cv–08970–AKH
1:06–cv–08971–AKH,1:06–cv–08972–AKH,1:06–cv–08973–AKH,1:06–cv–08974–AKH,1:06–cv–08975–AKH
1:06–cv–08976–AKH,1:06–cv–08977–AKH,1:06–cv–08978–AKH,1:06–cv–08979–AKH,1:06–cv–08980–AKH
1:06–cv–08981–AKH,1:06–cv–08982–AKH,1:06–cv–08983–AKH,1:06–cv–08984–AKH,1:06–cv–08985–AKH
1:06–cv–08986–AKH,1:06–cv–08987–AKH,1:06–cv–08988–AKH,1:06–cv–08989–AKH,1:06–cv–08990–AKH
1:06–cv–08991–AKH,1:06–cv–08992–AKH,1:06–cv–08993–AKH,1:06–cv–08994–AKH,1:06–cv–08995–AKH
1:06–cv–08996–AKH,1:06–cv–08997–AKH,1:06–cv–08998–AKH,1:06–cv–08999–AKH,1:06–cv–09000–AKH
1:06–cv–09001–AKH,1:06–cv–09002–AKH,1:06–cv–09003–AKH,1:06–cv–09004–AKH,1:06–cv–09005–AKH
1:06–cv–09006–AKH,1:06–cv–09007–AKH,1:06–cv–09008–AKH,1:06–cv–09009–AKH,1:06–cv–09010–AKH
1:06–cv–09011–AKH,1:06–cv–09012–AKH,1:06–cv–09013–AKH,1:06–cv–09014–AKH,1:06–cv–09015–AKH
1:06–cv–09016–AKH,1:06–cv–09017–AKH,1:06–cv–09018–AKH,1:06–cv–09019–AKH,1:06–cv–09020–AKH
1:06–cv–09021–AKH,1:06–cv–09022–AKH,1:06–cv–09023–AKH,1:06–cv–09024–AKH,1:06–cv–09025–AKH
1:06–cv–09026–AKH,1:06–cv–09027–AKH,1:06–cv–09028–AKH,1:06–cv–09029–AKH,1:06–cv–09030–AKH
1:06–cv–09031–AKH,1:06–cv–09032–AKH,1:06–cv–09033–AKH,1:06–cv–09034–AKH,1:06–cv–09035–AKH
1:06–cv–09036–AKH,1:06–cv–09037–AKH,1:06–cv–09038–AKH,1:06–cv–09039–AKH,1:06–cv–09040–AKH
1:06–cv–09041–AKH,1:06–cv–09042–AKH,1:06–cv–09043–AKH,1:06–cv–09044–AKH,1:06–cv–09045–AKH
1:06–cv–09046–AKH,1:06–cv–09047–AKH,1:06–cv–09048–AKH,1:06–cv–09049–AKH,1:06–cv–09050–AKH
1:06–cv–09051–AKH,1:06–cv–09052–AKH,1:06–cv–09053–AKH,1:06–cv–09054–AKH,1:06–cv–09055–AKH
1:06–cv–09056–AKH,1:06–cv–09057–AKH,1:06–cv–09058–AKH,1:06–cv–09059–AKH,1:06–cv–09060–AKH
1:06–cv–09061–AKH,1:06–cv–09062–AKH,1:06–cv–09063–AKH,1:06–cv–09064–AKH,1:06–cv–09065–AKH
1:06–cv–09066–AKH,1:06–cv–09067–AKH,1:06–cv–09068–AKH,1:06–cv–09069–AKH,1:06–cv–09070–AKH
1:06–cv–09071–AKH,1:06–cv–09072–AKH,1:06–cv–09073–AKH,1:06–cv–09074–AKH,1:06–cv–09075–AKH
1:06–cv–09076–AKH,1:06–cv–09077–AKH,1:06–cv–09078–AKH,1:06–cv–09079–AKH,1:06–cv–09080–AKH
1:06–cv–09081–AKH,1:06–cv–09082–AKH,1:06–cv–09083–AKH,1:06–cv–09084–AKH,1:06–cv–09085–AKH
1:06–cv–09086–AKH,1:06–cv–09087–AKH,1:06–cv–09088–AKH,1:06–cv–09089–AKH,1:06–cv–09090–AKH
1:06–cv–09091–AKH,1:06–cv–09092–AKH,1:06–cv–09093–AKH,1:06–cv–09094–AKH,1:06–cv–09095–AKH
1:06–cv–09096–AKH,1:06–cv–09097–AKH,1:06–cv–09098–AKH,1:06–cv–09099–AKH,1:06–cv–09100–AKH
1:06–cv–09101–AKH,1:06–cv–09102–AKH,1:06–cv–09103–AKH,1:06–cv–09104–AKH,1:06–cv–09105–AKH
1:06–cv–09106–AKH,1:06–cv–09107–AKH,1:06–cv–09108–AKH,1:06–cv–09109–AKH,1:06–cv–09110–AKH
1:06–cv–09111–AKH,1:06–cv–09112–AKH,1:06–cv–09113–AKH,1:06–cv–09114–AKH,1:06–cv–09115–AKH
1:06–cv–09116–AKH,1:06–cv–09117–AKH,1:06–cv–09118–AKH,1:06–cv–09119–AKH,1:06–cv–09120–AKH
1:06–cv–09121–AKH,1:06–cv–09122–AKH,1:06–cv–09123–AKH,1:06–cv–09124–AKH,1:06–cv–09125–AKH
1:06–cv–09126–AKH,1:06–cv–09127–AKH,1:06–cv–09128–AKH,1:06–cv–09129–AKH,1:06–cv–09130–AKH
1:06–cv–09131–AKH,1:06–cv–09132–AKH,1:06–cv–09133–AKH,1:06–cv–09134–AKH,1:06–cv–09135–AKH
1:06–cv–09136–AKH,1:06–cv–09137–AKH,1:06–cv–09138–AKH,1:06–cv–09139–AKH,1:06–cv–09140–AKH
1:06–cv–09141–AKH,1:06–cv–09142–AKH,1:06–cv–09143–AKH,1:06–cv–09144–AKH,1:06–cv–09145–AKH
1:06–cv–09146–AKH,1:06–cv–09147–AKH,1:06–cv–09148–AKH,1:06–cv–09149–AKH,1:06–cv–09150–AKH
1:06–cv–09151–AKH,1:06–cv–09152–AKH,1:06–cv–09153–AKH,1:06–cv–09154–AKH,1:06–cv–09155–AKH
1:06–cv–09156–AKH,1:06–cv–09157–AKH,1:06–cv–09158–AKH,1:06–cv–09159–AKH,1:06–cv–09160–AKH

```
1:06–cv–09161–AKH,1:06–cv–09162–AKH,1:06–cv–09163–AKH,1:06–cv–09164–AKH,1:06–cv–09165–AKH
1:06–cv–09166–AKH,1:06–cv–09167–AKH,1:06–cv–09168–AKH,1:06–cv–09169–AKH,1:06–cv–09170–AKH
1:06–cv–09171–AKH,1:06–cv–09172–AKH,1:06–cv–09173–AKH,1:06–cv–09174–AKH,1:06–cv–09175–AKH
1:06–cv–09176–AKH,1:06–cv–09177–AKH,1:06–cv–09178–AKH,1:06–cv–09179–AKH,1:06–cv–09180–AKH
1:06–cv–09181–AKH,1:06–cv–09182–AKH,1:06–cv–09183–AKH,1:06–cv–09184–AKH,1:06–cv–09185–AKH
1:06–cv–09186–AKH,1:06–cv–09187–AKH,1:06–cv–09188–AKH,1:06–cv–09189–AKH,1:06–cv–09190–AKH
1:06–cv–09191–AKH,1:06–cv–09192–AKH,1:06–cv–09193–AKH,1:06–cv–09194–AKH,1:06–cv–09195–AKH
1:06–cv–09196–AKH,1:06–cv–09197–AKH,1:06–cv–09198–AKH,1:06–cv–09199–AKH,1:06–cv–09200–AKH
1:06–cv–09201–AKH,1:06–cv–09202–AKH,1:06–cv–09203–AKH,1:06–cv–09204–AKH,1:06–cv–09205–AKH
1:06–cv–09206–AKH,1:06–cv–09207–AKH,1:06–cv–09208–AKH,1:06–cv–09209–AKH,1:06–cv–09210–AKH
1:06–cv–09211–AKH,1:06–cv–09212–AKH,1:06–cv–09213–AKH,1:06–cv–09214–AKH,1:06–cv–09215–AKH
1:06–cv–09216–AKH,1:06–cv–09217–AKH,1:06–cv–09218–AKH,1:06–cv–09219–AKH,1:06–cv–09220–AKH
1:06–cv–09221–AKH,1:06–cv–09222–AKH,1:06–cv–09223–AKH,1:06–cv–09224–AKH,1:06–cv–09225–AKH
1:06–cv–09226–AKH,1:06–cv–09227–AKH,1:06–cv–09228–AKH,1:06–cv–09229–AKH,1:06–cv–09230–AKH
1:06–cv–09231–AKH,1:06–cv–09232–AKH,1:06–cv–09233–AKH,1:06–cv–09234–AKH,1:06–cv–09235–AKH
1:06–cv–09236–AKH,1:06–cv–09237–AKH,1:06–cv–09238–AKH,1:06–cv–09239–AKH,1:06–cv–09240–AKH
1:06–cv–09241–AKH,1:06–cv–09242–AKH,1:06–cv–09243–AKH,1:06–cv–09244–AKH,1:06–cv–09245–AKH
1:06–cv–09246–AKH,1:06–cv–09247–AKH,1:06–cv–09248–AKH,1:06–cv–09249–AKH,1:06–cv–09250–AKH
1:06–cv–09251–AKH,1:06–cv–09252–AKH,1:06–cv–09253–AKH,1:06–cv–09254–AKH,1:06–cv–09255–AKH
1:06–cv–09256–AKH,1:06–cv–09257–AKH,1:06–cv–09258–AKH,1:06–cv–09259–AKH,1:06–cv–09260–AKH
1:06–cv–09261–AKH,1:06–cv–09262–AKH,1:06–cv–09263–AKH,1:06–cv–09264–AKH,1:06–cv–09265–AKH
1:06–cv–09266–AKH,1:06–cv–09267–AKH,1:06–cv–09268–AKH,1:06–cv–09269–AKH,1:06–cv–09270–AKH
1:06–cv–09271–AKH,1:06–cv–09272–AKH,1:06–cv–09273–AKH,1:06–cv–09274–AKH,1:06–cv–09275–AKH
1:06–cv–09276–AKH,1:06–cv–09277–AKH,1:06–cv–09278–AKH,1:06–cv–09279–AKH,1:06–cv–09280–AKH
1:06–cv–09281–AKH,1:06–cv–09282–AKH,1:06–cv–09283–AKH,1:06–cv–09284–AKH,1:06–cv–09285–AKH
1:06–cv–09286–AKH,1:06–cv–09287–AKH,1:06–cv–09288–AKH,1:06–cv–09289–AKH,1:06–cv–09290–AKH
1:06–cv–09291–AKH,1:06–cv–09292–AKH,1:06–cv–09293–AKH,1:06–cv–09294–AKH,1:06–cv–09295–AKH
1:06–cv–09296–AKH,1:06–cv–09297–AKH,1:06–cv–09298–AKH,1:06–cv–09299–AKH,1:06–cv–09300–AKH
1:06–cv–09301–AKH,1:06–cv–09302–AKH,1:06–cv–09303–AKH,1:06–cv–09304–AKH,1:06–cv–09305–AKH
1:06–cv–09306–AKH,1:06–cv–09307–AKH,1:06–cv–09308–AKH,1:06–cv–09309–AKH,1:06–cv–09310–AKH
1:06–cv–09311–AKH,1:06–cv–09312–AKH,1:06–cv–09313–AKH,1:06–cv–09314–AKH,1:06–cv–09315–AKH
1:06–cv–09316–AKH,1:06–cv–09317–AKH,1:06–cv–09318–AKH,1:06–cv–09319–AKH,1:06–cv–09320–AKH
1:06–cv–09321–AKH,1:06–cv–09322–AKH,1:06–cv–09323–AKH,1:06–cv–09324–AKH,1:06–cv–09325–AKH
1:06–cv–09326–AKH,1:06–cv–09327–AKH,1:06–cv–09328–AKH,1:06–cv–09329–AKH,1:06–cv–09330–AKH
1:06–cv–09331–AKH,1:06–cv–09332–AKH,1:06–cv–09333–AKH,1:06–cv–09334–AKH,1:06–cv–09335–AKH
1:06–cv–09336–AKH,1:06–cv–09337–AKH,1:06–cv–09338–AKH,1:06–cv–09339–AKH,1:06–cv–09340–AKH
1:06–cv–09341–AKH,1:06–cv–09342–AKH,1:06–cv–09343–AKH,1:06–cv–09344–AKH,1:06–cv–09345–AKH
1:06–cv–09346–AKH,1:06–cv–09347–AKH,1:06–cv–09348–AKH,1:06–cv–09349–AKH,1:06–cv–09350–AKH
1:06–cv–09351–AKH,1:06–cv–09352–AKH,1:06–cv–09353–AKH,1:06–cv–09354–AKH,1:06–cv–09355–AKH
1:06–cv–09356–AKH,1:06–cv–09357–AKH,1:06–cv–09358–AKH,1:06–cv–09359–AKH,1:06–cv–09360–AKH
1:06–cv–09361–AKH,1:06–cv–09362–AKH,1:06–cv–09363–AKH,1:06–cv–09364–AKH,1:06–cv–09365–AKH
1:06–cv–09366–AKH,1:06–cv–09367–AKH,1:06–cv–09368–AKH,1:06–cv–09369–AKH,1:06–cv–09370–AKH
1:06–cv–09371–AKH,1:06–cv–09372–AKH,1:06–cv–09373–AKH,1:06–cv–09374–AKH,1:06–cv–09466–AKH
1:06–cv–09467–AKH,1:06–cv–09468–AKH,1:06–cv–09469–AKH,1:06–cv–09470–AKH,1:06–cv–09471–AKH
1:06–cv–09472–AKH,1:06–cv–09473–AKH,1:06–cv–09474–AKH,1:06–cv–09475–AKH,1:06–cv–09476–AKH
1:06–cv–09477–AKH,1:06–cv–09478–AKH,1:06–cv–09479–AKH,1:06–cv–09480–AKH,1:06–cv–09481–AKH
1:06–cv–09482–AKH,1:06–cv–09483–AKH,1:06–cv–09484–AKH,1:06–cv–09485–AKH,1:06–cv–09486–AKH
1:06–cv–09487–AKH,1:06–cv–09488–AKH,1:06–cv–09489–AKH,1:06–cv–09490–AKH,1:06–cv–09491–AKH
1:06–cv–09492–AKH,1:06–cv–09493–AKH,1:06–cv–09494–AKH,1:06–cv–09495–AKH,1:06–cv–09496–AKH
1:06–cv–09497–AKH,1:06–cv–09498–AKH,1:06–cv–09499–AKH,1:06–cv–09500–AKH,1:06–cv–09501–AKH
1:06–cv–09502–AKH,1:06–cv–09503–AKH,1:06–cv–09504–AKH,1:06–cv–09505–AKH,1:06–cv–09506–AKH
1:06–cv–09507–AKH,1:06–cv–09508–AKH,1:06–cv–09509–AKH,1:06–cv–09510–AKH,1:06–cv–09511–AKH
1:06–cv–09512–AKH,1:06–cv–09513–AKH,1:06–cv–09514–AKH,1:06–cv–09515–AKH,1:06–cv–09516–AKH
1:06–cv–09517–AKH,1:06–cv–09518–AKH,1:06–cv–09519–AKH,1:06–cv–09520–AKH,1:06–cv–09521–AKH
1:06–cv–09522–AKH,1:06–cv–09523–AKH,1:06–cv–09524–AKH,1:06–cv–09525–AKH,1:06–cv–09526–AKH
1:06–cv–09527–AKH,1:06–cv–09528–AKH,1:06–cv–09529–AKH,1:06–cv–09530–AKH,1:06–cv–09531–AKH
1:06–cv–09532–AKH,1:06–cv–09533–AKH,1:06–cv–09534–AKH,1:06–cv–09535–AKH,1:06–cv–09536–AKH
1:06–cv–09537–AKH,1:06–cv–09538–AKH,1:06–cv–09539–AKH,1:06–cv–09540–AKH,1:06–cv–09541–AKH
1:06–cv–09542–AKH,1:06–cv–09543–AKH,1:06–cv–09544–AKH,1:06–cv–09545–AKH,1:06–cv–09546–AKH
1:06–cv–09547–AKH,1:06–cv–09548–AKH,1:06–cv–09549–AKH,1:06–cv–09550–AKH,1:06–cv–09551–AKH
1:06–cv–09552–AKH,1:06–cv–09553–AKH,1:06–cv–09554–AKH,1:06–cv–09555–AKH,1:06–cv–09556–AKH
1:06–cv–09557–AKH,1:06–cv–09558–AKH,1:06–cv–09559–AKH,1:06–cv–09560–AKH,1:06–cv–09561–AKH
1:06–cv–09562–AKH,1:06–cv–09563–AKH,1:06–cv–09564–AKH,1:06–cv–09565–AKH,1:06–cv–09566–AKH
1:06–cv–09567–AKH,1:06–cv–09568–AKH,1:06–cv–09569–AKH,1:06–cv–09570–AKH,1:06–cv–09571–AKH
```

1:06–cv–09572–AKH,1:06–cv–09573–AKH,1:06–cv–09574–AKH,1:06–cv–09575–AKH,1:06–cv–09576–AKH
1:06–cv–09577–AKH,1:06–cv–09578–AKH,1:06–cv–09579–AKH,1:06–cv–09580–AKH,1:06–cv–09581–AKH
1:06–cv–09582–AKH,1:06–cv–09583–AKH,1:06–cv–09584–AKH,1:06–cv–09585–AKH,1:06–cv–09586–AKH
1:06–cv–09587–AKH,1:06–cv–09588–AKH,1:06–cv–09589–AKH,1:06–cv–09590–AKH,1:06–cv–09591–AKH
1:06–cv–09592–AKH,1:06–cv–09593–AKH,1:06–cv–09594–AKH,1:06–cv–09595–AKH,1:06–cv–09596–AKH
1:06–cv–09597–AKH,1:06–cv–09598–AKH,1:06–cv–09599–AKH,1:06–cv–09600–AKH,1:06–cv–09601–AKH
1:06–cv–09602–AKH,1:06–cv–09603–AKH,1:06–cv–09604–AKH,1:06–cv–09605–AKH,1:06–cv–09606–AKH
1:06–cv–09607–AKH,1:06–cv–09608–AKH,1:06–cv–09609–AKH,1:06–cv–09610–AKH,1:06–cv–09611–AKH
1:06–cv–09612–AKH,1:06–cv–09613–AKH,1:06–cv–09614–AKH,1:06–cv–09615–AKH,1:06–cv–09616–AKH
1:06–cv–09617–AKH,1:06–cv–09618–AKH,1:06–cv–09619–AKH,1:06–cv–09620–AKH,1:06–cv–09621–AKH
1:06–cv–09622–AKH,1:06–cv–09623–AKH,1:06–cv–09624–AKH,1:06–cv–09625–AKH,1:06–cv–09626–AKH
1:06–cv–09627–AKH,1:06–cv–09628–AKH,1:06–cv–09629–AKH,1:06–cv–09630–AKH,1:06–cv–09631–AKH
1:06–cv–09632–AKH,1:06–cv–09633–AKH,1:06–cv–09634–AKH,1:06–cv–09635–AKH,1:06–cv–09636–AKH
1:06–cv–09637–AKH,1:06–cv–09638–AKH,1:06–cv–09639–AKH,1:06–cv–09640–AKH,1:06–cv–09641–AKH
1:06–cv–09642–AKH,1:06–cv–09643–AKH,1:06–cv–09644–AKH,1:06–cv–09645–AKH,1:06–cv–09646–AKH
1:06–cv–09647–AKH,1:06–cv–09648–AKH,1:06–cv–09649–AKH,1:06–cv–09650–AKH,1:06–cv–09651–AKH
1:06–cv–09652–AKH,1:06–cv–09653–AKH,1:06–cv–09654–AKH,1:06–cv–09655–AKH,1:06–cv–09656–AKH
1:06–cv–09657–AKH,1:06–cv–09658–AKH,1:06–cv–09659–AKH,1:06–cv–09660–AKH,1:06–cv–09661–AKH
1:06–cv–09662–AKH,1:06–cv–09663–AKH,1:06–cv–09664–AKH,1:06–cv–09665–AKH,1:06–cv–09666–AKH
1:06–cv–09667–AKH,1:06–cv–09668–AKH,1:06–cv–09669–AKH,1:06–cv–09670–AKH,1:06–cv–09671–AKH
1:06–cv–09672–AKH,1:06–cv–09673–AKH,1:06–cv–09674–AKH,1:06–cv–09675–AKH,1:06–cv–09676–AKH
1:06–cv–09677–AKH,1:06–cv–09678–AKH,1:06–cv–09679–AKH,1:06–cv–09680–AKH,1:06–cv–09681–AKH
1:06–cv–09682–AKH,1:06–cv–09683–AKH,1:06–cv–09684–AKH,1:06–cv–09685–AKH,1:06–cv–09686–AKH
1:06–cv–09687–AKH,1:06–cv–09688–AKH,1:06–cv–09689–AKH,1:06–cv–09690–AKH,1:06–cv–09691–AKH
1:06–cv–09692–AKH,1:06–cv–09693–AKH,1:06–cv–09694–AKH,1:06–cv–09695–AKH,1:06–cv–09696–AKH
1:06–cv–09697–AKH,1:06–cv–09698–AKH,1:06–cv–09699–AKH,1:06–cv–09700–AKH,1:06–cv–09701–AKH
1:06–cv–09702–AKH,1:06–cv–09703–AKH,1:06–cv–09704–AKH,1:06–cv–09705–AKH,1:06–cv–09706–AKH
1:06–cv–09707–AKH,1:06–cv–09708–AKH,1:06–cv–09709–AKH,1:06–cv–09710–AKH,1:06–cv–09711–AKH
1:06–cv–09712–AKH,1:06–cv–09713–AKH,1:06–cv–09714–AKH,1:06–cv–09715–AKH,1:06–cv–09716–AKH
1:06–cv–09717–AKH,1:06–cv–09718–AKH,1:06–cv–09719–AKH,1:06–cv–09720–AKH,1:06–cv–09721–AKH
1:06–cv–09722–AKH,1:06–cv–09723–AKH,1:06–cv–09724–AKH,1:06–cv–09725–AKH,1:06–cv–09726–AKH
1:06–cv–09727–AKH,1:06–cv–09728–AKH,1:06–cv–09729–AKH,1:06–cv–09730–AKH,1:06–cv–09731–AKH
1:06–cv–09732–AKH,1:06–cv–09733–AKH,1:06–cv–09734–AKH,1:06–cv–09735–AKH,1:06–cv–09736–AKH
1:06–cv–09737–AKH,1:06–cv–09738–AKH,1:06–cv–09739–AKH,1:06–cv–09740–AKH,1:06–cv–09741–AKH
1:06–cv–09742–AKH,1:06–cv–09743–AKH,1:06–cv–09744–AKH,1:06–cv–09745–AKH,1:06–cv–09746–AKH
1:06–cv–09747–AKH,1:06–cv–09748–AKH,1:06–cv–09749–AKH,1:06–cv–09750–AKH,1:06–cv–09751–AKH
1:06–cv–09752–AKH,1:06–cv–09753–AKH,1:06–cv–09754–AKH,1:06–cv–09755–AKH,1:06–cv–09756–AKH
1:06–cv–09757–AKH,1:06–cv–09758–AKH,1:06–cv–09759–AKH,1:06–cv–09760–AKH,1:06–cv–09761–AKH
1:06–cv–09762–AKH,1:06–cv–09763–AKH,1:06–cv–09764–AKH,1:06–cv–09765–AKH,1:06–cv–09766–AKH
1:06–cv–09767–AKH,1:06–cv–09768–AKH,1:06–cv–09769–AKH,1:06–cv–09770–AKH,1:06–cv–09771–AKH
1:06–cv–09772–AKH,1:06–cv–09773–AKH,1:06–cv–09774–AKH,1:06–cv–09775–AKH,1:06–cv–09776–AKH
1:06–cv–09777–AKH,1:06–cv–09778–AKH,1:06–cv–09779–AKH,1:06–cv–09780–AKH,1:06–cv–09781–AKH
1:06–cv–09782–AKH,1:06–cv–09783–AKH,1:06–cv–09784–AKH,1:06–cv–09785–AKH,1:06–cv–09786–AKH
1:06–cv–09787–AKH,1:06–cv–09788–AKH,1:06–cv–09789–AKH,1:06–cv–09790–AKH,1:06–cv–09791–AKH
1:06–cv–09792–AKH,1:06–cv–09793–AKH,1:06–cv–09794–AKH,1:06–cv–09795–AKH,1:06–cv–09796–AKH
1:06–cv–09797–AKH,1:06–cv–09798–AKH,1:06–cv–09799–AKH,1:06–cv–09800–AKH,1:06–cv–09801–AKH
1:06–cv–09802–AKH,1:06–cv–09803–AKH,1:06–cv–09804–AKH,1:06–cv–09805–AKH,1:06–cv–09806–AKH
1:06–cv–09807–AKH,1:06–cv–09808–AKH,1:06–cv–09809–AKH,1:06–cv–09810–AKH,1:06–cv–09811–AKH
1:06–cv–09812–AKH,1:06–cv–09813–AKH,1:06–cv–09814–AKH,1:06–cv–09815–AKH,1:06–cv–09816–AKH
1:06–cv–09817–AKH,1:06–cv–09818–AKH,1:06–cv–09819–AKH,1:06–cv–09820–AKH,1:06–cv–09821–AKH
1:06–cv–09822–AKH,1:06–cv–09823–AKH,1:06–cv–09824–AKH,1:06–cv–09825–AKH,1:06–cv–09826–AKH
1:06–cv–09827–AKH,1:06–cv–09828–AKH,1:06–cv–09829–AKH,1:06–cv–09830–AKH,1:06–cv–09831–AKH
1:06–cv–09832–AKH,1:06–cv–09833–AKH,1:06–cv–09834–AKH,1:06–cv–09835–AKH,1:06–cv–09836–AKH
1:06–cv–09837–AKH,1:06–cv–09838–AKH,1:06–cv–09839–AKH,1:06–cv–09840–AKH,1:06–cv–09841–AKH
1:06–cv–09842–AKH,1:06–cv–09843–AKH,1:06–cv–09844–AKH,1:06–cv–09845–AKH,1:06–cv–09846–AKH
1:06–cv–09847–AKH,1:06–cv–09848–AKH,1:06–cv–09849–AKH,1:06–cv–09850–AKH,1:06–cv–09851–AKH
1:06–cv–09852–AKH,1:06–cv–09853–AKH,1:06–cv–09854–AKH,1:06–cv–09855–AKH,1:06–cv–09856–AKH
1:06–cv–09857–AKH,1:06–cv–09858–AKH,1:06–cv–10114–AKH,1:06–cv–10115–AKH,1:06–cv–10116–AKH
1:06–cv–10117–AKH,1:06–cv–10118–AKH,1:06–cv–10119–AKH,1:06–cv–10120–AKH,1:06–cv–10121–AKH
1:06–cv–10122–AKH,1:06–cv–10123–AKH,1:06–cv–10124–AKH,1:06–cv–10125–AKH,1:06–cv–10126–AKH
1:06–cv–10127–AKH,1:06–cv–10128–AKH,1:06–cv–10129–AKH,1:06–cv–10130–AKH,1:06–cv–10131–AKH
1:06–cv–10132–AKH,1:06–cv–10133–AKH,1:06–cv–10134–AKH,1:06–cv–10135–AKH,1:06–cv–10136–AKH
1:06–cv–10137–AKH,1:06–cv–10138–AKH,1:06–cv–10139–AKH,1:06–cv–10140–AKH,1:06–cv–10141–AKH
1:06–cv–10142–AKH,1:06–cv–10143–AKH,1:06–cv–10144–AKH,1:06–cv–10145–AKH,1:06–cv–10146–AKH

1:06–cv–10147–AKH,1:06–cv–10148–AKH,1:06–cv–10149–AKH,1:06–cv–10150–AKH,1:06–cv–10151–AKH
1:06–cv–10152–AKH,1:06–cv–10153–AKH,1:06–cv–10154–AKH,1:06–cv–10155–AKH,1:06–cv–10156–AKH
1:06–cv–10157–AKH,1:06–cv–10158–AKH,1:06–cv–10159–AKH,1:06–cv–10160–AKH,1:06–cv–10161–AKH
1:06–cv–10162–AKH,1:06–cv–10163–AKH,1:06–cv–10564–AKH,1:06–cv–10565–AKH,1:06–cv–10566–AKH
1:06–cv–10567–AKH,1:06–cv–10651–AKH,1:06–cv–10681–AKH,1:06–cv–10682–AKH,1:06–cv–10683–AKH
1:06–cv–10684–AKH,1:06–cv–10685–AKH,1:06–cv–10686–AKH,1:06–cv–10687–AKH,1:06–cv–10688–AKH
1:06–cv–10689–AKH,1:06–cv–10690–AKH,1:06–cv–10691–AKH,1:06–cv–10692–AKH,1:06–cv–10693–AKH
1:06–cv–10694–AKH,1:06–cv–10695–AKH,1:06–cv–10696–AKH,1:06–cv–10697–AKH,1:06–cv–10698–AKH
1:06–cv–10699–AKH,1:06–cv–10700–AKH,1:06–cv–11535–AKH,1:06–cv–13167–AKH,1:06–cv–13279–AKH
1:06–cv–13280–AKH,1:06–cv–13431–AKH,1:06–cv–13432–AKH,1:06–cv–13493–AKH,1:06–cv–13600–AKH
1:06–cv–13612–AKH,1:06–cv–13613–AKH,1:06–cv–13614–AKH,1:06–cv–13615–AKH,1:06–cv–13616–AKH
1:06–cv–13617–AKH,1:06–cv–13618–AKH,1:06–cv–13619–AKH,1:06–cv–13620–AKH,1:06–cv–13621–AKH
1:06–cv–13622–AKH,1:06–cv–13623–AKH,1:06–cv–13624–AKH,1:06–cv–13698–AKH,1:06–cv–13700–AKH
1:06–cv–14458–AKH(Rubin, Denise) (Entered: 12/18/2006)

| 12/18/2006 | 554 | REPLY MEMORANDUM OF LAW in Support re: 541 FIRST MOTION File Additional Master Complaint As To |

Kills Defendants.. Document filed by Plaintiffs Liaison Counsel. Filed In Associated Cases:
1:21–mc–00100–AKH,1:03–cv–00007–AKH,1:03–cv–00577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH

1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH

1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH

1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH

1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH
1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH
1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
1:06–cv–06233–AKH,1:06–cv–06234–AKH,1:06–cv–06360–AKH,1:06–cv–06396–AKH,1:06–cv–06714–AKH
1:06–cv–06715–AKH,1:06–cv–06716–AKH,1:06–cv–06717–AKH,1:06–cv–06718–AKH,1:06–cv–06719–AKH
1:06–cv–06720–AKH,1:06–cv–06721–AKH,1:06–cv–06722–AKH,1:06–cv–06723–AKH,1:06–cv–06724–AKH
1:06–cv–06725–AKH,1:06–cv–06726–AKH,1:06–cv–06727–AKH,1:06–cv–06728–AKH,1:06–cv–06729–AKH
1:06–cv–06730–AKH,1:06–cv–06731–AKH,1:06–cv–06732–AKH,1:06–cv–06733–AKH,1:06–cv–06734–AKH
1:06–cv–06735–AKH,1:06–cv–06736–AKH,1:06–cv–06737–AKH,1:06–cv–06738–AKH,1:06–cv–06739–AKH
1:06–cv–06740–AKH,1:06–cv–06741–AKH,1:06–cv–06742–AKH,1:06–cv–06743–AKH,1:06–cv–06744–AKH
1:06–cv–06745–AKH,1:06–cv–06746–AKH,1:06–cv–06747–AKH,1:06–cv–06748–AKH,1:06–cv–06749–AKH
1:06–cv–06750–AKH,1:06–cv–06751–AKH,1:06–cv–06752–AKH,1:06–cv–06753–AKH,1:06–cv–06754–AKH
1:06–cv–06755–AKH,1:06–cv–06756–AKH,1:06–cv–06757–AKH,1:06–cv–06758–AKH,1:06–cv–06759–AKH
1:06–cv–06760–AKH,1:06–cv–06761–AKH,1:06–cv–06762–AKH,1:06–cv–06763–AKH,1:06–cv–06764–AKH
1:06–cv–06765–AKH,1:06–cv–06766–AKH,1:06–cv–06767–AKH,1:06–cv–06768–AKH,1:06–cv–06769–AKH
1:06–cv–06770–AKH,1:06–cv–06771–AKH,1:06–cv–06772–AKH,1:06–cv–06773–AKH,1:06–cv–06774–AKH
1:06–cv–06775–AKH,1:06–cv–06776–AKH,1:06–cv–06777–AKH,1:06–cv–06778–AKH,1:06–cv–06779–AKH
1:06–cv–06780–AKH,1:06–cv–06781–AKH,1:06–cv–06782–AKH,1:06–cv–06783–AKH,1:06–cv–06784–AKH
1:06–cv–06785–AKH,1:06–cv–06786–AKH,1:06–cv–06787–AKH,1:06–cv–06788–AKH,1:06–cv–06789–AKH
1:06–cv–06790–AKH,1:06–cv–06791–AKH,1:06–cv–06792–AKH,1:06–cv–06793–AKH,1:06–cv–06794–AKH
1:06–cv–06795–AKH,1:06–cv–06796–AKH,1:06–cv–06797–AKH,1:06–cv–06798–AKH,1:06–cv–06799–AKH
1:06–cv–06800–AKH,1:06–cv–06801–AKH,1:06–cv–06802–AKH,1:06–cv–06803–AKH,1:06–cv–06804–AKH
1:06–cv–06805–AKH,1:06–cv–06806–AKH,1:06–cv–06807–AKH,1:06–cv–06808–AKH,1:06–cv–06809–AKH
1:06–cv–06810–AKH,1:06–cv–06811–AKH,1:06–cv–06812–AKH,1:06–cv–06813–AKH,1:06–cv–06912–AKH
1:06–cv–06913–AKH,1:06–cv–06914–AKH,1:06–cv–06915–AKH,1:06–cv–06916–AKH,1:06–cv–06917–AKH
1:06–cv–06918–AKH,1:06–cv–06919–AKH,1:06–cv–06920–AKH,1:06–cv–06921–AKH,1:06–cv–07044–AKH
1:06–cv–07045–AKH,1:06–cv–07046–AKH,1:06–cv–07047–AKH,1:06–cv–07048–AKH,1:06–cv–07049–AKH
1:06–cv–07050–AKH,1:06–cv–07051–AKH,1:06–cv–07127–AKH,1:06–cv–07128–AKH,1:06–cv–07129–AKH
1:06–cv–07130–AKH,1:06–cv–07191–AKH,1:06–cv–07192–AKH,1:06–cv–07193–AKH,1:06–cv–07194–AKH
1:06–cv–07195–AKH,1:06–cv–07213–AKH,1:06–cv–07214–AKH,1:06–cv–07215–AKH,1:06–cv–07216–AKH
1:06–cv–07217–AKH,1:06–cv–07218–AKH,1:06–cv–07219–AKH,1:06–cv–07220–AKH,1:06–cv–07221–AKH
1:06–cv–07222–AKH,1:06–cv–07223–AKH,1:06–cv–07224–AKH,1:06–cv–07225–AKH,1:06–cv–07226–AKH
1:06–cv–07227–AKH,1:06–cv–07228–AKH,1:06–cv–07229–AKH,1:06–cv–07230–AKH,1:06–cv–07231–AKH
1:06–cv–07232–AKH,1:06–cv–07233–AKH,1:06–cv–07234–AKH,1:06–cv–07235–AKH,1:06–cv–07236–AKH
1:06–cv–07237–AKH,1:06–cv–07238–AKH,1:06–cv–07239–AKH,1:06–cv–07240–AKH,1:06–cv–07241–AKH
1:06–cv–07242–AKH,1:06–cv–07243–AKH,1:06–cv–07244–AKH,1:06–cv–07245–AKH,1:06–cv–07246–AKH
1:06–cv–07247–AKH,1:06–cv–07248–AKH,1:06–cv–07249–AKH,1:06–cv–07250–AKH,1:06–cv–07251–AKH
1:06–cv–07252–AKH,1:06–cv–07253–AKH,1:06–cv–07254–AKH,1:06–cv–07255–AKH,1:06–cv–07256–AKH

1:06–cv–07257–AKH,1:06–cv–07258–AKH,1:06–cv–07259–AKH,1:06–cv–07260–AKH,1:06–cv–07261–AKH
1:06–cv–07262–AKH,1:06–cv–07263–AKH,1:06–cv–07264–AKH,1:06–cv–07265–AKH,1:06–cv–07266–AKH
1:06–cv–07267–AKH,1:06–cv–07268–AKH,1:06–cv–07269–AKH,1:06–cv–07270–AKH,1:06–cv–07271–AKH
1:06–cv–07272–AKH,1:06–cv–07273–AKH,1:06–cv–07274–AKH,1:06–cv–07275–AKH,1:06–cv–07276–AKH
1:06–cv–07277–AKH,1:06–cv–07278–AKH,1:06–cv–07279–AKH,1:06–cv–07280–AKH,1:06–cv–07281–AKH
1:06–cv–07282–AKH,1:06–cv–07283–AKH,1:06–cv–07284–AKH,1:06–cv–07285–AKH,1:06–cv–07286–AKH
1:06–cv–07287–AKH,1:06–cv–07288–AKH,1:06–cv–07289–AKH,1:06–cv–07290–AKH,1:06–cv–07291–AKH
1:06–cv–07292–AKH,1:06–cv–07293–AKH,1:06–cv–07294–AKH,1:06–cv–07295–AKH,1:06–cv–07296–AKH
1:06–cv–07297–AKH,1:06–cv–07298–AKH,1:06–cv–07299–AKH,1:06–cv–07300–AKH,1:06–cv–07301–AKH
1:06–cv–07302–AKH,1:06–cv–07303–AKH,1:06–cv–07304–AKH,1:06–cv–07305–AKH,1:06–cv–07306–AKH
1:06–cv–07307–AKH,1:06–cv–07308–AKH,1:06–cv–07309–AKH,1:06–cv–07310–AKH,1:06–cv–07311–AKH
1:06–cv–07312–AKH,1:06–cv–07313–AKH,1:06–cv–07314–AKH,1:06–cv–07315–AKH,1:06–cv–07316–AKH
1:06–cv–07317–AKH,1:06–cv–07318–AKH,1:06–cv–07319–AKH,1:06–cv–07320–AKH,1:06–cv–07321–AKH
1:06–cv–07322–AKH,1:06–cv–07323–AKH,1:06–cv–07324–AKH,1:06–cv–07325–AKH,1:06–cv–07326–AKH
1:06–cv–07327–AKH,1:06–cv–07328–AKH,1:06–cv–07329–AKH,1:06–cv–07330–AKH,1:06–cv–07331–AKH
1:06–cv–07332–AKH,1:06–cv–07333–AKH,1:06–cv–07334–AKH,1:06–cv–07335–AKH,1:06–cv–07336–AKH
1:06–cv–07337–AKH,1:06–cv–07338–AKH,1:06–cv–07339–AKH,1:06–cv–07340–AKH,1:06–cv–07341–AKH
1:06–cv–07342–AKH,1:06–cv–07343–AKH,1:06–cv–07344–AKH,1:06–cv–07345–AKH,1:06–cv–07346–AKH
1:06–cv–07347–AKH,1:06–cv–07348–AKH,1:06–cv–07349–AKH,1:06–cv–07350–AKH,1:06–cv–07351–AKH
1:06–cv–07352–AKH,1:06–cv–07353–AKH,1:06–cv–07354–AKH,1:06–cv–07355–AKH,1:06–cv–07356–AKH
1:06–cv–07357–AKH,1:06–cv–07358–AKH,1:06–cv–07359–AKH,1:06–cv–07360–AKH,1:06–cv–07361–AKH
1:06–cv–07362–AKH,1:06–cv–07363–AKH,1:06–cv–07364–AKH,1:06–cv–07365–AKH,1:06–cv–07366–AKH
1:06–cv–07367–AKH,1:06–cv–07368–AKH,1:06–cv–07369–AKH,1:06–cv–07370–AKH,1:06–cv–07371–AKH
1:06–cv–07372–AKH,1:06–cv–07373–AKH,1:06–cv–07374–AKH,1:06–cv–07375–AKH,1:06–cv–07376–AKH
1:06–cv–07377–AKH,1:06–cv–07378–AKH,1:06–cv–07379–AKH,1:06–cv–07380–AKH,1:06–cv–07381–AKH
1:06–cv–07382–AKH,1:06–cv–07383–AKH,1:06–cv–07384–AKH,1:06–cv–07385–AKH,1:06–cv–07386–AKH
1:06–cv–07387–AKH,1:06–cv–07388–AKH,1:06–cv–07389–AKH,1:06–cv–07390–AKH,1:06–cv–07391–AKH
1:06–cv–07392–AKH,1:06–cv–07393–AKH,1:06–cv–07394–AKH,1:06–cv–07395–AKH,1:06–cv–07396–AKH
1:06–cv–07397–AKH,1:06–cv–07398–AKH,1:06–cv–07399–AKH,1:06–cv–07400–AKH,1:06–cv–07401–AKH
1:06–cv–07402–AKH,1:06–cv–07403–AKH,1:06–cv–07404–AKH,1:06–cv–07405–AKH,1:06–cv–07406–AKH
1:06–cv–07407–AKH,1:06–cv–07408–AKH,1:06–cv–07409–AKH,1:06–cv–07410–AKH,1:06–cv–07411–AKH
1:06–cv–07412–AKH,1:06–cv–07413–AKH,1:06–cv–07414–AKH,1:06–cv–07415–AKH,1:06–cv–07416–AKH
1:06–cv–07417–AKH,1:06–cv–07418–AKH,1:06–cv–07419–AKH,1:06–cv–07420–AKH,1:06–cv–07421–AKH
1:06–cv–07422–AKH,1:06–cv–07423–AKH,1:06–cv–07424–AKH,1:06–cv–07425–AKH,1:06–cv–07426–AKH
1:06–cv–07427–AKH,1:06–cv–07428–AKH,1:06–cv–07429–AKH,1:06–cv–07430–AKH,1:06–cv–07431–AKH
1:06–cv–07432–AKH,1:06–cv–07433–AKH,1:06–cv–07434–AKH,1:06–cv–07435–AKH,1:06–cv–07436–AKH
1:06–cv–07437–AKH,1:06–cv–07438–AKH,1:06–cv–07439–AKH,1:06–cv–07440–AKH,1:06–cv–07441–AKH
1:06–cv–07442–AKH,1:06–cv–07443–AKH,1:06–cv–07444–AKH,1:06–cv–07445–AKH,1:06–cv–07446–AKH
1:06–cv–07447–AKH,1:06–cv–07448–AKH,1:06–cv–07449–AKH,1:06–cv–07450–AKH,1:06–cv–07451–AKH
1:06–cv–07452–AKH,1:06–cv–07453–AKH,1:06–cv–07454–AKH,1:06–cv–07455–AKH,1:06–cv–07456–AKH
1:06–cv–07457–AKH,1:06–cv–07458–AKH,1:06–cv–07459–AKH,1:06–cv–07460–AKH,1:06–cv–07461–AKH
1:06–cv–07462–AKH,1:06–cv–07463–AKH,1:06–cv–07464–AKH,1:06–cv–07465–AKH,1:06–cv–07466–AKH
1:06–cv–07467–AKH,1:06–cv–07468–AKH,1:06–cv–07469–AKH,1:06–cv–07470–AKH,1:06–cv–07471–AKH
1:06–cv–07472–AKH,1:06–cv–07473–AKH,1:06–cv–07474–AKH,1:06–cv–07475–AKH,1:06–cv–07476–AKH
1:06–cv–07477–AKH,1:06–cv–07478–AKH,1:06–cv–07479–AKH,1:06–cv–07480–AKH,1:06–cv–07481–AKH
1:06–cv–07482–AKH,1:06–cv–07483–AKH,1:06–cv–07484–AKH,1:06–cv–07485–AKH,1:06–cv–07486–AKH
1:06–cv–07487–AKH,1:06–cv–07488–AKH,1:06–cv–07489–AKH,1:06–cv–07490–AKH,1:06–cv–07491–AKH
1:06–cv–07492–AKH,1:06–cv–07493–AKH,1:06–cv–07494–AKH,1:06–cv–07495–AKH,1:06–cv–07496–AKH
1:06–cv–07497–AKH,1:06–cv–07498–AKH,1:06–cv–07499–AKH,1:06–cv–07500–AKH,1:06–cv–07501–AKH
1:06–cv–07502–AKH,1:06–cv–07503–AKH,1:06–cv–07504–AKH,1:06–cv–07505–AKH,1:06–cv–07506–AKH
1:06–cv–07507–AKH,1:06–cv–07508–AKH,1:06–cv–07509–AKH,1:06–cv–07510–AKH,1:06–cv–07511–AKH
1:06–cv–07512–AKH,1:06–cv–07513–AKH,1:06–cv–07514–AKH,1:06–cv–07515–AKH,1:06–cv–07516–AKH
1:06–cv–07517–AKH,1:06–cv–07518–AKH,1:06–cv–07519–AKH,1:06–cv–07520–AKH,1:06–cv–07521–AKH
1:06–cv–07522–AKH,1:06–cv–07523–AKH,1:06–cv–07524–AKH,1:06–cv–07525–AKH,1:06–cv–07526–AKH
1:06–cv–07527–AKH,1:06–cv–07528–AKH,1:06–cv–07529–AKH,1:06–cv–07530–AKH,1:06–cv–07531–AKH
1:06–cv–07532–AKH,1:06–cv–07533–AKH,1:06–cv–07534–AKH,1:06–cv–07535–AKH,1:06–cv–07536–AKH
1:06–cv–07537–AKH,1:06–cv–07538–AKH,1:06–cv–07539–AKH,1:06–cv–07540–AKH,1:06–cv–07541–AKH
1:06–cv–07542–AKH,1:06–cv–07543–AKH,1:06–cv–07544–AKH,1:06–cv–07545–AKH,1:06–cv–07546–AKH
1:06–cv–07547–AKH,1:06–cv–07548–AKH,1:06–cv–07549–AKH,1:06–cv–07550–AKH,1:06–cv–07551–AKH
1:06–cv–07552–AKH,1:06–cv–07553–AKH,1:06–cv–07554–AKH,1:06–cv–07555–AKH,1:06–cv–07556–AKH
1:06–cv–07557–AKH,1:06–cv–07558–AKH,1:06–cv–07559–AKH,1:06–cv–07560–AKH,1:06–cv–07561–AKH
1:06–cv–07562–AKH,1:06–cv–07563–AKH,1:06–cv–07564–AKH,1:06–cv–07565–AKH,1:06–cv–07566–AKH
1:06–cv–07567–AKH,1:06–cv–07568–AKH,1:06–cv–07569–AKH,1:06–cv–07570–AKH,1:06–cv–07571–AKH
1:06–cv–07572–AKH,1:06–cv–07573–AKH,1:06–cv–07574–AKH,1:06–cv–07575–AKH,1:06–cv–07576–AKH

```
1:06-cv-07577-AKH,1:06-cv-07578-AKH,1:06-cv-07579-AKH,1:06-cv-07580-AKH,1:06-cv-07650-AKH
1:06-cv-07652-AKH,1:06-cv-07653-AKH,1:06-cv-07654-AKH,1:06-cv-07655-AKH,1:06-cv-07656-AKH
1:06-cv-07721-AKH,1:06-cv-07730-AKH,1:06-cv-07731-AKH,1:06-cv-07892-AKH,1:06-cv-07893-AKH
1:06-cv-07914-AKH,1:06-cv-07915-AKH,1:06-cv-07916-AKH,1:06-cv-07917-AKH,1:06-cv-07918-AKH
1:06-cv-07919-AKH,1:06-cv-07920-AKH,1:06-cv-07922-AKH,1:06-cv-07937-AKH,1:06-cv-07938-AKH
1:06-cv-07940-AKH,1:06-cv-07948-AKH,1:06-cv-07951-AKH,1:06-cv-07958-AKH,1:06-cv-07965-AKH
1:06-cv-07967-AKH,1:06-cv-07970-AKH,1:06-cv-07973-AKH,1:06-cv-07978-AKH,1:06-cv-07979-AKH
1:06-cv-07985-AKH,1:06-cv-07987-AKH,1:06-cv-07989-AKH,1:06-cv-07996-AKH,1:06-cv-07997-AKH
1:06-cv-08004-AKH,1:06-cv-08007-AKH,1:06-cv-08010-AKH,1:06-cv-08012-AKH,1:06-cv-08016-AKH
1:06-cv-08018-AKH,1:06-cv-08019-AKH,1:06-cv-08021-AKH,1:06-cv-08022-AKH,1:06-cv-08025-AKH
1:06-cv-08026-AKH,1:06-cv-08032-AKH,1:06-cv-08033-AKH,1:06-cv-08034-AKH,1:06-cv-08037-AKH
1:06-cv-08038-AKH,1:06-cv-08052-AKH,1:06-cv-08061-AKH,1:06-cv-08064-AKH,1:06-cv-08068-AKH
1:06-cv-08070-AKH,1:06-cv-08073-AKH,1:06-cv-08074-AKH,1:06-cv-08075-AKH,1:06-cv-08078-AKH
1:06-cv-08079-AKH,1:06-cv-08082-AKH,1:06-cv-08090-AKH,1:06-cv-08091-AKH,1:06-cv-08092-AKH
1:06-cv-08094-AKH,1:06-cv-08099-AKH,1:06-cv-08100-AKH,1:06-cv-08104-AKH,1:06-cv-08107-AKH
1:06-cv-08109-AKH,1:06-cv-08110-AKH,1:06-cv-08113-AKH,1:06-cv-08114-AKH,1:06-cv-08117-AKH
1:06-cv-08118-AKH,1:06-cv-08122-AKH,1:06-cv-08328-AKH,1:06-cv-08329-AKH,1:06-cv-08330-AKH
1:06-cv-08331-AKH,1:06-cv-08332-AKH,1:06-cv-08333-AKH,1:06-cv-08334-AKH,1:06-cv-08335-AKH
1:06-cv-08336-AKH,1:06-cv-08337-AKH,1:06-cv-08338-AKH,1:06-cv-08339-AKH,1:06-cv-08340-AKH
1:06-cv-08341-AKH,1:06-cv-08342-AKH,1:06-cv-08343-AKH,1:06-cv-08344-AKH,1:06-cv-08345-AKH
1:06-cv-08346-AKH,1:06-cv-08347-AKH,1:06-cv-08348-AKH,1:06-cv-08349-AKH,1:06-cv-08350-AKH
1:06-cv-08351-AKH,1:06-cv-08352-AKH,1:06-cv-08353-AKH,1:06-cv-08354-AKH,1:06-cv-08355-AKH
1:06-cv-08356-AKH,1:06-cv-08357-AKH,1:06-cv-08358-AKH,1:06-cv-08359-AKH,1:06-cv-08360-AKH
1:06-cv-08361-AKH,1:06-cv-08362-AKH,1:06-cv-08363-AKH,1:06-cv-08364-AKH,1:06-cv-08365-AKH
1:06-cv-08366-AKH,1:06-cv-08367-AKH,1:06-cv-08368-AKH,1:06-cv-08369-AKH,1:06-cv-08370-AKH
1:06-cv-08371-AKH,1:06-cv-08372-AKH,1:06-cv-08373-AKH,1:06-cv-08374-AKH,1:06-cv-08375-AKH
1:06-cv-08376-AKH,1:06-cv-08377-AKH,1:06-cv-08378-AKH,1:06-cv-08379-AKH,1:06-cv-08380-AKH
1:06-cv-08381-AKH,1:06-cv-08382-AKH,1:06-cv-08383-AKH,1:06-cv-08384-AKH,1:06-cv-08385-AKH
1:06-cv-08386-AKH,1:06-cv-08387-AKH,1:06-cv-08388-AKH,1:06-cv-08389-AKH,1:06-cv-08390-AKH
1:06-cv-08391-AKH,1:06-cv-08392-AKH,1:06-cv-08393-AKH,1:06-cv-08394-AKH,1:06-cv-08395-AKH
1:06-cv-08396-AKH,1:06-cv-08397-AKH,1:06-cv-08398-AKH,1:06-cv-08399-AKH,1:06-cv-08400-AKH
1:06-cv-08401-AKH,1:06-cv-08402-AKH,1:06-cv-08403-AKH,1:06-cv-08404-AKH,1:06-cv-08405-AKH
1:06-cv-08406-AKH,1:06-cv-08407-AKH,1:06-cv-08408-AKH,1:06-cv-08409-AKH,1:06-cv-08410-AKH
1:06-cv-08411-AKH,1:06-cv-08412-AKH,1:06-cv-08413-AKH,1:06-cv-08414-AKH,1:06-cv-08415-AKH
1:06-cv-08416-AKH,1:06-cv-08417-AKH,1:06-cv-08418-AKH,1:06-cv-08419-AKH,1:06-cv-08420-AKH
1:06-cv-08421-AKH,1:06-cv-08422-AKH,1:06-cv-08423-AKH,1:06-cv-08424-AKH,1:06-cv-08425-AKH
1:06-cv-08426-AKH,1:06-cv-08427-AKH,1:06-cv-08428-AKH,1:06-cv-08429-AKH,1:06-cv-08430-AKH
1:06-cv-08431-AKH,1:06-cv-08432-AKH,1:06-cv-08433-AKH,1:06-cv-08434-AKH,1:06-cv-08435-AKH
1:06-cv-08436-AKH,1:06-cv-08437-AKH,1:06-cv-08438-AKH,1:06-cv-08439-AKH,1:06-cv-08440-AKH
1:06-cv-08441-AKH,1:06-cv-08442-AKH,1:06-cv-08443-AKH,1:06-cv-08444-AKH,1:06-cv-08445-AKH
1:06-cv-08446-AKH,1:06-cv-08447-AKH,1:06-cv-08448-AKH,1:06-cv-08449-AKH,1:06-cv-08450-AKH
1:06-cv-08451-AKH,1:06-cv-08452-AKH,1:06-cv-08453-AKH,1:06-cv-08454-AKH,1:06-cv-08455-AKH
1:06-cv-08456-AKH,1:06-cv-08457-AKH,1:06-cv-08458-AKH,1:06-cv-08459-AKH,1:06-cv-08460-AKH
1:06-cv-08461-AKH,1:06-cv-08462-AKH,1:06-cv-08463-AKH,1:06-cv-08464-AKH,1:06-cv-08465-AKH
1:06-cv-08466-AKH,1:06-cv-08467-AKH,1:06-cv-08468-AKH,1:06-cv-08469-AKH,1:06-cv-08470-AKH
1:06-cv-08471-AKH,1:06-cv-08472-AKH,1:06-cv-08473-AKH,1:06-cv-08474-AKH,1:06-cv-08475-AKH
1:06-cv-08476-AKH,1:06-cv-08477-AKH,1:06-cv-08478-AKH,1:06-cv-08479-AKH,1:06-cv-08480-AKH
1:06-cv-08481-AKH,1:06-cv-08482-AKH,1:06-cv-08483-AKH,1:06-cv-08484-AKH,1:06-cv-08485-AKH
1:06-cv-08486-AKH,1:06-cv-08487-AKH,1:06-cv-08488-AKH,1:06-cv-08489-AKH,1:06-cv-08490-AKH
1:06-cv-08491-AKH,1:06-cv-08492-AKH,1:06-cv-08493-AKH,1:06-cv-08494-AKH,1:06-cv-08495-AKH
1:06-cv-08496-AKH,1:06-cv-08497-AKH,1:06-cv-08498-AKH,1:06-cv-08499-AKH,1:06-cv-08500-AKH
1:06-cv-08501-AKH,1:06-cv-08502-AKH,1:06-cv-08503-AKH,1:06-cv-08504-AKH,1:06-cv-08505-AKH
1:06-cv-08506-AKH,1:06-cv-08507-AKH,1:06-cv-08508-AKH,1:06-cv-08509-AKH,1:06-cv-08510-AKH
1:06-cv-08511-AKH,1:06-cv-08512-AKH,1:06-cv-08513-AKH,1:06-cv-08514-AKH,1:06-cv-08515-AKH
1:06-cv-08516-AKH,1:06-cv-08517-AKH,1:06-cv-08518-AKH,1:06-cv-08519-AKH,1:06-cv-08520-AKH
1:06-cv-08521-AKH,1:06-cv-08522-AKH,1:06-cv-08523-AKH,1:06-cv-08524-AKH,1:06-cv-08525-AKH
1:06-cv-08526-AKH,1:06-cv-08527-AKH,1:06-cv-08528-AKH,1:06-cv-08529-AKH,1:06-cv-08530-AKH
1:06-cv-08531-AKH,1:06-cv-08532-AKH,1:06-cv-08533-AKH,1:06-cv-08534-AKH,1:06-cv-08535-AKH
1:06-cv-08536-AKH,1:06-cv-08537-AKH,1:06-cv-08538-AKH,1:06-cv-08539-AKH,1:06-cv-08540-AKH
1:06-cv-08541-AKH,1:06-cv-08542-AKH,1:06-cv-08543-AKH,1:06-cv-08544-AKH,1:06-cv-08545-AKH
1:06-cv-08546-AKH,1:06-cv-08547-AKH,1:06-cv-08548-AKH,1:06-cv-08549-AKH,1:06-cv-08550-AKH
1:06-cv-08551-AKH,1:06-cv-08552-AKH,1:06-cv-08553-AKH,1:06-cv-08554-AKH,1:06-cv-08555-AKH
1:06-cv-08556-AKH,1:06-cv-08557-AKH,1:06-cv-08558-AKH,1:06-cv-08559-AKH,1:06-cv-08560-AKH
1:06-cv-08561-AKH,1:06-cv-08562-AKH,1:06-cv-08563-AKH,1:06-cv-08564-AKH,1:06-cv-08565-AKH
```

1:06–cv–08566–AKH,1:06–cv–08567–AKH,1:06–cv–08568–AKH,1:06–cv–08569–AKH,1:06–cv–08570–AKH
1:06–cv–08571–AKH,1:06–cv–08572–AKH,1:06–cv–08573–AKH,1:06–cv–08574–AKH,1:06–cv–08575–AKH
1:06–cv–08576–AKH,1:06–cv–08577–AKH,1:06–cv–08578–AKH,1:06–cv–08579–AKH,1:06–cv–08580–AKH
1:06–cv–08581–AKH,1:06–cv–08582–AKH,1:06–cv–08583–AKH,1:06–cv–08584–AKH,1:06–cv–08585–AKH
1:06–cv–08586–AKH,1:06–cv–08587–AKH,1:06–cv–08588–AKH,1:06–cv–08589–AKH,1:06–cv–08590–AKH
1:06–cv–08591–AKH,1:06–cv–08592–AKH,1:06–cv–08593–AKH,1:06–cv–08594–AKH,1:06–cv–08595–AKH
1:06–cv–08596–AKH,1:06–cv–08597–AKH,1:06–cv–08598–AKH,1:06–cv–08599–AKH,1:06–cv–08600–AKH
1:06–cv–08601–AKH,1:06–cv–08602–AKH,1:06–cv–08603–AKH,1:06–cv–08604–AKH,1:06–cv–08605–AKH
1:06–cv–08606–AKH,1:06–cv–08607–AKH,1:06–cv–08608–AKH,1:06–cv–08609–AKH,1:06–cv–08610–AKH
1:06–cv–08611–AKH,1:06–cv–08612–AKH,1:06–cv–08613–AKH,1:06–cv–08614–AKH,1:06–cv–08615–AKH
1:06–cv–08616–AKH,1:06–cv–08617–AKH,1:06–cv–08618–AKH,1:06–cv–08619–AKH,1:06–cv–08620–AKH
1:06–cv–08621–AKH,1:06–cv–08622–AKH,1:06–cv–08623–AKH,1:06–cv–08624–AKH,1:06–cv–08625–AKH
1:06–cv–08626–AKH,1:06–cv–08627–AKH,1:06–cv–08628–AKH,1:06–cv–08629–AKH,1:06–cv–08630–AKH
1:06–cv–08631–AKH,1:06–cv–08632–AKH,1:06–cv–08633–AKH,1:06–cv–08634–AKH,1:06–cv–08635–AKH
1:06–cv–08636–AKH,1:06–cv–08637–AKH,1:06–cv–08638–AKH,1:06–cv–08639–AKH,1:06–cv–08640–AKH
1:06–cv–08641–AKH,1:06–cv–08642–AKH,1:06–cv–08643–AKH,1:06–cv–08644–AKH,1:06–cv–08645–AKH
1:06–cv–08646–AKH,1:06–cv–08647–AKH,1:06–cv–08648–AKH,1:06–cv–08649–AKH,1:06–cv–08650–AKH
1:06–cv–08652–AKH,1:06–cv–08653–AKH,1:06–cv–08654–AKH,1:06–cv–08656–AKH,1:06–cv–08657–AKH
1:06–cv–08658–AKH,1:06–cv–08660–AKH,1:06–cv–08661–AKH,1:06–cv–08662–AKH,1:06–cv–08663–AKH
1:06–cv–08664–AKH,1:06–cv–08665–AKH,1:06–cv–08666–AKH,1:06–cv–08667–AKH,1:06–cv–08668–AKH
1:06–cv–08669–AKH,1:06–cv–08670–AKH,1:06–cv–08671–AKH,1:06–cv–08672–AKH,1:06–cv–08673–AKH
1:06–cv–08674–AKH,1:06–cv–08675–AKH,1:06–cv–08676–AKH,1:06–cv–08677–AKH,1:06–cv–08678–AKH
1:06–cv–08679–AKH,1:06–cv–08680–AKH,1:06–cv–08681–AKH,1:06–cv–08682–AKH,1:06–cv–08683–AKH
1:06–cv–08684–AKH,1:06–cv–08685–AKH,1:06–cv–08686–AKH,1:06–cv–08687–AKH,1:06–cv–08688–AKH
1:06–cv–08689–AKH,1:06–cv–08690–AKH,1:06–cv–08691–AKH,1:06–cv–08692–AKH,1:06–cv–08693–AKH
1:06–cv–08694–AKH,1:06–cv–08695–AKH,1:06–cv–08696–AKH,1:06–cv–08697–AKH,1:06–cv–08698–AKH
1:06–cv–08699–AKH,1:06–cv–08700–AKH,1:06–cv–08701–AKH,1:06–cv–08702–AKH,1:06–cv–08703–AKH
1:06–cv–08704–AKH,1:06–cv–08722–AKH,1:06–cv–08723–AKH,1:06–cv–08724–AKH,1:06–cv–08725–AKH
1:06–cv–08726–AKH,1:06–cv–08727–AKH,1:06–cv–08728–AKH,1:06–cv–08729–AKH,1:06–cv–08730–AKH
1:06–cv–08731–AKH,1:06–cv–08732–AKH,1:06–cv–08733–AKH,1:06–cv–08734–AKH,1:06–cv–08735–AKH
1:06–cv–08736–AKH,1:06–cv–08737–AKH,1:06–cv–08738–AKH,1:06–cv–08739–AKH,1:06–cv–08740–AKH
1:06–cv–08741–AKH,1:06–cv–08742–AKH,1:06–cv–08743–AKH,1:06–cv–08744–AKH,1:06–cv–08745–AKH
1:06–cv–08746–AKH,1:06–cv–08747–AKH,1:06–cv–08748–AKH,1:06–cv–08749–AKH,1:06–cv–08750–AKH
1:06–cv–08751–AKH,1:06–cv–08752–AKH,1:06–cv–08753–AKH,1:06–cv–08754–AKH,1:06–cv–08755–AKH
1:06–cv–08756–AKH,1:06–cv–08757–AKH,1:06–cv–08758–AKH,1:06–cv–08759–AKH,1:06–cv–08760–AKH
1:06–cv–08761–AKH,1:06–cv–08762–AKH,1:06–cv–08763–AKH,1:06–cv–08764–AKH,1:06–cv–08765–AKH
1:06–cv–08766–AKH,1:06–cv–08767–AKH,1:06–cv–08768–AKH,1:06–cv–08769–AKH,1:06–cv–08770–AKH
1:06–cv–08771–AKH,1:06–cv–08772–AKH,1:06–cv–08773–AKH,1:06–cv–08774–AKH,1:06–cv–08775–AKH
1:06–cv–08776–AKH,1:06–cv–08777–AKH,1:06–cv–08778–AKH,1:06–cv–08779–AKH,1:06–cv–08780–AKH
1:06–cv–08781–AKH,1:06–cv–08782–AKH,1:06–cv–08783–AKH,1:06–cv–08784–AKH,1:06–cv–08785–AKH
1:06–cv–08786–AKH,1:06–cv–08787–AKH,1:06–cv–08788–AKH,1:06–cv–08789–AKH,1:06–cv–08790–AKH
1:06–cv–08791–AKH,1:06–cv–08792–AKH,1:06–cv–08793–AKH,1:06–cv–08794–AKH,1:06–cv–08795–AKH
1:06–cv–08796–AKH,1:06–cv–08797–AKH,1:06–cv–08798–AKH,1:06–cv–08799–AKH,1:06–cv–08800–AKH
1:06–cv–08801–AKH,1:06–cv–08802–AKH,1:06–cv–08803–AKH,1:06–cv–08804–AKH,1:06–cv–08805–AKH
1:06–cv–08806–AKH,1:06–cv–08807–AKH,1:06–cv–08808–AKH,1:06–cv–08809–AKH,1:06–cv–08810–AKH
1:06–cv–08811–AKH,1:06–cv–08812–AKH,1:06–cv–08813–AKH,1:06–cv–08814–AKH,1:06–cv–08815–AKH
1:06–cv–08816–AKH,1:06–cv–08817–AKH,1:06–cv–08818–AKH,1:06–cv–08819–AKH,1:06–cv–08820–AKH
1:06–cv–08821–AKH,1:06–cv–08822–AKH,1:06–cv–08823–AKH,1:06–cv–08824–AKH,1:06–cv–08825–AKH
1:06–cv–08826–AKH,1:06–cv–08827–AKH,1:06–cv–08828–AKH,1:06–cv–08829–AKH,1:06–cv–08830–AKH
1:06–cv–08831–AKH,1:06–cv–08832–AKH,1:06–cv–08833–AKH,1:06–cv–08834–AKH,1:06–cv–08835–AKH
1:06–cv–08836–AKH,1:06–cv–08837–AKH,1:06–cv–08838–AKH,1:06–cv–08839–AKH,1:06–cv–08840–AKH
1:06–cv–08841–AKH,1:06–cv–08842–AKH,1:06–cv–08843–AKH,1:06–cv–08844–AKH,1:06–cv–08845–AKH
1:06–cv–08846–AKH,1:06–cv–08847–AKH,1:06–cv–08848–AKH,1:06–cv–08849–AKH,1:06–cv–08850–AKH
1:06–cv–08851–AKH,1:06–cv–08852–AKH,1:06–cv–08853–AKH,1:06–cv–08854–AKH,1:06–cv–08855–AKH
1:06–cv–08856–AKH,1:06–cv–08857–AKH,1:06–cv–08858–AKH,1:06–cv–08859–AKH,1:06–cv–08860–AKH
1:06–cv–08861–AKH,1:06–cv–08862–AKH,1:06–cv–08863–AKH,1:06–cv–08864–AKH,1:06–cv–08865–AKH
1:06–cv–08866–AKH,1:06–cv–08867–AKH,1:06–cv–08868–AKH,1:06–cv–08869–AKH,1:06–cv–08870–AKH
1:06–cv–08871–AKH,1:06–cv–08872–AKH,1:06–cv–08873–AKH,1:06–cv–08874–AKH,1:06–cv–08875–AKH
1:06–cv–08876–AKH,1:06–cv–08877–AKH,1:06–cv–08878–AKH,1:06–cv–08879–AKH,1:06–cv–08880–AKH
1:06–cv–08881–AKH,1:06–cv–08882–AKH,1:06–cv–08883–AKH,1:06–cv–08884–AKH,1:06–cv–08885–AKH
1:06–cv–08886–AKH,1:06–cv–08887–AKH,1:06–cv–08888–AKH,1:06–cv–08889–AKH,1:06–cv–08890–AKH
1:06–cv–08891–AKH,1:06–cv–08892–AKH,1:06–cv–08893–AKH,1:06–cv–08894–AKH,1:06–cv–08895–AKH
1:06–cv–08896–AKH,1:06–cv–08897–AKH,1:06–cv–08898–AKH,1:06–cv–08899–AKH,1:06–cv–08900–AKH
1:06–cv–08901–AKH,1:06–cv–08902–AKH,1:06–cv–08903–AKH,1:06–cv–08904–AKH,1:06–cv–08905–AKH

```
1:06–cv–08906–AKH,1:06–cv–08907–AKH,1:06–cv–08908–AKH,1:06–cv–08909–AKH,1:06–cv–08910–AKH
1:06–cv–08911–AKH,1:06–cv–08912–AKH,1:06–cv–08913–AKH,1:06–cv–08914–AKH,1:06–cv–08915–AKH
1:06–cv–08916–AKH,1:06–cv–08917–AKH,1:06–cv–08918–AKH,1:06–cv–08919–AKH,1:06–cv–08920–AKH
1:06–cv–08921–AKH,1:06–cv–08922–AKH,1:06–cv–08923–AKH,1:06–cv–08924–AKH,1:06–cv–08925–AKH
1:06–cv–08926–AKH,1:06–cv–08927–AKH,1:06–cv–08928–AKH,1:06–cv–08929–AKH,1:06–cv–08930–AKH
1:06–cv–08931–AKH,1:06–cv–08932–AKH,1:06–cv–08933–AKH,1:06–cv–08934–AKH,1:06–cv–08935–AKH
1:06–cv–08936–AKH,1:06–cv–08937–AKH,1:06–cv–08938–AKH,1:06–cv–08939–AKH,1:06–cv–08940–AKH
1:06–cv–08941–AKH,1:06–cv–08942–AKH,1:06–cv–08943–AKH,1:06–cv–08944–AKH,1:06–cv–08945–AKH
1:06–cv–08946–AKH,1:06–cv–08947–AKH,1:06–cv–08948–AKH,1:06–cv–08949–AKH,1:06–cv–08950–AKH
1:06–cv–08951–AKH,1:06–cv–08952–AKH,1:06–cv–08953–AKH,1:06–cv–08954–AKH,1:06–cv–08955–AKH
1:06–cv–08956–AKH,1:06–cv–08957–AKH,1:06–cv–08958–AKH,1:06–cv–08959–AKH,1:06–cv–08960–AKH
1:06–cv–08961–AKH,1:06–cv–08962–AKH,1:06–cv–08963–AKH,1:06–cv–08964–AKH,1:06–cv–08965–AKH
1:06–cv–08966–AKH,1:06–cv–08967–AKH,1:06–cv–08968–AKH,1:06–cv–08969–AKH,1:06–cv–08970–AKH
1:06–cv–08971–AKH,1:06–cv–08972–AKH,1:06–cv–08973–AKH,1:06–cv–08974–AKH,1:06–cv–08975–AKH
1:06–cv–08976–AKH,1:06–cv–08977–AKH,1:06–cv–08978–AKH,1:06–cv–08979–AKH,1:06–cv–08980–AKH
1:06–cv–08981–AKH,1:06–cv–08982–AKH,1:06–cv–08983–AKH,1:06–cv–08984–AKH,1:06–cv–08985–AKH
1:06–cv–08986–AKH,1:06–cv–08987–AKH,1:06–cv–08988–AKH,1:06–cv–08989–AKH,1:06–cv–08990–AKH
1:06–cv–08991–AKH,1:06–cv–08992–AKH,1:06–cv–08993–AKH,1:06–cv–08994–AKH,1:06–cv–08995–AKH
1:06–cv–08996–AKH,1:06–cv–08997–AKH,1:06–cv–08998–AKH,1:06–cv–08999–AKH,1:06–cv–09000–AKH
1:06–cv–09001–AKH,1:06–cv–09002–AKH,1:06–cv–09003–AKH,1:06–cv–09004–AKH,1:06–cv–09005–AKH
1:06–cv–09006–AKH,1:06–cv–09007–AKH,1:06–cv–09008–AKH,1:06–cv–09009–AKH,1:06–cv–09010–AKH
1:06–cv–09011–AKH,1:06–cv–09012–AKH,1:06–cv–09013–AKH,1:06–cv–09014–AKH,1:06–cv–09015–AKH
1:06–cv–09016–AKH,1:06–cv–09017–AKH,1:06–cv–09018–AKH,1:06–cv–09019–AKH,1:06–cv–09020–AKH
1:06–cv–09021–AKH,1:06–cv–09022–AKH,1:06–cv–09023–AKH,1:06–cv–09024–AKH,1:06–cv–09025–AKH
1:06–cv–09026–AKH,1:06–cv–09027–AKH,1:06–cv–09028–AKH,1:06–cv–09029–AKH,1:06–cv–09030–AKH
1:06–cv–09031–AKH,1:06–cv–09032–AKH,1:06–cv–09033–AKH,1:06–cv–09034–AKH,1:06–cv–09035–AKH
1:06–cv–09036–AKH,1:06–cv–09037–AKH,1:06–cv–09038–AKH,1:06–cv–09039–AKH,1:06–cv–09040–AKH
1:06–cv–09041–AKH,1:06–cv–09042–AKH,1:06–cv–09043–AKH,1:06–cv–09044–AKH,1:06–cv–09045–AKH
1:06–cv–09046–AKH,1:06–cv–09047–AKH,1:06–cv–09048–AKH,1:06–cv–09049–AKH,1:06–cv–09050–AKH
1:06–cv–09051–AKH,1:06–cv–09052–AKH,1:06–cv–09053–AKH,1:06–cv–09054–AKH,1:06–cv–09055–AKH
1:06–cv–09056–AKH,1:06–cv–09057–AKH,1:06–cv–09058–AKH,1:06–cv–09059–AKH,1:06–cv–09060–AKH
1:06–cv–09061–AKH,1:06–cv–09062–AKH,1:06–cv–09063–AKH,1:06–cv–09064–AKH,1:06–cv–09065–AKH
1:06–cv–09066–AKH,1:06–cv–09067–AKH,1:06–cv–09068–AKH,1:06–cv–09069–AKH,1:06–cv–09070–AKH
1:06–cv–09071–AKH,1:06–cv–09072–AKH,1:06–cv–09073–AKH,1:06–cv–09074–AKH,1:06–cv–09075–AKH
1:06–cv–09076–AKH,1:06–cv–09077–AKH,1:06–cv–09078–AKH,1:06–cv–09079–AKH,1:06–cv–09080–AKH
1:06–cv–09081–AKH,1:06–cv–09082–AKH,1:06–cv–09083–AKH,1:06–cv–09084–AKH,1:06–cv–09085–AKH
1:06–cv–09086–AKH,1:06–cv–09087–AKH,1:06–cv–09088–AKH,1:06–cv–09089–AKH,1:06–cv–09090–AKH
1:06–cv–09091–AKH,1:06–cv–09092–AKH,1:06–cv–09093–AKH,1:06–cv–09094–AKH,1:06–cv–09095–AKH
1:06–cv–09096–AKH,1:06–cv–09097–AKH,1:06–cv–09098–AKH,1:06–cv–09099–AKH,1:06–cv–09100–AKH
1:06–cv–09101–AKH,1:06–cv–09102–AKH,1:06–cv–09103–AKH,1:06–cv–09104–AKH,1:06–cv–09105–AKH
1:06–cv–09106–AKH,1:06–cv–09107–AKH,1:06–cv–09108–AKH,1:06–cv–09109–AKH,1:06–cv–09110–AKH
1:06–cv–09111–AKH,1:06–cv–09112–AKH,1:06–cv–09113–AKH,1:06–cv–09114–AKH,1:06–cv–09115–AKH
1:06–cv–09116–AKH,1:06–cv–09117–AKH,1:06–cv–09118–AKH,1:06–cv–09119–AKH,1:06–cv–09120–AKH
1:06–cv–09121–AKH,1:06–cv–09122–AKH,1:06–cv–09123–AKH,1:06–cv–09124–AKH,1:06–cv–09125–AKH
1:06–cv–09126–AKH,1:06–cv–09127–AKH,1:06–cv–09128–AKH,1:06–cv–09129–AKH,1:06–cv–09130–AKH
1:06–cv–09131–AKH,1:06–cv–09132–AKH,1:06–cv–09133–AKH,1:06–cv–09134–AKH,1:06–cv–09135–AKH
1:06–cv–09136–AKH,1:06–cv–09137–AKH,1:06–cv–09138–AKH,1:06–cv–09139–AKH,1:06–cv–09140–AKH
1:06–cv–09141–AKH,1:06–cv–09142–AKH,1:06–cv–09143–AKH,1:06–cv–09144–AKH,1:06–cv–09145–AKH
1:06–cv–09146–AKH,1:06–cv–09147–AKH,1:06–cv–09148–AKH,1:06–cv–09149–AKH,1:06–cv–09150–AKH
1:06–cv–09151–AKH,1:06–cv–09152–AKH,1:06–cv–09153–AKH,1:06–cv–09154–AKH,1:06–cv–09155–AKH
1:06–cv–09156–AKH,1:06–cv–09157–AKH,1:06–cv–09158–AKH,1:06–cv–09159–AKH,1:06–cv–09160–AKH
1:06–cv–09161–AKH,1:06–cv–09162–AKH,1:06–cv–09163–AKH,1:06–cv–09164–AKH,1:06–cv–09165–AKH
1:06–cv–09166–AKH,1:06–cv–09167–AKH,1:06–cv–09168–AKH,1:06–cv–09169–AKH,1:06–cv–09170–AKH
1:06–cv–09171–AKH,1:06–cv–09172–AKH,1:06–cv–09173–AKH,1:06–cv–09174–AKH,1:06–cv–09175–AKH
1:06–cv–09176–AKH,1:06–cv–09177–AKH,1:06–cv–09178–AKH,1:06–cv–09179–AKH,1:06–cv–09180–AKH
1:06–cv–09181–AKH,1:06–cv–09182–AKH,1:06–cv–09183–AKH,1:06–cv–09184–AKH,1:06–cv–09185–AKH
1:06–cv–09186–AKH,1:06–cv–09187–AKH,1:06–cv–09188–AKH,1:06–cv–09189–AKH,1:06–cv–09190–AKH
1:06–cv–09191–AKH,1:06–cv–09192–AKH,1:06–cv–09193–AKH,1:06–cv–09194–AKH,1:06–cv–09195–AKH
1:06–cv–09196–AKH,1:06–cv–09197–AKH,1:06–cv–09198–AKH,1:06–cv–09199–AKH,1:06–cv–09200–AKH
1:06–cv–09201–AKH,1:06–cv–09202–AKH,1:06–cv–09203–AKH,1:06–cv–09204–AKH,1:06–cv–09205–AKH
1:06–cv–09206–AKH,1:06–cv–09207–AKH,1:06–cv–09208–AKH,1:06–cv–09209–AKH,1:06–cv–09210–AKH
1:06–cv–09211–AKH,1:06–cv–09212–AKH,1:06–cv–09213–AKH,1:06–cv–09214–AKH,1:06–cv–09215–AKH
1:06–cv–09216–AKH,1:06–cv–09217–AKH,1:06–cv–09218–AKH,1:06–cv–09219–AKH,1:06–cv–09220–AKH
1:06–cv–09221–AKH,1:06–cv–09222–AKH,1:06–cv–09223–AKH,1:06–cv–09224–AKH,1:06–cv–09225–AKH
```

1:06–cv–09226–AKH,1:06–cv–09227–AKH,1:06–cv–09228–AKH,1:06–cv–09229–AKH,1:06–cv–09230–AKH
1:06–cv–09231–AKH,1:06–cv–09232–AKH,1:06–cv–09233–AKH,1:06–cv–09234–AKH,1:06–cv–09235–AKH
1:06–cv–09236–AKH,1:06–cv–09237–AKH,1:06–cv–09238–AKH,1:06–cv–09239–AKH,1:06–cv–09240–AKH
1:06–cv–09241–AKH,1:06–cv–09242–AKH,1:06–cv–09243–AKH,1:06–cv–09244–AKH,1:06–cv–09245–AKH
1:06–cv–09246–AKH,1:06–cv–09247–AKH,1:06–cv–09248–AKH,1:06–cv–09249–AKH,1:06–cv–09250–AKH
1:06–cv–09251–AKH,1:06–cv–09252–AKH,1:06–cv–09253–AKH,1:06–cv–09254–AKH,1:06–cv–09255–AKH
1:06–cv–09256–AKH,1:06–cv–09257–AKH,1:06–cv–09258–AKH,1:06–cv–09259–AKH,1:06–cv–09260–AKH
1:06–cv–09261–AKH,1:06–cv–09262–AKH,1:06–cv–09263–AKH,1:06–cv–09264–AKH,1:06–cv–09265–AKH
1:06–cv–09266–AKH,1:06–cv–09267–AKH,1:06–cv–09268–AKH,1:06–cv–09269–AKH,1:06–cv–09270–AKH
1:06–cv–09271–AKH,1:06–cv–09272–AKH,1:06–cv–09273–AKH,1:06–cv–09274–AKH,1:06–cv–09275–AKH
1:06–cv–09276–AKH,1:06–cv–09277–AKH,1:06–cv–09278–AKH,1:06–cv–09279–AKH,1:06–cv–09280–AKH
1:06–cv–09281–AKH,1:06–cv–09282–AKH,1:06–cv–09283–AKH,1:06–cv–09284–AKH,1:06–cv–09285–AKH
1:06–cv–09286–AKH,1:06–cv–09287–AKH,1:06–cv–09288–AKH,1:06–cv–09289–AKH,1:06–cv–09290–AKH
1:06–cv–09291–AKH,1:06–cv–09292–AKH,1:06–cv–09293–AKH,1:06–cv–09294–AKH,1:06–cv–09295–AKH
1:06–cv–09296–AKH,1:06–cv–09297–AKH,1:06–cv–09298–AKH,1:06–cv–09299–AKH,1:06–cv–09300–AKH
1:06–cv–09301–AKH,1:06–cv–09302–AKH,1:06–cv–09303–AKH,1:06–cv–09304–AKH,1:06–cv–09305–AKH
1:06–cv–09306–AKH,1:06–cv–09307–AKH,1:06–cv–09308–AKH,1:06–cv–09309–AKH,1:06–cv–09310–AKH
1:06–cv–09311–AKH,1:06–cv–09312–AKH,1:06–cv–09313–AKH,1:06–cv–09314–AKH,1:06–cv–09315–AKH
1:06–cv–09316–AKH,1:06–cv–09317–AKH,1:06–cv–09318–AKH,1:06–cv–09319–AKH,1:06–cv–09320–AKH
1:06–cv–09321–AKH,1:06–cv–09322–AKH,1:06–cv–09323–AKH,1:06–cv–09324–AKH,1:06–cv–09325–AKH
1:06–cv–09326–AKH,1:06–cv–09327–AKH,1:06–cv–09328–AKH,1:06–cv–09329–AKH,1:06–cv–09330–AKH
1:06–cv–09331–AKH,1:06–cv–09332–AKH,1:06–cv–09333–AKH,1:06–cv–09334–AKH,1:06–cv–09335–AKH
1:06–cv–09336–AKH,1:06–cv–09337–AKH,1:06–cv–09338–AKH,1:06–cv–09339–AKH,1:06–cv–09340–AKH
1:06–cv–09341–AKH,1:06–cv–09342–AKH,1:06–cv–09343–AKH,1:06–cv–09344–AKH,1:06–cv–09345–AKH
1:06–cv–09346–AKH,1:06–cv–09347–AKH,1:06–cv–09348–AKH,1:06–cv–09349–AKH,1:06–cv–09350–AKH
1:06–cv–09351–AKH,1:06–cv–09352–AKH,1:06–cv–09353–AKH,1:06–cv–09354–AKH,1:06–cv–09355–AKH
1:06–cv–09356–AKH,1:06–cv–09357–AKH,1:06–cv–09358–AKH,1:06–cv–09359–AKH,1:06–cv–09360–AKH
1:06–cv–09361–AKH,1:06–cv–09362–AKH,1:06–cv–09363–AKH,1:06–cv–09364–AKH,1:06–cv–09365–AKH
1:06–cv–09366–AKH,1:06–cv–09367–AKH,1:06–cv–09368–AKH,1:06–cv–09369–AKH,1:06–cv–09370–AKH
1:06–cv–09371–AKH,1:06–cv–09372–AKH,1:06–cv–09373–AKH,1:06–cv–09374–AKH,1:06–cv–09466–AKH
1:06–cv–09467–AKH,1:06–cv–09468–AKH,1:06–cv–09469–AKH,1:06–cv–09470–AKH,1:06–cv–09471–AKH
1:06–cv–09472–AKH,1:06–cv–09473–AKH,1:06–cv–09474–AKH,1:06–cv–09475–AKH,1:06–cv–09476–AKH
1:06–cv–09477–AKH,1:06–cv–09478–AKH,1:06–cv–09479–AKH,1:06–cv–09480–AKH,1:06–cv–09481–AKH
1:06–cv–09482–AKH,1:06–cv–09483–AKH,1:06–cv–09484–AKH,1:06–cv–09485–AKH,1:06–cv–09486–AKH
1:06–cv–09487–AKH,1:06–cv–09488–AKH,1:06–cv–09489–AKH,1:06–cv–09490–AKH,1:06–cv–09491–AKH
1:06–cv–09492–AKH,1:06–cv–09493–AKH,1:06–cv–09494–AKH,1:06–cv–09495–AKH,1:06–cv–09496–AKH
1:06–cv–09497–AKH,1:06–cv–09498–AKH,1:06–cv–09499–AKH,1:06–cv–09500–AKH,1:06–cv–09501–AKH
1:06–cv–09502–AKH,1:06–cv–09503–AKH,1:06–cv–09504–AKH,1:06–cv–09505–AKH,1:06–cv–09506–AKH
1:06–cv–09507–AKH,1:06–cv–09508–AKH,1:06–cv–09509–AKH,1:06–cv–09510–AKH,1:06–cv–09511–AKH
1:06–cv–09512–AKH,1:06–cv–09513–AKH,1:06–cv–09514–AKH,1:06–cv–09515–AKH,1:06–cv–09516–AKH
1:06–cv–09517–AKH,1:06–cv–09518–AKH,1:06–cv–09519–AKH,1:06–cv–09520–AKH,1:06–cv–09521–AKH
1:06–cv–09522–AKH,1:06–cv–09523–AKH,1:06–cv–09524–AKH,1:06–cv–09525–AKH,1:06–cv–09526–AKH
1:06–cv–09527–AKH,1:06–cv–09528–AKH,1:06–cv–09529–AKH,1:06–cv–09530–AKH,1:06–cv–09531–AKH
1:06–cv–09532–AKH,1:06–cv–09533–AKH,1:06–cv–09534–AKH,1:06–cv–09535–AKH,1:06–cv–09536–AKH
1:06–cv–09537–AKH,1:06–cv–09538–AKH,1:06–cv–09539–AKH,1:06–cv–09540–AKH,1:06–cv–09541–AKH
1:06–cv–09542–AKH,1:06–cv–09543–AKH,1:06–cv–09544–AKH,1:06–cv–09545–AKH,1:06–cv–09546–AKH
1:06–cv–09547–AKH,1:06–cv–09548–AKH,1:06–cv–09549–AKH,1:06–cv–09550–AKH,1:06–cv–09551–AKH
1:06–cv–09552–AKH,1:06–cv–09553–AKH,1:06–cv–09554–AKH,1:06–cv–09555–AKH,1:06–cv–09556–AKH
1:06–cv–09557–AKH,1:06–cv–09558–AKH,1:06–cv–09559–AKH,1:06–cv–09560–AKH,1:06–cv–09561–AKH
1:06–cv–09562–AKH,1:06–cv–09563–AKH,1:06–cv–09564–AKH,1:06–cv–09565–AKH,1:06–cv–09566–AKH
1:06–cv–09567–AKH,1:06–cv–09568–AKH,1:06–cv–09569–AKH,1:06–cv–09570–AKH,1:06–cv–09571–AKH
1:06–cv–09572–AKH,1:06–cv–09573–AKH,1:06–cv–09574–AKH,1:06–cv–09575–AKH,1:06–cv–09576–AKH
1:06–cv–09577–AKH,1:06–cv–09578–AKH,1:06–cv–09579–AKH,1:06–cv–09580–AKH,1:06–cv–09581–AKH
1:06–cv–09582–AKH,1:06–cv–09583–AKH,1:06–cv–09584–AKH,1:06–cv–09585–AKH,1:06–cv–09586–AKH
1:06–cv–09587–AKH,1:06–cv–09588–AKH,1:06–cv–09589–AKH,1:06–cv–09590–AKH,1:06–cv–09591–AKH
1:06–cv–09592–AKH,1:06–cv–09593–AKH,1:06–cv–09594–AKH,1:06–cv–09595–AKH,1:06–cv–09596–AKH
1:06–cv–09597–AKH,1:06–cv–09598–AKH,1:06–cv–09599–AKH,1:06–cv–09600–AKH,1:06–cv–09601–AKH
1:06–cv–09602–AKH,1:06–cv–09603–AKH,1:06–cv–09604–AKH,1:06–cv–09605–AKH,1:06–cv–09606–AKH
1:06–cv–09607–AKH,1:06–cv–09608–AKH,1:06–cv–09609–AKH,1:06–cv–09610–AKH,1:06–cv–09611–AKH
1:06–cv–09612–AKH,1:06–cv–09613–AKH,1:06–cv–09614–AKH,1:06–cv–09615–AKH,1:06–cv–09616–AKH
1:06–cv–09617–AKH,1:06–cv–09618–AKH,1:06–cv–09619–AKH,1:06–cv–09620–AKH,1:06–cv–09621–AKH
1:06–cv–09622–AKH,1:06–cv–09623–AKH,1:06–cv–09624–AKH,1:06–cv–09625–AKH,1:06–cv–09626–AKH
1:06–cv–09627–AKH,1:06–cv–09628–AKH,1:06–cv–09629–AKH,1:06–cv–09630–AKH,1:06–cv–09631–AKH
1:06–cv–09632–AKH,1:06–cv–09633–AKH,1:06–cv–09634–AKH,1:06–cv–09635–AKH,1:06–cv–09636–AKH

1:06–cv–09637–AKH,1:06–cv–09638–AKH,1:06–cv–09639–AKH,1:06–cv–09640–AKH,1:06–cv–09641–AKH
1:06–cv–09642–AKH,1:06–cv–09643–AKH,1:06–cv–09644–AKH,1:06–cv–09645–AKH,1:06–cv–09646–AKH
1:06–cv–09647–AKH,1:06–cv–09648–AKH,1:06–cv–09649–AKH,1:06–cv–09650–AKH,1:06–cv–09651–AKH
1:06–cv–09652–AKH,1:06–cv–09653–AKH,1:06–cv–09654–AKH,1:06–cv–09655–AKH,1:06–cv–09656–AKH
1:06–cv–09657–AKH,1:06–cv–09658–AKH,1:06–cv–09659–AKH,1:06–cv–09660–AKH,1:06–cv–09661–AKH
1:06–cv–09662–AKH,1:06–cv–09663–AKH,1:06–cv–09664–AKH,1:06–cv–09665–AKH,1:06–cv–09666–AKH
1:06–cv–09667–AKH,1:06–cv–09668–AKH,1:06–cv–09669–AKH,1:06–cv–09670–AKH,1:06–cv–09671–AKH
1:06–cv–09672–AKH,1:06–cv–09673–AKH,1:06–cv–09674–AKH,1:06–cv–09675–AKH,1:06–cv–09676–AKH
1:06–cv–09677–AKH,1:06–cv–09678–AKH,1:06–cv–09679–AKH,1:06–cv–09680–AKH,1:06–cv–09681–AKH
1:06–cv–09682–AKH,1:06–cv–09683–AKH,1:06–cv–09684–AKH,1:06–cv–09685–AKH,1:06–cv–09686–AKH
1:06–cv–09687–AKH,1:06–cv–09688–AKH,1:06–cv–09689–AKH,1:06–cv–09690–AKH,1:06–cv–09691–AKH
1:06–cv–09692–AKH,1:06–cv–09693–AKH,1:06–cv–09694–AKH,1:06–cv–09695–AKH,1:06–cv–09696–AKH
1:06–cv–09697–AKH,1:06–cv–09698–AKH,1:06–cv–09699–AKH,1:06–cv–09700–AKH,1:06–cv–09701–AKH
1:06–cv–09702–AKH,1:06–cv–09703–AKH,1:06–cv–09704–AKH,1:06–cv–09705–AKH,1:06–cv–09706–AKH
1:06–cv–09707–AKH,1:06–cv–09708–AKH,1:06–cv–09709–AKH,1:06–cv–09710–AKH,1:06–cv–09711–AKH
1:06–cv–09712–AKH,1:06–cv–09713–AKH,1:06–cv–09714–AKH,1:06–cv–09715–AKH,1:06–cv–09716–AKH
1:06–cv–09717–AKH,1:06–cv–09718–AKH,1:06–cv–09719–AKH,1:06–cv–09720–AKH,1:06–cv–09721–AKH
1:06–cv–09722–AKH,1:06–cv–09723–AKH,1:06–cv–09724–AKH,1:06–cv–09725–AKH,1:06–cv–09726–AKH
1:06–cv–09727–AKH,1:06–cv–09728–AKH,1:06–cv–09729–AKH,1:06–cv–09730–AKH,1:06–cv–09731–AKH
1:06–cv–09732–AKH,1:06–cv–09733–AKH,1:06–cv–09734–AKH,1:06–cv–09735–AKH,1:06–cv–09736–AKH
1:06–cv–09737–AKH,1:06–cv–09738–AKH,1:06–cv–09739–AKH,1:06–cv–09740–AKH,1:06–cv–09741–AKH
1:06–cv–09742–AKH,1:06–cv–09743–AKH,1:06–cv–09744–AKH,1:06–cv–09745–AKH,1:06–cv–09746–AKH
1:06–cv–09747–AKH,1:06–cv–09748–AKH,1:06–cv–09749–AKH,1:06–cv–09750–AKH,1:06–cv–09751–AKH
1:06–cv–09752–AKH,1:06–cv–09753–AKH,1:06–cv–09754–AKH,1:06–cv–09755–AKH,1:06–cv–09756–AKH
1:06–cv–09757–AKH,1:06–cv–09758–AKH,1:06–cv–09759–AKH,1:06–cv–09760–AKH,1:06–cv–09761–AKH
1:06–cv–09762–AKH,1:06–cv–09763–AKH,1:06–cv–09764–AKH,1:06–cv–09765–AKH,1:06–cv–09766–AKH
1:06–cv–09767–AKH,1:06–cv–09768–AKH,1:06–cv–09769–AKH,1:06–cv–09770–AKH,1:06–cv–09771–AKH
1:06–cv–09772–AKH,1:06–cv–09773–AKH,1:06–cv–09774–AKH,1:06–cv–09775–AKH,1:06–cv–09776–AKH
1:06–cv–09777–AKH,1:06–cv–09778–AKH,1:06–cv–09779–AKH,1:06–cv–09780–AKH,1:06–cv–09781–AKH
1:06–cv–09782–AKH,1:06–cv–09783–AKH,1:06–cv–09784–AKH,1:06–cv–09785–AKH,1:06–cv–09786–AKH
1:06–cv–09787–AKH,1:06–cv–09788–AKH,1:06–cv–09789–AKH,1:06–cv–09790–AKH,1:06–cv–09791–AKH
1:06–cv–09792–AKH,1:06–cv–09793–AKH,1:06–cv–09794–AKH,1:06–cv–09795–AKH,1:06–cv–09796–AKH
1:06–cv–09797–AKH,1:06–cv–09798–AKH,1:06–cv–09799–AKH,1:06–cv–09800–AKH,1:06–cv–09801–AKH
1:06–cv–09802–AKH,1:06–cv–09803–AKH,1:06–cv–09804–AKH,1:06–cv–09805–AKH,1:06–cv–09806–AKH
1:06–cv–09807–AKH,1:06–cv–09808–AKH,1:06–cv–09809–AKH,1:06–cv–09810–AKH,1:06–cv–09811–AKH
1:06–cv–09812–AKH,1:06–cv–09813–AKH,1:06–cv–09814–AKH,1:06–cv–09815–AKH,1:06–cv–09816–AKH
1:06–cv–09817–AKH,1:06–cv–09818–AKH,1:06–cv–09819–AKH,1:06–cv–09820–AKH,1:06–cv–09821–AKH
1:06–cv–09822–AKH,1:06–cv–09823–AKH,1:06–cv–09824–AKH,1:06–cv–09825–AKH,1:06–cv–09826–AKH
1:06–cv–09827–AKH,1:06–cv–09828–AKH,1:06–cv–09829–AKH,1:06–cv–09830–AKH,1:06–cv–09831–AKH
1:06–cv–09832–AKH,1:06–cv–09833–AKH,1:06–cv–09834–AKH,1:06–cv–09835–AKH,1:06–cv–09836–AKH
1:06–cv–09837–AKH,1:06–cv–09838–AKH,1:06–cv–09839–AKH,1:06–cv–09840–AKH,1:06–cv–09841–AKH
1:06–cv–09842–AKH,1:06–cv–09843–AKH,1:06–cv–09844–AKH,1:06–cv–09845–AKH,1:06–cv–09846–AKH
1:06–cv–09847–AKH,1:06–cv–09848–AKH,1:06–cv–09849–AKH,1:06–cv–09850–AKH,1:06–cv–09851–AKH
1:06–cv–09852–AKH,1:06–cv–09853–AKH,1:06–cv–09854–AKH,1:06–cv–09855–AKH,1:06–cv–09856–AKH
1:06–cv–09857–AKH,1:06–cv–09858–AKH,1:06–cv–10114–AKH,1:06–cv–10115–AKH,1:06–cv–10116–AKH
1:06–cv–10117–AKH,1:06–cv–10118–AKH,1:06–cv–10119–AKH,1:06–cv–10120–AKH,1:06–cv–10121–AKH
1:06–cv–10122–AKH,1:06–cv–10123–AKH,1:06–cv–10124–AKH,1:06–cv–10125–AKH,1:06–cv–10126–AKH
1:06–cv–10127–AKH,1:06–cv–10128–AKH,1:06–cv–10129–AKH,1:06–cv–10130–AKH,1:06–cv–10131–AKH
1:06–cv–10132–AKH,1:06–cv–10133–AKH,1:06–cv–10134–AKH,1:06–cv–10135–AKH,1:06–cv–10136–AKH
1:06–cv–10137–AKH,1:06–cv–10138–AKH,1:06–cv–10139–AKH,1:06–cv–10140–AKH,1:06–cv–10141–AKH
1:06–cv–10142–AKH,1:06–cv–10143–AKH,1:06–cv–10144–AKH,1:06–cv–10145–AKH,1:06–cv–10146–AKH
1:06–cv–10147–AKH,1:06–cv–10148–AKH,1:06–cv–10149–AKH,1:06–cv–10150–AKH,1:06–cv–10151–AKH
1:06–cv–10152–AKH,1:06–cv–10153–AKH,1:06–cv–10154–AKH,1:06–cv–10155–AKH,1:06–cv–10156–AKH
1:06–cv–10157–AKH,1:06–cv–10158–AKH,1:06–cv–10159–AKH,1:06–cv–10160–AKH,1:06–cv–10161–AKH
1:06–cv–10162–AKH,1:06–cv–10163–AKH,1:06–cv–10564–AKH,1:06–cv–10565–AKH,1:06–cv–10566–AKH
1:06–cv–10567–AKH,1:06–cv–10651–AKH,1:06–cv–10681–AKH,1:06–cv–10682–AKH,1:06–cv–10683–AKH
1:06–cv–10684–AKH,1:06–cv–10685–AKH,1:06–cv–10686–AKH,1:06–cv–10687–AKH,1:06–cv–10688–AKH
1:06–cv–10689–AKH,1:06–cv–10690–AKH,1:06–cv–10691–AKH,1:06–cv–10692–AKH,1:06–cv–10693–AKH
1:06–cv–10694–AKH,1:06–cv–10695–AKH,1:06–cv–10696–AKH,1:06–cv–10697–AKH,1:06–cv–10698–AKH
1:06–cv–10699–AKH,1:06–cv–10700–AKH,1:06–cv–11535–AKH,1:06–cv–13167–AKH,1:06–cv–13279–AKH
1:06–cv–13280–AKH,1:06–cv–13431–AKH,1:06–cv–13432–AKH,1:06–cv–13493–AKH,1:06–cv–13600–AKH
1:06–cv–13612–AKH,1:06–cv–13613–AKH,1:06–cv–13614–AKH,1:06–cv–13615–AKH,1:06–cv–13616–AKH
1:06–cv–13617–AKH,1:06–cv–13618–AKH,1:06–cv–13619–AKH,1:06–cv–13620–AKH,1:06–cv–13621–AKH
1:06–cv–13622–AKH,1:06–cv–13623–AKH,1:06–cv–13624–AKH,1:06–cv–13698–AKH,1:06–cv–13700–AKH

| | | |
|---|---|---|
| | | 1:06–cv–14458–AKH(Rubin, Denise) (Entered: 12/18/2006) |
| 12/18/2006 | <u>555</u> | AMENDED MOTION for Declaratory Judgment *Statute Limitations Notice of Claim*. Document filed by Michelle Haskett–Godbee. Return Date set for 1/19/2007 09:30 AM. Filed In Associated Cases: 1:21–mc–00100–AKH,1:03–cv–00007–AKH(Rudden, John) (Entered: 12/18/2006) |
| 12/19/2006 | <u>556</u> | MOTION for Declaratory Judgment *Statute Limitations, Notice of Claim*. Document filed by Michelle Haskett–Godbee. Return Date set for 1/19/2007 09:30 AM. (Attachments: #<u>1</u> Affidavit Attorney Affirmation in Support#<u>2</u> Supplement Memo of Law in Support#<u>3</u> Affidavit Plaintiff's)Filed In Associated Cases: 1:21–mc–00100–AKH,1:03–cv–00007–AKH(Rudden, John) (Entered: 12/19/2006) |
| 12/19/2006 | <u>557</u> | MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. Document filed by City of New York, Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Tully Construction Co., AMEC Construction Management, Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bechtel, Bechtel A Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Lend Inc., Turner/Plaza, A Joint Venture. Filed In Associated Cases: 1:21–mc–00100–AKH,1:03–cv–00007–AKH,1:04–cv–00577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH, 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH, 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH, 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH, 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH, 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH, 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH, 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH, 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH, 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH, 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH, 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH, 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH, 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH, 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH, 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH, 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH, 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH, 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH, 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH, 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH, 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH, 1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH, 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH, 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH, 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH, 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH, 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH, 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH, 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH, 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH, 1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH, 1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH, 1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH, 1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH, 1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH, 1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH, 1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH, 1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH, 1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH, 1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH, 1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH, 1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH, 1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH, 1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH, 1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH, |

```
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
```

1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH

```
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
```

1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH
1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH
1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
1:06–cv–06233–AKH,1:06–cv–06234–AKH,1:06–cv–06360–AKH,1:06–cv–06396–AKH,1:06–cv–06714–AKH
1:06–cv–06715–AKH,1:06–cv–06716–AKH,1:06–cv–06717–AKH,1:06–cv–06718–AKH,1:06–cv–06719–AKH
1:06–cv–06720–AKH,1:06–cv–06721–AKH,1:06–cv–06722–AKH,1:06–cv–06723–AKH,1:06–cv–06724–AKH
1:06–cv–06725–AKH,1:06–cv–06726–AKH,1:06–cv–06727–AKH,1:06–cv–06728–AKH,1:06–cv–06729–AKH
1:06–cv–06730–AKH,1:06–cv–06731–AKH,1:06–cv–06732–AKH,1:06–cv–06733–AKH,1:06–cv–06734–AKH
1:06–cv–06735–AKH,1:06–cv–06736–AKH,1:06–cv–06737–AKH,1:06–cv–06738–AKH,1:06–cv–06739–AKH
1:06–cv–06740–AKH,1:06–cv–06741–AKH,1:06–cv–06742–AKH,1:06–cv–06743–AKH,1:06–cv–06744–AKH
1:06–cv–06745–AKH,1:06–cv–06746–AKH,1:06–cv–06747–AKH,1:06–cv–06748–AKH,1:06–cv–06749–AKH
1:06–cv–06750–AKH,1:06–cv–06751–AKH,1:06–cv–06752–AKH,1:06–cv–06753–AKH,1:06–cv–06754–AKH
1:06–cv–06755–AKH,1:06–cv–06756–AKH,1:06–cv–06757–AKH,1:06–cv–06758–AKH,1:06–cv–06759–AKH
1:06–cv–06760–AKH,1:06–cv–06761–AKH,1:06–cv–06762–AKH,1:06–cv–06763–AKH,1:06–cv–06764–AKH
1:06–cv–06765–AKH,1:06–cv–06766–AKH,1:06–cv–06767–AKH,1:06–cv–06768–AKH,1:06–cv–06769–AKH
1:06–cv–06770–AKH,1:06–cv–06771–AKH,1:06–cv–06772–AKH,1:06–cv–06773–AKH,1:06–cv–06774–AKH
1:06–cv–06775–AKH,1:06–cv–06776–AKH,1:06–cv–06777–AKH,1:06–cv–06778–AKH,1:06–cv–06779–AKH
1:06–cv–06780–AKH,1:06–cv–06781–AKH,1:06–cv–06782–AKH,1:06–cv–06783–AKH,1:06–cv–06784–AKH
1:06–cv–06785–AKH,1:06–cv–06786–AKH,1:06–cv–06787–AKH,1:06–cv–06788–AKH,1:06–cv–06789–AKH
1:06–cv–06790–AKH,1:06–cv–06791–AKH,1:06–cv–06792–AKH,1:06–cv–06793–AKH,1:06–cv–06794–AKH
1:06–cv–06795–AKH,1:06–cv–06796–AKH,1:06–cv–06797–AKH,1:06–cv–06798–AKH,1:06–cv–06799–AKH
1:06–cv–06800–AKH,1:06–cv–06801–AKH,1:06–cv–06802–AKH,1:06–cv–06803–AKH,1:06–cv–06804–AKH
1:06–cv–06805–AKH,1:06–cv–06806–AKH,1:06–cv–06807–AKH,1:06–cv–06808–AKH,1:06–cv–06809–AKH
1:06–cv–06810–AKH,1:06–cv–06811–AKH,1:06–cv–06812–AKH,1:06–cv–06813–AKH,1:06–cv–06912–AKH
1:06–cv–06913–AKH,1:06–cv–06914–AKH,1:06–cv–06915–AKH,1:06–cv–06916–AKH,1:06–cv–06917–AKH
1:06–cv–06918–AKH,1:06–cv–06919–AKH,1:06–cv–06920–AKH,1:06–cv–06921–AKH,1:06–cv–07044–AKH
1:06–cv–07045–AKH,1:06–cv–07046–AKH,1:06–cv–07047–AKH,1:06–cv–07048–AKH,1:06–cv–07049–AKH
1:06–cv–07050–AKH,1:06–cv–07051–AKH,1:06–cv–07127–AKH,1:06–cv–07128–AKH,1:06–cv–07129–AKH
1:06–cv–07130–AKH,1:06–cv–07191–AKH,1:06–cv–07192–AKH,1:06–cv–07193–AKH,1:06–cv–07194–AKH
1:06–cv–07195–AKH,1:06–cv–07213–AKH,1:06–cv–07214–AKH,1:06–cv–07215–AKH,1:06–cv–07216–AKH
1:06–cv–07217–AKH,1:06–cv–07218–AKH,1:06–cv–07219–AKH,1:06–cv–07220–AKH,1:06–cv–07221–AKH
1:06–cv–07222–AKH,1:06–cv–07223–AKH,1:06–cv–07224–AKH,1:06–cv–07225–AKH,1:06–cv–07226–AKH
1:06–cv–07227–AKH,1:06–cv–07228–AKH,1:06–cv–07229–AKH,1:06–cv–07230–AKH,1:06–cv–07231–AKH
1:06–cv–07232–AKH,1:06–cv–07233–AKH,1:06–cv–07234–AKH,1:06–cv–07235–AKH,1:06–cv–07236–AKH
1:06–cv–07237–AKH,1:06–cv–07238–AKH,1:06–cv–07239–AKH,1:06–cv–07240–AKH,1:06–cv–07241–AKH
1:06–cv–07242–AKH,1:06–cv–07243–AKH,1:06–cv–07244–AKH,1:06–cv–07245–AKH,1:06–cv–07246–AKH

1:06–cv–07247–AKH,1:06–cv–07248–AKH,1:06–cv–07249–AKH,1:06–cv–07250–AKH,1:06–cv–07251–AKH
1:06–cv–07252–AKH,1:06–cv–07253–AKH,1:06–cv–07254–AKH,1:06–cv–07255–AKH,1:06–cv–07256–AKH
1:06–cv–07257–AKH,1:06–cv–07258–AKH,1:06–cv–07259–AKH,1:06–cv–07260–AKH,1:06–cv–07261–AKH
1:06–cv–07262–AKH,1:06–cv–07263–AKH,1:06–cv–07264–AKH,1:06–cv–07265–AKH,1:06–cv–07266–AKH
1:06–cv–07267–AKH,1:06–cv–07268–AKH,1:06–cv–07269–AKH,1:06–cv–07270–AKH,1:06–cv–07271–AKH
1:06–cv–07272–AKH,1:06–cv–07273–AKH,1:06–cv–07274–AKH,1:06–cv–07275–AKH,1:06–cv–07276–AKH
1:06–cv–07277–AKH,1:06–cv–07278–AKH,1:06–cv–07279–AKH,1:06–cv–07280–AKH,1:06–cv–07281–AKH
1:06–cv–07282–AKH,1:06–cv–07283–AKH,1:06–cv–07284–AKH,1:06–cv–07285–AKH,1:06–cv–07286–AKH
1:06–cv–07287–AKH,1:06–cv–07288–AKH,1:06–cv–07289–AKH,1:06–cv–07290–AKH,1:06–cv–07291–AKH
1:06–cv–07292–AKH,1:06–cv–07293–AKH,1:06–cv–07294–AKH,1:06–cv–07295–AKH,1:06–cv–07296–AKH
1:06–cv–07297–AKH,1:06–cv–07298–AKH,1:06–cv–07299–AKH,1:06–cv–07300–AKH,1:06–cv–07301–AKH
1:06–cv–07302–AKH,1:06–cv–07303–AKH,1:06–cv–07304–AKH,1:06–cv–07305–AKH,1:06–cv–07306–AKH
1:06–cv–07307–AKH,1:06–cv–07308–AKH,1:06–cv–07309–AKH,1:06–cv–07310–AKH,1:06–cv–07311–AKH
1:06–cv–07312–AKH,1:06–cv–07313–AKH,1:06–cv–07314–AKH,1:06–cv–07315–AKH,1:06–cv–07316–AKH
1:06–cv–07317–AKH,1:06–cv–07318–AKH,1:06–cv–07319–AKH,1:06–cv–07320–AKH,1:06–cv–07321–AKH
1:06–cv–07322–AKH,1:06–cv–07323–AKH,1:06–cv–07324–AKH,1:06–cv–07325–AKH,1:06–cv–07326–AKH
1:06–cv–07327–AKH,1:06–cv–07328–AKH,1:06–cv–07329–AKH,1:06–cv–07330–AKH,1:06–cv–07331–AKH
1:06–cv–07332–AKH,1:06–cv–07333–AKH,1:06–cv–07334–AKH,1:06–cv–07335–AKH,1:06–cv–07336–AKH
1:06–cv–07337–AKH,1:06–cv–07338–AKH,1:06–cv–07339–AKH,1:06–cv–07340–AKH,1:06–cv–07341–AKH
1:06–cv–07342–AKH,1:06–cv–07343–AKH,1:06–cv–07344–AKH,1:06–cv–07345–AKH,1:06–cv–07346–AKH
1:06–cv–07347–AKH,1:06–cv–07348–AKH,1:06–cv–07349–AKH,1:06–cv–07350–AKH,1:06–cv–07351–AKH
1:06–cv–07352–AKH,1:06–cv–07353–AKH,1:06–cv–07354–AKH,1:06–cv–07355–AKH,1:06–cv–07356–AKH
1:06–cv–07357–AKH,1:06–cv–07358–AKH,1:06–cv–07359–AKH,1:06–cv–07360–AKH,1:06–cv–07361–AKH
1:06–cv–07362–AKH,1:06–cv–07363–AKH,1:06–cv–07364–AKH,1:06–cv–07365–AKH,1:06–cv–07366–AKH
1:06–cv–07367–AKH,1:06–cv–07368–AKH,1:06–cv–07369–AKH,1:06–cv–07370–AKH,1:06–cv–07371–AKH
1:06–cv–07372–AKH,1:06–cv–07373–AKH,1:06–cv–07374–AKH,1:06–cv–07375–AKH,1:06–cv–07376–AKH
1:06–cv–07377–AKH,1:06–cv–07378–AKH,1:06–cv–07379–AKH,1:06–cv–07380–AKH,1:06–cv–07381–AKH
1:06–cv–07382–AKH,1:06–cv–07383–AKH,1:06–cv–07384–AKH,1:06–cv–07385–AKH,1:06–cv–07386–AKH
1:06–cv–07387–AKH,1:06–cv–07388–AKH,1:06–cv–07389–AKH,1:06–cv–07390–AKH,1:06–cv–07391–AKH
1:06–cv–07392–AKH,1:06–cv–07393–AKH,1:06–cv–07394–AKH,1:06–cv–07395–AKH,1:06–cv–07396–AKH
1:06–cv–07397–AKH,1:06–cv–07398–AKH,1:06–cv–07399–AKH,1:06–cv–07400–AKH,1:06–cv–07401–AKH
1:06–cv–07402–AKH,1:06–cv–07403–AKH,1:06–cv–07404–AKH,1:06–cv–07405–AKH,1:06–cv–07406–AKH
1:06–cv–07407–AKH,1:06–cv–07408–AKH,1:06–cv–07409–AKH,1:06–cv–07410–AKH,1:06–cv–07411–AKH
1:06–cv–07412–AKH,1:06–cv–07413–AKH,1:06–cv–07414–AKH,1:06–cv–07415–AKH,1:06–cv–07416–AKH
1:06–cv–07417–AKH,1:06–cv–07418–AKH,1:06–cv–07419–AKH,1:06–cv–07420–AKH,1:06–cv–07421–AKH
1:06–cv–07422–AKH,1:06–cv–07423–AKH,1:06–cv–07424–AKH,1:06–cv–07425–AKH,1:06–cv–07426–AKH
1:06–cv–07427–AKH,1:06–cv–07428–AKH,1:06–cv–07429–AKH,1:06–cv–07430–AKH,1:06–cv–07431–AKH
1:06–cv–07432–AKH,1:06–cv–07433–AKH,1:06–cv–07434–AKH,1:06–cv–07435–AKH,1:06–cv–07436–AKH
1:06–cv–07437–AKH,1:06–cv–07438–AKH,1:06–cv–07439–AKH,1:06–cv–07440–AKH,1:06–cv–07441–AKH
1:06–cv–07442–AKH,1:06–cv–07443–AKH,1:06–cv–07444–AKH,1:06–cv–07445–AKH,1:06–cv–07446–AKH
1:06–cv–07447–AKH,1:06–cv–07448–AKH,1:06–cv–07449–AKH,1:06–cv–07450–AKH,1:06–cv–07451–AKH
1:06–cv–07452–AKH,1:06–cv–07453–AKH,1:06–cv–07454–AKH,1:06–cv–07455–AKH,1:06–cv–07456–AKH
1:06–cv–07457–AKH,1:06–cv–07458–AKH,1:06–cv–07459–AKH,1:06–cv–07460–AKH,1:06–cv–07461–AKH
1:06–cv–07462–AKH,1:06–cv–07463–AKH,1:06–cv–07464–AKH,1:06–cv–07465–AKH,1:06–cv–07466–AKH
1:06–cv–07467–AKH,1:06–cv–07468–AKH,1:06–cv–07469–AKH,1:06–cv–07470–AKH,1:06–cv–07471–AKH
1:06–cv–07472–AKH,1:06–cv–07473–AKH,1:06–cv–07474–AKH,1:06–cv–07475–AKH,1:06–cv–07476–AKH
1:06–cv–07477–AKH,1:06–cv–07478–AKH,1:06–cv–07479–AKH,1:06–cv–07480–AKH,1:06–cv–07481–AKH
1:06–cv–07482–AKH–THK,1:06–cv–07483–AKH,1:06–cv–07484–AKH,1:06–cv–07485–AKH,1:06–cv–07486
1:06–cv–07487–AKH,1:06–cv–07488–AKH,1:06–cv–07489–AKH,1:06–cv–07490–AKH,1:06–cv–07491–AKH
1:06–cv–07492–AKH,1:06–cv–07493–AKH,1:06–cv–07494–AKH,1:06–cv–07495–AKH,1:06–cv–07496–AKH
1:06–cv–07497–AKH,1:06–cv–07498–AKH,1:06–cv–07499–AKH,1:06–cv–07500–AKH,1:06–cv–07501–AKH
1:06–cv–07502–AKH,1:06–cv–07503–AKH,1:06–cv–07504–AKH,1:06–cv–07505–AKH,1:06–cv–07506–AKH
1:06–cv–07507–AKH,1:06–cv–07508–AKH,1:06–cv–07509–AKH,1:06–cv–07510–AKH,1:06–cv–07511–AKH
1:06–cv–07512–AKH,1:06–cv–07513–AKH,1:06–cv–07514–AKH,1:06–cv–07515–AKH,1:06–cv–07516–AKH
1:06–cv–07517–AKH,1:06–cv–07518–AKH,1:06–cv–07519–AKH,1:06–cv–07520–AKH,1:06–cv–07521–AKH
1:06–cv–07522–AKH,1:06–cv–07523–AKH,1:06–cv–07524–AKH,1:06–cv–07525–AKH,1:06–cv–07526–AKH
1:06–cv–07527–AKH,1:06–cv–07528–AKH,1:06–cv–07529–AKH,1:06–cv–07530–AKH,1:06–cv–07531–AKH
1:06–cv–07532–AKH,1:06–cv–07533–AKH,1:06–cv–07534–AKH,1:06–cv–07535–AKH,1:06–cv–07536–AKH
1:06–cv–07537–AKH,1:06–cv–07538–AKH,1:06–cv–07539–AKH,1:06–cv–07540–AKH,1:06–cv–07541–AKH
1:06–cv–07542–AKH,1:06–cv–07543–AKH,1:06–cv–07544–AKH,1:06–cv–07545–AKH,1:06–cv–07546–AKH
1:06–cv–07547–AKH,1:06–cv–07548–AKH,1:06–cv–07549–AKH,1:06–cv–07550–AKH,1:06–cv–07551–AKH
1:06–cv–07552–AKH,1:06–cv–07553–AKH,1:06–cv–07554–AKH,1:06–cv–07555–AKH,1:06–cv–07556–AKH
1:06–cv–07557–AKH,1:06–cv–07558–AKH,1:06–cv–07559–AKH,1:06–cv–07560–AKH,1:06–cv–07561–AKH
1:06–cv–07562–AKH,1:06–cv–07563–AKH,1:06–cv–07564–AKH,1:06–cv–07565–AKH,1:06–cv–07566–AKH

1:06–cv–07567–AKH,1:06–cv–07568–AKH,1:06–cv–07569–AKH,1:06–cv–07570–AKH,1:06–cv–07571–AKH
1:06–cv–07572–AKH,1:06–cv–07573–AKH,1:06–cv–07574–AKH,1:06–cv–07575–AKH,1:06–cv–07576–AKH
1:06–cv–07577–AKH,1:06–cv–07578–AKH,1:06–cv–07579–AKH,1:06–cv–07580–AKH,1:06–cv–07650–AKH
1:06–cv–07652–AKH,1:06–cv–07653–AKH,1:06–cv–07654–AKH,1:06–cv–07655–AKH,1:06–cv–07656–AKH
1:06–cv–07721–AKH,1:06–cv–07730–AKH,1:06–cv–07731–AKH,1:06–cv–07892–AKH,1:06–cv–07893–AKH
1:06–cv–07914–AKH,1:06–cv–07915–AKH,1:06–cv–07916–AKH,1:06–cv–07917–AKH,1:06–cv–07918–AKH
1:06–cv–07919–AKH,1:06–cv–07920–AKH,1:06–cv–07922–AKH,1:06–cv–07937–AKH,1:06–cv–07938–AKH
1:06–cv–07940–AKH,1:06–cv–07948–AKH,1:06–cv–07951–AKH,1:06–cv–07958–AKH,1:06–cv–07965–AKH
1:06–cv–07967–AKH,1:06–cv–07970–AKH,1:06–cv–07973–AKH,1:06–cv–07978–AKH,1:06–cv–07979–AKH
1:06–cv–07985–AKH,1:06–cv–07987–AKH,1:06–cv–07989–AKH,1:06–cv–07996–AKH,1:06–cv–07997–AKH
1:06–cv–08004–AKH,1:06–cv–08007–AKH,1:06–cv–08010–AKH,1:06–cv–08012–AKH,1:06–cv–08016–AKH
1:06–cv–08018–AKH,1:06–cv–08019–AKH,1:06–cv–08021–AKH,1:06–cv–08022–AKH,1:06–cv–08025–AKH
1:06–cv–08026–AKH,1:06–cv–08032–AKH,1:06–cv–08033–AKH,1:06–cv–08034–AKH,1:06–cv–08037–AKH
1:06–cv–08038–AKH,1:06–cv–08052–AKH,1:06–cv–08061–AKH,1:06–cv–08064–AKH,1:06–cv–08068–AKH
1:06–cv–08070–AKH,1:06–cv–08073–AKH,1:06–cv–08074–AKH,1:06–cv–08075–AKH,1:06–cv–08078–AKH
1:06–cv–08079–AKH,1:06–cv–08082–AKH,1:06–cv–08090–AKH,1:06–cv–08091–AKH,1:06–cv–08092–AKH
1:06–cv–08094–AKH,1:06–cv–08099–AKH,1:06–cv–08100–AKH,1:06–cv–08104–AKH,1:06–cv–08107–AKH
1:06–cv–08109–AKH,1:06–cv–08110–AKH,1:06–cv–08113–AKH,1:06–cv–08114–AKH,1:06–cv–08117–AKH
1:06–cv–08118–AKH,1:06–cv–08122–AKH,1:06–cv–08328–AKH,1:06–cv–08329–AKH,1:06–cv–08330–AKH
1:06–cv–08331–AKH,1:06–cv–08332–AKH,1:06–cv–08333–AKH,1:06–cv–08334–AKH,1:06–cv–08335–AKH
1:06–cv–08336–AKH,1:06–cv–08337–AKH,1:06–cv–08338–AKH,1:06–cv–08339–AKH,1:06–cv–08340–AKH
1:06–cv–08341–AKH,1:06–cv–08342–AKH,1:06–cv–08343–AKH,1:06–cv–08344–AKH,1:06–cv–08345–AKH
1:06–cv–08346–AKH,1:06–cv–08347–AKH,1:06–cv–08348–AKH,1:06–cv–08349–AKH,1:06–cv–08350–AKH
1:06–cv–08351–AKH,1:06–cv–08352–AKH,1:06–cv–08353–AKH,1:06–cv–08354–AKH,1:06–cv–08355–AKH
1:06–cv–08356–AKH,1:06–cv–08357–AKH,1:06–cv–08358–AKH,1:06–cv–08359–AKH,1:06–cv–08360–AKH
1:06–cv–08361–AKH,1:06–cv–08362–AKH,1:06–cv–08363–AKH,1:06–cv–08364–AKH,1:06–cv–08365–AKH
1:06–cv–08366–AKH,1:06–cv–08367–AKH,1:06–cv–08368–AKH,1:06–cv–08369–AKH,1:06–cv–08370–AKH
1:06–cv–08371–AKH,1:06–cv–08372–AKH,1:06–cv–08373–AKH,1:06–cv–08374–AKH,1:06–cv–08375–AKH
1:06–cv–08376–AKH,1:06–cv–08377–AKH,1:06–cv–08378–AKH,1:06–cv–08379–AKH,1:06–cv–08380–AKH
1:06–cv–08381–AKH,1:06–cv–08382–AKH,1:06–cv–08383–AKH,1:06–cv–08384–AKH,1:06–cv–08385–AKH
1:06–cv–08386–AKH,1:06–cv–08387–AKH,1:06–cv–08388–AKH,1:06–cv–08389–AKH,1:06–cv–08390–AKH
1:06–cv–08391–AKH,1:06–cv–08392–AKH,1:06–cv–08393–AKH,1:06–cv–08394–AKH,1:06–cv–08395–AKH
1:06–cv–08396–AKH,1:06–cv–08397–AKH,1:06–cv–08398–AKH,1:06–cv–08399–AKH,1:06–cv–08400–AKH
1:06–cv–08401–AKH,1:06–cv–08402–AKH,1:06–cv–08403–AKH,1:06–cv–08404–AKH,1:06–cv–08405–AKH
1:06–cv–08406–AKH,1:06–cv–08407–AKH,1:06–cv–08408–AKH,1:06–cv–08409–AKH,1:06–cv–08410–AKH
1:06–cv–08411–AKH,1:06–cv–08412–AKH,1:06–cv–08413–AKH,1:06–cv–08414–AKH,1:06–cv–08415–AKH
1:06–cv–08416–AKH,1:06–cv–08417–AKH,1:06–cv–08418–AKH,1:06–cv–08419–AKH,1:06–cv–08420–AKH
1:06–cv–08421–AKH,1:06–cv–08422–AKH,1:06–cv–08423–AKH,1:06–cv–08424–AKH,1:06–cv–08425–AKH
1:06–cv–08426–AKH,1:06–cv–08427–AKH,1:06–cv–08428–AKH,1:06–cv–08429–AKH,1:06–cv–08430–AKH
1:06–cv–08431–AKH,1:06–cv–08432–AKH,1:06–cv–08433–AKH,1:06–cv–08434–AKH,1:06–cv–08435–AKH
1:06–cv–08436–AKH,1:06–cv–08437–AKH,1:06–cv–08438–AKH,1:06–cv–08439–AKH,1:06–cv–08440–AKH
1:06–cv–08441–AKH,1:06–cv–08442–AKH,1:06–cv–08443–AKH,1:06–cv–08444–AKH,1:06–cv–08445–AKH
1:06–cv–08446–AKH,1:06–cv–08447–AKH,1:06–cv–08448–AKH,1:06–cv–08449–AKH,1:06–cv–08450–AKH
1:06–cv–08451–AKH,1:06–cv–08452–AKH,1:06–cv–08453–AKH,1:06–cv–08454–AKH,1:06–cv–08455–AKH
1:06–cv–08456–AKH,1:06–cv–08457–AKH,1:06–cv–08458–AKH,1:06–cv–08459–AKH,1:06–cv–08460–AKH
1:06–cv–08461–AKH,1:06–cv–08462–AKH,1:06–cv–08463–AKH,1:06–cv–08464–AKH,1:06–cv–08465–AKH
1:06–cv–08466–AKH,1:06–cv–08467–AKH,1:06–cv–08468–AKH,1:06–cv–08469–AKH,1:06–cv–08470–AKH
1:06–cv–08471–AKH,1:06–cv–08472–AKH,1:06–cv–08473–AKH,1:06–cv–08474–AKH,1:06–cv–08475–AKH
1:06–cv–08476–AKH,1:06–cv–08477–AKH,1:06–cv–08478–AKH,1:06–cv–08479–AKH,1:06–cv–08480–AKH
1:06–cv–08481–AKH,1:06–cv–08482–AKH,1:06–cv–08483–AKH,1:06–cv–08484–AKH,1:06–cv–08485–AKH
1:06–cv–08486–AKH,1:06–cv–08487–AKH,1:06–cv–08488–AKH,1:06–cv–08489–AKH,1:06–cv–08490–AKH
1:06–cv–08491–AKH,1:06–cv–08492–AKH,1:06–cv–08493–AKH,1:06–cv–08494–AKH,1:06–cv–08495–AKH
1:06–cv–08496–AKH,1:06–cv–08497–AKH,1:06–cv–08498–AKH,1:06–cv–08499–AKH,1:06–cv–08500–AKH
1:06–cv–08501–AKH,1:06–cv–08502–AKH,1:06–cv–08503–AKH,1:06–cv–08504–AKH,1:06–cv–08505–AKH
1:06–cv–08506–AKH,1:06–cv–08507–AKH,1:06–cv–08508–AKH,1:06–cv–08509–AKH,1:06–cv–08510–AKH
1:06–cv–08511–AKH,1:06–cv–08512–AKH,1:06–cv–08513–AKH,1:06–cv–08514–AKH,1:06–cv–08515–AKH
1:06–cv–08516–AKH,1:06–cv–08517–AKH,1:06–cv–08518–AKH,1:06–cv–08519–AKH,1:06–cv–08520–AKH
1:06–cv–08521–AKH,1:06–cv–08522–AKH,1:06–cv–08523–AKH,1:06–cv–08524–AKH,1:06–cv–08525–AKH
1:06–cv–08526–AKH,1:06–cv–08527–AKH,1:06–cv–08528–AKH,1:06–cv–08529–AKH,1:06–cv–08530–AKH
1:06–cv–08531–AKH,1:06–cv–08532–AKH,1:06–cv–08533–AKH,1:06–cv–08534–AKH,1:06–cv–08535–AKH
1:06–cv–08536–AKH,1:06–cv–08537–AKH,1:06–cv–08538–AKH,1:06–cv–08539–AKH,1:06–cv–08540–AKH
1:06–cv–08541–AKH,1:06–cv–08542–AKH,1:06–cv–08543–AKH,1:06–cv–08544–AKH,1:06–cv–08545–AKH
1:06–cv–08546–AKH,1:06–cv–08547–AKH,1:06–cv–08548–AKH,1:06–cv–08549–AKH,1:06–cv–08550–AKH
1:06–cv–08551–AKH,1:06–cv–08552–AKH,1:06–cv–08553–AKH,1:06–cv–08554–AKH,1:06–cv–08555–AKH

1:06–cv–08556–AKH,1:06–cv–08557–AKH,1:06–cv–08558–AKH,1:06–cv–08559–AKH,1:06–cv–08560–AKH
1:06–cv–08561–AKH,1:06–cv–08562–AKH,1:06–cv–08563–AKH,1:06–cv–08564–AKH,1:06–cv–08565–AKH
1:06–cv–08566–AKH,1:06–cv–08567–AKH,1:06–cv–08568–AKH,1:06–cv–08569–AKH,1:06–cv–08570–AKH
1:06–cv–08571–AKH,1:06–cv–08572–AKH,1:06–cv–08573–AKH,1:06–cv–08574–AKH,1:06–cv–08575–AKH
1:06–cv–08576–AKH,1:06–cv–08577–AKH,1:06–cv–08578–AKH,1:06–cv–08579–AKH,1:06–cv–08580–AKH
1:06–cv–08581–AKH,1:06–cv–08582–AKH,1:06–cv–08583–AKH,1:06–cv–08584–AKH,1:06–cv–08585–AKH
1:06–cv–08586–AKH,1:06–cv–08587–AKH,1:06–cv–08588–AKH,1:06–cv–08589–AKH,1:06–cv–08590–AKH
1:06–cv–08591–AKH,1:06–cv–08592–AKH,1:06–cv–08593–AKH,1:06–cv–08594–AKH,1:06–cv–08595–AKH
1:06–cv–08596–AKH,1:06–cv–08597–AKH,1:06–cv–08598–AKH,1:06–cv–08599–AKH,1:06–cv–08600–AKH
1:06–cv–08601–AKH,1:06–cv–08602–AKH,1:06–cv–08603–AKH,1:06–cv–08604–AKH,1:06–cv–08605–AKH
1:06–cv–08606–AKH,1:06–cv–08607–AKH,1:06–cv–08608–AKH,1:06–cv–08609–AKH,1:06–cv–08610–AKH
1:06–cv–08611–AKH,1:06–cv–08612–AKH,1:06–cv–08613–AKH,1:06–cv–08614–AKH,1:06–cv–08615–AKH
1:06–cv–08616–AKH,1:06–cv–08617–AKH,1:06–cv–08618–AKH,1:06–cv–08619–AKH,1:06–cv–08620–AKH
1:06–cv–08621–AKH,1:06–cv–08622–AKH,1:06–cv–08623–AKH,1:06–cv–08624–AKH,1:06–cv–08625–AKH
1:06–cv–08626–AKH,1:06–cv–08627–AKH,1:06–cv–08628–AKH,1:06–cv–08629–AKH,1:06–cv–08630–AKH
1:06–cv–08631–AKH,1:06–cv–08632–AKH,1:06–cv–08633–AKH,1:06–cv–08634–AKH,1:06–cv–08635–AKH
1:06–cv–08636–AKH,1:06–cv–08637–AKH,1:06–cv–08638–AKH,1:06–cv–08639–AKH,1:06–cv–08640–AKH
1:06–cv–08641–AKH,1:06–cv–08642–AKH,1:06–cv–08643–AKH,1:06–cv–08644–AKH,1:06–cv–08645–AKH
1:06–cv–08646–AKH,1:06–cv–08647–AKH,1:06–cv–08648–AKH,1:06–cv–08649–AKH,1:06–cv–08650–AKH
1:06–cv–08652–AKH,1:06–cv–08653–AKH,1:06–cv–08654–AKH,1:06–cv–08656–AKH,1:06–cv–08657–AKH
1:06–cv–08658–AKH,1:06–cv–08660–AKH,1:06–cv–08661–AKH,1:06–cv–08662–AKH,1:06–cv–08663–AKH
1:06–cv–08664–AKH,1:06–cv–08665–AKH,1:06–cv–08666–AKH,1:06–cv–08667–AKH,1:06–cv–08668–AKH
1:06–cv–08669–AKH,1:06–cv–08670–AKH,1:06–cv–08671–AKH,1:06–cv–08672–AKH,1:06–cv–08673–AKH
1:06–cv–08674–AKH,1:06–cv–08675–AKH,1:06–cv–08676–AKH,1:06–cv–08677–AKH,1:06–cv–08678–AKH
1:06–cv–08679–AKH,1:06–cv–08680–AKH,1:06–cv–08681–AKH,1:06–cv–08682–AKH,1:06–cv–08683–AKH
1:06–cv–08684–AKH,1:06–cv–08685–AKH,1:06–cv–08686–AKH,1:06–cv–08687–AKH,1:06–cv–08688–AKH
1:06–cv–08689–AKH,1:06–cv–08690–AKH,1:06–cv–08691–AKH,1:06–cv–08692–AKH,1:06–cv–08693–AKH
1:06–cv–08694–AKH,1:06–cv–08695–AKH,1:06–cv–08696–AKH,1:06–cv–08697–AKH,1:06–cv–08698–AKH
1:06–cv–08699–AKH,1:06–cv–08700–AKH,1:06–cv–08701–AKH,1:06–cv–08702–AKH,1:06–cv–08703–AKH
1:06–cv–08704–AKH,1:06–cv–08722–AKH,1:06–cv–08723–AKH,1:06–cv–08724–AKH,1:06–cv–08725–AKH
1:06–cv–08726–AKH,1:06–cv–08727–AKH,1:06–cv–08728–AKH,1:06–cv–08729–AKH,1:06–cv–08730–AKH
1:06–cv–08731–AKH,1:06–cv–08732–AKH,1:06–cv–08733–AKH,1:06–cv–08734–AKH,1:06–cv–08735–AKH
1:06–cv–08736–AKH,1:06–cv–08737–AKH,1:06–cv–08738–AKH,1:06–cv–08739–AKH,1:06–cv–08740–AKH
1:06–cv–08741–AKH,1:06–cv–08742–AKH,1:06–cv–08743–AKH,1:06–cv–08744–AKH,1:06–cv–08745–AKH
1:06–cv–08746–AKH,1:06–cv–08747–AKH,1:06–cv–08748–AKH,1:06–cv–08749–AKH,1:06–cv–08750–AKH
1:06–cv–08751–AKH,1:06–cv–08752–AKH,1:06–cv–08753–AKH,1:06–cv–08754–AKH,1:06–cv–08755–AKH
1:06–cv–08756–AKH,1:06–cv–08757–AKH,1:06–cv–08758–AKH,1:06–cv–08759–AKH,1:06–cv–08760–AKH
1:06–cv–08761–AKH,1:06–cv–08762–AKH,1:06–cv–08763–AKH,1:06–cv–08764–AKH,1:06–cv–08765–AKH
1:06–cv–08766–AKH,1:06–cv–08767–AKH,1:06–cv–08768–AKH,1:06–cv–08769–AKH,1:06–cv–08770–AKH
1:06–cv–08771–AKH,1:06–cv–08772–AKH,1:06–cv–08773–AKH,1:06–cv–08774–AKH,1:06–cv–08775–AKH
1:06–cv–08776–AKH,1:06–cv–08777–AKH,1:06–cv–08778–AKH,1:06–cv–08779–AKH,1:06–cv–08780–AKH
1:06–cv–08781–AKH,1:06–cv–08782–AKH,1:06–cv–08783–AKH,1:06–cv–08784–AKH,1:06–cv–08785–AKH
1:06–cv–08786–AKH,1:06–cv–08787–AKH,1:06–cv–08788–AKH,1:06–cv–08789–AKH,1:06–cv–08790–AKH
1:06–cv–08791–AKH,1:06–cv–08792–AKH,1:06–cv–08793–AKH,1:06–cv–08794–AKH,1:06–cv–08795–AKH
1:06–cv–08796–AKH,1:06–cv–08797–AKH,1:06–cv–08798–AKH,1:06–cv–08799–AKH,1:06–cv–08800–AKH
1:06–cv–08801–AKH,1:06–cv–08802–AKH,1:06–cv–08803–AKH,1:06–cv–08804–AKH,1:06–cv–08805–AKH
1:06–cv–08806–AKH,1:06–cv–08807–AKH,1:06–cv–08808–AKH,1:06–cv–08809–AKH,1:06–cv–08810–AKH
1:06–cv–08811–AKH,1:06–cv–08812–AKH,1:06–cv–08813–AKH,1:06–cv–08814–AKH,1:06–cv–08815–AKH
1:06–cv–08816–AKH,1:06–cv–08817–AKH,1:06–cv–08818–AKH,1:06–cv–08819–AKH,1:06–cv–08820–AKH
1:06–cv–08821–AKH,1:06–cv–08822–AKH,1:06–cv–08823–AKH,1:06–cv–08824–AKH,1:06–cv–08825–AKH
1:06–cv–08826–AKH,1:06–cv–08827–AKH,1:06–cv–08828–AKH,1:06–cv–08829–AKH,1:06–cv–08830–AKH
1:06–cv–08831–AKH,1:06–cv–08832–AKH,1:06–cv–08833–AKH,1:06–cv–08834–AKH,1:06–cv–08835–AKH
1:06–cv–08836–AKH,1:06–cv–08837–AKH,1:06–cv–08838–AKH,1:06–cv–08839–AKH,1:06–cv–08840–AKH
1:06–cv–08841–AKH,1:06–cv–08842–AKH,1:06–cv–08843–AKH,1:06–cv–08844–AKH,1:06–cv–08845–AKH
1:06–cv–08846–AKH,1:06–cv–08847–AKH,1:06–cv–08848–AKH,1:06–cv–08849–AKH,1:06–cv–08850–AKH
1:06–cv–08851–AKH,1:06–cv–08852–AKH,1:06–cv–08853–AKH,1:06–cv–08854–AKH,1:06–cv–08855–AKH
1:06–cv–08856–AKH,1:06–cv–08857–AKH,1:06–cv–08858–AKH,1:06–cv–08859–AKH,1:06–cv–08860–AKH
1:06–cv–08861–AKH,1:06–cv–08862–AKH,1:06–cv–08863–AKH,1:06–cv–08864–AKH,1:06–cv–08865–AKH
1:06–cv–08866–AKH,1:06–cv–08867–AKH,1:06–cv–08868–AKH,1:06–cv–08869–AKH,1:06–cv–08870–AKH
1:06–cv–08871–AKH,1:06–cv–08872–AKH,1:06–cv–08873–AKH,1:06–cv–08874–AKH,1:06–cv–08875–AKH
1:06–cv–08876–AKH,1:06–cv–08877–AKH,1:06–cv–08878–AKH,1:06–cv–08879–AKH,1:06–cv–08880–AKH
1:06–cv–08881–AKH,1:06–cv–08882–AKH,1:06–cv–08883–AKH,1:06–cv–08884–AKH,1:06–cv–08885–AKH
1:06–cv–08886–AKH,1:06–cv–08887–AKH,1:06–cv–08888–AKH,1:06–cv–08889–AKH,1:06–cv–08890–AKH
1:06–cv–08891–AKH,1:06–cv–08892–AKH,1:06–cv–08893–AKH,1:06–cv–08894–AKH,1:06–cv–08895–AKH

```
1:06–cv–08896–AKH,1:06–cv–08897–AKH,1:06–cv–08898–AKH,1:06–cv–08899–AKH,1:06–cv–08900–AKH
1:06–cv–08901–AKH,1:06–cv–08902–AKH,1:06–cv–08903–AKH,1:06–cv–08904–AKH,1:06–cv–08905–AKH
1:06–cv–08906–AKH,1:06–cv–08907–AKH,1:06–cv–08908–AKH,1:06–cv–08909–AKH,1:06–cv–08910–AKH
1:06–cv–08911–AKH,1:06–cv–08912–AKH,1:06–cv–08913–AKH,1:06–cv–08914–AKH,1:06–cv–08915–AKH
1:06–cv–08916–AKH,1:06–cv–08917–AKH,1:06–cv–08918–AKH,1:06–cv–08919–AKH,1:06–cv–08920–AKH
1:06–cv–08921–AKH,1:06–cv–08922–AKH,1:06–cv–08923–AKH,1:06–cv–08924–AKH,1:06–cv–08925–AKH
1:06–cv–08926–AKH,1:06–cv–08927–AKH,1:06–cv–08928–AKH,1:06–cv–08929–AKH,1:06–cv–08930–AKH
1:06–cv–08931–AKH,1:06–cv–08932–AKH,1:06–cv–08933–AKH,1:06–cv–08934–AKH,1:06–cv–08935–AKH
1:06–cv–08936–AKH,1:06–cv–08937–AKH,1:06–cv–08938–AKH,1:06–cv–08939–AKH,1:06–cv–08940–AKH
1:06–cv–08941–AKH,1:06–cv–08942–AKH,1:06–cv–08943–AKH,1:06–cv–08944–AKH,1:06–cv–08945–AKH
1:06–cv–08946–AKH,1:06–cv–08947–AKH,1:06–cv–08948–AKH,1:06–cv–08949–AKH,1:06–cv–08950–AKH
1:06–cv–08951–AKH,1:06–cv–08952–AKH,1:06–cv–08953–AKH,1:06–cv–08954–AKH,1:06–cv–08955–AKH
1:06–cv–08956–AKH,1:06–cv–08957–AKH,1:06–cv–08958–AKH,1:06–cv–08959–AKH,1:06–cv–08960–AKH
1:06–cv–08961–AKH,1:06–cv–08962–AKH,1:06–cv–08963–AKH,1:06–cv–08964–AKH,1:06–cv–08965–AKH
1:06–cv–08966–AKH,1:06–cv–08967–AKH,1:06–cv–08968–AKH,1:06–cv–08969–AKH,1:06–cv–08970–AKH
1:06–cv–08971–AKH,1:06–cv–08972–AKH,1:06–cv–08973–AKH,1:06–cv–08974–AKH,1:06–cv–08975–AKH
1:06–cv–08976–AKH,1:06–cv–08977–AKH,1:06–cv–08978–AKH,1:06–cv–08979–AKH,1:06–cv–08980–AKH
1:06–cv–08981–AKH,1:06–cv–08982–AKH,1:06–cv–08983–AKH,1:06–cv–08984–AKH,1:06–cv–08985–AKH
1:06–cv–08986–AKH,1:06–cv–08987–AKH,1:06–cv–08988–AKH,1:06–cv–08989–AKH,1:06–cv–08990–AKH
1:06–cv–08991–AKH,1:06–cv–08992–AKH,1:06–cv–08993–AKH,1:06–cv–08994–AKH,1:06–cv–08995–AKH
1:06–cv–08996–AKH,1:06–cv–08997–AKH,1:06–cv–08998–AKH,1:06–cv–08999–AKH,1:06–cv–09000–AKH
1:06–cv–09001–AKH,1:06–cv–09002–AKH,1:06–cv–09003–AKH,1:06–cv–09004–AKH,1:06–cv–09005–AKH
1:06–cv–09006–AKH,1:06–cv–09007–AKH,1:06–cv–09008–AKH,1:06–cv–09009–AKH,1:06–cv–09010–AKH
1:06–cv–09011–AKH,1:06–cv–09012–AKH,1:06–cv–09013–AKH,1:06–cv–09014–AKH,1:06–cv–09015–AKH
1:06–cv–09016–AKH,1:06–cv–09017–AKH,1:06–cv–09018–AKH,1:06–cv–09019–AKH,1:06–cv–09020–AKH
1:06–cv–09021–AKH,1:06–cv–09022–AKH,1:06–cv–09023–AKH,1:06–cv–09024–AKH,1:06–cv–09025–AKH
1:06–cv–09026–AKH,1:06–cv–09027–AKH,1:06–cv–09028–AKH,1:06–cv–09029–AKH,1:06–cv–09030–AKH
1:06–cv–09031–AKH,1:06–cv–09032–AKH,1:06–cv–09033–AKH,1:06–cv–09034–AKH,1:06–cv–09035–AKH
1:06–cv–09036–AKH,1:06–cv–09037–AKH,1:06–cv–09038–AKH,1:06–cv–09039–AKH,1:06–cv–09040–AKH
1:06–cv–09041–AKH,1:06–cv–09042–AKH,1:06–cv–09043–AKH,1:06–cv–09044–AKH,1:06–cv–09045–AKH
1:06–cv–09046–AKH,1:06–cv–09047–AKH,1:06–cv–09048–AKH,1:06–cv–09049–AKH,1:06–cv–09050–AKH
1:06–cv–09051–AKH,1:06–cv–09052–AKH,1:06–cv–09053–AKH,1:06–cv–09054–AKH,1:06–cv–09055–AKH
1:06–cv–09056–AKH,1:06–cv–09057–AKH,1:06–cv–09058–AKH,1:06–cv–09059–AKH,1:06–cv–09060–AKH
1:06–cv–09061–AKH,1:06–cv–09062–AKH,1:06–cv–09063–AKH,1:06–cv–09064–AKH,1:06–cv–09065–AKH
1:06–cv–09066–AKH,1:06–cv–09067–AKH,1:06–cv–09068–AKH,1:06–cv–09069–AKH,1:06–cv–09070–AKH
1:06–cv–09071–AKH,1:06–cv–09072–AKH,1:06–cv–09073–AKH,1:06–cv–09074–AKH,1:06–cv–09075–AKH
1:06–cv–09076–AKH,1:06–cv–09077–AKH,1:06–cv–09078–AKH,1:06–cv–09079–AKH,1:06–cv–09080–AKH
1:06–cv–09081–AKH,1:06–cv–09082–AKH,1:06–cv–09083–AKH,1:06–cv–09084–AKH,1:06–cv–09085–AKH
1:06–cv–09086–AKH,1:06–cv–09087–AKH,1:06–cv–09088–AKH,1:06–cv–09089–AKH,1:06–cv–09090–AKH
1:06–cv–09091–AKH,1:06–cv–09092–AKH,1:06–cv–09093–AKH,1:06–cv–09094–AKH,1:06–cv–09095–AKH
1:06–cv–09096–AKH,1:06–cv–09097–AKH,1:06–cv–09098–AKH,1:06–cv–09099–AKH,1:06–cv–09100–AKH
1:06–cv–09101–AKH,1:06–cv–09102–AKH,1:06–cv–09103–AKH,1:06–cv–09104–AKH,1:06–cv–09105–AKH
1:06–cv–09106–AKH,1:06–cv–09107–AKH,1:06–cv–09108–AKH,1:06–cv–09109–AKH,1:06–cv–09110–AKH
1:06–cv–09111–AKH,1:06–cv–09112–AKH,1:06–cv–09113–AKH,1:06–cv–09114–AKH,1:06–cv–09115–AKH
1:06–cv–09116–AKH,1:06–cv–09117–AKH,1:06–cv–09118–AKH,1:06–cv–09119–AKH,1:06–cv–09120–AKH
1:06–cv–09121–AKH,1:06–cv–09122–AKH,1:06–cv–09123–AKH,1:06–cv–09124–AKH,1:06–cv–09125–AKH
1:06–cv–09126–AKH,1:06–cv–09127–AKH,1:06–cv–09128–AKH,1:06–cv–09129–AKH,1:06–cv–09130–AKH
1:06–cv–09131–AKH,1:06–cv–09132–AKH,1:06–cv–09133–AKH,1:06–cv–09134–AKH,1:06–cv–09135–AKH
1:06–cv–09136–AKH,1:06–cv–09137–AKH,1:06–cv–09138–AKH,1:06–cv–09139–AKH,1:06–cv–09140–AKH
1:06–cv–09141–AKH,1:06–cv–09142–AKH,1:06–cv–09143–AKH,1:06–cv–09144–AKH,1:06–cv–09145–AKH
1:06–cv–09146–AKH,1:06–cv–09147–AKH,1:06–cv–09148–AKH,1:06–cv–09149–AKH,1:06–cv–09150–AKH
1:06–cv–09151–AKH,1:06–cv–09152–AKH,1:06–cv–09153–AKH,1:06–cv–09154–AKH,1:06–cv–09155–AKH
1:06–cv–09156–AKH,1:06–cv–09157–AKH,1:06–cv–09158–AKH,1:06–cv–09159–AKH,1:06–cv–09160–AKH
1:06–cv–09161–AKH,1:06–cv–09162–AKH,1:06–cv–09163–AKH,1:06–cv–09164–AKH,1:06–cv–09165–AKH
1:06–cv–09166–AKH,1:06–cv–09167–AKH,1:06–cv–09168–AKH,1:06–cv–09169–AKH,1:06–cv–09170–AKH
1:06–cv–09171–AKH,1:06–cv–09172–AKH,1:06–cv–09173–AKH,1:06–cv–09174–AKH,1:06–cv–09175–AKH
1:06–cv–09176–AKH,1:06–cv–09177–AKH,1:06–cv–09178–AKH,1:06–cv–09179–AKH,1:06–cv–09180–AKH
1:06–cv–09181–AKH,1:06–cv–09182–AKH,1:06–cv–09183–AKH,1:06–cv–09184–AKH,1:06–cv–09185–AKH
1:06–cv–09186–AKH,1:06–cv–09187–AKH,1:06–cv–09188–AKH,1:06–cv–09189–AKH,1:06–cv–09190–AKH
1:06–cv–09191–AKH,1:06–cv–09192–AKH,1:06–cv–09193–AKH,1:06–cv–09194–AKH,1:06–cv–09195–AKH
1:06–cv–09196–AKH,1:06–cv–09197–AKH,1:06–cv–09198–AKH,1:06–cv–09199–AKH,1:06–cv–09200–AKH
1:06–cv–09201–AKH,1:06–cv–09202–AKH,1:06–cv–09203–AKH,1:06–cv–09204–AKH,1:06–cv–09205–AKH
1:06–cv–09206–AKH,1:06–cv–09207–AKH,1:06–cv–09208–AKH,1:06–cv–09209–AKH,1:06–cv–09210–AKH
1:06–cv–09211–AKH,1:06–cv–09212–AKH,1:06–cv–09213–AKH,1:06–cv–09214–AKH,1:06–cv–09215–AKH
```

```
1:06–cv–09216–AKH,1:06–cv–09217–AKH,1:06–cv–09218–AKH,1:06–cv–09219–AKH,1:06–cv–09220–AKH
1:06–cv–09221–AKH,1:06–cv–09222–AKH,1:06–cv–09223–AKH,1:06–cv–09224–AKH,1:06–cv–09225–AKH
1:06–cv–09226–AKH,1:06–cv–09227–AKH,1:06–cv–09228–AKH,1:06–cv–09229–AKH,1:06–cv–09230–AKH
1:06–cv–09231–AKH,1:06–cv–09232–AKH,1:06–cv–09233–AKH,1:06–cv–09234–AKH,1:06–cv–09235–AKH
1:06–cv–09236–AKH,1:06–cv–09237–AKH,1:06–cv–09238–AKH,1:06–cv–09239–AKH,1:06–cv–09240–AKH
1:06–cv–09241–AKH,1:06–cv–09242–AKH,1:06–cv–09243–AKH,1:06–cv–09244–AKH,1:06–cv–09245–AKH
1:06–cv–09246–AKH,1:06–cv–09247–AKH,1:06–cv–09248–AKH,1:06–cv–09249–AKH,1:06–cv–09250–AKH
1:06–cv–09251–AKH,1:06–cv–09252–AKH,1:06–cv–09253–AKH,1:06–cv–09254–AKH,1:06–cv–09255–AKH
1:06–cv–09256–AKH,1:06–cv–09257–AKH,1:06–cv–09258–AKH,1:06–cv–09259–AKH,1:06–cv–09260–AKH
1:06–cv–09261–AKH,1:06–cv–09262–AKH,1:06–cv–09263–AKH,1:06–cv–09264–AKH,1:06–cv–09265–AKH
1:06–cv–09266–AKH,1:06–cv–09267–AKH,1:06–cv–09268–AKH,1:06–cv–09269–AKH,1:06–cv–09270–AKH
1:06–cv–09271–AKH,1:06–cv–09272–AKH,1:06–cv–09273–AKH,1:06–cv–09274–AKH,1:06–cv–09275–AKH
1:06–cv–09276–AKH,1:06–cv–09277–AKH,1:06–cv–09278–AKH,1:06–cv–09279–AKH,1:06–cv–09280–AKH
1:06–cv–09281–AKH,1:06–cv–09282–AKH,1:06–cv–09283–AKH,1:06–cv–09284–AKH,1:06–cv–09285–AKH
1:06–cv–09286–AKH,1:06–cv–09287–AKH,1:06–cv–09288–AKH,1:06–cv–09289–AKH,1:06–cv–09290–AKH
1:06–cv–09291–AKH,1:06–cv–09292–AKH,1:06–cv–09293–AKH,1:06–cv–09294–AKH,1:06–cv–09295–AKH
1:06–cv–09296–AKH,1:06–cv–09297–AKH,1:06–cv–09298–AKH,1:06–cv–09299–AKH,1:06–cv–09300–AKH
1:06–cv–09301–AKH,1:06–cv–09302–AKH,1:06–cv–09303–AKH,1:06–cv–09304–AKH,1:06–cv–09305–AKH
1:06–cv–09306–AKH,1:06–cv–09307–AKH,1:06–cv–09308–AKH,1:06–cv–09309–AKH,1:06–cv–09310–AKH
1:06–cv–09311–AKH,1:06–cv–09312–AKH,1:06–cv–09313–AKH,1:06–cv–09314–AKH,1:06–cv–09315–AKH
1:06–cv–09316–AKH,1:06–cv–09317–AKH,1:06–cv–09318–AKH,1:06–cv–09319–AKH,1:06–cv–09320–AKH
1:06–cv–09321–AKH,1:06–cv–09322–AKH,1:06–cv–09323–AKH,1:06–cv–09324–AKH,1:06–cv–09325–AKH
1:06–cv–09326–AKH,1:06–cv–09327–AKH,1:06–cv–09328–AKH,1:06–cv–09329–AKH,1:06–cv–09330–AKH
1:06–cv–09331–AKH,1:06–cv–09332–AKH,1:06–cv–09333–AKH,1:06–cv–09334–AKH,1:06–cv–09335–AKH
1:06–cv–09336–AKH,1:06–cv–09337–AKH,1:06–cv–09338–AKH,1:06–cv–09339–AKH,1:06–cv–09340–AKH
1:06–cv–09341–AKH,1:06–cv–09342–AKH,1:06–cv–09343–AKH,1:06–cv–09344–AKH,1:06–cv–09345–AKH
1:06–cv–09346–AKH,1:06–cv–09347–AKH,1:06–cv–09348–AKH,1:06–cv–09349–AKH,1:06–cv–09350–AKH
1:06–cv–09351–AKH,1:06–cv–09352–AKH,1:06–cv–09353–AKH,1:06–cv–09354–AKH,1:06–cv–09355–AKH
1:06–cv–09356–AKH,1:06–cv–09357–AKH,1:06–cv–09358–AKH,1:06–cv–09359–AKH,1:06–cv–09360–AKH
1:06–cv–09361–AKH,1:06–cv–09362–AKH,1:06–cv–09363–AKH,1:06–cv–09364–AKH,1:06–cv–09365–AKH
1:06–cv–09366–AKH,1:06–cv–09367–AKH,1:06–cv–09368–AKH,1:06–cv–09369–AKH,1:06–cv–09370–AKH
1:06–cv–09371–AKH,1:06–cv–09372–AKH,1:06–cv–09373–AKH,1:06–cv–09374–AKH,1:06–cv–09466–AKH
1:06–cv–09467–AKH,1:06–cv–09468–AKH,1:06–cv–09469–AKH,1:06–cv–09470–AKH,1:06–cv–09471–AKH
1:06–cv–09472–AKH,1:06–cv–09473–AKH,1:06–cv–09474–AKH,1:06–cv–09475–AKH,1:06–cv–09476–AKH
1:06–cv–09477–AKH,1:06–cv–09478–AKH,1:06–cv–09479–AKH,1:06–cv–09480–AKH,1:06–cv–09481–AKH
1:06–cv–09482–AKH,1:06–cv–09483–AKH,1:06–cv–09484–AKH,1:06–cv–09485–AKH,1:06–cv–09486–AKH
1:06–cv–09487–AKH,1:06–cv–09488–AKH,1:06–cv–09489–AKH,1:06–cv–09490–AKH,1:06–cv–09491–AKH
1:06–cv–09492–AKH,1:06–cv–09493–AKH,1:06–cv–09494–AKH,1:06–cv–09495–AKH,1:06–cv–09496–AKH
1:06–cv–09497–AKH,1:06–cv–09498–AKH,1:06–cv–09499–AKH,1:06–cv–09500–AKH,1:06–cv–09501–AKH
1:06–cv–09502–AKH,1:06–cv–09503–AKH,1:06–cv–09504–AKH,1:06–cv–09505–AKH,1:06–cv–09506–AKH
1:06–cv–09507–AKH,1:06–cv–09508–AKH,1:06–cv–09509–AKH,1:06–cv–09510–AKH,1:06–cv–09511–AKH
1:06–cv–09512–AKH,1:06–cv–09513–AKH,1:06–cv–09514–AKH,1:06–cv–09515–AKH,1:06–cv–09516–AKH
1:06–cv–09517–AKH,1:06–cv–09518–AKH,1:06–cv–09519–AKH,1:06–cv–09520–AKH,1:06–cv–09521–AKH
1:06–cv–09522–AKH,1:06–cv–09523–AKH,1:06–cv–09524–AKH,1:06–cv–09525–AKH,1:06–cv–09526–AKH
1:06–cv–09527–AKH,1:06–cv–09528–AKH,1:06–cv–09529–AKH,1:06–cv–09530–AKH,1:06–cv–09531–AKH
1:06–cv–09532–AKH,1:06–cv–09533–AKH,1:06–cv–09534–AKH,1:06–cv–09535–AKH,1:06–cv–09536–AKH
1:06–cv–09537–AKH,1:06–cv–09538–AKH,1:06–cv–09539–AKH,1:06–cv–09540–AKH,1:06–cv–09541–AKH
1:06–cv–09542–AKH,1:06–cv–09543–AKH,1:06–cv–09544–AKH,1:06–cv–09545–AKH,1:06–cv–09546–AKH
1:06–cv–09547–AKH,1:06–cv–09548–AKH,1:06–cv–09549–AKH,1:06–cv–09550–AKH,1:06–cv–09551–AKH
1:06–cv–09552–AKH,1:06–cv–09553–AKH,1:06–cv–09554–AKH,1:06–cv–09555–AKH,1:06–cv–09556–AKH
1:06–cv–09557–AKH,1:06–cv–09558–AKH,1:06–cv–09559–AKH,1:06–cv–09560–AKH,1:06–cv–09561–AKH
1:06–cv–09562–AKH,1:06–cv–09563–AKH,1:06–cv–09564–AKH,1:06–cv–09565–AKH,1:06–cv–09566–AKH
1:06–cv–09567–AKH,1:06–cv–09568–AKH,1:06–cv–09569–AKH,1:06–cv–09570–AKH,1:06–cv–09571–AKH
1:06–cv–09572–AKH,1:06–cv–09573–AKH,1:06–cv–09574–AKH,1:06–cv–09575–AKH,1:06–cv–09576–AKH
1:06–cv–09577–AKH,1:06–cv–09578–AKH,1:06–cv–09579–AKH,1:06–cv–09580–AKH,1:06–cv–09581–AKH
1:06–cv–09582–AKH,1:06–cv–09583–AKH,1:06–cv–09584–AKH,1:06–cv–09585–AKH,1:06–cv–09586–AKH
1:06–cv–09587–AKH,1:06–cv–09588–AKH,1:06–cv–09589–AKH,1:06–cv–09590–AKH,1:06–cv–09591–AKH
1:06–cv–09592–AKH,1:06–cv–09593–AKH,1:06–cv–09594–AKH,1:06–cv–09595–AKH,1:06–cv–09596–AKH
1:06–cv–09597–AKH,1:06–cv–09598–AKH,1:06–cv–09599–AKH,1:06–cv–09600–AKH,1:06–cv–09601–AKH
1:06–cv–09602–AKH,1:06–cv–09603–AKH,1:06–cv–09604–AKH,1:06–cv–09605–AKH,1:06–cv–09606–AKH
1:06–cv–09607–AKH,1:06–cv–09608–AKH,1:06–cv–09609–AKH,1:06–cv–09610–AKH,1:06–cv–09611–AKH
1:06–cv–09612–AKH,1:06–cv–09613–AKH,1:06–cv–09614–AKH,1:06–cv–09615–AKH,1:06–cv–09616–AKH
1:06–cv–09617–AKH,1:06–cv–09618–AKH,1:06–cv–09619–AKH,1:06–cv–09620–AKH,1:06–cv–09621–AKH
1:06–cv–09622–AKH,1:06–cv–09623–AKH,1:06–cv–09624–AKH,1:06–cv–09625–AKH,1:06–cv–09626–AKH
```

1:06–cv–09627–AKH,1:06–cv–09628–AKH,1:06–cv–09629–AKH,1:06–cv–09630–AKH,1:06–cv–09631–AKH
1:06–cv–09632–AKH,1:06–cv–09633–AKH,1:06–cv–09634–AKH,1:06–cv–09635–AKH,1:06–cv–09636–AKH
1:06–cv–09637–AKH,1:06–cv–09638–AKH,1:06–cv–09639–AKH,1:06–cv–09640–AKH,1:06–cv–09641–AKH
1:06–cv–09642–AKH,1:06–cv–09643–AKH,1:06–cv–09644–AKH,1:06–cv–09645–AKH,1:06–cv–09646–AKH
1:06–cv–09647–AKH,1:06–cv–09648–AKH,1:06–cv–09649–AKH,1:06–cv–09650–AKH,1:06–cv–09651–AKH
1:06–cv–09652–AKH,1:06–cv–09653–AKH,1:06–cv–09654–AKH,1:06–cv–09655–AKH,1:06–cv–09656–AKH
1:06–cv–09657–AKH,1:06–cv–09658–AKH,1:06–cv–09659–AKH,1:06–cv–09660–AKH,1:06–cv–09661–AKH
1:06–cv–09662–AKH,1:06–cv–09663–AKH,1:06–cv–09664–AKH,1:06–cv–09665–AKH,1:06–cv–09666–AKH
1:06–cv–09667–AKH,1:06–cv–09668–AKH,1:06–cv–09669–AKH,1:06–cv–09670–AKH,1:06–cv–09671–AKH
1:06–cv–09672–AKH,1:06–cv–09673–AKH,1:06–cv–09674–AKH,1:06–cv–09675–AKH,1:06–cv–09676–AKH
1:06–cv–09677–AKH,1:06–cv–09678–AKH,1:06–cv–09679–AKH,1:06–cv–09680–AKH,1:06–cv–09681–AKH
1:06–cv–09682–AKH,1:06–cv–09683–AKH,1:06–cv–09684–AKH,1:06–cv–09685–AKH,1:06–cv–09686–AKH
1:06–cv–09687–AKH,1:06–cv–09688–AKH,1:06–cv–09689–AKH,1:06–cv–09690–AKH,1:06–cv–09691–AKH
1:06–cv–09692–AKH,1:06–cv–09693–AKH,1:06–cv–09694–AKH,1:06–cv–09695–AKH,1:06–cv–09696–AKH
1:06–cv–09697–AKH,1:06–cv–09698–AKH,1:06–cv–09699–AKH,1:06–cv–09700–AKH,1:06–cv–09701–AKH
1:06–cv–09702–AKH,1:06–cv–09703–AKH,1:06–cv–09704–AKH,1:06–cv–09705–AKH,1:06–cv–09706–AKH
1:06–cv–09707–AKH,1:06–cv–09708–AKH,1:06–cv–09709–AKH,1:06–cv–09710–AKH,1:06–cv–09711–AKH
1:06–cv–09712–AKH,1:06–cv–09713–AKH,1:06–cv–09714–AKH,1:06–cv–09715–AKH,1:06–cv–09716–AKH
1:06–cv–09717–AKH,1:06–cv–09718–AKH,1:06–cv–09719–AKH,1:06–cv–09720–AKH,1:06–cv–09721–AKH
1:06–cv–09722–AKH,1:06–cv–09723–AKH,1:06–cv–09724–AKH,1:06–cv–09725–AKH,1:06–cv–09726–AKH
1:06–cv–09727–AKH,1:06–cv–09728–AKH,1:06–cv–09729–AKH,1:06–cv–09730–AKH,1:06–cv–09731–AKH
1:06–cv–09732–AKH,1:06–cv–09733–AKH,1:06–cv–09734–AKH,1:06–cv–09735–AKH,1:06–cv–09736–AKH
1:06–cv–09737–AKH,1:06–cv–09738–AKH,1:06–cv–09739–AKH,1:06–cv–09740–AKH,1:06–cv–09741–AKH
1:06–cv–09742–AKH,1:06–cv–09743–AKH,1:06–cv–09744–AKH,1:06–cv–09745–AKH,1:06–cv–09746–AKH
1:06–cv–09747–AKH,1:06–cv–09748–AKH,1:06–cv–09749–AKH,1:06–cv–09750–AKH,1:06–cv–09751–AKH
1:06–cv–09752–AKH,1:06–cv–09753–AKH,1:06–cv–09754–AKH,1:06–cv–09755–AKH,1:06–cv–09756–AKH
1:06–cv–09757–AKH,1:06–cv–09758–AKH,1:06–cv–09759–AKH,1:06–cv–09760–AKH,1:06–cv–09761–AKH
1:06–cv–09762–AKH,1:06–cv–09763–AKH,1:06–cv–09764–AKH,1:06–cv–09765–AKH,1:06–cv–09766–AKH
1:06–cv–09767–AKH,1:06–cv–09768–AKH,1:06–cv–09769–AKH,1:06–cv–09770–AKH,1:06–cv–09771–AKH
1:06–cv–09772–AKH,1:06–cv–09773–AKH,1:06–cv–09774–AKH,1:06–cv–09775–AKH,1:06–cv–09776–AKH
1:06–cv–09777–AKH,1:06–cv–09778–AKH,1:06–cv–09779–AKH,1:06–cv–09780–AKH,1:06–cv–09781–AKH
1:06–cv–09782–AKH,1:06–cv–09783–AKH,1:06–cv–09784–AKH,1:06–cv–09785–AKH,1:06–cv–09786–AKH
1:06–cv–09787–AKH,1:06–cv–09788–AKH,1:06–cv–09789–AKH,1:06–cv–09790–AKH,1:06–cv–09791–AKH
1:06–cv–09792–AKH,1:06–cv–09793–AKH,1:06–cv–09794–AKH,1:06–cv–09795–AKH,1:06–cv–09796–AKH
1:06–cv–09797–AKH,1:06–cv–09798–AKH,1:06–cv–09799–AKH,1:06–cv–09800–AKH,1:06–cv–09801–AKH
1:06–cv–09802–AKH,1:06–cv–09803–AKH,1:06–cv–09804–AKH,1:06–cv–09805–AKH,1:06–cv–09806–AKH
1:06–cv–09807–AKH,1:06–cv–09808–AKH,1:06–cv–09809–AKH,1:06–cv–09810–AKH,1:06–cv–09811–AKH
1:06–cv–09812–AKH,1:06–cv–09813–AKH,1:06–cv–09814–AKH,1:06–cv–09815–AKH,1:06–cv–09816–AKH
1:06–cv–09817–AKH,1:06–cv–09818–AKH,1:06–cv–09819–AKH,1:06–cv–09820–AKH,1:06–cv–09821–AKH
1:06–cv–09822–AKH,1:06–cv–09823–AKH,1:06–cv–09824–AKH,1:06–cv–09825–AKH,1:06–cv–09826–AKH
1:06–cv–09827–AKH,1:06–cv–09828–AKH,1:06–cv–09829–AKH,1:06–cv–09830–AKH,1:06–cv–09831–AKH
1:06–cv–09832–AKH,1:06–cv–09833–AKH,1:06–cv–09834–AKH,1:06–cv–09835–AKH,1:06–cv–09836–AKH
1:06–cv–09837–AKH,1:06–cv–09838–AKH,1:06–cv–09839–AKH,1:06–cv–09840–AKH,1:06–cv–09841–AKH
1:06–cv–09842–AKH,1:06–cv–09843–AKH,1:06–cv–09844–AKH,1:06–cv–09845–AKH,1:06–cv–09846–AKH
1:06–cv–09847–AKH,1:06–cv–09848–AKH,1:06–cv–09849–AKH,1:06–cv–09850–AKH,1:06–cv–09851–AKH
1:06–cv–09852–AKH,1:06–cv–09853–AKH,1:06–cv–09854–AKH,1:06–cv–09855–AKH,1:06–cv–09856–AKH
1:06–cv–09857–AKH,1:06–cv–09858–AKH,1:06–cv–10114–AKH,1:06–cv–10115–AKH,1:06–cv–10116–AKH
1:06–cv–10117–AKH,1:06–cv–10118–AKH,1:06–cv–10119–AKH,1:06–cv–10120–AKH,1:06–cv–10121–AKH
1:06–cv–10122–AKH,1:06–cv–10123–AKH,1:06–cv–10124–AKH,1:06–cv–10125–AKH,1:06–cv–10126–AKH
1:06–cv–10127–AKH,1:06–cv–10128–AKH,1:06–cv–10129–AKH,1:06–cv–10130–AKH,1:06–cv–10131–AKH
1:06–cv–10132–AKH,1:06–cv–10133–AKH,1:06–cv–10134–AKH,1:06–cv–10135–AKH,1:06–cv–10136–AKH
1:06–cv–10137–AKH,1:06–cv–10138–AKH,1:06–cv–10139–AKH,1:06–cv–10140–AKH,1:06–cv–10141–AKH
1:06–cv–10142–AKH,1:06–cv–10143–AKH,1:06–cv–10144–AKH,1:06–cv–10145–AKH,1:06–cv–10146–AKH
1:06–cv–10147–AKH,1:06–cv–10148–AKH,1:06–cv–10149–AKH,1:06–cv–10150–AKH,1:06–cv–10151–AKH
1:06–cv–10152–AKH,1:06–cv–10153–AKH,1:06–cv–10154–AKH,1:06–cv–10155–AKH,1:06–cv–10156–AKH
1:06–cv–10157–AKH,1:06–cv–10158–AKH,1:06–cv–10159–AKH,1:06–cv–10160–AKH,1:06–cv–10161–AKH
1:06–cv–10162–AKH,1:06–cv–10163–AKH,1:06–cv–10541–AKH,1:06–cv–10542–AKH,1:06–cv–10543–AKH
1:06–cv–10544–AKH,1:06–cv–10545–AKH,1:06–cv–10546–AKH,1:06–cv–10547–AKH,1:06–cv–10548–AKH
1:06–cv–10549–AKH,1:06–cv–10550–AKH,1:06–cv–10551–AKH,1:06–cv–10552–AKH,1:06–cv–10553–AKH
1:06–cv–10554–AKH,1:06–cv–10555–AKH,1:06–cv–10556–AKH,1:06–cv–10557–AKH,1:06–cv–10558–AKH
1:06–cv–10559–AKH,1:06–cv–10560–AKH,1:06–cv–10561–AKH,1:06–cv–10562–AKH,1:06–cv–10563–AKH
1:06–cv–10564–AKH,1:06–cv–10565–AKH,1:06–cv–10566–AKH,1:06–cv–10567–AKH,1:06–cv–10568–AKH
1:06–cv–10569–AKH,1:06–cv–10570–AKH,1:06–cv–10571–AKH,1:06–cv–10572–AKH,1:06–cv–10573–AKH
1:06–cv–10574–AKH,1:06–cv–10575–AKH,1:06–cv–10576–AKH,1:06–cv–10577–AKH,1:06–cv–10578–AKH

1:06–cv–10579–AKH,1:06–cv–10580–AKH,1:06–cv–10581–AKH,1:06–cv–10582–AKH,1:06–cv–10583–AKH
1:06–cv–10584–AKH,1:06–cv–10585–AKH,1:06–cv–10586–AKH,1:06–cv–10587–AKH,1:06–cv–10588–AKH
1:06–cv–10589–AKH,1:06–cv–10590–AKH,1:06–cv–10591–AKH,1:06–cv–10592–AKH,1:06–cv–10593–AKH
1:06–cv–10594–AKH,1:06–cv–10595–AKH,1:06–cv–10596–AKH,1:06–cv–10597–AKH,1:06–cv–10598–AKH
1:06–cv–10599–AKH,1:06–cv–10600–AKH,1:06–cv–10601–AKH,1:06–cv–10602–AKH,1:06–cv–10603–AKH
1:06–cv–10604–AKH,1:06–cv–10605–AKH,1:06–cv–10606–AKH,1:06–cv–10607–AKH,1:06–cv–10608–AKH
1:06–cv–10609–AKH,1:06–cv–10610–AKH,1:06–cv–10611–AKH,1:06–cv–10612–AKH,1:06–cv–10613–AKH
1:06–cv–10614–AKH,1:06–cv–10615–AKH,1:06–cv–10616–AKH,1:06–cv–10617–AKH,1:06–cv–10618–AKH
1:06–cv–10619–AKH,1:06–cv–10620–AKH,1:06–cv–10651–AKH,1:06–cv–10652–AKH,1:06–cv–10653–AKH
1:06–cv–10654–AKH,1:06–cv–10655–AKH,1:06–cv–10656–AKH,1:06–cv–10657–AKH,1:06–cv–10658–AKH
1:06–cv–10659–AKH,1:06–cv–10660–AKH,1:06–cv–10661–AKH,1:06–cv–10662–AKH,1:06–cv–10663–AKH
1:06–cv–10664–AKH,1:06–cv–10665–AKH,1:06–cv–10666–AKH,1:06–cv–10667–AKH,1:06–cv–10668–AKH
1:06–cv–10669–AKH,1:06–cv–10670–AKH,1:06–cv–10671–AKH,1:06–cv–10672–AKH,1:06–cv–10673–AKH
1:06–cv–10674–AKH,1:06–cv–10675–AKH,1:06–cv–10676–AKH,1:06–cv–10677–AKH,1:06–cv–10678–AKH
1:06–cv–10679–AKH,1:06–cv–10680–AKH,1:06–cv–10681–AKH,1:06–cv–10682–AKH,1:06–cv–10683–AKH
1:06–cv–10684–AKH,1:06–cv–10685–AKH,1:06–cv–10686–AKH,1:06–cv–10687–AKH,1:06–cv–10688–AKH
1:06–cv–10689–AKH,1:06–cv–10690–AKH,1:06–cv–10691–AKH,1:06–cv–10692–AKH,1:06–cv–10693–AKH
1:06–cv–10694–AKH,1:06–cv–10695–AKH,1:06–cv–10696–AKH,1:06–cv–10697–AKH,1:06–cv–10698–AKH
1:06–cv–10699–AKH,1:06–cv–10700–AKH,1:06–cv–11535–AKH,1:06–cv–13167–AKH,1:06–cv–13279–AKH
1:06–cv–13280–AKH,1:06–cv–13431–AKH,1:06–cv–13432–AKH,1:06–cv–13493–AKH,1:06–cv–13600–AKH
1:06–cv–13612–AKH,1:06–cv–13613–AKH,1:06–cv–13614–AKH,1:06–cv–13615–AKH,1:06–cv–13616–AKH
1:06–cv–13617–AKH,1:06–cv–13618–AKH,1:06–cv–13619–AKH,1:06–cv–13620–AKH,1:06–cv–13621–AKH
1:06–cv–13622–AKH,1:06–cv–13623–AKH,1:06–cv–13624–AKH,1:06–cv–13698–AKH,1:06–cv–13700–AKH
1:06–cv–14458–AKH(Tyrrell, James) (Entered: 12/19/2006)

| 12/19/2006 | 558 | MEMORANDUM OF LAW in Support re: 557 MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. *and Demonstrating Divestiture of Jurisdiction Requiring the Cessation of Proceedings*. Document filed by City of New York, Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Tully Construction C AMEC Construction Management, Inc., Plaza Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bechtel, Bechtel A Professional Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bovis Len Inc., Turner/Plaza, A Joint Venture. (Attachments: # 1 Exhibit A)Filed In Associated Cases: |

1:21–mc–00100–AKH,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH

1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH

1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH

Case 1:29741 Document 1-1 07/27/2012 684962 Page 1000 954866

1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH

1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH
1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH
1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
1:06–cv–06233–AKH,1:06–cv–06234–AKH,1:06–cv–06360–AKH,1:06–cv–06396–AKH,1:06–cv–06714–AKH
1:06–cv–06715–AKH,1:06–cv–06716–AKH,1:06–cv–06717–AKH,1:06–cv–06718–AKH,1:06–cv–06719–AKH
1:06–cv–06720–AKH,1:06–cv–06721–AKH,1:06–cv–06722–AKH,1:06–cv–06723–AKH,1:06–cv–06724–AKH
1:06–cv–06725–AKH,1:06–cv–06726–AKH,1:06–cv–06727–AKH,1:06–cv–06728–AKH,1:06–cv–06729–AKH
1:06–cv–06730–AKH,1:06–cv–06731–AKH,1:06–cv–06732–AKH,1:06–cv–06733–AKH,1:06–cv–06734–AKH
1:06–cv–06735–AKH,1:06–cv–06736–AKH,1:06–cv–06737–AKH,1:06–cv–06738–AKH,1:06–cv–06739–AKH
1:06–cv–06740–AKH,1:06–cv–06741–AKH,1:06–cv–06742–AKH,1:06–cv–06743–AKH,1:06–cv–06744–AKH
1:06–cv–06745–AKH,1:06–cv–06746–AKH,1:06–cv–06747–AKH,1:06–cv–06748–AKH,1:06–cv–06749–AKH
1:06–cv–06750–AKH,1:06–cv–06751–AKH,1:06–cv–06752–AKH,1:06–cv–06753–AKH,1:06–cv–06754–AKH
1:06–cv–06755–AKH,1:06–cv–06756–AKH,1:06–cv–06757–AKH,1:06–cv–06758–AKH,1:06–cv–06759–AKH
1:06–cv–06760–AKH,1:06–cv–06761–AKH,1:06–cv–06762–AKH,1:06–cv–06763–AKH,1:06–cv–06764–AKH
1:06–cv–06765–AKH,1:06–cv–06766–AKH,1:06–cv–06767–AKH,1:06–cv–06768–AKH,1:06–cv–06769–AKH
1:06–cv–06770–AKH,1:06–cv–06771–AKH,1:06–cv–06772–AKH,1:06–cv–06773–AKH,1:06–cv–06774–AKH
1:06–cv–06775–AKH,1:06–cv–06776–AKH,1:06–cv–06777–AKH,1:06–cv–06778–AKH,1:06–cv–06779–AKH
1:06–cv–06780–AKH,1:06–cv–06781–AKH,1:06–cv–06782–AKH,1:06–cv–06783–AKH,1:06–cv–06784–AKH
1:06–cv–06785–AKH,1:06–cv–06786–AKH,1:06–cv–06787–AKH,1:06–cv–06788–AKH,1:06–cv–06789–AKH
1:06–cv–06790–AKH,1:06–cv–06791–AKH,1:06–cv–06792–AKH,1:06–cv–06793–AKH,1:06–cv–06794–AKH
1:06–cv–06795–AKH,1:06–cv–06796–AKH,1:06–cv–06797–AKH,1:06–cv–06798–AKH,1:06–cv–06799–AKH

1:06–cv–06800–AKH,1:06–cv–06801–AKH,1:06–cv–06802–AKH,1:06–cv–06803–AKH,1:06–cv–06804–AKH
1:06–cv–06805–AKH,1:06–cv–06806–AKH,1:06–cv–06807–AKH,1:06–cv–06808–AKH,1:06–cv–06809–AKH
1:06–cv–06810–AKH,1:06–cv–06811–AKH,1:06–cv–06812–AKH,1:06–cv–06813–AKH,1:06–cv–06912–AKH
1:06–cv–06913–AKH,1:06–cv–06914–AKH,1:06–cv–06915–AKH,1:06–cv–06916–AKH,1:06–cv–06917–AKH
1:06–cv–06918–AKH,1:06–cv–06919–AKH,1:06–cv–06920–AKH,1:06–cv–06921–AKH,1:06–cv–07044–AKH
1:06–cv–07045–AKH,1:06–cv–07046–AKH,1:06–cv–07047–AKH,1:06–cv–07048–AKH,1:06–cv–07049–AKH
1:06–cv–07050–AKH,1:06–cv–07051–AKH,1:06–cv–07127–AKH,1:06–cv–07128–AKH,1:06–cv–07129–AKH
1:06–cv–07130–AKH,1:06–cv–07191–AKH,1:06–cv–07192–AKH,1:06–cv–07193–AKH,1:06–cv–07194–AKH
1:06–cv–07195–AKH,1:06–cv–07213–AKH,1:06–cv–07214–AKH,1:06–cv–07215–AKH,1:06–cv–07216–AKH
1:06–cv–07217–AKH,1:06–cv–07218–AKH,1:06–cv–07219–AKH,1:06–cv–07220–AKH,1:06–cv–07221–AKH
1:06–cv–07222–AKH,1:06–cv–07223–AKH,1:06–cv–07224–AKH,1:06–cv–07225–AKH,1:06–cv–07226–AKH
1:06–cv–07227–AKH,1:06–cv–07228–AKH,1:06–cv–07229–AKH,1:06–cv–07230–AKH,1:06–cv–07231–AKH
1:06–cv–07232–AKH,1:06–cv–07233–AKH,1:06–cv–07234–AKH,1:06–cv–07235–AKH,1:06–cv–07236–AKH
1:06–cv–07237–AKH,1:06–cv–07238–AKH,1:06–cv–07239–AKH,1:06–cv–07240–AKH,1:06–cv–07241–AKH
1:06–cv–07242–AKH,1:06–cv–07243–AKH,1:06–cv–07244–AKH,1:06–cv–07245–AKH,1:06–cv–07246–AKH
1:06–cv–07247–AKH,1:06–cv–07248–AKH,1:06–cv–07249–AKH,1:06–cv–07250–AKH,1:06–cv–07251–AKH
1:06–cv–07252–AKH,1:06–cv–07253–AKH,1:06–cv–07254–AKH,1:06–cv–07255–AKH,1:06–cv–07256–AKH
1:06–cv–07257–AKH,1:06–cv–07258–AKH,1:06–cv–07259–AKH,1:06–cv–07260–AKH,1:06–cv–07261–AKH
1:06–cv–07262–AKH,1:06–cv–07263–AKH,1:06–cv–07264–AKH,1:06–cv–07265–AKH,1:06–cv–07266–AKH
1:06–cv–07267–AKH,1:06–cv–07268–AKH,1:06–cv–07269–AKH,1:06–cv–07270–AKH,1:06–cv–07271–AKH
1:06–cv–07272–AKH,1:06–cv–07273–AKH,1:06–cv–07274–AKH,1:06–cv–07275–AKH,1:06–cv–07276–AKH
1:06–cv–07277–AKH,1:06–cv–07278–AKH,1:06–cv–07279–AKH,1:06–cv–07280–AKH,1:06–cv–07281–AKH
1:06–cv–07282–AKH,1:06–cv–07283–AKH,1:06–cv–07284–AKH,1:06–cv–07285–AKH,1:06–cv–07286–AKH
1:06–cv–07287–AKH,1:06–cv–07288–AKH,1:06–cv–07289–AKH,1:06–cv–07290–AKH,1:06–cv–07291–AKH
1:06–cv–07292–AKH,1:06–cv–07293–AKH,1:06–cv–07294–AKH,1:06–cv–07295–AKH,1:06–cv–07296–AKH
1:06–cv–07297–AKH,1:06–cv–07298–AKH,1:06–cv–07299–AKH,1:06–cv–07300–AKH,1:06–cv–07301–AKH
1:06–cv–07302–AKH,1:06–cv–07303–AKH,1:06–cv–07304–AKH,1:06–cv–07305–AKH,1:06–cv–07306–AKH
1:06–cv–07307–AKH,1:06–cv–07308–AKH,1:06–cv–07309–AKH,1:06–cv–07310–AKH,1:06–cv–07311–AKH
1:06–cv–07312–AKH,1:06–cv–07313–AKH,1:06–cv–07314–AKH,1:06–cv–07315–AKH,1:06–cv–07316–AKH
1:06–cv–07317–AKH,1:06–cv–07318–AKH,1:06–cv–07319–AKH,1:06–cv–07320–AKH,1:06–cv–07321–AKH
1:06–cv–07322–AKH,1:06–cv–07323–AKH,1:06–cv–07324–AKH,1:06–cv–07325–AKH,1:06–cv–07326–AKH
1:06–cv–07327–AKH,1:06–cv–07328–AKH,1:06–cv–07329–AKH,1:06–cv–07330–AKH,1:06–cv–07331–AKH
1:06–cv–07332–AKH,1:06–cv–07333–AKH,1:06–cv–07334–AKH,1:06–cv–07335–AKH,1:06–cv–07336–AKH
1:06–cv–07337–AKH,1:06–cv–07338–AKH,1:06–cv–07339–AKH,1:06–cv–07340–AKH,1:06–cv–07341–AKH
1:06–cv–07342–AKH,1:06–cv–07343–AKH,1:06–cv–07344–AKH,1:06–cv–07345–AKH,1:06–cv–07346–AKH
1:06–cv–07347–AKH,1:06–cv–07348–AKH,1:06–cv–07349–AKH,1:06–cv–07350–AKH,1:06–cv–07351–AKH
1:06–cv–07352–AKH,1:06–cv–07353–AKH,1:06–cv–07354–AKH,1:06–cv–07355–AKH,1:06–cv–07356–AKH
1:06–cv–07357–AKH,1:06–cv–07358–AKH,1:06–cv–07359–AKH,1:06–cv–07360–AKH,1:06–cv–07361–AKH
1:06–cv–07362–AKH,1:06–cv–07363–AKH,1:06–cv–07364–AKH,1:06–cv–07365–AKH,1:06–cv–07366–AKH
1:06–cv–07367–AKH,1:06–cv–07368–AKH,1:06–cv–07369–AKH,1:06–cv–07370–AKH,1:06–cv–07371–AKH
1:06–cv–07372–AKH,1:06–cv–07373–AKH,1:06–cv–07374–AKH,1:06–cv–07375–AKH,1:06–cv–07376–AKH
1:06–cv–07377–AKH,1:06–cv–07378–AKH,1:06–cv–07379–AKH,1:06–cv–07380–AKH,1:06–cv–07381–AKH
1:06–cv–07382–AKH,1:06–cv–07383–AKH,1:06–cv–07384–AKH,1:06–cv–07385–AKH,1:06–cv–07386–AKH
1:06–cv–07387–AKH,1:06–cv–07388–AKH,1:06–cv–07389–AKH,1:06–cv–07390–AKH,1:06–cv–07391–AKH
1:06–cv–07392–AKH,1:06–cv–07393–AKH,1:06–cv–07394–AKH,1:06–cv–07395–AKH,1:06–cv–07396–AKH
1:06–cv–07397–AKH,1:06–cv–07398–AKH,1:06–cv–07399–AKH,1:06–cv–07400–AKH,1:06–cv–07401–AKH
1:06–cv–07402–AKH,1:06–cv–07403–AKH,1:06–cv–07404–AKH,1:06–cv–07405–AKH,1:06–cv–07406–AKH
1:06–cv–07407–AKH,1:06–cv–07408–AKH,1:06–cv–07409–AKH,1:06–cv–07410–AKH,1:06–cv–07411–AKH
1:06–cv–07412–AKH,1:06–cv–07413–AKH,1:06–cv–07414–AKH,1:06–cv–07415–AKH,1:06–cv–07416–AKH
1:06–cv–07417–AKH,1:06–cv–07418–AKH,1:06–cv–07419–AKH,1:06–cv–07420–AKH,1:06–cv–07421–AKH
1:06–cv–07422–AKH,1:06–cv–07423–AKH,1:06–cv–07424–AKH,1:06–cv–07425–AKH,1:06–cv–07426–AKH
1:06–cv–07427–AKH,1:06–cv–07428–AKH,1:06–cv–07429–AKH,1:06–cv–07430–AKH,1:06–cv–07431–AKH
1:06–cv–07432–AKH,1:06–cv–07433–AKH,1:06–cv–07434–AKH,1:06–cv–07435–AKH,1:06–cv–07436–AKH
1:06–cv–07437–AKH,1:06–cv–07438–AKH,1:06–cv–07439–AKH,1:06–cv–07440–AKH,1:06–cv–07441–AKH
1:06–cv–07442–AKH,1:06–cv–07443–AKH,1:06–cv–07444–AKH,1:06–cv–07445–AKH,1:06–cv–07446–AKH
1:06–cv–07447–AKH,1:06–cv–07448–AKH,1:06–cv–07449–AKH,1:06–cv–07450–AKH,1:06–cv–07451–AKH
1:06–cv–07452–AKH,1:06–cv–07453–AKH,1:06–cv–07454–AKH,1:06–cv–07455–AKH,1:06–cv–07456–AKH
1:06–cv–07457–AKH,1:06–cv–07458–AKH,1:06–cv–07459–AKH,1:06–cv–07460–AKH,1:06–cv–07461–AKH
1:06–cv–07462–AKH,1:06–cv–07463–AKH,1:06–cv–07464–AKH,1:06–cv–07465–AKH,1:06–cv–07466–AKH
1:06–cv–07467–AKH,1:06–cv–07468–AKH,1:06–cv–07469–AKH,1:06–cv–07470–AKH,1:06–cv–07471–AKH
1:06–cv–07472–AKH,1:06–cv–07473–AKH,1:06–cv–07474–AKH,1:06–cv–07475–AKH,1:06–cv–07476–AKH
1:06–cv–07477–AKH,1:06–cv–07478–AKH,1:06–cv–07479–AKH,1:06–cv–07480–AKH,1:06–cv–07481–AKH
1:06–cv–07482–AKH–THK,1:06–cv–07483–AKH,1:06–cv–07484–AKH,1:06–cv–07485–AKH,1:06–cv–07486–AKH
1:06–cv–07487–AKH,1:06–cv–07488–AKH,1:06–cv–07489–AKH,1:06–cv–07490–AKH,1:06–cv–07491–AKH

1:06–cv–07492–AKH,1:06–cv–07493–AKH,1:06–cv–07494–AKH,1:06–cv–07495–AKH,1:06–cv–07496–AKH
1:06–cv–07497–AKH,1:06–cv–07498–AKH,1:06–cv–07499–AKH,1:06–cv–07500–AKH,1:06–cv–07501–AKH
1:06–cv–07502–AKH,1:06–cv–07503–AKH,1:06–cv–07504–AKH,1:06–cv–07505–AKH,1:06–cv–07506–AKH
1:06–cv–07507–AKH,1:06–cv–07508–AKH,1:06–cv–07509–AKH,1:06–cv–07510–AKH,1:06–cv–07511–AKH
1:06–cv–07512–AKH,1:06–cv–07513–AKH,1:06–cv–07514–AKH,1:06–cv–07515–AKH,1:06–cv–07516–AKH
1:06–cv–07517–AKH,1:06–cv–07518–AKH,1:06–cv–07519–AKH,1:06–cv–07520–AKH,1:06–cv–07521–AKH
1:06–cv–07522–AKH,1:06–cv–07523–AKH,1:06–cv–07524–AKH,1:06–cv–07525–AKH,1:06–cv–07526–AKH
1:06–cv–07527–AKH,1:06–cv–07528–AKH,1:06–cv–07529–AKH,1:06–cv–07530–AKH,1:06–cv–07531–AKH
1:06–cv–07532–AKH,1:06–cv–07533–AKH,1:06–cv–07534–AKH,1:06–cv–07535–AKH,1:06–cv–07536–AKH
1:06–cv–07537–AKH,1:06–cv–07538–AKH,1:06–cv–07539–AKH,1:06–cv–07540–AKH,1:06–cv–07541–AKH
1:06–cv–07542–AKH,1:06–cv–07543–AKH,1:06–cv–07544–AKH,1:06–cv–07545–AKH,1:06–cv–07546–AKH
1:06–cv–07547–AKH,1:06–cv–07548–AKH,1:06–cv–07549–AKH,1:06–cv–07550–AKH,1:06–cv–07551–AKH
1:06–cv–07552–AKH,1:06–cv–07553–AKH,1:06–cv–07554–AKH,1:06–cv–07555–AKH,1:06–cv–07556–AKH
1:06–cv–07557–AKH,1:06–cv–07558–AKH,1:06–cv–07559–AKH,1:06–cv–07560–AKH,1:06–cv–07561–AKH
1:06–cv–07562–AKH,1:06–cv–07563–AKH,1:06–cv–07564–AKH,1:06–cv–07565–AKH,1:06–cv–07566–AKH
1:06–cv–07567–AKH,1:06–cv–07568–AKH,1:06–cv–07569–AKH,1:06–cv–07570–AKH,1:06–cv–07571–AKH
1:06–cv–07572–AKH,1:06–cv–07573–AKH,1:06–cv–07574–AKH,1:06–cv–07575–AKH,1:06–cv–07576–AKH
1:06–cv–07577–AKH,1:06–cv–07578–AKH,1:06–cv–07579–AKH,1:06–cv–07580–AKH,1:06–cv–07650–AKH
1:06–cv–07652–AKH,1:06–cv–07653–AKH,1:06–cv–07654–AKH,1:06–cv–07655–AKH,1:06–cv–07656–AKH
1:06–cv–07721–AKH,1:06–cv–07730–AKH,1:06–cv–07731–AKH,1:06–cv–07892–AKH,1:06–cv–07893–AKH
1:06–cv–07914–AKH,1:06–cv–07915–AKH,1:06–cv–07916–AKH,1:06–cv–07917–AKH,1:06–cv–07918–AKH
1:06–cv–07919–AKH,1:06–cv–07920–AKH,1:06–cv–07922–AKH,1:06–cv–07937–AKH,1:06–cv–07938–AKH
1:06–cv–07940–AKH,1:06–cv–07948–AKH,1:06–cv–07951–AKH,1:06–cv–07958–AKH,1:06–cv–07965–AKH
1:06–cv–07967–AKH,1:06–cv–07970–AKH,1:06–cv–07973–AKH,1:06–cv–07978–AKH,1:06–cv–07979–AKH
1:06–cv–07985–AKH,1:06–cv–07987–AKH,1:06–cv–07989–AKH,1:06–cv–07996–AKH,1:06–cv–07997–AKH
1:06–cv–08004–AKH,1:06–cv–08007–AKH,1:06–cv–08010–AKH,1:06–cv–08012–AKH,1:06–cv–08016–AKH
1:06–cv–08018–AKH,1:06–cv–08019–AKH,1:06–cv–08021–AKH,1:06–cv–08022–AKH,1:06–cv–08025–AKH
1:06–cv–08026–AKH,1:06–cv–08032–AKH,1:06–cv–08033–AKH,1:06–cv–08034–AKH,1:06–cv–08037–AKH
1:06–cv–08038–AKH,1:06–cv–08052–AKH,1:06–cv–08061–AKH,1:06–cv–08064–AKH,1:06–cv–08068–AKH
1:06–cv–08070–AKH,1:06–cv–08073–AKH,1:06–cv–08074–AKH,1:06–cv–08075–AKH,1:06–cv–08078–AKH
1:06–cv–08079–AKH,1:06–cv–08082–AKH,1:06–cv–08090–AKH,1:06–cv–08091–AKH,1:06–cv–08092–AKH
1:06–cv–08094–AKH,1:06–cv–08099–AKH,1:06–cv–08100–AKH,1:06–cv–08104–AKH,1:06–cv–08107–AKH
1:06–cv–08109–AKH,1:06–cv–08110–AKH,1:06–cv–08113–AKH,1:06–cv–08114–AKH,1:06–cv–08117–AKH
1:06–cv–08118–AKH,1:06–cv–08122–AKH,1:06–cv–08328–AKH,1:06–cv–08329–AKH,1:06–cv–08330–AKH
1:06–cv–08331–AKH,1:06–cv–08332–AKH,1:06–cv–08333–AKH,1:06–cv–08334–AKH,1:06–cv–08335–AKH
1:06–cv–08336–AKH,1:06–cv–08337–AKH,1:06–cv–08338–AKH,1:06–cv–08339–AKH,1:06–cv–08340–AKH
1:06–cv–08341–AKH,1:06–cv–08342–AKH,1:06–cv–08343–AKH,1:06–cv–08344–AKH,1:06–cv–08345–AKH
1:06–cv–08346–AKH,1:06–cv–08347–AKH,1:06–cv–08348–AKH,1:06–cv–08349–AKH,1:06–cv–08350–AKH
1:06–cv–08351–AKH,1:06–cv–08352–AKH,1:06–cv–08353–AKH,1:06–cv–08354–AKH,1:06–cv–08355–AKH
1:06–cv–08356–AKH,1:06–cv–08357–AKH,1:06–cv–08358–AKH,1:06–cv–08359–AKH,1:06–cv–08360–AKH
1:06–cv–08361–AKH,1:06–cv–08362–AKH,1:06–cv–08363–AKH,1:06–cv–08364–AKH,1:06–cv–08365–AKH
1:06–cv–08366–AKH,1:06–cv–08367–AKH,1:06–cv–08368–AKH,1:06–cv–08369–AKH,1:06–cv–08370–AKH
1:06–cv–08371–AKH,1:06–cv–08372–AKH,1:06–cv–08373–AKH,1:06–cv–08374–AKH,1:06–cv–08375–AKH
1:06–cv–08376–AKH,1:06–cv–08377–AKH,1:06–cv–08378–AKH,1:06–cv–08379–AKH,1:06–cv–08380–AKH
1:06–cv–08381–AKH,1:06–cv–08382–AKH,1:06–cv–08383–AKH,1:06–cv–08384–AKH,1:06–cv–08385–AKH
1:06–cv–08386–AKH,1:06–cv–08387–AKH,1:06–cv–08388–AKH,1:06–cv–08389–AKH,1:06–cv–08390–AKH
1:06–cv–08391–AKH,1:06–cv–08392–AKH,1:06–cv–08393–AKH,1:06–cv–08394–AKH,1:06–cv–08395–AKH
1:06–cv–08396–AKH,1:06–cv–08397–AKH,1:06–cv–08398–AKH,1:06–cv–08399–AKH,1:06–cv–08400–AKH
1:06–cv–08401–AKH,1:06–cv–08402–AKH,1:06–cv–08403–AKH,1:06–cv–08404–AKH,1:06–cv–08405–AKH
1:06–cv–08406–AKH,1:06–cv–08407–AKH,1:06–cv–08408–AKH,1:06–cv–08409–AKH,1:06–cv–08410–AKH
1:06–cv–08411–AKH,1:06–cv–08412–AKH,1:06–cv–08413–AKH,1:06–cv–08414–AKH,1:06–cv–08415–AKH
1:06–cv–08416–AKH,1:06–cv–08417–AKH,1:06–cv–08418–AKH,1:06–cv–08419–AKH,1:06–cv–08420–AKH
1:06–cv–08421–AKH,1:06–cv–08422–AKH,1:06–cv–08423–AKH,1:06–cv–08424–AKH,1:06–cv–08425–AKH
1:06–cv–08426–AKH,1:06–cv–08427–AKH,1:06–cv–08428–AKH,1:06–cv–08429–AKH,1:06–cv–08430–AKH
1:06–cv–08431–AKH,1:06–cv–08432–AKH,1:06–cv–08433–AKH,1:06–cv–08434–AKH,1:06–cv–08435–AKH
1:06–cv–08436–AKH,1:06–cv–08437–AKH,1:06–cv–08438–AKH,1:06–cv–08439–AKH,1:06–cv–08440–AKH
1:06–cv–08441–AKH,1:06–cv–08442–AKH,1:06–cv–08443–AKH,1:06–cv–08444–AKH,1:06–cv–08445–AKH
1:06–cv–08446–AKH,1:06–cv–08447–AKH,1:06–cv–08448–AKH,1:06–cv–08449–AKH,1:06–cv–08450–AKH
1:06–cv–08451–AKH,1:06–cv–08452–AKH,1:06–cv–08453–AKH,1:06–cv–08454–AKH,1:06–cv–08455–AKH
1:06–cv–08456–AKH,1:06–cv–08457–AKH,1:06–cv–08458–AKH,1:06–cv–08459–AKH,1:06–cv–08460–AKH
1:06–cv–08461–AKH,1:06–cv–08462–AKH,1:06–cv–08463–AKH,1:06–cv–08464–AKH,1:06–cv–08465–AKH
1:06–cv–08466–AKH,1:06–cv–08467–AKH,1:06–cv–08468–AKH,1:06–cv–08469–AKH,1:06–cv–08470–AKH
1:06–cv–08471–AKH,1:06–cv–08472–AKH,1:06–cv–08473–AKH,1:06–cv–08474–AKH,1:06–cv–08475–AKH
1:06–cv–08476–AKH,1:06–cv–08477–AKH,1:06–cv–08478–AKH,1:06–cv–08479–AKH,1:06–cv–08480–AKH

1:06–cv–08481–AKH,1:06–cv–08482–AKH,1:06–cv–08483–AKH,1:06–cv–08484–AKH,1:06–cv–08485–AKH
1:06–cv–08486–AKH,1:06–cv–08487–AKH,1:06–cv–08488–AKH,1:06–cv–08489–AKH,1:06–cv–08490–AKH
1:06–cv–08491–AKH,1:06–cv–08492–AKH,1:06–cv–08493–AKH,1:06–cv–08494–AKH,1:06–cv–08495–AKH
1:06–cv–08496–AKH,1:06–cv–08497–AKH,1:06–cv–08498–AKH,1:06–cv–08499–AKH,1:06–cv–08500–AKH
1:06–cv–08501–AKH,1:06–cv–08502–AKH,1:06–cv–08503–AKH,1:06–cv–08504–AKH,1:06–cv–08505–AKH
1:06–cv–08506–AKH,1:06–cv–08507–AKH,1:06–cv–08508–AKH,1:06–cv–08509–AKH,1:06–cv–08510–AKH
1:06–cv–08511–AKH,1:06–cv–08512–AKH,1:06–cv–08513–AKH,1:06–cv–08514–AKH,1:06–cv–08515–AKH
1:06–cv–08516–AKH,1:06–cv–08517–AKH,1:06–cv–08518–AKH,1:06–cv–08519–AKH,1:06–cv–08520–AKH
1:06–cv–08521–AKH,1:06–cv–08522–AKH,1:06–cv–08523–AKH,1:06–cv–08524–AKH,1:06–cv–08525–AKH
1:06–cv–08526–AKH,1:06–cv–08527–AKH,1:06–cv–08528–AKH,1:06–cv–08529–AKH,1:06–cv–08530–AKH
1:06–cv–08531–AKH,1:06–cv–08532–AKH,1:06–cv–08533–AKH,1:06–cv–08534–AKH,1:06–cv–08535–AKH
1:06–cv–08536–AKH,1:06–cv–08537–AKH,1:06–cv–08538–AKH,1:06–cv–08539–AKH,1:06–cv–08540–AKH
1:06–cv–08541–AKH,1:06–cv–08542–AKH,1:06–cv–08543–AKH,1:06–cv–08544–AKH,1:06–cv–08545–AKH
1:06–cv–08546–AKH,1:06–cv–08547–AKH,1:06–cv–08548–AKH,1:06–cv–08549–AKH,1:06–cv–08550–AKH
1:06–cv–08551–AKH,1:06–cv–08552–AKH,1:06–cv–08553–AKH,1:06–cv–08554–AKH,1:06–cv–08555–AKH
1:06–cv–08556–AKH,1:06–cv–08557–AKH,1:06–cv–08558–AKH,1:06–cv–08559–AKH,1:06–cv–08560–AKH
1:06–cv–08561–AKH,1:06–cv–08562–AKH,1:06–cv–08563–AKH,1:06–cv–08564–AKH,1:06–cv–08565–AKH
1:06–cv–08566–AKH,1:06–cv–08567–AKH,1:06–cv–08568–AKH,1:06–cv–08569–AKH,1:06–cv–08570–AKH
1:06–cv–08571–AKH,1:06–cv–08572–AKH,1:06–cv–08573–AKH,1:06–cv–08574–AKH,1:06–cv–08575–AKH
1:06–cv–08576–AKH,1:06–cv–08577–AKH,1:06–cv–08578–AKH,1:06–cv–08579–AKH,1:06–cv–08580–AKH
1:06–cv–08581–AKH,1:06–cv–08582–AKH,1:06–cv–08583–AKH,1:06–cv–08584–AKH,1:06–cv–08585–AKH
1:06–cv–08586–AKH,1:06–cv–08587–AKH,1:06–cv–08588–AKH,1:06–cv–08589–AKH,1:06–cv–08590–AKH
1:06–cv–08591–AKH,1:06–cv–08592–AKH,1:06–cv–08593–AKH,1:06–cv–08594–AKH,1:06–cv–08595–AKH
1:06–cv–08596–AKH,1:06–cv–08597–AKH,1:06–cv–08598–AKH,1:06–cv–08599–AKH,1:06–cv–08600–AKH
1:06–cv–08601–AKH,1:06–cv–08602–AKH,1:06–cv–08603–AKH,1:06–cv–08604–AKH,1:06–cv–08605–AKH
1:06–cv–08606–AKH,1:06–cv–08607–AKH,1:06–cv–08608–AKH,1:06–cv–08609–AKH,1:06–cv–08610–AKH
1:06–cv–08611–AKH,1:06–cv–08612–AKH,1:06–cv–08613–AKH,1:06–cv–08614–AKH,1:06–cv–08615–AKH
1:06–cv–08616–AKH,1:06–cv–08617–AKH,1:06–cv–08618–AKH,1:06–cv–08619–AKH,1:06–cv–08620–AKH
1:06–cv–08621–AKH,1:06–cv–08622–AKH,1:06–cv–08623–AKH,1:06–cv–08624–AKH,1:06–cv–08625–AKH
1:06–cv–08626–AKH,1:06–cv–08627–AKH,1:06–cv–08628–AKH,1:06–cv–08629–AKH,1:06–cv–08630–AKH
1:06–cv–08631–AKH,1:06–cv–08632–AKH,1:06–cv–08633–AKH,1:06–cv–08634–AKH,1:06–cv–08635–AKH
1:06–cv–08636–AKH,1:06–cv–08637–AKH,1:06–cv–08638–AKH,1:06–cv–08639–AKH,1:06–cv–08640–AKH
1:06–cv–08641–AKH,1:06–cv–08642–AKH,1:06–cv–08643–AKH,1:06–cv–08644–AKH,1:06–cv–08645–AKH
1:06–cv–08646–AKH,1:06–cv–08647–AKH,1:06–cv–08648–AKH,1:06–cv–08649–AKH,1:06–cv–08650–AKH
1:06–cv–08652–AKH,1:06–cv–08653–AKH,1:06–cv–08654–AKH,1:06–cv–08656–AKH,1:06–cv–08657–AKH
1:06–cv–08658–AKH,1:06–cv–08660–AKH,1:06–cv–08661–AKH,1:06–cv–08662–AKH,1:06–cv–08663–AKH
1:06–cv–08664–AKH,1:06–cv–08665–AKH,1:06–cv–08666–AKH,1:06–cv–08667–AKH,1:06–cv–08668–AKH
1:06–cv–08669–AKH,1:06–cv–08670–AKH,1:06–cv–08671–AKH,1:06–cv–08672–AKH,1:06–cv–08673–AKH
1:06–cv–08674–AKH,1:06–cv–08675–AKH,1:06–cv–08676–AKH,1:06–cv–08677–AKH,1:06–cv–08678–AKH
1:06–cv–08679–AKH,1:06–cv–08680–AKH,1:06–cv–08681–AKH,1:06–cv–08682–AKH,1:06–cv–08683–AKH
1:06–cv–08684–AKH,1:06–cv–08685–AKH,1:06–cv–08686–AKH,1:06–cv–08687–AKH,1:06–cv–08688–AKH
1:06–cv–08689–AKH,1:06–cv–08690–AKH,1:06–cv–08691–AKH,1:06–cv–08692–AKH,1:06–cv–08693–AKH
1:06–cv–08694–AKH,1:06–cv–08695–AKH,1:06–cv–08696–AKH,1:06–cv–08697–AKH,1:06–cv–08698–AKH
1:06–cv–08699–AKH,1:06–cv–08700–AKH,1:06–cv–08701–AKH,1:06–cv–08702–AKH,1:06–cv–08703–AKH
1:06–cv–08704–AKH,1:06–cv–08722–AKH,1:06–cv–08723–AKH,1:06–cv–08724–AKH,1:06–cv–08725–AKH
1:06–cv–08726–AKH,1:06–cv–08727–AKH,1:06–cv–08728–AKH,1:06–cv–08729–AKH,1:06–cv–08730–AKH
1:06–cv–08731–AKH,1:06–cv–08732–AKH,1:06–cv–08733–AKH,1:06–cv–08734–AKH,1:06–cv–08735–AKH
1:06–cv–08736–AKH,1:06–cv–08737–AKH,1:06–cv–08738–AKH,1:06–cv–08739–AKH,1:06–cv–08740–AKH
1:06–cv–08741–AKH,1:06–cv–08742–AKH,1:06–cv–08743–AKH,1:06–cv–08744–AKH,1:06–cv–08745–AKH
1:06–cv–08746–AKH,1:06–cv–08747–AKH,1:06–cv–08748–AKH,1:06–cv–08749–AKH,1:06–cv–08750–AKH
1:06–cv–08751–AKH,1:06–cv–08752–AKH,1:06–cv–08753–AKH,1:06–cv–08754–AKH,1:06–cv–08755–AKH
1:06–cv–08756–AKH,1:06–cv–08757–AKH,1:06–cv–08758–AKH,1:06–cv–08759–AKH,1:06–cv–08760–AKH
1:06–cv–08761–AKH,1:06–cv–08762–AKH,1:06–cv–08763–AKH,1:06–cv–08764–AKH,1:06–cv–08765–AKH
1:06–cv–08766–AKH,1:06–cv–08767–AKH,1:06–cv–08768–AKH,1:06–cv–08769–AKH,1:06–cv–08770–AKH
1:06–cv–08771–AKH,1:06–cv–08772–AKH,1:06–cv–08773–AKH,1:06–cv–08774–AKH,1:06–cv–08775–AKH
1:06–cv–08776–AKH,1:06–cv–08777–AKH,1:06–cv–08778–AKH,1:06–cv–08779–AKH,1:06–cv–08780–AKH
1:06–cv–08781–AKH,1:06–cv–08782–AKH,1:06–cv–08783–AKH,1:06–cv–08784–AKH,1:06–cv–08785–AKH
1:06–cv–08786–AKH,1:06–cv–08787–AKH,1:06–cv–08788–AKH,1:06–cv–08789–AKH,1:06–cv–08790–AKH
1:06–cv–08791–AKH,1:06–cv–08792–AKH,1:06–cv–08793–AKH,1:06–cv–08794–AKH,1:06–cv–08795–AKH
1:06–cv–08796–AKH,1:06–cv–08797–AKH,1:06–cv–08798–AKH,1:06–cv–08799–AKH,1:06–cv–08800–AKH
1:06–cv–08801–AKH,1:06–cv–08802–AKH,1:06–cv–08803–AKH,1:06–cv–08804–AKH,1:06–cv–08805–AKH
1:06–cv–08806–AKH,1:06–cv–08807–AKH,1:06–cv–08808–AKH,1:06–cv–08809–AKH,1:06–cv–08810–AKH
1:06–cv–08811–AKH,1:06–cv–08812–AKH,1:06–cv–08813–AKH,1:06–cv–08814–AKH,1:06–cv–08815–AKH
1:06–cv–08816–AKH,1:06–cv–08817–AKH,1:06–cv–08818–AKH,1:06–cv–08819–AKH,1:06–cv–08820–AKH

```
1:06-cv-08821-AKH,1:06-cv-08822-AKH,1:06-cv-08823-AKH,1:06-cv-08824-AKH,1:06-cv-08825-AKH
1:06-cv-08826-AKH,1:06-cv-08827-AKH,1:06-cv-08828-AKH,1:06-cv-08829-AKH,1:06-cv-08830-AKH
1:06-cv-08831-AKH,1:06-cv-08832-AKH,1:06-cv-08833-AKH,1:06-cv-08834-AKH,1:06-cv-08835-AKH
1:06-cv-08836-AKH,1:06-cv-08837-AKH,1:06-cv-08838-AKH,1:06-cv-08839-AKH,1:06-cv-08840-AKH
1:06-cv-08841-AKH,1:06-cv-08842-AKH,1:06-cv-08843-AKH,1:06-cv-08844-AKH,1:06-cv-08845-AKH
1:06-cv-08846-AKH,1:06-cv-08847-AKH,1:06-cv-08848-AKH,1:06-cv-08849-AKH,1:06-cv-08850-AKH
1:06-cv-08851-AKH,1:06-cv-08852-AKH,1:06-cv-08853-AKH,1:06-cv-08854-AKH,1:06-cv-08855-AKH
1:06-cv-08856-AKH,1:06-cv-08857-AKH,1:06-cv-08858-AKH,1:06-cv-08859-AKH,1:06-cv-08860-AKH
1:06-cv-08861-AKH,1:06-cv-08862-AKH,1:06-cv-08863-AKH,1:06-cv-08864-AKH,1:06-cv-08865-AKH
1:06-cv-08866-AKH,1:06-cv-08867-AKH,1:06-cv-08868-AKH,1:06-cv-08869-AKH,1:06-cv-08870-AKH
1:06-cv-08871-AKH,1:06-cv-08872-AKH,1:06-cv-08873-AKH,1:06-cv-08874-AKH,1:06-cv-08875-AKH
1:06-cv-08876-AKH,1:06-cv-08877-AKH,1:06-cv-08878-AKH,1:06-cv-08879-AKH,1:06-cv-08880-AKH
1:06-cv-08881-AKH,1:06-cv-08882-AKH,1:06-cv-08883-AKH,1:06-cv-08884-AKH,1:06-cv-08885-AKH
1:06-cv-08886-AKH,1:06-cv-08887-AKH,1:06-cv-08888-AKH,1:06-cv-08889-AKH,1:06-cv-08890-AKH
1:06-cv-08891-AKH,1:06-cv-08892-AKH,1:06-cv-08893-AKH,1:06-cv-08894-AKH,1:06-cv-08895-AKH
1:06-cv-08896-AKH,1:06-cv-08897-AKH,1:06-cv-08898-AKH,1:06-cv-08899-AKH,1:06-cv-08900-AKH
1:06-cv-08901-AKH,1:06-cv-08902-AKH,1:06-cv-08903-AKH,1:06-cv-08904-AKH,1:06-cv-08905-AKH
1:06-cv-08906-AKH,1:06-cv-08907-AKH,1:06-cv-08908-AKH,1:06-cv-08909-AKH,1:06-cv-08910-AKH
1:06-cv-08911-AKH,1:06-cv-08912-AKH,1:06-cv-08913-AKH,1:06-cv-08914-AKH,1:06-cv-08915-AKH
1:06-cv-08916-AKH,1:06-cv-08917-AKH,1:06-cv-08918-AKH,1:06-cv-08919-AKH,1:06-cv-08920-AKH
1:06-cv-08921-AKH,1:06-cv-08922-AKH,1:06-cv-08923-AKH,1:06-cv-08924-AKH,1:06-cv-08925-AKH
1:06-cv-08926-AKH,1:06-cv-08927-AKH,1:06-cv-08928-AKH,1:06-cv-08929-AKH,1:06-cv-08930-AKH
1:06-cv-08931-AKH,1:06-cv-08932-AKH,1:06-cv-08933-AKH,1:06-cv-08934-AKH,1:06-cv-08935-AKH
1:06-cv-08936-AKH,1:06-cv-08937-AKH,1:06-cv-08938-AKH,1:06-cv-08939-AKH,1:06-cv-08940-AKH
1:06-cv-08941-AKH,1:06-cv-08942-AKH,1:06-cv-08943-AKH,1:06-cv-08944-AKH,1:06-cv-08945-AKH
1:06-cv-08946-AKH,1:06-cv-08947-AKH,1:06-cv-08948-AKH,1:06-cv-08949-AKH,1:06-cv-08950-AKH
1:06-cv-08951-AKH,1:06-cv-08952-AKH,1:06-cv-08953-AKH,1:06-cv-08954-AKH,1:06-cv-08955-AKH
1:06-cv-08956-AKH,1:06-cv-08957-AKH,1:06-cv-08958-AKH,1:06-cv-08959-AKH,1:06-cv-08960-AKH
1:06-cv-08961-AKH,1:06-cv-08962-AKH,1:06-cv-08963-AKH,1:06-cv-08964-AKH,1:06-cv-08965-AKH
1:06-cv-08966-AKH,1:06-cv-08967-AKH,1:06-cv-08968-AKH,1:06-cv-08969-AKH,1:06-cv-08970-AKH
1:06-cv-08971-AKH,1:06-cv-08972-AKH,1:06-cv-08973-AKH,1:06-cv-08974-AKH,1:06-cv-08975-AKH
1:06-cv-08976-AKH,1:06-cv-08977-AKH,1:06-cv-08978-AKH,1:06-cv-08979-AKH,1:06-cv-08980-AKH
1:06-cv-08981-AKH,1:06-cv-08982-AKH,1:06-cv-08983-AKH,1:06-cv-08984-AKH,1:06-cv-08985-AKH
1:06-cv-08986-AKH,1:06-cv-08987-AKH,1:06-cv-08988-AKH,1:06-cv-08989-AKH,1:06-cv-08990-AKH
1:06-cv-08991-AKH,1:06-cv-08992-AKH,1:06-cv-08993-AKH,1:06-cv-08994-AKH,1:06-cv-08995-AKH
1:06-cv-08996-AKH,1:06-cv-08997-AKH,1:06-cv-08998-AKH,1:06-cv-08999-AKH,1:06-cv-09000-AKH
1:06-cv-09001-AKH,1:06-cv-09002-AKH,1:06-cv-09003-AKH,1:06-cv-09004-AKH,1:06-cv-09005-AKH
1:06-cv-09006-AKH,1:06-cv-09007-AKH,1:06-cv-09008-AKH,1:06-cv-09009-AKH,1:06-cv-09010-AKH
1:06-cv-09011-AKH,1:06-cv-09012-AKH,1:06-cv-09013-AKH,1:06-cv-09014-AKH,1:06-cv-09015-AKH
1:06-cv-09016-AKH,1:06-cv-09017-AKH,1:06-cv-09018-AKH,1:06-cv-09019-AKH,1:06-cv-09020-AKH
1:06-cv-09021-AKH,1:06-cv-09022-AKH,1:06-cv-09023-AKH,1:06-cv-09024-AKH,1:06-cv-09025-AKH
1:06-cv-09026-AKH,1:06-cv-09027-AKH,1:06-cv-09028-AKH,1:06-cv-09029-AKH,1:06-cv-09030-AKH
1:06-cv-09031-AKH,1:06-cv-09032-AKH,1:06-cv-09033-AKH,1:06-cv-09034-AKH,1:06-cv-09035-AKH
1:06-cv-09036-AKH,1:06-cv-09037-AKH,1:06-cv-09038-AKH,1:06-cv-09039-AKH,1:06-cv-09040-AKH
1:06-cv-09041-AKH,1:06-cv-09042-AKH,1:06-cv-09043-AKH,1:06-cv-09044-AKH,1:06-cv-09045-AKH
1:06-cv-09046-AKH,1:06-cv-09047-AKH,1:06-cv-09048-AKH,1:06-cv-09049-AKH,1:06-cv-09050-AKH
1:06-cv-09051-AKH,1:06-cv-09052-AKH,1:06-cv-09053-AKH,1:06-cv-09054-AKH,1:06-cv-09055-AKH
1:06-cv-09056-AKH,1:06-cv-09057-AKH,1:06-cv-09058-AKH,1:06-cv-09059-AKH,1:06-cv-09060-AKH
1:06-cv-09061-AKH,1:06-cv-09062-AKH,1:06-cv-09063-AKH,1:06-cv-09064-AKH,1:06-cv-09065-AKH
1:06-cv-09066-AKH,1:06-cv-09067-AKH,1:06-cv-09068-AKH,1:06-cv-09069-AKH,1:06-cv-09070-AKH
1:06-cv-09071-AKH,1:06-cv-09072-AKH,1:06-cv-09073-AKH,1:06-cv-09074-AKH,1:06-cv-09075-AKH
1:06-cv-09076-AKH,1:06-cv-09077-AKH,1:06-cv-09078-AKH,1:06-cv-09079-AKH,1:06-cv-09080-AKH
1:06-cv-09081-AKH,1:06-cv-09082-AKH,1:06-cv-09083-AKH,1:06-cv-09084-AKH,1:06-cv-09085-AKH
1:06-cv-09086-AKH,1:06-cv-09087-AKH,1:06-cv-09088-AKH,1:06-cv-09089-AKH,1:06-cv-09090-AKH
1:06-cv-09091-AKH,1:06-cv-09092-AKH,1:06-cv-09093-AKH,1:06-cv-09094-AKH,1:06-cv-09095-AKH
1:06-cv-09096-AKH,1:06-cv-09097-AKH,1:06-cv-09098-AKH,1:06-cv-09099-AKH,1:06-cv-09100-AKH
1:06-cv-09101-AKH,1:06-cv-09102-AKH,1:06-cv-09103-AKH,1:06-cv-09104-AKH,1:06-cv-09105-AKH
1:06-cv-09106-AKH,1:06-cv-09107-AKH,1:06-cv-09108-AKH,1:06-cv-09109-AKH,1:06-cv-09110-AKH
1:06-cv-09111-AKH,1:06-cv-09112-AKH,1:06-cv-09113-AKH,1:06-cv-09114-AKH,1:06-cv-09115-AKH
1:06-cv-09116-AKH,1:06-cv-09117-AKH,1:06-cv-09118-AKH,1:06-cv-09119-AKH,1:06-cv-09120-AKH
1:06-cv-09121-AKH,1:06-cv-09122-AKH,1:06-cv-09123-AKH,1:06-cv-09124-AKH,1:06-cv-09125-AKH
1:06-cv-09126-AKH,1:06-cv-09127-AKH,1:06-cv-09128-AKH,1:06-cv-09129-AKH,1:06-cv-09130-AKH
1:06-cv-09131-AKH,1:06-cv-09132-AKH,1:06-cv-09133-AKH,1:06-cv-09134-AKH,1:06-cv-09135-AKH
1:06-cv-09136-AKH,1:06-cv-09137-AKH,1:06-cv-09138-AKH,1:06-cv-09139-AKH,1:06-cv-09140-AKH
```

1:06–cv–09141–AKH,1:06–cv–09142–AKH,1:06–cv–09143–AKH,1:06–cv–09144–AKH,1:06–cv–09145–AKH
1:06–cv–09146–AKH,1:06–cv–09147–AKH,1:06–cv–09148–AKH,1:06–cv–09149–AKH,1:06–cv–09150–AKH
1:06–cv–09151–AKH,1:06–cv–09152–AKH,1:06–cv–09153–AKH,1:06–cv–09154–AKH,1:06–cv–09155–AKH
1:06–cv–09156–AKH,1:06–cv–09157–AKH,1:06–cv–09158–AKH,1:06–cv–09159–AKH,1:06–cv–09160–AKH
1:06–cv–09161–AKH,1:06–cv–09162–AKH,1:06–cv–09163–AKH,1:06–cv–09164–AKH,1:06–cv–09165–AKH
1:06–cv–09166–AKH,1:06–cv–09167–AKH,1:06–cv–09168–AKH,1:06–cv–09169–AKH,1:06–cv–09170–AKH
1:06–cv–09171–AKH,1:06–cv–09172–AKH,1:06–cv–09173–AKH,1:06–cv–09174–AKH,1:06–cv–09175–AKH
1:06–cv–09176–AKH,1:06–cv–09177–AKH,1:06–cv–09178–AKH,1:06–cv–09179–AKH,1:06–cv–09180–AKH
1:06–cv–09181–AKH,1:06–cv–09182–AKH,1:06–cv–09183–AKH,1:06–cv–09184–AKH,1:06–cv–09185–AKH
1:06–cv–09186–AKH,1:06–cv–09187–AKH,1:06–cv–09188–AKH,1:06–cv–09189–AKH,1:06–cv–09190–AKH
1:06–cv–09191–AKH,1:06–cv–09192–AKH,1:06–cv–09193–AKH,1:06–cv–09194–AKH,1:06–cv–09195–AKH
1:06–cv–09196–AKH,1:06–cv–09197–AKH,1:06–cv–09198–AKH,1:06–cv–09199–AKH,1:06–cv–09200–AKH
1:06–cv–09201–AKH,1:06–cv–09202–AKH,1:06–cv–09203–AKH,1:06–cv–09204–AKH,1:06–cv–09205–AKH
1:06–cv–09206–AKH,1:06–cv–09207–AKH,1:06–cv–09208–AKH,1:06–cv–09209–AKH,1:06–cv–09210–AKH
1:06–cv–09211–AKH,1:06–cv–09212–AKH,1:06–cv–09213–AKH,1:06–cv–09214–AKH,1:06–cv–09215–AKH
1:06–cv–09216–AKH,1:06–cv–09217–AKH,1:06–cv–09218–AKH,1:06–cv–09219–AKH,1:06–cv–09220–AKH
1:06–cv–09221–AKH,1:06–cv–09222–AKH,1:06–cv–09223–AKH,1:06–cv–09224–AKH,1:06–cv–09225–AKH
1:06–cv–09226–AKH,1:06–cv–09227–AKH,1:06–cv–09228–AKH,1:06–cv–09229–AKH,1:06–cv–09230–AKH
1:06–cv–09231–AKH,1:06–cv–09232–AKH,1:06–cv–09233–AKH,1:06–cv–09234–AKH,1:06–cv–09235–AKH
1:06–cv–09236–AKH,1:06–cv–09237–AKH,1:06–cv–09238–AKH,1:06–cv–09239–AKH,1:06–cv–09240–AKH
1:06–cv–09241–AKH,1:06–cv–09242–AKH,1:06–cv–09243–AKH,1:06–cv–09244–AKH,1:06–cv–09245–AKH
1:06–cv–09246–AKH,1:06–cv–09247–AKH,1:06–cv–09248–AKH,1:06–cv–09249–AKH,1:06–cv–09250–AKH
1:06–cv–09251–AKH,1:06–cv–09252–AKH,1:06–cv–09253–AKH,1:06–cv–09254–AKH,1:06–cv–09255–AKH
1:06–cv–09256–AKH,1:06–cv–09257–AKH,1:06–cv–09258–AKH,1:06–cv–09259–AKH,1:06–cv–09260–AKH
1:06–cv–09261–AKH,1:06–cv–09262–AKH,1:06–cv–09263–AKH,1:06–cv–09264–AKH,1:06–cv–09265–AKH
1:06–cv–09266–AKH,1:06–cv–09267–AKH,1:06–cv–09268–AKH,1:06–cv–09269–AKH,1:06–cv–09270–AKH
1:06–cv–09271–AKH,1:06–cv–09272–AKH,1:06–cv–09273–AKH,1:06–cv–09274–AKH,1:06–cv–09275–AKH
1:06–cv–09276–AKH,1:06–cv–09277–AKH,1:06–cv–09278–AKH,1:06–cv–09279–AKH,1:06–cv–09280–AKH
1:06–cv–09281–AKH,1:06–cv–09282–AKH,1:06–cv–09283–AKH,1:06–cv–09284–AKH,1:06–cv–09285–AKH
1:06–cv–09286–AKH,1:06–cv–09287–AKH,1:06–cv–09288–AKH,1:06–cv–09289–AKH,1:06–cv–09290–AKH
1:06–cv–09291–AKH,1:06–cv–09292–AKH,1:06–cv–09293–AKH,1:06–cv–09294–AKH,1:06–cv–09295–AKH
1:06–cv–09296–AKH,1:06–cv–09297–AKH,1:06–cv–09298–AKH,1:06–cv–09299–AKH,1:06–cv–09300–AKH
1:06–cv–09301–AKH,1:06–cv–09302–AKH,1:06–cv–09303–AKH,1:06–cv–09304–AKH,1:06–cv–09305–AKH
1:06–cv–09306–AKH,1:06–cv–09307–AKH,1:06–cv–09308–AKH,1:06–cv–09309–AKH,1:06–cv–09310–AKH
1:06–cv–09311–AKH,1:06–cv–09312–AKH,1:06–cv–09313–AKH,1:06–cv–09314–AKH,1:06–cv–09315–AKH
1:06–cv–09316–AKH,1:06–cv–09317–AKH,1:06–cv–09318–AKH,1:06–cv–09319–AKH,1:06–cv–09320–AKH
1:06–cv–09321–AKH,1:06–cv–09322–AKH,1:06–cv–09323–AKH,1:06–cv–09324–AKH,1:06–cv–09325–AKH
1:06–cv–09326–AKH,1:06–cv–09327–AKH,1:06–cv–09328–AKH,1:06–cv–09329–AKH,1:06–cv–09330–AKH
1:06–cv–09331–AKH,1:06–cv–09332–AKH,1:06–cv–09333–AKH,1:06–cv–09334–AKH,1:06–cv–09335–AKH
1:06–cv–09336–AKH,1:06–cv–09337–AKH,1:06–cv–09338–AKH,1:06–cv–09339–AKH,1:06–cv–09340–AKH
1:06–cv–09341–AKH,1:06–cv–09342–AKH,1:06–cv–09343–AKH,1:06–cv–09344–AKH,1:06–cv–09345–AKH
1:06–cv–09346–AKH,1:06–cv–09347–AKH,1:06–cv–09348–AKH,1:06–cv–09349–AKH,1:06–cv–09350–AKH
1:06–cv–09351–AKH,1:06–cv–09352–AKH,1:06–cv–09353–AKH,1:06–cv–09354–AKH,1:06–cv–09355–AKH
1:06–cv–09356–AKH,1:06–cv–09357–AKH,1:06–cv–09358–AKH,1:06–cv–09359–AKH,1:06–cv–09360–AKH
1:06–cv–09361–AKH,1:06–cv–09362–AKH,1:06–cv–09363–AKH,1:06–cv–09364–AKH,1:06–cv–09365–AKH
1:06–cv–09366–AKH,1:06–cv–09367–AKH,1:06–cv–09368–AKH,1:06–cv–09369–AKH,1:06–cv–09370–AKH
1:06–cv–09371–AKH,1:06–cv–09372–AKH,1:06–cv–09373–AKH,1:06–cv–09374–AKH,1:06–cv–09466–AKH
1:06–cv–09467–AKH,1:06–cv–09468–AKH,1:06–cv–09469–AKH,1:06–cv–09470–AKH,1:06–cv–09471–AKH
1:06–cv–09472–AKH,1:06–cv–09473–AKH,1:06–cv–09474–AKH,1:06–cv–09475–AKH,1:06–cv–09476–AKH
1:06–cv–09477–AKH,1:06–cv–09478–AKH,1:06–cv–09479–AKH,1:06–cv–09480–AKH,1:06–cv–09481–AKH
1:06–cv–09482–AKH,1:06–cv–09483–AKH,1:06–cv–09484–AKH,1:06–cv–09485–AKH,1:06–cv–09486–AKH
1:06–cv–09487–AKH,1:06–cv–09488–AKH,1:06–cv–09489–AKH,1:06–cv–09490–AKH,1:06–cv–09491–AKH
1:06–cv–09492–AKH,1:06–cv–09493–AKH,1:06–cv–09494–AKH,1:06–cv–09495–AKH,1:06–cv–09496–AKH
1:06–cv–09497–AKH,1:06–cv–09498–AKH,1:06–cv–09499–AKH,1:06–cv–09500–AKH,1:06–cv–09501–AKH
1:06–cv–09502–AKH,1:06–cv–09503–AKH,1:06–cv–09504–AKH,1:06–cv–09505–AKH,1:06–cv–09506–AKH
1:06–cv–09507–AKH,1:06–cv–09508–AKH,1:06–cv–09509–AKH,1:06–cv–09510–AKH,1:06–cv–09511–AKH
1:06–cv–09512–AKH,1:06–cv–09513–AKH,1:06–cv–09514–AKH,1:06–cv–09515–AKH,1:06–cv–09516–AKH
1:06–cv–09517–AKH,1:06–cv–09518–AKH,1:06–cv–09519–AKH,1:06–cv–09520–AKH,1:06–cv–09521–AKH
1:06–cv–09522–AKH,1:06–cv–09523–AKH,1:06–cv–09524–AKH,1:06–cv–09525–AKH,1:06–cv–09526–AKH
1:06–cv–09527–AKH,1:06–cv–09528–AKH,1:06–cv–09529–AKH,1:06–cv–09530–AKH,1:06–cv–09531–AKH
1:06–cv–09532–AKH,1:06–cv–09533–AKH,1:06–cv–09534–AKH,1:06–cv–09535–AKH,1:06–cv–09536–AKH
1:06–cv–09537–AKH,1:06–cv–09538–AKH,1:06–cv–09539–AKH,1:06–cv–09540–AKH,1:06–cv–09541–AKH
1:06–cv–09542–AKH,1:06–cv–09543–AKH,1:06–cv–09544–AKH,1:06–cv–09545–AKH,1:06–cv–09546–AKH
1:06–cv–09547–AKH,1:06–cv–09548–AKH,1:06–cv–09549–AKH,1:06–cv–09550–AKH,1:06–cv–09551–AKH

```
1:06–cv–09552–AKH,1:06–cv–09553–AKH,1:06–cv–09554–AKH,1:06–cv–09555–AKH,1:06–cv–09556–AKH
1:06–cv–09557–AKH,1:06–cv–09558–AKH,1:06–cv–09559–AKH,1:06–cv–09560–AKH,1:06–cv–09561–AKH
1:06–cv–09562–AKH,1:06–cv–09563–AKH,1:06–cv–09564–AKH,1:06–cv–09565–AKH,1:06–cv–09566–AKH
1:06–cv–09567–AKH,1:06–cv–09568–AKH,1:06–cv–09569–AKH,1:06–cv–09570–AKH,1:06–cv–09571–AKH
1:06–cv–09572–AKH,1:06–cv–09573–AKH,1:06–cv–09574–AKH,1:06–cv–09575–AKH,1:06–cv–09576–AKH
1:06–cv–09577–AKH,1:06–cv–09578–AKH,1:06–cv–09579–AKH,1:06–cv–09580–AKH,1:06–cv–09581–AKH
1:06–cv–09582–AKH,1:06–cv–09583–AKH,1:06–cv–09584–AKH,1:06–cv–09585–AKH,1:06–cv–09586–AKH
1:06–cv–09587–AKH,1:06–cv–09588–AKH,1:06–cv–09589–AKH,1:06–cv–09590–AKH,1:06–cv–09591–AKH
1:06–cv–09592–AKH,1:06–cv–09593–AKH,1:06–cv–09594–AKH,1:06–cv–09595–AKH,1:06–cv–09596–AKH
1:06–cv–09597–AKH,1:06–cv–09598–AKH,1:06–cv–09599–AKH,1:06–cv–09600–AKH,1:06–cv–09601–AKH
1:06–cv–09602–AKH,1:06–cv–09603–AKH,1:06–cv–09604–AKH,1:06–cv–09605–AKH,1:06–cv–09606–AKH
1:06–cv–09607–AKH,1:06–cv–09608–AKH,1:06–cv–09609–AKH,1:06–cv–09610–AKH,1:06–cv–09611–AKH
1:06–cv–09612–AKH,1:06–cv–09613–AKH,1:06–cv–09614–AKH,1:06–cv–09615–AKH,1:06–cv–09616–AKH
1:06–cv–09617–AKH,1:06–cv–09618–AKH,1:06–cv–09619–AKH,1:06–cv–09620–AKH,1:06–cv–09621–AKH
1:06–cv–09622–AKH,1:06–cv–09623–AKH,1:06–cv–09624–AKH,1:06–cv–09625–AKH,1:06–cv–09626–AKH
1:06–cv–09627–AKH,1:06–cv–09628–AKH,1:06–cv–09629–AKH,1:06–cv–09630–AKH,1:06–cv–09631–AKH
1:06–cv–09632–AKH,1:06–cv–09633–AKH,1:06–cv–09634–AKH,1:06–cv–09635–AKH,1:06–cv–09636–AKH
1:06–cv–09637–AKH,1:06–cv–09638–AKH,1:06–cv–09639–AKH,1:06–cv–09640–AKH,1:06–cv–09641–AKH
1:06–cv–09642–AKH,1:06–cv–09643–AKH,1:06–cv–09644–AKH,1:06–cv–09645–AKH,1:06–cv–09646–AKH
1:06–cv–09647–AKH,1:06–cv–09648–AKH,1:06–cv–09649–AKH,1:06–cv–09650–AKH,1:06–cv–09651–AKH
1:06–cv–09652–AKH,1:06–cv–09653–AKH,1:06–cv–09654–AKH,1:06–cv–09655–AKH,1:06–cv–09656–AKH
1:06–cv–09657–AKH,1:06–cv–09658–AKH,1:06–cv–09659–AKH,1:06–cv–09660–AKH,1:06–cv–09661–AKH
1:06–cv–09662–AKH,1:06–cv–09663–AKH,1:06–cv–09664–AKH,1:06–cv–09665–AKH,1:06–cv–09666–AKH
1:06–cv–09667–AKH,1:06–cv–09668–AKH,1:06–cv–09669–AKH,1:06–cv–09670–AKH,1:06–cv–09671–AKH
1:06–cv–09672–AKH,1:06–cv–09673–AKH,1:06–cv–09674–AKH,1:06–cv–09675–AKH,1:06–cv–09676–AKH
1:06–cv–09677–AKH,1:06–cv–09678–AKH,1:06–cv–09679–AKH,1:06–cv–09680–AKH,1:06–cv–09681–AKH
1:06–cv–09682–AKH,1:06–cv–09683–AKH,1:06–cv–09684–AKH,1:06–cv–09685–AKH,1:06–cv–09686–AKH
1:06–cv–09687–AKH,1:06–cv–09688–AKH,1:06–cv–09689–AKH,1:06–cv–09690–AKH,1:06–cv–09691–AKH
1:06–cv–09692–AKH,1:06–cv–09693–AKH,1:06–cv–09694–AKH,1:06–cv–09695–AKH,1:06–cv–09696–AKH
1:06–cv–09697–AKH,1:06–cv–09698–AKH,1:06–cv–09699–AKH,1:06–cv–09700–AKH,1:06–cv–09701–AKH
1:06–cv–09702–AKH,1:06–cv–09703–AKH,1:06–cv–09704–AKH,1:06–cv–09705–AKH,1:06–cv–09706–AKH
1:06–cv–09707–AKH,1:06–cv–09708–AKH,1:06–cv–09709–AKH,1:06–cv–09710–AKH,1:06–cv–09711–AKH
1:06–cv–09712–AKH,1:06–cv–09713–AKH,1:06–cv–09714–AKH,1:06–cv–09715–AKH,1:06–cv–09716–AKH
1:06–cv–09717–AKH,1:06–cv–09718–AKH,1:06–cv–09719–AKH,1:06–cv–09720–AKH,1:06–cv–09721–AKH
1:06–cv–09722–AKH,1:06–cv–09723–AKH,1:06–cv–09724–AKH,1:06–cv–09725–AKH,1:06–cv–09726–AKH
1:06–cv–09727–AKH,1:06–cv–09728–AKH,1:06–cv–09729–AKH,1:06–cv–09730–AKH,1:06–cv–09731–AKH
1:06–cv–09732–AKH,1:06–cv–09733–AKH,1:06–cv–09734–AKH,1:06–cv–09735–AKH,1:06–cv–09736–AKH
1:06–cv–09737–AKH,1:06–cv–09738–AKH,1:06–cv–09739–AKH,1:06–cv–09740–AKH,1:06–cv–09741–AKH
1:06–cv–09742–AKH,1:06–cv–09743–AKH,1:06–cv–09744–AKH,1:06–cv–09745–AKH,1:06–cv–09746–AKH
1:06–cv–09747–AKH,1:06–cv–09748–AKH,1:06–cv–09749–AKH,1:06–cv–09750–AKH,1:06–cv–09751–AKH
1:06–cv–09752–AKH,1:06–cv–09753–AKH,1:06–cv–09754–AKH,1:06–cv–09755–AKH,1:06–cv–09756–AKH
1:06–cv–09757–AKH,1:06–cv–09758–AKH,1:06–cv–09759–AKH,1:06–cv–09760–AKH,1:06–cv–09761–AKH
1:06–cv–09762–AKH,1:06–cv–09763–AKH,1:06–cv–09764–AKH,1:06–cv–09765–AKH,1:06–cv–09766–AKH
1:06–cv–09767–AKH,1:06–cv–09768–AKH,1:06–cv–09769–AKH,1:06–cv–09770–AKH,1:06–cv–09771–AKH
1:06–cv–09772–AKH,1:06–cv–09773–AKH,1:06–cv–09774–AKH,1:06–cv–09775–AKH,1:06–cv–09776–AKH
1:06–cv–09777–AKH,1:06–cv–09778–AKH,1:06–cv–09779–AKH,1:06–cv–09780–AKH,1:06–cv–09781–AKH
1:06–cv–09782–AKH,1:06–cv–09783–AKH,1:06–cv–09784–AKH,1:06–cv–09785–AKH,1:06–cv–09786–AKH
1:06–cv–09787–AKH,1:06–cv–09788–AKH,1:06–cv–09789–AKH,1:06–cv–09790–AKH,1:06–cv–09791–AKH
1:06–cv–09792–AKH,1:06–cv–09793–AKH,1:06–cv–09794–AKH,1:06–cv–09795–AKH,1:06–cv–09796–AKH
1:06–cv–09797–AKH,1:06–cv–09798–AKH,1:06–cv–09799–AKH,1:06–cv–09800–AKH,1:06–cv–09801–AKH
1:06–cv–09802–AKH,1:06–cv–09803–AKH,1:06–cv–09804–AKH,1:06–cv–09805–AKH,1:06–cv–09806–AKH
1:06–cv–09807–AKH,1:06–cv–09808–AKH,1:06–cv–09809–AKH,1:06–cv–09810–AKH,1:06–cv–09811–AKH
1:06–cv–09812–AKH,1:06–cv–09813–AKH,1:06–cv–09814–AKH,1:06–cv–09815–AKH,1:06–cv–09816–AKH
1:06–cv–09817–AKH,1:06–cv–09818–AKH,1:06–cv–09819–AKH,1:06–cv–09820–AKH,1:06–cv–09821–AKH
1:06–cv–09822–AKH,1:06–cv–09823–AKH,1:06–cv–09824–AKH,1:06–cv–09825–AKH,1:06–cv–09826–AKH
1:06–cv–09827–AKH,1:06–cv–09828–AKH,1:06–cv–09829–AKH,1:06–cv–09830–AKH,1:06–cv–09831–AKH
1:06–cv–09832–AKH,1:06–cv–09833–AKH,1:06–cv–09834–AKH,1:06–cv–09835–AKH,1:06–cv–09836–AKH
1:06–cv–09837–AKH,1:06–cv–09838–AKH,1:06–cv–09839–AKH,1:06–cv–09840–AKH,1:06–cv–09841–AKH
1:06–cv–09842–AKH,1:06–cv–09843–AKH,1:06–cv–09844–AKH,1:06–cv–09845–AKH,1:06–cv–09846–AKH
1:06–cv–09847–AKH,1:06–cv–09848–AKH,1:06–cv–09849–AKH,1:06–cv–09850–AKH,1:06–cv–09851–AKH
1:06–cv–09852–AKH,1:06–cv–09853–AKH,1:06–cv–09854–AKH,1:06–cv–09855–AKH,1:06–cv–09856–AKH
1:06–cv–09857–AKH,1:06–cv–09858–AKH,1:06–cv–10114–AKH,1:06–cv–10115–AKH,1:06–cv–10116–AKH
1:06–cv–10117–AKH,1:06–cv–10118–AKH,1:06–cv–10119–AKH,1:06–cv–10120–AKH,1:06–cv–10121–AKH
1:06–cv–10122–AKH,1:06–cv–10123–AKH,1:06–cv–10124–AKH,1:06–cv–10125–AKH,1:06–cv–10126–AKH
```

1:06−cv−10127−AKH,1:06−cv−10128−AKH,1:06−cv−10129−AKH,1:06−cv−10130−AKH,1:06−cv−10131−AKH
1:06−cv−10132−AKH,1:06−cv−10133−AKH,1:06−cv−10134−AKH,1:06−cv−10135−AKH,1:06−cv−10136−AKH
1:06−cv−10137−AKH,1:06−cv−10138−AKH,1:06−cv−10139−AKH,1:06−cv−10140−AKH,1:06−cv−10141−AKH
1:06−cv−10142−AKH,1:06−cv−10143−AKH,1:06−cv−10144−AKH,1:06−cv−10145−AKH,1:06−cv−10146−AKH
1:06−cv−10147−AKH,1:06−cv−10148−AKH,1:06−cv−10149−AKH,1:06−cv−10150−AKH,1:06−cv−10151−AKH
1:06−cv−10152−AKH,1:06−cv−10153−AKH,1:06−cv−10154−AKH,1:06−cv−10155−AKH,1:06−cv−10156−AKH
1:06−cv−10157−AKH,1:06−cv−10158−AKH,1:06−cv−10159−AKH,1:06−cv−10160−AKH,1:06−cv−10161−AKH
1:06−cv−10162−AKH,1:06−cv−10163−AKH,1:06−cv−10541−AKH,1:06−cv−10542−AKH,1:06−cv−10543−AKH
1:06−cv−10544−AKH,1:06−cv−10545−AKH,1:06−cv−10546−AKH,1:06−cv−10547−AKH,1:06−cv−10548−AKH
1:06−cv−10549−AKH,1:06−cv−10550−AKH,1:06−cv−10551−AKH,1:06−cv−10552−AKH,1:06−cv−10553−AKH
1:06−cv−10554−AKH,1:06−cv−10555−AKH,1:06−cv−10556−AKH,1:06−cv−10557−AKH,1:06−cv−10558−AKH
1:06−cv−10559−AKH,1:06−cv−10560−AKH,1:06−cv−10561−AKH,1:06−cv−10562−AKH,1:06−cv−10563−AKH
1:06−cv−10564−AKH,1:06−cv−10565−AKH,1:06−cv−10566−AKH,1:06−cv−10567−AKH,1:06−cv−10568−AKH
1:06−cv−10569−AKH,1:06−cv−10570−AKH,1:06−cv−10571−AKH,1:06−cv−10572−AKH,1:06−cv−10573−AKH
1:06−cv−10574−AKH,1:06−cv−10575−AKH,1:06−cv−10576−AKH,1:06−cv−10577−AKH,1:06−cv−10578−AKH
1:06−cv−10579−AKH,1:06−cv−10580−AKH,1:06−cv−10581−AKH,1:06−cv−10582−AKH,1:06−cv−10583−AKH
1:06−cv−10584−AKH,1:06−cv−10585−AKH,1:06−cv−10586−AKH,1:06−cv−10587−AKH,1:06−cv−10588−AKH
1:06−cv−10589−AKH,1:06−cv−10590−AKH,1:06−cv−10591−AKH,1:06−cv−10592−AKH,1:06−cv−10593−AKH
1:06−cv−10594−AKH,1:06−cv−10595−AKH,1:06−cv−10596−AKH,1:06−cv−10597−AKH,1:06−cv−10598−AKH
1:06−cv−10599−AKH,1:06−cv−10600−AKH,1:06−cv−10601−AKH,1:06−cv−10602−AKH,1:06−cv−10603−AKH
1:06−cv−10604−AKH,1:06−cv−10605−AKH,1:06−cv−10606−AKH,1:06−cv−10607−AKH,1:06−cv−10608−AKH
1:06−cv−10609−AKH,1:06−cv−10610−AKH,1:06−cv−10611−AKH,1:06−cv−10612−AKH,1:06−cv−10613−AKH
1:06−cv−10614−AKH,1:06−cv−10615−AKH,1:06−cv−10616−AKH,1:06−cv−10617−AKH,1:06−cv−10618−AKH
1:06−cv−10619−AKH,1:06−cv−10620−AKH,1:06−cv−10621−AKH,1:06−cv−10622−AKH,1:06−cv−10623−AKH
1:06−cv−10624−AKH,1:06−cv−10625−AKH,1:06−cv−10651−AKH,1:06−cv−10652−AKH,1:06−cv−10653−AKH
1:06−cv−10654−AKH,1:06−cv−10655−AKH,1:06−cv−10656−AKH,1:06−cv−10657−AKH,1:06−cv−10658−AKH
1:06−cv−10659−AKH,1:06−cv−10660−AKH,1:06−cv−10661−AKH,1:06−cv−10662−AKH,1:06−cv−10663−AKH
1:06−cv−10664−AKH,1:06−cv−10665−AKH,1:06−cv−10666−AKH,1:06−cv−10667−AKH,1:06−cv−10668−AKH
1:06−cv−10669−AKH,1:06−cv−10670−AKH,1:06−cv−10671−AKH,1:06−cv−10672−AKH,1:06−cv−10673−AKH
1:06−cv−10674−AKH,1:06−cv−10675−AKH,1:06−cv−10676−AKH,1:06−cv−10677−AKH,1:06−cv−10678−AKH
1:06−cv−10679−AKH,1:06−cv−10680−AKH,1:06−cv−10681−AKH,1:06−cv−10682−AKH,1:06−cv−10683−AKH
1:06−cv−10684−AKH,1:06−cv−10685−AKH,1:06−cv−10686−AKH,1:06−cv−10687−AKH,1:06−cv−10688−AKH
1:06−cv−10689−AKH,1:06−cv−10690−AKH,1:06−cv−10691−AKH,1:06−cv−10692−AKH,1:06−cv−10693−AKH
1:06−cv−10694−AKH,1:06−cv−10695−AKH,1:06−cv−10696−AKH,1:06−cv−10697−AKH,1:06−cv−10698−AKH
1:06−cv−10699−AKH,1:06−cv−10700−AKH,1:06−cv−11535−AKH,1:06−cv−13167−AKH,1:06−cv−13279−AKH
1:06−cv−13280−AKH,1:06−cv−13431−AKH,1:06−cv−13432−AKH,1:06−cv−13493−AKH,1:06−cv−13600−AKH
1:06−cv−13612−AKH,1:06−cv−13613−AKH,1:06−cv−13614−AKH,1:06−cv−13615−AKH,1:06−cv−13616−AKH
1:06−cv−13617−AKH,1:06−cv−13618−AKH,1:06−cv−13619−AKH,1:06−cv−13620−AKH,1:06−cv−13621−AKH
1:06−cv−13622−AKH,1:06−cv−13623−AKH,1:06−cv−13624−AKH,1:06−cv−13698−AKH,1:06−cv−13700−AKH
1:06−cv−14458−AKH(Tyrrell, James) (Entered: 12/19/2006)

| | | |
|---|---|---|
| 12/20/2006 | 559 | AMENDED MOTION for Default Judgment as to *Statute Limitations, Notice of Claim*. Document filed by Michelle Haskett−Godbee. Return Date set for 1/19/2007 09:30 AM. Filed In Associated Cases: 1:21−mc−00100−AKH,1:03−cv−00007−AKH(Rudden, John) (Entered: 12/20/2006) |
| 12/20/2006 | 560 | AMENDED MOTION for Declaratory Judgment *Affirmation John Rudden, Esq.*. Document filed by Michelle Haskett−Godbee. Return Date set for 1/19/2007 09:30 AM. Filed In Associated Cases: 1:21−mc−00100−AKH,1:03−cv−00007−AKH(Rudden, John) (Entered: 12/20/2006) |
| 12/20/2006 | 561 | AMENDED MOTION for Declaratory Judgment *Supporting Memo of Law*. Document filed by Michelle Haskett−Godbee. Return Date set for 1/19/2007 09:30 AM. Filed In Associated Cases: 1:21−mc−00100−AKH,1:03−cv−00007−AKH(Rudden, John) (Entered: 12/20/2006) |
| 12/20/2006 | 562 | AMENDED MOTION for Declaratory Judgment *Plaintiff's Aff in Support*. Document filed by Michelle Haskett−Godbee. Return Date set for 1/19/2007 09:30 AM. Filed In Associated Cases: 1:21−mc−00100−AKH,1:03−cv−00007−AKH(Rudden, John) (Entered: 12/20/2006) |
| 12/22/2006 | 563 | RESPONSE *Plaintiffs' Supplemental Pleading Pursuant to Judge Hellerstein's Order of December 5, 2006*. Document filed by Antonio E. Alves, Maria E. Alves. (Attachments: # 1 Exhibit 1# 2 Affidavit of Service)Filed In Associated Cases: 1:21−mc−00100−AKH,1:03−cv−00007−AKH,1:03−cv−08577−AKH,1:04−cv−00491−AKH,1:04−cv−03747−AKH, 1:04−cv−03800−AKH,1:04−cv−04982−AKH,1:04−cv−04983−AKH,1:04−cv−04984−AKH,1:04−cv−05175−AKH, 1:04−cv−05862−AKH,1:04−cv−06726−AKH,1:04−cv−06727−AKH,1:04−cv−06789−AKH,1:04−cv−06889−AKH, 1:04−cv−06890−AKH,1:04−cv−06891−AKH,1:04−cv−06892−AKH,1:04−cv−06893−AKH,1:04−cv−07239−AKH, 1:04−cv−07293−AKH,1:04−cv−07597−AKH,1:04−cv−07599−AKH,1:04−cv−07601−AKH,1:04−cv−07645−AKH, 1:04−cv−07647−AKH,1:04−cv−07725−AKH,1:04−cv−07727−AKH,1:04−cv−07903−AKH,1:04−cv−08034−AKH, 1:04−cv−08035−AKH,1:04−cv−08036−AKH,1:04−cv−08096−AKH,1:04−cv−08097−AKH,1:04−cv−08284−AKH |

```
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH
1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
```

1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH

1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH

```
1:05-cv-08876-AKH,1:05-cv-08877-AKH,1:05-cv-08879-AKH,1:05-cv-08898-AKH,1:05-cv-08899-AKH
1:05-cv-08931-AKH,1:05-cv-08932-AKH,1:05-cv-08933-AKH,1:05-cv-08934-AKH,1:05-cv-08935-AKH
1:05-cv-08937-AKH,1:05-cv-08939-AKH,1:05-cv-08940-AKH,1:05-cv-08941-AKH,1:05-cv-08942-AKH
1:05-cv-08943-AKH,1:05-cv-09030-AKH,1:05-cv-09033-AKH,1:05-cv-09034-AKH,1:05-cv-09035-AKH
1:05-cv-09036-AKH,1:05-cv-09037-AKH,1:05-cv-09038-AKH,1:05-cv-09039-AKH,1:05-cv-09040-AKH
1:05-cv-09041-AKH,1:05-cv-09042-AKH,1:05-cv-09043-AKH,1:05-cv-09044-AKH,1:05-cv-09046-AKH
1:05-cv-09047-AKH,1:05-cv-09140-AKH,1:05-cv-09141-AKH,1:05-cv-09161-AKH,1:05-cv-09190-AKH
1:05-cv-09224-AKH,1:05-cv-09328-AKH,1:05-cv-09329-AKH,1:05-cv-09330-AKH,1:05-cv-09331-AKH
1:05-cv-09332-AKH,1:05-cv-09333-AKH,1:05-cv-09336-AKH,1:05-cv-09337-AKH,1:05-cv-09338-AKH
1:05-cv-09339-AKH,1:05-cv-09340-AKH,1:05-cv-09341-AKH,1:05-cv-09396-AKH,1:05-cv-09397-AKH
1:05-cv-09399-AKH,1:05-cv-09400-AKH,1:05-cv-09401-AKH,1:05-cv-09497-AKH,1:05-cv-09627-AKH
1:05-cv-09628-AKH,1:05-cv-09629-AKH,1:05-cv-09630-AKH,1:05-cv-09631-AKH,1:05-cv-09633-AKH
1:05-cv-09634-AKH,1:05-cv-09636-AKH,1:05-cv-09637-AKH,1:05-cv-09639-AKH,1:05-cv-09686-AKH
1:05-cv-09688-AKH,1:05-cv-09690-AKH,1:05-cv-09692-AKH,1:05-cv-09694-AKH,1:05-cv-09695-AKH
1:05-cv-09696-AKH,1:05-cv-09697-AKH,1:05-cv-09698-AKH,1:05-cv-09820-AKH,1:05-cv-09821-AKH
1:05-cv-09826-AKH,1:05-cv-09827-AKH,1:05-cv-09828-AKH,1:05-cv-09829-AKH,1:05-cv-09862-AKH
1:05-cv-09863-AKH,1:05-cv-09864-AKH,1:05-cv-09865-AKH,1:05-cv-09866-AKH,1:05-cv-09867-AKH
1:05-cv-09868-AKH,1:05-cv-09869-AKH,1:05-cv-09870-AKH,1:05-cv-09871-AKH,1:05-cv-09872-AKH
1:05-cv-09873-AKH,1:05-cv-09874-AKH,1:05-cv-09876-AKH,1:05-cv-09877-AKH,1:05-cv-09878-AKH
1:05-cv-09879-AKH,1:05-cv-09880-AKH,1:05-cv-09951-AKH,1:05-cv-09952-AKH,1:05-cv-09953-AKH
1:05-cv-09954-AKH,1:05-cv-09955-AKH,1:05-cv-09956-AKH,1:05-cv-09957-AKH,1:05-cv-09958-AKH
1:05-cv-09959-AKH,1:05-cv-10135-AKH,1:05-cv-10195-AKH,1:05-cv-10362-AKH,1:05-cv-10363-AKH
1:05-cv-10365-AKH,1:05-cv-10366-AKH,1:05-cv-10367-AKH,1:05-cv-10368-AKH,1:05-cv-10369-AKH
1:05-cv-10370-AKH,1:05-cv-10371-AKH,1:05-cv-10372-AKH,1:05-cv-10373-AKH,1:05-cv-10374-AKH
1:05-cv-10375-AKH,1:05-cv-10376-AKH,1:05-cv-10377-AKH,1:05-cv-10378-AKH,1:05-cv-10386-AKH
1:05-cv-10387-AKH,1:05-cv-10388-AKH,1:05-cv-10389-AKH,1:05-cv-10390-AKH,1:05-cv-10391-AKH
1:05-cv-10392-AKH,1:05-cv-10690-AKH,1:05-cv-10691-AKH,1:05-cv-10692-AKH,1:05-cv-10741-AKH
1:05-cv-10743-AKH,1:05-cv-10748-AKH,1:05-cv-10749-AKH,1:05-cv-10750-AKH,1:05-cv-10751-AKH
1:05-cv-10752-AKH,1:06-cv-00060-AKH,1:06-cv-00061-AKH,1:06-cv-00062-AKH,1:06-cv-00063-AKH
1:06-cv-00064-AKH,1:06-cv-00065-AKH,1:06-cv-00066-AKH,1:06-cv-00067-AKH,1:06-cv-00068-AKH
1:06-cv-00069-AKH,1:06-cv-00070-AKH,1:06-cv-00123-AKH,1:06-cv-00124-AKH,1:06-cv-00125-AKH
1:06-cv-00126-AKH,1:06-cv-00127-AKH,1:06-cv-00128-AKH,1:06-cv-00129-AKH,1:06-cv-00130-AKH
1:06-cv-00131-AKH,1:06-cv-00132-AKH,1:06-cv-00133-AKH,1:06-cv-00140-AKH,1:06-cv-00177-AKH
1:06-cv-00459-AKH,1:06-cv-00645-AKH,1:06-cv-00646-AKH,1:06-cv-00647-AKH,1:06-cv-00735-AKH
1:06-cv-00736-AKH,1:06-cv-00816-AKH,1:06-cv-00817-AKH,1:06-cv-00819-AKH,1:06-cv-00820-AKH
1:06-cv-00821-AKH,1:06-cv-00995-AKH,1:06-cv-01099-AKH,1:06-cv-01100-AKH,1:06-cv-01102-AKH
1:06-cv-01116-AKH,1:06-cv-01117-AKH,1:06-cv-01118-AKH,1:06-cv-01119-AKH,1:06-cv-01120-AKH
1:06-cv-01121-AKH,1:06-cv-01122-AKH,1:06-cv-01340-AKH,1:06-cv-01341-AKH,1:06-cv-01511-AKH
1:06-cv-01647-AKH,1:06-cv-01648-AKH,1:06-cv-01649-AKH,1:06-cv-01650-AKH,1:06-cv-01651-AKH
1:06-cv-01652-AKH,1:06-cv-01653-AKH,1:06-cv-01654-AKH,1:06-cv-01656-AKH,1:06-cv-01657-AKH
1:06-cv-01658-AKH,1:06-cv-01659-AKH,1:06-cv-01660-AKH,1:06-cv-01661-AKH,1:06-cv-01662-AKH
1:06-cv-01667-AKH,1:06-cv-01668-AKH,1:06-cv-01669-AKH,1:06-cv-01670-AKH,1:06-cv-01672-AKH
1:06-cv-01673-AKH,1:06-cv-01674-AKH,1:06-cv-01675-AKH,1:06-cv-01676-AKH,1:06-cv-01890-AKH
1:06-cv-01891-AKH,1:06-cv-01892-AKH,1:06-cv-01894-AKH,1:06-cv-01954-AKH,1:06-cv-01955-AKH
1:06-cv-02080-AKH,1:06-cv-02086-AKH,1:06-cv-02218-AKH,1:06-cv-02219-AKH,1:06-cv-02220-AKH
1:06-cv-02221-AKH,1:06-cv-02252-AKH,1:06-cv-02285-AKH,1:06-cv-02286-AKH,1:06-cv-02287-AKH
1:06-cv-02521-AKH,1:06-cv-02523-AKH,1:06-cv-02524-AKH,1:06-cv-02525-AKH,1:06-cv-02526-AKH
1:06-cv-02529-AKH,1:06-cv-02664-AKH,1:06-cv-02698-AKH,1:06-cv-02699-AKH,1:06-cv-02700-AKH
1:06-cv-02748-AKH,1:06-cv-02817-AKH,1:06-cv-02881-AKH,1:06-cv-02882-AKH,1:06-cv-02883-AKH
1:06-cv-02884-AKH,1:06-cv-02885-AKH,1:06-cv-02886-AKH,1:06-cv-02887-AKH,1:06-cv-02888-AKH
1:06-cv-02889-AKH,1:06-cv-02890-AKH,1:06-cv-02891-AKH,1:06-cv-02892-AKH,1:06-cv-02959-AKH
1:06-cv-02960-AKH,1:06-cv-02961-AKH,1:06-cv-03230-AKH,1:06-cv-03231-AKH,1:06-cv-03232-AKH
1:06-cv-03234-AKH,1:06-cv-03236-AKH,1:06-cv-03237-AKH,1:06-cv-03299-AKH,1:06-cv-03301-AKH
1:06-cv-03309-AKH,1:06-cv-03310-AKH,1:06-cv-03311-AKH,1:06-cv-03312-AKH,1:06-cv-03313-AKH
1:06-cv-03315-AKH,1:06-cv-03416-AKH,1:06-cv-03417-AKH,1:06-cv-03418-AKH,1:06-cv-03421-AKH
1:06-cv-03845-AKH,1:06-cv-03847-AKH,1:06-cv-03848-AKH,1:06-cv-03849-AKH,1:06-cv-03850-AKH
1:06-cv-03873-AKH,1:06-cv-03874-AKH,1:06-cv-03875-AKH,1:06-cv-03876-AKH,1:06-cv-03878-AKH
1:06-cv-03879-AKH,1:06-cv-03880-AKH,1:06-cv-03900-AKH,1:06-cv-04042-AKH,1:06-cv-04043-AKH
1:06-cv-04044-AKH,1:06-cv-04046-AKH,1:06-cv-04104-AKH,1:06-cv-04105-AKH,1:06-cv-04375-AKH
1:06-cv-04376-AKH,1:06-cv-04378-AKH,1:06-cv-04379-AKH,1:06-cv-04380-AKH,1:06-cv-04381-AKH
1:06-cv-04382-AKH,1:06-cv-04383-AKH,1:06-cv-04407-AKH,1:06-cv-04408-AKH,1:06-cv-04425-AKH
1:06-cv-04702-AKH,1:06-cv-04704-AKH,1:06-cv-04735-AKH,1:06-cv-04736-AKH,1:06-cv-04737-AKH
1:06-cv-04738-AKH,1:06-cv-04740-AKH,1:06-cv-04741-AKH,1:06-cv-04742-AKH,1:06-cv-04743-AKH
1:06-cv-04744-AKH,1:06-cv-04745-AKH,1:06-cv-04746-AKH,1:06-cv-04884-AKH,1:06-cv-04885-AKH
```

1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH
1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH
1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
1:06–cv–06233–AKH,1:06–cv–06234–AKH,1:06–cv–06360–AKH,1:06–cv–06396–AKH,1:06–cv–06714–AKH
1:06–cv–06715–AKH,1:06–cv–06716–AKH,1:06–cv–06717–AKH,1:06–cv–06718–AKH,1:06–cv–06719–AKH
1:06–cv–06720–AKH,1:06–cv–06721–AKH,1:06–cv–06722–AKH,1:06–cv–06723–AKH,1:06–cv–06724–AKH
1:06–cv–06725–AKH,1:06–cv–06726–AKH,1:06–cv–06727–AKH,1:06–cv–06728–AKH,1:06–cv–06729–AKH
1:06–cv–06730–AKH,1:06–cv–06731–AKH,1:06–cv–06732–AKH,1:06–cv–06733–AKH,1:06–cv–06734–AKH
1:06–cv–06735–AKH,1:06–cv–06736–AKH,1:06–cv–06737–AKH,1:06–cv–06738–AKH,1:06–cv–06739–AKH
1:06–cv–06740–AKH,1:06–cv–06741–AKH,1:06–cv–06742–AKH,1:06–cv–06743–AKH,1:06–cv–06744–AKH
1:06–cv–06745–AKH,1:06–cv–06746–AKH,1:06–cv–06747–AKH,1:06–cv–06748–AKH,1:06–cv–06749–AKH
1:06–cv–06750–AKH,1:06–cv–06751–AKH,1:06–cv–06752–AKH,1:06–cv–06753–AKH,1:06–cv–06754–AKH
1:06–cv–06755–AKH,1:06–cv–06756–AKH,1:06–cv–06757–AKH,1:06–cv–06758–AKH,1:06–cv–06759–AKH
1:06–cv–06760–AKH,1:06–cv–06761–AKH,1:06–cv–06762–AKH,1:06–cv–06763–AKH,1:06–cv–06764–AKH
1:06–cv–06765–AKH,1:06–cv–06766–AKH,1:06–cv–06767–AKH,1:06–cv–06768–AKH,1:06–cv–06769–AKH
1:06–cv–06770–AKH,1:06–cv–06771–AKH,1:06–cv–06772–AKH,1:06–cv–06773–AKH,1:06–cv–06774–AKH
1:06–cv–06775–AKH,1:06–cv–06776–AKH,1:06–cv–06777–AKH,1:06–cv–06778–AKH,1:06–cv–06779–AKH
1:06–cv–06780–AKH,1:06–cv–06781–AKH,1:06–cv–06782–AKH,1:06–cv–06783–AKH,1:06–cv–06784–AKH
1:06–cv–06785–AKH,1:06–cv–06786–AKH,1:06–cv–06787–AKH,1:06–cv–06788–AKH,1:06–cv–06789–AKH
1:06–cv–06790–AKH,1:06–cv–06791–AKH,1:06–cv–06792–AKH,1:06–cv–06793–AKH,1:06–cv–06794–AKH
1:06–cv–06795–AKH,1:06–cv–06796–AKH,1:06–cv–06797–AKH,1:06–cv–06798–AKH,1:06–cv–06799–AKH
1:06–cv–06800–AKH,1:06–cv–06801–AKH,1:06–cv–06802–AKH,1:06–cv–06803–AKH,1:06–cv–06804–AKH
1:06–cv–06805–AKH,1:06–cv–06806–AKH,1:06–cv–06807–AKH,1:06–cv–06808–AKH,1:06–cv–06809–AKH
1:06–cv–06810–AKH,1:06–cv–06811–AKH,1:06–cv–06812–AKH,1:06–cv–06813–AKH,1:06–cv–06912–AKH
1:06–cv–06913–AKH,1:06–cv–06914–AKH,1:06–cv–06915–AKH,1:06–cv–06916–AKH,1:06–cv–06917–AKH
1:06–cv–06918–AKH,1:06–cv–06919–AKH,1:06–cv–06920–AKH,1:06–cv–06921–AKH,1:06–cv–07044–AKH
1:06–cv–07045–AKH,1:06–cv–07046–AKH,1:06–cv–07047–AKH,1:06–cv–07048–AKH,1:06–cv–07049–AKH
1:06–cv–07050–AKH,1:06–cv–07051–AKH,1:06–cv–07127–AKH,1:06–cv–07128–AKH,1:06–cv–07129–AKH
1:06–cv–07130–AKH,1:06–cv–07191–AKH,1:06–cv–07192–AKH,1:06–cv–07193–AKH,1:06–cv–07194–AKH
1:06–cv–07195–AKH,1:06–cv–07213–AKH,1:06–cv–07214–AKH,1:06–cv–07215–AKH,1:06–cv–07216–AKH
1:06–cv–07217–AKH,1:06–cv–07218–AKH,1:06–cv–07219–AKH,1:06–cv–07220–AKH,1:06–cv–07221–AKH
1:06–cv–07222–AKH,1:06–cv–07223–AKH,1:06–cv–07224–AKH,1:06–cv–07225–AKH,1:06–cv–07226–AKH
1:06–cv–07227–AKH,1:06–cv–07228–AKH,1:06–cv–07229–AKH,1:06–cv–07230–AKH,1:06–cv–07231–AKH
1:06–cv–07232–AKH,1:06–cv–07233–AKH,1:06–cv–07234–AKH,1:06–cv–07235–AKH,1:06–cv–07236–AKH
1:06–cv–07237–AKH,1:06–cv–07238–AKH,1:06–cv–07239–AKH,1:06–cv–07240–AKH,1:06–cv–07241–AKH
1:06–cv–07242–AKH,1:06–cv–07243–AKH,1:06–cv–07244–AKH,1:06–cv–07245–AKH,1:06–cv–07246–AKH
1:06–cv–07247–AKH,1:06–cv–07248–AKH,1:06–cv–07249–AKH,1:06–cv–07250–AKH,1:06–cv–07251–AKH
1:06–cv–07252–AKH,1:06–cv–07253–AKH,1:06–cv–07254–AKH,1:06–cv–07255–AKH,1:06–cv–07256–AKH
1:06–cv–07257–AKH,1:06–cv–07258–AKH,1:06–cv–07259–AKH,1:06–cv–07260–AKH,1:06–cv–07261–AKH
1:06–cv–07262–AKH,1:06–cv–07263–AKH,1:06–cv–07264–AKH,1:06–cv–07265–AKH,1:06–cv–07266–AKH
1:06–cv–07267–AKH,1:06–cv–07268–AKH,1:06–cv–07269–AKH,1:06–cv–07270–AKH,1:06–cv–07271–AKH
1:06–cv–07272–AKH,1:06–cv–07273–AKH,1:06–cv–07274–AKH,1:06–cv–07275–AKH,1:06–cv–07276–AKH
1:06–cv–07277–AKH,1:06–cv–07278–AKH,1:06–cv–07279–AKH,1:06–cv–07280–AKH,1:06–cv–07281–AKH
1:06–cv–07282–AKH,1:06–cv–07283–AKH,1:06–cv–07284–AKH,1:06–cv–07285–AKH,1:06–cv–07286–AKH
1:06–cv–07287–AKH,1:06–cv–07288–AKH,1:06–cv–07289–AKH,1:06–cv–07290–AKH,1:06–cv–07291–AKH
1:06–cv–07292–AKH,1:06–cv–07293–AKH,1:06–cv–07294–AKH,1:06–cv–07295–AKH,1:06–cv–07296–AKH
1:06–cv–07297–AKH,1:06–cv–07298–AKH,1:06–cv–07299–AKH,1:06–cv–07300–AKH,1:06–cv–07301–AKH
1:06–cv–07302–AKH,1:06–cv–07303–AKH,1:06–cv–07304–AKH,1:06–cv–07305–AKH,1:06–cv–07306–AKH
1:06–cv–07307–AKH,1:06–cv–07308–AKH,1:06–cv–07309–AKH,1:06–cv–07310–AKH,1:06–cv–07311–AKH
1:06–cv–07312–AKH,1:06–cv–07313–AKH,1:06–cv–07314–AKH,1:06–cv–07315–AKH,1:06–cv–07316–AKH
1:06–cv–07317–AKH,1:06–cv–07318–AKH,1:06–cv–07319–AKH,1:06–cv–07320–AKH,1:06–cv–07321–AKH
1:06–cv–07322–AKH,1:06–cv–07323–AKH,1:06–cv–07324–AKH,1:06–cv–07325–AKH,1:06–cv–07326–AKH
1:06–cv–07327–AKH,1:06–cv–07328–AKH,1:06–cv–07329–AKH,1:06–cv–07330–AKH,1:06–cv–07331–AKH
1:06–cv–07332–AKH,1:06–cv–07333–AKH,1:06–cv–07334–AKH,1:06–cv–07335–AKH,1:06–cv–07336–AKH
1:06–cv–07337–AKH,1:06–cv–07338–AKH,1:06–cv–07339–AKH,1:06–cv–07340–AKH,1:06–cv–07341–AKH
1:06–cv–07342–AKH,1:06–cv–07343–AKH,1:06–cv–07344–AKH,1:06–cv–07345–AKH,1:06–cv–07346–AKH
1:06–cv–07347–AKH,1:06–cv–07348–AKH,1:06–cv–07349–AKH,1:06–cv–07350–AKH,1:06–cv–07351–AKH
1:06–cv–07352–AKH,1:06–cv–07353–AKH,1:06–cv–07354–AKH,1:06–cv–07355–AKH,1:06–cv–07356–AKH
1:06–cv–07357–AKH,1:06–cv–07358–AKH,1:06–cv–07359–AKH,1:06–cv–07360–AKH,1:06–cv–07361–AKH
1:06–cv–07362–AKH,1:06–cv–07363–AKH,1:06–cv–07364–AKH,1:06–cv–07365–AKH,1:06–cv–07366–AKH
1:06–cv–07367–AKH,1:06–cv–07368–AKH,1:06–cv–07369–AKH,1:06–cv–07370–AKH,1:06–cv–07371–AKH

1:06–cv–07372–AKH,1:06–cv–07373–AKH,1:06–cv–07374–AKH,1:06–cv–07375–AKH,1:06–cv–07376–AKH
1:06–cv–07377–AKH,1:06–cv–07378–AKH,1:06–cv–07379–AKH,1:06–cv–07380–AKH,1:06–cv–07381–AKH
1:06–cv–07382–AKH,1:06–cv–07383–AKH,1:06–cv–07384–AKH,1:06–cv–07385–AKH,1:06–cv–07386–AKH
1:06–cv–07387–AKH,1:06–cv–07388–AKH,1:06–cv–07389–AKH,1:06–cv–07390–AKH,1:06–cv–07391–AKH
1:06–cv–07392–AKH,1:06–cv–07393–AKH,1:06–cv–07394–AKH,1:06–cv–07395–AKH,1:06–cv–07396–AKH
1:06–cv–07397–AKH,1:06–cv–07398–AKH,1:06–cv–07399–AKH,1:06–cv–07400–AKH,1:06–cv–07401–AKH
1:06–cv–07402–AKH,1:06–cv–07403–AKH,1:06–cv–07404–AKH,1:06–cv–07405–AKH,1:06–cv–07406–AKH
1:06–cv–07407–AKH,1:06–cv–07408–AKH,1:06–cv–07409–AKH,1:06–cv–07410–AKH,1:06–cv–07411–AKH
1:06–cv–07412–AKH,1:06–cv–07413–AKH,1:06–cv–07414–AKH,1:06–cv–07415–AKH,1:06–cv–07416–AKH
1:06–cv–07417–AKH,1:06–cv–07418–AKH,1:06–cv–07419–AKH,1:06–cv–07420–AKH,1:06–cv–07421–AKH
1:06–cv–07422–AKH,1:06–cv–07423–AKH,1:06–cv–07424–AKH,1:06–cv–07425–AKH,1:06–cv–07426–AKH
1:06–cv–07427–AKH,1:06–cv–07428–AKH,1:06–cv–07429–AKH,1:06–cv–07430–AKH,1:06–cv–07431–AKH
1:06–cv–07432–AKH,1:06–cv–07433–AKH,1:06–cv–07434–AKH,1:06–cv–07435–AKH,1:06–cv–07436–AKH
1:06–cv–07437–AKH,1:06–cv–07438–AKH,1:06–cv–07439–AKH,1:06–cv–07440–AKH,1:06–cv–07441–AKH
1:06–cv–07442–AKH,1:06–cv–07443–AKH,1:06–cv–07444–AKH,1:06–cv–07445–AKH,1:06–cv–07446–AKH
1:06–cv–07447–AKH,1:06–cv–07448–AKH,1:06–cv–07449–AKH,1:06–cv–07450–AKH,1:06–cv–07451–AKH
1:06–cv–07452–AKH,1:06–cv–07453–AKH,1:06–cv–07454–AKH,1:06–cv–07455–AKH,1:06–cv–07456–AKH
1:06–cv–07457–AKH,1:06–cv–07458–AKH,1:06–cv–07459–AKH,1:06–cv–07460–AKH,1:06–cv–07461–AKH
1:06–cv–07462–AKH,1:06–cv–07463–AKH,1:06–cv–07464–AKH,1:06–cv–07465–AKH,1:06–cv–07466–AKH
1:06–cv–07467–AKH,1:06–cv–07468–AKH,1:06–cv–07469–AKH,1:06–cv–07470–AKH,1:06–cv–07471–AKH
1:06–cv–07472–AKH,1:06–cv–07473–AKH,1:06–cv–07474–AKH,1:06–cv–07475–AKH,1:06–cv–07476–AKH
1:06–cv–07477–AKH,1:06–cv–07478–AKH,1:06–cv–07479–AKH,1:06–cv–07480–AKH,1:06–cv–07481–AKH
1:06–cv–07482–AKH–THK,1:06–cv–07483–AKH,1:06–cv–07484–AKH,1:06–cv–07485–AKH,1:06–cv–07486
1:06–cv–07487–AKH,1:06–cv–07488–AKH,1:06–cv–07489–AKH,1:06–cv–07490–AKH,1:06–cv–07491–AKH
1:06–cv–07492–AKH,1:06–cv–07493–AKH,1:06–cv–07494–AKH,1:06–cv–07495–AKH,1:06–cv–07496–AKH
1:06–cv–07497–AKH,1:06–cv–07498–AKH,1:06–cv–07499–AKH,1:06–cv–07500–AKH,1:06–cv–07501–AKH
1:06–cv–07502–AKH,1:06–cv–07503–AKH,1:06–cv–07504–AKH,1:06–cv–07505–AKH,1:06–cv–07506–AKH
1:06–cv–07507–AKH,1:06–cv–07508–AKH,1:06–cv–07509–AKH,1:06–cv–07510–AKH,1:06–cv–07511–AKH
1:06–cv–07512–AKH,1:06–cv–07513–AKH,1:06–cv–07514–AKH,1:06–cv–07515–AKH,1:06–cv–07516–AKH
1:06–cv–07517–AKH,1:06–cv–07518–AKH,1:06–cv–07519–AKH,1:06–cv–07520–AKH,1:06–cv–07521–AKH
1:06–cv–07522–AKH,1:06–cv–07523–AKH,1:06–cv–07524–AKH,1:06–cv–07525–AKH,1:06–cv–07526–AKH
1:06–cv–07527–AKH,1:06–cv–07528–AKH,1:06–cv–07529–AKH,1:06–cv–07530–AKH,1:06–cv–07531–AKH
1:06–cv–07532–AKH,1:06–cv–07533–AKH,1:06–cv–07534–AKH,1:06–cv–07535–AKH,1:06–cv–07536–AKH
1:06–cv–07537–AKH,1:06–cv–07538–AKH,1:06–cv–07539–AKH,1:06–cv–07540–AKH,1:06–cv–07541–AKH
1:06–cv–07542–AKH,1:06–cv–07543–AKH,1:06–cv–07544–AKH,1:06–cv–07545–AKH,1:06–cv–07546–AKH
1:06–cv–07547–AKH,1:06–cv–07548–AKH,1:06–cv–07549–AKH,1:06–cv–07550–AKH,1:06–cv–07551–AKH
1:06–cv–07552–AKH,1:06–cv–07553–AKH,1:06–cv–07554–AKH,1:06–cv–07555–AKH,1:06–cv–07556–AKH
1:06–cv–07557–AKH,1:06–cv–07558–AKH,1:06–cv–07559–AKH,1:06–cv–07560–AKH,1:06–cv–07561–AKH
1:06–cv–07562–AKH,1:06–cv–07563–AKH,1:06–cv–07564–AKH,1:06–cv–07565–AKH,1:06–cv–07566–AKH
1:06–cv–07567–AKH,1:06–cv–07568–AKH,1:06–cv–07569–AKH,1:06–cv–07570–AKH,1:06–cv–07571–AKH
1:06–cv–07572–AKH,1:06–cv–07573–AKH,1:06–cv–07574–AKH,1:06–cv–07575–AKH,1:06–cv–07576–AKH
1:06–cv–07577–AKH,1:06–cv–07578–AKH,1:06–cv–07579–AKH,1:06–cv–07580–AKH,1:06–cv–07650–AKH
1:06–cv–07652–AKH,1:06–cv–07653–AKH,1:06–cv–07654–AKH,1:06–cv–07655–AKH,1:06–cv–07656–AKH
1:06–cv–07721–AKH,1:06–cv–07730–AKH,1:06–cv–07731–AKH,1:06–cv–07892–AKH,1:06–cv–07893–AKH
1:06–cv–07914–AKH,1:06–cv–07915–AKH,1:06–cv–07916–AKH,1:06–cv–07917–AKH,1:06–cv–07918–AKH
1:06–cv–07919–AKH,1:06–cv–07920–AKH,1:06–cv–07922–AKH,1:06–cv–07937–AKH,1:06–cv–07938–AKH
1:06–cv–07940–AKH,1:06–cv–07948–AKH,1:06–cv–07951–AKH,1:06–cv–07958–AKH,1:06–cv–07965–AKH
1:06–cv–07967–AKH,1:06–cv–07970–AKH,1:06–cv–07973–AKH,1:06–cv–07978–AKH,1:06–cv–07979–AKH
1:06–cv–07985–AKH,1:06–cv–07987–AKH,1:06–cv–07989–AKH,1:06–cv–07996–AKH,1:06–cv–07997–AKH
1:06–cv–08004–AKH,1:06–cv–08007–AKH,1:06–cv–08010–AKH,1:06–cv–08012–AKH,1:06–cv–08016–AKH
1:06–cv–08018–AKH,1:06–cv–08019–AKH,1:06–cv–08021–AKH,1:06–cv–08022–AKH,1:06–cv–08025–AKH
1:06–cv–08026–AKH,1:06–cv–08032–AKH,1:06–cv–08033–AKH,1:06–cv–08034–AKH,1:06–cv–08037–AKH
1:06–cv–08038–AKH,1:06–cv–08052–AKH,1:06–cv–08061–AKH,1:06–cv–08064–AKH,1:06–cv–08068–AKH
1:06–cv–08070–AKH,1:06–cv–08073–AKH,1:06–cv–08074–AKH,1:06–cv–08075–AKH,1:06–cv–08078–AKH
1:06–cv–08079–AKH,1:06–cv–08082–AKH,1:06–cv–08090–AKH,1:06–cv–08091–AKH,1:06–cv–08092–AKH
1:06–cv–08094–AKH,1:06–cv–08099–AKH,1:06–cv–08100–AKH,1:06–cv–08104–AKH,1:06–cv–08107–AKH
1:06–cv–08109–AKH,1:06–cv–08110–AKH,1:06–cv–08113–AKH,1:06–cv–08114–AKH,1:06–cv–08117–AKH
1:06–cv–08118–AKH,1:06–cv–08122–AKH,1:06–cv–08328–AKH,1:06–cv–08329–AKH,1:06–cv–08330–AKH
1:06–cv–08331–AKH,1:06–cv–08332–AKH,1:06–cv–08333–AKH,1:06–cv–08334–AKH,1:06–cv–08335–AKH
1:06–cv–08336–AKH,1:06–cv–08337–AKH,1:06–cv–08338–AKH,1:06–cv–08339–AKH,1:06–cv–08340–AKH
1:06–cv–08341–AKH,1:06–cv–08342–AKH,1:06–cv–08343–AKH,1:06–cv–08344–AKH,1:06–cv–08345–AKH
1:06–cv–08346–AKH,1:06–cv–08347–AKH,1:06–cv–08348–AKH,1:06–cv–08349–AKH,1:06–cv–08350–AKH
1:06–cv–08351–AKH,1:06–cv–08352–AKH,1:06–cv–08353–AKH,1:06–cv–08354–AKH,1:06–cv–08355–AKH
1:06–cv–08356–AKH,1:06–cv–08357–AKH,1:06–cv–08358–AKH,1:06–cv–08359–AKH,1:06–cv–08360–AKH

```
1:06–cv–08361–AKH,1:06–cv–08362–AKH,1:06–cv–08363–AKH,1:06–cv–08364–AKH,1:06–cv–08365–AKH
1:06–cv–08366–AKH,1:06–cv–08367–AKH,1:06–cv–08368–AKH,1:06–cv–08369–AKH,1:06–cv–08370–AKH
1:06–cv–08371–AKH,1:06–cv–08372–AKH,1:06–cv–08373–AKH,1:06–cv–08374–AKH,1:06–cv–08375–AKH
1:06–cv–08376–AKH,1:06–cv–08377–AKH,1:06–cv–08378–AKH,1:06–cv–08379–AKH,1:06–cv–08380–AKH
1:06–cv–08381–AKH,1:06–cv–08382–AKH,1:06–cv–08383–AKH,1:06–cv–08384–AKH,1:06–cv–08385–AKH
1:06–cv–08386–AKH,1:06–cv–08387–AKH,1:06–cv–08388–AKH,1:06–cv–08389–AKH,1:06–cv–08390–AKH
1:06–cv–08391–AKH,1:06–cv–08392–AKH,1:06–cv–08393–AKH,1:06–cv–08394–AKH,1:06–cv–08395–AKH
1:06–cv–08396–AKH,1:06–cv–08397–AKH,1:06–cv–08398–AKH,1:06–cv–08399–AKH,1:06–cv–08400–AKH
1:06–cv–08401–AKH,1:06–cv–08402–AKH,1:06–cv–08403–AKH,1:06–cv–08404–AKH,1:06–cv–08405–AKH
1:06–cv–08406–AKH,1:06–cv–08407–AKH,1:06–cv–08408–AKH,1:06–cv–08409–AKH,1:06–cv–08410–AKH
1:06–cv–08411–AKH,1:06–cv–08412–AKH,1:06–cv–08413–AKH,1:06–cv–08414–AKH,1:06–cv–08415–AKH
1:06–cv–08416–AKH,1:06–cv–08417–AKH,1:06–cv–08418–AKH,1:06–cv–08419–AKH,1:06–cv–08420–AKH
1:06–cv–08421–AKH,1:06–cv–08422–AKH,1:06–cv–08423–AKH,1:06–cv–08424–AKH,1:06–cv–08425–AKH
1:06–cv–08426–AKH,1:06–cv–08427–AKH,1:06–cv–08428–AKH,1:06–cv–08429–AKH,1:06–cv–08430–AKH
1:06–cv–08431–AKH,1:06–cv–08432–AKH,1:06–cv–08433–AKH,1:06–cv–08434–AKH,1:06–cv–08435–AKH
1:06–cv–08436–AKH,1:06–cv–08437–AKH,1:06–cv–08438–AKH,1:06–cv–08439–AKH,1:06–cv–08440–AKH
1:06–cv–08441–AKH,1:06–cv–08442–AKH,1:06–cv–08443–AKH,1:06–cv–08444–AKH,1:06–cv–08445–AKH
1:06–cv–08446–AKH,1:06–cv–08447–AKH,1:06–cv–08448–AKH,1:06–cv–08449–AKH,1:06–cv–08450–AKH
1:06–cv–08451–AKH,1:06–cv–08452–AKH,1:06–cv–08453–AKH,1:06–cv–08454–AKH,1:06–cv–08455–AKH
1:06–cv–08456–AKH,1:06–cv–08457–AKH,1:06–cv–08458–AKH,1:06–cv–08459–AKH,1:06–cv–08460–AKH
1:06–cv–08461–AKH,1:06–cv–08462–AKH,1:06–cv–08463–AKH,1:06–cv–08464–AKH,1:06–cv–08465–AKH
1:06–cv–08466–AKH,1:06–cv–08467–AKH,1:06–cv–08468–AKH,1:06–cv–08469–AKH,1:06–cv–08470–AKH
1:06–cv–08471–AKH,1:06–cv–08472–AKH,1:06–cv–08473–AKH,1:06–cv–08474–AKH,1:06–cv–08475–AKH
1:06–cv–08476–AKH,1:06–cv–08477–AKH,1:06–cv–08478–AKH,1:06–cv–08479–AKH,1:06–cv–08480–AKH
1:06–cv–08481–AKH,1:06–cv–08482–AKH,1:06–cv–08483–AKH,1:06–cv–08484–AKH,1:06–cv–08485–AKH
1:06–cv–08486–AKH,1:06–cv–08487–AKH,1:06–cv–08488–AKH,1:06–cv–08489–AKH,1:06–cv–08490–AKH
1:06–cv–08491–AKH,1:06–cv–08492–AKH,1:06–cv–08493–AKH,1:06–cv–08494–AKH,1:06–cv–08495–AKH
1:06–cv–08496–AKH,1:06–cv–08497–AKH,1:06–cv–08498–AKH,1:06–cv–08499–AKH,1:06–cv–08500–AKH
1:06–cv–08501–AKH,1:06–cv–08502–AKH,1:06–cv–08503–AKH,1:06–cv–08504–AKH,1:06–cv–08505–AKH
1:06–cv–08506–AKH,1:06–cv–08507–AKH,1:06–cv–08508–AKH,1:06–cv–08509–AKH,1:06–cv–08510–AKH
1:06–cv–08511–AKH,1:06–cv–08512–AKH,1:06–cv–08513–AKH,1:06–cv–08514–AKH,1:06–cv–08515–AKH
1:06–cv–08516–AKH,1:06–cv–08517–AKH,1:06–cv–08518–AKH,1:06–cv–08519–AKH,1:06–cv–08520–AKH
1:06–cv–08521–AKH,1:06–cv–08522–AKH,1:06–cv–08523–AKH,1:06–cv–08524–AKH,1:06–cv–08525–AKH
1:06–cv–08526–AKH,1:06–cv–08527–AKH,1:06–cv–08528–AKH,1:06–cv–08529–AKH,1:06–cv–08530–AKH
1:06–cv–08531–AKH,1:06–cv–08532–AKH,1:06–cv–08533–AKH,1:06–cv–08534–AKH,1:06–cv–08535–AKH
1:06–cv–08536–AKH,1:06–cv–08537–AKH,1:06–cv–08538–AKH,1:06–cv–08539–AKH,1:06–cv–08540–AKH
1:06–cv–08541–AKH,1:06–cv–08542–AKH,1:06–cv–08543–AKH,1:06–cv–08544–AKH,1:06–cv–08545–AKH
1:06–cv–08546–AKH,1:06–cv–08547–AKH,1:06–cv–08548–AKH,1:06–cv–08549–AKH,1:06–cv–08550–AKH
1:06–cv–08551–AKH,1:06–cv–08552–AKH,1:06–cv–08553–AKH,1:06–cv–08554–AKH,1:06–cv–08555–AKH
1:06–cv–08556–AKH,1:06–cv–08557–AKH,1:06–cv–08558–AKH,1:06–cv–08559–AKH,1:06–cv–08560–AKH
1:06–cv–08561–AKH,1:06–cv–08562–AKH,1:06–cv–08563–AKH,1:06–cv–08564–AKH,1:06–cv–08565–AKH
1:06–cv–08566–AKH,1:06–cv–08567–AKH,1:06–cv–08568–AKH,1:06–cv–08569–AKH,1:06–cv–08570–AKH
1:06–cv–08571–AKH,1:06–cv–08572–AKH,1:06–cv–08573–AKH,1:06–cv–08574–AKH,1:06–cv–08575–AKH
1:06–cv–08576–AKH,1:06–cv–08577–AKH,1:06–cv–08578–AKH,1:06–cv–08579–AKH,1:06–cv–08580–AKH
1:06–cv–08581–AKH,1:06–cv–08582–AKH,1:06–cv–08583–AKH,1:06–cv–08584–AKH,1:06–cv–08585–AKH
1:06–cv–08586–AKH,1:06–cv–08587–AKH,1:06–cv–08588–AKH,1:06–cv–08589–AKH,1:06–cv–08590–AKH
1:06–cv–08591–AKH,1:06–cv–08592–AKH,1:06–cv–08593–AKH,1:06–cv–08594–AKH,1:06–cv–08595–AKH
1:06–cv–08596–AKH,1:06–cv–08597–AKH,1:06–cv–08598–AKH,1:06–cv–08599–AKH,1:06–cv–08600–AKH
1:06–cv–08601–AKH,1:06–cv–08602–AKH,1:06–cv–08603–AKH,1:06–cv–08604–AKH,1:06–cv–08605–AKH
1:06–cv–08606–AKH,1:06–cv–08607–AKH,1:06–cv–08608–AKH,1:06–cv–08609–AKH,1:06–cv–08610–AKH
1:06–cv–08611–AKH,1:06–cv–08612–AKH,1:06–cv–08613–AKH,1:06–cv–08614–AKH,1:06–cv–08615–AKH
1:06–cv–08616–AKH,1:06–cv–08617–AKH,1:06–cv–08618–AKH,1:06–cv–08619–AKH,1:06–cv–08620–AKH
1:06–cv–08621–AKH,1:06–cv–08622–AKH,1:06–cv–08623–AKH,1:06–cv–08624–AKH,1:06–cv–08625–AKH
1:06–cv–08626–AKH,1:06–cv–08627–AKH,1:06–cv–08628–AKH,1:06–cv–08629–AKH,1:06–cv–08630–AKH
1:06–cv–08631–AKH,1:06–cv–08632–AKH,1:06–cv–08633–AKH,1:06–cv–08634–AKH,1:06–cv–08635–AKH
1:06–cv–08636–AKH,1:06–cv–08637–AKH,1:06–cv–08638–AKH,1:06–cv–08639–AKH,1:06–cv–08640–AKH
1:06–cv–08641–AKH,1:06–cv–08642–AKH,1:06–cv–08643–AKH,1:06–cv–08644–AKH,1:06–cv–08645–AKH
1:06–cv–08646–AKH,1:06–cv–08647–AKH,1:06–cv–08648–AKH,1:06–cv–08649–AKH,1:06–cv–08650–AKH
1:06–cv–08652–AKH,1:06–cv–08653–AKH,1:06–cv–08654–AKH,1:06–cv–08656–AKH,1:06–cv–08657–AKH
1:06–cv–08658–AKH,1:06–cv–08660–AKH,1:06–cv–08661–AKH,1:06–cv–08662–AKH,1:06–cv–08663–AKH
1:06–cv–08664–AKH,1:06–cv–08665–AKH,1:06–cv–08666–AKH,1:06–cv–08667–AKH,1:06–cv–08668–AKH
1:06–cv–08669–AKH,1:06–cv–08670–AKH,1:06–cv–08671–AKH,1:06–cv–08672–AKH,1:06–cv–08673–AKH
1:06–cv–08674–AKH,1:06–cv–08675–AKH,1:06–cv–08676–AKH,1:06–cv–08677–AKH,1:06–cv–08678–AKH
1:06–cv–08679–AKH,1:06–cv–08680–AKH,1:06–cv–08681–AKH,1:06–cv–08682–AKH,1:06–cv–08683–AKH
```

```
1:06-cv-08684-AKH,1:06-cv-08685-AKH,1:06-cv-08686-AKH,1:06-cv-08687-AKH,1:06-cv-08688-AKH
1:06-cv-08689-AKH,1:06-cv-08690-AKH,1:06-cv-08691-AKH,1:06-cv-08692-AKH,1:06-cv-08693-AKH
1:06-cv-08694-AKH,1:06-cv-08695-AKH,1:06-cv-08696-AKH,1:06-cv-08697-AKH,1:06-cv-08698-AKH
1:06-cv-08699-AKH,1:06-cv-08700-AKH,1:06-cv-08701-AKH,1:06-cv-08702-AKH,1:06-cv-08703-AKH
1:06-cv-08704-AKH,1:06-cv-08722-AKH,1:06-cv-08723-AKH,1:06-cv-08724-AKH,1:06-cv-08725-AKH
1:06-cv-08726-AKH,1:06-cv-08727-AKH,1:06-cv-08728-AKH,1:06-cv-08729-AKH,1:06-cv-08730-AKH
1:06-cv-08731-AKH,1:06-cv-08732-AKH,1:06-cv-08733-AKH,1:06-cv-08734-AKH,1:06-cv-08735-AKH
1:06-cv-08736-AKH,1:06-cv-08737-AKH,1:06-cv-08738-AKH,1:06-cv-08739-AKH,1:06-cv-08740-AKH
1:06-cv-08741-AKH,1:06-cv-08742-AKH,1:06-cv-08743-AKH,1:06-cv-08744-AKH,1:06-cv-08745-AKH
1:06-cv-08746-AKH,1:06-cv-08747-AKH,1:06-cv-08748-AKH,1:06-cv-08749-AKH,1:06-cv-08750-AKH
1:06-cv-08751-AKH,1:06-cv-08752-AKH,1:06-cv-08753-AKH,1:06-cv-08754-AKH,1:06-cv-08755-AKH
1:06-cv-08756-AKH,1:06-cv-08757-AKH,1:06-cv-08758-AKH,1:06-cv-08759-AKH,1:06-cv-08760-AKH
1:06-cv-08761-AKH,1:06-cv-08762-AKH,1:06-cv-08763-AKH,1:06-cv-08764-AKH,1:06-cv-08765-AKH
1:06-cv-08766-AKH,1:06-cv-08767-AKH,1:06-cv-08768-AKH,1:06-cv-08769-AKH,1:06-cv-08770-AKH
1:06-cv-08771-AKH,1:06-cv-08772-AKH,1:06-cv-08773-AKH,1:06-cv-08774-AKH,1:06-cv-08775-AKH
1:06-cv-08776-AKH,1:06-cv-08777-AKH,1:06-cv-08778-AKH,1:06-cv-08779-AKH,1:06-cv-08780-AKH
1:06-cv-08781-AKH,1:06-cv-08782-AKH,1:06-cv-08783-AKH,1:06-cv-08784-AKH,1:06-cv-08785-AKH
1:06-cv-08786-AKH,1:06-cv-08787-AKH,1:06-cv-08788-AKH,1:06-cv-08789-AKH,1:06-cv-08790-AKH
1:06-cv-08791-AKH,1:06-cv-08792-AKH,1:06-cv-08793-AKH,1:06-cv-08794-AKH,1:06-cv-08795-AKH
1:06-cv-08796-AKH,1:06-cv-08797-AKH,1:06-cv-08798-AKH,1:06-cv-08799-AKH,1:06-cv-08800-AKH
1:06-cv-08801-AKH,1:06-cv-08802-AKH,1:06-cv-08803-AKH,1:06-cv-08804-AKH,1:06-cv-08805-AKH
1:06-cv-08806-AKH,1:06-cv-08807-AKH,1:06-cv-08808-AKH,1:06-cv-08809-AKH,1:06-cv-08810-AKH
1:06-cv-08811-AKH,1:06-cv-08812-AKH,1:06-cv-08813-AKH,1:06-cv-08814-AKH,1:06-cv-08815-AKH
1:06-cv-08816-AKH,1:06-cv-08817-AKH,1:06-cv-08818-AKH,1:06-cv-08819-AKH,1:06-cv-08820-AKH
1:06-cv-08821-AKH,1:06-cv-08822-AKH,1:06-cv-08823-AKH,1:06-cv-08824-AKH,1:06-cv-08825-AKH
1:06-cv-08826-AKH,1:06-cv-08827-AKH,1:06-cv-08828-AKH,1:06-cv-08829-AKH,1:06-cv-08830-AKH
1:06-cv-08831-AKH,1:06-cv-08832-AKH,1:06-cv-08833-AKH,1:06-cv-08834-AKH,1:06-cv-08835-AKH
1:06-cv-08836-AKH,1:06-cv-08837-AKH,1:06-cv-08838-AKH,1:06-cv-08839-AKH,1:06-cv-08840-AKH
1:06-cv-08841-AKH,1:06-cv-08842-AKH,1:06-cv-08843-AKH,1:06-cv-08844-AKH,1:06-cv-08845-AKH
1:06-cv-08846-AKH,1:06-cv-08847-AKH,1:06-cv-08848-AKH,1:06-cv-08849-AKH,1:06-cv-08850-AKH
1:06-cv-08851-AKH,1:06-cv-08852-AKH,1:06-cv-08853-AKH,1:06-cv-08854-AKH,1:06-cv-08855-AKH
1:06-cv-08856-AKH,1:06-cv-08857-AKH,1:06-cv-08858-AKH,1:06-cv-08859-AKH,1:06-cv-08860-AKH
1:06-cv-08861-AKH,1:06-cv-08862-AKH,1:06-cv-08863-AKH,1:06-cv-08864-AKH,1:06-cv-08865-AKH
1:06-cv-08866-AKH,1:06-cv-08867-AKH,1:06-cv-08868-AKH,1:06-cv-08869-AKH,1:06-cv-08870-AKH
1:06-cv-08871-AKH,1:06-cv-08872-AKH,1:06-cv-08873-AKH,1:06-cv-08874-AKH,1:06-cv-08875-AKH
1:06-cv-08876-AKH,1:06-cv-08877-AKH,1:06-cv-08878-AKH,1:06-cv-08879-AKH,1:06-cv-08880-AKH
1:06-cv-08881-AKH,1:06-cv-08882-AKH,1:06-cv-08883-AKH,1:06-cv-08884-AKH,1:06-cv-08885-AKH
1:06-cv-08886-AKH,1:06-cv-08887-AKH,1:06-cv-08888-AKH,1:06-cv-08889-AKH,1:06-cv-08890-AKH
1:06-cv-08891-AKH,1:06-cv-08892-AKH,1:06-cv-08893-AKH,1:06-cv-08894-AKH,1:06-cv-08895-AKH
1:06-cv-08896-AKH,1:06-cv-08897-AKH,1:06-cv-08898-AKH,1:06-cv-08899-AKH,1:06-cv-08900-AKH
1:06-cv-08901-AKH,1:06-cv-08902-AKH,1:06-cv-08903-AKH,1:06-cv-08904-AKH,1:06-cv-08905-AKH
1:06-cv-08906-AKH,1:06-cv-08907-AKH,1:06-cv-08908-AKH,1:06-cv-08909-AKH,1:06-cv-08910-AKH
1:06-cv-08911-AKH,1:06-cv-08912-AKH,1:06-cv-08913-AKH,1:06-cv-08914-AKH,1:06-cv-08915-AKH
1:06-cv-08916-AKH,1:06-cv-08917-AKH,1:06-cv-08918-AKH,1:06-cv-08919-AKH,1:06-cv-08920-AKH
1:06-cv-08921-AKH,1:06-cv-08922-AKH,1:06-cv-08923-AKH,1:06-cv-08924-AKH,1:06-cv-08925-AKH
1:06-cv-08926-AKH,1:06-cv-08927-AKH,1:06-cv-08928-AKH,1:06-cv-08929-AKH,1:06-cv-08930-AKH
1:06-cv-08931-AKH,1:06-cv-08932-AKH,1:06-cv-08933-AKH,1:06-cv-08934-AKH,1:06-cv-08935-AKH
1:06-cv-08936-AKH,1:06-cv-08937-AKH,1:06-cv-08938-AKH,1:06-cv-08939-AKH,1:06-cv-08940-AKH
1:06-cv-08941-AKH,1:06-cv-08942-AKH,1:06-cv-08943-AKH,1:06-cv-08944-AKH,1:06-cv-08945-AKH
1:06-cv-08946-AKH,1:06-cv-08947-AKH,1:06-cv-08948-AKH,1:06-cv-08949-AKH,1:06-cv-08950-AKH
1:06-cv-08951-AKH,1:06-cv-08952-AKH,1:06-cv-08953-AKH,1:06-cv-08954-AKH,1:06-cv-08955-AKH
1:06-cv-08956-AKH,1:06-cv-08957-AKH,1:06-cv-08958-AKH,1:06-cv-08959-AKH,1:06-cv-08960-AKH
1:06-cv-08961-AKH,1:06-cv-08962-AKH,1:06-cv-08963-AKH,1:06-cv-08964-AKH,1:06-cv-08965-AKH
1:06-cv-08966-AKH,1:06-cv-08967-AKH,1:06-cv-08968-AKH,1:06-cv-08969-AKH,1:06-cv-08970-AKH
1:06-cv-08971-AKH,1:06-cv-08972-AKH,1:06-cv-08973-AKH,1:06-cv-08974-AKH,1:06-cv-08975-AKH
1:06-cv-08976-AKH,1:06-cv-08977-AKH,1:06-cv-08978-AKH,1:06-cv-08979-AKH,1:06-cv-08980-AKH
1:06-cv-08981-AKH,1:06-cv-08982-AKH,1:06-cv-08983-AKH,1:06-cv-08984-AKH,1:06-cv-08985-AKH
1:06-cv-08986-AKH,1:06-cv-08987-AKH,1:06-cv-08988-AKH,1:06-cv-08989-AKH,1:06-cv-08990-AKH
1:06-cv-08991-AKH,1:06-cv-08992-AKH,1:06-cv-08993-AKH,1:06-cv-08994-AKH,1:06-cv-08995-AKH
1:06-cv-08996-AKH,1:06-cv-08997-AKH,1:06-cv-08998-AKH,1:06-cv-08999-AKH,1:06-cv-09000-AKH
1:06-cv-09001-AKH,1:06-cv-09002-AKH,1:06-cv-09003-AKH,1:06-cv-09004-AKH,1:06-cv-09005-AKH
1:06-cv-09006-AKH,1:06-cv-09007-AKH,1:06-cv-09008-AKH,1:06-cv-09009-AKH,1:06-cv-09010-AKH
1:06-cv-09011-AKH,1:06-cv-09012-AKH,1:06-cv-09013-AKH,1:06-cv-09014-AKH,1:06-cv-09015-AKH
1:06-cv-09016-AKH,1:06-cv-09017-AKH,1:06-cv-09018-AKH,1:06-cv-09019-AKH,1:06-cv-09020-AKH
```

1:06–cv–09021–AKH,1:06–cv–09022–AKH,1:06–cv–09023–AKH,1:06–cv–09024–AKH,1:06–cv–09025–AKH
1:06–cv–09026–AKH,1:06–cv–09027–AKH,1:06–cv–09028–AKH,1:06–cv–09029–AKH,1:06–cv–09030–AKH
1:06–cv–09031–AKH,1:06–cv–09032–AKH,1:06–cv–09033–AKH,1:06–cv–09034–AKH,1:06–cv–09035–AKH
1:06–cv–09036–AKH,1:06–cv–09037–AKH,1:06–cv–09038–AKH,1:06–cv–09039–AKH,1:06–cv–09040–AKH
1:06–cv–09041–AKH,1:06–cv–09042–AKH,1:06–cv–09043–AKH,1:06–cv–09044–AKH,1:06–cv–09045–AKH
1:06–cv–09046–AKH,1:06–cv–09047–AKH,1:06–cv–09048–AKH,1:06–cv–09049–AKH,1:06–cv–09050–AKH
1:06–cv–09051–AKH,1:06–cv–09052–AKH,1:06–cv–09053–AKH,1:06–cv–09054–AKH,1:06–cv–09055–AKH
1:06–cv–09056–AKH,1:06–cv–09057–AKH,1:06–cv–09058–AKH,1:06–cv–09059–AKH,1:06–cv–09060–AKH
1:06–cv–09061–AKH,1:06–cv–09062–AKH,1:06–cv–09063–AKH,1:06–cv–09064–AKH,1:06–cv–09065–AKH
1:06–cv–09066–AKH,1:06–cv–09067–AKH,1:06–cv–09068–AKH,1:06–cv–09069–AKH,1:06–cv–09070–AKH
1:06–cv–09071–AKH,1:06–cv–09072–AKH,1:06–cv–09073–AKH,1:06–cv–09074–AKH,1:06–cv–09075–AKH
1:06–cv–09076–AKH,1:06–cv–09077–AKH,1:06–cv–09078–AKH,1:06–cv–09079–AKH,1:06–cv–09080–AKH
1:06–cv–09081–AKH,1:06–cv–09082–AKH,1:06–cv–09083–AKH,1:06–cv–09084–AKH,1:06–cv–09085–AKH
1:06–cv–09086–AKH,1:06–cv–09087–AKH,1:06–cv–09088–AKH,1:06–cv–09089–AKH,1:06–cv–09090–AKH
1:06–cv–09091–AKH,1:06–cv–09092–AKH,1:06–cv–09093–AKH,1:06–cv–09094–AKH,1:06–cv–09095–AKH
1:06–cv–09096–AKH,1:06–cv–09097–AKH,1:06–cv–09098–AKH,1:06–cv–09099–AKH,1:06–cv–09100–AKH
1:06–cv–09101–AKH,1:06–cv–09102–AKH,1:06–cv–09103–AKH,1:06–cv–09104–AKH,1:06–cv–09105–AKH
1:06–cv–09106–AKH,1:06–cv–09107–AKH,1:06–cv–09108–AKH,1:06–cv–09109–AKH,1:06–cv–09110–AKH
1:06–cv–09111–AKH,1:06–cv–09112–AKH,1:06–cv–09113–AKH,1:06–cv–09114–AKH,1:06–cv–09115–AKH
1:06–cv–09116–AKH,1:06–cv–09117–AKH,1:06–cv–09118–AKH,1:06–cv–09119–AKH,1:06–cv–09120–AKH
1:06–cv–09121–AKH,1:06–cv–09122–AKH,1:06–cv–09123–AKH,1:06–cv–09124–AKH,1:06–cv–09125–AKH
1:06–cv–09126–AKH,1:06–cv–09127–AKH,1:06–cv–09128–AKH,1:06–cv–09129–AKH,1:06–cv–09130–AKH
1:06–cv–09131–AKH,1:06–cv–09132–AKH,1:06–cv–09133–AKH,1:06–cv–09134–AKH,1:06–cv–09135–AKH
1:06–cv–09136–AKH,1:06–cv–09137–AKH,1:06–cv–09138–AKH,1:06–cv–09139–AKH,1:06–cv–09140–AKH
1:06–cv–09141–AKH,1:06–cv–09142–AKH,1:06–cv–09143–AKH,1:06–cv–09144–AKH,1:06–cv–09145–AKH
1:06–cv–09146–AKH,1:06–cv–09147–AKH,1:06–cv–09148–AKH,1:06–cv–09149–AKH,1:06–cv–09150–AKH
1:06–cv–09151–AKH,1:06–cv–09152–AKH,1:06–cv–09153–AKH,1:06–cv–09154–AKH,1:06–cv–09155–AKH
1:06–cv–09156–AKH,1:06–cv–09157–AKH,1:06–cv–09158–AKH,1:06–cv–09159–AKH,1:06–cv–09160–AKH
1:06–cv–09161–AKH,1:06–cv–09162–AKH,1:06–cv–09163–AKH,1:06–cv–09164–AKH,1:06–cv–09165–AKH
1:06–cv–09166–AKH,1:06–cv–09167–AKH,1:06–cv–09168–AKH,1:06–cv–09169–AKH,1:06–cv–09170–AKH
1:06–cv–09171–AKH,1:06–cv–09172–AKH,1:06–cv–09173–AKH,1:06–cv–09174–AKH,1:06–cv–09175–AKH
1:06–cv–09176–AKH,1:06–cv–09177–AKH,1:06–cv–09178–AKH,1:06–cv–09179–AKH,1:06–cv–09180–AKH
1:06–cv–09181–AKH,1:06–cv–09182–AKH,1:06–cv–09183–AKH,1:06–cv–09184–AKH,1:06–cv–09185–AKH
1:06–cv–09186–AKH,1:06–cv–09187–AKH,1:06–cv–09188–AKH,1:06–cv–09189–AKH,1:06–cv–09190–AKH
1:06–cv–09191–AKH,1:06–cv–09192–AKH,1:06–cv–09193–AKH,1:06–cv–09194–AKH,1:06–cv–09195–AKH
1:06–cv–09196–AKH,1:06–cv–09197–AKH,1:06–cv–09198–AKH,1:06–cv–09199–AKH,1:06–cv–09200–AKH
1:06–cv–09201–AKH,1:06–cv–09202–AKH,1:06–cv–09203–AKH,1:06–cv–09204–AKH,1:06–cv–09205–AKH
1:06–cv–09206–AKH,1:06–cv–09207–AKH,1:06–cv–09208–AKH,1:06–cv–09209–AKH,1:06–cv–09210–AKH
1:06–cv–09211–AKH,1:06–cv–09212–AKH,1:06–cv–09213–AKH,1:06–cv–09214–AKH,1:06–cv–09215–AKH
1:06–cv–09216–AKH,1:06–cv–09217–AKH,1:06–cv–09218–AKH,1:06–cv–09219–AKH,1:06–cv–09220–AKH
1:06–cv–09221–AKH,1:06–cv–09222–AKH,1:06–cv–09223–AKH,1:06–cv–09224–AKH,1:06–cv–09225–AKH
1:06–cv–09226–AKH,1:06–cv–09227–AKH,1:06–cv–09228–AKH,1:06–cv–09229–AKH,1:06–cv–09230–AKH
1:06–cv–09231–AKH,1:06–cv–09232–AKH,1:06–cv–09233–AKH,1:06–cv–09234–AKH,1:06–cv–09235–AKH
1:06–cv–09236–AKH,1:06–cv–09237–AKH,1:06–cv–09238–AKH,1:06–cv–09239–AKH,1:06–cv–09240–AKH
1:06–cv–09241–AKH,1:06–cv–09242–AKH,1:06–cv–09243–AKH,1:06–cv–09244–AKH,1:06–cv–09245–AKH
1:06–cv–09246–AKH,1:06–cv–09247–AKH,1:06–cv–09248–AKH,1:06–cv–09249–AKH,1:06–cv–09250–AKH
1:06–cv–09251–AKH,1:06–cv–09252–AKH,1:06–cv–09253–AKH,1:06–cv–09254–AKH,1:06–cv–09255–AKH
1:06–cv–09256–AKH,1:06–cv–09257–AKH,1:06–cv–09258–AKH,1:06–cv–09259–AKH,1:06–cv–09260–AKH
1:06–cv–09261–AKH,1:06–cv–09262–AKH,1:06–cv–09263–AKH,1:06–cv–09264–AKH,1:06–cv–09265–AKH
1:06–cv–09266–AKH,1:06–cv–09267–AKH,1:06–cv–09268–AKH,1:06–cv–09269–AKH,1:06–cv–09270–AKH
1:06–cv–09271–AKH,1:06–cv–09272–AKH,1:06–cv–09273–AKH,1:06–cv–09274–AKH,1:06–cv–09275–AKH
1:06–cv–09276–AKH,1:06–cv–09277–AKH,1:06–cv–09278–AKH,1:06–cv–09279–AKH,1:06–cv–09280–AKH
1:06–cv–09281–AKH,1:06–cv–09282–AKH,1:06–cv–09283–AKH,1:06–cv–09284–AKH,1:06–cv–09285–AKH
1:06–cv–09286–AKH,1:06–cv–09287–AKH,1:06–cv–09288–AKH,1:06–cv–09289–AKH,1:06–cv–09290–AKH
1:06–cv–09291–AKH,1:06–cv–09292–AKH,1:06–cv–09293–AKH,1:06–cv–09294–AKH,1:06–cv–09295–AKH
1:06–cv–09296–AKH,1:06–cv–09297–AKH,1:06–cv–09298–AKH,1:06–cv–09299–AKH,1:06–cv–09300–AKH
1:06–cv–09301–AKH,1:06–cv–09302–AKH,1:06–cv–09303–AKH,1:06–cv–09304–AKH,1:06–cv–09305–AKH
1:06–cv–09306–AKH,1:06–cv–09307–AKH,1:06–cv–09308–AKH,1:06–cv–09309–AKH,1:06–cv–09310–AKH
1:06–cv–09311–AKH,1:06–cv–09312–AKH,1:06–cv–09313–AKH,1:06–cv–09314–AKH,1:06–cv–09315–AKH
1:06–cv–09316–AKH,1:06–cv–09317–AKH,1:06–cv–09318–AKH,1:06–cv–09319–AKH,1:06–cv–09320–AKH
1:06–cv–09321–AKH,1:06–cv–09322–AKH,1:06–cv–09323–AKH,1:06–cv–09324–AKH,1:06–cv–09325–AKH
1:06–cv–09326–AKH,1:06–cv–09327–AKH,1:06–cv–09328–AKH,1:06–cv–09329–AKH,1:06–cv–09330–AKH
1:06–cv–09331–AKH,1:06–cv–09332–AKH,1:06–cv–09333–AKH,1:06–cv–09334–AKH,1:06–cv–09335–AKH
1:06–cv–09336–AKH,1:06–cv–09337–AKH,1:06–cv–09338–AKH,1:06–cv–09339–AKH,1:06–cv–09340–AKH

1:06–cv–09341–AKH,1:06–cv–09342–AKH,1:06–cv–09343–AKH,1:06–cv–09344–AKH,1:06–cv–09345–AKH
1:06–cv–09346–AKH,1:06–cv–09347–AKH,1:06–cv–09348–AKH,1:06–cv–09349–AKH,1:06–cv–09350–AKH
1:06–cv–09351–AKH,1:06–cv–09352–AKH,1:06–cv–09353–AKH,1:06–cv–09354–AKH,1:06–cv–09355–AKH
1:06–cv–09356–AKH,1:06–cv–09357–AKH,1:06–cv–09358–AKH,1:06–cv–09359–AKH,1:06–cv–09360–AKH
1:06–cv–09361–AKH,1:06–cv–09362–AKH,1:06–cv–09363–AKH,1:06–cv–09364–AKH,1:06–cv–09365–AKH
1:06–cv–09366–AKH,1:06–cv–09367–AKH,1:06–cv–09368–AKH,1:06–cv–09369–AKH,1:06–cv–09370–AKH
1:06–cv–09371–AKH,1:06–cv–09372–AKH,1:06–cv–09373–AKH,1:06–cv–09374–AKH,1:06–cv–09466–AKH
1:06–cv–09467–AKH,1:06–cv–09468–AKH,1:06–cv–09469–AKH,1:06–cv–09470–AKH,1:06–cv–09471–AKH
1:06–cv–09472–AKH,1:06–cv–09473–AKH,1:06–cv–09474–AKH,1:06–cv–09475–AKH,1:06–cv–09476–AKH
1:06–cv–09477–AKH,1:06–cv–09478–AKH,1:06–cv–09479–AKH,1:06–cv–09480–AKH,1:06–cv–09481–AKH
1:06–cv–09482–AKH,1:06–cv–09483–AKH,1:06–cv–09484–AKH,1:06–cv–09485–AKH,1:06–cv–09486–AKH
1:06–cv–09487–AKH,1:06–cv–09488–AKH,1:06–cv–09489–AKH,1:06–cv–09490–AKH,1:06–cv–09491–AKH
1:06–cv–09492–AKH,1:06–cv–09493–AKH,1:06–cv–09494–AKH,1:06–cv–09495–AKH,1:06–cv–09496–AKH
1:06–cv–09497–AKH,1:06–cv–09498–AKH,1:06–cv–09499–AKH,1:06–cv–09500–AKH,1:06–cv–09501–AKH
1:06–cv–09502–AKH,1:06–cv–09503–AKH,1:06–cv–09504–AKH,1:06–cv–09505–AKH,1:06–cv–09506–AKH
1:06–cv–09507–AKH,1:06–cv–09508–AKH,1:06–cv–09509–AKH,1:06–cv–09510–AKH,1:06–cv–09511–AKH
1:06–cv–09512–AKH,1:06–cv–09513–AKH,1:06–cv–09514–AKH,1:06–cv–09515–AKH,1:06–cv–09516–AKH
1:06–cv–09517–AKH,1:06–cv–09518–AKH,1:06–cv–09519–AKH,1:06–cv–09520–AKH,1:06–cv–09521–AKH
1:06–cv–09522–AKH,1:06–cv–09523–AKH,1:06–cv–09524–AKH,1:06–cv–09525–AKH,1:06–cv–09526–AKH
1:06–cv–09527–AKH,1:06–cv–09528–AKH,1:06–cv–09529–AKH,1:06–cv–09530–AKH,1:06–cv–09531–AKH
1:06–cv–09532–AKH,1:06–cv–09533–AKH,1:06–cv–09534–AKH,1:06–cv–09535–AKH,1:06–cv–09536–AKH
1:06–cv–09537–AKH,1:06–cv–09538–AKH,1:06–cv–09539–AKH,1:06–cv–09540–AKH,1:06–cv–09541–AKH
1:06–cv–09542–AKH,1:06–cv–09543–AKH,1:06–cv–09544–AKH,1:06–cv–09545–AKH,1:06–cv–09546–AKH
1:06–cv–09547–AKH,1:06–cv–09548–AKH,1:06–cv–09549–AKH,1:06–cv–09550–AKH,1:06–cv–09551–AKH
1:06–cv–09552–AKH,1:06–cv–09553–AKH,1:06–cv–09554–AKH,1:06–cv–09555–AKH,1:06–cv–09556–AKH
1:06–cv–09557–AKH,1:06–cv–09558–AKH,1:06–cv–09559–AKH,1:06–cv–09560–AKH,1:06–cv–09561–AKH
1:06–cv–09562–AKH,1:06–cv–09563–AKH,1:06–cv–09564–AKH,1:06–cv–09565–AKH,1:06–cv–09566–AKH
1:06–cv–09567–AKH,1:06–cv–09568–AKH,1:06–cv–09569–AKH,1:06–cv–09570–AKH,1:06–cv–09571–AKH
1:06–cv–09572–AKH,1:06–cv–09573–AKH,1:06–cv–09574–AKH,1:06–cv–09575–AKH,1:06–cv–09576–AKH
1:06–cv–09577–AKH,1:06–cv–09578–AKH,1:06–cv–09579–AKH,1:06–cv–09580–AKH,1:06–cv–09581–AKH
1:06–cv–09582–AKH,1:06–cv–09583–AKH,1:06–cv–09584–AKH,1:06–cv–09585–AKH,1:06–cv–09586–AKH
1:06–cv–09587–AKH,1:06–cv–09588–AKH,1:06–cv–09589–AKH,1:06–cv–09590–AKH,1:06–cv–09591–AKH
1:06–cv–09592–AKH,1:06–cv–09593–AKH,1:06–cv–09594–AKH,1:06–cv–09595–AKH,1:06–cv–09596–AKH
1:06–cv–09597–AKH,1:06–cv–09598–AKH,1:06–cv–09599–AKH,1:06–cv–09600–AKH,1:06–cv–09601–AKH
1:06–cv–09602–AKH,1:06–cv–09603–AKH,1:06–cv–09604–AKH,1:06–cv–09605–AKH,1:06–cv–09606–AKH
1:06–cv–09607–AKH,1:06–cv–09608–AKH,1:06–cv–09609–AKH,1:06–cv–09610–AKH,1:06–cv–09611–AKH
1:06–cv–09612–AKH,1:06–cv–09613–AKH,1:06–cv–09614–AKH,1:06–cv–09615–AKH,1:06–cv–09616–AKH
1:06–cv–09617–AKH,1:06–cv–09618–AKH,1:06–cv–09619–AKH,1:06–cv–09620–AKH,1:06–cv–09621–AKH
1:06–cv–09622–AKH,1:06–cv–09623–AKH,1:06–cv–09624–AKH,1:06–cv–09625–AKH,1:06–cv–09626–AKH
1:06–cv–09627–AKH,1:06–cv–09628–AKH,1:06–cv–09629–AKH,1:06–cv–09630–AKH,1:06–cv–09631–AKH
1:06–cv–09632–AKH,1:06–cv–09633–AKH,1:06–cv–09634–AKH,1:06–cv–09635–AKH,1:06–cv–09636–AKH
1:06–cv–09637–AKH,1:06–cv–09638–AKH,1:06–cv–09639–AKH,1:06–cv–09640–AKH,1:06–cv–09641–AKH
1:06–cv–09642–AKH,1:06–cv–09643–AKH,1:06–cv–09644–AKH,1:06–cv–09645–AKH,1:06–cv–09646–AKH
1:06–cv–09647–AKH,1:06–cv–09648–AKH,1:06–cv–09649–AKH,1:06–cv–09650–AKH,1:06–cv–09651–AKH
1:06–cv–09652–AKH,1:06–cv–09653–AKH,1:06–cv–09654–AKH,1:06–cv–09655–AKH,1:06–cv–09656–AKH
1:06–cv–09657–AKH,1:06–cv–09658–AKH,1:06–cv–09659–AKH,1:06–cv–09660–AKH,1:06–cv–09661–AKH
1:06–cv–09662–AKH,1:06–cv–09663–AKH,1:06–cv–09664–AKH,1:06–cv–09665–AKH,1:06–cv–09666–AKH
1:06–cv–09667–AKH,1:06–cv–09668–AKH,1:06–cv–09669–AKH,1:06–cv–09670–AKH,1:06–cv–09671–AKH
1:06–cv–09672–AKH,1:06–cv–09673–AKH,1:06–cv–09674–AKH,1:06–cv–09675–AKH,1:06–cv–09676–AKH
1:06–cv–09677–AKH,1:06–cv–09678–AKH,1:06–cv–09679–AKH,1:06–cv–09680–AKH,1:06–cv–09681–AKH
1:06–cv–09682–AKH,1:06–cv–09683–AKH,1:06–cv–09684–AKH,1:06–cv–09685–AKH,1:06–cv–09686–AKH
1:06–cv–09687–AKH,1:06–cv–09688–AKH,1:06–cv–09689–AKH,1:06–cv–09690–AKH,1:06–cv–09691–AKH
1:06–cv–09692–AKH,1:06–cv–09693–AKH,1:06–cv–09694–AKH,1:06–cv–09695–AKH,1:06–cv–09696–AKH
1:06–cv–09697–AKH,1:06–cv–09698–AKH,1:06–cv–09699–AKH,1:06–cv–09700–AKH,1:06–cv–09701–AKH
1:06–cv–09702–AKH,1:06–cv–09703–AKH,1:06–cv–09704–AKH,1:06–cv–09705–AKH,1:06–cv–09706–AKH
1:06–cv–09707–AKH,1:06–cv–09708–AKH,1:06–cv–09709–AKH,1:06–cv–09710–AKH,1:06–cv–09711–AKH
1:06–cv–09712–AKH,1:06–cv–09713–AKH,1:06–cv–09714–AKH,1:06–cv–09715–AKH,1:06–cv–09716–AKH
1:06–cv–09717–AKH,1:06–cv–09718–AKH,1:06–cv–09719–AKH,1:06–cv–09720–AKH,1:06–cv–09721–AKH
1:06–cv–09722–AKH,1:06–cv–09723–AKH,1:06–cv–09724–AKH,1:06–cv–09725–AKH,1:06–cv–09726–AKH
1:06–cv–09727–AKH,1:06–cv–09728–AKH,1:06–cv–09729–AKH,1:06–cv–09730–AKH,1:06–cv–09731–AKH
1:06–cv–09732–AKH,1:06–cv–09733–AKH,1:06–cv–09734–AKH,1:06–cv–09735–AKH,1:06–cv–09736–AKH
1:06–cv–09737–AKH,1:06–cv–09738–AKH,1:06–cv–09739–AKH,1:06–cv–09740–AKH,1:06–cv–09741–AKH
1:06–cv–09742–AKH,1:06–cv–09743–AKH,1:06–cv–09744–AKH,1:06–cv–09745–AKH,1:06–cv–09746–AKH
1:06–cv–09747–AKH,1:06–cv–09748–AKH,1:06–cv–09749–AKH,1:06–cv–09750–AKH,1:06–cv–09751–AKH

```
1:06-cv-09752-AKH,1:06-cv-09753-AKH,1:06-cv-09754-AKH,1:06-cv-09755-AKH,1:06-cv-09756-AKH
1:06-cv-09757-AKH,1:06-cv-09758-AKH,1:06-cv-09759-AKH,1:06-cv-09760-AKH,1:06-cv-09761-AKH
1:06-cv-09762-AKH,1:06-cv-09763-AKH,1:06-cv-09764-AKH,1:06-cv-09765-AKH,1:06-cv-09766-AKH
1:06-cv-09767-AKH,1:06-cv-09768-AKH,1:06-cv-09769-AKH,1:06-cv-09770-AKH,1:06-cv-09771-AKH
1:06-cv-09772-AKH,1:06-cv-09773-AKH,1:06-cv-09774-AKH,1:06-cv-09775-AKH,1:06-cv-09776-AKH
1:06-cv-09777-AKH,1:06-cv-09778-AKH,1:06-cv-09779-AKH,1:06-cv-09780-AKH,1:06-cv-09781-AKH
1:06-cv-09782-AKH,1:06-cv-09783-AKH,1:06-cv-09784-AKH,1:06-cv-09785-AKH,1:06-cv-09786-AKH
1:06-cv-09787-AKH,1:06-cv-09788-AKH,1:06-cv-09789-AKH,1:06-cv-09790-AKH,1:06-cv-09791-AKH
1:06-cv-09792-AKH,1:06-cv-09793-AKH,1:06-cv-09794-AKH,1:06-cv-09795-AKH,1:06-cv-09796-AKH
1:06-cv-09797-AKH,1:06-cv-09798-AKH,1:06-cv-09799-AKH,1:06-cv-09800-AKH,1:06-cv-09801-AKH
1:06-cv-09802-AKH,1:06-cv-09803-AKH,1:06-cv-09804-AKH,1:06-cv-09805-AKH,1:06-cv-09806-AKH
1:06-cv-09807-AKH,1:06-cv-09808-AKH,1:06-cv-09809-AKH,1:06-cv-09810-AKH,1:06-cv-09811-AKH
1:06-cv-09812-AKH,1:06-cv-09813-AKH,1:06-cv-09814-AKH,1:06-cv-09815-AKH,1:06-cv-09816-AKH
1:06-cv-09817-AKH,1:06-cv-09818-AKH,1:06-cv-09819-AKH,1:06-cv-09820-AKH,1:06-cv-09821-AKH
1:06-cv-09822-AKH,1:06-cv-09823-AKH,1:06-cv-09824-AKH,1:06-cv-09825-AKH,1:06-cv-09826-AKH
1:06-cv-09827-AKH,1:06-cv-09828-AKH,1:06-cv-09829-AKH,1:06-cv-09830-AKH,1:06-cv-09831-AKH
1:06-cv-09832-AKH,1:06-cv-09833-AKH,1:06-cv-09834-AKH,1:06-cv-09835-AKH,1:06-cv-09836-AKH
1:06-cv-09837-AKH,1:06-cv-09838-AKH,1:06-cv-09839-AKH,1:06-cv-09840-AKH,1:06-cv-09841-AKH
1:06-cv-09842-AKH,1:06-cv-09843-AKH,1:06-cv-09844-AKH,1:06-cv-09845-AKH,1:06-cv-09846-AKH
1:06-cv-09847-AKH,1:06-cv-09848-AKH,1:06-cv-09849-AKH,1:06-cv-09850-AKH,1:06-cv-09851-AKH
1:06-cv-09852-AKH,1:06-cv-09853-AKH,1:06-cv-09854-AKH,1:06-cv-09855-AKH,1:06-cv-09856-AKH
1:06-cv-09857-AKH,1:06-cv-09858-AKH,1:06-cv-09961-AKH,1:06-cv-09962-AKH,1:06-cv-09963-AKH
1:06-cv-09964-AKH,1:06-cv-09965-AKH,1:06-cv-09966-AKH,1:06-cv-09967-AKH,1:06-cv-09968-AKH
1:06-cv-09969-AKH,1:06-cv-09970-AKH,1:06-cv-09971-AKH,1:06-cv-09972-AKH,1:06-cv-09973-AKH
1:06-cv-09974-AKH,1:06-cv-09975-AKH,1:06-cv-09976-AKH,1:06-cv-09977-AKH,1:06-cv-09978-AKH
1:06-cv-09979-AKH,1:06-cv-09980-AKH,1:06-cv-09981-AKH,1:06-cv-09982-AKH,1:06-cv-09983-AKH
1:06-cv-09984-AKH,1:06-cv-09985-AKH,1:06-cv-09986-AKH,1:06-cv-09987-AKH,1:06-cv-09988-AKH
1:06-cv-09989-AKH,1:06-cv-09990-AKH,1:06-cv-09991-AKH,1:06-cv-09992-AKH,1:06-cv-09993-AKH
1:06-cv-09994-AKH,1:06-cv-09995-AKH,1:06-cv-09996-AKH,1:06-cv-09997-AKH,1:06-cv-09998-AKH
1:06-cv-09999-AKH,1:06-cv-10000-AKH,1:06-cv-10001-AKH,1:06-cv-10002-AKH,1:06-cv-10004-AKH
1:06-cv-10005-AKH,1:06-cv-10006-AKH,1:06-cv-10007-AKH,1:06-cv-10008-AKH,1:06-cv-10009-AKH
1:06-cv-10010-AKH,1:06-cv-10011-AKH,1:06-cv-10012-AKH,1:06-cv-10013-AKH,1:06-cv-10014-AKH
1:06-cv-10015-AKH,1:06-cv-10016-AKH,1:06-cv-10017-AKH,1:06-cv-10018-AKH,1:06-cv-10019-AKH
1:06-cv-10020-AKH,1:06-cv-10021-AKH,1:06-cv-10022-AKH,1:06-cv-10023-AKH,1:06-cv-10024-AKH
1:06-cv-10025-AKH,1:06-cv-10026-AKH,1:06-cv-10027-AKH,1:06-cv-10028-AKH,1:06-cv-10029-AKH
1:06-cv-10030-AKH,1:06-cv-10032-AKH,1:06-cv-10033-AKH,1:06-cv-10034-AKH,1:06-cv-10035-AKH
1:06-cv-10036-AKH,1:06-cv-10037-AKH,1:06-cv-10038-AKH,1:06-cv-10039-AKH,1:06-cv-10040-AKH
1:06-cv-10041-AKH,1:06-cv-10042-AKH,1:06-cv-10043-AKH,1:06-cv-10044-AKH,1:06-cv-10045-AKH
1:06-cv-10046-AKH,1:06-cv-10047-AKH,1:06-cv-10048-AKH,1:06-cv-10049-AKH,1:06-cv-10050-AKH
1:06-cv-10051-AKH,1:06-cv-10052-AKH,1:06-cv-10053-AKH,1:06-cv-10054-AKH,1:06-cv-10055-AKH
1:06-cv-10056-AKH,1:06-cv-10057-AKH,1:06-cv-10058-AKH,1:06-cv-10059-AKH,1:06-cv-10060-AKH
1:06-cv-10061-AKH,1:06-cv-10062-AKH,1:06-cv-10063-AKH,1:06-cv-10064-AKH,1:06-cv-10065-AKH
1:06-cv-10066-AKH,1:06-cv-10067-AKH,1:06-cv-10068-AKH,1:06-cv-10069-AKH,1:06-cv-10070-AKH
1:06-cv-10071-AKH,1:06-cv-10072-AKH,1:06-cv-10073-AKH,1:06-cv-10074-AKH,1:06-cv-10075-AKH
1:06-cv-10076-AKH,1:06-cv-10077-AKH,1:06-cv-10078-AKH,1:06-cv-10079-AKH,1:06-cv-10080-AKH
1:06-cv-10081-AKH,1:06-cv-10082-AKH,1:06-cv-10083-AKH,1:06-cv-10084-AKH,1:06-cv-10085-AKH
1:06-cv-10086-AKH,1:06-cv-10087-AKH,1:06-cv-10088-AKH,1:06-cv-10089-AKH,1:06-cv-10090-AKH
1:06-cv-10091-AKH,1:06-cv-10092-AKH,1:06-cv-10093-AKH,1:06-cv-10094-AKH,1:06-cv-10095-AKH
1:06-cv-10096-AKH,1:06-cv-10097-AKH,1:06-cv-10098-AKH,1:06-cv-10099-AKH,1:06-cv-10100-AKH
1:06-cv-10101-AKH,1:06-cv-10102-AKH,1:06-cv-10103-AKH,1:06-cv-10104-AKH,1:06-cv-10105-AKH
1:06-cv-10106-AKH,1:06-cv-10107-AKH,1:06-cv-10108-AKH,1:06-cv-10109-AKH,1:06-cv-10110-AKH
1:06-cv-10111-AKH,1:06-cv-10112-AKH,1:06-cv-10113-AKH,1:06-cv-10114-AKH,1:06-cv-10115-AKH
1:06-cv-10116-AKH,1:06-cv-10117-AKH,1:06-cv-10118-AKH,1:06-cv-10119-AKH,1:06-cv-10120-AKH
1:06-cv-10121-AKH,1:06-cv-10122-AKH,1:06-cv-10123-AKH,1:06-cv-10124-AKH,1:06-cv-10125-AKH
1:06-cv-10126-AKH,1:06-cv-10127-AKH,1:06-cv-10128-AKH,1:06-cv-10129-AKH,1:06-cv-10130-AKH
1:06-cv-10131-AKH,1:06-cv-10132-AKH,1:06-cv-10133-AKH,1:06-cv-10134-AKH,1:06-cv-10135-AKH
1:06-cv-10136-AKH,1:06-cv-10137-AKH,1:06-cv-10138-AKH,1:06-cv-10139-AKH,1:06-cv-10140-AKH
1:06-cv-10141-AKH,1:06-cv-10142-AKH,1:06-cv-10143-AKH,1:06-cv-10144-AKH,1:06-cv-10145-AKH
1:06-cv-10146-AKH,1:06-cv-10147-AKH,1:06-cv-10148-AKH,1:06-cv-10149-AKH,1:06-cv-10150-AKH
1:06-cv-10151-AKH,1:06-cv-10152-AKH,1:06-cv-10153-AKH,1:06-cv-10154-AKH,1:06-cv-10155-AKH
1:06-cv-10156-AKH,1:06-cv-10157-AKH,1:06-cv-10158-AKH,1:06-cv-10159-AKH,1:06-cv-10160-AKH
1:06-cv-10161-AKH,1:06-cv-10162-AKH,1:06-cv-10163-AKH,1:06-cv-10240-AKH,1:06-cv-10241-AKH
1:06-cv-10242-AKH,1:06-cv-10243-AKH,1:06-cv-10244-AKH,1:06-cv-10245-AKH,1:06-cv-10246-AKH
1:06-cv-10247-AKH,1:06-cv-10248-AKH,1:06-cv-10249-AKH,1:06-cv-10250-AKH,1:06-cv-10251-AKH
```

1:06–cv–10252–AKH,1:06–cv–10253–AKH,1:06–cv–10254–AKH,1:06–cv–10255–AKH,1:06–cv–10256–AKH
1:06–cv–10257–AKH,1:06–cv–10258–AKH,1:06–cv–10259–AKH,1:06–cv–10260–AKH,1:06–cv–10261–AKH
1:06–cv–10262–AKH,1:06–cv–10263–AKH,1:06–cv–10264–AKH,1:06–cv–10265–AKH,1:06–cv–10266–AKH
1:06–cv–10267–AKH,1:06–cv–10268–AKH,1:06–cv–10269–AKH,1:06–cv–10270–AKH,1:06–cv–10271–AKH
1:06–cv–10272–AKH,1:06–cv–10273–AKH,1:06–cv–10274–AKH,1:06–cv–10275–AKH,1:06–cv–10276–AKH
1:06–cv–10277–AKH,1:06–cv–10278–AKH,1:06–cv–10279–AKH,1:06–cv–10280–AKH,1:06–cv–10281–AKH
1:06–cv–10282–AKH,1:06–cv–10283–AKH,1:06–cv–10284–AKH,1:06–cv–10285–AKH,1:06–cv–10286–AKH
1:06–cv–10287–AKH,1:06–cv–10288–AKH,1:06–cv–10289–AKH,1:06–cv–10290–AKH,1:06–cv–10291–AKH
1:06–cv–10292–AKH,1:06–cv–10293–AKH,1:06–cv–10294–AKH,1:06–cv–10295–AKH,1:06–cv–10296–AKH
1:06–cv–10297–AKH,1:06–cv–10298–AKH,1:06–cv–10299–AKH,1:06–cv–10300–AKH,1:06–cv–10301–AKH
1:06–cv–10302–AKH,1:06–cv–10303–AKH,1:06–cv–10304–AKH,1:06–cv–10305–AKH,1:06–cv–10306–AKH
1:06–cv–10307–AKH,1:06–cv–10308–AKH,1:06–cv–10309–AKH,1:06–cv–10310–AKH,1:06–cv–10311–AKH
1:06–cv–10312–AKH,1:06–cv–10313–AKH,1:06–cv–10314–AKH,1:06–cv–10315–AKH,1:06–cv–10316–AKH
1:06–cv–10317–AKH,1:06–cv–10318–AKH,1:06–cv–10541–AKH,1:06–cv–10542–AKH,1:06–cv–10543–AKH
1:06–cv–10544–AKH,1:06–cv–10545–AKH,1:06–cv–10546–AKH,1:06–cv–10547–AKH,1:06–cv–10548–AKH
1:06–cv–10549–AKH,1:06–cv–10550–AKH,1:06–cv–10551–AKH,1:06–cv–10552–AKH,1:06–cv–10553–AKH
1:06–cv–10554–AKH,1:06–cv–10555–AKH,1:06–cv–10556–AKH,1:06–cv–10557–AKH,1:06–cv–10558–AKH
1:06–cv–10559–AKH,1:06–cv–10560–AKH,1:06–cv–10561–AKH,1:06–cv–10562–AKH,1:06–cv–10563–AKH
1:06–cv–10564–AKH,1:06–cv–10565–AKH,1:06–cv–10566–AKH,1:06–cv–10567–AKH,1:06–cv–10568–AKH
1:06–cv–10569–AKH,1:06–cv–10570–AKH,1:06–cv–10571–AKH,1:06–cv–10572–AKH,1:06–cv–10573–AKH
1:06–cv–10574–AKH,1:06–cv–10575–AKH,1:06–cv–10576–AKH,1:06–cv–10577–AKH,1:06–cv–10578–AKH
1:06–cv–10579–AKH,1:06–cv–10580–AKH,1:06–cv–10581–AKH,1:06–cv–10582–AKH,1:06–cv–10583–AKH
1:06–cv–10584–AKH,1:06–cv–10585–AKH,1:06–cv–10586–AKH,1:06–cv–10587–AKH,1:06–cv–10588–AKH
1:06–cv–10589–AKH,1:06–cv–10590–AKH,1:06–cv–10591–AKH,1:06–cv–10592–AKH,1:06–cv–10593–AKH
1:06–cv–10594–AKH,1:06–cv–10595–AKH,1:06–cv–10596–AKH,1:06–cv–10597–AKH,1:06–cv–10598–AKH
1:06–cv–10599–AKH,1:06–cv–10600–AKH,1:06–cv–10601–AKH,1:06–cv–10602–AKH,1:06–cv–10603–AKH
1:06–cv–10604–AKH,1:06–cv–10605–AKH,1:06–cv–10606–AKH,1:06–cv–10607–AKH,1:06–cv–10608–AKH
1:06–cv–10609–AKH,1:06–cv–10610–AKH,1:06–cv–10611–AKH,1:06–cv–10612–AKH,1:06–cv–10613–AKH
1:06–cv–10614–AKH,1:06–cv–10615–AKH,1:06–cv–10616–AKH,1:06–cv–10617–AKH,1:06–cv–10618–AKH
1:06–cv–10619–AKH,1:06–cv–10620–AKH,1:06–cv–10621–AKH,1:06–cv–10622–AKH,1:06–cv–10623–AKH
1:06–cv–10624–AKH,1:06–cv–10625–AKH,1:06–cv–10626–AKH,1:06–cv–10627–AKH,1:06–cv–10628–AKH
1:06–cv–10629–AKH,1:06–cv–10630–AKH,1:06–cv–10631–AKH,1:06–cv–10632–AKH,1:06–cv–10633–AKH
1:06–cv–10634–AKH,1:06–cv–10635–AKH,1:06–cv–10636–AKH,1:06–cv–10637–AKH,1:06–cv–10638–AKH
1:06–cv–10639–AKH,1:06–cv–10640–AKH,1:06–cv–10641–AKH,1:06–cv–10642–AKH,1:06–cv–10643–AKH
1:06–cv–10644–AKH,1:06–cv–10645–AKH,1:06–cv–10646–AKH,1:06–cv–10647–AKH,1:06–cv–10648–AKH
1:06–cv–10649–AKH,1:06–cv–10650–AKH,1:06–cv–10651–AKH,1:06–cv–10652–AKH,1:06–cv–10653–AKH
1:06–cv–10654–AKH,1:06–cv–10655–AKH,1:06–cv–10656–AKH,1:06–cv–10657–AKH,1:06–cv–10658–AKH
1:06–cv–10659–AKH,1:06–cv–10660–AKH,1:06–cv–10661–AKH,1:06–cv–10662–AKH,1:06–cv–10663–AKH
1:06–cv–10664–AKH,1:06–cv–10665–AKH,1:06–cv–10666–AKH,1:06–cv–10667–AKH,1:06–cv–10668–AKH
1:06–cv–10669–AKH,1:06–cv–10670–AKH,1:06–cv–10671–AKH,1:06–cv–10672–AKH,1:06–cv–10673–AKH
1:06–cv–10674–AKH,1:06–cv–10675–AKH,1:06–cv–10676–AKH,1:06–cv–10677–AKH,1:06–cv–10678–AKH
1:06–cv–10679–AKH,1:06–cv–10680–AKH,1:06–cv–10681–AKH,1:06–cv–10682–AKH,1:06–cv–10683–AKH
1:06–cv–10684–AKH,1:06–cv–10685–AKH,1:06–cv–10686–AKH,1:06–cv–10687–AKH,1:06–cv–10688–AKH
1:06–cv–10689–AKH,1:06–cv–10690–AKH,1:06–cv–10691–AKH,1:06–cv–10692–AKH,1:06–cv–10693–AKH
1:06–cv–10694–AKH,1:06–cv–10695–AKH,1:06–cv–10696–AKH,1:06–cv–10697–AKH,1:06–cv–10698–AKH
1:06–cv–10699–AKH,1:06–cv–10700–AKH,1:06–cv–11535–AKH,1:06–cv–13167–AKH,1:06–cv–13279–AKH
1:06–cv–13280–AKH,1:06–cv–13431–AKH,1:06–cv–13432–AKH,1:06–cv–13493–AKH,1:06–cv–13600–AKH
1:06–cv–13612–AKH,1:06–cv–13613–AKH,1:06–cv–13614–AKH,1:06–cv–13615–AKH,1:06–cv–13616–AKH
1:06–cv–13617–AKH,1:06–cv–13618–AKH,1:06–cv–13619–AKH,1:06–cv–13620–AKH,1:06–cv–13621–AKH
1:06–cv–13622–AKH,1:06–cv–13623–AKH,1:06–cv–13624–AKH,1:06–cv–13698–AKH,1:06–cv–13700–AKH
1:06–cv–14458–AKH,1:06–cv–15317–AKH,1:06–cv–15318–AKH(Horowitz, David) (Entered: 12/22/2006)

| | | |
|---|---|---|
| 12/22/2006 | 564 | RESPONSE *Check–Off (Short Form) Complaint Related to the Master Complaint*. Document filed by Antonio E. A Maria E. Alves. Filed In Associated Cases: |

1:21–mc–00100–AKH,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH
1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH
1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH
1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH
1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH
1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH
1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH
1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH
1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH
1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH
1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH

1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH
1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH
1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH
1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH
1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH
1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH
1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH
1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH
1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH
1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH
1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH
1:04–cv–08815–AKH,1:04–cv–08816–AKH,1:04–cv–08817–AKH,1:04–cv–08841–AKH,1:04–cv–08866–AKH
1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH
1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH
1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH
1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH
1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH
1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH
1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH
1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH
1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH
1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH
1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH
1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH
1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH
1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH
1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH
1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH
1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH
1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH
1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH
1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH

1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH
1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH

1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH
1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH

1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH
1:06–cv–00821–AKH,1:06–cv–00995–AKH,1:06–cv–01099–AKH,1:06–cv–01100–AKH,1:06–cv–01102–AKH
1:06–cv–01116–AKH,1:06–cv–01117–AKH,1:06–cv–01118–AKH,1:06–cv–01119–AKH,1:06–cv–01120–AKH
1:06–cv–01121–AKH,1:06–cv–01122–AKH,1:06–cv–01340–AKH,1:06–cv–01341–AKH,1:06–cv–01511–AKH
1:06–cv–01647–AKH,1:06–cv–01648–AKH,1:06–cv–01649–AKH,1:06–cv–01650–AKH,1:06–cv–01651–AKH
1:06–cv–01652–AKH,1:06–cv–01653–AKH,1:06–cv–01654–AKH,1:06–cv–01656–AKH,1:06–cv–01657–AKH
1:06–cv–01658–AKH,1:06–cv–01659–AKH,1:06–cv–01660–AKH,1:06–cv–01661–AKH,1:06–cv–01662–AKH
1:06–cv–01667–AKH,1:06–cv–01668–AKH,1:06–cv–01669–AKH,1:06–cv–01670–AKH,1:06–cv–01672–AKH
1:06–cv–01673–AKH,1:06–cv–01674–AKH,1:06–cv–01675–AKH,1:06–cv–01676–AKH,1:06–cv–01890–AKH
1:06–cv–01891–AKH,1:06–cv–01892–AKH,1:06–cv–01894–AKH,1:06–cv–01954–AKH,1:06–cv–01955–AKH
1:06–cv–02080–AKH,1:06–cv–02086–AKH,1:06–cv–02218–AKH,1:06–cv–02219–AKH,1:06–cv–02220–AKH
1:06–cv–02221–AKH,1:06–cv–02252–AKH,1:06–cv–02285–AKH,1:06–cv–02286–AKH,1:06–cv–02287–AKH
1:06–cv–02521–AKH,1:06–cv–02523–AKH,1:06–cv–02524–AKH,1:06–cv–02525–AKH,1:06–cv–02526–AKH
1:06–cv–02529–AKH,1:06–cv–02664–AKH,1:06–cv–02698–AKH,1:06–cv–02699–AKH,1:06–cv–02700–AKH
1:06–cv–02748–AKH,1:06–cv–02817–AKH,1:06–cv–02881–AKH,1:06–cv–02882–AKH,1:06–cv–02883–AKH
1:06–cv–02884–AKH,1:06–cv–02885–AKH,1:06–cv–02886–AKH,1:06–cv–02887–AKH,1:06–cv–02888–AKH
1:06–cv–02889–AKH,1:06–cv–02890–AKH,1:06–cv–02891–AKH,1:06–cv–02892–AKH,1:06–cv–02959–AKH
1:06–cv–02960–AKH,1:06–cv–02961–AKH,1:06–cv–03230–AKH,1:06–cv–03231–AKH,1:06–cv–03232–AKH
1:06–cv–03234–AKH,1:06–cv–03236–AKH,1:06–cv–03237–AKH,1:06–cv–03299–AKH,1:06–cv–03301–AKH
1:06–cv–03309–AKH,1:06–cv–03310–AKH,1:06–cv–03311–AKH,1:06–cv–03312–AKH,1:06–cv–03313–AKH
1:06–cv–03315–AKH,1:06–cv–03416–AKH,1:06–cv–03417–AKH,1:06–cv–03418–AKH,1:06–cv–03421–AKH
1:06–cv–03845–AKH,1:06–cv–03847–AKH,1:06–cv–03848–AKH,1:06–cv–03849–AKH,1:06–cv–03850–AKH
1:06–cv–03873–AKH,1:06–cv–03874–AKH,1:06–cv–03875–AKH,1:06–cv–03876–AKH,1:06–cv–03878–AKH
1:06–cv–03879–AKH,1:06–cv–03880–AKH,1:06–cv–03900–AKH,1:06–cv–04042–AKH,1:06–cv–04043–AKH
1:06–cv–04044–AKH,1:06–cv–04046–AKH,1:06–cv–04104–AKH,1:06–cv–04105–AKH,1:06–cv–04375–AKH
1:06–cv–04376–AKH,1:06–cv–04378–AKH,1:06–cv–04379–AKH,1:06–cv–04380–AKH,1:06–cv–04381–AKH
1:06–cv–04382–AKH,1:06–cv–04383–AKH,1:06–cv–04407–AKH,1:06–cv–04408–AKH,1:06–cv–04425–AKH
1:06–cv–04702–AKH,1:06–cv–04704–AKH,1:06–cv–04735–AKH,1:06–cv–04736–AKH,1:06–cv–04737–AKH
1:06–cv–04738–AKH,1:06–cv–04740–AKH,1:06–cv–04741–AKH,1:06–cv–04742–AKH,1:06–cv–04743–AKH
1:06–cv–04744–AKH,1:06–cv–04745–AKH,1:06–cv–04746–AKH,1:06–cv–04884–AKH,1:06–cv–04885–AKH
1:06–cv–05028–AKH,1:06–cv–05090–AKH,1:06–cv–05278–AKH,1:06–cv–05539–AKH,1:06–cv–05631–AKH
1:06–cv–05632–AKH,1:06–cv–05633–AKH,1:06–cv–05637–AKH,1:06–cv–05786–AKH,1:06–cv–05827–AKH
1:06–cv–05828–AKH,1:06–cv–05829–AKH,1:06–cv–05830–AKH,1:06–cv–05831–AKH,1:06–cv–05832–AKH
1:06–cv–05833–AKH,1:06–cv–05834–AKH,1:06–cv–05835–AKH,1:06–cv–05836–AKH,1:06–cv–05837–AKH

1:06–cv–05838–AKH,1:06–cv–05839–AKH,1:06–cv–06016–AKH,1:06–cv–06018–AKH,1:06–cv–06019–AKH
1:06–cv–06020–AKH,1:06–cv–06229–AKH,1:06–cv–06230–AKH,1:06–cv–06231–AKH,1:06–cv–06232–AKH
1:06–cv–06233–AKH,1:06–cv–06234–AKH,1:06–cv–06360–AKH,1:06–cv–06396–AKH,1:06–cv–06714–AKH
1:06–cv–06715–AKH,1:06–cv–06716–AKH,1:06–cv–06717–AKH,1:06–cv–06718–AKH,1:06–cv–06719–AKH
1:06–cv–06720–AKH,1:06–cv–06721–AKH,1:06–cv–06722–AKH,1:06–cv–06723–AKH,1:06–cv–06724–AKH
1:06–cv–06725–AKH,1:06–cv–06726–AKH,1:06–cv–06727–AKH,1:06–cv–06728–AKH,1:06–cv–06729–AKH
1:06–cv–06730–AKH,1:06–cv–06731–AKH,1:06–cv–06732–AKH,1:06–cv–06733–AKH,1:06–cv–06734–AKH
1:06–cv–06735–AKH,1:06–cv–06736–AKH,1:06–cv–06737–AKH,1:06–cv–06738–AKH,1:06–cv–06739–AKH
1:06–cv–06740–AKH,1:06–cv–06741–AKH,1:06–cv–06742–AKH,1:06–cv–06743–AKH,1:06–cv–06744–AKH
1:06–cv–06745–AKH,1:06–cv–06746–AKH,1:06–cv–06747–AKH,1:06–cv–06748–AKH,1:06–cv–06749–AKH
1:06–cv–06750–AKH,1:06–cv–06751–AKH,1:06–cv–06752–AKH,1:06–cv–06753–AKH,1:06–cv–06754–AKH
1:06–cv–06755–AKH,1:06–cv–06756–AKH,1:06–cv–06757–AKH,1:06–cv–06758–AKH,1:06–cv–06759–AKH
1:06–cv–06760–AKH,1:06–cv–06761–AKH,1:06–cv–06762–AKH,1:06–cv–06763–AKH,1:06–cv–06764–AKH
1:06–cv–06765–AKH,1:06–cv–06766–AKH,1:06–cv–06767–AKH,1:06–cv–06768–AKH,1:06–cv–06769–AKH
1:06–cv–06770–AKH,1:06–cv–06771–AKH,1:06–cv–06772–AKH,1:06–cv–06773–AKH,1:06–cv–06774–AKH
1:06–cv–06775–AKH,1:06–cv–06776–AKH,1:06–cv–06777–AKH,1:06–cv–06778–AKH,1:06–cv–06779–AKH
1:06–cv–06780–AKH,1:06–cv–06781–AKH,1:06–cv–06782–AKH,1:06–cv–06783–AKH,1:06–cv–06784–AKH
1:06–cv–06785–AKH,1:06–cv–06786–AKH,1:06–cv–06787–AKH,1:06–cv–06788–AKH,1:06–cv–06789–AKH
1:06–cv–06790–AKH,1:06–cv–06791–AKH,1:06–cv–06792–AKH,1:06–cv–06793–AKH,1:06–cv–06794–AKH
1:06–cv–06795–AKH,1:06–cv–06796–AKH,1:06–cv–06797–AKH,1:06–cv–06798–AKH,1:06–cv–06799–AKH
1:06–cv–06800–AKH,1:06–cv–06801–AKH,1:06–cv–06802–AKH,1:06–cv–06803–AKH,1:06–cv–06804–AKH
1:06–cv–06805–AKH,1:06–cv–06806–AKH,1:06–cv–06807–AKH,1:06–cv–06808–AKH,1:06–cv–06809–AKH
1:06–cv–06810–AKH,1:06–cv–06811–AKH,1:06–cv–06812–AKH,1:06–cv–06813–AKH,1:06–cv–06912–AKH
1:06–cv–06913–AKH,1:06–cv–06914–AKH,1:06–cv–06915–AKH,1:06–cv–06916–AKH,1:06–cv–06917–AKH
1:06–cv–06918–AKH,1:06–cv–06919–AKH,1:06–cv–06920–AKH,1:06–cv–06921–AKH,1:06–cv–07044–AKH
1:06–cv–07045–AKH,1:06–cv–07046–AKH,1:06–cv–07047–AKH,1:06–cv–07048–AKH,1:06–cv–07049–AKH
1:06–cv–07050–AKH,1:06–cv–07051–AKH,1:06–cv–07127–AKH,1:06–cv–07128–AKH,1:06–cv–07129–AKH
1:06–cv–07130–AKH,1:06–cv–07191–AKH,1:06–cv–07192–AKH,1:06–cv–07193–AKH,1:06–cv–07194–AKH
1:06–cv–07195–AKH,1:06–cv–07213–AKH,1:06–cv–07214–AKH,1:06–cv–07215–AKH,1:06–cv–07216–AKH
1:06–cv–07217–AKH,1:06–cv–07218–AKH,1:06–cv–07219–AKH,1:06–cv–07220–AKH,1:06–cv–07221–AKH
1:06–cv–07222–AKH,1:06–cv–07223–AKH,1:06–cv–07224–AKH,1:06–cv–07225–AKH,1:06–cv–07226–AKH
1:06–cv–07227–AKH,1:06–cv–07228–AKH,1:06–cv–07229–AKH,1:06–cv–07230–AKH,1:06–cv–07231–AKH
1:06–cv–07232–AKH,1:06–cv–07233–AKH,1:06–cv–07234–AKH,1:06–cv–07235–AKH,1:06–cv–07236–AKH
1:06–cv–07237–AKH,1:06–cv–07238–AKH,1:06–cv–07239–AKH,1:06–cv–07240–AKH,1:06–cv–07241–AKH
1:06–cv–07242–AKH,1:06–cv–07243–AKH,1:06–cv–07244–AKH,1:06–cv–07245–AKH,1:06–cv–07246–AKH
1:06–cv–07247–AKH,1:06–cv–07248–AKH,1:06–cv–07249–AKH,1:06–cv–07250–AKH,1:06–cv–07251–AKH
1:06–cv–07252–AKH,1:06–cv–07253–AKH,1:06–cv–07254–AKH,1:06–cv–07255–AKH,1:06–cv–07256–AKH
1:06–cv–07257–AKH,1:06–cv–07258–AKH,1:06–cv–07259–AKH,1:06–cv–07260–AKH,1:06–cv–07261–AKH
1:06–cv–07262–AKH,1:06–cv–07263–AKH,1:06–cv–07264–AKH,1:06–cv–07265–AKH,1:06–cv–07266–AKH
1:06–cv–07267–AKH,1:06–cv–07268–AKH,1:06–cv–07269–AKH,1:06–cv–07270–AKH,1:06–cv–07271–AKH
1:06–cv–07272–AKH,1:06–cv–07273–AKH,1:06–cv–07274–AKH,1:06–cv–07275–AKH,1:06–cv–07276–AKH
1:06–cv–07277–AKH,1:06–cv–07278–AKH,1:06–cv–07279–AKH,1:06–cv–07280–AKH,1:06–cv–07281–AKH
1:06–cv–07282–AKH,1:06–cv–07283–AKH,1:06–cv–07284–AKH,1:06–cv–07285–AKH,1:06–cv–07286–AKH
1:06–cv–07287–AKH,1:06–cv–07288–AKH,1:06–cv–07289–AKH,1:06–cv–07290–AKH,1:06–cv–07291–AKH
1:06–cv–07292–AKH,1:06–cv–07293–AKH,1:06–cv–07294–AKH,1:06–cv–07295–AKH,1:06–cv–07296–AKH
1:06–cv–07297–AKH,1:06–cv–07298–AKH,1:06–cv–07299–AKH,1:06–cv–07300–AKH,1:06–cv–07301–AKH
1:06–cv–07302–AKH,1:06–cv–07303–AKH,1:06–cv–07304–AKH,1:06–cv–07305–AKH,1:06–cv–07306–AKH
1:06–cv–07307–AKH,1:06–cv–07308–AKH,1:06–cv–07309–AKH,1:06–cv–07310–AKH,1:06–cv–07311–AKH
1:06–cv–07312–AKH,1:06–cv–07313–AKH,1:06–cv–07314–AKH,1:06–cv–07315–AKH,1:06–cv–07316–AKH
1:06–cv–07317–AKH,1:06–cv–07318–AKH,1:06–cv–07319–AKH,1:06–cv–07320–AKH,1:06–cv–07321–AKH
1:06–cv–07322–AKH,1:06–cv–07323–AKH,1:06–cv–07324–AKH,1:06–cv–07325–AKH,1:06–cv–07326–AKH
1:06–cv–07327–AKH,1:06–cv–07328–AKH,1:06–cv–07329–AKH,1:06–cv–07330–AKH,1:06–cv–07331–AKH
1:06–cv–07332–AKH,1:06–cv–07333–AKH,1:06–cv–07334–AKH,1:06–cv–07335–AKH,1:06–cv–07336–AKH
1:06–cv–07337–AKH,1:06–cv–07338–AKH,1:06–cv–07339–AKH,1:06–cv–07340–AKH,1:06–cv–07341–AKH
1:06–cv–07342–AKH,1:06–cv–07343–AKH,1:06–cv–07344–AKH,1:06–cv–07345–AKH,1:06–cv–07346–AKH
1:06–cv–07347–AKH,1:06–cv–07348–AKH,1:06–cv–07349–AKH,1:06–cv–07350–AKH,1:06–cv–07351–AKH
1:06–cv–07352–AKH,1:06–cv–07353–AKH,1:06–cv–07354–AKH,1:06–cv–07355–AKH,1:06–cv–07356–AKH
1:06–cv–07357–AKH,1:06–cv–07358–AKH,1:06–cv–07359–AKH,1:06–cv–07360–AKH,1:06–cv–07361–AKH
1:06–cv–07362–AKH,1:06–cv–07363–AKH,1:06–cv–07364–AKH,1:06–cv–07365–AKH,1:06–cv–07366–AKH
1:06–cv–07367–AKH,1:06–cv–07368–AKH,1:06–cv–07369–AKH,1:06–cv–07370–AKH,1:06–cv–07371–AKH
1:06–cv–07372–AKH,1:06–cv–07373–AKH,1:06–cv–07374–AKH,1:06–cv–07375–AKH,1:06–cv–07376–AKH
1:06–cv–07377–AKH,1:06–cv–07378–AKH,1:06–cv–07379–AKH,1:06–cv–07380–AKH,1:06–cv–07381–AKH
1:06–cv–07382–AKH,1:06–cv–07383–AKH,1:06–cv–07384–AKH,1:06–cv–07385–AKH,1:06–cv–07386–AKH
1:06–cv–07387–AKH,1:06–cv–07388–AKH,1:06–cv–07389–AKH,1:06–cv–07390–AKH,1:06–cv–07391–AKH

```
1:06-cv-07392-AKH,1:06-cv-07393-AKH,1:06-cv-07394-AKH,1:06-cv-07395-AKH,1:06-cv-07396-AKH
1:06-cv-07397-AKH,1:06-cv-07398-AKH,1:06-cv-07399-AKH,1:06-cv-07400-AKH,1:06-cv-07401-AKH
1:06-cv-07402-AKH,1:06-cv-07403-AKH,1:06-cv-07404-AKH,1:06-cv-07405-AKH,1:06-cv-07406-AKH
1:06-cv-07407-AKH,1:06-cv-07408-AKH,1:06-cv-07409-AKH,1:06-cv-07410-AKH,1:06-cv-07411-AKH
1:06-cv-07412-AKH,1:06-cv-07413-AKH,1:06-cv-07414-AKH,1:06-cv-07415-AKH,1:06-cv-07416-AKH
1:06-cv-07417-AKH,1:06-cv-07418-AKH,1:06-cv-07419-AKH,1:06-cv-07420-AKH,1:06-cv-07421-AKH
1:06-cv-07422-AKH,1:06-cv-07423-AKH,1:06-cv-07424-AKH,1:06-cv-07425-AKH,1:06-cv-07426-AKH
1:06-cv-07427-AKH,1:06-cv-07428-AKH,1:06-cv-07429-AKH,1:06-cv-07430-AKH,1:06-cv-07431-AKH
1:06-cv-07432-AKH,1:06-cv-07433-AKH,1:06-cv-07434-AKH,1:06-cv-07435-AKH,1:06-cv-07436-AKH
1:06-cv-07437-AKH,1:06-cv-07438-AKH,1:06-cv-07439-AKH,1:06-cv-07440-AKH,1:06-cv-07441-AKH
1:06-cv-07442-AKH,1:06-cv-07443-AKH,1:06-cv-07444-AKH,1:06-cv-07445-AKH,1:06-cv-07446-AKH
1:06-cv-07447-AKH,1:06-cv-07448-AKH,1:06-cv-07449-AKH,1:06-cv-07450-AKH,1:06-cv-07451-AKH
1:06-cv-07452-AKH,1:06-cv-07453-AKH,1:06-cv-07454-AKH,1:06-cv-07455-AKH,1:06-cv-07456-AKH
1:06-cv-07457-AKH,1:06-cv-07458-AKH,1:06-cv-07459-AKH,1:06-cv-07460-AKH,1:06-cv-07461-AKH
1:06-cv-07462-AKH,1:06-cv-07463-AKH,1:06-cv-07464-AKH,1:06-cv-07465-AKH,1:06-cv-07466-AKH
1:06-cv-07467-AKH,1:06-cv-07468-AKH,1:06-cv-07469-AKH,1:06-cv-07470-AKH,1:06-cv-07471-AKH
1:06-cv-07472-AKH,1:06-cv-07473-AKH,1:06-cv-07474-AKH,1:06-cv-07475-AKH,1:06-cv-07476-AKH
1:06-cv-07477-AKH,1:06-cv-07478-AKH,1:06-cv-07479-AKH,1:06-cv-07480-AKH,1:06-cv-07481-AKH
1:06-cv-07482-AKH-THK,1:06-cv-07483-AKH,1:06-cv-07484-AKH,1:06-cv-07485-AKH,1:06-cv-07486
1:06-cv-07487-AKH,1:06-cv-07488-AKH,1:06-cv-07489-AKH,1:06-cv-07490-AKH,1:06-cv-07491-AKH
1:06-cv-07492-AKH,1:06-cv-07493-AKH,1:06-cv-07494-AKH,1:06-cv-07495-AKH,1:06-cv-07496-AKH
1:06-cv-07497-AKH,1:06-cv-07498-AKH,1:06-cv-07499-AKH,1:06-cv-07500-AKH,1:06-cv-07501-AKH
1:06-cv-07502-AKH,1:06-cv-07503-AKH,1:06-cv-07504-AKH,1:06-cv-07505-AKH,1:06-cv-07506-AKH
1:06-cv-07507-AKH,1:06-cv-07508-AKH,1:06-cv-07509-AKH,1:06-cv-07510-AKH,1:06-cv-07511-AKH
1:06-cv-07512-AKH,1:06-cv-07513-AKH,1:06-cv-07514-AKH,1:06-cv-07515-AKH,1:06-cv-07516-AKH
1:06-cv-07517-AKH,1:06-cv-07518-AKH,1:06-cv-07519-AKH,1:06-cv-07520-AKH,1:06-cv-07521-AKH
1:06-cv-07522-AKH,1:06-cv-07523-AKH,1:06-cv-07524-AKH,1:06-cv-07525-AKH,1:06-cv-07526-AKH
1:06-cv-07527-AKH,1:06-cv-07528-AKH,1:06-cv-07529-AKH,1:06-cv-07530-AKH,1:06-cv-07531-AKH
1:06-cv-07532-AKH,1:06-cv-07533-AKH,1:06-cv-07534-AKH,1:06-cv-07535-AKH,1:06-cv-07536-AKH
1:06-cv-07537-AKH,1:06-cv-07538-AKH,1:06-cv-07539-AKH,1:06-cv-07540-AKH,1:06-cv-07541-AKH
1:06-cv-07542-AKH,1:06-cv-07543-AKH,1:06-cv-07544-AKH,1:06-cv-07545-AKH,1:06-cv-07546-AKH
1:06-cv-07547-AKH,1:06-cv-07548-AKH,1:06-cv-07549-AKH,1:06-cv-07550-AKH,1:06-cv-07551-AKH
1:06-cv-07552-AKH,1:06-cv-07553-AKH,1:06-cv-07554-AKH,1:06-cv-07555-AKH,1:06-cv-07556-AKH
1:06-cv-07557-AKH,1:06-cv-07558-AKH,1:06-cv-07559-AKH,1:06-cv-07560-AKH,1:06-cv-07561-AKH
1:06-cv-07562-AKH,1:06-cv-07563-AKH,1:06-cv-07564-AKH,1:06-cv-07565-AKH,1:06-cv-07566-AKH
1:06-cv-07567-AKH,1:06-cv-07568-AKH,1:06-cv-07569-AKH,1:06-cv-07570-AKH,1:06-cv-07571-AKH
1:06-cv-07572-AKH,1:06-cv-07573-AKH,1:06-cv-07574-AKH,1:06-cv-07575-AKH,1:06-cv-07576-AKH
1:06-cv-07577-AKH,1:06-cv-07578-AKH,1:06-cv-07579-AKH,1:06-cv-07580-AKH,1:06-cv-07650-AKH
1:06-cv-07652-AKH,1:06-cv-07653-AKH,1:06-cv-07654-AKH,1:06-cv-07655-AKH,1:06-cv-07656-AKH
1:06-cv-07721-AKH,1:06-cv-07730-AKH,1:06-cv-07731-AKH,1:06-cv-07892-AKH,1:06-cv-07893-AKH
1:06-cv-07914-AKH,1:06-cv-07915-AKH,1:06-cv-07916-AKH,1:06-cv-07917-AKH,1:06-cv-07918-AKH
1:06-cv-07919-AKH,1:06-cv-07920-AKH,1:06-cv-07922-AKH,1:06-cv-07937-AKH,1:06-cv-07938-AKH
1:06-cv-07940-AKH,1:06-cv-07948-AKH,1:06-cv-07951-AKH,1:06-cv-07958-AKH,1:06-cv-07965-AKH
1:06-cv-07967-AKH,1:06-cv-07970-AKH,1:06-cv-07973-AKH,1:06-cv-07978-AKH,1:06-cv-07979-AKH
1:06-cv-07985-AKH,1:06-cv-07987-AKH,1:06-cv-07989-AKH,1:06-cv-07996-AKH,1:06-cv-07997-AKH
1:06-cv-08004-AKH,1:06-cv-08007-AKH,1:06-cv-08010-AKH,1:06-cv-08012-AKH,1:06-cv-08016-AKH
1:06-cv-08018-AKH,1:06-cv-08019-AKH,1:06-cv-08021-AKH,1:06-cv-08022-AKH,1:06-cv-08025-AKH
1:06-cv-08026-AKH,1:06-cv-08032-AKH,1:06-cv-08033-AKH,1:06-cv-08034-AKH,1:06-cv-08037-AKH
1:06-cv-08038-AKH,1:06-cv-08052-AKH,1:06-cv-08061-AKH,1:06-cv-08064-AKH,1:06-cv-08068-AKH
1:06-cv-08070-AKH,1:06-cv-08073-AKH,1:06-cv-08074-AKH,1:06-cv-08075-AKH,1:06-cv-08078-AKH
1:06-cv-08079-AKH,1:06-cv-08082-AKH,1:06-cv-08090-AKH,1:06-cv-08091-AKH,1:06-cv-08092-AKH
1:06-cv-08094-AKH,1:06-cv-08099-AKH,1:06-cv-08100-AKH,1:06-cv-08104-AKH,1:06-cv-08107-AKH
1:06-cv-08109-AKH,1:06-cv-08110-AKH,1:06-cv-08113-AKH,1:06-cv-08114-AKH,1:06-cv-08117-AKH
1:06-cv-08118-AKH,1:06-cv-08122-AKH,1:06-cv-08328-AKH,1:06-cv-08329-AKH,1:06-cv-08330-AKH
1:06-cv-08331-AKH,1:06-cv-08332-AKH,1:06-cv-08333-AKH,1:06-cv-08334-AKH,1:06-cv-08335-AKH
1:06-cv-08336-AKH,1:06-cv-08337-AKH,1:06-cv-08338-AKH,1:06-cv-08339-AKH,1:06-cv-08340-AKH
1:06-cv-08341-AKH,1:06-cv-08342-AKH,1:06-cv-08343-AKH,1:06-cv-08344-AKH,1:06-cv-08345-AKH
1:06-cv-08346-AKH,1:06-cv-08347-AKH,1:06-cv-08348-AKH,1:06-cv-08349-AKH,1:06-cv-08350-AKH
1:06-cv-08351-AKH,1:06-cv-08352-AKH,1:06-cv-08353-AKH,1:06-cv-08354-AKH,1:06-cv-08355-AKH
1:06-cv-08356-AKH,1:06-cv-08357-AKH,1:06-cv-08358-AKH,1:06-cv-08359-AKH,1:06-cv-08360-AKH
1:06-cv-08361-AKH,1:06-cv-08362-AKH,1:06-cv-08363-AKH,1:06-cv-08364-AKH,1:06-cv-08365-AKH
1:06-cv-08366-AKH,1:06-cv-08367-AKH,1:06-cv-08368-AKH,1:06-cv-08369-AKH,1:06-cv-08370-AKH
1:06-cv-08371-AKH,1:06-cv-08372-AKH,1:06-cv-08373-AKH,1:06-cv-08374-AKH,1:06-cv-08375-AKH
1:06-cv-08376-AKH,1:06-cv-08377-AKH,1:06-cv-08378-AKH,1:06-cv-08379-AKH,1:06-cv-08380-AKH
```

1:06–cv–08381–AKH,1:06–cv–08382–AKH,1:06–cv–08383–AKH,1:06–cv–08384–AKH,1:06–cv–08385–AKH
1:06–cv–08386–AKH,1:06–cv–08387–AKH,1:06–cv–08388–AKH,1:06–cv–08389–AKH,1:06–cv–08390–AKH
1:06–cv–08391–AKH,1:06–cv–08392–AKH,1:06–cv–08393–AKH,1:06–cv–08394–AKH,1:06–cv–08395–AKH
1:06–cv–08396–AKH,1:06–cv–08397–AKH,1:06–cv–08398–AKH,1:06–cv–08399–AKH,1:06–cv–08400–AKH
1:06–cv–08401–AKH,1:06–cv–08402–AKH,1:06–cv–08403–AKH,1:06–cv–08404–AKH,1:06–cv–08405–AKH
1:06–cv–08406–AKH,1:06–cv–08407–AKH,1:06–cv–08408–AKH,1:06–cv–08409–AKH,1:06–cv–08410–AKH
1:06–cv–08411–AKH,1:06–cv–08412–AKH,1:06–cv–08413–AKH,1:06–cv–08414–AKH,1:06–cv–08415–AKH
1:06–cv–08416–AKH,1:06–cv–08417–AKH,1:06–cv–08418–AKH,1:06–cv–08419–AKH,1:06–cv–08420–AKH
1:06–cv–08421–AKH,1:06–cv–08422–AKH,1:06–cv–08423–AKH,1:06–cv–08424–AKH,1:06–cv–08425–AKH
1:06–cv–08426–AKH,1:06–cv–08427–AKH,1:06–cv–08428–AKH,1:06–cv–08429–AKH,1:06–cv–08430–AKH
1:06–cv–08431–AKH,1:06–cv–08432–AKH,1:06–cv–08433–AKH,1:06–cv–08434–AKH,1:06–cv–08435–AKH
1:06–cv–08436–AKH,1:06–cv–08437–AKH,1:06–cv–08438–AKH,1:06–cv–08439–AKH,1:06–cv–08440–AKH
1:06–cv–08441–AKH,1:06–cv–08442–AKH,1:06–cv–08443–AKH,1:06–cv–08444–AKH,1:06–cv–08445–AKH
1:06–cv–08446–AKH,1:06–cv–08447–AKH,1:06–cv–08448–AKH,1:06–cv–08449–AKH,1:06–cv–08450–AKH
1:06–cv–08451–AKH,1:06–cv–08452–AKH,1:06–cv–08453–AKH,1:06–cv–08454–AKH,1:06–cv–08455–AKH
1:06–cv–08456–AKH,1:06–cv–08457–AKH,1:06–cv–08458–AKH,1:06–cv–08459–AKH,1:06–cv–08460–AKH
1:06–cv–08461–AKH,1:06–cv–08462–AKH,1:06–cv–08463–AKH,1:06–cv–08464–AKH,1:06–cv–08465–AKH
1:06–cv–08466–AKH,1:06–cv–08467–AKH,1:06–cv–08468–AKH,1:06–cv–08469–AKH,1:06–cv–08470–AKH
1:06–cv–08471–AKH,1:06–cv–08472–AKH,1:06–cv–08473–AKH,1:06–cv–08474–AKH,1:06–cv–08475–AKH
1:06–cv–08476–AKH,1:06–cv–08477–AKH,1:06–cv–08478–AKH,1:06–cv–08479–AKH,1:06–cv–08480–AKH
1:06–cv–08481–AKH,1:06–cv–08482–AKH,1:06–cv–08483–AKH,1:06–cv–08484–AKH,1:06–cv–08485–AKH
1:06–cv–08486–AKH,1:06–cv–08487–AKH,1:06–cv–08488–AKH,1:06–cv–08489–AKH,1:06–cv–08490–AKH
1:06–cv–08491–AKH,1:06–cv–08492–AKH,1:06–cv–08493–AKH,1:06–cv–08494–AKH,1:06–cv–08495–AKH
1:06–cv–08496–AKH,1:06–cv–08497–AKH,1:06–cv–08498–AKH,1:06–cv–08499–AKH,1:06–cv–08500–AKH
1:06–cv–08501–AKH,1:06–cv–08502–AKH,1:06–cv–08503–AKH,1:06–cv–08504–AKH,1:06–cv–08505–AKH
1:06–cv–08506–AKH,1:06–cv–08507–AKH,1:06–cv–08508–AKH,1:06–cv–08509–AKH,1:06–cv–08510–AKH
1:06–cv–08511–AKH,1:06–cv–08512–AKH,1:06–cv–08513–AKH,1:06–cv–08514–AKH,1:06–cv–08515–AKH
1:06–cv–08516–AKH,1:06–cv–08517–AKH,1:06–cv–08518–AKH,1:06–cv–08519–AKH,1:06–cv–08520–AKH
1:06–cv–08521–AKH,1:06–cv–08522–AKH,1:06–cv–08523–AKH,1:06–cv–08524–AKH,1:06–cv–08525–AKH
1:06–cv–08526–AKH,1:06–cv–08527–AKH,1:06–cv–08528–AKH,1:06–cv–08529–AKH,1:06–cv–08530–AKH
1:06–cv–08531–AKH,1:06–cv–08532–AKH,1:06–cv–08533–AKH,1:06–cv–08534–AKH,1:06–cv–08535–AKH
1:06–cv–08536–AKH,1:06–cv–08537–AKH,1:06–cv–08538–AKH,1:06–cv–08539–AKH,1:06–cv–08540–AKH
1:06–cv–08541–AKH,1:06–cv–08542–AKH,1:06–cv–08543–AKH,1:06–cv–08544–AKH,1:06–cv–08545–AKH
1:06–cv–08546–AKH,1:06–cv–08547–AKH,1:06–cv–08548–AKH,1:06–cv–08549–AKH,1:06–cv–08550–AKH
1:06–cv–08551–AKH,1:06–cv–08552–AKH,1:06–cv–08553–AKH,1:06–cv–08554–AKH,1:06–cv–08555–AKH
1:06–cv–08556–AKH,1:06–cv–08557–AKH,1:06–cv–08558–AKH,1:06–cv–08559–AKH,1:06–cv–08560–AKH
1:06–cv–08561–AKH,1:06–cv–08562–AKH,1:06–cv–08563–AKH,1:06–cv–08564–AKH,1:06–cv–08565–AKH
1:06–cv–08566–AKH,1:06–cv–08567–AKH,1:06–cv–08568–AKH,1:06–cv–08569–AKH,1:06–cv–08570–AKH
1:06–cv–08571–AKH,1:06–cv–08572–AKH,1:06–cv–08573–AKH,1:06–cv–08574–AKH,1:06–cv–08575–AKH
1:06–cv–08576–AKH,1:06–cv–08577–AKH,1:06–cv–08578–AKH,1:06–cv–08579–AKH,1:06–cv–08580–AKH
1:06–cv–08581–AKH,1:06–cv–08582–AKH,1:06–cv–08583–AKH,1:06–cv–08584–AKH,1:06–cv–08585–AKH
1:06–cv–08586–AKH,1:06–cv–08587–AKH,1:06–cv–08588–AKH,1:06–cv–08589–AKH,1:06–cv–08590–AKH
1:06–cv–08591–AKH,1:06–cv–08592–AKH,1:06–cv–08593–AKH,1:06–cv–08594–AKH,1:06–cv–08595–AKH
1:06–cv–08596–AKH,1:06–cv–08597–AKH,1:06–cv–08598–AKH,1:06–cv–08599–AKH,1:06–cv–08600–AKH
1:06–cv–08601–AKH,1:06–cv–08602–AKH,1:06–cv–08603–AKH,1:06–cv–08604–AKH,1:06–cv–08605–AKH
1:06–cv–08606–AKH,1:06–cv–08607–AKH,1:06–cv–08608–AKH,1:06–cv–08609–AKH,1:06–cv–08610–AKH
1:06–cv–08611–AKH,1:06–cv–08612–AKH,1:06–cv–08613–AKH,1:06–cv–08614–AKH,1:06–cv–08615–AKH
1:06–cv–08616–AKH,1:06–cv–08617–AKH,1:06–cv–08618–AKH,1:06–cv–08619–AKH,1:06–cv–08620–AKH
1:06–cv–08621–AKH,1:06–cv–08622–AKH,1:06–cv–08623–AKH,1:06–cv–08624–AKH,1:06–cv–08625–AKH
1:06–cv–08626–AKH,1:06–cv–08627–AKH,1:06–cv–08628–AKH,1:06–cv–08629–AKH,1:06–cv–08630–AKH
1:06–cv–08631–AKH,1:06–cv–08632–AKH,1:06–cv–08633–AKH,1:06–cv–08634–AKH,1:06–cv–08635–AKH
1:06–cv–08636–AKH,1:06–cv–08637–AKH,1:06–cv–08638–AKH,1:06–cv–08639–AKH,1:06–cv–08640–AKH
1:06–cv–08641–AKH,1:06–cv–08642–AKH,1:06–cv–08643–AKH,1:06–cv–08644–AKH,1:06–cv–08645–AKH
1:06–cv–08646–AKH,1:06–cv–08647–AKH,1:06–cv–08648–AKH,1:06–cv–08649–AKH,1:06–cv–08650–AKH
1:06–cv–08652–AKH,1:06–cv–08653–AKH,1:06–cv–08654–AKH,1:06–cv–08656–AKH,1:06–cv–08657–AKH
1:06–cv–08658–AKH,1:06–cv–08660–AKH,1:06–cv–08661–AKH,1:06–cv–08662–AKH,1:06–cv–08663–AKH
1:06–cv–08664–AKH,1:06–cv–08665–AKH,1:06–cv–08666–AKH,1:06–cv–08667–AKH,1:06–cv–08668–AKH
1:06–cv–08669–AKH,1:06–cv–08670–AKH,1:06–cv–08671–AKH,1:06–cv–08672–AKH,1:06–cv–08673–AKH
1:06–cv–08674–AKH,1:06–cv–08675–AKH,1:06–cv–08676–AKH,1:06–cv–08677–AKH,1:06–cv–08678–AKH
1:06–cv–08679–AKH,1:06–cv–08680–AKH,1:06–cv–08681–AKH,1:06–cv–08682–AKH,1:06–cv–08683–AKH
1:06–cv–08684–AKH,1:06–cv–08685–AKH,1:06–cv–08686–AKH,1:06–cv–08687–AKH,1:06–cv–08688–AKH
1:06–cv–08689–AKH,1:06–cv–08690–AKH,1:06–cv–08691–AKH,1:06–cv–08692–AKH,1:06–cv–08693–AKH
1:06–cv–08694–AKH,1:06–cv–08695–AKH,1:06–cv–08696–AKH,1:06–cv–08697–AKH,1:06–cv–08698–AKH
1:06–cv–08699–AKH,1:06–cv–08700–AKH,1:06–cv–08701–AKH,1:06–cv–08702–AKH,1:06–cv–08703–AKH

1:06–cv–08704–AKH,1:06–cv–08722–AKH,1:06–cv–08723–AKH,1:06–cv–08724–AKH,1:06–cv–08725–AKH
1:06–cv–08726–AKH,1:06–cv–08727–AKH,1:06–cv–08728–AKH,1:06–cv–08729–AKH,1:06–cv–08730–AKH
1:06–cv–08731–AKH,1:06–cv–08732–AKH,1:06–cv–08733–AKH,1:06–cv–08734–AKH,1:06–cv–08735–AKH
1:06–cv–08736–AKH,1:06–cv–08737–AKH,1:06–cv–08738–AKH,1:06–cv–08739–AKH,1:06–cv–08740–AKH
1:06–cv–08741–AKH,1:06–cv–08742–AKH,1:06–cv–08743–AKH,1:06–cv–08744–AKH,1:06–cv–08745–AKH
1:06–cv–08746–AKH,1:06–cv–08747–AKH,1:06–cv–08748–AKH,1:06–cv–08749–AKH,1:06–cv–08750–AKH
1:06–cv–08751–AKH,1:06–cv–08752–AKH,1:06–cv–08753–AKH,1:06–cv–08754–AKH,1:06–cv–08755–AKH
1:06–cv–08756–AKH,1:06–cv–08757–AKH,1:06–cv–08758–AKH,1:06–cv–08759–AKH,1:06–cv–08760–AKH
1:06–cv–08761–AKH,1:06–cv–08762–AKH,1:06–cv–08763–AKH,1:06–cv–08764–AKH,1:06–cv–08765–AKH
1:06–cv–08766–AKH,1:06–cv–08767–AKH,1:06–cv–08768–AKH,1:06–cv–08769–AKH,1:06–cv–08770–AKH
1:06–cv–08771–AKH,1:06–cv–08772–AKH,1:06–cv–08773–AKH,1:06–cv–08774–AKH,1:06–cv–08775–AKH
1:06–cv–08776–AKH,1:06–cv–08777–AKH,1:06–cv–08778–AKH,1:06–cv–08779–AKH,1:06–cv–08780–AKH
1:06–cv–08781–AKH,1:06–cv–08782–AKH,1:06–cv–08783–AKH,1:06–cv–08784–AKH,1:06–cv–08785–AKH
1:06–cv–08786–AKH,1:06–cv–08787–AKH,1:06–cv–08788–AKH,1:06–cv–08789–AKH,1:06–cv–08790–AKH
1:06–cv–08791–AKH,1:06–cv–08792–AKH,1:06–cv–08793–AKH,1:06–cv–08794–AKH,1:06–cv–08795–AKH
1:06–cv–08796–AKH,1:06–cv–08797–AKH,1:06–cv–08798–AKH,1:06–cv–08799–AKH,1:06–cv–08800–AKH
1:06–cv–08801–AKH,1:06–cv–08802–AKH,1:06–cv–08803–AKH,1:06–cv–08804–AKH,1:06–cv–08805–AKH
1:06–cv–08806–AKH,1:06–cv–08807–AKH,1:06–cv–08808–AKH,1:06–cv–08809–AKH,1:06–cv–08810–AKH
1:06–cv–08811–AKH,1:06–cv–08812–AKH,1:06–cv–08813–AKH,1:06–cv–08814–AKH,1:06–cv–08815–AKH
1:06–cv–08816–AKH,1:06–cv–08817–AKH,1:06–cv–08818–AKH,1:06–cv–08819–AKH,1:06–cv–08820–AKH
1:06–cv–08821–AKH,1:06–cv–08822–AKH,1:06–cv–08823–AKH,1:06–cv–08824–AKH,1:06–cv–08825–AKH
1:06–cv–08826–AKH,1:06–cv–08827–AKH,1:06–cv–08828–AKH,1:06–cv–08829–AKH,1:06–cv–08830–AKH
1:06–cv–08831–AKH,1:06–cv–08832–AKH,1:06–cv–08833–AKH,1:06–cv–08834–AKH,1:06–cv–08835–AKH
1:06–cv–08836–AKH,1:06–cv–08837–AKH,1:06–cv–08838–AKH,1:06–cv–08839–AKH,1:06–cv–08840–AKH
1:06–cv–08841–AKH,1:06–cv–08842–AKH,1:06–cv–08843–AKH,1:06–cv–08844–AKH,1:06–cv–08845–AKH
1:06–cv–08846–AKH,1:06–cv–08847–AKH,1:06–cv–08848–AKH,1:06–cv–08849–AKH,1:06–cv–08850–AKH
1:06–cv–08851–AKH,1:06–cv–08852–AKH,1:06–cv–08853–AKH,1:06–cv–08854–AKH,1:06–cv–08855–AKH
1:06–cv–08856–AKH,1:06–cv–08857–AKH,1:06–cv–08858–AKH,1:06–cv–08859–AKH,1:06–cv–08860–AKH
1:06–cv–08861–AKH,1:06–cv–08862–AKH,1:06–cv–08863–AKH,1:06–cv–08864–AKH,1:06–cv–08865–AKH
1:06–cv–08866–AKH,1:06–cv–08867–AKH,1:06–cv–08868–AKH,1:06–cv–08869–AKH,1:06–cv–08870–AKH
1:06–cv–08871–AKH,1:06–cv–08872–AKH,1:06–cv–08873–AKH,1:06–cv–08874–AKH,1:06–cv–08875–AKH
1:06–cv–08876–AKH,1:06–cv–08877–AKH,1:06–cv–08878–AKH,1:06–cv–08879–AKH,1:06–cv–08880–AKH
1:06–cv–08881–AKH,1:06–cv–08882–AKH,1:06–cv–08883–AKH,1:06–cv–08884–AKH,1:06–cv–08885–AKH
1:06–cv–08886–AKH,1:06–cv–08887–AKH,1:06–cv–08888–AKH,1:06–cv–08889–AKH,1:06–cv–08890–AKH
1:06–cv–08891–AKH,1:06–cv–08892–AKH,1:06–cv–08893–AKH,1:06–cv–08894–AKH,1:06–cv–08895–AKH
1:06–cv–08896–AKH,1:06–cv–08897–AKH,1:06–cv–08898–AKH,1:06–cv–08899–AKH,1:06–cv–08900–AKH
1:06–cv–08901–AKH,1:06–cv–08902–AKH,1:06–cv–08903–AKH,1:06–cv–08904–AKH,1:06–cv–08905–AKH
1:06–cv–08906–AKH,1:06–cv–08907–AKH,1:06–cv–08908–AKH,1:06–cv–08909–AKH,1:06–cv–08910–AKH
1:06–cv–08911–AKH,1:06–cv–08912–AKH,1:06–cv–08913–AKH,1:06–cv–08914–AKH,1:06–cv–08915–AKH
1:06–cv–08916–AKH,1:06–cv–08917–AKH,1:06–cv–08918–AKH,1:06–cv–08919–AKH,1:06–cv–08920–AKH
1:06–cv–08921–AKH,1:06–cv–08922–AKH,1:06–cv–08923–AKH,1:06–cv–08924–AKH,1:06–cv–08925–AKH
1:06–cv–08926–AKH,1:06–cv–08927–AKH,1:06–cv–08928–AKH,1:06–cv–08929–AKH,1:06–cv–08930–AKH
1:06–cv–08931–AKH,1:06–cv–08932–AKH,1:06–cv–08933–AKH,1:06–cv–08934–AKH,1:06–cv–08935–AKH
1:06–cv–08936–AKH,1:06–cv–08937–AKH,1:06–cv–08938–AKH,1:06–cv–08939–AKH,1:06–cv–08940–AKH
1:06–cv–08941–AKH,1:06–cv–08942–AKH,1:06–cv–08943–AKH,1:06–cv–08944–AKH,1:06–cv–08945–AKH
1:06–cv–08946–AKH,1:06–cv–08947–AKH,1:06–cv–08948–AKH,1:06–cv–08949–AKH,1:06–cv–08950–AKH
1:06–cv–08951–AKH,1:06–cv–08952–AKH,1:06–cv–08953–AKH,1:06–cv–08954–AKH,1:06–cv–08955–AKH
1:06–cv–08956–AKH,1:06–cv–08957–AKH,1:06–cv–08958–AKH,1:06–cv–08959–AKH,1:06–cv–08960–AKH
1:06–cv–08961–AKH,1:06–cv–08962–AKH,1:06–cv–08963–AKH,1:06–cv–08964–AKH,1:06–cv–08965–AKH
1:06–cv–08966–AKH,1:06–cv–08967–AKH,1:06–cv–08968–AKH,1:06–cv–08969–AKH,1:06–cv–08970–AKH
1:06–cv–08971–AKH,1:06–cv–08972–AKH,1:06–cv–08973–AKH,1:06–cv–08974–AKH,1:06–cv–08975–AKH
1:06–cv–08976–AKH,1:06–cv–08977–AKH,1:06–cv–08978–AKH,1:06–cv–08979–AKH,1:06–cv–08980–AKH
1:06–cv–08981–AKH,1:06–cv–08982–AKH,1:06–cv–08983–AKH,1:06–cv–08984–AKH,1:06–cv–08985–AKH
1:06–cv–08986–AKH,1:06–cv–08987–AKH,1:06–cv–08988–AKH,1:06–cv–08989–AKH,1:06–cv–08990–AKH
1:06–cv–08991–AKH,1:06–cv–08992–AKH,1:06–cv–08993–AKH,1:06–cv–08994–AKH,1:06–cv–08995–AKH
1:06–cv–08996–AKH,1:06–cv–08997–AKH,1:06–cv–08998–AKH,1:06–cv–08999–AKH,1:06–cv–09000–AKH
1:06–cv–09001–AKH,1:06–cv–09002–AKH,1:06–cv–09003–AKH,1:06–cv–09004–AKH,1:06–cv–09005–AKH
1:06–cv–09006–AKH,1:06–cv–09007–AKH,1:06–cv–09008–AKH,1:06–cv–09009–AKH,1:06–cv–09010–AKH
1:06–cv–09011–AKH,1:06–cv–09012–AKH,1:06–cv–09013–AKH,1:06–cv–09014–AKH,1:06–cv–09015–AKH
1:06–cv–09016–AKH,1:06–cv–09017–AKH,1:06–cv–09018–AKH,1:06–cv–09019–AKH,1:06–cv–09020–AKH
1:06–cv–09021–AKH,1:06–cv–09022–AKH,1:06–cv–09023–AKH,1:06–cv–09024–AKH,1:06–cv–09025–AKH
1:06–cv–09026–AKH,1:06–cv–09027–AKH,1:06–cv–09028–AKH,1:06–cv–09029–AKH,1:06–cv–09030–AKH
1:06–cv–09031–AKH,1:06–cv–09032–AKH,1:06–cv–09033–AKH,1:06–cv–09034–AKH,1:06–cv–09035–AKH
1:06–cv–09036–AKH,1:06–cv–09037–AKH,1:06–cv–09038–AKH,1:06–cv–09039–AKH,1:06–cv–09040–AKH

1:06–cv–09041–AKH,1:06–cv–09042–AKH,1:06–cv–09043–AKH,1:06–cv–09044–AKH,1:06–cv–09045–AKH
1:06–cv–09046–AKH,1:06–cv–09047–AKH,1:06–cv–09048–AKH,1:06–cv–09049–AKH,1:06–cv–09050–AKH
1:06–cv–09051–AKH,1:06–cv–09052–AKH,1:06–cv–09053–AKH,1:06–cv–09054–AKH,1:06–cv–09055–AKH
1:06–cv–09056–AKH,1:06–cv–09057–AKH,1:06–cv–09058–AKH,1:06–cv–09059–AKH,1:06–cv–09060–AKH
1:06–cv–09061–AKH,1:06–cv–09062–AKH,1:06–cv–09063–AKH,1:06–cv–09064–AKH,1:06–cv–09065–AKH
1:06–cv–09066–AKH,1:06–cv–09067–AKH,1:06–cv–09068–AKH,1:06–cv–09069–AKH,1:06–cv–09070–AKH
1:06–cv–09071–AKH,1:06–cv–09072–AKH,1:06–cv–09073–AKH,1:06–cv–09074–AKH,1:06–cv–09075–AKH
1:06–cv–09076–AKH,1:06–cv–09077–AKH,1:06–cv–09078–AKH,1:06–cv–09079–AKH,1:06–cv–09080–AKH
1:06–cv–09081–AKH,1:06–cv–09082–AKH,1:06–cv–09083–AKH,1:06–cv–09084–AKH,1:06–cv–09085–AKH
1:06–cv–09086–AKH,1:06–cv–09087–AKH,1:06–cv–09088–AKH,1:06–cv–09089–AKH,1:06–cv–09090–AKH
1:06–cv–09091–AKH,1:06–cv–09092–AKH,1:06–cv–09093–AKH,1:06–cv–09094–AKH,1:06–cv–09095–AKH
1:06–cv–09096–AKH,1:06–cv–09097–AKH,1:06–cv–09098–AKH,1:06–cv–09099–AKH,1:06–cv–09100–AKH
1:06–cv–09101–AKH,1:06–cv–09102–AKH,1:06–cv–09103–AKH,1:06–cv–09104–AKH,1:06–cv–09105–AKH
1:06–cv–09106–AKH,1:06–cv–09107–AKH,1:06–cv–09108–AKH,1:06–cv–09109–AKH,1:06–cv–09110–AKH
1:06–cv–09111–AKH,1:06–cv–09112–AKH,1:06–cv–09113–AKH,1:06–cv–09114–AKH,1:06–cv–09115–AKH
1:06–cv–09116–AKH,1:06–cv–09117–AKH,1:06–cv–09118–AKH,1:06–cv–09119–AKH,1:06–cv–09120–AKH
1:06–cv–09121–AKH,1:06–cv–09122–AKH,1:06–cv–09123–AKH,1:06–cv–09124–AKH,1:06–cv–09125–AKH
1:06–cv–09126–AKH,1:06–cv–09127–AKH,1:06–cv–09128–AKH,1:06–cv–09129–AKH,1:06–cv–09130–AKH
1:06–cv–09131–AKH,1:06–cv–09132–AKH,1:06–cv–09133–AKH,1:06–cv–09134–AKH,1:06–cv–09135–AKH
1:06–cv–09136–AKH,1:06–cv–09137–AKH,1:06–cv–09138–AKH,1:06–cv–09139–AKH,1:06–cv–09140–AKH
1:06–cv–09141–AKH,1:06–cv–09142–AKH,1:06–cv–09143–AKH,1:06–cv–09144–AKH,1:06–cv–09145–AKH
1:06–cv–09146–AKH,1:06–cv–09147–AKH,1:06–cv–09148–AKH,1:06–cv–09149–AKH,1:06–cv–09150–AKH
1:06–cv–09151–AKH,1:06–cv–09152–AKH,1:06–cv–09153–AKH,1:06–cv–09154–AKH,1:06–cv–09155–AKH
1:06–cv–09156–AKH,1:06–cv–09157–AKH,1:06–cv–09158–AKH,1:06–cv–09159–AKH,1:06–cv–09160–AKH
1:06–cv–09161–AKH,1:06–cv–09162–AKH,1:06–cv–09163–AKH,1:06–cv–09164–AKH,1:06–cv–09165–AKH
1:06–cv–09166–AKH,1:06–cv–09167–AKH,1:06–cv–09168–AKH,1:06–cv–09169–AKH,1:06–cv–09170–AKH
1:06–cv–09171–AKH,1:06–cv–09172–AKH,1:06–cv–09173–AKH,1:06–cv–09174–AKH,1:06–cv–09175–AKH
1:06–cv–09176–AKH,1:06–cv–09177–AKH,1:06–cv–09178–AKH,1:06–cv–09179–AKH,1:06–cv–09180–AKH
1:06–cv–09181–AKH,1:06–cv–09182–AKH,1:06–cv–09183–AKH,1:06–cv–09184–AKH,1:06–cv–09185–AKH
1:06–cv–09186–AKH,1:06–cv–09187–AKH,1:06–cv–09188–AKH,1:06–cv–09189–AKH,1:06–cv–09190–AKH
1:06–cv–09191–AKH,1:06–cv–09192–AKH,1:06–cv–09193–AKH,1:06–cv–09194–AKH,1:06–cv–09195–AKH
1:06–cv–09196–AKH,1:06–cv–09197–AKH,1:06–cv–09198–AKH,1:06–cv–09199–AKH,1:06–cv–09200–AKH
1:06–cv–09201–AKH,1:06–cv–09202–AKH,1:06–cv–09203–AKH,1:06–cv–09204–AKH,1:06–cv–09205–AKH
1:06–cv–09206–AKH,1:06–cv–09207–AKH,1:06–cv–09208–AKH,1:06–cv–09209–AKH,1:06–cv–09210–AKH
1:06–cv–09211–AKH,1:06–cv–09212–AKH,1:06–cv–09213–AKH,1:06–cv–09214–AKH,1:06–cv–09215–AKH
1:06–cv–09216–AKH,1:06–cv–09217–AKH,1:06–cv–09218–AKH,1:06–cv–09219–AKH,1:06–cv–09220–AKH
1:06–cv–09221–AKH,1:06–cv–09222–AKH,1:06–cv–09223–AKH,1:06–cv–09224–AKH,1:06–cv–09225–AKH
1:06–cv–09226–AKH,1:06–cv–09227–AKH,1:06–cv–09228–AKH,1:06–cv–09229–AKH,1:06–cv–09230–AKH
1:06–cv–09231–AKH,1:06–cv–09232–AKH,1:06–cv–09233–AKH,1:06–cv–09234–AKH,1:06–cv–09235–AKH
1:06–cv–09236–AKH,1:06–cv–09237–AKH,1:06–cv–09238–AKH,1:06–cv–09239–AKH,1:06–cv–09240–AKH
1:06–cv–09241–AKH,1:06–cv–09242–AKH,1:06–cv–09243–AKH,1:06–cv–09244–AKH,1:06–cv–09245–AKH
1:06–cv–09246–AKH,1:06–cv–09247–AKH,1:06–cv–09248–AKH,1:06–cv–09249–AKH,1:06–cv–09250–AKH
1:06–cv–09251–AKH,1:06–cv–09252–AKH,1:06–cv–09253–AKH,1:06–cv–09254–AKH,1:06–cv–09255–AKH
1:06–cv–09256–AKH,1:06–cv–09257–AKH,1:06–cv–09258–AKH,1:06–cv–09259–AKH,1:06–cv–09260–AKH
1:06–cv–09261–AKH,1:06–cv–09262–AKH,1:06–cv–09263–AKH,1:06–cv–09264–AKH,1:06–cv–09265–AKH
1:06–cv–09266–AKH,1:06–cv–09267–AKH,1:06–cv–09268–AKH,1:06–cv–09269–AKH,1:06–cv–09270–AKH
1:06–cv–09271–AKH,1:06–cv–09272–AKH,1:06–cv–09273–AKH,1:06–cv–09274–AKH,1:06–cv–09275–AKH
1:06–cv–09276–AKH,1:06–cv–09277–AKH,1:06–cv–09278–AKH,1:06–cv–09279–AKH,1:06–cv–09280–AKH
1:06–cv–09281–AKH,1:06–cv–09282–AKH,1:06–cv–09283–AKH,1:06–cv–09284–AKH,1:06–cv–09285–AKH
1:06–cv–09286–AKH,1:06–cv–09287–AKH,1:06–cv–09288–AKH,1:06–cv–09289–AKH,1:06–cv–09290–AKH
1:06–cv–09291–AKH,1:06–cv–09292–AKH,1:06–cv–09293–AKH,1:06–cv–09294–AKH,1:06–cv–09295–AKH
1:06–cv–09296–AKH,1:06–cv–09297–AKH,1:06–cv–09298–AKH,1:06–cv–09299–AKH,1:06–cv–09300–AKH
1:06–cv–09301–AKH,1:06–cv–09302–AKH,1:06–cv–09303–AKH,1:06–cv–09304–AKH,1:06–cv–09305–AKH
1:06–cv–09306–AKH,1:06–cv–09307–AKH,1:06–cv–09308–AKH,1:06–cv–09309–AKH,1:06–cv–09310–AKH
1:06–cv–09311–AKH,1:06–cv–09312–AKH,1:06–cv–09313–AKH,1:06–cv–09314–AKH,1:06–cv–09315–AKH
1:06–cv–09316–AKH,1:06–cv–09317–AKH,1:06–cv–09318–AKH,1:06–cv–09319–AKH,1:06–cv–09320–AKH
1:06–cv–09321–AKH,1:06–cv–09322–AKH,1:06–cv–09323–AKH,1:06–cv–09324–AKH,1:06–cv–09325–AKH
1:06–cv–09326–AKH,1:06–cv–09327–AKH,1:06–cv–09328–AKH,1:06–cv–09329–AKH,1:06–cv–09330–AKH
1:06–cv–09331–AKH,1:06–cv–09332–AKH,1:06–cv–09333–AKH,1:06–cv–09334–AKH,1:06–cv–09335–AKH
1:06–cv–09336–AKH,1:06–cv–09337–AKH,1:06–cv–09338–AKH,1:06–cv–09339–AKH,1:06–cv–09340–AKH
1:06–cv–09341–AKH,1:06–cv–09342–AKH,1:06–cv–09343–AKH,1:06–cv–09344–AKH,1:06–cv–09345–AKH
1:06–cv–09346–AKH,1:06–cv–09347–AKH,1:06–cv–09348–AKH,1:06–cv–09349–AKH,1:06–cv–09350–AKH
1:06–cv–09351–AKH,1:06–cv–09352–AKH,1:06–cv–09353–AKH,1:06–cv–09354–AKH,1:06–cv–09355–AKH
1:06–cv–09356–AKH,1:06–cv–09357–AKH,1:06–cv–09358–AKH,1:06–cv–09359–AKH,1:06–cv–09360–AKH

```
1:06-cv-09361-AKH,1:06-cv-09362-AKH,1:06-cv-09363-AKH,1:06-cv-09364-AKH,1:06-cv-09365-AKH
1:06-cv-09366-AKH,1:06-cv-09367-AKH,1:06-cv-09368-AKH,1:06-cv-09369-AKH,1:06-cv-09370-AKH
1:06-cv-09371-AKH,1:06-cv-09372-AKH,1:06-cv-09373-AKH,1:06-cv-09374-AKH,1:06-cv-09466-AKH
1:06-cv-09467-AKH,1:06-cv-09468-AKH,1:06-cv-09469-AKH,1:06-cv-09470-AKH,1:06-cv-09471-AKH
1:06-cv-09472-AKH,1:06-cv-09473-AKH,1:06-cv-09474-AKH,1:06-cv-09475-AKH,1:06-cv-09476-AKH
1:06-cv-09477-AKH,1:06-cv-09478-AKH,1:06-cv-09479-AKH,1:06-cv-09480-AKH,1:06-cv-09481-AKH
1:06-cv-09482-AKH,1:06-cv-09483-AKH,1:06-cv-09484-AKH,1:06-cv-09485-AKH,1:06-cv-09486-AKH
1:06-cv-09487-AKH,1:06-cv-09488-AKH,1:06-cv-09489-AKH,1:06-cv-09490-AKH,1:06-cv-09491-AKH
1:06-cv-09492-AKH,1:06-cv-09493-AKH,1:06-cv-09494-AKH,1:06-cv-09495-AKH,1:06-cv-09496-AKH
1:06-cv-09497-AKH,1:06-cv-09498-AKH,1:06-cv-09499-AKH,1:06-cv-09500-AKH,1:06-cv-09501-AKH
1:06-cv-09502-AKH,1:06-cv-09503-AKH,1:06-cv-09504-AKH,1:06-cv-09505-AKH,1:06-cv-09506-AKH
1:06-cv-09507-AKH,1:06-cv-09508-AKH,1:06-cv-09509-AKH,1:06-cv-09510-AKH,1:06-cv-09511-AKH
1:06-cv-09512-AKH,1:06-cv-09513-AKH,1:06-cv-09514-AKH,1:06-cv-09515-AKH,1:06-cv-09516-AKH
1:06-cv-09517-AKH,1:06-cv-09518-AKH,1:06-cv-09519-AKH,1:06-cv-09520-AKH,1:06-cv-09521-AKH
1:06-cv-09522-AKH,1:06-cv-09523-AKH,1:06-cv-09524-AKH,1:06-cv-09525-AKH,1:06-cv-09526-AKH
1:06-cv-09527-AKH,1:06-cv-09528-AKH,1:06-cv-09529-AKH,1:06-cv-09530-AKH,1:06-cv-09531-AKH
1:06-cv-09532-AKH,1:06-cv-09533-AKH,1:06-cv-09534-AKH,1:06-cv-09535-AKH,1:06-cv-09536-AKH
1:06-cv-09537-AKH,1:06-cv-09538-AKH,1:06-cv-09539-AKH,1:06-cv-09540-AKH,1:06-cv-09541-AKH
1:06-cv-09542-AKH,1:06-cv-09543-AKH,1:06-cv-09544-AKH,1:06-cv-09545-AKH,1:06-cv-09546-AKH
1:06-cv-09547-AKH,1:06-cv-09548-AKH,1:06-cv-09549-AKH,1:06-cv-09550-AKH,1:06-cv-09551-AKH
1:06-cv-09552-AKH,1:06-cv-09553-AKH,1:06-cv-09554-AKH,1:06-cv-09555-AKH,1:06-cv-09556-AKH
1:06-cv-09557-AKH,1:06-cv-09558-AKH,1:06-cv-09559-AKH,1:06-cv-09560-AKH,1:06-cv-09561-AKH
1:06-cv-09562-AKH,1:06-cv-09563-AKH,1:06-cv-09564-AKH,1:06-cv-09565-AKH,1:06-cv-09566-AKH
1:06-cv-09567-AKH,1:06-cv-09568-AKH,1:06-cv-09569-AKH,1:06-cv-09570-AKH,1:06-cv-09571-AKH
1:06-cv-09572-AKH,1:06-cv-09573-AKH,1:06-cv-09574-AKH,1:06-cv-09575-AKH,1:06-cv-09576-AKH
1:06-cv-09577-AKH,1:06-cv-09578-AKH,1:06-cv-09579-AKH,1:06-cv-09580-AKH,1:06-cv-09581-AKH
1:06-cv-09582-AKH,1:06-cv-09583-AKH,1:06-cv-09584-AKH,1:06-cv-09585-AKH,1:06-cv-09586-AKH
1:06-cv-09587-AKH,1:06-cv-09588-AKH,1:06-cv-09589-AKH,1:06-cv-09590-AKH,1:06-cv-09591-AKH
1:06-cv-09592-AKH,1:06-cv-09593-AKH,1:06-cv-09594-AKH,1:06-cv-09595-AKH,1:06-cv-09596-AKH
1:06-cv-09597-AKH,1:06-cv-09598-AKH,1:06-cv-09599-AKH,1:06-cv-09600-AKH,1:06-cv-09601-AKH
1:06-cv-09602-AKH,1:06-cv-09603-AKH,1:06-cv-09604-AKH,1:06-cv-09605-AKH,1:06-cv-09606-AKH
1:06-cv-09607-AKH,1:06-cv-09608-AKH,1:06-cv-09609-AKH,1:06-cv-09610-AKH,1:06-cv-09611-AKH
1:06-cv-09612-AKH,1:06-cv-09613-AKH,1:06-cv-09614-AKH,1:06-cv-09615-AKH,1:06-cv-09616-AKH
1:06-cv-09617-AKH,1:06-cv-09618-AKH,1:06-cv-09619-AKH,1:06-cv-09620-AKH,1:06-cv-09621-AKH
1:06-cv-09622-AKH,1:06-cv-09623-AKH,1:06-cv-09624-AKH,1:06-cv-09625-AKH,1:06-cv-09626-AKH
1:06-cv-09627-AKH,1:06-cv-09628-AKH,1:06-cv-09629-AKH,1:06-cv-09630-AKH,1:06-cv-09631-AKH
1:06-cv-09632-AKH,1:06-cv-09633-AKH,1:06-cv-09634-AKH,1:06-cv-09635-AKH,1:06-cv-09636-AKH
1:06-cv-09637-AKH,1:06-cv-09638-AKH,1:06-cv-09639-AKH,1:06-cv-09640-AKH,1:06-cv-09641-AKH
1:06-cv-09642-AKH,1:06-cv-09643-AKH,1:06-cv-09644-AKH,1:06-cv-09645-AKH,1:06-cv-09646-AKH
1:06-cv-09647-AKH,1:06-cv-09648-AKH,1:06-cv-09649-AKH,1:06-cv-09650-AKH,1:06-cv-09651-AKH
1:06-cv-09652-AKH,1:06-cv-09653-AKH,1:06-cv-09654-AKH,1:06-cv-09655-AKH,1:06-cv-09656-AKH
1:06-cv-09657-AKH,1:06-cv-09658-AKH,1:06-cv-09659-AKH,1:06-cv-09660-AKH,1:06-cv-09661-AKH
1:06-cv-09662-AKH,1:06-cv-09663-AKH,1:06-cv-09664-AKH,1:06-cv-09665-AKH,1:06-cv-09666-AKH
1:06-cv-09667-AKH,1:06-cv-09668-AKH,1:06-cv-09669-AKH,1:06-cv-09670-AKH,1:06-cv-09671-AKH
1:06-cv-09672-AKH,1:06-cv-09673-AKH,1:06-cv-09674-AKH,1:06-cv-09675-AKH,1:06-cv-09676-AKH
1:06-cv-09677-AKH,1:06-cv-09678-AKH,1:06-cv-09679-AKH,1:06-cv-09680-AKH,1:06-cv-09681-AKH
1:06-cv-09682-AKH,1:06-cv-09683-AKH,1:06-cv-09684-AKH,1:06-cv-09685-AKH,1:06-cv-09686-AKH
1:06-cv-09687-AKH,1:06-cv-09688-AKH,1:06-cv-09689-AKH,1:06-cv-09690-AKH,1:06-cv-09691-AKH
1:06-cv-09692-AKH,1:06-cv-09693-AKH,1:06-cv-09694-AKH,1:06-cv-09695-AKH,1:06-cv-09696-AKH
1:06-cv-09697-AKH,1:06-cv-09698-AKH,1:06-cv-09699-AKH,1:06-cv-09700-AKH,1:06-cv-09701-AKH
1:06-cv-09702-AKH,1:06-cv-09703-AKH,1:06-cv-09704-AKH,1:06-cv-09705-AKH,1:06-cv-09706-AKH
1:06-cv-09707-AKH,1:06-cv-09708-AKH,1:06-cv-09709-AKH,1:06-cv-09710-AKH,1:06-cv-09711-AKH
1:06-cv-09712-AKH,1:06-cv-09713-AKH,1:06-cv-09714-AKH,1:06-cv-09715-AKH,1:06-cv-09716-AKH
1:06-cv-09717-AKH,1:06-cv-09718-AKH,1:06-cv-09719-AKH,1:06-cv-09720-AKH,1:06-cv-09721-AKH
1:06-cv-09722-AKH,1:06-cv-09723-AKH,1:06-cv-09724-AKH,1:06-cv-09725-AKH,1:06-cv-09726-AKH
1:06-cv-09727-AKH,1:06-cv-09728-AKH,1:06-cv-09729-AKH,1:06-cv-09730-AKH,1:06-cv-09731-AKH
1:06-cv-09732-AKH,1:06-cv-09733-AKH,1:06-cv-09734-AKH,1:06-cv-09735-AKH,1:06-cv-09736-AKH
1:06-cv-09737-AKH,1:06-cv-09738-AKH,1:06-cv-09739-AKH,1:06-cv-09740-AKH,1:06-cv-09741-AKH
1:06-cv-09742-AKH,1:06-cv-09743-AKH,1:06-cv-09744-AKH,1:06-cv-09745-AKH,1:06-cv-09746-AKH
1:06-cv-09747-AKH,1:06-cv-09748-AKH,1:06-cv-09749-AKH,1:06-cv-09750-AKH,1:06-cv-09751-AKH
1:06-cv-09752-AKH,1:06-cv-09753-AKH,1:06-cv-09754-AKH,1:06-cv-09755-AKH,1:06-cv-09756-AKH
1:06-cv-09757-AKH,1:06-cv-09758-AKH,1:06-cv-09759-AKH,1:06-cv-09760-AKH,1:06-cv-09761-AKH
1:06-cv-09762-AKH,1:06-cv-09763-AKH,1:06-cv-09764-AKH,1:06-cv-09765-AKH,1:06-cv-09766-AKH
1:06-cv-09767-AKH,1:06-cv-09768-AKH,1:06-cv-09769-AKH,1:06-cv-09770-AKH,1:06-cv-09771-AKH
```

1:06–cv–09772–AKH,1:06–cv–09773–AKH,1:06–cv–09774–AKH,1:06–cv–09775–AKH,1:06–cv–09776–AKH
1:06–cv–09777–AKH,1:06–cv–09778–AKH,1:06–cv–09779–AKH,1:06–cv–09780–AKH,1:06–cv–09781–AKH
1:06–cv–09782–AKH,1:06–cv–09783–AKH,1:06–cv–09784–AKH,1:06–cv–09785–AKH,1:06–cv–09786–AKH
1:06–cv–09787–AKH,1:06–cv–09788–AKH,1:06–cv–09789–AKH,1:06–cv–09790–AKH,1:06–cv–09791–AKH
1:06–cv–09792–AKH,1:06–cv–09793–AKH,1:06–cv–09794–AKH,1:06–cv–09795–AKH,1:06–cv–09796–AKH
1:06–cv–09797–AKH,1:06–cv–09798–AKH,1:06–cv–09799–AKH,1:06–cv–09800–AKH,1:06–cv–09801–AKH
1:06–cv–09802–AKH,1:06–cv–09803–AKH,1:06–cv–09804–AKH,1:06–cv–09805–AKH,1:06–cv–09806–AKH
1:06–cv–09807–AKH,1:06–cv–09808–AKH,1:06–cv–09809–AKH,1:06–cv–09810–AKH,1:06–cv–09811–AKH
1:06–cv–09812–AKH,1:06–cv–09813–AKH,1:06–cv–09814–AKH,1:06–cv–09815–AKH,1:06–cv–09816–AKH
1:06–cv–09817–AKH,1:06–cv–09818–AKH,1:06–cv–09819–AKH,1:06–cv–09820–AKH,1:06–cv–09821–AKH
1:06–cv–09822–AKH,1:06–cv–09823–AKH,1:06–cv–09824–AKH,1:06–cv–09825–AKH,1:06–cv–09826–AKH
1:06–cv–09827–AKH,1:06–cv–09828–AKH,1:06–cv–09829–AKH,1:06–cv–09830–AKH,1:06–cv–09831–AKH
1:06–cv–09832–AKH,1:06–cv–09833–AKH,1:06–cv–09834–AKH,1:06–cv–09835–AKH,1:06–cv–09836–AKH
1:06–cv–09837–AKH,1:06–cv–09838–AKH,1:06–cv–09839–AKH,1:06–cv–09840–AKH,1:06–cv–09841–AKH
1:06–cv–09842–AKH,1:06–cv–09843–AKH,1:06–cv–09844–AKH,1:06–cv–09845–AKH,1:06–cv–09846–AKH
1:06–cv–09847–AKH,1:06–cv–09848–AKH,1:06–cv–09849–AKH,1:06–cv–09850–AKH,1:06–cv–09851–AKH
1:06–cv–09852–AKH,1:06–cv–09853–AKH,1:06–cv–09854–AKH,1:06–cv–09855–AKH,1:06–cv–09856–AKH
1:06–cv–09857–AKH,1:06–cv–09858–AKH,1:06–cv–09961–AKH,1:06–cv–09962–AKH,1:06–cv–09963–AKH
1:06–cv–09964–AKH,1:06–cv–09965–AKH,1:06–cv–09966–AKH,1:06–cv–09967–AKH,1:06–cv–09968–AKH
1:06–cv–09969–AKH,1:06–cv–09970–AKH,1:06–cv–09971–AKH,1:06–cv–09972–AKH,1:06–cv–09973–AKH
1:06–cv–09974–AKH,1:06–cv–09975–AKH,1:06–cv–09976–AKH,1:06–cv–09977–AKH,1:06–cv–09978–AKH
1:06–cv–09979–AKH,1:06–cv–09980–AKH,1:06–cv–09981–AKH,1:06–cv–09982–AKH,1:06–cv–09983–AKH
1:06–cv–09984–AKH,1:06–cv–09985–AKH,1:06–cv–09986–AKH,1:06–cv–09987–AKH,1:06–cv–09988–AKH
1:06–cv–09989–AKH,1:06–cv–09990–AKH,1:06–cv–09991–AKH,1:06–cv–09992–AKH,1:06–cv–09993–AKH
1:06–cv–09994–AKH,1:06–cv–09995–AKH,1:06–cv–09996–AKH,1:06–cv–09997–AKH,1:06–cv–09998–AKH
1:06–cv–09999–AKH,1:06–cv–10000–AKH,1:06–cv–10001–AKH,1:06–cv–10002–AKH,1:06–cv–10004–AKH
1:06–cv–10005–AKH,1:06–cv–10006–AKH,1:06–cv–10007–AKH,1:06–cv–10008–AKH,1:06–cv–10009–AKH
1:06–cv–10010–AKH,1:06–cv–10011–AKH,1:06–cv–10012–AKH,1:06–cv–10013–AKH,1:06–cv–10014–AKH
1:06–cv–10015–AKH,1:06–cv–10016–AKH,1:06–cv–10017–AKH,1:06–cv–10018–AKH,1:06–cv–10019–AKH
1:06–cv–10020–AKH,1:06–cv–10021–AKH,1:06–cv–10022–AKH,1:06–cv–10023–AKH,1:06–cv–10024–AKH
1:06–cv–10025–AKH,1:06–cv–10026–AKH,1:06–cv–10027–AKH,1:06–cv–10028–AKH,1:06–cv–10029–AKH
1:06–cv–10030–AKH,1:06–cv–10032–AKH,1:06–cv–10033–AKH,1:06–cv–10034–AKH,1:06–cv–10035–AKH
1:06–cv–10036–AKH,1:06–cv–10037–AKH,1:06–cv–10038–AKH,1:06–cv–10039–AKH,1:06–cv–10040–AKH
1:06–cv–10041–AKH,1:06–cv–10042–AKH,1:06–cv–10043–AKH,1:06–cv–10044–AKH,1:06–cv–10045–AKH
1:06–cv–10046–AKH,1:06–cv–10047–AKH,1:06–cv–10048–AKH,1:06–cv–10049–AKH,1:06–cv–10050–AKH
1:06–cv–10051–AKH,1:06–cv–10052–AKH,1:06–cv–10053–AKH,1:06–cv–10054–AKH,1:06–cv–10055–AKH
1:06–cv–10056–AKH,1:06–cv–10057–AKH,1:06–cv–10058–AKH,1:06–cv–10059–AKH,1:06–cv–10060–AKH
1:06–cv–10061–AKH,1:06–cv–10062–AKH,1:06–cv–10063–AKH,1:06–cv–10064–AKH,1:06–cv–10065–AKH
1:06–cv–10066–AKH,1:06–cv–10067–AKH,1:06–cv–10068–AKH,1:06–cv–10069–AKH,1:06–cv–10070–AKH
1:06–cv–10071–AKH,1:06–cv–10072–AKH,1:06–cv–10073–AKH,1:06–cv–10074–AKH,1:06–cv–10075–AKH
1:06–cv–10076–AKH,1:06–cv–10077–AKH,1:06–cv–10078–AKH,1:06–cv–10079–AKH,1:06–cv–10080–AKH
1:06–cv–10081–AKH,1:06–cv–10082–AKH,1:06–cv–10083–AKH,1:06–cv–10084–AKH,1:06–cv–10085–AKH
1:06–cv–10086–AKH,1:06–cv–10087–AKH,1:06–cv–10088–AKH,1:06–cv–10089–AKH,1:06–cv–10090–AKH
1:06–cv–10091–AKH,1:06–cv–10092–AKH,1:06–cv–10093–AKH,1:06–cv–10094–AKH,1:06–cv–10095–AKH
1:06–cv–10096–AKH,1:06–cv–10097–AKH,1:06–cv–10098–AKH,1:06–cv–10099–AKH,1:06–cv–10100–AKH
1:06–cv–10101–AKH,1:06–cv–10102–AKH,1:06–cv–10103–AKH,1:06–cv–10104–AKH,1:06–cv–10105–AKH
1:06–cv–10106–AKH,1:06–cv–10107–AKH,1:06–cv–10108–AKH,1:06–cv–10109–AKH,1:06–cv–10110–AKH
1:06–cv–10111–AKH,1:06–cv–10112–AKH,1:06–cv–10113–AKH,1:06–cv–10114–AKH,1:06–cv–10115–AKH
1:06–cv–10116–AKH,1:06–cv–10117–AKH,1:06–cv–10118–AKH,1:06–cv–10119–AKH,1:06–cv–10120–AKH
1:06–cv–10121–AKH,1:06–cv–10122–AKH,1:06–cv–10123–AKH,1:06–cv–10124–AKH,1:06–cv–10125–AKH
1:06–cv–10126–AKH,1:06–cv–10127–AKH,1:06–cv–10128–AKH,1:06–cv–10129–AKH,1:06–cv–10130–AKH
1:06–cv–10131–AKH,1:06–cv–10132–AKH,1:06–cv–10133–AKH,1:06–cv–10134–AKH,1:06–cv–10135–AKH
1:06–cv–10136–AKH,1:06–cv–10137–AKH,1:06–cv–10138–AKH,1:06–cv–10139–AKH,1:06–cv–10140–AKH
1:06–cv–10141–AKH,1:06–cv–10142–AKH,1:06–cv–10143–AKH,1:06–cv–10144–AKH,1:06–cv–10145–AKH
1:06–cv–10146–AKH,1:06–cv–10147–AKH,1:06–cv–10148–AKH,1:06–cv–10149–AKH,1:06–cv–10150–AKH
1:06–cv–10151–AKH,1:06–cv–10152–AKH,1:06–cv–10153–AKH,1:06–cv–10154–AKH,1:06–cv–10155–AKH
1:06–cv–10156–AKH,1:06–cv–10157–AKH,1:06–cv–10158–AKH,1:06–cv–10159–AKH,1:06–cv–10160–AKH
1:06–cv–10161–AKH,1:06–cv–10162–AKH,1:06–cv–10163–AKH,1:06–cv–10240–AKH,1:06–cv–10241–AKH
1:06–cv–10242–AKH,1:06–cv–10243–AKH,1:06–cv–10244–AKH,1:06–cv–10245–AKH,1:06–cv–10246–AKH
1:06–cv–10247–AKH,1:06–cv–10248–AKH,1:06–cv–10249–AKH,1:06–cv–10250–AKH,1:06–cv–10251–AKH
1:06–cv–10252–AKH,1:06–cv–10253–AKH,1:06–cv–10254–AKH,1:06–cv–10255–AKH,1:06–cv–10256–AKH
1:06–cv–10257–AKH,1:06–cv–10258–AKH,1:06–cv–10259–AKH,1:06–cv–10260–AKH,1:06–cv–10261–AKH
1:06–cv–10262–AKH,1:06–cv–10263–AKH,1:06–cv–10264–AKH,1:06–cv–10265–AKH,1:06–cv–10266–AKH
1:06–cv–10267–AKH,1:06–cv–10268–AKH,1:06–cv–10269–AKH,1:06–cv–10270–AKH,1:06–cv–10271–AKH

1:06–cv–10272–AKH,1:06–cv–10273–AKH,1:06–cv–10274–AKH,1:06–cv–10275–AKH,1:06–cv–10276–AKH
1:06–cv–10277–AKH,1:06–cv–10278–AKH,1:06–cv–10279–AKH,1:06–cv–10280–AKH,1:06–cv–10281–AKH
1:06–cv–10282–AKH,1:06–cv–10283–AKH,1:06–cv–10284–AKH,1:06–cv–10285–AKH,1:06–cv–10286–AKH
1:06–cv–10287–AKH,1:06–cv–10288–AKH,1:06–cv–10289–AKH,1:06–cv–10290–AKH,1:06–cv–10291–AKH
1:06–cv–10292–AKH,1:06–cv–10293–AKH,1:06–cv–10294–AKH,1:06–cv–10295–AKH,1:06–cv–10296–AKH
1:06–cv–10297–AKH,1:06–cv–10298–AKH,1:06–cv–10299–AKH,1:06–cv–10300–AKH,1:06–cv–10301–AKH
1:06–cv–10302–AKH,1:06–cv–10303–AKH,1:06–cv–10304–AKH,1:06–cv–10305–AKH,1:06–cv–10306–AKH
1:06–cv–10307–AKH,1:06–cv–10308–AKH,1:06–cv–10309–AKH,1:06–cv–10310–AKH,1:06–cv–10311–AKH
1:06–cv–10312–AKH,1:06–cv–10313–AKH,1:06–cv–10314–AKH,1:06–cv–10315–AKH,1:06–cv–10316–AKH
1:06–cv–10317–AKH,1:06–cv–10318–AKH,1:06–cv–10319–AKH,1:06–cv–10320–AKH,1:06–cv–10321–AKH
1:06–cv–10322–AKH,1:06–cv–10323–AKH,1:06–cv–10324–AKH,1:06–cv–10325–AKH,1:06–cv–10326–AKH
1:06–cv–10541–AKH,1:06–cv–10542–AKH,1:06–cv–10543–AKH,1:06–cv–10544–AKH,1:06–cv–10545–AKH
1:06–cv–10546–AKH,1:06–cv–10547–AKH,1:06–cv–10548–AKH,1:06–cv–10549–AKH,1:06–cv–10550–AKH
1:06–cv–10551–AKH,1:06–cv–10552–AKH,1:06–cv–10553–AKH,1:06–cv–10554–AKH,1:06–cv–10555–AKH
1:06–cv–10556–AKH,1:06–cv–10557–AKH,1:06–cv–10558–AKH,1:06–cv–10559–AKH,1:06–cv–10560–AKH
1:06–cv–10561–AKH,1:06–cv–10562–AKH,1:06–cv–10563–AKH,1:06–cv–10564–AKH,1:06–cv–10565–AKH
1:06–cv–10566–AKH,1:06–cv–10567–AKH,1:06–cv–10568–AKH,1:06–cv–10569–AKH,1:06–cv–10570–AKH
1:06–cv–10571–AKH,1:06–cv–10572–AKH,1:06–cv–10573–AKH,1:06–cv–10574–AKH,1:06–cv–10575–AKH
1:06–cv–10576–AKH,1:06–cv–10577–AKH,1:06–cv–10578–AKH,1:06–cv–10579–AKH,1:06–cv–10580–AKH
1:06–cv–10581–AKH,1:06–cv–10582–AKH,1:06–cv–10583–AKH,1:06–cv–10584–AKH,1:06–cv–10585–AKH
1:06–cv–10586–AKH,1:06–cv–10587–AKH,1:06–cv–10588–AKH,1:06–cv–10589–AKH,1:06–cv–10590–AKH
1:06–cv–10591–AKH,1:06–cv–10592–AKH,1:06–cv–10593–AKH,1:06–cv–10594–AKH,1:06–cv–10595–AKH
1:06–cv–10596–AKH,1:06–cv–10597–AKH,1:06–cv–10598–AKH,1:06–cv–10599–AKH,1:06–cv–10600–AKH
1:06–cv–10601–AKH,1:06–cv–10602–AKH,1:06–cv–10603–AKH,1:06–cv–10604–AKH,1:06–cv–10605–AKH
1:06–cv–10606–AKH,1:06–cv–10607–AKH,1:06–cv–10608–AKH,1:06–cv–10609–AKH,1:06–cv–10610–AKH
1:06–cv–10611–AKH,1:06–cv–10612–AKH,1:06–cv–10613–AKH,1:06–cv–10614–AKH,1:06–cv–10615–AKH
1:06–cv–10616–AKH,1:06–cv–10617–AKH,1:06–cv–10618–AKH,1:06–cv–10619–AKH,1:06–cv–10620–AKH
1:06–cv–10621–AKH,1:06–cv–10622–AKH,1:06–cv–10623–AKH,1:06–cv–10624–AKH,1:06–cv–10625–AKH
1:06–cv–10626–AKH,1:06–cv–10627–AKH,1:06–cv–10628–AKH,1:06–cv–10629–AKH,1:06–cv–10630–AKH
1:06–cv–10631–AKH,1:06–cv–10632–AKH,1:06–cv–10633–AKH,1:06–cv–10634–AKH,1:06–cv–10635–AKH
1:06–cv–10636–AKH,1:06–cv–10637–AKH,1:06–cv–10638–AKH,1:06–cv–10639–AKH,1:06–cv–10640–AKH
1:06–cv–10641–AKH,1:06–cv–10642–AKH,1:06–cv–10643–AKH,1:06–cv–10644–AKH,1:06–cv–10645–AKH
1:06–cv–10646–AKH,1:06–cv–10647–AKH,1:06–cv–10648–AKH,1:06–cv–10649–AKH,1:06–cv–10650–AKH
1:06–cv–10651–AKH,1:06–cv–10652–AKH,1:06–cv–10653–AKH,1:06–cv–10654–AKH,1:06–cv–10655–AKH
1:06–cv–10656–AKH,1:06–cv–10657–AKH,1:06–cv–10658–AKH,1:06–cv–10659–AKH,1:06–cv–10660–AKH
1:06–cv–10661–AKH,1:06–cv–10662–AKH,1:06–cv–10663–AKH,1:06–cv–10664–AKH,1:06–cv–10665–AKH
1:06–cv–10666–AKH,1:06–cv–10667–AKH,1:06–cv–10668–AKH,1:06–cv–10669–AKH,1:06–cv–10670–AKH
1:06–cv–10671–AKH,1:06–cv–10672–AKH,1:06–cv–10673–AKH,1:06–cv–10674–AKH,1:06–cv–10675–AKH
1:06–cv–10676–AKH,1:06–cv–10677–AKH,1:06–cv–10678–AKH,1:06–cv–10679–AKH,1:06–cv–10680–AKH
1:06–cv–10681–AKH,1:06–cv–10682–AKH,1:06–cv–10683–AKH,1:06–cv–10684–AKH,1:06–cv–10685–AKH
1:06–cv–10686–AKH,1:06–cv–10687–AKH,1:06–cv–10688–AKH,1:06–cv–10689–AKH,1:06–cv–10690–AKH
1:06–cv–10691–AKH,1:06–cv–10692–AKH,1:06–cv–10693–AKH,1:06–cv–10694–AKH,1:06–cv–10695–AKH
1:06–cv–10696–AKH,1:06–cv–10697–AKH,1:06–cv–10698–AKH,1:06–cv–10699–AKH,1:06–cv–10700–AKH
1:06–cv–11535–AKH,1:06–cv–13167–AKH,1:06–cv–13279–AKH,1:06–cv–13280–AKH,1:06–cv–13431–AKH
1:06–cv–13432–AKH,1:06–cv–13493–AKH,1:06–cv–13600–AKH,1:06–cv–13612–AKH,1:06–cv–13613–AKH
1:06–cv–13614–AKH,1:06–cv–13615–AKH,1:06–cv–13616–AKH,1:06–cv–13617–AKH,1:06–cv–13618–AKH
1:06–cv–13619–AKH,1:06–cv–13620–AKH,1:06–cv–13621–AKH,1:06–cv–13622–AKH,1:06–cv–13623–AKH
1:06–cv–13624–AKH,1:06–cv–13625–AKH,1:06–cv–13700–AKH,1:06–cv–14458–AKH,1:06–cv–15317–AKH
1:06–cv–15318–AKH(Horowitz, David) (Entered: 12/22/2006)

| 12/29/2006 | 566 | ORDER GRANTING MOTION FOR LEAVE TO AMEND PLAINTIFFS' MASTER COMPLAINT... defendants plaintiff's motion for leave to amend, and request that "Fresh Kills–related claims against Defendants be dismissed prejudice." Plaintiffs' motion for leave to amend their master complaint is granted... and as further set forth in said O regarding the procedures to be followed that shall govern the handling of motion for leave to amend master complai (Signed by Judge Alvin K. Hellerstein on 12/28/06) (rjm, ) (Entered: 01/03/2007) |
| 12/29/2006 | 572 | STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS ONLY WITHOUT PREJUDICE... that the claim plaintiffs listed on the attached Exhibits A, B, and C (attached to this document and placed in folder for Case No. 21 against... the "Incorrectly Named Bovis Defendants," and the "Incorrectly Named Tully Defendants," hereby are dis without prejudice... The claims of the Plaintiffs against (referred to as) the "Exiting Defendants" are hereby dismisse without prejudice... and as further set forth regarding the procedures to be followed that shall govern the handling of Stipulation of Dismissal. This Document relates to All World Trade Center Disaster Site Litigation. (Signed by Judg K. Hellerstein on 12/28/06) (rjm, ) (Entered: 01/10/2007) |

| 1/02/2007 | 565 | AMENDED MOTION for Declaratory Judgment *STIPULATION ADJOURNMENT*. Document filed by Michelle Haskett–Godbee. Return Date set for 1/19/2007 09:30 AM. Filed In Associated Cases: 1:21–mc–00100–AKH,1:03–cv–00007–AKH(Rudden, John) (Entered: 01/02/2007) |
| 1/05/2007 | 567 | ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE... Plaintiff Magee's omissions furnish gro dismiss this suit for failure to prosecute purs. to Rule 41(b) of the FRCP... Therefore, I order his case, 05cv7210, dis as to all defendants. The Clerk shall mark this case as closed. (Signed by Judge Alvin K. Hellerstein on 1/5/06) Filed Associated Cases: 1:21–mc–00100–AKH,1:05–cv–07210–AKH(rjm, ) (Entered: 01/05/2007) |
| 1/08/2007 | 568 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Erin M. Sullivan for City of New York, Bovis Len LMB, Inc., AMEC Construction Management, Inc., Plaza Construction Corp., Tully Construction Co. Inc., and Tur Construction Co. admitted Pro Hac Vice. This Document relates to 21MC102. (Signed by Judge Alvin K. Hellerstei 1/8/07) (rjm, ) (Entered: 01/09/2007) |
| 1/09/2007 | 569 | MEMORANDUM OPINION AND ORDER DENYING MOTION FOR INTERLOCUTORY APPEAL AND ASS CONTINUING JURISDICTION # – – – – re: 557 MOTION for Certification for Interlocutory Appeal Pursuant to 2 Sec. 1292(b) and for a Stay Pending Appeal."For all the foregoing reasons, I hold that this Court has continuing juri over this case; Defendants' appeal of my order denying their motions for judgment on the pleadings and for summar judgment does not divest the Court of jurisdiction. Defendants' motion to certify the order for interlocutory appeal p to 28USC1292(b) is denied." (Signed by Judge Alvin K. Hellerstein on 1/8/07) (rjm, ) (Entered: 01/09/2007) |
| 1/09/2007 | 570 | RESPONSE to Motion re: 555 AMENDED MOTION for Declaratory Judgment *Statute Limitations Notice of Clain* MOTION for Declaratory Judgment *Statute Limitations, Notice of Claim. Stipulation Adjourning Plaintiffs' Motion Date Pending State Court Activity*. Document filed by City of New York. Filed In Associated Cases: 1:21–mc–00100–AKH,1:03–cv–00007–AKH,1:03–cv–08577–AKH,1:04–cv–00491–AKH,1:04–cv–03747–AKH 1:04–cv–03800–AKH,1:04–cv–04982–AKH,1:04–cv–04983–AKH,1:04–cv–04984–AKH,1:04–cv–05175–AKH 1:04–cv–05862–AKH,1:04–cv–06726–AKH,1:04–cv–06727–AKH,1:04–cv–06789–AKH,1:04–cv–06889–AKH 1:04–cv–06890–AKH,1:04–cv–06891–AKH,1:04–cv–06892–AKH,1:04–cv–06893–AKH,1:04–cv–07239–AKH 1:04–cv–07293–AKH,1:04–cv–07597–AKH,1:04–cv–07599–AKH,1:04–cv–07601–AKH,1:04–cv–07645–AKH 1:04–cv–07647–AKH,1:04–cv–07725–AKH,1:04–cv–07727–AKH,1:04–cv–07903–AKH,1:04–cv–08034–AKH 1:04–cv–08035–AKH,1:04–cv–08036–AKH,1:04–cv–08096–AKH,1:04–cv–08097–AKH,1:04–cv–08284–AKH 1:04–cv–08285–AKH,1:04–cv–08286–AKH,1:04–cv–08287–AKH,1:04–cv–08288–AKH,1:04–cv–08289–AKH 1:04–cv–08404–AKH,1:04–cv–08431–AKH,1:04–cv–08494–AKH,1:04–cv–08495–AKH,1:04–cv–08496–AKH 1:04–cv–08497–AKH,1:04–cv–08498–AKH,1:04–cv–08499–AKH,1:04–cv–08500–AKH,1:04–cv–08501–AKH 1:04–cv–08502–AKH,1:04–cv–08503–AKH,1:04–cv–08504–AKH,1:04–cv–08505–AKH,1:04–cv–08506–AKH 1:04–cv–08507–AKH,1:04–cv–08508–AKH,1:04–cv–08674–AKH,1:04–cv–08675–AKH,1:04–cv–08676–AKH 1:04–cv–08681–AKH,1:04–cv–08725–AKH,1:04–cv–08726–AKH,1:04–cv–08727–AKH,1:04–cv–08728–AKH 1:04–cv–08729–AKH,1:04–cv–08730–AKH,1:04–cv–08731–AKH,1:04–cv–08732–AKH,1:04–cv–08733–AKH 1:04–cv–08734–AKH,1:04–cv–08735–AKH,1:04–cv–08736–AKH,1:04–cv–08737–AKH,1:04–cv–08738–AKH 1:04–cv–08739–AKH,1:04–cv–08740–AKH,1:04–cv–08741–AKH,1:04–cv–08742–AKH,1:04–cv–08743–AKH 1:04–cv–08744–AKH,1:04–cv–08745–AKH,1:04–cv–08746–AKH,1:04–cv–08747–AKH,1:04–cv–08748–AKH 1:04–cv–08749–AKH,1:04–cv–08750–AKH,1:04–cv–08751–AKH,1:04–cv–08752–AKH,1:04–cv–08753–AKH 1:04–cv–08754–AKH,1:04–cv–08755–AKH,1:04–cv–08756–AKH,1:04–cv–08757–AKH,1:04–cv–08758–AKH 1:04–cv–08770–AKH,1:04–cv–08771–AKH,1:04–cv–08772–AKH,1:04–cv–08773–AKH,1:04–cv–08774–AKH 1:04–cv–08775–AKH,1:04–cv–08776–AKH,1:04–cv–08777–AKH,1:04–cv–08778–AKH,1:04–cv–08779–AKH 1:04–cv–08785–AKH,1:04–cv–08811–AKH,1:04–cv–08812–AKH,1:04–cv–08813–AKH,1:04–cv–08814–AKH 1:04–cv–08867–AKH,1:04–cv–08868–AKH,1:04–cv–08869–AKH,1:04–cv–08870–AKH,1:04–cv–08871–AKH 1:04–cv–09002–AKH,1:04–cv–09062–AKH,1:04–cv–09081–AKH,1:04–cv–09082–AKH,1:04–cv–09083–AKH 1:04–cv–09116–AKH,1:04–cv–09150–AKH,1:04–cv–09151–AKH,1:04–cv–09152–AKH,1:04–cv–09153–AKH 1:04–cv–09154–AKH,1:04–cv–09155–AKH,1:04–cv–09156–AKH,1:04–cv–09157–AKH,1:04–cv–09158–AKH 1:04–cv–09159–AKH,1:04–cv–09160–AKH,1:04–cv–09161–AKH,1:04–cv–09162–AKH,1:04–cv–09163–AKH 1:04–cv–09164–AKH,1:04–cv–09165–AKH,1:04–cv–09166–AKH,1:04–cv–09167–AKH,1:04–cv–09168–AKH 1:04–cv–09169–AKH,1:04–cv–09170–AKH,1:04–cv–09171–AKH,1:04–cv–09172–AKH,1:04–cv–09173–AKH 1:04–cv–09174–AKH,1:04–cv–09175–AKH,1:04–cv–09176–AKH,1:04–cv–09177–AKH,1:04–cv–09178–AKH 1:04–cv–09179–AKH,1:04–cv–09180–AKH,1:04–cv–09181–AKH,1:04–cv–09182–AKH,1:04–cv–09244–AKH 1:04–cv–09245–AKH,1:04–cv–09247–AKH,1:04–cv–09253–AKH,1:04–cv–09261–AKH,1:04–cv–09272–AKH 1:04–cv–09341–AKH,1:04–cv–09342–AKH,1:04–cv–09343–AKH,1:04–cv–09366–AKH,1:04–cv–09367–AKH 1:04–cv–09368–AKH,1:04–cv–09450–AKH,1:04–cv–09451–AKH,1:04–cv–09818–AKH,1:04–cv–09819–AKH 1:04–cv–09820–AKH,1:04–cv–09821–AKH,1:04–cv–09832–AKH,1:04–cv–09833–AKH,1:04–cv–09834–AKH 1:04–cv–09835–AKH,1:04–cv–09836–AKH,1:04–cv–09837–AKH,1:04–cv–09838–AKH,1:04–cv–09839–AKH 1:04–cv–09840–AKH,1:04–cv–09841–AKH,1:04–cv–09842–AKH,1:04–cv–09843–AKH,1:04–cv–09844–AKH 1:04–cv–09845–AKH,1:04–cv–09846–AKH,1:04–cv–09847–AKH,1:04–cv–09848–AKH,1:04–cv–09849–AKH 1:04–cv–09850–AKH,1:04–cv–09851–AKH,1:04–cv–09852–AKH,1:04–cv–09853–AKH,1:04–cv–09854–AKH 1:04–cv–09855–AKH,1:04–cv–09856–AKH,1:04–cv–09857–AKH,1:04–cv–09902–AKH,1:04–cv–09903–AKH 1:04–cv–09904–AKH,1:04–cv–09905–AKH,1:04–cv–09906–AKH,1:04–cv–09907–AKH,1:04–cv–09908–AKH |

1:04–cv–09909–AKH,1:04–cv–09910–AKH,1:04–cv–09987–AKH,1:04–cv–09988–AKH,1:04–cv–09989–AKH
1:04–cv–09990–AKH,1:04–cv–10072–AKH,1:04–cv–10284–AKH,1:05–cv–00117–AKH,1:05–cv–00118–AKH
1:05–cv–00119–AKH,1:05–cv–00184–AKH,1:05–cv–00185–AKH,1:05–cv–00186–AKH,1:05–cv–00193–AKH
1:05–cv–00194–AKH,1:05–cv–00195–AKH,1:05–cv–00209–AKH,1:05–cv–00210–AKH,1:05–cv–00211–AKH
1:05–cv–00212–AKH,1:05–cv–00224–AKH,1:05–cv–00259–AKH,1:05–cv–00264–AKH,1:05–cv–00311–AKH
1:05–cv–00405–AKH,1:05–cv–00406–AKH,1:05–cv–00407–AKH,1:05–cv–00408–AKH,1:05–cv–00409–AKH
1:05–cv–00410–AKH,1:05–cv–00411–AKH,1:05–cv–00412–AKH,1:05–cv–00413–AKH,1:05–cv–00414–AKH
1:05–cv–00415–AKH,1:05–cv–00416–AKH,1:05–cv–00417–AKH,1:05–cv–00418–AKH,1:05–cv–00419–AKH
1:05–cv–00420–AKH,1:05–cv–00421–AKH,1:05–cv–00422–AKH,1:05–cv–00423–AKH,1:05–cv–00424–AKH
1:05–cv–00425–AKH,1:05–cv–00426–AKH,1:05–cv–00665–AKH,1:05–cv–00666–AKH,1:05–cv–00667–AKH
1:05–cv–00668–AKH,1:05–cv–00669–AKH,1:05–cv–00670–AKH,1:05–cv–00671–AKH,1:05–cv–00679–AKH
1:05–cv–00708–AKH,1:05–cv–00719–AKH,1:05–cv–00720–AKH,1:05–cv–00722–AKH,1:05–cv–00724–AKH
1:05–cv–00744–AKH,1:05–cv–00765–AKH,1:05–cv–00766–AKH,1:05–cv–00828–AKH,1:05–cv–00829–AKH
1:05–cv–00830–AKH,1:05–cv–00831–AKH,1:05–cv–00832–AKH,1:05–cv–00833–AKH,1:05–cv–00835–AKH
1:05–cv–00836–AKH,1:05–cv–00837–AKH,1:05–cv–00838–AKH,1:05–cv–00839–AKH,1:05–cv–00840–AKH
1:05–cv–00841–AKH,1:05–cv–00842–AKH,1:05–cv–00843–AKH,1:05–cv–00844–AKH,1:05–cv–00845–AKH
1:05–cv–00846–AKH,1:05–cv–00847–AKH,1:05–cv–00874–AKH,1:05–cv–00920–AKH,1:05–cv–00921–AKH
1:05–cv–01047–AKH,1:05–cv–01048–AKH,1:05–cv–01062–AKH,1:05–cv–01063–AKH,1:05–cv–01064–AKH
1:05–cv–01065–AKH,1:05–cv–01066–AKH,1:05–cv–01067–AKH,1:05–cv–01068–AKH,1:05–cv–01069–AKH
1:05–cv–01070–AKH,1:05–cv–01071–AKH,1:05–cv–01072–AKH,1:05–cv–01073–AKH,1:05–cv–01074–AKH
1:05–cv–01075–AKH,1:05–cv–01076–AKH,1:05–cv–01077–AKH,1:05–cv–01078–AKH,1:05–cv–01079–AKH
1:05–cv–01080–AKH,1:05–cv–01081–AKH,1:05–cv–01082–AKH,1:05–cv–01083–AKH,1:05–cv–01089–AKH
1:05–cv–01094–AKH,1:05–cv–01095–AKH,1:05–cv–01096–AKH,1:05–cv–01097–AKH,1:05–cv–01098–AKH
1:05–cv–01099–AKH,1:05–cv–01100–AKH,1:05–cv–01101–AKH,1:05–cv–01102–AKH,1:05–cv–01103–AKH
1:05–cv–01104–AKH,1:05–cv–01105–AKH,1:05–cv–01106–AKH,1:05–cv–01107–AKH,1:05–cv–01108–AKH
1:05–cv–01109–AKH,1:05–cv–01110–AKH,1:05–cv–01111–AKH,1:05–cv–01112–AKH,1:05–cv–01113–AKH
1:05–cv–01114–AKH,1:05–cv–01115–AKH,1:05–cv–01116–AKH,1:05–cv–01117–AKH,1:05–cv–01118–AKH
1:05–cv–01119–AKH,1:05–cv–01120–AKH,1:05–cv–01121–AKH,1:05–cv–01122–AKH,1:05–cv–01123–AKH
1:05–cv–01124–AKH,1:05–cv–01125–AKH,1:05–cv–01126–AKH,1:05–cv–01127–AKH,1:05–cv–01128–AKH
1:05–cv–01129–AKH,1:05–cv–01130–AKH,1:05–cv–01131–AKH,1:05–cv–01132–AKH,1:05–cv–01133–AKH
1:05–cv–01134–AKH,1:05–cv–01135–AKH,1:05–cv–01136–AKH,1:05–cv–01137–AKH,1:05–cv–01170–AKH
1:05–cv–01171–AKH,1:05–cv–01172–AKH,1:05–cv–01173–AKH,1:05–cv–01174–AKH,1:05–cv–01180–AKH
1:05–cv–01181–AKH,1:05–cv–01182–AKH,1:05–cv–01183–AKH,1:05–cv–01184–AKH,1:05–cv–01185–AKH
1:05–cv–01186–AKH,1:05–cv–01187–AKH,1:05–cv–01188–AKH,1:05–cv–01189–AKH,1:05–cv–01190–AKH
1:05–cv–01191–AKH,1:05–cv–01192–AKH,1:05–cv–01193–AKH,1:05–cv–01194–AKH,1:05–cv–01195–AKH
1:05–cv–01196–AKH,1:05–cv–01197–AKH,1:05–cv–01198–AKH,1:05–cv–01199–AKH,1:05–cv–01200–AKH
1:05–cv–01201–AKH,1:05–cv–01202–AKH,1:05–cv–01203–AKH,1:05–cv–01204–AKH,1:05–cv–01205–AKH
1:05–cv–01206–AKH,1:05–cv–01207–AKH,1:05–cv–01208–AKH,1:05–cv–01209–AKH,1:05–cv–01210–AKH
1:05–cv–01211–AKH,1:05–cv–01212–AKH,1:05–cv–01213–AKH,1:05–cv–01214–AKH,1:05–cv–01215–AKH
1:05–cv–01216–AKH,1:05–cv–01217–AKH,1:05–cv–01218–AKH,1:05–cv–01219–AKH,1:05–cv–01220–AKH
1:05–cv–01221–AKH,1:05–cv–01222–AKH,1:05–cv–01223–AKH,1:05–cv–01224–AKH,1:05–cv–01225–AKH
1:05–cv–01226–AKH,1:05–cv–01227–AKH,1:05–cv–01228–AKH,1:05–cv–01229–AKH,1:05–cv–01230–AKH
1:05–cv–01231–AKH,1:05–cv–01232–AKH,1:05–cv–01233–AKH,1:05–cv–01234–AKH,1:05–cv–01235–AKH
1:05–cv–01236–AKH,1:05–cv–01237–AKH,1:05–cv–01238–AKH,1:05–cv–01239–AKH,1:05–cv–01240–AKH
1:05–cv–01241–AKH,1:05–cv–01242–AKH,1:05–cv–01243–AKH,1:05–cv–01244–AKH,1:05–cv–01245–AKH
1:05–cv–01246–AKH,1:05–cv–01247–AKH,1:05–cv–01248–AKH,1:05–cv–01249–AKH,1:05–cv–01250–AKH
1:05–cv–01251–AKH,1:05–cv–01252–AKH,1:05–cv–01253–AKH,1:05–cv–01254–AKH,1:05–cv–01255–AKH
1:05–cv–01256–AKH,1:05–cv–01257–AKH,1:05–cv–01258–AKH,1:05–cv–01259–AKH,1:05–cv–01260–AKH
1:05–cv–01261–AKH,1:05–cv–01262–AKH,1:05–cv–01263–AKH,1:05–cv–01264–AKH,1:05–cv–01265–AKH
1:05–cv–01266–AKH,1:05–cv–01267–AKH,1:05–cv–01268–AKH,1:05–cv–01269–AKH,1:05–cv–01270–AKH
1:05–cv–01271–AKH,1:05–cv–01272–AKH,1:05–cv–01273–AKH,1:05–cv–01274–AKH,1:05–cv–01275–AKH
1:05–cv–01276–AKH,1:05–cv–01277–AKH,1:05–cv–01278–AKH,1:05–cv–01279–AKH,1:05–cv–01280–AKH
1:05–cv–01281–AKH,1:05–cv–01282–AKH,1:05–cv–01283–AKH,1:05–cv–01284–AKH,1:05–cv–01294–AKH
1:05–cv–01326–AKH,1:05–cv–01327–AKH,1:05–cv–01328–AKH,1:05–cv–01329–AKH,1:05–cv–01330–AKH
1:05–cv–01331–AKH,1:05–cv–01332–AKH,1:05–cv–01333–AKH,1:05–cv–01334–AKH,1:05–cv–01335–AKH
1:05–cv–01336–AKH,1:05–cv–01337–AKH,1:05–cv–01338–AKH,1:05–cv–01339–AKH,1:05–cv–01340–AKH
1:05–cv–01342–AKH,1:05–cv–01344–AKH,1:05–cv–01345–AKH,1:05–cv–01347–AKH,1:05–cv–01349–AKH
1:05–cv–01350–AKH,1:05–cv–01352–AKH,1:05–cv–01354–AKH,1:05–cv–01355–AKH,1:05–cv–01359–AKH
1:05–cv–01361–AKH,1:05–cv–01362–AKH,1:05–cv–01363–AKH,1:05–cv–01364–AKH,1:05–cv–01365–AKH
1:05–cv–01367–AKH,1:05–cv–01369–AKH,1:05–cv–01371–AKH,1:05–cv–01372–AKH,1:05–cv–01375–AKH
1:05–cv–01377–AKH,1:05–cv–01379–AKH,1:05–cv–01380–AKH,1:05–cv–01382–AKH,1:05–cv–01383–AKH
1:05–cv–01384–AKH,1:05–cv–01385–AKH,1:05–cv–01387–AKH,1:05–cv–01392–AKH,1:05–cv–01394–AKH
1:05–cv–01396–AKH,1:05–cv–01397–AKH,1:05–cv–01399–AKH,1:05–cv–01401–AKH,1:05–cv–01405–AKH
1:05–cv–01408–AKH,1:05–cv–01410–AKH,1:05–cv–01412–AKH,1:05–cv–01417–AKH,1:05–cv–01418–AKH

1:05–cv–01420–AKH,1:05–cv–01422–AKH,1:05–cv–01424–AKH,1:05–cv–01425–AKH,1:05–cv–01426–AKH
1:05–cv–01427–AKH,1:05–cv–01428–AKH,1:05–cv–01429–AKH,1:05–cv–01430–AKH,1:05–cv–01432–AKH
1:05–cv–01433–AKH,1:05–cv–01434–AKH,1:05–cv–01436–AKH,1:05–cv–01437–AKH,1:05–cv–01438–AKH
1:05–cv–01440–AKH,1:05–cv–01442–AKH,1:05–cv–01451–AKH,1:05–cv–01452–AKH,1:05–cv–01462–AKH
1:05–cv–01463–AKH,1:05–cv–01464–AKH,1:05–cv–01465–AKH,1:05–cv–01466–AKH,1:05–cv–01467–AKH
1:05–cv–01468–AKH,1:05–cv–01469–AKH,1:05–cv–01470–AKH,1:05–cv–01471–AKH,1:05–cv–01472–AKH
1:05–cv–01473–AKH,1:05–cv–01474–AKH,1:05–cv–01475–AKH,1:05–cv–01476–AKH,1:05–cv–01477–AKH
1:05–cv–01478–AKH,1:05–cv–01479–AKH,1:05–cv–01480–AKH,1:05–cv–01481–AKH,1:05–cv–01482–AKH
1:05–cv–01483–AKH,1:05–cv–01484–AKH,1:05–cv–01485–AKH,1:05–cv–01486–AKH,1:05–cv–01494–AKH
1:05–cv–01495–AKH,1:05–cv–01496–AKH,1:05–cv–01497–AKH,1:05–cv–01498–AKH,1:05–cv–01499–AKH
1:05–cv–01500–AKH,1:05–cv–01503–AKH,1:05–cv–01504–AKH,1:05–cv–01505–AKH,1:05–cv–01507–AKH
1:05–cv–01508–AKH,1:05–cv–01509–AKH,1:05–cv–01510–AKH,1:05–cv–01511–AKH,1:05–cv–01513–AKH
1:05–cv–01514–AKH,1:05–cv–01515–AKH,1:05–cv–01516–AKH,1:05–cv–01517–AKH,1:05–cv–01518–AKH
1:05–cv–01519–AKH,1:05–cv–01520–AKH,1:05–cv–01521–AKH,1:05–cv–01522–AKH,1:05–cv–01523–AKH
1:05–cv–01575–AKH,1:05–cv–01576–AKH,1:05–cv–01577–AKH,1:05–cv–01578–AKH,1:05–cv–01579–AKH
1:05–cv–01580–AKH,1:05–cv–01581–AKH,1:05–cv–01582–AKH,1:05–cv–01583–AKH,1:05–cv–01584–AKH
1:05–cv–01585–AKH,1:05–cv–01586–AKH,1:05–cv–01587–AKH,1:05–cv–01588–AKH,1:05–cv–01589–AKH
1:05–cv–01590–AKH,1:05–cv–01591–AKH,1:05–cv–01592–AKH,1:05–cv–01593–AKH,1:05–cv–01594–AKH
1:05–cv–01595–AKH,1:05–cv–01596–AKH,1:05–cv–01597–AKH,1:05–cv–01598–AKH,1:05–cv–01599–AKH
1:05–cv–01600–AKH,1:05–cv–01601–AKH,1:05–cv–01602–AKH,1:05–cv–01603–AKH,1:05–cv–01604–AKH
1:05–cv–01605–AKH,1:05–cv–01606–AKH,1:05–cv–01607–AKH,1:05–cv–01608–AKH,1:05–cv–01609–AKH
1:05–cv–01610–AKH,1:05–cv–01611–AKH,1:05–cv–01612–AKH,1:05–cv–01613–AKH,1:05–cv–01614–AKH
1:05–cv–01615–AKH,1:05–cv–01616–AKH,1:05–cv–01617–AKH,1:05–cv–01618–AKH,1:05–cv–01619–AKH
1:05–cv–01620–AKH,1:05–cv–01621–AKH,1:05–cv–01622–AKH,1:05–cv–01623–AKH,1:05–cv–01624–AKH
1:05–cv–01625–AKH,1:05–cv–01626–AKH,1:05–cv–01627–AKH,1:05–cv–01628–AKH,1:05–cv–01629–AKH
1:05–cv–01630–AKH,1:05–cv–01631–AKH,1:05–cv–01632–AKH,1:05–cv–01633–AKH,1:05–cv–01634–AKH
1:05–cv–01635–AKH,1:05–cv–01636–AKH,1:05–cv–01637–AKH,1:05–cv–01638–AKH,1:05–cv–01639–AKH
1:05–cv–01640–AKH,1:05–cv–01641–AKH,1:05–cv–01642–AKH,1:05–cv–01643–RJH,1:05–cv–01644–AKH,
1:05–cv–01645–AKH,1:05–cv–01646–AKH,1:05–cv–01647–AKH,1:05–cv–01648–AKH,1:05–cv–01649–AKH
1:05–cv–01650–AKH,1:05–cv–01651–AKH,1:05–cv–01652–AKH,1:05–cv–01653–AKH,1:05–cv–01654–AKH
1:05–cv–01655–AKH,1:05–cv–01656–AKH,1:05–cv–01657–AKH,1:05–cv–01658–AKH,1:05–cv–01660–AKH
1:05–cv–01662–AKH,1:05–cv–01663–AKH,1:05–cv–01664–AKH,1:05–cv–01665–AKH,1:05–cv–01666–AKH
1:05–cv–01667–AKH,1:05–cv–01668–AKH,1:05–cv–01669–AKH,1:05–cv–01670–AKH,1:05–cv–01671–AKH
1:05–cv–01673–AKH,1:05–cv–01674–AKH,1:05–cv–01675–AKH,1:05–cv–01676–AKH,1:05–cv–01677–AKH
1:05–cv–01678–AKH,1:05–cv–01679–AKH,1:05–cv–01680–AKH,1:05–cv–01681–AKH,1:05–cv–01682–AKH
1:05–cv–01683–AKH,1:05–cv–01684–AKH,1:05–cv–01685–AKH,1:05–cv–01686–AKH,1:05–cv–01687–AKH
1:05–cv–01688–AKH,1:05–cv–01689–AKH,1:05–cv–01690–AKH,1:05–cv–01691–AKH,1:05–cv–01692–AKH
1:05–cv–01693–AKH,1:05–cv–01694–AKH,1:05–cv–01695–AKH,1:05–cv–01696–AKH,1:05–cv–01697–AKH
1:05–cv–01698–AKH,1:05–cv–01699–AKH,1:05–cv–01700–AKH,1:05–cv–01701–AKH,1:05–cv–01702–AKH
1:05–cv–01703–AKH,1:05–cv–01704–AKH,1:05–cv–01705–AKH,1:05–cv–01706–AKH,1:05–cv–01707–AKH
1:05–cv–01709–AKH,1:05–cv–01710–AKH,1:05–cv–01711–AKH,1:05–cv–01712–AKH,1:05–cv–01713–AKH
1:05–cv–01714–AKH,1:05–cv–01715–AKH,1:05–cv–01716–AKH,1:05–cv–01717–AKH,1:05–cv–01718–AKH
1:05–cv–01719–AKH,1:05–cv–01720–AKH,1:05–cv–01721–AKH,1:05–cv–01722–AKH,1:05–cv–01723–AKH
1:05–cv–01724–AKH,1:05–cv–01725–AKH,1:05–cv–01726–AKH,1:05–cv–01727–AKH,1:05–cv–01729–AKH
1:05–cv–01730–AKH,1:05–cv–01731–AKH,1:05–cv–01732–AKH,1:05–cv–01733–AKH,1:05–cv–01734–AKH
1:05–cv–01735–AKH,1:05–cv–01736–AKH,1:05–cv–01737–AKH,1:05–cv–01738–AKH,1:05–cv–01739–AKH
1:05–cv–01740–AKH,1:05–cv–01742–AKH,1:05–cv–01743–AKH,1:05–cv–01744–AKH,1:05–cv–01745–AKH
1:05–cv–01746–AKH,1:05–cv–01747–AKH,1:05–cv–01748–AKH,1:05–cv–01749–AKH,1:05–cv–01750–AKH
1:05–cv–01751–AKH,1:05–cv–01752–AKH,1:05–cv–01753–AKH,1:05–cv–01754–AKH,1:05–cv–01756–AKH
1:05–cv–01757–AKH,1:05–cv–01758–AKH,1:05–cv–01759–AKH,1:05–cv–01760–AKH,1:05–cv–01761–AKH
1:05–cv–01762–AKH,1:05–cv–01763–AKH,1:05–cv–01764–AKH,1:05–cv–01765–AKH,1:05–cv–01766–AKH
1:05–cv–01767–AKH,1:05–cv–01768–AKH,1:05–cv–01769–AKH,1:05–cv–01770–AKH,1:05–cv–01771–AKH
1:05–cv–01772–AKH,1:05–cv–01773–AKH,1:05–cv–01774–AKH,1:05–cv–01775–AKH,1:05–cv–01776–AKH
1:05–cv–01778–AKH,1:05–cv–01779–AKH,1:05–cv–01780–AKH,1:05–cv–01781–AKH,1:05–cv–01782–AKH
1:05–cv–01783–AKH,1:05–cv–01784–AKH,1:05–cv–01785–AKH,1:05–cv–01786–AKH,1:05–cv–01787–AKH
1:05–cv–01788–AKH,1:05–cv–01789–AKH,1:05–cv–01790–AKH,1:05–cv–01791–AKH,1:05–cv–01792–AKH
1:05–cv–01793–AKH,1:05–cv–01794–AKH,1:05–cv–01795–AKH,1:05–cv–01917–AKH,1:05–cv–02034–AKH
1:05–cv–02035–AKH,1:05–cv–02037–AKH,1:05–cv–02135–AKH,1:05–cv–02136–AKH,1:05–cv–02178–AKH
1:05–cv–02320–AKH,1:05–cv–02444–AKH,1:05–cv–02446–AKH,1:05–cv–02493–AKH,1:05–cv–02495–AKH
1:05–cv–02496–AKH,1:05–cv–02497–AKH,1:05–cv–02498–AKH,1:05–cv–02499–AKH,1:05–cv–02500–AKH
1:05–cv–02501–AKH,1:05–cv–02502–AKH,1:05–cv–02551–AKH,1:05–cv–02629–AKH,1:05–cv–02651–AKH
1:05–cv–02726–AKH,1:05–cv–02866–AKH,1:05–cv–02988–AKH,1:05–cv–03162–AKH,1:05–cv–03303–AKH
1:05–cv–03304–AKH,1:05–cv–03305–AKH,1:05–cv–03333–AKH,1:05–cv–03379–AKH,1:05–cv–03450–AKH
1:05–cv–03692–AKH,1:05–cv–03693–AKH,1:05–cv–03694–AKH,1:05–cv–03695–AKH,1:05–cv–03712–AKH

1:05–cv–03714–AKH,1:05–cv–03801–AKH,1:05–cv–03802–AKH,1:05–cv–03822–AKH,1:05–cv–04081–AKH
1:05–cv–04109–AKH,1:05–cv–04110–AKH,1:05–cv–04111–AKH,1:05–cv–04147–AKH,1:05–cv–04214–AKH
1:05–cv–04215–AKH,1:05–cv–04216–AKH,1:05–cv–04217–AKH,1:05–cv–04218–AKH,1:05–cv–04222–AKH
1:05–cv–04223–AKH,1:05–cv–04224–AKH,1:05–cv–04225–AKH,1:05–cv–04226–AKH,1:05–cv–04227–AKH
1:05–cv–04228–AKH,1:05–cv–04229–AKH,1:05–cv–04230–AKH,1:05–cv–04231–AKH,1:05–cv–04240–AKH
1:05–cv–04241–AKH,1:05–cv–04242–AKH,1:05–cv–04272–AKH,1:05–cv–04273–AKH,1:05–cv–04335–AKH
1:05–cv–04336–AKH,1:05–cv–04337–AKH,1:05–cv–04338–AKH,1:05–cv–04339–AKH,1:05–cv–04340–AKH
1:05–cv–04341–AKH,1:05–cv–04442–AKH,1:05–cv–04443–AKH,1:05–cv–04537–AKH,1:05–cv–04853–AKH
1:05–cv–04956–AKH,1:05–cv–05170–AKH,1:05–cv–05171–AKH,1:05–cv–05173–AKH,1:05–cv–05174–AKH
1:05–cv–05175–AKH,1:05–cv–05480–AKH,1:05–cv–05509–AKH,1:05–cv–05510–AKH,1:05–cv–05581–AKH
1:05–cv–05601–AKH,1:05–cv–05867–AKH,1:05–cv–05891–AKH,1:05–cv–05892–AKH,1:05–cv–06063–AKH
1:05–cv–06137–AKH,1:05–cv–06205–AKH,1:05–cv–06213–AKH,1:05–cv–06214–AKH,1:05–cv–06215–AKH
1:05–cv–06216–AKH,1:05–cv–06217–AKH,1:05–cv–06218–AKH,1:05–cv–06285–AKH,1:05–cv–06308–AKH
1:05–cv–06310–AKH,1:05–cv–06311–AKH,1:05–cv–06312–AKH,1:05–cv–06318–AKH,1:05–cv–06460–AKH
1:05–cv–06524–AKH,1:05–cv–07031–AKH,1:05–cv–07142–AKH,1:05–cv–07148–AKH,1:05–cv–07149–AKH
1:05–cv–07150–AKH,1:05–cv–07152–AKH,1:05–cv–07154–AKH,1:05–cv–07161–AKH,1:05–cv–07162–AKH
1:05–cv–07163–AKH,1:05–cv–07164–AKH,1:05–cv–07165–AKH,1:05–cv–07166–AKH,1:05–cv–07167–AKH
1:05–cv–07168–AKH,1:05–cv–07186–AKH,1:05–cv–07187–AKH,1:05–cv–07189–AKH,1:05–cv–07190–AKH
1:05–cv–07191–AKH,1:05–cv–07205–AKH,1:05–cv–07206–AKH,1:05–cv–07207–AKH,1:05–cv–07208–AKH
1:05–cv–07210–AKH,1:05–cv–07211–AKH,1:05–cv–07212–AKH,1:05–cv–07258–AKH,1:05–cv–07259–AKH
1:05–cv–07266–AKH,1:05–cv–07267–AKH,1:05–cv–07273–AKH,1:05–cv–07286–AKH,1:05–cv–07289–AKH
1:05–cv–07290–AKH,1:05–cv–07291–AKH,1:05–cv–07415–AKH,1:05–cv–07685–AKH,1:05–cv–07686–AKH
1:05–cv–07875–AKH,1:05–cv–07877–AKH,1:05–cv–07878–AKH,1:05–cv–07879–AKH,1:05–cv–07937–AKH
1:05–cv–07986–AKH,1:05–cv–08220–AKH,1:05–cv–08221–AKH,1:05–cv–08223–AKH,1:05–cv–08332–AKH
1:05–cv–08333–AKH,1:05–cv–08344–AKH,1:05–cv–08458–AKH,1:05–cv–08459–AKH,1:05–cv–08466–AKH
1:05–cv–08467–AKH,1:05–cv–08468–AKH,1:05–cv–08497–AKH,1:05–cv–08675–AKH,1:05–cv–08676–AKH
1:05–cv–08677–AKH,1:05–cv–08678–AKH,1:05–cv–08679–AKH,1:05–cv–08680–AKH,1:05–cv–08682–AKH
1:05–cv–08683–AKH,1:05–cv–08684–AKH,1:05–cv–08685–AKH,1:05–cv–08686–AKH,1:05–cv–08707–AKH
1:05–cv–08708–AKH,1:05–cv–08732–AKH,1:05–cv–08871–AKH,1:05–cv–08873–AKH,1:05–cv–08874–AKH
1:05–cv–08876–AKH,1:05–cv–08877–AKH,1:05–cv–08879–AKH,1:05–cv–08898–AKH,1:05–cv–08899–AKH
1:05–cv–08931–AKH,1:05–cv–08932–AKH,1:05–cv–08933–AKH,1:05–cv–08934–AKH,1:05–cv–08935–AKH
1:05–cv–08937–AKH,1:05–cv–08939–AKH,1:05–cv–08940–AKH,1:05–cv–08941–AKH,1:05–cv–08942–AKH
1:05–cv–08943–AKH,1:05–cv–09030–AKH,1:05–cv–09033–AKH,1:05–cv–09034–AKH,1:05–cv–09035–AKH
1:05–cv–09036–AKH,1:05–cv–09037–AKH,1:05–cv–09038–AKH,1:05–cv–09039–AKH,1:05–cv–09040–AKH
1:05–cv–09041–AKH,1:05–cv–09042–AKH,1:05–cv–09043–AKH,1:05–cv–09044–AKH,1:05–cv–09046–AKH
1:05–cv–09047–AKH,1:05–cv–09140–AKH,1:05–cv–09141–AKH,1:05–cv–09161–AKH,1:05–cv–09190–AKH
1:05–cv–09224–AKH,1:05–cv–09328–AKH,1:05–cv–09329–AKH,1:05–cv–09330–AKH,1:05–cv–09331–AKH
1:05–cv–09332–AKH,1:05–cv–09333–AKH,1:05–cv–09336–AKH,1:05–cv–09337–AKH,1:05–cv–09338–AKH
1:05–cv–09339–AKH,1:05–cv–09340–AKH,1:05–cv–09341–AKH,1:05–cv–09396–AKH,1:05–cv–09397–AKH
1:05–cv–09399–AKH,1:05–cv–09400–AKH,1:05–cv–09401–AKH,1:05–cv–09497–AKH,1:05–cv–09627–AKH
1:05–cv–09628–AKH,1:05–cv–09629–AKH,1:05–cv–09630–AKH,1:05–cv–09631–AKH,1:05–cv–09633–AKH
1:05–cv–09634–AKH,1:05–cv–09636–AKH,1:05–cv–09637–AKH,1:05–cv–09639–AKH,1:05–cv–09686–AKH
1:05–cv–09688–AKH,1:05–cv–09690–AKH,1:05–cv–09692–AKH,1:05–cv–09694–AKH,1:05–cv–09695–AKH
1:05–cv–09696–AKH,1:05–cv–09697–AKH,1:05–cv–09698–AKH,1:05–cv–09820–AKH,1:05–cv–09821–AKH
1:05–cv–09826–AKH,1:05–cv–09827–AKH,1:05–cv–09828–AKH,1:05–cv–09829–AKH,1:05–cv–09862–AKH
1:05–cv–09863–AKH,1:05–cv–09864–AKH,1:05–cv–09865–AKH,1:05–cv–09866–AKH,1:05–cv–09867–AKH
1:05–cv–09868–AKH,1:05–cv–09869–AKH,1:05–cv–09870–AKH,1:05–cv–09871–AKH,1:05–cv–09872–AKH
1:05–cv–09873–AKH,1:05–cv–09874–AKH,1:05–cv–09876–AKH,1:05–cv–09877–AKH,1:05–cv–09878–AKH
1:05–cv–09879–AKH,1:05–cv–09880–AKH,1:05–cv–09951–AKH,1:05–cv–09952–AKH,1:05–cv–09953–AKH
1:05–cv–09954–AKH,1:05–cv–09955–AKH,1:05–cv–09956–AKH,1:05–cv–09957–AKH,1:05–cv–09958–AKH
1:05–cv–09959–AKH,1:05–cv–10135–AKH,1:05–cv–10195–AKH,1:05–cv–10362–AKH,1:05–cv–10363–AKH
1:05–cv–10365–AKH,1:05–cv–10366–AKH,1:05–cv–10367–AKH,1:05–cv–10368–AKH,1:05–cv–10369–AKH
1:05–cv–10370–AKH,1:05–cv–10371–AKH,1:05–cv–10372–AKH,1:05–cv–10373–AKH,1:05–cv–10374–AKH
1:05–cv–10375–AKH,1:05–cv–10376–AKH,1:05–cv–10377–AKH,1:05–cv–10378–AKH,1:05–cv–10386–AKH
1:05–cv–10387–AKH,1:05–cv–10388–AKH,1:05–cv–10389–AKH,1:05–cv–10390–AKH,1:05–cv–10391–AKH
1:05–cv–10392–AKH,1:05–cv–10690–AKH,1:05–cv–10691–AKH,1:05–cv–10692–AKH,1:05–cv–10741–AKH
1:05–cv–10743–AKH,1:05–cv–10748–AKH,1:05–cv–10749–AKH,1:05–cv–10750–AKH,1:05–cv–10751–AKH
1:05–cv–10752–AKH,1:06–cv–00060–AKH,1:06–cv–00061–AKH,1:06–cv–00062–AKH,1:06–cv–00063–AKH
1:06–cv–00064–AKH,1:06–cv–00065–AKH,1:06–cv–00066–AKH,1:06–cv–00067–AKH,1:06–cv–00068–AKH
1:06–cv–00069–AKH,1:06–cv–00070–AKH,1:06–cv–00123–AKH,1:06–cv–00124–AKH,1:06–cv–00125–AKH
1:06–cv–00126–AKH,1:06–cv–00127–AKH,1:06–cv–00128–AKH,1:06–cv–00129–AKH,1:06–cv–00130–AKH
1:06–cv–00131–AKH,1:06–cv–00132–AKH,1:06–cv–00133–AKH,1:06–cv–00140–AKH,1:06–cv–00177–AKH
1:06–cv–00459–AKH,1:06–cv–00645–AKH,1:06–cv–00646–AKH,1:06–cv–00647–AKH,1:06–cv–00735–AKH
1:06–cv–00736–AKH,1:06–cv–00816–AKH,1:06–cv–00817–AKH,1:06–cv–00819–AKH,1:06–cv–00820–AKH

```
1:06-cv-00821-AKH,1:06-cv-00995-AKH,1:06-cv-01099-AKH,1:06-cv-01100-AKH,1:06-cv-01102-AKH
1:06-cv-01116-AKH,1:06-cv-01117-AKH,1:06-cv-01118-AKH,1:06-cv-01119-AKH,1:06-cv-01120-AKH
1:06-cv-01121-AKH,1:06-cv-01122-AKH,1:06-cv-01340-AKH,1:06-cv-01341-AKH,1:06-cv-01511-AKH
1:06-cv-01647-AKH,1:06-cv-01648-AKH,1:06-cv-01649-AKH,1:06-cv-01650-AKH,1:06-cv-01651-AKH
1:06-cv-01652-AKH,1:06-cv-01653-AKH,1:06-cv-01654-AKH,1:06-cv-01656-AKH,1:06-cv-01657-AKH
1:06-cv-01658-AKH,1:06-cv-01659-AKH,1:06-cv-01660-AKH,1:06-cv-01661-AKH,1:06-cv-01662-AKH
1:06-cv-01667-AKH,1:06-cv-01668-AKH,1:06-cv-01669-AKH,1:06-cv-01670-AKH,1:06-cv-01672-AKH
1:06-cv-01673-AKH,1:06-cv-01674-AKH,1:06-cv-01675-AKH,1:06-cv-01676-AKH,1:06-cv-01890-AKH
1:06-cv-01891-AKH,1:06-cv-01892-AKH,1:06-cv-01894-AKH,1:06-cv-01954-AKH,1:06-cv-01955-AKH
1:06-cv-02080-AKH,1:06-cv-02086-AKH,1:06-cv-02218-AKH,1:06-cv-02219-AKH,1:06-cv-02220-AKH
1:06-cv-02221-AKH,1:06-cv-02252-AKH,1:06-cv-02285-AKH,1:06-cv-02286-AKH,1:06-cv-02287-AKH
1:06-cv-02521-AKH,1:06-cv-02523-AKH,1:06-cv-02524-AKH,1:06-cv-02525-AKH,1:06-cv-02526-AKH
1:06-cv-02529-AKH,1:06-cv-02664-AKH,1:06-cv-02698-AKH,1:06-cv-02699-AKH,1:06-cv-02700-AKH
1:06-cv-02748-AKH,1:06-cv-02817-AKH,1:06-cv-02881-AKH,1:06-cv-02882-AKH,1:06-cv-02883-AKH
1:06-cv-02884-AKH,1:06-cv-02885-AKH,1:06-cv-02886-AKH,1:06-cv-02887-AKH,1:06-cv-02888-AKH
1:06-cv-02889-AKH,1:06-cv-02890-AKH,1:06-cv-02891-AKH,1:06-cv-02892-AKH,1:06-cv-02959-AKH
1:06-cv-02960-AKH,1:06-cv-02961-AKH,1:06-cv-03230-AKH,1:06-cv-03231-AKH,1:06-cv-03232-AKH
1:06-cv-03234-AKH,1:06-cv-03236-AKH,1:06-cv-03237-AKH,1:06-cv-03299-AKH,1:06-cv-03301-AKH
1:06-cv-03309-AKH,1:06-cv-03310-AKH,1:06-cv-03311-AKH,1:06-cv-03312-AKH,1:06-cv-03313-AKH
1:06-cv-03315-AKH,1:06-cv-03416-AKH,1:06-cv-03417-AKH,1:06-cv-03418-AKH,1:06-cv-03421-AKH
1:06-cv-03845-AKH,1:06-cv-03847-AKH,1:06-cv-03848-AKH,1:06-cv-03849-AKH,1:06-cv-03850-AKH
1:06-cv-03873-AKH,1:06-cv-03874-AKH,1:06-cv-03875-AKH,1:06-cv-03876-AKH,1:06-cv-03878-AKH
1:06-cv-03879-AKH,1:06-cv-03880-AKH,1:06-cv-03900-AKH,1:06-cv-04042-AKH,1:06-cv-04043-AKH
1:06-cv-04044-AKH,1:06-cv-04046-AKH,1:06-cv-04104-AKH,1:06-cv-04105-AKH,1:06-cv-04375-AKH
1:06-cv-04376-AKH,1:06-cv-04378-AKH,1:06-cv-04379-AKH,1:06-cv-04380-AKH,1:06-cv-04381-AKH
1:06-cv-04382-AKH,1:06-cv-04383-AKH,1:06-cv-04407-AKH,1:06-cv-04408-AKH,1:06-cv-04425-AKH
1:06-cv-04702-AKH,1:06-cv-04704-AKH,1:06-cv-04735-AKH,1:06-cv-04736-AKH,1:06-cv-04737-AKH
1:06-cv-04738-AKH,1:06-cv-04740-AKH,1:06-cv-04741-AKH,1:06-cv-04742-AKH,1:06-cv-04743-AKH
1:06-cv-04744-AKH,1:06-cv-04745-AKH,1:06-cv-04746-AKH,1:06-cv-04884-AKH,1:06-cv-04885-AKH
1:06-cv-05028-AKH,1:06-cv-05090-AKH,1:06-cv-05278-AKH,1:06-cv-05539-AKH,1:06-cv-05631-AKH
1:06-cv-05632-AKH,1:06-cv-05633-AKH,1:06-cv-05637-AKH,1:06-cv-05786-AKH,1:06-cv-05827-AKH
1:06-cv-05828-AKH,1:06-cv-05829-AKH,1:06-cv-05830-AKH,1:06-cv-05831-AKH,1:06-cv-05832-AKH
1:06-cv-05833-AKH,1:06-cv-05834-AKH,1:06-cv-05835-AKH,1:06-cv-05836-AKH,1:06-cv-05837-AKH
1:06-cv-05838-AKH,1:06-cv-05839-AKH,1:06-cv-06016-AKH,1:06-cv-06018-AKH,1:06-cv-06019-AKH
1:06-cv-06020-AKH,1:06-cv-06229-AKH,1:06-cv-06230-AKH,1:06-cv-06231-AKH,1:06-cv-06232-AKH
1:06-cv-06233-AKH,1:06-cv-06234-AKH,1:06-cv-06360-AKH,1:06-cv-06396-AKH,1:06-cv-06714-AKH
1:06-cv-06715-AKH,1:06-cv-06716-AKH,1:06-cv-06717-AKH,1:06-cv-06718-AKH,1:06-cv-06719-AKH
1:06-cv-06720-AKH,1:06-cv-06721-AKH,1:06-cv-06722-AKH,1:06-cv-06723-AKH,1:06-cv-06724-AKH
1:06-cv-06725-AKH,1:06-cv-06726-AKH,1:06-cv-06727-AKH,1:06-cv-06728-AKH,1:06-cv-06729-AKH
1:06-cv-06730-AKH,1:06-cv-06731-AKH,1:06-cv-06732-AKH,1:06-cv-06733-AKH,1:06-cv-06734-AKH
1:06-cv-06735-AKH,1:06-cv-06736-AKH,1:06-cv-06737-AKH,1:06-cv-06738-AKH,1:06-cv-06739-AKH
1:06-cv-06740-AKH,1:06-cv-06741-AKH,1:06-cv-06742-AKH,1:06-cv-06743-AKH,1:06-cv-06744-AKH
1:06-cv-06745-AKH,1:06-cv-06746-AKH,1:06-cv-06747-AKH,1:06-cv-06748-AKH,1:06-cv-06749-AKH
1:06-cv-06750-AKH,1:06-cv-06751-AKH,1:06-cv-06752-AKH,1:06-cv-06753-AKH,1:06-cv-06754-AKH
1:06-cv-06755-AKH,1:06-cv-06756-AKH,1:06-cv-06757-AKH,1:06-cv-06758-AKH,1:06-cv-06759-AKH
1:06-cv-06760-AKH,1:06-cv-06761-AKH,1:06-cv-06762-AKH,1:06-cv-06763-AKH,1:06-cv-06764-AKH
1:06-cv-06765-AKH,1:06-cv-06766-AKH,1:06-cv-06767-AKH,1:06-cv-06768-AKH,1:06-cv-06769-AKH
1:06-cv-06770-AKH,1:06-cv-06771-AKH,1:06-cv-06772-AKH,1:06-cv-06773-AKH,1:06-cv-06774-AKH
1:06-cv-06775-AKH,1:06-cv-06776-AKH,1:06-cv-06777-AKH,1:06-cv-06778-AKH,1:06-cv-06779-AKH
1:06-cv-06780-AKH,1:06-cv-06781-AKH,1:06-cv-06782-AKH,1:06-cv-06783-AKH,1:06-cv-06784-AKH
1:06-cv-06785-AKH,1:06-cv-06786-AKH,1:06-cv-06787-AKH,1:06-cv-06788-AKH,1:06-cv-06789-AKH
1:06-cv-06790-AKH,1:06-cv-06791-AKH,1:06-cv-06792-AKH,1:06-cv-06793-AKH,1:06-cv-06794-AKH
1:06-cv-06795-AKH,1:06-cv-06796-AKH,1:06-cv-06797-AKH,1:06-cv-06798-AKH,1:06-cv-06799-AKH
1:06-cv-06800-AKH,1:06-cv-06801-AKH,1:06-cv-06802-AKH,1:06-cv-06803-AKH,1:06-cv-06804-AKH
1:06-cv-06805-AKH,1:06-cv-06806-AKH,1:06-cv-06807-AKH,1:06-cv-06808-AKH,1:06-cv-06809-AKH
1:06-cv-06810-AKH,1:06-cv-06811-AKH,1:06-cv-06812-AKH,1:06-cv-06813-AKH,1:06-cv-06912-AKH
1:06-cv-06913-AKH,1:06-cv-06914-AKH,1:06-cv-06915-AKH,1:06-cv-06916-AKH,1:06-cv-06917-AKH
1:06-cv-06918-AKH,1:06-cv-06919-AKH,1:06-cv-06920-AKH,1:06-cv-06921-AKH,1:06-cv-07044-AKH
1:06-cv-07045-AKH,1:06-cv-07046-AKH,1:06-cv-07047-AKH,1:06-cv-07048-AKH,1:06-cv-07049-AKH
1:06-cv-07050-AKH,1:06-cv-07051-AKH,1:06-cv-07127-AKH,1:06-cv-07128-AKH,1:06-cv-07129-AKH
1:06-cv-07130-AKH,1:06-cv-07191-AKH,1:06-cv-07192-AKH,1:06-cv-07193-AKH,1:06-cv-07194-AKH
1:06-cv-07195-AKH,1:06-cv-07213-AKH,1:06-cv-07214-AKH,1:06-cv-07215-AKH,1:06-cv-07216-AKH
1:06-cv-07217-AKH,1:06-cv-07218-AKH,1:06-cv-07219-AKH,1:06-cv-07220-AKH,1:06-cv-07221-AKH
1:06-cv-07222-AKH,1:06-cv-07223-AKH,1:06-cv-07224-AKH,1:06-cv-07225-AKH,1:06-cv-07226-AKH
```

```
1:06-cv-07227-AKH,1:06-cv-07228-AKH,1:06-cv-07229-AKH,1:06-cv-07230-AKH,1:06-cv-07231-AKH
1:06-cv-07232-AKH,1:06-cv-07233-AKH,1:06-cv-07234-AKH,1:06-cv-07235-AKH,1:06-cv-07236-AKH
1:06-cv-07237-AKH,1:06-cv-07238-AKH,1:06-cv-07239-AKH,1:06-cv-07240-AKH,1:06-cv-07241-AKH
1:06-cv-07242-AKH,1:06-cv-07243-AKH,1:06-cv-07244-AKH,1:06-cv-07245-AKH,1:06-cv-07246-AKH
1:06-cv-07247-AKH,1:06-cv-07248-AKH,1:06-cv-07249-AKH,1:06-cv-07250-AKH,1:06-cv-07251-AKH
1:06-cv-07252-AKH,1:06-cv-07253-AKH,1:06-cv-07254-AKH,1:06-cv-07255-AKH,1:06-cv-07256-AKH
1:06-cv-07257-AKH,1:06-cv-07258-AKH,1:06-cv-07259-AKH,1:06-cv-07260-AKH,1:06-cv-07261-AKH
1:06-cv-07262-AKH,1:06-cv-07263-AKH,1:06-cv-07264-AKH,1:06-cv-07265-AKH,1:06-cv-07266-AKH
1:06-cv-07267-AKH,1:06-cv-07268-AKH,1:06-cv-07269-AKH,1:06-cv-07270-AKH,1:06-cv-07271-AKH
1:06-cv-07272-AKH,1:06-cv-07273-AKH,1:06-cv-07274-AKH,1:06-cv-07275-AKH,1:06-cv-07276-AKH
1:06-cv-07277-AKH,1:06-cv-07278-AKH,1:06-cv-07279-AKH,1:06-cv-07280-AKH,1:06-cv-07281-AKH
1:06-cv-07282-AKH,1:06-cv-07283-AKH,1:06-cv-07284-AKH,1:06-cv-07285-AKH,1:06-cv-07286-AKH
1:06-cv-07287-AKH,1:06-cv-07288-AKH,1:06-cv-07289-AKH,1:06-cv-07290-AKH,1:06-cv-07291-AKH
1:06-cv-07292-AKH,1:06-cv-07293-AKH,1:06-cv-07294-AKH,1:06-cv-07295-AKH,1:06-cv-07296-AKH
1:06-cv-07297-AKH,1:06-cv-07298-AKH,1:06-cv-07299-AKH,1:06-cv-07300-AKH,1:06-cv-07301-AKH
1:06-cv-07302-AKH,1:06-cv-07303-AKH,1:06-cv-07304-AKH,1:06-cv-07305-AKH,1:06-cv-07306-AKH
1:06-cv-07307-AKH,1:06-cv-07308-AKH,1:06-cv-07309-AKH,1:06-cv-07310-AKH,1:06-cv-07311-AKH
1:06-cv-07312-AKH,1:06-cv-07313-AKH,1:06-cv-07314-AKH,1:06-cv-07315-AKH,1:06-cv-07316-AKH
1:06-cv-07317-AKH,1:06-cv-07318-AKH,1:06-cv-07319-AKH,1:06-cv-07320-AKH,1:06-cv-07321-AKH
1:06-cv-07322-AKH,1:06-cv-07323-AKH,1:06-cv-07324-AKH,1:06-cv-07325-AKH,1:06-cv-07326-AKH
1:06-cv-07327-AKH,1:06-cv-07328-AKH,1:06-cv-07329-AKH,1:06-cv-07330-AKH,1:06-cv-07331-AKH
1:06-cv-07332-AKH,1:06-cv-07333-AKH,1:06-cv-07334-AKH,1:06-cv-07335-AKH,1:06-cv-07336-AKH
1:06-cv-07337-AKH,1:06-cv-07338-AKH,1:06-cv-07339-AKH,1:06-cv-07340-AKH,1:06-cv-07341-AKH
1:06-cv-07342-AKH,1:06-cv-07343-AKH,1:06-cv-07344-AKH,1:06-cv-07345-AKH,1:06-cv-07346-AKH
1:06-cv-07347-AKH,1:06-cv-07348-AKH,1:06-cv-07349-AKH,1:06-cv-07350-AKH,1:06-cv-07351-AKH
1:06-cv-07352-AKH,1:06-cv-07353-AKH,1:06-cv-07354-AKH,1:06-cv-07355-AKH,1:06-cv-07356-AKH
1:06-cv-07357-AKH,1:06-cv-07358-AKH,1:06-cv-07359-AKH,1:06-cv-07360-AKH,1:06-cv-07361-AKH
1:06-cv-07362-AKH,1:06-cv-07363-AKH,1:06-cv-07364-AKH,1:06-cv-07365-AKH,1:06-cv-07366-AKH
1:06-cv-07367-AKH,1:06-cv-07368-AKH,1:06-cv-07369-AKH,1:06-cv-07370-AKH,1:06-cv-07371-AKH
1:06-cv-07372-AKH,1:06-cv-07373-AKH,1:06-cv-07374-AKH,1:06-cv-07375-AKH,1:06-cv-07376-AKH
1:06-cv-07377-AKH,1:06-cv-07378-AKH,1:06-cv-07379-AKH,1:06-cv-07380-AKH,1:06-cv-07381-AKH
1:06-cv-07382-AKH,1:06-cv-07383-AKH,1:06-cv-07384-AKH,1:06-cv-07385-AKH,1:06-cv-07386-AKH
1:06-cv-07387-AKH,1:06-cv-07388-AKH,1:06-cv-07389-AKH,1:06-cv-07390-AKH,1:06-cv-07391-AKH
1:06-cv-07392-AKH,1:06-cv-07393-AKH,1:06-cv-07394-AKH,1:06-cv-07395-AKH,1:06-cv-07396-AKH
1:06-cv-07397-AKH,1:06-cv-07398-AKH,1:06-cv-07399-AKH,1:06-cv-07400-AKH,1:06-cv-07401-AKH
1:06-cv-07402-AKH,1:06-cv-07403-AKH,1:06-cv-07404-AKH,1:06-cv-07405-AKH,1:06-cv-07406-AKH
1:06-cv-07407-AKH,1:06-cv-07408-AKH,1:06-cv-07409-AKH,1:06-cv-07410-AKH,1:06-cv-07411-AKH
1:06-cv-07412-AKH,1:06-cv-07413-AKH,1:06-cv-07414-AKH,1:06-cv-07415-AKH,1:06-cv-07416-AKH
1:06-cv-07417-AKH,1:06-cv-07418-AKH,1:06-cv-07419-AKH,1:06-cv-07420-AKH,1:06-cv-07421-AKH
1:06-cv-07422-AKH,1:06-cv-07423-AKH,1:06-cv-07424-AKH,1:06-cv-07425-AKH,1:06-cv-07426-AKH
1:06-cv-07427-AKH,1:06-cv-07428-AKH,1:06-cv-07429-AKH,1:06-cv-07430-AKH,1:06-cv-07431-AKH
1:06-cv-07432-AKH,1:06-cv-07433-AKH,1:06-cv-07434-AKH,1:06-cv-07435-AKH,1:06-cv-07436-AKH
1:06-cv-07437-AKH,1:06-cv-07438-AKH,1:06-cv-07439-AKH,1:06-cv-07440-AKH,1:06-cv-07441-AKH
1:06-cv-07442-AKH,1:06-cv-07443-AKH,1:06-cv-07444-AKH,1:06-cv-07445-AKH,1:06-cv-07446-AKH
1:06-cv-07447-AKH,1:06-cv-07448-AKH,1:06-cv-07449-AKH,1:06-cv-07450-AKH,1:06-cv-07451-AKH
1:06-cv-07452-AKH,1:06-cv-07453-AKH,1:06-cv-07454-AKH,1:06-cv-07455-AKH,1:06-cv-07456-AKH
1:06-cv-07457-AKH,1:06-cv-07458-AKH,1:06-cv-07459-AKH,1:06-cv-07460-AKH,1:06-cv-07461-AKH
1:06-cv-07462-AKH,1:06-cv-07463-AKH,1:06-cv-07464-AKH,1:06-cv-07465-AKH,1:06-cv-07466-AKH
1:06-cv-07467-AKH,1:06-cv-07468-AKH,1:06-cv-07469-AKH,1:06-cv-07470-AKH,1:06-cv-07471-AKH
1:06-cv-07472-AKH,1:06-cv-07473-AKH,1:06-cv-07474-AKH,1:06-cv-07475-AKH,1:06-cv-07476-AKH
1:06-cv-07477-AKH,1:06-cv-07478-AKH,1:06-cv-07479-AKH,1:06-cv-07480-AKH,1:06-cv-07481-AKH
1:06-cv-07482-AKH-THK,1:06-cv-07483-AKH,1:06-cv-07484-AKH,1:06-cv-07485-AKH,1:06-cv-07486
1:06-cv-07487-AKH,1:06-cv-07488-AKH,1:06-cv-07489-AKH,1:06-cv-07490-AKH,1:06-cv-07491-AKH
1:06-cv-07492-AKH,1:06-cv-07493-AKH,1:06-cv-07494-AKH,1:06-cv-07495-AKH,1:06-cv-07496-AKH
1:06-cv-07497-AKH,1:06-cv-07498-AKH,1:06-cv-07499-AKH,1:06-cv-07500-AKH,1:06-cv-07501-AKH
1:06-cv-07502-AKH,1:06-cv-07503-AKH,1:06-cv-07504-AKH,1:06-cv-07505-AKH,1:06-cv-07506-AKH
1:06-cv-07507-AKH,1:06-cv-07508-AKH,1:06-cv-07509-AKH,1:06-cv-07510-AKH,1:06-cv-07511-AKH
1:06-cv-07512-AKH,1:06-cv-07513-AKH,1:06-cv-07514-AKH,1:06-cv-07515-AKH,1:06-cv-07516-AKH
1:06-cv-07517-AKH,1:06-cv-07518-AKH,1:06-cv-07519-AKH,1:06-cv-07520-AKH,1:06-cv-07521-AKH
1:06-cv-07522-AKH,1:06-cv-07523-AKH,1:06-cv-07524-AKH,1:06-cv-07525-AKH,1:06-cv-07526-AKH
1:06-cv-07527-AKH,1:06-cv-07528-AKH,1:06-cv-07529-AKH,1:06-cv-07530-AKH,1:06-cv-07531-AKH
1:06-cv-07532-AKH,1:06-cv-07533-AKH,1:06-cv-07534-AKH,1:06-cv-07535-AKH,1:06-cv-07536-AKH
1:06-cv-07537-AKH,1:06-cv-07538-AKH,1:06-cv-07539-AKH,1:06-cv-07540-AKH,1:06-cv-07541-AKH
1:06-cv-07542-AKH,1:06-cv-07543-AKH,1:06-cv-07544-AKH,1:06-cv-07545-AKH,1:06-cv-07546-AKH
```

```
1:06-cv-07547-AKH,1:06-cv-07548-AKH,1:06-cv-07549-AKH,1:06-cv-07550-AKH,1:06-cv-07551-AKH
1:06-cv-07552-AKH,1:06-cv-07553-AKH,1:06-cv-07554-AKH,1:06-cv-07555-AKH,1:06-cv-07556-AKH
1:06-cv-07557-AKH,1:06-cv-07558-AKH,1:06-cv-07559-AKH,1:06-cv-07560-AKH,1:06-cv-07561-AKH
1:06-cv-07562-AKH,1:06-cv-07563-AKH,1:06-cv-07564-AKH,1:06-cv-07565-AKH,1:06-cv-07566-AKH
1:06-cv-07567-AKH,1:06-cv-07568-AKH,1:06-cv-07569-AKH,1:06-cv-07570-AKH,1:06-cv-07571-AKH
1:06-cv-07572-AKH,1:06-cv-07573-AKH,1:06-cv-07574-AKH,1:06-cv-07575-AKH,1:06-cv-07576-AKH
1:06-cv-07577-AKH,1:06-cv-07578-AKH,1:06-cv-07579-AKH,1:06-cv-07580-AKH,1:06-cv-07650-AKH
1:06-cv-07652-AKH,1:06-cv-07653-AKH,1:06-cv-07654-AKH,1:06-cv-07655-AKH,1:06-cv-07656-AKH
1:06-cv-07721-AKH,1:06-cv-07730-AKH,1:06-cv-07731-AKH,1:06-cv-07892-AKH,1:06-cv-07893-AKH
1:06-cv-07914-AKH,1:06-cv-07915-AKH,1:06-cv-07916-AKH,1:06-cv-07917-AKH,1:06-cv-07918-AKH
1:06-cv-07919-AKH,1:06-cv-07920-AKH,1:06-cv-07922-AKH,1:06-cv-07937-AKH,1:06-cv-07938-AKH
1:06-cv-07940-AKH,1:06-cv-07948-AKH,1:06-cv-07951-AKH,1:06-cv-07958-AKH,1:06-cv-07965-AKH
1:06-cv-07967-AKH,1:06-cv-07970-AKH,1:06-cv-07973-AKH,1:06-cv-07978-AKH,1:06-cv-07979-AKH
1:06-cv-07985-AKH,1:06-cv-07987-AKH,1:06-cv-07989-AKH,1:06-cv-07996-AKH,1:06-cv-07997-AKH
1:06-cv-08004-AKH,1:06-cv-08007-AKH,1:06-cv-08010-AKH,1:06-cv-08012-AKH,1:06-cv-08016-AKH
1:06-cv-08018-AKH,1:06-cv-08019-AKH,1:06-cv-08021-AKH,1:06-cv-08022-AKH,1:06-cv-08025-AKH
1:06-cv-08026-AKH,1:06-cv-08032-AKH,1:06-cv-08033-AKH,1:06-cv-08034-AKH,1:06-cv-08037-AKH
1:06-cv-08038-AKH,1:06-cv-08052-AKH,1:06-cv-08061-AKH,1:06-cv-08064-AKH,1:06-cv-08068-AKH
1:06-cv-08070-AKH,1:06-cv-08073-AKH,1:06-cv-08074-AKH,1:06-cv-08075-AKH,1:06-cv-08078-AKH
1:06-cv-08079-AKH,1:06-cv-08082-AKH,1:06-cv-08090-AKH,1:06-cv-08091-AKH,1:06-cv-08092-AKH
1:06-cv-08094-AKH,1:06-cv-08099-AKH,1:06-cv-08100-AKH,1:06-cv-08104-AKH,1:06-cv-08107-AKH
1:06-cv-08109-AKH,1:06-cv-08110-AKH,1:06-cv-08113-AKH,1:06-cv-08114-AKH,1:06-cv-08117-AKH
1:06-cv-08118-AKH,1:06-cv-08122-AKH,1:06-cv-08328-AKH,1:06-cv-08329-AKH,1:06-cv-08330-AKH
1:06-cv-08331-AKH,1:06-cv-08332-AKH,1:06-cv-08333-AKH,1:06-cv-08334-AKH,1:06-cv-08335-AKH
1:06-cv-08336-AKH,1:06-cv-08337-AKH,1:06-cv-08338-AKH,1:06-cv-08339-AKH,1:06-cv-08340-AKH
1:06-cv-08341-AKH,1:06-cv-08342-AKH,1:06-cv-08343-AKH,1:06-cv-08344-AKH,1:06-cv-08345-AKH
1:06-cv-08346-AKH,1:06-cv-08347-AKH,1:06-cv-08348-AKH,1:06-cv-08349-AKH,1:06-cv-08350-AKH
1:06-cv-08351-AKH,1:06-cv-08352-AKH,1:06-cv-08353-AKH,1:06-cv-08354-AKH,1:06-cv-08355-AKH
1:06-cv-08356-AKH,1:06-cv-08357-AKH,1:06-cv-08358-AKH,1:06-cv-08359-AKH,1:06-cv-08360-AKH
1:06-cv-08361-AKH,1:06-cv-08362-AKH,1:06-cv-08363-AKH,1:06-cv-08364-AKH,1:06-cv-08365-AKH
1:06-cv-08366-AKH,1:06-cv-08367-AKH,1:06-cv-08368-AKH,1:06-cv-08369-AKH,1:06-cv-08370-AKH
1:06-cv-08371-AKH,1:06-cv-08372-AKH,1:06-cv-08373-AKH,1:06-cv-08374-AKH,1:06-cv-08375-AKH
1:06-cv-08376-AKH,1:06-cv-08377-AKH,1:06-cv-08378-AKH,1:06-cv-08379-AKH,1:06-cv-08380-AKH
1:06-cv-08381-AKH,1:06-cv-08382-AKH,1:06-cv-08383-AKH,1:06-cv-08384-AKH,1:06-cv-08385-AKH
1:06-cv-08386-AKH,1:06-cv-08387-AKH,1:06-cv-08388-AKH,1:06-cv-08389-AKH,1:06-cv-08390-AKH
1:06-cv-08391-AKH,1:06-cv-08392-AKH,1:06-cv-08393-AKH,1:06-cv-08394-AKH,1:06-cv-08395-AKH
1:06-cv-08396-AKH,1:06-cv-08397-AKH,1:06-cv-08398-AKH,1:06-cv-08399-AKH,1:06-cv-08400-AKH
1:06-cv-08401-AKH,1:06-cv-08402-AKH,1:06-cv-08403-AKH,1:06-cv-08404-AKH,1:06-cv-08405-AKH
1:06-cv-08406-AKH,1:06-cv-08407-AKH,1:06-cv-08408-AKH,1:06-cv-08409-AKH,1:06-cv-08410-AKH
1:06-cv-08411-AKH,1:06-cv-08412-AKH,1:06-cv-08413-AKH,1:06-cv-08414-AKH,1:06-cv-08415-AKH
1:06-cv-08416-AKH,1:06-cv-08417-AKH,1:06-cv-08418-AKH,1:06-cv-08419-AKH,1:06-cv-08420-AKH
1:06-cv-08421-AKH,1:06-cv-08422-AKH,1:06-cv-08423-AKH,1:06-cv-08424-AKH,1:06-cv-08425-AKH
1:06-cv-08426-AKH,1:06-cv-08427-AKH,1:06-cv-08428-AKH,1:06-cv-08429-AKH,1:06-cv-08430-AKH
1:06-cv-08431-AKH,1:06-cv-08432-AKH,1:06-cv-08433-AKH,1:06-cv-08434-AKH,1:06-cv-08435-AKH
1:06-cv-08436-AKH,1:06-cv-08437-AKH,1:06-cv-08438-AKH,1:06-cv-08439-AKH,1:06-cv-08440-AKH
1:06-cv-08441-AKH,1:06-cv-08442-AKH,1:06-cv-08443-AKH,1:06-cv-08444-AKH,1:06-cv-08445-AKH
1:06-cv-08446-AKH,1:06-cv-08447-AKH,1:06-cv-08448-AKH,1:06-cv-08449-AKH,1:06-cv-08450-AKH
1:06-cv-08451-AKH,1:06-cv-08452-AKH,1:06-cv-08453-AKH,1:06-cv-08454-AKH,1:06-cv-08455-AKH
1:06-cv-08456-AKH,1:06-cv-08457-AKH,1:06-cv-08458-AKH,1:06-cv-08459-AKH,1:06-cv-08460-AKH
1:06-cv-08461-AKH,1:06-cv-08462-AKH,1:06-cv-08463-AKH,1:06-cv-08464-AKH,1:06-cv-08465-AKH
1:06-cv-08466-AKH,1:06-cv-08467-AKH,1:06-cv-08468-AKH,1:06-cv-08469-AKH,1:06-cv-08470-AKH
1:06-cv-08471-AKH,1:06-cv-08472-AKH,1:06-cv-08473-AKH,1:06-cv-08474-AKH,1:06-cv-08475-AKH
1:06-cv-08476-AKH,1:06-cv-08477-AKH,1:06-cv-08478-AKH,1:06-cv-08479-AKH,1:06-cv-08480-AKH
1:06-cv-08481-AKH,1:06-cv-08482-AKH,1:06-cv-08483-AKH,1:06-cv-08484-AKH,1:06-cv-08485-AKH
1:06-cv-08486-AKH,1:06-cv-08487-AKH,1:06-cv-08488-AKH,1:06-cv-08489-AKH,1:06-cv-08490-AKH
1:06-cv-08491-AKH,1:06-cv-08492-AKH,1:06-cv-08493-AKH,1:06-cv-08494-AKH,1:06-cv-08495-AKH
1:06-cv-08496-AKH,1:06-cv-08497-AKH,1:06-cv-08498-AKH,1:06-cv-08499-AKH,1:06-cv-08500-AKH
1:06-cv-08501-AKH,1:06-cv-08502-AKH,1:06-cv-08503-AKH,1:06-cv-08504-AKH,1:06-cv-08505-AKH
1:06-cv-08506-AKH,1:06-cv-08507-AKH,1:06-cv-08508-AKH,1:06-cv-08509-AKH,1:06-cv-08510-AKH
1:06-cv-08511-AKH,1:06-cv-08512-AKH,1:06-cv-08513-AKH,1:06-cv-08514-AKH,1:06-cv-08515-AKH
1:06-cv-08516-AKH,1:06-cv-08517-AKH,1:06-cv-08518-AKH,1:06-cv-08519-AKH,1:06-cv-08520-AKH
1:06-cv-08521-AKH,1:06-cv-08522-AKH,1:06-cv-08523-AKH,1:06-cv-08524-AKH,1:06-cv-08525-AKH
1:06-cv-08526-AKH,1:06-cv-08527-AKH,1:06-cv-08528-AKH,1:06-cv-08529-AKH,1:06-cv-08530-AKH
1:06-cv-08531-AKH,1:06-cv-08532-AKH,1:06-cv-08533-AKH,1:06-cv-08534-AKH,1:06-cv-08535-AKH
```

```
1:06–cv–08536–AKH,1:06–cv–08537–AKH,1:06–cv–08538–AKH,1:06–cv–08539–AKH,1:06–cv–08540–AKH
1:06–cv–08541–AKH,1:06–cv–08542–AKH,1:06–cv–08543–AKH,1:06–cv–08544–AKH,1:06–cv–08545–AKH
1:06–cv–08546–AKH,1:06–cv–08547–AKH,1:06–cv–08548–AKH,1:06–cv–08549–AKH,1:06–cv–08550–AKH
1:06–cv–08551–AKH,1:06–cv–08552–AKH,1:06–cv–08553–AKH,1:06–cv–08554–AKH,1:06–cv–08555–AKH
1:06–cv–08556–AKH,1:06–cv–08557–AKH,1:06–cv–08558–AKH,1:06–cv–08559–AKH,1:06–cv–08560–AKH
1:06–cv–08561–AKH,1:06–cv–08562–AKH,1:06–cv–08563–AKH,1:06–cv–08564–AKH,1:06–cv–08565–AKH
1:06–cv–08566–AKH,1:06–cv–08567–AKH,1:06–cv–08568–AKH,1:06–cv–08569–AKH,1:06–cv–08570–AKH
1:06–cv–08571–AKH,1:06–cv–08572–AKH,1:06–cv–08573–AKH,1:06–cv–08574–AKH,1:06–cv–08575–AKH
1:06–cv–08576–AKH,1:06–cv–08577–AKH,1:06–cv–08578–AKH,1:06–cv–08579–AKH,1:06–cv–08580–AKH
1:06–cv–08581–AKH,1:06–cv–08582–AKH,1:06–cv–08583–AKH,1:06–cv–08584–AKH,1:06–cv–08585–AKH
1:06–cv–08586–AKH,1:06–cv–08587–AKH,1:06–cv–08588–AKH,1:06–cv–08589–AKH,1:06–cv–08590–AKH
1:06–cv–08591–AKH,1:06–cv–08592–AKH,1:06–cv–08593–AKH,1:06–cv–08594–AKH,1:06–cv–08595–AKH
1:06–cv–08596–AKH,1:06–cv–08597–AKH,1:06–cv–08598–AKH,1:06–cv–08599–AKH,1:06–cv–08600–AKH
1:06–cv–08601–AKH,1:06–cv–08602–AKH,1:06–cv–08603–AKH,1:06–cv–08604–AKH,1:06–cv–08605–AKH
1:06–cv–08606–AKH,1:06–cv–08607–AKH,1:06–cv–08608–AKH,1:06–cv–08609–AKH,1:06–cv–08610–AKH
1:06–cv–08611–AKH,1:06–cv–08612–AKH,1:06–cv–08613–AKH,1:06–cv–08614–AKH,1:06–cv–08615–AKH
1:06–cv–08616–AKH,1:06–cv–08617–AKH,1:06–cv–08618–AKH,1:06–cv–08619–AKH,1:06–cv–08620–AKH
1:06–cv–08621–AKH,1:06–cv–08622–AKH,1:06–cv–08623–AKH,1:06–cv–08624–AKH,1:06–cv–08625–AKH
1:06–cv–08626–AKH,1:06–cv–08627–AKH,1:06–cv–08628–AKH,1:06–cv–08629–AKH,1:06–cv–08630–AKH
1:06–cv–08631–AKH,1:06–cv–08632–AKH,1:06–cv–08633–AKH,1:06–cv–08634–AKH,1:06–cv–08635–AKH
1:06–cv–08636–AKH,1:06–cv–08637–AKH,1:06–cv–08638–AKH,1:06–cv–08639–AKH,1:06–cv–08640–AKH
1:06–cv–08641–AKH,1:06–cv–08642–AKH,1:06–cv–08643–AKH,1:06–cv–08644–AKH,1:06–cv–08645–AKH
1:06–cv–08646–AKH,1:06–cv–08647–AKH,1:06–cv–08648–AKH,1:06–cv–08649–AKH,1:06–cv–08650–AKH
1:06–cv–08652–AKH,1:06–cv–08653–AKH,1:06–cv–08654–AKH,1:06–cv–08656–AKH,1:06–cv–08657–AKH
1:06–cv–08658–AKH,1:06–cv–08660–AKH,1:06–cv–08661–AKH,1:06–cv–08662–AKH,1:06–cv–08663–AKH
1:06–cv–08664–AKH,1:06–cv–08665–AKH,1:06–cv–08666–AKH,1:06–cv–08667–AKH,1:06–cv–08668–AKH
1:06–cv–08669–AKH,1:06–cv–08670–AKH,1:06–cv–08671–AKH,1:06–cv–08672–AKH,1:06–cv–08673–AKH
1:06–cv–08674–AKH,1:06–cv–08675–AKH,1:06–cv–08676–AKH,1:06–cv–08677–AKH,1:06–cv–08678–AKH
1:06–cv–08679–AKH,1:06–cv–08680–AKH,1:06–cv–08681–AKH,1:06–cv–08682–AKH,1:06–cv–08683–AKH
1:06–cv–08684–AKH,1:06–cv–08685–AKH,1:06–cv–08686–AKH,1:06–cv–08687–AKH,1:06–cv–08688–AKH
1:06–cv–08689–AKH,1:06–cv–08690–AKH,1:06–cv–08691–AKH,1:06–cv–08692–AKH,1:06–cv–08693–AKH
1:06–cv–08694–AKH,1:06–cv–08695–AKH,1:06–cv–08696–AKH,1:06–cv–08697–AKH,1:06–cv–08698–AKH
1:06–cv–08699–AKH,1:06–cv–08700–AKH,1:06–cv–08701–AKH,1:06–cv–08702–AKH,1:06–cv–08703–AKH
1:06–cv–08704–AKH,1:06–cv–08722–AKH,1:06–cv–08723–AKH,1:06–cv–08724–AKH,1:06–cv–08725–AKH
1:06–cv–08726–AKH,1:06–cv–08727–AKH,1:06–cv–08728–AKH,1:06–cv–08729–AKH,1:06–cv–08730–AKH
1:06–cv–08731–AKH,1:06–cv–08732–AKH,1:06–cv–08733–AKH,1:06–cv–08734–AKH,1:06–cv–08735–AKH
1:06–cv–08736–AKH,1:06–cv–08737–AKH,1:06–cv–08738–AKH,1:06–cv–08739–AKH,1:06–cv–08740–AKH
1:06–cv–08741–AKH,1:06–cv–08742–AKH,1:06–cv–08743–AKH,1:06–cv–08744–AKH,1:06–cv–08745–AKH
1:06–cv–08746–AKH,1:06–cv–08747–AKH,1:06–cv–08748–AKH,1:06–cv–08749–AKH,1:06–cv–08750–AKH
1:06–cv–08751–AKH,1:06–cv–08752–AKH,1:06–cv–08753–AKH,1:06–cv–08754–AKH,1:06–cv–08755–AKH
1:06–cv–08756–AKH,1:06–cv–08757–AKH,1:06–cv–08758–AKH,1:06–cv–08759–AKH,1:06–cv–08760–AKH
1:06–cv–08761–AKH,1:06–cv–08762–AKH,1:06–cv–08763–AKH,1:06–cv–08764–AKH,1:06–cv–08765–AKH
1:06–cv–08766–AKH,1:06–cv–08767–AKH,1:06–cv–08768–AKH,1:06–cv–08769–AKH,1:06–cv–08770–AKH
1:06–cv–08771–AKH,1:06–cv–08772–AKH,1:06–cv–08773–AKH,1:06–cv–08774–AKH,1:06–cv–08775–AKH
1:06–cv–08776–AKH,1:06–cv–08777–AKH,1:06–cv–08778–AKH,1:06–cv–08779–AKH,1:06–cv–08780–AKH
1:06–cv–08781–AKH,1:06–cv–08782–AKH,1:06–cv–08783–AKH,1:06–cv–08784–AKH,1:06–cv–08785–AKH
1:06–cv–08786–AKH,1:06–cv–08787–AKH,1:06–cv–08788–AKH,1:06–cv–08789–AKH,1:06–cv–08790–AKH
1:06–cv–08791–AKH,1:06–cv–08792–AKH,1:06–cv–08793–AKH,1:06–cv–08794–AKH,1:06–cv–08795–AKH
1:06–cv–08796–AKH,1:06–cv–08797–AKH,1:06–cv–08798–AKH,1:06–cv–08799–AKH,1:06–cv–08800–AKH
1:06–cv–08801–AKH,1:06–cv–08802–AKH,1:06–cv–08803–AKH,1:06–cv–08804–AKH,1:06–cv–08805–AKH
1:06–cv–08806–AKH,1:06–cv–08807–AKH,1:06–cv–08808–AKH,1:06–cv–08809–AKH,1:06–cv–08810–AKH
1:06–cv–08811–AKH,1:06–cv–08812–AKH,1:06–cv–08813–AKH,1:06–cv–08814–AKH,1:06–cv–08815–AKH
1:06–cv–08816–AKH,1:06–cv–08817–AKH,1:06–cv–08818–AKH,1:06–cv–08819–AKH,1:06–cv–08820–AKH
1:06–cv–08821–AKH,1:06–cv–08822–AKH,1:06–cv–08823–AKH,1:06–cv–08824–AKH,1:06–cv–08825–AKH
1:06–cv–08826–AKH,1:06–cv–08827–AKH,1:06–cv–08828–AKH,1:06–cv–08829–AKH,1:06–cv–08830–AKH
1:06–cv–08831–AKH,1:06–cv–08832–AKH,1:06–cv–08833–AKH,1:06–cv–08834–AKH,1:06–cv–08835–AKH
1:06–cv–08836–AKH,1:06–cv–08837–AKH,1:06–cv–08838–AKH,1:06–cv–08839–AKH,1:06–cv–08840–AKH
1:06–cv–08841–AKH,1:06–cv–08842–AKH,1:06–cv–08843–AKH,1:06–cv–08844–AKH,1:06–cv–08845–AKH
1:06–cv–08846–AKH,1:06–cv–08847–AKH,1:06–cv–08848–AKH,1:06–cv–08849–AKH,1:06–cv–08850–AKH
1:06–cv–08851–AKH,1:06–cv–08852–AKH,1:06–cv–08853–AKH,1:06–cv–08854–AKH,1:06–cv–08855–AKH
1:06–cv–08856–AKH,1:06–cv–08857–AKH,1:06–cv–08858–AKH,1:06–cv–08859–AKH,1:06–cv–08860–AKH
1:06–cv–08861–AKH,1:06–cv–08862–AKH,1:06–cv–08863–AKH,1:06–cv–08864–AKH,1:06–cv–08865–AKH
1:06–cv–08866–AKH,1:06–cv–08867–AKH,1:06–cv–08868–AKH,1:06–cv–08869–AKH,1:06–cv–08870–AKH
1:06–cv–08871–AKH,1:06–cv–08872–AKH,1:06–cv–08873–AKH,1:06–cv–08874–AKH,1:06–cv–08875–AKH
```

```
1:06-cv-08876-AKH,1:06-cv-08877-AKH,1:06-cv-08878-AKH,1:06-cv-08879-AKH,1:06-cv-08880-AKH
1:06-cv-08881-AKH,1:06-cv-08882-AKH,1:06-cv-08883-AKH,1:06-cv-08884-AKH,1:06-cv-08885-AKH
1:06-cv-08886-AKH,1:06-cv-08887-AKH,1:06-cv-08888-AKH,1:06-cv-08889-AKH,1:06-cv-08890-AKH
1:06-cv-08891-AKH,1:06-cv-08892-AKH,1:06-cv-08893-AKH,1:06-cv-08894-AKH,1:06-cv-08895-AKH
1:06-cv-08896-AKH,1:06-cv-08897-AKH,1:06-cv-08898-AKH,1:06-cv-08899-AKH,1:06-cv-08900-AKH
1:06-cv-08901-AKH,1:06-cv-08902-AKH,1:06-cv-08903-AKH,1:06-cv-08904-AKH,1:06-cv-08905-AKH
1:06-cv-08906-AKH,1:06-cv-08907-AKH,1:06-cv-08908-AKH,1:06-cv-08909-AKH,1:06-cv-08910-AKH
1:06-cv-08911-AKH,1:06-cv-08912-AKH,1:06-cv-08913-AKH,1:06-cv-08914-AKH,1:06-cv-08915-AKH
1:06-cv-08916-AKH,1:06-cv-08917-AKH,1:06-cv-08918-AKH,1:06-cv-08919-AKH,1:06-cv-08920-AKH
1:06-cv-08921-AKH,1:06-cv-08922-AKH,1:06-cv-08923-AKH,1:06-cv-08924-AKH,1:06-cv-08925-AKH
1:06-cv-08926-AKH,1:06-cv-08927-AKH,1:06-cv-08928-AKH,1:06-cv-08929-AKH,1:06-cv-08930-AKH
1:06-cv-08931-AKH,1:06-cv-08932-AKH,1:06-cv-08933-AKH,1:06-cv-08934-AKH,1:06-cv-08935-AKH
1:06-cv-08936-AKH,1:06-cv-08937-AKH,1:06-cv-08938-AKH,1:06-cv-08939-AKH,1:06-cv-08940-AKH
1:06-cv-08941-AKH,1:06-cv-08942-AKH,1:06-cv-08943-AKH,1:06-cv-08944-AKH,1:06-cv-08945-AKH
1:06-cv-08946-AKH,1:06-cv-08947-AKH,1:06-cv-08948-AKH,1:06-cv-08949-AKH,1:06-cv-08950-AKH
1:06-cv-08951-AKH,1:06-cv-08952-AKH,1:06-cv-08953-AKH,1:06-cv-08954-AKH,1:06-cv-08955-AKH
1:06-cv-08956-AKH,1:06-cv-08957-AKH,1:06-cv-08958-AKH,1:06-cv-08959-AKH,1:06-cv-08960-AKH
1:06-cv-08961-AKH,1:06-cv-08962-AKH,1:06-cv-08963-AKH,1:06-cv-08964-AKH,1:06-cv-08965-AKH
1:06-cv-08966-AKH,1:06-cv-08967-AKH,1:06-cv-08968-AKH,1:06-cv-08969-AKH,1:06-cv-08970-AKH
1:06-cv-08971-AKH,1:06-cv-08972-AKH,1:06-cv-08973-AKH,1:06-cv-08974-AKH,1:06-cv-08975-AKH
1:06-cv-08976-AKH,1:06-cv-08977-AKH,1:06-cv-08978-AKH,1:06-cv-08979-AKH,1:06-cv-08980-AKH
1:06-cv-08981-AKH,1:06-cv-08982-AKH,1:06-cv-08983-AKH,1:06-cv-08984-AKH,1:06-cv-08985-AKH
1:06-cv-08986-AKH,1:06-cv-08987-AKH,1:06-cv-08988-AKH,1:06-cv-08989-AKH,1:06-cv-08990-AKH
1:06-cv-08991-AKH,1:06-cv-08992-AKH,1:06-cv-08993-AKH,1:06-cv-08994-AKH,1:06-cv-08995-AKH
1:06-cv-08996-AKH,1:06-cv-08997-AKH,1:06-cv-08998-AKH,1:06-cv-08999-AKH,1:06-cv-09000-AKH
1:06-cv-09001-AKH,1:06-cv-09002-AKH,1:06-cv-09003-AKH,1:06-cv-09004-AKH,1:06-cv-09005-AKH
1:06-cv-09006-AKH,1:06-cv-09007-AKH,1:06-cv-09008-AKH,1:06-cv-09009-AKH,1:06-cv-09010-AKH
1:06-cv-09011-AKH,1:06-cv-09012-AKH,1:06-cv-09013-AKH,1:06-cv-09014-AKH,1:06-cv-09015-AKH
1:06-cv-09016-AKH,1:06-cv-09017-AKH,1:06-cv-09018-AKH,1:06-cv-09019-AKH,1:06-cv-09020-AKH
1:06-cv-09021-AKH,1:06-cv-09022-AKH,1:06-cv-09023-AKH,1:06-cv-09024-AKH,1:06-cv-09025-AKH
1:06-cv-09026-AKH,1:06-cv-09027-AKH,1:06-cv-09028-AKH,1:06-cv-09029-AKH,1:06-cv-09030-AKH
1:06-cv-09031-AKH,1:06-cv-09032-AKH,1:06-cv-09033-AKH,1:06-cv-09034-AKH,1:06-cv-09035-AKH
1:06-cv-09036-AKH,1:06-cv-09037-AKH,1:06-cv-09038-AKH,1:06-cv-09039-AKH,1:06-cv-09040-AKH
1:06-cv-09041-AKH,1:06-cv-09042-AKH,1:06-cv-09043-AKH,1:06-cv-09044-AKH,1:06-cv-09045-AKH
1:06-cv-09046-AKH,1:06-cv-09047-AKH,1:06-cv-09048-AKH,1:06-cv-09049-AKH,1:06-cv-09050-AKH
1:06-cv-09051-AKH,1:06-cv-09052-AKH,1:06-cv-09053-AKH,1:06-cv-09054-AKH,1:06-cv-09055-AKH
1:06-cv-09056-AKH,1:06-cv-09057-AKH,1:06-cv-09058-AKH,1:06-cv-09059-AKH,1:06-cv-09060-AKH
1:06-cv-09061-AKH,1:06-cv-09062-AKH,1:06-cv-09063-AKH,1:06-cv-09064-AKH,1:06-cv-09065-AKH
1:06-cv-09066-AKH,1:06-cv-09067-AKH,1:06-cv-09068-AKH,1:06-cv-09069-AKH,1:06-cv-09070-AKH
1:06-cv-09071-AKH,1:06-cv-09072-AKH,1:06-cv-09073-AKH,1:06-cv-09074-AKH,1:06-cv-09075-AKH
1:06-cv-09076-AKH,1:06-cv-09077-AKH,1:06-cv-09078-AKH,1:06-cv-09079-AKH,1:06-cv-09080-AKH
1:06-cv-09081-AKH,1:06-cv-09082-AKH,1:06-cv-09083-AKH,1:06-cv-09084-AKH,1:06-cv-09085-AKH
1:06-cv-09086-AKH,1:06-cv-09087-AKH,1:06-cv-09088-AKH,1:06-cv-09089-AKH,1:06-cv-09090-AKH
1:06-cv-09091-AKH,1:06-cv-09092-AKH,1:06-cv-09093-AKH,1:06-cv-09094-AKH,1:06-cv-09095-AKH
1:06-cv-09096-AKH,1:06-cv-09097-AKH,1:06-cv-09098-AKH,1:06-cv-09099-AKH,1:06-cv-09100-AKH
1:06-cv-09101-AKH,1:06-cv-09102-AKH,1:06-cv-09103-AKH,1:06-cv-09104-AKH,1:06-cv-09105-AKH
1:06-cv-09106-AKH,1:06-cv-09107-AKH,1:06-cv-09108-AKH,1:06-cv-09109-AKH,1:06-cv-09110-AKH
1:06-cv-09111-AKH,1:06-cv-09112-AKH,1:06-cv-09113-AKH,1:06-cv-09114-AKH,1:06-cv-09115-AKH
1:06-cv-09116-AKH,1:06-cv-09117-AKH,1:06-cv-09118-AKH,1:06-cv-09119-AKH,1:06-cv-09120-AKH
1:06-cv-09121-AKH,1:06-cv-09122-AKH,1:06-cv-09123-AKH,1:06-cv-09124-AKH,1:06-cv-09125-AKH
1:06-cv-09126-AKH,1:06-cv-09127-AKH,1:06-cv-09128-AKH,1:06-cv-09129-AKH,1:06-cv-09130-AKH
1:06-cv-09131-AKH,1:06-cv-09132-AKH,1:06-cv-09133-AKH,1:06-cv-09134-AKH,1:06-cv-09135-AKH
1:06-cv-09136-AKH,1:06-cv-09137-AKH,1:06-cv-09138-AKH,1:06-cv-09139-AKH,1:06-cv-09140-AKH
1:06-cv-09141-AKH,1:06-cv-09142-AKH,1:06-cv-09143-AKH,1:06-cv-09144-AKH,1:06-cv-09145-AKH
1:06-cv-09146-AKH,1:06-cv-09147-AKH,1:06-cv-09148-AKH,1:06-cv-09149-AKH,1:06-cv-09150-AKH
1:06-cv-09151-AKH,1:06-cv-09152-AKH,1:06-cv-09153-AKH,1:06-cv-09154-AKH,1:06-cv-09155-AKH
1:06-cv-09156-AKH,1:06-cv-09157-AKH,1:06-cv-09158-AKH,1:06-cv-09159-AKH,1:06-cv-09160-AKH
1:06-cv-09161-AKH,1:06-cv-09162-AKH,1:06-cv-09163-AKH,1:06-cv-09164-AKH,1:06-cv-09165-AKH
1:06-cv-09166-AKH,1:06-cv-09167-AKH,1:06-cv-09168-AKH,1:06-cv-09169-AKH,1:06-cv-09170-AKH
1:06-cv-09171-AKH,1:06-cv-09172-AKH,1:06-cv-09173-AKH,1:06-cv-09174-AKH,1:06-cv-09175-AKH
1:06-cv-09176-AKH,1:06-cv-09177-AKH,1:06-cv-09178-AKH,1:06-cv-09179-AKH,1:06-cv-09180-AKH
1:06-cv-09181-AKH,1:06-cv-09182-AKH,1:06-cv-09183-AKH,1:06-cv-09184-AKH,1:06-cv-09185-AKH
1:06-cv-09186-AKH,1:06-cv-09187-AKH,1:06-cv-09188-AKH,1:06-cv-09189-AKH,1:06-cv-09190-AKH
1:06-cv-09191-AKH,1:06-cv-09192-AKH,1:06-cv-09193-AKH,1:06-cv-09194-AKH,1:06-cv-09195-AKH
```

1:06–cv–09196–AKH,1:06–cv–09197–AKH,1:06–cv–09198–AKH,1:06–cv–09199–AKH,1:06–cv–09200–AKH
1:06–cv–09201–AKH,1:06–cv–09202–AKH,1:06–cv–09203–AKH,1:06–cv–09204–AKH,1:06–cv–09205–AKH
1:06–cv–09206–AKH,1:06–cv–09207–AKH,1:06–cv–09208–AKH,1:06–cv–09209–AKH,1:06–cv–09210–AKH
1:06–cv–09211–AKH,1:06–cv–09212–AKH,1:06–cv–09213–AKH,1:06–cv–09214–AKH,1:06–cv–09215–AKH
1:06–cv–09216–AKH,1:06–cv–09217–AKH,1:06–cv–09218–AKH,1:06–cv–09219–AKH,1:06–cv–09220–AKH
1:06–cv–09221–AKH,1:06–cv–09222–AKH,1:06–cv–09223–AKH,1:06–cv–09224–AKH,1:06–cv–09225–AKH
1:06–cv–09226–AKH,1:06–cv–09227–AKH,1:06–cv–09228–AKH,1:06–cv–09229–AKH,1:06–cv–09230–AKH
1:06–cv–09231–AKH,1:06–cv–09232–AKH,1:06–cv–09233–AKH,1:06–cv–09234–AKH,1:06–cv–09235–AKH
1:06–cv–09236–AKH,1:06–cv–09237–AKH,1:06–cv–09238–AKH,1:06–cv–09239–AKH,1:06–cv–09240–AKH
1:06–cv–09241–AKH,1:06–cv–09242–AKH,1:06–cv–09243–AKH,1:06–cv–09244–AKH,1:06–cv–09245–AKH
1:06–cv–09246–AKH,1:06–cv–09247–AKH,1:06–cv–09248–AKH,1:06–cv–09249–AKH,1:06–cv–09250–AKH
1:06–cv–09251–AKH,1:06–cv–09252–AKH,1:06–cv–09253–AKH,1:06–cv–09254–AKH,1:06–cv–09255–AKH
1:06–cv–09256–AKH,1:06–cv–09257–AKH,1:06–cv–09258–AKH,1:06–cv–09259–AKH,1:06–cv–09260–AKH
1:06–cv–09261–AKH,1:06–cv–09262–AKH,1:06–cv–09263–AKH,1:06–cv–09264–AKH,1:06–cv–09265–AKH
1:06–cv–09266–AKH,1:06–cv–09267–AKH,1:06–cv–09268–AKH,1:06–cv–09269–AKH,1:06–cv–09270–AKH
1:06–cv–09271–AKH,1:06–cv–09272–AKH,1:06–cv–09273–AKH,1:06–cv–09274–AKH,1:06–cv–09275–AKH
1:06–cv–09276–AKH,1:06–cv–09277–AKH,1:06–cv–09278–AKH,1:06–cv–09279–AKH,1:06–cv–09280–AKH
1:06–cv–09281–AKH,1:06–cv–09282–AKH,1:06–cv–09283–AKH,1:06–cv–09284–AKH,1:06–cv–09285–AKH
1:06–cv–09286–AKH,1:06–cv–09287–AKH,1:06–cv–09288–AKH,1:06–cv–09289–AKH,1:06–cv–09290–AKH
1:06–cv–09291–AKH,1:06–cv–09292–AKH,1:06–cv–09293–AKH,1:06–cv–09294–AKH,1:06–cv–09295–AKH
1:06–cv–09296–AKH,1:06–cv–09297–AKH,1:06–cv–09298–AKH,1:06–cv–09299–AKH,1:06–cv–09300–AKH
1:06–cv–09301–AKH,1:06–cv–09302–AKH,1:06–cv–09303–AKH,1:06–cv–09304–AKH,1:06–cv–09305–AKH
1:06–cv–09306–AKH,1:06–cv–09307–AKH,1:06–cv–09308–AKH,1:06–cv–09309–AKH,1:06–cv–09310–AKH
1:06–cv–09311–AKH,1:06–cv–09312–AKH,1:06–cv–09313–AKH,1:06–cv–09314–AKH,1:06–cv–09315–AKH
1:06–cv–09316–AKH,1:06–cv–09317–AKH,1:06–cv–09318–AKH,1:06–cv–09319–AKH,1:06–cv–09320–AKH
1:06–cv–09321–AKH,1:06–cv–09322–AKH,1:06–cv–09323–AKH,1:06–cv–09324–AKH,1:06–cv–09325–AKH
1:06–cv–09326–AKH,1:06–cv–09327–AKH,1:06–cv–09328–AKH,1:06–cv–09329–AKH,1:06–cv–09330–AKH
1:06–cv–09331–AKH,1:06–cv–09332–AKH,1:06–cv–09333–AKH,1:06–cv–09334–AKH,1:06–cv–09335–AKH
1:06–cv–09336–AKH,1:06–cv–09337–AKH,1:06–cv–09338–AKH,1:06–cv–09339–AKH,1:06–cv–09340–AKH
1:06–cv–09341–AKH,1:06–cv–09342–AKH,1:06–cv–09343–AKH,1:06–cv–09344–AKH,1:06–cv–09345–AKH
1:06–cv–09346–AKH,1:06–cv–09347–AKH,1:06–cv–09348–AKH,1:06–cv–09349–AKH,1:06–cv–09350–AKH
1:06–cv–09351–AKH,1:06–cv–09352–AKH,1:06–cv–09353–AKH,1:06–cv–09354–AKH,1:06–cv–09355–AKH
1:06–cv–09356–AKH,1:06–cv–09357–AKH,1:06–cv–09358–AKH,1:06–cv–09359–AKH,1:06–cv–09360–AKH
1:06–cv–09361–AKH,1:06–cv–09362–AKH,1:06–cv–09363–AKH,1:06–cv–09364–AKH,1:06–cv–09365–AKH
1:06–cv–09366–AKH,1:06–cv–09367–AKH,1:06–cv–09368–AKH,1:06–cv–09369–AKH,1:06–cv–09370–AKH
1:06–cv–09371–AKH,1:06–cv–09372–AKH,1:06–cv–09373–AKH,1:06–cv–09374–AKH,1:06–cv–09466–AKH
1:06–cv–09467–AKH,1:06–cv–09468–AKH,1:06–cv–09469–AKH,1:06–cv–09470–AKH,1:06–cv–09471–AKH
1:06–cv–09472–AKH,1:06–cv–09473–AKH,1:06–cv–09474–AKH,1:06–cv–09475–AKH,1:06–cv–09476–AKH
1:06–cv–09477–AKH,1:06–cv–09478–AKH,1:06–cv–09479–AKH,1:06–cv–09480–AKH,1:06–cv–09481–AKH
1:06–cv–09482–AKH,1:06–cv–09483–AKH,1:06–cv–09484–AKH,1:06–cv–09485–AKH,1:06–cv–09486–AKH
1:06–cv–09487–AKH,1:06–cv–09488–AKH,1:06–cv–09489–AKH,1:06–cv–09490–AKH,1:06–cv–09491–AKH
1:06–cv–09492–AKH,1:06–cv–09493–AKH,1:06–cv–09494–AKH,1:06–cv–09495–AKH,1:06–cv–09496–AKH
1:06–cv–09497–AKH,1:06–cv–09498–AKH,1:06–cv–09499–AKH,1:06–cv–09500–AKH,1:06–cv–09501–AKH
1:06–cv–09502–AKH,1:06–cv–09503–AKH,1:06–cv–09504–AKH,1:06–cv–09505–AKH,1:06–cv–09506–AKH
1:06–cv–09507–AKH,1:06–cv–09508–AKH,1:06–cv–09509–AKH,1:06–cv–09510–AKH,1:06–cv–09511–AKH
1:06–cv–09512–AKH,1:06–cv–09513–AKH,1:06–cv–09514–AKH,1:06–cv–09515–AKH,1:06–cv–09516–AKH
1:06–cv–09517–AKH,1:06–cv–09518–AKH,1:06–cv–09519–AKH,1:06–cv–09520–AKH,1:06–cv–09521–AKH
1:06–cv–09522–AKH,1:06–cv–09523–AKH,1:06–cv–09524–AKH,1:06–cv–09525–AKH,1:06–cv–09526–AKH
1:06–cv–09527–AKH,1:06–cv–09528–AKH,1:06–cv–09529–AKH,1:06–cv–09530–AKH,1:06–cv–09531–AKH
1:06–cv–09532–AKH,1:06–cv–09533–AKH,1:06–cv–09534–AKH,1:06–cv–09535–AKH,1:06–cv–09536–AKH
1:06–cv–09537–AKH,1:06–cv–09538–AKH,1:06–cv–09539–AKH,1:06–cv–09540–AKH,1:06–cv–09541–AKH
1:06–cv–09542–AKH,1:06–cv–09543–AKH,1:06–cv–09544–AKH,1:06–cv–09545–AKH,1:06–cv–09546–AKH
1:06–cv–09547–AKH,1:06–cv–09548–AKH,1:06–cv–09549–AKH,1:06–cv–09550–AKH,1:06–cv–09551–AKH
1:06–cv–09552–AKH,1:06–cv–09553–AKH,1:06–cv–09554–AKH,1:06–cv–09555–AKH,1:06–cv–09556–AKH
1:06–cv–09557–AKH,1:06–cv–09558–AKH,1:06–cv–09559–AKH,1:06–cv–09560–AKH,1:06–cv–09561–AKH
1:06–cv–09562–AKH,1:06–cv–09563–AKH,1:06–cv–09564–AKH,1:06–cv–09565–AKH,1:06–cv–09566–AKH
1:06–cv–09567–AKH,1:06–cv–09568–AKH,1:06–cv–09569–AKH,1:06–cv–09570–AKH,1:06–cv–09571–AKH
1:06–cv–09572–AKH,1:06–cv–09573–AKH,1:06–cv–09574–AKH,1:06–cv–09575–AKH,1:06–cv–09576–AKH
1:06–cv–09577–AKH,1:06–cv–09578–AKH,1:06–cv–09579–AKH,1:06–cv–09580–AKH,1:06–cv–09581–AKH
1:06–cv–09582–AKH,1:06–cv–09583–AKH,1:06–cv–09584–AKH,1:06–cv–09585–AKH,1:06–cv–09586–AKH
1:06–cv–09587–AKH,1:06–cv–09588–AKH,1:06–cv–09589–AKH,1:06–cv–09590–AKH,1:06–cv–09591–AKH
1:06–cv–09592–AKH,1:06–cv–09593–AKH,1:06–cv–09594–AKH,1:06–cv–09595–AKH,1:06–cv–09596–AKH
1:06–cv–09597–AKH,1:06–cv–09598–AKH,1:06–cv–09599–AKH,1:06–cv–09600–AKH,1:06–cv–09601–AKH
1:06–cv–09602–AKH,1:06–cv–09603–AKH,1:06–cv–09604–AKH,1:06–cv–09605–AKH,1:06–cv–09606–AKH

1:06–cv–09607–AKH,1:06–cv–09608–AKH,1:06–cv–09609–AKH,1:06–cv–09610–AKH,1:06–cv–09611–AKH
1:06–cv–09612–AKH,1:06–cv–09613–AKH,1:06–cv–09614–AKH,1:06–cv–09615–AKH,1:06–cv–09616–AKH
1:06–cv–09617–AKH,1:06–cv–09618–AKH,1:06–cv–09619–AKH,1:06–cv–09620–AKH,1:06–cv–09621–AKH
1:06–cv–09622–AKH,1:06–cv–09623–AKH,1:06–cv–09624–AKH,1:06–cv–09625–AKH,1:06–cv–09626–AKH
1:06–cv–09627–AKH,1:06–cv–09628–AKH,1:06–cv–09629–AKH,1:06–cv–09630–AKH,1:06–cv–09631–AKH
1:06–cv–09632–AKH,1:06–cv–09633–AKH,1:06–cv–09634–AKH,1:06–cv–09635–AKH,1:06–cv–09636–AKH
1:06–cv–09637–AKH,1:06–cv–09638–AKH,1:06–cv–09639–AKH,1:06–cv–09640–AKH,1:06–cv–09641–AKH
1:06–cv–09642–AKH,1:06–cv–09643–AKH,1:06–cv–09644–AKH,1:06–cv–09645–AKH,1:06–cv–09646–AKH
1:06–cv–09647–AKH,1:06–cv–09648–AKH,1:06–cv–09649–AKH,1:06–cv–09650–AKH,1:06–cv–09651–AKH
1:06–cv–09652–AKH,1:06–cv–09653–AKH,1:06–cv–09654–AKH,1:06–cv–09655–AKH,1:06–cv–09656–AKH
1:06–cv–09657–AKH,1:06–cv–09658–AKH,1:06–cv–09659–AKH,1:06–cv–09660–AKH,1:06–cv–09661–AKH
1:06–cv–09662–AKH,1:06–cv–09663–AKH,1:06–cv–09664–AKH,1:06–cv–09665–AKH,1:06–cv–09666–AKH
1:06–cv–09667–AKH,1:06–cv–09668–AKH,1:06–cv–09669–AKH,1:06–cv–09670–AKH,1:06–cv–09671–AKH
1:06–cv–09672–AKH,1:06–cv–09673–AKH,1:06–cv–09674–AKH,1:06–cv–09675–AKH,1:06–cv–09676–AKH
1:06–cv–09677–AKH,1:06–cv–09678–AKH,1:06–cv–09679–AKH,1:06–cv–09680–AKH,1:06–cv–09681–AKH
1:06–cv–09682–AKH,1:06–cv–09683–AKH,1:06–cv–09684–AKH,1:06–cv–09685–AKH,1:06–cv–09686–AKH
1:06–cv–09687–AKH,1:06–cv–09688–AKH,1:06–cv–09689–AKH,1:06–cv–09690–AKH,1:06–cv–09691–AKH
1:06–cv–09692–AKH,1:06–cv–09693–AKH,1:06–cv–09694–AKH,1:06–cv–09695–AKH,1:06–cv–09696–AKH
1:06–cv–09697–AKH,1:06–cv–09698–AKH,1:06–cv–09699–AKH,1:06–cv–09700–AKH,1:06–cv–09701–AKH
1:06–cv–09702–AKH,1:06–cv–09703–AKH,1:06–cv–09704–AKH,1:06–cv–09705–AKH,1:06–cv–09706–AKH
1:06–cv–09707–AKH,1:06–cv–09708–AKH,1:06–cv–09709–AKH,1:06–cv–09710–AKH,1:06–cv–09711–AKH
1:06–cv–09712–AKH,1:06–cv–09713–AKH,1:06–cv–09714–AKH,1:06–cv–09715–AKH,1:06–cv–09716–AKH
1:06–cv–09717–AKH,1:06–cv–09718–AKH,1:06–cv–09719–AKH,1:06–cv–09720–AKH,1:06–cv–09721–AKH
1:06–cv–09722–AKH,1:06–cv–09723–AKH,1:06–cv–09724–AKH,1:06–cv–09725–AKH,1:06–cv–09726–AKH
1:06–cv–09727–AKH,1:06–cv–09728–AKH,1:06–cv–09729–AKH,1:06–cv–09730–AKH,1:06–cv–09731–AKH
1:06–cv–09732–AKH,1:06–cv–09733–AKH,1:06–cv–09734–AKH,1:06–cv–09735–AKH,1:06–cv–09736–AKH
1:06–cv–09737–AKH,1:06–cv–09738–AKH,1:06–cv–09739–AKH,1:06–cv–09740–AKH,1:06–cv–09741–AKH
1:06–cv–09742–AKH,1:06–cv–09743–AKH,1:06–cv–09744–AKH,1:06–cv–09745–AKH,1:06–cv–09746–AKH
1:06–cv–09747–AKH,1:06–cv–09748–AKH,1:06–cv–09749–AKH,1:06–cv–09750–AKH,1:06–cv–09751–AKH
1:06–cv–09752–AKH,1:06–cv–09753–AKH,1:06–cv–09754–AKH,1:06–cv–09755–AKH,1:06–cv–09756–AKH
1:06–cv–09757–AKH,1:06–cv–09758–AKH,1:06–cv–09759–AKH,1:06–cv–09760–AKH,1:06–cv–09761–AKH
1:06–cv–09762–AKH,1:06–cv–09763–AKH,1:06–cv–09764–AKH,1:06–cv–09765–AKH,1:06–cv–09766–AKH
1:06–cv–09767–AKH,1:06–cv–09768–AKH,1:06–cv–09769–AKH,1:06–cv–09770–AKH,1:06–cv–09771–AKH
1:06–cv–09772–AKH,1:06–cv–09773–AKH,1:06–cv–09774–AKH,1:06–cv–09775–AKH,1:06–cv–09776–AKH
1:06–cv–09777–AKH,1:06–cv–09778–AKH,1:06–cv–09779–AKH,1:06–cv–09780–AKH,1:06–cv–09781–AKH
1:06–cv–09782–AKH,1:06–cv–09783–AKH,1:06–cv–09784–AKH,1:06–cv–09785–AKH,1:06–cv–09786–AKH
1:06–cv–09787–AKH,1:06–cv–09788–AKH,1:06–cv–09789–AKH,1:06–cv–09790–AKH,1:06–cv–09791–AKH
1:06–cv–09792–AKH,1:06–cv–09793–AKH,1:06–cv–09794–AKH,1:06–cv–09795–AKH,1:06–cv–09796–AKH
1:06–cv–09797–AKH,1:06–cv–09798–AKH,1:06–cv–09799–AKH,1:06–cv–09800–AKH,1:06–cv–09801–AKH
1:06–cv–09802–AKH,1:06–cv–09803–AKH,1:06–cv–09804–AKH,1:06–cv–09805–AKH,1:06–cv–09806–AKH
1:06–cv–09807–AKH,1:06–cv–09808–AKH,1:06–cv–09809–AKH,1:06–cv–09810–AKH,1:06–cv–09811–AKH
1:06–cv–09812–AKH,1:06–cv–09813–AKH,1:06–cv–09814–AKH,1:06–cv–09815–AKH,1:06–cv–09816–AKH
1:06–cv–09817–AKH,1:06–cv–09818–AKH,1:06–cv–09819–AKH,1:06–cv–09820–AKH,1:06–cv–09821–AKH
1:06–cv–09822–AKH,1:06–cv–09823–AKH,1:06–cv–09824–AKH,1:06–cv–09825–AKH,1:06–cv–09826–AKH
1:06–cv–09827–AKH,1:06–cv–09828–AKH,1:06–cv–09829–AKH,1:06–cv–09830–AKH,1:06–cv–09831–AKH
1:06–cv–09832–AKH,1:06–cv–09833–AKH,1:06–cv–09834–AKH,1:06–cv–09835–AKH,1:06–cv–09836–AKH
1:06–cv–09837–AKH,1:06–cv–09838–AKH,1:06–cv–09839–AKH,1:06–cv–09840–AKH,1:06–cv–09841–AKH
1:06–cv–09842–AKH,1:06–cv–09843–AKH,1:06–cv–09844–AKH,1:06–cv–09845–AKH,1:06–cv–09846–AKH
1:06–cv–09847–AKH,1:06–cv–09848–AKH,1:06–cv–09849–AKH,1:06–cv–09850–AKH,1:06–cv–09851–AKH
1:06–cv–09852–AKH,1:06–cv–09853–AKH,1:06–cv–09854–AKH,1:06–cv–09855–AKH,1:06–cv–09856–AKH
1:06–cv–09857–AKH,1:06–cv–09858–AKH,1:06–cv–09961–AKH,1:06–cv–09962–AKH,1:06–cv–09963–AKH
1:06–cv–09964–AKH,1:06–cv–09965–AKH,1:06–cv–09966–AKH,1:06–cv–09967–AKH,1:06–cv–09968–AKH
1:06–cv–09969–AKH,1:06–cv–09970–AKH,1:06–cv–09971–AKH,1:06–cv–09972–AKH,1:06–cv–09973–AKH
1:06–cv–09974–AKH,1:06–cv–09975–AKH,1:06–cv–09976–AKH,1:06–cv–09977–AKH,1:06–cv–09978–AKH
1:06–cv–09979–AKH,1:06–cv–09980–AKH,1:06–cv–09981–AKH,1:06–cv–09982–AKH,1:06–cv–09983–AKH
1:06–cv–09984–AKH,1:06–cv–09985–AKH,1:06–cv–09986–AKH,1:06–cv–09987–AKH,1:06–cv–09988–AKH
1:06–cv–09989–AKH,1:06–cv–09990–AKH,1:06–cv–09991–AKH,1:06–cv–09992–AKH,1:06–cv–09993–AKH
1:06–cv–09994–AKH,1:06–cv–09995–AKH,1:06–cv–09996–AKH,1:06–cv–09997–AKH,1:06–cv–09998–AKH
1:06–cv–09999–AKH,1:06–cv–10000–AKH,1:06–cv–10001–AKH,1:06–cv–10002–AKH,1:06–cv–10004–AKH
1:06–cv–10005–AKH,1:06–cv–10006–AKH,1:06–cv–10007–AKH,1:06–cv–10008–AKH,1:06–cv–10009–AKH
1:06–cv–10010–AKH,1:06–cv–10011–AKH,1:06–cv–10012–AKH,1:06–cv–10013–AKH,1:06–cv–10014–AKH
1:06–cv–10015–AKH,1:06–cv–10016–AKH,1:06–cv–10017–AKH,1:06–cv–10018–AKH,1:06–cv–10019–AKH
1:06–cv–10020–AKH,1:06–cv–10021–AKH,1:06–cv–10022–AKH,1:06–cv–10023–AKH,1:06–cv–10024–AKH
1:06–cv–10025–AKH,1:06–cv–10026–AKH,1:06–cv–10027–AKH,1:06–cv–10028–AKH,1:06–cv–10029–AKH

1:06–cv–10030–AKH,1:06–cv–10031–AKH,1:06–cv–10032–AKH,1:06–cv–10033–AKH,1:06–cv–10034–AKH
1:06–cv–10035–AKH,1:06–cv–10036–AKH,1:06–cv–10037–AKH,1:06–cv–10038–AKH,1:06–cv–10039–AKH
1:06–cv–10040–AKH,1:06–cv–10041–AKH,1:06–cv–10042–AKH,1:06–cv–10043–AKH,1:06–cv–10044–AKH
1:06–cv–10045–AKH,1:06–cv–10046–AKH,1:06–cv–10047–AKH,1:06–cv–10048–AKH,1:06–cv–10049–AKH
1:06–cv–10050–AKH,1:06–cv–10051–AKH,1:06–cv–10052–AKH,1:06–cv–10053–AKH,1:06–cv–10054–AKH
1:06–cv–10055–AKH,1:06–cv–10056–AKH,1:06–cv–10057–AKH,1:06–cv–10058–AKH,1:06–cv–10059–AKH
1:06–cv–10060–AKH,1:06–cv–10061–AKH,1:06–cv–10062–AKH,1:06–cv–10063–AKH,1:06–cv–10064–AKH
1:06–cv–10065–AKH,1:06–cv–10066–AKH,1:06–cv–10067–AKH,1:06–cv–10068–AKH,1:06–cv–10069–AKH
1:06–cv–10070–AKH,1:06–cv–10071–AKH,1:06–cv–10072–AKH,1:06–cv–10073–AKH,1:06–cv–10074–AKH
1:06–cv–10075–AKH,1:06–cv–10076–AKH,1:06–cv–10077–AKH,1:06–cv–10078–AKH,1:06–cv–10079–AKH
1:06–cv–10080–AKH,1:06–cv–10081–AKH,1:06–cv–10082–AKH,1:06–cv–10083–AKH,1:06–cv–10084–AKH
1:06–cv–10085–AKH,1:06–cv–10086–AKH,1:06–cv–10087–AKH,1:06–cv–10088–AKH,1:06–cv–10089–AKH
1:06–cv–10090–AKH,1:06–cv–10091–AKH,1:06–cv–10092–AKH,1:06–cv–10093–AKH,1:06–cv–10094–AKH
1:06–cv–10095–AKH,1:06–cv–10096–AKH,1:06–cv–10097–AKH,1:06–cv–10098–AKH,1:06–cv–10099–AKH
1:06–cv–10100–AKH,1:06–cv–10101–AKH,1:06–cv–10102–AKH,1:06–cv–10103–AKH,1:06–cv–10104–AKH
1:06–cv–10105–AKH,1:06–cv–10106–AKH,1:06–cv–10107–AKH,1:06–cv–10108–AKH,1:06–cv–10109–AKH
1:06–cv–10110–AKH,1:06–cv–10111–AKH,1:06–cv–10112–AKH,1:06–cv–10113–AKH,1:06–cv–10114–AKH
1:06–cv–10115–AKH,1:06–cv–10116–AKH,1:06–cv–10117–AKH,1:06–cv–10118–AKH,1:06–cv–10119–AKH
1:06–cv–10120–AKH,1:06–cv–10121–AKH,1:06–cv–10122–AKH,1:06–cv–10123–AKH,1:06–cv–10124–AKH
1:06–cv–10125–AKH,1:06–cv–10126–AKH,1:06–cv–10127–AKH,1:06–cv–10128–AKH,1:06–cv–10129–AKH
1:06–cv–10130–AKH,1:06–cv–10131–AKH,1:06–cv–10132–AKH,1:06–cv–10133–AKH,1:06–cv–10134–AKH
1:06–cv–10135–AKH,1:06–cv–10136–AKH,1:06–cv–10137–AKH,1:06–cv–10138–AKH,1:06–cv–10139–AKH
1:06–cv–10140–AKH,1:06–cv–10141–AKH,1:06–cv–10142–AKH,1:06–cv–10143–AKH,1:06–cv–10144–AKH
1:06–cv–10145–AKH,1:06–cv–10146–AKH,1:06–cv–10147–AKH,1:06–cv–10148–AKH,1:06–cv–10149–AKH
1:06–cv–10150–AKH,1:06–cv–10151–AKH,1:06–cv–10152–AKH,1:06–cv–10153–AKH,1:06–cv–10154–AKH
1:06–cv–10155–AKH,1:06–cv–10156–AKH,1:06–cv–10157–AKH,1:06–cv–10158–AKH,1:06–cv–10159–AKH
1:06–cv–10160–AKH,1:06–cv–10161–AKH,1:06–cv–10162–AKH,1:06–cv–10163–AKH,1:06–cv–10240–AKH
1:06–cv–10241–AKH,1:06–cv–10242–AKH,1:06–cv–10243–AKH,1:06–cv–10244–AKH,1:06–cv–10245–AKH
1:06–cv–10246–AKH,1:06–cv–10247–AKH,1:06–cv–10248–AKH,1:06–cv–10249–AKH,1:06–cv–10250–AKH
1:06–cv–10251–AKH,1:06–cv–10252–AKH,1:06–cv–10253–AKH,1:06–cv–10254–AKH,1:06–cv–10255–AKH
1:06–cv–10256–AKH,1:06–cv–10257–AKH,1:06–cv–10258–AKH,1:06–cv–10259–AKH,1:06–cv–10260–AKH
1:06–cv–10261–AKH,1:06–cv–10262–AKH,1:06–cv–10263–AKH,1:06–cv–10264–AKH,1:06–cv–10265–AKH
1:06–cv–10266–AKH,1:06–cv–10267–AKH,1:06–cv–10268–AKH,1:06–cv–10269–AKH,1:06–cv–10270–AKH
1:06–cv–10271–AKH,1:06–cv–10272–AKH,1:06–cv–10273–AKH,1:06–cv–10274–AKH,1:06–cv–10275–AKH
1:06–cv–10276–AKH,1:06–cv–10277–AKH,1:06–cv–10278–AKH,1:06–cv–10279–AKH,1:06–cv–10280–AKH
1:06–cv–10281–AKH,1:06–cv–10282–AKH,1:06–cv–10283–AKH,1:06–cv–10284–AKH,1:06–cv–10285–AKH
1:06–cv–10286–AKH,1:06–cv–10287–AKH,1:06–cv–10288–AKH,1:06–cv–10289–AKH,1:06–cv–10290–AKH
1:06–cv–10291–AKH,1:06–cv–10292–AKH,1:06–cv–10293–AKH,1:06–cv–10294–AKH,1:06–cv–10295–AKH
1:06–cv–10296–AKH,1:06–cv–10297–AKH,1:06–cv–10298–AKH,1:06–cv–10299–AKH,1:06–cv–10300–AKH
1:06–cv–10301–AKH,1:06–cv–10302–AKH,1:06–cv–10303–AKH,1:06–cv–10304–AKH,1:06–cv–10305–AKH
1:06–cv–10306–AKH,1:06–cv–10307–AKH,1:06–cv–10308–AKH,1:06–cv–10309–AKH,1:06–cv–10310–AKH
1:06–cv–10311–AKH,1:06–cv–10312–AKH,1:06–cv–10313–AKH,1:06–cv–10314–AKH,1:06–cv–10315–AKH
1:06–cv–10316–AKH,1:06–cv–10317–AKH,1:06–cv–10318–AKH,1:06–cv–10319–AKH,1:06–cv–10320–AKH
1:06–cv–10321–AKH,1:06–cv–10322–AKH,1:06–cv–10323–AKH,1:06–cv–10324–AKH,1:06–cv–10325–AKH
1:06–cv–10326–AKH,1:06–cv–10327–AKH,1:06–cv–10328–AKH,1:06–cv–10329–AKH,1:06–cv–10330–AKH
1:06–cv–10331–AKH,1:06–cv–10332–AKH,1:06–cv–10333–AKH,1:06–cv–10334–AKH,1:06–cv–10335–AKH
1:06–cv–10336–AKH,1:06–cv–10337–AKH,1:06–cv–10338–AKH,1:06–cv–10339–AKH,1:06–cv–10340–AKH
1:06–cv–10341–AKH,1:06–cv–10342–AKH,1:06–cv–10343–AKH,1:06–cv–10344–AKH,1:06–cv–10345–AKH
1:06–cv–10346–AKH,1:06–cv–10347–AKH,1:06–cv–10348–AKH,1:06–cv–10349–AKH,1:06–cv–10350–AKH
1:06–cv–10351–AKH,1:06–cv–10352–AKH,1:06–cv–10353–AKH,1:06–cv–10354–AKH,1:06–cv–10355–AKH
1:06–cv–10356–AKH,1:06–cv–10357–AKH,1:06–cv–10358–AKH,1:06–cv–10359–AKH,1:06–cv–10360–AKH
1:06–cv–10361–AKH,1:06–cv–10362–AKH,1:06–cv–10363–AKH,1:06–cv–10364–AKH,1:06–cv–10365–AKH
1:06–cv–10366–AKH,1:06–cv–10367–AKH,1:06–cv–10368–AKH,1:06–cv–10369–AKH,1:06–cv–10370–AKH
1:06–cv–10371–AKH,1:06–cv–10372–AKH,1:06–cv–10373–AKH,1:06–cv–10374–AKH,1:06–cv–10375–AKH
1:06–cv–10376–AKH,1:06–cv–10377–AKH,1:06–cv–10378–AKH,1:06–cv–10379–AKH,1:06–cv–10380–AKH
1:06–cv–10381–AKH,1:06–cv–10382–AKH,1:06–cv–10383–AKH,1:06–cv–10384–AKH,1:06–cv–10385–AKH
1:06–cv–10386–AKH,1:06–cv–10387–AKH,1:06–cv–10388–AKH,1:06–cv–10389–AKH,1:06–cv–10390–AKH
1:06–cv–10391–AKH,1:06–cv–10392–AKH,1:06–cv–10393–AKH,1:06–cv–10394–AKH,1:06–cv–10395–AKH
1:06–cv–10396–AKH,1:06–cv–10397–AKH,1:06–cv–10398–AKH,1:06–cv–10399–AKH,1:06–cv–10400–AKH
1:06–cv–10401–AKH,1:06–cv–10402–AKH,1:06–cv–10403–AKH,1:06–cv–10404–AKH,1:06–cv–10405–AKH
1:06–cv–10406–AKH,1:06–cv–10407–AKH,1:06–cv–10408–AKH,1:06–cv–10409–AKH,1:06–cv–10410–AKH
1:06–cv–10411–AKH,1:06–cv–10412–AKH,1:06–cv–10413–AKH,1:06–cv–10414–AKH,1:06–cv–10415–AKH
1:06–cv–10416–AKH,1:06–cv–10417–AKH,1:06–cv–10418–AKH,1:06–cv–10419–AKH,1:06–cv–10420–AKH
1:06–cv–10421–AKH,1:06–cv–10422–AKH,1:06–cv–10423–AKH,1:06–cv–10424–AKH,1:06–cv–10425–AKH

1:06–cv–10426–AKH,1:06–cv–10427–AKH,1:06–cv–10428–AKH,1:06–cv–10429–AKH,1:06–cv–10430–AKH
1:06–cv–10431–AKH,1:06–cv–10432–AKH,1:06–cv–10433–AKH,1:06–cv–10434–AKH,1:06–cv–10435–AKH
1:06–cv–10436–AKH,1:06–cv–10437–AKH,1:06–cv–10438–AKH,1:06–cv–10439–AKH,1:06–cv–10440–AKH
1:06–cv–10441–AKH,1:06–cv–10442–AKH,1:06–cv–10443–AKH,1:06–cv–10444–AKH,1:06–cv–10445–AKH
1:06–cv–10446–AKH,1:06–cv–10447–AKH,1:06–cv–10448–AKH,1:06–cv–10449–AKH,1:06–cv–10450–AKH
1:06–cv–10451–AKH,1:06–cv–10452–AKH,1:06–cv–10453–AKH,1:06–cv–10454–AKH,1:06–cv–10455–AKH
1:06–cv–10456–AKH,1:06–cv–10457–AKH,1:06–cv–10458–AKH,1:06–cv–10459–AKH,1:06–cv–10460–AKH
1:06–cv–10461–AKH,1:06–cv–10462–AKH,1:06–cv–10463–AKH,1:06–cv–10464–AKH,1:06–cv–10465–AKH
1:06–cv–10466–AKH,1:06–cv–10467–AKH,1:06–cv–10468–AKH,1:06–cv–10469–AKH,1:06–cv–10470–AKH
1:06–cv–10471–AKH,1:06–cv–10472–AKH,1:06–cv–10473–AKH,1:06–cv–10474–AKH,1:06–cv–10475–AKH
1:06–cv–10476–AKH,1:06–cv–10477–AKH,1:06–cv–10478–AKH,1:06–cv–10479–AKH,1:06–cv–10480–AKH
1:06–cv–10481–AKH,1:06–cv–10482–AKH,1:06–cv–10483–AKH,1:06–cv–10484–AKH,1:06–cv–10485–AKH
1:06–cv–10486–AKH,1:06–cv–10487–AKH,1:06–cv–10488–AKH,1:06–cv–10489–AKH,1:06–cv–10490–AKH
1:06–cv–10491–AKH,1:06–cv–10492–AKH,1:06–cv–10493–AKH,1:06–cv–10494–AKH,1:06–cv–10495–AKH
1:06–cv–10496–AKH,1:06–cv–10497–AKH,1:06–cv–10498–AKH,1:06–cv–10499–AKH,1:06–cv–10500–AKH
1:06–cv–10501–AKH,1:06–cv–10502–AKH,1:06–cv–10503–AKH,1:06–cv–10504–AKH,1:06–cv–10505–AKH
1:06–cv–10506–AKH,1:06–cv–10507–AKH,1:06–cv–10508–AKH,1:06–cv–10509–AKH,1:06–cv–10510–AKH
1:06–cv–10511–AKH,1:06–cv–10512–AKH,1:06–cv–10513–AKH,1:06–cv–10514–AKH,1:06–cv–10515–AKH
1:06–cv–10516–AKH,1:06–cv–10517–AKH,1:06–cv–10518–AKH,1:06–cv–10519–AKH,1:06–cv–10520–AKH
1:06–cv–10521–AKH,1:06–cv–10522–AKH,1:06–cv–10523–AKH,1:06–cv–10524–AKH,1:06–cv–10525–AKH
1:06–cv–10526–AKH,1:06–cv–10527–AKH,1:06–cv–10528–AKH,1:06–cv–10529–AKH,1:06–cv–10530–AKH
1:06–cv–10531–AKH,1:06–cv–10532–AKH,1:06–cv–10533–AKH,1:06–cv–10534–AKH,1:06–cv–10535–AKH
1:06–cv–10536–AKH,1:06–cv–10537–AKH,1:06–cv–10538–AKH,1:06–cv–10539–AKH,1:06–cv–10540–AKH
1:06–cv–10541–AKH,1:06–cv–10542–AKH,1:06–cv–10543–AKH,1:06–cv–10544–AKH,1:06–cv–10545–AKH
1:06–cv–10546–AKH,1:06–cv–10547–AKH,1:06–cv–10548–AKH,1:06–cv–10549–AKH,1:06–cv–10550–AKH
1:06–cv–10551–AKH,1:06–cv–10552–AKH,1:06–cv–10553–AKH,1:06–cv–10554–AKH,1:06–cv–10555–AKH
1:06–cv–10556–AKH,1:06–cv–10557–AKH,1:06–cv–10558–AKH,1:06–cv–10559–AKH,1:06–cv–10560–AKH
1:06–cv–10561–AKH,1:06–cv–10562–AKH,1:06–cv–10563–AKH,1:06–cv–10564–AKH,1:06–cv–10565–AKH
1:06–cv–10566–AKH,1:06–cv–10567–AKH,1:06–cv–10568–AKH,1:06–cv–10569–AKH,1:06–cv–10570–AKH
1:06–cv–10571–AKH,1:06–cv–10572–AKH,1:06–cv–10573–AKH,1:06–cv–10574–AKH,1:06–cv–10575–AKH
1:06–cv–10576–AKH,1:06–cv–10577–AKH,1:06–cv–10578–AKH,1:06–cv–10579–AKH,1:06–cv–10580–AKH
1:06–cv–10581–AKH,1:06–cv–10582–AKH,1:06–cv–10583–AKH,1:06–cv–10584–AKH,1:06–cv–10585–AKH
1:06–cv–10586–AKH,1:06–cv–10587–AKH,1:06–cv–10588–AKH,1:06–cv–10589–AKH,1:06–cv–10590–AKH
1:06–cv–10591–AKH,1:06–cv–10592–AKH,1:06–cv–10593–AKH,1:06–cv–10594–AKH,1:06–cv–10595–AKH
1:06–cv–10596–AKH,1:06–cv–10597–AKH,1:06–cv–10598–AKH,1:06–cv–10599–AKH,1:06–cv–10600–AKH
1:06–cv–10601–AKH,1:06–cv–10602–AKH,1:06–cv–10603–AKH,1:06–cv–10604–AKH,1:06–cv–10605–AKH
1:06–cv–10606–AKH,1:06–cv–10607–AKH,1:06–cv–10608–AKH,1:06–cv–10609–AKH,1:06–cv–10610–AKH
1:06–cv–10611–AKH,1:06–cv–10612–AKH,1:06–cv–10613–AKH,1:06–cv–10614–AKH,1:06–cv–10615–AKH
1:06–cv–10616–AKH,1:06–cv–10617–AKH,1:06–cv–10618–AKH,1:06–cv–10619–AKH,1:06–cv–10620–AKH
1:06–cv–10621–AKH,1:06–cv–10622–AKH,1:06–cv–10623–AKH,1:06–cv–10624–AKH,1:06–cv–10625–AKH
1:06–cv–10626–AKH,1:06–cv–10627–AKH,1:06–cv–10628–AKH,1:06–cv–10629–AKH,1:06–cv–10630–AKH
1:06–cv–10631–AKH,1:06–cv–10632–AKH,1:06–cv–10633–AKH,1:06–cv–10634–AKH,1:06–cv–10635–AKH
1:06–cv–10636–AKH,1:06–cv–10637–AKH,1:06–cv–10638–AKH,1:06–cv–10639–AKH,1:06–cv–10640–AKH
1:06–cv–10641–AKH,1:06–cv–10642–AKH,1:06–cv–10643–AKH,1:06–cv–10644–AKH,1:06–cv–10645–AKH
1:06–cv–10646–AKH,1:06–cv–10647–AKH,1:06–cv–10648–AKH,1:06–cv–10649–AKH,1:06–cv–10650–AKH
1:06–cv–10651–AKH,1:06–cv–10652–AKH,1:06–cv–10653–AKH,1:06–cv–10654–AKH,1:06–cv–10655–AKH
1:06–cv–10656–AKH,1:06–cv–10657–AKH,1:06–cv–10658–AKH,1:06–cv–10659–AKH,1:06–cv–10660–AKH
1:06–cv–10661–AKH,1:06–cv–10662–AKH,1:06–cv–10663–AKH,1:06–cv–10664–AKH,1:06–cv–10665–AKH
1:06–cv–10666–AKH,1:06–cv–10667–AKH,1:06–cv–10668–AKH,1:06–cv–10669–AKH,1:06–cv–10670–AKH
1:06–cv–10671–AKH,1:06–cv–10672–AKH,1:06–cv–10673–AKH,1:06–cv–10674–AKH,1:06–cv–10675–AKH
1:06–cv–10676–AKH,1:06–cv–10677–AKH,1:06–cv–10678–AKH,1:06–cv–10679–AKH,1:06–cv–10680–AKH
1:06–cv–10681–AKH,1:06–cv–10682–AKH,1:06–cv–10683–AKH,1:06–cv–10684–AKH,1:06–cv–10685–AKH
1:06–cv–10686–AKH,1:06–cv–10687–AKH,1:06–cv–10688–AKH,1:06–cv–10689–AKH,1:06–cv–10690–AKH
1:06–cv–10691–AKH,1:06–cv–10692–AKH,1:06–cv–10693–AKH,1:06–cv–10694–AKH,1:06–cv–10695–AKH
1:06–cv–10696–AKH,1:06–cv–10697–AKH,1:06–cv–10698–AKH,1:06–cv–10699–AKH,1:06–cv–10700–AKH
1:06–cv–10701–AKH,1:06–cv–10702–AKH,1:06–cv–10703–AKH,1:06–cv–10704–AKH,1:06–cv–10705–AKH
1:06–cv–10706–AKH,1:06–cv–10707–AKH,1:06–cv–10708–AKH,1:06–cv–10709–AKH,1:06–cv–10710–AKH
1:06–cv–10711–AKH,1:06–cv–10712–AKH,1:06–cv–10713–AKH,1:06–cv–10714–AKH,1:06–cv–10715–AKH
1:06–cv–10716–AKH,1:06–cv–10717–AKH,1:06–cv–10718–AKH,1:06–cv–10719–AKH,1:06–cv–10720–AKH
1:06–cv–10721–AKH,1:06–cv–10722–AKH,1:06–cv–10723–AKH,1:06–cv–10724–AKH,1:06–cv–10725–AKH
1:06–cv–10726–AKH,1:06–cv–10727–AKH,1:06–cv–10728–AKH,1:06–cv–10729–AKH,1:06–cv–10730–AKH
1:06–cv–10731–AKH,1:06–cv–10732–AKH,1:06–cv–10733–AKH,1:06–cv–10734–AKH,1:06–cv–10735–AKH
1:06–cv–10736–AKH,1:06–cv–10737–AKH,1:06–cv–10738–AKH,1:06–cv–10739–AKH,1:06–cv–10740–AKH
1:06–cv–10741–AKH,1:06–cv–10742–AKH,1:06–cv–10743–AKH,1:06–cv–10744–AKH,1:06–cv–10745–AKH

1:06–cv–10746–AKH,1:06–cv–10747–AKH,1:06–cv–10748–AKH,1:06–cv–10749–AKH,1:06–cv–10750–AKH
1:06–cv–10751–AKH,1:06–cv–10752–AKH,1:06–cv–10753–AKH,1:06–cv–10754–AKH,1:06–cv–10755–AKH
1:06–cv–10756–AKH,1:06–cv–10757–AKH,1:06–cv–10758–AKH,1:06–cv–10759–AKH,1:06–cv–10760–AKH
1:06–cv–10761–AKH,1:06–cv–10762–AKH,1:06–cv–10763–AKH,1:06–cv–10764–AKH,1:06–cv–10765–AKH
1:06–cv–10766–AKH,1:06–cv–10767–AKH,1:06–cv–10768–AKH,1:06–cv–10769–AKH,1:06–cv–10770–AKH
1:06–cv–10771–AKH,1:06–cv–10772–AKH,1:06–cv–10773–AKH,1:06–cv–10774–AKH,1:06–cv–10775–AKH
1:06–cv–10776–AKH,1:06–cv–10777–AKH,1:06–cv–10778–AKH,1:06–cv–10779–AKH,1:06–cv–10780–AKH
1:06–cv–10781–AKH,1:06–cv–10782–AKH,1:06–cv–10783–AKH,1:06–cv–10784–AKH,1:06–cv–10785–AKH
1:06–cv–10786–AKH,1:06–cv–10787–AKH,1:06–cv–10788–AKH,1:06–cv–10789–AKH,1:06–cv–10790–AKH
1:06–cv–10791–AKH,1:06–cv–10792–AKH,1:06–cv–10793–AKH,1:06–cv–10794–AKH,1:06–cv–10795–AKH
1:06–cv–10796–AKH,1:06–cv–10797–AKH,1:06–cv–10798–AKH,1:06–cv–10799–AKH,1:06–cv–10800–AKH
1:06–cv–10801–AKH,1:06–cv–10802–AKH,1:06–cv–10803–AKH,1:06–cv–10804–AKH,1:06–cv–10805–AKH
1:06–cv–10806–AKH,1:06–cv–10807–AKH,1:06–cv–10808–AKH,1:06–cv–10809–AKH,1:06–cv–10810–AKH
1:06–cv–10811–AKH,1:06–cv–10812–AKH,1:06–cv–10813–AKH,1:06–cv–10814–AKH,1:06–cv–10815–AKH
1:06–cv–10816–AKH,1:06–cv–10817–AKH,1:06–cv–10818–AKH,1:06–cv–10819–AKH,1:06–cv–10820–AKH
1:06–cv–10821–AKH,1:06–cv–10822–AKH,1:06–cv–10823–AKH,1:06–cv–10824–AKH,1:06–cv–10825–AKH
1:06–cv–10826–AKH,1:06–cv–10827–AKH,1:06–cv–10828–AKH,1:06–cv–10829–AKH,1:06–cv–10830–AKH
1:06–cv–10831–AKH,1:06–cv–10832–AKH,1:06–cv–10833–AKH,1:06–cv–10834–AKH,1:06–cv–10835–AKH
1:06–cv–10836–AKH,1:06–cv–10837–AKH,1:06–cv–10838–AKH,1:06–cv–10839–AKH,1:06–cv–10840–AKH
1:06–cv–10841–AKH,1:06–cv–10842–AKH,1:06–cv–10843–AKH,1:06–cv–10844–AKH,1:06–cv–10845–AKH
1:06–cv–10846–AKH,1:06–cv–10847–AKH,1:06–cv–10848–AKH,1:06–cv–10849–AKH,1:06–cv–10850–AKH
1:06–cv–10851–AKH,1:06–cv–10852–AKH,1:06–cv–10853–AKH,1:06–cv–10854–AKH,1:06–cv–10855–AKH
1:06–cv–10856–AKH,1:06–cv–10857–AKH,1:06–cv–10858–AKH,1:06–cv–10859–AKH,1:06–cv–10860–AKH
1:06–cv–10861–AKH,1:06–cv–10862–AKH,1:06–cv–10863–AKH,1:06–cv–10864–AKH,1:06–cv–10865–AKH
1:06–cv–10866–AKH,1:06–cv–10867–AKH,1:06–cv–10868–AKH,1:06–cv–10869–AKH,1:06–cv–10870–AKH
1:06–cv–10871–AKH,1:06–cv–10872–AKH,1:06–cv–10873–AKH,1:06–cv–10874–AKH,1:06–cv–10875–AKH
1:06–cv–10876–AKH,1:06–cv–10877–AKH,1:06–cv–10878–AKH,1:06–cv–10879–AKH,1:06–cv–10880–AKH
1:06–cv–10881–AKH,1:06–cv–10882–AKH,1:06–cv–10883–AKH,1:06–cv–10884–AKH,1:06–cv–10885–AKH
1:06–cv–10886–AKH,1:06–cv–10887–AKH,1:06–cv–10888–AKH,1:06–cv–10889–AKH,1:06–cv–10890–AKH
1:06–cv–10891–AKH,1:06–cv–10892–AKH,1:06–cv–10893–AKH,1:06–cv–10894–AKH,1:06–cv–10895–AKH
1:06–cv–10896–AKH,1:06–cv–10897–AKH,1:06–cv–10898–AKH,1:06–cv–10899–AKH,1:06–cv–10900–AKH
1:06–cv–10901–AKH,1:06–cv–10902–AKH,1:06–cv–10903–AKH,1:06–cv–10904–AKH,1:06–cv–10905–AKH
1:06–cv–10906–AKH,1:06–cv–10907–AKH,1:06–cv–10908–AKH,1:06–cv–10909–AKH,1:06–cv–10910–AKH
1:06–cv–10911–AKH,1:06–cv–10912–AKH,1:06–cv–10913–AKH,1:06–cv–10914–AKH,1:06–cv–10915–AKH
1:06–cv–10916–AKH,1:06–cv–10917–AKH,1:06–cv–10918–AKH,1:06–cv–10919–AKH,1:06–cv–10920–AKH
1:06–cv–10921–AKH,1:06–cv–10922–AKH,1:06–cv–10923–AKH,1:06–cv–10924–AKH,1:06–cv–10925–AKH
1:06–cv–10926–AKH,1:06–cv–10927–AKH,1:06–cv–10928–AKH,1:06–cv–10929–AKH,1:06–cv–10930–AKH
1:06–cv–10931–AKH,1:06–cv–10932–AKH,1:06–cv–10933–AKH,1:06–cv–10934–AKH,1:06–cv–10935–AKH
1:06–cv–10936–AKH,1:06–cv–10937–AKH,1:06–cv–10938–AKH,1:06–cv–10939–AKH,1:06–cv–10940–AKH
1:06–cv–10941–AKH,1:06–cv–10942–AKH,1:06–cv–10943–AKH,1:06–cv–10944–AKH,1:06–cv–10945–AKH
1:06–cv–10946–AKH,1:06–cv–10947–AKH,1:06–cv–10948–AKH,1:06–cv–10949–AKH,1:06–cv–10950–AKH
1:06–cv–10951–AKH,1:06–cv–10952–AKH,1:06–cv–10953–AKH,1:06–cv–10954–AKH,1:06–cv–10955–AKH
1:06–cv–10956–AKH,1:06–cv–10957–AKH,1:06–cv–10958–AKH,1:06–cv–10959–AKH,1:06–cv–10960–AKH
1:06–cv–10961–AKH,1:06–cv–10962–AKH,1:06–cv–10963–AKH,1:06–cv–10964–AKH,1:06–cv–10965–AKH
1:06–cv–10966–AKH,1:06–cv–10967–AKH,1:06–cv–10968–AKH,1:06–cv–10969–AKH,1:06–cv–10970–AKH
1:06–cv–10971–AKH,1:06–cv–10972–AKH,1:06–cv–10973–AKH,1:06–cv–10974–AKH,1:06–cv–10975–AKH
1:06–cv–10976–AKH,1:06–cv–10977–AKH,1:06–cv–10978–AKH,1:06–cv–10979–AKH,1:06–cv–10980–AKH
1:06–cv–10981–AKH,1:06–cv–10982–AKH,1:06–cv–10983–AKH,1:06–cv–10984–AKH,1:06–cv–10985–AKH
1:06–cv–10986–AKH,1:06–cv–10987–AKH,1:06–cv–10988–AKH,1:06–cv–10989–AKH,1:06–cv–10990–AKH
1:06–cv–10991–AKH,1:06–cv–10992–AKH,1:06–cv–10993–AKH,1:06–cv–10994–AKH,1:06–cv–10995–AKH
1:06–cv–10996–AKH,1:06–cv–10997–AKH,1:06–cv–10998–AKH,1:06–cv–10999–AKH,1:06–cv–11000–AKH
1:06–cv–11001–AKH,1:06–cv–11002–AKH,1:06–cv–11003–AKH,1:06–cv–11004–AKH,1:06–cv–11005–AKH
1:06–cv–11006–AKH,1:06–cv–11007–AKH,1:06–cv–11008–AKH,1:06–cv–11009–AKH,1:06–cv–11010–AKH
1:06–cv–11011–AKH,1:06–cv–11012–AKH,1:06–cv–11013–AKH,1:06–cv–11014–AKH,1:06–cv–11015–AKH
1:06–cv–11016–AKH,1:06–cv–11017–AKH,1:06–cv–11018–AKH,1:06–cv–11019–AKH,1:06–cv–11020–AKH
1:06–cv–11021–AKH,1:06–cv–11022–AKH,1:06–cv–11023–AKH,1:06–cv–11024–AKH,1:06–cv–11025–AKH
1:06–cv–11026–AKH,1:06–cv–11027–AKH,1:06–cv–11028–AKH,1:06–cv–11029–AKH,1:06–cv–11030–AKH
1:06–cv–11031–AKH,1:06–cv–11032–AKH,1:06–cv–11033–AKH,1:06–cv–11034–AKH,1:06–cv–11035–AKH
1:06–cv–11036–AKH,1:06–cv–11037–AKH,1:06–cv–11038–AKH,1:06–cv–11039–AKH,1:06–cv–11040–AKH
1:06–cv–11041–AKH,1:06–cv–11042–AKH,1:06–cv–11043–AKH,1:06–cv–11044–AKH,1:06–cv–11045–AKH
1:06–cv–11046–AKH,1:06–cv–11047–AKH,1:06–cv–11048–AKH,1:06–cv–11049–AKH,1:06–cv–11050–AKH
1:06–cv–11051–AKH,1:06–cv–11052–AKH,1:06–cv–11053–AKH,1:06–cv–11054–AKH,1:06–cv–11055–AKH
1:06–cv–11056–AKH,1:06–cv–11057–AKH,1:06–cv–11058–AKH,1:06–cv–11059–AKH,1:06–cv–11060–AKH
1:06–cv–11061–AKH,1:06–cv–11062–AKH,1:06–cv–11063–AKH,1:06–cv–11064–AKH,1:06–cv–11065–AKH

1:06–cv–11066–AKH,1:06–cv–11067–AKH,1:06–cv–11068–AKH,1:06–cv–11069–AKH,1:06–cv–11070–AKH
1:06–cv–11071–AKH,1:06–cv–11072–AKH,1:06–cv–11073–AKH,1:06–cv–11074–AKH,1:06–cv–11075–AKH
1:06–cv–11076–AKH,1:06–cv–11077–AKH,1:06–cv–11078–AKH,1:06–cv–11079–AKH,1:06–cv–11080–AKH
1:06–cv–11081–AKH,1:06–cv–11082–AKH,1:06–cv–11083–AKH,1:06–cv–11084–AKH,1:06–cv–11085–AKH
1:06–cv–11086–AKH,1:06–cv–11087–AKH,1:06–cv–11088–AKH,1:06–cv–11089–AKH,1:06–cv–11090–AKH
1:06–cv–11091–AKH,1:06–cv–11092–AKH,1:06–cv–11093–AKH,1:06–cv–11094–AKH,1:06–cv–11095–AKH
1:06–cv–11096–AKH,1:06–cv–11097–AKH,1:06–cv–11098–AKH,1:06–cv–11099–AKH,1:06–cv–11100–AKH
1:06–cv–11101–AKH,1:06–cv–11102–AKH,1:06–cv–11103–AKH,1:06–cv–11104–AKH,1:06–cv–11105–AKH
1:06–cv–11106–AKH,1:06–cv–11107–AKH,1:06–cv–11108–AKH,1:06–cv–11109–AKH,1:06–cv–11110–AKH
1:06–cv–11111–AKH,1:06–cv–11112–AKH,1:06–cv–11113–AKH,1:06–cv–11114–AKH,1:06–cv–11115–AKH
1:06–cv–11116–AKH,1:06–cv–11117–AKH,1:06–cv–11118–AKH,1:06–cv–11119–AKH,1:06–cv–11120–AKH
1:06–cv–11121–AKH,1:06–cv–11122–AKH,1:06–cv–11123–AKH,1:06–cv–11124–AKH,1:06–cv–11125–AKH
1:06–cv–11126–AKH,1:06–cv–11127–AKH,1:06–cv–11128–AKH,1:06–cv–11129–AKH,1:06–cv–11130–AKH
1:06–cv–11131–AKH,1:06–cv–11132–AKH,1:06–cv–11133–AKH,1:06–cv–11134–AKH,1:06–cv–11135–AKH
1:06–cv–11136–AKH,1:06–cv–11137–AKH,1:06–cv–11138–AKH,1:06–cv–11139–AKH,1:06–cv–11140–AKH
1:06–cv–11141–AKH,1:06–cv–11142–AKH,1:06–cv–11143–AKH,1:06–cv–11146–AKH,1:06–cv–11147–AKH
1:06–cv–11148–AKH,1:06–cv–11149–AKH,1:06–cv–11150–AKH,1:06–cv–11151–AKH,1:06–cv–11152–AKH
1:06–cv–11153–AKH,1:06–cv–11154–AKH,1:06–cv–11155–AKH,1:06–cv–11156–AKH,1:06–cv–11157–AKH
1:06–cv–11158–AKH,1:06–cv–11159–AKH,1:06–cv–11160–AKH,1:06–cv–11161–AKH,1:06–cv–11162–AKH
1:06–cv–11163–AKH,1:06–cv–11164–AKH,1:06–cv–11165–AKH,1:06–cv–11166–AKH,1:06–cv–11167–AKH
1:06–cv–11168–AKH,1:06–cv–11169–AKH,1:06–cv–11170–AKH,1:06–cv–11171–AKH,1:06–cv–11172–AKH
1:06–cv–11173–AKH,1:06–cv–11174–AKH,1:06–cv–11175–AKH,1:06–cv–11176–AKH,1:06–cv–11177–AKH
1:06–cv–11178–AKH,1:06–cv–11179–AKH,1:06–cv–11180–AKH,1:06–cv–11181–AKH,1:06–cv–11182–AKH
1:06–cv–11183–AKH,1:06–cv–11184–AKH,1:06–cv–11185–AKH,1:06–cv–11186–AKH,1:06–cv–11187–AKH
1:06–cv–11188–AKH,1:06–cv–11189–AKH,1:06–cv–11190–AKH,1:06–cv–11191–AKH,1:06–cv–11192–AKH
1:06–cv–11193–AKH,1:06–cv–11194–AKH,1:06–cv–11195–AKH,1:06–cv–11196–AKH,1:06–cv–11197–AKH
1:06–cv–11198–AKH,1:06–cv–11199–AKH,1:06–cv–11200–AKH,1:06–cv–11201–AKH,1:06–cv–11202–AKH
1:06–cv–11203–AKH,1:06–cv–11204–AKH,1:06–cv–11205–AKH,1:06–cv–11206–AKH,1:06–cv–11207–AKH
1:06–cv–11208–AKH,1:06–cv–11209–AKH,1:06–cv–11210–AKH,1:06–cv–11211–AKH,1:06–cv–11212–AKH
1:06–cv–11213–AKH,1:06–cv–11214–AKH,1:06–cv–11215–AKH,1:06–cv–11216–AKH,1:06–cv–11217–AKH
1:06–cv–11218–AKH,1:06–cv–11219–AKH,1:06–cv–11220–AKH,1:06–cv–11221–AKH,1:06–cv–11222–AKH
1:06–cv–11223–AKH,1:06–cv–11224–AKH,1:06–cv–11225–AKH,1:06–cv–11226–AKH,1:06–cv–11227–AKH
1:06–cv–11228–AKH,1:06–cv–11229–AKH,1:06–cv–11230–AKH,1:06–cv–11231–AKH,1:06–cv–11232–AKH
1:06–cv–11233–AKH,1:06–cv–11234–AKH,1:06–cv–11235–AKH,1:06–cv–11236–AKH,1:06–cv–11237–AKH
1:06–cv–11238–AKH,1:06–cv–11239–AKH,1:06–cv–11240–AKH,1:06–cv–11241–AKH,1:06–cv–11242–AKH
1:06–cv–11243–AKH,1:06–cv–11244–AKH,1:06–cv–11245–AKH,1:06–cv–11246–AKH,1:06–cv–11247–AKH
1:06–cv–11248–AKH,1:06–cv–11249–AKH,1:06–cv–11250–AKH,1:06–cv–11251–AKH,1:06–cv–11252–AKH
1:06–cv–11253–AKH,1:06–cv–11254–AKH,1:06–cv–11255–AKH,1:06–cv–11256–AKH,1:06–cv–11257–AKH
1:06–cv–11258–AKH,1:06–cv–11259–AKH,1:06–cv–11260–AKH,1:06–cv–11261–AKH,1:06–cv–11262–AKH
1:06–cv–11263–AKH,1:06–cv–11264–AKH,1:06–cv–11265–AKH,1:06–cv–11266–AKH,1:06–cv–11267–AKH
1:06–cv–11268–AKH,1:06–cv–11269–AKH,1:06–cv–11270–AKH,1:06–cv–11271–AKH,1:06–cv–11272–AKH
1:06–cv–11273–AKH,1:06–cv–11274–AKH,1:06–cv–11275–AKH,1:06–cv–11276–AKH,1:06–cv–11277–AKH
1:06–cv–11278–AKH,1:06–cv–11279–AKH,1:06–cv–11280–AKH,1:06–cv–11281–AKH,1:06–cv–11282–AKH
1:06–cv–11283–AKH,1:06–cv–11284–AKH,1:06–cv–11285–AKH,1:06–cv–11286–AKH,1:06–cv–11287–AKH
1:06–cv–11288–AKH,1:06–cv–11289–AKH,1:06–cv–11290–AKH,1:06–cv–11291–AKH,1:06–cv–11292–AKH
1:06–cv–11293–AKH,1:06–cv–11294–AKH,1:06–cv–11295–AKH,1:06–cv–11296–AKH,1:06–cv–11297–AKH
1:06–cv–11298–AKH,1:06–cv–11299–AKH,1:06–cv–11300–AKH,1:06–cv–11301–AKH,1:06–cv–11302–AKH
1:06–cv–11303–AKH,1:06–cv–11304–AKH,1:06–cv–11305–AKH,1:06–cv–11306–AKH,1:06–cv–11307–AKH
1:06–cv–11308–AKH,1:06–cv–11309–AKH,1:06–cv–11310–AKH,1:06–cv–11311–AKH,1:06–cv–11312–AKH
1:06–cv–11313–AKH,1:06–cv–11314–AKH,1:06–cv–11315–AKH,1:06–cv–11316–AKH,1:06–cv–11317–AKH
1:06–cv–11318–AKH,1:06–cv–11319–AKH,1:06–cv–11320–AKH,1:06–cv–11321–AKH,1:06–cv–11322–AKH
1:06–cv–11323–AKH,1:06–cv–11324–AKH,1:06–cv–11325–AKH,1:06–cv–11535–AKH,1:06–cv–11543–AKH
1:06–cv–11544–AKH,1:06–cv–11545–AKH,1:06–cv–11546–AKH,1:06–cv–11547–AKH,1:06–cv–11548–AKH
1:06–cv–11549–AKH,1:06–cv–11550–AKH,1:06–cv–11551–AKH,1:06–cv–11552–AKH,1:06–cv–11553–AKH
1:06–cv–11554–AKH,1:06–cv–11555–AKH,1:06–cv–11556–AKH,1:06–cv–11557–AKH,1:06–cv–11599–AKH
1:06–cv–11600–AKH,1:06–cv–11601–AKH,1:06–cv–11602–AKH,1:06–cv–11603–AKH,1:06–cv–11604–AKH
1:06–cv–11605–AKH,1:06–cv–11606–AKH,1:06–cv–11607–AKH,1:06–cv–11608–AKH,1:06–cv–11609–AKH
1:06–cv–11610–AKH,1:06–cv–11611–AKH,1:06–cv–11612–AKH,1:06–cv–11613–AKH,1:06–cv–11614–AKH
1:06–cv–11616–AKH,1:06–cv–11617–AKH,1:06–cv–11618–AKH,1:06–cv–11619–AKH,1:06–cv–11620–AKH
1:06–cv–11621–AKH,1:06–cv–11622–AKH,1:06–cv–11623–AKH,1:06–cv–11624–AKH,1:06–cv–11625–AKH
1:06–cv–11626–AKH,1:06–cv–11627–AKH,1:06–cv–11628–AKH,1:06–cv–11629–AKH,1:06–cv–11630–AKH
1:06–cv–11631–AKH,1:06–cv–11632–AKH,1:06–cv–11633–AKH,1:06–cv–11634–AKH,1:06–cv–11635–AKH
1:06–cv–11636–AKH,1:06–cv–11637–AKH,1:06–cv–11638–AKH,1:06–cv–11639–AKH,1:06–cv–11640–AKH
1:06–cv–11641–AKH,1:06–cv–11642–AKH,1:06–cv–11643–AKH,1:06–cv–11644–AKH,1:06–cv–11645–AKH

1:06–cv–11646–AKH,1:06–cv–11647–AKH,1:06–cv–11648–AKH,1:06–cv–11649–AKH,1:06–cv–11650–AKH
1:06–cv–11651–AKH,1:06–cv–11652–AKH,1:06–cv–11653–AKH,1:06–cv–11654–AKH,1:06–cv–11655–AKH
1:06–cv–11656–AKH,1:06–cv–11657–AKH,1:06–cv–11658–AKH,1:06–cv–11659–AKH,1:06–cv–11660–AKH
1:06–cv–11661–AKH,1:06–cv–11662–AKH,1:06–cv–11663–AKH,1:06–cv–11664–AKH,1:06–cv–11665–AKH
1:06–cv–11666–AKH,1:06–cv–11667–AKH,1:06–cv–11668–AKH,1:06–cv–11669–AKH,1:06–cv–11670–AKH
1:06–cv–11671–AKH,1:06–cv–11672–AKH,1:06–cv–11673–AKH,1:06–cv–11674–AKH,1:06–cv–11675–AKH
1:06–cv–11676–AKH,1:06–cv–11677–AKH,1:06–cv–11678–AKH,1:06–cv–11679–AKH,1:06–cv–11680–AKH
1:06–cv–11681–AKH,1:06–cv–11682–AKH,1:06–cv–11683–AKH,1:06–cv–11684–AKH,1:06–cv–11685–AKH
1:06–cv–11686–AKH,1:06–cv–11687–AKH,1:06–cv–11688–AKH,1:06–cv–11689–AKH,1:06–cv–11690–AKH
1:06–cv–11691–AKH,1:06–cv–11692–AKH,1:06–cv–11693–AKH,1:06–cv–11694–AKH,1:06–cv–11695–AKH
1:06–cv–11696–AKH,1:06–cv–11697–AKH,1:06–cv–11698–AKH,1:06–cv–11699–AKH,1:06–cv–11700–AKH
1:06–cv–11701–AKH,1:06–cv–11702–AKH,1:06–cv–11703–AKH,1:06–cv–11704–AKH,1:06–cv–11705–AKH
1:06–cv–11706–AKH,1:06–cv–11707–AKH,1:06–cv–11708–AKH,1:06–cv–11709–AKH,1:06–cv–11710–AKH
1:06–cv–11711–AKH,1:06–cv–11712–AKH,1:06–cv–11713–AKH,1:06–cv–11714–AKH,1:06–cv–11715–AKH
1:06–cv–11716–AKH,1:06–cv–11717–AKH,1:06–cv–11718–AKH,1:06–cv–11719–AKH,1:06–cv–11720–AKH
1:06–cv–11721–AKH,1:06–cv–11722–AKH,1:06–cv–11723–AKH,1:06–cv–11724–AKH,1:06–cv–11725–AKH
1:06–cv–11726–AKH,1:06–cv–11727–AKH,1:06–cv–11728–AKH,1:06–cv–11729–AKH,1:06–cv–11730–AKH
1:06–cv–11731–AKH,1:06–cv–11732–AKH,1:06–cv–11733–AKH,1:06–cv–11734–AKH,1:06–cv–11735–AKH
1:06–cv–11736–AKH,1:06–cv–11737–AKH,1:06–cv–11738–AKH,1:06–cv–11739–AKH,1:06–cv–11740–AKH
1:06–cv–11741–AKH,1:06–cv–11742–AKH,1:06–cv–11743–AKH,1:06–cv–11744–AKH,1:06–cv–11745–AKH
1:06–cv–11746–AKH,1:06–cv–11747–AKH,1:06–cv–11748–AKH,1:06–cv–11749–AKH,1:06–cv–11750–AKH
1:06–cv–11751–AKH,1:06–cv–11752–AKH,1:06–cv–11753–AKH,1:06–cv–11754–AKH,1:06–cv–11755–AKH
1:06–cv–11756–AKH,1:06–cv–11757–AKH,1:06–cv–11758–AKH,1:06–cv–11759–AKH,1:06–cv–11760–AKH
1:06–cv–11761–AKH,1:06–cv–11762–AKH,1:06–cv–11763–AKH,1:06–cv–11764–AKH,1:06–cv–11765–AKH
1:06–cv–11766–AKH,1:06–cv–11767–AKH,1:06–cv–11768–AKH,1:06–cv–11769–AKH,1:06–cv–11770–AKH
1:06–cv–11771–AKH,1:06–cv–11772–AKH,1:06–cv–11773–AKH,1:06–cv–11774–AKH,1:06–cv–11775–AKH
1:06–cv–11776–AKH,1:06–cv–11777–AKH,1:06–cv–11778–AKH,1:06–cv–11779–AKH,1:06–cv–11780–AKH
1:06–cv–11781–AKH,1:06–cv–11782–AKH,1:06–cv–11783–AKH,1:06–cv–11784–AKH,1:06–cv–11785–AKH
1:06–cv–11786–AKH,1:06–cv–11787–AKH,1:06–cv–11788–AKH,1:06–cv–11789–AKH,1:06–cv–11790–AKH
1:06–cv–11791–AKH,1:06–cv–11792–AKH,1:06–cv–11793–AKH,1:06–cv–11794–AKH,1:06–cv–11795–AKH
1:06–cv–11796–AKH,1:06–cv–11797–AKH,1:06–cv–11798–AKH,1:06–cv–11799–AKH,1:06–cv–11800–AKH
1:06–cv–11801–AKH,1:06–cv–11802–AKH,1:06–cv–11803–AKH,1:06–cv–11804–AKH,1:06–cv–11805–AKH
1:06–cv–11806–AKH,1:06–cv–11807–AKH,1:06–cv–11808–AKH,1:06–cv–11809–AKH,1:06–cv–11810–AKH
1:06–cv–11811–AKH,1:06–cv–11812–AKH,1:06–cv–11813–AKH,1:06–cv–11814–AKH,1:06–cv–11815–AKH
1:06–cv–11816–AKH,1:06–cv–11817–AKH,1:06–cv–11818–AKH,1:06–cv–11819–AKH,1:06–cv–11820–AKH
1:06–cv–11821–AKH,1:06–cv–11822–AKH,1:06–cv–11823–AKH,1:06–cv–11824–AKH,1:06–cv–11825–AKH
1:06–cv–11826–AKH,1:06–cv–11827–AKH,1:06–cv–11828–AKH,1:06–cv–11829–AKH,1:06–cv–11830–AKH
1:06–cv–11831–AKH,1:06–cv–11832–AKH,1:06–cv–11833–AKH,1:06–cv–11834–AKH,1:06–cv–11835–AKH
1:06–cv–11836–AKH,1:06–cv–11837–AKH,1:06–cv–11838–AKH,1:06–cv–11839–AKH,1:06–cv–11840–AKH
1:06–cv–11841–AKH,1:06–cv–11842–AKH,1:06–cv–11843–AKH,1:06–cv–11844–AKH,1:06–cv–11845–AKH
1:06–cv–11846–AKH,1:06–cv–11847–AKH,1:06–cv–11848–AKH,1:06–cv–11849–AKH,1:06–cv–11850–AKH
1:06–cv–11851–AKH,1:06–cv–11852–AKH,1:06–cv–11853–AKH,1:06–cv–11854–AKH,1:06–cv–11855–AKH
1:06–cv–11856–AKH,1:06–cv–11857–AKH,1:06–cv–11858–AKH,1:06–cv–11859–AKH,1:06–cv–11860–AKH
1:06–cv–11861–AKH,1:06–cv–11862–AKH,1:06–cv–11863–AKH,1:06–cv–11864–AKH,1:06–cv–11865–AKH
1:06–cv–11866–AKH,1:06–cv–11867–AKH,1:06–cv–11868–AKH,1:06–cv–11869–AKH,1:06–cv–11870–AKH
1:06–cv–11871–AKH,1:06–cv–11872–AKH,1:06–cv–11873–AKH,1:06–cv–11874–AKH,1:06–cv–11875–AKH
1:06–cv–11876–AKH,1:06–cv–11877–AKH,1:06–cv–11878–AKH,1:06–cv–11879–AKH,1:06–cv–11880–AKH
1:06–cv–11881–AKH,1:06–cv–11882–AKH,1:06–cv–11883–AKH,1:06–cv–11884–AKH,1:06–cv–11885–AKH
1:06–cv–11886–AKH,1:06–cv–11887–AKH,1:06–cv–11888–AKH,1:06–cv–11889–AKH,1:06–cv–11890–AKH
1:06–cv–11891–AKH,1:06–cv–11892–AKH,1:06–cv–11894–AKH,1:06–cv–11895–AKH,1:06–cv–11896–AKH
1:06–cv–11897–AKH,1:06–cv–11898–AKH,1:06–cv–11899–AKH,1:06–cv–11900–AKH,1:06–cv–11901–AKH
1:06–cv–11902–AKH,1:06–cv–11903–AKH,1:06–cv–11904–AKH,1:06–cv–11905–AKH,1:06–cv–11906–AKH
1:06–cv–11907–AKH,1:06–cv–11908–AKH,1:06–cv–11909–AKH,1:06–cv–11910–AKH,1:06–cv–11911–AKH
1:06–cv–11912–AKH,1:06–cv–11913–AKH,1:06–cv–11914–AKH,1:06–cv–11915–AKH,1:06–cv–11916–AKH
1:06–cv–11917–AKH,1:06–cv–11918–AKH,1:06–cv–11919–AKH,1:06–cv–11920–AKH,1:06–cv–11921–AKH
1:06–cv–11922–AKH,1:06–cv–11923–AKH,1:06–cv–11924–AKH,1:06–cv–11925–AKH,1:06–cv–11926–AKH
1:06–cv–11927–AKH,1:06–cv–11928–AKH,1:06–cv–11929–AKH,1:06–cv–11930–AKH,1:06–cv–11931–AKH
1:06–cv–11932–AKH,1:06–cv–11933–AKH,1:06–cv–11934–AKH,1:06–cv–11935–AKH,1:06–cv–11936–AKH
1:06–cv–11937–AKH,1:06–cv–11938–AKH,1:06–cv–11939–AKH,1:06–cv–11940–AKH,1:06–cv–11941–AKH
1:06–cv–11942–AKH,1:06–cv–11943–AKH,1:06–cv–11944–AKH,1:06–cv–11945–AKH,1:06–cv–11946–AKH
1:06–cv–11947–AKH,1:06–cv–11948–AKH,1:06–cv–11949–AKH,1:06–cv–11950–AKH,1:06–cv–11951–AKH
1:06–cv–11952–AKH,1:06–cv–11953–AKH,1:06–cv–11954–AKH,1:06–cv–11955–AKH,1:06–cv–11956–AKH
1:06–cv–11957–AKH,1:06–cv–11958–AKH,1:06–cv–11959–AKH,1:06–cv–11960–AKH,1:06–cv–11961–AKH
1:06–cv–11962–AKH,1:06–cv–11963–AKH,1:06–cv–11964–AKH,1:06–cv–11965–AKH,1:06–cv–11966–AKH

```
1:06–cv–11967–AKH,1:06–cv–11968–AKH,1:06–cv–11969–AKH,1:06–cv–11970–AKH,1:06–cv–11971–AKH
1:06–cv–11972–AKH,1:06–cv–11973–AKH,1:06–cv–11974–AKH,1:06–cv–11975–AKH,1:06–cv–11976–AKH
1:06–cv–11977–AKH,1:06–cv–11978–AKH,1:06–cv–11979–AKH,1:06–cv–11980–AKH,1:06–cv–11981–AKH
1:06–cv–11982–AKH,1:06–cv–11983–AKH,1:06–cv–11984–AKH,1:06–cv–11985–AKH,1:06–cv–11986–AKH
1:06–cv–11987–AKH,1:06–cv–11988–AKH,1:06–cv–11989–AKH,1:06–cv–11990–AKH,1:06–cv–11991–AKH
1:06–cv–11992–AKH,1:06–cv–11993–AKH,1:06–cv–11994–AKH,1:06–cv–11995–AKH,1:06–cv–11996–AKH
1:06–cv–11997–AKH,1:06–cv–11998–AKH,1:06–cv–11999–AKH,1:06–cv–12000–AKH,1:06–cv–12001–AKH
1:06–cv–12002–AKH,1:06–cv–12003–AKH,1:06–cv–12004–AKH,1:06–cv–12005–AKH,1:06–cv–12006–AKH
1:06–cv–12007–AKH,1:06–cv–12008–AKH,1:06–cv–12009–AKH,1:06–cv–12010–AKH,1:06–cv–12011–AKH
1:06–cv–12012–AKH,1:06–cv–12013–AKH,1:06–cv–12014–AKH,1:06–cv–12015–AKH,1:06–cv–12016–AKH
1:06–cv–12017–AKH,1:06–cv–12018–AKH,1:06–cv–12019–AKH,1:06–cv–12020–AKH,1:06–cv–12021–AKH
1:06–cv–12022–AKH,1:06–cv–12023–AKH,1:06–cv–12024–AKH,1:06–cv–12025–AKH,1:06–cv–12026–AKH
1:06–cv–12027–AKH,1:06–cv–12028–AKH,1:06–cv–12029–AKH,1:06–cv–12030–AKH,1:06–cv–12031–AKH
1:06–cv–12032–AKH,1:06–cv–12033–AKH,1:06–cv–12034–AKH,1:06–cv–12035–AKH,1:06–cv–12036–AKH
1:06–cv–12037–AKH,1:06–cv–12038–AKH,1:06–cv–12039–AKH,1:06–cv–12040–AKH,1:06–cv–12041–AKH
1:06–cv–12042–AKH,1:06–cv–12043–AKH,1:06–cv–12044–AKH,1:06–cv–12045–AKH,1:06–cv–12046–AKH
1:06–cv–12047–AKH,1:06–cv–12048–AKH,1:06–cv–12049–AKH,1:06–cv–12050–AKH,1:06–cv–12051–AKH
1:06–cv–12052–AKH,1:06–cv–12053–AKH,1:06–cv–12054–AKH,1:06–cv–12055–AKH,1:06–cv–12056–AKH
1:06–cv–12057–AKH,1:06–cv–12058–AKH,1:06–cv–12059–AKH,1:06–cv–12060–AKH,1:06–cv–12061–AKH
1:06–cv–12062–AKH,1:06–cv–12063–AKH,1:06–cv–12064–AKH,1:06–cv–12065–AKH,1:06–cv–12066–AKH
1:06–cv–12067–AKH,1:06–cv–12068–AKH,1:06–cv–12069–AKH,1:06–cv–12070–AKH,1:06–cv–12071–AKH
1:06–cv–12072–AKH,1:06–cv–12073–AKH,1:06–cv–12074–AKH,1:06–cv–12075–AKH,1:06–cv–12076–AKH
1:06–cv–12077–AKH,1:06–cv–12078–AKH,1:06–cv–12079–AKH,1:06–cv–12080–AKH,1:06–cv–12081–AKH
1:06–cv–12082–AKH,1:06–cv–12083–AKH,1:06–cv–12084–AKH,1:06–cv–12085–AKH,1:06–cv–12086–AKH
1:06–cv–12087–AKH,1:06–cv–12088–AKH,1:06–cv–12089–AKH,1:06–cv–12090–AKH,1:06–cv–12091–AKH
1:06–cv–12092–AKH,1:06–cv–12093–AKH,1:06–cv–12094–AKH,1:06–cv–12095–AKH,1:06–cv–12096–AKH
1:06–cv–12097–AKH,1:06–cv–12098–AKH,1:06–cv–12099–AKH,1:06–cv–12100–AKH,1:06–cv–12101–AKH
1:06–cv–12102–AKH,1:06–cv–12103–AKH,1:06–cv–12104–AKH,1:06–cv–12105–AKH,1:06–cv–12106–AKH
1:06–cv–12107–AKH,1:06–cv–12108–AKH,1:06–cv–12109–AKH,1:06–cv–12110–AKH,1:06–cv–12111–AKH
1:06–cv–12112–AKH,1:06–cv–12113–AKH,1:06–cv–12114–AKH,1:06–cv–12115–AKH,1:06–cv–12116–AKH
1:06–cv–12117–AKH,1:06–cv–12118–AKH,1:06–cv–12119–AKH,1:06–cv–12120–AKH,1:06–cv–12121–AKH
1:06–cv–12122–AKH,1:06–cv–12123–AKH,1:06–cv–12124–AKH,1:06–cv–12125–AKH,1:06–cv–12126–AKH
1:06–cv–12127–AKH,1:06–cv–12128–AKH,1:06–cv–12129–AKH,1:06–cv–12130–AKH,1:06–cv–12131–AKH
1:06–cv–12132–AKH,1:06–cv–12133–AKH,1:06–cv–12134–AKH,1:06–cv–12135–AKH,1:06–cv–12136–AKH
1:06–cv–12137–AKH,1:06–cv–12138–AKH,1:06–cv–12139–AKH,1:06–cv–12140–AKH,1:06–cv–12141–AKH
1:06–cv–12142–AKH,1:06–cv–12143–AKH,1:06–cv–12144–AKH,1:06–cv–12145–AKH,1:06–cv–12146–AKH
1:06–cv–12147–AKH,1:06–cv–12148–AKH,1:06–cv–12149–AKH,1:06–cv–12150–AKH,1:06–cv–12151–AKH
1:06–cv–12152–AKH,1:06–cv–12153–AKH,1:06–cv–12154–AKH,1:06–cv–12155–AKH,1:06–cv–12156–AKH
1:06–cv–12157–AKH,1:06–cv–12158–AKH,1:06–cv–12159–AKH,1:06–cv–12160–AKH,1:06–cv–12161–AKH
1:06–cv–12162–AKH,1:06–cv–12163–AKH,1:06–cv–12164–AKH,1:06–cv–12165–AKH,1:06–cv–12166–AKH
1:06–cv–12167–AKH,1:06–cv–12168–AKH,1:06–cv–12169–AKH,1:06–cv–12170–AKH,1:06–cv–12171–AKH
1:06–cv–12172–AKH,1:06–cv–12173–AKH,1:06–cv–12174–AKH,1:06–cv–12175–AKH,1:06–cv–12176–AKH
1:06–cv–12177–AKH,1:06–cv–12178–AKH,1:06–cv–12179–AKH,1:06–cv–12180–AKH,1:06–cv–12181–AKH
1:06–cv–12182–AKH,1:06–cv–12183–AKH,1:06–cv–12184–AKH,1:06–cv–12185–AKH,1:06–cv–12186–AKH
1:06–cv–12187–AKH,1:06–cv–12188–AKH,1:06–cv–12189–AKH,1:06–cv–12190–AKH,1:06–cv–12191–AKH
1:06–cv–12192–AKH,1:06–cv–12193–AKH,1:06–cv–12194–AKH,1:06–cv–12195–AKH,1:06–cv–12196–AKH
1:06–cv–12197–AKH,1:06–cv–12198–AKH,1:06–cv–12199–AKH,1:06–cv–12200–AKH,1:06–cv–12201–AKH
1:06–cv–12202–AKH,1:06–cv–12203–AKH,1:06–cv–12204–AKH,1:06–cv–12205–AKH,1:06–cv–12206–AKH
1:06–cv–12207–AKH,1:06–cv–12208–AKH,1:06–cv–12209–AKH,1:06–cv–12210–AKH,1:06–cv–12211–AKH
1:06–cv–12212–AKH,1:06–cv–12213–AKH,1:06–cv–12214–AKH,1:06–cv–12215–AKH,1:06–cv–12216–AKH
1:06–cv–12217–AKH,1:06–cv–12218–AKH,1:06–cv–12219–AKH,1:06–cv–12220–AKH,1:06–cv–12221–AKH
1:06–cv–12222–AKH,1:06–cv–12223–AKH,1:06–cv–12224–AKH,1:06–cv–12225–AKH,1:06–cv–12226–AKH
1:06–cv–12227–AKH,1:06–cv–12228–AKH,1:06–cv–12229–AKH,1:06–cv–12230–AKH,1:06–cv–12231–AKH
1:06–cv–12232–AKH,1:06–cv–12233–AKH,1:06–cv–12234–AKH,1:06–cv–12235–AKH,1:06–cv–12236–AKH
1:06–cv–12237–AKH,1:06–cv–12238–AKH,1:06–cv–12239–AKH,1:06–cv–12240–AKH,1:06–cv–12241–AKH
1:06–cv–12242–AKH,1:06–cv–12243–AKH,1:06–cv–12244–AKH,1:06–cv–12245–AKH,1:06–cv–12246–AKH
1:06–cv–12247–AKH,1:06–cv–12248–AKH,1:06–cv–12249–AKH,1:06–cv–12250–AKH,1:06–cv–12251–AKH
1:06–cv–12252–AKH,1:06–cv–12253–AKH,1:06–cv–12254–AKH,1:06–cv–12255–AKH,1:06–cv–12256–AKH
1:06–cv–12257–AKH,1:06–cv–12258–AKH,1:06–cv–12259–AKH,1:06–cv–12260–AKH,1:06–cv–12261–AKH
1:06–cv–12262–AKH,1:06–cv–12263–AKH,1:06–cv–12264–AKH,1:06–cv–12265–AKH,1:06–cv–12266–AKH
1:06–cv–12267–AKH,1:06–cv–12268–AKH,1:06–cv–12269–AKH,1:06–cv–12270–AKH,1:06–cv–12271–AKH
1:06–cv–12272–AKH,1:06–cv–12273–AKH,1:06–cv–12274–AKH,1:06–cv–12275–AKH,1:06–cv–12276–AKH
1:06–cv–12277–AKH,1:06–cv–12278–AKH,1:06–cv–12279–AKH,1:06–cv–12280–AKH,1:06–cv–12281–AKH
1:06–cv–12282–AKH,1:06–cv–12283–AKH,1:06–cv–12284–AKH,1:06–cv–12285–AKH,1:06–cv–12286–AKH
```

1:06–cv–12287–AKH,1:06–cv–12288–AKH,1:06–cv–12289–AKH,1:06–cv–12290–AKH,1:06–cv–12291–AKH
1:06–cv–12292–AKH,1:06–cv–12293–AKH,1:06–cv–12294–AKH,1:06–cv–12295–AKH,1:06–cv–12296–AKH
1:06–cv–12297–AKH,1:06–cv–12298–AKH,1:06–cv–12299–AKH,1:06–cv–12300–AKH,1:06–cv–12301–AKH
1:06–cv–12302–AKH,1:06–cv–12303–AKH,1:06–cv–12304–AKH,1:06–cv–12305–AKH,1:06–cv–12306–AKH
1:06–cv–12307–AKH,1:06–cv–12308–AKH,1:06–cv–12309–AKH,1:06–cv–12310–AKH,1:06–cv–12311–AKH
1:06–cv–12312–AKH,1:06–cv–12313–AKH,1:06–cv–12314–AKH,1:06–cv–12315–AKH,1:06–cv–12316–AKH
1:06–cv–12317–AKH,1:06–cv–12318–AKH,1:06–cv–12319–AKH,1:06–cv–12320–AKH,1:06–cv–12321–AKH
1:06–cv–12322–AKH,1:06–cv–12323–AKH,1:06–cv–12324–AKH,1:06–cv–12325–AKH,1:06–cv–12326–AKH
1:06–cv–12327–AKH,1:06–cv–12328–AKH,1:06–cv–12329–AKH,1:06–cv–12330–AKH,1:06–cv–12331–AKH
1:06–cv–12332–AKH,1:06–cv–12333–AKH,1:06–cv–12334–AKH,1:06–cv–12335–AKH,1:06–cv–12336–AKH
1:06–cv–12337–AKH,1:06–cv–12338–AKH,1:06–cv–12339–AKH,1:06–cv–12340–AKH,1:06–cv–12341–AKH
1:06–cv–12342–AKH,1:06–cv–12343–AKH,1:06–cv–12344–AKH,1:06–cv–12345–AKH,1:06–cv–12346–AKH
1:06–cv–12347–AKH,1:06–cv–12348–AKH,1:06–cv–12349–AKH,1:06–cv–12350–AKH,1:06–cv–12351–AKH
1:06–cv–12352–AKH,1:06–cv–12353–AKH,1:06–cv–12354–AKH,1:06–cv–12355–AKH,1:06–cv–12356–AKH
1:06–cv–12357–AKH,1:06–cv–12358–AKH,1:06–cv–12359–AKH,1:06–cv–12360–AKH,1:06–cv–12361–AKH
1:06–cv–12362–AKH,1:06–cv–12363–AKH,1:06–cv–12364–AKH,1:06–cv–12365–AKH,1:06–cv–12366–AKH
1:06–cv–12367–AKH,1:06–cv–12368–AKH,1:06–cv–12369–AKH,1:06–cv–12370–AKH,1:06–cv–12371–AKH
1:06–cv–12372–AKH,1:06–cv–12373–AKH,1:06–cv–12374–AKH,1:06–cv–12375–AKH,1:06–cv–12376–AKH
1:06–cv–12377–AKH,1:06–cv–12378–AKH,1:06–cv–12379–AKH,1:06–cv–12380–AKH,1:06–cv–12381–AKH
1:06–cv–12382–AKH,1:06–cv–12383–AKH,1:06–cv–12384–AKH,1:06–cv–12385–AKH,1:06–cv–12386–AKH
1:06–cv–12387–AKH,1:06–cv–12388–AKH,1:06–cv–12389–AKH,1:06–cv–12390–AKH,1:06–cv–12391–AKH
1:06–cv–12392–AKH,1:06–cv–12393–AKH,1:06–cv–12394–AKH,1:06–cv–12395–AKH,1:06–cv–12396–AKH
1:06–cv–12397–AKH,1:06–cv–12398–AKH,1:06–cv–12399–AKH,1:06–cv–12400–AKH,1:06–cv–12401–AKH
1:06–cv–12402–AKH,1:06–cv–12403–AKH,1:06–cv–12404–AKH,1:06–cv–12405–AKH,1:06–cv–12406–AKH
1:06–cv–12407–AKH,1:06–cv–12408–AKH,1:06–cv–12409–AKH,1:06–cv–12410–AKH,1:06–cv–12411–AKH
1:06–cv–12412–AKH,1:06–cv–12413–AKH,1:06–cv–12414–AKH,1:06–cv–12415–AKH,1:06–cv–12416–AKH
1:06–cv–12470–AKH,1:06–cv–12647–AKH,1:06–cv–12648–AKH,1:06–cv–12649–AKH,1:06–cv–12650–AKH
1:06–cv–12651–AKH,1:06–cv–12652–AKH,1:06–cv–12653–AKH,1:06–cv–12654–AKH,1:06–cv–12655–AKH
1:06–cv–12656–AKH,1:06–cv–12657–AKH,1:06–cv–12658–AKH,1:06–cv–12659–AKH,1:06–cv–12660–AKH
1:06–cv–12661–AKH,1:06–cv–12662–AKH,1:06–cv–12663–AKH,1:06–cv–12664–AKH,1:06–cv–12665–AKH
1:06–cv–12666–AKH,1:06–cv–12667–AKH,1:06–cv–12668–AKH,1:06–cv–12669–AKH,1:06–cv–12670–AKH
1:06–cv–12671–AKH,1:06–cv–12672–AKH,1:06–cv–12683–AKH,1:06–cv–12686–AKH,1:06–cv–12687–AKH
1:06–cv–12688–AKH,1:06–cv–12689–AKH,1:06–cv–12690–AKH,1:06–cv–12691–AKH,1:06–cv–12692–AKH
1:06–cv–12693–AKH,1:06–cv–12694–AKH,1:06–cv–12695–AKH,1:06–cv–12696–AKH,1:06–cv–12697–AKH
1:06–cv–12698–AKH,1:06–cv–13167–AKH,1:06–cv–13279–AKH,1:06–cv–13280–AKH,1:06–cv–13431–AKH
1:06–cv–13432–AKH,1:06–cv–13493–AKH,1:06–cv–13600–AKH,1:06–cv–13612–AKH,1:06–cv–13613–AKH
1:06–cv–13614–AKH,1:06–cv–13615–AKH,1:06–cv–13616–AKH,1:06–cv–13617–AKH,1:06–cv–13618–AKH
1:06–cv–13619–AKH,1:06–cv–13620–AKH,1:06–cv–13621–AKH,1:06–cv–13622–AKH,1:06–cv–13623–AKH
1:06–cv–13624–AKH,1:06–cv–13698–AKH,1:06–cv–13700–AKH,1:06–cv–13775–AKH,1:06–cv–14458–AKH
1:06–cv–15317–AKH,1:06–cv–15318–AKH,1:06–cv–15494–AKH,1:07–cv–00055–AKH,1:07–cv–00056–AKH
1:07–cv–00058–AKH,1:07–cv–00059–AKH,1:07–cv–00067–AKH,1:07–cv–00068–AKH,1:07–cv–00069–AKH
1:07–cv–00070–AKH,1:07–cv–00071–AKH,1:07–cv–11144–AKH,1:07–cv–11145–AKH,1:07–cv–11326–AKH
1:07–cv–11558–AKH,1:07–cv–11559–AKH,1:07–cv–11560–AKH,1:07–cv–11561–AKH,1:07–cv–11562–AKH
1:07–cv–11563–AKH,1:07–cv–11564–AKH,1:07–cv–11565–AKH,1:07–cv–11566–AKH,1:07–cv–11567–AKH
1:07–cv–11568–AKH,1:07–cv–11569–AKH,1:07–cv–11570–AKH,1:07–cv–11571–AKH,1:07–cv–11572–AKH
1:07–cv–11573–AKH,1:07–cv–11574–AKH,1:07–cv–11575–AKH,1:07–cv–11576–AKH,1:07–cv–11577–AKH
1:07–cv–11578–AKH,1:07–cv–11579–AKH,1:07–cv–11580–AKH,1:07–cv–11581–AKH,1:07–cv–11582–AKH
1:07–cv–11583–AKH,1:07–cv–11584–AKH,1:07–cv–11585–AKH,1:07–cv–11586–AKH,1:07–cv–11587–AKH
1:07–cv–11588–AKH,1:07–cv–11589–AKH,1:07–cv–11590–AKH,1:07–cv–11591–AKH,1:07–cv–11592–AKH
1:07–cv–11593–AKH,1:07–cv–11594–AKH,1:07–cv–11595–AKH,1:07–cv–11596–AKH,1:07–cv–11597–AKH
1:07–cv–11598–AKH,1:07–cv–11615–AKH(Tyrrell, James) (Entered: 01/09/2007)

| | | |
|---|---|---|
| 1/10/2007 | 571 | ORDER REGULATING PRELIMINARY DISCOVERY PROCEEDINGS... regarding the clarification of parties' obligations in the near term, and to set the stage for the status conference scheduled for 1/11/07 at 4:00pm... My Opinion &Order Denying Motion for Interlocutory Appeal and Asserting Continuing Jurisdiction is the final ruling on this Court's jurisdiction, unless and until a contrary determination is made by the Court of Appeals for the Second Circuit. It is time to proceed with discovery... The Court wishes to consider at the conference the proposals for discovery that each side presents to the other. The Court will receive additional written submissions in connection with discovery, whether proposals or objections to proposals, until 4:00pm today, 1/10/06... and as further set forth in said Order. (Signed by Judge Alvin K. Hellerstein on 1/10/07) (rjm, ) (Entered: 01/10/2007) |
| 1/11/2007 | 573 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Robert P. Gammel dated 1/10/07 re: "The motion is denied with leave to refile when appropriate." (Signed by Judge Alvin K. Hellerstein on 1/11/07) (rjm, ) (Entered: 01/11/2007) |

| 1/12/2007 | 574 | SECOND ORDER REGULATING PRELIMINARY DISCOVERY PROCEEDINGS... Regarding the procedur followed that shall govern the regulating of Preliminary Discovery Proceedings... and as further set forth in said Ord Conference set for 3/16/07 01:00 PM before Judge Alvin K. Hellerstein. (Signed by Judge Alvin K. Hellerstein on 1 (rjm). (Entered: 01/17/2007) |
|---|---|---|
| 1/12/2007 | 575 | ORDER ADMITTING COUNSEL PRO HAC VICE. Attorney Amer S. Pharaon for City of New York, AMEC Con Management, Inc., Bovis Lend Lease LMB, Inc., Plaza Construction Corporation, Tully Construction Co Inc., and T Construction Company admitted Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 1/12/07) (rjm) (Entered: 01/26/2007) |
| 1/12/2007 | 576 | ORDER ADMITTING COUNSEL PRO HAC VICE. Attorney Anthony Molloy for City of New York, AMEC Con Management, Inc., Bovis Lend Lease LMB, Inc., Plaza Construction Corporation, Tully Construction Co Inc., and T Construction Company. admitted Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 1/12/07) (rjm) (Entered: 01/26/2007) |
| 2/01/2007 | 577 | SPECIAL MASTER'S REPORT. Covering Activities for dates of 12/12/2006 thru 1/31/2007. Document filed by Ja Henderson, Jr, Aaron D. Twerski.(kkc) (Entered: 02/05/2007) |
| 2/28/2007 | 578 | STIPULATION AND ORDER; that Steven Alan Reiss and Theodore E. Tsekerides, of the law firm of Weil, Gotsha &Manges LLP are substituted for the law firm of Mound Cotton Wollan &Greengrass, as counsel of record for defe Bovis Lend Lease LMB, Inc. (Signed by Judge Alvin K. Hellerstein on 2/28/2007) (kkc) (Entered: 03/02/2007) |
| 3/09/2007 | 579 | STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT. It is stipula Defendant Liberty Mutual Fire Insurance Company's time to answer, move or otherwise respond to the Complaint fo Declaratory Judgment and Relief is extended to May 7, 2007. This is the first extension of time. (Signed by Judge A Hellerstein on 3/9/07) Filed In Associated Cases: 1:21-mc-00100-AKH, 1:07-cv-01209-AKH(rjm) (Entered: 03/ |
| 3/13/2007 | 580 | ORDER ADJOURNING STATUS CONFERENCE re: 574 Order, Re-Set Deadlines/Hearings,, Status Conference adjourned to 3/30/2007 01:00 PM before Judge Alvin K. Hellerstein from 3/16/07, 1:00pm. (Signed by Judge Alvin Hellerstein on 3/13/07). (rjm). (Entered: 03/13/2007) |
| 3/13/2007 | 581 | TRANSCRIPT of proceedings held on 1/11/07 before Judge Alvin K. Hellerstein. (tro) (Entered: 03/13/2007) |
| 3/13/2007 | 582 | ORDER CANCELLING STATUS CONFERENCE re: 580 Order, Set Deadlines/Hearings... the status conference s for 3/30/07 is cancelled. (Signed by Judge Alvin K. Hellerstein on 3/13/07) (rjm) (Entered: 03/13/2007) |
| 3/14/2007 | 583 | MANDATE of USCA (Certified Copy) as to 545 Notice of Appeal,, filed by Bechtel Corporation, Turner Construct Company, AMEC Construction Management, Inc., Plaza Construction Management Corp., The Port Authority of N &New Jersey, Plaza Construction Corp., Bechtel Construction, Inc., Tully Construction Co., Inc., Bovis Lend Lease Interiors, Inc., The City of New York, Bechtel Associates Professiona;l Corporation, Bovis Lend Lease LMB, Inc., ' Consulting Corp., Turner Construction International, L.L.C., Turner/Plaza, A Joint Venture, Tully Construction Con USCA Case Number 06-5324-cv, 07-0185-op. Appellants-petitioners, through counsel, move for write of manda a stay of the district court proceedings pending appeal.Appellees, through counsel, move to dismiss the appeal doc under 06-5324-cv, because it is at least arguable whether some or all of the assertion of immunity put forward by appellants-petitioners have merit, upon due consideration, it is hereby ORDERED that the motion for a stay of trial as pre-trial proceedings is GRANTED. See Mitchell v. Forsyth, 475 U.S. 511, 526-27 (1985) (immunity from suit "effectively lost if a case is erroneously permitted to go to trial"). It is further ORDERED that, regarding the appeal under 06-5324-cv, the appellees' motion to dismiss is referred to the merits panel that decides the appeal. Appellants-Petitioners' motion for writ of mandamus, docketed under 07-0185-op, is DENIED as moot. Thomas A Acting Clerk USCA. Issued As Mandate: 3/13/2007 (nd) (Entered: 03/14/2007) |
| 3/14/2007 | | Transmission of USCA Mandate/Order to the District Judge re: 583 USCA Mandate Non-Dismissal. (nd) (Entered: 03/14/2007) |
| 3/15/2007 | 584 | TRUE COPY ORDER of USCA as to 545 Notice of Appeal,, filed by Bechtel Corporation, Turner Construction Co AMEC Construction Management, Inc., Plaza Construction Management Corp., The Port Authority of New York & Jersey, Plaza Construction Corp., Bechtel Construction, Inc., Tully Construction Co., Inc., Bovis Lend Lease Interio The City of New York, Bechtel Associates Professiona;l Corporation, Bovis Lend Lease LMB, Inc., Tully Consultin Turner Construction International, L.L.C., Turner/Plaza, A Joint Venture, Tully Construction Company. USCA Cas 06-5324-cv, 07-0185-op. Appellants-petitioners, through counsel, move for writ of mandamus and a stay of the court proceedings pending appeal.Appellees, through counsel, move to dismiss the appeal docketed under 06-5324 because it is at least arguable whether some or all of the assertion of immunity put forward by appellants-petitioner merit, upon due consideration, it is hereby ORDERED that the motion for a stay of trial as well as pre-trial proceed GRANTED. See Mitchell v. Forsyth, 475 U.S. 511, 526-27 (1985) (immunity from suit is "effectively lost if a case erroneously permitted to go to trial"). It is further ORDERED that, regarding the appeal docketed under 06-5324-c appellees' motion to dismiss is referred to the merits panel that decides the appeal. Appellants-Petitioners' motion fo mandamus, docketed under 07-0185-op, is DENIED as moot. Thomas Asreen, Acting Clerk USCA, Certified: 3/9/ (nd) (Entered: 03/15/2007) |

| Date | No. | Description |
|---|---|---|
| 3/15/2007 | 585 | NOTICE OF APPEARANCE by Steven Alan Reiss on behalf of Bovis Lend Lease LMB, Inc. (Reiss, Steven) (Entered 03/15/2007) |
| 3/22/2007 | 586 | MOTION to Compel *the firm of Worby Groner Edelman &Napoli to produce the files of Kevin Fitzpatrick and Sam Provisero*. Document filed by Samuel Provisero, Susan Marie Provisero.(Chinigo, Dario) (Entered: 03/22/2007) |
| 3/22/2007 | 587 | DECLARATION of Dario Anthony Chinigo in Support re: 586 MOTION to Compel *the firm of Worby Groner Ede &Napoli to produce the files of Kevin Fitzpatrick and Samuel Provisero*.. Document filed by Samuel Provisero, Sus Provisero. (Attachments: #1 Exhibit Fitzpatrick Retainer Agreement#2 Exhibit Provisero retainer agreement#3 Ex Letter dated October 23, 2006 to William J. Dubanevich, Esq.#4 Exhibit Consent to Change Attorney form by Sam Provisero#5 Exhibit Letter dated November 30, 2006 forwarding consent to change attorney forms#6 Exhibit Letter March 13, 2007 requesting the production of files#7 Exhibit Letter from the Worby firm to Kevin Fitzpatrick dated 12, 2007#8 Exhibit Letter to the Worby firm dated March 19, 2007#9 Exhibit Letter date March 19, 2007 from Da Chinigo to Chris Lopalo#10 Exhibit Letter dated March 19, 2007 from Paul J. Napoli to Dario Chinigo#11 Exhibit dated March 19, 2007 to the Worby firm requesting a copy of expense ledgers#12 Exhibit Worby firm expense ledg Samuel Provisero#13 Exhibit Worby firm expense ledger for Kevin Fitzpatrick#14 Exhibit Letter dated March 21, the Worby firm#15 Exhibit Follow up letter dated March 21, 2007 to the Worby firm from Dario Chinigo#16 Exhi of Hofmann &Associates checks #41818 and 41817#17 Exhibit Affidavit of Samuel Provisero#18 Exhibit Affidav Kevin Fitzpatrick)(Chinigo, Dario) (Entered: 03/22/2007) |
| 3/27/2007 | 588 | ORDER REGULATING CASE ORGANIZATION... Plaintiff Dennis Thomson, a New York City fireman, should 21MC100, and not 21 MC 102. His case is so transferred, and stayed along with all other cases in 21 MC 100 until as the US Court of Appeals for the Second Circuit dissolves the stay it granted on 3/9/07... and as further set forth re the procedures to be followed that shall govern the handling of Order Regulating Case Organization. This Docume to 21MC100, 21MC102 and 05cv7520. (Signed by Judge Alvin K. Hellerstein on 3/27/07) (rjm) (Entered: 03/28/20 |
| 3/28/2007 | 589 | CASE MANAGEMENT ORDER NO. 1, 21 MC 103: the Clerk shall maintain a separate master docket and case fil the heading In re Combined World Trade Center and Lower Manhattan Disaster Site Litigation (straddler plaintiffs) 103 (AKH). Orders, pleadings, motions, and other documents bearing the caption of this Order shall, when docketed filed in the Master File, be deemed docketed and filed in each individual case subject to this Order to the extent app and ordinarily will not be docketed separately or physically filed in such individual case. Plaintiffs liaison counsel w a straddler check−off complaint to comprehend all their claims for relief. The straddler check−off complaints shall incorporate the master complaints in 21 MC 100 and 21 MC 102, and provide each plaintiff with check−boxes to id claims against particular defendants of those named therein. The straddler check−off complaint shall not include alle other than those made in the 21 MC 100 and 21 MC 102 master complaints and check−off complaints. Plaintiff shal straddler check−off complaint in 21 MC 103 as an amended complaint, and dismiss all other complaints, by June 1, Those aspects of the check−off complaint that allege injuries caused by the City of New York and other defendants, from, or relating to, activities at the World Trade Center sites (as defined in Case Management Order No. 3, 21 MC shall be coordinated with cases collected in 21 MC 100. Those aspects of the check−off complaint that allege injurie from, or relating to, activities at sites other than the World Trade Center sites (as defined in Case Management Orde 21 MC 100), shall be coordinated with cases collected in 21 MC 102. All other procedures are set forth in this Order by Judge Alvin K. Hellerstein on 3/28/2007) (kkc) (Entered: 03/29/2007) |
| 4/12/2007 | 590 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Michael J. Lyle for Bovis Lend Lease LMB, Inc. a Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 4/12/07) (rjm) (Entered: 04/12/2007) |
| 4/13/2007 | 591 | ENDORSEMENT ORDER on Motion withdrawing 586 Motion to Compel the Production of Files. "Motion withdr consent." (Signed by Judge Alvin K. Hellerstein on 4/13/07) (rjm) (Entered: 04/16/2007) |
| 4/20/2007 | 592 | NOTICE of Worby Groner Edelman &Napoli Bern, LLP 21 MC 103 Cases. Document filed by Plaintiffs Liaison C (Attachments: #1 Exhibit List of Cases#2 Exhibit CMO 1)(LoPalo, Christopher) (Entered: 04/20/2007) |
| 4/20/2007 | 593 | RELATED CASE LETTER of GREGORY J. CANNATA, ESQ. re: that this action be filed as related to 21MC102. Document filed by Joseph M. Urso.(Irwin, Joshua) (Entered: 04/20/2007) |
| 6/05/2007 | 594 | ORDER REGULATING PROCEEDINGS... Plaintiffs have requested an extension of time to file their master and c complaints. Plaintiffs shall file their master complaint and check−off complaints by 6/14/07... The parties to the 21M litigation shall appear at a Status Conference set for 6/15/2007 01:00 PM before Judge Alvin K. Hellerstein... and as set forth regarding the procedures to be followed that shall govern the handling of this order regulating proceedings. Document relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 6/4/07) (rjm) (Entere 06/05/2007) |
| 6/12/2007 | 595 | NOTICE OF CHANGE OF ADDRESS by Stanley Goos on behalf of Zar Realty Management Corp., 100 Church, L New Address: Harris Beach PLLC, 100 Wall Street, New York, New York, USA 10005, 212−687−0100. (Goos, Sta (Entered: 06/12/2007) |
| 6/12/2007 | 596 | NOTICE OF CHANGE OF ADDRESS by Stanley Goos on behalf of Century 21, Inc., Blue Millennium Realty LL Century 21 Department Stores LLC. New Address: Harris Beach PLLC, 100 Wall Street, 23rd Floor, New York, Ne |

| | | |
|---|---|---|
| | | USA 10005, 212−687−0100. (Goos, Stanley) (Entered: 06/12/2007) |
| 5/13/2007 | 597 | NOTICE of Pending Bankruptcy Cases. Document filed by Mayore Estates, LLC, 80 Lafayette Associates, LLC. (N Kevin) (Entered: 06/13/2007) |
| 7/23/2007 | 598 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robin M. Wertheimer dated 7/20/07 re: Req leave to be granted to move to have summons vacated. ENDORSEMENT: The issues will be discussed at a conference attended by counsel for Green, McAllister and the City, and by Thomas Green if available. The conference will be h 8/8/07, 10:15am., and will be on the record. This Document relates to 21MC100 and 02−7588. Conference set for 8 at 10:15 AM before Judge Alvin K. Hellerstein. (Signed by Judge Alvin K. Hellerstein on 7/20/07) (rjm). (Entered: 07/23/2007) |
| 8/22/2007 | 599 | MOTION to Admit Counsel Pro Hac Vice. Document filed by Plaintiffs Liaison Counsel.(LoPalo, Christopher) (En 08/22/2007) |
| 8/22/2007 | 606 | AMENDED COMPLAINT TO ASSERT A CAUSE OF ACTION FOR WRONGFUL DEATH, RELATED TO TH MASTER COMPLAINT (Jury Trial Demanded) against City of New York, Bovis Lend Lease LMB, Inc., Turner Construction Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Tully Construction Co., Inc., Tully Environmental Inc., Tully Industries, Inc., Bovis Lend Lease Inc., AMEC Earth &Environmental, Inc. Document filed by Edward Smith. This Document relates to 21MC100 and 07−2366.(rjm) (E 10/17/2007) |
| 8/22/2007 | | ***NOTE TO ATTORNEY TO E−MAIL PDF. Note to Attorney Andrew J. Carboy for noncompliance with Sectio the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E−MAIL the PDF for Document 606 Amended Complaint, to: case_openings@nysd.uscourts.gov. (rjm) (Entered: 10/17/2007) |
| 9/05/2007 | 600 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Michael A. London dated 8/24/07 re: request t Honor deem this case timely filed as of 8/21/07. ENDORSEMENT: "So Ordered (see page 2)." (Signed by Judge A Hellerstein on 9/5/07) (rjm) (Entered: 09/06/2007) |
| 9/05/2007 | 601 | ORDER ADMITTING ATTORNEY PRO HAC VICE. granting 599 Motion for ORDER ADMITTING ATTORNE HAC VICE. Attorney W. Steven Berman for all parties represented by the firm of Worby Groner Edelman &Napoli LLP admitted Pro Hac Vice. This Document relates to 21mc100, 21mc102 and 21mc103. (Signed by Judge Alvin K Hellerstein on 9/5/07). (rjm) (Entered: 09/10/2007) |
| 9/21/2007 | 602 | OPINION (No. 95251) AND ORDER GRANTING AND DENYING MOTIONS TO STAY (this document relates 21mc100, 21mc102, 21mc103, 04cv5338, 06cv15494): defendant Tully's motion to stay is GRANTED and defenda Verizon's motion to stay is DENIED without prejudice to renewal. Accordingly, the actions filed by plaintiffs Zablo Arsenault are STAYED. (Signed by Judge Alvin K. Hellerstein on 9/21/2007) Filed In Associated Cases: 1:21−mc−00100−AKH, 1:06−cv−15494−AKH(kkc) Modified on 10/1/2007 (Miranda, Robert). (Entered: 09/21/200 |
| 10/09/2007 | 603 | MANDATE of USCA (Certified Copy) as to 545 Notice of Appeal,, filed by Bechtel Corporation, Turner Construct Company, AMEC Construction Management, Inc., Plaza Construction Management Corp., The Port Authority of N &New Jersey, Plaza Construction Corp., Bechtel Construction, Inc., Tully Construction Co., Inc., Bovis Lend Lease Interiors, Inc., The City of New York, Bechtel Associates Professiona;l Corporation, Bovis Lend Lease LMB, Inc., Consulting Corp., Turner Construction International, L.L.C., Turner/Plaza, A Joint Venture, Tully Construction Cor USCA Case Number 06−5324−cv. On Consideration whereof, it is hereby ORDERED, ADJUDGED, and DECREE in accordance with the opinion of this Court, the Motion granted, stay vacated, District Court`s jurisdiction for pretr proceedings and trial restored, and appellate jurisdiction retained to decide the interlocutory appeal by published sig opinion filed. Mandate to issue forthwith. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 10/5/2007. (nd) (Enter 10/09/2007) |
| 10/09/2007 | | Transmission of USCA Mandate/Order to the District Judge re: 603 USCA Mandate. (nd) (Entered: 10/09/2007) |
| 10/09/2007 | 604 | ORDER REGARDING NEW YORK APPELLATE DIVISION RULING ON FELDER v. CITY OF NEW YORK the procedures to be followed that shall govern the handling of this Order regarding New York Appellate Division R Felder v. City of New York. (Signed by Judge Alvin K. Hellerstein on 10/9/07) (rjm) (Entered: 10/09/2007) |
| 10/10/2007 | 605 | ORDER REGULATING DISCOVERY regarding the procedures to be followed that shall govern the handling of th Regulating Discovery, and as further set forth in said order. Status Conference set for 11/16/2007 at 01:00 PM befo Alvin K. Hellerstein. (Signed by Judge Alvin K. Hellerstein on 10/10/07) (rjm) (Entered: 10/09/2007) |
| 10/29/2007 | 607 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Susan K. Conway for AMEC Construction Manag Inc., City of New York, Tully Construction Company, Inc., Turner Construction Company and Bovis Lend Lease L admitted Pro Hac Vice.This Document relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerst 10/24/07) (rjm) (Entered: 10/29/2007) |

| | | |
|---|---|---|
| 1/01/2007 | 608 | ORDER FOR ADMISSION PRO HAC VICE that Caroline F. Bartlett be admitted pro hac vice for City of NY, AM Construction Mgt., Inc., Bovis Lend Lease LMB, Inc., Plaza Construction Corp., Tully Construction Co., Inc., and T Construction Company. This Document relates to 21mc100, 21mc102 and 21mc103. (Signed by Judge Alvin K. He on 11/1/07) (rjm) (Entered: 11/01/2007) |
| 1/02/2007 | 609 | ORDER REGARDING PROPOSED NOTICE OF CLAIM PROCEDURE SET FORTH IN THE COURT'S OCTO 2007 ORDER... regarding the procedures to be followed that shall govern the handling of Proposed Notice of Claim Procedure set forth in the Court's 10/9/07 Order. (Signed by Judge Alvin K. Hellerstein on 11/2/07) (rjm) (Entered: 11/02/2007) |
| 1/05/2007 | 610 | NOTICE OF APPEARANCE by Richard Eric Leff on behalf of Phillips and Jordan (Leff, Richard) (Entered: 11/05 |
| 1/05/2007 | 611 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Phillips and Jord Richard) (Entered: 11/05/2007) |
| 1/05/2007 | 612 | ANSWER to Complaint with JURY DEMAND. Document filed by Phillips and Jordan.(Leff, Richard) (Entered: 11/05/2007) |
| 1/07/2007 | 613 | STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS ONLY WITHOUT PREJUDICE... that the claim and/or assertable by Plaintiff(s) Robert Pellechia, M.D., Brenda Pellechia, M.D., and Jeffrey Amato against Defenda Bovis Construction, Bovis Holdings Limited, Bovis International, Inc., Bovis International, Bovis Lend Lease, Inc., Lend Lease Interiors, Inc., Tully Construction Company, Tully Construction Company, Inc., Tully Industries Inc., T Consulting Corp., Tully Construction Co., Turner Construction International, LLC, Liberty Mutual Managed Care, I Plaza Construction Management Corp., be hereby dismissed without prejudice... and as further set forth. It is further stipulated and agreed that the claims of the Plaintiffs against Acrow Corp. Of America, Allcom Electric, ASG Pest C ASG Pest Control Services, Inc., ATC Associates, Inc., Atlas Concrete Corp., Avanti Demolition and Carting Corp. Concrete Cutting, Inc., C and D Fireproofing and Plastering Corp., C and D Painting and Decorating, Inc., Certified Corp., Civetta Cousins JV, L.L.C., Clarco Enterprises Corp., Clarco Enterprises LLC, Craig Test Boring, Criticom International Corp., DCM Erectors, Inc., Eagle Scaffolding Co., Entertainment Partners Corp., ET Environmental, F Mechanical Corp., F and G Mechanical Inc., New York City Department of Education, New York City Economic Development Corp., New York City Industrial Development Agency, New York City Industrial Development Corp., York City School Construction Authority, Nicholson/Heywood Joint Venture, Off Road Welding, Inc., Olympic Plu and Heating, Ove Arup and Partners P.C., Parson Group LLC, Regional Scaffold and Hoisting Co., Inc., Rich Mark Contracting, Inc., Rich Mark Environmental Services, Inc., Robert Errat, Sheldrake Organization, Inc., Star Delta El Stier Anderson, LLC, Summit Structures LLC, Telenet Communications Inc., and ThyssenKrupp Elevator Co., Unit Rebar, Inc., Vertical Technology (ies) Inc., W. Harris and Sons Inc., be hereby dismissed without prejudice... and as set forth... It is further stipulated and agreed that until such time, if ever, as the claims of Ptffs. Are dismissed agains Bovis Lend Lease LMB, Inc., Plaintiffs may move to reinstate or state any or all claims against any or all of the Inco Named Bovis Defts.... It is further stipulated and agreed that until such time, if ever, as the claims of Ptffs. Are dism against deft. Tully Construction Co., Inc., Plaintiffs may move to reinstate or state any or all claims against any or al Incorrectly Named Tully Defts... It is further stipulated and agreed that until such time, if ever, as the claims of Ptffs dismissed against deft. Turner Construction Co., Plaintiffs may move to reinstate or state any or all claims against an of the Incorrectly Named Turner Defts... It is further stipulated and agreed that until such time, if ever, as the claims of Ptffs dismissed against defts. Liberty Mutual Group, Liberty Mutual Insurance Company and Helmsman Management Se Inc., Plaintiffs may move to reinstate or state any or all claims against Liberty Mutual Managed Care, Inc... It is furt stipulated and agreed that until such time, if ever, as the claims of Ptffs. are dismissed, Plaintiffs may move to reinst state any or all claims against any of the Exiting Defendants... It is further stipulated and agreed that this Order shall constitute a dismissal with prejudice as to the claims of any or all Plaintiffs against the Incorrectly Named Bovis De at such time, if ever, as the claims of such Ptffs. against defendant Bovis Lend Lease LMB, Inc. are dismissed... It is stipulated and agreed that this Order shall constitute a dismissal with prejudice as to the claims of any or all Plaintif the Incorrectly Named Tully Defendants at such time, if ever, as the claims of such Ptffs. against defendant Tully Construction Co., Inc. and/or Evergreen Recycling of Corona are dismissed... It is further stipulated and agreed that Order shall constitute a dismissal with prejudice as to the claims of any or all Plaintiffs against the Incorrectly Name Defendants at such time, if ever, as the claims of such Ptffs. against defendant Turner Construction Co. are dismisse further stipulated and agreed that this Order shall constitute a dismissal with prejudice as to the claims of any or all against Liberty Mutual Managed Care, Inc., at such time, if ever, as the claims of such Ptffs.against defendant Liber Group, Liberty Mutual Insurance Company and Helmsman Management Services, Inc. are dismissed... It is further s and agreed that this Order shall constitute a dismissal with prejudice as to the claims of any or all Ptffs. are dismissed. This Document relates to 21mc1( 07−5652, 07−7393. (Signed by Judge Alvin K. Hellerstein on 11/6/07) Filed In Associated Cases: 1:21−mc−00100− 1:07−cv−07393−AKH(rjm) (Entered: 11/08/2007) |
| 1/09/2007 | 614 | MOTION permission to add specified questions to the Core Discovery. Document filed by SURVIVAIR RESPIRA INC..(Sophocleous, Demetra) (Entered: 11/09/2007) |

| | | |
|---|---|---|
| 11/15/2007 | 615 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 11/12/07 re: Request that Court include the release of certain described papers and related issues in this Court's agenda for the 11/16/07 discovery conference. ENDORSEMENT: "Motion denied. The reasonableness or lack thereof, of any deductions from the FE[?] guaranty can be addressed at a later time." This Document relates to 21mc100 and 07–7072. (Signed by Judge Alvin [K.] Hellerstein on 11/14/07) (rjm) (Entered: 11/15/2007) |
| 11/20/2007 | 616 | RESPONSE to Discovery Request from October 10, 2007 Court Order.Document filed by John Montalvo.(Mishkin[,] (Entered: 11/20/2007) |
| 11/21/2007 | 617 | ORDER REGULATING DISCOVERY. I propound the Core Discovery as attached hereto. The parties shall comme[nce] responding at once. The final deadline for discovery will be set by a separate order to be issued by 12/7/07. (Signed [by] Alvin K. Hellerstein on 11/21/07) (rjm) (Entered: 11/21/2007) |
| 11/21/2007 | 618 | ORDER DENYING REQUEST FOR AN ORDER DEEMING PETITIONERS' NOTICE OF CLAIM AND REQU[EST] FOR LEAVE TO FILE LATE NOTICE OF CLAIM that Petitioners' Request for an Order Deeming Petitioners' No[tice of] Claim Timely Filed and Served, or in the Alternative, Granting Petitioners Leave to File a Late Notice of Claim Nu[nc Pro] Tunc Against Respondent City of New York, is denied without prejudice. (Signed by Judge Alvin K. Hellerstein on 11/21/07) Filed In Associated Cases: 1:21–mc–00100–AKH, 1:07–cv–09791–AKH(rjm) (Entered: 11/21/2007) |
| 11/27/2007 | 619 | CLARIFYING ORDER REGULATING DISCOVERY. By Order dated 11/21/07, I propounded final Core Discove[ry. I] reissue the Core Discovery in this Order to clarify item 16 of Plaintiffs Discovery. The revised Core Discovery is att[ached] hereto. The parties shall commence responding at once. The final deadline for discovery will be set by a separate or[der to be] issued by 12/7/07. (Signed by Judge Alvin K. Hellerstein on 11/27/07) (rjm) (Entered: 11/27/2007) |
| 11/28/2007 | 620 | ORDER APPOINTING DEFENSE CO–LIAISON COUNSEL Ordered on consent, that Beth D. Jacob shall be co–[...] defense counsel, in place of Richard Williamson who is no longer representing a defendant in these litigations. So O[rdered] (Signed by Judge Alvin K. Hellerstein on 11/28/07) (jco) (Entered: 11/29/2007) |
| 11/28/2007 | 621 | CONSENT TO CHANGE ATTORNEYS It is hereby consented that Schiff Hardin LLP shall be substituted as attor[ney of] record for defendant The Port Authority of New York and New Jersey in all cases [21MC100, 21MC103] in these d[...] place of Flemming Zulack Williamson Zauderer LLP. So Ordered. Attorney Beth D. Jacob for The Port Authority o[f New] York &New Jersey and The Port Authority of New York and New Jersey added. (Signed by Judge Alvin K. Hellers[tein on] 11/28/07) (jco) (Entered: 11/29/2007) |
| 11/30/2007 | 622 | NOTICE of WGENB Check Offs Filed in 21 MC 100. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Chri[stopher]) (Entered: 11/30/2007) |
| 11/30/2007 | 623 | NOTICE of WGENB Check Offs Filed in 21 MC 100 – Waiting For Unique CV. Document filed by Plaintiffs Liais[on] Counsel. (LoPalo, Christopher) (Entered: 11/30/2007) |
| 12/06/2007 | 624 | PROPOSED ORDER (signed). The motion for admission to practice pro hac vice in the captioned matter is granted[. The] admitted attorney, Gary W. Harvey, is permitted to argue or try this particular case, in whole or in part, as counsel o[r] advocate. This Document relates to 21MC100 and 21MC102. (Signed by Judge Alvin K. Hellerstein on 12/5/07) (rj[m]) (Entered: 12/06/2007) |
| 12/06/2007 | 787 | MOTION for Gary W. Harvey to Appear Pro Hac Vice. Document filed by SURVIVAIR RESPIRATORS, INC. Th[is] Document relates to 21MC100 and 21MC102. Original document kept in 21mc102.(rjm) (Entered: 02/28/2008) |
| 12/13/2007 | 625 | ORDER GRANTING DEFENDANTS TULLY CONSTRUCTION CO. INC. AND TULLY INDUSTRIES, INC'S [...] MOTION TO TRANSFER because Mr. Arsenault's claims are identical to those of Mr. Zablocki's, I order Mr. Arse[nault's] complaint, 04cv5338, transferred from the 21 MC 102 docket to the 21 MC 100 docket. So Ordered. [pertains to do[c...] 04cv5338] (Signed by Judge Alvin K. Hellerstein on 12/13/07) (jco) (Entered: 12/13/2007) |
| 12/13/2007 | 632 | CASE MANAGEMENT ORDER NO. 6. All check–off complaints identified in the 11/30/07 listing submitted by p[...] counsel shall be filed and served no later than 12/15/07. Defendants shall file Master Answers in response to the Am[ended] Master Complaints by 1/15/08. Accompanying these Master Answers will be a list of those Check–Off Complaints [...] answered by operation of Paragraph 12 of this Order... Any party objecting to the entry of this Order shall file such [...] by no later than 12/20/07... and as further set forth regarding the procedures to be followed that shall govern the han[dling of] Case Management Order No. 6. This Document Applies to All World Trade Center Disaster Site Litigation. (Signed [by] Judge Alvin K. Hellerstein on 12/13/07) (rjm). (Additional attachment(s) added on 12/21/2007: # 2 Initiating Compl[...] (kkc). (Entered: 12/18/2007) |
| 12/17/2007 | 627 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records Served on September 7, 2007. Document fil[ed by] Plaintiffs Liaison Counsel(Plaintiff's co–liaison counsel). (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entere[d] 12/17/2007) |
| 12/17/2007 | 628 | NOTICE of Plaintiffs' First Production of Core Discovery Medical Records Served on September 7, 2007. Documen[t filed by] Plaintiffs Liaison Counsel(Plaintiff's co–liaison counsel). (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entere[d] 12/17/2007) |

| | | |
|---|---|---|
| 12/17/2007 | 629 | NOTICE of Plaintiffs' First Production of Core Discovery Medical Records Served on September 12, 2007. Document by Plaintiffs Liaison Counsel(Plaintiff's co–liaison counsel). (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Ent 12/17/2007) |
| 12/17/2007 | 630 | NOTICE of Plaintiffs' First Production of Core Discovery Medical Records Served on September 21, 2007. Document by Plaintiffs Liaison Counsel(Plaintiff's co–liaison counsel). (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Ent 12/17/2007) |
| 12/17/2007 | 631 | NOTICE of Plaintiffs' First Production of Core Discovery Medical Records Served on September 26, 2007. Document by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 12/17/2007) |
| 12/18/2007 | 633 | ANSWER to Complaint with JURY DEMAND. Document filed by RY Management.(Leff, Richard) (Entered: 12/1 |
| 12/18/2007 | 634 | ANSWER to Complaint with JURY DEMAND. Document filed by Lehman Brothers, Inc., Lehman Commercial Pa Lehman Brothers Holdings Inc..(Leff, Richard) (Entered: 12/18/2007) |
| 12/18/2007 | 635 | ANSWER to Complaint with JURY DEMAND. Document filed by American Express Bank, Ltd, American Express Company, American Express Travel Realted Services Company, Inc..(Leff, Richard) (Entered: 12/18/2007) |
| 12/18/2007 | 636 | ANSWER to Complaint with JURY DEMAND. Document filed by GRUBB &ELLIS MANAGEMENT SERVICE INC.,.(Leff, Richard) (Entered: 12/18/2007) |
| 12/18/2007 | 637 | ANSWER to Complaint with JURY DEMAND. Document filed by CDL (New York) L.L.C..(Leff, Richard) (Enter 12/18/2007) |
| 12/18/2007 | 638 | ANSWER to Complaint with JURY DEMAND. Document filed by Murray Hill Properties.(Leff, Richard) (Entered 12/18/2007) |
| 12/20/2007 | 639 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records Served on December 19, 2007. Document fil Plaintiffs Liaison Counsel(Plaintiff's co–liaison counsel). (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entere 12/20/2007) |
| 12/20/2007 | 640 | Objection *to Plaintiffs' request for the issuance of subpoena, submitted to the Court on 12/18/07*. Document filed by New York Inc.. (Stevenson, Lee Ann) (Entered: 12/20/2007) |
| 12/21/2007 | 641 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Lee Ann Stevenson dated 12/20/07 re: Verizo respectfully requests that the Court not issue the requested subpoena. ENDORSEMENT: "I will hear the issues on 1 4:00pm. in Crtrm. 14D, 500 Pearl Street." (Signed by Judge Alvin K. Hellerstein on 12/21/07) (rjm) (Entered: 12/21 |
| 12/26/2007 | 642 | RESPONSE re: 619 Order,. Document filed by John Montalvo, John Montalvo(Marion S. Mishkin, Esq. Notice of Appearance for Plaintiffs John Montalvo and Darlene Montalvo). (Attachments: # 1 Exhibit Montalvo, # 2 Exhibit S # 3 Exhibit Ostrander, # 4 Exhibit Burke, # 5 Exhibit Campo, # 6 Exhibit Kosmaczewski, # 7 Exhibit Magee)(Mishl Marion) (Entered: 12/26/2007) |
| 12/31/2007 | 643 | SECOND REPLY *Non–Respiratory Plaintiffs' Core Discovery: Response 2* . Document filed by John Montalvo(Ma Mishkin, Esq. Notice of Appearance for Plaintiffs John Montalvo and Darlene Montalvo). (Attachments: # 1 Exhibi Plaza, # 2 Exhibit Feal v Turner, # 3 Exhibit Daly)(Mishkin, Marion) (Entered: 12/31/2007) |
| 12/31/2007 | 644 | NOTICE of Plaintiffs' Response to Verizon's Objections for the Production of Employment Records. Document file Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 12/31/2007) |
| 12/31/2007 | 645 | NOTICE of Declaration of Christopher R. LoPalo in Response to Verizon's Objections for the Production of Emplo Records. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(L Christopher) (Entered: 12/31/2007) |
| 12/31/2007 | 646 | SECOND RESPONSE re: 619 Order, *Non–Respiratory Plaintiffs' Core Discovery Response 2* . Document filed by Montalvo(Marion S. Mishkin, Esq. Notice of Appearance for Plaintiffs John Montalvo and Darlene Montalvo). (Attachments: # 1 Exhibit Feal v Plaza, # 2 Exhibit Feal v Turner, # 3 Exhibit Daly)(Mishkin, Marion) (Entered: 12/ |
| 01/02/2008 | 647 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – NOTICE of Plaintiffs' Response to Defendants' Objections to Employee Record Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachment Supplement Letter to NYPD, # 2 Supplement Letter to FDNY)(LoPalo, Christopher) Modified on 2/4/2008 (kco). (I 01/02/2008) |
| 01/02/2008 | 648 | NOTICE of PLAINTIFFS NOTICE OF PRODUCTION OF CORE DISCOVERY MEDICAL RECORDS ON SCH HARDIN, LLP. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (I 01/02/2008) |
| 01/06/2008 | 649 | THIRD RESPONSE re: 619 Order, *Non–Respiratory Plaintiffs' Liaison Counsel Joint Production of Core Discover Response 3* . Document filed by John Montalvo(Marion S. Mishkin, Esq. Notice of Appearance for Plaintiffs John N |

| | | |
|---|---|---|
| | | and Darlene Montalvo). (Attachments: #1 Exhibit Buonomini, #2 Exhibit DiFillipo)(Mishkin, Marion) (Entered: 01/06/2008) |
| 1/07/2008 | 650 | ORDER REGULATING PROCEEDINGS that the parties in such non–respiratory injury cases meet with me on 2/2 4:00pm. to discuss the status of their cases and further proceedings that may be appropriate to them. (Status Confere for 2/28/2008 at 04:00 PM before Judge Alvin K. Hellerstein). In anticipation of this conference, liaison counsel for Marion Mishkin, Esq., and liaison counsel for defendants, James Tyrrell, Esq. and Joseph Hopkins, Esq., shall subm writing identifying each of these non–respiratory cases, their index numbers, and the names, addresses and phone nu for respective counsel. Liaison counsel shall also serve copies of this order on all relevant parties. (Signed by Judge Hellerstein on 1/3/07) (rjm) (Entered: 01/08/2008) |
| 1/10/2008 | 651 | STIPULATION OF DISCONTINUANCE AS TO CERTAIN DEFENDANTS... that whereas no party hereto is an i incompetent person for whom a committee has been appointed and no person not a party has an interest in the subje of the action, the above action is discontinued against Defendant(s) –Vollmer Associates, LLP, HP Environment, In Ewell W. Finley, LLC– as to the claims being made by the Plaintiff(s) –Theresa Serrano– without costs to any party against the other... and as further set forth in said stipulation of discontinuance. (Signed by Judge Alvin K. Hellerste 1/10/08) Filed In Associated Cases: 1:21–mc–00100–AKH, 1:06–cv–08397–AKH(rjm) (Entered: 01/10/2008) |
| 1/11/2008 | 652 | ANSWER to Complaint. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Attachments: #1 Appendix, #2 Appendix, #3 Appendix, #4 Appendix, #5 Appendix)(Pillinger, Marc) (Entered: 01/11/2008) |
| 1/11/2008 | 653 | ANSWER to Complaint. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Attachments: #1 Appendix, #2 Appendix, #3 Appendix, #4 Appendix, #5 Appendix)(Pillinger, Marc) (Entered: 01/11/2008) |
| 1/14/2008 | 654 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph E. Hopkins dated 1/11/08 re: request th defendants be granted until 2/15/08 to file, if they choose to do so. Notices of Adoption in those individual actions f served and pending for more than thirty days as of 1/15/08. ENDORSEMENT: Rejected. The Court wishes to know Napoli's position and counts any dispute to be tendered in one letter (answering there to be a dispute that cannot be r mutually). Mr. Napoli's answering letter has been discarded. (Signed by Judge Alvin K. Hellerstein on 1/14/08) (rjm (Entered: 01/14/2008) |
| 1/14/2008 | 655 | NOTICE OF APPEARANCE by Theodore Elias Tsekerides on behalf of Bovis Lend Lease LMB, Inc. (Tsekerides, Theodore) (Entered: 01/14/2008) |
| 1/14/2008 | 656 | NOTICE OF APPEARANCE by Jason Andrew Harrington on behalf of Gilsanz Murray Steficek LLP (Harrington, (Entered: 01/14/2008) |
| 1/15/2008 | 657 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph E. Hopkins, Esq. dated 1/14/08 re: requ two–week extension of time until 1/29/08 for Bechtel to respond to plaintiffs' Amended Master Complaint. ENDORSEMENT: So Ordered. (Signed by Judge Alvin K. Hellerstein on 1/14/08) (rjm) (Entered: 01/15/2008) |
| 1/15/2008 | 658 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by A Russo Wrecki (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 659 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Atlantic Heydt (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 660 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Berkel &Co. Co Inc.. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 661 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Big Apple Wrec &Construction Corp.. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 662 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Breeze Carting, (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 663 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Breeze National (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 664 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Brer–Four Trans Corp.. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 665 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Buro Happold C Engineers, P.C.. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 666 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Canron Corporation as Corporate Parent. Doc filed by Canron Construction Corp.. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |

| 1/15/2008 | 667 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by C.B. Contracting. (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 668 | ANSWER to Complaint. Document filed by Sperian Respirstory Protection USA, LLC.(Sophocleous, Demetra) (Entered: 01/15/2008) |
| 1/15/2008 | 669 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Deutsche Bank A.G. as Corporate Parent. Document filed by Deutsche Bank Trust Company Americas, Deutsche Bank Trust Company, Deutsche Bank.(Haglund, Benjamin) (Entered: 01/15/2008) |
| 1/15/2008 | 670 | ANSWER to Complaint. Document filed by Tishman Speyer Properties, LP.(Fogarty, Edward) (Entered: 01/15/2008) |
| 1/15/2008 | 671 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Component Assembly Systems, Inc.. (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 672 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Deutsche Bank A.G. as Corporate Parent. Document filed by Deutsche Bank Trust Corporation, Bankers Trust Corporation.(Haglund, Benjamin) (Entered: 01/15/2008) |
| 1/15/2008 | 673 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Cord Contracting Inc.. (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 674 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Deutsche Bank A.G. as Corporate Parent. Document filed by DB Private Clients Corporation.(Haglund, Benjamin) (Entered: 01/15/2008) |
| 1/15/2008 | 675 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Dakota Demo–T (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 676 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Diamond Point Excavating Corp.. (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 677 | ANSWER to Complaint with JURY DEMAND. Document filed by Deutsche Bank Trust Company Americas, Deut Bank Trust Company, Deutsche Bank, Deutsche Bank Trust Corporation, Bankers Trust Corporation, DB Private C Corporation.(Haglund, Benjamin) (Entered: 01/15/2008) |
| 1/15/2008 | 678 | ANSWER to Complaint. Document filed by Tishman Interiors Corporation, Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York.(Desmond, James) (Entered: 01/15/2008) |
| 1/15/2008 | 679 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Diego Construct (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 680 | ANSWER to Complaint. Document filed by The Port Authority of New York &New Jersey. (Attachments: #_1 Exhi Exhibit A)(Jacob, Beth) (Entered: 01/15/2008) |
| 1/15/2008 | 681 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Document filed by Tishman Interiors Corporation.(Desmo James) (Entered: 01/15/2008) |
| 1/15/2008 | 682 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Diversified Cart (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 683 | AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York.(Desmond, James) (Entered: 01/15/2008) |
| 1/15/2008 | 684 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by DMT Enterprise (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 685 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by D'Onofrio Gene Contractors Corp.. (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 686 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Eagle One Roof Contractors, Inc.. (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 687 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by E.J. Davies, Inc. (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 688 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by En–Tech Corp.. (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 689 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Ewell W. Finley (Attachments: #_1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |

| | | |
|---|---|---|
| 1/15/2008 | 690 | FOURTH RESPONSE re: 619 Order, *WTC: Non−Respiratory Plaintiffs Liaison Counsel's Joint Production of Core Discovery: Responses 4* . Document filed by John Montalvo(Marion S. Mishkin, Esq. Notice of Appearance for Plai John Montalvo and Darlene Montalvo). (Attachments: # 1 Exhibit Beattie, # 2 Exhibit Roche, # 3 Exhibit Pursley, # Exhibit Pursley, # 5 Exhibit Botch, # 6 Exhibit Graybill, # 7 Exhibit Nimmo)(Mishkin, Marion) (Entered: 01/15/200 |
| 1/15/2008 | 691 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Executive Medic Services, P.C.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 692 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Fleet Trucking, (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 693 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Francis A. Lee C (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 694 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by FTI Trucking C (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 695 | ANSWER to Complaint. Document filed by Verizon New York Inc.. (Attachments: # 1 Exhibit Verizon New York Master Answer Schedule A)(Reisman, Michael) Modified on 1/16/2008 (kkc). (Entered: 01/15/2008) |
| 1/15/2008 | 696 | ANSWER to Amended Complaint. Document filed by New York City Department of Transportation, New York Ci Department of Sanitation, New York Police Department, Mazzochi Wrecking, Weeks Marine, Inc., City of New Yo Related document: 606 Amended Complaint, filed by Edward Smith. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 697 | ANSWER to Complaint. Document filed by City of New York. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Cer Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 698 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Gilsanz, Murray Steficek, LLP. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 699 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Goldstein Assoc Consulting Engineers, P.C.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 700 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Hallen Welding Inc.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 701 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by HP Environmen (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 702 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Hudson Meridia Construction Group, L.L.C.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 703 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by J.P. Equipment &Materials, L.L.C.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 704 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Laquila Constru Inc.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/15/2008) |
| 1/15/2008 | 705 | ANSWER to Complaint. Document filed by Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling Corona, Koch Skanska Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, LZA Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Meridian Construction Grou MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, F Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Toretta Trucking, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP C Seinuk, Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Sem Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Moretrench American Corporation Bechtel Associates Professiona;l Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmen Wolkow Braker Roofing Corporation, Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contrac Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer−Four Transportati Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembl Systems, Inc., Cord Contracting Co. Inc., Dakota Demo−Tech, Diamond Point Excavating Corp., Diego Constructio Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contracto E.J. Davies, Inc., En−Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Fra Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen V Services, Inc., HP Environmental, Inc., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc., Atlan Corp., Lucius Pitkin, Inc., Plaza Construction Corp., Total Consulting, LLP. (Attachments: # 1 Exhibit A, # 2 Exhib |

| | | Certificate of Service)(Tyrrell, James) Modified on 1/17/2008 (kkc). (Entered: 01/15/2008) |
|---|---|---|
| 1/15/2008 | 706 | ANSWER to Amended Complaint. Document filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Corp., P Construction Corp., Tully Environmental, Inc., Turner/Plaza, A Joint Venture. Related document: 606 Amended Cor filed by Edward Smith. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Certificate of Service)(Tyrrell, James) (Ente 01/15/2008) |
| 1/16/2008 | 707 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by LaStrada Genera Contracting Corp.. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 708 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Liberty Mutual Holding Company Inc. as Cor Parent. Document filed by Liberty Mutual Insurance Company. (Attachments: #1 Certificate of Service)(Tyrrell, Ja (Entered: 01/16/2008) |
| 1/16/2008 | 709 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Leslie E. Robert Associates, R.L.L.P.. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 710 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Lockwood Enterprises of New York, Inc. and Group, LLC as Corporate Parent. Document filed by Lockwood, Kessler &Bartlett, Inc.. (Attachments: #1 Certifica Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 711 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Lucius Pitkin, In (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 712 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Total Safety Cor LLC. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 713 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying LVI Services, Inc. as Corporate Parent. Docum filed by LVI/Mazzocchi Wrecking, Inc.. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/20 |
| 1/16/2008 | 714 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Manafort Brothe (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 715 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Moretrench Am Corp.. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 716 | CERTIFICATE OF SERVICE of Master Answer to the Amended Master Complaint Against the City of New York Fresh Kills Contractor Defendants on 1–16–08. Document filed by Mazzocchi Wrecking, City of New York, New Y Department of Transportation, New York City Department of Sanitation, New York Police Department, Weeks Mar (Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 717 | CERTIFICATE OF SERVICE of Master Answer to the Amended Master Complaint Against the City of New York 1–16–08. Document filed by City of New York. (Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 718 | CERTIFICATE OF SERVICE of Master Answer to the Amended Master Complaint for Construction Manager Def on 1–16–08. Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Co AMEC Construction Management, Inc., Plaza Construction Corp., Tully Environmental Inc., Turner/Plaza, A Joint AMEC Earth &Environmental, Inc.. (Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 719 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by MRA Engineeri (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 720 | CERTIFICATE OF SERVICE of Master Answer to the Amended Master Complaint Against Contractor Defendant 1–16–08. Document filed by Plaza Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Sim Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., T Safety Consulting, LLC, Lucius Pitkin, Inc., Bechtel Associates Professiona;l Corporation, Bechtel Construction, In Bechtel Corporation, Bechtel Environmental, Inc., Wolkow Braker Roofing Corporation, Gilsanz Murray Steficek L Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, In Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construc Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Dakota Demo–Tech, Diamond Point Excavatir Diego Construction, Inc., Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eas Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P. Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., J.P. Equipment Rental &Materials, L.L.C., Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Koch Skanska Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, LZA Tech. – Div. of Thornton T Group, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Meridian Construction Group, LLC, MRA Engineering, Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Po |

|  |  | Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Rob[...] Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Toretta Trucking, Inc., Vollmer [...] Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Lockwood [...] &Bartlett, Inc., Moretrench American Corp.. (Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 721 | CERTIFICATE OF SERVICE of Rule 7.1 Corporate Disclosure Statements on 1–16–08. Document filed by Atlant[...] Corp., LaStrada General Contracting Corp., Lucius Pitkin, Inc., A Russo Wrecking, Inc., Berkel &Co. Contractors, [...] Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp.[...] Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Sy[...] Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diego Construction, Inc., D[...] Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J.[...] Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee [...] Company, FTI Trucking Corp., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., H[...] Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Ren[...] &Materials, L.L.C., Laquila Construction, Inc., Manafort Brothers, Inc., Liberty Mutual Insurance Company, Leslie [...] Robertson Associates, R.L.L.P., Lockwood, Kessler &Bartlett, Inc., LVI/Mazzocchi Wrecking, Inc., Moretrench Am[...] Corp.. (Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 722 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Nacirema Indust[...] (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 723 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by New York Cran[...] &Equipment Corp.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 724 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Soletanche, Inc. and Soletanche Bachy as Co[...] Parent. Document filed by Nicholson Construction Co.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (E[...] 01/16/2008) |
| 1/16/2008 | 725 | CERTIFICATE OF SERVICE of Master Answer to the Amended Master Complaint Against Contractor Defendant[...] 1–16–08. Document filed by Cord Contracting Co. Inc.. (Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 726 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Peter Scalaman[...] &Sons, Inc.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 727 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Pinnacle Enviro[...] Corp.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 728 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph E. Hopkins, Esq. dated 1/14/08 re: Req[...] defendants be granted until 2/15/08 to file, if they choose to do so, Notices of Adoption in those individual actions f[...] served and pending for more than 30 days as of 1/15/08. ENDORSEMENT: The time for filing Notices of Adoption [...] enlarged to 2/15/08 for actions pending more than 30 days as of 1/15/08, and as provided in CMO 6 for all other cas[...] (Signed by Judge Alvin K. Hellerstein on 1/15/08) (rjm) (Entered: 01/16/2008) |
| 1/16/2008 | 729 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Pro Safety Servi[...] LLC. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 730 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Robert L. Geros[...] (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 731 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Robert Silman [...] Associates, P.C.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 732 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Rodar Enterpris[...] (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 733 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Royal GM, Inc..[...] (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 734 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Sperian Protection SA as Corporate Parent. D[...] filed by Sperian Respirstory Protection USA, LLC.(Sophocleous, Demetra) (Entered: 01/16/2008) |
| 1/16/2008 | 735 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Safeway Enviro[...] Corp.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 736 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Semcor Equipm[...] Manufacturing Corporation. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |

| 1/16/2008 | 737 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Silverite Contrac Corp.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
|---|---|---|
| 1/16/2008 | 738 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Simpson Gumpe &Heger Inc.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 739 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Skanska USA Civil, Inc. and Skanska AB as Parent. Document filed by Skanska Koch, Inc.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 740 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Skidmore Owin &Merrill, LLP. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 741 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Vollmer Associa LLP. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 742 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Weeks Marine, (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 743 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Weidlinger Asso Inc.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 744 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Wolkow Braker Corp.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/16/2008) |
| 1/16/2008 | 745 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying WSP New York, Inc., WSP USA, Inc. and W Group, PLC as Corporate Parent. Document filed by WSP Cantor Seinuk. (Attachments: # 1 Certificate of Service)( James) (Entered: 01/16/2008) |
| 1/18/2008 | 746 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Gerald G. Paul dated 1/16/08 re: counsel reque removed from all lists of recipients of electronic filings in all World Trade Center matters before Your Honor. ENDORSEMENT: The attorney's name is to be removed. (Signed by Judge Alvin K. Hellerstein on 1/17/08) (djc) ( (Entered: 01/22/2008) |
| 1/24/2008 | 747 | NOTICE of Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel. (Attach 1 Exhibit 1)(LoPalo, Christopher) (Entered: 01/24/2008) |
| 1/28/2008 | 748 | CASE MANAGEMENT ORDER NO. 7. Supplement to Clarifying Order Regulating Discovery and Scheduling Or as further set forth in said Order. This Document relates to All World Trade Center Disaster Site Litigation. (Signed Alvin K. Hellerstein on 1/28/08) (Attachments: # 1 Exhibit, # 2 Exhibit)(rjm) (Entered: 01/29/2008) |
| 1/29/2008 | 749 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Bechtel Associa Professional Corp.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/29/2008) |
| 1/29/2008 | 750 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Bechtel National, Inc., Bechtel Systems and Infrastructure, Inc. and Bechtel Group, Inc. as Corporate Parent. Document filed by Bechtel Environmental, Inc.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 01/29/2008) |
| 1/29/2008 | 751 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Bechtel Construction Operations, Inc. and Be Group, Inc. as Corporate Parent. Document filed by Bechtel Construction Company, Inc.. (Attachments: # 1 Certific Service)(Tyrrell, James) (Entered: 01/29/2008) |
| 1/29/2008 | 752 | SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Bechtel Group, Inc. as Co Parent. Document filed by Bechtel Corporation. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered : 01/29/2008) |
| 1/29/2008 | 753 | MOTION to Dismiss *of Bechtel Defendants*. Document filed by Bechtel Construction, Inc., Bechtel Corporation, Be Environmental, Inc., Bechtel Associates Professional Corp.. (Attachments: # 1 Certificate of Service)(Tyrrell, James (Entered: 01/29/2008) |
| 1/29/2008 | 754 | MEMORANDUM OF LAW in Support re: 753 MOTION to Dismiss *of Bechtel Defendants*.. Document filed by Be Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Bechtel Associates Professional Corp.. (Attac 1 Certificate of Service)(Tyrrell, James) (Entered: 01/29/2008) |
| 1/29/2008 | 755 | STIPULATION OF DISCONTINUANCE AND COURT ORDER... that whereas no party hereto is an infant or inc person for whom a committee has been appointed and no person not a party has an interest in the subject matter of th actions, the above actions listed on Schedule A are discontinued without prejudice against Verizon New York Inc. o without costs to either party as against the other... and as further set forth in said stipulation of discontinuance. This Document relates to all cases listed in Schedule A. (listed Attachments). (Signed by Judge Alvin K. Hellerstein on 1 (Attachments: # 1 Attachment, # 2 Attachment)(rjm) (Entered: 01/30/2008) |

| 01/31/2008 | 756 | NOTICE of NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 01/31/2008) |
|---|---|---|
| 02/04/2008 | 757 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Yannuzzi &Son (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 02/04/2008) |
| 02/04/2008 | 758 | AMENDED ANSWER to 606 Amended Complaint,. Document filed by City of New York, New York City Departm Transportation, New York City Department of Sanitation, New York Police Department, Weeks Marine, Inc., Mazz Wrecking, Yannuzzi &Sons, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(Tyrrell, Ja (Entered: 02/04/2008) |
| 02/04/2008 | 759 | AMENDED ANSWER to 606 Amended Complaint,. Document filed by Yannuzzi Demolition &Recycling Service: Nacirema Industries Incorporated, JP Equipment Rental Material, Inc., Plaza Construction Corp., Atlantic Heydt Co Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Total Safety Consulting, LLC, Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environ Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer−Four Transportation Corp., Buro Happold C Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Co Co. Inc., Dakota Demo−Tech, Diamond Point Excavating Corp., Diego Construction, Inc., Diversified Carting, Inc. Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En−Te Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, In Environmental, Inc., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recyc Corona, NY, Koch Skanska Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, LZA Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Meridian Construction Grou MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, I Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Toretta Trucking, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP C Seinuk, Lockwood, Kessler &Bartlett, Inc., Moretrench American Corp., Skidmore Owings &Merrill, LLP, Wolkow Roofing Corp., Bechtel Associates Professional Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(Tyrrell, James) (Entered: 02/04/2008) |
| 02/06/2008 | 760 | NOTICE of Core Discovery Medical Records Exchanged on February 6, 2008. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 02/06/2008) |
| 02/06/2008 | 761 | NOTICE of Core Discovery Medical Records Exchanged on February 6, 2008. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 02/06/2008) |
| 02/06/2008 | 762 | STIPULATION AND ORDER OF DISCONTINUANCE... that whereas no party hereto is an infant or incompetent for whom a committee has been appointed and no person not a party has an interest in the subject matter of the actio above actions listed on Schedule A are discontinued without prejudice against Verizon New York Inc., only, withou either party as against the other... and as further set forth in said stipulation and order. This Document relates to clain against Verizon New York Inc. only in: All Cases listed in Schedule A. (Signed by Judge Alvin K. Hellerstein on 2/ (rjm) (Entered: 02/11/2008) |
| 02/08/2008 | 763 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Shana Burleson for City of New York, Bovis Lend LMB, Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp. and T Consulting Corp. admitted Pro Hac Vice. This Document relates to 21mc100 and 21mc102. (Signed by Judge Alvin Hellerstein on 2/8/08) (rjm) (Entered: 02/11/2008) |
| 02/08/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 763 Order Admitting Attorney Pro Hac Vice,, to the A Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 02/11/2008) |
| 02/13/2008 | 764 | SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Stantec Holdings (Delawa Inc., Stantec Technology International, Inc., and Stantec, Inc. as Corporate Parent. Document filed by Vollmer Asso LLP. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 02/13/2008) |
| 02/14/2008 | 765 | ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN that plaintiff's motion seeking to reopen its case after was dismissed for failure to prosecute due to his attorney's failure to receive and respond to a notice from liaison co to a firewall program installed in the attorney's computer system, is granted. (Signed by Judge Alvin K. Hellerstein ( 2/13/08) Filed In Associated Cases: 1:21−mc−00100−AKH, 1:05−cv−07210−AKH(rjm) (Entered: 02/14/2008) |
| 02/15/2008 | 766 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Plaza Construction Corp.. (White, Danielle (Entered: 02/15/2008) |

| | | |
|---|---|---|
| 2/15/2008 | 767 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 768 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 769 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 770 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 771 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 772 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 773 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 774 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 775 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 776 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 777 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 778 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 779 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 780 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 781 | NOTICE of Adoption of Master Answer and Amended Master Answer. Document filed by Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 782 | NOTICE OF APPEARANCE by Danielle Marie White on behalf of Plaza Construction Corp. (White, Danielle) (Entered: 02/15/2008) |
| 2/15/2008 | 783 | NOTICE OF APPEARANCE by Brian Pelle Moran on behalf of Plaza Construction Corp. (Moran, Brian) (Entered: 02/15/2008) |
| 2/15/2008 | 784 | NOTICE of Update to Exhibit B to Master Answers. Document filed by City of New York, Bovis Lend Lease LMB Turner Construction Company, AMEC Construction Management, Inc., Tully Construction Co., Inc., Plaza Construction Corp., Tully Environmental Inc., Atlantic Heydt Corp., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc. Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Turner/Plaza, A Joint Venture, AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big A Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer−Four Transportation Corp., Buro Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, In Contracting Co. Inc., Dakota Demo−Tech, Diamond Point Excavating Corp., Diego Construction, Inc., Diversified Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J. Davies, En−Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Com FTI Trucking Corp., New York City Department of Transportation, New York City Department of Sanitation, New Police Department, Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services Environmental, Inc., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recyc Corona, Koch Skanska Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, LZA Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Meridian Construction Grou MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB |

| | | |
|---|---|---|
| | | Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Toretta Trucking, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP C Seinuk, Lockwood, Kessler &Bartlett, Inc., Moretrench American Corp., Skidmore Owings &Merrill, LLP, Wolkow Roofing Corp., Bechtel Associates Professional Corp., Yannuzzi &Sons, Inc., Yannuzzi Demolition &Recycling Se Corp., Nacirema Industries Incorporated, JP Equipment Rental Material, Inc.. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 02/15/2008) |
| 2/19/2008 | 785 | ORDER APPOINTING TECHNICAL ADVISOR. Timothy M. Opsitnick is hereby appointed as technical advisor t Special Masters in the 21 MC 100 litigation. Mr. Opsitnick will be compensated for his services at a rate of $325.00 with an invoice to be submitted to the Special Masters on the first of every month for forwarding to the parties who the expense in equal amount, with plaintiffs to pay half and defendants to pay half. The Special Masters will not ret liability for any portion of any invoice not paid by any party... and as further set forth. (Signed by Judge Alvin K. He on 2/19/08) (rjm) (Entered: 02/20/2008) |
| 2/21/2008 | 786 | ORDER CONCERNING PROTECTIVE ORDERS FOR CORE DISCOVERY...regarding procedures to be followe shall govern the handling of confidential material.... (Signed by Judge Alvin K. Hellerstein on 2/20/08) (rjm) (Enter 02/21/2008) |
| 2/27/2008 | 788 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Shannon W. Conway for City of New York, Bovis Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, I Plaza Construction Corp. admitted Pro Hac Vice. This Document relates to 21mc100, 21mc102. (Signed by Judge A Hellerstein on 2/27/08) (rjm) (Entered: 02/29/2008) |
| 2/27/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 788 Order Admitting Attorney Pro Hac Vice,, to the A Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 02/29/2008) |
| 2/28/2008 | | CONSOLIDATED MEMBER CASE: Create association to 1:08−cv−01991−AKH.. (rdz) (Entered: 03/03/2008) |
| 2/29/2008 | 789 | NOTICE of Core Discovery Medical Records Exchanged on February 29, 2008. Document filed by Plaintiffs Liaiso Counsel. (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 02/29/2008) |
| 3/04/2008 | 792 | MOTION for Heidi Oertle to Appear Pro Hac Vice. Document filed by The Port Authority of New York &New Jers Document relates to 21mc100 and 21mc103.(rjm) (Entered: 03/07/2008) |
| 3/04/2008 | | CASHIERS OFFICE REMARK on 792 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 3/4/08, R Number 643783. (rjm) (Entered: 03/14/2008) |
| 3/06/2008 | 790 | NOTICE of Notice of Adoption of Master Answer. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (En 03/06/2008) |
| 3/06/2008 | 791 | RESPONSE to Discovery Request.Document filed by Dennis M. O'Connor, Nicholas Lusuriello, Thomas M. Flande Blanca Goffredo, Frank Goffredo, Bernard Stinchcomb, Christine Stinchcomb, David Nolan, Louise Nolan, Robert Panarella, Herbert Pate, Donald Carson, Gloria Elaine Carson, Andrea Cavicchio, Nicola Cavicchio, Jason Porcaro, Panarella, Michael Panarella, Andrew Scallo, Diane Scallo, Karen Labetti, Michael Labetti, Frank Scallo, Andrew L Robert Suarez. (Attachments: #1 Medical Records Exchange list)(Scott, Suzanne) (Entered: 03/06/2008) |
| 3/07/2008 | 793 | RESPONSE to Discovery Request from Hon. Alvin K. Hellerstein.Document filed by Samuel Provisero.(Chinigo, D (Entered: 03/07/2008) |
| 3/07/2008 | 794 | RESPONSE to Discovery Request from James F. Regan.Document filed by 1 WTC Holdings, L.L.C..(Fogarty, Edw (Entered: 03/07/2008) |
| 3/07/2008 | 795 | RESPONSE to Discovery Request from Hon. Alvin K. Hellerstein.Document filed by Kevin Fitzpatrick.(Chinigo, D (Entered: 03/07/2008) |
| 3/07/2008 | 796 | NOTICE of Plaintiffs' "First Production" of Core Discovery Employment Authorizations. Document filed by Plainti Liaison Counsel. (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 03/07/2008) |
| 3/07/2008 | 797 | NOTICE of Plaintiffs' "First Production" of Core Discovery Responses. Document filed by Plaintiffs Liaison Couns (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 03/07/2008) |
| 3/07/2008 | 798 | NOTICE of Plaintiffs' "First Prodcuction" of Core Discovery Medical Authorizations. Document filed by Plaintiffs Counsel. (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 03/07/2008) |
| 3/07/2008 | 805 | PROTECTIVE ORDER; regarding procedures to be followed that shall govern the handling of confidential informa insurance confidential information. This Order is subject to modification and revision by the Court upon reasonable the parties. This document applies to all In Re: World Trade Center Disaster Site Litigation consolidated actions. (S Judge Gerard E. Lynch, Part 1 for Judge Hellerstein on 3/7/2008) (jp) (Entered: 03/14/2008) |

| 3/11/2008 | 799 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 03/11/2008) |
| 3/11/2008 | 800 | TRANSCRIPT of proceedings held on 1/2/08, 4:00pm before Judge Alvin K. Hellerstein. (rjm) (Entered: 03/11/200 |
| 3/11/2008 | 801 | RESPONSE to Discovery Request from Tishman Speyer.Document filed by Tishman Speyer Properties, LP.(Fogart Edward) (Entered: 03/11/2008) |
| 3/12/2008 | 802 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 03/12/2008) |
| 3/14/2008 | 803 | NOTICE of Bankruptcy Stipulation. Document filed by Mayore Estates, LLC. (Attachments: # 1 Stipulation and Or Annulling and Vacating the Automatic Stay, # 2 Certificate of Service)(Nash, Kevin) (Entered: 03/14/2008) |
| 3/14/2008 | 804 | NOTICE of Bankruptcy Stipulation. Document filed by Mayore Estates, LLC. (Attachments: # 1 Stipulation and Or Annulling and Vacating the Automatic Stay to Permit Continuation of World Trade Center Litigation, # 2 Certificat Service)(Nash, Kevin) (Entered: 03/14/2008) |
| 3/17/2008 | 806 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Heidi Oertle for The Port Authority of New York Jersey admitted Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 3/17/08) (rjm) (Entered: 03/18/2008) |
| 3/17/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 806 Order Admitting Attorney Pro Hac Vice, to the At Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 03/18/2008) |
| 3/18/2008 | 807 | ORDER REGULATING CONFIDENTIALITY PROVISIONS OF PROTECTIVE ORDER...regarding procedures followed that shall govern the handling of confidential material... (Signed by Judge Alvin K. Hellerstein on 3/18/08) (Entered: 03/18/2008) |
| 3/19/2008 | 808 | NOTICE OF APPEARANCE by Beth D. Jacob on behalf of The Port Authority of New York &New Jersey (Jacob, (Entered: 03/19/2008) |
| 3/21/2008 | 809 | ORDER denying 753 Bechtel Defendants' Motion to Dismiss... and as further set forth in said Order. (Signed by Jud K. Hellerstein on 3/21/08) (rjm) (Entered: 03/21/2008) |
| 3/24/2008 | 810 | ORDER APPOINTING TECHNICAL ADVISOR... that the objections of plaintiffs are denied. The recommendatio Special Masters are approved. The Special Masters, with the assistance of counsel, will kindly submit an order appo TCDI for the indicated tasks. (Signed by Judge Alvin K. Hellerstein on 3/21/08) (rjm) (Entered: 03/24/2008) |
| 3/26/2008 | 811 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 3/25/08 re: Bechtel that the Court suspend the Order pending submission of reply papers and while considering Bechtel's reply to Plaint arguments. ENDORSEMENT: Motion to suspend order of 3/21/08 is denied. The basis of the Court's order was a re the complaint and check−off complaints, and not plaintiffs' arguments. However, the Court will review Bechtel's rep submission and issue a supplementary order to the extent appropriate. (Signed by Judge Alvin K. Hellerstein on 3/2 (rjm) (Entered: 03/26/2008) |
| 3/28/2008 | 812 | MOTION for Summary Judgment *on Behalf of Structural and Design Engineer Defendants*. Document filed by Ski Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gils Murray Steficek LLP, Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Goldstein Associates Cons Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomase Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, Robert Silman Associates, Thornton Toma Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk.(Tyrrell, James) (Entered: 03/28/2008) |
| 3/28/2008 | 813 | MEMORANDUM OF LAW in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and Desi Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 3/28/2008 | 814 | DECLARATION of James E. Tyrrell, Jr., Esq. in Support re: 812 MOTION for Summary Judgment *on Behalf of St and Design Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartle Simpson Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engin P.C., Ewell W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Cons Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consu Engineers, Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Assoc Inc., WSP Cantor Seinuk. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # F, # 7 Exhibit G (part 1 of 4), # 8 Exhibit G (part 2 of 4), # 9 Exhibit G (part 4 of 4), # 10 Exhibit G (part 3 of 4))(Ty |

| | | James) (Entered: 03/28/2008) |
|---|---|---|
| 03/28/2008 | 815 | RULE 56.1 STATEMENT. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C., W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 03/28/2008 | 816 | AFFIDAVIT of Craig Schwitter in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and D Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 03/28/2008 | 817 | AFFIDAVIT of Claude Jean–Pierre in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural an Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 03/28/2008 | 818 | AFFIDAVIT of Ramon Gilsanz in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and D Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 03/28/2008 | 819 | AFFIDAVIT of Michael Guilfoyle in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Rober Associates, P.C.. (Tyrrell, James) (Entered: 03/28/2008) |
| 03/28/2008 | 820 | AFFIDAVIT of Richard Zottola in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and D Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 03/28/2008 | 821 | AFFIDAVIT of Sylvester A. Celebrini in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural Design Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, In Simpson Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engin P.C., Ewell W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Cons Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consu Engineers, Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Assoc Inc., WSP Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 03/28/2008 | 822 | AFFIDAVIT of Robert S. Vecchio in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 03/28/2008 | 823 | AFFIDAVIT of Neil Greenblatt in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and D Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim |

| | | |
|---|---|---|
| | | Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C. W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 3/28/2008 | 824 | AFFIDAVIT of Joel Moskowitz in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and D Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Rober Associates, P.C.. (Tyrrell, James) (Entered: 03/28/2008) |
| 3/28/2008 | 825 | AFFIDAVIT of Joseph Tortorella in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 3/28/2008 | 826 | AFFIDAVIT of Glenn R. Bell in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and Des Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 3/28/2008 | 827 | AFFIDAVIT of William Baker in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and De Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 3/28/2008 | 828 | AFFIDAVIT of Daniel A. Cuoco in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 3/28/2008 | 829 | AFFIDAVIT of Kenneth J. Stigner in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 3/28/2008 | 830 | AFFIDAVIT of Thomas Rittenhouse in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural a Design Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, In Simpson Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engin P.C., Ewell W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Cons Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consu Engineers, Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Assoc Inc., WSP Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 3/28/2008 | 831 | AFFIDAVIT of David Freedman in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural and Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C W. Finley, P.C., Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engin P.C., LZA Tech. – Div. of Thornton Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engin |

| | | |
|---|---|---|
| | | Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., ... Cantor Seinuk. (Tyrrell, James) (Entered: 03/28/2008) |
| 3/31/2008 | 832 | CERTIFICATE OF SERVICE of Notice of Structural and Design Engineer Defendants' Motion for Summary Judg... Accompanying Documents served on (See Attached Service List) on March 31, 2008. Service was made by Mail. D... filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Luci... Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Goldstein Ass... Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thorn... Tomasetti Group, MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, Robert Silman Associates, Thor... Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk. (Tyrrell, James)... (Entered: 03/31/2008) |
| 4/02/2008 | 833 | DECLARATION of Denise A. Rubin OF DIFFICULTY IN FILING VIA ECF SYSTEM. Filed on behalf of Plainti... Document Applies to All World Trade Center Disaster Site Litigation. (rjm) (Entered: 04/02/2008) |
| 4/02/2008 | 834 | PLAINTIFFS' MEMORANDUM OF LAW in Opposition to the Bechtel Defendants' Motion to Dismiss for Failure... Claim. This Document Applies to All World Trade Center Disaster Site Litigation. Document filed by Plaintiffs. (Attachments: #1 Exhibit A1, #2 Exhibit A2, #3 Exhibit A3, #4 Exhibit A4, #5 Exhibit A5)(rjm) (Entered: 04/02... |
| 4/02/2008 | 835 | DECLARATION of Denise A. Rubin in Opposition to Defendant Bechtel's Motion to Dismiss pursuant to Fed. R. C... 12(b)(6). This Document Applies to All World Trade Center Disaster Site Litigation. Document filed by Plaintiffs L... Counsel. (rjm) (Entered: 04/02/2008) |
| 4/02/2008 | 836 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. the attorney for the plaintiffs to the entitl... action, dismissing all claims and causes of action asserted against Defendants Westfield America, Inc., Westfield... Corporation, Inc., Westfield WTC, LLC, and Westfield WTC Holding, LLC arising out of the transactions set forth... complaint dated 10/5/07. (Signed by Judge Alvin K. Hellerstein on 4/2/08) Filed In Associated Cases: 1:21–mc–00100–AKH, 1:07–cv–08683–AKH(rjm) (Entered: 04/03/2008) |
| 4/02/2008 | 837 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 4/2/08 re: City of N... and its Contractors request for permission to file a Second Amended Master Answer to the Amended Master Compl... Against Contractor Defendants. ENDORSEMENT: So Ordered. (Signed by Judge Alvin K. Hellerstein on 4/2/08) (... (Entered: 04/03/2008) |
| 4/02/2008 | 838 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Christopher R. LoPalo dated 3/28/08 re: Plain... Counsel respectfully requests that this Court issue an Order relieving Plaintiff's Counsel from the procedure of filin... copies and separately uploading each affidavit of service through the ecf system... ENDORSEMENT: "I decline to s... proposed order. Individual filings in individual cases are necessary for a complete public record. The proposal woul... counsel's burden to the Clerk's Office and exceed budgetary limitations for court personnel." This Document relates... 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 4/2/08) (rjm) (Entered: 04/03/2008) |
| 4/03/2008 | 839 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Tucci Equipment... Corporation. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 04/03/2008) |
| 4/03/2008 | 840 | AMENDED ANSWER to 606 Amended Complaint,. Document filed by Plaza Construction Corp., Atlantic Heydt C... Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting... Total Safety Consulting, LLC, Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environ... Inc., Wolkow Braker Roofing Corporation, Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. ... Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four... Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp... Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating C... Diego Construction, Inc., Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eas... Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C... Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting... Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Laquila Construction, Inc., Anthony Cortes... Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Koch Skanska Inc., Leslie E. Robertson Associate... Consulting Engineers, P.C., Liberty Mutual Group, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brot... Mazzocchi Wrecking Inc., Meridian Construction Group, LLC, MRA Engineering, P.C., Mueser Rutledge Consulti... Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc.... Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Robert... Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite... Contracting Corp., Thornton Tomasetti Group, Inc., Toretta Trucking, Inc., Vollmer Associates, LLP, Turner... Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Lockwood, Kessler &Bartlett, Inc., Moretrench Am... Corp., Nacirema Industries, Inc., Skidmore Owings &Merrill, LLP, Bechtel Associates Professional Corp., Yannuzz... Demolition &Recycling Services, Corp., JP Equipment Rental Material, Inc., Tucci Equipment Rental Corporation. ... (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 04/03/2008) |

| | | |
|---|---|---|
| 4/03/2008 | 841 | AMENDED ANSWER to 606 Amended Complaint,. Document filed by Plaza Construction Corp., Atlantic Heydt C Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Total Safety Consulting, LLC, Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel & Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer−Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo−Tech, Diamond Point Excavating C Diego Construction, Inc., Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Ea Roofing Contractors, Inc., E.J. Davies, Inc., En−Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P. Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Laquila Construction, Inc., Anthony Cortes Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Koch Skanska Inc., Leslie E. Robertson Associate Consulting Engineers, P.C., Liberty Mutual Group, LZA Tech. − Div. of Thornton Tomasetti Group, Manafort Broth Mazzocchi Wrecking Inc., Meridian Construction Group, LLC, MRA Engineering, P.C., Mueser Rutledge Consultin Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc. Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Robert Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Toretta Trucking, Inc., Vollmer Associates, LLP, Weidlinger A Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Lockwood, Kessler &Bartlett, Inc., Moretrench Am Corp., Skidmore Owings &Merrill, LLP, Wolkow Braker Roofing Corp., Yannuzzi Demolition &Recycling Service Nacirema Industries Incorporated, JP Equipment Rental Material, Inc., Tucci Equipment Rental Corporation. (Attac #1 Certificate of Service)(Tyrrell, James) (Entered: 04/03/2008) |
| 4/04/2008 | 842 | REPLY MEMORANDUM OF LAW in Support re: 753 MOTION to Dismiss of Bechtel Defendants.. Document fil Bechtel Associates Professional Corporation, Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environment (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Certificate of Service)(Tyrrell, James) (Entered: 04/04/2008) |
| 4/04/2008 | 843 | REPLY AFFIRMATION of Joseph E. Hopkins in Support re: 753 MOTION to Dismiss of Bechtel Defendants.. Do filed by Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Profession Corporation. (Attachments: #1 Certificate of Service)(Tyrrell, James) (Entered: 04/04/2008) |
| 4/04/2008 | 849 | STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incompetent person f a committee has been appointed and no person not a party has an interest in the subject matter of the actions, the abo actions listed are discontinued without prejudice against −Cushman and Wakefield, Inc.− only, without costs to eith as against the other... and as further set forth in said stipulation and order. This Document relates to All Cases listed document. (Signed by Judge Alvin K. Hellerstein on 4/4/08) Filed In Associated Cases: 1:21−mc−00100−AKH et a (Entered: 04/08/2008) |
| 4/04/2008 | 850 | DUPLICATE STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incom person for whom a committee has been appointed and no person not a party has an interest in the subject matter of t actions, the above actions listed are discontinued without prejudice against Cushman and Wakefield, Inc., only, with to either party as against the other... and as further set forth in said stipulation and order. This Document relates to A listed in this document. (Signed by Judge Alvin K. Hellerstein on 4/4/08) Filed In Associated Cases: 1:21−mc−0010 et al.(rjm) (Entered: 04/09/2008) |
| 4/04/2008 | 851 | DUPLICATE STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incom person for whom a committee has been appointed and no person not a party has an interest in the subject matter of t actions, the above actions listed are discontinued without prejudice against Cushman and Wakefield, Inc., only, with to either party as against the other... and as further set forth in said stipulation and order. This Document relates to A listed in this document. (Signed by Judge Alvin K. Hellerstein on 4/4/08) Filed In Associated Cases: 1:21−mc−0010 et al.(rjm) (Entered: 04/09/2008) |
| 4/04/2008 | 853 | DUPLICATE STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incom person for whom a committee has been appointed and no person not a party has an interest in the subject matter of t actions, the above actions listed are discontinued without prejudice against Cushman and Wakefield, Inc., only, with to either party as against the other... and as further set forth in said stipulation and order. This Document relates to A listed in this document. (Signed by Judge Alvin K. Hellerstein on 4/4/08) Filed In Associated Cases: 1:21−mc−0010 et al.(rjm) (Entered: 04/10/2008) |
| 4/04/2008 | 856 | DUPLICATE STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incom person for whom a committee has been appointed and no person not a party has an interest in the subject matter of t actions, the above actions listed are discontinued without prejudice against Cushman and Wakefield, Inc., only, with to either party as against the other... and as further set forth in said stipulation and order. This Document relates to A listed in this document. (Signed by Judge Alvin K. Hellerstein on 4/4/08) Filed In Associated Cases: 1:21−mc−0010 et al.(rjm) (Entered: 04/10/2008) |
| 4/04/2008 | 857 | DUPLICATE STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incom person for whom a committee has been appointed and no person not a party has an interest in the subject matter of t |

| | | | |
|---|---|---|---|
| | | | actions, the above actions listed are discontinued without prejudice against Cushman and Wakefield, Inc., only, with... to either party as against the other... and as further set forth in said stipulation and order. This Document relates to A... listed in this document. (Signed by Judge Alvin K. Hellerstein on 4/4/08) Filed In Associated Cases: 1:21−mc−0010... et al.(rjm) (Entered: 04/10/2008) |
| 4/07/2008 | 844 | | NOTICE of Plaintiffs' Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel. (Attachment... Exhibit 1)(LoPalo, Christopher) (Entered: 04/07/2008) |
| 4/07/2008 | 845 | | NOTICE of Plaintiffs' Core Discovery Employment Authorizations. Document filed by Plaintiffs Liaison Counsel. (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 04/07/2008) |
| 4/07/2008 | 846 | | NOTICE of Plaintiffs' Core Discovery Medical Authorizations. Document filed by Plaintiffs Liaison Counsel. (Atta... #1 Exhibit 1)(LoPalo, Christopher) (Entered: 04/07/2008) |
| 4/07/2008 | 847 | | NOTICE of Plaintiffs' "Second Production" of Core Discovery Responses. Document filed by Plaintiffs Liaison Cou... (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 04/07/2008) |
| 4/07/2008 | 858 | | STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incompetent person f... a committee has been appointed and no person not a party has an interest in the subject matter of the actions, the abo... actions listed are discontinued without prejudice against LEFRAK ORGANIZATION, INC., only, without costs to ... party as against the other... and as further set forth in said stipulation and order. This Document relates to All Cases ... Schedule A. (Signed by Judge Alvin K. Hellerstein on 4/7/08) Filed In Associated Cases: 1:21−mc−00100−AKH et ... (Entered: 04/11/2008) |
| 4/07/2008 | 859 | | DUPLICATE STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incomp... person for whom a committee has been appointed and no person not a party has an interest in the subject matter of t... actions, the above actions listed are discontinued without prejudice against LEFRAK ORGANIZATION, INC., only... costs to either party as against the other... and as further set forth in said stipulation and order. This Document relate... Cases listed in Schedule A. (Signed by Judge Alvin K. Hellerstein on 4/7/08) Filed In Associated Cases: 1:21−mc−00100−AKH et al.(rjm) (Entered: 04/11/2008) |
| 4/08/2008 | 848 | | NOTICE of Plaintiffs' Amended Notice of Their "Second Production" of Core Discovery Responses. Document file... Plaintiffs Liaison Counsel. (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 04/08/2008) |
| 4/09/2008 | 852 | | NOTICE OF CHANGE OF ADDRESS by Jason Andrew Harrington on behalf of Gilsanz Murray Steficek LLP, Gi... Murray, Steficek, LLP. New Address: Wilson Elser Moskowitz Edelman &Dicker LLP, 150 E. 42nd Street, New Yo... York, USA 10017, 212−490−3000. (Harrington, Jason) (Entered: 04/09/2008) |
| 4/10/2008 | 854 | | MOTION to Strike *Certain Affirmative Defenses Pursuant to Rule 12(f) and/or For Judgment Pursuant to Local Ru... 12(h)(2)*. Document filed by Plaintiffs Liaison Counsel. (Attachments: #1 Exhibit Contractors' Second Amended M... Answer, #2 Exhibit City's Amended Master Answer, #3 Exhibit Transcript of January 11, 2007 Conference, #4 Ex... Letter from Steven Reiss to Court, #5 Exhibit 149 Cong. Rec. H1268, #6 Exhibit Bovis' Memorandum of Law from... 07−cv−1209(AKH))(Rubin, Denise) (Entered: 04/10/2008) |
| 4/10/2008 | 855 | | MOTION to Strike *Plaintiffs' Memorandum of Law in Support of their Motion to Strike Certain Affirmative Defense... Pursuant to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2)*. Document filed by Plaintiffs Liaison Counsel.(Rubin, Denise) (Entered: 04/10/2008) |
| 4/11/2008 | 860 | | NOTICE of Constitutional Question re: 855 MOTION to Strike *Plaintiffs' Memorandum of Law in Support of their ... Strike Certain Affirmative Defenses Pursuant to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). M... to Strike Plaintiffs' Memorandum of Law in Support of their Motion to Strike Certain Affirmative Defenses Pursuan... 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2)*., 854 MOTION to Strike *Certain Affirmative Defenses ... to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2)*. MOTION to Strike *Certain Affirmative Defense... Pursuant to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2)*. MOTION to Strike *Certain Affirmati... Defenses Pursuant to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2)*.. Document filed by Plaintiff... Counsel. (Rubin, Denise) (Entered: 04/11/2008) |
| 4/12/2008 | 861 | | MOTION to Amend/Correct , *Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certai... Affirmative Defenses (see documents 854 and 860)*. Document filed by Plaintiffs Liaison Counsel.(Rubin, Denise) (... 04/12/2008) |
| 4/14/2008 | 862 | | ANSWER to Amended Complaint. Document filed by American Building Maintenance Industries, Inc..(Samel, Do... (Entered: 04/14/2008) |
| 4/15/2008 | 863 | | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise A. Rubin dated 4/11/08 re: Request for... to withdraw the original Memorandum of Law which inadvertently disclosed information that was supposed to have ... kept confidential, and replace it with an amended (redacted) Memorandum. ENDORSEMENT: So Ordered. (Signed... Judge Alvin K. Hellerstein on 4/14/08) Filed In Associated Cases: 1:21−mc−00100−AKH, 1:07−cv−01209−AKH(r... |

| | | | |
|---|---|---|---|
| | | | (Entered: 04/15/2008) |
| 4/15/2008 | 875 | | STIPULATION... that the plaintiffs time to respond to the Motion for Summary Judgment by the Structural and Des Engineer Defendants served on 3/28/08, originally set for 4/11/08, shall be extended for sixty days and be served an or before 6/10/08, with defendants Reply papers to be served and filed on or before 6/17/08. This document applies World Trade Center Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 4/15/08) (rjm) (Entered: 04/2 |
| 4/16/2008 | 864 | | ORDER denying 854 Plaintiffs' Motion to Strike Certain Affirmative Defenses. Accordingly, even before oppositio are filed, I deny the motions, without prejudice to renewal at some later time. (Signed by Judge Alvin K. Hellerstein 4/16/08) (rjm) (Entered: 04/17/2008) |
| 4/18/2008 | 865 | | MOTION for Protective Order *Notice of Motion*. Document filed by Highrise Hoisting and Scaffolding, Inc., Bovis Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, I Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., T Safety Consulting, LLC, Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmenta AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contracto Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation C Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assemb Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diego Constructio Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contracto E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Fra Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen W Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Mat L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Coron Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Con Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc. Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., T Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., LVI/Mazzocchi Wrec Inc., Moretrench American Corp., Mazzocchi Wrecking, Nacirema Industries, Inc., Robert Silman Associates, P.C., Koch, Inc., Wolkow Braker Roofing Corp., Yannuzzi Bros, Inc., Tucci Equipment Rental Corporation, Bechtel A Professional Corporation. Return Date set for 5/5/2008 at 03:00 PM.(Tyrrell, James) (Entered: 04/18/2008) |
| 4/18/2008 | 866 | | MOTION for Protective Order *Certification of James E. Tyrrell, Jr., Esq. and Exhibits A–D*. Document filed by Bo Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, I Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., T Safety Consulting, LLC, Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmenta AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contracto Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation C Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assemb Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diego Constructio Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contracto E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Fra Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen W Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Mat L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Coron Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Con Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc. Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Robert Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associat R.L.L.P., LVI/Mazzocchi Wrecking, Inc., Moretrench American Corp., Mazzocchi Wrecking, Nacirema Industries, Skanska Koch, Inc., Wolkow Braker Roofing Corp., Bechtel Associates Professional Corp., Yannuzzi &Sons, Inc., Equipment Rental Corporation, Highrise Hoisting and Scaffolding, Inc.. Return Date set for 5/5/2008 at 03:00 PM.( James) (Entered: 04/18/2008) |
| 4/18/2008 | 867 | | MOTION for Protective Order *Exhibits E–G*. Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt C Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equi and Manufacturing Corporation, LaStrada General Contracting Corp., Moretrench American Corporation, Total Saf Consulting, LLC, Lucius Pitkin, Inc., Bechtel Associates Professiona;l Corporation, Bechtel Construction, Inc., Bec Corporation, Bechtel Environmental, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Ru |

Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Bre
National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Co
Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond I
Excavating Corp., Diego Construction, Inc., Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Cor
Corp., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Me
Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein
Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian
Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortes
Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. – Div. of Thornton Tomasetti Group, N
Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Cor
Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental, Inc., Pro Safety Servic
PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Saf
Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weid
Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Les
Robertson Associates, R.L.L.P., LVI/Mazzocchi Wrecking, Inc., Mazzocchi Wrecking, Nacirema Industries, Inc., R
Silman Associates, P.C., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipme
Rental Corporation, Highrise Hoisting and Scaffolding, Inc..(Tyrrell, James) (Entered: 04/18/2008)

| 4/18/2008 | 868 | MOTION for Protective Order *Exhibits H–L.* Document filed by Bovis Lend Lease LMB, Inc., Tully Construction C Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt C Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equi and Manufacturing Corporation, LaStrada General Contracting Corp., Moretrench American Corporation, Total Saf Consulting, LLC, Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Sy Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diego Construction, Inc., D Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Weld Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Mat L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Coron Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Con Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., 7 Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., LVI/Mazzocchi Wre Inc., Mazzocchi Wrecking, Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation, Bechtel Associates Professional Corpo Highrise Hoisting and Scaffolding, Inc..(Tyrrell, James) (Entered: 04/18/2008) |
| 4/18/2008 | 869 | AFFIDAVIT of Annette Smith in Support re: 868 MOTION for Protective Order *Exhibits H–L.*, 867 MOTION for Protective Order *Exhibits E–G.*, 866 MOTION for Protective Order *Certification of James E. Tyrrell, Jr., Esq. and A–D.*, 865 MOTION for Protective Order *Notice of Motion..* Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction C Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &He Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, I Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big A Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro I Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, In Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diego Construction, Inc., Diversified C Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J. Davies, En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Com FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Service HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., I Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. – Thornton Tomasetti Group, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Enginee York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Enviro Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal C SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., V Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mu Insurance Company, Leslie E. Robertson Associates, R.L.L.P., LVI/Mazzocchi Wrecking, Inc., Moretrench Americ Mazzocchi Wrecking, Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Brak |

| | | |
|---|---|---|
| | | Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation, Bechtel Associates Professional Corpo... Highrise Hoisting and Scaffolding, Inc.. (Tyrrell, James) (Entered: 04/18/2008) |
| 4/18/2008 | 870 | AFFIDAVIT of Erin O'Reilly in Support re: 868 MOTION for Protective Order *Exhibits H–L.*, 867 MOTION for P... Order *Exhibits E–G.*, 866 MOTION for Protective Order *Certification of James E. Tyrrell, Jr., Esq. and Exhibits A–... MOTION for Protective Order *Notice of Motion..* Document filed by Bovis Lend Lease LMB, Inc., Tully Constructi... Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic He... Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semco... Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Moretrench American Corporatio... Safety Consulting, LLC, Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmenta... AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contracto... Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation C... Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assemb... Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diego Constructio... Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contracto... E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Fra... Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen W... Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Mat... L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Coron... Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Con... Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc.... Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar ... Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., ... Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., ... Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., LVI/Mazzocchi Wre... Inc., Mazzocchi Wrecking, Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow... Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation, Bechtel Associates Professional Corpo... Highrise Hoisting and Scaffolding, Inc.. (Tyrrell, James) (Entered: 04/18/2008) |
| 4/18/2008 | 871 | MEMORANDUM OF LAW in Support re: 868 MOTION for Protective Order *Exhibits H–L.*, 867 MOTION for Pr... Order *Exhibits E–G.*, 866 MOTION for Protective Order *Certification of James E. Tyrrell, Jr., Esq. and Exhibits A–... MOTION for Protective Order *Notice of Motion. Defendant Contractors' Memorandum of Law in Support of Motion... Maintain Protective Order.* Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner ... Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Sk... Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and ... Manufacturing Corporation, LaStrada General Contracting Corp., Moretrench American Corporation, Total Safety ... Consulting, LLC, Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc.,... Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., ... Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp.,... Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Sy... Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diego Construction, Inc., D... Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J... Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee ... Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Weldi... Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Mat... L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Coron... Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Con... Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc.,... Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar ... Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., ... Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc.,... Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., LVI/Mazzocchi Wre... Inc., Mazzocchi Wrecking, Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow... Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation, Bechtel Associates Professional Corpo... Highrise Hoisting and Scaffolding, Inc.. (Tyrrell, James) (Entered: 04/18/2008) |
| 4/18/2008 | 872 | AFFIDAVIT of Timothy Walker in Support re: 868 MOTION for Protective Order *Exhibits H–L.*, 867 MOTION fo... Protective Order *Exhibits E–G.*, 866 MOTION for Protective Order *Certification of James E. Tyrrell, Jr., Esq. and ... A–D.*, 865 MOTION for Protective Order *Notice of Motion..* Document filed by Bovis Lend Lease LMB, Inc., Tully ... Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction ... Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &He... Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Moretrench American ... Corporation, Total Safety Consulting, LLC, Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Be... Environmental, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., B... &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Bren... |

| | | |
|---|---|---|
| | | Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diego Construction, Inc., Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., LVI/Mazzocchi Wrecking, Inc., Mazzocchi Wrecking, Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Bechtel Associates Professional Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation, Highrise Hoisting and Scaffolding, Inc.. (Tyrrell, James) (Entered: 04/18/2008) |
| 4/18/2008 | 873 | AFFIDAVIT of William Ryan in Support re: 868 MOTION for Protective Order Exhibits H–L., 867 MOTION for Protective Order Exhibits E–G., 866 MOTION for Protective Order Certification of James E. Tyrrell, Jr., Esq. and Exhibits A– MOTION for Protective Order Notice of Motion.. Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Moretrench American Corporation, Total Safety Consulting, LLC, Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diego Construction, Inc., Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., LVI/Mazzocchi Wrecking, Inc., Mazzocchi Wrecking, Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Bechtel Associates Professional Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation, Highrise Hoisting and Scaffolding, Inc.. (Tyrrell, James) (Entered: 04/18/2008) |
| 4/18/2008 | 874 | AFFIDAVIT of Brian Casey in Support re: 868 MOTION for Protective Order Exhibits H–L., 867 MOTION for Protective Order Exhibits E–G., 866 MOTION for Protective Order Certification of James E. Tyrrell, Jr., Esq. and Exhibits A– MOTION for Protective Order Notice of Motion.. Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diego Construction, Inc., Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., LVI/Mazzocchi Wrecking, Inc., Moretrench America |

| | | |
|---|---|---|
| | | Mazzocchi Wrecking, Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Brak_ Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation, Bechtel Associates Professional Corpo_ Highrise Hoisting and Scaffolding, Inc.. (Tyrrell, James) (Entered: 04/18/2008) |
| 4/26/2008 | 876 | MOTION for Protective Order – *Plaintiffs' Opposition to Defendants' Motion for Protective Order*. Document filed Plaintiffs Liaison Counsel. (Attachments: #1 Exhibit A – Survey of Def Contractors' Litigations, #2 Exhibit B – D_ Paige C.V., #3 Exhibit C – Temporary Protective Order, #4 Exhibit D – Excerpt of Transcript of November 16, 20_ Conference;, #5 Exhibit E – 07–cv–1209 Decision dated March 15, 2008, #6 Exhibit F – April 2, 2008 letter from Defendants Liaison Counsel to Special Masters)(Rubin, Denise) (Entered: 04/26/2008) |
| 4/26/2008 | 877 | MOTION for Protective Order ; *Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of D Paige, Esq. in Opp to the Motion*. Document filed by Plaintiffs Liaison Counsel.(Rubin, Denise) (Entered: 04/26/200_ |
| 4/26/2008 | 878 | MOTION for Protective Order *Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Protective C* Document filed by Plaintiffs Liaison Counsel.(Rubin, Denise) (Entered: 04/26/2008) |
| 4/29/2008 | 879 | MOTION for Protective Order – *Executed Affirmation of David Paige in Response to Defendants' Motion for a Pro Order*. Document filed by Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered: 04/29/2008) |
| 4/29/2008 | 880 | MEMORANDUM OF LAW in Opposition re: 865 MOTION for Protective Order *Notice of Motion. Memorandum Port Authority of New York and New Jersey in partial Opposition to Defendant Contractors' Motion to maintain Pr_ Order*. Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 04/29/2008) |
| 4/29/2008 | 881 | DECLARATION of Beth Jacob in Opposition re: 865 MOTION for Protective Order *Notice of Motion.*. Document The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 04/29/2008) |
| 4/30/2008 | 882 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 4/30/08 re: To per_ completion of discussions with Plaintiffs' Co–Liaison Counsel and work on the categorizations and "exemplar" info Defendants' Co–Liaison Counsel write respectfully to request a brief two–week extension of time to complete this v ENDORSEMENT: "An enlargement until 5/16/08 is granted." (Signed by Judge Alvin K. Hellerstein on 4/30/08) (r_ (Entered: 04/30/2008) |
| 5/01/2008 | 883 | ORDER GRANTING ON RECONSIDERATION BECHTEL DEFENDANTS' MOTION TO DISMISS... that Bec_ motion to dismiss is granted, and my order of 3/21/08 is vacated. Plaintiffs shall prepare, within 10 days of the issua this order, a proposed order dismissing Bechtel from all cases in the 21MC100 litigation. Plaintiffs shall also prepar annex, to be approved by Bechtel, of each case in which Bechtel is named as a Defendant, and, consequently, in whi order dismissing Bechtel should be filed. (Signed by Judge Alvin K. Hellerstein on 4/30/08) (rjm) (Entered: 05/01/2_ |
| 5/01/2008 | 884 | NOTICE of PLAINTIFFS PRODUCTION OF CORE DISCOVERY MEDICAL RECORDS. Document filed by Pl Liaison Counsel. (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 05/01/2008) |
| 5/01/2008 | 885 | REPLY MEMORANDUM OF LAW in Support re: 865 MOTION for Protective Order *Notice of Motion.*. Documer by Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Peter Acquaro, Atlantic Heydt Corp., Skidmore Owings &Merrill LLF Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corpora_ Dakota Demo–Tech, Inc., LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., E_ Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., AMEC Earth &Environmental, Inc., Gilsanz Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., B Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Ca_ Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Diamo_ Excavating Corp., Diego Construction, Inc., Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Cor_ Corp., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Me_ Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Gilsanz, M_ Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc_ Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Constru_ Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contra_ Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmenta_ Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc._ Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associat_ R.L.L.P., Lockwood, Kessler &Bartlett, Inc., LVI/Mazzocchi Wrecking, Inc., Moretrench American Corp., Nacirem_ Industries, Inc., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Bechtel Associates Professional Corp., Yannuz_ &Sons, Inc., Tucci Equipment Rental Corporation, Highrise Hoisting and Scaffolding, Inc.. (Tyrrell, James) (Entere_ 05/01/2008) |

| 05/01/2008 | 886 | DECLARATION of James E. Tyrrell, Esq. in Support re: 865 MOTION for Protective Order Notice of Motion.. Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, Dakota Demo-Tech, Inc., LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., Bechtel Construction, Inc., Bechtel Corporation, Bechtel Environmental, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Diamond Point Excavating Corp., Diego Construction, Inc., Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortese-Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Lockwood, Kessler &Bartlett, Inc., LVI/Mazzocchi Wrecking, Inc., Moretrench American Corp., Nacirema Industries, Inc., Nicholson Construction Company, Silman Associates, P.C., Skanska Koch, Inc., Skidmore Owings &Merrill, LLP, Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation, Bechtel Associates Professional Corporation, Highrise Hoisting and Scaffolding, Inc.. (Tyrrell, James) (Entered: 05/01/2008) |
| 05/01/2008 | 887 | DECLARATION of Michael D. Markman in Support re: 865 MOTION for Protective Order Notice of Motion.. Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., Bechtel Corporation, Bechtel Environmental, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diego Construction, Inc., Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Lockwood, Kessler &Bartlett, Inc., LVI/Mazzocchi Wrecking, Inc., Moretrench American Corp., Nacirema Industries, Inc., Robert Silman Associates, Skanska Koch, Inc., Skidmore Owings &Merrill, LLP, Wolkow Braker Roofing Corp., Bechtel Associates Professional Corp., Bechtel Construction Company, Inc., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation, Highrise Hoisting and Scaffolding, Inc.. (Tyrrell, James) (Entered: 05/01/2008) |
| 05/01/2008 | 888 | NOTICE OF APPEAL from 883 Order. Document filed by Plaintiffs whose claims were dismissed against Bechtel Associates Professional Corporation, Bechtel Construction, Inc., Bechtel Corporation and Bechtel Environmental, Inc.. Filing fee $ 455.00, receipt number 649564. (tp) (Entered: 05/02/2008) |
| 05/02/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 888 Notice of Appeal. (Entered: 05/02/2008) |
| 05/02/2008 | | Transmission of Notice of Appeal to the District Judge re: 888 Notice of Appeal.(tp) (Entered: 05/02/2008) |
| 05/02/2008 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 144 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 232 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 7 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein |

Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC L.L.C.,, Silverstein Properties, Inc.,,,, 68 Order,,, 260 Order,, 288 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 438 Response in Opposition Motion, filed by Plaintiffs Liaison Counsel,, 414 Order,, 310 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 82 Order,,,, 404 MOTION Dismiss. filed by Turner Construction Company,, Turner/Plaza, A Joint Venture,, 132 Rule 7.1 Corporate Disclosur Statement filed by Plaza Construction Corp.,, 382 Endorsed Letter,,, 226 Answer to Complaint filed by World Trade Properties LLC,, 104 Answer to Complaint filed by City of New York,, 486 Order on Motion for Summary Judgment MOTION for Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield Am Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,, 528 Endorsed Letter,, 376 En Letter,,, 517 Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript, 175 Answer to Complaint filed b Construction Corp.,, 445 Notice of Appearance filed by John Montalvo,, marion s. mishkin,, 230 Answer to Compla by Bovis Lend Lease, Inc.,, and Tully Construction Co., Inc.,, 420 Endorsed Letter,, 509 Master Allegations filed b Liaison Counsel,, 545 Notice of Appeal,, filed by Turner Construction Company,, Bechtel Corporation,, The Port A of New York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, A Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L. Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 384 Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed by City of York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Co Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, B Associates Professiona;l Corporation,, 74 Stipulation and Order,, 76 Endorsed Letter,, 355 Order, Add and Terminat Attorneys,,, 396 Affidavit in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by Th Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silv WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC L.L.C.,, Silverstein Properties, Inc.,,, 314 Order,, 375 Notice of Voluntary Dismissal – Signed,, 204 Rule 7.1 Corpor Disclosure Statement filed by Plaza Construction Corp.,, 449 Affidavit in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by Michael Chambers,, 46 Affidavit of Servi 344 Opposition Brief filed by Bovis Lend Lease LMB, Inc.,, 55 Endorsed Letter,, 107 Answer to Complaint filed by New York,, 300 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison C 417 Endorsed Letter,, 482 Order,, 327 Notice of Appearance filed by Wolkow Braker Roofing Corporation,, 113 A Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure Statement filed by Tishman Const Corporation of New York,, Tishman Construction Corporation of Manhattan,, 108 Rule 7.1 Corporate Disclosure St filed by Plaza Construction Corp.,, 378 CROSS MOTION to Remand to State Court. filed by Battery Park City Aut 254 Order on Motion to Appear Pro Hac Vice, 332 Notice (Other) filed by Plaintiffs Liaison Counsel,, 303 Waiver o Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate D Statement filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 No Appearance, filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavi Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed by Charles Dalton,, 57 Order,,, MOTION for Judgment on the Pleadings Based on State Statutory Immunity. filed by The Port Authority of New Y &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey Answer to Complaint filed by Plaza Construction Corp.,, 259 Order,, 170 Rule 7.1 Corporate Disclosure Statement Plaza Construction Corp.,, 534 Memorandum &Opinion,,,, 33 Order,,,,,, 524 Notice (Other) filed by Plaintiffs Liais Counsel,, 494 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L. Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silvers WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC L.L.C.,, Silverstein Properties, Inc.,,, 83 Case Management Plan,,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac behalf of Plaintiffs' Liaison Counsel. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza Construction Corp.,, 320 Endorsed Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,, Opposition Brief filed by The City of New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Br Works Co.,, 79 Order, Set Deadlines,,,,, 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction C MOTION for Joseph E. Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Compan AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Co 323 Rule 7.1 Corporate Disclosure Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Suppor

Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by City of New
York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB,,
AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In
Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Co
Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C
Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis
Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, __49__ Rule 56.1 St
filed by City of New York,, __290__ Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Pla
Liaison Counsel,, __127__ Answer to Complaint filed by Plaza Construction Corp.,, __264__
Declaration,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Phillips and Jordan,, __461__ Notice (Other) filed by Plai
Liaison Counsel,, __283__ Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Plaintiffs Liaison Counsel,, __208__ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, __365__ Or
Order,, __151__ Answer to Complaint filed by Plaza Construction Corp.,, __412__ Order,,,,, __159__ Answer to Complaint filed b
Construction Corp.,, __121__ Answer to Complaint filed by Plaza Construction Corp.,, __489__ Endorsed Letter,, __380__ Endor
Letter,, __40__ Affidavit of Service Other,, __406__ Endorsed Letter,, __50__ MOTION for Summary Judgment. filed by City of
York,, __207__ Answer to Complaint filed by Plaza Construction Corp.,, __280__ Subpoena Issued, filed by Defendants,, __47
7.1 Corporate Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environment
Bechtel Associates Professiona;l Corporation,, Bechtel,, __42__ Affidavit of Service Other,, __255__ Notice (Other), Notice (O
filed by City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction C
__364__ Notice (Other) filed by Plaintiffs Liaison Counsel,, __348__ Endorsed Letter,, __464__
Reply,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, filed by City of New York,, Turner Construction
Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease
Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, __390__ Rule 56.1 Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, __87__ Notice (Other), Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC
Westfield America, Inc.,, Westfield WTC Holding LLC.,, __32__ Order,,,, __537__ Endorsed Letter,, __496__ Reply Memorandu
in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Silverstein Properties, I
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,,
Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,
Case Management Plan,,,,, __195__ Answer to Complaint filed by Plaza Construction Corp.,, __298__ Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, __133__ Answer to Complaint
Plaza Construction Corp.,, __316__ Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, __123__ Answer to Complaint filed by
Construction Corp.,, __154__ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, __143__ Answer t
Complaint filed by Plaza Construction Corp.,, __101__ Answer to Complaint filed by City of New York,, __322__ Rule 7.1 C
Disclosure Statement filed by Verizon New York Inc.,, __220__ Rule 7.1 Corporate Disclosure Statement filed by Plaza
Construction Corp.,, __325__ Order,, __176__ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, __4
Protective Order,, __217__ Answer to Complaint filed by Plaza Construction Corp.,, __321__ Notice of Appearance filed by
New York Inc.,, Verizon Properties Inc.,, __400__ Rule 56.1 Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,
filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverst
Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Prop
LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L
Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings,
5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, __379__ Memorandum of Law in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,, filed by Battery Park City Authority,, __245__ Order,, __139__ A
to Complaint filed by Plaza Construction Corp.,, __70__ MOTION to Dismiss. filed by The Port Authority of New York
Jersey,, World Trade Center Properties LLC,, __275__ Declaration in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Defendants,, __539__ Order,, __239__ Answer to Complaint filed
of New York,, __488__ Declaration,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by City of New Y
Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,,
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan

Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professiona;l Corporation,, Bechtel,, 161 Answer to Complaint filed by Plaza Construction Corp.,, 293 Waiver of Se Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 291 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 91 Endorsed Letter,, 199 A Complaint filed by Plaza Construction Corp.,, 299 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp. Endorsed Letter,, 118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 137 Answer to C filed by Plaza Construction Corp.,, 84 Declaration,, 198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor Corp.,, 469 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverst Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Prop LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 313 Order,, 114 Rule 7.1 Corporate Disclosure Statement fil Plaza Construction Corp.,, 243 Order,,,, 532 Order,,, 453 Notice of Change of Address,,,, filed by City of New York Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, LaStrada General Contracting Corp.,, L Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp. Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Li Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental, Inc.,, Tully Industries, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Le Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,, Group, Inc.,, SKIDMORE OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC,, Total Safe Consulting, LLC,, Wolkow Braker Roofing Corporation,, 103 Answer to Complaint filed by City of New York,, 530 Endorsed Letter, Set Deadlines/Hearings,,,, 311 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, by Plaintiffs Liaison Counsel,, 169 Answer to Complaint filed by Plaza Construction Corp.,, 277 Order,, 52 Respon Order, 333 Notice (Other) filed by Plaintiffs Liaison Counsel,, 436 Response in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 93 Remark fi Nomura Holding America, Inc.,, 110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 1 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 231 MOTION seeking an order deeming cross−claims for contribution or indemnity as amongst all co−defendants to have been made and denied.. (Filing Fe 39.00.) filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 216 Rule 7.1 Corporate Disclosure Statement filed Construction Corp.,, 135 Answer to Complaint filed by Plaza Construction Corp.,, 183 Answer to Complaint filed b Construction Corp.,, 508 Master Allegations filed by Plaintiffs Liaison Counsel,, 306 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 69 Order, Set Hearings,, 4 Counter Statement to Rule 56.1,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by City of New Y Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovi Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 352 Order, Add and Termini Attorneys,,, 36 Order of Dismissal,, 493 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Consolidated Edison Company of Nev Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solutions Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 533 Order,, 190 Rule 7.1 Corp Disclosure Statement filed by Plaza Construction Corp.,, 369 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 304 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 128 Rule 7.1 Corporate D Statement filed by Plaza Construction Corp.,, 71 Memorandum of Law in Support of Motion filed by The Port Auth New York &New Jersey,, World Trade Center Properties LLC,, 523 Notice (Other) filed by Plaintiffs Liaison Coun Answer to Complaint filed by Plaza Construction Corp.,, 419 Affirmation in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Michael Chambers,, 309 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 446 Notice of Change of

Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co
LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis
Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend
Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bov
Lease, Inc. and Tully Construction Co. Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mu
Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC
KESSLER &BARTLETT, INC., Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, **256** Notice
filed by Tully Construction Co., Inc.,, **409** CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jor
Order,,, **269** Protective Order, **106** Answer to Complaint filed by City of New York,, **212** Rule 7.1 Corporate Disclo
Statement filed by Plaza Construction Corp., **178** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp., **102** Answer to Complaint filed by City of New York,, **452** Stipulation and Order,, **30** Notice (Other) filed by
Patrick Ryan,, Charles Markey,, **229** Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,, **413**
Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,, **318** Order, Set Deadlines/Hearings,,,,,,,,,,, **392** MOTION
Summary Judgment Based on Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by The Po
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 W
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,
Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Sil
WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein
Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC
L.L.C.,, Silverstein Properties, Inc.,,, **235** Order on Motion to Appear Pro Hac Vice,, **487** Order,,,, **179** Answer to Co
filed by Plaza Construction Corp., **221** Answer to Complaint filed by Plaza Construction Corp.,, **454** Declaration in
Support,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Tishman Construction Corporation of Ne
Tishman Construction Corporation of Manhattan,, **522** Notice (Other) filed by Plaintiffs Liaison Counsel,, **165** Answ
Complaint filed by Plaza Construction Corp.,, **266** Endorsed Letter,,, **484** Order on Motion for Leave to Appear,,, **37**
of Appearance filed by Verizon Communications Inc.,, **367** Rule 7.1 Corporate Disclosure Statement filed by Tishm
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, **124** Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp., **490** Endorsed Letter,, **56** Order,,,,, **281** Order,, **292** Waiver of
Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, **138** Answer to Co
filed by Plaza Construction Corp.,, **527** Reply Memorandum of Law,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Properties, Inc.,, B
Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillips and Jordan,,
Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein WTC Properties,,
Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings,,
5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, Turner/Plaza, A Joint Venture,, **483** Order, **307** Waiver of S
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, **85** Case Management Plan
Endorsed Letter,, **233** Opposition Brief, filed by Plaintiffs Liaison Counsel,, **301** Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, **173** Answer to Complaint
Plaza Construction Corp.,, **182** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **397**
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,, filed by The Port
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne
and New Jersey,, **470** Reply Memorandum of Law,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed
of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lea
Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation
Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Bechtel,, **43** Affidavit of Service Other, **295** Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, **89** Order,,,, **349** Endorsed
**48** Declaration in Support, filed by City of New York,, **155** Answer to Complaint filed by Plaza Construction Corp.,
Transcript, **45** Affidavit of Service Other, **289** Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
by Plaintiffs Liaison Counsel,, **458** Reply Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by City of New York,, Turner Construction
Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction

Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, _383_ MOTION to Dismiss. filed by City of New York,, Turner Construction Co. Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, _62_ Order,,, _541_ FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by Plaintiffs Liaison Counsel,, _519_ Order,, _328_ Notice of Appearance filed by Zeckendorf Realty, L.P.,, _278_ Remark,, _ Endorsed Letter, Set Deadlines/Hearings,,,,, _73_ Order,,, _116_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _338_ Notice of Appearance filed by Nomura Holding America, Inc.,, _271_ MOTION to Compel Discovery and for Sanctions for Failure to Comply. filed by Plaintiffs Liaison Counsel,, _160_ Rule 7.1 Corporate Dis Statement filed by Plaza Construction Corp.,, _462_ Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by Westfield Corporation, Inc.,, Westfield W LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, _270_ Order,,,,, _393_ Certificate of Service Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,, filed by City of New York,, Turner Construction Comp Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp _223_ Answer to Complaint filed by Plaza Construction Corp.,, _261_ Endorsed Letter,, _345_ Opposition Brief filed by C New York,, 64 Transcript,, _366_ Notice of Appearance filed by The Bank of New York Company, Inc.,, The Bank of York,, One Wall Street Holdings LLC.,, One Wall Street Corporation,, The Bank of New York Trust Company,, _285_ of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, _502_ Order,,,, _5 Notice of Appearance filed by Nomura Holding America, Inc.,, _500_ Stipulation and Order of Dismissal,,, _228_ Rule 7 Corporate Disclosure Statement filed by Tully Construction Co., Inc.,, _546_ Notice of Appearance filed by Musco Sp Lighting, LLC,, _222_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _215_ Answer to Co filed by Plaza Construction Corp.,, _346_ Opposition Brief filed by City of New York,, _510_ Master Allegations filed b Plaintiffs Liaison Counsel,, _98_ Order,, _120_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Co Answer to Complaint filed by Plaza Construction Corp.,, _202_ Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, _372_ Notice of Appearance filed by Verizon Communications Inc.,, _238_ Affirmation in Support Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding C Inc.,, Consolidated Edison Development, Inc.,, _105_ Answer to Complaint filed by City of New York,, _185_ Answer t Complaint filed by Plaza Construction Corp.,, _480_ Endorsed Letter,,, _531_ Order,,, _99_ Order Admitting Attorney Pro l Vice,, _111_ Answer to Complaint filed by Plaza Construction Corp.,, _354_ Order, Add and Terminate Attorneys,,, _471_ Declaration in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by City of New Y Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovi Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease In Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, _41_ Affidavit of Service Oth Affidavit in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by John Montalvo Notice (Other), Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties _193_ Answer to Complaint filed by Plaza Construction Corp.,, _146_ Rule 7.1 Corporate Disclosure Statement filed b Construction Corp.,, _125_ Answer to Complaint filed by Plaza Construction Corp.,, _279_ Reply to Response to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, _543_ MOTION for Leave to the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed by City of New York,, Turner Construction Company,, Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, _167_ Answer to Complaint filed by Plaza Construction Corp.,, _339_ Notice (Other) filed by Plaintiffs Liaison Counsel,, _441_ Affidavit in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by J Montalvo,, _485_ Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,, filed by marion s. mishkin,, _248_ Case Management Plan,, _526_ Stipulation and Order of Dismissal,, _184_ Rule 7.1 Cor Disclosure Statement filed by Plaza Construction Corp.,, _150_ Rule 7.1 Corporate Disclosure Statement filed by Plaz

Construction Corp.,, 236 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 334 Order, Deadlines/Hearings,,, 37 Order,,,,, 129 Answer to Complaint filed by Plaza Construction Corp.,, 117 Answer to Complaint filed by Plaza Construction Corp.,, 513 Master Allegations filed by Plaintiffs Liaison Counsel,, 241 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 341 Opposition Brief filed by The City of New York,, 386 Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,, filed by City of New York,, Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc., Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp., International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 141 Answer to Complaint filed by Pl Construction Corp.,, 282 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, City of New York,, 38 Order,,, 181 Answer to Complaint filed by Plaza Construction Corp.,, 197 Answer to Complai by Plaza Construction Corp.,, 211 Answer to Complaint filed by Plaza Construction Corp.,, 97 Answer to Complain City of New York,, 168 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 134 Rule 7.1 C Disclosure Statement filed by Plaza Construction Corp.,, 162 Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, 177 Answer to Complaint filed by Plaza Construction Corp.,, 340 Order, 59 Order,, 439 Endor Letter,, 35 Order,,,,, 317 Rule 26 Disclosure filed by Plaintiffs Liaison Counsel,, 474 Answer to Complaint, Third P Complaint filed by Phillips and Jordan,, 507 Master Allegations filed by Plaintiffs Liaison Counsel,, 210 Rule 7.1 C Disclosure Statement filed by Plaza Construction Corp.,, 276 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Bechtel,, 287 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 227 Answer to Complaint The Port Authority of New York &New Jersey,, 515 Affidavit of Service Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 44 Affidavit Service Other, 498 Stipulation and Order of Dismissal,, 360 Order, Add and Terminate Attorneys,,, 418 Affirmation Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by Thomas Asher,, 192 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 315 Order,,,, 172 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 394 MOTION for Summary Judgment Based Upon Status as Out−of−Possession Lessees. filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center P L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,, 407 Rule 7.1 Corporate Disclosure Statement filed by Tully Environmental Inc.,, 218 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 258 Endorsed 410 Notice of Appearance filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc. Order, Add and Terminate Attorneys,,, 130 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Co Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 403 Memorandum of Law in Support o Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein Prop Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L. World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silver WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 115 Answer to Complaint filed by Construction Corp.,, 188 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 296 Waiver o Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 463 Reply Memorandum o Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Consolidated Edison Compan New York, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edis Solutions, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 53 Declaration in Opposition to 415 Notice of Substitution of Attorney, filed by Murray Hill Properties LLC,, 398 Rule 56.1 Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein P Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L. World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silver WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 237 Answer to Complaint filed by Authority of New York &New Jersey,, 465 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by The Port Authority of New York &New J The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, Frances Tarta 272 MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Contempt for their f respond to same. filed by Plaintiffs Liaison Counsel,, 497 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverste Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade

L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Hold L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C., Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 294 Waiver of Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 145 Answer to Complaint Plaza Construction Corp.,, 156 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 389 Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,, filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield America Westfield WTC Holding LLC,, 63 Endorsed Letter, Set Hearings,,,,, 371 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 326 Order,, 350 Notice filed by Verizon New York Inc.,, Verizon Properties Inc.,, 174 Rule 7.1 Corporate Disclosure Statement filed by Pla Construction Corp.,, 444 Notice of Appearance filed by CDL (New York) L.L.C.,, 205 Answer to Complaint filed b Construction Corp.,, 88 Notice (Other), Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,, 447 Notice (Other) filed by Verizon New York Inc.,, Veri Communications Inc.,, Verizon Properties Inc.,, 331 Endorsed Letter,, 164 Rule 7.1 Corporate Disclosure Statement Plaza Construction Corp.,, 72 Remark filed by The Port Authority of New York &New Jersey,, World Trade Center Properties LLC,, 377 Order, Set Deadlines,,,,, 60 Order,,, 219 Answer to Complaint filed by Plaza Construction Cor Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C. Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste Properties, Inc.,,, 448 Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Prop Inc.,, 96 Answer to Complaint filed by City of New York,, 171 Answer to Complaint filed by Plaza Construction Co Certificate of Service Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by City of New York,, Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, AMEC Construction Management, Inc Construction Corp.,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Ir Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 373 N Appearance filed by Verizon Communications Inc.,, 359 Order, Add and Terminate Attorneys,,, 242 Answer to Con filed by Silverstein Properties, Inc.,, World Trade Center Properties LLC,, 90 Case Management Plan,,,,,,, 401 Rule Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by The Port Authority of New York &New Jer Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 286 Waiver of Ser Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 47 Order,, 347 Notice (Ot by Plaintiffs Liaison Counsel,, 499 Stipulation and Order of Dismissal,,, 147 Answer to Complaint filed by Plaza Construction Corp.,, 153 Answer to Complaint filed by Plaza Construction Corp.,, 411 Rule 7.1 Corporate Disclosu Statement filed by Turner/Plaza, A Joint Venture,, 542 FIRST MOTION For Leave To File Plaintiffs' Master Comp To Fresh Kills Defendants re: 541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendant Memorandum In Support. filed by Plaintiffs Liaison Counsel,, 67 Endorsed Letter,, 65 Endorsed Letter,, 112 Rule 7 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 244 Notice (Other) filed by Latham &Watkins L Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,, filed New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internatio Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Bechtel,, 324 Notice of Appearance filed by Verizon New York Inc., Properties Inc.,, 506 Endorsed Letter,, 395 MOTION for Judgment on the Pleadings Based on State Common Law Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse Port Authority of New York and New Jersey,, 203 Answer to Complaint filed by Plaza Construction Corp.,, 214 Ru Corporate Disclosure Statement filed by Plaza Construction Corp.,, 180 Rule 7.1 Corporate Disclosure Statement fil Plaza Construction Corp.,, 385 MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solution Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 358 Order, Add and Terminate Attorneys,,, 511 Master Allegations filed by Plaintiffs Liaison Counsel,, 442 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by John Montalvo,, 535 Endorsed Letter,,, 2 Answer to Complaint filed by Plaza Construction Corp.,, 186 Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, 353 Order, Add and Terminate Attorneys,,, 514 Master Allegations filed by Plaintiffs Liaison C 75 Endorsed Letter,,, Add and Terminate Attorneys,, 77 Endorsed Letter,, 225 Answer to Complaint filed by Plaza Construction Corp.,, 274 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Defendants,, 481 Order,,, 39 Affidavit of Service Other,, 95 Notice (Other), Notice (Other) filed by Westfield Corpo Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC,, 126 Rule 7.1 Corporate Disc

Statement filed by Plaza Construction Corp.,, 200 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 157 Answer to Complaint filed by Plaza Construction Corp.,, 284 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 330 Notice (Other), Notic
filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L
WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, 209 Answer to Complaint filed by Plaza Construction Corp.,, 41
Order,,, 468 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,
filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Por
Authority of New York and New Jersey,, Frances Tartamella,, 34 Order,,,,,,,, 370 Rule 7.1 Corporate Disclosure Sta
filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 356 O
and Terminate Attorneys,, 402 Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Authority of New York and New Jersey,, 246 Transcript,, 122 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 451 Protective Order, 437 Notice (Other) filed by Plaintiffs Liaison Counsel,, 512 Master Alle
filed by Plaintiffs Liaison Counsel,, 337 Endorsed Letter, Set Deadlines/Hearings,,,,, 391 Declaration in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by City of New York,, Turner Construction Co
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tu
Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl
Joint Venture,, Bechtel Associates Professiona;l Corporation,, 51 Memorandum of Law in Support of Motion filed b
New York,, 194 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 149 Answer to Compl
by Plaza Construction Corp.,, 196 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 435
Appearance filed by Antonio E. Alves,, Maria E. Alves,, 455 Endorsed Letter,, 54 Order,, 495 Stipulation and Orde
Dismissal,, 61 Transcript, 158 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 308 Wai
Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 240 Answer to Co
filed by City of New York,, 443 Notice of Appearance,,,,,, filed by Turner Construction Co.,, Turner Construction C
Bechtel Corporation,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis L
Lease Inc, Tully Construction Co., Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza
Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc. and Tully Construction Co., I
Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Bechtel Associates Professiona;l
Corporation,, 247 Answer to Complaint filed by World Trade Center Properties LLC,, 525 Memorandum of Law in
Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Coun
Notice (Other), Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties
140 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 466 Reply Affidavit in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, filed by The Port Authority of New York &Ne
Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,,
Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 Wor
Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Aut
New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C
WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC H
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Master Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegations filed by Plaintiffs Liaison Counsel,,
Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, 302 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate D
Statement filed by Plaza Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 305 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Coun
MOTION to Compel the Depositions of Lawrence Martin, Esq., and Kenneth Becker, Esq.. filed by Plaintiffs Liaiso
Counsel,, 191 Answer to Complaint filed by Plaza Construction Corp.,, 343 Opposition Brief filed by City of New Y
268 Order Lifting Stay,,, 361 Order, Add and Terminate Attorneys,,, 136 Rule 7.1 Corporate Disclosure Statement f
Plaza Construction Corp.,, 265 Order,,, 297 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed
Plaintiffs Liaison Counsel,, 312 Order, 868 MOTION for Protective Order *Exhibits H–L* filed by En–Tech Corp., I
Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructio
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tu
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso

Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz Construction Corp., Executive Medical Services, Inc., HP Environmental, Inc., Francis A. Lee Company, LaStrada Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle Robert Silman Associates, Buro Happold Consulting Engineers, LLP, Weidlinger Associates, Inc., Leslie E. Roberts Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers Pitkin, Inc., _779_ Notice (Other) filed by Plaza Construction Corp., _612_ Answer to Complaint filed by Phillips and Jo Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, _650_ Order, Set Deadlines/Hearing _563_ Response,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Maria E. Alves, Antonio E. Alv Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, _758_ Amended Answer to Complaints, filed by Ne City Department of Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, Yannuzzi &Sons New York City Department of Sanitation, New York Police Department, _751_ Rule 7.1 Corporate Disclosure Statem by Bechtel Construction Company, Inc., _749_ Rule 7.1 Corporate Disclosure Statement filed by Bechtel Associates Professional Corp., _725_ Certificate of Service Other filed by Cord Contracting Co. Inc., _824_ Affidavit in Support of filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consultin Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc. Rule 7.1 Corporate Disclosure Statement filed by Total Safety Consulting, LLC, Transmission to Attorney Admissio Clerk, _871_ Memorandum of Law in Support of Motion,,,,,,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., D Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Profe Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bech Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Co Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipme Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highris Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzz Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Locl Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Service Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Hege Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., filed by Plaintiffs Liaison Counsel, _580_ O Deadlines/Hearings, _858_ Stipulation and Order of Dismissal,, _659_ Rule 7.1 Corporate Disclosure Statement filed by Heydt Corp., _588_ Order,, _778_ Notice (Other) filed by Plaza Construction Corp., _700_ Rule 7.1 Corporate Disclosure S filed by Hallen Welding Services, Inc., _796_ Notice (Other) filed by Plaintiffs Liaison Counsel, _640_ Objection (non– filed by Verizon New York Inc., _862_ Answer to Amended Complaint filed by American Building Maintenance Indu Inc., _856_ Stipulation and Order of Dismissal,, _595_ Notice of Change of Address filed by 100 Church, LLC, Zar Real Management Corp., _709_ Rule 7.1 Corporate Disclosure Statement filed by Leslie E. Robertson Associates, R.L.L.P. Notice (Other) filed by Plaintiffs Liaison Counsel, _815_ Rule 56.1 Statement,, filed by Skidmore Owings &Merrill L Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., We

Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. −
Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Co
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser F
Consulting Engineers, Lucius Pitkin, Inc., 691 Rule 7.1 Corporate Disclosure Statement filed by Executive Medical
P.C., 616 Response to Discovery filed by John Montalvo, 733 Rule 7.1 Corporate Disclosure Statement filed by Roy
Inc., 773 Notice (Other) filed by Plaza Construction Corp., 763 Order Admitting Attorney Pro Hac Vice, 547 Order
Deadlines/Hearings,, 561 AMENDED MOTION for Declaratory Judgment *Supporting Memo of Law*. filed by Mich
Haskett−Godbee, 746 Endorsed Letter, 720 Certificate of Service Other,,,,,,,, filed by En−Tech Corp., Diego Constr
Inc., DMT Enterprise, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, In
Toretta Trucking, Inc., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engi
P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonke
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey
Bechtel Associates Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Asse
Systems, Inc., Liberty Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie
Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporatio
GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thor
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Koch Skanska In
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C
HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpe
&Heger Inc., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized H
LLC, Inc., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 599 MOTION to Admit
Pro Hac Vice. filed by Plaintiffs Liaison Counsel, 586 MOTION to Compel *the firm of Worby Groner Edelman &N*
*produce the files of Kevin Fitzpatrick and Samuel Provisero*. filed by Samuel Provisero, Susan Marie Provisero, 564
Response,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Response to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by City of New York, 755 Stipulation and Order of Dismiss
Stipulation and Order,,, 602 Memorandum &Opinion,, 760 Notice (Other), 654 Endorsed Letter, 876 MOTION for
Protective Order − *Plaintiffs' Opposition to Defendants' Motion for Protective Order*. filed by Plaintiffs Liaison Cou
697 Answer to Complaint filed by City of New York, 801 Response to Discovery filed by Tishman Speyer Propertie
791 Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio
Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Fland
Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andrew
Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarella,,
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 874 Affidavit in Support of Motion,,,,,,,,, filed by En−Tech Corp., Diego Construction, Inc., DMT Ent
Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Cor
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Cor
Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton
Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel
Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera
Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Loc
Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services

Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger
Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 707 Rule 7.1 Corporate Disclosure Statement filed by LaStra
General Contracting Corp., 888 Notice of Appeal, filed by Plaintiffs, 764 Rule 7.1 Corporate Disclosure Statement,
Vollmer Associates, LLP, Note to Attorney to E–Mail PDF, 684 Rule 7.1 Corporate Disclosure Statement filed by I
Enterprise, Inc., 587 Declaration in Support of Motion,,,, filed by Samuel Provisero, Susan Marie Provisero, 721 Ce
of Service Other,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., Diego Construction, Inc., DMT Enter
Inc., Lockwood, Kessler &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I
Demo–Tech, Canron Construction Corp., Fleet Trucking, Inc., Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie
Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazz
Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Exca
Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
D'Onofrio General Contractors Corp., FTI Trucking Inc., Goldstein Associates Consulting Engineers, P.C., Execu
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Bre
Transportation Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 608 Order, 821 Affidavit in Support of Motion,, filed
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro I
Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 864 Order on Motion to Strike,
7.1 Corporate Disclosure Statement filed by Breeze National, Inc., Cashiers Remark, 836 Notice of Voluntary Dism
Signed, 560 AMENDED MOTION for Declaratory Judgment *Affirmation John Rudden, Esq.*. filed by Michelle
Haskett–Godbee, 582 Order, 607 Order Admitting Attorney Pro Hac Vice, 882 Endorsed Letter, 808 Notice of App
filed by The Port Authority of New York &New Jersey, 706 Answer to Amended Complaint, filed by AMEC Const
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Tu
Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 85
Stipulation and Order of Dismissal,, 617 Order, 574 Order, Set Deadlines/Hearings,, 754 Memorandum of Law in S
Motion, filed by Bechtel Corporation, Bechtel Inc., Bechtel Environmental, Inc., Bechtel Associates
Professional Corp., 600 Endorsed Letter, 828 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill I
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, I
Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti, Inc., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz
Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 744 Rule 7.1 Corporate Disclosure Statement filed
Wolkow Braker Roofing Corp., 641 Endorsed Letter, 664 Rule 7.1 Corporate Disclosure Statement filed by Brer–F
Transportation Corp., 867 MOTION for Protective Order *Exhibits E–G*. filed by En–Tech Corp., Diego Constructi
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, In
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Bechtel Associates Professiona;l Corporati
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocch
Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LL
Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Ex
Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'On
General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sein
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 747 Notice (Other) filed by Plaintiffs
Counsel, 737 Rule 7.1 Corporate Disclosure Statement filed by Silverite Contracting Corp., 557 MOTION Motion f
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION

for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to

U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocut
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocut
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocut
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocut
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal

MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b)
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec.
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C.
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal.
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b)
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec.
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C.
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal.
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b)
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec.
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C.
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal.
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b)
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec.
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C.
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal

to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St

Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec.
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pu
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocut
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appea
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., Bechtel, Tully Construction
Company, Tully Environmental Inc., Bovis International, Inc., Bechtel Corporation, Plaza Construction Managemen
Tully Construction Co., Inc., City of New York, Bechtel Associates Professiona;l Corporation, Turner Construction
Company, Bovis Lend Lease, Inc., Bovis Lend Lease Inc., Bechtel Construction, Inc., Tully Industries, Inc., Bechtel
Environmental, Inc., Turner/Plaza, A Joint Venture, Plaza Construction Corp., Bovis Holdings Limited, Bovis Lend
Interiors, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., _637 Answer to Complaint filed by
(New York) L.L.C., _571 Order,,, _809 Order on Motion to Dismiss, _786 Protective Order, _546 Notice of Appearance
Musco Sports Lighting, LLC, _738 Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumpertz &Heger Inc
Notice of Appearance filed by Gilsanz Murray Steficek LLP, _636 Answer to Complaint filed by GRUBB &ELLIS
MANAGEMENT SERVICES, INC.,, _666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction C
Notice (Other) filed by Plaintiffs Liaison Counsel, _555 AMENDED MOTION for Declaratory Judgment *Statute Lin
Notice of Claim.* filed by Michelle Haskett–Godbee, _692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Tru
Inc., _875 Stipulation and Order, _731 Rule 7.1 Corporate Disclosure Statement filed by Robert Silman Associates, P.
Rule 7.1 Corporate Disclosure Statement filed by Breeze Carting, Inc., 800 Transcript, _832 Certificate of Service Ot
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Tho
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., _861 MOTION to
Amend/Correct , *Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certain Affirmative*
*(see documents 854 and 860).* filed by Plaintiffs Liaison Counsel, _642 Response, filed by John Montalvo, _840 Amen
Answer to Complaints,,,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, K
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L
Contracting Corp., Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc.,
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owin
&Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associat
Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., E
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Anthony Cortese Specialized H
LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., _866 MOTION for Protective Order *Certification of James E. Tyrrell, Jr.*
*and Exhibits A–D.* filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle

Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B.
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzoc
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Mo
American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., I
Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Serv
Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel Environmental, Gilsanz Murray Steficek
Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, I
Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment R
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York (
&Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., 614 MOTION permission to add specified questions to the Core Discovery. filed by SURVIV
RESPIRATORS, INC., 717 Certificate of Service Other filed by City of New York, 629 Notice (Other) filed by Plai
Liaison Counsel, 585 Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 643 Reply, filed by John Montal
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Stefice
Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood
&Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 810 Order, 670 Answer to Complaint filed by Tishman Speyer Properties, LP, 785 Order,, 674 R
Corporate Disclosure Statement filed by DB Private Clients Corporation, 675 Rule 7.1 Corporate Disclosure Statem
by Dakota Demo–Tech, 578 Stipulation and Order, 603 USCA Mandate,,,, 782 Notice of Appearance filed by Plaza
Construction Corp., 748 Case Management Plan, 839 Rule 7.1 Corporate Disclosure Statement filed by Tucci Equip
Rental Corporation, 655 Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 653 Answer to Complaint file
Evans Environmental &Geological Science &Management, LLC., 716 Certificate of Service Other, filed by New Yo
Department of Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New York City Depar
Sanitation, New York Police Department, 881 Declaration in Opposition to Motion filed by The Port Authority of N
&New Jersey, 690 Response, filed by John Montalvo, 630 Notice (Other) filed by Plaintiffs Liaison Counsel, 822 A
in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., R
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac Vice, 826 Affid
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 803 Notice (Other) filed by Mayore Estates, LLC, 771 Notice (Other) filed by Plaza Construction Corp., 620 O
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti
(Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., Diego Construction
DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, I
Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Te
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., I
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation,
Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Re
of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulti
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrenc
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Volln
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Becl
Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors,
New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Constructi

Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services,
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contractin
Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York C
&Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia
Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Luciu
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., *879* MOTION for Protective Or
*Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order.* filed by Plaintiffs L
Counsel, *777* Notice (Other) filed by Plaza Construction Corp., *726* Rule 7.1 Corporate Disclosure Statement filed b
Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith, *579* Stipulation and Order, *705* Answer
Complaint,,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Skidmore Owings &Merr
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Ber
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contrac
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associates Professi
Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mut
Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Cons
Engineers, P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construct
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc
Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Bechtel Environmental
Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., F
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Me
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Cons
Company, Big Apple Wrecking &Construction Corp., *859* Stipulation and Order of Dismissal,, *695* Answer to Com
filed by Verizon New York Inc., *689* Rule 7.1 Corporate Disclosure Statement filed by Ewell W. Finley, P.C., *649* R
filed by John Montalvo, *818* Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engine
P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Asso
Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser R
Consulting Engineers, Lucius Pitkin, Inc., *724* Rule 7.1 Corporate Disclosure Statement filed by Nicholson Constru
*852* Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz Murray Steficek LLP, *676* Rule
Corporate Disclosure Statement filed by Diamond Point Excavating Corp., *781* Notice (Other) filed by Plaza Constr
Corp., *775* Notice (Other) filed by Plaza Construction Corp., *736* Rule 7.1 Corporate Disclosure Statement filed by S
Equipment and Manufacturing Corporation, *757* Rule 7.1 Corporate Disclosure Statement filed by Yannuzzi &Sons
*686* Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc., *863* Endorsed Letter, *77
(Other) filed by Plaza Construction Corp., *568* Order Admitting Attorney Pro Hac Vice, *830* Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Tho
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., *798* Notice (Othe
by Plaintiffs Liaison Counsel, *734* Rule 7.1 Corporate Disclosure Statement filed by Sperian Respirstory Protection
LLC, *793* Response to Discovery filed by Samuel Provisero, *611* Rule 7.1 Corporate Disclosure Statement filed by
and Jordan, *843* Reply Affirmation in Support of Motion, filed by Bechtel Associates Professional Corporation, Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., *592* Notice (Other) filed by Plaintiffs Liaison
*767* Notice (Other) filed by Plaza Construction Corp., *753* MOTION to Dismiss *of Bechtel Defendants.* filed by Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp., *873* A
in Support of Motion,,,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Const
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu

Case: as21-mc-00100-AKH Document 1-1 07/26/2012 663962 1096 of 1806
Case 1:12-mc-00115-AKH Document 1-1 Filed 07/26/2012 Page 1096 of 1805
As of 07/26/2012 2:02 PM EDT 1095 of 1805

Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro[...]
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V[...]
Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, [...]
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing [...]
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart[...]
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting [...]
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz[...]
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada [...]
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor[...]
York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony C[...]
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat[...]
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W[...]
&Construction Corp.,_668 Answer to Complaint filed by Sperian Respirstory Protection USA, LLC,_761 Notice (Oth[...]
by Plaintiffs Liaison Counsel,_849 Stipulation and Order of Dismissal,_766 Notice of Adoption of Master Answer fi[...]
Plaza Construction Corp.,_601 Order on Motion for Miscellaneous Relief,_756 Notice (Other) filed by Phillips and J[...]
Inc.,_619 Order,_742 Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc.,_841 Amended Answer t[...]
Complaints,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Ba[...]
Inc., SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construct[...]
Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting [...]
Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Week[...]
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S[...]
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron[...]
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey[...]
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu[...]
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin[...]
P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. [...]
Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch S[...]
Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One [...]
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart[...]
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting [...]
Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive M[...]
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada Ge[...]
Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation [...]
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, [...]
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Ap[...]
Wrecking &Construction Corp.,_681 Rule 7.1 Corporate Disclosure Statement filed by Tishman Interiors Corporati[...]
Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc.,_783 Notice of Appearance filed by Plaza [...]
Construction Corp.,_594 Order, Set Deadlines/Hearings,,,,_842 Reply Memorandum of Law in Support of Motion, fi[...]
Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmen[...]
743 Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc.,_772 Notice (Other) filed by Plaz[...]
Construction Corp.,_727 Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environmental Corp.,_589 Case [...]
Management Plan,,,,,,,_704 Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction, Inc.,_833 Declar[...]
filed by Joseph Bellisimo, Rosanne Baldo, Nicole Ai).gliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cac[...]
Frank E. Bondeson, Kimberly Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patricia Ayers, Robert [...]
Carannante, Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patricia Cant[...]
Lahissi Adetayo, Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John Baiano[...]
Bueford, Robert Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Buirkle, Eileen [...]
Belmonte, Catherine Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, [...]
Carver, Alexander, Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto, [...]
Christopher A. Bauman, Nasar Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theadore Belgrave, Thomas L.[...]
Bencivenga, Santo Baisi, Wayne Brown, Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, K[...]
Calzadilla–Marino, Mamcyhi Bilicki, Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Bianco, S[...]
Accetta, Kevin Brannick, Leroy Blount, Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry [...]
Peter Carlo, Lorraine K. Bieselin, Benito Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andreo[...]
Allivar, Patricia Aguglairo, Diane Bethea, Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte, [...]
Hock, Carlos Bennett, Hassena Bishun, Irene Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas B[...]
Nicole Anderson, Kevin Bartolomew, Xavier Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagober[...]
Aristizabal, Patricia Aguirre, Thomas J. Barry, Bridget Cacavio, Jeanette Buss, Joseph Anzueta, Christine Broome, [...]
Broome, Thomas Avery, Paul Caminiti, James S. Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Ba[...]
Evanie Antine, Ralph Carmine, Jose Bacchi, Tinel Bedford, Sue Ann Andersen, Georgina Cabrera, Lorraine Barry, [...]
Blumbergs, Michael Barker, Carolyn Bavaro, Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Y[...]
Bartlet, Jaime Alvarez, Jeff Campion, Julie Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann [...]
Cangemie, Richard Battle, Camile Anderson, Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo [...]
Richrd Blasi, Louis Betro, Camile Baker, Thomas Bacchi, Walter Bieber, Stalin F. Barccoulong, Norma Black, Car[...]

Bryson, George Affatato, Maryann Bubelnik, Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Bec
Anselmo, Julio Alonzo, Zebebulah Cagatay, Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelreh
Robert Anzalone, John Bou, Randy S. Brenner, Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne,
Antoniades, Gloria Elaine Carson, James Albach, Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Be
Calogero Agro, Victor Carpentier, Cindy Benenati, Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid
Setna Bascom, James A. Bianco, Virginia Barbosa, Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Aluler
Nicholas Boscaino, Sybel Barefield, Lois E. Affatato, Peter Bergin, Steve Cappello, Patricia Bullen, Giuseppe Acqu
Laura Armstrong, Tye Butler, Frank Beshears, Serafina Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizaba
Auer, Reynaldo Benitez, Joseph F. Bilella, Dimitrios Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmag
Blanco, Erick Bermudez, Jorge Alvlema, Stephen Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay,
Akers, Andrew F. Carson, Ann Marie Barone, Cesar Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, M
Asher, Caryn Abruzzese, Asaro Calogero, Lance Becca, David Alvarado, Anthony Basic, Veronica E. Black, Paul E
Arenas Arenas, Christopher Bacchi, Megan Capuano, Neil Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelreh
Maria I Astudillo, James W. Brereton, Sharon Brenseke, Noemi Aponte, Amy Beller, Julio Bastidas, Michael Basm
Chris Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia Arciuolo, David Aviles, Teresa Arca, Glenda Ammon,
Armagno, James Bartlet, Kathleen M. Acquaro, Dominic Bonomonte, Colin Byrne, John Arciuolo, William Beaury
Agugliardo, Steven Brenseke, Rosa Agro, Ann Benn, Claude Armstrong, Orlando Almodovar, Richard Antonacci, I
Carvajal, Daniel Armgano, Peter Bishun, James Arca, Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lil
Aquart, Lawrence Bilicki, Kimberly Carlo, Hanfort Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Micha
Briskie, Andrew Barone, Wilmer Astudillo, Thomas E. Carlstrom, Francine Asciolla, William Baker, Alfred Baker,
Caradonna, Michael Baratta, Eileen Beaury, Eleanore Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Bae
Cardinale, Joseph Aparicio, Carol Barnes, Anthony Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bell, Idris B
Danny Aroyo, Barry Buss, Jospeh Anderson, Holly Andersen, Robert Asinelli, Elizabeth Barksdale, Jason Andersen
Bencivenga, Joy H. Bolobanic, Candiace Baker, Marie Barry, Anthony Anderson, James Bahrey, Sonia Alvarado, R
Akil, Roseann Bilella, Santiago Alvear, Victor Azubike, Fitzroy Augustus, Wilbert Bascom, James Baumann, Mich
Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony Alloggio, Maria Asencio, John Boyle, Vivencia Alaimo, Mich
Sergio Barragan, Louis Ancona, Emmanual Agostini, John Bianco, Richard Allison, Maria Bartolomew, Gina Baisi
Geraldine Alexander, Terri Bianco, Susan Asinelli, Vincent Aprea, Donald Bowles, Peter Acquaro, June Allison, Jo
Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Joseph Accetta, Kevin Barry, Kevin Carpenito, Vinny Benena
Bellissimo, James F. Albach, Allen Andersen, Andrea Anderson, Maureen Bilella, Martin Bilinski, Rose Marie Ben
Raymond Barksdale, Linda Avery, Marisol Calzadilla–Marino, Alise L. Bauman, Antonio Andreotti, Ann Betro, Jo
Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Thomas Bruno, Robert Aguirre, Lorraine Burke, Robert Bile
Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta Bishun, Cecelia Borcherding, Renee Berry, Anna Abac
Acierno, Catherine Biliski, Christine Beck, Stewart Anspach, Lorenzo Arellano, Frank Bauman, Ann Marie Anzalor
Michael R. Basile, Courtney Aquart, Arthur Alessandro, Robert Adams, Bonnie M. Carson, Joseph Asciolla, Rita A
Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, Anna Aviles, Andrew Benfante, Richard Bittles, Rober
Boswell, Louie Cacchioli, Donna Bennett, De'Andre Berry, Portia Augustine, Anna Antico, Douglas Anderson, Dap
Blacksea, Thomas Camarda, Dominick Capuano, James Bieselin, Tyrell Anderson, Thomas Cacavio, Kathleen Bond
806 Order Admitting Attorney Pro Hac Vice, 562 AMENDED MOTION for Declaratory Judgment *Plaintiff's Aff in*
filed by Michelle Haskett–Godbee, 658 Rule 7.1 Corporate Disclosure Statement filed by A Russo Wrecking, Inc.,
Notice of Change of Address, filed by Century 21 Department Stores LLC, Blue Millennium Realty LLC., Century
652 Answer to Complaint filed by Evans Environmental &Geological Science &Management, LLC., 710 Rule 7.1 C
Disclosure Statement filed by Lockwood, Kessler &Bartlett, Inc., 553 Reply Affirmation in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,, filed by Plaintiffs Liaison Counsel, 714 Rule 7.1 Corpora
Disclosure Statement filed by Manafort Brothers, Inc., 723 Rule 7.1 Corporate Disclosure Statement filed by New Y
Crane &Equipment Corp., 545 Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Constructi
Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Por
Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Constructio
The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bech
Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C., 575 Order Ac
Attorney Pro Hac Vice, 770 Notice (Other) filed by Plaza Construction Corp., 597 Notice (Other) filed by 80 Lafeye
Associates, LLC, Mayore Estates, LLC, 713 Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wree
Inc., 722 Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc., 816 Affidavit in Support of M
filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Rol
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Cons
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Eng
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 752 Rule 7.1 Corpo
Disclosure Statement filed by Bechtel Corporation, 732 Rule 7.1 Corporate Disclosure Statement filed by Rodar Ent
Inc., 857 Stipulation and Order of Dismissal,, 661 Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wre
&Construction Corp., 703 Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, L.L.
Notice (Other) filed by Plaintiffs Liaison Counsel, 854 MOTION to Strike *Certain Affirmative Defenses Pursuant to*
*12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2)*. MOTION to Strike *Certain Affirmative Defenses Pursu*

Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike *Certain Affirmative Defenses*
*to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2)*. filed by Plaintiffs Liaison Counsel, 741 Rule 7.
Corporate Disclosure Statement filed by Vollmer Associates, LLP, 728 Endorsed Letter,, 795 Response to Discover
Kevin Fitzpatrick, 566 Order,, 817 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser I
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 878 MOTION for Protective Order *Plaintiffs' Memorandum of Law in O*
*to Defendants' Motion for Protective Order*. filed by Plaintiffs Liaison Counsel, 883 Order,, 792 MOTION for Heid
to Appear Pro Hac Vice. filed by The Port Authority of New York &New Jersey, 789 Notice (Other) filed by Plainti
Liaison Counsel, 672 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers '
Corporation, 632 Case Management Plan,, 835 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 790 N
(Other) filed by Phillips and Jordan, Inc., 610 Notice of Appearance filed by Phillips and Jordan, 865 MOTION for
Protective Order *Notice of Motion*. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Can
Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp.,
Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.
Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, I
One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roo
Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safe
Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Sys
Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simps
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 769 Notice (Other) filed by Plaza Construction Corp., 711 Rule 7.1 Corporate Disclosure Stat
filed by Lucius Pitkin, Inc., 885 Reply Memorandum of Law in Support of Motion,,,,,,,,, filed by AMEC Constructi
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., S
Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp.,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associat
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Pe
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Con
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R
Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General
Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion,, filed by Gilsan
Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu
Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W
Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silm

Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosure
Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Con
Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other)
Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Not
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complain
The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Meri
Construction Group, L.L.C., 887 Declaration in Support of Motion,,,,,,,,,, filed by AMEC Construction Management
Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, In
Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., L
Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc.
Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Co
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–T
Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company,
Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Co
Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Pro
Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, P.C.,
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Leas
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Bro
Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoist
Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Sk
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipmen
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 685 Rule 7.1 Corporate Disclo
Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corporate Disclosure Statement filed by E.J.
Inc., 621 Consent Order, Add and Terminate Attorneys,, 591 Order on Motion to Compel, 633 Answer to Complain
RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel, 556 MOTION for Declaratory Judgment *S*
*Limitations, Notice of Claim.* filed by Michelle Haskett–Godbee, 872 Affidavit in Support of Motion,,,,,,,,,,, filed by
Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., A
Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corporation, Tully Construction
Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., M
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., 
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,
Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Po
Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler
&Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Li
Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota
Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associa
Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversifie
Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contra
Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction 
DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, In
Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturin
Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industrie
Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa,
D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associ
P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 829 A
in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Fin
Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Golds
Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &
LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, S
Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, 
Endorsed Letter,, 647 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 804 Notice (Other), Notice
filed by Mayore Estates, LLC, 590 Order Admitting Attorney Pro Hac Vice, 880 Memorandum of Law in Oppositi
Motion, filed by The Port Authority of New York &New Jersey, 848 Notice (Other) filed by Plaintiffs Liaison Cour
Order, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 Notice (Other) filed by Plaintiffs Liaison Counse

Amended Answer to Complaints,,,,,,,, filed by Toretta Trucking, Inc., Cord Contracting Co. Inc., Canron Construct
Corp., PT &L Contracting Corp., Pinnacle Environmental Corp., Total Safety Consulting, LLC, Atlantic Heydt Cor
Welding Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Fra
Lee Company, Meridian Construction Group, LLC, New York Crane &Equipment Corp., Wolkow Braker Roofing
Mueser Rutledge Consulting Engineers, En–Tech Corp., Safeway Environmental Corp., Yannuzzi Demolition &Re
Services, Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finl
Evergreen Recycling of Corona, Silverite Contracting Corp., Component Assembly Systems, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Grou
Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consultin
Engineers, P.C., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., L
Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering,
Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Liberty Mutual Group, Weidlinger Associates, Inc., Bechte
Construction, Inc., Mazzocchi Wrecking Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Car
Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heg
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Nacirema Industries Incorporated, Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &
Contractors, Inc., Manafort Brothers, Inc., Robert Silman Associates, Semcor Equipment and Manufacturing Corpo
Buro Happold Consulting Engineers, P.C., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skid
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., JP Equipment Rental Material, Inc., E.J. Davies, Inc., Big Apple
Wrecking &Construction Corp., 814 Declaration in Support of Motion,,, filed by Gilsanz Murray Steficek LLP, Mu
Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &
Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Th
Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happ
Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Notice (Other) filed by Plaintiffs Liaison Cou
Rule 7.1 Corporate Disclosure Statement filed by Robert L. Gerosa, Inc., 812 MOTION for Summary Judgment *on
Structural and Design Engineer Defendants*. filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting En
Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton T
Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Ski
Owings &Merrill, LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vol
Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Counsel, 665 Rule 7.1 Corporate Disclosure Stateme
by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter,, 683 Rule 7.1 Corporate Disclosure Statement fi
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Transmission to
Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison Counsel, 605 Order, Set Deadlines/Heari
Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Company, Deutsche Bank, Deutsche Bank T
Company Americas, 577 Special Master's Report filed by Aaron J. Twerski, James A. Henderson, Jr., 646 Respons
by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Disclosure Statement filed by C.B. Contracting Co
Notice (Other) filed by Plaza Construction Corp., 850 Stipulation and Order of Dismissal,, 838 Endorsed Letter,, 76
Stipulation and Order of Dismissal,, 739 Rule 7.1 Corporate Disclosure Statement filed by Skanska Koch, Inc., 877
MOTION for Protective Order *; Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of D
Paige, Esq. in Opp to the Motion*. filed by Plaintiffs Liaison Counsel, 565 AMENDED MOTION for Declaratory Ju
*STIPULATION ADJOURNMENT*. filed by Michelle Haskett–Godbee, 593 Statement of Relatedness filed by Joseph
Urso, 622 Notice (Other) filed by Plaintiffs Liaison Counsel, 696 Answer to Amended Complaint, filed by New Yor
Department of Transportation, Mazzochi Wrecking, New York City Department of Sanitation, City of New York, W
Marine, Inc., New York Police Department, 886 Declaration in Support of Motion,,,,,,,,,, filed by AMEC Constructi
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Nicholson Construction Co., Fra
Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting
Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers
Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recyc
Corona, Dakota Demo–Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Turner Constru
Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laquila Constructi
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–
Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Dieg
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Con
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professional Corporatio
Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Ben

Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Cons Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wreck Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 823 Affidavit in of Motion, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., L Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Assoc Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gun &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 851 Stipulation and Order of Dismissal,, 644 Notice (Other) filed by Plaintiffs Liaison Counsel, 688 Rule 7.1 Corporate Disclosure Statement filed by En–Tech Corp., 718 Certificate of Service Other, filed by AMEC Construction Mana Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Turner Cons Company, Tully Environmental Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., 660 Rule 7.1 Corpora Disclosure Statement filed by Berkel &Co. Contractors, Inc., 583 USCA Mandate Non–Dismissal,,,,,, 554 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,, filed b Plaintiffs Liaison Counsel, 567 Order of Dismissal, 869 Affidavit in Support of Motion,,,,,,,,, filed by AMEC Cons Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems, Inc., Turner Construction Company, Moretrench American G LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environ Inc., Brer–Four Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomas Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corp SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Dav J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel, 548 Order on Motion to Remand to State Court,, Case Consolidation Member, 765 Order, 618 Order,, 635 Answer to Complaint filed by American Express Company, American Express Ltd, American Express Travel Realted Services Company, 559 AMENDED MOTION for Default Judgment as *Statute Limitations, Notice of Claim.* filed by Michelle Haskett–Godbee, 638 Answer to Complaint filed by Murray Properties, 719 Rule 7.1 Corporate Disclosure Statement filed by MRA Engineering, P.C., 750 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Environmental, Inc., 634 Answer to Complaint filed by Lehman Brothers Ho Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc., 673 Rule 7.1 Corporate Disclosure Statement filed by Contracting Co. Inc., 609 Order, 584 USCA Order,,,,,, 573 Endorsed Letter, 598 Endorsed Letter, Set Deadlines/He 550 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,, filed by New York, Phillips and Jordan, 682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc., 651 Stipulation and Order of Dismissal,, 693 Rule 7.1 Corporate Disclosure Statement filed by Francis A. Lee Company Protective Order, 671 Rule 7.1 Corporate Disclosure Statement filed by Component Assembly Systems, Inc., 677 A Complaint filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank, DB Private Corporation, Bankers Trust Corporation, Deutsche Bank Trust Company Americas, 699 Rule 7.1 Corporate Disclos Statement filed by Goldstein Associates Consulting Engineers, P.C., 788 Order Admitting Attorney Pro Hac Vice, 6 Stipulation and Order of Dismissal,,,,,,,,,,,,,,,, 624 Order, 694 Rule 7.1 Corporate Disclosure Statement filed by FT Trucking Corp., 740 Rule 7.1 Corporate Disclosure Statement filed by Skidmore Owings &Merrill, LLP, 604 Order Memorandum &Opinion,, 870 Affidavit in Support of Motion,,,,,,,,, filed by AMEC Construction Management, In Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pi Environmental Corp., Moretrench American Corporation, Tully Construction Co., Inc., Total Safety Consulting, LL Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Compan York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech C

| | | |
|---|---|---|
| | | Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc.,_ Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contract Corp., Mazzocchi Wrecking, Component Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div Thornton Tomasetti Group, Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Go Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore C &Merrill LLP, Dakota Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Cor Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Bre Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Constructi LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC,_ Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucki Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contr Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engine Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollm Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Tr Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp.,_837 Endorsed Letter,_774 Notice (Other) filed by Pl Construction Corp.,_884 Notice (Other) filed by Plaintiffs Liaison Counsel,_745 Rule 7.1 Corporate Disclosure State filed by WSP Cantor Seinuk,_678 Answer to Complaint filed by Tishman Construction Corporation of Manhattan, T Interiors Corporation, Tishman Construction Corporation of New York,_831 Affidavit in Support of Motion,, filed b Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associate Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engi P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P. Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc. Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP,_715 Rule 7.1 Corporate Di Statement filed by Moretrench American Corp.,_813 Memorandum of Law in Support of Motion,, filed by Gilsanz M Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Sil Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP,_802 Notice (Other) filed by Plainti Liaison Counsel,_794 Response to Discovery filed by 1 WTC Holdings, L.L.C.,_558 Memorandum of Law in Suppo Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by AMEC Construction Management, Inc., T Construction Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., City of New York, Ti Construction Company, Bovis Lend Lease Inc., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Tully Co Corp., Bechtel, Tully Environmental Inc., Bovis Lend Lease, Inc., Bechtel Construction, Inc., Plaza Construction Co Bovis Lend Lease LMB, Inc., Tully Construction Company, Bovis International, Inc., Bechtel Corporation, Bechtel Associates Professiona;l Corporation, Tully Industries, Inc., Bechtel Environmental, Inc., Turner Construction Inter L.L.C.,_648 Notice (Other) filed by Plaintiffs Liaison Counsel were transmitted to the U.S. Court of Appeals. (tp) (E 05/02/2008) |
| 05/07/2008 | 889 | NOTICE of Plaintiffs' "Third Production" of Core Discovery Employment Authorizations. Document filed by Plain Liaison Counsel. (Attachments: #_1 Exhibit 1)(LoPalo, Christopher) (Entered: 05/07/2008) |
| 05/07/2008 | 890 | STIPULATION OF DISMISSAL OF ONLY THE GENERAL MUNICIPAL LAW, 205–A CLAIMS IN ALL CAS LISTED IN ATTACHMENT "A"... It is hereby Stipulated and Agreed... by and between the attorneys for the under that the 205–a claims asserted by the Plaintiffs in the civil actions referenced in Attachment A be dismissed pursuan Federal Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without cost to any party... and as further set forth Document applies to All World Trade Center Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 5/6 (Entered: 05/07/2008) |
| 05/07/2008 | 891 | NOTICE of Plaintiffs' "Third Production" of Core Discovery Medical Authorizations. Document filed by Plaintiffs Counsel. (Attachments: #_1 Exhibit 1)(LoPalo, Christopher) (Entered: 05/07/2008) |
| 05/07/2008 | 892 | NOTICE of Plaintiffs' "Third Production" of Core Discovery Responses. Document filed by Plaintiffs Liaison Coun (Attachments: #_1 Exhibit 1)(LoPalo, Christopher) (Entered: 05/07/2008) |
| 05/08/2008 | 893 | STIPULATION OF DISMISSAL AND TRANSFER OF CERTAIN ENUMERATED CIVIL ACTIONS... that the actions referenced in Attachment A, "Case to be Dismissed" column, be discontinued and dismissed pursuant to Fed of Civil Procedure 41(a)(1)(ii) without prejudice... without costs to any party... the civil actions referenced in Attach be transferred from 21mc100 to 21mc102; that the civil actions referenced in Attachment C be transferred from 21m 21mc103... that the civil action referenced in Attachment D, "Case to be transferred from 21MC100" column, be tra and consolidated with the corresponding civil action referenced in Attachment D, "To Consolidate With 21 MC 102 column... and as further set forth in said Stipulation of Dismissal and Transfer of enumerated Civil Actions. This Do applies to All World Trade Center Disaster Site Litigation. Also relates to 21mc102 and 21mc103. (Signed by Judge |

| | | |
|---|---|---|
| | | K. Hellerstein on 5/8/08) (rjm) (Entered: 05/08/2008) |
| 5/08/2008 | 894 | STIPULATION OF DISMISSAL OF CLAIMS AGAINST PLAINTIFFS DIRECT EMPLOYERS, ONLY... that w party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party interest in the subject matter of the actions, the claims of the plaintiffs in the cases listed under the Case Name colun attached Exhibit A are dismissed as against those indicated defendants listed under column in Exhibit A labeled Em without prejudice and without costs to either party as against the other... and as further set forth in said stipulation an This Document Applies to All World Trade Center Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein o (rjm) (Entered: 05/08/2008) |
| 5/09/2008 | 895 | RECOMMENDATION OF SPECIAL MASTERS RE: APPROVING CONTRACT WITH T.C.D.I. (Signed by Jud K. Hellerstein on 5/9/08) (rjm) (Entered: 05/09/2008) |
| 5/12/2008 | 896 | FIFTH RESPONSE re: 619 Order, Regulating Discovery. Document filed by John Montalvo(Marion S. Mishkin, Es of Appearance for Plaintiffs John Montalvo and Darlene Montalvo). (Attachments: # 1 Non−Respiratory Plaintiffs' Counsel Notice of Further Production of Core Discovery, # 2 Exhibit Non−Respiratory Plaintiff Core Discovery Response)(Mishkin, Marion) (Entered: 05/12/2008) |
| 5/12/2008 | 897 | FILING ERROR − WRONG DOCUMENT TYPE SELECTED FROM MENU − NOTICE of Liaison Counsel Cert of Service re: 650 Order, Set Deadlines/Hearings. Document filed by John Montalvo (Marion S. Mishkin, Esq. Noti Appearance for Plaintiffs John Montalvo and Darlene Montalvo). (Mishkin, Marion) Modified on 5/13/2008 (db). (I 05/12/2008) |
| 5/13/2008 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DOCUMENT TYPE ERROR. Note to Attorney Marion Mishkin to RE−FILE Document 897 Notice (Other), Notice (Other). Use the document type Certificate of Service C found under the document list Service of Process. (db) (Entered: 05/13/2008) |
| 5/13/2008 | 898 | MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claims As To Bechtel Defendants, Interim Execution of April 30, 2008 Order, and in Alternative, Leave to File Second Amended Master Complaint Against Be Defendants and for Certification of Interlocutory Appeal. Document filed by Plaintiffs Liaison Counsel. (Attachmer Text of Proposed Order Interim Stay Order, # 2 Text of Proposed Order Proposed Order re Remaining Relief)(Rubir Denise) (Entered: 05/13/2008) |
| 5/13/2008 | 899 | MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the Motion. Document filed by Plaintiff Counsel. (Attachments: # 1 Exhibit A − Bechtel's Core Discovery Response, # 2 Exhibit B − Order March 21, 2008 Bechtel Motion to Dismiss, # 3 Exhibit C − April 30, 2008 Order Dismissing Plaintiffs' Claims re Bechtel, # 4 Exhil Conference Transcript May 5, 2008, # 5 Exhibit E − Proposed Second Amended Master Complaint as to Bechtel)(R Denise) (Entered: 05/13/2008) |
| 5/13/2008 | 900 | MOTION for Reconsideration Plaintiffs' Memorandum of Law in Support. Document filed by Plaintiffs Liaison Counsel.(Rubin, Denise) (Entered: 05/13/2008) |
| 5/13/2008 | 901 | CERTIFICATE OF SERVICE of Liaison Counsel Certification of Service re: 650 Order Regulating Proceedings an Conference, entered 01/08/2008 served on Non−Respiratory Injured Plaintiffs on 01/08/2008. Service was made by electronically. Document filed by John Montalvo(Marion S. Mishkin, Esq. Notice of Appearance for Plaintiffs John Montalvo and Darlene Montalvo). (Mishkin, Marion) (Entered: 05/13/2008) |
| 5/15/2008 | 902 | NOTICE OF APPEARANCE by Marion Sandra Mishkin on behalf of 22 Non−Resp, Darlene Montalvo, John Mont John Montalvo(Marion S. Mishkin, Esq. Notice of Appearance for Plaintiffs John Montalvo and Darlene Montalvo) (Mishkin, Marion) (Entered: 05/15/2008) |
| 5/16/2008 | 903 | FILING ERROR − ELECTRONIC FILING FOR NON−ECF DOCUMENT − NOTICE of Defendants Submission Severity Classifications, Representative Plaintiffs, and Claims Assessment Pursuant to Court Directive of April 4, 2 Document filed by City of New York, Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construct Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Lockwood Kess &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada Gen Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., AMEC Earth &Environmental, Inc., Gilsanz N Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., E Carting, Inc., Breeze National, Inc., Brer−Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Ca Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo−Tech, Diamond Point Excavating Corp., Diego Construction, Inc., Diversified Carting, Inc., DMT Enterprise D'Onofrio General Contractors Corp., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En−Tech Corp., Ewel Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, In Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Manafort Brothers, Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Constru |

| | | |
|---|---|---|
| | | Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contra Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmenta Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc. Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associat R.L.L.P., LVI/Mazzocchi Wrecking, Inc., Moretrench American Corp., Nacirema Industries, Inc., Robert Silman As P.C., Skanska Koch, Inc., Skidmore Owings &Merrill, LLP, Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Equipment Rental Corporation, Highrise Hoisting and Scaffolding, Inc.. (Attachments: #_1_ Exhibit A, #_2_ Exhibit B, Exhibit C, #_4_ Exhibit D, #_5_ Exhibit E, #_6_ Exhibit F, #_7_ Exhibit G(1), #_8_ Exhibit G(2), #_9_ Exhibit G(3), #_10_ Exh G(4), #_11_ Exhibit G(5), #_12_ Exhibit G(6), #_13_ Exhibit G(7), #_14_ Exhibit G(8), #_15_ Exhibit G(9), #_16_ Exhibit G( Exhibit G(11), #_18_ Exhibit G(12), #_19_ Exhibit G(13), #_20_ Exhibit G(14), #_21_ Exhibit G(15), #_22_ Exhibit H)(Tyr James) Modified on 5/19/2008 (db). (Entered: 05/16/2008) |
| 5/19/2008 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 903 HAS BEEN REJECTED. Attorney James Edward Tyrrell: THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either th ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent direct judge. (db) (Entered: 05/19/2008) |
| 5/20/2008 | 905 | STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incompetent person f a committee has been appointed and no person not a party has an interest in the subject matter of the actions, the ab actions listed are discontinued without prejudice against defendant CLARCOR AIR FILTRATION PRODUCTS, IN without costs to either party as against the other... and as further set forth in said stipulation and order. This Docume to Inter alia, to the cases listed on Schedule A attached hereto. (Signed by Judge Alvin K. Hellerstein on 5/19/08) (rj (Additional attachment(s) added on 5/27/2008: #_1_ Schedule A Part 1 of 3, #_2_ Schedule A Part 2 of 3, #_3_ Schedule of 3) (rjm). (Entered: 05/27/2008) |
| 5/21/2008 | 904 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liaison Counsel. (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 05/21/2008) |
| 5/28/2008 | 906 | NOTICE of Plaintiffs' Production of Core Discovery Medical Authorizations. Document filed by Plaintiffs Liaison (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 05/28/2008) |
| 6/04/2008 | 907 | TRANSCRIPT of proceedings held on 5/21/08, 4:00pm before Judge Alvin K. Hellerstein. (rjm) (Entered: 06/04/20 |
| 6/04/2008 | 908 | TRANSCRIPT of proceedings held on 6/18/08, 11:32pm before Judge Alvin K. Hellerstein. (rjm) (Entered: 06/04/2 |
| 6/05/2008 | 909 | FILING ERROR – WRONG DOCUMENT TYPE SELECTED FROM MENU – NOTICE of Adoption of Answer Complaint. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation York, Tishman Interiors Corporation. (Desmond, James) Modified on 6/5/2008 (db). (Entered: 06/05/2008) |
| 6/05/2008 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DOCUMENT TYPE ERROR. Note to Attorney James Desmond to RE–FILE Document 909 Notice (Other), Notice (Other). Use the document type Notice of Adoption of Answer found under the document list Notices. (db) (Entered: 06/05/2008) |
| 6/05/2008 | 910 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Desmond, James) (Entered: 06/05 |
| 6/05/2008 | 911 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Desmond, James) (Entered: 06/05 |
| 6/09/2008 | 912 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai Counsel. (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 06/09/2008) |
| 6/09/2008 | 913 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 06/09/2008) |
| 6/09/2008 | 914 | NOTICE of Plaintiffs' Fourth Production of Core Discovery Responses. Document filed by Plaintiffs Liaison Couns (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 06/09/2008) |
| 6/12/2008 | 915 | TRANSCRIPT of proceedings held on 5/29/08, 4:10pm before Judge Alvin K. Hellerstein. (rjm) (Entered: 06/12/20 |
| 6/16/2008 | 916 | MEMORANDUM OF LAW in Opposition re: 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissi Claims As To Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to F Second Amended Master Complaint Against Bechtel Defendan. Document filed by Bechtel Construction, Inc., Becht Corporation, Bechtel Environmental, Inc., Bechtel Associates Professional Corporation. (Attachments: #_1_ Certific Service)(Tyrrell, James) (Entered: 06/16/2008) |
| 6/16/2008 | 917 | DECLARATION of James E. Tyrrell in Opposition re: 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claims As To Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Altern Leave to File Second Amended Master Complaint Against Bechtel Defendan. Document filed by Bechtel Constructio |

| | | |
|---|---|---|
| | | *Bechtel Corporation, Bechtel Environmental, Inc., Bechtel Associates Professional Corporation. (Attachments: #_1 A, #_2 Exhibit B, #_3 Exhibit C, #_4 Certificate of Service)(Tyrrell, James) (Entered: 06/16/2008)* |
| 6/17/2008 | 918 | STIPULATION that the plaintiffs' time to respond to the Motion for Summary Judgment by the Structural and Desig Engineer Defendants served on 3/28/08, originally set for 4/11/08, and previously extended until 6/10/08, shall be an is extended for an additional 14 days, and thus shall be served and filed on or before Tuesday, 6/24/08. It is further a that a faxed or scanned copy of a signature shall be treated as original for the purpose of this stipulation. This Docum Applies to All World Trade Center Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 6/17/08) (rjm) (Entered: 06/17/2008) |
| 6/17/2008 | 919 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #_1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/17/2008) |
| 6/18/2008 | 920 | SUPPLEMENTAL STIPULATION OF DISMISSAL FOR PREVIOUS STIPULATION FILED MAY 7, 2008 OF THE GENERAL MUNICIPAL LAW, 205–a CLAIMS IN ALL CASES LISTED IN ATTACHMENT A. It is here Stipulated and Agreed, by and between the attorneys for the undersigned, that the 205–a claims asserted by the Plain the civil actions referenced in Attachment A be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) w prejudice and without cost to any party... and as further set forth. This Document applies to All World Trade Center Site Litigation. Also Relates to Attachment A cases: 06–7493, 06–7314, 06–8738, 06–9047. (Signed by Judge Alvi Hellerstein on 6/18/08) (rjm) (Entered: 06/18/2008) |
| 6/19/2008 | 921 | STIPULATION DISCONTINUING ACTION WITH PREJUDICE that whereas no party hereto is an infant or inco person for whom a committee has been appointed and no person not a party has an interest in the subject matter of t the above entitled action be hereby discontinued with prejudice without costs to either party as against the other... an further set forth in said stipulation and order. This Document relates to 21mc100 and 05cv7235. (Signed by Judge A Hellerstein on 6/18/08) (rjm) (Entered: 06/19/2008) |
| 6/20/2008 | 922 | STIPULATION OF DISMISSAL OF ONLY THE GENERAL MUNICIPAL LAW, 205–E CLAIMS IN ALL CAS LISTED IN ATTACHMENT A... that the 205–e claims asserted by the Plaintiffs in the civil actions referenced in Attachment A be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without c any party... and as further set forth. This Document applies to All World Trade Center Disaster Site Litigation. (Sign Judge Alvin K. Hellerstein on 6/20/08) (Attachments: #_1 Exhibit)(rjm) (Entered: 06/20/2008) |
| 6/24/2008 | 923 | STIPULATION, that the plaintiffs' time to Reply to the Defendants' Opposition to the motion to reconsider this Cou dismissal of the claims against defendant Bechtel Corporation, originally set pursuant to stipulation on 6/23/08, shal hereby extended for an additional 7 days, and thus be served and filed on or before 6/30/08. It is further agreed that a scanned copy of a signature shall be treated as original for the purposes of this stipulation. Set Deadlines/Hearing as MOTION for Reconsideration *Of April 30, 2008 Order Dismissing Pltfs' Claims As To Bechtel Defendants, Interim Execution of April 30, 2008 Order, and in Alternative, Leave to File Second Amended Master Complaint Against Be Defendants:( Replies due by 6/30/2008 ). This Document applies to All World Trade Center Disaster Site Litigation. by Judge Alvin K. Hellerstein on 6/24/08) (rjm) (Entered: 06/24/2008)* |
| 6/24/2008 | 924 | NOTICE of Affirmation of Christopher R. LoPalo Pursuant to Fed. R. Civ 56 (f) In Opposition To The Structural an Engineer Defendants' Motion For Summary Judgment. Document filed by Plaintiffs Liaison Counsel. (Attachments: Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3, #_4 Exhibit 4, #_5 Exhibit 5, #_6 Exhibit 6, #_7 Exhibit 7, #_8 Exhibit 8, #_9 Ex 10 Exhibit 10, #_11 Exhibit 11, #_12 Exhibit 12, #_13 Exhibit 13, #_14 Errata 14, #_15 Exhibit 15, #_16 Exhibit 16, # Exhibit 17, #_18 Exhibit 18, #_19 Exhibit 19, #_20 Exhibit 20, #_21 Errata 21, #_22 Exhibit 22, #_23 Exhibit 23)(LoPa Christopher) (Entered: 06/24/2008) |
| 6/24/2008 | 925 | NOTICE of Affirmation of Denise A. Rubin in support of Plaintiffs Opposition to the Structural Engineer and Desig Defendants Motion For Summary Judgment pursuant to Fed. R. Civ. P. 56.. Document filed by Plaintiffs Liaison Co (Attachments: #_1 Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3, #_4 Exhibit 4, #_5 Exhibit 5, #_6 Exhibit 6, #_7 Exhibit 8, #_9 Exhibit 9, #_10 Exhibit 10, #_11 Exhibit 11, #_12 Exhibit 12, #_13 Exhibit 13, #_14 Exhibit 14, #_15 Exhibit 15 Errata 16, #_17 Exhibit 17, #_18 Exhibit 18, #_19 Exhibit 19, #_20 Exhibit 20, #_21 Exhibit 21, #_22 Exhibit 22, #_23 23, #_24 Exhibit 24, #_25 Exhibit 25, #_26 Exhibit 26, #_27 Exhibit 27, #_28 Exhibit 27, #_29 Exhibit 29, #_30 Exhibit Exhibit 31, #_32 Exhibit 32, #_33 Exhibit 33, #_34 Exhibit 34, #_35 Errata 35, #_36 Exhibit 36, #_37 Exhibit 37, #_38 38, #_39 Exhibit 39, #_40 Exhibit 40, #_41 Exhibit 41, #_42 Exhibit 42, #_43 Exhibit 43, #_44 Exhibit 44, #_45 Exhibit Exhibit 46, #_47 Exhibit 47, #_48 Exhibit 48, #_49 Exhibit 49, #_50 Exhibit 50, #_51 Exhibit 51, #_52 Exhibit 52, #_53 E #_54 Exhibit 54, #_55 Exhibit 55, #_56 Exhibit 56, #_57 Exhibit 57, #_58 Exhibit 58, #_59 Exhibit 59, #_60 Exhibit 60 Exhibit 61, #_62 Exhibit 62, #_63 Exhibit 63, #_64 Exhibit 64, #_65 Exhibit 65, #_66 Exhibit 66, #_67 Exhibit 67, #_68 68, #_69 Exhibit 69, #_70 Exhibit 70, #_71 Exhibit 71, #_72 Exhibit 72, #_73 Exhibit 73, #_74 Exhibit 74, #_75 Exhibi Exhibit 76, #_77 Exhibit 77, #_78 Exhibit 78, #_79 Exhibit 79, #_80 Exhibit 80, #_81 Exhibit 81, #_82 Exhibit 82, #_83 83–1, #_84 Exhibit 83–2, #_85 Exhibit 83–3, #_86 Exhibit 83–4, #_87 Errata 84, #_88 Exhibit 85, #_89 Exhibit 86, #_9 Exhibit 87, #_91 Exhibit 88, #_92 Exhibit 89, #_93 Exhibit 90, #_94 Exhibit 91, #_95 Exhibit 92, #_96 Exhibit 93)(LoP Christopher) (Entered: 06/24/2008) |

| | | |
|---|---|---|
| 6/24/2008 | 926 | NOTICE of PLAINTIFFS RESPONSE TO THE STRUCTURAL ENGINEER AND DESIGN DEFENDANTS' MO FOR SUMMARY JUDGEMENT PURSUANT TO FED. R. CIV. P. 56.1. Document filed by Plaintiffs Liaison Cou (LoPalo, Christopher) (Entered: 06/24/2008) |
| 6/24/2008 | 927 | NOTICE of PLAINTIFFS' LIAISONS OPPOSITION PURSUANT TO FED. R. CIV. P. 56 TO THE DEFENDANT STRUCTURAL ENGINEERS &DESIGNERS MOTIONS FOR SUMMARY JUDGMENT. Document filed by Pla Liaison Counsel. (LoPalo, Christopher) (Entered: 06/24/2008) |
| 6/27/2008 | 928 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/27/2008) |
| 6/30/2008 | 929 | FILING ERROR – WRONG DOCUMENT TYPE SELECTED FROM MENU – NOTICE of Plaintiffs' Memorand Law and Facts in Reply to the Defendants' Opposition of Plainitffs' Motion For Reconsideration of the Dismissal of Complaints Against the Bechtel Defendants For Failure To State A Claim Or Alternatively to Amend The Master Co As To Bechtel. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) Modified on 7/2/2008 (db). (En 06/30/2008) |
| 6/30/2008 | 930 | FILING ERROR – WRONG DOCUMENT TYPE SELECTED FROM MENU – NOTICE of Declaration of W. Ste Berman in Reply to Defendants' Opposition of Plaintiffs' Motion For Reconsideration of the Dismissal of the Compl Against the Bechtel Defendants For Failure to State a Claim or Alternatively to Amend The Master Complaint as to Document filed by Plaintiffs Liaison Counsel. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit of 3), #5 Exhibit 4 (Part 2 of 3), #6 Exhibit 4 (Part 3 of 3), #7 Exhibit 5, #8 Exhibit 6, #9 Exhibit 7)(LoPalo, Chris Modified on 7/2/2008 (db). (Entered: 06/30/2008) |
| 7/02/2008 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DOCUMENT TYPE ERROR. Note to Attorney Christo LoPalo to RE–FILE Document 929 Notice (Other), Notice (Other). Use the document type Reply Memorandum in S of Motion found under the document list Replies, Opposition and Supporting Documents. (db) (Entered: 07/02/2008 |
| 7/02/2008 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DOCUMENT TYPE ERROR. Note to Attorney Christo LoPalo to RE–FILE Document 930 Notice (Other), Notice (Other), Notice (Other). Use the document type Declarat Support of Motion found under the document list Replies, Opposition and Supporting Documents. (db) (Entered: 07/02/2008) |
| 7/02/2008 | 931 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai Counsel. (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/02/2008) |
| 7/02/2008 | 932 | REPLY MEMORANDUM OF LAW in Support re: 898 MOTION for Reconsideration *Of April 30, 2008 Order Dis Pltfs' Claims As To Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leav Second Amended Master Complaint Against Bechtel Defendan. Document filed by Plaintiffs Liaison Counsel. (LoPa Christopher) (Entered: 07/02/2008)* |
| 7/02/2008 | 933 | REPLY AFFIRMATION of W. Steven Berman in Support. Document filed by Plaintiffs Liaison Counsel. (Attachm Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4 (Part 1 of 3), #5 Exhibit 4 (Part 2 of 3), #6 Exhibit 4 (Part 3 of Exhibit 5, #8 Exhibit 6, #9 Exhibit 7)(LoPalo, Christopher) (Entered: 07/02/2008) |
| 7/02/2008 | 934 | STIPULATION AND ORDER OF DISCONTINUANCE AND ORDER AS TO WSP CANTOR SEINUK ONLY.. above entitled action and all cross–claims as to WSP Cantor Seinuk Inc., be, and the same hereby are discontinued costs to either party as against the other. This stipulation may be executed in counterparts and filed without further with the Clerk of the Court. (Signed by Judge Alvin K. Hellerstein on 7/2/08) (djc) (Entered: 07/02/2008) |
| 7/02/2008 | 943 | STIPULATION that the moving defendants' time to submit their reply to the Plaintiffs' Liaison's Opposition Pursua R. Civ. P. 56 to the Defendant Structural and Design Engineer Defendants' Motion for Summary Judgment, original 7/7/08, and be and hereby is extended, and shall be served and filed on or before Thursday, 8/7/08. It is further agr faxed or scanned copy of a signature shall be treated as original for the purposes of this stipulation. This Document all World Trade Center Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 7/2/08) (rjm) (Entered: 07/10/2008) |
| 7/07/2008 | 935 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai Counsel. (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/07/2008) |
| 7/07/2008 | 936 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/07/2008) |
| 7/07/2008 | 937 | NOTICE of Plaintiffs' Fifth Production of Core Discovery Responses. Document filed by Plaintiffs Liaison Counsel (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/07/2008) |
| 7/09/2008 | 938 | NOTICE of Plaintiffs' Production of Core Discovery Medical Authorizations. Document filed by Plaintiffs Liaison (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/09/2008) |

| | | |
|---|---|---|
| 7/09/2008 | 939 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise A. Rubin dated 7/1/08 re: efforts in ob... and exchanging Plaintiffs' Core Discovery medical records. ENDORSEMENT: Plaintiffs may file this letter, but ma... the accompanying exhibits. (Signed by Judge Alvin K. Hellerstein on 7/9/08) (rjm) (Entered: 07/09/2008) |
| 7/09/2008 | 940 | NOTICE of filing of Plaintiffs' Liaison's Letter Outlining Status of Medical Records Discovery Pursuant to Directiv... Judge Hellerstein. Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 07/09/2008) |
| 7/09/2008 | 941 | NOTICE of filing of Plaintiffs' Liaison's Letter Outlining Status of Medical Records Discovery Pursuant to Directiv... Judge Hellerstein. Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 07/09/2008) |
| 7/09/2008 | 942 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 7/8/08 re: Bechtel's... that this Court accept this brief submission (response to Plaintiffs' reply). ENDORSEMENT: A surreply is neither w... nor needed. Rejected. So Ordered. (Signed by Judge Alvin K. Hellerstein on 7/9/08) (rjm) (Entered: 07/10/2008) |
| 7/10/2008 | 944 | ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING BECHTEL DEFENDAN... Plaintiffs seek reconsideration of my 4/30/08 order, or, in the alternative, certification of the issue for interlocutory a... Plaintiffs also seek leave to amend their complaint. All aspects of plaintiffs' motion are denied... denying 898 Motion... Reconsideration re 883 Order. (Signed by Judge Alvin K. Hellerstein on 7/9/08) (rjm) (Entered: 07/10/2008) |
| 7/11/2008 | 945 | MOTION for Summary Judgment. Document filed by C.B. Contracting Corp., Diego Construction, Inc., D'Onofrio... Contractors Corp., En–Tech Corp., Highrise Hoisting and Scaffolding, Inc.. (Attachments: # 1 Certificate of Service... James) (Entered: 07/11/2008) |
| 7/11/2008 | 946 | RULE 56.1 STATEMENT. Document filed by C.B. Contracting Corp., Diego Construction, Inc., D'Onofrio Genera... Contractors Corp., En–Tech Corp., Highrise Hoisting and Scaffolding, Inc.. (Attachments: # 1 Certificate of Service... James) (Entered: 07/11/2008) |
| 7/11/2008 | 947 | MEMORANDUM OF LAW in Support re: 945 MOTION for Summary Judgment.. Document filed by C.B. Contra... Corp., Diego Construction, Inc., D'Onofrio General Contractors Corp., En–Tech Corp., Highrise Hoisting and Scaff... Inc.. (Attachments: # 1 Certificate of Service)(Tyrrell, James) (Entered: 07/11/2008) |
| 7/11/2008 | 948 | DECLARATION of James E. Tyrrell, Esq. in Support re: 945 MOTION for Summary Judgment.. Document filed b... Contracting Corp., Diego Construction, Inc., D'Onofrio General Contractors Corp., En–Tech Corp., Highrise Hoistin... Scaffolding, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhib... Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit... # 15 Exhibit N Part 2, # 16 Exhibit N Part 3, # 17 Exhibit N Part 4, # 18 Certificate of Service)(Tyrrell, James) (Ent... 07/11/2008) |
| 7/15/2008 | | CASHIERS OFFICE REMARK in the amount of $25.00, paid on 06/30/2008, Receipt Number 655512. Payment P... Vice for Kathryn S. Devine. (jd) (Entered: 07/15/2008) |
| 7/15/2008 | | CASHIERS OFFICE REMARK in the amount of $25.00, paid on 07/08/2008, Receipt Number 656109. Payment P... Vice for Eliot S. Jubelirer. (jd) (Entered: 07/15/2008) |
| 7/16/2008 | 949 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Kathryn Sarah Devine for The Port Authority of N... &New Jersey admitted Pro Hac Vice. This Document relates to 21mc100 &21mc103. (Signed by Judge Alvin K. He... on 7/7/08) (rjm) (Entered: 07/16/2008) |
| 7/16/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 949 Order Admitting Attorney Pro Hac Vice, to the At... Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 07/16/2008) |
| 7/16/2008 | 950 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Eliot S. Jubelirer for The Port Authority of New Y... &New Jersey admitted Pro Hac Vice. This Document relates to 21mc100 &21mc103. (Signed by Judge Alvin K. He... on 7/7/08) (rjm) (Entered: 07/16/2008) |
| 7/16/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 950 Order Admitting Attorney Pro Hac Vice, to the At... Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 07/16/2008) |
| 7/18/2008 | 951 | STIPULATION DISCONTINUING ACTION WITHOUT PREJUDICE that whereas no party hereto is an infant or... incompetent person for whom a committee has been appointed and no person not a party has an interest in the subje... of the action, the above entitled action be hereby discontinued without prejudice without costs to either party as agai... other... and as further set forth in said stipulation. This Document relates to 21mc100 and 07cv5228. (Signed by Jud... K. Hellerstein on 7/18/08) (rjm) (Entered: 07/18/2008) |
| 7/18/2008 | 953 | AMENDED NOTICE OF APPEAL re: 888 Notice of Appeal, 944 Order on Motion for Reconsideration. Document... Plaintiffs whose claims were dismissed against Bechtel Associates Professional Corporation, Bechtel Construction, ... Bechtel Corporation and Bechtel Environmental, Inc. (tp) (Entered: 07/21/2008) |

| | | |
|---|---|---|
| 7/19/2008 | 952 | MOTION for Partial Summary Judgment. Document filed by Michelle Haskett–Godbee. Responses due by 8/13/20[ ] Date set for 8/20/2008 at 09:30 AM. (Attachments: #_1 Affidavit Affirmation John P. Rudden, Esq, #_2 Exhibit Exhi[ ] K, #_3 Supplement Statement of Material Facts, #_4 Supplement Memorandum Of Law, #_5 Affidavit Affirmation o[ ] Service)(Rudden, John) (Entered: 07/19/2008) |
| 7/21/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 953 Amended No[ ] Appeal. (tp) (Entered: 07/21/2008) |
| 7/21/2008 | | Transmission of Notice of Appeal to the District Judge re: 953 Amended Notice of Appeal. (tp) (Entered: 07/21/200[ ] |
| 7/21/2008 | | Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic F[ ] 891 Notice (Other) filed by Plaintiffs Liaison Counsel, 934 Stipulation and Order of Dismissal, 890 Stipulation and [ ] Dismissal, 906 Notice (Other) filed by Plaintiffs Liaison Counsel, 923 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 903 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (O[ ] Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed [ ] En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., SAB Tru[ ] Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Constr[ ] Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &S[ ] Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Y[ ] Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W[ ] P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor[ ] Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New[ ] Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso[ ] R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting[ ] Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Moretrench American Corp., Ro[ ] Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Ha[ ] Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Skidmore Owings &Merrill, LLP, [ ] Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., [ ] Construction, Inc., Diversified Carting, Inc., D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Truc[ ] Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu[ ] Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc[ ] A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co[ ] Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat[ ] L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Company, Louis Pitkin, Inc., Mueser R[ ] Consulting Engineers, 949 Order Admitting Attorney Pro Hac Vice, 918 Stipulation and Order,, 913 Notice (Other) [ ] Plaintiffs Liaison Counsel, Transmission to Attorney Admissions Clerk, 889 Notice (Other) filed by Plaintiffs Liaiso[ ] Counsel, 944 Order on Motion for Reconsideration, 952 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 898 MOTION for Reconsideration *Of April 30, 2008 Order Dismissing Pltfs' Claims As To Bechte[ ]* *Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second Amended M[ ]* *Complaint Against Bechtel Defendan filed by Plaintiffs Liaison Counsel, 932 Reply Memorandum of Law in Support [ ]* *Plaintiffs Liaison Counsel, 939 Endorsed Letter, 941 Notice (Other) filed by Plaintiffs Liaison Counsel, 929 Notice (* *Notice (Other) filed by Plaintiffs Liaison Counsel, 895 Order, 922 Stipulation and Order of Dismissal,, 893 Stipulat[ ]* *Order of Dismissal,,,, 938 Notice (Other) filed by Plaintiffs Liaison Counsel, 909 Notice (Other), Notice (Other) file[ ]* *Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic[ ]* *Corporation, 917 Declaration in Opposition to Motion,, filed by Bechtel Associates Professional Corporation, Bech[ ]* *Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., 942 Endorsed Letter, 902 Notice of Appearan[ ]* *by 22 Non–Resp, Darlene Montalvo, John Montalvo, 900 MOTION for Reconsideration Plaintiffs' Memorandum of [ ]* *Support. filed by Plaintiffs Liaison Counsel, 894 Stipulation and Order of Dismissal,, 951 Stipulation and Order of [ ]* *Dismissal,, 947 Memorandum of Law in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., C.B[ ]* *Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 924 Notice (Oth[ ]* *Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 937 Notice (Other) filed by Plaintiffs Liaison Cou[ ]* *Notice (Other) filed by Plaintiffs Liaison Counsel, 901 Certificate of Service Other, filed by John Montalvo, 953 Am[ ]* *Notice of Appeal, filed by Plaintiffs, 916 Memorandum of Law in Opposition to Motion, filed by Bechtel Associates [ ]* *Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., 910 Notice [ ]* *Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo[ ]* *New York, Tishman Interiors Corporation, 892 Notice (Other) filed by Plaintiffs Liaison Counsel, 912 Notice (Other[ ]* *Plaintiffs Liaison Counsel, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 920 Stipulation and Order of Dis[ ]* *928 Notice (Other) filed by Plaintiffs Liaison Counsel, 904 Notice (Other) filed by Plaintiffs Liaison Counsel, 948 [ ]* *Declaration in Support of Motion,, filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., High[ ]* *Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 943 Stipulation and Order,, 950 Order Admit[ ]* *Attorney Pro Hac Vice, 927 Notice (Other) filed by Plaintiffs Liaison Counsel, 897 Notice (Other), Notice (Other) fi[ ]* *John Montalvo, 888 Notice of Appeal, filed by Plaintiffs, 931 Notice (Other) filed by Plaintiffs Liaison Counsel, 921[ ]* *Stipulation and Order of Dismissal,, 945 MOTION for Summary Judgment. filed by En–Tech Corp., Diego Constru[ ]* *Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 946 R[ ]* |

| | | |
|---|---|---|
| | | *Statement filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffo Inc., D'Onofrio General Contractors Corp., 914 Notice (Other) filed by Plaintiffs Liaison Counsel, 925 Notice (Oth Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti (Other) filed by Plaintiffs Liaison Counsel, 911 Notice of Adoption of Master Answer filed by Tishman Constructio Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 933 R Affirmation in Support, filed by Plaintiffs Liaison Counsel, 905 Stipulation and Order of Dismissal,, 896 Response, John Montalvo, 930 Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 940 Notice ( filed by Plaintiffs Liaison Counsel, 936 Notice (Other) filed by Plaintiffs Liaison Counsel, 935 Notice (Other) filed b Plaintiffs Liaison Counsel, 899 MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the Moti by Plaintiffs Liaison Counsel were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/21/2008)* |
| 7/21/2008 | 954 | NOTICE of Production of Plaintiffs' Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/21/2008) |
| 7/24/2008 | 955 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (E 07/24/2008) |
| 7/25/2008 | 956 | STIPULATION, Set Deadlines/Hearing as to 945 MOTION for Summary Judgment. :( Time to file Responses to M Summary Judgment filed 7/11/08, is extended from 7/25/08 to 8/29/2008). It is further agreed that a faxed or scanne a signature shall be treated as original for the purposes of this stipulation. This Document relates to All World Trade Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 7/25/08) (rjm) (Entered: 07/25/2008) |
| 7/28/2008 | 957 | FILING ERROR – WRONG DOCUMENT TYPE SELECTED FROM MENU – CERTIFICATE of Counsel by M Sandra Mishkin on behalf of marion s. mishkin. *Liaison Counsel, Non–Respiratory Injured Plaintiffs* (Attachments: Non_Resp. Injured Plntfs. FIRST NOTICE FOR PRODUCTION, # 2 Non–Resp. Injured Plntfs. FIRST REQUEST PRODUCTION)(Mishkin, Marion) Modified on 7/29/2008 (db). (Entered: 07/28/2008) |
| 7/28/2008 | 958 | STIPULATION OF DISCONTINUANCE that each claim, cross–claim, and counter–claim asserted by and against defendant WSP Cantor Seinuk only, shall be discontinued without prejudice... and without costs to any party as agai other... and as further set forth in said stipulation of discontinuance. This Document relates to 21mc100 and 06–121 (Signed by Judge Alvin K. Hellerstein on 7/25/08) (rjm) (Entered: 07/28/2008) |
| 7/28/2008 | 959 | STIPULATION OF DISCONTINUANCE that each claim, cross–claim, and counter–claim asserted by and against defendant WSP Cantor Seinuk only, shall be discontinued without prejudice... and without costs to any party as agai other... and as further set forth in said stipulation of discontinuance. This Document relates to 21mc100 and 06–119 (Signed by Judge Alvin K. Hellerstein on 7/25/08) (rjm) (Entered: 07/28/2008) |
| 7/29/2008 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DOCUMENT TYPE ERROR. Note to Attorney Marior Mishkin to RE–FILE Document 957 Certificate of Counsel,. Use the document type Certificate of Service Other fou the document list Service of Process. (db) (Entered: 07/29/2008) |
| 7/29/2008 | 960 | CERTIFICATE OF SERVICE of Non–Resp. Injured Plntfs. FIRST NOTICE FOR PRODUCTION OF DISCOVEI FIRST REQUEST FOR PRODUCTION OF DISCOVERY served on Defendants' Co–Liaison Counsel, James E. T Esq. [Patton Boggs, L.L.P.] and Beth D. Jacob, Esq. [Schiff Hardin, L.L.P.] on 12/26/2007 and 12/31/2007, respecti Service was accepted by Accepted as served. Service was made by Electronic mail. Document filed by marion s. mi (Attachments: # 1 Non–Resp. Injured Plntfs. FIRST NOTICE OF REQUEST FOR PRODUCTION OF DISCOVEI Non–Resp. Injured Plntfs. FIRST REQUEST FOR PRODUCTION OF DISCOVERY)(Mishkin, Marion) (Entered: 07/29/2008) |
| 7/29/2008 | 961 | STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incompetent person f a committee has been appointed and no person not a party has an interest in the subject matter of the actions, the abo actions listed are discontinued without prejudice against 100 Church LLC only, without costs to either party as again other... and as further set forth in said stipulation and order. This Document relates to claims against 100 Church LL in all cases listed in Schedule A. (Signed by Judge Alvin K. Hellerstein on 7/28/08) (rjm) (Entered: 07/30/2008) |
| 7/29/2008 | 962 | STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incompetent person f a committee has been appointed and no person not a party has an interest in the subject matter of the actions, the abo actions listed are discontinued without prejudice against Mayore Estates LLC only, without costs to either party as a the other... and as further set forth in said stipulation and order. This Document relates to claims against Mayore Est only, in all cases listed in Schedule A. (Signed by Judge Alvin K. Hellerstein on 7/28/08) (rjm) (Entered: 07/30/200 |
| 7/29/2008 | 963 | STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incompetent person f a committee has been appointed and no person not a party has an interest in the subject matter of the actions, the abo actions listed are discontinued without prejudice against Zar Realty Management Corporation a/k/a Sapir Realty Management Corporation only, without costs to either party as against the other... and as further set forth in said stip and order. This Document relates to claims against Zar Realty Management Corporation a/k/a Sapir Realty Managen Corporation only, in all cases listed in Schedule A. (Signed by Judge Alvin K. Hellerstein on 7/28/08) (rjm) (Entere |

| | | | |
|---|---|---|---|
| | | | 07/30/2008) |
| 7/30/2008 | 964 | | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/30/2008) |
| 7/31/2008 | 965 | | MANDATE of USCA (Certified Copy) as to 953 Amended Notice of Appeal, filed by Plaintiffs, 888 Notice of Appeal by Plaintiffs USCA Case Number 08−2267−cv. Ordered that the appeal is DISMISSED. Any motions pending prior to entry of this order of dismissal are deemed MOOT. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 7/... (nd) (Entered: 07/31/2008) |
| 7/31/2008 | | | Transmission of USCA Mandate/Order to the District Judge re: 965 USCA Mandate,. (nd) (Entered: 07/31/2008) |
| 7/31/2008 | 966 | | ORDER, Set Deadlines/Hearing as to 952 MOTION for Partial Summary Judgment. :( Responses due by 8/25/2008 due by 9/15/2008.)This Document relates to 21mc100, 06−6987. (Signed by Judge Alvin K. Hellerstein on 7/31/2008) (Entered: 07/31/2008) |
| 7/31/2008 | 967 | | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 7/30/08 re: Plaintiff... Defendants' Counsel respectfully request a further extension of time, until 8/1/08 to submit a joint letter addressing t... of disagreement. ENDORSEMENT: Time enlargement requested. the joint submission shall be delivered no later th... 4:00pm, 8/4/08. (Signed by Judge Alvin K. Hellerstein on 7/31/08) (rjm) (Entered: 07/31/2008) |
| 7/31/2008 | 968 | | REPLY *to Plaintiffs' Response to the Structural and Design Engineer Defendants' Statement of Undisputed Facts S... Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1.* Document filed by Simpson Gumpertz &Heger Inc., Luci... Inc., Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray, Steficek, LLP, Goldstein A... Consulting Engineers, P.C., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, Thornton Tomasetti C... Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Leslie E. Robertson Associates, R... Lockwood, Kessler &Bartlett, Inc., Robert Silman Associates, P.C., Skidmore Owings &Merrill, LLP. (Tyrrell, Jam... (Entered: 07/31/2008) |
| 7/31/2008 | 969 | | REPLY AFFIRMATION of James E. Tyrrell, Esq. in Support re: 812 MOTION for Summary Judgment *on Behalf... Structural and Design Engineer Defendants..* Document filed by Simpson Gumpertz &Heger Inc., Lucius Pitkin, In... Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray, Steficek, LLP, Goldstein Associates... Consulting Engineers, P.C., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, Thornton Tomasetti C... Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Leslie E. Robertson Associates, R... Lockwood, Kessler &Bartlett, Inc., Robert Silman Associates, P.C., Skidmore Owings &Merrill, LLP. (Attachments... Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Tyrrell, James) (Entered: 07/31/2008) |
| 7/31/2008 | 970 | | REPLY MEMORANDUM OF LAW in Support re: 812 MOTION for Summary Judgment *on Behalf of Structural a... Design Engineer Defendants..* Document filed by Simpson Gumpertz &Heger Inc., Lucius Pitkin, Inc., Buro Happo... Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consultin... Engineers, P.C., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, Thornton Tomasetti Group, Inc.,... Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Leslie E. Robertson Associates, R.L.L.P., Lockw... Kessler &Bartlett, Inc., Robert Silman Associates, P.C., Skidmore Owings &Merrill, LLP. (Attachments: # 1 Appen... A)(Tyrrell, James) (Entered: 07/31/2008) |
| 8/01/2008 | 971 | | CERTIFICATE OF SERVICE of Reply Documents to Motion for Summary Judgment of the Structural and Design... Defendants served on See Service List on August 1, 2008. Service was made by Mail. Document filed by Simpson G... &Heger Inc., Lucius Pitkin, Inc., Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray... Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., MRA Engineering, P.C., Mueser Rutledge Consult... Engineers, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Sei... Leslie E. Robertson Associates, R.L.L.P., Lockwood, Kessler &Bartlett, Inc., Robert Silman Associates, P.C., Skidr... Owings &Merrill, LLP. (Tyrrell, James) (Entered: 08/01/2008) |
| 8/04/2008 | 972 | | NOTICE of NON−RESP. INJURED PLNTFS. LIAISON COUNSELNOTICE OF PRODUCTION OF CORE DISCOVERY: MEDICAL RECORDS and AUTHORIZATIONS re: 907 Transcript. Document filed by marion s. m... (Attachments: # 1 Appendix NON−RESP. INJURED PLNTFS: LIAISON COUNSEL NOTICE OF PRODUCTION CORE DISCOVERY: MEDICAL RECORDS 1 Appendix A)(Mishkin, Marion) (Entered: 08/04/2008) |
| 8/05/2008 | 973 | | NOTICE OF APPEARANCE by Elizabeth Blair Starkey on behalf of Kevin Fitzpatrick (Starkey, Elizabeth) (Enter... 08/05/2008) |
| 8/05/2008 | 974 | | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Christopher R. LoPalo dated 8/5/08 re: Plainti... request Oral Argument on the Structural &Design Engineer Defendants' 3/28/07 Motion for Summary Judgment. ENDORSEMENT: The parties shall appear 8/18/08 at 4:00pm., ( Oral Argument set for 8/18/2008 at 04:00 PM bef... Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 8/5/08) (rjm) (Entered: 08/06/2008) |
| 8/06/2008 | 975 | | TRUE COPY ORDER of USCA as to 953 Amended Notice of Appeal, filed by Plaintiffs, 888 Notice of Appeal, fil... Plaintiffs USCA Case Number 08−2267−cv. An order has been entered by this court recalling and staying the 965 m... |

| | | |
|---|---|---|
| | | reissuance of the mandate of this court in the above–entitled case. Catherine O'Hagan Wolfe, Clerk USCA. (tp) Mo... 8/7/2008 (tp). (Entered: 08/06/2008) |
| 8/06/2008 | | Transmission of USCA Mandate/Order to the District Judge re: 975 USCA Order. (tp) (Entered: 08/06/2008) |
| 8/07/2008 | 976 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 8/4/08 re: Bechtel r... that the Court enter the proposed Order of Dismissal of Bechtel Defendants. ENDORSEMENT: Defendants' propos... has been signed. 1. Because many claims remain in this litigation, many of which appear to be similar to those raise... Bechtel, I decline to make the determination under Rule 54(b) "that there is no just reason for delay." 2. The order d... actions in the 21mc100 and 103 dockets. Plaintiffs may, within 10 days of the issuance of this order make a showing... why this order should be withdrawn with regard to any action in the 21mc103 docket. So Ordered. (Signed by Judge... K. Hellerstein on 8/7/08) (rjm) (Entered: 08/07/2008) |
| 8/07/2008 | 977 | ORDER OF DISMISSAL OF BECHTEL DEFENDANTS... that Bechtel Associates Professional Corporation, Bech... Construction, Inc., Bechtel Corporation and Bechtel Environmental, Inc. shall be dismissed from all pending actions... the 21MC100 and 21MC103 dockets in which they are named; and it is further ordered that the Clerk shall refer to t... attached Schedule A for a comprehensive list of all actions in the 21MC100 and 103 dockets in which Bechtel is pre... named as a defendant. This Document relates to 21mc100 and 21mc103. (Signed by Judge Alvin K. Hellerstein on 8... (Attachments: # 1 Attachment)(rjm) (Entered: 08/07/2008) |
| 8/07/2008 | 978 | STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incompetent person f... a committee has been appointed and no person not a party has an interest in the subject matter of the actions, the ab... actions listed are discontinued without prejudice against Tishman Speyer Properties, Inc. and Tishman Speyer Prope... L.P. only, without costs to either party as against the other... and as further set forth in said stipulation and order. Th... Document relates to claims against Tishman Speyer Properties, Inc. and Tishman Speyer Properties, L.P. only. Also... to 21mc100, 21mc101, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 8/7/08) (rjm) (Entered: 08/07... |
| 8/07/2008 | 979 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liais... Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/07/2008) |
| 8/07/2008 | 980 | NOTICE of Plaintiffs' Production of Core Discovery Medical Authorizations. Document filed by Plaintiffs Liaison ... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/07/2008) |
| 8/07/2008 | 981 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/07/2008) |
| 8/07/2008 | 982 | NOTICE of Plaintiffs' Sixth Production of Core Discovery Responses. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/07/2008) |
| 8/11/2008 | 983 | STIPULATION OF CERTAIN ENUMERATED CIVIL ACTIONS; that the civil actions listed in Attachment A, 06... 5455; 06 cv 5453; 06 cv 5454, which are properly placed in 21 MC 100, have dockets that reference consolidation a... relation to 21 MC 102; that any references to the consolidation and/or relation of the civil actions listed in Attachme... cv 5455; 06 cv 5453; 06 cv 5454 to 21 MC shall be removed from said civil actions' dockets. (Signed by Judge Alvi... Hellerstein on 8/8/08) (ae) (Entered: 08/11/2008) |
| 8/13/2008 | 984 | NOTICE of Non–Resp. Plntfs. Production of Core Discovery: Medical Records and Authorizations re: 907 Transcri... Document filed by marion s. mishkin. (Attachments: # 1 Non–Resp. Injured Plaintiffs' Liaison Counsel Notice of Pr... of Core Discovery: Medical Records 2 Appendix A)(Mishkin, Marion) (Entered: 08/13/2008) |
| 8/15/2008 | 985 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Marion S. Mishkin dated 8/7/08 re: Defendant... that their proposed CMO be entered by the Court so that these "Non–Respiratory" cases may proceed... ENDORSE... Future letters shall not relate rhetoric accusations or excuses. Brevity is imperative. The caption will be more descrip... less confusing if the category of cases were to be titled "bodily injury non–respiration, non–ingestion cases." Defene... proposed CMO shall serve as the model, and will be adopted unless specific objections are filed w/in 10 days. (Sign... Judge Alvin K. Hellerstein on 8/15/08) (rjm) (Entered: 08/15/2008) |
| 8/15/2008 | 986 | ENDORSEMENT ORDER denying 952 Motion for Partial Summary Judgment. "The motion is denied as prematur... are triable issues of fact presented in the claims and motions." This Document relates to 21mc100 and 06cv6987... (S... Judge Alvin K. Hellerstein on 8/15/08) (rjm) (Entered: 08/15/2008) |
| 8/15/2008 | 987 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/15/2008) |
| 8/18/2008 | 988 | SCHEDULING ORDER: The parties shall appear for a status conference on 9/16/08 at 3:00 p.m. At this conference... hear from the Special Masters regarding the development of the chart, and hear the parties' views to the extent that t... from those of the Special Masters. The form of the severity chart will be finalized at, or directly following, the confe... Status Conference set for 9/16/2008 at 03:00 PM before Judge Alvin K. Hellerstein. (Signed by Judge Alvin K. Hell... on 8/18/08) (ae) (Entered: 08/18/2008) |

| | | |
|---|---|---|
| 8/25/2008 | 989 | CERTIFICATE of Counsel by Marion Sandra Mishkin on behalf of marion s. mishkin. *Non_Resp. Injured Plntfs. Li... Counsel's Certification of Service on Plaintiffs of Endorsed Letter* (Mishkin, Marion) (Entered: 08/25/2008) |
| 8/25/2008 | 990 | Objection re: 985 Endorsed Letter,, *Provisionally Adopting Proposed Case Management Order Pending the Filing o Specified Objections.* Document filed by marion s. mishkin. (Attachments: # 1 Appendix Non–Resp. Injured Plainti Liaison Counsel's Objections to Specified Amendments in Pending Case Management Order)(Mishkin, Marion) (En 08/25/2008) |
| 8/26/2008 | 991 | ORDER DENYING STRUCTURAL AND DESIGN ENGINEER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; The argument scheduled for September 18,2008 at 3:00 pm is cancelled. Liaison counsel for plaintiff defendants shall submit a joint discovery plan. No more than two witnesses per Structural and Design Engineer Defe may be noticed by either side.. (Signed by Judge Alvin K. Hellerstein on 8/26/2008) (mr) (Entered: 08/26/2008) |
| 8/27/2008 | 992 | STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE APPEAR; Defendant Bristo Environmental, Inc.'s time to answer or otherwise appear in this action is hereby extended up to and including Septe 2008. (Signed by Judge Alvin K. Hellerstein on 8/27/08) (djc) (Entered: 08/27/2008) |
| 8/28/2008 | 993 | ORDER. The Case Management Order drafted by Defendant is hereby adopted without change. Defendants' Liaison is directed to file the Case Management Order on the Court's electronic filing system. (Signed by Judge Alvin K. He on 8/28/08) (djc) (Entered: 08/28/2008) |
| 8/29/2008 | 994 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/29/2008) |
| 9/04/2008 | 995 | STIPULATION AND ORDER, re–Set Deadlines/Hearing as to 945 MOTION for Summary Judgment. :( Response 9/12/2008). This Document relates to All World Trade Center Disaster Site Litigation. (Signed by Judge Alvin K. H on 9/3/08) (rjm) (Entered: 09/04/2008) |
| 9/04/2008 | 996 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE... that any and all claims asserted and/or assertable agai Defendant(s) –Highrise Hoistings &Scaffolding, Inc.; Diego Construction, Inc., and Donofrio General Contractors C the captioned lawsuit(s) shall be dismissed by the Court without prejudice. This Document relates to 21mc100, 21m World Trade Center Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 9/3/08) (rjm) (Entered: 09/05 |
| 9/05/2008 | 997 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 8/29/08 re: request permission to file a Third Amended Answer to the Amended Master Complaint against Contractor Defendants. ENDORSEMENT: "So Ordered." (Signed by Judge Alvin K. Hellerstein on 9/4/08) (rjm) (Entered: 09/05/2008) |
| 9/08/2008 | 998 | AMENDED ANSWER to 606 Amended Complaint,. Document filed by Plaza Construction Corp., Atlantic Heydt C Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, Dakota Demo–Tech, Inc., La General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, A Rus Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Bre National, Inc., Brer–Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Co Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Diamond Point Excavating Corp Construction, Inc., Diversified Carting, Inc., DMT Enterprise, Inc., D'Onofrio General Contractors Corp., Eagle On Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineer Hallen Welding Services, Inc., HP Environmental, Inc., Laquila Construction, Inc., Anthony Cortese Specialized Ha LLC, Inc., Evergreen Recycling of Corona, Koch Skanska Inc., Leslie E. Robertson Associates Consulting Engineer Liberty Mutual Group, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wreck Meridian Construction Group, LLC, MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Cr &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Co Safety Services, LLC, PT &L Contracting Corp., Robert E. Gerosa, Inc., Robert Silman Associates, Rodar Enterpris Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomase Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Sein Lockwood, Kessler &Bartlett, Inc., Moretrench American Corp., Nacirema Industries, Inc., Skidmore Owings &Me LLP, Wolkow Braker Roofing Corp., Yannuzzi Demolition &Recycling Services, Corp., JP Equipment Rental Mate Tucci Equipment Rental Corporation. (Tyrrell, James) (Entered: 09/08/2008) |
| 9/08/2008 | 999 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/08/2008) |
| 9/08/2008 | 1000 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/08/2008) |
| 9/08/2008 | 1001 | NOTICE of Plaintiffs' Seventh Production of Core Discovery Responses. Document filed by Plaintiffs Liaison Coun (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/08/2008) |

| | | |
|---|---|---|
| 09/09/2008 | 1002 | NOTICE of Plaintiffs' Production of Core Discovery Medical Authorizations. Document filed by Plaintiffs Liaison C (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 09/09/2008) |
| 09/12/2008 | 1003 | AFFIRMATION of Christopher R. LoPalo. Document filed by Plaintiffs Liaison Counsel. (Attachments: #_1_ Exhibit Exhibit 2, #_3_ Exhibit 3, #_4_ Exhibit 4, #_5_ Exhibit 5, #_6_ Exhibit 6, #_7_ Exhibit 7, #_8_ Exhibit 8, #_9_ Exhibit 9)(LoPa Christopher) (Entered: 09/12/2008) |
| 09/12/2008 | 1004 | RULE 56.1 STATEMENT. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 09/12/20 |
| 09/12/2008 | 1005 | AFFIRMATION of Denise A. Rubin in Opposition re: _948_ Declaration in Support of Motion,,. Document filed by Liaison Counsel. (Attachments: #_1_ Exhibit 1, #_2_ Exhibit 2, #_3_ Exhibit 3, #_4_ Exhibit 4, #_5_ Exhibit 5, #_6_ Exhibit 6 Exhibit 7, #_8_ Exhibit 8, #_9_ Exhibit 9, #_10_ Exhibit 10, #_11_ Exhibit 11, #_12_ Exhibit 12, #_13_ Exhibit 13, #_14_ Exhibit _15_ Exhibit 15, #_16_ Exhibit 16, #_17_ Exhibit 17, #_18_ Exhibit 18, #_19_ Exhibit 19, #_20_ Exhibit 20, #_21_ Exhibit 21, # Exhibit 22, #_23_ Exhibit 23, #_24_ Exhibit 24, #_25_ Exhibit 25, #_26_ Exhibit 26, #_27_ Exhibit 27, #_28_ Exhibit 28, #_29 29, #_30_ Exhibit 30, #_31_ Exhibit 31, #_32_ Exhibit 32, #_33_ Exhibit 33, #_34_ Exhibit 34, #_35_ Exhibit 35)(LoPalo, Ch (Entered: 09/12/2008) |
| 09/12/2008 | 1006 | NOTICE of Plaintiffs' Production of Core Discovery Medical Authorizations. Document filed by Plaintiffs Liaison C (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 09/12/2008) |
| 09/12/2008 | 1007 | MEMORANDUM OF LAW in Opposition re: _947_ Memorandum of Law in Support of Motion,. Document filed by Liaison Counsel. (LoPalo, Christopher) (Entered: 09/12/2008) |
| 09/15/2008 | 1008 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 09/15/2008) |
| 09/16/2008 | 1009 | ANSWER to Complaint. Document filed by Seasons Industrial Contracting.(Fogarty, Edward) (Entered: 09/16/2008 |
| 09/17/2008 | 1010 | STIPULATION DISCONTINUING ACTION WITHOUT PREJUDICE that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subje of the action, the above entitled action be hereby discontinued without prejudice without costs to either party as aga other... and as further set forth. This Document relates to 21mc100 and 06cv14614. (Signed by Judge Alvin K. Helle 9/17/08) (rjm) (Entered: 09/17/2008) |
| 09/18/2008 | 1011 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (E 09/18/2008) |
| 09/19/2008 | 1012 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 09/19/2008) |
| 09/23/2008 | 1013 | NOTICE of Plainitfs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai Counsel. (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 09/23/2008) |
| 09/26/2008 | 1014 | TRANSCRIPT of proceedings held on 9/16/08, 3:20pm. before Judge Alvin K. Hellerstein. (rjm) (Entered: 09/26/20 |
| 09/26/2008 | 1015 | REPLY MEMORANDUM OF LAW in Support re: _945_ MOTION for Summary Judgment.. Document filed by C.B Contracting Corp., En–Tech Corp.. (Tyrrell, James) (Entered: 09/26/2008) |
| 09/26/2008 | 1016 | REPLY *Statement of Undisputed Facts in Support of Motion for Summary Judgment Submitted Pursuant to Fed. R. 56 and Local Civil Rule 56.1*. Document filed by C.B. Contracting Corp., En–Tech Corp.. (Tyrrell, James) (Entered 09/26/2008) |
| 09/26/2008 | 1017 | REPLY AFFIRMATION of James E. Tyrrell, Jr., Esq. in Support re: _945_ MOTION for Summary Judgment.. Docu filed by C.B. Contracting Corp., En–Tech Corp.. (Attachments: #_1_ Exhibit A, #_2_ Exhibit B, #_3_ Exhibit C, #_4_ Exh _5_ Exhibit E, #_6_ Exhibit F, #_7_ Exhibit G, #_8_ Exhibit H Part 1, #_9_ Exhibit H Part 2, #_10_ Exhibit I Part 1, #_11_ Exhi 2, #_12_ Exhibit I Part 3, #_13_ Exhibit J, #_14_ Exhibit K)(Tyrrell, James) (Entered: 09/26/2008) |
| 09/29/2008 | 1018 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 09/29/2008) |
| 09/30/2008 | 1019 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records (Weeks Marine). Document filed by Plaintiff Counsel. (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 09/30/2008) |
| 10/02/2008 | 1020 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records (Phillips &Jordan, Inc.). Document filed by Liaison Counsel. (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 10/02/2008) |
| 10/03/2008 | 1021 | MANDATE of USCA (Certified Copy) as to _545_ Notice of Appeal,, filed by Bechtel Corporation, Turner Construct Company, AMEC Construction Management, Inc., Plaza Construction Management Corp., The Port Authority of N &New Jersey, Plaza Construction Corp., Bechtel Construction, Inc., Tully Construction Co., Inc., Bovis Lend Lease Interiors, Inc., The City of New York, Bechtel Associates Professiona;l Corporation, Bovis Lend Lease LMB, Inc., |

| | | |
|---|---|---|
| | | Consulting Corp., Turner Construction International, L.L.C., Turner/Plaza, A Joint Venture, Tully Construction Cor USCA Case Number 06–5324–cv. Ordered, Adjudged and Decreed that the appeal is DISMISSED in part and the ju of the District Court is AFFIRMED in part in accordance with the opinion of this court. Catherine O'Hagan Wolfe, ( USCA. Issued As Mandate: 10/1/2008. (nd) (Entered: 10/03/2008) |
| 0/03/2008 | | Transmission of USCA Mandate/Order to the District Judge re: 1021 USCA Mandate. (nd) (Entered: 10/03/2008) |
| 0/03/2008 | 1022 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Neil Mascolo, etal. dated 9/12/08 re: August 2 Order; Request to reconsider removing Marion S. Mishkin as Liaison Counsel and to that end issue an order reinstat ENDORSEMENT: A co–liaison counsel arrangement may be proposed with Ms. Mishkin continuing to relate to he co–plaintiffs while the other liaison counsel relates to defendants' counsel and the Court. (Signed by Judge Alvin K. Hellerstein on 10/3/08) (rjm) (Entered: 10/03/2008) |
| 0/03/2008 | 1023 | STIPULATION AND ORDER OF DISMISSAL... that whereas no party hereto is an infant or incompetent person f a committee has been appointed and no person not a party has an interest in the subject matter of the actions, the ab actions listed are discontinued without prejudice against Tishman Speyer Properties, Inc. and Tishman Speyer Prope L.P. only, without costs to either party as against the other... and as further set forth in said stipulation and order. Re claims against Tishman Speyer Properties, Inc. and Tishman Speyer Properties, L.P. only &20 cases listed in Sched 21mc100, 21mc101, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 10/2/08) (rjm) (Entered: 10/03/2 |
| 0/03/2008 | 1024 | ORDER. Defendants En–Tech Corporation and C.B. Contracting Corporation have brought a motion for summary j pursuant to FRCP 56. The Court directed plaintiffs to file a rejoinder, by October 14, 2008, responding to the paragr running from page one to page two of Defendants' Reply memorandum concerning En–Tech Corporation, and the fi paragraph on page 4 of the memorandum concerning C.B.Contracting Corporation. Defendants D'Onofrio General Contractors Corp., Diego Construction Inc., and Highrise Hoisting and Scaffolding Inc., who originally joined in the were dismissed by stipulation on September 4, 2008. The Clerk shall terminate the motion with regard to these three defendants. (Signed by Judge Alvin K. Hellerstein on 10/3/08) (djc) (Entered: 10/06/2008) |
| 0/07/2008 | 1025 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph F. Hopkins dated 10/3/08 re: request th case be docketed as a case related to 21MC100. ENDORSEMENT: "So Ordered." This Document relates to 21mc10 08–1884. (Signed by Judge Alvin K. Hellerstein on 10/6/08) (rjm) (Entered: 10/07/2008) |
| 0/07/2008 | 1026 | NOTICE of Update to Exhibit A to Master Answers. Document filed by City of New York, Bovis Lend Lease LMB Turner Construction Company, Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza Constru Corp., Tully Environmental Inc., Atlantic Heydt Corp., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc. Turner/Plaza, A Joint Venture, AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecki Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, In Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contr Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excava Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–T Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., New York City Department of Transportation, New York City Department of Sanitation, New Yor Department, Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., I Environmental, Inc., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recyc Corona, Koch Skanska Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, LZA Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Meridian Construction Grou MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, I Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Toretta Trucking, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP C Seinuk, Lockwood, Kessler &Bartlett, Inc., Moretrench American Corp., Skidmore Owings &Merrill, LLP, Wolkow Roofing Corp., Yannuzzi &Sons, Inc., Yannuzzi Demolition &Recycling Services, Corp., Nacirema Industries Incor JP Equipment Rental Material, Inc.. (Tyrrell, James) (Entered: 10/07/2008) |
| 0/07/2008 | 1027 | NOTICE of Update to Exhibit B to Master Answers. Document filed by City of New York, Bovis Lend Lease LMB Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., Tully Environmental Inc., A Heydt Corp., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada Gener Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., Turner/Plaza, A Joint Venture, AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big A Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, In Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterp Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical S P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., New York City Department of Transporta |

| | | |
|---|---|---|
| | | New York City Department of Sanitation, New York Police Department, Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Koch Skanska Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Mazzocchi Wrecking Inc., Meridian Construction Group, LLC, MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Toretta Trucking, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., Moretrench American Corp., Skidmore Owings &Merrill, LLP, Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yannuzzi Demolition &Recycling Services, Corp., Nacirema Industries Incorporated, JP Equipment Rental & Material, Inc.. (Tyrrell, James) (Entered: 10/07/2008) |
| 10/07/2008 | 1028 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/07/2008) |
| 10/07/2008 | 1029 | NOTICE of Plaintiffs' Production of Core Discovery Medical Authorizations. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/07/2008) |
| 10/07/2008 | 1030 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/07/2008) |
| 10/07/2008 | 1031 | NOTICE of Plaintiffs' Eighth Production of Core Discovery Responses. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/07/2008) |
| 10/14/2008 | 1032 | DECLARATION of W. Steven Berman, Esq. in Opposition re: 1024 Order,,, 945 MOTION for Summary Judgment. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit Exhibits 1 through 5)(LoPalo, Christopher) (Entered: 10/14/2008) |
| 10/14/2008 | 1033 | SECOND MEMORANDUM OF LAW in Opposition *To Defendant En–Tech Corporation's &C.B. Contracting Corporation's Motions for Summary Judgement*. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 10/14/2008) |
| 10/15/2008 | 1034 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/15/2008) |
| 10/17/2008 | 1035 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 10/17/2008) |
| 10/27/2008 | 1036 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/27/2008) |
| 10/28/2008 | 1037 | MANDATE of USCA (Certified Copy) as to 953 Amended Notice of Appeal, filed by Plaintiffs, 888 Notice of Appeal, filed by Plaintiffs USCA Case Number 08–2267–cv. Ordered that the appeal is DISMISSED. Any motions pending prior to entry of this order of dismissal are deemed MOOT. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 10/24/2008. (tp) (Entered: 10/28/2008) |
| 10/28/2008 | 1038 | ORDER The motions of defendants En–Tech Corporation and C. B. Contracting Corporation are denied. Issues of fact make the motion against these defendants premature. The task of determining which of the construction defendants may have caused injuries to which of the plaintiffs cannot be determined on the record now existing. I make this ruling not withstanding serious misgivings about the merits of the plaintiffs' case against these two defendants. C. B. Contracting performed welding work on site, and En–Tech worked to clear the sewers. There is a dispute as to whether C. B. Contracting Corp. worked from February 2002 or from May 2002, and if its work emitted "torch fumes" that caused respiratory injuries to nearby workers. Regarding En–Tech, there is a dispute as to whether it dumped decanted, but contaminated, sewer water and was involved in dust suppression activities with contaminated water that caused respiratory injuries to workers. Both make large claims on limited facts. But, plaintiffs claim that they have not yet had adequate discovery on these issues, and they are correct. We have been concentrating on other issues: first, on issues of immunity that took many months and that involved a long appeal with a stay issued by the Court of Appeals; and then, on core discovery and on eliciting objective facts about plaintiffs true injuries. There has not yetbeen sufficient discovery on specific defendants' general liability or specific plaintiffs. That issue, and others, will be topics of discussion at the next pre–trial conference, scheduled to be held November 19, 2008, 4:00 pm. This order, with my previous order dated October 3, 2008 and the party's stipulation of September 3, 2008, terminates all aspects of defendants' motion dated July 11, 2008. ( Pretrial Conference set for 11/19/2008 at 04:00 PM before Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 10/27/08) (rjm) (Entered: 10/28/2008) |
| 11/14/2008 | 1039 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION for Discovery *to Address Plaintiffs' Counsel's Failure in Providing Discovery and to Require an End Date for Complete Production of Medical Records and Sanctions*. Docu |

| | | |
|---|---|---|
| | | filed by Bovis Lend Lease LMB, Inc., Turner Construction Company, AMEC Construction Management, Inc., Tully Construction Co., Inc., Plaza Construction Corp., AMEC Earth &Environmental, Inc. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Certification)(Tyrrell, James) Modified on 11/18/2008 (db). (Entered: 11/14/2008) |
| 11/14/2008 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney James Edward Tyrrell to RE–FILE Document 1039 MOTION for Discovery *to Address Plaintiffs' Counsel's Failures in Providing Discovery and to Require an End Date for Complete Production of Medical Records and Sanctions*. ERROR: Supporting Document must be filed separately. (db) (Entered: 11/18/2008) |
| 11/17/2008 | 1040 | MOTION for Madro Bandaries to Appear Pro Hac Vice. Document filed by Phillips and Jordan, Inc. This Document relates to All World Trade Center Disaster Litigation.(rjm) (Entered: 11/18/2008) |
| 11/18/2008 | 1041 | MOTION for Discovery *to Address Plaintiffs' Counsel's Failures in Providing Discovery and to Require an End Date for Complete Production of Medical Records and Sanctions*. Document filed by City of New York, Bovis Lend Lease LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza Construction Corp., AMEC Earth &Environmental, Inc..(Tyrrell, James) (Entered: 11/18/2008) |
| 11/18/2008 | 1042 | MEMORANDUM OF LAW in Support re: 1041 MOTION for Discovery *to Address Plaintiffs' Counsel's Failures in Providing Discovery and to Require an End Date for Complete Production of Medical Records and Sanctions*.. Document filed by City of New York, Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., AMEC Earth &Environmental, Inc.. (Tyrrell, James) (Entered: 11/18/2008) |
| 11/18/2008 | 1043 | DECLARATION of James E. Tyrrell, Jr., Esq. in Support re: 1041 MOTION for Discovery *to Address Plaintiffs' Counsel's Failures in Providing Discovery and to Require an End Date for Complete Production of Medical Records and Sanctions*. Document filed by City of New York, Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., AMEC Earth &Environmental, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Tyrrell, James) (Entered: 11/18/2008) |
| 11/18/2008 | 1044 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 11/18/2008) |
| 11/18/2008 | 1045 | STIPULATION DISCONTINUING ACTION WITHOUT PREJUDICE. IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled civil action referenced as 06CVl1962 be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 4l(a)(1)(ii) without prejudice and without cost to any party. Re: 21mc100, 06–11962. (Signed by Judge Alvin K. Hellerstein on 11/18/08) (rjm) (Entered: 11/19/2008) |
| 11/19/2008 | 1046 | ORDER granting 1040 Motion for Madro Bandaries to Appear Pro Hac Vice. This Document relates to All World Trade Center Disaster Litigation. (Signed by Judge Alvin K. Hellerstein on 11/18/08) (rjm) Modified on 11/24/2008 (rjm). (Entered: 11/20/2008) |
| 11/19/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1046 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 11/20/2008) |
| 11/20/2008 | 1047 | ORDER DIRECTING ENTRY AND USE OF THE ATTACHED MEDICAL, HEALTHCARE, AND OTHER AUTHORIZATION FORMS... It is on this 18th day of November 2008, HEREBY ORDERED that Plaintiff's Co–Liaison Counsel shall serve the Mount Sinai Medical Center with a du1y executed subpoena (in the form annexed hereto as Exhibit A) or each individual plaintiff and that Mount Sinai shall thereafter have ten (10) business days to furnish any and all responsive documents to Plaintiffs' Co–Liaison Counsel, and it is FURTHER ORDERED that if Mount Sinai Medical Center fails to provide all responsive documents within the specified time or otherwise respond, Plaintiffs' Co Liaison Counsel may move this Court, upon Motion or Order to Show Cause, for an Order compelling Mount Sinai to produce such responsive documents and for any other appropriate relief, including a contempt order, and it is FURTHER ORDERED that a copy of this Order accompany any subpoena served upon Mount Sinai by Plaintiffs' Liaison Counsel, and it is FURTHER ORDERED that Co Liaison Counsel shall serve a copy of this Order on all other counsel of record within seven (7) days from receipt of same. This document applies to All World Trade Center Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 11/18/08) (rjm) (Entered: 11/20/2008) |
| 11/20/2008 | | CASHIERS OFFICE REMARK on 1046 Order on Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 11/17/2008, Receipt Number 669442. (jd) (Entered: 11/20/2008) |
| 11/20/2008 | 1048 | ORDER DIRECTING ENTRY AND USE OF THE ATTACHED MEDICAL, HEALTHCARE, AND OTHER AUTHORIZATION FORMS... It is HEREBY ORDERED that Plaintiff's Co–Liaison Counsel shall serve the Provider with a duly executed subpoena (in the form annexed hereto as Exhibit A) for each individual plaintiff and that the Provider shall thereafter have ten (10) business days to furnish any and all responsive documents to Plaintiffs' Co– Liaison Counsel |

| | | |
|---|---|---|
| | | is FURTHER ORDERED that if the Provider fails to provide all responsive documents within the specified time or respond, Plaintiffs' Co–Liaison Counsel shall move this Court, upon Motion or Order to Show Cause, for an Order compelling the Provider to produce such responsive documents and for any other appropriate relief, including a cont order, and it is FURTHER ORDERED that a copy of this Order accompany any subpoena served upon the Provider Plaintiffs' Liaison Counsel, and it is FURTHER ORDERED that Co–Liaison Counsel shall serve a copy of this Orde other counsel of record within seven (7) days from receipt of same. This Document applies to All World Trade Cent Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 11/20/08) (rjm) (Entered: 11/21/2008) |
| 1/21/2008 | <u>1049</u> | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 11/4/08 re: Request Your Honor enter the Order and cause same to be filed on the dockets. ENDORSEMENT: I decline to approve the p order. The purpose of disclosure can be accomplished w/out compromising confidentiality except as to those if any double–filed with the ecf, and in a court suit. The AUSA should develop an appropriate procedure and submit on co court approval. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 11/21/08) (rjm) 11/24/2008) |
| 1/21/2008 | <u>1225</u> | STIPULATION OF TRANSFER OF CERTAIN ENUMERATED CIVIL ACTIONS by and between the attorneys undersigned, that the civil actions referenced in Attachment A be and hereby are transferred from 21 MC 100 to 21 and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all civil a transferred pursuant to this Stipulation, Defendants will not raise the Statute of Limitations as a defense if the origin was timely filed and served, but that Defendants shall have all rights and defenses pursuant to New York Unconsoli Laws Sections 7101 et seq. or any applicable statute of limitation that they have as of the date each action is discont pursuant to this Stipulation. (Signed by Judge Alvin K. Hellerstein on 11/21/2008) (jmi) (Entered: 04/06/2009) |
| 1/21/2008 | <u>1226</u> | STIPULATION AND ORDER OF DISMISSAL. It is hereby Stipulated and Agreed, by and between the undersigne attorneys of record for the plaintiffs and defendant the Port Authority of New York and New Jersey in the above–en actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, a person not a party has an interest in the subject matter of the action, the actions listed on Attachment A hereto are discontinued without prejudice as against defendant the Port Authority of New York &New Jersey only and without either party as against the other and as further set forth in said Stipulation and Order of Dismissal. Relates to All cas Attachment A. (Signed by Judge Alvin K. Hellerstein on 11/21/08) (rjm) (Entered: 04/06/2009) |
| 1/25/2008 | 1052 | TRANSCRIPT of proceedings held on 11/19/2008 before Judge Alvin K. Hellerstein. (cg) (Entered: 12/03/2008) |
| 2/01/2008 | <u>1050</u> | ORDER DIRECTING ENTRY AND USE OF THE ATTACHED MEDICAL, HEALTHCARE, AND OTHER AUTHORIZATION FORMS... It is HEREBY ORDERED that Plaintiffs Co–Liaison Counsel shall serve the Provid duly executed subpoena (in the form annexed hereto as Exhibit A) for each individual plaintiff and that the Provider thereafter have ten (10) business days to furnish any and all responsive documents to Plaintiffs' Co–Liaison Counsel FURTHER ORDERED that if the Provider fails to provide all responsive documents within the specified time or oth respond, Plaintiffs' Co–Liaison Counsel shall move this Court, upon Motion or Order to Show Cause, for an Order compelling the Provider to produce such responsive documents and for any other appropriate relief, including a cont order, and it is FURTHER ORDERED that a copy of this Order accompany any subpoena served upon the Provider Plaintiffs' Liaison Counsel, and it is FURTHER ORDERED that Co–Liaison Counsel shall serve a copy of this Orde other counsel of record within seven (7) days from receipt of same. This Document relates to All World Trade Cente Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 11/26/08) (rjm) (Entered: 12/01/2008) |
| 2/02/2008 | <u>1051</u> | CASE MANAGEMENT ORDER AND PLAN. The protocol outlined below, and supplemented in the attached cha Proposed Case Management Order and Plan for onward progression of these cases towards final resolution. The Cou considered recommendations from the parties and the Special Masters and will hear arguments at the December 10, Status Conference. 1. Divide the aggregate number of plaintiffs into five groups.A. Group A: Cases with case index I – 2000B. Group B: Cases with case index numbers 2001 – 4000C. Group C: Cases with case index numbers 4001 6000D. Group D: Cases with case index numbers 6001 – 8000E. Group E: Cases with case index numbers 8001 – ( #). 2. Forty days after this process is put in motion, the parties must deliver to the Special Masters responses, under c plaintiffs and defendants, for Group A, in index number sequence, fully and truthfully answering the following 35 d points ("Severity Chart Plus") from the November 26,2008 Discovery Database. A. Case profile information (data e points 2 – 6) B. Duration of exposure at World Trade Center site (data entry points 72 – 81) C. Plaintiff's pre–existi disorders (data entry points 108 – 114) D. Severity of claimed illnesses (data entry points 201– 212) E. Conditions, and diseases for which plaintiff seeks recovery (data entry point 131) i. NOTE: Point 131's wording has been altere from the November 26, 2008 Discovery Database. It now reads: "For which diagnosed condition(s), injury(s), disea PE seek recovery?" 3. Within ten days, the Special Masters shall identify: A. Group AI: 200 severe cases in Group A Group A2: 25 cases selected randomly from the remainder of Group A. C. Group A3: 400 additional cases selected from the remainder of Group A. D. Group A4: All remaining cases within Group A. 4. Five days later, plaintiffs' Lia Counsel and defendants' Liason Counsel shall each identify two Group Al cases for discovery and trial. A Discover commence promptly and will be permitted on all issues relevant for discovery and trial, including information disclo response to database queries. B. The discovery completion date, the final date for filing motions, the date upon whic will argue motions, and the trial date appear in the attached chart. C. Note: The Court chose to vary the Groups' mot practice schedules and to set common trial dates based on the assumption that much of discovery and motion practic |

later–sequenced cases is likely to cover the same ground. 5. Within forty days after the Special Masters make the identification in "Step 3," the parties shall populate the entire Database for Groups A1 and A2, fully and truthfully a under oaths of plaintiffs and responding defendants, the answers each give. 6. Five days later, the Special Masters w two additional Group A1 or Group A2 cases for discovery and trial. These two cases will also proceed through disco trial as set out in "Step 4." 7. Eighty days after database completion is required for Groups A1 and A2, entire Databa completion is due for Group A3. 8. The protocol in Steps 2 through 7 shall be accomplished for Groups B through E Group will begin this process 40 days after the previous Group begins. 9. The entire Database will be completed for A4, B4, C4, D4, and E4 on or before January 1, 2011. 10. Pending adoption, this process will commence (and "Day purposes of the attached chart will be) January 1, 2009. Weekends and legal holidays are included even when set tin periods are brief. 11. If a case chosen to proceed with discovery and trial settles prior to trial, the party that originall that case (plaintiffs, defendants, or the Special Masters) may chose another case from the first subgroup of the settle Group to go into that settled case's track for discovery and trial. Because disagreements remain regarding some of th lists" in fields 6, 109, 131, 202, 205, 208 and 212, parties shall arrange a conference with the Special Masters in whi may settle these disputes. Any disagreements that persist should be brought to the Court for resolution during the De 10, 2008 conference. The Court further orders the defendants to produce a map of the World Trade Center site, show contractors relating to the particular sites on which they performed services, their insurance coverage, and the period they performed services. Annexes should show the insurance agreements, limitations and exclusions. If disclosures a made because of objections, notwithstanding earlier rulings by the Court, the objections should be stated at the Dece 2008 conference so the Court can rule on them formally. (Signed by Judge Alvin K. Hellerstein on 12/2/08) (db) (En 12/02/2008)

| Date | Doc | Description |
|---|---|---|
| 12/03/2008 | 1053 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 12/03/2008) |
| 12/08/2008 | 1054 | NOTICE OF APPEARANCE by Nirav Sanjay Shah on behalf of Verizon New York Inc. (Shah, Nirav) (Entered: 12/08/2008) |
| 12/10/2008 | 1055 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 12/10/2008) |
| 12/10/2008 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Status Conference held on 12/10/2008. (rjm) ( 12/12/2008) |
| 12/11/2008 | 1056 | PROTECTIVE ORDER NO. 2 GOVERNING THE DISCLOSURE OF CONFIDENTIAL INFORMATION AND CONFIDENTIAL INSURANCE INFORMATION.... regarding procedures to be followed that shall govern the hand confidential material.... This Document Relates to All World Trade Center Disaster Site Litigation. (Signed by Judge K. Hellerstein on 12/10/08) (rjm) (Additional attachment(s) added on 12/12/2008: # 1 attachment) (rjm). (Entered: 12/11/2008) |
| 12/12/2008 | 1057 | CASE MANAGEMENT ORDER NO. 8. Regarding the procedures to be followed that shall govern the handling of Management Order No. 8... and as further set forth. Conference to hear any objections to the Database set for 1/6/20 04:00 PM before Judge Alvin K. Hellerstein. (Signed by Judge Alvin K. Hellerstein on 12/12/08) (rjm) (Entered: 12/12/2008) |
| 12/16/2008 | 1058 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 12/16/2008) |
| 12/17/2008 | 1059 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 12/17/2008) |
| 12/30/2008 | 1060 | ORDER DIRECTING PRODUCTION OF VICTIMS COMPENSATION FUND RECORDS... ORDERED that, pu 5 U.S.C. § 552a(b)(11), the USDOJ shall cooperate and make all reasonable efforts to make available and produce t Claimant List. For every individual who has submitted an application and other material to the VCF seeking comper for death or personal injury, the VCF Claimant List will set forth the claimant's and/or decedent's full name; and it is FURTHER ORDERED that, upon receipt of the VCF Claimant List from USDOJ, the Parties shall, upon request, pr copies of same to any other Co–Liaison Counsel in both 21 MC 100, 21 MC 102 and 21 MC103 matters; and it is FURTHER ORDERED, the VCF Claimant List produced by the USDOJ to the Parties under this Order shall be the strictest confidence, used only for purposes of the above–captioned litigations, not divulged to any third party, e whole or in part, without the express written permission of this Court, and not filed with the Court unless under seal the Court's express written permission; and it is FURTHER ORDERED that, upon final resolution of all matters con within the 21 MC 100, 21 MC 102, and 21 MC 103 litigations, the VCF Claimant List produced by the USDOJ to a counsel under this Order, shall be returned to the USDOJ within ninety (90) days or destroyed. This Document appli World Trade Center Disaster Site Litigation. Also applies to 21mc 100, 21mc102, 21mc103. (Signed by Judge Alvin Hellerstein on 12/30/08) (rjm) (Entered: 12/30/2008) |
| 01/05/2009 | 1061 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 01/05/2009) |

| | | |
|---|---|---|
| 1/05/2009 | 1062 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph E. Hopkins dated 12/29/08 re: Plaintiff Co−Liaison Counsel and counsel for the Structural and Design Engineer Defendants ("Defendants' Counsel") in the above−referenced coordinated Master Docket respectfully submit this joint letter setting forth the parties' remaining regarding the Engineer Defendants' discovery plan directed by the Court by Order dated August 28, 2008. ENDORSEMENT: The period from service of good faith discovery responses and the commencement of deposition period of taking depositions is enlarged from two weeks to 30 days and from 90 days to 110 days, respectively. All will be due 60 days after completion of fact discovery. Opposition 30 days; Reply 15 days. No cross−motions. (Sign Judge Alvin K. Hellerstein on 1/5/09) (rjm) (Entered: 01/05/2009) |
| 1/05/2009 | 1063 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 01/05/2009) |
| 1/05/2009 | 1064 | NOTICE of Plaintiffs' "Ninth" Production of Core Discovery Responses. Document filed by Plaintiffs Liaison Coun (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 01/05/2009) |
| 1/05/2009 | 1065 | ORDER REGARDING DATABASE OBJECTIONS. I have studied Liason Counsels' written submissions objecting certain fields of the proposed database, as well as the Special Masters' responses to those objections as stated in their Memorandum of December 21, 2008 (see attached). I have reviewed, as well, the several previous objections by the to many of these very same issues. After independent review, I adopt the recommendations of the Special Masters. T parties will proceed to populate the database in accordance with Case Management Order No.8. Any concerns about wording of the database fields regarding insurance coverage, or the corresponding pick−lists, should be brought to t attention of the Special Masters. The hearing scheduled for January 6, 2009 regarding database objections is cancell another hearing regarding issues that I have ruled upon numbers of times is neither necessary nor productive. (Signe Judge Alvin K. Hellerstein on 1/5/09) (rjm) (Entered: 01/06/2009) |
| 1/07/2009 | 1066 | STIPULATION OF DISCONTINUANCE AND ORDER AS TO WSP CANTOR SEINUK ONLY. IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the plaintiff and WSP Seinuk in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a com has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled ac all cross−claims as to WSP Cantor Seinuk only be, and the same hereby are discontinued without costs to either part against the other. This stipulation may be executed in counterparts and filed without further notice with the Clerk of Court. Relates to 21mc100, 06−10551. (Signed by Judge Alvin K. Hellerstein on 1/7/09) (rjm) (Entered: 01/07/2009 |
| 1/07/2009 | 1067 | TRANSCRIPT of proceedings held on 12/10/08, 4:00pm before Judge Alvin K. Hellerstein. (rjm) (Entered: 01/08/2 |
| 1/09/2009 | 1068 | TRANSCRIPT of proceedings held on 12/15/08, 2:00pm before Judge Alvin K. Hellerstein. (rjm) (Entered: 01/16/2 |
| 1/09/2009 | 1202 | TRANSCRIPT of proceedings held on 12/15/09, 2:00pm before Judge Alvin K. Hellerstein. (rjm) (Entered: 03/13/2 |
| 1/27/2009 | 1069 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 01/27/2009) |
| 1/29/2009 | 1070 | STIPULATION OF DISMISSAL AND CONSOLIDATION OF CERTAIN ENUMERATED CIVIL ACTIONS: IT HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the civil actions r in Attachment A, "Case to be Dismissed and Consolidated" column, be discontinued and dismissed pursuant to Fede of Civil Procedure 41 (a)(1 )(ii) without prejudice and without cost to any party, and consolidated with the correspo civil actions referenced in Attachment A, "To Consolidate With" column; and it is further STIPULATED AND AGI by and between the attorneys for the undersigned, that for all cases dismissed and consolidated pursuant to this Stipu Defendants will not raise the Statute of Limitations as a defense if the original action was timely filed and served, bu Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or a applicable statute of limitation that they have as of the date each action is discontinued pursuant to this Stipulation. ( by Judge Alvin K. Hellerstein on 1/29/09) (tro) (Entered: 02/03/2009) |
| 1/29/2009 | 1071 | STIPULATION OF DISMISSAL AND CONSOLIDATION OF CERTAIN ENUMERATED CIVIL ACTIONS: IT HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the civil actions r in Attachment A, "Case to be Dismissed and Consolidated" column, be discontinued and dismissed pursuant to Fede of Civil Procedure 41 (a)(1 )(ii) without prejudice and without cost to any party, and consolidated with the correspo civil actions referenced in Attachment A, "To Consolidate With" column; and it is further STIPULATED AND AGI by and between the attorneys for the undersigned, that for all cases dismissed and consolidated pursuant to this Stipu Defendants will not raise the Statute of Limitations as a defense if the original action was timely filed and served, bu Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or a applicable statute of limitation that they have as of the date each action is discontinued pursuant to this Stipulation. ( by Judge Alvin K. Hellerstein on 1/29/09) (tro) (Entered: 02/03/2009) |
| 1/29/2009 | 1072 | STIPULATION OF DISMISSAL AND CONSOLIDATION OF CERTAIN ENUMERATED CIVIL ACTIONS: IT HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the civil actions r in Attachment A, "Case to be Dismissed and Consolidated" column, be discontinued and dismissed pursuant to Fede of Civil Procedure 41 (a)(1 )(ii) without prejudice and without cost to any party, and consolidated with the correspo |

| | | |
|---|---|---|
| | | civil actions referenced in Attachment A, "To Consolidate With" column; and it is further STIPULATED AND AGR by and between the attorneys for the undersigned, that for all cases dismissed and consolidated pursuant to this Stip Defendants will not raise the Statute of Limitations as a defense if the original action was timely filed and served, bu Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or a applicable statute of limitation that they have as of the date each action is discontinued pursuant to this Stipulation. ( by Judge Alvin K. Hellerstein on 1/29/09) (tro) (Entered: 02/03/2009) |
| 1/29/2009 | 1073 | SUPPLEMENT TO STIPULATION DATED APRIL 2, 2008: IT IS HEREBY STIPULATED AND AGREED, by between the attorneys for the undersigned, that the civil actions referenced in Attachment A, "Case to be Dismissed" be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without any party, and consolidated with the corresponding civil actions referenced in Attachment A, "To Consolidate With" and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all conso and/or transferred cases pursuant to this Stipulation, Defendants will not raise the Statute of Limitations as a defens original action was timely filed and served, but that Defendants shall have all rights and defenses pursuant to New Y Unconsolidated Laws Sections 7101 et seq. or any applicable statute of limitation that they have as of the date each discontinued pursuant to this Stipulation. (Signed by Judge Alvin K. Hellerstein on 1/29/09) (tro) (Entered: 02/03/20 |
| 1/29/2009 | 1075 | STIPULATION OF DISMISSAL OF CERTAIN ENUMERATED CIVIL ACTIONS: IT IS HEREBY STIPULATE AGREED, by and between the attorneys for the undersigned, that the civil actions referenced in Attachment A, "Cas Dismissed" column, be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) withou prejudice and without cost to any party, and consolidated with the corresponding civil actions referenced in Attachm "To Consolidate With" column; and it is further STIPULATED AND AGREED, by and between the attorneys for t undersigned, that the civil actions referenced in Attachment B, "Case to be Dismissed from 21 MC 100" column, be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without any party, and consolidated with the corresponding civil actions referenced in Attachment B, "To Consolidate With Following 21 MC 102 Cases" column; and it is further STIPULATED AND AGREED, by and between the attorney undersigned, that the civil actions referenced in Attachment C, "Case to be Dismissed from 21 MC 100" column, be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) without prejudice and without any party, and consolidated with the corresponding civil actions referenced in Attachment C, "To Consolidate With Following 21 MC 103 Cases" column; and it is further STIPULATED AND AGREED, by and between the attorney undersigned, that the civil actions referenced in Attachment D, "Multi−Plaintiff Cases to be Dismissed" column, be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without co party, and consolidated with the corresponding civil actions referenced in Attachment D, "To Consolidate With" col it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all cases con and/or transferred pursuant to this Stipulation, Defendants will not raise the Statute of Limitations as a defense if the action was timely filed and served, but that Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or any applicable statute of limitation that they have as of the date each discontinued pursuant to this Stipulation. (Signed by Judge Alvin K. Hellerstein on 1/29/09) (tro) (Entered: 02/04/20 |
| 2/03/2009 | 1074 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 02/03/2009) |
| 2/04/2009 | 1076 | MOTION for Anita Weinstein to Appear Pro Hac Vice.(jmi) (Entered: 02/05/2009) |
| 2/06/2009 | 1077 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1078 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1079 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1080 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1081 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1082 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1083 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1084 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |

| 2/06/2009 | 1085 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1086 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1087 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1088 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1089 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1090 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1091 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1092 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1093 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1094 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1095 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1096 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1097 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1098 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1099 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1100 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1101 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1102 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1103 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1104 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1105 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1106 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1107 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1108 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |

| | | |
|---|---|---|
| 2/06/2009 | 1109 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1110 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1111 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1112 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1113 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1114 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1115 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1116 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1117 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1118 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1119 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1120 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1121 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of pla Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1122 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1123 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of pla Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1124 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1125 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1126 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1127 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1128 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1129 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1130 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1131 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Manl Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/0 |
| 2/06/2009 | 1132 | STIPULATION AND ORDER OF DISMISSAL by and between the undersigned, the attorneys of record for the pla and defendant the Port Authority of New York and New Jersey in the above–entitled actions, that whereas no party |

|  |  | an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interes[...] subject matter of the action, the actions listed on Attachment A hereto are discontinued without prejudice as against [...] defendant the Port Authority of New York &New Jersey only and without costs to either party as against the other. [...] FURTHER STIPULATED AND AGREED, that if it is found by the Court or agreed by the parties hereto that the P[...] Authority was not employer of the plaintiffs listed on Attachment A such that plaintiffs' claims are not barred by the [...] compensation statutes, then plaintiffs may reinstitute this action within 60 days of such finding or agreement, and th[...] shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et. seq. or any applica[...] of limitations that they have as of the date this action is discontinued pursuant to this stipulation. IT IS FURTHER STIPULATED AND AGREED, that the plaintiffs and defendant Port Authority will continue to respond to the Cou[...] Clarifying Order Regulating Discovery ("Core Discovery Order") pursuant to the Core Discovery Schedule in Case [...] Management Order No.7. for the actions listed on Attachment A hereto. This stipulation may be filed without furthe[...] with the Clerk of the Court. (Signed by Judge Alvin K. Hellerstein on 2/5/2009) (jmi) (Entered: 02/09/2009) |
| 2/09/2009 | 1133 | NOTICE OF APPEARANCE by Kenneth George Schwarz on behalf of Tishman Construction Corporation of Manl[...] Tishman Construction Corporation of New York, Tishman Interiors Corporation (Schwarz, Kenneth) (Entered: 02/0[...] |
| 2/09/2009 | 1134 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Couns[...] (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 02/09/2009) |
| 2/17/2009 | 1135 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Couns[...] (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 02/17/2009) |
| 2/17/2009 | 1136 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Anita B. Weinstein for Tishman Construction Cor[...] of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation and Tishman Constr[...] Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation admitte[...] Hac Vice. (Signed by Judge Alvin K. Hellerstein on 2/17/2009) (jmi) (Entered: 02/18/2009) |
| 2/17/2009 |  | Transmission to Attorney Admissions Clerk. Transmitted re: 1136 Order Admitting Attorney Pro Hac Vice, to the A[...] Admissions Clerk for updating of Attorney Information. (jmi) (Entered: 02/18/2009) |
| 2/17/2009 |  | ***DELETED DOCUMENT. Deleted document number 1137 ENDORSED LETTER. The document was incorrec[...] in this case. (jmi) (Entered: 02/18/2009) |
| 2/18/2009 | 1137 | STIPULATION AND ORDER by and between the undersigned that the above captionedmatter shall be transferred [...] MC 100 to 21 MC 102. SO ORDERED (Signed by Judge Alvin K. Hellerstein on 2/17/2009) (jmi) (Entered: 02/19[...] |
| 2/19/2009 | 1138 | OPINION DISCUSSING METHODOLOGY FOR DISCOVERY AND TRIALS OF SAMPLE CASE #97107: No [...] plan for over 9,000 cases can be so wise as to be immutable, or so clever as to foresee all possibilities. However, Ca[...] Management Order No. 8 was forged with the experience of earlier failures and frustrations, and with full and intens[...] cooperation of Special Masters and plaintiffs' and defendants' counsel. It establishes a flexible, fair, and efficient pla[...] move these cases through discovery and to trial in reasonable time. It remains for the parties to act consistently with [...] provisions to bring about just such results. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 2/18/2009) (jm[...] Modified on 2/23/2009 (mro). (Entered: 02/19/2009) |
| 2/19/2009 | 1139 | ORDER AMENDING CASE MANAGEMENT ORDER NO.8: Negotiations have concluded between the parties an[...] Special Masters regarding the form and substance of the Discovery Database, and I approve the resulting final versi[...] issue this order amending Case Management Order No.8 to reflect certain modifications and to order into effect this [...] recent version of the Database. I have heard and considered recommendations, including those presented at the Dece[...] 2008 Status Conference, from the parties and the Special Masters regarding the case management plan in this matter[...] that the protocol outlined below, and illustrated in the attached schedule (Attachment 1), shall regulate the onwardprogression of these cases towards final resolution. (Signed by Judge Alvin K. Hellerstein on 2/18/2009) (jm[...] (Entered: 02/19/2009) |
| 2/20/2009 | 1140 | MOTION for Partial Summary Judgment. Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Co.,[...] Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Tully Environme[...] Evergreen Recycling of Corona, AMEC Earth &Environmental, Inc..(Tyrrell, James) (Entered: 02/20/2009) |
| 2/20/2009 | 1141 | RULE 56.1 STATEMENT. Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner [...] Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Tully Environmental Inc[...] Evergreen Recycling of Corona, AMEC Earth &Environmental, Inc.. (Tyrrell, James) (Entered: 02/20/2009) |
| 2/20/2009 | 1142 | MEMORANDUM OF LAW in Support re: 1140 MOTION for Partial Summary Judgment.. Document filed by Bo[...] Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, [...] Construction Corp., Tully Environmental Inc., Evergreen Recycling of Corona, AMEC Earth &Environmental, Inc..[...] James) (Entered: 02/20/2009) |
| 2/20/2009 | 1143 | FILING ERROR – DEFICIENT DOCKET ENTRY – DECLARATION of James E. Tyrrell, Esq. and Exhibits A th[...] in Support re: 1140 MOTION for Partial Summary Judgment. Document filed by Bovis Lend Lease LMB, Inc., Tur[...] |

| | | |
|---|---|---|
| | | Construction Company, Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza Construction C Tully Environmental Inc., Evergreen Recycling of Corona, AMEC Earth &Environmental, Inc. (Attachments: #_1_ E #_2_ Exhibit B Part 1, #_3_ Exhibit B Part 2, #_4_ Exhibit B Part 3, #_5_ Exhibit C, #_6_ Exhibit D, #_7_ Exhibit E, #_8_ Exhi F)(Tyrrell, James) Modified on 2/24/2009 (db). (Entered: 02/20/2009) |
| 2/20/2009 | 1144 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – DECLARATION of James E. Tyrrel Exhibit G Parts 1 through 5 in Support re:_1140_ MOTION for Partial Summary Judgment. Document filed by Bovis Lease LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AMEC Construction Management, I Construction Corp., Tully Environmental Inc., Evergreen Recycling of Corona, AMEC Earth &Environmental, Inc. (Attachments: #_1_ Exhibit G Part 2, #_2_ Exhibit G Part 3, #_3_ Exhibit G Part 4, #_4_ Exhibit G Part 5)(Tyrrell, James) on 2/24/2009 (db). Modified on 2/20/2009 (db). (Entered: 02/20/2009) |
| 2/20/2009 | 1145 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – DECLARATION of James E. Tyrrel Exhibit G Parts 6 through 11 in Support re:_1140_ MOTION for Partial Summary Judgment. Document filed by Bovi Lease LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AMEC Construction Management, I Construction Corp., Tully Environmental Inc., Evergreen Recycling of Corona, AMEC Earth &Environmental, Inc. (Attachments: #_1_ Exhibit G Part 7, #_2_ Exhibit G Part 8, #_3_ Exhibit G Part 9, #_4_ Exhibit G Part 10, #_5_ Exhibit G 11)(Tyrrell, James) Modified on 2/24/2009 (db). (Entered: 02/20/2009) |
| 2/20/2009 | 1146 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – DECLARATION of James E. Tyrrel Exhibits H Through M in Support re:_1140_ MOTION for Partial Summary Judgment. Document filed by Bovis Len LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AMEC Construction Management, Inc., Pl Construction Corp., Tully Environmental Inc., Evergreen Recycling of Corona, AMEC Earth &Environmental, Inc. (Attachments: #_1_ Exhibit I, #_2_ Exhibit J, #_3_ Exhibit K, #_4_ Exhibit L Part 1, #_5_ Exhibit L Part 2, #_6_ Exhibit L Pa Exhibit L Part 4, #_8_ Exhibit L Part 5, #_9_ Exhibit M)(Tyrrell, James) Modified on 2/24/2009 (db). (Entered: 02/20/2 |
| 2/20/2009 | 1147 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – DECLARATION of James E. Tyrrel Exhibit N Parts 1 through 6 in Support re:_1140_ MOTION for Partial Summary Judgment. Document filed by Bovis Lease LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AMEC Construction Management, I Construction Corp., Tully Environmental Inc., Evergreen Recycling of Corona, AMEC Earth &Environmental, Inc. (Attachments: #_1_ Exhibit N Part 2, #_2_ Exhibit N Part 3, #_3_ Exhibit N Part 4, #_4_ Exhibit N Part 5, #_5_ Exhibit N Pa 6)(Tyrrell, James) Modified on 2/24/2009 (db). (Entered: 02/20/2009) |
| 2/20/2009 | 1148 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – DECLARATION of James E. Tyrrel Exhibit N Parts 7 through 11 and Exhibits O through R in Support re:_1140_ MOTION for Partial Summary Judgmen Document filed by Bovis Lend Lease LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AME Construction Management, Inc., Plaza Construction Corp., Tully Environmental Inc., Evergreen Recycling of Coron AMEC Earth &Environmental, Inc. (Attachments: #_1_ Exhibit N Part 8, #_2_ Exhibit N Part 9, #_3_ Exhibit N Part 10, Exhibit N Part 11, #_5_ Exhibit O, #_6_ Exhibit P, #_7_ Exhibit Q, #_8_ Exhibit R)(Tyrrell, James) Modified on 2/24/2009 (Entered: 02/20/2009) |
| 2/20/2009 | 1149 | MOTION for Partial Summary Judgment. Document filed by City of New York.(Tyrrell, James) (Entered: 02/20/20 |
| 2/20/2009 | 1150 | RULE 56.1 STATEMENT. Document filed by City of New York. (Tyrrell, James) (Entered: 02/20/2009) |
| 2/20/2009 | 1151 | MEMORANDUM OF LAW in Support re:_1149_ MOTION for Partial Summary Judgment.. Document filed by City York. (Tyrrell, James) (Entered: 02/20/2009) |
| 2/20/2009 | 1152 | DECLARATION of James E. Tyrrell, Esq. in Support re:_1149_ MOTION for Partial Summary Judgment.. Documen by City of New York. (Attachments: #_1_ Exhibit A, #_2_ Exhibit B, #_3_ Exhibit C, #_4_ Exhibit D, #_5_ Exhibit E, #_6_ E F)(Tyrrell, James) (Entered: 02/20/2009) |
| 2/20/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Atto James Edward Tyrrell to RE–FILE Document _1143_ Declaration in Support of Motion. ERROR(S): Incomplete docu All exhibits (A–R) pertaining to this Declaration, must be attached to this Declaration in Support of Motion. (db) (E 02/24/2009) |
| 2/20/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Ja Edward Tyrrell – Exhibits are not individually filed, they may be filed as attachments to documents. This document filed via ECF. (db) (Entered: 02/24/2009) |
| 2/20/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Ja Edward Tyrrell – Exhibits are not filed individually. They may be filed as attachments to documents. This documen filed via ECF. (db) (Entered: 02/24/2009) |
| 2/20/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Ja Edward Tyrrell – Exhibits are not filed individually. They may be filed as attachments to documents. This documen filed via ECF. (db) (Entered: 02/24/2009) |

| | | |
|---|---|---|
| 2/20/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Ja... Edward Tyrrell – Exhibits are not filed individually. They may be filed as attachments to documents. This documen... filed via ECF. (db) (Entered: 02/24/2009) |
| 2/23/2009 | 1153 | ORDER. Plaintiffs Counsel has informed the court in an electronic correspondence, dated February 19, 2009, explai... vital discovery information was not disclosed when required, that: The plaintiffs in the following three cases are pur... their claims under later–filed docket numbers and, presumably, that required information will be furnished in those... later–filed dockets. David Alvarado, 05 Civ. 5601; Willie Bums, 06 Civ. 7950; Richard McCayhee, 05 Civ. 1652. ... Accordingly, these earlier–filed cases are dismissed as duplicative and for failure to prosecute. Fed. R. Civ. P. 41(b)... plaintiffs in the following six cases are not being pursued. Romulo Armas, 05 Civ. 5601; Rosanne Baldo, 05 Civ. 56... Frank BeShears, 05 Civ. 5601; Joseph Buzzell, 05 Civ. 5601; Kharid Cameron, 05 Civ. 5601; Ronnie King, 06 Civ. ... Accordingly, these six cases are dismissed for failure to prosecute, and for failure to obey a court order that each pla... to have a separate case and separate index number. Fed. R. Civ. P. 41(b); Amended Order Following Appellate Rem... Extending Jurisdiction (July 7, 2005) (referencing Order Regulating Filing Procedures and Propounding Interrogato... 13,2004)). The plaintiffs in the following six cases are being pursued in either the 21 MC102 or 21 MC 103 docket. ... Battle, 06 Civ. 133; Amy Beller, 05 Civ. 5601; Russell Cannon, 05 Civ. 7877; Katherine Pinkey, 06 Civ. 818; Galit... Sabo–Winer, 06 Civ. 1651; Felicia Taylor, 06 Civ. 996. Accordingly, these six cases are dropped from 21 MC 100 a... be transferred to the correct docket number upon written instructions of plaintiff, which shall be filed by plaintiff, on ... before February 27, 2009. The Clerk shall mark the docket accordingly. (Signed by Judge Alvin K. Hellerstein on 2... (rjm) (Entered: 02/23/2009) |
| 2/24/2009 | 1154 | DECLARATION of James E. Tyrrell, Esq. in Support re: 1140 MOTION for Partial Summary Judgment.. Documen... by Bovis Lend Lease LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AMEC Construction ... Management, Inc., Plaza Construction Corp., Tully Environmental Inc., AMEC Earth &Environmental, Inc., Evergr... Recycling of Corona. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 E... # 7 Exhibit G Part 1, # 8 Exhibit G Part 2, # 9 Exhibit G Part 3, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 E... # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N Part 1, # 17 Exhibit N Part 2, # 18 Exhibit O, # 19 Exhibit P, # 20 Ex... # 21 Exhibit R)(Tyrrell, James) (Entered: 02/24/2009) |
| 2/25/2009 | 1155 | ORDER DENYING PLAINTIFFS' LEAVE TO AMEND MASTER COMPLAINT TO ADD PARTIES. Plaintiffs ... Second Amended Complaint, proposing to add parties in relation to the Fresh Kills landfill. Plaintiffs advise that def... consent to the filing. Plaintiffs ask me to grant leave to enable them to file the proposed Second Amended Complain... decline to grant leave. We are well into discovery. Adding issues and adding defendants would risk the progress tha... been made. I am not willing to do that, at least without a showing of substantial justification. None has been provide... Accordingly, plaintiffs' motion to amend and add parties is denied. (Signed by Judge Alvin K. Hellerstein on 2/24/0... (Entered: 02/25/2009) |
| 2/25/2009 | 1156 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 02/25/2009) |
| 2/27/2009 | 1157 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Christopher LoPalo dated 2/27/09 re: request t... Honor instruct the Clerk of this Court to transfer the following 5 cases to the 21 MC 103 Master Docket. 1. Linda Ba... 06–CV–133. 2. Russell Cannon, 05–CV–7877. 3. Katherine Pinkey, 06–CV–818. 4. Galit Sabo–Winer, 06–CV–16... Felicia Taylor, 06–CV–996. The Amy Beller case, (05–CV–5601) was previously dismissed pursuant to a prior Ord... ENDORSEMENT: So Ordered. Relates to 21mc100, 06–133, 05–7877, 06–818, 06–1651, 06–996. (Signed by Jud... K. Hellerstein on 2/27/09) (rjm) (Entered: 02/27/2009) |
| 2/27/2009 | | CASHIERS OFFICE REMARK on 1076 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 02/04/20... Receipt Number 676991. (jd) (Entered: 02/27/2009) |
| 2/27/2009 | 1158 | FIRST NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Phillips and Jordan, Inc.. (Leff, Ric... (Entered: 02/27/2009) |
| 2/27/2009 | 1159 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Steven Alan Reiss dated 2/27/09 re: The unde... counsel to Bovis Lend Lease LMB, Inc., AMEC Construction Management, Inc., AMEC Earth and Environmental, ... Plaza Construction Corp., Tully Construction Co., Inc., and Turner Construction Company (collectively, the "WTC ... Contractors"), submit this letter in connection with the Court's February 19, 2009 Opinion Discussing Methodology ... Discovery and Trials of Sample Cases (the "February 19, 2009 Opinion")... Alternatively, if the Court believes that t... applicability and scope of § 408(a)(3) is important to the orderly management and ultimate conclusion of this litigat... including as may relate to the upcoming trials, then the WTC Prime Contractors request that the Court afford the W... Contractors the opportunity to fully brief this important issue on an appropriate schedule that makes sense in the con... this litigation.. ENDORSEMENT: The concerns are premature and academic. No changes in the opinion are necessa... When and if the issues described in this letter become an actual controversy, the Court will hear it. (Signed by Judge... K. Hellerstein on 2/27/09) (rjm) (Entered: 03/03/2009) |
| 3/03/2009 | 1160 | ORDER. Having had discovery obligations pursuant to Case Management Order No.8, issued on December 12, 200... amended February 19, 2009, having failed to fulfill same, and having failed to ask permission from the court for an ... |

| | | enlargement of time in which to fulfill same, the following cases are dismissed with prejudice and without costs for failure to prosecute: James McFadden, 05 Civ. 8459, Daniel and Joette DeGiovine, 04 Civ. 7237, John and Paul Raehse, 04 Civ., Samuel Provisano, 05 Civ. 224. The Clerk shall mark the docket accordingly. Relates to 21mc100, 05–8459, 04–7237, 04–7236, 05–0224. (Signed by Judge Alvin K. Hellerstein on 3/3/09) (rjm) (Entered: 03/03/2009) |
|---|---|---|
| 03/03/2009 | 1161 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 2/27/09 re: This letter is respectfully submitted in response to the application of the WTC Prime Contractors for leave by letter this date, for an opportunity to brief and argue the issue of the applicability of the limitation on liability of the City of New York (the "City") in § 408 of the Air Transportation Safety and System Stabilization Act ("ATSSSA") to the debris–removal claims at issue in this litigation. ENDORSEMENT: The request for a conference is denied for the reasons set forth in my order of 4/16/08 and my recent endorsed order. (Signed by Judge Alvin K. Hellerstein on 3/3/09) (rjm) (Entered: 03/03/2009) |
| 03/03/2009 | 1162 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 03/03/2009) |
| 03/03/2009 | 1163 | NOTICE of Request to Vacate Order. Document filed by Samuel Provisero. (Chinigo, Dario) (Entered: 03/03/2009) |
| 03/04/2009 | 1164 | NOTICE of Request to Vacate Order (Raehse &DeGiovine). Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 03/04/2009) |
| 03/04/2009 | 1165 | NOTICE of Request to Vacate Order (Raehse &DeGiovine). Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 03/04/2009) |
| 03/04/2009 | 1166 | NOTICE of Amended Letter to Vacate Order. Document filed by Samuel Provisero. (Chinigo, Dario) (Entered: 03/04/2009) |
| 03/04/2009 | 1167 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 2/27/09 re: On the evening of Friday February 20, 2009, the defendant City an defendants Bovis Lend Lease LMB, Inc., AMEC Construction Management, Inc and AMEC Earth and Environmental, Inc., Plaza Construction Corp., Tully Construction Co., Inc., and Turner Construction Company (collectively: "Contractors") served and filed motions (consisting of some 56 separate documents) seeking this Court's order granting partial summary judgment. ENDORSEMENT: This letter is not responsive to the motions, neither in form nor substance. I wish to see opposition papers, briefed affidavits to the extent appropriate, in form. (Signed by Judge Alvin K. Hellerstein on 3/3/09) (rjm) (Entered: 03/04/2009) |
| 03/04/2009 | 1169 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Andrew J. Carboy dated 3/3/09 re: Counsel for the Plaintiffs in the matters listed in this letter respectfully request that Your Honor's Order of 3/3/09 be vacated to the extent it dismisses the cases of plaintiffs Raehse (04 CV 7236) and DeGiovine (04 CV 7237). ENDORSEMENT: Motion denied. The Court's efforts to organize the cases and have reliable reports of case identities and aggregate numbers are dependent on the records of prior proceedings. The mistakes described in this letter should long ago have been detected and corrected. Making corrections now threatens the onward progress of all the cases. (Signed by Judge Alvin K. Hellerstein on 3/4/09) (tro) (Entered: 03/04/2009) |
| 03/04/2009 | | ***DELETED DOCUMENT. Deleted document number 1168 Endorsed Letter. The document was incorrectly filed in this case. (tro) (Entered: 03/04/2009) |
| 03/04/2009 | 1170 | NOTICE of Further Letter to vacate Order. Document filed by Samuel Provisero. (Chinigo, Dario) (Entered: 03/04/2009) |
| 03/04/2009 | 1171 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Dario Anthony Chinigo dated 3/3/09 re: request that the Dismissal Order be vacated and the case restored to the active calendar and that the electronic information which they have filed with TCDI, as of this date, be accepted nunc pro tunc,. ENDORSEMENT: Request to restore is denied. Each counsel has an independent duty to read and heed all notices and orders; otherwise there can be no reliable progress of these approximately 9,090 cases to resolution. The Court agrees to review de novo, a motion seeking appropriate relief showing proper excuse. (Signed by Judge Alvin K. Hellerstein on 3/4/09) (rjm) (Entered: 03/05/2009) |
| 03/05/2009 | 1172 | NOTICE of Request for Sixty (60) Days to Brief Opposition. Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 03/05/2009) |
| 03/06/2009 | 1173 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Andrew J. Carboy dated 3/5/09 re: Motions for Summary Judgment of Primary Contractors and City of New York Plaintiffs' liaison counsel respectfully requests sixty days in which to brief opposition to the motions for partial summary judgment filed by the City of New York and the WTC Prime Contractors. ENDORSEMENT: Opposition papers will be due 4/3/09; Reply papers, by 4/9/09. The motion raises issues of law and is not complex. (Signed by Judge Alvin K. Hellerstein on 3/5/09) (rjm) (Entered: 03/06/2009) |
| 03/06/2009 | | Set/Reset Deadlines as to 1149 MOTION for Partial Summary Judgment., 1140 MOTION for Partial Summary Judgment. Responses due by 4/3/2009 Replies due by 4/9/2009. (rjm) (Entered: 03/06/2009) |
| 03/06/2009 | 1174 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 03/06/2009) |

| | | |
|---|---|---|
| 3/06/2009 | <u>1175</u> | MOTION for Partial Summary Judgment. Document filed by Atlantic Heydt Corp., Semcor Equipment and Manufac Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, A Russo Wrecking, Inc., Berkel & Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Co Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterp Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Executive Medical Services, P.C., Fleet Tru Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Hallen Welding Services, Inc., HP Environ Inc., Hudson Meridian Construction Group, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Haulin Inc., Koch Skanska Inc., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., New York Crane &Equipment Corp., Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Rob Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Yonkers Contracting Company, Inc., Liberty Mutual Insurance Company, Moretrench American Nacirema Industries, Inc., Nicholson Construction Co., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., JP E Rental Material, Inc., Tucci Equipment Rental Corporation.(Tyrrell, James) (Entered: 03/06/2009) |
| 3/06/2009 | <u>1176</u> | DECLARATION of James E. Tyrrell, Esq. in Support re: <u>1175</u> MOTION for Partial Summary Judgment.. Documen by Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Safety Consulting, LLC, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Canron Construction Corp., C.B. Cont Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excava Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–T Corp., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Week Inc., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Koch Skanska Inc., Manafort Brothers, Inc., M Wrecking Inc., New York Crane &Equipment Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., S Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Yonkers Contracting Company, Inc., Lib Mutual Insurance Company, Moretrench American Corp., Nacirema Industries, Inc., Nicholson Construction Co., W Braker Roofing Corp., Yannuzzi &Sons, Inc., JP Equipment Rental Material, Inc., Tucci Equipment Rental Corpora (Tyrrell, James) (Entered: 03/06/2009) |
| 3/06/2009 | <u>1177</u> | RULE 56.1 STATEMENT. Document filed by Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corpor LaStrada General Contracting Corp., Total Safety Consulting, LLC, Wolkow Braker Roofing Corporation, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Bre National, Inc., Brer–Four Transportation Corp., Canron Construction Corp., C.B. Contracting Corp., Component As Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Executive Medical S P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Hallen Welding Serv HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Koch Skanska Inc., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., New York &Equipment Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT & Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Yonkers Contracting Company, Inc., Liberty Mutual Insurance C Moretrench American Corp., Nacirema Industries, Inc., Nicholson Construction Co., Yannuzzi &Sons, Inc., JP Equi Rental Material, Inc., Tucci Equipment Rental Corporation. (Tyrrell, James) (Entered: 03/06/2009) |
| 3/06/2009 | <u>1178</u> | MEMORANDUM OF LAW in Support re: <u>1175</u> MOTION for Partial Summary Judgment.. Document filed by Atla Heydt Corp., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Cor Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Canron Construction Corp., C.B. Contracting Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Co Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marin Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., Laquila Con Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Koch Skanska Inc., Manafort Brothers, Inc., Mazzocchi Wre Inc., New York Crane &Equipment Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safe Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Tru Inc., Safeway Environmental Corp., Silverite Contracting Corp., Yonkers Contracting Company, Inc., Liberty Mutu Insurance Company, Moretrench American Corp., Nacirema Industries, Inc., Nicholson Construction Co., Wolkow Roofing Corp., Yannuzzi &Sons, Inc., JP Equipment Rental Material, Inc., Tucci Equipment Rental Corporation. (T James) (Entered: 03/06/2009) |
| 3/09/2009 | <u>1179</u> | FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT NO. <u>1180</u> ) – FIRST MOTION to Vacate Order,, *of March 3 and 4, 2009*. Document filed by Plaintiffs Liaison Counsel.(Carboy, Andrew) Modified on 3/9/2 (kkc). (Entered: 03/09/2009) |

| | | |
|---|---|---|
| 03/09/2009 | 1180 | MOTION to Vacate 1160 Order,,. Document filed by Plaintiffs Liaison Counsel.(Carboy, Andrew) (Entered: 03/09/ |
| 03/09/2009 | 1181 | MOTION to Vacate 1160 Order,,. Document filed by Plaintiffs Liaison Counsel.(Carboy, Andrew) (Entered: 03/09/ |
| 03/09/2009 | 1182 | DECLARATION of Andrew J. Carboy in Support re: 1180 MOTION to Vacate 1160 Order,,.. Document filed by P Liaison Counsel. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Carboy, Andrew) (Entered: 03/09 |
| 03/09/2009 | 1183 | MEMORANDUM OF LAW in Support re: 1180 MOTION to Vacate 1160 Order,,.. Document filed by Plaintiffs Li Counsel. (Carboy, Andrew) (Entered: 03/09/2009) |
| 03/09/2009 | 1184 | AFFIDAVIT OF SERVICE of Notice of Motion served on Patton Boggs, LLP on 3/9/2009. Service was made by M Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 03/09/2009) |
| 03/09/2009 | 1185 | ORDER. By letter dated March 6, 2009, plaintiffs' liason counsel has moved for an adjournment of the briefing sche the pending defendants' motion for partial summary judgment as to the uniformed services plaintiffs. The uniformed plaintiffs, e.g., police officers and firefighters who worked on the World Trade Center Site in the aftermath of Septe 2001, are among those bringing suit against government entities and private contractors for illnesses they allegedly from a contaminated working environment. Defendants' motion papers contend that the uniformed services plaintiff legal claim against the private contractor defendants under the Labor Law and General Municipal Law provisions w plaintiffs invoke. The motion for adjournment is denied. The motion, although styled as a Rule 56 motion under the Rules of Civil Procedure, will be considered as a Rule 12 motion instead. Defendants' assertion that uniformed plain were not employees of the contractors, and plaintiffs' assertion that they were in fact employees from time to time, v accepted by the court arguendo as proved, for the purposes of this motion. (Signed by Judge Alvin K. Hellerstein on (rjm) (Entered: 03/09/2009) |
| 03/09/2009 | 1186 | MOTION to Vacate *March 3, 2009 Dismissal*. Document filed by Samuel Provisero.(Chinigo, Dario) (Entered: 03/0 |
| 03/10/2009 | 1187 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION to Vacate *March 3, 2009 Dismissal*. Document file Samuel Provisero. (Attachments: # 1 Affidavit of Service)(Chinigo, Dario) Modified on 3/11/2009 (db). (Entered: 03/10/2009) |
| 03/11/2009 | 1188 | MOTION to Vacate 1160 Order,,. Document filed by John Raehse, Paula Raehse.(Carboy, Andrew) (Entered: 03/11 |
| 03/11/2009 | 1189 | MEMORANDUM OF LAW in Support re: 1188 MOTION to Vacate 1160 Order,,.. Document filed by John Raehs Raehse. (Carboy, Andrew) (Entered: 03/11/2009) |
| 03/11/2009 | 1190 | DECLARATION of Andrew J. Carboy in Support re: 1188 MOTION to Vacate 1160 Order,,.. Document filed by J Raehse, Paula Raehse. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 8 Exhibit, # 9 Exhibit)(Carboy, Andrew) (Entered: 03/11/2009) |
| 03/11/2009 | 1191 | AFFIDAVIT OF SERVICE of Notice of Motion served on City of New York and Port Authority of New York &Ne on 03/09/2009. Service was made by MAIL. Document filed by John Raehse, Paula Raehse. (Carboy, Andrew) (Ent 03/11/2009) |
| 03/11/2009 | 1192 | AFFIDAVIT OF SERVICE of Memorandum of Law in Support served on City of New York and Port Authority of York &New Jersey on 03/09/2009. Service was made by MAIL. Document filed by John Raehse, Paula Raehse. (Ca Andrew) (Entered: 03/11/2009) |
| 03/11/2009 | 1193 | MOTION to Vacate 1160 Order,,. Document filed by Daniel DeGiovine, Joette DeGiovine.(Carboy, Andrew) (Ente 03/11/2009) |
| 03/11/2009 | 1194 | FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT NO. 1197 ) – MEMORANDUM OF LAW Support re: 1160 Order,,. Document filed by Daniel DeGiovine, Joette DeGiovine. (Carboy, Andrew) Modified on 3 (kkc). (Entered: 03/11/2009) |
| 03/11/2009 | 1195 | DECLARATION of Andrew J. Carboy in Support re: 1193 MOTION to Vacate 1160 Order,,.. Document filed by D DeGiovine, Joette DeGiovine. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Carboy, Andrew) (E 03/11/2009) |
| 03/11/2009 | 1196 | MEMORANDUM OF LAW in Support re: 1193 MOTION to Vacate 1160 Order,,.. Document filed by Daniel DeG Joette DeGiovine. (Carboy, Andrew) (Entered: 03/11/2009) |
| 03/11/2009 | 1197 | MEMORANDUM OF LAW in Support re: 1193 MOTION to Vacate 1160 Order,,.. Document filed by Daniel DeG Joette DeGiovine. (Carboy, Andrew) (Entered: 03/11/2009) |
| 03/11/2009 | 1198 | AFFIDAVIT OF SERVICE of Notice of Motion with Exhibits served on Patton Boggs, LLP on March 9, 2009. Ser made by MAIL. Document filed by Daniel DeGiovine, Joette DeGiovine. (Carboy, Andrew) (Entered: 03/11/2009) |
| 03/11/2009 | 1199 | AFFIDAVIT OF SERVICE of Memorandum of Law served on Patton Boggs, LLP on March 9, 2009. Service was MAIL. Document filed by Daniel DeGiovine, Joette DeGiovine. (Carboy, Andrew) (Entered: 03/11/2009) |

| | | |
|---|---|---|
| 3/11/2009 | 1200 | STIPULATION AND ORDER by and between the undersigned, The parties' liaison counsel, that the Plaintiffs' time submit their opposition to the motions for partial summary judgment of the WTC Prime Contractors, the City of New and the WTC Subcontractors shall be and hereby is extended, and Plaintiffs' opposition shall be served and filed on May 21, 2009. It is further agreed that the time of the WTC Prime Contractors, the City of New York, and the WTC Subcontractors to submit their reply submissions in support of these motions shall be and hereby is extended, and th submissions shall be served and filed on or before June 22, 2009. ( Responses due by 5/21/2009, Replies due by 6/2 (Signed by Judge Alvin K. Hellerstein on 3/11/2009) (jmi) (Entered: 03/12/2009) |
| 3/13/2009 | 1201 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 3/12/09 re: the defe respectfully request that the Court reconsider the last sentence of the March 9 Order. ENDORSEMENT: Motion to reconsider Order of 3/9/09 is denied. If Defendant's are unhappy with the Court's framing of the issues, defendant's r proceed with the motion as originally noticed, or withdraw the motion without prejudice. (Signed by Judge Alvin K. Hellerstein on 9/12/09) (rjm) (Entered: 03/13/2009) |
| 3/16/2009 | 1203 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION for Partial Summary Judgment *on behalf of the Tis Defendants*. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporatio York, Tishman Interiors Corporation. (Attachments: # 1 Memorandum of Law In Support, # 2 Certification of Kenn Schwarz in Support of Motion for Partial Summary Judgment, # 3 Statement of Undisputed Material Facts in Suppo Motion for Partial Summary Judgment on behalf of the Tishman Defendants)(Schwarz, Kenneth) Modified on 3/17/ (db). (Entered: 03/16/2009) |
| 3/16/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Atto Kenneth George Schwarz to RE–FILE Document 1203 MOTION for Partial Summary Judgment *on behalf of the T Defendants*. ERROR(S): Supporting Document must be filed separately (i.e. Memorandum of Law and Declaration in Support of Motion to be filed individually – found under event type Replies, Opposition and Supporting Docume 56.1 Statement to be file individually, using event type Rule 56 Statement found under Other Answers. ***REMIN – First Re–File Motion, then file and link any supporting documents. (db) (Entered: 03/17/2009) |
| 3/18/2009 | 1204 | MOTION for Partial Summary Judgment. Document filed by Tishman Construction Corporation of Manhattan, Tis Construction Corporation of New York, Tishman Interiors Corporation.(Schwarz, Kenneth) (Entered: 03/18/2009) |
| 3/18/2009 | 1205 | MEMORANDUM OF LAW in Support re: 1204 MOTION for Partial Summary Judgment.. Document filed by Tis Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor (Schwarz, Kenneth) (Entered: 03/18/2009) |
| 3/18/2009 | 1206 | FIRST NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Phillips and Jordan, Inc.. (Leff, Rich (Entered: 03/18/2009) |
| 3/18/2009 | 1207 | FIRST NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Phillips and Jordan, Inc.. (Leff, Rich (Entered: 03/18/2009) |
| 3/18/2009 | 1208 | DECLARATION of Kenneth G. Schwarz in Support re: 1204 MOTION for Partial Summary Judgment.. Document Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio Corporation. (Schwarz, Kenneth) (Entered: 03/18/2009) |
| 3/18/2009 | 1209 | RULE 56.1 STATEMENT. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construc Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 03/18/2009) |
| 3/19/2009 | 1210 | NOTICE OF MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. Document filed by Survivair Respirators, Inc (Entered: 03/20/2009) |
| 3/23/2009 | 1211 | ORDER CLARIFYING PRIOR ORDERS: On March 4, 2009, I issued an order dismissing four cases from the abov captioned litigation. On March 5, 2009, I issued an order, by memo endorsement, denying a request to vacate the pri This order clarifies the two prior orders. On March 4, 2009, I dismissed case number 04 Civ. 7236, in which John an Raehse were plaintiffs. I also dismissed case number 04 Civ. 7237, in which Daniel and Joette DeGiovine were plai explained in Case Management Order No.8, both cases were contained in Group A and the data required to populate "Severity and Other Fields" portion of the database was to be submitted by February 10, 2009. These cases, and two were dismissed for failing timely to provide this discovery material.According to data submitted to the court by plai Liason Counsel, both the Raehse plaintiffs and the DeGiovine plaintiffs remain in the litigation. John and Paul Raeh plaintiffs in case number 07 Civ. 2367 and Daniel and Joette DeGiovine are plaintiffs in case number 07 Civ. 3935. cases are contained in Group D. Accordingly, the prior orders stand. Nevertheless, the Raehse and DeGiovine plaint remain in the litigation. (Signed by Judge Alvin K. Hellerstein on 3/23/09) (db) (Entered: 03/23/2009) |
| 3/24/2009 | 1212 | ORDER ON SUBSTITUTION OF COUNSEL. ORDERED that, Sullivan Papain Block McGrath &Cannavo, P.C., substituted as counsel of record for plaintiffs, FRANK MARINO AND ALICE MARINO, and that Worby, Groner &Napoli Bern, LLP is relieved of any further responsibility in this action. Relates to 21mc100, 06–7473. (Signed by Alvin K. Hellerstein on 3/23/09) (rjm) (Entered: 03/24/2009) |

| | | |
|---|---|---|
| 3/24/2009 | 1213 | ORDER ON SUBSTITUTION OF COUNSEL. ORDERED that, Sullivan Papain Block McGrath &Cannavo, P.C., substituted as counsel of record for plaintiffs, EUGENE MCGOWAN and DETE MCGOWAN, and that Worby, Edelman &Napoli Bern, LLP is relieved of any further responsibility in this action. Relates to 21mc100, 07–4384. (Signed by Judge Alvin K. Hellerstein on 3/23/09) (rjm) (Entered: 03/24/2009) |
| 3/24/2009 | 1214 | PROPOSER ORDER (signed) granting 1210 Motion for Jeffrey A. Kidder to Appear Pro Hac Vice. The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Jeffrey A. Kidder, is permitted to argue or try this particular case, in whole or in part, as counselor advocate. An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copyof this Order to the Clerk's Office with the required fee. This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys. The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.(Signed by Judge Alvin K. Hellerstein on 3/23/09) (rjm) (Entered: 03/24/2009) |
| 3/24/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1214 Order on Motion to Appear Pro Hac Vice,,,, to the Attorney Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 03/24/2009) |
| 3/24/2009 | 1215 | STIPULATION OF TRANSFER OF CERTAIN ENUMERATED CIVIL ACTIONS by and between the attorneys for the undersigned, that the civil actions referenced in Attachment A be and hereby are transferred from 21 MC 100 to 21 MC 103 and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all civil actions transferred pursuant to this Stipulation, Defendants will not raise the Statute of Limitations as a defense if the original action was timely filed and served, but that Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or any applicable statute of limitation that they have as of the date each action is discontinued pursuant to this Stipulation. (Signed by Judge Alvin K. Hellerstein on 3/24/2009) (jmi) Modified on 3/25/2009 (jmi). (Entered: 03/25/2009) |
| 3/24/2009 | 1216 | STIPULATION OF TRANSFER OF CERTAIN ENUMERATED CIVIL ACTIONS by and between the attorneys for the undersigned, that the civil actions referenced in Attachment A be and hereby are transferred from 21 MC 103 to 21 MC 100 and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all civil actions transferred pursuant to this Stipulation, Defendants will not raise the Statute of Limitations as a defense if the original action was timely filed and served, but that Defendants shall have all rights and defenses pursuant to New York Unconsolidated laws Sections 7101 et seq. or any applicable statute of limitation that they have as of the date each action is discontinued pursuant to this Stipulation. (Signed by Judge Alvin K. Hellerstein on 3/24/2009) (jmi) Modified on 3/25/2009 (jmi). (Entered: 03/25/2009) |
| 3/24/2009 | 1217 | STIPULATION OF TRANSFER OF CERTAIN ENUMERATED CIVIL ACTIONS by and between the attorneys for the undersigned, that the civil actions referenced in Attachment A be and hereby are transferred from 21 MC 100 to 21 MC 103 and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all civil actions transferred pursuant to this Stipulation, Defendants will not raise the Statute of Limitations as a defense if the original action was timely filed and served, but that Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or any applicable statute of limitation that they have as of the date each action is discontinued pursuant to this Stipulation. (Signed by Judge Alvin K. Hellerstein on 3/24/2009) (jmi) (Entered: 03/25/2009) |
| 3/26/2009 | 1218 | STIPULATION AND ORDER OF DISMISSAL. IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the civil action referenced as 08CV04061 (plaintiff Donal Anderson) be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without cost to any party. Relates to 21mc100, 08–4061. (Signed by Judge Alvin K. Hellerstein on 3/26/09) (rjm) (Entered: 03/27/2009) |
| 3/27/2009 | 1219 | ORDER RESTORING CASES that the actions are restored, provided that plaintiff (a) promptly shall submit a proposed order, on consent, to consolidate each case with the equivalent later–filed case, (b) supply the "Severity and Other Facts" data, as required in Amended Case Management Order No. 8, by April 10, 2009, and (c) comply with all additional discovery requirements. Due to counsel's prior failure to comply timely with the discovery requirements, the restored cases are not eligible for the selection process described in paragraph 3 of the Amended Case Management Order No. 8. That is, neither case will be eligible for selection for early discovery and early trial pursuant to that case management order. Relates to 21mc100, 04–7236, 04–7237. (Signed by Judge Alvin K. Hellerstein on 3/27/09) (rjm) (Entered: 03/27/2009) |
| 3/30/2009 | 1220 | ENDORSED LETTER/MEMORANDUM addressed to Liaison Counsel 21MC100(AKH), Judge Alvin K. Hellerstein, Special Masters James A. Henderson, Jr., Aaron D. Twerski, and emailed to Judge Hellerstein from Rose Patti Brooklyn School dated 3/27/09 re: Deadline Dates Under CMO 8. It is important to clear up any confusion that may exist with the to deadline dates under CM0 8. It was the intent of Judge Hellerstein that January 1, 2009 be the onset date for all deadlines. Thus, as reflected in the scheduling chart accompanying the order, "Day 80," is the eightieth day in the year 2009 counting January 1 as the first day. Furthermore, if a deadline date falls on a weekend or on a holiday, the deadline is not to be moved to the first business day following. ENDORSEMENT: So Ordered. (Signed by Judge Alvin K. Hellerstein on 3/30/09) (Entered: 03/31/2009) |
| 3/30/2009 | 1221 | MEMO ENDORSEMENT on NOTICE OF WITHDRAWAL. PLEASE TAKE NOTICE that the undersigned (Dana White) hereby withdraws her appearance as counsel of record for Plaza Construction Corporation in the above refere |

| | | |
|---|---|---|
| | | action because she will no longer be associated with Paul, Hastings, Janofsky &Walker LLP as of Friday, March 27... Plaza Construction Corporation will continue to be represented by counsel of record, Brian P. Moran. (Signed by Ju... Alvin K. Hellerstein on 3/30/09) (rjm) (Entered: 03/31/2009) |
| 4/01/2009 | 1222 | ORDER ON SUBSTITUTION OF COUNSEL that, Sullivan Papain Block McGrath &Cannavo, P.C., is substituted... counsel of record for plaintiffs, JOHN RAEHSE AND PAULA RAEHSE, and that Timothy P. Devane, Esq. and the... Office of Jack Angelou are relieved of any further responsibility in this action. (Signed by Judge Alvin K. Hellerstein... 4/1/2009) (jmi) (Entered: 04/02/2009) |
| 4/01/2009 | 1223 | ORDER ON SUBSTITUTION OF COUNSEL that, Sullivan Papain Block McGrath &Cannavo, P.C., is substituted... counsel of record for plaintiffs, DANIEL DEGIOVINE AND JOETTE DEGIOVINE, and that Timothy P. Devane,... the Law Office of Jack Angelou are relieved of any further responsibility in this action. (Signed by Judge Alvin K.... Hellerstein on 4/1/2009) (jmi) (Entered: 04/02/2009) |
| 4/03/2009 | 1224 | PLAINTIFFS' CO–LIAISON COUNSEL ORDER... regarding the procedures to be followed that shall govern the h... of the various duties of Plaintiffs' Liaison Counsel... and as further set forth. (Signed by Judge Alvin K. Hellerstein o... 4/3/09) (rjm) (Entered: 04/03/2009) |
| 4/07/2009 | 1227 | MOTION for Andrew J. Carboy to Withdraw as Attorney *for Plaintiffs*. Document filed by Donald Striffler, Mary J... Striffler. Return Date set for 4/27/2009 at 09:30 AM.(Carboy, Andrew) (Entered: 04/07/2009) |
| 4/07/2009 | 1228 | DECLARATION of Andrew J. Carboy in Support re: 1227 MOTION for Andrew J. Carboy to Withdraw as Attorne... *Plaintiffs*.. Document filed by Donald Striffler, Mary Jane Striffler. (Carboy, Andrew) (Entered: 04/07/2009) |
| 4/08/2009 | 1229 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 04/08/2009) |
| 4/09/2009 | 1234 | CONSENT TO CHANGE ATTORNEY that the firm of Sullivan Papain Block McGrath &Cannavo, PC is hereby... substituted as counsel of records for plaintiffs by Worby Groner Edelman &Napoli Bern, LLP. Document filed by D... Curti.(jmi) Modified on 4/15/2009 (jmi). (Entered: 04/15/2009) |
| 4/10/2009 | 1230 | NOTICE OF APPEARANCE by Abbie Lynn Eliasberg Fuchs on behalf of Manafort Brothers, Inc. (Eliasberg Fuch... (Entered: 04/10/2009) |
| 4/14/2009 | 1231 | ORDER IDENTIFYING CASES FOR TRIAL these cases will proceed with discovery and trial as set out in Amend... Management Order No.8. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 4/10/2009) (jmi) (Entered: 04/... |
| 4/14/2009 | 1232 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Tishman Construction Corporation of Man... Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 04/... |
| 4/14/2009 | 1233 | STIPULATION OF TRANSFER OF CERTAIN ENUMERATED CIVIL ACTIONS, by and between the attorneys for... undersigned, that the civil actions referenced in Attachment A be and hereby are transferred from 21 MC 103 to 21 ... and it is furtherSTIPULATED AND AGREED, by and between the attorneys for the undersigned, thatfor all civil ac... transferred pursuant to this Stipulation, Defendants will not raise the Statute of Limitations as a defense if the origin... was timely filed and served, but that Defendants shall have all rights and defenses pursuant to New York Unconsoli... Laws Sections 7101 et seq. or any applicable statute of limitation that they have as of the date each action is discont... pursuant to this Stipulation. SO ORDERED (Signed by Judge Sidney H. Stein on 4/14/2009) (jmi) (Entered: 04/15/... |
| 4/15/2009 | 1235 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai... Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 04/15/2009) |
| 4/17/2009 | 1236 | NOTICE of Plaintiffs' Tenth Production of Core Discovery Responses. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 04/17/2009) |
| 4/20/2009 | 1237 | ORDER AND CONSENT TO CHANGE ATTORNEY. IT IS HEREBY STIPULATED AND AGREED, by and be... the attorneys for the undersigned, that the firm of SULLIVAN PAPAIN BLOCK MCGRATH &CANNAVO, P.C.,... substituted as counsel of records for plaintiff in the civil actions referenced to in Attachment A, by WORBY GRON... EDELMAN &NAPOLI BERN, LLP. IT IS FURTHER STIPULATED AND AGREED, that the firm of SULLIVA... PAPAIN BLOCK MCGRATH &CANNAVO, P.C. is relieved of any further responsibility in this action. Relates to... 21mc100, 07–3132, 08–2943, 07–3833. (Signed by Judge Alvin K. Hellerstein on 4/20/09) (rjm) (Entered: 04/21/20... |
| 4/20/2009 | 1238 | STIPULATION OF DISMISSAL AND CONSOLIDATION OF CERTAIN ENUMERATED CIVIL ACTIONS. IT... HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the civil actions r... in Attachment A, "Case to be Dismissed and Consolidated" column, be discontinued and dismissed pursuant to Fede... of Civil Procedure 41(a)(1)(ii) without prejudice and without cost to any party, and consolidated with the correspon... actions referenced in Attachment A, "To Consolidate With" column; and it is further STIPULATED AND AGREEI... between the attorneys for the undersigned, that for all cases dismissed and consolidated pursuant to this Stipulation,... Defendants will not raise the Statute of Limitations as a defense if the original action was timely filed and served, bu... Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or a... |

| | | |
|---|---|---|
| | | applicable statute of limitation that they have as of the date each action is discontinued pursuant to this Stipulation. ... to All World Trade Center Disaster Site Litigation. Relates to 21mc100, 06–10048, 06–10047, 06–11687, 06–1076... 06–12340, 08–2243, 07–10032, 08–0777, 06–03299, 07–01572, 06–14891, 06–14045, 04–09842, 07–09144, 08–0... 08–00611, 08–00837, 06–9807, 09–02782, 07–05051. (Signed by Judge Alvin K. Hellerstein on 4/20/09) (rjm) (En... 04/22/2009) |
| 4/22/2009 | 1240 | Costs Taxed as to 1021 USCA Mandate,,, USCA Case Number 06–5324–cv. in the amount of $2103.00. Docketed ... Judgment #09,0760 on 4/23/2009 in favor of Plaintiffs–Appellees against Defendants–Appellants. (nd) (Entered: 04/24/2009) |
| 4/24/2009 | 1239 | FIRST NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Phillips and Jordan. (Leff, Richard) ... 04/24/2009) |
| 4/24/2009 | 1241 | STIPULATION AND ORDER OF DISMISSAL by and between the undersigned, the attorneys of record for the par... the above–entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee ha... appointed and no person not a party has an interest in the subject matter of this action, the above–entitled actions be... same hereby are discontinued without prejudice as against defendant, CUSHMAN &WAKEFIELD, INC. only, with... to either party as against the other. SO ORDERED (Signed by Judge Alvin K. Hellerstein on 4/24/2009) (jmi) (Ente... 04/24/2009) |
| 4/24/2009 | 1242 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 4/24/2009 re: This ... letter sets forth the positions of Defendants the City of New York and its Contractors (collectively, "Defendants") an... Plaintiffs' Co–Liaison Counsel regarding Defendants' request that Special Masters Twerski and Henderson be appoi... address discovery disputes between the parties in the 21 MC 100 docket and that a regularized schedule be establish... Special Masters to hear and consider such disputes. Accordingly, Defendants respectfully urge the Court to adopt th... process, permit the Special Masters to address discovery disputes, and ensure accountability during discovery in ord... advance this litigation towards trial. ENDORSEMENT: The special Masters have not been charged with hearing dis... disputes. The parties should continue to use Rule 2E procedures. (Signed by Judge Alvin K. Hellerstein on 4/24/200... (Entered: 04/24/2009) |
| 4/27/2009 | 1243 | STIPULATION OF DISCONTINUANCE. It is hereby agreed by and between the parties to the above–captioned ac... plaintiff in the above–captioned action hereby dismisses all claims against Defendant Milstein Properties Corp., Mil... Management Corp., and The Related Companies, L.P., only, without prejudice. pursuant to Rule 41 (a)(1)(i). The pa... further stipulate and agree that should evidence be discovered throughout the course of the litigation that determines ... Milstein Properties Corp., Milford Management Corp., and The Related Companies, L,P., are proper parties to this s... plaintiffs may reinstitute the action without regard to the applicable statute of limitations, assuming the original actio... timely commenced. Relates to 21mc100, 05–1123. (Signed by Judge Alvin K. Hellerstein on 4/21/09) (rjm) (Entere... 04/27/2009) |
| 4/27/2009 | 1244 | STIPULATION OF DISCONTINUANCE. It is hereby agreed by and between the parties to the above–captioned ac... plaintiff in the above–captioned action hereby dismisses all claims against Defendant Milstein Properties Corp., Mil... Management Corp., and The Related Companies, L.P., only, without prejudice. pursuant to Rule 41 (a)(1)(i). The pa... further stipulate and agree that should evidence be discovered throughout the course of the litigation that determines ... Milstein Properties Corp., Milford Management Corp., and The Related Companies, L,P., are proper parties to this s... plaintiffs may reinstitute the action without regard to the applicable statute of limitations, assuming the original actio... timely commenced. Relates to 21mc100, 05–9042. (Signed by Judge Alvin K. Hellerstein on 4/21/09) (rjm) (Entere... 04/27/2009) |
| 4/27/2009 | 1245 | STIPULATION OF DISCONTINUANCE. It is hereby agreed by and between the parties to the above–captioned ac... plaintiff in the above–captioned action hereby dismisses all claims against Defendant Milstein Properties Corp., Mil... Management Corp., and The Related Companies, L.P., only, without prejudice. pursuant to Rule 41 (a)(1)(i). The pa... further stipulate and agree that should evidence be discovered throughout the course of the litigation that determines ... Milstein Properties Corp., Milford Management Corp., and The Related Companies, L,P., are proper parties to this s... plaintiffs may reinstitute the action without regard to the applicable statute of limitations, assuming the original actio... timely commenced. Relates to 21mc100, 05–5258. (Signed by Judge Alvin K. Hellerstein on 4/21/09) (rjm) (Entere... 04/27/2009) |
| 4/27/2009 | 1246 | STIPULATION AND ORDER OF DISCONTINUANCE. It is hereby stipulated and agreed, by and between the att... for the following plaintiffs and the attorneys for defendants Milstein Properties Corp. and Milford Management Cor... (Milstein) and The Related Companies, L.P. (Related) that each claim, cross–claim, and counter–claim asserted by ... against defendants Milstein and Related shall be and hereby are discontinued without prejudice and without costs to ... party in each of the actions listed: 05–5258, 05–9042, 05–1123. The parties further stipulate and agree that should e... be discovered throughout the course of the litigation that determines that either Milstein or Related are proper partie... suit, that plaintiffs may reinstitute the action without regard to the applicable statute of limitations, assuming the ori... action was timely commenced. Relates to 21mc100, 05–5258, 05–9042, 05–1123. (Signed by Judge Alvin K. Helle... 4/21/09) (rjm) (Entered: 04/27/2009) |

| | | |
|---|---|---|
| 4/30/2009 | 1247 | ORDER RESTORING CASE. The action 05CV224 is restored, provided that plaintiff (a) supply the "Severity and (Fields" data, as required in Amended Case Management Order No.8, by May 8, 2009, and (b) comply with all addit future discovery requirements. Due to counsel's prior failure to comply with discovery deadlines, the restored case is eligible for the selection process described in paragraph 3 of the Amended Case Management Order No. 8. Therefor case will not be eligible for selection for early discovery and early trial pursuant to that case management order. The shall mark the motion (Doc. #1186) terminated. terminating 1186 Motion to Vacate. Relates to 21mc100, 05–224. ( by Judge Alvin K. Hellerstein on 4/30/09) (rjm) (Entered: 05/01/2009) |
| 05/01/2009 | 1248 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 05/01/2009) |
| 05/04/2009 | 1249 | STIPULATION OF TRANSFER. IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys fo undersigned, that the civil action for ESAD LUKAC AND HAJRA LUKAC be and hereby is transferred from 21 M 21 MC 102; and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that civil actions transferred pursuant to this Stipulation, Defendants will not raise the Statute of Limitations as a defense original action was timely filed and served, but that Defendants shall have all rights and defenses pursuant to New Y Unconsolidated Laws Sections 7101 et seq. or any applicable statute of limitation that they have as of the date each discontinued pursuant to this Stipulation. Relates to 21mc100, 21mc102, 07–10179. (Signed by Judge Alvin K. Hell on 5/1/09) (rjm) (Entered: 05/04/2009) |
| 05/04/2009 | 1250 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN ENUMERATED CIVIL ACTIONS. IT HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that whereas no party infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest subject matter of the action, the civil actions referenced in Attachment A, be discontinued and dismissed pursuant to Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without cost to any party. Relates to 21mc100, 05–1475, 05–4746, 06–13903, 05–1671, 05–1212. (Signed by Judge Alvin K. Hellerstein on 5/1/09) (rjm) (Entered: 05/05/2 |
| 05/04/2009 | 1251 | STIPULATION OF TRANSFER OF CERTAIN ENUMERATED CIVIL ACTIONS. IT IS HEREBY STIPULATE AGREED, by and between the attorneys for the undersigned, that the civil actions referenced in Attachment A be an are transferred from 21 MC 100 to 21 MC 103; and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all civil actions transferred pursuant to this Stipulation, Defendants will not ra Statute of Limitations as a defense if the original action was timely filed and served, but that Defendants shall have a and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or any applicable statute of limitatio they have as of the date each action is discontinued pursuant to this Stipulation. Relates to 21mc100, 21mc103, 07–0 09–02777, 05–01747, 06–14596, 09CV02761, 06–10636. (Signed by Judge Alvin K. Hellerstein on 5/1/09) (rjm) (I 05/05/2009) |
| 05/04/2009 | 1252 | STIPULATION OF DISMISSAL AND CONSOLIDATION OF CERTAIN ENUMERATED CIVIL ACTIONS. IT HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the civil actions r in Attachment A, "Case to be Dismissed and Consolidated" column, be discontinued and dismissed pursuant to Fed of Civil Procedure 41(a)(1)(ii) without prejudice and without cost to any party, and consolidated with the correspond actions referenced in Attachment A, "To Consolidate With" column; and it is further STIPULATED AND AGREE between the attorneys for the undersigned, that for all cases dismissed and consolidated pursuant to this Stipulation, Defendants will not raise the Statute of Limitations as a defense if the original action was timely filed and served, bu Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or a applicable statute of limitation that they have as of the date each action is discontinued pursuant to this Stipulation. I 06–13791, 07–0069, 05–1375, 04–9082, 06–13800, 07–0070, 06–13802, 06–13620, 06–13808, 07–0207, 05–1640 07–9205, 06–13847, 07–10127, 05–0415, 05–2284, 06–13851, 07–0071, 06–13857, 07–10232, 06–14578, 07–887 06–14584, 06–9983, 06–13861, 06–8369, 06–13865, 13–13617, 06–13868, 07–8879, 06–14599, 06–14598, 04–72 07–10763, 05–2500, 06–12269, 05–1173, 06–11138, 06–13921, 06–13615, 05–5510, 07–4363, 06–13964, 06–136 06–13965, 07–10168, 06–13966, 07–9127, 06–13968, 07–9129, 06–13969, 07–8900, 06–13976, 06–13613, 06–13 07–0056, 06–14806, 07–4483, 06–14001, 07–10178, 06–14006, 06–12264, 05–1182, 06–12647, 06–14017, 07–00 06–14029, 07–0208, 06–14894, 06–13168, 06–14049, 06–13621, 06–14054, 06–13622, 06–14920, 06–6795, 06–1 07–0075, 06–14072, 07–0076, 06–14085, 07–0209, 06–1028, 07–1524, 05–1752, 06–12472, 06–14116, 07–5071, 06–14127, 06–13623, 06–15068, 07–10047, 06–1027, 07–1706, 06–14138, 07–0073, 06–14146, 06–13624, 06–14 07–0005, 05–1344, 08–2250, 06–14169, 07–0058, 05–1109, 05–2135, 06–15169, 06–2886, 06–11748, 05–1219, 0 04–8841, 06–14961, 06–9177, 07–3132, 04–8814, 08–2943, 07–4879, 07–3833, 07–4962. This Document Relates World Trade Center Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 5/1/09) (rjm) (Entered: 05/05 |
| 05/06/2009 | 1253 | CONSENT TO CHANGE ATTORNEY. IT IS HEREBY STIPULATED AND AGREED by and between the und parties, that the firm of SULLIVAN PAPAIN BLOCK McGRATH &CANNAVO, PC, is hereby substituted as cou record for plaintiff, DEAN CURTI, by WORBY GRONER EDELMAN &NAPOLI BERN, LLP. IT IS FURTHER STIPULATED AND AGREED that the firm of SULLIVAN PAPAIN BLOCK McGRATH &CANNAVO, P.C. is of any further responsibility in this action. (Signed by Judge Alvin K. Hellerstein on 5/5/09) (rjm) (Entered: 05/06/2 |

| Date | No. | Description |
|---|---|---|
| 5/06/2009 | 1254 | STIPULATION OF TRANSFER OF CERTAIN ENUMERATED CIVIL ACTIONS. IT IS HEREBY STIPULATED AGREED, by and between the attorneys for the undersigned, that the civil actions referenced in Attachment A be an are transferred from 21 MC 100 to 21 MC 103; and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all civil actions transferred pursuant to this Stipulation, Defendants will not ra Statute of Limitations as a defense if the original action was timely filed and served, but that Defendants shall have and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or any applicable statute of limitati they have as of the date each action is discontinued pursuant to this Stipulation. Relates to 21mc100, 21mc103, 06−06−11955, 06−12064, 06−3301, 06−14719. THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION. (Signed by Judge Alvin K. Hellerstein on 5/4/09) (rjm) (Entered: 05/07/2009) |
| 5/06/2009 | 1255 | STIPULATION OF CONSOLIDATION. IT IS HEREBY STIPULATED AND AGREED, by and between the atto the undersigned, that the Plaintiffs listed in the following Attachment have multiple filings naming different Defend each filing; and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that actions referenced in column B of Attachment A will be consolidated with the civil actions referenced in column A Attachment A without prejudice and without costs to any party; and it is further STIPULATED AND AGREED, by between the attorneys for the undersigned, that the consolidated civil actions referenced in column A of Attachment hereafter be referenced by the clerk of the court and the parties as the active dockets for the listed Plaintiffs; and it is STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all civil actions reference Attachment A. Defendants will not raise the Statute of Limitations as a defense if the original action was timely file served, but that Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections seq. or any applicable statute of limitation that they have as of the date each action is consolidated pursuant to this Stipulation. THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION. to 21mc100, 04−7237, 07−3935, 07−4384, 08−2942, 05−8332, 08−10819, 05−4112, 04−8753, 04−7236, 07−2367, 05−8898. (Signed by Judge Alvin K. Hellerstein on 5/5/09) (rjm) (Entered: 05/07/2009) |
| 5/06/2009 | 1256 | ORDER AND CONSENT TO CHANGE ATTORNEY. IT IS HEREBY STIPULATED AND AGREED by and be undersigned parties, that the firm of WORBY GRONER EDELMAN &NAPOLI BERN, LLP, is hereby substituted counsel of record for the plaintiffs in the civil actions referenced in Attachment A, by SULLIVAN PAPAIN BLOCl McGRATH &CANNAVO, PC. IT IS FURTHER STIPULATED AND AGREED that the firm of WORBY GRON EDELMAN &NAPOLI BERN, LLP is relieved of any further responsibility in those actions. Relates to 21mc100, 0 07−4383, 06−8426, 05−1440. (Signed by Judge Alvin K. Hellerstein on 5/5/09) (rjm) (Entered: 05/08/2009) |
| 5/06/2009 | 1257 | ORDER GRANTING SULLIVAN PAPAIN BLOCK MCGRATH &CANNAVO, P.C. TO BE RELIEVED AS CO FOR PLAINTIFFS. ORDERED that the firm of SULLIVAN PAPAIN BLOCK MCGRATH AND CANNAVO, P.C granted leave to withdraw as counsel for plaintiffs, effective on 6/12/09. ORDERED that service of any future notic DONALD STRIFFER AND MARY JANE STRIFFLER, by the Court and/or the attorneys for the parties herein sha made by serving plaintiffs at 6311 High Ridge Court, Wappingers Falls, New York 12590, unless there is an appearan their behalf; and it is further ORDERED that upon plaintiffs counsel being relieved, DONALD STRIFFER AND M JANE STRIFFLER, shall elect to proceed in this action pro se, and be subject to all past and future Case Manageme in lieu of proceeding pro se, DONALD STRIFFER AND MARY JANE STRIFFLER, by 6/12/09, advise the Court counsel, in writing, which they elect, and, upon a failure timely so to advise, to suffer dismissal of their action and as set forth. Relates to 21mc100, 05−1603. (Signed by Judge Alvin K. Hellerstein on 5/6/09) (rjm) (Entered: 05/08/200 |
| 5/11/2009 | 1258 | STIPULATION OF CONSOLIDATION. IT IS HEREBY STIPULATED AND AGREED, by and between the atto the undersigned, that the Plaintiffs listed in the following Attachment have multiple filings naming different Defend each filing; and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that actions referenced in column B of Attachment A will be consolidated with the civil actions referenced in column A Attachment A without prejudice and without costs to any party; and it is further STIPULATED AND AGREED, by between the attorneys for the undersigned, that the consolidated civil actions referenced in column A of Attachment hereafter be referenced by the clerk of the court and the parties as the active dockets for the listed Plaintiffs; and it is STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all civil actions referenc Attachment A, Defendants will not raise the Statute of Limitations as a defense if the original action was timely file served, but that Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections seq. or any applicable statute of limitation that they have as of the date each action is consolidated pursuant to this Stipulation. THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION. to 21mc100, 04−9821, 09−2967, 09−2968, 05−7254, 08−7568, 09−2970, 07−6858, 09−3957. (Signed by Judge Alv Hellerstein on 5/6/09) (rjm) (Entered: 05/11/2009) |
| 5/11/2009 | 1259 | STIPULATION OF CONSOLIDATION. IT IS HEREBY STIPULATED AND AGREED, by and between the atto the undersigned, that the Plaintiffs listed in the following Attachment have multiple filings naming different Defend each filing; and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, that actions referenced in column B of Attachment A will be consolidated with the civil actions referenced in column A Attachment A without prejudice and without costs to any party; and it is further STIPULATED AND AGREED, by between the attorneys for the undersigned, that the consolidated civil actions referenced in column A of Attachment hereafter be referenced by the clerk of the court and the parties as the active dockets for the listed Plaintiffs; and it is STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all civil actions referenc |

Case 1:21-mc-00100-AKH Document 4151 Filed 07/26/2012 Page 134 of 1805
Case 1:21-mc-00100-AKH Document 1-1 07/23/2012 684953 Page 135 of 1806
As of 07/26/2012 12:02 PM EDT 135 of 1805

| | | | |
|---|---|---|---|
| | | | Attachment A, Defendants will not raise the Statute of Limitations as a defense if the original action was timely filed served, but that Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections seq. or any applicable statute of limitation that they have as of the date each action is consolidated pursuant to this Stipulation. THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION. to 21mc100, 04–9245, 05–0184, 02–9127, 07–4383, 04–8674, 05–0719, 05–0720, 04–8286, 04–8733, 04–8096, 0 04–8283, 04–8734, 04–9904, 04–9906, 04–8284, 04–8737, 05–3379, 05–6313, 04–8097, 04–8773, 04–8095, 04–8 02–9126, 04–8676, 04–8287, 04–8745, 04–8289, 04–8743, 04–8288, 04–8748, 04–8285, 04–8777, 04–7903, 04–8 04–8281, 04–8754, 04–9818, 04–9905, 03–2447, 04–8675, 04–9907, 04–9909. (Signed by Judge Alvin K. Hellers 5/6/09) (rjm) (Entered: 05/11/2009) |
| 5/12/2009 | 1260 | | NOTICE OF APPEARANCE by Christopher C. Ross on behalf of Mark Gajewski (Ross, Christopher) (Entered: 05 |
| 5/20/2009 | 1261 | | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liais Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 05/20/2009) |
| 5/20/2009 | 1262 | | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 05/20/2009) |
| 5/20/2009 | 1263 | | ORDER IDENTIFYING CASES FOR TRIAL FROM GROUP B Pursuant to Amended Case Management Order N plaintiffs' Liaison Counsel and defendants' Liaison Counsel each have selected two cases from Group B1. The Cour the recommendation of the Special Masters, has selected two cases from Groups Bland B2. Plaintiffs' Liaison Couns selected: 1. Michael Alleva, 06 Civ. 8887; 2. Laron and Ayana Casey, 06 Civ. 8890; Defendants' Liaison Counsel ha selected: 1. James and Irma Fahy, 06 Civ. 9545; 2. James and Helen Cantore, 06 Civ. 10654; The Court has selected Dawn Sorrento, 06 Civ. 8547; 2. Richard and Nitza Calderon, 06 Civ. 10267; Accordingly, these cases will proceed discovery and trial as set out in Amended Case Management Order No.8. SO ORDERED. (Signed by Judge Alvin K Hellerstein on 5/20/2009) (jmi) (Entered: 05/21/2009) |
| 5/20/2009 | 1264 | | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Andrew J. Carboy dated 5/20/2009 re: Plaintif co–liaison counsel respectfully request this Court's permission to file, in hard copy, our opposition to the City of Ne and the WTC Prime Contractors' motions for partial summary judgment. ENDORSEMENT: SO ORDERED. (Signe Judge Alvin K. Hellerstein on 5/20/2009) (jmi) (Entered: 05/21/2009) |
| 5/20/2009 | 1265 | | ORDER REGARDING DISCOVERY ISSUES PRESENTED IN TWO JOINT LETTERS OF MAY 15, 2009. Purs Judge Hellerstein's Individual Rule 2E, the parties submitted separate joint letters, both dated May 15, 2009, asking a number of discovery issues. This Order is regarding the procedures to be followed that shall govern the handling o Discovery issues presented in the two joint letters of May 15, 2009, and as further set forth. (Signed by Judge Alvin Hellerstein on 5/20/09) (rjm) (Entered: 05/21/2009) |
| 5/21/2009 | 1266 | | RESPONSE to Discovery Request from Port Authority of NY Silverstein Properties and City of NY.Document filed Nicola Cavicchio.(Chiaravalloti, Mariangela) (Entered: 05/21/2009) |
| 5/21/2009 | 1267 | | RESPONSE to Discovery Request from Port Authority of NYProperties, City of New York.Document filed by Don Carson.(Giannini, A.) (Entered: 05/21/2009) |
| 5/21/2009 | 1268 | | RESPONSE to Discovery Request from World Trade Center Properties, LLC, City of NY.Document filed by Frank Goffredo.(Chiaravalloti, Mariangela) (Entered: 05/21/2009) |
| 5/21/2009 | 1269 | | RESPONSE to Discovery Request from Port Authority of New York &NJ, Silverstein Properties, Inc., City of New York.Document filed by Andrew Dunaway.(Giannini, A.) (Entered: 05/21/2009) |
| 5/21/2009 | 1270 | | RESPONSE to Discovery Request from Port Authority of New York &NJ, Silverstein Properties, City of New York.Document filed by Andrew Dunaway.(Giannini, A.) (Entered: 05/21/2009) |
| 5/21/2009 | 1271 | | RESPONSE to Discovery Request from Port Authority of New York &NJ, Silverstein Properties, Inc., City of New York.Document filed by Andrew Dunaway.(Giannini, A.) (Entered: 05/21/2009) |
| 5/21/2009 | 1272 | | RESPONSE to Discovery Request from Port Authority of New York and NJ, Silverstein Properties, Inc, City of Nev York.Document filed by Andrew Dunaway.(Giannini, A.) (Entered: 05/21/2009) |
| 5/21/2009 | 1273 | | RESPONSE to Discovery Request from World Trade Center Properties, City of NY.Document filed by Frank Goffredo.(Chiaravalloti, Mariangela) (Entered: 05/21/2009) |
| 5/21/2009 | 1274 | | RESPONSE to Discovery Request from Port Authority of NYWorld Trade Center Properties, Turner Construction C Bovis Lend Lease, Amec Construction Management, Tully Construction.Document filed by Michael Labetti.(Chiara Mariangela) (Entered: 05/21/2009) |
| 5/21/2009 | 1275 | | RESPONSE to Discovery Request from Port Authority of NYWorld Trade Center Properties, Turner Construction C Lend Lease, Amec Construction Management, Tully Construction.Document filed by Michael Labetti.(Chiaravallot Mariangela) (Entered: 05/21/2009) |

| | | |
|---|---|---|
| 5/21/2009 | 1276 | RESPONSE to Discovery Request from The City of New York; World Trade Center Properties, LLC; Amec Constr Management, Inc.; Bovis Lend Lease, Inc.; Tully Construction Co, Inc.; Turner Construction Company.Document f Thomas M. Flanders.(Giannini, A.) (Entered: 05/21/2009) |
| 5/21/2009 | 1277 | RESPONSE to Discovery Request from The City of New York; World Trade Center Properties, LLC; Amec Constr Management, Inc.; Bovis Lend Lease, Inc.; Tully Construction Co, Inc.; Turner Construction Company.Document f Thomas M. Flanders.(Giannini, A.) (Entered: 05/21/2009) |
| 5/21/2009 | 1278 | RESPONSE to Discovery Request from The City of New York; World Trade Center Properties, LLC; Amec Constr Management, Inc.; Bovis Lend Lease, Inc.; Tully Construction Co, Inc.; Turner Construction Company.Document f Thomas M. Flanders.(Giannini, A.) (Entered: 05/21/2009) |
| 5/21/2009 | 1279 | RESPONSE to Discovery Request from The City of New York; World Trade Center Properties, LLC; Amec Constr Management, Inc.; Bovis Lend Lease, Inc.; Tully Construction Co, Inc.; Turner Construction Company.Document f Thomas M. Flanders.(Giannini, A.) (Entered: 05/21/2009) |
| 5/21/2009 | 1280 | RESPONSE to Discovery Request from Amec construction Management, bovis lend lease, tully Construction Co., T Construction Co..Document filed by Nicholas Lusuriello.(Chiaravalloti, Mariangela) (Entered: 05/21/2009) |
| 5/21/2009 | 1281 | RESPONSE to Discovery Request from Amec Construction Management, Inc., Bovis Lend Lease, Tully Constructi Turner Construction.Document filed by Nicholas Lusuriello.(Chiaravalloti, Mariangela) (Entered: 05/21/2009) |
| 5/21/2009 | 1282 | RESPONSE to Discovery Request from City of New York, Port Authority of NYWorld Trade Center Properties, An Bovis Lend Lease, Tully Construction.Document filed by Dennis M. O'Connor.(Chiaravalloti, Mariangela) (Entered 05/21/2009) |
| 5/21/2009 | 1283 | RESPONSE to Discovery Request from City of NY, Port Authority of NYWorld Trade Center Properties, Amec, B Lease, Tully Construction.Document filed by Dennis M. O'Connor.(Chiaravalloti, Mariangela) (Entered: 05/21/2009 |
| 5/21/2009 | 1284 | RESPONSE to Discovery Request from City of NY, Port Authority of NYWorld Trade Center Properties, Amec, B Lease, Tully Construction.Document filed by Dennis M. O'Connor.(Chiaravalloti, Mariangela) (Entered: 05/21/2009 |
| 5/21/2009 | 1285 | RESPONSE to Discovery Request from City of NY, Port Authority of NYWorld Trade Center Properties, Amec, B Lease, Tully Construction.Document filed by Dennis M. O'Connor.(Chiaravalloti, Mariangela) (Entered: 05/21/2009 |
| 5/21/2009 | 1286 | DECLARATION of Denise A. Rubin in Opposition re: 1177 Rule 56.1 Statement,,,,,, 1150 Rule 56.1 Statement, 11 Declaration in Support of Motion,, 1141 Rule 56.1 Statement, 1152 Declaration in Support of Motion, 1148 Declara Support of Motion,, 1147 Declaration in Support of Motion, 1203 MOTION for Partial Summary Judgment *on beh Tishman Defendants.*, 1145 Declaration in Support of Motion,, 1146 Declaration in Support of Motion,, 1175 MOTI Partial Summary Judgment., 1149 MOTION for Partial Summary Judgment., Note to Attorney to Re−File Documen Deficient Docket Entry Error,, 1140 MOTION for Partial Summary Judgment., 1176 Declaration in Support of Mot 1143 Declaration in Support of Motion,, 1151 Memorandum of Law in Support of Motion, 1142 Memorandum of L Support of Motion, 1178 Memorandum of Law in Support of Motion,,,,,, Document filed by Plaintiffs Liaison Cour (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibi Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37 Part Exhibit 37 Part 2, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 4 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 51, # 53 Errata 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Errata 57, # 59 Exhibit 5 Exhibit 59, # 61 Exhibit 60, # 62 Exhibit 61, # 63 Exhibit 62, # 64 Exhibit 63, # 65 Errata 64, # 66 Exhibit 65, # 67 66, # 68 Exhibit 67, # 69 Exhibit 68, # 70 Exhibit 69, # 71 Exhibit 70, # 72 Exhibit 71, # 73 Exhibit 72, # 74 Exhibit Exhibit 74, # 76 Exhibit 75, # 77 Exhibit 76, # 78 Exhibit 77, # 79 Exhibit 78, # 80 Exhibit 79, # 81 Exhibit 80)(LoR Christopher) (Entered: 05/21/2009) |
| 5/21/2009 | 1287 | RESPONSE re: 1149 MOTION for Partial Summary Judgment., Note to Attorney to Re−File Document − Non−EC Document Error, 1145 Declaration in Support of Motion,, Note to Attorney to Re−File Document − Deficient Dock Error,, 1177 Rule 56.1 Statement,,,,,, 1146 Declaration in Support of Motion,, 1143 Declaration in Support of Motio Declaration in Support of Motion,,, 1151 Memorandum of Law in Support of Motion, 1150 Rule 56.1 Statement, 11 Declaration in Support of Motion,, 1141 Rule 56.1 Statement, 1142 Memorandum of Law in Support of Motion, 11 Declaration in Support of Motion, 1140 MOTION for Partial Summary Judgment., 1148 Declaration in Support of M 1178 Memorandum of Law in Support of Motion,,,,,, Note to Attorney to Re−File Document − Non−ECF Documen 1175 MOTION for Partial Summary Judgment., 1147 Declaration in Support of Motion,, 1176 Declaration in Suppo Motion,,,,,, Note to Attorney to Re−File Document − Non−ECF Document Error, 1174 Notice (Other), Note to Atto Re−File Document − Non−ECF Document Error, Note to Attorney to Re−File Document − Deficient Docket Entry 1203 MOTION for Partial Summary Judgment *on behalf of the Tishman Defendants. Plaintiffs' Response to the WT Contractors' Statement of Undisputed Facts Pursuant to Fed. R. Civ. P. 56.1 &L.CIV.R.56.1(a).* Document filed by |

| | | |
|---|---|---|
| | | Liaison Counsel. (LoPalo, Christopher) (Entered: 05/21/2009) |
| 5/21/2009 | 1288 | MEMORANDUM OF LAW in Opposition re: 1149 MOTION for Partial Summary Judgment., Note to Attorney to Re–File Document – Non–ECF Document Error, 1145 Declaration in Support of Motion,, Note to Attorney to Re–File Document – Deficient Docket Entry Error,, 1177 Rule 56.1 Statement,,,,,, 1146 Declaration in Support of Motion, 1143 Declaration in Support of Motion,, 1154 Declaration in Support of Motion,,, 1151 Memorandum of Law in Support of Motion, 1156 Rule 56.1 Statement, 1144 Declaration in Support of Motion,, 1141 Rule 56.1 Statement, 1142 Memorandum of Law in Support of Motion, 1152 Declaration in Support of Motion, 1140 MOTION for Partial Summary Judgment., 1148 Declaration in Support of Motion,, 1178 Memorandum of Law in Support of Motion,,,,,, Note to Attorney to Re–File Document – Non–ECF Document Error, 1175 MOTION for Partial Summary Judgment., 1147 Declaration in Support of Motion,,,,,, Note to Attorney to Re–File Document – Non–ECF Document Error, Note to Attorney to Re–File Document – Non–ECF Document Error, Note to Attorney to Re–File Document – Deficient Docket Entry Error, 1203 MOTION for Partial Summary Judgment on behalf of the Tishman Defendants. Worby Groner Edelman & Napoli Bern, LLP's Memorandum of Law in Opposition to the Defendants' Motions for Partial Summary Judgement. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 05/21/2009) |
| 5/21/2009 | 1297 | SULLIVAN PAPAIN MEMORDUM OF LAW in Opposition re: 1204 MOTION for Partial Summary Judgment. Document filed by All Plaintiffs. (jmi) (Entered: 05/22/2009) |
| 5/21/2009 | 1298 | CERTIFICATION of Brain J. Shoot in Opposition re: 1204 MOTION for Partial Summary Judgment. Document filed by Plaintiffs. (jmi) (Entered: 05/22/2009) |
| 5/22/2009 | 1289 | RESPONSE to Discovery Request from Silverstein Properties, Inc., and City of New York.Document filed by David Nolan.(Giannini, A.) (Entered: 05/22/2009) |
| 5/22/2009 | 1290 | RESPONSE to Discovery Request from Silverstein Properties, Inc., and City of New York.Document filed by David Nolan.(Giannini, A.) (Entered: 05/22/2009) |
| 5/22/2009 | 1291 | RESPONSE to Discovery Request from The Port Authority of New York and NJ; World Trade Center Properties, L of New York.Document filed by Michael Panarella.(Giannini, A.) (Entered: 05/22/2009) |
| 5/22/2009 | 1292 | RESPONSE to Discovery Request from The Port Authority of New York and NJ; World Trade Center Properties, L of New York.Document filed by Michael Panarella.(Giannini, A.) (Entered: 05/22/2009) |
| 5/22/2009 | 1293 | RESPONSE to Discovery Request from The Port Authority of New York and NJ; World Trade Center Properties, L of New York.Document filed by Michael Panarella.(Giannini, A.) (Entered: 05/22/2009) |
| 5/22/2009 | 1294 | RESPONSE to Discovery Request from World Trade Center Properties, City of NY.Document filed by Robert Panarella.(Chiaravalloti, Mariangela) (Entered: 05/22/2009) |
| 5/22/2009 | 1295 | RESPONSE to Discovery Request from The Port Authority of New York and NJ; World Trade Center Properties, L of New York.Document filed by Jason Porcaro.(Giannini, A.) (Entered: 05/22/2009) |
| 5/22/2009 | 1296 | RESPONSE to Discovery Request from The Port Authority of New York and NJ; World Trade Center Properties, L of New York.Document filed by Jason Porcaro.(Giannini, A.) (Entered: 05/22/2009) |
| 5/22/2009 | 1299 | RESPONSE to Discovery Request from Port Authority of NYWorld trade Center Properties, City of NY.Document filed by Andrew Scallo.(Chiaravalloti, Mariangela) (Entered: 05/22/2009) |
| 5/26/2009 | 1300 | RESPONSE to Discovery Request from WORLD TRADE CENTER PROPERTIES, LLC and CITY OF NEW YORK.Document filed by Herbert Pate.(Chiaravalloti, Mariangela) (Entered: 05/26/2009) |
| 5/26/2009 | 1301 | RESPONSE to Discovery Request from Port of Authority of NYWorld Trade Center Properties, LLC, City of NY.Document filed by Andrew Scallo, Diane Scallo.(Chiaravalloti, Mariangela) (Entered: 05/26/2009) |
| 5/26/2009 | 1302 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN ENUMERATED CIVIL ACTIONS AS TISHMAN INTERIORS CORPORATION, TISHMAN CONSTRUCTION CORPORATION OF NEW YORK AN TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN. IT IS HEREBY STIPULATED AND AGRE and between the attorneys for the parties, that whereas no party is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the civil a referenced in Attachment A, be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 41 (a)(l)(ii) against defendants, TISHMAN INTERIORS CORPORATION, TISHMAN CONSTRUCTION CORPORATION O YORK AND TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN only, without prejudice and wit to any party. IT IS FURTHER STIPULATED AND AGREED that should evidence be discovered throughout the co litigation which determines that TISHMAN INTERIORS CORPORATION, TISHMAN CONSTRUCTION CORPORATION OF NEW YORK AND TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN are parties to this suit, that plaintiffs may reinstitute the action without regard to the applicable Statute of Limitations, as said original action was timely commenced, and in such instance defendants shall not assert Statute of Limitation a defense. THIS DOCUMENT APPLIES TO ALL CASES IN THE WORLD TRADE CENTER DISASTER SITE |

| | | |
|---|---|---|
| | | LITIGATION. Relates to All Cases listed on Attachment A. (Signed by Judge Alvin K. Hellerstein on 5/26/09) (rjm) (Entered: 05/27/2009) |
| 5/26/2009 | 1303 | STIPULATION AND ORDER by and between the undersigned, the attorneys of record for the parties to the individual actions listed in Schedule A, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of these actions, the listed actions be, and they are hereby are discontinued against Verizon New York Inc., only, without prejudice, without costs to either party as against the other. IT IS HEREBY FURTHER STIPULATED AND AGREED, that should facts or circumstances derived from discovery, or otherwise, come to light that indicate a relationship to the litigation and a basis of a claim against the defendant for whom this Stipulation is being entered, and/or should it come to light that the information provided by said defendant in support of its request of discontinuance at this time, be discerned in the future to have been inaccurate, false or misleading, plaintiff may re−assert its claim against said defendant by motion, stipulation or otherwise, and without the necessity of additional service of process, and in no event will said defendant raise any statute of limitations defense other than as could have been asserted based upon the date of filing of the original action, at the time that the action was originally commenced against said defendant. This Stipulation may be filed without further notice with the Clerk of the Court and defendant may obtain, if necessary, any Judicial "So Order" of this Stipulation and any other signatory, if necessary. SO ORDERED by Judge Alvin K. Hellerstein on 5/26/2009) (jmi) (Entered: 05/27/2009) |
| 5/27/2009 | 1304 | RESPONSE to Discovery Request from World Trade Center Properties, LLC &The city of NY.Document filed by Frank Scallo.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1305 | RESPONSE to Discovery Request from WORLD TRADE CENTER PROPERTIES, LLC, and CITY OF NEW YORK,.Document filed by Frank Scallo.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1306 | RESPONSE to Discovery Request from WORLD TRADE CENTER PROPERTIES, LLC, and CITY OF NEW YORK,.Document filed by Frank Scallo.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1307 | RESPONSE to Discovery Request from WORLD TRADE CENTER PROPERTIES, LLC, and CITY OF NEW YORK,.Document filed by Frank Scallo.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1308 | RESPONSE to Discovery Request from WORLD TRADE CENTER PROPERTIES, LLC, and CITY OF NEW YORK,.Document filed by Frank Scallo.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1309 | RESPONSE to Discovery Request from WORLD TRADE CENTER PROPERTIES, LLC, and CITY OF NEW YORK,.Document filed by Frank Scallo.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1310 | RESPONSE to Discovery Request from WORLD TRADE CENTER PROPERTIES, LLC, and CITY OF NEW YORK,.Document filed by Frank Scallo.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1311 | RESPONSE to Discovery Request from Port Authority of NYWorld Trade Center Poperties, LLC &City of NY.Document filed by Bernard Stinchcomb, Christine Stinchcomb.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1312 | RESPONSE to Discovery Request from Port Authority of NYWorld Trade Center Poperties, LLC &City of NY.Document filed by Bernard Stinchcomb, Christine Stinchcomb.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1313 | RESPONSE to Discovery Request from Port Authority of NYWorld Trade Center Poperties, LLC &City of NY.Document filed by Bernard Stinchcomb, Christine Stinchcomb.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1314 | RESPONSE to Discovery Request from Port Authority of NYWorld Trade Center Poperties, LLC &City of NY.Document filed by Bernard Stinchcomb, Christine Stinchcomb.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1315 | FILING ERROR − DEFICIENT DOCKET ENTRY − MOTION for Partial Summary Judgment. Document filed by Michelle Haskett−Godbee. Responses due by 7/17/2009 Return Date set for 6/26/2009 at 09:30 AM.(Rudden, John) Modified on 5/28/2009 (db). (Entered: 05/27/2009) |
| 5/27/2009 | 1316 | RESPONSE to Discovery Request from Port Authority of NYWorld Trade Center Properties, LLC, City of NY.Document filed by Robert Suarez.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1317 | RESPONSE to Discovery Request from Port Authority of NYWorld Trade Center Properties, LLC, City of NY.Document filed by Robert Suarez.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | 1318 | RESPONSE to Discovery Request from Port Authority of NYWorld Trade Center Properties, LLC, City of NY.Document filed by Robert Suarez.(Chiaravalloti, Mariangela) (Entered: 05/27/2009) |
| 5/27/2009 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Patrick Rudden to RE−FILE Document 1315 MOTION for Partial Summary Judgment. ERROR(S): No attorney signature s/. (db) (Entered: 05/28/2009) |

| | | |
|---|---|---|
| 5/28/2009 | 1319 | MOTION for Partial Summary Judgment. Document filed by Michelle Haskett–Godbee. Return Date set for 6/26/20... 09:30 AM.(Rudden, John) (Entered: 05/28/2009) |
| 5/28/2009 | 1321 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 5/28/2009 re: We re... Defendants the City of New York and its Contractors (collectively, "Defendants") in connection with the above–refe... matter. We have received the Court's May 20, 2009 Order Regarding Discovery Issues Presented in Two Joint Lette... 15, 2009 (the "Order"). Defendants appreciate Your Honor's prompt attention to the issues raised in the parties' joint... With respect to certain issues addressed in the Order, Defendants respectfully request an in–person conference with... at the Court's earliest convenience so that Defendants may provide additional important input and obtain clarificatio... regarding certain provisions in the Order. ENDORSEMENT: Request denied. The parties shall negotiate a reasonab... scheduled, and submit disputes in normal fashion. (Signed by Judge Alvin K. Hellerstein on 5/28/2009) (jmi) (Enter... 06/01/2009) |
| 5/29/2009 | 1320 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph E. Hopkins dated 5/27/09 re: Counsel f... Structural and Design Engineer Defendants and Plaintiffs Co–Liaison Counsel respectfully submit this joint letter se... forth the parties disputes regarding the discovery permitted by the Court in connection with the Engineer Defendant... for summary judgment. ENDORSEMENT: Plaintiffs shall answer the interrogatories responsively to the questions v... boilerplate objections. Plaintiffs' objections are overruled. It is improper to respond to Rule 2E letter with complaint... the proponent. (Signed by Judge Alvin K. Hellerstein on 5/28/09) (rjm) (Entered: 05/29/2009) |
| 6/01/2009 | 1322 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve An Order that ... Authority is permitted to transfer full and complete / legal ownership of a section of steel labeled G–0064 to the Boa... Selectmen of Westborough, Massachusetts. Document filed by The Port Authority of New York &New Jersey.(Stic... Timothy) Modified on 6/3/2009 (db). (Entered: 06/01/2009) |
| 6/02/2009 | 1323 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve An Order that ... Authority is permitted to transfer full and complete legal ownership of a section of steel labeled H–0102 to the City ... Falls. Document filed by The Port Authority of New York &New Jersey.(Stickelman, Timothy) Modified on 6/3/20... (Entered: 06/02/2009) |
| 6/02/2009 | 1324 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve An Order that ... Authority is permitted to transfer full and complete legal ownership of a section of steel labeled G–0066 lo the Histo... Prospect Hill Cemetery Heritage Foundation. Document filed by The Port Authority of New York &New Jersey.(St... Timothy) Modified on 6/3/2009 (db). (Entered: 06/02/2009) |
| 6/02/2009 | 1325 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve An Order that ... Authority is permitted to transfer full and complete legal ownership of a section of steel labeled F.0021.003 to the U... Slates Air Force. Document filed by The Port Authority of New York &New Jersey.(Stickelman, Timothy) Modifie... 6/3/2009 (db). (Entered: 06/02/2009) |
| 6/02/2009 | 1326 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve An Order that ... Authority is permitted lo transfer full and complete legal ownership of a section of steel labeled C–40 lo Westerfiel... Fighters' Memorial, Inc. Document filed by The Port Authority of New York &New Jersey.(Stickelman, Timothy) N... on 6/3/2009 (db). (Entered: 06/02/2009) |
| 6/02/2009 | 1327 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Couns... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/02/2009) |
| 6/02/2009 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 1323 HAS BEEN REJECTED ... Attorney Timothy Gerard Stickelman : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, ei... through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be se... directly to a judge. (db) (Entered: 06/03/2009) |
| 6/02/2009 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 1324 HAS BEEN REJECTED ... Attorney Timothy Gerard Stickelman : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, ei... through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be se... directly to a judge. (db) (Entered: 06/03/2009) |
| 6/02/2009 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 1325 HAS BEEN REJECTED ... Attorney Timothy Gerard Stickelman : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, ei... through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be se... directly to a judge. (db) (Entered: 06/03/2009) |
| 6/02/2009 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 1326 HAS BEEN REJECTED ... Attorney Timothy Gerard Stickelman: THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, eit... through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be se... directly to a judge. (db) (Entered: 06/03/2009) |

| | | |
|---|---|---|
| 6/02/2009 | 1328 | STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS ONLY WITHOUT PREJUDICE by and between attorneys for the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee been appointed, and no person not a party has an interest in the subject matter of these actions, the claims of the above−referenced plaintiff are dismissed as against the following defendants: Bechtel Associates Professional Corpo Bechtel Construction, Inc.; Bechtel Corporation; Bechtel Environmental, Inc.; Bovis Lend. Lease, Inc.; Craig Test E Company Inc.; D'Onofrio General Contractors Corporation; Diego Construction Inc.; Eagle Scaffolding Co.; ET Environmental; FGMechanical Inc.; Highrise Hoisting &Scaffolding Co., Inc.; Olympic Plumbing &Heating; Plaza Contraction Management Corp.; Regional Scaffolding &Hoisting Co.; Tully Industries Inc.; Turner Construction Co Construction International LLC and W. Harris &Sons Inc., without prejudice and without costs to either party as aga other. IT IS HEREBY FURTHER STIPULATED AND AGREED, that should facts or circumstances derived from discovery, or otherwise, come to light that indicate a relationship to the litigation and a basis of a claim against the defendants for whom this Stipulation is being entered, and/or should it come to light that the information provided b defendants in support of their request of discontinuance at this time, be discerned in the future to have been inaccura or misleading, plaintiff may re−assert its claim against said defendants by motion, stipulation or otherwise, and with necessity of additional service of process, and in no event will said defendants raise any statute of limitations defens than as may have been asserted based upon the date of filing of the original action, at the time that the action was or commenced against said defendants. This Stipulation may be filed without further notice with the Clerk of the Court defendants will obtain, if necessary, any Judicial "So Order" of this Stipulation and any other signatory, if necessary by Judge Alvin K. Hellerstein on 6/1/2009) (jmi) Modified on 6/11/2009 (jmi). (Entered: 06/03/2009) |
| 6/02/2009 | 1329 | STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS ONLY WITHOUT PREJUDICE by and between attorneys for the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee been appointed, and no person not a party has an interest in the subject matter of these actions, the claims of the above−referenced plaintiff are dismissed as against the following defendants: Bechtel Associates Professional Corpo Bechtel Construction, Inc.; Bechtel Corporation; Bechtel Environmental, Inc.; Bovis Lend. Lease, Inc.; Craig Test E Company Inc.; D'Onofrio General Contractors Corporation; Diego Construction Inc.; Eagle Scaffolding Co.; ET Environmental; FGMechanical Inc.; Highrise Hoisting &Scaffolding Co., Inc.; Olympic Plumbing &Heating; Plaza Contraction Management Corp.; Regional Scaffolding &Hoisting Co.; Tully Industries Inc.; Turner Construction Co Construction International LLC and W. Harris &Sons Inc., without prejudice and without costs to either party as aga other. IT IS HEREBY FURTHER STIPULATED AND AGREED, that should facts or circumstances derived from discovery, or otherwise, come to light that indicate a relationship to the litigation and a basis of a claim against the defendants for whom this Stipulation is being entered, and/or should it come to light that the information provided b defendants in support of their request of discontinuance at this time, be discerned in the future to have been inaccura or misleading, plaintiff may re−assert its claim against said defendants by motion, stipulation or otherwise, and with necessity of additional service of process, and in no event will said defendants raise any statute of limitations defens than as may have been asserted based upon the date of filing of the original action, at the time that the action was or commenced against said defendants. This Stipulation may be filed without further notice with the Clerk of the Court defendants will obtain, if necessary, any Judicial "So Order" of this Stipulation and any other signatory, if necessary by Judge Alvin K. Hellerstein on 6/1/2009) (jmi) Modified on 6/4/2009 (jmi). Modified on 6/11/2009 (jmi). (Entere 06/03/2009) |
| 6/05/2009 | 1330 | CERTIFICATE OF SERVICE of Respiratory−Injured Plaintiffs' "Short Form" Complaints served on Defedants' Co Counsel, Patton Boggs, L.L.P. on June 4, 2009. Service was made by Electronic Mail. Document filed by marion s. mishkin("Of Counsel" Notice of Appearance to Sacks &Sacks in annexed cases). (Attachments: #1 "Short Form" C Resp. Plaintiff, Charles Dalton [03−cv−0006], #2 "Short Form" Complaint: Resp. Plaintiff, Robert Johnson [03−cv 3 "Short Form" Complaint: Resp. Plaintiff, Michael Chambers [05−cv−2651], #4 "Short Form" Complaint: Resp. P Todd Gleason [05−cv−6773])(Mishkin, Marion) (Entered: 06/05/2009) |
| 6/05/2009 | 1331 | ORDER REGARDING DISCOVERY ISSUES PRESENTED IN TWO INDIVIDUAL LETTERS OF MAY 16 AN 29, 2009. On June 4, 2009, the Special Masters reported to the court discovery disputes between the parties as expre letter dated May 26, 2009 from defendants' Liaison Counsel and in a letter dated May 29, 2009 from plaintiffs' Liais Counsel. This Order is regarding the procedures to be followed that shall govern the handling of the Discovery issue presented in the two individual letters of May 16 and May 29, 2009, and as further set forth. (Signed by Judge Alvin Hellerstein on 6/5/09) (rjm) (Entered: 06/05/2009) |
| 6/05/2009 | 1332 | ORDER REGARDING DISCOVERY ISSUES PRESENTED IN JOINT LETTER DATED JUNE 5, 2009. I rule p the parties' joint request of 6/5/09: 1. Engineer Depositions. Discovery granted. The depositions were authorized by of May 20, 2009, and should be held at the rate of three plaintiffs per week over the next six to seven weeks, beginn week of June 22, 2009 and pursuant to an agreed schedule. 2. Documents Relating to Worksites Production is requi thirty days following related core discovery responses. 3. 50−h Transcripts. Sharing is authorized as relevant and ap in the context of this litigation. 4. Core Discovery Deficiencies. Plaintiffs shall cure all deficiencies promptly, regard relevant information was provided earlier in a different format. The responses to core discovery must be sufficient in themselves. Plaintiffs' responses to all other of defendants' discovery demands stated in the joint letter of June 5, 20 due Monday, June 8, 2009 at 3 pm. (Signed by Judge Alvin K. Hellerstein on 6/5/09) (rjm) (Entered: 06/08/2009) |

| | | |
|---|---|---|
| 6/09/2009 | 1333 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN ENUMERATED CIVIL ACTIONS. IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that whereas no party infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest subject matter of the action, the civil actions referenced in Attachment A, be discontinued and dismissed pursuant to Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without cost to any party. THIS DOCUMENT APPLIES WORLD TRADE CENTER DISASTER SITE LITIGATION. Relates to 21mc100, 05cv05601, 05cv08221. (Signed Judge Alvin K. Hellerstein on 6/5/09) (rjm) (Entered: 06/09/2009) |
| 6/09/2009 | 1334 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell dated 6/5/09 re: Defendants the of New York and its Contractors (collectively, "Defendants") and Plaintiffs' Counsel Paul J. Napoli, Esq. submit this letter setting forth certain disputes regarding the discovery directed by the Court in connection with Case Management ("CM07") and related orders and the discovery permitted pursuant to Case Management Order 8 ("CM08"). ENDORSEMENT: Defendants discovery application are granted as stated in the marginal rulings on succeeding pag to each request, and plaintiffs objections are overruled. (Signed by Judge Alvin K. Hellerstein on 6/9/09) (rjm) (Ente 06/09/2009) |
| 6/10/2009 | 1335 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, t attorneys of record for the parties to the above–captioned individual actions, that whereas no party hereto is an infar incompetent person for whom a committee has been appointed, and no person not a party have an interest in the subje of these actions, the listed actions be, and the same hereby are discontinued against Verizon New York Inc., only, w prejudice, without costs to either party as against the other. IT IS HEREBY FURTHER STIPULATED AND AGRE should facts or circumstances derived from future discovery, or otherwise, come to light that indicate a relationship litigation and a basis of a claim against the defendant for whom this Stipulation is being entered, and/or should it co light that the information provided by said defendant in support of its request of discontinuance at this time, be disce the future to have been inaccurate, false or misleading, plaintiff may re–assert its claim against said defendant by me stipulation or otherwise, and without the necessity of additional service of process, and in no event will said defenda any statute of limitations defense other than as may have been asserted based upon the date of filing of the original a the time that the action was originally commenced against said defendant. This Stipulation may be filed without furt notice with the Clerk of the Court and defendant will obtain, if necessary, any Judicial "So Order" of this Stipulation other signatory, if necessary. Relates to 21mc100, 08–3128, 08–3426. (Signed by Judge Alvin K. Hellerstein on 6/9 (rjm) (Entered: 06/10/2009) |
| 6/11/2009 | 1336 | AFFIDAVIT OF SERVICE of Subpoena to Testify at Deposition served on Lung Chi Chen, Ph.D. on 5/29/09. Serv accepted by Lung Chi Chen, Ph.D.. Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 06/1 |
| 6/16/2009 | 1337 | NOTICE of Plaintiffs Eleventh Production of Core Discovery Responses. Document filed by Plaintiffs Liaison Cou (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/16/2009) |
| 6/16/2009 | 1338 | ORDER REGARDING PLAINTIFFS' FAILURES TO PROVIDE ADEQUATE DISCOVERY plaintiffs' Liaison C shall file, by June 19,2009, an affidavit explaining the failure to remedy the omissions. If the plaintiffs fail to provid satisfactory, good faith explanations, the court will not permit plaintiffs Liaison Counsel to select cases from Group proceed through discovery and trial. See Fed. R. Civ. Pro. 37(b)(2)(A). Also by June 19,2009, plaintiffs' Liaison Co remedy the omissions in Group C2, or further sanctions will be considered, including the possible dismissal of cases ORDERED. (Signed by Judge Alvin K. Hellerstein on 6/16/2009) (jmi) (Entered: 06/17/2009) |
| 6/17/2009 | 1339 | NOTICE of Plaintiffs' Notice of Issuance of Non–Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(LoPalo, Christopher) (Entered 06/17/2009) |
| 6/17/2009 | 1340 | NOTICE of Plaintiffs' Production of First Amended Core Discovery Responses. Document filed by Plaintiffs Liaiso Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/17/2009) |
| 6/18/2009 | 1341 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/18/2009) |
| 6/18/2009 | 1342 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/18/2009) |
| 6/19/2009 | 1343 | REQUEST for Production of Documents.Document filed by Donald Carson, Gloria Elaine Carson.(Chiaravalloti, Mariangela) (Entered: 06/19/2009) |
| 6/19/2009 | 1344 | REQUEST for Production of Documents.Document filed by Andrea Cavicchio, Nicola Cavicchio.(Chiaravalloti, Mariangela) (Entered: 06/19/2009) |
| 6/19/2009 | 1345 | REQUEST for Production of Documents.Document filed by Andrew Dunaway.(Chiaravalloti, Mariangela) (Entered 06/19/2009) |

| 6/19/2009 | 1346 | REQUEST for Production of Documents.Document filed by Thomas M. Flanders.(Chiaravalloti, Mariangela) (Entered: 06/19/2009) |
| 6/19/2009 | 1347 | REQUEST for Production of Documents.Document filed by Blanca Goffredo, Frank Goffredo.(Chiaravalloti, Maria... (Entered: 06/19/2009) |
| 6/19/2009 | 1348 | REQUEST for Production of Documents.Document filed by Karen Labetti, Michael Labetti.(Chiaravalloti, Mariang... (Entered: 06/19/2009) |
| 6/19/2009 | 1349 | REQUEST for Production of Documents.Document filed by Nicholas Lusuriello.(Chiaravalloti, Mariangela) (Entere... 06/19/2009) |
| 6/19/2009 | 1350 | REQUEST for Production of Documents.Document filed by David Nolan, Louise Nolan.(Chiaravalloti, Mariangela... (Entered: 06/19/2009) |
| 6/19/2009 | 1351 | REQUEST for Production of Documents.Document filed by Dennis M. O'Connor.(Chiaravalloti, Mariangela) (Ente... 06/19/2009) |
| 6/19/2009 | 1352 | REQUEST for Production of Documents.Document filed by Christine Panarella, Michael Panarella.(Chiaravalloti, Mariangela) (Entered: 06/19/2009) |
| 6/19/2009 | 1353 | REQUEST for Production of Documents.Document filed by Robert Panarella.(Chiaravalloti, Mariangela) (Entered: 06/19/2009) |
| 6/19/2009 | 1354 | REQUEST for Production of Documents.Document filed by Herbert Pate.(Chiaravalloti, Mariangela) (Entered: 06/1... |
| 6/19/2009 | 1355 | REQUEST for Production of Documents.Document filed by Jason Porcaro.(Chiaravalloti, Mariangela) (Entered: 06/19/2009) |
| 6/19/2009 | 1356 | REQUEST for Production of Documents.Document filed by Andrew Scallo, Diane Scallo.(Chiaravalloti, Mariangel... (Entered: 06/19/2009) |
| 6/19/2009 | 1357 | REQUEST for Production of Documents.Document filed by Frank Scallo.(Chiaravalloti, Mariangela) (Entered: 06/... |
| 6/19/2009 | 1358 | REQUEST for Production of Documents.Document filed by Bernard Stinchcomb, Christine Stinchcomb.(Chiaraval... Mariangela) (Entered: 06/19/2009) |
| 6/19/2009 | 1359 | REQUEST for Production of Documents.Document filed by Robert Suarez.(Chiaravalloti, Mariangela) (Entered: 06/19/2009) |
| 6/19/2009 | 1360 | REQUEST for Production of Documents.Document filed by Frank Scallo.(Chiaravalloti, Mariangela) (Entered: 06/... |
| 6/19/2009 | 1361 | AFFIRMATION of Christopher R. LoPalo. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (E... 06/19/2009) |
| 6/19/2009 | 1362 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/19/2009) |
| 6/19/2009 | 1363 | NOTICE of Plaintiffs' Issuance of Third Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachme... Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(LoPalo, Christopher) (Entered: 06/19/2009) |
| 6/19/2009 | 1364 | NOTICE of Plaintiffs' Issuance of Third Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachme... Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(LoPalo, Christopher) (Entered: 06/19/2009) |
| 6/22/2009 | 1365 | AMENDED REPLY MEMORANDUM OF LAW in Support re: 1204 MOTION for Partial Summary Judgment.. D... filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma... Interiors Corporation. (Schwarz, Kenneth) (Entered: 06/22/2009) |
| 6/22/2009 | 1366 | STIPULATION AND ORDER. STIPULATED AND AGREED, that Defendant's Response to Plaintiff's Motion fo... Summary Judgment shall be submitted on or before July 17, 2009, and that Plaintiffs Reply shall be submitted on o... August 7, 2009. (Signed by Judge Alvin K. Hellerstein on 6/19/09) (rjm) (Entered: 06/22/2009) |
| 6/22/2009 | 1367 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for t... undersigned, that Plaintiff Haskett–Godbee hereby withdraws the Motion, without prejudice, and reserves all rights... to the Motion; and it is further STIPULATED AND AGREED, by and between the attorneys for the undersigned, th... Defendant reserves all rights to oppose any and all claims made in this Motion. (Signed by Judge Alvin K. Hellerste... 6/19/09) (rjm) (Entered: 06/22/2009) |
| 6/22/2009 | | Set/Reset Deadlines as to 1319 MOTION for Partial Summary Judgment. Responses due by 7/17/2009 Replies due ... 8/7/2009. (rjm) (Entered: 06/22/2009) |

| | | |
|---|---|---|
| 6/22/2009 | 1368 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, t attorneys of record for the parties to the above–captioned individual actions, that whereas no party hereto is an infa incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subje of these actions, the listed actions be, and the same hereby are discontinued against Verizon New York Inc., only, w prejudice, without costs to either party as against the other, and as further set forth. Relates to 21mc100, 07–4292, 0 (Signed by Judge Alvin K. Hellerstein on 6/19/09) (rjm) (Entered: 06/22/2009) |
| 6/22/2009 | 1369 | ORDER. It is hereby ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership section of steel labeled C–40 to Westerfield Fire Fighters' Memorial, Inc., 52 Westerville Square, Suite 265, Wester 43081, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that the tra the Westerfield Fire Fighters' Memorial, Inc.'s possession of a certain WTC Artifact, a section of steel labeled C–40 subject to the right of any party to the September 11 Litigations or their representatives to inspect and test said steel upon ten days notice to the Westerfield Fire Fighters' Memorial, Inc. and the Port Authority. Relates to 21mc100, 21 21mc101. (Signed by Judge Alvin K. Hellerstein on 6/19/09) (rjm) (Entered: 06/22/2009) |
| 6/22/2009 | 1370 | ORDER. It is hereby ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership section of steel labeled F.0021.003 to the United States Air Force, Northeast Air Defense Sector, 387 Hangar Road, NY 13441, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that the and the United States Air Force, Northeast Air Defense Sector's possession of a certain WTC Artifact, a section of s labeled F.0021.003, will be subject to the right of any party to the September 11 Litigations or their representatives t and test said steel artifact upon ten days notice to the United States Air Force, Northeast Air Defense Sector and the Authority. Relates to 21mc100, 21mc97, 21mc101. (Signed by Judge Alvin K. Hellerstein on 6/19/09) (rjm) (Entere 06/22/2009) |
| 6/22/2009 | 1371 | ORDER. It is hereby ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership section of steel labeled G–0064 to the Board of Selectmen of Westborough, Massachusetts, 34 West Main Street, Westborough, MA 01581, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further ORD that the transfer and the Board of Selectmen of Westborough, Massachusetts' possession of a certain WTC Artifact, of steel labeled G–0064, will be subject to the right of any party to the September 11 Litigations or their representati inspect and test said steel artifact upon ten days notice to the Board of Selectmen of Westborough, Massachusetts Port Authority. Relates to 21mc100, 21mc97, 21mc101. (Signed by Judge Alvin K. Hellerstein on 6/19/09) (E 06/22/2009) |
| 6/22/2009 | 1372 | ORDER. It is hereby ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership section of steel labeled G–0066 to the Historic Prospect Hill Cemetery Heritage Foundation, 700 North George S1., PA 17404, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that the and the Historic Prospect Hill Cemetery Heritage Foundation's possession of a certain WTC Artifact, a section of st labeled G–0066, will be subject to the right of any party to the September 11 Litigations or their representatives to i and test said steel artifact upon ten days notice to the Historic Prospect Hill Cemetery Heritage Foundation and the Authority. Relates to 21mc100, 21mc97, 21mc101. (Signed by Judge Alvin K. Hellerstein on 6/19/09) (Entere 06/22/2009) |
| 6/22/2009 | 1373 | ORDER. It is hereby ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership section of steel labeled H–0102 to the City of Glens Falls, 42 Ridge Street, Glens Falls, NY 12801, contained in the Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that the transfer and the City of Glens Fa possession of a certain WTC Artifact, a section of steel labeled H–0102 will be subject to the right of any party to th September 11 Litigations or their representatives to inspect and test said steel artifact upon ten days notice to the Cit Glens Falls and the Port Authority. Relates to 21mc100, 21mc97, 21mc101. (Signed by Judge Alvin K. Hellerstein 6/19/09) (rjm) (Entered: 06/22/2009) |
| 6/22/2009 | 1374 | NOTICE of Plaintiffs' Production of Core Discovery Responses. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/22/2009) |
| 6/22/2009 | 1375 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/22/2009) |
| 6/22/2009 | 1376 | NOTICE of Plaintiffs' Issuance of Third Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachme Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(LoPalo, Christopher) (Entered: 06/22/2009) |
| 6/22/2009 | 1377 | NOTICE of Plaintiffs' Production of Core Discovery Medical Authorizations. Document filed by Plaintiffs Liaison (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/22/2009) |
| 6/22/2009 | 1378 | REPLY MEMORANDUM OF LAW in Support re: 1175 MOTION for Partial Summary Judgment.. Document file Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Tot Consulting, LLC, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Cor Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Canron Construction Corp., C.B. Contracting Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Co |

| | | |
|---|---|---|
| | | Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Manafort Brothers, Inc., New York Crane &Equipment Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Yonkers Contracting Company, Inc., Liberty Mutual Insurance Company, LVI/Mazzocchi Wrecking, Inc., Moretrench American Corp., Nacirema Industries, Inc., Nicholson Construction Co., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., JP Equipment Rental Material, Inc., Tucci Equipment Rental Corporation (Tyrrell, James) (Entered: 06/22/2009) |
| 5/22/2009 | 1379 | REPLY MEMORANDUM OF LAW in Support re: 1140 MOTION for Partial Summary Judgment.. Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., AMEC Earth &Environmental, Inc.. (Tyrrell, James) (Entered: 06/22/2009) |
| 5/22/2009 | 1380 | REPLY AFFIDAVIT of Kristin M. Helmers in Support re: 1149 MOTION for Partial Summary Judgment.. Document filed by City of New York. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Tyrrell, James) (Entered: 06/22/2009) |
| 5/22/2009 | 1381 | REPLY MEMORANDUM OF LAW in Support re: 1149 MOTION for Partial Summary Judgment.. Document filed by City of New York. (Tyrrell, James) (Entered: 06/22/2009) |
| 5/22/2009 | 1382 | REPLY MEMORANDUM OF LAW in Support re: 1140 MOTION for Partial Summary Judgment.. Document filed by Tully Environmental Inc., Evergreen Recycling of Corona. (Tyrrell, James) (Entered: 06/22/2009) |
| 5/23/2009 | 1383 | NOTICE of Death Pursuant to Fed. R. Civ. P. 25(a)(1). Document filed by City of New York. (Dimuro, Christopher) (Entered: 06/23/2009) |
| 5/23/2009 | 1384 | NOTICE of Plaintiffs' Issuance of Third Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(LoPalo, Christopher) (Entered: 06/23/2009) |
| 5/23/2009 | 1385 | NOTICE of Plaintiffs' Production of Second Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/23/2009) |
| 5/24/2009 | 1386 | CASE MANAGEMENT ORDER NO. 1 Regarding the procedures to be followed that shall govern the handling of Case Management Order No. 1 as it relates to the hereafter designated Non–Respiratory Cases... and as further set forth. In 21mc100, 05–7164, 05–7165, 05–7166, 05–7191, 05–7212, 05–10195, 06–137, 05–7268, 05–7167, 05–7206, 05–7209, 05–7208, 05–7186, 05–7207, 05–7161, 05–7205, 05–7213, 05–7150, 05–7154, 05–7187. (Signed by Judge Alvin K. Hellerstein on 6/23/09) (rjm) (Entered: 06/24/2009) |
| 5/24/2009 | 1387 | AFFIRMATION of Christopher R. LoPalo. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 06/24/2009) |
| 5/24/2009 | 1388 | NOTICE of Plaintiffs' Production of Core Discovery Responses. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(LoPalo, Christopher) (Entered: 06/24/2009) |
| 5/24/2009 | 1389 | NOTICE of Plaintiffs' Issuance of Third Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(LoPalo, Christopher) (Entered: 06/24/2009) |
| 5/25/2009 | 1390 | NOTICE OF APPEARANCE by Nancy Loraine Pennie on behalf of Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Manafort Brothers, Inc., New York Crane &Equipment Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Yonkers Contracting Company, Inc., Liberty Mutual Insurance Company, LVI/Mazzocchi Wrecking, Inc., Moretrench American Corp., Nacirema Industries, Inc., Nicholson Construction Co., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yannuzzi Demolition &Recycling Services, Corp., JP Equipment Rental Material, Inc., Tucci Equipment Rental Corporation (Pennie, Nancy) (Entered: 06/25/2009) |
| 5/25/2009 | 1391 | AFFIRMATION of Christopher R. LoPalo. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 06/25/2009) |

| | | |
|---|---|---|
| 6/25/2009 | 1392 | NOTICE of Plaintiffs' Issuance of Third Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachme Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(LoPalo, Christopher) (Entered: 06/25/2009) |
| 6/26/2009 | 1393 | STIPULATION OF TRANSFER OF CERTAIN ENUMERATED CIVIL ACTIONS. IT IS HEREBY STIPULATE AGREED, by and between the attorneys for the undersigned, that the above–referenced civil actions be and hereby transferred from 21 MC 100 to 21 MC 103; and it is further STIPULATED AND AGREED, by and between the atto the undersigned, that for the civil actions transferred pursuant to this Stipulation, Defendants will not raise the Statu Limitations as a defense if the original action was timely filed and served, but that Defendants shall have all rights a defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or any applicable statute of limitation th have as of the date each action is discontinued to this Stipulation. Relates to 21mc100, 21mc103, 07–9978, 06–147( 06–8963, 06–8469. (Signed by Judge P. Kevin Castel in Part I on 6/25/09) (rjm) Modified on 6/30/2009 (rjm). (Ent 06/26/2009) |
| 6/26/2009 | 1394 | NOTICE of Plaintiffs' Issuance of Third Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachme Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(LoPalo, Christopher) (Entered: 06/26/2009) |
| 6/29/2009 | 1395 | ORDER IDENTIFYING CASES FOR TRIAL FROM GROUP C AND FOR DISCOVERY ONLY FROM GROUI Pursuant to Amended Case Management Order No. 8, plaintiffs' Liaison Counsel and defendants' Liaison Counsel e selected two cases from Group C1. The Court, upon the recommendation of the Special Masters, has selected two ca Groups C1 and C2. Plaintiffs' Liaison Counsel has selected: 1. Scott and Irina Malkoff, 06 Civ. 11710 2. Frank and ( Gullo, 06 Civ. 10937. Defendants' Liaison Counsel has selected: 1. Nicholas and Antonia Ferrantello, 06 Civ. 1274: Michael and Denise Honovich, 06 Civ. 11814. The Court has selected: 1. Timothy and Elizabeth Galloway, 06 Civ. Michael and Mary– Catherine O'Loughlin, 06 Civ. 11775. Accordingly, these cases will proceed with discovery and set out in Amended Case Management Order No. 8. In addition, pursuant to Amended Case Management Order No. plaintiffs' Liaison Counsel and defendants' Liaison Counsel each have selected two cases from Group A3. The Cour the recommendation of the Special Masters, has also selected two cases from Group A3. Plaintiffs' Liaison Counsel selected: 1. James Albach, 05 Civ. 1582 2. John J. Quinn, 04 Civ. 7903. Defendants' Liaison Counsel has selected: 1. and Chyrell Wells, 05 Civ. 1335 2. Michael and Georgene Shanahan, 05 Civ. 1410. The Court has selected: 1. Chris Castro, 06 Civ. 7287 2. Calogero and Denise Caruso, 06 Civ. 7962. Accordingly, these cases will proceed with disco only, as set out in Amended Case Management Order No. 8. Relates to 21mc100, 04–7903, 05–1335, 05–1410, 05– 06–7287, 06–7962, 06–10933, 06–10937, 06–11710, 06–11814, 06–12743. (Signed by Judge P. Kevin (Part I) on 6/29/09) (rjm) (Entered: 06/29/2009) |
| 6/29/2009 | 1396 | NOTICE of Plaintiffs' Issuance of Third Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachme Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Ex 10 Exhibit 10)(LoPalo, Christopher) (Entered: 06/29/2009) |
| 6/30/2009 | 1397 | ORDER REGARDING DISCOVERY DISPUTE OVER MEDICAL RECORDS. The parties have asked me, by joi dated June 26, 2009, to resolve an issue that has been simmering since January 2008, and earlier. The medical condi each of the plaintiffs, prior to September 11, 2001, have been an important subject of core discovery. Plaintiffs, sinc January 2008, have been seeking medical–related information maintained in the files of various agencies of the City pertaining to plaintiffs. I have heard the disputes of counsel for the City and for plaintiffs on this issue numerous tim Despite repeated assurances by counsel for the City that all information was to be provided promptly, in response to authorizations provided by plaintiffs, the joint letter of June 26, 2009 makes it clear that there have been substantial and, in too many cases, full production has not been made by defendants. If I have not been clear before, I wish to b now. All information in all files of all agencies of the City, in the custody of the City or of any agency of the City, o is subject to the command or request of the City or of any agency of the City, that pertains to the medical history of plaintiff, shall be produced promptly, and not later than twenty days from the date of this order. Failure to abide by t will be cause for sanctions. Among such sanctions may be a prohibition against use by the City of any medical histo to September 11, 2001 with respect to the particular plaintiff whose records are not produced in compliance with thi (Signed by Judge Alvin K. Hellerstein on 6/30/09) (rjm) (Entered: 06/30/2009) |
| 6/30/2009 | 1398 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve an Order that t Authority is permitted to transfer full and complete legal ownership of certain World Trade Center Artifacts noted o attached Exhibit to the National September 11 Memorial &Museum. Document filed by The Port Authority of New &New Jersey. (Attachments: # 1 Exhibit Part A, # 2 Exhibit Part B, # 3 Exhibit Part C, # 4 Exhibit Part D, # 5 Exhib # 6 Exhibit Proposed Order)(Stickelman, Timothy) Modified on 7/1/2009 (db). (Entered: 06/30/2009) |
| 6/30/2009 | 1399 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve an Order that t Authority is permitted to transfer full and complete legal ownership of a section of steel labeled F–0021.002 to Cent d'Incendie et de Secours de Saint–Etienne Havanelle. Document filed by The Port Authority of New York &New Jersey.(Stickelman, Timothy) Modified on 7/1/2009 (db). (Entered: 06/30/2009) |
| 6/30/2009 | 1400 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve an Order that t Authority is permitted to transfer full and complete legal ownership of a section of steel labeled G–0034 to the Gran Junction Downtown Partnership. Document filed by The Port Authority of New York &New Jersey.(Stickelman, Ti Modified on 7/1/2009 (db). (Entered: 06/30/2009) |

| | | |
|---|---|---|
| 6/30/2009 | 1401 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve an Order that t Authority is permitted to transfer full and complete legal ownership of a section of steel labeled G–0143 to the Transportation Security Administration, Wichita Mid–Continent Airport. Document filed by The Port Authority of York &New Jersey.(Stickelman, Timothy) Modified on 7/1/2009 (db). (Entered: 06/30/2009) |
| 6/30/2009 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No.'s [1398–1401] HAS BEEN REJECTED. Note to Attorney Timothy Gerard Stickelman : THE CLERK'S OFFICE DOES NOT ACCEPT LETTI FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. L may be sent directly to a judge. (db) (Entered: 07/01/2009) |
| 7/01/2009 | 1402 | NOTICE of Plaintiffs' Issuance of Third Party Subpoena. Document filed by Plaintiffs Liaison Counsel. (Attachme Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Ex 10 Exhibit 10, #11 Exhibit 11, #12 Exhibit 12, #13 Exhibit 13, #14 Exhibit 14, #15 Exhibit 15, #16 Exhibit 16, # Exhibit 17, #18 Exhibit 18)(LoPalo, Christopher) (Entered: 07/01/2009) |
| 7/02/2009 | 1403 | RESPONSE to Discovery Request from City of New York.Document filed by Andrew Scallo, Diane Scallo.(Chiara Mariangela) (Entered: 07/02/2009) |
| 7/02/2009 | 1404 | RESPONSE to Discovery Request from Port Auth. of NYWorld Trade Center Properties, LLC &City of New York.Document filed by Andrea Cavicchio, Nicola Cavicchio.(Chiaravalloti, Mariangela) (Entered: 07/02/2009) |
| 7/02/2009 | 1405 | RESPONSE to Discovery Request from World Trade Center Properties, LLC and City of NY.Document filed by Ro Panarella.(Chiaravalloti, Mariangela) (Entered: 07/02/2009) |
| 7/06/2009 | 1406 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/06/2009) |
| 7/06/2009 | 1407 | NOTICE of Plaintiffs' Production of Documents. Document filed by Plaintiffs Liaison Counsel. (Attachments: #1 E 1)(LoPalo, Christopher) (Entered: 07/06/2009) |
| 7/07/2009 | 1408 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 7/1/09 re: Defendan Counsel and Plaintiffs' Co–Liaison Counsel respectfully submit this joint letter and request that the Court resolve iss related to Defendants' request that Plaintiffs' Counsel withdraw twenty–five (25) document subpoenas that Plaintiffs recently attempted to issue to third–parties, all of whom were dismissed from this litigation more than two and a hal ago. This matter remains in dispute following a "meet and confer" telephone conference on June 24, 2009. ENDORSEMENT: The subpoenaed parties shall produce, at the time and place requested, the writings by which ea engaged to perform, and performed work at the WTC sites during the relevant period. The writings are relevant and production would not be unduly burdensome that the parties are no longer defendants is not significant. (Signed by J Alvin K. Hellerstein on 7/7/09) (rjm) (Entered: 07/07/2009) |
| 7/07/2009 | 1409 | NOTICE of Plaintiffs' Issuance of Third Party Subpoena. Document filed by Plaintiffs Liaison Counsel. (Attachmen Exhibit 1)(LoPalo, Christopher) (Entered: 07/07/2009) |
| 7/08/2009 | 1410 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 7/3/09 re: Plaintiffs' Co–L Counsel and Counsel for movant defendants Bechtel Construction, Inc., LiRo Group, W. Harris &Son, Inc., and ET Environmental Corp, LLC hereby respectfully submit this joint letter for this Court's consideration to resolve issues four (4) Third Party Subpoenas. These matters remain in dispute following a "meet and confer" telephone conferenc 25, 2009. ENDORSEMENT: Production shall be made by July 20, 2009. (Signed by Judge Alvin K. Hellerstein on (rjm) (Entered: 07/08/2009) |
| 7/08/2009 | 1411 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 7/2/09 re: We repre Defendant the City of New York. The City is pleased to report that it already fully anticipates completing production medical records required by Case Management Order No.7 ("CMO 7") within the twenty days specified in the Cour Order... The City is deeply concerned, however, that the Court's June 30, 2009 Order could be read to require the pr of a much broader and never before contemplated scope of medical records than was addressed by CMO 7... Accord the Court intended the June 30, 2009 Order to replace the agreed–upon and precise language of CM07, the City urg Court to permit the City to be heard at an in–person conference with the Court. ENDORSEMENT: Defendant's con unfounded and are denied. A HIPAA consent of course, is required, as a precondition of any search, and searches be agencies providing healthcare services to employees are defined by reasonableness, to those places where medical r reasonably are expected to be located. (Signed by Judge Alvin K. Hellerstein on 7/7/09) (rjm) (Entered: 07/08/2009 |
| 7/08/2009 | 1412 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of certain W Trade Center Artifacts noted on the attached Exhibit to the National September 11 Memorial &Museum, One Libert 20th Floor, New York, NY 10006, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is furt ORDERED, that the transfer and the National September 11 Memorial &Museum's possession of certain World Tra Artifacts noted on the attached Exhibit, will be subject to the right of any party to the September 11 Litigations or th representatives to inspect and test said steel artifact upon ten days notice to the National September 11 Memorial &M and the Port Authority. Relates to 21mc97, 21mc101, 21mc100. (Signed by Judge Alvin K. Hellerstein on 7/7/09) (r |

| | | (Entered: 07/08/2009) |
|---|---|---|
| 7/08/2009 | 1413 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of a section of steel labeled G–0143 to the Transportation Security Administration, Wichita Mid–Continent Airport, 2299 Airport Road, KS 67209, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that the and the Transportation Security Administration, Wichita Mid–Continent Airports possession of a certain WTC Artif section of steel labeled G–0143, will be subject to the right of any party to the September 11 Litigations or their representatives to inspect and test said steel artifact upon ten days notice to the Transportation Security Administratio Wichita Mid–Continent Airport and the Port Authority. Relates to 21mc97, 21mc101, 21mc100. (Signed by Judge A Hellerstein on 7/7/09) (rjm) (Entered: 07/08/2009) |
| 7/08/2009 | 1414 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of a section o labeled G–0136 to the Town of Mendon Department of Public Safety, 22–24 Main Street, Mendon, MA 01756, con the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that the transfer and the Town o Mendon Department of Public Safety's possession of a certain WTC Artifact, a section of steellabe1ed G–O136, wil subject to the right of any party to the September 11 Litigations or their representatives to inspect and test said steel upon ten days notice to the Town of Mendon Department of Public Safety and the Port Authority. Relates to 21mc97 21mc101, 21mc100. (Signed by Judge Alvin K. Hellerstein on 7/7/09) (rjm) (Entered: 07/08/2009) |
| 7/08/2009 | 1415 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of a section o labeled F–0021.002 to Centre dIncendie et de Secours de Saint–Etienne Chavanelle, 1 rue Etienne Mimard, 42000 Saint–Etienne, France, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDER the transfer and the Centre dIncendie et de Secours de Saint–Etienne Chavanelle's possession of a certain WTC Arti section of steel labeled F–0021.002, will be subject to the right of any party to the September 11 Litigations or their representatives to inspect and test said steel artifact upon ten days notice to the Centre dIncendie et de Secours de Saint–Etienne Chavanelle and the Port Authority. Relates to 21mc97, 21mc101, 21mc100. (Signed by Judge Alvin K Hellerstein on 7/7/09) (rjm) (Entered: 07/08/2009) |
| 7/08/2009 | 1416 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of a section o labeled G–0034 to the Grand Junction Downtown Partnership, 248 South 4th Street, Grand Junction, CO 81501, con the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that the transfer and the Grand J Downtown Partnership's possession of a certain WTC Artifact, a section of steel labeled G–0034, will be subject to of any party to the September 11 Litigations or their representatives to inspect and test said steel artifact upon ten day to the Grand Junction Downtown Partnership and the Port Authority. Relates to 21mc97, 21mc101, 21mc100. (Sign Judge Alvin K. Hellerstein on 7/7/09) (rjm) (Entered: 07/08/2009) |
| 7/08/2009 | 1417 | ORDER REGARDING DISCOVERY DISPUTE OVER DOCUMENT DEMANDS AND INTERROGATORIES. parties submitted a joint letter, dated June 22, 2009, setting forth a discovery dispute over the manner in which defe have produced documents in response to plaintiffs' discovery demands. In the letter, plaintiffs provided a sampling o discovery demands and summarized the responses. Also in the letter, defendants raise a dispute over improper intern and document requests. Defendants' Discovery Responses: Defendants, by producing the number of documents they produced, are representing that they, in good faith, believe that each and all of such documents "were presented to [t particular] plaintiff [of the four plaintiffs in issue] while he was employed at the WTC site." If defendants lack such faith belief, they should withdraw all documents as to which they lack such good faith belief, promptly and within tw weeks. If they do not withdraw any such documents, they shall tender for deposition, to be taken within the two wee following, the person(s) upon whose knowledge defendants have formed this good faith belief, to enable plaintiffs to the relevant facts of such belief. At the end of the process, the parties may apply for reimbursement of costs and exp including attorney's fees, and for appropriate sanctions. Defendants' Citations of Improper Interrogatory and Docum Requests: I ruled previously that it is inappropriate to raise such a new issue in the responsive section of a 2E letter. Order Regarding Discovery Issues Presented in Two Joint Letters of May 15, 2009 at I.B.3 (May 20, 2009). Howeve clear that plaintiffs are seeking to use interrogatories, document requests, and Requests to Admit improperly and in e Plaintiffs, within two weeks, shall withdraw such excess. If they fail to do so, and if defendants by motion demonstra they have failed to do so, reimbursements and sanctions may be considered. (Signed by Judge Alvin K. Hellerstein o 7/8/09) (rjm) (Entered: 07/08/2009) |
| 7/09/2009 | 1418 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Cou (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/09/2009) |
| 7/10/2009 | 1419 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Donna–Marie Baloy dated 7/2/09 re: It is resp requested that you order the Clerk of the Court to have my name removed from the distribution list on all World Tra Center Lower Manhattan Disaster Site Litigation matters. ENDORSEMENT: So Ordered. Relates to 21mc100, 21m 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 7/8/09) (rjm) (Entered: 07/10/2009) |
| 7/10/2009 | 1420 | AFFIRMATION of Christopher R. LoPalo. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (E 07/10/2009) |

| | | |
|---|---|---|
| 7/13/2009 | 1421 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/13/2009) |
| 7/13/2009 | 1422 | MEMO ENDORSEMENT on AFFIRMATION pursuant to this Courts Order of 6/15/09. Motion for Reconsideratic... denied. The Court is unable to understand why, in light of the number of discussions had during the last 6–12 month... longer, reliable information cannot be given when the relevant fields are answered. (Signed by Judge Alvin K. Helle... 7/13/09) (rjm) (Entered: 07/14/2009) |
| 7/14/2009 | 1423 | NOTICE of Plaintiffs' Issuance of Third–Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachm... Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(LoPalo, Christopher) (Entered: 07/14/2009) |
| 7/14/2009 | 1424 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/14/2009) |
| 7/15/2009 | 1425 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/15/2009) |
| 7/16/2009 | 1426 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/16/2009) |
| 7/16/2009 | 1427 | PROTECTIVE ORDER NO. 3 GOVERNING THE DISCLOSURE OF CONFIDENTIAL MEDICAL INFORMAT... accordance with Federal Rule of Civil Procedure 26(c), the Court hereby enters this Protective Order No. 3 Governi... Disclosure of Confidential Medical Information ("Protective Order No.3"), which will govern the disclosure, handli... disposition of "Confidential Medical Information" (as defined in this Protective Order) produced by the Plaintiffs an... Defendants (collectively, the "Parties") and non–parties in the Litigation. THIS DOCUMENT APPLIES TO ALL IN... WORLD TRADE CENTER DISASTER SITE LITIGATION. So Ordered, as amended. (Signed by Judge Alvin K.... Hellerstein on 7/15/09) (rjm) (Entered: 07/20/2009) |
| 7/20/2009 | 1428 | AFFIDAVIT OF SERVICE of Subpoena served on John W. Norman, III on 7/13/09. Service was accepted by John... Norman, III. Document filed by Plaintiffs Liaison Counsel(Plaintiff's co–liaison counsel). (Carboy, Andrew) (Enter... 07/20/2009) |
| 7/20/2009 | 1429 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Brian Shoot dated 7/16/09 re: Motions for Par... Summary Judgment... I write on behalf of the uniformed plaintiffs to respond to an argument for partial summary jud... that the defendant City of New York ("City") first asserted in its reply papers and to which the plaintiffs could not ha... previously responded... The uniformed plaintiffs respectfully ask this Court to accept and consider this letter as the p... response to that newly asserted argument for partial summary judgment. ENDORSEMENT: Request to consider sum... denied. (Signed by Judge Alvin K. Hellerstein on 7/20/09) (rjm) (Entered: 07/21/2009) |
| 7/21/2009 | 1430 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/21/2009) |
| 7/21/2009 | 1431 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/21/2009) |
| 7/22/2009 | 1432 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/22/2009) |
| 7/22/2009 | 1433 | STIPULATION OF TRANSFER OF CERTAIN ENUMERATED CIVIL ACTIONS The parties to the above–capti... consolidation action through their respective counsel of record, hereby stipulate and agree as follows: IT IS HEREB... STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the above–referenced civil a... and hereby are transferred from 21 MC 100 to 21 MC 103; an it is further STIPULATED AND AGREED, by and b... the attorneys for the undersigned, that for the civil actions transferred pursuant to this Stipulation, Defendants will n... the Statute of Limitations as a defense if the original action was timely filed and served, but that Defendants shall ha... rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or any applicable statute of li... that they have as of the date each action is discontinued to this Stipulation. SO ORDERED (Signed by Judge Alvin... Hellerstein on 7/22/2009) (jmi) (Entered: 07/23/2009) |
| 7/23/2009 | 1434 | NOTICE of Plaintiffs' Issuance of Third Party Subpoena. Document filed by Plaintiffs Liaison Counsel. (Attachmen... Exhibit 1)(LoPalo, Christopher) (Entered: 07/23/2009) |
| 7/23/2009 | 1435 | NOTICE of Plaintiffs' Issuance of Third Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachme... Exhibit 1, # 2 Exhibit 2)(LoPalo, Christopher) (Entered: 07/23/2009) |
| 7/24/2009 | 1436 | SUPPLEMENTAL ORDER DIRECTING PRODUCTION OF VICTIMS' COMPENSATION FUND RECORDS. I... this 24th day of July 2009, ORDERED that, this Order supersedes this Court's December 23, 2008 Order directing the... USDOJ to identify all individuals who have submitted an application(s) and other material, whether complete or inc... to the VCF seeking compensation; and it is FURTHER ORDERED that, pursuant to 5 U.S.C. § 552a(b)(ll), the USD... |

Case: as-21-mc-001o0-AKH-Document-1-1-07/27/2012-264952-Page149-14806
Case 1:12-3961-Document 4-1-07/26/2012-664952-Page149 of 1806
As of 07/26/2012 12:04 PM EDT  148 of 1805

| | | |
|---|---|---|
| | | cooperate and make all reasonable efforts to make available and produce the Supplemental VCF Claimant List. For individual who has submitted an application and other material to the VCF seeking compensation for death or perso injury, the Supplemental VCF Claimant List will set forth the following information: 1. Full Name of Claimant; 2. F of Victim; 3. Social Security Number of Claimant; 4. Social Security Number of Decedent in Death Claim; 5. Date of Claimant; 6. Date of birth of Decedent in Death Claim; 7. Full Address of Claimant; 8. Full Address of Decedent Claim; and it is FURTHER ORDERED that, upon receipt of the Supplemental VCF Claimant List from USDOJ, the shall, upon request, provide copies of same to any other Co–Liaison Counsel in both 21 MC 100, 21 MC 102 and 21 matters; and it is FURTHER ORDERED that, the Supplemental VCF Claimant List produced by the USDOJ to the under this Order shall be held in the strictest confidence, used only for purposes of the above–captioned litigations, divulged to any third party, either in whole or in part, without the express written permission of this Court, and not f the Court unless under seal or with the Court's express written permission; and it is FURTHER ORDERED that, upon resolution of all matters contained within the 21 MC 100, 21 MC 102, and 21 MC 103 litigations, the Supplemental Claimant List produced by the USDOJ to any party's counsel under this Order, shall be returned to the USDOJ within (90) days or destroyed. Relates to 21mc100, 21mc102, 21mc103. THIS DOCUMENT APPLIES TO ALL WORLD CENTER DISASTER SITE LITIGATION. (Signed by Judge Alvin K. Hellerstein on 7/24/09) (rjm) (Entered: 07/24 |
| 7/27/2009 | 1437 | STIPULATION OF PARTIAL DISCONTINUANCE (NON–RESPIRATORY CLAIMS ONLY). IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above action and related action, that whereas the parties have settled all non–respiratory claims of the above captioned plai and whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no pe a party has an interest in the subject matter of the action, the above–entitled actions be, and the same hereby are, par discontinued, as to the non–respiratory claims only, without costs to either party as against the other. This stipulatio filed without further notice with the Clerk of the Court. Relates to 21mc100, 05–2716, 05–7266. (Signed by Judge A Hellerstein on 7/24/09) (rjm) (Entered: 07/27/2009) |
| 7/27/2009 | 1438 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Ewan M. Clark dated 7/21/09 re: This office r defendant Catamount Environmental, Inc. in the above matter. Since plaintiffs have entered into a stipulation of dis without prejudice as to this defendant, we respectfully request that you order the Clerk of the Court to have this firm from the distribution list on all World Trade Center Lower Manhattan Disaster Site Litigation matters. ENDORSEM Ordered. (Signed by Judge Alvin K. Hellerstein on 7/24/09) (rjm) (Entered: 07/27/2009) |
| 7/27/2009 | 1439 | NOTICE of Plaintiffs' Issuance of Third Party Subpoena. Document filed by Plaintiffs Liaison Counsel. (Attachmen Exhibit 1)(LoPalo, Christopher) (Entered: 07/27/2009) |
| 7/28/2009 | 1440 | NOTICE of Death Pursuant to Fed. R. Civ. P. 25(a)(1). Document filed by The City of New York. (Dimuro, Christo (Entered: 07/28/2009) |
| 7/28/2009 | 1441 | RESPONSE to Discovery Request from PORT AUTHORITY OF NEW YORK and NEW JERSEY, World Trade C Properties &City of New York.Document filed by Andrea Cavicchio, Nicola Cavicchio.(Giannini, A.) (Entered: 07/ |
| 7/28/2009 | 1442 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 07/28/2009) |
| 7/29/2009 | 1443 | SUMMARY ORDER REGARDING PARTIAL MOTIONS TO DISMISS UNIFORM WORKERS' LABOR LAW GENERAL MUNICIPAL LAW CLAIMS. The parties appeared before me on July 28, 2009 for oral argument on fo motions for partial summary judgment brought by Bovis Lend Lease LMB, Inc., AMEC Construction Management, AMEC Earth and Environmental, Inc., Plaza Construction Corp., Tully Construction Co., Inc., and Turner Construc Company (collectively, "the WTC prime contractors"), a large group of construction companies (collectively, "the W subcontractors"), Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, and New York City. The motions seek judgment, under Federal Rule of Civil Proced 56(c), against plaintiffs who worked as police officers with the New York Police Department or firefighters with the Department of New York, as to their claims under New York Labor Law § 200 and § 241(6) and New York General Municipal Law § 205–a and § 205–e. For the reasons stated on the record, I construe the motions as motions to dism under Federal Rule of Civil Procedure 12(b)(6) and deny the motions. The Clerk shall terminate motions Nos. 1140, 1175, and 1204. denying 1140 Motion for Partial Summary Judgment; denying 1149 Motion for Partial Summary Ju denying 1175 Motion for Partial Summary Judgment; denying 1204 Motion for Partial Summary Judgment. (Signed Judge Alvin K. Hellerstein on 7/29/09) (rjm) (Entered: 07/30/2009) |
| 7/30/2009 | 1444 | MOTION for Summary Judgment Dismissing Defendants Not Named in Core Discovery. Document filed by City of York, Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construct Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Ke &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada Gen Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., AMEC Earth &Environmental, Inc., Gilsanz M Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Ca Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakot Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing |

| | | |
|---|---|---|
| | | Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineer Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipme Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wrecki MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, I Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weid Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Les Robertson Associates, R.L.L.P., Moretrench American Corp., Nacirema Industries, Inc., Robert Silman Associates, Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation. (Attachments: # 1 Text of Proposed Order)(Tyrrell, James) (Entered: 07/30/2009) |
| 07/30/2009 | 1445 | RULE 56.1 STATEMENT. Document filed by City of New York, Bovis Lend Lease LMB, Inc., Tully Construction Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic He Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semco Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lu Pitkin, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &C Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating C Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Co Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Truck Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laq Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. – Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., MRA Engineering, P.C., Mueser Ru Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Re Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., 7 Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Moretrench America Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yan &Sons, Inc., Tucci Equipment Rental Corporation. (Tyrrell, James) (Entered: 07/30/2009) |
| 07/30/2009 | 1446 | MEMORANDUM OF LAW in Support re: 1444 MOTION for Summary Judgment *Dismissing Defendants Not Nar Core Discovery*.. Document filed by City of New York, Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Sł Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc. Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Sy Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., D Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Exe Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Go Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortes Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. – Div. of Thornton Tomasetti Group, N Brothers, Inc., Mazzocchi Wrecking Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New Yo &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Co Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., S Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mt Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Moretrench American Corp., Nacirema Industries, Ir Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation. (Tyrrell, James) (Entered: 07/30/2009) |
| 07/30/2009 | 1447 | DECLARATION of Justin S. Strochlic, Esq. in Support re: 1444 MOTION for Summary Judgment *Dismissing Def Not Named in Core Discovery*.. Document filed by City of New York, Bovis Lend Lease LMB, Inc., Tully Construc Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic He Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semco Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lu Pitkin, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &C |

Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four
Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp
Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating C
Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Co
Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Truck
Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP
Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laqu
Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. –
Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., MRA Engineering, P.C., Mueser Ru
Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &
Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., R
Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., T
Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc.,
Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Moretrench America
Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yan
&Sons, Inc., Tucci Equipment Rental Corporation. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 E
#_5 Exhibit E, #_6 Exhibit F, #_7 Exhibit G, #_8 Exhibit H, #_9 Exhibit I, #_10 Exhibit J, #_11 Exhibit K, #_12 Exhibit
Exhibit M, #_14 Exhibit N, #_15 Exhibit O, #_16 Exhibit P, #_17 Exhibit Q, #_18 Exhibit R, #_19 Exhibit S, #_20 Exhi
21 Exhibit U, #_22 Exhibit V, #_23 Exhibit W, #_24 Exhibit X, #_25 Exhibit Y, #_26 Exhibit Z)(Tyrrell, James) (Ente
07/30/2009)

| | | |
|---|---|---|
| 8/03/2009 | 1448 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN ENUMERATED CIVIL ACTIONS. IT HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that whereas no party infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest subject matter of the action, the civil actions referenced in Attachment A, be discontinued and dismissed pursuant to Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without cost to any party. THIS DOCUMENT APPLIES WORLD TRADE CENTER DISASTER SITE LITIGATION. Relates to 21mc100, 06–1033, 05–8732. (Signed by Alvin K. Hellerstein on 8/3/09) (rjm) (Entered: 08/03/2009) |
| 8/03/2009 | 1449 | AFFIRMATION of James E. Tyrrell, Jr., Esq.. Document filed by Nacirema Industries, Inc.. (Tyrrell, James) (Enter 08/03/2009) |
| 8/03/2009 | 1450 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #_1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/03/2009) |
| 8/03/2009 | 1451 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co (Attachments: #_1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/03/2009) |
| 8/03/2009 | 1452 | STIPULATION OF DISMISSAL AND CONSOLIDATION OF CERTAIN ENUMERATED CIVIL ACTIONS. IT HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the civil actions re in Attachment A, "Case to be Dismissed and Consolidated" column, be discontinued and dismissed pursuant to Fede of Civil Procedure 41(a)(1)(ii) without prejudice and without cost to any party, and consolidated with the correspond actions referenced in Attachment A, "To Consolidate With" column; and it is further STIPULATED AND AGREEI between the attorneys for the undersigned, that for all cases dismissed and consolidated pursuant to this Stipulation, Defendants will not raise the Statute of Limitations as a defense if the original action was timely filed and served, bu Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or a applicable statute of limitation that they have as of the date each action is discontinued pursuant to this Stipulation. T DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION. Relates to 21mc10 07–5234, 07–0785. (Signed by Judge Alvin K. Hellerstein on 8/3/09) (rjm) (Entered: 08/04/2009) |
| 8/03/2009 | 1453 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise A. Rubin dated 7/31/09 re: On Thursda 30, 2009, the defendant City and its Contractors ("Defendants") served and filed another in their long, line of serial fact–based claim–determinative motions – this time seeking this Court's order granting dismissal of certain plaintiff as to defendants not specifically named in their core discovery responses. Of course, this Court is aware that deposit not even begun except for those ordered in connection with the Structural and Design Engineers' motion for summar judgment and that document discovery is likewise far from complete. ENDORSEMENT: Plaintiffs motion to bar de from filing motion to dismiss is denied. Defendants motion raises a fair question whether from the core discovery, c litigation against defendants where there is no evidentiary support for allegations against them, and an unlikelihood discovering any, should such defendants be dismissed from the case. (Signed by Judge Alvin K. Hellerstein on 8/3/0 (Entered: 08/04/2009) |
| 8/05/2009 | 1454 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co (Attachments: #_1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/05/2009) |
| 8/06/2009 | 1455 | AFFIRMATION of James E. Tyrrell, Jr., Esq.. Document filed by C.B. Contracting Corp.. (Tyrrell, James) (Entere 08/06/2009) |

| | | |
|---|---|---|
| 8/06/2009 | 1456 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION to Substitute Party. Old Party: Raymond Hauber, N Party: Paul Hauber in his representative capacity as Executor of the Estate of Raymond Hauber, now deceased., MO Amend/Correct *Caption*. Document filed by Raymond Hauber.(Carboy, Andrew) Modified on 8/7/2009 (db). (Enter 08/06/2009) |
| 8/06/2009 | 1457 | TRANSCRIPT of proceedings held on 7/28/09, 2:30pm before Judge Alvin K. Hellerstein. Relates to 21mc100, 21m (rjm) (Entered: 08/07/2009) |
| 8/06/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attor Andrew John Carboy to RE–FILE Document 3 MOTION to Amend/Correct Caption. MOTION to Substitute Party Party: Raymond Hauber, New Party: Paul Hauber in his representative capacity as Executor of the Estate of Raymo Hauber, now deceased. ERROR(S): Supporting Document must be filed separately (i.e. Affirmation in Support of M (found under Event Type Replies, Opposition and Supporting Documents) to be filed individually). ***REMINDEF First Re–File Motion, then file and link any supporting documents. (db) (Entered: 08/07/2009) |
| 8/07/2009 | 1458 | ORDER IDENTIFYING CASES FOR TRIAL FROM GROUP D AND FOR DISCOVERY ONLY FROM GROUF Pursuant to Amended Case Management Order No.8, plaintiffs' Liaison Counsel and defendants' Liaison Counsel ea selected two cases from Group D1. The Court, upon the recommendation of the Special Masters, has selected two ca Groups D1 and D2. Plaintiffs' Liaison Counsel has selected: 1. Martin Fullam and Patricia Fullman, 07 Civ. 5213. 2 and Natalie Valencia, 07 Civ. 6461. Defendants' Liaison Counsel has selected: 1. Alberdeston Gonzalez and Maryar 07 Civ. 4185. 2. Michael and Margaret McCormack, 06 Civ. 14027. The Court has selected: 1. Mindy Hersh, 06 Civ 2. Richard L. Sanchez, 06 Civ. 15034. Accordingly, these cases will proceed with discovery and trial, as set out in A Case Management Order No.8. In addition, pursuant to Amended Case Management Order No.8, plaintiffs' Liaison and defendants' Liaison Counsel each have selected two cases from Group B3. The Court, upon the recommendation Special Masters, has also selected two cases from Group B3. Plaintiffs' Liaison Counsel has selected: 1. Jeffrey and Loughery, 06 Civ. 8609 2. Anthony and Mary Potenzo, 06 Civ. 8517. Defendants' Liaison Counsel has selected: 1. A Kenrick and Valerie Kenrick, 06 Civ. 10603. 2. Carmella Cameron and Steve Cameron, 06 Civ. 9273. The Court ha selected: 1. Fernando Grimaldi, 06 Civ. 8692. 2. Daniel Raleigh and Jeanne Raleigh, 06 Civ. 9818. Accordingly, the will proceed with discovery only, as set out in Amended Case Management Order No.8. This Document Relates to 2 06–8517, 06–8609, 06–8692, 06–9273, 06–9818, 06–10603, 06–14027, 06–14721, 06–15034, 07–4185, 07 Civ. 5 6461. (Signed by Judge Alvin K. Hellerstein on 8/6/09) (rjm) (Entered: 08/07/2009) |
| 8/07/2009 | 1459 | MOTION to Amend/Correct *Caption*., MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul in his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. Document filed by Rayr Hauber.(Carboy, Andrew) (Entered: 08/07/2009) |
| 8/10/2009 | 1460 | AFFIRMATION of Andrew Carboy in Support re: 1459 MOTION to Amend/Correct *Caption*. MOTION to Substit Old Party: Raymond Hauber, New Party: Paul Hauber in his representative capacity as Executor of the Estate of Ra Hauber, now deceased.. Document filed by Raymond Hauber. (Carboy, Andrew) (Entered: 08/10/2009) |
| 8/10/2009 | 1461 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/10/2009) |
| 8/10/2009 | 1462 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/10/2009) |
| 8/11/2009 | 1463 | MOTION for Judgment on the Pleadings *Richard Calderon 06cv10267*. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation.(Schwa Kenneth) (Entered: 08/11/2009) |
| 8/11/2009 | 1464 | MEMORANDUM OF LAW in Support re: 1463 MOTION for Judgment on the Pleadings *Richard Calderon 06cv1* Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Yo Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 08/11/2009) |
| 8/11/2009 | 1465 | DECLARATION of Maria J. Ciccia in Support re: 1463 MOTION for Judgment on the Pleadings *Richard Calderc 06cv10267*.. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporatio York, Tishman Interiors Corporation. (Attachments: # 1 Exhibit A. R. Calderon Amended Check off Short Form Co # 2 Exhibit B–Transcript, # 3 Exhibit C–R. Calderon Core Discovery Responses, # 4 Exhibit D. Transcript January # 5 Exhibit E. Clarifying Order Regulating Discovery)(Schwarz, Kenneth) (Entered: 08/11/2009) |
| 8/11/2009 | 1466 | MOTION for Judgment on the Pleadings *Laron Casey (06cv8890)*. Document filed by Tishman Construction Corpo Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation.(Schwarz, Kenneth) (E 08/11/2009) |
| 8/11/2009 | 1467 | NOTICE OF APPEARANCE by Theodore Elias Tsekerides on behalf of Bovis Lend Lease LMB, Inc. (Tsekerides, Theodore) (Entered: 08/11/2009) |

| 8/11/2009 | 1468 | MEMORANDUM OF LAW in Support re: 1466 MOTION for Judgment on the Pleadings *Laron Casey (06cv8890)*. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Yo Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 08/11/2009) |
|---|---|---|
| 8/11/2009 | 1469 | DECLARATION of Maria J. Ciccia in Support re: 1466 MOTION for Judgment on the Pleadings *Laron Casey (06 Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Yo Tishman Interiors Corporation. (Attachments: # 1 Exhibit A.Amended Check off Short Form Complaint, # 2 Exhibi Transcript, # 3 Exhibit C. L. Casey Core Discovery Responses, # 4 Exhibit D. Transcript January 11, 2007, # 5 Exhi Clarifying Order Regulating Discovery)(Schwarz, Kenneth) (Entered: 08/11/2009) |
| 8/12/2009 | 1470 | DECLARATION of Maria J. Ciccia in Support re: 1466 MOTION for Judgment on the Pleadings *Laron Casey (06 Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Yo Tishman Interiors Corporation. (Attachments: # 1 Exhibit A. Amended check off Short form Complaint, # 2 Exhibit Transcript, # 3 Exhibit C. L. Casey Core Discovery Responses, # 4 Exhibit D. Transcript January 11, 2007, # 5 Exhi Clarifying Order Regulating Discovery)(Schwarz, Kenneth) (Entered: 08/12/2009) |
| 8/12/2009 | 1471 | RESPONSE to Discovery Request from PORT AUTHORITY OF NEW YORK and NEW JERSEY,.Document file Andrew Scallo, Diane Scallo.(Giannini, A.) (Entered: 08/12/2009) |
| 8/12/2009 | 1472 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/12/2009) |
| 8/13/2009 | 1473 | STIPULATION AND ORDER, Set Deadlines/Hearing as to 1444 MOTION for Summary Judgment Dismissing De Not Named in Core Discovery (Responses due by 8/27/2009) (Signed by Judge Alvin K. Hellerstein on 8/13/09); T document applies to all world Trade Center Disaster Site Litigation.) (djc) (Entered: 08/13/2009) |
| 8/13/2009 | 1474 | ORDER. The Clerk of the Court shall terminate the following motions on the 21 MC 100 docket, as they have either determined or become academic; (Signed by Judge Alvin K. Hellerstein on 8/13/09; see following entry for motion termination. (djc) (Entered: 08/13/2009) |
| 8/14/2009 | 1475 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve Order that the Authority is permitted to transfer full and complete legal ownership of a section of steel labeled G–0052 to the Colle Justice &Safety, Eastern Kentucky University, Lobby of the Stratton Building, 521 Lancaster Avenue, Richmond, K 40475, contained in the Port Authority's WTC Artifacts Inventory Archive. Document filed by The Port Authority York &New Jersey.(Stickelman, Timothy) Modified on 8/18/2009 (db). (Entered: 08/14/2009) |
| 8/14/2009 | 1476 | FILING ERROR – –ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve Order that th Authority is permitted to transfer full and complete legal ownership of sections of steel labeled C–0032, G–0047,1–0038,1–0044 and 1–0140 to the City of Hilliard, Ohio, 3800 Municipal Way, Hilliard, Ohio 43026–169 contained in the Port Authority's WTC Artifacts Inventory Archive.. Document filed by The Port Authority of New &New Jersey.(Stickelman, Timothy) Modified on 8/18/2009 (db). (Entered: 08/14/2009) |
| 8/14/2009 | 1477 | FILING ERROR – –ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve Order that th Authority is permitted to transfer full and complete legal ownership of sections of steel labeled G–0071, G–0055 an G–0099 to the Town of Mendon Department of Public Safety, 22–24 Main Street, Mendon, MA 01756, contained i Authority's WTC Artifacts Inventory Archive.. Document filed by The Port Authority of New York &New Jersey.(Stickelman, Timothy) Modified on 8/18/2009 (db). (Entered: 08/14/2009) |
| 8/14/2009 | 1478 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve Order that the Authority is permitted to transfer full and complete legal ownership of sections of steel labeled G–0094 and G–013 Nevada Test Site Historical Foundation, 755 East Flamingo Road, Las Vegas, Nevada 89119, contained in the Port Authority's WTC Artifacts Inventory Archive.. Document filed by The Port Authority of New York &New Jersey.(Stickelman, Timothy) Modified on 8/18/2009 (db). Modified on 8/18/2009 (db). (Entered: 08/14/2009) |
| 8/14/2009 | 1479 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION to Approve Order that the Authority is permitted to transfer full and complete legal ownership of a section of steel labeled G–0012 to the Tow Windermere, Florida, 108 Forest Street, Windermere, Florida 34786, contained in the Port Authority's WTC Artifac Inventory Archive.. Document filed by The Port Authority of New York &New Jersey.(Stickelman, Timothy) Modi 8/18/2009 (db). (Entered: 08/14/2009) |
| 8/14/2009 | 1480 | AFFIDAVIT OF SERVICE of SUBPOENA TO TESTIFY AT DEPOSITION AND TO PRODUCE DOCUMENTS CIVIL ACTION served on Dr. Arthur Helft on 08/13/2009. Service was accepted by Dimitry Aronov, window clerk Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 08/14/2009) |
| 8/14/2009 | 1481 | MOTION to Preclude *and for Default against the Defendant City of New York*. Document filed by Plaintiffs Liaison Counsel.(Rubin, Denise) (Entered: 08/14/2009) |

| 8/14/2009 | 1482 | MOTION to Preclude *and for Default against the Defendant City of New York*. Document filed by Plaintiffs Liaison Counsel.(Rubin, Denise) (Entered: 08/14/2009) |
|---|---|---|
| 8/14/2009 | 1483 | MOTION to Preclude *and for Default against the Defendant City of New York*. Document filed by Plaintiffs Liaison Counsel.(Rubin, Denise) (Entered: 08/14/2009) |
| 8/14/2009 | 1484 | MOTION to Preclude *and for Default against the Defendant City of New York*. Document filed by Plaintiffs Liaison Counsel.(Rubin, Denise) (Entered: 08/14/2009) |
| 8/14/2009 | 1485 | MOTION to Preclude *and for Default against Defendant City of New York*. Document filed by Plaintiffs Liaison Counsel(Plaintiff's co–liaison counsel).(Rubin, Denise) (Entered: 08/14/2009) |
| 8/14/2009 | 1486 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION to Preclude *and for Default a[...] Defendant City of New York*. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit Joint Letter 6[...] # 2 Exhibit Order 6–26–09, # 3 Exhibit Spreadsheet – City Agencies, # 4 Exhibit Spreadsheet – FDNY, # 5 Exhibit [...] Spreadsheet – NYPD, # 6 Exhibit Conference Transcript 1–2–08, # 7 Exhibit Conference Transcript 5–29–08, # 8 [...] Medical Records Status Letter 7–1–08, # 9 Exhibit Conference Transcript 11–16–07, # 10 Exhibit Case Manageme[...] 7, # 11 Exhibit Order 5–20–09)(Rubin, Denise) Modified on 8/18/2009 (db). (Entered: 08/14/2009) |
| 8/14/2009 | 1487 | DECLARATION of Denise A. Rubin in Support re: 1481 MOTION to Preclude *and for Default against the Defend[...] of New York*.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 001 – June 26, 2009 Joint Le[...] Exhibit 002 – June 30, 2009 Order, # 3 Exhibit 003 – Spreadsheet re City Agencies, # 4 Exhibit 004 – Spreadsheet [...] FDNY, # 5 Exhibit 005 – Spreadsheet re: NYPD, # 6 Exhibit 006 – 1–2–08 Conference Transcript, # 7 Exhibit 007 [...] 5–29–08 Conference Transcript, # 8 Exhibit 008 – 7–1–08 Status letter re Med Record Production, # 9 Exhibit 009 [...] 11–16–07 Conference Transcript, # 10 Exhibit 010 – Case Management Order 7, # 11 Supplement 011 – Order 5–29–09)(Rubin, Denise) (Entered: 08/14/2009) |
| 8/14/2009 | 1488 | MEMORANDUM OF LAW in Support re: 1481 MOTION to Preclude *and for Default against the Defendant City [...] York*.. Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 08/14/2009) |
| 8/14/2009 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. [1475–1479] HAS BEEN REJ[...] Note to Attorney Timothy Gerard Stickelman : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FIL[...] either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may [...] directly to a judge. (db) (Entered: 08/14/2009) |
| 8/14/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Denise Ava [...] RE–FILE Document 1486 MOTION to Preclude *and for Default against Defendant City of New York*. Use the even[...] Declaration in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (db) (E[...] 08/18/2009) |
| 8/17/2009 | 1489 | STIPULATION AND ORDER OF DISCONTINUANCE AS TO DEFENDANT, NEW YORK CITY ECONOMIC[...] DEVELOPMENT CORPORATION ONLY by and between the undersigned for the parties herein. that whereas no [...] herein is an infant, incompetent person for whom a committee has been appointed or conservate and no person not [...] has an interest in the subject matter of this action. and based on the representation of the within defendant, and to the [...] of Plaintiff(s) can so Stipulate that each claim, cross–claim and counter–claim asserted by and against defendant NE[...] YORK CITY ECONOMIC DEVELOPMENT CORPORATION, Only as to the claims being made as to the premis[...] located at One Liberty Plaza, New York, New York and 78–86 Trinity Place, New York, New York shall be and the[...] hereby are discontinued without prejudice without costs to any party as against the other IT IS FURTHER STIPUL[...] AND AGREED that should evidence be discovered throughout the court of the litigation which determines that the [...] YORK CITY ECONOMIC DEVELOPMENT CORPORATION is proper party to this suit, that plaintiff(s) may rei[...] the action without regard to the applicable Statute of Limitations, assuming said original action was timely commen[...] in such instance Defendant shall not assert Statute of Limitation as a defense. This Stipulation maybe filed without f[...] notice with the Clerk of the Court. (Signed by Judge Alvin K. Hellerstein on 8/12/2009) (jmi) (Entered: 08/17/2009) |
| 8/17/2009 | 1490 | STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS. IT IS HEREBY CONSENTED AND A[...] that Bivona &Cohen, P.C., by Richard M. Fedrow, Esq., be substituted as attorney of record for the undersigned par[...] the above entitled action in place and stead of Wade Clark Mulcahy by Robert J. Cosgrove, Esq. and Cheryl D. Fuch[...] as of the date hereof. Relates to 21mc100, 07–4446, 05–10135, 06–13787, 08–2253, 07–1460, 07–11018, 08–1648[...] 08–2256, 07–1492, 08–2275, 06–11025, 07–1628, 07–4480, 07–4481, 08–2287, 07–4490, 05–10738, 07–4496, 08[...] 07–5308, 07–1520, 07–5316, 07–5384, 07–4513, 05–5601, 08–11457, 07–4515, 07–1533, 07–1535, 07–1707, 08[...] 07–1714, 08–2309, 08–2313, 06–0997. (Signed by Judge Alvin K. Hellerstein on 8/12/09) (rjm) (Entered: 08/17/20[...] |
| 8/17/2009 | 1491 | ORDER DENYING MOTIONS WITHOUT PREJUDICE. I deny the summary judgment motion as premature–at th[...] Plaintiffs have not been permitted sufficient fact discovery to argue the liability of such defendants. I deny the motio[...] pleadings with leave to resubmit at any time. However, such a resubmission must address whether or not I have auth[...] consider the Core Discovery proceedings (1) as amplifications of the complaint's allegations in determining the suffic[...] the complaint, or (2) as a basis to dismiss the complaint under Rule 11 or because the plausibility requirement descr[...] Ashcroft v. Iqbal, 129 S. Ct. 1937,1949 (2009), and Bell At!. Corp. v. Twombly, 550 U.S. 544,555 (2007), has not b[...] |

| | | |
|---|---|---|
| | | satisfied. Moreover, any motions making these and any related arguments shall be consolidated into a single moving [...] The Clerk of the Court shall mark the motions (Nos. 1444, 1463, and 1466) as terminated; denying 1444 Motion for [...] Summary Judgment; denying 1463 Motion for Judgment on the Pleadings; denying 1466 Motion for Judgment on th[...] Pleadings. (Signed by Judge Alvin K. Hellerstein on 8/17/09) (rjm) (Entered: 08/18/2009) |
| 8/18/2009 | 1492 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co[...] (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/18/2009) |
| 8/18/2009 | 1493 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Couns[...] (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/18/2009) |
| 8/19/2009 | 1494 | MOTION to Preclude *and For Default Against Defendants for Failing to Timely and Completely Respond to Plaintf[...] SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODUCTION*. Document filed by Plaintiffs Liaiso[...] Counsel.(Rubin, Denise) (Entered: 08/19/2009) |
| 8/19/2009 | 1495 | STIPULATION. IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the parties' liais[...] counsel, that the Defendant the City of New York may respond to Plaintiffs' Motion For Default and Preclusion Aga[...] Defendant City of New York on or before August 26, 2009, and that Plaintiffs may submit reply papers in further su[...] their motion on or before September 1, 2009. It is further agreed that a faxed or scanned copy of a signature shall be [...] an original for the purposes of this stipulation. THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER [...] DISASTER SITE LITIGATION. Set Deadlines/Hearing as to 1481 MOTION to Preclude *and for Default against t[...] Defendant City of New York.*, 1482 MOTION to Preclude *and for Default against the Defendant City of New York..*[...] MOTION to Preclude *and for Default against the Defendant City of New York.*, 1484 MOTION to Preclude *and for [...] against the Defendant City of New York.*, 1485 MOTION to Preclude *and for Default against Defendant City of Nev[...] (Responses due by 8/26/2009, Replies due by 9/1/2009.) (Signed by Judge Alvin K. Hellerstein on 8/19/09) (rjm) (E[...] 08/19/2009) |
| 8/19/2009 | 1496 | DECLARATION of Denise A. Rubin in Support re: 1494 MOTION to Preclude *and For Default Against Defendan[...] Failing to Timely and Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND [...] DOCUMENT PRODUCTION..* Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 001 – CMO[...] Exhibit 002 – CMO 8, # 3 Exhibit 003 – Discovery Order 5–20–09, # 4 Exhibit 004 – Exemplar of Plaintiffs' Dema[...] Exhibit 005 – Exemplar of Defendants' Response, # 6 Exhibit 006 – Email between Counsel re Discovery Status, # 8 Exhibit 008 – Defendants Still in Default, # 9 Ex[...] 007 – Table: Defendants With Responses Allegedly Complete, # 8 Exhibit 008 – Defendants Still in Default, # 9 Ex[...] – Joint Letter of 6–22–09)(Rubin, Denise) (Entered: 08/19/2009) |
| 8/19/2009 | 1497 | MEMORANDUM OF LAW in Support re: 1494 MOTION to Preclude *and For Default Against Defendants for Fai[...] Timely and Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT [...] PRODUCTION..* Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 08/19/2009) |
| 8/19/2009 | 1498 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co[...] (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/19/2009) |
| 8/20/2009 | 1499 | NOTICE of Plaintiffs' Issuance of Third Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachme[...] Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(LoPalo, Christophe[...] (Entered: 08/20/2009) |
| 8/20/2009 | 1500 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co[...] (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/20/2009) |
| 8/20/2009 | 1501 | STIPULATION. IT IS HEREBY STIPULATED AND AGREED. by and between the undersigned, the parties' liais[...] counsel, that the Defendants may respond to Plaintiffs' Motion for Preclusion and Default Against Defendants for Fa[...] Timely and Completely Respond to Plaintiffs' First Set of Demands for Information and Document Production on o[...] August 31, 2009, and that Plaintiffs may submit reply papers in further support of their motion on or before Septem[...] 2009. It is further agreed that a faxed or scanned copy of a signature shall be treated as an original for the purposes [...] stipulation. THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION. [...] Deadlines/Hearing as to 1494 MOTION to Preclude *and For Default Against Defendants for Failing to Timely and [...] Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODUCT[...] :(Responses due by 8/31/2009, Replies due by 9/7/2009.) (Signed by Judge Alvin K. Hellerstein on 8/20/09) (rjm) ([...] 08/21/2009) |
| 8/21/2009 | 1502 | NOTICE of Plaintiffs' Production of Documents. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 E[...] 1)(LoPalo, Christopher) (Entered: 08/21/2009) |
| 8/24/2009 | 1503 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Couns[...] (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/24/2009) |
| 8/24/2009 | 1504 | NOTICE of Plaintiffs' Issuance of Third Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachme[...] Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(LoPalo, Christopher) (Entered: |

| | | 08/24/2009) |
|---|---|---|
| 8/25/2009 | 1505 | MOTION to Preclude *and for Default Judgment against Defendants for Failing to Comply with Plaintiffs' First Case−Specific Demands and Order of July 8, 2009.* Document filed by Plaintiffs Liaison Counsel.(Rubin, Denise) ( 08/25/2009) |
| 8/25/2009 | 1506 | DECLARATION of Denise A. Rubin in Support re: 1505 MOTION to Preclude *and for Default Judgment against Defendants for Failing to Comply with Plaintiffs' First Case−Specific Demands and Order of July 8, 2009..* Docume by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 001 − Joint Letter of June 22, 2009, # 2 Exhibit 002 − Orde 8, 2009, # 3 Exhibit 003 − Plaintiffs' First Case Specific Demands, # 4 Exhibit 004 − Charts Detailings Defendants' Responses, # 5 Errata 005 − Part of of Defs' Response to Demand 2, # 6 Exhibit 005A − Part 2 of Defendants' Respo Demand 2, # 7 Exhibit 006− Defs' Response to Demand 3, # 8 Exhibit 007 − Bortek Email 7−17−09, # 9 Exhibit 00 Ruggiero Email exchange 8−13−09, # 10 Errata 009 − Defs' Revised Response to Demand 1, # 11 Exhibit 010 − De Responses for Group C and A3 Demands, # 12 Exhibit 011 − Carboy Joint Letter of August 24, 2009, # 13 Exhibit Part one of Defs' Response to Demand 5, # 14 Exhibit 012A − Part two of Defs' Response to Demand 5)(Rubin, Den (Entered: 08/25/2009) |
| 8/25/2009 | 1507 | MEMORANDUM OF LAW in Support re: 1505 MOTION to Preclude *and for Default Judgment against Defendan Failing to Comply with Plaintiffs' First Case−Specific Demands and Order of July 8, 2009..* Document filed by Plai Liaison Counsel. (Rubin, Denise) (Entered: 08/25/2009) |
| 8/25/2009 | 1508 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/25/2009) |
| 8/25/2009 | 1509 | ORDER REGULATING DISCOVERY. Defendants, within five business days should proffer a list of deposition da Rule 30(b)(6) witnesses, in the Sequence requested by plaintiffs' notices, the sequence to begin September 2, 2009, a without duplication of witnesses. (Signed by Judge Alvin K. Hellerstein on 8/25/09) (djc) (Entered: 08/26/2009) |
| 8/25/2009 | 1516 | ORDER REGULATING DISCOVERY. I rule in response to the parties' joint letter of August 16, 2009 (dated in er 16, 2009), submitted pursuant to my Individual Rule 2E as set forth in this Order. (Signed by Judge Alvin K. Hellers 8/25/09) (djc) (Entered: 09/01/2009) |
| 8/27/2009 | 1510 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph E. Hopkins dated 8/21/09 re: Plaintiffs Counsel's motion is rife with gross inaccuracies that will be addressed further in the City's opposition brief. Nonethe felt it important to make the Court aware of these particular issues at this time. We appreciate the Court's consideratio this submission. ENDORSEMENT: The information contained in this letter should be stated in opposing affidavits o declarations. The letter is rejected. (Signed by Judge Alvin K. Hellerstein on 8/27/09) (db) (Entered: 08/27/2009) |
| 8/27/2009 | 1511 | MEMORANDUM ENDORSEMENT re 1459 MOTION TO SUBSTITUTE EXECUTOR AND AMEND CAPTIO ENDORSEMENT: Motion Granted Without Opposition. So Ordered. ORDER granting 1459 Motion to Amend/Cor granting 1459 Motion to Substitute Party. (Signed by Judge Alvin K. Hellerstein on 8/27/09) (db) (Entered: 08/27/2 |
| 8/27/2009 | 1512 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/27/2009) |
| 8/27/2009 | 1519 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph E.Hopkins dated 8/21/09 re: plaintiffs' motio is rife with gross inaccuracies that will be addressed further in the City's opposition brief...; Nonetheless, we f important to make the Court aware of these particular issues at this time...; ENDORSEMENT: The information cont within letter should be stated in opposing affidavits and declarations. The letter is rejected.. (Signed by Judge Alvin Hellerstein on 8/27/09) (djc) (Entered: 09/02/2009) |
| 8/28/2009 | 1513 | NOTICE OF APPEARANCE by Abbie Lynn Eliasberg Fuchs on behalf of Manafort Brothers, Inc. (Eliasberg Fuch (Entered: 08/28/2009) |
| 8/28/2009 | 1514 | ORDER REGARDING METADATA. The parties, by joint letter of August 21, 2009, submitted pursuant to my Ind Rule 2E, ask for rulings regarding metadata in Excel files and other issues related to production of electronically sto information. The rulings in this Order respond to the parties' requests. (Signed by Judge Alvin K. Hellerstein on 8/2 (djc) (Entered: 08/28/2009) |
| 8/31/2009 | 1515 | NOTICE of Plaintiffs' Issuance of Non−Party Subpoena. Document filed by Plaintiffs Liaison Counsel. (Attachmen Exhibit 1)(LoPalo, Christopher) (Entered: 08/31/2009) |
| 9/01/2009 | 1517 | ORDER REGULATING DISCOVERY FOR NEW PLAINTIFFS. Any plaintiff who has already filed a complaint action, but did so on or after July 20, 2009 and, as a result, was unable to submit timely the "Severity and Other Fiel responses, as required by Amended Case Management Order No. 8, shall file such responses by October 2, 2009. A plaintiff who files a complaint after the issuance of this Order shall file the "Severity and other Fields" responses wi days of the date upon which his or her complaint was filed. (Signed by Judge Alvin K. Hellerstein on 9/1/09) (djc) ( 09/01/2009) |

| 9/01/2009 | 1518 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/01/2009) |
| 9/02/2009 | 1520 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/02/2009) |
| 9/08/2009 | 1521 | NOTICE of Death Pursuant to Fed. R. Civ. P. 25(a)(1). Document filed by The City of New York. (Tyrrell, James) ( 09/08/2009) |
| 9/10/2009 | 1522 | MOTION to Strike *Plaintiffs' September 9, 2009 Submission*. Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LL Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., Mueser Rutledge Consultin Engineers, Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Assoc Inc., WSP Cantor Seinuk, Leslie E. Robertson Associates, R.L.L.P., Lockwood, Kessler &Bartlett, Inc., Robert Silm Associates, P.C..(Tyrrell, James) (Entered: 09/10/2009) |
| 9/10/2009 | 1523 | DECLARATION of James E. Tyrrell, Jr. in Support re: 1522 MOTION to Strike *Plaintiffs' September 9, 2009 Subm Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, Robert Silman Associates, Thorn Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Leslie E. Robertson Associates, R.L.L Robert Silman Associates, P.C., Skidmore Owings &Merrill, LLP. (Tyrrell, James) (Entered: 09/10/2009) |
| 9/10/2009 | 1524 | DECLARATION of James E. Tyrrell, Jr. in Support re: 1522 MOTION to Strike *Plaintiffs' September 9, 2009 Subm Document filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Gilsanz Steficek LLP, Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray, Steficek, LLP, Go Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., MRA Engineeri Mueser Rutledge Consulting Engineers, Robert Silman Associates, Thornton Tomasetti Group, Inc., Vollmer Assoc LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Leslie E. Robertson Associates, R.L.L.P., Lockwood, Kessl &Bartlett, Inc., Robert Silman Associates, P.C., Skidmore Owings &Merrill, LLP. (Attachments: # 1 Exhibit A, # 2 B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibi J)(Tyrrell, James) (Entered: 09/10/2009) |
| 9/10/2009 | 1525 | MEMORANDUM OF LAW in Support re: 1522 MOTION to Strike *Plaintiffs' September 9, 2009 Submission.*. Doc filed by Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Luci Inc., Gilsanz Murray Steficek LLP, Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Mur Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Enginee MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, Robert Silman Associates, Thornton Tomasetti Gr Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Leslie E. Robertson Associates, R.L.L. Lockwood, Kessler &Bartlett, Inc., Robert Silman Associates, P.C., Skidmore Owings &Merrill, LLP. (Tyrrell, Jam (Entered: 09/10/2009) |
| 9/11/2009 | 1526 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/11/2009) |
| 9/11/2009 | 1529 | MOTION for Zev Raben to Appear Pro Hac Vice. Document filed by The Port Authority of New York &New Jerse (Entered: 09/15/2009) |
| 9/11/2009 | 1530 | MOTION for Julie Busch to Appear Pro Hac Vice. Document filed by The Port Authority of New York &New Jerse (Entered: 09/15/2009) |
| 9/14/2009 | 1527 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 9/8/09 re: Pursuant to this Individual Practices Rules for resolution of disputes, Plaintiffs' and Defendants' Liaison Counsel respectfully submit letter regarding a pending discovery dispute that the parties have been unable to resolve following a "meet and confe telephone discussion held on September 1, 2009. ENDORSEMENT: Objections are sustained. The information is no relevant. (Signed by Judge Alvin K. Hellerstein on 9/11/09) (rjm) (Entered: 09/14/2009) |
| 9/14/2009 | 1528 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/14/2009) |
| 9/14/2009 | 1532 | MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Hac Vice. Document filed by The Port Authority of New Y &New Jersey.(rjm) (Entered: 09/16/2009) |
| 9/15/2009 | 1531 | ORDER. The Court is dismayed by the frequency of discovery disputes in this case, the latest being the dispute rega Structural and Design Engineer Defendants. Desiring to regulate all pending disputes under this master docket and p better civility, the Court will meet with the parties on September 18, 2009 at noon to discuss the issues. Those wishi |

| | | |
|---|---|---|
| | | attend may do so. (Signed by Judge Alvin K. Hellerstein on 9/15/09) (rjm) (Entered: 09/15/2009) |
| 09/16/2009 | 1533 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Cou (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/16/2009) |
| 09/17/2009 | 1534 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/17/2009) |
| 09/17/2009 | 1535 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 1532 Motion for Mary Elenor Dia Ignacio to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 9/17/2009) (jpo) (Entered: 09/17/2009) |
| 09/17/2009 | 1536 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 1530 Motion for Julie Busch to A Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 9/17/2009) (jpo) (Entered: 09/17/2009) |
| 09/17/2009 | 1537 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 1529 Motion for Zev Raben to Ap Hac Vice. (Signed by Judge Alvin K. Hellerstein on 9/17/2009) (jpo) (Entered: 09/17/2009) |
| 09/17/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1537 Order on Motion to Appear Pro Hac Vice, 1536 O Motion to Appear Pro Hac Vice, 1535 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk updating of Attorney Information. (jpo) (Entered: 09/17/2009) |
| 09/17/2009 | 1538 | ORDER IDENTIFYING CASES FOR TRIAL FROM GROUP E AND FOR DISCOVERY ONLY FROM GROUP Pursuant to Amended Case Management Order No. 8, plaintiffs' Liaison Counsel and defendants' Liaison Counsel e selected two cases from Group E1. The Court, upon the recommendation of the Special Masters, has selected two ca Groups E1 and E2. Plaintiffs' Liaison Counsel has selected: 1. Sean McNamee, 08 Civ. 739. 2. Daniel and Lynn Tay Civ. 9046. Defendants' Liaison Counsel has selected: 1. Vincent and Patricia Contessa, 07 Civ. 10231 2. Frank and Caserta, 08 Civ. 1742. The Court has selected: 1. Dionne Smith, as Administratrix of the Estate of Darren Mitchell, Dionne Smith Individually, 07 Civ. 10187 2. Paul J. and Barbara Gerasimczyk, 07 Civ. 10773. Accordingly, these c proceed with discovery and trial, as set out in Amended Case Management Order No. 8. In addition, pursuant to Am Case Management Order No. 8, plaintiffs' Liaison Counsel and defendants' Liaison Counsel each have selected two from Group C3. The Court, upon the recommendation of the Special Masters, has also selected two cases from Grou Plaintiffs' Liaison Counsel has selected: 1. Francis X. Thomas, 06 Civ. 13624 2. Padraig and Deirdre Carroll, 06 Civ Defendants' Liaison Counsel has selected: 1. Brian and Jane Conlon, 06 Civ. 12001 2. Annmarie and Peter Ennis, 06Civ.11016. The Court has selected: 1. Anthony and Claudia P. Musarra, 06 Civ. 11786 2. Ella McNair, 06 Civ. 12 Accordingly, these cases will proceed with discovery only, as set out in Amended Case Management Order No. 8. R 21–100, 06–11016, 06–11786, 06–12001, 06– 12310, 06–13624, 06–13827, 07–10187, 07–10231, 07–10773, 08– 08–1742, 08–9046. (Signed by Judge Alvin K. Hellerstein on 9/17/09) (rjm) (Entered: 09/18/2009) |
| 09/21/2009 | 1539 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION to Quash *Subpoenas*. Document filed by City of N Return Date set for 10/15/2009 at 10:00 AM.(Gleason, Scot) Modified on 9/22/2009 db). (Entered: 09/21/2009) |
| 09/21/2009 | 1540 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/21/2009) |
| 09/21/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attor C. Gleason to RE–FILE Document 1539 MOTION to Quash *Subpoenas*. ERROR(S): Supporting Documents are fil separately (i.e. Affidavits, Declarations and Memorandums in Support of Motions to be filed individually). ***REMINDER*** – First Re–File Motion, then file and link any supporting documents. (db) (Entered: 09/22/200 |
| 09/22/2009 | 1541 | MEMORANDUM ENDORSEMENT Re: NOTICE OF MOTION FOR PRECLUSION AND DEFAULT DUE TO DEFENDANTS' DEFAULT IN RESPONDING APPROPRIATELY TO PLAINTIFFS' FIRST SET OF CASE SPE DOCUMENT DEMANDS FOR THE "TRIAL GROUP A" PLAINTIFFS. ENDORSEMENT: Motion withdrawn o consent. withdrawing 1505 Motion to Preclude. This Document Applies to All World Trade Center Disaster Site Lit (Signed by Judge Alvin K. Hellerstein on 9/21/09) (rjm) (Entered: 09/22/2009) |
| 09/22/2009 | 1542 | MEMORANDUM ENDORSEMENT Re: NOTICE OF MOTION FOR DEFAULT AND PRECLUSION AGAINS DEFENDANTS FOR FAILING TO TIMELY AND COMPLETELY RESPOND TO PLAINTIFFS' FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODUCTION withdrawing 1494 Motion to Preclude. ENDORSEMENT: Motion withdrawn on consent. This Document Applies to All World Trade Center Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 9/21/09) (rjm) (Entered: 09/22/2009) |
| 09/22/2009 | 1543 | MEMORANDUM ENDORSEMENT Re: NOTICE OF MOTION FOR MOTION FOR DEFAULT AND PRECLU AGAINST DEFENDANT CITY OF NEW YORK withdrawing 1481 Motion to Preclude; withdrawing 1482 Motion Preclude; withdrawing 1483 Motion to Preclude; withdrawing 1484 Motion to Preclude; withdrawing 1485 Motion Preclude ENDORSEMENT: Motion withdrawn on consent. This Document Applies to All World Trade Center Disa Litigation. (Signed by Judge Alvin K. Hellerstein on 9/21/09) (rjm) (Entered: 09/22/2009) |

| | | |
|---|---|---|
| 9/22/2009 | 1544 | MEMORANDUM ENDORSEMENT Re: NOTICE OF STRUCTURAL AND DESIGN ENGINEER DEFENDAN... MOTION TO STRIKE PLAINTIFFS' SEPTEMBER 9, 2009 SUBMISSION withdrawing 1522 Motion to Strike. ENDORSEMENT: Motion is withdrawn on consent. This Document Applies to All World Trade Center Disaster Si... Litigation. (Signed by Judge Alvin K. Hellerstein on 9/21/09) (rjm) (Entered: 09/22/2009) |
| 9/22/2009 | 1545 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION to Quash *Subpoenas*. Document filed by City of N... (Attachments: #1 Memo of Law, #2 Affidavit of Douglas White, #3 Affidavit of Francis Pflum, #4 Affidavit of S... Gleason)(Gleason, Scot) Modified on 9/23/2009 (db). (Entered: 09/22/2009) |
| 9/22/2009 | | CASHIERS OFFICE REMARK on 1529 Motion to Appear Pro Hac Vice, 1530 Motion to Appear Pro Hac Vice in... amount of $50.00, paid on 09/11/2009, Receipt Number 699438,699439. (jd) (Entered: 09/22/2009) |
| 9/22/2009 | 1546 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co... (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/22/2009) |
| 9/22/2009 | | CASHIERS OFFICE REMARK on 1532 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 09/14/20... Receipt Number 700008. (jd) (Entered: 09/22/2009) |
| 9/22/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Atto... C. Gleason to RE–FILE Document 1545 MOTION to Quash *Subpoenas*. ERROR(S): Supporting Documents are fil... separately (i.e. The Memorandum of Law and 3 Affidavits in Support of the Motion to Quash are to be filed as 4 Ind... Documents that shall be linked to the Motion to Quash when it is Re–Filed (Individually)). Supporting Documents (... Types) to Motions can be found under Replies, Opposition and Supporting Documents. ***REMINDER*** – First... the Motion to Quash, then file and link any supporting documents. (db) (Entered: 09/23/2009) |
| 9/23/2009 | 1547 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of sections o... labeled C–0032, G–0047, 1–0038, 1–0044 and 1–0140 to the City of Hilliard, Ohio, 3800 Municipal Way, Hilliard... 43026–1696, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that t... transfer and the City of Hilliard, Ohio's possession of a certain WTC Artifact, sections of steel labeled C–0032, G–0... 1–0038, 1–0044 and 1–0140, will be subject to the right of any party to the September 11 Litigations or their repres... to inspect and test steel artifact upon ten days notice to the City of Hilliard, Ohio and the Port Authority. Relate... 21mc97, 21mc101, 21mc100. (Signed by Judge Alvin K. Hellerstein on 9/23/09) (rjm) (Entered: 09/23/2009) |
| 9/23/2009 | 1548 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of sections o... labeled 0–0094 and G–0133 to the Nevada Test Site Historical Foundation, 755 East Flamingo Road, Las Vegas, N... 89119, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that the tran... the Nevada Test Site Historical Foundation's possession of a certain WTC Artifact, sections of steel labeled G–0094... G–0133,will be subject to the right of any party to the September 11 Litigations or their representatives to inspect an... said steel artifact upon ten days notice to the Nevada Test Site Historical Foundation and the Port Authority. Relates... 21mc97, 21mc101, 21mc100. (Signed by Judge Alvin K. Hellerstein on 9/23/09) (rjm) (Entered: 09/23/2009) |
| 9/23/2009 | 1549 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of a section... labeled G–0012 to the Town of Windermere, Florida, 108 Forest Street, Windermere, Florida 34786, contained in th... Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that the transfer and the Town of Winde... Florida's possession of a certain WTC Artifact, a section of steel labeled G–0012, will be subject to the right of any... the September 11 Litigations or their representatives to inspect and test said steel artifact upon ten days notice to the... Windermere, Florida and the Port Authority. Relates to 21mc97, 21mc101, 21mc100. (Signed by Judge Alvin K. He... on 7/23/09) (rjm) (Entered: 09/23/2009) |
| 9/23/2009 | 1550 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of a section... labeled G–0052 to the College of Justice &Safety, Eastern Kentucky University, Lobby of the Stratton Building, 52... Lancaster Avenue, Richmond, Kentucky 40475, contained in the Port Authority's WTC Artifacts Inventory Archive... further ORDERED, that the transfer and the College of Justice Eastern Kentucky University's possession of a certai... Artifact, a section of steel labeled G–0052, will be subject to the right ofany party to the September 11 Litigations o... representatives to inspect and test said steel artifact upon ten days notice to the College of Justice &Safety, Eastern... University and the Port Authority. Relates to 21mc97, 21mc101, 21mc100. (Signed by Judge Alvin K. Hellerstein o... 9/23/09) (rjm) (Entered: 09/23/2009) |
| 9/23/2009 | 1551 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of sections o... labeled G–0071, G–0055 and G–0099 to the Town of Mendon Department of Public Safety, 22–24 Main Street, Me... MA 01756, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that th... and the Town of Mendon Department of Public Safety's possession of a certain WTC Artifact, sections of steel label... 0–0071, G–0055 and G– 0099, will be subject to the right of any party to the September 11 Litigations or their... representatives to inspect and test said steel artifact upon ten days notice to the Town of Mendon Department of Pub... Safety and the Port Authority. Relates to 21mc97, 21mc101, 21mc100. (Signed by Judge Alvin K. Hellerstein on 9/... (rjm) (Entered: 09/23/2009) |

| 9/24/2009 | 1552 | MOTION to Quash *Subpoenas*. Document filed by City of New York.(Gleason, Scot) (Entered: 09/24/2009) |
|---|---|---|
| 9/24/2009 | 1553 | MEMORANDUM OF LAW in Support re: 1552 MOTION to Quash *Subpoenas*.. Document filed by City of New Y (Gleason, Scot) (Entered: 09/24/2009) |
| 9/24/2009 | 1554 | AFFIDAVIT of Douglas White in Support re: 1552 MOTION to Quash *Subpoenas*.. Document filed by City of New (Gleason, Scot) (Entered: 09/24/2009) |
| 9/24/2009 | 1555 | AFFIDAVIT of Francis Pflum in Support re: 1552 MOTION to Quash *Subpoenas*.. Document filed by City of New (Gleason, Scot) (Entered: 09/24/2009) |
| 9/24/2009 | 1556 | AFFIDAVIT of Scot Gleason in Support re: 1552 MOTION to Quash *Subpoenas*.. Document filed by City of New Y (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gleason, Scot) (Entered: 09/24/2009) |
| 9/25/2009 | 1557 | NOTICE of Plaintiffs' Production of Amended Core Discovery Responses. Document filed by Plaintiffs Liaison Co (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/25/2009) |
| 9/28/2009 | 1558 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. NO Corporate Parent. Document filed by Taylor Recyclin Facility LLC.(Kramer, Steven) (Entered: 09/28/2009) |
| 9/28/2009 | 1559 | CERTIFICATE OF SERVICE. All Plaintiffs served on 9/28/2009, answer due 10/19/2009. Service was made by ma Document filed by Taylor Recycling Facility LLC., CERTIFICATE OF SERVICE of 7.1 statement served on plaint liaison counsel on 9/28/09. Service was made by mailmail. Document filed by Taylor Recycling Facility LLC. (Kra Steven) (Entered: 09/28/2009) |
| 9/29/2009 | 1560 | ANSWER to Complaint with JURY DEMAND. Document filed by Taylor Recycling Facility LLC.(Kramer, Steven (Entered: 09/29/2009) |
| 9/29/2009 | 1561 | AFFIDAVIT OF SERVICE of Answer served on William Dubanevich, Esq., Worby Groner, et al., Attorneys for Pl on 12/17/09. Service was made by Mail. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Ente 09/29/2009) |
| 9/29/2009 | 1562 | AMENDED ANSWER to with JURY DEMAND. Document filed by Taylor Recycling Facility LLC. (Kramer, Stev (Entered: 09/29/2009) |
| 9/29/2009 | 1563 | AFFIDAVIT OF SERVICE of Amended Answer served on William Dubanevich, Esq, Worby Groner, et al., Attorn Plaintiffs, on 1/12/09. Service was made by Mail. Document filed by Taylor Recycling Facility LLC. (Kramer, Stev (Entered: 09/29/2009) |
| 9/30/2009 | 1564 | AFFIRMATION of James E. Tyrrell, Jr., Esq.. Document filed by Robert L. Gerosa, Inc.. (Tyrrell, James) (Entered: 09/30/2009) |
| 9/30/2009 | 1565 | AFFIRMATION of James E. Tyrrell, Jr., Esq.. Document filed by Component Assembly Systems, Inc.. (Tyrrell, Jar (Entered: 09/30/2009) |
| 10/02/2009 | 1566 | MEMORANDUM OF LAW in Opposition re: 1552 MOTION to Quash *Subpoenas*.. Document filed by Raymond (Carboy, Andrew) (Entered: 10/02/2009) |
| 10/02/2009 | 1567 | DECLARATION of Andrew J. Carboy in Opposition re: 1552 MOTION to Quash *Subpoenas*.. Document filed by Hauber. (Attachments: # 1 Exhibit Exhibits 1–5 of 10, # 2 Exhibit Exhibit 6–7 of 10, # 3 Exhibit Exhibits 8–10 of 10)(Carboy, Andrew) (Entered: 10/02/2009) |
| 10/05/2009 | 1568 | AFFIRMATION of James E. Tyrrell, Jr., Esq.. Document filed by Francis A. Lee Company. (Tyrrell, James) (Enter 10/05/2009) |
| 10/05/2009 | 1569 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/05/2009) |
| 10/05/2009 | 1570 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/05/2009) |
| 10/06/2009 | 1571 | TRANSCRIPT of proceedings held on 9/18/09 before Judge Alvin K. Hellerstein. (ama) (Entered: 10/06/2009) |
| 10/07/2009 | 1572 | MOTION to Quash *Subpoenas to NYPD Medical Board Doctors*. Document filed by City of New York.(Gleason, S (Entered: 10/07/2009) |
| 10/07/2009 | 1573 | MEMORANDUM OF LAW in Support re: 1572 MOTION to Quash *Subpoenas to NYPD Medical Board Doctors*.. Document filed by City of New York. (Gleason, Scot) (Entered: 10/07/2009) |
| 10/07/2009 | 1574 | AFFIDAVIT of Dorothy Kunstadt in Support re: 1572 MOTION to Quash *Subpoenas to NYPD Medical Board Doc Document filed by City of New York. (Gleason, Scot) (Entered: 10/07/2009) |

| Date | No. | Description |
|---|---|---|
| 10/07/2009 | 1575 | AFFIDAVIT of Rosemary DeBellis in Support re: 1572 MOTION to Quash *Subpoenas to NYPD Medical Board D...* Document filed by City of New York. (Gleason, Scot) (Entered: 10/07/2009) |
| 10/07/2009 | 1576 | AFFIDAVIT of Scot C. Gleason in Support re: 1572 MOTION to Quash *Subpoenas to NYPD Medical Board Docto...* Document filed by City of New York. (Attachments: # 1 Exhibit A: Subpoena to Kunstadt, # 2 Exhibit B: Casey Determination, # 3 Exhibit C: Malkoff determination)(Gleason, Scot) (Entered: 10/07/2009) |
| 10/07/2009 | 1577 | ORDER REGULATING DISCOVERY IN THE NON–RESPIRATORY CASES. ORDERED THAT: 1. Fact disco... the cases designated as "Bodily Injury, Non–Respiratory, Non–Ingestion Cases," which are annexed to CMO 1 as "... A" is to remain open through and including May 5, 2010. Discovery is to be undertaken in accordance with the Fede... of Civil Procedure. No fact discovery is to be issued or undertaken between the parties beyond May 5, 2010, except... application and for good cause shown. 2. All Plaintiffs' expert reports shall be delivered on or before September 5, 2... such report is to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B). 3. All Defendants' expert rep... be delivered on or before November 15, 2010. Any such report is to be in the form and content as required by Fed. R... 26(a)(2)(B). 4. Depositions of those experts are to be taken and completed by January 30, 2011, with date(s) and tim... deposition to be agreed among the parties. The scope of testimony shall occur in accordance with the Federal Rules... Procedure. Relates to BODILY INJURY, NON–RESPIRATORY, NON–INGESTION CASES. (Deposition on Exp... Reports due by 1/30/2011., Fact Discovery due by 5/5/2010.) (Signed by Judge Alvin K. Hellerstein on 10/7/09) (rjm... (Entered: 10/07/2009) |
| 10/08/2009 | 1578 | MOTION to Compel *Witnesses to appear for deposition*. Document filed by James Albach, Frank Malone, John J. ... Raymond Hauber, Harold Valencia, Daniel Taylor.(Carboy, Andrew) (Entered: 10/08/2009) |
| 10/08/2009 | 1579 | DECLARATION of Andrew J. Carboy in support re: 1578 MOTION to Compel *Witnesses to appear for deposition...* Document filed by James Albach, Frank Malone, John J. Quinn, Raymond Hauber, Harold Valencia, Daniel Taylor... (Attachments: # 1 Exhibit Exhibits–1–3, # 2 Exhibit Exhibits–4–13, # 3 Exhibit Exhibits–14–24, # 4 Exhibit Exhibits–25–35, # 5 Exhibit Exhibits–36–51, # 6 Exhibit Exhibits–52–77, # 7 Exhibit Exhibit–78)(Carboy, Andrew... (Entered: 10/08/2009) |
| 10/08/2009 | 1580 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai... Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/08/2009) |
| 10/08/2009 | 1581 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai... Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/08/2009) |
| 10/09/2009 | 1582 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai... Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/09/2009) |
| 10/09/2009 | 1583 | REPLY MEMORANDUM OF LAW in Support re: 1552 MOTION to Quash *Subpoenas..* Document filed by City o... York. (Gleason, Scot) (Entered: 10/09/2009) |
| 10/13/2009 | 1584 | ORDER. On September 25, 2009, Patton Boggs LLP subpoenaed Carol B. Friedman, M.D., P.C., to appear for a dep... On October 9, 2009 Dr. Friedman objected to the subpoena in a letter submitted to my chambers. The parties are to ... with the following orders regarding the deposition. The deposition will take place at the Daniel Patrick Moynihan U... States Courthouse, 500 Pearl Street, New York, NY 10007, or at a place mutually agreed on by Dr. Freidman and co... such as a lawyer's office reasonably close to Cedarhurst, NY. The deposition will take place on a date suggested by... Friedman within 10 days from October 21, 2009. Questioning will be limited to what Dr. Friedman did, said, wrote, ... observed–Leo facts, not expert opinions. Dr. Freidman is entitled to normal witness fees, not fees of an expert. Cost... photocopies will be 10 cents per page if done internally or at the reasonable commercial charge of a photocopying se... Relates to 21mc100, 05cv4111. (Signed by Judge Alvin K. Hellerstein on 10/13/09) (rjm) (Entered: 10/14/2009) |
| 10/13/2009 | 1585 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Andrew J. Carboy dated 10/8/09 re: This offic... represents the above referenced Plaintiffs. We enclose courtesy copies of our motion for an order compelling witness... appear and testify at deposition. ENDORSEMENT: I will hear this Motion on October 27, 2009, 10:00 a.m. No adjournments. (Signed by Judge Alvin K. Hellerstein on 10/13/09) (rjm) (Entered: 10/14/2009) |
| 10/14/2009 | | Set/Reset Deadlines as to 1578 MOTION to Compel *Witnesses to appear for deposition*. Motion Hearing set for 10/... at 10:00 AM before Judge Alvin K. Hellerstein. (rjm) (Entered: 10/14/2009) |
| 10/14/2009 | 1586 | AFFIDAVIT OF SERVICE of Subpoena to Testify at Deposition and to Produce Documents in a Civil Action serve... Mayris P. Webber, DrPH, MPH on 09/29/09. Service was accepted by Ms. Carole Risk Management. Document file... Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 10/14/2009) |
| 10/14/2009 | 1587 | FILING ERROR – WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY – FIRST RULE 7.1 CORPORA... DISCLOSURE STATEMENT. No Corporate Parent. Document filed by American Building Maintenance Industries... Inc..(Samel, Dorothy) Modified on 10/19/2009 (kw). (Entered: 10/14/2009) |

| | | |
|---|---|---|
| 10/15/2009 | 1588 | NOTICE of Plaintiffs' Issuance of Non Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachment Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3, #_4 Exhibit 4)(LoPalo, Christopher) (Entered: 10/15/2009) |
| 10/15/2009 | 1589 | MOTION for John D. Coyle to Appear Pro Hac Vice. Document filed by Deutsche Bank Trust Company Americas, Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche Bank Trust Corporation, DBAB Wall LLC. Relates to 21mc100, 21mc102, 21mc103.(rjm) (Entered: 10/16/2009) |
| 10/15/2009 | 1590 | MOTION for Brian E. Moffitt to Appear Pro Hac Vice. Document filed by Deutsche Bank Trust Company America Deutsche Bank Trust Corporation, DB Private Clients Corporation, DBAB Wall Street LLC. Relates to 21mc100, 2 21mc103.(rjm) (Entered: 10/16/2009) |
| 10/16/2009 | 1591 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of a section labeled I–0115 to the September 11 th Families Association, 22 Cortland Street, Suite 801, New York, New York 10 contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that the transfer an September 11th Families Association's possession of a certain WTC Artifact, a section of steel labeled I–0115, will subject to the right of any party to the September 11 Litigations or their representatives to inspect and test said steel upon ten days notice to the September 11th Families Association and the Port Authority. Relates to 21mc97, 21mc1 21mc100. (Signed by Judge Alvin K. Hellerstein on 10/16/09) (rjm) (Entered: 10/16/2009) |
| 10/16/2009 | 1592 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of a section labeled I–0137 to the Beverly Hills Fire Department, 445 North Rexford Drive, Beverly Hills, California 90210, con the Port Authority's WTC Artifacts Inventory Archive, and it is further ORDERED, that the transfer and the Beverly Fire Department possession of a certain WTC Artifact, a section of steel labeled I–0137, will be subject to the right party to the September 11 Litigations or their representatives to inspect and test said steel artifact upon ten days noti Beverly Hills Fire Department and the Port Authority. Relates to 21mc97, 21mc101, 21mc100. (Signed by Judge Al Hellerstein on 10/16/09) (rjm) (Entered: 10/16/2009) |
| 10/16/2009 | 1593 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership sections of s labeled I–0084 and I–0148 to the Austintown Beautification Committee, 3819 Elmwood Avenue, Austintown, Ohio contained in the Port Authority'S WTC Artifacts Inventory Archive, and it is further ORDERED, that the transfer an Austintown Beautification Committee's possession of a certain WTC Artifact, sections of steel labeled I–0084 and I will be subject to the right of any party to the September 11 Litigations or their representatives to inspect and test sa artifact upon ten days notice to the Austintown Beautification Committee and the Port Authority. Relates to 21mc97 21mc101, 21mc100. (Signed by Judge Alvin K. Hellerstein on 10/16/09) (rjm) (Entered: 10/16/2009) |
| 10/19/2009 | 1594 | SECOND RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Amer Building Maintenance Industries, Inc..(Samel, Dorothy) (Entered: 10/19/2009) |
| 10/19/2009 | 1595 | ORDER. IT IS HEREBY ORDERED that Brian E. Moffitt is admitted to practice pro hac vice as counsel for Defen Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and D Wall Street LLC (collectively "Deutsche Bank Defendants") in the above captioned cases in the United States Distri for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of th including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) s counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice f Clerk of the Court. Relates to 21mc100, 21mc102, 21mc103. Attorney Brian E. Moffitt for Deutsche Bank Trust Co Americas, Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche Bank Trust Corporation and Wall Street LLC admitted Pro Hac Vice., Motions terminated: (3581 in 1:21–mc–00102–AKH) MOTION for Brian Moffitt to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsc DBAB Wall Street, LLC, Deutsche Bank Trust Company Americas, (731 in 1:21–mc–00103–AKH) MOTION for Moffitt to Appear Pro Hac Vice. filed by DBAB Wall Street, LLC, Deutsche Bank Trust Corporation, DB Private Cl Corporation, Deutsche Bank Trust Company Americas, (1590 in 1:21–mc–00100–AKH) MOTION for Brian E. Mo Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche Bank Tr Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche Bank Trust Company Americas. (Sign Judge Alvin K. Hellerstein on 10/19/09) (rjm) (Entered: 10/19/2009) |
| 10/19/2009 | 1596 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #_1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/19/2009) |
| 10/19/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1595 Order Admitting Attorney Pro Hac Vice, Termin Motions, to the Attorney Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 10/20/2009) |
| 10/19/2009 | 1597 | ORDER. IT IS HEREBY ORDERED that John D. Coyle is admitted to practice pro hac vice as counsel for Defenda Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and D Wall Street LLC (collectively "Deutsche Bank Defendants") in the above captioned cases in the United States Distri for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of th including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) s counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice f Clerk of the Court. Relates to 21mc100, 21mc102, 21mc103. Motions terminated: (730 in 1:21–mc–00103–AKH) M |

| | | |
|---|---|---|
| | | for John D. Coyle to Appear Pro Hac Vice. filed by DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche Bank Trust Company Americas, (1589 in 1:21–mc–00100–AKH) MOTION for John D. Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Company Americas, DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche Bank Trust Company Americas, (3580 in 1:21–mc–00102– MOTION for John D. Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Company Americas, DB Private Clients Corporation, Deutsche Bank DBAB Wall Street, LLC, Deutsche Bank Trust Company Americas., Attorney John D. for Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation an Wall Street LLC added. (Signed by Judge Alvin K. Hellerstein on 10/19/09) (rjm) (Entered: 10/20/2009) |
| 10/19/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1597 Order, Terminate Motions, Add and Terminate A to the Attorney Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 10/20/2009) |
| 10/19/2009 | 1598 | ORDER FOR FURTHER BRIEFING ON MOTIONS TO QUASH SUBPOENAS OF FDNY AND NYPD PENSION FUND MEDICAL BOARD DOCTORS. On October 9, 2009, the parties completed briefing on the City of New Yo motion to quash subpoenas of the FDNY Pension Fund Medical Board doctors. On October 7, the City of New York Motion to quash subpoenas of the NYPD Pension Fund Medical Board doctors. I hereby order the parties to submit briefing on the issue of relevance of the Boards' deliberation to issues of negligence and liability raised by the comp the decision of either of the two Boards binding on the court under principles of res judicata or collateral estoppel? I decision evidence of negligence or fault admissible in evidence at a trial? If either question is answered in the affirm what are the thought processes of a commission, express or implied, relevant? The parties' briefs are due on No 2, 2009. Oral argument on both motions will be November 10, 2009, at 3 p.m. Relates to 21mc100, 05–9141, 06–88 06–11710. Set Deadlines/Hearing as to (1572 in 1:21–mc–00100–AKH) MOTION to Quash *Subpoenas to NYPD M Board Doctors.*, (1552 in 1:21–mc–00100–AKH) MOTION to Quash *Subpoenas.* : (Signed by Judge Alvin K. Hell 10/19/09) (rjm) (Entered: 10/20/2009) |
| 10/20/2009 | | CASHIERS OFFICE REMARK on 1590 Motion to Appear Pro Hac Vice, 1589 Motion to Appear Pro Hac Vice, in amount of $50.00, paid on 10/15/2009, Receipt Number 702839. (jd) (Entered: 10/20/2009) |
| 10/23/2009 | 1602 | NOTICE OF MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. Document filed by Taylor Recycling Facil LLC.(rjm) (Entered: 10/28/2009) |
| 10/26/2009 | 1599 | NOTICE of Plaintiffs' Issuance of Non–Party Subpoena. Document filed by Plaintiffs Liaison Counsel. (Attachment Exhibit 1)(LoPalo, Christopher) (Entered: 10/26/2009) |
| 10/26/2009 | 1600 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs' Co–Liaison Couns Sullivan Papain Block McGrath &Cannavo, P.C. ("Sullivan Papain") and Defendants' Co–Liaison Counsel Patton B LLP ("Patton Boggs") will work together in good faith to schedule, as appropriate, fact witnesses noticed to date. At as Schedule A, is a list of scheduled fact depositions noticed by Plaintiffs' Co–Liaison Counsel Sullivan Papain and Groner, Edelman &Napoli, Bern LLP; IT IS FURTHER STIPULATED AND AGREED, that Defendants' Co–Liais Counsel Patton Boggs will identify and provide to Plaintiffs' Co–Liaison Counsel Sullivan Papain key witnesses wit knowledge of work performed by their respective employers during the World Trade Center rescue, recovery, and d removal operation in the aftermath of the terrorist attacks on September 11, 2001. Attached, as Schedule B, is a list witnesses with knowledge of their respective employers' above–mentioned work; IT IS FURTHER STIPULATED A AGREED, by and between the undersigned, that depositions noticed pursuant to Fed. R. Civ. P. 30(b)(6) will be co after depositions of key fact witnesses as described immediately above' to the extent that such depositions have not y taken and to be taken within the time frame allowed. IT IS FURTHER STIPULATED AND AGREED, by and betw undersigned, that discovery for trial and discovery plaintiffs in Groups A1, A2, A3, represented by Sullivan Papain hereinafter proceed upon the Group B2 discovery schedule, providing a discovery deadline of 2/9/10, and leaving al dates as they are, including the 2/14/10 date for filing motions. IT IS FURTHER STIPULATED AND AGREED, by between the undersigned, that Plaintiffs' Co–Liaison Counsel Sullivan Papain's Motion for an Order Compelling Wi to Appear for Deposition is hereby withdrawn without prejudice; and IT IS FURTHER STIPULATED AND AGREE faxed or scanned copy of a signature shall be treated as an original for the purposes of this stipulation. This Docume applies to All World Trade Center Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 10/26/09) (rjm (Entered: 10/27/2009) |
| 10/27/2009 | 1601 | ORDER. On October 8, 2009, Plaintiffs moved for an order compelling witnesses to appear for depositions. On con the parties, pursuant to a joint stipulation entered October 26, 2009, the motion is withdrawn without prejudice. The shall mark the motion (Doc. #1578) as terminated. withdrawing 1578 Motion to Compel. Relates to 21mc100, 04–7 05–1582, 05–4111, 05–9141, 07–6461, 08–9046. (Signed by Judge Alvin K. Hellerstein on 10/26/09) (rjm) Modifi 10/27/2009 (rjm). (Entered: 10/27/2009) |
| 10/28/2009 | | CASHIERS OFFICE REMARK on 1602 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 10/23/20 Receipt Number 704252. (jd) (Entered: 10/28/2009) |
| 10/29/2009 | 1603 | ORDER IDENTIFYING CASES FOR DISCOVERY ONLY FROM GROUP D3. Pursuant to Amended Case Mana Order No. 8, plaintiffs' Liaison Counsel, and defendants' Liaison Counsel have each selected two cases from Group Court, upon the recommendation of the Special Masters, has also selected two cases from Group D3. Plaintiffs' Liais |

| | | Counsel has selected: 1. Robert Traver, 07 Civ. 2433. 2. Gregory Fagan and Andree Fagan, 07 Civ. 7118. Defendan[...] Liaison Counsel has selected: 1. Luis Machado and Lucia Machado, 06 Civ. 14817. 2. Gregory Manning and Christ[...] Manning, 07 Civ. 4999. The Court has selected: 1. Lionel Payette and Michelle Payette, 07 Civ. 4213. 2. Joel Espos[...] Administrator of the Estate of John L. Esposito, and Joel Esposito Individually, 07 Civ. 8883. Accordingly, these ca[...] proceed with discovery as set out in Amended Case Management Order No. 8. Relates to 21 MC 100 (AKH), 06 Civ[...] 07 Civ. 2433, 07 Civ. 4213, 07 Civ. 4999, 07 Civ. 7118, 07 Civ. 8883. (Signed by Judge Alvin K. Hellerstein on 10[...] (rjm) (Entered: 10/29/2009) |
|---|---|---|
| 10/29/2009 | 1604 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse[...] (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 10/29/2009) |
| 10/30/2009 | 1605 | ORDER FOR ADMISSION MOTION TO ADMIT PRO HAC VICE ON WRITTEN MOTION granting 1602 Mot[...] Michael P. Kinkopf to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 10/29/09) (rjm) (Entered: 10/30/2009) |
| 10/30/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1605 Order on Motion to Appear Pro Hac Vice, to the [...] Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 10/30/2009) |
| 10/30/2009 | 1606 | STIPULATION AND ORDER. STIPULATED AND AGREED, that given the importance of the issues specified in[...] Court's October 19, 2009 Order for Further Briefing on Motions to Quash Subpoenas of FDNY and NYPD Pension [...] Medical Board Doctors, the deadline for submission of further briefing is hereby extended tbree weeks from Novem[...] 2009 to November 23, 2009; and it is further STIPULATED AND AGREED, that the November 10, 2009 oral argu[...] specified in the Court's October 19, 2009 Order shall be adjourned to a date and time to be set by the Court. Relates [...] 21mc100, 05–9141, 06–8890, 06–11710. (Signed by Judge Alvin K. Hellerstein on 10/30/09) (rjm) (Entered: 10/30[...] |
| 10/30/2009 | | Set Deadlines/Hearings: Brief due by 11/23/2009. (rjm) (Entered: 10/30/2009) |
| 11/02/2009 | 1607 | AFFIRMATION of James E. Tyrrell, Jr., Esq.. Document filed by Eagle One Roofing Contractors, Inc.. (Tyrrell, Ja[...] (Entered: 11/02/2009) |
| 11/03/2009 | 1608 | NOTICE of Notice of Motion to Admit Counsel Pro Hac Vice. Document filed by Plaintiffs Liaison Counsel. (LoPa[...] Christopher) (Entered: 11/03/2009) |
| 11/03/2009 | 1609 | AFFIRMATION of James E. Tyrrell, Jr., Esq.. Document filed by City of New York. (Tyrrell, James) (Entered: 11/[...] |
| 11/03/2009 | 1610 | ORDER ADMITTING COUNSEL PRO HAC VICE. This matter having been brought by the Court by motion to a[...] Michael C. Mace pro hac vice to appear and participate as counsel for Plaintiffs filed by Worby Groner Edelman &N[...] Bern, LLP in the above referenced Master Dockets, the supporting Affirmations and Certificates of Good Standing; [...] hereby ORDERED, that, pursuant to Local Civil Rule 1.3(c) of this Court, Michael C. Mace is admitted pro hac vic[...] practice before this Court as counsel in all cases filed by Worby Groner Edelman &Napoli Bern, LLP in the above [...] Dockets. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 11/3/09) (rjm) (Entere[...] 11/04/2009) |
| 11/03/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1610 Order, to the Attorney Admissions Clerk for upda[...] Attorney Information. (rjm) (Entered: 11/04/2009) |
| 11/05/2009 | 1615 | MOTION for Alashia L. Chan to Appear Pro Hac Vice. Document filed by Deutsche Bank Trust Company America[...] Deutsche Bank Trust Corporation, DB Private Clients Corporation, DBAB Wall [...] LLC. Relates to 21mc100, 21mc102, 21mc103.(rjm) (Entered: 11/10/2009) |
| 11/05/2009 | 1616 | NOTICE OF MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. Document filed by Taylor Recycling Facili[...] (rjm) (Entered: 11/12/2009) |
| 11/05/2009 | 1617 | MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. Document filed by Deutsche Bank Trust Company Ame[...] Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, DB Private Clients Corporation, DBAB Wall St[...] Relates to 21mc100, 21mc102, 21mc103. (rjm) (Entered: 11/12/2009) |
| 11/05/2009 | 1618 | MOTION for Maureen C. Pavely to Appear Pro Hac Vice. Document filed by Deutsche Bank Trust Company Ameri[...] Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche Bank [...] Corporation, DBAB Wall Street LLC. Relates to 21mc100, 21mc102, 21mc103. (rjm) (Entered: 11/12/2009) |
| 11/06/2009 | 1611 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs' Co–Liaison Couns[...] Groner, Edelman &Napoli, Bern LIP and Defendants' Co–Liaison Counsel Patton Boggs LLP will work together in [...] faith to schedule, as appropriate, fact witnesses noticed to date in connection with Structural and Design Engineer di[...] and it is further STIPULATED AND AGREED, that depositions of Plaintiff's noticed by the Structural and Design [...] Defendants and Depositions of the Structural and Design Engineer Defendants and/or any of their employees notice[...] Plaintiffs shall be concluded by no later than DECEMBER 13, 2009; and it is further STIPULATED AND AGREE[...] any renewed motion for summary judgment on behalf of the Structural and Design Engineer Defendants shall be bro[...] later than JANUARY 15, 2010; and that, in accordance with the Court's Order of January 5, 2009, Plaintiffs' Opposi[...] |

| | | |
|---|---|---|
| | | be filed within 35 days after the renewed motion is filed and a reply by the Structural and Design Engineer Defenda be filed no later than 20 days after Plaintiffs' Opposition is filed. Relates to 21mc100, 21mc103. (Signed by Judge A Hellerstein on 11/6/09) (rjm) (Entered: 11/09/2009) |
| 1/06/2009 | | Set Deadlines/Hearings: Deposition due by 12/13/2009. Motions due by 1/15/2010. (rjm) (Entered: 11/09/2009) |
| 1/09/2009 | 1612 | MOTION to Compel *James Carpenter to Appear for Deposition*. Document filed by Plaintiffs Liaison Counsel.(Car Andrew) (Entered: 11/09/2009) |
| 1/09/2009 | 1613 | DECLARATION of Andrew J. Carboy in Support re: 1612 MOTION to Compel *James Carpenter to Appear for Deposition*.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit Exhibit A–B)(Carboy, Andrew (Entered: 11/09/2009) |
| 1/09/2009 | 1614 | AFFIDAVIT OF SERVICE of Notice of Motion for an Order Compelling James Carpenter to Appear for Depositio Declaration of Andrew J. Carboy in Support of Motion for an Order Compelling James Carpenter to Appear for Dep Supporting Exhibits A–B served on Patton Boggs LLP, Corporation Counsel of the City of New York, Napoli Bern and Worby, Groner, et al on November 9, 2009. Service was made by Mail. Document filed by Plaintiffs Liaison Co (Carboy, Andrew) (Entered: 11/09/2009) |
| 1/13/2009 | 1619 | RESPONSE to Discovery Request from SILVERSTEIN PROPERTIES, INC., and CITY OF NEW YORK,.Docum by David Nolan, Louise Nolan.(Giannini, A.) (Entered: 11/13/2009) |
| 1/13/2009 | 1620 | ORDER DISMISSING CLAIMS UNDER WORKERS COMPENSATION LAW. For the reasons stated above, I gr Defendant's motion to dismiss. The Clerk shall mark the motion (Doc. No. 4) as terminated. Relates to 21mc100, 08 Motions terminated: (4 in 1:08–cv–03847–AKH) MOTION to Dismiss *the Complaint*. filed by New York City Tra Authority. (Signed by Judge Alvin K. Hellerstein on 11/13/09) (rjm) Modified on 11/16/2009 (rjm). (Entered: 11/16 |
| 1/16/2009 | 1621 | ORDER. IT IS HEREBY ORDERED that Maureen C. Pavely is admitted to practice pro hac vice as counsel for De Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and D Wall Street LLC (collectively "Deutsche Bank Defendants") in the above captioned case in the United States Distric for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of th including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) s counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice Clerk of the Court. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 11/16/09) (r (Entered: 11/16/2009) |
| 1/16/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1621 Order to the Attorney Admissions Clerk for upda Attorney Information. (rjm) (Entered: 11/16/2009) |
| 1/16/2009 | 1622 | ORDER. IT IS HEREBY ORDERED that Jairo Andres Mayor is admitted to practice pro hac vice as counsel for De Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and D Wall Street LLC (collectively "Deutsche Bank Defendants") in the above captioned cases in the United States Distri for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of th including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) s counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice Clerk of the Court. (Signed by Judge Alvin K. Hellerstein on 11/16/09) (rjm) (Entered: 11/16/2009) |
| 1/16/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1622 Order, to the Attorney Admissions Clerk for upda Attorney Information. (rjm) (Entered: 11/16/2009) |
| 1/16/2009 | 1623 | ORDER FOR ADMISSION MOTION TO ADMIT PRO HAC VICE ON WRITTEN MOTION. IT IS HEREBY ORDERED that Jennifer M. Brooks is admitted to practice, pro hac vice, as counsel for Defendant, Taylor Recyclin above captioned action in the United States District Court of the Southern District of New York. All attorneys appea before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for the ECF passwor nysd.uscourts.gov. Counsel shall forward the appropriate fee to the Clerk of Court. granting 1616 Motion for Jennif Brooks to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 11/16/09) (rjm) (Entered: 11/16/2009) |
| 1/16/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1623 Order on Motion to Appear Pro Hac Vice, to the Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 11/16/2009) |
| 1/16/2009 | 1624 | ORDER. IT IS HEREBY ORDERED that Alashia L. Chan is admitted to practice pro hac vice as counsel for Defen Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and D Wall Street LLC (collectively "Deutsche Bank Defendants") in the above captioned cases in the United States Distri for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of th including the Rilles governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) s counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice Clerk of the Court. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 11/16/09) (r |

| | | |
|---|---|---|
| | | (Entered: 11/16/2009) |
| 11/16/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1624 Order, to the Attorney Admissions Clerk for upda Attorney Information. (rjm) (Entered: 11/16/2009) |
| 11/16/2009 | 1625 | NOTICE OF APPEARANCE by Lorraine Gwynneth McKay on behalf of Tishman Construction Corporation of Ma Tishman Construction Corporation of New York, Tishman Interiors Corporation (McKay, Lorraine) (Entered: 11/16 |
| 11/17/2009 | | CASHIERS OFFICE REMARK on 1610 Order,, in the amount of $25.00, paid on 11/04/2009, Receipt Number 705 (Entered: 11/17/2009) |
| 11/17/2009 | | CASHIERS OFFICE REMARK on 1616 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 11/05/20 Receipt Number 705210. (jd) (Entered: 11/17/2009) |
| 11/17/2009 | | CASHIERS OFFICE REMARK on 1615 Motion to Appear Pro Hac Vice, 1617 Motion to Appear Pro Hac Vice, 16 Motion to Appear Pro Hac Vice, in the amount of $75.00, paid on 11/05/2009, Receipt Number 705206. (jd) (Entere 11/17/2009) |
| 11/19/2009 | 1626 | RESPONSE to Discovery Request from PORT AUTHORITY OF NEW YORK and NEW JERSEY, WORLD TRA CENTER PROPERTIES, LLC and CITY OF NEW YORK.Document filed by Andrew Scallo, Diane Scallo.(Giann (Entered: 11/19/2009) |
| 11/20/2009 | 1627 | MEMORANDUM ENDORSEMENT RE: NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER COMPELLING JAMES CARPENTER TO APPEAR FOR DEPOSITION. granting 1612 Motion to Compel. ENDORSEMENT: So Relates to All Cases. (Signed by Judge Alvin K. Hellerstein on 11/20/09) (rjm) (Entered: 11/20/2009) |
| 11/21/2009 | 1628 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 11/21/2009) |
| 11/23/2009 | 1629 | AFFIDAVIT of Dorothy Kunstadt in Support re: 1572 MOTION to Quash *Subpoenas to NYPD Medical Board Doc* Document filed by City of New York. (Gleason, Scot) (Entered: 11/23/2009) |
| 11/23/2009 | 1630 | RESPONSE to Motion re: 1572 MOTION to Quash *Subpoenas to NYPD Medical Board Doctors. re questions raise Court*. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 11/23/2009) |
| 11/23/2009 | 1631 | CERTIFICATE OF SERVICE of memorandum of law served on plt liaison counsel on November 23, 2009. Service made by mail. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 11/23/2009) |
| 11/23/2009 | 1632 | AFFIRMATION of Denise A. Rubin in Support re: 1572 MOTION to Quash *Subpoenas to NYPD Medical Boar Doctors.*. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit Ex A – Co–Liaison's Memorand Opp, # 2 Exhibit Ex B – Cp–Liaison Counsel's Supp Memorandum in Opp)(Rubin, Denise) (Entered: 11/23/2009) |
| 11/23/2009 | 1633 | REPLY AFFIRMATION of James E. Tyrrell, Jr., Esq. in Support re: 1572 MOTION to Quash *Subpoenas to NYPD Board Doctors.*, 1552 MOTION to Quash *Subpoenas.*. Document filed by The City of New York. (Attachments: # 1 1)(Tyrrell, James) (Entered: 11/23/2009) |
| 11/23/2009 | 1634 | REPLY MEMORANDUM OF LAW in Support re: 1572 MOTION to Quash *Subpoenas to NYPD Medical Board L 1552 MOTION to Quash *Subpoenas.*. Document filed by The City of New York. (Tyrrell, James) (Entered: 11/23/2 |
| 11/24/2009 | 1635 | REPLY MEMORANDUM OF LAW in Opposition re: 1552 MOTION to Quash *Subpoenas. Supplemental Memora Law Addressing Collateral Estoppel Effect of FDNY Pension Board Determinations and in Further Support of Plai Opposition to Motion to Quash Subpoena*. Document filed by Raymond Hauber. (Carboy, Andrew) (Entered: 11/24 |
| 11/24/2009 | 1636 | AFFIRMATION of Andrew J. Carboy in Support re: 1635 Reply Memorandum of Law in Oppisition to Motion,. D filed by Raymond Hauber. (Attachments: # 1 Exhibit Exhibit_1, # 2 Exhibit Exhibit_2–5, # 3 Exhibit Exhibit_6, # 4 Exhibit Exhibit_6–section–1, # 5 Exhibit Exhibit_6–section–2, # 6 Exhibit Exhibit_6–section–3, # 7 Exhibit Exhibit_6–sec 8 Exhibit Exhibit_6–section–5, # 9 Exhibit Exhibit_6–section–6, # 10 Exhibit Exhibit_7–1, # 11 Exhibit Exhibit_7– Exhibit Exhibit_7–3, # 13 Exhibit Exhibit_7–4)(Carboy, Andrew) (Entered: 11/24/2009) |
| 11/24/2009 | 1637 | CERTIFICATE OF SERVICE of Supplemental Memorandum of Law Addressing Collateral Estoppel Effect of FDI Pension Board Determinations and in Further Support of Plaintiff's Opposition to Motion to Quash Subpoena; and Certification of Andrew J. Carboy, Plaintiff's Counsel, Addressing Collateral Estoppel Effect of FDNY Pension Boa Determinations and in Further Support of Plaintiff's Opposition to Motion to Quash Subpoena and supporting exhibi on Patton Boggs LLP, Corporation Counsel of the City of New York, Napoli Bern Ripka and Worby, Groner, et al. 11/23/2009. Service was made by Mail. Document filed by Raymond Hauber. (Carboy, Andrew) (Entered: 11/24/20 |
| 11/24/2009 | 1638 | MEMORANDUM OF LAW in Opposition re: 1606 Stipulation and Order,,. Document filed by Raymond Hauber. ( Andrew) (Entered: 11/24/2009) |

| 11/24/2009 | 1639 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul A. Marber dated 11/16/09 re: Within the months, I have been receiving at pmarber@cochranfirm.com numerous e–mails concerning the referenced litigation However, neither I nor my firm (as far as I know) represent any litigants in the September 11 litigation. While I handl cases when I was previously employed at Sullivan Papain et al., I have not represented any parties in these matters s January 2005. Would you kindly remove my e–mail address from the distribution list? ENDORSEMENT: So Ordere Attorney Paul Andrew Marber terminated. (Signed by Judge Alvin K. Hellerstein on 11/24/09) (rjm) (Entered: 11/24 |
|---|---|---|
| 11/24/2009 | 1640 | AFFIRMATION of Andrew J. Carboy in Opposition re: 1638 Memorandum of Law in Opposition. Document filed Raymond Hauber. (Attachments: # 1 Exhibit Exhibit_1, # 2 Exhibit Exhibit_6, # 3 Exhibit Exhibit_6, # 4 Exhib Exhibit_6–section–1, # 5 Exhibit Exhibit_6–section–2, # 6 Exhibit Exhibit_6–section–3, # 7 Exhibit Exhibit_6–sec 8 Exhibit Exhibit_6–section–5, # 9 Exhibit Exhibit_6–section–6, # 10 Exhibit Exhibit_7–1, # 11 Exhibit Exhibit_7– Exhibit Exhibit_7–3, # 13 Exhibit Exhibit_7–4)(Carboy, Andrew) (Entered: 11/24/2009) |
| 11/25/2009 | 1641 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Andrew J. Carboy dated 11/23/09 re: Plaintiff co–liaison counsel respectfully request this Court's permission to file, in hard copy, our Supplemental Memorandum Addressing Collateral Estoppel Effect of FDNY Pension Board Determinations and in Further Support of Plaintiff's Opposition to Motion to Quash Subpoena and Certification of Andrew J. Carboy, Plaintiffs Counsel, Addressing Co Estoppel Effect of FDNY Pension Board Determinations and in Further Support of Plaintiff's Opposition to Motion Subpoena. ENDORSEMENT: So Ordered, nunc pro tunc. (Signed by Judge Alvin K. Hellerstein on 11/24/09) (rjm) Modified on 12/2/2009 (rjm). (Entered: 11/25/2009) |
| 11/25/2009 | 1643 | MOTION for Joseph A. Clark to Appear Pro Hac Vice. Document filed by Deutsche Bank Trust Company America Deutsche Bank Trust Corporation, DB Private Clients Corporation, DBAB Wall Street LLC.(jmi) (Entered: 12/01/2 |
| 11/25/2009 | 1649 | MOTION for Aaron J. Stahl to Appear Pro Hac Vice. Document filed by Deutsche Bank Trust Company Americas, Private Clients Corporation, Deutsche Bank Trust Corporation, DBAB Wall Street LLC.(jmi) Modified on 12/2/200 (Entered: 12/02/2009) |
| 11/25/2009 | 1650 | MOTION for Brian S. Levine to Appear Pro Hac Vice. Document filed by Tishman Construction Corporation of Ma Tishman Interiors Corporation, Tishman Construction Corporation of Manhattan, Tishman Construction Corporatio York, Tishman Interiors Corporation.(jmi) (Entered: 12/02/2009) |
| 12/01/2009 | 1642 | NOTICE of Plaintiffs' Application to Admit Brian D. Crosby Pro Hac Vice. Document filed by Plaintiffs Liaison Co (LoPalo, Christopher) (Entered: 12/01/2009) |
| 12/01/2009 | 1644 | MOTION for an Order compelling Mayris Webber, DrPH to Appear for Deposition. Document filed by Plaintiffs L Counsel.(Carboy, Andrew) (Entered: 12/01/2009) |
| 12/01/2009 | 1645 | DECLARATION of Andrew J. Carboy in Support re: 1644 MOTION for an Order compelling Mayris Webber, DrPl Appear for Deposition.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit Exhibit A, # 2 Exh Exhibit B, # 3 Exhibit Exhibit C)(Carboy, Andrew) (Entered: 12/01/2009) |
| 12/01/2009 | 1646 | AFFIDAVIT OF SERVICE of Motion for an Order compelling Mayris Webber, DrPH to Appear for Deposition; an Declaration of Andrew J. Carboy in Support of Motion for an Order compelling Mayris Webber, DrPH to Appear fo Deposition and supporting exhibits served on Mary Scranton, Esq., Patton Boggs LLP, Napoli Bern Ripka and Worl Groner, et al. on 12/01/2009. Service was made by MAIL. Document filed by Plaintiffs Liaison Counsel. (Carboy, A (Entered: 12/01/2009) |
| 12/01/2009 | 1647 | MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. Docu filed by City of New York, Bovis Lend Lease LMB, Inc., Turner Construction Company, Tully Construction Co., In AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merri Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corpora LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., AMEC Earth &Environmen Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Cons Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engin P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineer Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipme Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., MRA Engineering, P.C., Mueser Rutledg Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre & Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Re Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., T Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Moretrench America Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yan |

| | | |
|---|---|---|
| | | &Sons, Inc., Tucci Equipment Rental Corporation. (Attachments: # 1 Proposed Trial Plan)(Tyrrell, James) (Entered: 12/01/2009) |
| 12/01/2009 | 1648 | MEMORANDUM OF LAW in Support re: 1647 MOTION Trial Plan Governing the Disposition of Cases Selected to Case Management Order No. 8.. Document filed by City of New York, Bovis Lend Lease LMB, Inc., Tully Cons Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlanti Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semco Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lu Pitkin, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &C Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer−Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo−Tech, Diamond Point Excavating C Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En−Tech Co Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Truck Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laqu Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Manafort Bro Inc., Mazzocchi Wrecking Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Co Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., S Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollme Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty M Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Moretrench American Corp., Nacirema Industries, In Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation. (Tyrrell, James) (Entered: 12/01/2009) |
| 12/01/2009 | 1651 | ORDER ADMITTING COUNSEL PRO HAC VICE. It is hereby ORDERED, that, pursuant to Local Civil Rule 1.3 this Court, Brian D. Crosby is admitted pro hac vice to practice before this Court as counsel in all cases filed by Wo Groner Edelman &Napoli Bern, LLP in the above Master Dockets. This Document Relates to 21mc100, 21mc102, 2 (Signed by Judge Alvin K. Hellerstein on 12/1/09) (rjm) (Entered: 12/02/2009) |
| 12/01/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1651 Order, to the Attorney Admissions Clerk for upda Attorney Information. (rjm) (Entered: 12/02/2009) |
| 12/02/2009 | 1652 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 12/1/09 re: Defenda Co−Liaison Counsel and Plaintiffs' Co−Liaison Counsel respectfully submit this joint letter setting forth the parties' respective positions regarding Plaintiffs' failure to produce certain Plaintiffs for deposition. ENDORSEMENT: Plain promptly shall produce the four for depositions whether or not they have relevant information and to what extent are subjects for questioning. (Signed by Judge Alvin K. Hellerstein on 12/2/09) (rjm) (Entered: 12/02/2009) |
| 12/02/2009 | 1653 | NOTICE OF APPEARANCE by Maria J. Ciccia on behalf of Tishman Construction Corporation of Manhattan, Tish Construction Corporation of New York, Tishman Interiors Corporation (Ciccia, Maria) (Entered: 12/02/2009) |
| 12/03/2009 | 1654 | ORDER DENYING MOTION TO COMPEL. On December 1, 2009, Plaintiffs moved for an order compelling May Webber, DrPH to appear for deposition. I deny Plaintiffs' motion to compel. The Clerk shall mark the motion (Doc. 1644) as terminated. denying 1644 Motion for an order compelling Mayris Webber, DrPH to appear for deposition. by Judge Alvin K. Hellerstein on 12/3/09) (rjm) (Entered: 12/03/2009) |
| 12/04/2009 | 1655 | ORDER. ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership of the attach steel (Exhibit A) currently located at John F. Kennedy International Airport, Hangar 17, and it is further ORDERED transfer and the recipient organization's possession of certain WTC Artifacts shall be subject to the right of any party September 11 Litigations or their representatives to inspect and test any steel artifact upon ten days notice to the rec organization and the Port Authority. Relates to 21mc97, 21mc101, 21mc100. (Signed by Judge Alvin K. Hellerstein 12/3/09) (rjm) (Entered: 12/04/2009) |
| 12/04/2009 | 1656 | ORDER. IT IS HEREBY ORDERED that Joseph A. Clark is admitted to practice pro hac vice as counsel for Defen Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and D Wall Street LLC (collectively "Deutsche Bank Defendants") in the above captioned case in the United States Distric for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of th including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) s counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice Clerk of the Court. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 12/3/09) (rj (Entered: 12/04/2009) |
| 12/04/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1656 Order, to the Attorney Admissions Clerk for upda Attorney Information. (rjm) (Entered: 12/04/2009) |

| 12/04/2009 | 1657 | ORDER. IT IS HEREBY ORDERED that Aaron J. Stahl is admitted to practice pro hac vice as counsel for Defenda[...] Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and D[...] Wall Street LLC (collectively "Deutsche Bank Defendants") in the above captioned cases in the United States Distri[...] for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of th[...] including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) s[...] counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice f[...] Clerk of the Court. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 12/3/09) (rjm[...] (Entered: 12/04/2009) |
| 12/04/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1657 Order, to the Attorney Admissions Clerk for upda[...] Attorney Information. (rjm) (Entered: 12/04/2009) |
| 12/04/2009 | 1658 | ORDER. ORDERED that the Defendant's motion to have Brian S. Levine, Esquire admitted to practice law in the U[...] States District Court for the Southern District of New York pro hac vice in connection with the above-captioned cas[...] GRANTED. Counsel is directed to immediately apply for an ECF password at www.nysd.uscourts.gov and shall for[...] pro hac vice fee to the Clerk of the Court. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hell[...] on 12/3/09) (rjm) (Entered: 12/04/2009) |
| 12/04/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1658 Order, to the Attorney Admissions Clerk for upda[...] Attorney Information. (rjm) (Entered: 12/04/2009) |
| 12/07/2009 | 1659 | NOTICE of Deposition. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Pilli[...] Marc) (Entered: 12/07/2009) |
| 12/07/2009 | 1660 | NOTICE of Deposition. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Pilli[...] Marc) (Entered: 12/07/2009) |
| 12/08/2009 | 1661 | MOTION for Reconsideration *of the Court's Order Dated December 3, 2009 Denying Motion to Compel Mayris We[...] DrPH to Appear for Deposition*. Document filed by Plaintiffs Liaison Counsel.(Carboy, Andrew) (Entered: 12/08/20[...] |
| 12/08/2009 | 1662 | DECLARATION of Andrew J. Carboy in Support re: 1661 MOTION for Reconsideration *of the Court's Order Date[...] December 3, 2009 Denying Motion to Compel Mayris Webber, DrPH to Appear for Deposition.*. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Carboy Andrew) (Entered: 12/08/2009) |
| 12/08/2009 | 1663 | MEMORANDUM OF LAW in Support re: 1661 MOTION for Reconsideration *of the Court's Order Dated Decem[...] 2009 Denying Motion to Compel Mayris Webber, DrPH to Appear for Deposition.*. Document filed by Plaintiffs Lia[...] Counsel. (Carboy, Andrew) (Entered: 12/08/2009) |
| 12/08/2009 | 1664 | AFFIDAVIT OF SERVICE of Notice of Plaintiffs' Motion for Reconsideration for the Court's Order Dated Decemb[...] 2009 Denying Motion to Compel Mayris Webber, DrPH, to Appear for Deposition; and Certification of Andrew J. C[...] Support of Motion for Reconsideration of the Court's Order Dated December 3, 2009 Denying Motion to Compel M[...] Webber, DrPH to Appear for Deposition and supporting exhibits; and Memorandum of Law In Support of Plaintiffs[...] for Reconsideration of the Court's Order Dated December 3, 2009 Denying Motion to Compel Mayris Webber, DrP[...] Appear for Deposition served on Mary Scranton, Esq., Patton Boggs LLP, Napoli Bern Ripka and Worby, Groner, e[...] 12/8/2009. Service was made by Mail. Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 12/08/2009) |
| 12/08/2009 | 1665 | NOTICE of Affirmation. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 12/08/2009[...] |
| 12/08/2009 | 1667 | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Oral Argument held on 12/8/2009 re: MOTIO[...] Quash *Subpoenas*. (tro) (Entered: 12/10/2009) |
| 12/09/2009 | 1666 | ORDER AND OPINION GRANTING MOTIONS TO QUASH SUBPOENAS OF FDNY AND NYPD PENSION [...] MEDICAL BOARD DOCTORS. For the reasons stated, I grant the City's Motions to Quash the Subpoenas of the F[...] NYPD Pension Fund Medical Boards. The Clerk shall mark the motions (Doc. Nos. 1552 and 1572 in Case No. 21m[...] terminated. Relates to 21mc100, 05-9141, 06-8890, 06-11710. (Signed by Judge Alvin K. Hellerstein on 12/9/09) [...] (Entered: 12/09/2009) |
| 12/10/2009 | 1668 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse[...] (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 12/10/2009) |
| 12/11/2009 | 1669 | ORDER DENYING MOTION FOR RECONSIDERATION. For the reasons set forth in this Order, I deny Plaintiffs[...] for reconsideration. The Clerk shall mark the motion (Doc. No. 1661) as terminated. denying 1661 Motion for Reconsideration re 1654 Order on Motion for Miscellaneous Relief. (Signed by Judge Alvin K. Hellerstein on 12/10[...] (rjm) (Entered: 12/11/2009) |
| 12/15/2009 | 1670 | ORDER DENYING MOTION IN SUPPORT OF TRIAL PLAN. Accordingly, the court will meet with counsel on [...] 19, 2010, at 4:00 p.m. Liaison counsel shall meet in advance of that date, and submit a proposed agenda to the court[...] |

| | | January 12, 2010. The Clerk shall mark the motion (Doc. No. 1647) as terminated. terminating 1647 Motion for Trial Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. SO ORDERED. (Signed by Alvin K. Hellerstein on 12/14/2009) (jmi) Modified on 12/18/2009 (rjm). (Entered: 12/15/2009) |
|---|---|---|
| 12/15/2009 | | Set/Reset Hearings: Status Conference set for 1/19/2010 at 04:00 PM before Judge Alvin K. Hellerstein. (jmi) (Entered: 12/15/2009) |
| 12/16/2009 | 1671 | NOTICE of Withdrawal of EBT Notice. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 12/16/2009) |
| 12/16/2009 | | CASHIERS OFFICE REMARK on 1650 Motion to Appear Pro Hac Vice, 1649 Motion to Appear Pro Hac Vice, 16 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 11/25/2009, Receipt Number 707151,707154. (jd) (Entered: 12/16/2009) |
| 12/17/2009 | 1672 | FIRST MOTION for Protective Order *Based on Privacy Act*. Document filed by United States.(Talson, Steven) (Entered: 12/17/2009) |
| 12/17/2009 | 1673 | FIRST MOTION for Protective Order *Notice of Motion*. Document filed by United States.(Talson, Steven) (Entered: 12/17/2009) |
| 12/21/2009 | | CASHIERS OFFICE REMARK on 1642 Notice (Other) in the amount of $25.00, paid on 12/02/2009, Receipt Number 707410. (jd) (Entered: 12/21/2009) |
| 12/21/2009 | 1674 | ORDER IDENTIFYING CASES FOR DISCOVERY ONLY FROM GROUP E3. Pursuant to Amended Case Management Order No. 8, Plaintiffs' Liaison Counsel, and defendants' Liaison Counsel have each selected two cases from Group Court, upon the recommendation of the Special Masters, has also selected two cases from Group E3. Plaintiffs' Liais Counsel has selected: 1. David Sozio and Maureen Sozio, 08 Civ. 17871. 2. James Mills and Susan Mills, 09 Civ. 7 Defendants' Liaison Counsel has selected: 1. Maria Biagini, 07 Civ. 10924. 2. Harold Gillingham and Evelyn Gillin Civ. 828. The Court has selected: 1. William Scumaci and Doreen M. Scumaci, 08 Civ. 4667. 2. Ricardo Romero, 0 4801. Accordingly, these cases will proceed with discovery as set out in Amended Case Management Order No. 8. 21mc100, 07–10924, 08–828, 08–1787, 08–4801, 08–4667, 09–789. (Signed by Judge Alvin K. Hellerstein on 12/ (rjm) (Entered: 12/21/2009) |
| 12/23/2009 | 1675 | NOTICE of Plaintiffs' Issuance of Non–Party Subpoena. Document filed by Plaintiffs Liaison Counsel. (Attachment Exhibit 1)(LoPalo, Christopher) (Entered: 12/23/2009) |
| 12/28/2009 | 1676 | MOTION to Amend/Correct *Notice of Motion by The Port Authority of New York and New Jersey to Amend it's Mas Answer*. Document filed by The Port Authority of New York &New Jersey.(Jacob, Beth) (Entered: 12/28/2009) |
| 12/28/2009 | 1677 | MEMORANDUM of LAW in Support re: 1676 MOTION to Amend/Correct *Notice of Motion by The Port Author New York and New Jersey to Amend it's Master Answer*.. Document filed by The Port Authority of New York &Ne (Jacob, Beth) (Entered: 12/28/2009) |
| 12/28/2009 | 1678 | DECLARATION of Beth D. Jacob in Support re: 1676 MOTION to Amend/Correct *Notice of Motion by The Port A of New York and New Jersey to Amend it's Master Answer*.. Document filed by The Port Authority of New York &N Jersey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Jacob, Beth) (Entered: 12/28/2009 |
| 12/29/2009 | 1679 | MOTION to Compel *Robert Montwaid to Appear for Deposition*. Document filed by Bovis Lend Lease LMB, Inc., Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc. Earth &Environmental, Inc., A Russo Wrecking, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, In Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construc Corp., C.B. Contracting Corp., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Co Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Truck Corp., Weeks Marine, Inc., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Halle Welding Services, Inc., HP Environmental, Inc., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, l Inc., Evergreen Recycling of Corona, Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual G LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., MRA Enginee P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Peter Scalamandre &Sons, Inc., Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Lockwood, Kessler &Bartlett, Inc., Moretrench American Corp., Industries, Inc., Nicholson Construction Co., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipme Corporation, The City of New York. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Westenb Eric) (Entered: 12/29/2009) |

| | | |
|---|---|---|
| 12/29/2009 | 1680 | DECLARATION of Eric S. Westenberger in Support re: 1679 MOTION to Compel *Robert Montwaid to Appear for Deposition*.. Document filed by Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Co., AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merri... Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corpora... LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., AMEC Earth &Environmen... A Russo Wrecking, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Bre... Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp... Contracting Co. Inc., Dakota Demo−Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterp... Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En−Tech Corp., Ewell W. Finley, P.C., Executive Medical S... P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Gilsanz, Murray, Ste... LLP, Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Laq... Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Leslie E. Rob... Associates Consulting Engineers, P.C., Liberty Mutual Group, LZA Tech. – Div. of Thornton Tomasetti Group, Ma... Brothers, Inc., Mazzocchi Wrecking Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New Yo... &Equipment Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &... Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB... Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollme... Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Moretrenc... American Corp., Nacirema Industries, Inc., Nicholson Construction Co., Wolkow Braker Roofing Corp., Yannuzzi ... Inc., Tucci Equipment Rental Corporation, The City of New York. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 E # 4 Exhibit D, # 5 Exhibit E)(Westenberger, Eric) (Entered: 12/29/2009) |
| 12/29/2009 | 1681 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Christopher LoPalo dated 12/28/09 re: Objecti... submission of letter that violates Rule 2E procedure. ENDORSEMENT: The objections of plaintiffs are clear in rela... my 12/2/09 Order. If plaintiffs fail to: (1) Submit plaintiff O'Brien for deposition on 1/6/10 at 10:00 am; or (2) Subm... plaintiff Saccomagno for deposition on 1/7/10 at 10:00 am; or (3) complete Mr. Eschenasy's deposition on 1/8/10 at... am, sanctions will be considered. (Signed by Judge Alvin K. Hellerstein on 12/29/09) (db) (Entered: 12/29/2009) |
| 12/29/2009 | 1682 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 12/29/2009) |
| 12/30/2009 | 1683 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise A. Rubin dated 12/29/09 re: Misunders... in Endorsed Letter of 12/28/09. ENDORSEMENT: Counsel shall meet to discuss and attempt to resolve the open di... and shall bring all unresolved matters to me, at argument, on January 6, 2010 at 3:30 pm. (Oral Argument set for 1/6... 03:30 PM before Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 12/30/09) (db) (Entered: 12/30/2009) |
| 12/30/2009 | 1684 | MEMORANDUM ENDORSEMENT re: NOTICE OF MOTION BY THE PORT AUTHORITY OF NEW YORK ... NEW JERSEY TO AMEND ITS MASTER ANSWER. ORDER denying 1676 Motion to Amend/Correct 1676 MO... Amend/Correct *Notice of Motion by The Port Authority of New York and New Jersey to Amend it's Master Answer*. ENDORSEMENT: Motion denied. Either the defenses are duplicative, in which case they are not needed or, if need... prejudice or confusion at the eve of discovery closure. (Signed by Judge Alvin K. Hellerstein on 12/30/09) (db) (Ent... 12/30/2009) |
| 1/04/2010 | 1685 | TRANSCRIPT of proceedings held on 12/8/09, 2:53pm before Judge Alvin K. Hellerstein. (rjm) (Entered: 01/04/20... |
| 1/07/2010 | 1687 | MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. Document filed by Deutsche Bank Trust Company Am... Deutsche Bank Trust Corporation, DB Private Clients Corporation, DBAB Wall Street LLC. Relates to 21mc100, 2... 21mc103.(rjm) (Entered: 01/11/2010) |
| 1/08/2010 | 1686 | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii). IT IS HEREBY STIPU... AND AGREED by and between the parties and their respective counsel that the above−captioned action is voluntari... dismissed with prejudice against the Defendants (listed in Attachment A) pursuant to the Federal Rules of Civil Proc... 41(a)(1)(A)(ii) and without costs and disbursements to either party as against the other. Relates to 21mc100, 06−123... (Signed by Judge Alvin K. Hellerstein on 1/7/10) (rjm) (Entered: 01/08/2010) |
| 1/13/2010 | 1688 | AFFIRMATION of James E. Tyrrell, Jr., Esq.. Document filed by Semcor Equipment and Manufacturing Corporati... (Tyrrell, James) (Entered: 01/13/2010) |
| 1/14/2010 | 1689 | ORDER. IT IS HEREBY ORDERED that Cynthia K. Courtney is admitted to practice pro hac vice as counsel for Defendants Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corpor... and DBAB Wall Street LLC (collectively "Deutsche Bank Defendants") in the above captioned case in the United S... District Court for the Southern District of New York. granting 1687 Motion for Cynthia K. Courtney to Appear Pro... Vice. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 1/13/10) (rjm) (Entered: 01/14/2010) |

| | | |
|---|---|---|
| 1/14/2010 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1689 Order on Motion to Appear Pro Hac Vice, to the Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 01/14/2010) |
| 1/14/2010 | 1690 | NOTICE of Plaintiffs' Issuance of Non–Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachment: Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(LoPalo, Christopher) (Entered: 01/14/2010) |
| 1/14/2010 | 1691 | NOTICE of Plaintiffs' Issuance of Non–Party Subpoenas. Document filed by Plaintiffs Liaison Counsel. (Attachment: Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Ex 10 Exhibit 10)(LoPalo, Christopher) (Entered: 01/14/2010) |
| 1/14/2010 | 1692 | NOTICE of Plaintiffs' Issuance of Non–Party Subpoena. Document filed by Plaintiffs Liaison Counsel. (Attachment: Exhibit 1)(LoPalo, Christopher) (Entered: 01/14/2010) |
| 1/15/2010 | 1693 | MOTION for Summary Judgment *Notice of Motion for Summary Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York Unconsolidated Laws § 7107*. Document filed by The Port Authority of New York &New Jersey.(Jacob, Beth) (Entered: 01/15/2010) |
| 1/15/2010 | 1694 | MEMORANDUM of LAW in Support re: 1693 MOTION for Summary Judgment *Notice of Motion for Summary Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York Unconsolidated Laws § 7107..* Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 01/15/2010) |
| 1/15/2010 | 1695 | DECLARATION of M. Eleonor Ignacio in Support re: 1693 MOTION for Summary Judgment *Notice of Motion for Summary Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York Unconsolidated Laws § 7107..* Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 01/15/2010) |
| 1/15/2010 | 1696 | MOTION for Summary Judgment *On Behalf of the Structural Engineer Defendants*. Document filed by Skidmore Owings &Merrill LLP, Simpson Gumpertz &Heger Inc., Lucius Pitkin, Inc., Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Lockwood, Kessler &Bartlett, Inc., Robert Silman Associates, P.C..(Tyrrell, James) (Entered: 01/15/2010) |
| 1/15/2010 | 1697 | RULE 56.1 STATEMENT. Document filed by Skidmore Owings &Merrill LLP, Simpson Gumpertz &Heger Inc., Lucius Pitkin, Inc., Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., MRA Engineering, Mueser Rutledge Consulting Engineers, Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Lockwood, Kessler &Bartlett, Inc., Robert Silman Associates, P.C.. (Tyrrell, James) (Entered: 01/15/2010) |
| 1/15/2010 | 1698 | MEMORANDUM of LAW in Support re: 1696 MOTION for Summary Judgment *On Behalf of the Structural Engineer Defendants..* Document filed by Skidmore Owings &Merrill LLP, Simpson Gumpertz &Heger Inc., Lucius Pitkin, Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., MRA Engineering, P.C., M Rutledge Consulting Engineers, Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Lockwood, Kessler &Bartlett, Inc., Robert Silman Associates, P.C.. (Tyrrell, James) (Entered: 01/15/2010) |
| 1/15/2010 | 1699 | DECLARATION of James E. Tyrrell, Esq. in Support re: 1696 MOTION for Summary Judgment *On Behalf of the Structural Engineer Defendants..* Document filed by Skidmore Owings &Merrill LLP, Simpson Gumpertz &Heger Lucius Pitkin, Inc., Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray, Steficek, LL Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, Vollmer Associates, LLP, Weidlinger Associates, Inc., Cantor Seinuk, Lockwood, Kessler &Bartlett, Inc., Robert Silman Associates, P.C.. (Attachments: # 1 Exhibit A, # 2 B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit O, # 15 Exhibit P, # 16 Exhibit Q, # 17 Exhibit R, # 18 Exhi 19 Exhibit T, # 20 Exhibit U, # 21 Exhibit V, # 22 Exhibit W, # 23 Exhibit X, # 24 Exhibit Y, # 25 Exhibit Z, # 26 E AA, # 27 Exhibit BB, # 28 Exhibit CC, # 29 Exhibit DD, # 30 Exhibit EE, # 31 Exhibit FF, # 32 Exhibit GG, # 33 E HH, # 34 Exhibit II, # 35 Exhibit JJ, # 36 Exhibit KK, # 37 Exhibit LL, # 38 Exhibit MM)(Tyrrell, James) (Entered: 01/15/2010) |
| 1/16/2010 | 1700 | MOTION for Partial Summary Judgment. Document filed by Michelle Haskett–Godbee. Responses due by 2/16/20 Date set for 3/5/2010 at 09:30 AM.(Rudden, John) (Entered: 01/16/2010) |
| 1/16/2010 | 1701 | AFFIRMATION of John P. Rudden, Esq in Support re: 1700 MOTION for Partial Summary Judgment.. Document Michelle Haskett–Godbee. (Attachments: # 1 Exhibit Exhibits 1 – 15)(Rudden, John) (Entered: 01/16/2010) |
| 1/16/2010 | 1702 | MEMORANDUM of LAW in Support re: 1700 MOTION for Partial Summary Judgment.. Document filed by Mic Haskett–Godbee. (Rudden, John) (Entered: 01/16/2010) |

| 1/16/2010 | 1703 | RULE 56.1 STATEMENT. Document filed by Michelle Haskett–Godbee. (Rudden, John) (Entered: 01/16/2010) |
|---|---|---|
| 1/19/2010 | 1704 | MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs. Document filed by City of New York, Bovis Lend Lease LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., AMEC Earth &Environmental, Inc., A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating C Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Co Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Truck Corp., Weeks Marine, Inc., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Halle Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., Laquila Constructio Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Koch Skanska Inc., Leslie E. Rob Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., M Wrecking Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Cor Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Rob Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weid Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Lo Kessler &Bartlett, Inc., Moretrench American Corp., Nacirema Industries, Inc., Nicholson Construction Co., Skansk Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., JP Equipment Rental Material, Inc., Tucci Equipment F Corporation. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Tyrrell, James) (Entered: 01/19/2010) |
| 1/19/2010 | 1705 | MEMORANDUM OF LAW in Support re: 1704 MOTION For Case Management Order Authorizing Medical Exam of Plaintiffs.. Document filed by City of New York, Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Tur Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Sk Owings &Merrill LLP, Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStr General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., AMEC Earth &Environmental, Inc., Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Bre National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Co Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond I Excavating Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Com FTI Trucking Corp., Weeks Marine, Inc., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Enginee Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., Laquila Con Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Leslie E. Robertson Associa Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi W Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nichol Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, I Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollme Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mt Insurance Company, Lockwood, Kessler &Bartlett, Inc., Moretrench American Corp., Nacirema Industries, Inc., Sk Koch, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., JP Equipment Rental Material, Inc., Tucci Equip Rental Corporation. (Attachments: # 1 Exhibit A)(Tyrrell, James) (Entered: 01/19/2010) |
| 1/19/2010 | 1706 | AFFIDAVIT of Philip Witorsch, M.D. in Support re: 1704 MOTION For Case Management Order Authorizing Me Examinations of Plaintiffs.. Document filed by City of New York, Bovis Lend Lease LMB, Inc., Tully Construction Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Hey Corp., Skidmore Owings &Merrill LLP, Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., AMEC Earth &Environmental, Inc., A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, F Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton To Group, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., MRA Engineering, P.C., Mueser Rutledge Consulting E New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Robert Silman |

| | | Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Lockwood, Kessler &Bartlett Moretrench American Corp., Nacirema Industries, Inc., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yannu &Sons, Inc., JP Equipment Rental Material, Inc., Tucci Equipment Rental Corporation. (Attachments: # 1 Exhibit 1 Exhibit 2)(Tyrrell, James) (Entered: 01/19/2010) |
| 1/19/2010 | 1707 | MOTION For Lone Pine Order Notice of Motion by The Port Authority of New York and New Jersey For Lone Pine Document filed by The Port Authority of New York &New Jersey.(Jacob, Beth) (Entered: 01/19/2010) |
| 1/19/2010 | 1708 | MEMORANDUM OF LAW in Support re: 1707 MOTION For Lone Pine Order Notice of Motion by The Port Auth New York and New Jersey For Lone Pine Order.. Document filed by The Port Authority of New York &New Jersey. Beth) (Entered: 01/19/2010) |
| 1/19/2010 | 1709 | DECLARATION of Heidi Oertle in Support re: 1707 MOTION For Lone Pine Order Notice of Motion by The Port of New York and New Jersey For Lone Pine Order.. Document filed by The Port Authority of New York &New Jers (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G Beth) (Entered: 01/19/2010) |
| 1/20/2010 | 1710 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from M. Eleanor Ignacio dated 1/15/10 re: we reque permission to file the exhibits in hard copy format. ENDORSEMENT: Permission is granted. (Signed by Judge Alv Hellerstein on 1/20/10) (rjm) (Entered: 01/20/2010) |
| 1/20/2010 | 1711 | PRIVACY ACT PROTECTIVE ORDER... regarding procedures to be followed that shall govern the handling of confidential material... Applies to All WTC Disaster Site Litigation. (Signed by Judge Alvin K. Hellerstein on 1/20/ (Entered: 01/20/2010) |
| 1/20/2010 | 1712 | ORDER. Invoking my Individual Rule 2E procedure, plaintiffs and defendants advise me, by joint letter dated Janua 2010, that three plaintiffs wish to enter into voluntary dismissals. However, a stipulation cannot be filed because the disagree as to the dismissal being with, or without, prejudice... Accordingly, the requests of both plaintiffs and defer denied, without prejudice to proceed by formal motion under Rule 41(a)(2). (Signed by Judge Alvin K. Hellerstein o 1/20/10) (rjm) (Entered: 01/21/2010) |
| 1/20/2010 | 1713 | EXHIBIT. DECLARATION OF M. ELEONOR IGNACIO IN SUPPORT OF MOTION FOR SUMMARY JUDGM DISMISSING COMPLAINTS AGAINST THE PORT AUTHORITY FOR LACK OF SUBJECT MATTER JURISDICTION UNDER NEW YORK UNCONSOLIDATED LAWS 7101 Pursuant to endorsed letter filed 1/20/1 No. 1710 granting permission to file Exhibits in hard copy. Relates to All Cases in which the Port Authority of Nev and New Jersey is a defendant. (Exhibits 1–50 attached). (rjm) (Entered: 01/21/2010) |
| 1/20/2010 | 1714 | VOLUME 2 OF EXHIBITS TO DECLARATION OF M. ELEONOR IGNACIO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT DISMISSING COMPLAINTS AGAINST THE PORT AUTHORITY FOR LACK OF S MATTER JURISDICTION UNDER NEW YORK UNCONSOLIDATED LAWS 7101 Pursuant to endorsed letter 1/20/10, Doc. No. 1710 granting permission to file Exhibits in hard copy. Relates to All Cases in which the Port Aut New York and New Jersey is a defendant. (Exhibits 51–104 attached – and CD). (rjm) (Entered: 01/21/2010) |
| 1/26/2010 | 1715 | ENDORSED LETTER (by email) addressed to Judge Alvin K. Hellerstein and Mr. Cabin from Christopher LoPalo 1/26/10 re: plaintiffs respectfully request that Your Honor reconsider the attached briefing scheduling that was "So C on November 6, 2009. ENDORSEMENT: The request for an enlargement beyond 2/19/10 is denied. If triable issues this may be shown without need to inspect every single document in the case. The basis of a claim against a particul defendant should have been known when the case was first filed. Relates to 21mc100, 21mc103. (Signed by Judge A Hellerstein on 1/26/10) (rjm) (Entered: 01/26/2010) |
| 1/26/2010 | 1716 | NOTICE of Plaintiffs' Issuance of Non–Party Subpoena. Document filed by Plaintiffs Liaison Counsel. (Attachmen Exhibit 1)(LoPalo, Christopher) (Entered: 01/26/2010) |
| 1/26/2010 | 1717 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 01/26/2010) |
| 1/26/2010 | 1732 | TRANSCRIPT of proceedings held on 1/21/10, 2:37pm before Judge Alvin K. Hellerstein. (rjm) (Entered: 02/04/20 |
| 1/27/2010 | 1718 | ORDER: On December 29, 2009, Defendants moved for an order compelling Robert Montwaid to appear for deposi deposition will take place at the office of Patton Boggs LLP, 1185 Avenue of the Americas, 30th Floor, New York, York, 10036 on Monday, January 11, 2010, at 10:00 AM or on a date and time mutually agreeable to Mr. Montwaic counsel. (Signed by Judge Alvin K. Hellerstein on 1/27/2010) (jpo) (Entered: 01/27/2010) |
| 1/28/2010 | 1721 | NOTICE OF MOTION for George N. Kalamaras to Appear Pro Hac Vice. Document filed by Dean Curti, Plaintiffs Counsel, Plaintiffs Liaison Counsel (Plaintiff's co–liaison counsel). Relates to 21mc100, 21mc102, 21mc103.(rjm) ( 02/02/2010) |

| | | |
|---|---|---|
| 2/01/2010 | <u>1719</u> | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION for Leave to Appear admit c bar; argue and try *Stephanie McGraw, Esq. to WTC case 21MC100*. Document filed by Musco Sports Lighting, LLC Date set for 2/23/2010 at 09:30 AM.(Sophocleous, Demetra) Modified on 2/2/2010 (db). (Entered: 02/01/2010) |
| 2/01/2010 | <u>1720</u> | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT MOTION for Leave to Appear admit c pro hac vice *Stephanie McGraw, Esq. to argue and try*. Document filed by Survivair Respirators, Inc. Return Date s 2/23/2010 at 09:30 AM.(Sophocleous, Demetra) Modified on 2/2/2010 (db). (Entered: 02/01/2010) |
| 2/01/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney D Sophocleous to MANUALLY RE–FILE Document No. [1719–1720] Motion to Appear Pro Hac Vice. This docume filed via ECF. (db) (Entered: 02/02/2010) |
| 2/01/2010 | <u>1724</u> | NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE... for Patricia I. Jorge to Appear Pro Hac Vice. D filed by Dean Curti, Plaintiffs Liaison Counsel, Plaintiffs Liaison Counsel (Plaintiff's co–liaison counsel). Relates to 21mc100, 21mc102, 21mc103.(rjm) (Entered: 02/03/2010) |
| 2/02/2010 | <u>1722</u> | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)( Plaintiffs VINCENT ALBANESE, AND CHRISTINE ALBANESE, hereby voluntarily dismiss this action, without prejudice, against the Defendants City of New York, AMEC Construction Management, Inc., AMEC Earth and Environmental, Inc., Bovis Lend Lease LMB, Inc., Plaza Construction Corp., Tully Construction Co. Inc., and Turn Construction Company pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i). Relates to 21mc100, 09–9380. ( by Judge Alvin K. Hellerstein on 2/1/10) (rjm) (Entered: 02/02/2010) |
| 2/02/2010 | <u>1723</u> | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – PROPOSED MOTION for Leave to admission to bar to argue and try. Document filed by Survivair Respirators, Inc. Return Date set for 2/23/2010 at 09 AM.(Sophocleous, Demetra) Modified on 2/3/2010 (db). (Entered: 02/02/2010) |
| 2/02/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney D Sophocleous to MANUALLY RE–FILE Document No. <u>1723</u> Motion to Appear Pro Hac Vice. This document is no ECF. (db) (Entered: 02/03/2010) |
| 2/03/2010 | <u>1725</u> | ORDER ADMITTING COUNSEL PRO HAC VICE. ORDERED, that, pursuant to Local Civil Rule 1.3(c) of this C George N. Kalamaras is admitted pro hac vice to practice before this Court as counsel in all cases filed by Worby G Edelman &Napoli Bern, LLP in the above Master Dockets. Relates to 21mc100, 21mc102, 21mc103. granting <u>1721</u> for George N. Kalamaras to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 2/1/10) (rjm) (Entered: 02/03/2010) |
| 2/03/2010 | <u>1726</u> | MOTION for a Voluntary Dismissal on Terms the Court Considers Proper Pursuant to FRCP 41 (a) (2). Document f James Albach, John Dunne, Daniel Taylor, Lynn Taylor.(Carboy, Andrew) (Entered: 02/03/2010) |
| 2/03/2010 | <u>1727</u> | MEMORANDUM OF LAW in Support re: <u>1726</u> MOTION for a Voluntary Dismissal on Terms the Court Consider Pursuant to FRCP 41 (a) (2).. Document filed by James Albach, John Dunne, Daniel Taylor, Lynn Taylor. (Carboy, (Entered: 02/03/2010) |
| 2/03/2010 | <u>1728</u> | AFFIRMATION of Andrew J. Carboy in Support re: <u>1726</u> MOTION for a Voluntary Dismissal on Terms the Court Considers Proper Pursuant to FRCP 41 (a) (2).. Document filed by James Albach, John Dunne, Daniel Taylor, Lynn (Attachments: #<u>1</u> Exhibit Exhibit 1, part 1, #<u>2</u> Exhibit Exhibit 1, part 2, #<u>3</u> Exhibit Exhibit 1, part 3, #<u>4</u> Exhibit E part 4, #<u>5</u> Exhibit Exhibit 2, #<u>6</u> Exhibit Exhibit 3, #<u>7</u> Exhibit Exhibit 4, #<u>8</u> Exhibit Exhibit 5, #<u>9</u> Exhibit Exhibit Exhibit 7, #<u>11</u> Exhibit Exhibit 8, #<u>12</u> Exhibit Exhibit 9, #<u>13</u> Exhibit Exhibit 10, #<u>14</u> Exhibit Exhibit 11, # Exhibit Exhibit 12, #<u>16</u> Exhibit Exhibit 13, #<u>17</u> Exhibit Exhibit 14, #<u>18</u> Exhibit Exhibit 15, #<u>19</u> Exhibit Exhibit 16)(Carboy, Andrew) (Entered: 02/03/2010) |
| 2/03/2010 | <u>1729</u> | CERTIFICATE OF SERVICE of Notice of Plaintiffs' Motion for a Voluntary Dismissal on Terms The Court Consi Proper Pursuant to FRCP 41 (a) (2); Certification of Andrew J. Carboy in Support of Plaintiffs' Motion for a Volunt Dismissal on the Terms The Court Considers Proper Pursuant to FRCP 41 (a) (2); Memorandum of Law in Support Plaintiffs' Motion for a Voluntary Dismissal on Terms The Court Considers Proper Pursuant to FRCP 41 (a) (2) serv James Tyrrell, Esq., Patton Boggs LLP; Paul Napoli, Esq., Napoli Bern Ripka &Worby Groner Edelman on 2/3/201 Service was made by Mail. Document filed by James Albach, John Dunne, Daniel Taylor, Lynn Taylor. (Carboy, A (Entered: 02/03/2010) |
| 2/03/2010 | | CASHIERS OFFICE REMARK on <u>1721</u> Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 01/28/20 Receipt Number 893268. (jd) (Entered: 02/03/2010) |
| 2/03/2010 | <u>1730</u> | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #<u>1</u> Exhibit 1)(LoPalo, Christopher) (Entered: 02/03/2010) |
| 2/04/2010 | | CASHIERS OFFICE REMARK on <u>1724</u> Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on 02/01/2 Receipt Number 893425. (jd) (Entered: 02/04/2010) |

| | | |
|---|---|---|
| 12/04/2010 | 1731 | ORDER ADMITTING COUNSEL PRO HAC VICE. ORDERED, that, pursuant to Local Civil Rule 1.3(c) of this C Patricia I. Jorge is admitted pro hac vice to practice before this Court as counsel in all cases filed by Worby Groner &Napoli Bern, LLP in the above Master Dockets. Relates to 21mc100, 21mc102, 21mc103. granting 1724 Motion f Patricia I. Jorge to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 2/4/10) (rjm) (Entered: 02/04/20 |
| 12/04/2010 | 1858 | NOTICE OF MOTION for Stephanie S. McGraw to Appear Pro Hac Vice. Document filed by SURVIVAIR RESPIRATORS, INC., Musco Sports Lighting, LLC, Sperian Respirstory Protection USA, LLC, Survivair Respirat Inc.(rjm) (Entered: 02/17/2010) |
| 12/05/2010 | 1733 | RESPONSE to Discovery Request from AMEC CONSTRUCTION MANAGEMENT, INC., BOVIS LEND LEAS AND TURNER CONSTRUCTION COMPANY.Document filed by Blanca Goffredo, Frank Goffredo.(Giannini, A (Entered: 02/05/2010) |
| 12/08/2010 | 1734 | AFFIDAVIT OF SERVICE of Subpoena to Produce Documents in a Civil Action served on Grainger Industrial Sup W,W, Grainger, Inc. on 10/27/2009. Service was accepted by Allison Cantwell, administrative assistant. Document Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 02/08/2010) |
| 12/08/2010 | 1735 | AFFIDAVIT OF SERVICE of Subpoena to Produce Documents in a Civil Action served on Grainger Industrial Sup W.W. Grainger, Inc. on 10/27/2009. Service was accepted by Allison Cantwell, administrative assistant. Document Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 02/08/2010) |
| 12/08/2010 | 1736 | AFFIDAVIT OF SERVICE of Subpoena to Produce Documents in a Civil Action served on Moore Medical LLC on 10/26/2009. Service was accepted by Mary Marquis, administrative assistant. Document filed by Plaintiffs Liaison C (Carboy, Andrew) (Entered: 02/08/2010) |
| 12/08/2010 | 1737 | AFFIDAVIT OF SERVICE of Subpoena to Testify at Deposition and to Produce Documents in a Civil Action serve Charles R. Blaich c/o Adlai Small, Esq. on 01/27/2010. Service was accepted by Adlai Small, Esq., managing agent Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 02/08/2010) |
| 12/08/2010 | 1738 | AFFIDAVIT OF SERVICE of Subpoena to Produce Documents in a Civil Action served on NYS Dept of Labor, Di Safety and Health, Public Employee Safety and Health on 02/02/2010. Service was accepted by Marshall H. Day, se attorney. Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 02/08/2010) |
| 12/08/2010 | 1739 | CASE MANAGEMENT PLAN NO. 9: Pursuant to FRCP 26(a)(2), for the reasons placed on the record at the confe held in this Master Docket on January 21, 2010, and for good cause shown, the Court hereby enters the following sc for selection of plaintiffs' actions for trial and related proceedings under Case Management Order No.8 ("CMO No.8 Selection of Twelve (12) Cases for Trial(selected from the thirty (30) "trial plaintiffs" identified pursuant to CMO N Plaintiffs shall identify four (4) cases for trial by February 8, 2010.B. Defendants shall identify four (4) cases for tria February 16, 2010.C. The Court shall identify four (4) cases by February 19, 2010. (Signed by Judge Alvin Hellerstein on 2/8/10) (db) (Entered: 02/08/2010) |
| 12/08/2010 | 1740 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 02/08/2010) |
| 12/09/2010 | 1741 | NOTICE of Plaintiffs' Issuance of Non–Party Subpoena. Document filed by Plaintiffs Liaison Counsel. (Attachmen Exhibit 1)(LoPalo, Christopher) (Entered: 02/09/2010) |
| 12/10/2010 | 1742 | AFFIRMATION of Denise A. Rubin in Opposition re: 1693 MOTION for Summary Judgment *Notice of Motion for Summary Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under York Unconsolidated Laws § 7107.*. Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 02/10/ |
| 12/10/2010 | 1743 | MEMORANDUM OF LAW in Opposition re: 1693 MOTION for Summary Judgment *Notice of Motion for Summa Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York Unconsolidated Laws § 7107.*. Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 02/10/2010 |
| 12/11/2010 | 1745 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Andrew J. Carboy dated 2/10/10 re: As couns least two of the trial plaintiffs (Valencia and Malone), we respectfully request that the dispositive motion filing date as February 26, 2010, one week after selection of the full complement of twelve (12) trial cases. ENDORSEMENT: without prejudice to re–submission outlining positions of plaintiffs' and defendants' liaison counsel. (Signed by Jud K. Hellerstein on 2/11/10) (rjm) (Entered: 02/16/2010) |
| 12/11/2010 | 1746 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Andrew J. Carboy dated 2/11/10 re: As couns least two of the trial plaintiffs (Valencia and Malone), we respectfully request that the dispositive motion filing date as February 26, 2010, one week after selection of the full complement of twelve (12) trial cases. ENDORSEMENT: request for an enlargement of time is denied. The dates for filing motions have long been fixed. No showing has bee that motions will be affected by the particular cases that are selected. (Signed by Judge Alvin K. Hellerstein on 2/11 (rjm) (Entered: 02/16/2010) |

| | | |
|---|---|---|
| 2/12/2010 | 1744 | AFFIDAVIT OF SERVICE of Supoena to Testify at Deposition and to Produce Documents in a Civil Action served Turi on 2/4/2010. Service was accepted by Al Turi. Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew (Entered: 02/12/2010) |
| 2/16/2010 | 1747 | FIRST MOTION for Summary Judgment. Document filed by Evans Environmental &Geological Science &Manage LLC..(Pillinger, Marc) (Entered: 02/16/2010) |
| 2/16/2010 | 1748 | MOTION for Summary Judgment *on behalf of Tishman Construction Corporation of Manhattan, Tishman Constru New York and Tishman Interiors Corp.*. Document filed by Tishman Construction Corporation of Manhattan, Tishm Construction Corporation of New York, Tishman Interiors Corporation.(Schwarz, Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1749 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – FIRST MOTION for Summary Judgme Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Marc) Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1750 | MOTION for Summary Judgment *on behalf of Tishman Construction Corporation of Manhattan, Tishman Constru Corporation of New York and Tishman Interiors Corporation*. Document filed by Tishman Construction Corporatio Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation.(Schwarz, Kenneth) (E 02/16/2010) |
| 2/16/2010 | 1751 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment. Doc filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Marc) Modified on 2/17/2010 (Entered: 02/16/2010) |
| 2/16/2010 | 1752 | DECLARATION of KENNETH G. SCHWARZ in Support re: 1750 MOTION for Summary Judgment *on behalf of Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation.*. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporat New York, Tishman Interiors Corporation. (Attachments: # 1 Exhibit A – PART 1 OF 3, # 2 Exhibit A PART 2 OF Exhibit A PART 3 OF 3, # 4 Exhibit B PART 1 OF 3, # 5 Exhibit B PART 2 OF 2, # 6 Exhibit C CHECK–OFF COMPLAINT, # 7 Exhibit D– TCDI, # 8 Exhibit E – PART 1 OF 2, # 9 Exhibit E PART 2 OF 2, # 10 Exhibit F – DEMOLITION PLAN, # 11 Exhibit G DEBRIS REMOVAL COMPLETED, # 12 Exhibit H – TURNER/PLAZA V FORM, # 13 Exhibit I – Order of court dated October 17, 2006, # 14 Exhibit J – Order and Opinion in McClean v. 1 15 Exhibit K – Sal Carucci exhibit 6 at deposition, # 16 Exhibit L – Answer to document demands, # 17 Exhibit M amended master complaint, # 18 Exhibit N – Answer of Tishman to the Amended Master Complaint, # 19 Exhibit F 1 OF 2, # 20 Exhibit P – PART 2 OF 2, # 21 Exhibit O – Case Management Order)(Schwarz, Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1753 | AFFIDAVIT of ALLAN PAULL in Support re: 1750 MOTION for Summary Judgment *on behalf of Tishman Cons Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation..* D filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1754 | AFFIDAVIT of MIKE D. GOLDBERG in Support re: 1750 MOTION for Summary Judgment *on behalf of Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation.*. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporat New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1755 | NOTICE of Notice of Motion for Summary Judgment. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) 02/16/2010) |
| 2/16/2010 | 1756 | MEMORANDUM OF LAW in Support re: 1750 MOTION for Summary Judgment *on behalf of Tishman Construct Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation..* D filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1757 | NOTICE of Notice of Motion for Summary Judgment. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) 02/16/2010) |
| 2/16/2010 | 1758 | NOTICE of Notice of Motion for Summary Judgment. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) 02/16/2010) |
| 2/16/2010 | 1759 | NOTICE of Notice of Motion for Summary Judgment. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) 02/16/2010) |
| 2/16/2010 | 1760 | RULE 56.1 STATEMENT. Document filed by Tishman Construction Corporation of Manhattan, Tishman Constru Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1761 | CERTIFICATE OF SERVICE of Motion for Summary Judgment, Certification of Kenneth G. Schwarz with exhibit Affidavit of Allan Paull, Affidavit of Mike D. Goldberg, Statement of Undisputed Material Facts L. Fed. R. 56, |

| | | |
|---|---|---|
| | | Memorandum of Law in support of Motion for Summary Judgment on behalf of Tishman Defendants, served on W... Groner Edelman &Napoli Bern, Sullivan Papain Block McGrath &Cannovo, Andrew Carboy, Patton Boggs, James... Schiff Hardin, Beth D. Jacob on February 16, 2010. Document filed by Tishman Construction Corporation of Manh... Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/... |
| 2/16/2010 | 1762 | MOTION for Summary Judgment re Cantore. Document filed by Phillips and Jordan, Inc.. Responses due by 3/9/20... Return Date set for 3/16/2010 at 02:00 PM.(Leff, Richard) (Entered: 02/16/2010) |
| 2/16/2010 | 1763 | MOTION for Sanctions *Pursuant to FRCP 37 For The City of New York's Admitted Suppression of Evidence for Six...* Document filed by Frank Malone, Plaintiffs Liaison Counsel.(Carboy, Andrew) (Entered: 02/16/2010) |
| 2/16/2010 | 1764 | MEMORANDUM OF LAW in Support re: 1762 MOTION for Summary Judgment re Cantore.. Document filed by... and Jordan, Inc.. (Leff, Richard) (Entered: 02/16/2010) |
| 2/16/2010 | 1765 | MOTION for Summary Judgment re Alleva. Document filed by Phillips and Jordan, Inc..(Leff, Richard) (Entered:... 02/16/2010) |
| 2/16/2010 | 1766 | MEMORANDUM OF LAW in Support re: 1763 MOTION for Sanctions *Pursuant to FRCP 37 For The City of New... Admitted Suppression of Evidence for Six Years..* Document filed by Frank Malone, Plaintiffs Liaison Counsel. (Car... Andrew) (Entered: 02/16/2010) |
| 2/16/2010 | 1767 | MEMORANDUM OF LAW in Support re: 1765 MOTION for Summary Judgment re Alleva.. Document filed by P... and Jordan, Inc.. (Leff, Richard) (Entered: 02/16/2010) |
| 2/16/2010 | 1768 | DECLARATION of KENNETH G. SCHWARZ in Support re: 1748 MOTION for Summary Judgment *on behalf of... Construction Corporation of Manhattan, Tishman Construction of New York and Tishman Interiors Corp...* Docume... by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte... Corporation. (Attachments: # 1 Exhibit A – Part 1 of 7, # 2 Exhibit A – Part 2 of 7, # 3 Exhibit A – part 3 of 7, # 4 E... – part 4 of 7, # 5 Exhibit A – part 5 of 7, # 6 Exhibit A – part 6 of 7, # 7 Exhibit A – part 7 of 7, # 8 Exhibit B – par... # 9 Exhibit B – part 2 of 2, # 10 Exhibit C – Check off Complaint, # 11 Exhibit D – TCDI, # 12 Exhibit E – part 1 o... Exhibit E – part 2 of 2, # 14 Exhibit F – Demolition plan, # 15 Exhibit G – Debris removal completed, # 16 Exhibit... TURNER/PLAZA VENDEX FORM, # 17 Exhibit I – Order of the court dated October 17, 2006, # 18 Exhibit J – O... Opinion in McClean v. Tully, # 19 Exhibit K – exhibit 6 at the deposition of Sal Carucci, # 20 Exhibit L – page 471... plaintiffs deposition, # 21 Exhibit M – pages 465–466 from plaintiffs deposition, # 22 Exhibit N – Answers to docu... demands, # 23 Exhibit O – Amended Master Complaint, # 24 Exhibit P – Answer of Tishman to Amended Master... Complaint, # 25 Exhibit Q – Case Management Order 8, # 26 Exhibit R – Answers to Tishman Interrogatories)(Sch... Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1769 | MOTION for Summary Judgment *re: Casey.* Document filed by Phillips and Jordan, Inc..(Leff, Richard) (Entered:... 02/16/2010) |
| 2/16/2010 | 1770 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Affid... Gipe.* Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Marc) Modifi... 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1771 | AFFIDAVIT of ALLAN PAULL in Support re: 1748 MOTION for Summary Judgment *on behalf of Tishman Cons... Corporation of Manhattan, Tishman Construction of New York and Tishman Interiors Corp...* Document filed by Ti... Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor... (Schwarz, Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1772 | MOTION for Summary Judgment *Notice of Motion Greco.* Document filed by Evans Environmental &Geological S... &Management, LLC..(Pillinger, Marc) (Entered: 02/16/2010) |
| 2/16/2010 | 1773 | MEMORANDUM OF LAW in Support re: 1769 MOTION for Summary Judgment *re: Casey..* Document filed by P... and Jordan, Inc.. (Leff, Richard) (Entered: 02/16/2010) |
| 2/16/2010 | 1774 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Rule... Statement Greco.* Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, M... Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1775 | AFFIDAVIT of MIKE D. GOLDBERG in Support re: 1748 MOTION for Summary Judgment *on behalf of Tishman... Construction Corporation of Manhattan, Tishman Construction of New York and Tishman Interiors Corp...* Docume... by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte... Corporation. (Schwarz, Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1776 | MOTION for Summary Judgment *re: Greco.* Document filed by Phillips and Jordan, Inc..(Leff, Richard) (Entered:... 02/16/2010) |

| | | |
|---|---|---|
| 2/16/2010 | 1777 | MOTION for Summary Judgment *Dismissing Claims of A1, A2, A3, B1, and B2 Plaintiffs against the Port Authorit York and New Jersey Pursuant to the New York State Defense Emergency Act*. Document filed by The Port Authorit York &New Jersey.(Jacob, Beth) (Entered: 02/16/2010) |
| 2/16/2010 | 1778 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Mem Greco*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Marc) Modi 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1779 | MEMORANDUM OF LAW in Support re: 1748 MOTION for Summary Judgment *on behalf of Tishman Construct Corporation of Manhattan, Tishman Construction of New York and Tishman Interiors Corp...* Document filed by Ti Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor (Schwarz, Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1780 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Gipe Greco*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Marc) Modi 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1781 | RULE 56.1 STATEMENT. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construc Corporation of New York, Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1782 | MOTION to Compel *Production of Documents Withheld Under Improper Claims of Privilege*. Document filed by P Liaison Counsel.(Rubin, Denise) (Entered: 02/16/2010) |
| 2/16/2010 | 1783 | MOTION for Summary Judgment *re Alleva case (06 cv 08887)*. Document filed by Taylor Recycling Facility LLC. Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1784 | MOTION for Summary Judgment *Notice of Motion Cantore*. Document filed by Evans Environmental &Geological &Management, LLC..(Pillinger, Marc) (Entered: 02/16/2010) |
| 2/16/2010 | 1785 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Rule Statement Cantore*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1786 | MEMORANDUM OF LAW in Support re: 1777 MOTION for Summary Judgment *Dismissing Claims of A1, A2, A and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New York State Defense Emergency Act.*. Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 02/16/2 |
| 2/16/2010 | 1787 | CERTIFICATE OF SERVICE of Motion for Summary Judgment, Certification of Kenneth G. Schwarz with exhibit Affidavit of Allan Paull, Affidavit of Mike D. Goldberg, Statement of Undisputed Facts L. Fed. R. 56.1, Memorand Law in Support on Behalf of Tishman Defendants served on Worby Groner Edelman &Napoli Bern; Sullivan Papai McGrath &Cannovo, Andrew J. Carboy, Patton Boggs, James J. Tyrrell; Schiff Hardin, Beth D. Jacob on February Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Yo Tishman Interiors Corporation. (Schwarz, Kenneth) (Entered: 02/16/2010) |
| 2/16/2010 | 1788 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Mem Cantore*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Marc) Mo 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1789 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Gipe Cantore*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Marc) Mo 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1790 | MOTION for Summary Judgment *Notice of Motion Casey*. Document filed by Evans Environmental &Geological S &Management, LLC..(Pillinger, Marc) (Entered: 02/16/2010) |
| 2/16/2010 | 1791 | DECLARATION of Heidi Oertle in Support re: 1777 MOTION for Summary Judgment *Dismissing Claims of A1, A B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New York State Defen Emergency Act.*. Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 02/16/2 |
| 2/16/2010 | 1792 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Rule Statement Casey*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, M Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1793 | CERTIFICATE OF SERVICE of notice of motion for summary judgment served on both plaintiffs co–liaison couns February 16, 2010. Service was accepted by William Dubanevich, Esq. and receptionist. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1794 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Mem Casey*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Marc) Modi 2/17/2010 (db). (Entered: 02/16/2010) |

| | | |
|---|---|---|
| 2/16/2010 | 1795 | MOTION to Compel *Production of Documents Withheld Under Improper Claims of Privilege*. Document filed by P Liaison Counsel. (Attachments: # 1 Exhibit Ex 1 – Buro Happold Privilege Log, # 2 Exhibit Ex 2 – Canron Constru Privilege Log, # 3 Exhibit Ex 3 – DMT Enterprises' Privilege log, # 4 Exhibit Ex 4 – Executive Medical Services Pr Log, # 5 Exhibit Ex 5 – Francis A. Lee Privilege Log, # 6 Exhibit Ex 6 – Gilsanz Murray's Privilege Log, # 7 Exhibi HP Environmental Privilege Log, # 8 Exhibit Ex 8 – Hudson Meridian Privilege Log, # 9 Exhibit Ex 9 – LERA Priv Log, # 10 Exhibit Ex 10 – Liberty Mutual Privilege Log, # 11 Exhibit Ex 11 – Mazzocchi Wrecking Privilege Log, Exhibit Ex 12 – Mueser Rutledge Privilege Log, # 13 Exhibit Ex 13 – Nicholson Construction Privilege Log, # 14 E Ex 14 – Pinnacle Environmental Privilege Log, # 15 Exhibit Ex 15 – Plaza Construction Privilege Log, # 16 Exhibi Robert L. Gerosa Privilege Log, # 17 Exhibit Ex 17 – Simpson Gumpertz Privilege Log, # 18 Exhibit Ex 18 – Skidr Owings Privilege Log, # 19 Exhibit Ex 19 – Thornton Tomasetti Privilege Log, # 20 Exhibit Ex 20 – Total Safety Consulting Privilege Log, # 21 Exhibit Ex 21 – Tully Construction Privilege Log, # 22 Exhibit Ex 22 – Weeks Mar Privilege Log, # 23 Exhibit Ex 23 – Yanuzzi Privilege Log, # 24 Exhibit Ex 24 – Letter January 11, 2010, # 25 Exh – Letter January 19, 2010, # 26 Exhibit Ex 26 – Court's Order of May 20, 2009, # 27 Exhibit Ex 27 – Court's Endor Order May 28, 2010, # 28 Exhibit Ex 28 – Letter dated July 8, 2009, # 29 Exhibit Ex 29 – Excerpts from Pltf ltr dat September 10, 2009)(Rubin, Denise) (Entered: 02/16/2010) |
| 2/16/2010 | 1796 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Gipe Casey*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Marc) Modi 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1797 | MOTION to Compel *Production of Documents Previously Withheld Under Improper Claim of Privilege*. Document Plaintiffs Liaison Counsel.(Rubin, Denise) (Entered: 02/16/2010) |
| 2/16/2010 | 1798 | MOTION for Summary Judgment *Notice of Motion Castro*. Document filed by Evans Environmental &Geological S &Management, LLC..(Pillinger, Marc) (Entered: 02/16/2010) |
| 2/16/2010 | 1799 | RULE 56.1 STATEMENT. Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Enter 02/16/2010) |
| 2/16/2010 | 1800 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Rule Statement Castro*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, M Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1801 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Mem Castro*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Marc) Mod 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1802 | RULE 56.1 STATEMENT. Document filed by Phillips and Jordan, Inc.. (Attachments: # 1 Exhibit A – Benjamin T Deposition Transcript, # 2 Errata B Benjamin Turner Deposition Transcript, # 3 Exhibit C Benjamin Turner Deposit Trascript, # 4 Exhibit D Benjamin Turner Deposition Transcript, # 5 Exhibit E Benjamin Turner Deposition Trans Exhibit F Benjamin Turner Deposition Transcript, # 7 Exhibit G Benjamin Turner Deposition Transcript, # 8 Exhibi Benjamin Turner Deposition Transcript, # 9 Exhibit I Benjamin Turner Deposition Transcript, # 10 Exhibit J Steven Thompson Deposition Transcript, # 11 Exhibit K Steven Thompson Deposition Transcript, # 12 Exhibit L Steven T Deposition Transcript, # 13 Exhibit M Steven Thompson Deposition Transcript, # 14 Exhibit N Steven Thompson Deposition Transcript, # 15 Exhibit O Steven Thompson Deposition Transcript, # 16 Exhibit P Steven Thompson D Transcript, # 17 Exhibit Q Steven Thompson Deposition Transcript)(Leff, Richard) (Entered: 02/16/2010) |
| 2/16/2010 | 1803 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Gipe Castro*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Pillinger, Marc) Mod 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1804 | AFFIDAVIT OF SERVICE of Notice of Plaintiffs' Motion for Sanctions Pursuant to FRCP 37 For The City of New Admitted Suppression of Evidence for Six Years; Memorandum of Law in Support of Plaintiffs' Motion, Certificatio AJC in Support of Motion with supporting exhibits served on Patton Boggs, LLP, James E. Tyrrell, Esq.; Napoli Be Worby Groner et al., Paul Napoli, Esq. on 2/16/2010. Service was made by Mail. Document filed by Frank Malone, Liaison Counsel. (Carboy, Andrew) (Entered: 02/16/2010) |
| 2/16/2010 | 1805 | MEMORANDUM OF LAW in Support re: 1776 MOTION for Summary Judgment *re: Greco*.. Document filed by and Jordan, Inc.. (Leff, Richard) (Entered: 02/16/2010) |
| 2/16/2010 | 1806 | CERTIFICATE OF SERVICE of Notice of Motion, Memorandum of Law in Support of Summary Judgment and R Statement served on Plaintiff James Cantore on 2–16–10. Document filed by Phillips and Jordan, Inc.. (Leff, Richar (Entered: 02/16/2010) |
| 2/16/2010 | 1807 | CERTIFICATE OF SERVICE of Notice of Motion, Memorandum of Law in Support of Summary Judgment Motio Rule 56 Statement served on Plaintiff, Laron Casey on 2–16–10. Document filed by Phillips and Jordan, Inc.. (Leff, (Entered: 02/16/2010) |

| 2/16/2010 | 1808 | CERTIFICATE OF SERVICE of Notice of Motion, Memorandum of Law in Support of Summary Judgment and R[...] Statement served on Plaintiff, Michael Alleva on 2–16–10. Document filed by Phillips and Jordan, Inc.. (Leff, Rich[...] (Entered: 02/16/2010) |
|---|---|---|
| 2/16/2010 | 1809 | AFFIDAVIT OF SERVICE of Notice of Motion, Memorandum of Law in Support of Summary Judgment Motion a[...] 56 Statement served on Plaintiff, Joseph Greco on 2–16–10. Document filed by Phillips and Jordan, Inc.. (Leff, Ric[...] (Entered: 02/16/2010) |
| 2/16/2010 | 1810 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Decl[...] in Support Cantore*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Attachmen[...] Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit, #7 Exhibit, #8 Exhibit, #9 Exhibit, #10 Exh[...] Exhibit, #12 Exhibit, #13 Exhibit, #14 Exhibit, #15 Exhibit, #16 Exhibit, #17 Exhibit, #18 Exhibit, #19 Exhibi[...] Exhibit, #21 Exhibit, #22 Exhibit)(Pillinger, Marc) Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1811 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Decl[...] in Support Casey*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Attachmen[...] Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit, #7 Exhibit, #8 Exhibit, #9 Exhibit, #10 Exh[...] Exhibit, #12 Exhibit, #13 Exhibit, #14 Exhibit, #15 Exhibit, #16 Exhibit, #17 Exhibit, #18 Exhibit, #19 Exhibi[...] Exhibit, #21 Exhibit, #22 Exhibit)(Pillinger, Marc) Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1812 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Decl[...] in Support Castro*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Attachmen[...] Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit, #7 Exhibit, #8 Exhibit, #9 Exhibit, #10 Exh[...] Exhibit, #12 Exhibit, #13 Exhibit, #14 Exhibit, #15 Exhibit, #16 Exhibit, #17 Exhibit, #18 Exhibit, #19 Exhibi[...] Exhibit)(Pillinger, Marc) Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1813 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Decl[...] in Support Alleva*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Attachmen[...] Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit, #7 Exhibit, #8 Exhibit, #9 Exhibit, #10 Exh[...] Exhibit, #12 Exhibit, #13 Exhibit, #14 Exhibit, #15 Exhibit, #16 Exhibit, #17 Exhibit, #18 Exhibit, #19 Exhibi[...] Exhibit, #21 Exhibit, #22 Exhibit)(Pillinger, Marc) Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1814 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *Decl[...] in Support Greco*. Document filed by Evans Environmental &Geological Science &Management, LLC. (Attachmen[...] Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit, #7 Exhibit, #8 Exhibit, #9 Exhibit, #10 Exh[...] Exhibit, #12 Exhibit, #13 Exhibit, #14 Exhibit, #15 Exhibit, #16 Exhibit, #17 Exhibit, #18 Exhibit, #19 Exhibi[...] Exhibit)(Pillinger, Marc) Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1815 | MOTION for Summary Judgment *Based Upon Untimely Notices of Claim and Statute of Limitations*. Document file[...] City of New York.(Tyrrell, James) (Entered: 02/16/2010) |
| 2/16/2010 | 1816 | NOTICE of Constitutional Question re: 1815 MOTION for Summary Judgment *Based Upon Untimely Notices of C[...] Statute of Limitations*.. Document filed by City of New York. (Tyrrell, James) (Entered: 02/16/2010) |
| 2/16/2010 | 1817 | MEMORANDUM OF LAW in Support re: 1815 MOTION for Summary Judgment *Based Upon Untimely Notices o[...] and Statute of Limitations*.. Document filed by City of New York. (Tyrrell, James) (Entered: 02/16/2010) |
| 2/16/2010 | 1818 | DECLARATION of James E. Tyrrell, Jr. in Support re: 1815 MOTION for Summary Judgment *Based Upon Untim[...] Notices of Claim and Statute of Limitations*.. Document filed by City of New York. (Tyrrell, James) (Entered: 02/16[...] |
| 2/16/2010 | 1819 | RULE 56.1 STATEMENT. Document filed by City of New York. (Tyrrell, James) (Entered: 02/16/2010) |
| 2/16/2010 | 1820 | MOTION for Summary Judgment *re Cameron (06 cv 09273)*. Document filed by Taylor Recycling Facility LLC.(K[...] Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1821 | MOTION for Summary Judgment *re Cantore (06 cv 10654)*. Document filed by Taylor Recycling Facility LLC.(Kran[...] Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1822 | MOTION for Summary Judgment *re Casey (06 cv 08890)*. Document filed by Taylor Recycling Facility LLC.(Kran[...] Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1823 | MOTION for Summary Judgment *re Greco (05 cv 01228)*. Document filed by Taylor Recycling Facility LLC.(Kran[...] Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1824 | MOTION for Summary Judgment *re Grimaldi (06 cv 08692)*. Document filed by Taylor Recycling Facility LLC.(K[...] Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1825 | MOTION for Summary Judgment *re Loughery (06 cv 08609)*. Document filed by Taylor Recycling Facility LLC.(K[...] Steven) (Entered: 02/16/2010) |

| | | |
|---|---|---|
| 2/16/2010 | 1826 | MOTION for Summary Judgment re *Raleigh (06 cv 09818)*. Document filed by Taylor Recycling Facility LLC.(Kra... Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1827 | CERTIFICATE OF SERVICE of notices of motion for summary judgment served on both plaintiffs co−liaison cou... February 16, 2010. Service was accepted by William J. Dubanevich, Esq. and receptionist. Document filed by Tayl... Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1828 | MEMORANDUM OF LAW in Support re: 1783 MOTION for Summary Judgment *re Alleva case (06 cv 08887)*.. D... filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1829 | MEMORANDUM OF LAW in Support re: 1820 MOTION for Summary Judgment *re Cameron (06 cv 09273)*.. Do... filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1830 | MEMORANDUM OF LAW in Support re: 1821 MOTION for Summary Judgment *re Cantore (06 cv 10654)*.. Doc... filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1831 | MOTION for Summary Judgment re *Castro (06 cv 07287)*. Document filed by Taylor Recycling Facility LLC.(Kra... Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1832 | MEMORANDUM OF LAW in Support re: 1831 MOTION for Summary Judgment *re Castro (06 cv 07287)*.. Docu... filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1833 | MEMORANDUM OF LAW in Support re: 1822 MOTION for Summary Judgment *re Casey (06 cv 08890)*.. Docum... by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1834 | MEMORANDUM OF LAW in Support re: 1823 MOTION for Summary Judgment *re Greco (05 cv 01228)*.. Docum... by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1835 | MEMORANDUM OF LAW in Support re: 1824 MOTION for Summary Judgment *re Grimaldi (06 cv 08692)*.. Do... filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1836 | MEMORANDUM OF LAW in Support re: 1825 MOTION for Summary Judgment *re Loughery (06 cv 08609)*.. Do... filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1837 | MEMORANDUM OF LAW in Support re: 1826 MOTION for Summary Judgment *re Raleigh (06 cv 09818)*.. Do... filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1838 | CERTIFICATE OF SERVICE of memoranda of law in support of summary judgment motions served on both plain... co−liaison counsel on February 16, 2010. Service was accepted by William J. Dubanevich, Esq. and receptionist. De... filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1839 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *re R...* statement *re Alleva (06 cv 08887)*. Document filed by Taylor Recycling Facility LLC.(Kramer, Steven) Modified or 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1840 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *re R...* Statement *re Cameron (06 cv 09273)*. Document filed by Taylor Recycling Facility LLC.(Kramer, Steven) Modified 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1841 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *re R...* statement *re Cantore (06 cv 10654)*. Document filed by Taylor Recycling Facility LLC.(Kramer, Steven) Modified 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1842 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *re R...* Statement *re Castro (06 cv 07287)*. Document filed by Taylor Recycling Facility LLC.(Kramer, Steven) Modified o 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1843 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *re R...* Statement *re Casey (06 cv 08890)*. Document filed by Taylor Recycling Facility LLC.(Kramer, Steven) Modified or 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1844 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *re R...* Statement *re Greco (05 cv 01228)*. Document filed by Taylor Recycling Facility LLC.(Kramer, Steven) Modified or 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1845 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment *re R...* Statement *re Grimaldi (06 cv 08692)*. Document filed by Taylor Recycling Facility LLC.(Kramer, Steven) Modified 2/17/2010 (db). (Entered: 02/16/2010) |

| | | |
|---|---|---|
| 2/16/2010 | 1846 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment re Rule 56 Statement re Loughery (06 cv 08609). Document filed by Taylor Recycling Facility LLC.(Kramer, Steven) Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1847 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Summary Judgment re Rule 56 Statement re Raleigh (06 cv 09818). Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) Modified on 2/17/2010 (db). (Entered: 02/16/2010) |
| 2/16/2010 | 1848 | CERTIFICATE OF SERVICE of Rule 56 Statements in Support of Motions for Summary Judgment served on both co–liaison counsel on February 16, 2010. Service was accepted by William J. Dubanevich, Esq. and receptionist. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/16/2010) |
| 2/16/2010 | 1849 | ORDER. The Court understands that the parties are in the process of filing a number of potentially dispositive motions, and that the supporting papers for these motions are extensive. To avoid undue burden on the ECF system, the Court directs that with respect to dispositive motions filed pursuant to the schedule established by Case Management Order No. 8 (and any subsequent modifications to that schedule directed by the Court), the moving and responding parties shall file all exhibits to the motions by submitting to the Clerk of the Court an electronic disc containing (in pdf format) the exhibits as well as the notices of motion, memoranda of law, and certifications and affidavits. The parties shall submit the notices of motion, memoranda of law, certifications and affidavits by uploading them onto ECF. The electronic discs shall be filed with the Clerk of the Court to the attention of Richard Wilson. Courtesy copies of the electronic discs and of hard copies of all papers other than the exhibits shall be filed with chambers. (Signed by Judge Alvin K. Hellerstein on 2/16/10) (rjm) (Entered: 02/17/2010) |
| 2/16/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Marc Pillinger to RE–FILE Document 1792 MOTION for Summary Judgment Rule 56 Statement Casey., 1774 MOTION for Summary Judgment Rule 56 Statement Greco., 1800 MOTION for Summary Judgment Rule 56 Statement Castro., 1749 FIRST MOTION for Summary Judgment., 1785 MOTION for Summary Judgment Rule 56 Statement Cantore.. Use the event Rule 56.1 Statement found under the event list Other Answers. (db) (Entered: 02/17/2010) |
| 2/16/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Marc Pillinger to RE–FILE Document 1788 MOTION for Summary Judgment Memo of Law Cantore., 1794 MOTION for Summary Judgment Memo of Law Casey., 1778 MOTION for Summary Judgment Memo of Law Greco., 1751 MOTION for Summary Judgment., 1801 MOTION for Summary Judgment Memo of Law Castro. Use the event type Memorandum of Law in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (db) (Entered: 02/17/2010) |
| 2/16/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Marc Pillinger to RE–FILE Document 1770 MOTION for Summary Judgment Affidavit of T Gipe., 1796 MOTION for Summary Judgment Gipe Affidavit Casey., 1789 MOTION for Summary Judgment Gipe Affidavit Cantore., 1780 MOTION for Summary Judgment Gipe Affidavit Greco., 1803 MOTION for Summary Judgment Gipe Affidavit Castro.. Use the event type Affidavit in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (db) (Entered: 02/17/2010) |
| 2/16/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Marc Pillinger to RE–FILE Document 1812 MOTION for Summary Judgment Declaration in Support Castro., 1814 MOTION for Summary Judgment Declaration in Support Greco., 1813 MOTION for Summary Judgment Declaration in Support Alleva., 1811 MOTION for Summary Judgment Declaration in Support Casey., 1810 MOTION for Summary Judgment Declaration in Support Cantore.. Use the event type Declaration in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (db) (Entered: 02/17/2010) |
| 2/16/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Steven Kramer to RE–FILE Document 1846 MOTION for Summary Judgment re Rule 56 Statement re Loughery (06 cv 08609)., 1841 MOTION for Summary Judgment re Rule 56 statement re Cantore (06 cv 10654)., 1844 MOTION for Summary Judgment re Rule 56 Statement re Greco (05 cv 01228)., 1840 MOTION for Summary Judgment re Rule 56 Statement re Cam (06 cv 09273)., 1845 MOTION for Summary Judgment re Rule 56 Statement re Grimaldi (06 cv 08692)., 1842 MOTION for Summary Judgment re Rule 56 Statement re Castro (06 cv 07287)., 1847 MOTION for Summary Judgment re Rule 56 Statement re Raleigh (06 cv 09818)., 1843 MOTION for Summary Judgment re Rule 56 Statement re Casey (06 cv ___)., 1839 MOTION for Summary Judgment re Rule 56 statement re Alleva (06 cv 08887).. Use the event type Rule 56.1 Statement found under the event list Other Answers. (db) (Entered: 02/17/2010) |
| 2/17/2010 | 1850 | MOTION for Summary Judgment. Document filed by Survivair Respirators, Inc..(Harvey, Gary) (Entered: 02/17/2010) |
| 2/17/2010 | 1851 | MEMORANDUM OF LAW in Support re: 1850 MOTION for Summary Judgment.. Document filed by Survivair Respirators, Inc.. (Harvey, Gary) (Entered: 02/17/2010) |
| 2/17/2010 | 1852 | DECLARATION of Andrew J. Carboy in Support re: 1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New York's Admitted Suppression of Evidence for Six Years.. Document filed by Frank Malone, Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 02/17/2010) |

| | | |
|---|---|---|
| 2/17/2010 | 1853 | MEMORANDUM OF LAW in Support re: 1850 MOTION for Summary Judgment. *Statement of Undisputed Facts case nos. 05CV01228, 05CV10740, 05CV01335, 06CV08887, 06CV10267, 06CV08890, 06CV10654, 06CV08547, 06CV03417, 05CV01410, 06CV07962, 06CV09545, 05CV01364*. Document filed by Survivair Respirators, Inc.. (Harvey, Gary) (Entered: 02/17/2010) |
| 2/17/2010 | 1854 | AFFIDAVIT of Gary W. Harvey in Support re: 1850 MOTION for Summary Judgment.. Document filed by Survivair Respirators, Inc.. (Harvey, Gary) (Entered: 02/17/2010) |
| 2/17/2010 | 1855 | AFFIDAVIT OF SERVICE. Document filed by Survivair Respirators, Inc.. (Harvey, Gary) (Entered: 02/17/2010) |
| 2/17/2010 | 1856 | DECLARATION of Steven R. Kramer, Esq in Support re: 1783 MOTION for Summary Judgment *re Alleva case (0 08887)*.. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/2010) |
| 2/17/2010 | 1857 | DECLARATION of Steven R. Kramer, Esq. in Support re: 1820 MOTION for Summary Judgment *re Cameron (06 09273)*.. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/2010) |
| 2/17/2010 | 1859 | DECLARATION of Steven R. Kramer, Esq. in Support re: 1821 MOTION for Summary Judgment *re Cantore (06 10654)*.. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/2010) |
| 2/17/2010 | 1860 | DECLARATION of Steven R. Kramer, Esq. in Support re: 1831 MOTION for Summary Judgment *re Castro (06 cv* Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/2010) |
| 2/17/2010 | 1861 | DECLARATION of Steven R. Kramer, Esq. in Support re: 1822 MOTION for Summary Judgment *re Casey (06 cv* Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/2010) |
| 2/17/2010 | 1862 | DECLARATION of Steven R. Kramer, Esq. in Support re: 1823 MOTION for Summary Judgment *re Greco (05 cv* Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/2010) |
| 2/17/2010 | 1863 | DECLARATION of Steven R. Kramer, Esq. in Support re: 1824 MOTION for Summary Judgment *re Grimaldi (06 08692)*.. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/2010) |
| 2/17/2010 | 1864 | DECLARATION of Steven R. Kramer, Esq. in Support re: 1825 MOTION for Summary Judgment *re Loughery (06 08609)*.. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/2010) |
| 2/17/2010 | 1865 | DECLARATION of Steven R. Kramer, Esq. in Support re: 1826 MOTION for Summary Judgment *re Raleigh (06 c 09818)*.. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/2010) |
| 2/17/2010 | 1866 | CERTIFICATE OF SERVICE of Declarations of Steven R. Kramer, Esq. served on both plaintiffs co–liaison couns February 16, 2010. Service was accepted by William J. Dubanevich, Esq. and receptionist. Document filed by Taylo Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/2010) |
| 2/17/2010 | 1867 | SEALED DOCUMENT placed in vault.(nm) (Entered: 02/17/2010) |
| 2/17/2010 | 1868 | RULE 56.1 STATEMENT. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/20 |
| 2/17/2010 | 1869 | RULE 56.1 STATEMENT. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/20 |
| 2/17/2010 | 1870 | RULE 56.1 STATEMENT. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/20 |
| 2/17/2010 | 1871 | RULE 56.1 STATEMENT. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/20 |
| 2/17/2010 | 1872 | RULE 56.1 STATEMENT. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/20 |
| 2/17/2010 | 1873 | RULE 56.1 STATEMENT. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/20 |
| 2/17/2010 | 1874 | RULE 56.1 STATEMENT. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/20 |
| 2/17/2010 | 1875 | RULE 56.1 STATEMENT. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/20 |
| 2/17/2010 | 1876 | RULE 56.1 STATEMENT. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 02/17/20 |
| 2/17/2010 | 1877 | RULE 56.1 STATEMENT. Document filed by Evans Environmental &Geological Science &Management, LLC.. (I Marc) (Entered: 02/17/2010) |
| 2/17/2010 | 1878 | RULE 56.1 STATEMENT. Document filed by Evans Environmental &Geological Science &Management, LLC.. (I Marc) (Entered: 02/17/2010) |
| 2/17/2010 | 1879 | RULE 56.1 STATEMENT. Document filed by Evans Environmental &Geological Science &Management, LLC.. (I Marc) (Entered: 02/17/2010) |
| 2/17/2010 | 1880 | RULE 56.1 STATEMENT. Document filed by Evans Environmental &Geological Science &Management, LLC.. (I Marc) (Entered: 02/17/2010) |

| | | |
|---|---|---|
| 2/17/2010 | 1881 | RULE 56.1 STATEMENT. Document filed by Evans Environmental &Geological Science &Management, LLC.. (P Marc) (Entered: 02/17/2010) |
| 2/17/2010 | 1882 | MEMORANDUM OF LAW in Support re: 1788 MOTION for Summary Judgment *Memo of Law Cantore*.. Docum by Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 02/17/2010) |
| 2/17/2010 | 1883 | MEMORANDUM OF LAW in Support re: 1794 MOTION for Summary Judgment *Memo of Law Casey*.. Document Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 02/17/2010) |
| 2/17/2010 | 1884 | REPLY MEMORANDUM OF LAW in Support re: 1693 MOTION for Summary Judgment *Notice of Motion for Su Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York Unconsolidated Laws § 7107*.. Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (En 02/17/2010) |
| 2/17/2010 | 1885 | DECLARATION of Beth D. Jacob in Support re: 1693 MOTION for Summary Judgment *Notice of Motion for Sum Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York Unconsolidated Laws § 7107*.. Document filed by The Port Authority of New York &New Jersey. (Attachments: # 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 17, # 18 Exhibit 18)(Jacob, Beth) (Entered: 02/17/2010) |
| 2/18/2010 | 1886 | MEMORANDUM OF LAW in Support re: 1778 MOTION for Summary Judgment *Memo of Law Greco*.. Documen Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 02/18/2010) |
| 2/18/2010 | 1887 | MEMORANDUM OF LAW in Support re: 1801 MOTION for Summary Judgment *Memo of Law Castro*.. Docume by Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 02/18/2010) |
| 2/18/2010 | 1888 | MEMORANDUM OF LAW in Support re: 1751 MOTION for Summary Judgment. *Alleva*. Document filed by Eva Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 02/18/2010) |
| 2/18/2010 | 1889 | AFFIDAVIT of T Gipe (Alleva) in Support re: 1770 MOTION for Summary Judgment *Affidavit of T Gipe*.. Docum by Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 02/18/2010) |
| 2/18/2010 | 1890 | AFFIDAVIT of T Gipe (Casey) in Support re: 1796 MOTION for Summary Judgment *Gipe Affidavit Casey*.. Docum by Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 02/18/2010) |
| 2/18/2010 | 1891 | AFFIDAVIT of T Gipe in Support re: 1789 MOTION for Summary Judgment *Gipe Affidavit Cantore*.. Document fi Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 02/18/2010) |
| 2/18/2010 | 1892 | AFFIDAVIT of T Gipe in Support re: 1780 MOTION for Summary Judgment *Gipe Affidavit Greco*.. Document file Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 02/18/2010) |
| 2/18/2010 | 1893 | AFFIDAVIT of T Gipe in Support re: 1803 MOTION for Summary Judgment *Gipe Affidavit Castro*.. Document file Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 02/18/2010) |
| 2/18/2010 | 1894 | DECLARATION in Support re: 1810 MOTION for Summary Judgment *Declaration in Support Cantore*.. Documen by Evans Environmental &Geological Science &Management, LLC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Ex Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit)(Pillinger, Marc) (Entered: 02/18/2010) |
| 2/18/2010 | 1895 | DECLARATION in Support re: 1814 MOTION for Summary Judgment *Declaration in Support Greco*.. Document Evans Environmental &Geological Science &Management, LLC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhib Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit)(Pilling (Entered: 02/18/2010) |
| 2/18/2010 | 1896 | DECLARATION in Support re: 1812 MOTION for Summary Judgment *Declaration in Support Castro*.. Document Evans Environmental &Geological Science &Management, LLC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhib Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit)(Pillinger, Marc) (En 02/18/2010) |
| 2/18/2010 | 1897 | DECLARATION in Support re: 1813 MOTION for Summary Judgment *Declaration in Support Alleva*.. Document Evans Environmental &Geological Science &Management, LLC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhib Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit)(Pilling (Entered: 02/18/2010) |

| | | |
|---|---|---|
| 2/18/2010 | 1898 | DECLARATION in Support re: 1811 MOTION for Summary Judgment *Declaration in Support Casey*.. Document filed Evans Environmental &Geological Science &Management, LLC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit)(Pillinger, Marc) (Entered: 02/18/2010) |
| 2/19/2010 | 1899 | ORDER SELECTING CASES FOR EARLY TRIAL Pursuant to Case Management Order No.9, plaintiffs' Liaison Counsel and defendants' Liaison Counsel have each selected four cases for early trial from the group of cases selected for trial pursuant to Amended Case Management Order No.8. The Court, upon the recommendation of the Special Masters, has selected four cases. Plaintiffs' Liaison Counsel has selected: 1. Frank Malone, 05 Civ. 4111 2. Scott and Irina Malkowski, 05 Civ. 11710 3. Martin Fullam and Patricia Fullman, 07 Civ. 5213 4. Harold and Natalie Valencia, 07 Civ. 6461. Defendants' Liaison Counsel has selected: 1. Robert and Diane Galvani, 05 Civ. 10740 2. Michael and Denise Honovich, 06 Civ. 12743 3. Nicholas and Antonia Ferrantello, 06 Civ. 12743 4. Alberdeston Gonzalez and Maryann Sanch, 07 Civ. 4185. The Court has selected: 1. Raymond Hauber, 05 Civ. 9141 2. Dawn Sorrento, 06 Civ. 8547 3. Richard and Nitza Calderon, 06 Civ. 10267 4. Richard L. Sanchez, 06 Civ. 15034.SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 2/19/2010) (jmi) (Entered: 02/19/2010) |
| 2/19/2010 | 1900 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Stephanie S. McGraw for and admitted Pro Hac Vice motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Stephanie S. McGraw, is permitted to argue or try this particular case, in whole or in part, as counselor advocate. (Signed by Judge Alvin K. Hellerstein on 2/18/2010) (jmi) (Entered: 02/19/2010) |
| 2/19/2010 | 1901 | NOTICE OF APPEARANCE by Kurt Wayne Hansson on behalf of Plaza Construction Corp. (Hansson, Kurt) (Entered: 02/19/2010) |
| 2/19/2010 | 1902 | MEMORANDUM OF LAW in Opposition re: 1696 MOTION for Summary Judgment *On Behalf of the Structural Engineer Defendants*. Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) Modified on 2/22/2010 (db). Modified on 2/23/2010 (db). (Entered: 02/19/2010) |
| 2/19/2010 | 1903 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – RESPONSE in Opposition re: 1696 MOTION for Summary Judgment *On Behalf of the Structural Engineer Defendants*. *Plaintiffs' Rule 56.1 Statement in Opposition to Defendant Engineers' Motion for Summary Judgment*. Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) Modified on 2/22/2010 (db). (Entered: 02/19/2010) |
| 2/19/2010 | 1904 | AFFIRMATION of Justin S. Betz in Opposition re: 1699 Declaration in Support of Motion,,,,, 1696 MOTION for Summary Judgment *On Behalf of the Structural Engineer Defendants*., 1697 Rule 56.1 Statement,, 1698 Memorandum of Law in Support of Motion,.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Errata 23, # 24 Exhibit 24, # 25 Errata 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Errata 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Errata 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Errata 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Errata 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Errata 55, # 56 Errata 56, # 57 Exhibit 57, # 58 Errata 58, # 59 Errata 59, # 60 Exhibit 60, # 61 Errata 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Errata 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Errata 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Errata 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Civil Cover Sheet 77, # 78 Errata 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Errata 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 Exhibit 85, # 86 Exhibit 86, # 87 Errata 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Errata 92, # 93 Exhibit 93, # 94 Exhibit 94, # 95 Exhibit 95, # 96 Exhibit 96, # 97 Exhibit 97, # 98 Exhibit 98, # 99 Exhibit 99, # 100 Exhibit 100, # 101 Exhibit 101, # 102 Exhibit 102, # 103 Exhibit 103, # 104 Exhibit 104, # 105 Errata 105, # 106 Exhibit 106, # 107 Exhibit 107, # 108 Exhibit 108, # 109 Exhibit 109, # 110 Exhibit 110, # 111 Errata 111, # 112 Exhibit 112, # 113 Exhibit 113, # 114 Exhibit 114, # 115 Exhibit 115, # 116 Exhibit 116, # 117 Exhibit 117, # 118 Exhibit 118, # 119 Errata 119, # 120 Exhibit 120, # 121 Exhibit 121, # 122 Exhibit 122, # 123 Exhibit 123, # 124 Errata 124, # 125 Exhibit 125, # 126 Exhibit 126, # 127 Exhibit 127, # 128 Errata 128, # 129 Exhibit 129, # 130 Exhibit 130, # 131 Exhibit 131, # 132 Exhibit 132, # 133 Exhibit 133, # 134 Exhibit 134, # 135 Exhibit 135, # 136 Exhibit 136, # 137 Exhibit 137, # 138 Exhibit 138, # 139 Exhibit 139, # 140 Exhibit 140, # 141 Exhibit 141, # 142 Exhibit 142, # 143 Exhibit 143, # 144 Exhibit 144, # 145 Exhibit 145, # 146 Exhibit 146, # 147 Exhibit 147, # 148 Exhibit 148, # 149 Exhibit 149, # 150 Exhibit 150, # 151 Exhibit Exhibit 151 Part 1, # 152 Exhibit 151 Part 2, # 153 Exhibit 151 Part 3, # 154 Exhibit 151 Part 4, # 155 Exhibit 152, # 156 Exhibit 153, # 157 Exhibit 158 Exhibit 155, # 159 Exhibit 156, # 160 Errata 157, # 161 Exhibit 158, # 162 Exhibit 159, # 163 Exhibit 160, # 164 Exhibit 161, # 165 Errata 162, # 166 Exhibit 163, # 167 Exhibit 164, # 168 Exhibit 165, # 169 Exhibit 166, # 170 Exhibit 167, # 171 Exhibit 168, # 172 Exhibit 169, # 173 Errata 170, # 174 Exhibit 171, # 175 Exhibit 172, # 176 Exhibit 173, # 178 Exhibit 175)(LoPalo, Christopher) (Entered: 02/19/2010) |
| 2/19/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Denise Ava Rubin to RE–FILE Document 1903 Response in Opposition to Motion. Use the event type Rule 56.1 Statement found under the list Other Answers. (db) (Entered: 02/22/2010) |

| | | |
|---|---|---|
| 2/22/2010 | 1905 | ORDER. I grant plaintiffs' motion for voluntary dismissal. The dismissal is with prejudice for all claims that could h brought in relation to plaintiffs' existing pleadings, but without prejudice in relation to a second injury to the extent p by New York State law, see, e.g., Golod v. Hoffman La Roche, 964 F. Supp. 841 (S.D.N.Y. 1997) ("Under [New Yo two−injury rule, "diseases that share a common cause may nonetheless be held separate and distinct where their biol manifestations are different and where the presence of one is not necessarily a predicate for the other's development (internal quotation marks omitted)), and as may be defined by any court having jurisdiction over any such later−file complaint. The dismissal is without costs. The clerk shall mark the motion (Doc No. 1726) as terminated and the inc cases as closed. Relates to 21mc100, 05−1578, 05−1582, 08−9046. (Signed by Judge Alvin K. Hellerstein on 2/22/1 (Entered: 02/22/2010) |
| 2/22/2010 | 1906 | ENDORSED LETTER (by e−mail) addressed to Judge Alvin K. Hellerstein from Joseph Hopkins dated 2/22/10 re: Plaintiffs' Counsel and Counsel for Defendants the City of New York and its Contractors have agreed to a one−week extension of time regarding their respective responses to the motions submitted by those parties on February 16, 201 brief extension is acceptable to the Court, counsel respectfully request a return e−mail confirming the Court's approv extension. ENDORSEMENT: So Ordered. (Signed by Judge Alvin K. Hellerstein on 2/22/10) (rjm) (Entered: 02/22 |
| 2/23/2010 | 1907 | COUNTER STATEMENT TO 1697 Rule 56.1 Statement,,. Document filed by Plaintiffs Liaison Counsel. (Rubin, D (Entered: 02/23/2010) |
| 2/23/2010 | 1908 | MEMORANDUM OF LAW in Opposition re: 1696 MOTION for Summary Judgment *On Behalf of the Structural I Defendants.*. Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 02/23/2010) |
| 2/23/2010 | 1909 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul J. Napoli dated 2/23/10 re: Due to an une family medical issue I respectfully request an adjournment of the oral argument of the Port Authority's motion to dis is currently scheduled for tomorrow at 4:00 p.m. I have conferred with both the movant Beth Jacob, Esq. of Schiff H behalf of the Port Authority and with Joseph Hopkins, Esq. of Patton Boggs. Both Ms. Jacob and Mr. Hopkins have consented to adjourn the oral argument for two weeks until March 11, 2010, 2:30pm, or anytime thereafter that is co for the Court. ENDORSEMENT: So Ordered., (Oral Argument set for 3/11/2010 at 02:30 PM before Judge Alvin K Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 2/23/10) (rjm) (Entered: 02/24/2010) |
| 2/24/2010 | | CASHIERS OFFICE REMARK in the amount of $25.00, paid on 02/04/2010, Receipt Number 893611. PAYMENT HAC VICE FOR STEPHANIE S. MCGRAW. (jd) (Entered: 02/24/2010) |
| 2/24/2010 | 1910 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, t attorneys of record for the parties to the individual actions listed in Schedule A, that whereas no party hereto is an in incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subje of these actions, the listed actions be, and the same hereby are discontinued against Tishman Construction Corporati New York and Tishman Construction Corporation of Manhattan, only, without prejudice, without costs to either par against the other... and as further set forth. This order relates to claims against TISHMAN CONSTRUCTION CORPORATION OF NEW YORK AND TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN ON All claims listed in Schedule A. (Signed by Judge Alvin K. Hellerstein on 2/24/10) (rjm) (Entered: 02/24/2010) |
| 3/01/2010 | 1911 | ENDORSED LETTER (by e−mail) addressed to Judge Alvin K. Hellerstein from Denise Rubin dated 2/25/10, 2:54 Pending "dispositive" motions. A few days ago, the court agreed to grant a one−week extension on the City's motion on 2/16. We have the consent of the counsel who have served the remainder of the motions, and by this email reque Court extend that enlargement of time to all of the motions served at that time. ENDORSEMENT: So Ordered. (Sig Judge Alvin K. Hellerstein on 2/25/10) (rjm) (Entered: 03/01/2010) |
| 3/02/2010 | 1912 | AFFIDAVIT OF SERVICE of Subpoena to Produce Documents in a Civil Action served on Martin Marietta Magne Specialities LLC on 2/04/10. Service was accepted by Kristi Sordillo, Administrative Assistant. Document filed by Liaison Counsel. (Carboy, Andrew) (Entered: 03/02/2010) |
| 3/02/2010 | 1913 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 03/02/2010) |
| 3/03/2010 | 1914 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise A. Rubin dated 3/2/10 re: Please accep following as a joint submission on behalf of both Plaintiffs' Co−Liaison Counsel and Counsel for Defendants the Ci New York and its Contractors (collectively, "the City and Contractors")... All Opposition papers responding to moti served pursuant to CMO 8 shall be served and filed on March 23, 2010; All Reply papers on the same motions shall served and filed on April 6, 2010; Oral argument on the motions to be scheduled by the Court during the week of A 2010, and as further set forth. ENDORSEMENT: So Ordered., (Replies due by 4/6/2010., Responses due by 3/23/20 (Signed by Judge Alvin K. Hellerstein on 3/2/10) (rjm) (Entered: 03/03/2010) |
| 3/09/2010 | 1915 | REPLY MEMORANDUM OF LAW in Support re: 1700 MOTION for Partial Summary Judgment. *And In Opposit Cross−Motion.* Document filed by Michelle Haskett−Godbee. (Rudden, John) (Entered: 03/09/2010) |
| 3/09/2010 | 1916 | RULE 56.1 STATEMENT. Document filed by Michelle Haskett−Godbee. (Rudden, John) (Entered: 03/09/2010) |

| | | |
|---|---|---|
| 3/10/2010 | 1917 | MOTION for Summary Judgment *on behalf of Tishman Construction Corporation of Manhattan, Tishman Constru... Corporation of New York and Tishman Interiors Corporation*. Document filed by Tishman Construction Corporatio... Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation.(Weinstein, Anita) (En... 03/10/2010) |
| 3/10/2010 | 1918 | DECLARATION of Kenneth G. Schwarz in Support re: 1917 MOTION for Summary Judgment *on behalf of Tishm... Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation*.. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporat... New York, Tishman Interiors Corporation. (Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1919 | MEMORANDUM OF LAW in Support re: 1917 MOTION for Summary Judgment *on behalf of Tishman Construct... Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation*.. D... filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma... Interiors Corporation. (Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1920 | AFFIDAVIT of Mike D. Goldberg in Support re: 1917 MOTION for Summary Judgment *on behalf of Tishman Con... Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation*.. D... filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma... Interiors Corporation. (Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1921 | AFFIDAVIT of Allan Paull in Support re: 1917 MOTION for Summary Judgment *on behalf of Tishman Constructio... Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation*.. D... filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma... Interiors Corporation. (Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1922 | RULE 56.1 STATEMENT. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construc... Corporation of New York, Tishman Interiors Corporation. (Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1923 | CERTIFICATE OF SERVICE of Motion for Summary Judgment re: Mary−Catherine O'Loughlin, as personal repre... of the Estate of Michael O'Loughlin, and Mary−Catherine O'Loughlin on behalf of Tishman Construction Corporati... Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation, Memorandum of L... Support of Motion, Declaration of Kenneth G. Schwarz, Esq., the affidavit of Allan Paull in support and affidavit of ... Goldberg in support and the Statement of Undisputed Material Facts L. Fed. R. 56.1 (a) served on Worby Groner Ed... &Napoli Bern, LLP, Andrew J. Carboy, Sullivan Papain Block McGrath &Cannovo P.C., James J. Tyrrell, Patton B... LLP, Beth D. Jacobs, Schiff Hardin LLP on March 10, 2010. Service was made by Mail. Document filed by Tishma... Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor... (Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1924 | MOTION for Summary Judgment *re:Scott Malkoff and Irina Malkoff on behalf of Tishman Construction Corporati... Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation*. Document filed by... Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio... Corporation.(Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1925 | DECLARATION of Kenneth G. Schwarz in Support re: 1924 MOTION for Summary Judgment *re:Scott Malkoff a... Malkoff on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New ... Tishman Interiors Corporation*.. Document filed by Tishman Construction Corporation of Manhattan, Tishman Con... Corporation of New York, Tishman Interiors Corporation. (Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1926 | MEMORANDUM OF LAW in Support re: 1924 MOTION for Summary Judgment *re:Scott Malkoff and Irina Malk... behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Ti... Interiors Corporation*.. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction... Corporation of New York, Tishman Interiors Corporation. (Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1927 | AFFIDAVIT of Mike D. Goldberg in Support re: 1924 MOTION for Summary Judgment *re:Scott Malkoff and Irin... on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and ... Interiors Corporation*.. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction... Corporation of New York, Tishman Interiors Corporation. (Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1928 | AFFIDAVIT of Allan Paull in Support re: 1924 MOTION for Summary Judgment *re:Scott Malkoff and Irina Malko... behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Ti... Interiors Corporation*.. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction... Corporation of New York, Tishman Interiors Corporation. (Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1929 | RULE 56.1 STATEMENT. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construc... Corporation of New York, Tishman Interiors Corporation. (Weinstein, Anita) (Entered: 03/10/2010) |
| 3/10/2010 | 1930 | MOTION for Summary Judgment *re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937, 06CV11710, 06CV11814, 06CV12743*. Document filed by Survivair Respirators, Inc..(Ha... |

| | | |
|---|---|---|
| | | Gary) (Entered: 03/10/2010) |
| 03/10/2010 | 1931 | CERTIFICATE OF SERVICE of Motion for Summary Judgment re: Scott Malkoff and Irina Malkoff on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation, Declaration of Kenneth G. Schwarz, Memorandum of Law in support, the affidavit of Allan Paull in support and the affidavit of Mike D. Goldberg in support, Statement of Undisputed Material Facts L. Fed. R. 56.1 a served on Worby Groner Edelman &Napoli Bern, LLP, Andrew J. Carboy, Sullivan Papain Block McGrath &Cannovo P.C., James J. Tyrrell, Patton Boggs LLP, Beth D. Jacob, Schiff Hardin LLP on March 10, 2010. Service was made by Mail and ECF. Document filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation. (Weinstein, Anita) (Entered: 03/10/2010) |
| 03/10/2010 | 1932 | MEMORANDUM OF LAW in Support re: 1930 MOTION for Summary Judgment *re: case nos. 06CV09818, 06CV 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937, 06CV11710, 06CV11814, 06CV12743.*. Document Survair Respirators, Inc.. (Harvey, Gary) (Entered: 03/10/2010) |
| 03/10/2010 | 1933 | AFFIDAVIT of Gary W. Harvey in Support re: 1930 MOTION for Summary Judgment *re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937, 06CV11814, 06CV1274* Document filed by Survair Respirators, Inc.. (Harvey, Gary) (Entered: 03/10/2010) |
| 03/10/2010 | 1934 | RULE 56.1 STATEMENT. Document filed by Survair Respirators, Inc.. (Harvey, Gary) (Entered: 03/10/2010) |
| 03/10/2010 | 1935 | AFFIDAVIT OF SERVICE. Document filed by Survair Respirators, Inc.. (Harvey, Gary) (Entered: 03/10/2010) |
| 03/10/2010 | 1936 | RULE 56.1 STATEMENT. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Marc) (Entered: 03/10/2010) |
| 03/10/2010 | 1937 | MEMORANDUM OF LAW in Support *of Motion for Summary Judgment*. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 03/10/2010) |
| 03/10/2010 | 1938 | DECLARATION in Support. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Ex 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit)(Pillinger, Marc) (Entered: 03/10/2010) |
| 03/11/2010 | 1939 | RULE 56.1 STATEMENT. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Marc) (Entered: 03/11/2010) |
| 03/11/2010 | 1940 | MEMORANDUM OF LAW in Support *of Motion for Summary Judgment*. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 03/11/2010) |
| 03/11/2010 | 1941 | RULE 56.1 STATEMENT. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Marc) (Entered: 03/11/2010) |
| 03/11/2010 | 1942 | MEMORANDUM OF LAW in Support *of Motion for Summary Judgment*. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 03/11/2010) |
| 03/11/2010 | 1943 | DECLARATION in Support. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Ex 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit)(Pillinger, Marc) (Ente 03/11/2010) |
| 03/11/2010 | 1944 | RULE 56.1 STATEMENT. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Marc) (Entered: 03/11/2010) |
| 03/11/2010 | 1945 | MEMORANDUM OF LAW in Support *of Motion for Summary Judgment*. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 03/11/2010) |
| 03/11/2010 | 1946 | RULE 56.1 STATEMENT. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Marc) (Entered: 03/11/2010) |
| 03/11/2010 | 1947 | MOTION for Summary Judgment *re Frank Gullo, et al. v. A. Russo Wrecking, et al. (06−cv−10937)*. Document file Taylor Recycling Facility LLC.(Kramer, Steven) (Entered: 03/11/2010) |
| 03/11/2010 | 1948 | MEMORANDUM OF LAW in Support *in Support of Motion for Summary Judgment*. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Pillinger, Marc) (Entered: 03/11/2010) |
| 03/11/2010 | 1949 | DECLARATION of Steven R. Kramer, Esq. in Support re: 1947 MOTION for Summary Judgment *re Frank Gullo, A. Russo Wrecking, et al. (06−cv−10937)*.. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (E 03/11/2010) |

| | | |
|---|---|---|
| 3/11/2010 | 1950 | MEMORANDUM OF LAW in Support re: 1947 MOTION for Summary Judgment *re Frank Gullo, et al. v. A. Russo Wrecking, et al. (06−cv−10937)*.. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 03/11/2010) |
| 3/11/2010 | 1951 | DECLARATION in Support. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Ex 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit)(Pillinger, Marc) (Entered: 03/11/2010) |
| 3/11/2010 | 1952 | DECLARATION in Support. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Ex 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit)(Pillinger, Marc) (Entered: 03/11/20 |
| 3/11/2010 | 1953 | CERTIFICATE OF SERVICE of notice of motion for summary judgment served on both plaintiffs' co−liaison coun March 10, 2010. Service was made by Mail. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (E 03/11/2010) |
| 3/11/2010 | 1954 | DECLARATION in Support. Document filed by Evans Environmental &Geological Science &Management, LLC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Ex 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit)(Pillinger, Marc) (Entered: 03/11/20 |
| 3/11/2010 | 1955 | CERTIFICATE OF SERVICE of declaration in support of summary judgment motion served on both plaintiffs co− counsel on March 10, 2010. Service was made by Mail. Document filed by Taylor Recycling Facility LLC. (Kramer (Entered: 03/11/2010) |
| 3/11/2010 | 1956 | CERTIFICATE OF SERVICE of Rule 56.1 statement served on both plaintiffs' co−liaison counsel on March 10, 20 Service was made by mail. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 03/11/20 |
| 3/11/2010 | 1957 | CERTIFICATE OF SERVICE of memorandum of law served on both plaintiffs' co−liaison counsel on March 10, 2 Service was made by mail. Document filed by Taylor Recycling Facility LLC. (Kramer, Steven) (Entered: 03/11/20 |
| 3/11/2010 | 1958 | REPLY MEMORANDUM OF LAW in Support re: 1696 MOTION for Summary Judgment *On Behalf of the Struct Engineer Defendants*.. Document filed by Skidmore Owings &Merrill LLP, Simpson Gumpertz &Heger Inc., Luciu Inc., Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray, Steficek, LLP, Goldstein A Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., MRA Engineering, P.C., M Rutledge Consulting Engineers, Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Lockw Kessler &Bartlett, Inc., Robert Silman Associates, P.C.. (Tyrrell, James) (Entered: 03/11/2010) |
| 3/11/2010 | 1959 | DECLARATION of James E. Tyrrell, Jr. in Support re: 1696 MOTION for Summary Judgment *On Behalf of the St Engineer Defendants*.. Document filed by Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Luci Inc., Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsanz, Murray, Steficek, LLP, Goldstein A Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., MRA Engineering, P.C., M Rutledge Consulting Engineers, Vollmer Associates, LLP, Weidlinger Associates, Inc., WSP Cantor Seinuk, Robert Associates, P.C., Skidmore Owings &Merrill, LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 E # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit Exhibit M)(Tyrrell, James) (Entered: 03/11/2010) |
| 3/11/2010 | 1960 | COUNTER STATEMENT TO 1697 Rule 56.1 Statement,,. Document filed by Skidmore Owings &Merrill LLP, Si Gumpertz &Heger Inc., Lucius Pitkin, Inc., Buro Happold Consulting Engineers, P.C., Ewell W. Finley, P.C., Gilsa Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, Vollmer Associates, LLP, Weidli Associates, Inc., WSP Cantor Seinuk, Lockwood, Kessler &Bartlett, Inc., Robert Silman Associates, P.C.. (Tyrrell, (Entered: 03/11/2010) |
| 3/11/2010 | 1961 | NOTICE of Notice of Motion for Summary Judgment. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) 03/11/2010) |
| 3/11/2010 | 1962 | MOTION for Summary Judgment *Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New Yo New Jersey pursuant to the New York State Defense Emergency Act*. Document filed by The Port Authority of New &New Jersey.(Jacob, Beth) (Entered: 03/11/2010) |
| 3/11/2010 | 1963 | MOTION for Summary Judgment *for Plaintiff Fernando Grimaldi*. Document filed by Phillips and Jordan, Inc..(Le Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1964 | MEMORANDUM OF LAW in Support re: 1963 MOTION for Summary Judgment *for Plaintiff Fernando Grimald Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |

| | | |
|---|---|---|
| 3/11/2010 | <u>1965</u> | RULE 56.1 STATEMENT. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | <u>1966</u> | CERTIFICATE OF SERVICE of Notice of Motion for Summary Judgment, Memorandum of Law in Support of M Summary Judgment, Rule 56.1 served on Fernando Grimaldi on 3/11/2010. Document filed by Phillips and Jordan, (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | <u>1967</u> | MOTION for Summary Judgment *Dismissing C1 and B3 Plaintiffs' Labor Law, Common Law Negligence, and Gen Municipal Law Claims against The Port Authority of New York and New Jersey*. Document filed by The Port Autho New York &New Jersey.(Jacob, Beth) (Entered: 03/11/2010) |
| 3/11/2010 | <u>1968</u> | RULE 56.1 STATEMENT. Document filed by Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construct Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Mazzoochi Wrecking Scalamandre, Phillips and Jordan, Plaza Construction Corp., Plaza Construction Management Corp., Tully Construc Company, Tully Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bovis Lend Lease, Inc., and Tul Construction Co., Inc., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., S Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, Dakota Demo–Tech, Inc., LaStrada Ge Contracting Corp., Moretrench American Corporation, Total Safety Consulting, LLC, Lucius Pitkin, Inc., Bovis Len Inc., Liberty Mutual Managed Care, Inc., Turner/Plaza, A Joint Venture, Wolkow Braker Roofing Corporation, AM &Environmental, Inc., Evans Environmental &Geological Science &Management, LLC, Gilsanz Murray Steficek I Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, In Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construc Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis Company, FTI Trucking Corp., Mazzochi Wrecking, Weeks Marine, Inc., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortes Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Leslie E. Robertson Associates Consulting Engine Liberty Mutual Group, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wreck MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, R Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollme Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mu Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Lockwood, Kessler &Bartlett, Inc., Moretrench Ame Corp., Mazzocchi Wrecking, Nacirema Industries, Inc., Nicholson Construction Co., Robert Silman Associates, P.C Skanska Koch, Inc., Skidmore Owings &Merrill, LLP, Wolkow Braker Roofing Corp., Phillips and Jordan, Inc., Ya &Sons, Inc., Yannuzzi Demolition &Recycling Services, Corp., Nacirema Industries Incorporated, JP Equipment R Material, Inc., Tucci Equipment Rental Corporation, The City of New York. (Tyrrell, James) (Entered: 03/11/2010) |
| 3/11/2010 | <u>1969</u> | MOTION for Summary Judgment *for Plaintiff Jeffrey and Diane Loughery*. Document filed by Phillips and Jordan, Inc..(Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | <u>1970</u> | DECLARATION OF DONALD A. KLEIN in Support re: <u>1967</u> MOTION for Summary Judgment *Dismissing C1 an Plaintiffs' Labor Law, Common Law Negligence, and General Municipal Law Claims against The Port Authority of York and New Jersey.*. Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 03/11/2010) |
| 3/11/2010 | <u>1971</u> | MEMORANDUM OF LAW in Support re: <u>1969</u> MOTION for Summary Judgment *for Plaintiff Jeffrey and Diane Loughery.*. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | <u>1972</u> | RULE 56.1 STATEMENT. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | <u>1973</u> | RULE 56.1 STATEMENT. Document filed by City of New York, Bovis Holdings Limited, Bovis International, Inc Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Inc., Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turn Construction Company, Turner Construction International, L.L.C., AMEC Construction Management, Inc., Mazzoo Wrecking, Scalamandre, Phillips and Jordan, Plaza Construction Corp., Plaza Construction Management Corp., Tull Construction Company, Tully Consulting Corp., Tully Environmental Inc., Tully Industries, Inc., Bovis Lend Lease and Tully Construction Co., Inc., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bart Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, Dakota Demo–Tech, Inc., La General Contracting Corp., Moretrench American Corporation, Total Safety Consulting, LLC, Lucius Pitkin, Inc., B Lend Lease, Inc., Liberty Mutual Managed Care, Inc., Turner/Plaza, A Joint Venture, Wolkow Braker Roofing Corp AMEC Earth &Environmental, Inc., Evans Environmental &Geological Science &Management, LLC, Gilsanz Mu Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., B Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Ca Construction Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakot |

| | | |
|---|---|---|
| | | Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet T Inc., Francis A. Lee Company, FTI Trucking Corp., Mazzochi Wrecking, Weeks Marine, Inc., Gilsanz, Murray, Ste LLP, Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hud Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Layala Construction, Inc., Antho Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., M Wrecking Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Cor Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Servi PT &L Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, In Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollme Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mu Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Lockwood, Kessler &Bartlett, Inc., Moretrench Ame Corp., Mazzocchi Wrecking, Nacirema Industries, Inc., Nicholson Construction Co., Robert Silman Associates, P.C. Skanska Koch, Inc., Skidmore Owings &Merrill, LLP, Wolkow Braker Roofing Corp., Phillips and Jordan, Inc., Ya &Sons, Inc., Yannuzzi Demolition &Recycling Services, Corp., Nacirema Industries Incorporated, JP Equipment Re Material, Inc., Tucci Equipment Rental Corporation, The City of New York. (Tyrrell, James) (Entered: 03/11/2010) |
| 3/11/2010 | 1974 | CERTIFICATE OF SERVICE of Notice of Motion for Summary Judgment, Memorandum of Law in Support of Mo Summary Judgment, 56.1 Statement served on Jeffrey and Diane Loughery on 3/11/2010. Document filed by Phillip Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1975 | MOTION for Summary Judgment *for Plaintiffs Carmella Cameron and Steve Cameron*. Document filed by Phillips Jordan, Inc..(Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1976 | MEMORANDUM OF LAW in Support re: 1975 MOTION for Summary Judgment *for Plaintiffs Carmella Camero Steve Cameron.*. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1977 | MEMORANDUM OF LAW in Support re: 1967 MOTION for Summary Judgment *Dismissing C1 and B3 Plaintiff Law, Common Law Negligence, and General Municipal Law Claims against The Port Authority of New York and N Jersey.*. Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 03/11/2010) |
| 3/11/2010 | 1978 | RULE 56.1 STATEMENT. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1979 | RULE 56.1 STATEMENT. Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Enter 03/11/2010) |
| 3/11/2010 | 1980 | CERTIFICATE OF SERVICE of Notice of Motion for Summary Judgment, Memorandum of Law in Support of Mo Summary Judgment, 56.1 Statement served on Carmella Cameron and Steve Cameron on 3/11/2010. Document file Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1981 | MOTION for Summary Judgment *for Plaintiffs Frank Gullo and Gabriella Gullo*. Document filed by Phillips and J Inc..(Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1982 | MEMORANDUM OF LAW in Support re: 1981 MOTION for Summary Judgment *for Plaintiffs Frank Gullo and G Gullo.*. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1983 | RULE 56.1 STATEMENT. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1984 | CERTIFICATE OF SERVICE of Notice of Motion for Summary Judgment, Memorandum of Law in Support of Mo Summary Judgment, Rule 56.1 Statement served on Frank Gullo and Gabriella Gullo on 3/11/2010. Document filed Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1985 | MOTION for Summary Judgment *On Behalf of The City of New York Based Upon Untimely Notices of Claim and S Limitations*. Document filed by City of New York.(Tyrrell, James) (Entered: 03/11/2010) |
| 3/11/2010 | 1986 | MEMORANDUM OF LAW in Support re: 1985 MOTION for Summary Judgment *On Behalf of The City of New Y Based Upon Untimely Notices of Claim and Statute of Limitations.*. Document filed by City of New York. (Tyrrell, . (Entered: 03/11/2010) |
| 3/11/2010 | 1987 | MOTION for Summary Judgment *for Plaintiffs Daniel and Jeanne Raleigh*. Document filed by Phillips and Jordan, Inc..(Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1988 | DECLARATION of James E. Tyrrell, Jr. in Support re: 1985 MOTION for Summary Judgment *On Behalf of The C New York Based Upon Untimely Notices of Claim and Statute of Limitations.*. Document filed by City of New York James) (Entered: 03/11/2010) |
| 3/11/2010 | 1989 | RULE 56.1 STATEMENT. Document filed by City of New York. (Tyrrell, James) (Entered: 03/11/2010) |

| | | |
|---|---|---|
| 3/11/2010 | 1990 | MEMORANDUM OF LAW in Support re: 1987 MOTION for Summary Judgment *for Plaintiffs Daniel and Jeanne Raleigh.*. Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1991 | CERTIFICATE OF SERVICE of Notice of Motion for Summary Judgment, Memorandum of Law in Support of Mo Summary Judgment, Rule 56.1 Statement served on Daniel and Jeanne Raleigh on 3/11/2010. Document filed by Ph Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1992 | NOTICE of Constitutional Question Challenging Constitutionality of Gen. Mun. L. Sec. 50–i(4)(a) Under New Yor Constitution re: 1985 MOTION for Summary Judgment *On Behalf of The City of New York Based Upon Untimely N Claim and Statute of Limitations.*. Document filed by City of New York. (Tyrrell, James) (Entered: 03/11/2010) |
| 3/11/2010 | 1993 | MOTION for Summary Judgment *for Plaintiff Christopher Castro*. Document filed by Phillips and Jordan, Inc..(Leff Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1994 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 03/11/2010) |
| 3/11/2010 | 1995 | MEMORANDUM OF LAW in Support re: 1993 MOTION for Summary Judgment *for Plaintiff Christopher Castro* Document filed by Phillips and Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1996 | CERTIFICATE OF SERVICE of Notice of Motion for Summary Judgment, Memorandum of Law in Support of Mo Summary Judgment, Rule 56.1 Statement served on Christopher Castro on 3/11/2010. Document filed by Phillips an Jordan, Inc.. (Leff, Richard) (Entered: 03/11/2010) |
| 3/11/2010 | 1997 | MOTION for Summary Judgment *Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New Yor New Jersey pursuant to the New York State Defense Emergency Act*. Document filed by The Port Authority of New &New Jersey.(Jacob, Beth) (Entered: 03/11/2010) |
| 3/11/2010 | 1998 | DECLARATION of JILL BERRY in Support re: 1997 MOTION for Summary Judgment *Dismissing Claims of C1 Plaintiffs against The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergen Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 03/11/2010) |
| 3/11/2010 | 1999 | MEMORANDUM OF LAW in Support re: 1997 MOTION for Summary Judgment *Dismissing Claims of C1 and B Plaintiffs against The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergen Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 03/11/2010) |
| 3/11/2010 | 2000 | RULE 56.1 STATEMENT. Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Enter 03/11/2010) |
| 3/12/2010 | 2001 | ORDER TO SHOW CAUSE. Upon joint application by Plaintiffs' Co–Liaison Counsel in Consolidated Master Doc 21 MC 100, Worby, Groner, Edelman &Napoli, Bern LLP (the "Worby Napoli Firm"), and Sullivan Papain Block M &Cannavo P.C. (the "Sullivan Papain Firm"), and attorneys for Defendants The City of New York and the Contracto Boggs LLP (the parties represented by the Worby Napoli Firm and the Sullivan Papain Firm and Patton Boggs LLP herein collectively be referred to as the "Parties"), the parties shall show cause as to why an Order should be entered the above–captioned consolidated actions; Show Cause Hearing set for 3/12/2010 at 01:45 PM in Courtroom 14D, 5 Street, New York, NY 10007 before Judge Alvin K. Hellerstein. Show Cause Response due by 3/12/2010. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 3/12/10) (rjm) (Entered: 03/12/2010) |
| 3/12/2010 | 2002 | MEMORANDUM OF LAW in Support re: 2001 Order to Show Cause,,,,. Document filed by City of New York, Bo Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, I Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Simpson Gumpertz &Heger Inc., Semc Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lu Pitkin, Inc., AMEC Earth &Environmental, Inc., A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Systems, In Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterp Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical S P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marine, Inc., Gilsanz, Murray, Ste LLP, Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hud Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc., Antho Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. – Div. of Thornton Tomasetti G Manafort Brothers, Inc., Mazzocchi Wrecking Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineer York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Enviro Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal G SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., V Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mu Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Lockwood, Kessler &Bartlett, Inc., Moretrench Ame Corp., Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Braker Roofing Cor |

| | | |
|---|---|---|
| | | Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation. (Tyrrell, James) (Entered: 03/12/2010) |
| 03/12/2010 | 2003 | AFFIDAVIT of Joseph E. Hopkins in Support re: 2002 Memorandum of Law in Support,,,,,,,,. Document filed by C New York, Bovis Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Cons Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Ke &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada Gen Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., AMEC Earth &Environmental, Inc., A Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Bre National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Co Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond I Excavating Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Com FTI Trucking Corp., Weeks Marine, Inc., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Enginee Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipme Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wreckin MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, I Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollmer Associates, LLP, Weid Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mutual Insurance Company, Les Robertson Associates, R.L.L.P., Moretrench American Corp., Nacirema Industries, Inc., Robert Silman Associates, Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporation. (Attachments: # 1 Appendix World Trade Center Litigation Settlement Process Agreement, # 2 Exhibit A, # 3 Exhibit Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # Exhibit K, # 14 Errata L, # 15 Exhibit M, # 16 Errata O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibi Exhibit S, # 21 Exhibit T, # 22 Exhibit U)(Tyrrell, James) (Entered: 03/12/2010) |
| 03/15/2010 | 2004 | DECLARATION of James E. Tyrrell, Jr. in Support re: 1968 Rule 56.1 Statement,,,,,,,,,,,,,. Document filed by City York, Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction Internatio L.L.C., AMEC Construction Management, Inc., Mazzoochi Wrecking, Scalamandre, Phillips and Jordan, Plaza Con Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consulting Corp., Tully Environ Inc., Tully Industries, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Atlantic Heydt Corp., Skidmor &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufa Corporation, Dakota Demo–Tech, Inc., LaStrada General Contracting Corp., Moretrench American Corporation, To Safety Consulting, LLC, Lucius Pitkin, Inc., Bovis Lend Lease Inc., Liberty Mutual Managed Care, Inc., Turner/Pla Joint Venture, Wolkow Braker Roofing Corporation, AMEC Earth &Environmental, Inc., Evans Environmental &C Science &Management, LLC, Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contractors, In Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembly Sy Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., D Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Exe Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Mazzochi Wrecking, W Marine, Inc., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Hallen Welding Ser Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, LL Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Leslie Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, LZA Tech. – Div of Thornton Tomasetti Manafort Brothers, Inc., Mazzocchi Wrecking Inc., MRA Engineering, P.C., Mueser Rutledge Consulting Engineer York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Enviro Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Roda Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Lockwood, Kessler & Inc., Moretrench American Corp., Mazzocchi Wrecking, Nacirema Industries, Inc., Nicholson Construction Co., Ro Silman Associates, P.C., Skanska Koch, Inc., Skidmore Owings &Merrill, LLP, Wolkow Braker Roofing Corp., Phi Jordan, Inc., Yannuzzi &Sons, Inc., Yannuzzi Demolition &Recycling Services, Corp., Nacirema Industries Incorpo Equipment Rental Material, Inc., Tucci Equipment Rental Corporation, The City of New York. (Tyrrell, James) (En 03/15/2010) |
| 03/15/2010 | 2005 | DECLARATION of James E. Tyrrell, Jr. in Support re: 1973 Rule 56.1 Statement,,,,,,,,,,,,,. Document filed by City York, Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMB, Bovis Lend Lease, Inc., Tully Construction Co., Inc., Turner Construction Company, Turner Construction Internatio L.L.C., AMEC Construction Management, Inc., Mazzoochi Wrecking, Scalamandre, Plaza Construction Corp., Plaza Construction Management Corp., Tully Construction Company, Tully Consulting Corp., Tully Environmental Inc., |

| | | |
|---|---|---|
| | | Industries, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Atlantic Heydt Corp., Skidmore Owings & LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, Dakota Demo–Tech, Inc., LaStrada General Contracting Corp., Moretrench American Corporation, To Safety Consulting, LLC, Lucius Pitkin, Inc., Bovis Lend Lease Inc., Liberty Mutual Managed Care, Inc., Turner/Pla Joint Venture, Wolkow Braker Roofing Corporation, AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek Russo Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, In Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construc Corp., C.B. Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech Diamond Point Excavating Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis Company, FTI Trucking Corp., Mazzochi Wrecking, Weeks Marine, Inc., Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laquila Construction, Inc., Anthony Cortes Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Leslie E. Robertson Associates Consulting Enginee Liberty Mutual Group, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wreck MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, I Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Thornton Tomasetti Group, Inc., Vollme Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Liberty Mu Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Lockwood, Kessler &Bartlett, Inc., Moretrench Ame Corp., Mazzocchi Wrecking, Nacirema Industries, Inc., Nicholson Construction Co., Robert Silman Associates, P.C. Skanska Koch, Inc., Skidmore Owings &Merrill, LLP, Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yann Demolition &Recycling Services, Corp., Nacirema Industries Incorporated, JP Equipment Rental Material, Inc., Tud Equipment Rental Corporation, The City of New York. (Tyrrell, James) (Entered: 03/15/2010) |
| 03/15/2010 | 2006 | ORDER: Whereas the World Trade Center Litigation Settlement Process Agreement(the "Settlement Agreement") c provide for judicial supervision or appointment of the Allocation Neutral and the Firm and panel of physicians that it, see Settlement Agreement at 38, the Parties are instructed not to engage, or commit to engage, or continue to enga individuals or entities to fill such positions without advice to, and approval by, the Court. (Signed by Judge Alvin K Hellerstein on 3/15/10) (db) (Entered: 03/15/2010) |
| 03/17/2010 | 2014 | NOTICE OF MOTION for Christopher Quinn to Appear Pro Hac Vice. Document filed by Survivair Respirators, In (Entered: 03/22/2010) |
| 03/18/2010 | 2007 | PRE–CONFERENCE STATEMENT *WTC Settlement Issues*. Document filed by Samuel Provisero.(Chinigo, Dario (Entered: 03/18/2010) |
| 03/18/2010 | 2008 | MOTION for Summary Judgment. Document filed by Survivair Respirators, Inc..(Harvey, Gary) (Entered: 03/18/2010 |
| 03/18/2010 | 2009 | MEMORANDUM OF LAW in Support re: 2008 MOTION for Summary Judgment.. Document filed by Survivair Respirators, Inc.. (Harvey, Gary) (Entered: 03/18/2010) |
| 03/18/2010 | 2010 | AFFIDAVIT of Gary W. Harvey in Support re: 2008 MOTION for Summary Judgment.. Document filed by Surviv Respirators, Inc.. (Harvey, Gary) (Entered: 03/18/2010) |
| 03/18/2010 | 2011 | RULE 56.1 STATEMENT. Document filed by Survivair Respirators, Inc.. (Harvey, Gary) (Entered: 03/18/2010) |
| 03/18/2010 | 2012 | AFFIDAVIT OF SERVICE. Document filed by Survivair Respirators, Inc.. (Harvey, Gary) (Entered: 03/18/2010) |
| 03/18/2010 | 2013 | NOTICE of Letter to Court. Document filed by Gregory J Cannata &Associates. (Grochow, Robert) (Entered: 03/18 |
| 03/19/2010 | 2015 | TRANSCRIPT of proceedings held on March 12, 2010 3:00 p.m. before Judge Alvin K. Hellerstein. (ajc) (laq). (En 03/23/2010) |
| 03/19/2010 | 2016 | TRANSCRIPT of proceedings held on March 12, 2010 2:00 p.m. before Judge Alvin K. Hellerstein. (ajc) (laq). (En 03/23/2010) |
| 03/19/2010 | 2843 | WORLD TRADE CENTER LITIGATION SETTLEMENT PROCESS AGREEMENT. (laq) (Entered: 06/27/2012) |
| 03/23/2010 | 2017 | NOTICE of Letter to the Court. Document filed by Gregory J Cannata &Associates. (Grochow, Robert) (Entered: 03/23/2010) |
| 03/23/2010 | 2018 | NOTICE of Letter to the Court. Document filed by Gregory J Cannata &Associates. (Grochow, Robert) (Entered: 03/23/2010) |
| 03/23/2010 | 2019 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. no Corporate Parent. Document filed by Berkel &Co. Con Inc..(Hechler, Eric) (Entered: 03/23/2010) |

| Date | Doc # | Description |
|---|---|---|
| 3/23/2010 | 2020 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Berkel &Co. Contractors, Inc.. (Hechler, E... (Entered: 03/23/2010) |
| 3/23/2010 | 2021 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. no Corporate Parent. Document filed by Berkel &Co. Con... Inc..(Hechler, Eric) (Entered: 03/23/2010) |
| 3/23/2010 | 2022 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Berkel &Co. Contractors, Inc.. (Hechler, E... (Entered: 03/23/2010) |
| 3/23/2010 | 2023 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Gregory Cannata and Robert Grochow dated 3... re: World Trade Center Litigation Settlement Proposal. ENDORSEMENT: Since the information is useful and comp... involves not much more than consulting information already produced by these plaintiffs, the objections are denied. ... absence of any showing of specific prejudice, the information should be supplied within 10 days from the date here... not practical, within a period shown to be reasonable. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge A... Hellerstein on 3/23/10) (rjm) (rjm). (Entered: 03/24/2010) |
| 3/24/2010 | 2024 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. no Corporate Parent. Document filed by Buro Happold C... Engineers, P.C..(Hechler, Eric) (Entered: 03/24/2010) |
| 3/24/2010 | 2025 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Buro Happold Consulting Engineers, P.C... Eric) (Entered: 03/24/2010) |
| 3/24/2010 | 2026 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. no Corporate Parent. Document filed by Buro Happold C... Engineers, P.C..(Hechler, Eric) (Entered: 03/24/2010) |
| 3/24/2010 | 2027 | NOTICE OF ADOPTION OF MASTER ANSWER. Document filed by Buro Happold Consulting Engineers, P.C... Eric) (Entered: 03/24/2010) |
| 3/24/2010 | 2028 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT (LETTER) – MOTION for Extension o... to File *Eligible Plaintiff List*. Document filed by Samuel Provisero, Kevin Fitzpatrick.(Hofmann, Paul) Modified on 3/25/2010 (jar). (Entered: 03/24/2010) |
| 3/24/2010 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 2028 HAS BEEN REJECTED... Attorney Paul Hofmann : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ... otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a ju... (jar) (Entered: 03/25/2010) |
| 3/25/2010 | | CASHIERS OFFICE REMARK on 2014 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 03/17/20... Receipt Number 898101. (jd) (Entered: 03/25/2010) |
| 3/25/2010 | 2029 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT (LETTER) – MOTION for Extension o... to File *Eligible Plaintiff List*. Document filed by Lawrence Ford, Patrick Arcese, Denise Esposito, Robert Esposito, ... Leon, James Melendez, Edward Galanek, Teresa Hartey, Robert Zane, Albert Pearce.(Goldstein, Ryan) Modified on... 3/25/2010 (jar). (Entered: 03/25/2010) |
| 3/25/2010 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 2029 HAS BEEN REJECTED... Attorney Ryan Goldstein : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ... otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a ju... (jar) (Entered: 03/25/2010) |
| 3/25/2010 | 2030 | NOTICE of Letter to the Court. Document filed by Gregory J Cannata &Associates. (Grochow, Robert) (Entered: 03/25/2010) |
| 3/26/2010 | 2031 | ORDER. The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted a... Christopher Quinn, is permitted to argue or try this particular case, in whole or in part, as counselor advocate and as ... set forth. granting 2014 Motion for Christopher Quinn to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerste... 3/25/10) (rjm) (Entered: 03/26/2010) |
| 3/26/2010 | 2032 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Gregory Cannata and Robert Grochow dated 3... re: This is an application to enlarge the time period for the submission of an Eligibility List or to change its current ... requirements. ENDORSEMENT: Plaintiffs counsel in 21mc102 shall file by April 2 the names of the plaintiffs who ... represent and such other information as they are able to furnish, and make application on April 12, 2010, at the time... hearing, to the extent they are not able to furnish the balance of information by that date, for an enlarged period. Rel... 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 3/25/10) (rjm) (Entered: 03/26/2010) |
| 3/29/2010 | 2033 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul T. Hofmann dated 3/26/10 re: Provided w... letter, please find a copy of a two page letter that was mistakenly filed via ECF on March 24, 2010. For the reasons s... therein, as well as for the reasons enumerated in the letters to the Court from Mr. Gregory Cannata, we join in Mr. C... objections, and respectfully request that any and all extensions that are granted, be granted to all plaintiffs, and speci... |

| | | |
|---|---|---|
| | | the six plaintiffs that are represented by this firm. ENDORSEMENT: The extensions granted to Mr. Cannata will ap Plaintiffs. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 3/26/10) (rjm) (Entered 03/29/2010) |
| 03/30/2010 | 2034 | TRANSCRIPT of proceedings held on March 12, 2010 2:00 p.m. before Judge Alvin K. Hellerstein. (ajc) (Entered: 03/30/2010) |
| 04/01/2010 | 2035 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 04/01/2010) |
| 04/01/2010 | 2036 | NOTICE of Letter to the Court. Document filed by Gregory J Cannata &Associates. (Grochow, Robert) (Entered: 04/01/2010) |
| 04/02/2010 | 2037 | TRANSCRIPT of proceedings held on March 19, 2010 2:00 p.m. before Judge Alvin K. Hellerstein. (ajc) (laq). (En 04/02/2010) |
| 04/02/2010 | 2038 | MOTION to Stay *Modify and Issues for April 12, 2010 Fairness Hearing*. (Filing Fee $ 39.00.) Document filed by Haskett–Godbee.(Rudden, John) (Entered: 04/02/2010) |
| 04/02/2010 | 2039 | AFFIRMATION of John P. Rudden, Esq. in Support re: 2038 MOTION to Stay *Modify and Issues for April 12, 201 Fairness Hearing*. (Filing Fee $ 39.00.). Document filed by Michelle Haskett–Godbee. (Rudden, John) (Entered: 04/02/2010) |
| 04/02/2010 | 2040 | NOTICE of Correspondence and Attachment. Document filed by Gregory J Cannata &Associates. (Grochow, Rober (Entered: 04/02/2010) |
| 04/09/2010 | 2041 | ORDER. The fairness hearing regarding the World Trade Center Litigation Settlement Process Agreement, which w scheduled for Monday, April 12, 2010, is adjourned to Tuesday, April 27, 2010, at 2:30 p.m. A hearing on Monday, 2010, will take place to hear issues regarding the stay of litigation currently in place in the 21 MC 100, 21 MC 102, MC 103 dockets. The hearing will be held at 2:30 p.m. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Hellerstein on 4/9/10) (rjm) (Entered: 04/09/2010) |
| 04/09/2010 | | Set Deadlines/Hearings: Fairness Hearing set for 4/27/2010 at 02:30 PM before Judge Alvin K. Hellerstein. Hearing regarding the stay of litigation set for 4/12/2010 at 02:30 PM before Judge Alvin K. Hellerstein. (rjm) (Entered: 04/0 |
| 04/09/2010 | 2042 | NOTICE of Amendment to Prior Filing. Document filed by Gregory J Cannata &Associates. (Grochow, Robert) (En 04/09/2010) |
| 04/09/2010 | 2043 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii). Pursuant to F.R.C.P. 41 (a)(1 the Federal Rules of Civil Procedure, the plaintiff, ALAN LEVINE, represented by the firm of Sullivan Papain Bloc McGrath &Cannavo, P.C., hereby gives notice that the above captioned action is voluntarily dismissed, without prej against the defendants. 41 (a)(1)(A)(ii). Relates to 21mc100, 10–1500. (Signed by Judge Alvin K. Hellerstein on 4/8 (rjm) (Entered: 04/09/2010) |
| 04/09/2010 | 2044 | AFFIDAVIT of Gregory J Cannata *&Associates*. Document filed by Gregory J Cannata &Associates. (Attachments: Affidavit)(Grochow, Robert) (Entered: 04/09/2010) |
| 04/13/2010 | 2045 | SUMMARY ORDER. On April 12, 2010, the parties appeared before me for a hearing regarding oppositions filed b parties against the stay of litigation currently in place in the 21 MC 100, 21 MC 102, and 21 MC 103 dockets. For th stated on the record, Defendant Verizon New York Inc. is relieved from the stay and the parties in the 21 MC 102 de permitted to submit to the Court their proposed discovery plan. Relates to 21mc100, 21mc102, 21mc103. (Signed by Alvin K. Hellerstein on 4/13/10) (rjm) (Entered: 04/13/2010) |
| 04/14/2010 | 2046 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii). Pursuant to F.R.C.P. 41(a)(1 the Federal Rules of Civil Procedure, the plaintiffs, WILLIAM STORZ AND DONNA STORZ, represented by the Sullivan Papain Block McGrath &Cannavo, P.C., hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants. Relates to 21mc100, 10–870. (Signed by Judge Alvin K. Heller 4/8/10) (rjm) (Entered: 04/14/2010) |
| 04/14/2010 | 2047 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii). Pursuant to F.R.C.P. 4l(a)(1 the Federal Rules of Civil Procedure. the plaintiffs, JAMES MURRAY AND KIMBERLY MURRAY, represented firm of Sullivan Papain Block McGrath &Cannavo, P.C., hereby gives notice that the above captioned action is volu dismissed, without prejudice against the defendants. Relates to 21mc100, 10–1952. (Signed by Judge Alvin K. Helle 4/8/10) (rjm) (Entered: 04/14/2010) |
| 04/14/2010 | 2048 | NOTICE of Filing of Exhibit U. Document filed by Gregory J Cannata &Associates. (Grochow, Robert) (Entered: 04/14/2010) |

| 4/14/2010 | 2050 | NOTICE OF APPEAL from 2006 Order,, 2041 Order,, 2023 Endorsed Letter,,. Document filed by City of New Yor..., Lend Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Managemen..., Plaza Construction Corp., Turner/Plaza, A Joint Venture, AMEC Earth &Environmental, Inc., Evergreen Recycling ... Corona. Filing fee $ 455.00, receipt number E 900129. (nd) (Entered: 04/15/2010) |
|---|---|---|
| 4/14/2010 | 2056 | TRANSCRIPT of proceedings held on 4/12/10, 2:40pm before Judge Alvin K. Hellerstein. (rjm) (Entered: 04/20/20... |
| 4/15/2010 | 2049 | MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) Document filed by City of New York, Bov... Lease LMB, Inc., Tully Construction Co., Inc., Turner Construction Company, AMEC Construction Management, I... Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Sim... Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., T... Safety Consulting, LLC, Lucius Pitkin, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A R... Wrecking, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Bre... National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Co... Contracting Corp., Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond ... Excavating Corp., Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies... En–Tech Corp., Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Com... FTI Trucking Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Service... HP Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., ... Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. –... Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., MRA Engineering, P.C., Mueser Ru... Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre ... Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., R... Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., ... Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc.,... Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Moretrench Americ... Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yan... &Sons, Inc., Tucci Equipment Rental Corporation.(Tyrrell, James) (Entered: 04/15/2010) |
| 4/15/2010 | 2051 | MEMORANDUM OF LAW in Support re: 2049 MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 3... MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending ...* (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on ...* *Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.0... MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending ...* (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on ...* *Notice Pending Appeal*. (Filing Fee $ 39.00.). Document filed by City of New York, Bovis Lend Lease LMB, Inc., ... Construction Co., Inc., Turner Construction Company, AMEC Construction Management, Inc., Plaza Construction ... Atlantic Heydt Corp., Skidmore Owings &Merrill LLP, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &He... Semcor Equipment and Manufacturing Corporation, LaStrada General Contracting Corp., Total Safety Consulting, I... Lucius Pitkin, Inc., AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Ber... Contractors, Inc., Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four... Transportation Corp., Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp... Component Assembly Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating C... Diversified Carting, Inc., DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech C... Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Truck... Corp., Weeks Marine, Inc., Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP ... Environmental, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., Laqu... Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, LZA Tech. –... Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., MRA Engineering, P.C., Mueser Ru... Consulting Engineers, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre ... Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., R... Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., ... Tomasetti Group, Inc., Vollmer Associates, LLP, Weidlinger Associates, Inc., Yonkers Contracting Company, Inc.,... Cantor Seinuk, Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Moretrench Americ... Nacirema Industries, Inc., Robert Silman Associates, P.C., Skanska Koch, Inc., Wolkow Braker Roofing Corp., Yan... &Sons, Inc., Tucci Equipment Rental Corporation. (Tyrrell, James) (Entered: 04/15/2010) |
| 4/15/2010 | | Transmission of Notice of Appeal to the District Judge re: 2050 Notice of Appeal,. (nd) (Entered: 04/15/2010) |
| 4/15/2010 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2050 Notice of A... (nd) (Entered: 04/15/2010) |
| 4/16/2010 | 2052 | NOTICE of Letter to the Court. Document filed by Gregory J Cannata &Associates. (Attachments: # 1 Supplement ... Electronic Correspondence regarding Letter)(Grochow, Robert) (Entered: 04/16/2010) |

| 4/16/2010 | 2053 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 04/16/2010) |
|---|---|---|
| 4/19/2010 | 2054 | ORDER REGULATING PROCEEDINGS On April 14, 2010, Defendants the City of New York, AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Bovis Lend Lease LMB, Inc.,Evergreen Recycling of Coron (KR.O.C.), Plaza Construction Corp., Inc., Tully Construction Co., Inc., Turner Construction Company, and Turner/Plaza Venture (the "Settling Defendants") filed a notice of appeal regarding three of this Court's orders: (1) the March 15, 20 Order instructing the parties to refrain from appointing an Allocation Neutral as contemplated by the World Trade C Litigation Settlement Process Agreement (the "Settlement Agreement"), (2) the March 23, 2010, Order permitting p to submit the "Eligible Plaintiff List" after the deadline set forth in the Settlement Agreement, and (3) the April 9, 20 Order scheduling a fairness hearing regarding the Settlement Agreement for April 27, 2010. On April 15, 2010, the A Defendants moved for a stay of litigation pending the outcome of their appeal. The Court will hear oral argument on motion for a stay on Wednesday, April 21, 2010; at 3 p.m. Oppositions to the motion must be filed by 4 p.m. on Tue April 20, 2010. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 4/19/2010) (jmi) Modified on 4/28/2010 (Entered: 04/19/2010) |
| 4/19/2010 | | Set Deadlines/Hearings: (jmi) (Entered: 04/19/2010) |
| 4/19/2010 | | Set Deadlines/Hearings: Responses due by 4/20/2010 Oral Argument set for 4/21/2010 at 03:00 PM before Judge A Hellerstein. (jmi) (Entered: 04/19/2010) |
| 4/19/2010 | 2055 | AFFIRMATION of John P. Rudden, Esq. in Opposition re: 2049 MOTION to Stay *on Short Notice Pending Appeal* Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short N Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MO Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Fili 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice P Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to *Short Notice Pending Appeal*. (Filing Fee $ 39.00.). Document filed by Michelle Haskett–Godbee. (Rudden, John) ( 04/19/2010) |
| 4/20/2010 | 2057 | ORDER REGULATING PROCEEDINGS. Whereas the parties are engaged in continuing discussions, the hearings scheduled for Wednesday, April 21, 2010, and Monday, April 27, 2010, are adjourned. New dates will be fixed by the Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 4/20/10) (rjm) (Entered: 04/20/2 |
| 4/20/2010 | 2058 | AFFIDAVIT of Gregory J Cannata and Robert Grochow in Opposition. Document filed by Gregory J Cannata &As (Grochow, Robert) (Entered: 04/20/2010) |
| 4/20/2010 | 2059 | FILING ERROR – DUPLICATED DOCKET ENTRY (SEE 2061 MEMORANDUM – MEMORANDUM OF LA Opposition re: 2049 MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on S Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00 MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00 MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending A (Filing Fee $ 39.00.), 2038 MOTION to Stay *Modify and Issues for April 12, 2010 Fairness Hearting*. (Filing Fee $ *NON–CITY DEFENDANTS' PARTIAL OPPOSITION TO MOTIONS FOR STAY*. Document filed by The Port Auth New York &New Jersey. (Jacob, Beth) Modified on 4/21/2010 (db). (Entered: 04/20/2010) |
| 4/20/2010 | 2060 | MEMORANDUM OF LAW in Opposition *of Stay*. Document filed by Gregory J Cannata &Associates. (Grochow, (Entered: 04/20/2010) |
| 4/20/2010 | 2061 | MEMORANDUM OF LAW in Opposition re: 2049 MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00 MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Notice Pending Appeal*. (Filing Fee $ 39.00.), 2038 MOTION to Stay *Modify and Issues for April 12, 2010 Fairnes Hearting*. (Filing Fee $ 39.00.) *EXHIBIT to NON–CITY DEFENDANTS' PARTIAL OPPOSITION TO MOTIONS F STAY*. Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 04/20/2010) |
| 4/20/2010 | 2062 | AFFIRMATION of Marion S. Mishkin, Plaintiffs' Co–Liaison Counsel, Non–Respiratory Cases in Opposition re: 2 MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00 MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Notice Pending Appeal*. (Filing Fee $ 39.00.) MOTION to Stay *on Short Notice Pending Appeal*. (Filing Fee $ 39.00. |

| | | Document filed by marion s. mishkin. (Mishkin, Marion) (Entered: 04/20/2010) |
|---|---|---|
| 4/20/2010 | 2063 | ORDER REGULATING PROCEEDINGS. Whereas the parties are engaged in continuing discussions, the hearings scheduled for Wednesday, April 21, 2010, and Tuesday, April 27, 2010, are adjourned. New dates will be fixed by t... Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 4/20/10) (rjm) (Entered: 04/20/... |
| 4/26/2010 | 2066 | TRANSCRIPT of proceedings held on April 12, 2010 2:40 p.m. before Judge Alvin K. Hellerstein. (ajc) (Entered: 04/28/2010) |
| 4/27/2010 | 2064 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, t... attorneys of record for the Plaintiffs listed on the attached Schedule A, and the attorneys for defendants BFP One Libe... Plaza Co. LP, BFP One Liberty Plaza Co., LLC, BFP Tower C Co. LLC, Brookfield Financial Properties, Inc., WF... A Co., LP, WFP Tower B Co., LP and WFP Tower D Co., LP (collectively the "Brookfield Parties") in these action... whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no perso... party has an interest in the subject matter of this action, the matters listed on the attached Schedule A are hereby dis... without prejudice as against the above−named Brookfield Parties only, and without costs to any party and as further... Relates to All cases listed in Schedule A. (Signed by Judge Alvin K. Hellerstein on 4/27/10) (rjm) Modified on 6/7/1... (rjm). (Entered: 04/27/2010) |
| 4/27/2010 | 2065 | MEMO ENDORSEMENT re: AFFIRMATION IN OPPOSITION TO A STAY (of the Litigationpending the outcom... Appeal). ENDORSEMENT: "The Non−Respiratory Plaintiffs should continue discussing settlement. However, their... opposition to a stay is denied for failure to identify what proceedings they proposed to pursue, and why they have n... previously taken these steps". (Signed by Judge Alvin K. Hellerstein on 4/27/10) (db) (Entered: 04/27/2010) |
| 4/29/2010 | 2067 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai... Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 04/29/2010) |
| 5/03/2010 | 2068 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 05/03/2010) |
| 5/04/2010 | 2070 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 2050 Notice of Ap... filed by Bovis Lend Lease LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., Turner/Plaza, A... Venture, AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Coro... Construction Corp., City of New York USCA Case Number 10−1377, 3 Copies of the index, Certified Clerk Certifica... Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (Additional attachment(s) added on 5/6/2... part 2) (nd). (Entered: 05/06/2010) |
| 5/05/2010 | 2069 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph E. Hopkins dated 5/4/10 re: As the Cou... aware, on April 15, 2010, Defendants the City of New York and the Contractors (collectively, the "Settling Defenda... moved for an immediate stay of all further proceedings in the above−captioned litigations pending resolution of thei... to the United States Court of Appeals for the Second Circuit. Pursuant to the Court's recent request that a date be set... submission of reply papers regarding this application for a stay, I communicated with Defendants' Co−Liaison Cour... 21 MC 100 and 21 MC 102 dockets and also with Plaintiffs' Liaison Counsel in the 21 MC 100 and 21 MC 102 dock... was agreed that reply submissions would be due on Monday, May 10, 2010 and that I would submit this joint letter t... Court regarding this schedule. All counsel identified herein have had the opportunity to review this letter before its... submission. A number of the parties in the 21 MC 100 and 21 MC 102 dockets opposing the motion object to any su... by Plaintiffs' Counsel in support of the motion for stay and do not believe that Plaintiffs' Counsel have standing to m... such submission. Plaintiffs' Counsel disagree with this position and reserve their right to be heard on the motion for... addition, a number of the parties opposing the motion request that a date for argument be set at the Court's earliest... convenience. ENDORSEMENT: So Ordered. I invite submissions by Plaintiffs counsel. Relates to 21mc100, 21mc... 21mc103. (Signed by Judge Alvin K. Hellerstein on 5/4/10) (rjm) (Entered: 05/05/2010) |
| 5/06/2010 | 2071 | RESPONSE to Discovery Request from PORT AUTHORITY OF NEW YORK and NEW JERSEY, and WORLD... CENTER PROPERTIES, LLC and CITY OF NEW YORK.Document filed by Andrea Cavicchio, Nicola Cavicchio.(Giannini, A.) (Entered: 05/06/2010) |
| 5/06/2010 | 2072 | TRANSCRIPT (DUPLICATE ORIGINAL) of proceedings held on 4/4/08 at 2:40 PM before Judge Alvin K. Hellers... (Entered: 05/06/2010) |
| 5/06/2010 | 2073 | TRANSCRIPT (DUPLICATE ORIGINAL) of proceedings held on 5/5/08 at 3:07 P.M. before Judge Alvin K. Heller... (tp) (Entered: 05/06/2010) |
| 5/07/2010 | 2074 | First Supplemental ROA Sent to USCA (Index). Notice that the Supplemental Index to the record on Appeal for 205... of Appeal, filed by Bovis Lend Lease LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., Turn... A Joint Venture, AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling... Corona, Plaza Construction Corp., City of New York USCA Case Number 10−1377, 3 Copies of the index, Certifie... Supplemental Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (tp). ... 05/07/2010) |

| 5/07/2010 | 2075 | ORDER REGULATING PROCEEDINGS. Now therefore the court orders, sua sponte, that the deadline for filing re papers is extended from May 10, 2010, to May 29, 2010. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judg K. Hellerstein on 5/7/10) (rjm) (Entered: 05/07/2010) |
|---|---|---|
| 5/07/2010 | | Set Deadlines/Hearings: Replies due by 5/29/2010. (rjm) (Entered: 05/07/2010) |
| 5/12/2010 | | Second Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Elec Files for 2002 Memorandum of Law in Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Ent Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cani Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc. Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, H Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle O Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger In Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Compan Pitkin, Inc., Mueser Rutledge Consulting Engineers, 2003 Affidavit in Support, filed by Gilsanz, Murray, Steficek, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, S Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cani Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofi Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc. Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2001 Order to Show Cause, 2006 Or Order, 2032 Endorsed Letter, USCA Case Number 10–1377, were transmitted to the U.S. Court of Appeals. (tp) Mo 5/12/2010 (tp). (Entered: 05/12/2010) |
| 5/12/2010 | 2076 | CONSENT TO CHANGE ATTORNEY AND STIPULATION TO DISMISS AND CONSOLIDATE. IT IS HERE STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the firm of SULLIVAN PA BLOCK MCGRATH &CANNAVO, P.C., is hereby substituted as counsel of records for plaintiffs JOSEPH ABRA AND CATHERINE ABRAMSKI, by WORBY GRONER EDELMAN &NAPOLI BERN, LLP. IT IS FURTHER STIPULATED AND AGREED, that the docket number, 10CV00545, is hereby dismissed and is to be consolidated docket number 06CV9961. IT IS FURTHER STIPULATED AND AGREED, that the firm of SULLIVAN PAPAIN MCGRATH &CANNAVO, P.C. is relieved of any further responsibility in this action. Relates to 21mc100, 06–996 10–545. (Signed by Judge Alvin K. Hellerstein on 5/12/10) (rjm) (Entered: 05/13/2010) |
| 5/18/2010 | 2077 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 05/18/2010) |
| 5/26/2010 | 2078 | NOTICE OF APPEARANCE by Michele Susan Greif on behalf of United States (Greif, Michele) (Entered: 05/26/2 |

| | | |
|---|---|---|
| 5/27/2010 | 2079 | ORDER: I have been in touch with the plaintiffs, defendants and the World Trade Center Captive Insurance Compa[ny] regarding negotiations on the proposed revised agreement to settle. Since intensive negotiations are said to be contin[ue] would be inadvisable to distract the parties by requiring their submission of a reply brief on the motion for a stay on [?] I set in my order dated May 7, 2010. Accordingly, the deadline is extended to June 18, 2010. (Signed by Judge Alvi[n] Hellerstein on 5/27/2010) (jpo) (Entered: 05/27/2010) |
| 5/28/2010 | 2080 | ORDER. This order responds to the letter of Howe &Russell, P.C., dated May 26, 2010, asking if my comment at th[e] of March 19, 2010, concerning contingent fees of plaintiffs' lawyers applies to them. I intended my comment to app[ly] the plaintiffs lawyers who might be sharing in contingency arrangements. I anticipate that reductions in such fees, if [?] proposed to improve the benefits flowing to the plaintiffs by reason of any revised settlement agreement, are propos[ed] behalf of all lawyers and law firms expecting to share in the fees chargeable to plaintiffs or collected from plaintiffs['] recoveries. If any attorneys decline so to be governed, they will have to apply to the court for appropriate relief. Rela[tes] 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 5/28/10) (rjm) (Entered: 05/28/2010) |
| 6/02/2010 | 2081 | NOTICE OF APPEARANCE by Sandra Lynn Musumeci on behalf of Verizon New York Inc. (Musumeci, Sandra) [(Entered:] 06/02/2010) |
| 6/09/2010 | 2082 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/09/2010) |
| 6/10/2010 | 2083 | ORDER ACKNOWLEDGING, AND SETTING HEARING ON, MODIFIED AND IMPROVED AGREEMENT O[N] SETTLEMENT. It is ordered that a hearing will be held June 23, 2010, at 10:00 a.m. in Courtroom 14D, 500 Pearl S[treet,] New York, NY 10007. The plaintiffs, the defendants, and members of the public are invited to speak at the hearing o[n June] 23, 2010. All who wish to speak should register with the law firm of Worby Groner Edelman &Napoli Bern by cont[acting] Christopher LoPalo, Esq. at clopalo@nbrlawfirm.com. and as further set forth in this Order. Relates to 21mc100, 21[mc102,] 21mc103. (Signed by Judge Alvin K. Hellerstein on 6/10/10) (rjm) (Entered: 06/10/2010) |
| 6/10/2010 | | Set Deadlines/Hearings: Hearing set for 6/23/2010 at 10:00 AM in Courtroom 14D, 500 Pearl Street, New York, NY before Judge Alvin K. Hellerstein. (rjm) (Entered: 06/10/2010) |
| 6/14/2010 | 2084 | ORDER SETTING STATUS CONFERENCE. In light of my preliminary approval of the World Trade Center Litig[ation] Settlement Process Agreement, as Amended (the "Settlement"), and the fairness hearing scheduled for June 23, 2010[,] now appropriate to hold a status conference to discuss the cases not covered by the Settlement. Accordingly, the con[ference] will be held on Friday, June 25, 2010, at 2:30 p.m. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvi[n K.] Hellerstein on 6/14/10) (rjm) (Entered: 06/14/2010) |
| 6/14/2010 | | Set Deadlines/Hearings: Status Conference set for 6/25/2010 at 02:30 PM before Judge Alvin K. Hellerstein. (rjm) [(Entered:] 06/14/2010) |
| 6/15/2010 | 2085 | MEMO ENDORSEMENT re: NOTICE OF WITHDRAWAL OF COUNSEL. Nirav Shah is no longer associated w[ith] Kirkland &Ellis LLP and should be removed from the service list. Kirkland &Ellis LLP continues to serve as couns[el for] defendant Verizon New York Inc. through its attorneys Lee Ann Stevenson and Sandra Musumeci, and all future correspondence and papers in this action should continue to be directed to them. Relates to 21mc100, 21mc102, 21m[c103.] Attorney Nirav Sanjay Shah terminated. (Signed by Judge Alvin K. Hellerstein on 6/14/10) (rjm) (Entered: 06/15/20[10]) |
| 6/17/2010 | 2086 | ORDER REGULATING PROCEEDINGS: In light of the fairness hearing scheduled for June 23, 2010, and the stat[us] conference scheduled for June 25, the deadline to file reply papers on the motion for a stay, currently set for June 18[, is] adjourned. The issue will be addressed at the status conference on June 25. (Signed by Judge Alvin K. Hellerstein o[n] 6/17/10) (db) (Entered: 06/17/2010) |
| 6/18/2010 | 2087 | NOTICE of Objection. Document filed by City of New York, Bovis Lend Lease LMB, Inc., Tully Construction Co.[,] AMEC Construction Management, Inc., Plaza Construction Corp., Atlantic Heydt Corp., Skidmore Owings &Merri[ll] Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corpora[tion,] LaStrada General Contracting Corp., Total Safety Consulting, LLC, Lucius Pitkin, Inc., Ove Arup &Partners P.C., [?] Welding, Inc., Parson Group, Inc., Turner/Plaza, A Joint Venture, Ment Bros. Iron Works Co., Musco Sports Lighti[ng,] AMEC Earth &Environmental, Inc., Gilsanz Murray Steficek LLP, A Russo Wrecking, Inc., Berkel &Co. Contracto[rs,] Big Apple Wrecking &Construction Corp., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation C[orp.,] Buro Happold Consulting Engineers, P.C., Canron Construction Corp., C.B. Contracting Corp., Component Assembl[y] Systems, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Cartin[g,] DMT Enterprise, Inc., Eagle One Roofing Contractors, Inc., E.J. Davies, Inc., En–Tech Corp., Ewell W. Finley, P.C[.,] Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Weeks Marin[e,] Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., HP Environmental, Inc., Laquila Construction, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Evergreen Recycling of Corona, Koch Skansk[a,] Liberty Mutual Group, LZA Tech. – Div. of Thornton Tomasetti Group, Manafort Brothers, Inc., Mazzocchi Wreck[ing,] Meridian Construction Group, LLC, MRA Engineering, P.C., Mueser Rutledge Consulting Engineers, New York Cr[ane] &Equipment Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &[L] Contracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB[?] Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Toretta Trucking, Inc., Vollmer Associat[es] |

| | | Weidlinger Associates, Inc., Yonkers Contracting Company, Inc., Leslie E. Robertson Associates, R.L.L.P., Moretr... American Corp., Nacirema Industries, Inc., Nicholson Construction Co., Wolkow Braker Roofing Corp., Yannuzzi ... Inc., JP Equipment Rental Material, Inc., Tucci Equipment Rental Corporation. (Tyrrell, James) (Entered: 06/18/201... |
|---|---|---|
| 6/18/2010 | 2088 | ORDER. To protect the plaintiffs' interests and privileges relating to their communications with their counsel, it is o... that, to the extent any communications between plaintiffs and their counsel would have been privileged absent Profe... Simon's involvement, such communications shall remain privileged notwithstanding his involvement. Any notes, re... communications produced by Professor Simon in the course of his work as Court–appointed legal expert shall be pr... by the work product privilege. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 6... (rjm) (Entered: 06/21/2010) |
| 6/21/2010 | 2089 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/21/2010) |
| 6/21/2010 | 2090 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai... Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/21/2010) |
| 6/23/2010 | 2091 | ORDER APPROVING MODIFIED AND IMPROVED AGREEMENT OF SETTLEMENT. The Amended Settlem... Process Agreement is fair, reasonable, adequate, just and in the best interests of the parties. The protocol in the form... at Exhibit B to the Court's June 10, 2010 Order, applicable to cases settled under the Amended Settlement Process... Agreement, accepting the voluntary fee reduction to 25% by plaintiffs' attorneys, to be deducted from each plaintiff'... recovery after deduction of appropriate expenses, and establishing procedures for the approval of "Common Benefit... expenses incurred by Plaintiffs' Liaison Counsel, is adopted. Matthew L. Garretson and the Garretson Firm Resoluti... are appointed as the Allocation Neutral, responsible for determining the specific entitlements of each plaintiff under... Amended Settlement Process Agreement. Kenneth Feinberg is appointed as the Claims Appeals Neutral, responsible... hearing appeals from determinations made by the Allocation Neutral under the Amended Settlement Process Agreem... Professor Roy D. Simon is appointed to review certain communications to plaintiffs regarding the Amended Settlem... Process Agreement. The case management orders in 21 MC 100, 21 MC 102, and 21 MC 103, numbered One, Two,... Three, respectively, in the form set out at Exhibit C to the Court's June 10, 2010 Order, to regulate all cases that are... settled and all newly–filed cases, are adopted and will be separately signed and entered. The parties' objections to an... to appeal from this Order and all prior orders and statements of this Court pertaining to the Settlement Process Agre... and Amended Settlement Process Agreement are expressly preserved. Relates to 21 MC 100, 21 MC 102, and 21 M... (Signed by Judge Alvin K. Hellerstein on 6/23/10) (rjm) (Entered: 06/24/2010) |
| 6/23/2010 | 2092 | CASE MANAGEMENT ORDER NO. 10. This Case Management Order No. 10 shall apply to all plaintiffs with ca... pending as of April 12, 2010, and all new plaintiffs filing cases after April 12, 2010 ("Plaintiff" or "Plaintiffs"). The... requirements imposed upon Plaintiffs by this Order shall apply only as against those actual or potential defendants i... on Exhibit A hereto ("Listed Defendants"). Each Plaintiff with an existing case as of April 12, 2010, shall file and th... serve an Amended Complaint satisfying the requirements of the Federal Rules of Civil Procedure ("FRCP") and this... Management Order ("CMO") on Listed Defendants' Counsel by the one hundred and thirtieth (130th) day after the e... of the Affirmation of Final Settlement Agreement, if that Plaintiffs case is not dismissed with prejudice prior to this... pursuant to the final settlement agreement, and as further set forth. This Order shall become void and of no prospect... retroactive effect as to any Plaintiff or Listed Defendant if affirmation of a final settlement agreement is not execute... required signatories under the settlement agreement by October 21, 2010, such date subject to extension of time on... and for good cause shown by any Listed Defendant. Any party objecting to the entry of this Order shall file such obj... July 8, 2010. (Signed by Judge Alvin K. Hellerstein on 6/23/10) (rjm) (Entered: 06/24/2010) |
| 6/23/2010 | 2844 | WORLD TRADE CENTER LITIGATION SETTLEMENT PROCESS AGREEMENT, AS AMENDED. (laq) (Ent... 06/27/2012) |
| 6/23/2010 | 2845 | Memorandum dated 'Revised' September 24, 2009: Addressed to Judge Alvin K. Hellerstein, from James A. Hender... and Aaron D. Twerski. (laq) (Entered: 06/27/2012) |
| 6/24/2010 | 2093 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |
| 6/24/2010 | 2094 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |
| 6/24/2010 | 2095 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |
| 6/24/2010 | 2096 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |
| 6/24/2010 | 2097 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |

| | | |
|---|---|---|
| 6/24/2010 | 2098 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |
| 6/24/2010 | 2099 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |
| 6/24/2010 | 2100 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |
| 6/24/2010 | 2101 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |
| 6/24/2010 | 2102 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |
| 6/24/2010 | 2103 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |
| 6/24/2010 | 2104 | NOTICE OF APPEARANCE by Brian Adam Kalman on behalf of Weeks Marine, Inc. (Kalman, Brian) (Entered: 06/24/2010) |
| 6/24/2010 | 2105 | STIPULATION CONCERNING FILING OF NOTICES OF CLAIM AND AMENDMENT OF COMPLAINTS. IT HEREBY STIPULATED AND AGREED by and between the City of New York and the plaintiffs in the actions list Exhibit "1" and made a part hereof, that, solely as to the actions listed on Exhibit "1", and, except as set forth in para of this stipulation, the notices of claim served after September 16, 2009 and prior to the date of this stipulation shall deemed to have been timely and properly served pursuant to General Municipal Law §§ 50−e and 50−i as amended Jimmy Nolan's Law; solely as to the actions listed on Exhibit "1", the subject plaintiffs' complaints shall be deemed thirty−one (31) days after the service of a notice of claim to include the following allegations in paragraph "7", in ad any other allegations contained therein, with respect to defendant City of New York as further set forth in said order DOCUMENT RELATES TO: All Actions Identified on the list annexed hereto as Exhibit "1." Entered under main c numbers as per Chambers. (Signed by Judge Alvin K. Hellerstein on 6/23/10) (rjm) (Entered: 06/25/2010) |
| 6/24/2010 | 2106 | STIPULATION CONCERNING FILING OF NOTICES OF CLAIM AND AMENDMENT OF COMPLAINTS. IT HEREBY STIPULATED AND AGREED by and between the City of New York and the plaintiffs in the actions list Exhibit "1" and made a part hereof, that, solely as to the actions listed on Exhibit "1", and, except as set forth in para of this stipulation, the notices of claim served on the dates listed on Exhibit "1" shall be deemed to have been timely properly served pursuant to General Municipal Law §§ 50−e and 50−i as amended by Jimmy Nolan's Law; solely as actions listed on Exhibit "1", the subject plaintiffs' complaints shall be deemed amended thirty−one (31) days after t service of a notice of claim to include the following allegations in paragraph "7", in addition to any other allegations contained therein, with respect to defendant City of New York as further set forth in said order. THIS DOCUMENT RELATES TO: All Actions Identified on the list annexed hereto as Exhibit "1". Entered under main case number as Chambers. (Signed by Judge Alvin K. Hellerstein on 6/23/10) (rjm) (Entered: 06/25/2010) |
| 6/25/2010 | 2107 | FIRST MOTION to Compel *Costs Pursuant to FRCP45*. Document filed by Mount Sinai Medical Center. Return D for 7/12/2010 at 09:30 AM.(Plevan, Bettina) (Entered: 06/25/2010) |
| 6/25/2010 | 2108 | QUALIFIED PROTECTIVE ORDER regarding procedures to be followed that shall govern the handling of confide material. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 6/25/10) (rjm) (Entere 06/25/2010) |
| 6/25/2010 | 2109 | MEMORANDUM OF LAW in Support re: 2107 FIRST MOTION to Compel *Costs Pursuant to FRCP45. Non Par Sinai Medical Center's Memrandum of Law in Support of its Motion to Compel Costs pursuant o FRCP 45*. Docume by Mount Sinai Medical Center. (Plevan, Bettina) (Entered: 06/25/2010) |
| 6/25/2010 | 2110 | DECLARATION of Bettina B. Plevan in Support re: 2107 FIRST MOTION to Compel *Costs Pursuant to FRCP45* Document filed by Mount Sinai Medical Center. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Plevan, Bettina) (Entered: 06/25/2010) |
| 6/25/2010 | 2111 | PROTOCOL FOR REGULATING ATTORNEYS' FEES AND ALLOWANCES OF EXPENSES. Within 30 days a court approval of the World Trade Center Litigation Settlement Process Agreement, as amended, Plaintiffs' Liaison shall submit to the Court, and serve on all plaintiffs' counsel, a schedule of expenses claimed to be incurred on behal plaintiffs ("Common Benefit Expenses" or "General Expenses"), identifying the expenses and justification and supp the reasonableness of such expenses. The supporting documentation shall include a sworn statement by counsel that amounts were actually charged by and paid to outside vendors or, if services were furnished within counsel's office, no greater than those customarily charged by outside vendors, and as further set forth regarding the procedures to be that shall govern the handling of the Protocol for Regulating Attorneys Fees and Allowances of Expenses. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 6/25/10) (rjm) (Entered: 06/25/2010) |

| | | |
|---|---|---|
| 6/25/2010 | 2112 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/25/2010) |
| 6/29/2010 | 2113 | ORDER PROPOSING AMENDMENT TO SPECIAL MASTERS' APPOINTMENT. The court now proposes a new the Special Masters, as facilitators and mediators of the settlement discussions now about to begin with the defendan are not parties to the Settlement Agreement. The Special Masters, in addition to all the powers authorized pursuant t order of December 12, 2006, are authorized and empowered to identify groups of defendants and insurers having sim interests, engage in ex parte discussions with counsel acting for these groups (to the extent the parties thereto consen generally, promote and facilitate discussions and negotiations to bring about additional settlements in the 21 MC 100 and as further set forth. The Special Masters shall report to the court at the end of each month. The costs and expense Special Masters shall be billed and paid monthly, as provided by paragraph 6 of the order of December 12, 2006. Co expenses may be billed to subsets of plaintiffs and defendants as appropriate. Any party objecting to this order shall the court by July 2, 2010, and submit the substance of the objection by July 6, 2010. Because discussions are ongoin order will be effective in the interim. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerste 6/29/10) (rjm) (Entered: 06/29/2010) |
| 7/07/2010 | 2114 | TRANSCRIPT of proceedings held on June 23, 2010 10:10 a.m. before Judge Alvin K. Hellerstein. (ajc) (Entered: 07/07/2010) |
| 7/07/2010 | 2115 | TRANSCRIPT of proceedings held on June 10, 2010 10:55 a.m. before Judge Alvin K. Hellerstein. (ajc) (laq) (Ent 07/07/2010) |
| 7/09/2010 | 2116 | NOTICE OF APPEAL from 2091 Order, 2083 Order. Document filed by Tully Construction Co., Inc., Turner Cons Company, Plaza Construction Corp., Simpson Gumpertz &Heger Inc., Semcor Equipment and Manufacturing Corpo Total Safety Consulting, LLC, Turner/Plaza, A Joint Venture, Weeks Marine, Inc., Mueser Rutledge Consulting En New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Pro Safety Services, LLC, PT &L Contracting Corp., Robert L. Gerosa, Inc., Rodar Enterprise Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Silverite Contracting Corp., Vollmer Associate Yonkers Contracting Company, Inc., WSP Cantor Seinuk, Moretrench American Corp., Nacirema Industries, Inc., F Silman Associates, P.C., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Tucci Equipment Rental Corporatio of Education of the City of New York, New York City Department of Education, New York City School Constructio Authority, Nicholson Construction Company, Skanska Koch, Inc., Skidmore, Owings &Merrill LLP, The City Univ New York, Thornton Tomasetti, Inc., Weidlinger Associates P.C., MRA Engineering P.C., Mazzocchi Wrecking, In Manafort Brothers Incorporated, LZA Technology – a division of Thornton Tomasetti, Lucius Pitkin, Inc., Lockwoo Kessler &Bartlett, Inc., Liberty Mutual Insurance Company, Leslie E. Robertson Associates, R.L.L.P., Laquila Cons Inc., LaStrada General Contracting Corp., J.P. Equipment &Rental Materials, L.L.C., Hudson Meridian Constructio LLC, HP Environmental, Inc., Hallen Welding Service, Inc., Goldstein Associates Consulting Engineers PC, Gilsan Steficek, LLP, FTI Trucking Corp., Francis A. Lee Company, Fleet Trucking, Inc., Executive Medical Services, P.C W. Finley, P.C., Evergreen Recycling of Corona, En–Tech Corporation, Eagle One Roofing Contractors, Inc., E.J. I Inc., DMT Enterprise, Inc., Diversified Carting, Inc., Diamond Point Excavating Corporation, Dakota Demo–Tech, Contracting Co., Inc., Component Assembly Systems, Inc., City of New York, Canron Construction Corp., C.B. Co Corp., Buro Happold Consulting Engineers, PC., Brer–Four Transportation, Breeze National, Inc., Breeze Carting, I Bovis Lend Lease LMB, Inc., Big Apple Wrecking &Construction Corp., Berkel &Company Contractors, Inc., Atlantic–Heydt Corporation, AMEC Earth and Environmental, Inc., AMEC Construction Management, Inc., A. Rus Wrecking, Inc. Filing fee $ 455.00, receipt number E 908308. (tp) Modified on 7/13/2010 (tp). (Entered: 07/12/2010 |
| 7/12/2010 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2116 Notice of A (tp) (Entered: 07/12/2010) |
| 7/15/2010 | 2117 | RULE 56.1 STATEMENT. Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Enter 07/15/2010) |
| 7/15/2010 | 2118 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Bettina B. Plevan dated 7/15/10 re: Request th Court direct the clerk's office to disable the link to this exhibit on the Court's electronic docket and to take any addit steps requested by counsel and required to restrict public access to this exhibit. ENDORSEMENT: So Ordered. (Sig Judge Alvin K. Hellerstein on 7/15/10) (rjm) (Entered: 07/15/2010) |
| 7/15/2010 | 2119 | MOTION for Summary Judgment *Notice of Motion for Summary Judgment Dismissing A1, A2, A3, B1 and B2 Plain Labor Law, Common Law Negligence, and General Municipal Law Claims against The Port Authority of New York Jersey.* Document filed by The Port Authority of New York &New Jersey.(Jacob, Beth) (Entered: 07/15/2010) |
| 7/15/2010 | 2120 | MEMORANDUM OF LAW in Support re: 2119 MOTION for Summary Judgment *Notice of Motion for Summary . Dismissing A1, A2, A3, B1 and B2 Plaintiffs' Labor Law, Common Law Negligence, and General Municipal Law Cl against The Port Authority of New York and New Jersey. Memorandum of Law in Support of Motion for Summary J Dismissing A1, A2, A3, B1 and B2 Plaintiffs' Labor Law, Common Law Negligence, and General Municipal Law Cl against The Port Authority of New York and New Jersey.* Document filed by The Port Authority of New York &New (Jacob, Beth) (Entered: 07/15/2010) |

| 7/15/2010 | 2121 | DECLARATION of Donald A. Klein in Support re: 2119 MOTION for Summary Judgment *Notice of Motion for Su... Judgment Dismissing A1, A2, A3, B1 and B2 Plaintiffs' Labor Law, Common Law Negligence, and General Munici... Claims against The Port Authority of New York and New Jersey.*. Document filed by The Port Authority of New Yo... Jersey. (Jacob, Beth) (Entered: 07/15/2010) |
|---|---|---|
| 7/16/2010 | 2122 | NOTICE OF WITHDRAWAL OF COUNSEL. PLEASE TAKE NOTE THAT ERIC FOSTER LEON and ANDRE... RIGGS DUNLAP should be removed from the service list. Kirkland &Ellis LLP continues to serve as counsel for D... Verizon New York Inc. through its attorneys Lee Ann Stevenson and Sandra Musumeci and all future corresp.... papers in this action should continue to be directed to them. (Signed by Judge Alvin K. Hellerstein on 7/15/10) (rjm) (Entered: 07/16/2010) |
| 7/19/2010 | 2123 | ORDER SETTING PUBLIC MEETINGS ON SETTLEMENT. I will hold two public meetings to discuss the settle... the World Trade Center litigation and to address questions regarding the settlement agreement. The first meeting wi... place on Monday, July 26, 2010 from 7:00 pm to 10:00 pm, at the auditorium of the Michael J. Petrides School, 715 Terrace, Building C, Staten Island, New York 10301. The second meeting will take place on Tuesday, August 3, fro... pm to 10:00 pm at the Queens County Supreme Court, Criminal Term, 125–01 Queens Boulevard, Kew Gardens, N... 11415. Plaintiffs' counsel as well as the court–appointed administrators of the settlement, Matthew L. Garretson and R. Feinberg, will speak at the meetings. Counsel for the Defendants will attend. All plaintiffs and interested persons... invited to attend. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 7/19/10) (rjm) (Entered: 07/20/2010) |
| 7/20/2010 | | Appeal Record Sent to USCA (Electronic File). USCA Case Number 10–2765 Certified Indexed record on Appeal... Electronic Files for 1646 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1343 Request for Producti... Documents filed by Donald Carson, Gloria Elaine Carson, 1655 Order,, 1135 Notice (Other) filed by Plaintiffs Liais... Counsel, 1568 Affirmation filed by Francis A. Lee Company, 1294 Response to Discovery filed by Robert Panarella... Order,,, 1745 Endorsed Letter,, 2070 Appeal Record Sent to USCA – Index,, 1670 Order on Motion for Miscellane... Relief,, 1590 MOTION for Brian E. Moffitt to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, De... Bank Trust Company, DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Private Clients Corporation,... Bank Trust Company Americas, 1116 Notice of Adoption of Master Answer filed by Tishman Construction Corpora... Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1547 Order,, 1383 No... (Other) filed by City of New York, 1354 Request for Production of Documents filed by Herbert Pate, 2035 Notice (... filed by Plaintiffs Liaison Counsel, 1010 Stipulation and Order of Dismissal, 1048 Order,,,, 1972 Rule 56.1 Stateme... by Phillips and Jordan, Inc., 1436 Order,,,,,,,, 1708 Memorandum of Law in Support of Motion filed by The Port Au... New York &New Jersey, 974 Endorsed Letter, Set Deadlines/Hearings,, 1872 Rule 56.1 Statement filed by Taylor F... Facility LLC, 2042 Notice (Other) filed by Gregory J Cannata &Associates, 1860 Declaration in Support of Motion... Taylor Recycling Facility LLC, 1830 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility... 1141 Rule 56.1 Statement, filed by Tully Environmental Inc., Bovis Lend Lease LMB, Inc., Turner Construction Co... Tully Construction Co., Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergree... Recycling of Corona, Plaza Construction Corp., 924 Notice (Other), Notice (Other), Notice (Other) filed by Plaintiff... Counsel, 1319 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1876 Rule 56.1 Statem... by Taylor Recycling Facility LLC, 1080 Notice of Adoption of Master Answer filed by Tishman Construction Corp... of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1580 Notice (Other... Plaintiffs Liaison Counsel, 1447 Declaration in Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise,... AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co... Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm... Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C... AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, I... Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.... Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct... Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor E... and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska... Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C., ... Industries, Inc., Moretrench American Corp., Royal GM, Inc, Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll... Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck... Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac... Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert ... Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler... &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., ... Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger In... Silman Associates, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro... Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.... Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Compan... Pitkin, Inc., Mueser Rutledge Consulting Engineers, 1351 Request for Production of Documents filed by Dennis M.... O'Connor, 1650 MOTION for Brian S. Levine to Appear Pro Hac Vice. filed by Tishman Interiors Corporation, Tis... Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor... |

Tishman Construction Corporation of Manhattan, 1683 Endorsed Letter, Set Hearings,, 1433 Stipulation and Order,, Memorandum of Law in Support of Motion, filed by Mount Sinai Medical Center, 1016 Reply filed by En–Tech Co Contracting Corp., 1649 MOTION for Aaron J. Stahl to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corpor Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1261 Notice (O filed by Plaintiffs Liaison Counsel, 961 Stipulation and Order of Dismissal,, 2119 MOTION for Summary Judgmen *of Motion for Summary Judgment Dismissing A1, A2, A3, B1 and B2 Plaintiffs' Labor Law, Common Law Negligen General Municipal Law Claims against The Port Authority of New York and New Jersey*. filed by The Port Authorit York &New Jersey, 1625 Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1165 Notice (Other) filed by Plaintiffs Liais Counsel, 1227 MOTION for Andrew J. Carboy to Withdraw as Attorney *for Plaintiffs*. filed by Mary Jane Striffler, Striffler, 948 Declaration in Support of Motion,, filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1404 Response to Discovery filed by Cavicchio, Nicola Cavicchio, 1921 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1567 Declaration in O to Motion, filed by Raymond Hauber, 1396 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 2105 Stipulation and Order,,,, 1216 Stipulation and Order,,, 1137 Stipulation and Order, 1057 Case Management Plan, 20 Order,, 1998 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1263 Order Affidavit in Support of Motion filed by City of New York, 1085 Notice of Adoption of Master Answer filed by Tish Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 2101 Notice of Appearance filed by Weeks Marine, Inc., 1358 Request for Production of Documents filed by Berna Stinchcomb, Christine Stinchcomb, 1828 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac LLC, 1213 Order, 1130 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manha Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1559 Certificate of Service Compl Certificate of Service Other,, filed by Taylor Recycling Facility LLC, 2010 Affidavit in Support of Motion filed by S Respirators, Inc., 1041 MOTION for Discovery *to Address Plaintiffs' Counsel's Failures in Providing Discovery an Require an End Date for Complete Production of Medical Records and Sanctions*. filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., New York, Turner Construction Company, Plaza Construction Corp., 913 Notice (Other) filed by Plaintiffs Liaison 1235 Notice (Other) filed by Plaintiffs Liaison Counsel, 889 Notice (Other) filed by Plaintiffs Liaison Counsel, 124 on Motion to Vacate,,, 1472 Notice (Other) filed by Plaintiffs Liaison Counsel, 987 Notice (Other) filed by Plaintiff Counsel, 1822 MOTION for Summary Judgment *re Casey (06 cv 08890)*. filed by Taylor Recycling Facility LLC, 1 Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1653 Notice of Appearance filed by Tishman Constructio Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1361 Affirmation filed by Plaintiffs Liaison Counsel, 1565 Affirmation filed by Component Assembly Systems, Inc., 147 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2096 Notice of Appearance filed by Weeks Marine, 2030 Notice (Other) filed by Gregory J Cannata &Associates, 1265 Order, 963 Stipulation and Order of Dismissal,,, Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1911 Endorsed Letter,, 1690 Notice (Other) filed by P Liaison Counsel, 1337 Notice (Other) filed by Plaintiffs Liaison Counsel, 1978 Rule 56.1 Statement filed by Phillips Jordan, Inc., 1406 Notice (Other) filed by Plaintiffs Liaison Counsel, 1784 MOTION for Summary Judgment *Notice Motion Cantore*. filed by Evans Environmental &Geological Science &Management, LLC., 1775 Affidavit in Supp Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1556 Affidavit in Support of Motion filed by City of New York, 1746 Endorsed Let MOTION for Summary Judgment *for Plaintiffs Daniel and Jeanne Raleigh*. filed by Phillips and Jordan, Inc., 2098 Appearance filed by Weeks Marine, Inc., 1300 Response to Discovery filed by Herbert Pate, 1992 Notice (Other), N (Other) filed by City of New York, 1515 Notice (Other) filed by Plaintiffs Liaison Counsel, 1615 MOTION for Alas Chan to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deutsc Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 2006 Order,, 1894 Declaration Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1835 Memorandum in Support of Motion filed by Taylor Recycling Facility LLC, 1805 Memorandum of Law in Support of Motion file Phillips and Jordan, Inc., 1248 Notice (Other) filed by Plaintiffs Liaison Counsel, 1829 Memorandum of Law in Sup Motion filed by Taylor Recycling Facility LLC, 1774 MOTION for Summary Judgment *Rule 56 Statement Greco*. f Evans Environmental &Geological Science &Management, LLC., 1011 Notice of Adoption of Master Answer filed Phillips and Jordan, Inc., 1573 Memorandum of Law in Support of Motion filed by City of New York, 1767 Memor Law in Support of Motion filed by Phillips and Jordan, Inc., 2069 Endorsed Letter,,,,,, 1201 Endorsed Letter,, 1012 (Other) filed by Plaintiffs Liaison Counsel, 1105 Notice of Adoption of Master Answer filed by Tishman Constructi Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1470 Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1175 MOTION for Partial Summary Judgment. filed by I Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., P' Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem

Case: 21-2970, Document 41, 07/26/2022, 2341952, Page1208 of 1806
Case 1:12-cv-02974 Document 4-1 07/23/2012 Page 208 of 806
As of: 07/26/2012 12:16 PM EDT 1208 of 1805

Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretre
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., M
Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Cor
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking
Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Le
Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Cor
Notice (Other) filed by Plaintiffs Liaison Counsel, 1364 Notice (Other) filed by Plaintiffs Liaison Counsel, 1244 Sti
and Order of Dismissal,,, 1522 MOTION to Strike *Plaintiffs' September 9, 2009 Submission.* filed by Gilsanz, Murr
Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Ewell W. Finley, P.C., Robert S
Associates, Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associ
Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Gilsanz Murray Steficek LLP,
Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood
&Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 1983 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1426 Notice (Other) filed by Plainti
Liaison Counsel, 1353 Request for Production of Documents filed by Robert Panarella., 1517 Order,, 990 Objection
(non–motion), Objection (non–motion) filed by marion s. mishkin, 1484 MOTION to Preclude *and for Default agai*
*Defendant City of New York.* filed by Plaintiffs Liaison Counsel, 1798 MOTION for Summary Judgment *Notice of N*
*Castro.* filed by Evans Environmental &Geological Science &Management, LLC., 1461 Notice (Other) filed by Pla
Liaison Counsel, 1044 Notice (Other) filed by Plaintiffs Liaison Counsel, 1928 Affidavit in Support of Motion, filed
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 1306 Response to Discovery filed by Frank Scallo, 1509 Order, 1174 Notice (Other) filed by Plaintiffs
Counsel, 1699 Declaration in Support of Motion,,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &M
LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2089 Notice (Other) fil
Plaintiffs Liaison Counsel, 1815 MOTION for Summary Judgment *Based Upon Untimely Notices of Claim and Stat*
*Limitations.* filed by City of New York, 1632 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Coun
Declaration in Support of Motion,,, filed by Plaintiffs Liaison Counsel, 1861 Declaration in Support of Motion filed
Taylor Recycling Facility LLC, 1890 Affidavit in Support of Motion filed by Evans Environmental &Geological Sc
&Management, LLC., 1131 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of M
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1702 Memorandum of Law in Sup
Motion filed by Michelle Haskett–Godbee, 1066 Stipulation and Order of Dismissal,,, 1955 Certificate of Service O
by Taylor Recycling Facility LLC, 1906 Endorsed Letter,, 964 Notice (Other) filed by Plaintiffs Liaison Counsel, 1
Endorsed Letter,, 2092 Case Management Plan,,,,, 1384 Notice (Other) filed by Plaintiffs Liaison Counsel, 1334 En
Letter,, 952 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1502 Notice (Other) filed
Plaintiffs Liaison Counsel, 2008 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1952 Decla
Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1184 Affidavit of Service Othe
Plaintiffs Liaison Counsel, 1922 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis
Construction Corporation of New York, Tishman Interiors Corporation, 1553 Memorandum of Law in Support of M
filed by City of New York, 2083 Order,, 1445 Rule 56.1 Statement,,,,,,, filed by En–Tech Corp., DMT Enterprise,
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, I
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor E
and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska
Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc.,
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 1807 Certificate of Service Other filed by Phillips and Jordan
1488 Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 1363 Notice (Other) filed by P

Liaison Counsel, 1895 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1429 Endorsed Letter,, 1608 Notice (Other) filed by Plaintiffs Liaison Counsel, 1700 MOTIC Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1222 Order, 1816 Notice (Other) filed by City of No 959 Stipulation and Order of Dismissal, 1852 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, Malone, 1558 Rule 7.1 Corporate Disclosure Statement filed by Taylor Recycling Facility LLC, 1415 Order,,, 1115 Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1000 Notice (Other) filed by Plaintiffs Liaison Counsel, 1956 Certificate Service Other filed by Taylor Recycling Facility LLC, 2057 Order, 1940 Memorandum of Law in Support filed by E Environmental &Geological Science &Management, LLC., 956 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2041 Order,, 1380 Reply Affidavit in Support of Motion filed by City of New York, 1797 M to Compel *Production of Documents Previously Withheld Under Improper Claim of Privilege*. filed by Plaintiffs Lia Counsel, 1503 Notice (Other) filed by Plaintiffs Liaison Counsel, 1663 Memorandum of Law in Support of Motion, Plaintiffs Liaison Counsel, 1786 Memorandum of Law in Support of Motion, filed by The Port Authority of New Y &New Jersey, 1869 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1060 Order,,,,,, 1613 Declaration i Support of Motion filed by Plaintiffs Liaison Counsel, 1636 Affirmation in Support,, filed by Raymond Hauber, 131 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1170 Notice (Other) filed by Samuel Pi 1428 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1062 Endorsed Letter,,, 1917 MOTION for Sun Judgment *on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Nev and Tishman Interiors Corporation*. filed by Tishman Construction Corporation of Manhattan, Tishman Constructic Corporation of New York, Tishman Interiors Corporation, 1035 Notice of Adoption of Master Answer filed by Phill Jordan, Inc., 914 Notice (Other) filed by Plaintiffs Liaison Counsel, 946 Rule 56.1 Statement filed by En–Tech Cor Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors 1387 Affirmation filed by Plaintiffs Liaison Counsel, 2102 Notice of Appearance filed by Weeks Marine, Inc., 1985 MOTION for Summary Judgment *On Behalf of The City of New York Based Upon Untimely Notices of Claim and S Limitations*. filed by City of New York, 1456 MOTION to Substitute Party. Old Party: Raymond Hauber, New Party Hauber in his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. MOTION to Amend/Correct *Caption*. filed by Raymond Hauber, 1204 MOTION for Partial Summary Judgment. filed by Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1362 Notice (Other) filed by Plaintiffs Liaison Counsel, 1357 Request for Production of Documents filed by Frank S 1938 Declaration in Support, filed by Evans Environmental &Geological Science &Management, LLC., 1505 MOT Preclude *and for Default Judgment against Defendants for Failing to Comply with Plaintiffs' First Case–Specific D and Order of July 8, 2009*. filed by Plaintiffs Liaison Counsel, 1237 Order,, 973 Notice of Appearance filed by Kevi Fitzpatrick, 1193 MOTION to Vacate 1160 Order,. filed by Joette DeGiovine, Daniel DeGiovine, 999 Notice (Othe by Plaintiffs Liaison Counsel, 1122 Notice of Adoption of Master Answer filed by Tishman Construction Corporatic Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 891 Notice (Other) file Plaintiffs Liaison Counsel, 1210 MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. filed by Survivair Respira Inc., 2103 Notice of Appearance filed by Weeks Marine, Inc., 1206 Notice of Adoption of Master Answer filed by F and Jordan, Inc., 1728 Affirmation in Support of Motion,,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James 1896 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., Memorandum of Law in Support,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, In AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cani Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofi Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 1293 Response to Discovery filed by Michael Panarella, 960 Certificate of Service Other,, file marion s. mishkin, 2078 Notice of Appearance filed by United States. 1826 MOTION for Summary Judgment *re Ra cv 09818)*. filed by Taylor Recycling Facility LLC, 1514 Order, 1560 Answer to Complaint filed by Taylor Recyclir Facility LLC, 1981 MOTION for Summary Judgment *for Plaintiffs Frank Gullo and Gabriella Gullo*. filed by Phill Jordan, Inc., 1069 Notice (Other) filed by Plaintiffs Liaison Counsel, 1853 Memorandum of Law in Support of Mot

by Survivair Respirators, Inc., 1107 Notice of Adoption of Master Answer filed by Tishman Construction Corporati
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1018 Notice (Other) fi
Plaintiffs Liaison Counsel, 1877 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Manage
LLC., 1504 Notice (Other) filed by Plaintiffs Liaison Counsel, 1315 MOTION for Partial Summary Judgment. filed
Michelle Haskett–Godbee, 1197 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 964
(Other) filed by Plaintiffs Liaison Counsel, 895 Order, 1521 Notice (Other) filed by The City of New York, 1279 R
to Discovery, filed by Thomas M. Flanders, 1059 Notice (Other) filed by Plaintiffs Liaison Counsel, 2097 Notice of
Appearance filed by Weeks Marine, Inc., 1783 MOTION for Summary Judgment re Alleva case (06 cv 08887). filed
Taylor Recycling Facility LLC, 1449 Affirmation filed by Nacirema Industries, Inc., 1958 Reply Memorandum of L
Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler
&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A
Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1442 Notice (Other) filed by Plaintiffs Liaison Counsel, 1804 A
of Service Other,, filed by Plaintiffs Liaison Counsel, Frank Malone, 1736 Affidavit of Service Other filed by Plaint
Liaison Counsel, 1156 Notice (Other) filed by Plaintiffs Liaison Counsel, 1506 Declaration in Support of Motion,,,,
Plaintiffs Liaison Counsel, 983 Stipulation and Order, 986 Order on Motion for Partial Summary Judgment, 894 Sti
and Order of Dismissal,, 1119 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1142 Memorandum of
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Turn Construction Company, Plaza Construction Corp., 2087 Notice (Other), Notice (Other), Notice (Other), Notice (Oth
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Co
Enterprise, Inc., Off Road Welding, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Trucking, Inc., Toretta Trucking, Inc., Ove Arup &Partners P.C., Cord Contracting Co. Inc., Dakota Demo–Tech, C
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Group, Buro Happold Consulting Engineer
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Parson Group, I
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Musco Sports Lighting, LLC, T
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Constructio
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti
Simpson Gumpertz &Heger Inc., Ment Bros. Iron Works Co., JP Equipment Rental Material, Inc., Brer–Four Trans
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construct
Corp., 1029 Notice (Other) filed by Plaintiffs Liaison Counsel, 1183 Memorandum of Law in Support filed by Plain
Liaison Counsel, 1954 Declaration in Support,, filed by Evans Environmental &Geological Science &Management,
1782 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plainti
Liaison Counsel, 1386 Case Management Plan, 2019 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co
Contractors, Inc., 1658 Order, 2093 Notice of Appearance filed by Weeks Marine, Inc., 1637 Certificate of Service
filed by Raymond Hauber, 1749 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geologi
Science &Management, LLC., 1523 Declaration in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Sk
Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robert
Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A
Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek L
Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Ind
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius P
Inc., 1313 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 2099 Notice of Appearance f
Weeks Marine, Inc., 1452 Stipulation and Order of Dismissal,,,, 1239 Notice of Adoption of Master Answer filed by
and Jordan, 1606 Stipulation and Order,, 958 Stipulation and Order of Dismissal, 1781 Rule 56.1 Statement filed by
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1718 Order, 1854 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1525 Memorandum of Law in
of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartle
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P.
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomaset

Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Declaration in Opposition,,,,,,,,, filed by Plaintiffs Liaison Counsel, 1453 Endorsed Letter,,,, 1986 Memorandum of
Support of Motion filed by City of New York, 1925 Declaration in Support of Motion, filed by Tishman Constructio
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1799 R
Statement filed by The Port Authority of New York &New Jersey, 1596 Notice (Other) filed by Plaintiffs Liaison C
1513 Notice of Appearance filed by Manafort Brothers, Inc., 1230 Notice of Appearance filed by Manafort Brothers
923 Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,, 1765 MOTION for Summary Judgment re Al
filed by Phillips and Jordan, Inc., 1855 Affidavit of Service Other filed by Survivair Respirators, Inc., 1712 Order,,
Protective Order,, 1345 Request for Production of Documents filed by Andrew Dunaway, 2024 Corporate
Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1640 Affirmation in Opposition,, filed by R
Hauber, 1083 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish
Construction Corporation of New York, Tishman Interiors Corporation, 1287 Response,,,,, filed by Plaintiffs Liaiso
Counsel, 2018 Notice (Other) filed by Gregory J Cannata &Associates, 1541 Order on Motion to Preclude, 1215 Sti
and Order,,, 1616 MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. filed by Taylor Recycling Facility LLC
Certificate of Service Other,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Eng
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1666 Memorandum &Opinion, 1642 Notice (Othe
by Plaintiffs Liaison Counsel, 1499 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1389 Notice
filed by Plaintiffs Liaison Counsel, 1240 Costs Taxed, 1157 Endorsed Letter, 1679 MOTION to Compel Robert Mc
to Appear for Deposition. filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., AMEC
Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Truckin
Cord Contracting Co. Inc., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing
Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Wei
Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer−Four Transportatio
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.
Response to Discovery filed by Frank Scallo, 1150 Rule 56.1 Statement filed by City of New York, 1441 Response
Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 1480 Affidavit of Service Other, filed by Plaintiffs Liaison
1200 Stipulation and Order, Set Deadlines,,,,,, 1272 Response to Discovery filed by Andrew Dunaway, 1908 Memo
of Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1836 Memorandum of Law in Support of Motion
by Taylor Recycling Facility LLC, 1661 MOTION for Reconsideration of the Court's Order Dated December 3, 200
Denying Motion to Compel Mayris Webber, DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 16
Memorandum of Law in Support of Motion filed by The City of New York, 910 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1338 Order,, 1874 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1164 Notice (Other) fi
Plaintiffs Liaison Counsel, 1103 Notice of Adoption of Master Answer filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2086 Order, 2063 Ord
Declaration in Support of Motion filed by City of New York, 1790 MOTION for Summary Judgment Notice of Mot
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 927 Notice (Other) filed by Plain
Liaison Counsel, 2104 Notice of Appearance filed by Weeks Marine, Inc., 1858 MOTION for Stephanie S. McGrav
Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., Sperian Respirstory
Protection USA, LLC, Musco Sports Lighting, LLC, 1464 Memorandum of Law in Support of Motion, filed by Tisl
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1460 Affirmation in Support of Motion, filed by Raymond Hauber, 1644 MOTION for an Order compelling Mayris
DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1305 Response to Discovery filed by Frank Sca
Stipulation and Order,,,,,, 1705 Memorandum of Law in Support of Motion,,,,,,,,, filed by Gilsanz, Murray, Steficek
En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lo
Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.
Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le

LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Company
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoco
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmen
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers,
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1443 Order on Motion fo
Summary Judgment,,,,,,,,,,,,,,,,,,,,,,,,, 1266 Response to Discovery filed by Nicola Cavicchio, 1220 Endorsed Letter,
MOTION for Summary Judgment re Greco (05 cv 01228). filed by Taylor Recycling Facility LLC, 2020 Notice of .
of Master Answer filed by Berkel &Co. Contractors, Inc., 1862 Declaration in Support of Motion filed by Taylor Re
Facility LLC, 1848 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1038 Order, Set
Deadlines/Hearings,,,,,,,,,,,,, 1102 Notice of Adoption of Master Answer filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 890 Stipulation and O
Dismissal, 1124 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, T
Construction Corporation of New York, Tishman Interiors Corporation, 1614 Affidavit of Service Other, filed by Pl
Liaison Counsel, 1537 Order on Motion to Appear Pro Hac Vice, 1897 Declaration in Support of Motion,, filed by E
Environmental &Geological Science &Management, LLC., 1626 Response to Discovery filed by Diane Scallo, And
Scallo, 2095 Notice of Appearance filed by Weeks Marine, Inc., 1139 Order,,, 1768 Declaration in Support of Motio
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1214 Order on Motion to Appear Pro Hac Vice,,, 1378 Reply Memorandum of Law in Suppo
Motion,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contra
Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., At
Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Ko
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental M
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthon
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking
&Construction Corp., 1595 Order Admitting Attorney Pro Hac Vice, Terminate Motions,,,,,,,,,,,, 2079 Order, Set
Deadlines/Hearings,,,, 1698 Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, S
Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Ha
Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1042 Memorandum of
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Constr
Corp., 1275 Response to Discovery filed by Michael Labetti, 2052 Notice (Other) filed by Gregory J Cannata &Ass
1008 Notice (Other) filed by Plaintiffs Liaison Counsel, 1172 Notice (Other) filed by Plaintiffs Liaison Counsel, 204
of Voluntary Dismissal – Signed, 1333 Stipulation and Order of Dismissal, 1849 Order,,,, 2040 Notice (Other) filed
Gregory J Cannata &Associates, 1153 Order,,,,,,, 1267 Response to Discovery filed by Donald Carson, 1160 Order,,
Answer to Complaint filed by Seasons Industrial Contracting, 1777 MOTION for Summary Judgment Dismissing C
A1, A2, A3, B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New York
Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 2107 FIRST MOTION to Compel
Pursuant to FRCP45. filed by Mount Sinai Medical Center, 1975 MOTION for Summary Judgment for Plaintiffs C
Cameron and Steve Cameron. filed by Phillips and Jordan, Inc., 2043 Notice of Voluntary Dismissal – Signed, 1647
MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. filed
En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SA
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter

Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., I
National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 2100 Notice of Appearance filed by Weeks Marine, Inc., 197
Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1555 Affidavit in Support of Motion f
City of New York, 1965 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1402 Notice (Other), Notice (Other)
Plaintiffs Liaison Counsel, 937 Notice (Other) filed by Plaintiffs Liaison Counsel, 1032 Declaration in Opposition f
Plaintiffs Liaison Counsel, 1808 Certificate of Service Other filed by Phillips and Jordan, Inc., 1920 Affidavit in Su
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 989 Certificate of Counsel filed by marion s. mishkin, 1078 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 1424 Notice (Other) filed by Plaintiffs Liaison Counsel, 1660 Notice (Other) filed by
Environmental &Geological Science &Management, LLC., 1347 Request for Production of Documents filed by Fra
Goffredo, Blanca Goffredo, 1605 Order on Motion to Appear Pro Hac Vice, 2118 Endorsed Letter, 965 USCA Man
2048 Notice (Other) filed by Gregory J Cannata &Associates, 1022 Endorsed Letter, 1641 Endorsed Letter,, 2011 R
Statement filed by Survivair Respirators, Inc., 943 Stipulation and Order,, 1098 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1676 MOTION to Amend/Correct *Notice of Motion by The Port Authority of New York and New Jerse*
*Amend it's Master Answer.* filed by The Port Authority of New York &New Jersey, 1500 Notice (Other) filed by Pla
Liaison Counsel, 1423 Notice (Other) filed by Plaintiffs Liaison Counsel, 1947 MOTION for Summary Judgment *re*
*Gullo, et al. v. A. Russo Wrecking, et al. (06−cv−10937).* filed by Taylor Recycling Facility LLC, 1118 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1015 Reply Memorandum of Law in Support of Motion filed by En−Tech Co
Contracting Corp., 1602 MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. filed by Taylor Recycling Facil
1916 Rule 56.1 Statement filed by Michelle Haskett−Godbee, 1901 Notice of Appearance filed by Plaza Constructic
1884 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 10
Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 1316 Response to Discovery filed by Rober
1546 Notice (Other) filed by Plaintiffs Liaison Counsel, 1733 Response to Discovery filed by Frank Goffredo, Blan
Goffredo, 1530 MOTION for Julie Busch to Appear Pro Hac Vice. filed by The Port Authority of New York &New
1036 Notice (Other) filed by Plaintiffs Liaison Counsel, 1133 Notice of Appearance filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1250
Stipulation and Order of Dismissal,, 1412 Order,,, 1407 Notice (Other) filed by Plaintiffs Liaison Counsel, 1126 No
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1527 Endorsed Letter,, 1633 Reply Affirmation in Support of Motion, fi
The City of New York, 1544 Order on Motion to Strike, 1462 Notice (Other) filed by Plaintiffs Liaison Counsel, 11
of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Cc
of New York, Tishman Interiors Corporation, 2027 Notice of Adoption of Master Answer filed by Buro Happold Cc
Engineers, P.C., 1791 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 17
on Motion to Appear Pro Hac Vice, 1438 Endorsed Letter,, 1695 Declaration in Support of Motion, filed by The Por
Authority of New York &New Jersey, 1109 Notice of Adoption of Master Answer filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1304 R
to Discovery filed by Frank Scallo, 1966 Certificate of Service Other filed by Phillips and Jordan, Inc., 1875 Rule 5(
Statement filed by Taylor Recycling Facility LLC, 1487 Declaration in Support of Motion,, filed by Plaintiffs Liaisc
Counsel, 1408 Endorsed Letter,,,, 1937 Memorandum of Law in Support filed by Evans Environmental &Geologica
&Management, LLC., 1371 Order,,, 1125 Notice of Adoption of Master Answer filed by Tishman Construction Cor
of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1586 Affidavit of S
Other, filed by Plaintiffs Liaison Counsel, 1582 Notice (Other) filed by Plaintiffs Liaison Counsel, 1077 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1585 Endorsed Letter, 1909 Endorsed Letter, Set Deadlines/Hearings,,,,,, 189
Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1524 Dec
in Support of Motion,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kess

&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Asso R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Co Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornt Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler & Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2090 Notice (Othe by Plaintiffs Liaison Counsel, 1341 Notice (Other) filed by Plaintiffs Liaison Counsel, 1138 Memorandum &Opinic Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1497 Memorandum of Law in Supp Motion, filed by Plaintiffs Liaison Counsel, 1282 Response to Discovery filed by Dennis M. O'Connor, 1980 Certifi Service Other, filed by Phillips and Jordan, Inc., 1600 Stipulation and Order,,,,,,,,, 1825 MOTION for Summary Jud *Loughery (06 cv 08609)*. filed by Taylor Recycling Facility LLC, 926 Notice (Other) filed by Plaintiffs Liaison Cou 1832 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 2036 Notice (Other) filed Gregory J Cannata &Associates, 1217 Stipulation and Order,,, 1501 Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,,,, 1074 Notice (Other) filed by Plaintiffs Liaison Counsel, 1211 Order,,,, 1668 Notice (O filed by Plaintiffs Liaison Counsel, 993 Order, 1905 Order,,,, 1898 Declaration in Support of Motion,, filed by Evan Environmental &Geological Science &Management, LLC., 1270 Response to Discovery filed by Andrew Dunaway Order on Motion for Reconsideration, 2017 Notice (Other) filed by Gregory J Cannata &Associates, 920 Stipulatio Order of Dismissal,, 2065 Memo Endorsement, 1979 Rule 56.1 Statement filed by The Port Authority of New York Jersey, 1778 MOTION for Summary Judgment *Memo of Law Greco*. filed by Evans Environmental &Geological Sc &Management, LLC., 1439 Notice (Other) filed by Plaintiffs Liaison Counsel, 1435 Notice (Other) filed by Plaintif Liaison Counsel, 1166 Notice (Other) filed by Samuel Provisero, 1128 Notice of Adoption of Master Answer filed b Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic Corporation, 950 Order Admitting Attorney Pro Hac Vice, 2071 Response to Discovery filed by Andrea Cavicchio, Cavicchio, 1508 Notice (Other) filed by Plaintiffs Liaison Counsel, 931 Notice (Other) filed by Plaintiffs Liaison Co 1176 Declaration in Support of Motion,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cor Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., \ Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skans Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executi Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipm Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1630 Response to Motion filed by Taylor R Facility LLC, 1491 Order on Motion for Summary Judgment, Order on Motion for Judgment on the Pleadings,,,,,,, Memorandum of Law in Support of Motion,,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construc Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 1088 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1919 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishma Construction Corporation of New York, Tishman Interiors Corporation, 925 Notice (Other), Notice (Other), Notice Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Lia Counsel, 911 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishma

Construction Corporation of New York, Tishman Interiors Corporation, 1618 MOTION for Maureen C. Pavely to A Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Con Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1381 Reply Memorandum of Law in Support of Motion filed by City of New York, 1288 Memorandum of Law in Opposition,,, Plaintiffs Liaison Counsel, 1820 MOTION for Summary Judgment *re Cameron (06 cv 09273)*. filed by Taylor Recy Facility LLC, 2121 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1552 MOTION to Quash *Subpoenas*. filed by City of New York, 1540 Notice (Other) filed by Plaintiffs Liaison Counsel, MOTION to Vacate *March 3, 2009 Dismissal*. filed by Samuel Provisero, 1238 Stipulation and Order of Dismissal, Request for Production of Documents filed by Andrea Cavicchio, Nicola Cavicchio, 1802 Rule 56.1 Statement,,,, fil Phillips and Jordan, Inc., 1368 Stipulation and Order of Dismissal,, 1607 Affirmation filed by Eagle One Roofing Contractors, Inc., 1744 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1949 Declaration in Support o filed by Taylor Recycling Facility LLC, 1004 Rule 56.1 Statement filed by Plaintiffs Liaison Counsel, 1536 Order o to Appear Pro Hac Vice, 984 Notice (Other), Notice (Other) filed by marion s. mishkin, 1262 Notice (Other) filed b Plaintiffs Liaison Counsel, 1191 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1982 Memorandum in Support of Motion filed by Phillips and Jordan, Inc., 1766 Memorandum of Law in Support of Motion filed by Pl Liaison Counsel, Frank Malone, 1310 Response to Discovery filed by Frank Scallo, 1372 Order,,, 1755 Notice (Oth by Phillips and Jordan, Inc., 1076 MOTION for Anita Weinstein to Appear Pro Hac Vice., 966 Order, Set Motion an RRDeadlines/Hearings, 1597 Order, Terminate Motions, Add and Terminate Attorneys,,,,,,,,,,,,,,,, 1466 MOTION f Judgment on the Pleadings *Laron Casey (06cv8890)*. filed by Tishman Construction Corporation of Manhattan, Tish Construction Corporation of New York, Tishman Interiors Corporation, 1403 Response to Discovery filed by Diane Andrew Scallo, 1535 Order on Motion to Appear Pro Hac Vice, 1651 Order, 1671 Notice (Other) filed by Evans Environmental &Geological Science &Management, LLC., 1771 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1095 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con Corporation of New York, Tishman Interiors Corporation, 955 Notice of Adoption of Master Answer filed by Philli Jordan, Inc., 1185 Order,,,,, 1709 Declaration in Support of Motion, filed by The Port Authority of New York &Nev 1155 Order,, 1704 MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs. filed by Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore O &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridia Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Nev Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turn Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industrie Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholso Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Eo Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Cor Corp., 1101 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishm Construction Corporation of New York, Tishman Interiors Corporation, 1054 Notice of Appearance filed by Verizo York Inc., 1352 Request for Production of Documents filed by Michael Panarella, Christine Panarella, 1959 Declara Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C. Associates, LLP, Skidmore Owings &Merrill, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor S Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, Inc., Mueser Rutled Consulting Engineers, Lucius Pitkin, Inc., 2032 Endorsed Letter,, 1557 Notice (Other) filed by Plaintiffs Liaison Co 928 Notice (Other) filed by Plaintiffs Liaison Counsel, 1631 Certificate of Service Other filed by Taylor Recycling LLC, 988 Scheduling Order,, 1307 Response to Discovery filed by Frank Scallo, 1342 Notice (Other) filed by Plain Liaison Counsel, 2077 Notice (Other) filed by Plaintiffs Liaison Counsel, 1612 MOTION to Compel *James Carpen Appear for Deposition*. filed by Plaintiffs Liaison Counsel, 1601 Order on Motion to Compel, 945 MOTION for Sun Judgment. filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffoli Inc., D'Onofrio General Contractors Corp., 1458 Order,,,,,,, 1900 Order Admitting Attorney Pro Hac Vice, 1440 No (Other) filed by The City of New York, 1390 Notice of Appearance,,,,, filed by En–Tech Corp., DMT Enterprise, In Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canr Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yann

Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Compan
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Mana
Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt C
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Naci
Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., A Russo Wrecking, I
Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contrac
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Com
Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transport
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., _1974_ Certifi
Service Other, filed by Phillips and Jordan, Inc., _1988_ Declaration in Support of Motion filed by City of New York,,
Memorandum of Law in Support of Motion,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Constructi
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., _1034_ Notice (Other) filed by Plaintiffs Liaison Counsel, _905_
Stipulation and Order of Dismissal,, _1953_ Certificate of Service Other filed by Taylor Recycling Facility LLC, _1416_
_1360_ Request for Production of Documents filed by Frank Scallo, _1072_ Stipulation and Order of Dismissal,,,, _2054_ (
Set Motion and RRDeadlines/Hearings,,,,,,,,, _1809_ Affidavit of Service Other filed by Phillips and Jordan, Inc., _166_
(Other) filed by Plaintiffs Liaison Counsel, _1037_ USCA Mandate, _2088_ Order,, _1599_ Notice (Other) filed by Plainti
Liaison Counsel, _1932_ Memorandum of Law in Support of Motion, filed by Survivair Respirators, Inc., _1737_ Affida
Service Other, filed by Plaintiffs Liaison Counsel, _2094_ Notice of Appearance filed by Weeks Marine, Inc., _1995_
Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., _1493_ Notice (Other) filed by Plaintiff
Counsel, _1228_ Declaration in Support filed by Mary Jane Striffler, Donald Striffler, _1887_ Memorandum of Law in S
Motion filed by Evans Environmental &Geological Science &Management, LLC., _1182_ Declaration in Support filed
Plaintiffs Liaison Counsel, _1967_ MOTION for Summary Judgment *Dismissing C1 and B3 Plaintiffs' Labor Law, Co
Law Negligence, and General Municipal Law Claims against The Port Authority of New York and New Jersey.* filed
Port Authority of New York &New Jersey, _1249_ Stipulation and Order,, _1023_ Stipulation and Order of Dismissal,,,
Declaration in Support of Motion,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, I
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc., Evergreen Recycling of Corona, Ro
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner
Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industrie
Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New
Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, I
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., I
Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledg
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., _1001_ Notice (Other) filed by I

Liaison Counsel, 1519 Endorsed Letter,, 1827 Certificate of Service Other, filed by Taylor Recycling Facility LLC,
Notice (Other) filed by Plaintiffs Liaison Counsel, 1051 Case Management Plan,,,,,,,,,,,,,,,,,, 1388 Notice (Other) fil
Plaintiffs Liaison Counsel, 1056 Protective Order, 1047 Order,,,,, 1730 Notice (Other) filed by Plaintiffs Liaison Co
2113 Order,,,,, 1422 Memo Endorsement, 1312 Response to Discovery filed by Bernard Stinchcomb, Christine Stin
1061 Notice (Other) filed by Plaintiffs Liaison Counsel, 1173 Endorsed Letter,, 1329 Stipulation and Order of
Dismissal,,,,,,,,, 1984 Certificate of Service Other, filed by Phillips and Jordan, Inc., 1673 FIRST MOTION for Prot
Order Notice of Motion. filed by United States, 1888 Memorandum of Law in Support of Motion filed by Evans
Environmental &Geological Science &Management, LLC., 1019 Notice (Other) filed by Plaintiffs Liaison Counsel,
Memorandum of Law in Support by Evans Environmental &Geological Science &Management, LLC., 1498 N
(Other) filed by Plaintiffs Liaison Counsel, 1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New
Admitted Suppression of Evidence for Six Years. filed by Plaintiffs Liaison Counsel, Frank Malone, 1152 Declaratio
Support of Motion, filed by City of New York, 1566 Memorandum of Law in Opposition to Motion filed by Raymo
Hauber, 1760 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction
Corporation of New York, Tishman Interiors Corporation, 901 Certificate of Service Other, filed by John Montalvo,
Order on Motion to Appear Pro Hac Vice, 1311 Response to Discovery filed by Bernard Stinchcomb, Christine Stin
953 Amended Notice of Appeal, filed by Plaintiffs, 1005 Affirmation in Opposition,,, filed by Plaintiffs Liaison Cou
1379 Reply Memorandum of Law in Support of Motion, filed by AMEC Construction Management, Inc., Bovis Len
LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner Construction Company, Plaza
Construction Corp., 970 Reply Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLI
Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates,
R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmo
Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Ca
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, I
Pitkin, Inc., 1738 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1819 Rule 56.1 Statement filed by
New York, 1950 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1280 Respons
Discovery filed by Nicholas Lusuriello, 1619 Response to Discovery filed by David Nolan, Louise Nolan, 1907 Cou
Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel, 1332 Order,,,, 1739 Case Management Plan,,, 1627 Orde
Motion to Compel, 1740 Notice (Other) filed by Plaintiffs Liaison Counsel, 1526 Notice (Other) filed by Plaintiffs I
Counsel, 2080 Order,,, 2009 Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1410 E
Letter,, 981 Notice (Other) filed by Plaintiffs Liaison Counsel, 1225 Stipulation and Order,,, 1881 Rule 56.1 Statem
by Evans Environmental &Geological Science &Management, LLC., 1611 Stipulation and Order,,,, 1070 Stipulatio
Order of Dismissal,,,, 1551 Order,,, 1511 Order on Motion to Amend/Correct, Order on Motion to Substitute Party,,,
Affidavit in Support of Motion filed by City of New York, 1317 Response to Discovery filed by Robert Suarez, 156
Affidavit of Service Other filed by Taylor Recycling Facility LLC, 1431 Notice (Other) filed by Plaintiffs Liaison C
1863 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 2026 Rule 7.1 Corporate Disclosure
Statement filed by Buro Happold Consulting Engineers, P.C., 1223 Order, 1181 MOTION to Vacate 1160 Order,,. f
Plaintiffs Liaison Counsel, 1701 Affirmation in Support of Motion filed by Michelle Haskett−Godbee, 1291 Respon
Discovery filed by Michael Panarella, 1268 Response to Discovery filed by Frank Goffredo, 1369 Order,,, 1962 MO
for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New York and New
pursuant to the New York State Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 19
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1495 Stipulati
Order, Set Motion and RRDeadlines/Hearings,,,,,,,,, 1871 Rule 56.1 Statement filed by Taylor Recycling Facility LL
Order, 1292 Response to Discovery filed by Michael Panarella, 922 Stipulation and Order of Dismissal,,, 1639 Endo
Letter, Add and Terminate Attorneys,,,, 2085 Memo Endorsement, Add and Terminate Attorneys,,,, 1318 Response
Discovery filed by Robert Suarez, 1973 Rule 56.1 Statement,,,,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En−N
Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mu
Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson M
Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirem
Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bo
Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine,
Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc.,
International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American
Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergr
Recycling of Corona, Dakota Demo−Tech, Inc., Evans Environmental &Geological Science &Management, LLC., 
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite C
Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corp
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jon
Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease
Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Roy
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill
Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turr

A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquil
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking, Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Franci
Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson
Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportat
Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., A
Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1273 Response to
Discovery filed by Frank Goffredo, 1662 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 148
MOTION to Preclude *and for Default against the Defendant City of New York.* filed by Plaintiffs Liaison Counsel, 2
Notice of Adoption of Master Answer filed by Berkel &Co. Contractors, Inc., 1748 MOTION for Summary Judgme
*behalf of Tishman Construction Corporation of Manhattan, Tishman Construction of New York and Tishman Interio*
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1806 Certificate of Service Other filed by Phillips and Jordan, Inc., 1795 MOTION to Compe
*Production of Documents Withheld Under Improper Claims of Privilege.* filed by Plaintiffs Liaison Counsel, 1391
Affirmation filed by Plaintiffs Liaison Counsel, 2050 Notice of Appeal, filed by AMEC Construction Management,
Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Corona, Tully Constructi
Inc., City of New York, Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 15
Affidavit in Support of Motion filed by City of New York, 1824 MOTION for Summary Judgment *re Grimaldi (06*
*08692).* filed by Taylor Recycling Facility LLC, 1221 Memo Endorsement, 916 Memorandum of Law in Oppositio
Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bec
Environmental, Inc., 1554 Affidavit in Support of Motion filed by City of New York, 2123 Order,,, 1340 Notice (Ot
by Plaintiffs Liaison Counsel, 2108 Protective Order, 1331 Order,, 2117 Rule 56.1 Statement filed by The Port Auth
New York &New Jersey, 1494 MOTION to Preclude *and For Default Against Defendants for Failing to Timely and*
*Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODUCT*
filed by Plaintiffs Liaison Counsel, 1584 Order,,,, 1169 Endorsed Letter,, 977 Order of Dismissal,, 1411 Endorsed L
904 Notice (Other) filed by Plaintiffs Liaison Counsel, 995 Stipulation and Order, Set Motion and RRDeadlines/Hea
1053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1309 Response to Discovery filed by Frank Scallo, 1049 En
Letter,, 1058 Notice (Other) filed by Plaintiffs Liaison Counsel, 1377 Notice (Other) filed by Plaintiffs Liaison Cou
1219 Order,,, 1110 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan,
Construction Corporation of New York, Tishman Interiors Corporation, 1195 Declaration in Support filed by Joette
DeGiovine, Daniel DeGiovine, 1873 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1405 Response to
Discovery filed by Robert Panarella, 1759 Notice (Other) filed by Phillips and Jordan, Inc., 1520 Notice (Other) file
Plaintiffs Liaison Counsel, 1892 Affidavit in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 2076 Stipulation and Order,, 1246 Stipulation and Order of Dismissal,,, 936 Notice (Other) f
Plaintiffs Liaison Counsel, 935 Notice (Other) filed by Plaintiffs Liaison Counsel, 1100 Notice of Adoption of Mast
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 899 MOTION for Reconsideration *Affirmation of Denise A. Rubin in Support of the*
filed by Plaintiffs Liaison Counsel, 1348 Request for Production of Documents filed by Karen Labetti, Michael Lab
Notice (Other) filed by Plaintiffs Liaison Counsel, 1899 Order,,,, 1948 Memorandum of Law in Support filed by Ev
Environmental &Geological Science &Management, LLC., 1576 Affidavit in Support of Motion, filed by City of N
1089 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 2082 Notice of Appearance filed by Weeks Marine, Inc.,
Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A
Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza
Construction Corp., 1856 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1821 MOTION
Summary Judgment *re Cantore (06 cv 10654).* filed by Taylor Recycling Facility LLC, 1722 Notice of Voluntary D
– Signed,, 1889 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management,
1865 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1290 Response to Discovery filed b
Nolan, 1620 Order, Terminate Motions,, 1610 Order,, 1758 Notice (Other) filed by Phillips and Jordan, Inc., 1648
Memorandum of Law in Support of Motion,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Constructi
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point E

Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze
Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein As
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutle
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1721 MOTION for George N. Kalamaras to Appear Pro Hac vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1
Certificate of Service Other, filed by Phillips and Jordan, Inc., 1236 Notice (Other) filed by Plaintiffs Liaison Couns
Order,,,,,,, 1259 Stipulation and Order,,,,,,, 1207 Notice of Adoption of Master Answer filed by Phillips and Jordan,
1376 Notice (Other) filed by Plaintiffs Liaison Counsel, 1349 Request for Production of Documents filed by Nichol
Lusuriello, 1099 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, T
Construction Corporation of New York, Tishman Interiors Corporation, 1548 Order,,, 1726 MOTION for a Volunta
Dismissal on Terms the Court Considers Proper Pursuant to FRCP 41 (a) (2). filed by John Dunne, Lynn Taylor, Da
Taylor, James Albach, 1117 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of M
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1025 Endorsed Letter, 1336 Affid
Service Other filed by Plaintiffs Liaison Counsel, 1725 Order on Motion to Appear Pro Hac Vice, 900 MOTION for
Reconsideration *Plaintiffs' Memorandum of Law in Support.* filed by Plaintiffs Liaison Counsel, 1857 Declaration i
of Motion filed by Taylor Recycling Facility LLC, 1136 Order Admitting Attorney Pro Hac Vice, 1628 Notice (Oth
by Plaintiffs Liaison Counsel, 1393 Stipulation and Order,,, 1140 MOTION for Partial Summary Judgment. filed by
Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environm
Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Turner Construction Company, Plaza Constructi
975 USCA Order, 1253 Order, 1743 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Cou
1944 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1942 Memora
Law in Support filed by Evans Environmental &Geological Science &Management, LLC., 1271 Response to Disco
by Andrew Dunaway, 1356 Request for Production of Documents filed by Diane Scallo, Andrew Scallo, 969 Reply
Affirmation in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MI
Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engi
P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Rober
Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1796 MOTION for Summary Judgmen
*Affidavit Casey.* filed by Evans Environmental &Geological Science &Management, LLC., 1579 Declaration in Sup
filed by John J. Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 1931 Cert
Service Other,,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 2122 Order, 1224 Order, 1591 Order,,, 2047 Notice of Voluntary Dismissal – Signe
Endorsed Letter,,, 1370 Endorsed Letter,,, 1321 Endorsed Letter,,, 1776 MOTION for Summary Judgment *re: Greco.* filed by
and Jordan, Inc., 2116 Notice of Appeal,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas
Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling
Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C
Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Turner Construction Company, Buro Happold Consulting
Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A I
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp.,
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sim
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company,
Apple Wrecking &Construction Corp., 1562 Amended Answer to Complaints filed by Taylor Recycling Facility LL
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construct
Corporation of New York, Tishman Interiors Corporation, 1417 Order,,,,,,, 1692 Notice (Other) filed by Plaintiffs L
Counsel, 1589 MOTION for John D. Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, De
Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall St
1684 Order on Motion to Amend/Correct,, 1529 MOTION for Zev Raben to Appear Pro Hac Vice. filed by The Por
Authority of New York &New Jersey, 1735 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1960 Co
Statement to Rule 56.1,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kes

&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A
Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1729 Certificate of Service Other,, filed by John Dunne, Lynn T
Daniel Taylor, James Albach, 992 Stipulation and Order, Set Deadlines/Hearings,, 1180 MOTION to Vacate 1160 O
filed by Plaintiffs Liaison Counsel, 1878 Rule 56.1 Statement filed by Evans Environmental &Geological Science
&Management, LLC., 1757 Notice (Other) filed by Phillips and Jordan, Inc., 1533 Notice (Other) filed by Plaintiffs
Counsel, 2037 Transcript, 1330 Certificate of Service Other,, filed by marion s. mishkin, 1106 Notice of Adoption o
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1481 MOTION to Preclude *and for Default against the Defendant City of New York*
Plaintiffs Liaison Counsel, 1561 Affidavit of Service Other filed by Taylor Recycling Facility LLC, 1123 Notice of
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of N
York, Tishman Interiors Corporation, 1793 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 18
Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1603 Order,,,, 1302 Stipulation and Order of
Dismissal,,,,,, 949 Order Admitting Attorney Pro Hac Vice, 1696 MOTION for Summary Judgment *On Behalf of th
Structural Engineer Defendants*. filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwo
Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C.,
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP,
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1243 Stipulation and Order of Dismissal,,, 1367 S
and Order, 1276 Response to Discovery, filed by Thomas M. Flanders, 1158 Notice of Adoption of Master Answer
Phillips and Jordan, Inc., 1455 Affirmation filed by C.B. Contracting Corp., 1753 Affidavit in Support of Motion, fi
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 1936 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 9
on Motion for Reconsideration, 1296 Response to Discovery filed by Jason Porcaro, 1764 Memorandum of Law in S
of Motion filed by Phillips and Jordan, Inc., 1283 Response to Discovery filed by Dennis M. O'Connor, 2111 Order
Order,,,,,,,, 1373 Order,, 1751 MOTION for Summary Judgment. filed by Evans Environmental &Geological Scienc
&Management, LLC., 1167 Endorsed Letter,,, 1284 Response to Discovery filed by Dennis M. O'Connor, 1134 Not
(Other) filed by Plaintiffs Liaison Counsel, 1624 Order,,, 1285 Response to Discovery filed by Dennis M. O'Connor
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc
Corporation of New York, Tishman Interiors Corporation, 1205 Memorandum of Law in Support of Motion filed by
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 1413 Order,,, 1682 Notice (Other) filed by Plaintiffs Liaison Counsel, 1697 Rule 56.1 Statement,, filed
Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engine
P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C.,
Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 2033 Endorsed Letter,, 1198 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGio
902 Notice of Appearance filed by 22 Non–Resp, Darlene Montalvo, John Montalvo, 979 Notice (Other) filed by Pl
Liaison Counsel, 1212 Order, 1021 USCA Mandate,,, 2064 Stipulation and Order,, 1838 Certificate of Service Othe
by Taylor Recycling Facility LLC, 1063 Notice (Other) filed by Plaintiffs Liaison Counsel, 1543 Order on Motion t
Preclude,,,,,,,, 1335 Stipulation and Order of Dismissal,,,,,, 1092 Notice of Adoption of Master Answer filed by Tis
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1437 Stipulation and Order of Dismissal,,, 1834 Memorandum of Law in Support of Motion filed by Taylor Recycli
Facility LLC, 1467 Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 2007 Pre–Conference Statement fi
Samuel Provisero, 1258 Stipulation and Order,,,,,, 1769 MOTION for Summary Judgment *re: Casey*. filed by Phillip
Jordan, Inc., 1192 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1003 Affirmation, filed by Plaint
Liaison Counsel, 2061 Memorandum of Law in Opposition to Motion,,,, filed by The Port Authority of New York &
Jersey, 1327 Notice (Other) filed by Plaintiffs Liaison Counsel, 1013 Notice (Other) filed by Plaintiffs Liaison Cour
Request for Production of Documents filed by Robert Suarez, 1674 Order,,, 1274 Response to Discovery filed by M
Labetti, 1617 MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. filed by Deutsche Bank Trust Company
Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB P
Clients Corporation, DBAB Wall Street LLC, 933 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel
Stipulation and Order,,, 1772 MOTION for Summary Judgment *Notice of Motion Greco*. filed by Evans Environme
&Geological Science &Management, LLC., 1027 Notice (Other), Notice (Other), Notice (Other), Notice (Other), No
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–
Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Truc
Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc.,
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services,
Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Rob
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite C

Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As
Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., We
Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM
Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasett
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owir
&Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eag
Roofing Contractors, Inc., New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Franc
Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simps
Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Eq
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New Yor
Department, Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big App
Wrecking &Construction Corp., _940_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1594_ Rule 7.1 Corporate Di
Statement filed by American Building Maintenance Industries, Inc., _1742_ Affirmation in Opposition to Motion, filed
Plaintiffs Liaison Counsel, _1264_ Endorsed Letter, _1817_ Memorandum of Law in Support of Motion filed by City of
York, _1082_ Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, _1040_ MOTION for Madro Bandaries to Ap
Hac Vice. filed by Phillips and Jordan, Inc., Phillips and Jordan, _1912_ Affidavit of Service Other, filed by Plaintiffs
Counsel, _972_ Notice (Other), Notice (Other) filed by marion s. mishkin, _2074_ Supplemental ROA Sent to USCA – I
_1073_ Stipulation and Order of Dismissal,,,, _906_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1864_ Declaration
Support of Motion filed by Taylor Recycling Facility LLC, _1079_ Notice of Adoption of Master Answer filed by Tisl
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
_1946_ Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., _2014_ MOTION
Christopher Quinn to Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, IN(
Affidavit in Support,,,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC
Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., I
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., /
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanski
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti (
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Eqi
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., _1997_ MOTION for Summary Judgment _Dismissing Claims of C1 and B3 Plaintiffs against TI_
_Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act._ filed by The Port A
of New York &New Jersey, _2049_ MOTION to Stay _on Short Notice Pending Appeal._ (Filing Fee $ 39.00.) MOTION
_on Short Notice Pending Appeal._ (Filing Fee $ 39.00.) MOTION to Stay _on Short Notice Pending Appeal._ (Filing Fe
39.00.) MOTION to Stay _on Short Notice Pending Appeal._ (Filing Fee $ 39.00.) MOTION to Stay _on Short Notice I_
_Appeal._ (Filing Fee $ 39.00.) MOTION to Stay _on Short Notice Pending Appeal._ (Filing Fee $ 39.00.) MOTION to o
_Short Notice Pending Appeal._ (Filing Fee $ 39.00.) MOTION to Stay _on Short Notice Pending Appeal._ (Filing Fee $
MOTION to Stay _on Short Notice Pending Appeal._ (Filing Fee $ 39.00.) MOTION to Stay _on Short Notice Pending_
(Filing Fee $ 39.00.) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidm
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Even
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American (
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th

Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Eq Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 2075 Order, 1024 Order,,, 1409 Notice (Other) filed by Plaintiffs Liaison Counsel, 1231 Orde Rule 56.1 Statement,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. I Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yon Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel & Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contract Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In Nacirema Industries, Inc., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yan &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environm Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E Davies, Inc., Big Apple Wrecking &Construction Corp., 1454 Notice (Other) filed by Plaintiffs Liaison Counsel, 14 Notice (Other) filed by Plaintiffs Liaison Counsel, 1880 Rule 56.1 Statement filed by Evans Environmental &Geolo Science &Management, LLC., 2001 Order to Show Cause,,, 939 Endorsed Letter, 1209 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio Corporation, 1691 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1664 Affidavit of Service Oth by Plaintiffs Liaison Counsel, 1374 Notice (Other) filed by Plaintiffs Liaison Counsel, 1366 Stipulation and Order, Affidavit of Service filed by Gregory J Cannata &Associates, 893 Stipulation and Order of Dismissal,,,, 1577 Order, Set Deadlines/Hearings,,,,,,,,, 1528 Notice (Other) filed by Plaintiffs Liaison Counsel, 1233 Stipulation and Order,, 188 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LL Order,,, 1681 Endorsed Letter, 1923 Certificate of Service Other,, filed by Tishman Construction Corporation of M Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1444 MOTION for Summary Judg *Dismissing Defendants Not Named in Core Discovery.* filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Cons Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessle &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 2060 Memorandum of Law in Opposition filed by Gregory J &Associates, 1694 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jer 1879 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 2025 Notice o Adoption of Master Answer filed by Buro Happold Consulting Engineers, P.C., 1245 Stipulation and Order of Dism 1951 Declaration in Support, filed by Evans Environmental &Geological Science &Management, LLC., 1002 Notic filed by Plaintiffs Liaison Counsel, 1355 Request for Production of Documents filed by Jason Porcaro, 2004 Declar Support,,,,,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Constructi Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bar SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter

Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rod
Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully
Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Servic
Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc.,
Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tull
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Const
Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirem
Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Len
Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo W
Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Ma
Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Ind
Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Cont
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Rol
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., N
Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease In
Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equ
Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equ
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction Intern
L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., **1090** Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Ma
Tishman Construction Corporation of New York, Tishman Interiors Corporation, **1622** Order,,, **912** Notice (Other) f
Plaintiffs Liaison Counsel, **1924** MOTION for Summary Judgment *re:Scott Malkoff and Irina Malkoff on behalf of*
*Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors*
*Corporation*. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New
Tishman Interiors Corporation, **1295** Response to Discovery filed by Jason Porcaro, **1787** Certificate of Service Oth
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, **1451** Notice (Other) filed by Plaintiffs Liaison Counsel, **1929** Rule 56.1 Statement filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
**1996** Certificate of Service Other filed by Phillips and Jordan, Inc., **1260** Notice of Appearance filed by Mark Gajev
**1993** MOTION for Summary Judgment *for Plaintiff Christopher Castro*. filed by Phillips and Jordan, Inc., **1943** De
in Support,, filed by Evans Environmental &Geological Science &Management, LLC., **1910** Stipulation and Order,,
Request for Production of Documents filed by David Nolan, Louise Nolan, **1450** Notice (Other) filed by Plaintiffs L
Counsel, **1831** MOTION for Summary Judgment *re Castro (06 cv 07287)*. filed by Taylor Recycling Facility LLC,,
Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., **1385** Notice (Other) filed by Plaintiff
Counsel, **1930** MOTION for Summary Judgment *re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609,*
*06CV08692, 06CV10603, 06CV10937, 06CV11710, 06CV11814, 06CV12743*. filed by Survivair Respirators, Inc., 1
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construct
Corporation of New York, Tishman Interiors Corporation, **1194** Memorandum of Law in Support filed by Joette De
Daniel DeGiovine, **1970** Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey,
Stipulation and Order,,,, **2021** Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., **1489**
Stipulation and Order of Dismissal,,,,, **1232** Notice of Adoption of Master Answer filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, **1534** N
(Other) filed by Plaintiffs Liaison Counsel, **1598** Order, Set Deadlines/Hearings, Set Motion and
RRDeadlines/Hearings,,,,,,,,,,,,,,, **962** Stipulation and Order of Dismissal,, **1459** MOTION to Amend/Correct *Captio*
MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul Hauber in his representative capacity a
Executor of the Estate of Raymond Hauber, now deceased. filed by Raymond Hauber, **1933** Affidavit in Support of
filed by Survivair Respirators, Inc., **1564** Affirmation filed by Robert L. Gerosa, Inc., **1588** Notice (Other) filed by I
Liaison Counsel, **1935** Affidavit of Service Other filed by Survivair Respirators, Inc., **1418** Notice (Other) filed by I
Liaison Counsel, **2068** Notice (Other) filed by Plaintiffs Liaison Counsel, **1468** Memorandum of Law in Support of
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, **1891** Affidavit in Support of Motion by Evans Environmental &Geological Science
&Management, LLC., **1941** Rule 56.1 Statement filed by Evans Environmental &Geological Science &Managemen
**1583** Reply Memorandum of Law in Support of Motion filed by City of New York, **1395** Order,,,,,, **1159** Endorsed
**1645** Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, **932** Reply Memorandum of Law in Sup
filed by Plaintiffs Liaison Counsel, **985** Endorsed Letter,, **1531** Order, **1218** Stipulation and Order of Dismissal, **183**
Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, **917** Declaration in Opposition
Motion,, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bec
Environmental, Inc., **1706** Affidavit in Support of Motion,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech C

DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessle &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dako Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, L Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., N Construction Company, Big Apple Wrecking &Construction Corp., 2058 Affidavit in Opposition filed by Gregory J &Associates, 997 Endorsed Letter, 1050 Order,,,, 994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1420 Affir filed by Plaintiffs Liaison Counsel, 1269 Response to Discovery filed by Andrew Dunaway, 942 Endorsed Letter, 1 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1097 Notice of Adoption of Master Answer filed by Tish Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 951 Stipulation and Order of Dismissal,, 1914 Endorsed Letter, Set Deadlines/Hearings,,,,,, 967 Endorsed Letter, 14 Order,,, 1707 MOTION For Lone Pine Order *Notice of Motion by The Port Authority of New York and New Jersey i Pine Order*. filed by The Port Authority of New York &New Jersey, 1915 Reply Memorandum of Law in Support o filed by Michelle Haskett–Godbee, 1927 Affidavit in Support of Motion, filed by Tishman Construction Corporatio Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1084 Notice of Adopti Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne Tishman Interiors Corporation, 1994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1299 Response to Discover Andrew Scallo, 1657 Order,,, 1093 Notice of Adoption of Master Answer filed by Tishman Construction Corporatio Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 892 Notice (Other) file Plaintiffs Liaison Counsel, 1710 Endorsed Letter, 1750 MOTION for Summary Judgment *on behalf of Tishman Cor Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation*. fil Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic Corporation, 1734 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1421 Notice (Other) filed by Plain Liaison Counsel, 980 Notice (Other) filed by Plaintiffs Liaison Counsel, 954 Notice (Other) filed by Plaintiffs Liais Counsel, 976 Endorsed Letter,,, 1532 MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Hac Vice. filed by Th Authority of New York &New Jersey, The Port Authority of New York and New Jersey, 1623 Order on Motion to A Pro Hac Vice,,, 2067 Notice (Other) filed by Plaintiffs Liaison Counsel, 1257 Order,,,, 1006 Notice (Other) filed by Liaison Counsel, 978 Stipulation and Order of Dismissal,, 1086 Notice of Adoption of Master Answer filed by Tish Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1469 Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Constr Corporation of New York, Tishman Interiors Corporation, 1717 Notice (Other) filed by Plaintiffs Liaison Counsel, MOTION for Joseph A. Clark to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank T Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1883 Memorandum of Law in Suppo Motion filed by Evans Environmental &Geological Science &Management, LLC., 1963 MOTION for Summary Ju *for Plaintiff Fernando Grimaldi*. filed by Phillips and Jordan, Inc., 1592 Order,,, 1677 Memorandum of Law in Sup Motion, filed by The Port Authority of New York &New Jersey, 1762 MOTION for Summary Judgment *re Cantore Phillips and Jordan, Inc., 1490 Stipulation and Order,,, 1593 Order,, 1724 MOTION for Patricia I. Jorge to Appear Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1672 FIRST MOTION for Protective Order *Based on Privacy* filed by United States, 1638 Memorandum of Law in Opposition filed by Raymond Hauber, 1990 Memorandum of Support of Motion filed by Phillips and Jordan, Inc., 1234 Consent, filed by Dean Curti, 1850 MOTION for Summa Judgment. filed by Survivair Respirators, Inc., 1065 Order,, 1689 Order on Motion to Appear Pro Hac Vice,, 1190 Declaration in Support of Motion, filed by John Raehse, Paula Raehse, 1957 Certificate of Service Other filed by Ta Recycling Facility LLC, 1252 Stipulation and Order of Dismissal,,,,,,,,, 1081 Notice of Adoption of Master Answer Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio Corporation, 1149 MOTION for Partial Summary Judgment. filed by City of New York, 934 Stipulation and Order Dismissal, 1659 Notice (Other) filed by Evans Environmental &Geological Science &Management, LLC., 2120 Memorandum of Law in Support of Motion,, filed by The Port Authority of New York &New Jersey, 1030 Notice ( filed by Plaintiffs Liaison Counsel, 1761 Certificate of Service Other,, filed by Tishman Construction Corporation o Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1188 MOTION to Vac

Order,,. filed by John Raehse, Paula Raehse, 1512 Notice (Other) filed by Plaintiffs Liaison Counsel, 1545 MOTION to Quash *Subpoenas*. filed by City of New York, 1716 Notice (Other) filed by Plaintiffs Liaison Counsel, 1281 Respons Discovery filed by Nicholas Lusuriello, 1578 MOTION to Compel *Witnesses to appear for deposition.* filed by John Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 2110 Declaration in Suppo Motion, filed by Mount Sinai Medical Center, 1375 Notice (Other) filed by Plaintiffs Liaison Counsel, 1328 Stipula Order of Dismissal,,,,,,, 998 Amended Answer to Complaints,,,,,,,,, filed by En–Tech Corp., Diego Construction, In Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Canron Constru Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associa LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Mu Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1394 Notice (Other) filed by Pla Liaison Counsel, 1581 Notice (Other) filed by Plaintiffs Liaison Counsel, 1129 Notice of Adoption of Master Answ by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1392 Notice (Other) filed by Plaintiffs Liaison Counsel, 1635 Reply Memorandum of Law in Oppisiti Motion, filed by Raymond Hauber, 1609 Affirmation filed by City of New York, 1747 FIRST MOTION for Summa Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1189 Memorandum of Law in of Motion filed by John Raehse, Paula Raehse, 1688 Affirmation filed by Semcor Equipment and Manufacturing Corporation, 1199 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGiovine, 1621 Order,,, 1434 Noti (Other) filed by Plaintiffs Liaison Counsel, 1482 MOTION to Preclude *and for Default against the Defendant City o York.* filed by Plaintiffs Liaison Counsel, 2000 Rule 56.1 Statement filed by The Port Authority of New York &New 1572 MOTION to Quash *Subpoenas to NYPD Medical Board Doctors.* filed by City of New York, 1365 Reply Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2013 Notice (Other) filed by Gregory J Can &Associates, 1320 Endorsed Letter,, 1031 Notice (Other) filed by Plaintiffs Liaison Counsel, 2055 Affirmation in Opposition to Motion,,, filed by Michelle Haskett–Godbee, 1939 Rule 56.1 Statement filed by Evans Environmenta &Geological Science &Management, LLC., 1055 Notice (Other) filed by Plaintiffs Liaison Counsel, 2005 Declarati Support,,,,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Constructio Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bar SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rod Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Servic Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corp Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Liberty Mutual Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Asso Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American C Bovis Lend Lease Inc., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wre Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Ma Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Inc Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Cont Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Rol Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., N Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease In Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equ

Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equip Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction Intern L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 2031 Order on Motion to Appear Pro Hac Vice, 2081 Notice of Appearance filed by Verizon York Inc., 1976 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1882 Memorandum o Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 991 Order on Motion Summary Judgment, 1926 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 957 Certificate of Cou filed by marion s. mishkin, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 1091 Notice of Adoption of Mast Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1301 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1045 Stipulation Order of Dismissal, 1132 Stipulation and Order of Dismissal,,,,,, 1918 Declaration in Support of Motion, filed by T Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1163 Notice (Other) filed by Samuel Provisero, 1693 MOTION for Summary Judgment *Notice of Motion for Summ Judgment Dismissing Complaints against the Port Authority for lack of subject matter Jurisdiction under New Jers Unconsolidated Laws § 7107.* filed by The Port Authority of New York &New Jersey, 1196 Memorandum of Law i filed by Joette DeGiovine, Daniel DeGiovine, 1485 MOTION to Preclude *and or Default against Defendant City o York.* filed by Plaintiffs Liaison Counsel, 968 Reply,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler & Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Cons Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz & Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1277 Response to Discovery, filed by Thomas M. Flanders, 1071 Stipulation and Order of Dismissal,,,, 1471 Response to Discovery fi Diane Scallo, Andrew Scallo, 1675 Notice (Other) filed by Plaintiffs Liaison Counsel, 1303 Stipulation and Order,,, Reply Memorandum of Law in Support of Motion filed by Tully Environmental Inc., Evergreen Recycling of Coron Rule 56.1 Statement filed by Survivair Respirators, Inc., 1226 Stipulation and Order of Dismissal,,, 1715 Endorsed l 1711 Protective Order, Add and Terminate Attorneys, 1161 Endorsed Letter,, 1075 Stipulation and Order of Dismiss 1112 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con Corporation of New York, Tishman Interiors Corporation, 996 Stipulation and Order of Dismissal, 1902 Memorand Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1033 Memorandum of Law in Opposition filed by Liaison Counsel, 918 Stipulation and Order,, 1837 Memorandum of Law in Support of Motion filed by Taylor Recy Facility LLC, 1087 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1756 Memorandum of Law in Sup Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1741 Notice (Other) filed by Plaintiffs Liaison Counsel, 1104 Notice of Adoption of Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 898 MOTION for Reconsideration *Of April 30, 2008 Order Dismissing Pltfs' Claim Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second Am Master Complaint Against Bechtel Defendan* filed by Plaintiffs Liaison Counsel, 1754 Affidavit in Support of Motion Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio Corporation, 1859 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1570 Notice (Other) fi Plaintiffs Liaison Counsel, 1241 Stipulation and Order of Dismissal,, 1542 Order on Motion to Preclude, 1154 Dec in Support of Motion,,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turi Construction Company, Plaza Construction Corp., 1121 Notice of Adoption of Master Answer filed by Tishman Con Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1017 Affirmation in Support of Motion, filed by En–Tech Corp., C.B. Contracting Corp., 1654 Order on Motion for Misc Relief, 1463 MOTION for Judgment on the Pleadings *Richard Calderon 06cv10267.* filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 938 N (Other) filed by Plaintiffs Liaison Counsel, 1569 Notice (Other) filed by Plaintiffs Liaison Counsel, 1549 Order,,, 14 Endorsed Letter, 2112 Notice (Other) filed by Plaintiffs Liaison Counsel, 1229 Notice (Other) filed by Plaintiffs Lia Counsel, 1507 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1111 Notice of Adopt Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne Tishman Interiors Corporation, 1397 Order,,,,,, 1242 Endorsed Letter,,, 1120 Notice of Adoption of Master Answer Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio Corporation, 1151 Memorandum of Law in Support of Motion filed by City of New York, 1425 Notice (Other) filed b Plaintiffs Liaison Counsel, 1885 Declaration in Support of Motion,, filed by The Port Authority of New York &New 1339 Notice (Other) filed by Plaintiffs Liaison Counsel, 947 Memorandum of Law in Support of Motion, filed by En Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio Genera Contractors Corp., 1703 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1256 Stipulation and Order,,, 1687 MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche B Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1904 Affirmation in Opposition,,,,,,,,,, by Plaintiffs Liaison Counsel, 1432 Notice (Other) filed by Plaintiffs Liaison Counsel, 1510 Endorsed Letter,, 1678

*Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1968 Rule 56.1 Statement, filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, I Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Truc Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Const Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &S PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AM Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tull Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Corp., Pinnac Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Finley, P.C., Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo−Tech, Inc., Evans Environmental &Geolog Science &Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Mazzochi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting En P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Brak Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Mu Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Gol Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Re Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdi Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Cor Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Bren− Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C 1064 Notice (Other) filed by Plaintiffs Liaison Counsel, 982 Notice (Other) filed by Plaintiffs Liaison Counsel, 1430 (Other) filed by Plaintiffs Liaison Counsel, 1868 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1779 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Con Corporation of New York, Tishman Interiors Corporation, 1178 Memorandum of Law in Support of Motion,,,,,, filed En−Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construc Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., F Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semc Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretre American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Maz Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Con Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Bren Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp Affirmation in Opposition to Motion,,, filed by marion s. mishkin, 2038 MOTION to Stay Modify and Issues for Apri 2010 Fairness Hearing. (Filing Fee $ 39.00.) filed by Michelle Haskett−Godbee, 1999 Memorandum of Law in Sup Motion, filed by The Port Authority of New York &New Jersey, 1289 Response to Discovery filed by David Nolan, 1 Response to Discovery, filed by Thomas M. Flanders, 1113 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpo 2045 Order,, 1096 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Construction Corporation of New York, Tishman Interiors Corporation, 1686 Stipulation and Order of Dismissal,, 2 Notice (Other) filed by Plaintiffs Liaison Counsel, 1961 Notice (Other) filed by Phillips and Jordan, Inc., 2012 Affia Service Other filed by Survivair Respirators, Inc., 921 Stipulation and Order of Dismissal,, 1448 Stipulation and Or Dismissal, 1171 Endorsed Letter,, 1727 Memorandum of Law in Support of Motion filed by John Dunne, Lynn Tayl Daniel Taylor, James Albach, 1518 Notice (Other) filed by Plaintiffs Liaison Counsel, 1028 Notice (Other) filed by Liaison Counsel, 1964 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1989 Rule 56.1 Statement filed by City of New York, 1020 Notice (Other) filed by Plaintiffs Liaison Counsel, 1346 Request for Prod Documents filed by Thomas M. Flanders, 1254 Stipulation and Order,,, 1969 MOTION for Summary Judgment for Jeffrey and Diane Loughery. filed by Phillips and Jordan, Inc., 2039 Affirmation in Support of Motion filed by Mich Haskett−Godbee, 1026 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Othe Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En−Tech Corp., DMT Enterp*

*Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucki New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo−Tech, Canron Constructio Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., I Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, In Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Wel Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLF Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., L Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gump &Heger Inc., JP Equipment Rental Material, Inc., Brer−Four Transportation Corp., New York Crane &Equipment Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big App Wrecking &Construction Corp.,* 144 *Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,* 2 *Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Author New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jei World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC H L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,* 68 *Order,,,* 260 *Order,,,* 28 *of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,,* 438 *Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,* 414 *Order,,,* 310 *Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,,* 82 *Order,,,,* 404 *MOTION Dismiss. filed by Turner Construction Company,, Turner/Plaza, A Joint Venture,,* 132 *Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,* 382 *Endorsed Letter,,,* 226 *Answer to Complaint filed by World Trade Properties LLC,,* 104 *Answer to Complaint filed by City of New York,,* 486 *Order on Motion for Summary Judgment MOTION for Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield Ame Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,,,* 528 *Endorsed Letter,,,* 376 *End Letter,,,* 517 *Master Allegations filed by Plaintiffs Liaison Counsel, 66 Transcript,* 175 *Answer to Complaint filed b Construction Corp.,,* 445 *Notice of Appearance filed by John Montalvo,, marion s. mishkin,,* 230 *Answer to Compla by Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,,* 420 *Endorsed Letter,,* 509 *Master Allegations filed by Liaison Counsel,* 545 *Notice of Appeal, filed by Turner Construction Company,, Bechtel Corporation,, The Port A of New York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, AM Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,,* 384 *Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by City of N Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, A Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corporation, Inc.,, Bov Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professiona;l Corporation,,* 74 *Stipulation and Order,* 76 *Endorsed Letter,,* 355 *Order, Add and Terminate Attorne Affidavit in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Prope Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L. World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties, Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Ho L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properti Inc.,,* 314 *Order,,* 375 *Notice of Voluntary Dismissal − Signed,,* 204 *Rule 7.1 Corporate Disclosure Statement filed Construction Corp.,,* 449 *Affidavit in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, Michael Chambers,,* 46 *Affidavit of Service Other,* 344 *Opposition Brief filed by Bovis Lend Lease LMB, Inc.,,* 55 *E Letter,,* 107 *Answer to Complaint filed by City of New York,,* 300 *Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,,* 417 *Endorsed Letter,,* 482

327 Notice of Appearance filed by Wolkow Braker Roofing Corporation,, 113 Answer to Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure Statement filed by Tishman Construction Corporation of N Tishman Construction Corporation of Manhattan,, 108 Rule 7.1 Corporate Disclosure Statement filed by Plaza Con Corp.,, 378 CROSS MOTION to Remand to State Court. filed by Battery Park City Authority,, 254 Order on Motion Appear Pro Hac Vice,, 332 Notice (Other) filed by Plaintiffs Liaison Counsel,, 303 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate Di Statement filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 No Appearance, filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavit Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed by Charles Dalton,, 57 Order,,, MOTION for Judgment on the Pleadings Based on State Statutory Immunity. filed by The Port Authority of New Yor Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 213 An Complaint filed by Plaza Construction Corp.,, 259 Order,,, 170 Rule 7.1 Corporate Disclosure Statement filed by P Construction Corp.,, 534 Memorandum &Opinion,,,, 33 Order,,,,,,, 524 Notice (Other) filed by Plaintiffs Liaison Co 494 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C., Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein P Inc.,, 83 Case Management Plan,,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac Vice on behalf of Plaintiffs' Lia Counsel. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza Construction Corp.,, 320 End Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,, 342 Opposition Brief filed by The C New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Bros. Iron Works Co.,, 79 Order, Set Dea 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 234 MOTION for Joseph E. Hopki Appear Pro Hac Vice. filed by City of New York,, Turner Construction Company,, AMEC Construction Managemen Bovis Lend Lease, Inc.,, Plaza Construction Company,, Tully Construction Company,, 323 Rule 7.1 Corporate Disclosu Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by City of Ne Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, A Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bov Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 49 Rule 56.1 Stateme by City of New York,, 290 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Counsel,, 127 Answer to Complaint filed by Plaza Construction Corp.,, 264 Declaration,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Phillips and Jordan,, 461 Notice (Other) filed by Pla Liaison Counsel,, 283 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Plaintiffs Liaison Counsel,, 208 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 365 O 351 Order, 151 Answer to Complaint filed by Plaza Construction Corp.,, 412 Order,,,,, 159 Answer to Complaint fil Plaza Construction Corp.,, 121 Answer to Complaint filed by Plaza Construction Corp.,, 489 Endorsed Letter,, 380 Endorsed Letter,, 40 Affidavit of Service Other,, 406 Endorsed Letter,, 50 MOTION for Summary Judgment. filed by New York,, 297 Answer to Complaint filed by Plaza Construction Corp.,, 280 Subpoena Issued, filed by Defendants,, Rule 7.1 Corporate Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Enviro Inc.,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 42 Affidavit of Service Other,, 255 Notice (Other), No (Other) filed by City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construc Company,, 364 Notice (Other) filed by Plaintiffs Liaison Counsel,, 348 Endorsed Letter,, 464 Reply,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed by City of New York,, Turner Construction C Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Managemen Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, 390 Rule 56.1 Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by City of New York,, Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Inc.,, Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp 87 Notice (Other), Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc Westfield WTC Holding LLC.,, 32 Order,,,, 537 Endorsed Letter,, 496 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverste Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein

*Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdi L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 267 Case Mana Plan,,,,, 195 Answer to Complaint filed by Plaza Construction Corp.,, 298 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 133 Answer to Complaint Plaza Construction Corp.,, 316 Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, 123 Answer to Complaint filed Construction Corp.,, 154 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 143 Answer Complaint filed by Plaza Construction Corp.,, 101 Answer to Complaint filed by City of New York,, 322 Rule 7.1 Co Disclosure Statement filed by Verizon New York Inc.,, 220 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 325 Order,, 176 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, Protective Order,, 217 Answer to Complaint filed by Plaza Construction Corp.,, 321 Notice of Appearance filed by New York Inc.,, Verizon Properties Inc.,, 400 Rule 56.1 Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trad L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties Li Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Si WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 W Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 379 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,, filed by Battery Park City Authority,, 245 Order,, 139 A Complaint filed by Plaza Construction Corp.,, 70 MOTION to Dismiss. filed by The Port Authority of New York &N Jersey,, World Trade Center Properties LLC,, 275 Declaration in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Defendants,, 539 Order, 239 Answer to Complaint filed of New York,, 488 Declaration,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,, filed by City of New Yo Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, A Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compa Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professiona;l Corporation,, Bechtel,, 161 Answer to Complaint filed by Plaza Construction Corp.,, 293 Waiver of S Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 291 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 91 Endorsed Letter,, 199 A Complaint filed by Plaza Construction Corp.,, 299 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp. Endorsed Letter,, 118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 137 Answer to C filed by Plaza Construction Corp.,, 84 Declaration,, 198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 469 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jers Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Prop L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Hol L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 313 Order,, 114 Rule 7.1 Corporate Disclosure Stat filed by Plaza Construction Corp.,, 243 Order,,,, 532 Order,,, 453 Notice of Change of Address,,,, filed by City of Ne Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, LaStrada General Contracting Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease,, Plaza Construction Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Li Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc. and Tully Construction Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Le Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,, Group, Inc.,, SKIDMORE OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC., Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, 103 Answer to Complaint filed by City of New York,, 530 l Letter, Set Deadlines/Hearings,,,, 311 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed b Plaintiffs Liaison Counsel,, 169 Answer to Complaint filed by Plaza Construction Corp.,, 277 Order,, 52 Response, Order, 333 Notice (Other) filed by Plaintiffs Liaison Counsel, 436 Response in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 93 Remark fil Nomura Holding America, Inc.,, 110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 1 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 231 MOTION seeking an order deeming cross–claims for contribution or indemnity as amongst all co–defendants to have been made and denied.. (Filing F 39.00.) filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Si Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trad*

L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LI
Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Si
WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 W
Holdings, L.L.C.,, Silverstein Properties, Inc.,,, _216_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Constru
Corp.,, _135_ Answer to Complaint filed by Plaza Construction Corp.,, _183_ Answer to Complaint filed by Plaza Const
Corp.,, _508_ Master Allegations filed by Plaintiffs Liaison Counsel,, _306_ Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, _69_ Order, Set Hearings,,,
Counter Statement to Rule 56.1,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by City of New Yo
Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovi
Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Company,, Bovi
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, _352_ Order, Add and Termi
Attorneys,,, _36_ Order of Dismissal,, _493_ Reply Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,, filed by Consolidated Edison Company of New
Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions
Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Commu
Holding Company, Inc.,, Consolidated Edison Development, Inc.,, _533_ Order,, _190_ Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, _369_ Notice of Appearance, filed by Tishman Construction Corporation of New Y
Tishman Construction Corporation of Manhattan,, _304_ Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, _128_ Rule 7.1 Corporate D
Statement filed by Plaza Construction Corp.,,, _71_ Memorandum of Law in Support of Motion filed by The Port Autho
New York &New Jersey,, World Trade Center Properties LLC,, _523_ Notice (Other) filed by Plaintiffs Liaison Couns
Answer to Complaint filed by Plaza Construction Corp.,, _419_ Affirmation in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by Michael Chambers,, _309_ Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, _446_ Notice of Change of A
filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, LaS
General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lea
Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Lease Interio
Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmen
Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc.,
Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, In
Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Moretrench Ameri
Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOCKWOOD KESSLER
&BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, _256_ Notice (Other) filed
Construction Co., Inc.,, _409_ CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jordan,, _81_ Order
Protective Order,, _106_ Answer to Complaint filed by City of New York,, _212_ Rule 7.1 Corporate Disclosure Statemen
Plaza Construction Corp.,, _178_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _102_ An
Complaint filed by City of New York,, _452_ Stipulation and Order,, _30_ Notice (Other) filed by Thomas Patrick Ryan,,
Markey,, _229_ Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,, _413_ Endorsed Letter, Set M
RRDeadlines/Hearings,,,,, _318_ Order, Set Deadlines/Hearings,,,,,,,,,, _392_ MOTION for Summary Judgment Based o
Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Prop
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Hol
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, _399_ Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by The Port Authority of New York &New Jers
Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cente
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 W
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings,
2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, _235_ Ord
Motion to Appear Pro Hac Vice,, _487_ Order,,,, _179_ Answer to Complaint filed by Plaza Construction Corp.,, _221_ An
Complaint filed by Plaza Construction Corp.,, _454_ Declaration in Support,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manha
Notice (Other) filed by Plaintiffs Liaison Counsel,, _165_ Answer to Complaint filed by Plaza Construction Corp.,, _26
Endorsed Letter,,, _484_ Order on Motion for Leave to Appear,,, _374_ Notice of Appearance filed by Verizon Communi
Inc.,, _367_ Rule 7.1 Corporate Disclosure Statement filed by Tishman Construction Corporation of New York,, Tishm
Construction Corporation of Manhattan,, _124_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction
_490_ Endorsed Letter,, _56_ Order,,,,, _281_ Order,, _292_ Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

filed by Plaintiffs Liaison Counsel,, _138_ Answer to Complaint filed by Plaza Construction Corp.,, _527_ Reply Memor
Law,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,, filed by Turner Construction Company,, Tully
Construction Co., Inc.,, Silverstein Properties, Inc.,, Bovis Lend Lease LMB, Inc.,, Silverstein WTC Management Co
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade
L.L.C.,, Silverstein Properties,, Phillips and Jordan,, AMEC Construction Management, Inc.,, Plaza Construction C
Silverstein WTC, L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC H
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,
Turner/Plaza, A Joint Venture,, _483_ Order,, _307_ Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
by Plaintiffs Liaison Counsel,, _85_ Case Management Plan,,, _257_ Endorsed Letter,, _233_ Opposition Brief, filed by Pla
Liaison Counsel,, _301_ Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liai
Counsel,, _173_ Answer to Complaint filed by Plaza Construction Corp.,, _182_ Rule 7.1 Corporate Disclosure Stateme
Plaza Construction Corp.,, _397_ Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Th
Authority of New York and New Jersey,, _470_ Reply Memorandum of Law,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co
Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction
Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Managem
Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Tu
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, _43_ Affidavit of Service Oth
Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, _89_ Orde
Endorsed Letter,, _48_ Declaration in Support, filed by City of New York,, _155_ Answer to Complaint filed by Plaza
Construction Corp.,, 58 Transcript,_45_ Affidavit of Service Other, _289_ Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, _458_ Reply Memorandum o
Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, filed by City of New York,, Turner
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compa
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, _383_ MOTION to Dismiss. filed by City of New York,, Turner Construction Cor
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease, Inc.,, AMEC Construction Managemen
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, _62_ Order,, _541_ FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by
Liaison Counsel,, _519_ Order,, _328_ Notice of Appearance filed by Zeckendorf Realty, L.P.,, _278_ Remark,, _538_ Endors
Letter, Set Deadlines/Hearings,,,,, _73_ Order,,, _116_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, _338_ Notice of Appearance filed by Nomura Holding America, Inc.,, _271_ MOTION to Compel Discovery and
Sanctions for Failure to Comply. filed by Plaintiffs Liaison Counsel,, _160_ Rule 7.1 Corporate Disclosure Statement
Plaza Construction Corp.,, _462_ Reply Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by Westfield Corporation, Inc.,, Westfield WT
Westfield America, Inc.,, Westfield WTC Holding LLC.,, _270_ Order,,,,, _393_ Certificate of Service
Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,, filed by City of New York,, Turner Construction Compa
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Managemen
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
_223_ Answer to Complaint filed by Plaza Construction Corp.,, _261_ Endorsed Letter,, _345_ Opposition Brief filed by C
New York,, 64 Transcript, _366_ Notice of Appearance filed by The Bank of New York Company, Inc.,, The Bank of Ne
One Wall Street Holdings LLC,, One Wall Street Corporation,, The Bank of New York Trust Company,, _285_ Waiver
Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, _502_ Order,,,,, _529_
Appearance filed by Nomura Holding America, Inc.,, _500_ Stipulation and Order of Dismissal,,, _228_ Rule 7.1 Corpora
Disclosure Statement filed by Tully Construction Co., Inc.,, _546_ Notice of Appearance filed by Musco Sports Lightin
_222_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _215_ Answer to Complaint filed by
Construction Corp.,, _346_ Opposition Brief filed by City of New York,, _510_ Master Allegations filed by Plaintiffs Liai
Counsel,, _98_ Order,,, _120_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _189_ Answer
Complaint filed by Plaza Construction Corp.,, _202_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construc
Corp.,, _372_ Notice of Appearance filed by Verizon Communications Inc.,, _238_ Affirmation in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Consolidated Edison Company of New York, Inc.,, Consolidated
Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison
Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co

Inc.,, Consolidated Edison Development, Inc.,, *105* Answer to Complaint filed by City of New York,, *185* Answer to Complaint filed by Plaza Construction Corp.,, *480* Endorsed Letter,,, *531* Order,, *99* Order Admitting Attorney Pro Vice,, *111* Answer to Complaint filed by Plaza Construction Corp.,, *354* Order, Add and Terminate Attorneys,,, *471* Declaration in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, filed by City of New Yo Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovi Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovi International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, *41* Affidavit of Service Oth Affidavit in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by John Montalvo,, Notice (Other), Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties I Answer to Complaint filed by Plaza Construction Corp.,, *146* Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, *125* Answer to Complaint filed by Plaza Construction Corp.,, *279* Reply to Response to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, *543* MOTION for Leave to A Order dated October 17, 2006. (Filing Fee $ 39.00.) filed by City of New York,, Turner Construction Company,, Bee Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully In Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, *167* Answer to Complaint filed by Plaza Construction Corp.,, *339* Notice (Other) filed by Plaintiffs Liaison Counsel,, *441* Affidavit in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by J Montalvo,, *485* Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by marion s. mishkin,, *248* Case Management Plan,, *526* Stipulation and Order of Dismissal,, *184* Rule 7.1 Co Disclosure Statement filed by Plaza Construction Corp.,, *150* Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, *236* Answer to Complaint filed by The Port Authority of New York &New Jersey,, *334* Order, S Deadlines/Hearings,,, *37* Order,,,,, *129* Answer to Complaint filed by Plaza Construction Corp.,, *117* Answer to Cor filed by Plaza Construction Corp.,, *513* Master Allegations filed by Plaintiffs Liaison Counsel,, *241* Answer to Comp filed by The Port Authority of New York &New Jersey,, *341* Opposition Brief filed by The City of New York,, *386* Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed by City of N Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovi Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovi International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, *141* Answer to Complaint filed by P Construction Corp.,, *282* Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, City of New York,, *38* Order,,, *181* Answer to Complaint filed by Plaza Construction Corp.,, *197* Answer to Compla by Plaza Construction Corp.,, *211* Answer to Complaint filed by Plaza Construction Corp.,, *97* Answer to Complaint City of New York,, *168* Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, *134* Rule 7.1 C Disclosure Statement filed by Plaza Construction Corp.,, *162* Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, *177* Answer to Complaint filed by Plaza Construction Corp.,, *340* Order, 59 Order,, *439* Endo Letter,, *35* Order,,,,, *317* Rule 26 Disclosure filed by Plaintiffs Liaison Counsel,, *474* Answer to Complaint, Third Pe Complaint filed by Phillips and Jordan,, *507* Master Allegations filed by Plaintiffs Liaison Counsel,, *210* Rule 7.1 C Disclosure Statement filed by Plaza Construction Corp.,, *276* Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Bechtel,, *287* Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, *227* Answer to Complaint, The Port Authority of New York &New Jersey,, *515* Affidavit of Service Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, *44* Affidavit of Service Other, *498* Stipulation and Order of Dismi Order, Add and Terminate Attorneys,,, *418* Affirmation in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed by Thomas Asher,, *192* Rule 7.1 Corporate Dis Statement filed by Plaza Construction Corp.,, *315* Order,,, *172* Rule 7.1 Corporate Disclosure Statement filed by P Construction Corp.,, *394* MOTION for Summary Judgment Based Upon Status as Out−of−Possession Lessees. file Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co. L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein P Inc.,, *407* Rule 7.1 Corporate Disclosure Statement filed by Tully Environmental Inc.,, *218* Rule 7.1 Corporate Disc Statement filed by Plaza Construction Corp.,, *258* Endorsed Letter,, *410* Notice of Appearance filed by Verizon Nev Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, *357* Order, Add and Terminate Attorneys,,, *130* Rule Corporate Disclosure Statement filed by Plaza Construction Corp.,, *224* Rule 7.1 Corporate Disclosure Statement f Plaza Construction Corp.,, *403* Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 115 Answer to Complaint filed by Plaza Construction Corp.,, 188 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 296 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 463 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 53 Declaration in Opposition to,, 415 Notice of Substitution of Attorney, filed by Murray Hill Properties LLC,, 398 Rule 56.1 Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 237 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 465 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, Frances Tartamella,, MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Contempt for their failure to respond to same. filed by Plaintiffs Liaison Counsel,, 497 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 294 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 145 Answer to Complaint filed by Plaza Construction Corp.,, 156 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 389 Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,, filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,,, 371 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 326 Order,,, 350 Notice filed by Verizon New York Inc.,, Verizon Properties Inc.,, 174 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 444 Notice of Appearance filed by CDL (New York) L.L.C.,,, 205 Answer to Complaint filed by Plaza Construction Corp.,, 88 Notice (Other), Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,,, 447 Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 331 Endorsed Letter,, 164 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 72 Remark filed by The Port Authority of New York &New Jersey,, World Trade Center Properties LLC,, 377 Order, Set Deadlines,,,, 60 Order,,, 219 Answer to Complaint filed by Plaza Construction Corp.,, 467 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 96 Answer to Complaint filed by City of New York,, 171 Answer to Complaint filed by Plaza Construction Corp.,, 472 Certificate of Service Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 373 Notice of Appearance filed by Verizon Communications Inc.,, 359 Order, Add and Terminate Attorneys,,, 242 Answer to Complaint filed by Silverstein Properties, Inc.,, World Trade Center Properties LLC,, 90 Case Management Plan,,,,,,, 401 Rule 56.1 Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 286 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 47 Order,, 347 Notice (Other) filed by Plaintiffs Liaison Counsel,, 499 Stipulation and Order of Dismissal,,, 147 Answer to Complaint filed by Plaza Construction Corp.,, 153 Answer to Complaint filed by Plaza Construction Corp.,, 411 Rule 7.1 Corporate Disclosure Statement filed by Turner/Plaza, A Joint Venture,, 542 FIRST MOTION For Leave To File Plaintiffs' Master Complaint

To Fresh Kills Defendants re: _541_ FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendant.
Memorandum In Support. filed by Plaintiffs Liaison Counsel,, _67_ Endorsed Letter,, _65_ Endorsed Letter,,, _112_ Rule 7.
Corporate Disclosure Statement filed by Plaza Construction Corp.,, _244_ Notice (Other) filed by Latham &Watkins l
Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, filed by
New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease l
Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation
Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ver
Bechtel Associates Professiona;l Corporation,, Bechtel,, _324_ Notice of Appearance filed by Verizon New York Inc.,,
Properties Inc.,, _506_ Endorsed Letter,,, _395_ MOTION for Judgment on the Pleadings Based on State Common Law
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Authority of New York and New Jersey,, _203_ Answer to Complaint filed by Plaza Construction Corp.,, _214_ Rule 7.1
Corporate Disclosure Statement filed by Plaza Construction Corp.,, _180_ Rule 7.1 Corporate Disclosure Statement f
Plaza Construction Corp.,, _385_ MOTION for Summary Judgment. filed by Consolidated Edison Company of New Yo
Consolidated Edison Company of New York, Inc.,,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison Solutions, Inc.,,
Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Commu
Holding Company, Inc.,, Consolidated Edison Development, Inc.,, Consolidated Edison Attorneys,,, _511_ M
Allegations filed by Plaintiffs Liaison Counsel,, _442_ Memorandum of Law in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by John Montalvo,, _535_ Endorsed Letter,,, _20
Answer to Complaint filed by Plaza Construction Corp.,, _186_ Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, _353_ Order, Add and Terminate Attorneys,,, _514_ Master Allegations filed by Plaintiffs Liaison C
_75_ Endorsed Letter,,, Add and Terminate Attorneys, _77_ Endorsed Letter,, _225_ Answer to Complaint filed by Plaza
Construction Corp.,, _274_ Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Defendants,, _481_ Order,,, _39_ Affidavit of Service Other, _95_ Notice (Other), Notice (Other) filed by Westfield Corpor
Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC.,, _126_ Rule 7.1 Corporate Disclos
Statement filed by Plaza Construction Corp.,, _200_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construc
Corp.,, _157_ Answer to Complaint filed by Plaza Construction Corp.,, _284_ Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, _330_ Notice (Other), Notice
filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trad
L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 W
Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, _209_ Answer to Complaint filed by Plaza Construction Corp.,, _416_ Orde
Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New Y
New Jersey,, Frances Tartamella,, _34_ Order,,,,,,,, _370_ Rule 7.1 Corporate Disclosure Statement, filed by Tishman
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, _356_ Order, Add and Te
Attorneys,,, _402_ Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,, fi
The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authorit
York and New Jersey,, 246 Transcript, _122_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Co
Protective Order, _437_ Notice (Other) filed by Plaintiffs Liaison Counsel,, _512_ Master Allegations filed by Plaintiffs
Counsel,, _337_ Endorsed Letter, Set Deadlines/Hearings,,,,, _391_ Declaration in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by City of New York,, Turner Construction Cor
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Managemen
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and T
Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl
Joint Venture,, Bechtel Associates Professiona;l Corporation,, _51_ Memorandum of Law in Support of Motion filed b
New York,, _194_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _149_ Answer to Compla
by Plaza Construction Corp.,, _196_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _435_
of Appearance filed by Antonio E. Alves,, Maria E. Alves,, _455_ Endorsed Letter,,, _54_ Order,, _495_ Stipulation and Or
Dismissal, 61 Transcript, _158_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _308_ Wa
Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, _240_ Answer to Cor
filed by City of New York,, _443_ Notice of Appearance,,,,,,, filed by Turner Construction Co.,, Turner Construction Co
Bechtel Corporation,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis Len
Inc,, Tully Construction Co., Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construc
Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction
Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulti
Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechte
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Bechtel Associates Professiona;l Corpora
Answer to Complaint filed by World Trade Center Properties LLC,, _525_ Memorandum of Law in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, _536_ Notice
Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, _140_ Rule 7.
Corporate Disclosure Statement filed by Plaza Construction Corp.,, _466_ Reply Affidavit in Support of

*Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by The Port Authority of New York &New* 
*The Port Authority of New York and New Jersey,, Silverstein Properties,, Silverstein Properties, Inc.,, World T* 
*Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trad* 
*L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o* 
*York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 W* 
*Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings,* 
*2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 516 Ma* 
*Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegations filed by Plaintiffs Liaison Counsel,, 329 Not* 
*Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, 302 Waiver of Service* 
*Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate Di* 
*Statement filed by Plaza Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construc* 
*Corp.,, 305 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Couns* 
*MOTION to Compel the Depositions of Lawrence Martin, Esq., and Kenneth Becker, Esq.. filed by Plaintiffs Liaison* 
*Counsel,, 191 Answer to Complaint filed by Plaza Construction Corp.,, 343 Opposition Brief filed by City of New Yo* 
*Order Lifting Stay,,, 361 Order, Add and Terminate Attorneys,,, 136 Rule 7.1 Corporate Disclosure Statement filed* 
*Construction Corp.,, 265 Order,,, 297 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed* 
*Plaintiffs Liaison Counsel,, 312 Order, 868 MOTION for Protective Order Exhibits H–L. filed by En–Tech Corp., l* 
*Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,* 
*Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructio* 
*L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B* 
*Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I* 
*Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F* 
*Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo* 
*Berkel &Co. Contractors, Inc., Marathon Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., T* 
*Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic He* 
*Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson* 
*Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold* 
*Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc.,* 
*LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel* 
*Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,* 
*Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing* 
*Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Ca* 
*Inc., D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons* 
*Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz* 
*Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada* 
*Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment* 
*Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc.,* 
*Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking* 
*&Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer* 
*Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley,* 
*Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts* 
*Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, C* 
*Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant* 
*Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers,* 
*Pitkin, Inc.,, 779 Notice (Other) filed by Plaza Construction Corp.,, 612 Answer to Complaint filed by Phillips and Jo* 
*698 Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, 650 Order, Set* 
*Deadlines/Hearings,,,,, 563 Response,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,* 
*,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,* 
*,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Maria E. Alves, Antonio E. Alves, 645 Notice (Other), Notice (Other) filed by Plain* 
*Liaison Counsel, 758 Amended Answer to Complaints, filed by New York City Department of Transportation, Weeks* 
*Inc., Mazzocchi Wrecking, City of New York, Yannuzzi &Sons, Inc., New York City Department of Sanitation, New Y* 
*Police Department, 751 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Construction Company, Inc., 749* 
*Corporate Disclosure Statement filed by Bechtel Associates Professional Corporation, 725 Certificate of Service Other file* 
*Cord Contracting Co. Inc., 824 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Eng* 
*P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober* 
*Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, C* 
*Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant* 
*Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser* 
*Rutledge Consulting Engineers, Lucius Pitkin, Inc., 712 Rule 7.1 Corporate Disclosure Statement filed by Total Safe* 
*Consulting, LLC, Transmission to Attorney Admissions Clerk, 871 Memorandum of Law in Support of Motion,,,,,,,,* 
*En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore* 
*&Merrill LLP, Bechtel Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudso* 
*Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental C* 
*MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A*

*Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pin* 
*Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,* 
*Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling o* 
*C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mo* 
*Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems,* 
*Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consul* 
*Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro* 
*Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Voll* 
*Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, I* 
*Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing* 
*Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car* 
*Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Cons* 
*Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz* 
*Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada* 
*Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Co* 
*York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Li* 
*Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult* 
*Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp.,* **628** *N* 
*(Other) filed by Plaintiffs Liaison Counsel,* **580** *Order, Set Deadlines/Hearings,* **858** *Stipulation and Order of Dismi* 
*Rule 7.1 Corporate Disclosure Statement filed by Atlantic Heydt Corp.,* **588** *Order,,* **778** *Notice (Other) filed by Pla* 
*Construction Corp.,* **700** *Rule 7.1 Corporate Disclosure Statement filed by Hallen Welding Services, Inc.,* **796** *Notic* 
*filed by Plaintiffs Liaison Counsel,* **640** *Objection (non–motion) filed by Verizon New York Inc.,* **862** *Answer to Ame* 
*Complaint filed by American Building Maintenance Industries, Inc.,* **856** *Stipulation and Order of Dismissal,,* **595** *N* 
*Change of Address filed by 100 Church, LLC, Zar Realty Management Corp.,* **709** *Rule 7.1 Corporate Disclosure St* 
*filed by Leslie E. Robertson Associates, R.L.L.P.,* **639** *Notice (Other) filed by Plaintiffs Liaison Counsel,* **815** *Rule 5* 
*Statement,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman* 
*Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates* 
*Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mur* 
*Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu* 
*Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius* 
*Inc.,* **691** *Rule 7.1 Corporate Disclosure Statement filed by Executive Medical Services, P.C.,* **616** *Response to Disco* 
*filed by John Montalvo,* **733** *Rule 7.1 Corporate Disclosure Statement filed by Royal GM, Inc.,* **773** *Notice (Other) f* 
*Plaza Construction Corp.,* **763** *Order Admitting Attorney Pro Hac Vice,* **547** *Order, Set Deadlines/Hearings,,* **561** 
*AMENDED MOTION for Declaratory Judgment Supporting Memo of Law. filed by Michelle Haskett–Godbee,* **746** 
*Endorsed Letter,* **720** *Certificate of Service Other,,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., DMT Ent* 
*Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc* 
*Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamand* 
*&Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company* 
*Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finle* 
*Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates,* 
*Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associ* 
*Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,* 
*Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associat* 
*Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A* 
*Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Grou* 
*Welding Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excava* 
*Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T* 
*Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'O* 
*General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sei* 
*Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Me* 
*Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four* 
*Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. D* 
*Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nichols* 
*Construction Company, Big Apple Wrecking &Construction Corp.,* **599** *MOTION to Admit Counsel Pro Hac Vice. f* 
*Plaintiffs Liaison Counsel,* **586** *MOTION to Compel the firm of Worby Groner Edelman &Napoli to produce the file* 
*Kevin Fitzpatrick and Samuel Provisero. filed by Samuel Provisero, Susan Marie Provisero,* **564** 
*Response,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,* 
*,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Maria E. Alves, Antonio E. Alve* 
*Response to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,* 
*,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by City of New York,* **755** *Stipulation and Order of Dismiss* 
*Stipulation and Order,,,* **602** *Memorandum &Opinion,,* **760** *Notice (Other),* **654** *Endorsed Letter,* **876** *MOTION for* 
*Protective Order – Plaintiffs' Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Cou* 
**697** *Answer to Complaint filed by City of New York,* **801** *Response to Discovery filed by Tishman Speyer Properties,*

*Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio, Fr. Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Flan. Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andre Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarell Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, G Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Pitkin, Inc., 874 Affidavit in Support of Motion,,,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., DMT Ente Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Corp SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Con Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construct Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton To Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel Environmer Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Ass P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Antho Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rent &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Apple Wrecking &Construction Corp., 707 Rule 7.1 Corporate Disclosure Statement filed by LaStrada General Con Corp., 888 Notice of Appeal, filed by Plaintiffs, 764 Rule 7.1 Corporate Disclosure Statement, filed by Vollmer Asso LLP, Note to Attorney to E–Mail PDF, 684 Rule 7.1 Corporate Disclosure Statement filed by DMT Enterprise, Inc. Declaration in Support of Motion,,,,, filed by Samuel Provisero, Susan Marie Provisero, 721 Certificate of Service C filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwoo &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Ca Construction Corp., Fleet Trucking, Inc., Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie E. Robertson Associates, Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazzocchi Wrecking, Inc., A Russo W Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., D'Onofrio General Co Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Executive Medical Services, P.C., Fra Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Brer–Four Transportation Corp., Lit Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Lucius Pitkin, Inc., Big A Wrecking &Construction Corp., 608 Order, 821 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, L – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Asso Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc Rutledge Consulting Engineers, Lucius Pitkin, Inc., 864 Order on Motion to Strike, 663 Rule 7.1 Corporate Disclos Statement filed by Breeze National, Inc., Cashiers Remark, 836 Notice of Voluntary Dismissal – Signed, 560 AMEN MOTION for Declaratory Judgment Affirmation John Rudden, Esq.. filed by Michelle Haskett–Godbee, 582 Order, Order Admitting Attorney Pro Hac Vice, 882 Endorsed Letter, 808 Notice of Appearance filed by The Port Authorit York &New Jersey, 706 Answer to Amended Complaint, filed by AMEC Construction Management, Inc., Bovis Lend LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Tully Construction Co., Inc., Turner Cons Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 853 Stipulation and Order of Dismissal,, 617 C 574 Order, Set Deadlines/Hearings,, 754 Memorandum of Law in Support of Motion, filed by Bechtel Corporation, Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp., 600 Endorsed Letter, 828 A Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rober Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mur Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius*

*Inc.,* _744_ *Rule 7.1 Corporate Disclosure Statement filed by Wolkow Braker Roofing Corp.,* _641_ *Endorsed Letter,* _66_
*Corporate Disclosure Statement filed by Brer−Four Transportation Corp.,* _867_ *MOTION for Protective Order Exhi*
*E−G. filed by En−Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management,*
*Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Gr*
*L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B*
*Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I*
*Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F*
*Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo*
*Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., T*
*Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic He*
*Corp., Bechtel Associates Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Compon*
*Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compan*
*Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirem*
*Industries, Inc., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bec*
*Construction, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Servi*
*Breeze National, Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP*
*One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., D*
*Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associe*
*Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo*
*Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., La*
*General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer−Four Transport*
*Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, I*
*Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge*
*Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C*
*Notice (Other) filed by Plaintiffs Liaison Counsel,* _737_ *Rule 7.1 Corporate Disclosure Statement filed by Silverite*
*Contracting Corp.,* _557_ *MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292*
*for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1*
*and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28*
*1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28*
*Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t*
*U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur*
*28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal*
*to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe*
*Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu*
*Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for*
*Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi*
*for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for*
*Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION*
*for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI*
*Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appea*
*MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend*
*Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St*
*Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an*
*Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(*
*a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292*
*for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1*
*and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S*
*1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28*
*Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t*
*U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur*
*28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal*
*to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe*
*Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu*
*Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for*
*Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi*
*for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for*
*Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION*
*for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI*
*Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appea*
*MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend*
*Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St*
*Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an*
*Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(*
*a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292*

*for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appea MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292( a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292 for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appea MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292( a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292 for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appea MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292( a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292 for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe*

*Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal.*

*MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec.*

*1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. filed by AMEC Construction Management, Inc., Bovis Lend LMB, Inc., Bechtel, Tully Construction Company, Tully Environmental Inc., Bovis International, Inc., Bechtel Corp. Plaza Construction Management Corp., Tully Construction Co., Inc., City of New York, Bechtel Associates Professional Corporation, Turner Construction Company, Bovis Lend Lease, Inc., Bovis Lend Lease Inc., Bechtel Construction, Industries, Inc., Bechtel Environmental, Inc., Turner/Plaza, A Joint Venture, Plaza Construction Corp., Bovis Holding Limited, Bovis Lend Lease Interiors, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., 637 A Complaint filed by CDL (New York) L.L.C., 571 Order,,, 809 Order on Motion to Dismiss, 786 Protective Order, 54 of Appearance filed by Musco Sports Lighting, LLC, 738 Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumpertz &Heger Inc., 656 Notice of Appearance filed by Gilsanz Murray Steficek LLP, 636 Answer to Complaint GRUBB &ELLIS MANAGEMENT SERVICES, INC.,, 666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction Corp., 797 Notice (Other) filed by Plaintiffs Liaison Counsel, 555 AMENDED MOTION for Declarato Judgment Statute Limitations Notice of Claim. filed by Michelle Haskett−Godbee, 692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Trucking, Inc., 875 Stipulation and Order, 731 Rule 7.1 Corporate Disclosure Statement fil Robert Silman Associates, P.C., 662 Rule 7.1 Corporate Disclosure Statement filed by Breeze Carting, Inc., 800 Tra 832 Certificate of Service Other,,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, C Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Pitkin, Inc., 861 MOTION to Amend/Correct, Plaintiffs' Amended Memorandum of Law in Support of their motion t Certain Affirmative Defenses (see documents 854 and 860). filed by Plaintiffs Liaison Counsel, 642 Response, filed Montalvo, 840 Amended Answer to Complaints,,,,,,,,, filed by En−Tech Corp., Diego Construction, Inc., DMT Enter*

Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dak
Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamand
&Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Cor
Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Co
Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In
Liberty Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries
Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing
Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Te
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., .
Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gils
Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., E
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Tru
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Bechtel Associates Professio
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, L
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 866 MOTION for Protec
Order Certification of James E. Tyrrell, Jr., Esq. and Exhibits A−D. filed by En−Tech Corp., Diego Construction, I
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Co
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc.
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Grou
Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsan
Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., E
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Tru
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer−Four Transporta
Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp.,
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rent
&Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, .
Apple Wrecking &Construction Corp., 614 MOTION permission to add specified questions to the Core Discovery. f
SURVIVAIR RESPIRATORS, INC., 717 Certificate of Service Other filed by City of New York, 629 Notice (Other) fi
Plaintiffs Liaison Counsel, 585 Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 643 Reply, filed by John
Montalvo, 819 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ev
Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associate
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Gilsanz Mur
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutled
Consulting Engineers, Lucius Pitkin, Inc., 810 Order, 670 Answer to Complaint filed by Tishman Speyer Properties,
Order,, 674 Rule 7.1 Corporate Disclosure Statement filed by DB Private Clients Corporation, 675 Rule 7.1 Corpor
Disclosure Statement filed by Dakota Demo−Tech, 578 Stipulation and Order, 603 USCA Mandate,,,, 782 Notice of
Appearance filed by Plaza Construction Corp., 748 Case Management Plan, 839 Rule 7.1 Corporate Disclosure Sta
filed by Tucci Equipment Rental Corporation, 655 Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 653 A
Complaint filed by Evans Environmental &Geological Science &Management, LLC., 716 Certificate of Service Oth
by New York City Department of Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New
Department of Sanitation, New York Police Department, 881 Declaration in Opposition to Motion filed by The Port
Authority of New York &New Jersey, 690 Response, filed by John Montalvo, 630 Notice (Other) filed by Plaintiffs L
Counsel, 822 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ew
Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Les
Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomaset
Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., W
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting En

*Lucius Pitkin, Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac V Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Pitkin, Inc., 803 Notice (Other) filed by Mayore Estates, LLC, 771 Notice (Other) filed by Plaza Construction Corp. Order, 784 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En−Tech Corp., Diego Cons Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Truckin Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo−Te Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Re Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contraci Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Rec Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, L Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpor Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulti Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretren American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollme Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecki Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Bech Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Constructi Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Golds Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contract Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer−Four Transportation Corp., New Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engin Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 879 MOTION for Protective Order − Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order. Plaintiffs Liaison Counsel, 777 Notice (Other) filed by Plaza Construction Corp., 726 Rule 7.1 Corporate Disclosu Statement filed by Peter Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith,, 579 Stipulatio Order, 705 Answer to Complaint,,,,,,,,, filed by En−Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Ski Owings &Merrill LLP, SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo−Tech, Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling o Robert Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlan Corp., Bechtel Associates Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Compon Assembly Systems, Inc., Liberty Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, I Leslie E. Robertson Associates Consulting Engineers, P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Grou Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excava Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'O General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sei Lockwood Kessler &Bartlett, Inc., Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Com HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gump &Heger Inc., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized LLC, Inc., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Luc Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 859 Stipulation and Orde Dismissal,, 695 Answer to Complaint filed by Verizon New York Inc., 689 Rule 7.1 Corporate Disclosure Statement Ewell W. Finley, P.C., 649 Response, filed by John Montalvo, 818 Affidavit in Support of Motion,, filed by Skidmore &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer A LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson C &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 724 Rule 7.1 Corporate Disclosure Statem by Nicholson Construction Co., 852 Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz N Steficek LLP, 676 Rule 7.1 Corporate Disclosure Statement filed by Diamond Point Excavating Corp., 781 Notice (*

filed by Plaza Construction Corp., _775_ Notice (Other) filed by Plaza Construction Corp., _736_ Rule 7.1 Corporate D
Statement filed by Semcor Equipment and Manufacturing Corporation, _757_ Rule 7.1 Corporate Disclosure Statemen
Yannuzzi &Sons, Inc., _686_ Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc., &
Endorsed Letter, _776_ Notice (Other) filed by Plaza Construction Corp., _568_ Order Admitting Attorney Pro Hac Vice
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley,
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, C
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers,
Pitkin, Inc., _798_ Notice (Other) filed by Plaintiffs Liaison Counsel, _734_ Rule 7.1 Corporate Disclosure Statement fil
Sperian Respirstory Protection USA, LLC, _793_ Response to Discovery filed by Samuel Provisero, _611_ Rule 7.1 Corp
Disclosure Statement filed by Phillips and Jordan, _843_ Reply Affirmation in Support of Motion, filed by Bechtel Ass
Professional Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., _592_ Notice
filed by Plaintiffs Liaison Counsel, _767_ Notice (Other) filed by Plaza Construction Corp., _753_ MOTION to Dismiss
Bechtel Defendants. filed by Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel
Associates Professional Corp., _873_ Affidavit in Support of Motion,,,,,,,,, filed by En−Tech Corp., Diego Constructi
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc.
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Co
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety S
LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Cor
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construct
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin
Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking
Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Weldi
Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murra
LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construc
Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Golds
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Re
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme
Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer−
Transportation Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., _668_ Answer to Complaint filed by Sperian Respirstory Protec
LLC, _761_ Notice (Other) filed by Plaintiffs Liaison Counsel, _849_ Stipulation and Order of Dismissal,, _766_ Notice of
of Master Answer filed by Plaza Construction Corp., _601_ Order on Motion for Miscellaneous Relief, _756_ Notice (Ot
by Phillips and Jordan, Inc., _619_ Order, _742_ Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc.,,
Amended Answer to Complaints,,,,,,,,, filed by En−Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Loc
Kessler &Bartlett, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo−Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L
Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Ent
Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc.,
Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Re
Corona, Robert Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Co
Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Libe
Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associa
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associa
LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze N
Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Stefic
Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, 
Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Golds
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Constructi
Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction
LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc.,
Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicho
Construction Company, Big Apple Wrecking &Construction Corp., _681_ Rule 7.1 Corporate Disclosure Statement fi
Tishman Interiors Corporation, _701_ Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc., _783_
Appearance filed by Plaza Construction Corp., _594_ Order, Set Deadlines/Hearings,,,, _842_ Reply Memorandum of L
Support of Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Constructio

*Bechtel Environmental, Inc., 743 Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc., 772 (Other) filed by Plaza Construction Corp., 727 Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environm... Corp., 589 Case Management Plan,,,,,,, 704 Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction 833 Declaration filed by Joseph Bellisimo, Rosanne Baldo, Nicole Agugliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cacovic, Frank E. Bondeson, Kimberely Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patric... Robert Carannante, Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patri... Cantos, Lahissi Adetayo, Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John... Shante Bueford, Robert Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Buirkle, ... Belmonte, Catherine Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, C... Carver, Alexander, Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto, ... Christopher A. Bauman, Nasar Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theodore Belgrave, Thomas L.... Bencivenga, Santo Baisi, Wayne Brown, Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, Ke... Calzadilla−Marino, Mamcyhi Bilicki, Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Bianco, Sh... Accetta, Kevin Brannick, Leroy Blount, Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry B... Peter Carlo, Lorraine K. Bieselin, Benito Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andre... Allivar, Patricia Aguglairo, Diane Bethea, Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte, ... Hock, Carlos Bennett, Hassena Bishun, Irene Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas Ba... Nicole Anderson, Kevin Bartolomew, Xavier Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagoberi... Aristizabal, Patricia Aguirre, Thomas J. Barry, Bridget Cacavio, Jeanette Buss, Joseph Anzueta, Christine Broome,... Broome, Thomas Avery, Paul Caminiti, James S. Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Ba... Evanie Antine, Ralph Carmine, Jose Bacchi, Tinel Bedford, Sue Ann Andersen, Georgina Cabrera, Lorraine Barry, ... Blumbergs, Michael Barker, Carolyn Bavaro, Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Yue... Bartlet, Jaime Alvarez, Jeff Campion, Julie Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann ... Cangemie, Richard Battle, Camile Anderson, Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo ... Richrd Blasi, Louis Betro, Camile Baker, Thomas Bacchi, Walter Bieber, Stalin F. Barccoulong, Norma Black, Car... Bryson, George Affatato, Maryann Budalein, Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Bec... Anselmo, Julio Alonzo, Zebebulah Cagatay, Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelrel... Robert Anzalone, John Bou, Randy S. Brenner, Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne, .... Antoniades, Gloria Elaine Carson, James Albach, Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Be... Calogero Agro, Victor Carpentier, Cindy Benenati, Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid ... Setna Bascom, James A. Bianco, Virginia Barbosa, Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Aluler ... Nicholas Boscaino, Sybel Barefield, Lois E. Affatato, Peter Bergin, Steve Cappello, Patricia Bullen, Guiseppe Acqu... Laura Armstrong, Tye Butler, Frank Beshears, Serafina Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizaba... Auer, Reynaldo Benitez, Joseph F. Bilella, Dimitrios Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmag... Blanco, Erick Bermudez, Jorge Alvlema, Stephen Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay... Akers, Andrew F. Carson, Ann Marie Barone, Cesar Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, M... Asher, Caryn Abruzzese, Asaro Calogero, Lance Becca, David Alvarado, Anthony Basic, Veronica E. Black, Paul B... Arenas Arenas, Christopher Bacchi, Megan Capuano, Neil Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelre... Maria I Astudillo, James W. Brereton, Sharon Brenseke, Noemi Aponte, Amy Beller, Julio Bastidas, Michael Basma... Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia Arciuolo, David Aviles, Teresa Arca, Glenda Ammon, Marga... Armagno, James Bartlet, Kathleen M. Acquaro, Dominic Bonomonte, Colin Byrne, John Arciuolo, William Beaury, ... Agugliardo, Steven Brenseke, Rosa Agro, Ann Benn, Claude Armstrong, Orlando Almodovar, Richard Antonacci, L... Carvajal, Daniel Armgano, Peter Bishun, James Arca, Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lil... Aquart, Lawrence Bilicki, Kimberly Carlo, Hanfort Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Micha... Briskie, Andrew Barone, Wilmer Astudillo, Thomas E. Carlstrom, Francine Asciolla, William Baker, Alfred Baker, ... Caradonna, Michael Baratta, Eileen Beaury, Eleanore Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Ba... Joseph Cardinale, Joseph Aparicio, Carol Barnes, Anthony Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bel... Bey, Danny Aroyo, Barry Buss, Jospeh Anderson, Holly Andersen, Robert Asinelli, Elizabeth Barksdale, Jason And... Lori Bencivenga, Joy H. Bolobanic, Candiace Baker, Marie Barry, Anthony Anderson, James Bahrey, Sonia Alvara... Ronnita Akil, Roseann Bilella, Santiago Alvear, Victor Azubike, Fitzroy Augustus, Wilbert Bascom, James Baumann... Michael Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony Alloggio, Maria Asencio, John Boyle, Vivencia Alaim... Michael Bell, Sergio Barragan, Louis Ancona, Emmanual Agostini, John Bianco, Richard Allison, Maria Bartolome... Baisi, Geraldine Alexander, Terri Blanco, Susan Asinelli, Vincent Aprea, Donald Bowles, Peter Acquaro, June Allis... Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Joseph Accetta, Kevin Barry, Kevin Carpenito, Vinny Benenati... Bellissimo, James F. Albach, Allen Andersen, Andrea Anderson, Maureen Bilella, Martin Bilinski, Rose Marie Benc... Raymond Barksdale, Linda Avery, Marisol Calzadilla−Marino, Alise L. Bauman, Antonio Andreotti, Ann Betro, Jod... Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Thomas Bruno, Robert Aguirre, Lorraine Burke, Robert Bilel... Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta Bishun, Cecelia Borcherding, Renee Berry, Anna Abad... Acierno, Catherine Biliski, Christine Beck, Stewart Anspach, Lorenzo Arellano, Frank Bauman, Ann Marie Anzalon... Michael R. Basile, Courtney Aquart, Arthur Alessandro, Robert Adams, Bonnie M. Carson, Joseph Asciolla, Rita Ar... Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, Anna Aviles, Andrew Benfante, Richard Bittles, Rober... Louie Cacchioli, Donna Bennett, De'Andre Berry, Portia Augustine, Anna Antico, Douglas Anderson, Daphna Blac... Thomas Camarda, Dominick Capuano, James Bieselin, Tyrell Anderson, Thomas Cacavio, Kathleen Bondeson, 806 Admitting Attorney Pro Hac Vice, 562 AMENDED MOTION for Declaratory Judgment Plaintiff's Aff in Support. fil...*

*Michelle Haskett−Godbee,* 658 *Rule 7.1 Corporate Disclosure Statement filed by A Russo Wrecking, Inc.,* 596 *Notice of Change of Address, filed by Century 21 Department Stores LLC, Blue Millennium Realty LLC., Century 21, Inc.,* 651 *to Complaint filed by Evans Environmental &Geological Science &Management, LLC.,* 710 *Rule 7.1 Corporate Disclosure Statement filed by Lockwood, Kessler &Bartlett, Inc.,* 553 *Reply Affirmation in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,, filed by Plaintiffs Liaison Counsel,* 714 *Rule 7.1 Corporate Disclosure Statement filed by Manafort Brothers, Inc.,* 723 *Rule 7.1 Corporate Disclosure Statement filed by New York Crane &Equipment Corp.,* 545 *Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Port Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Construction, Inc., The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bechtel Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C.,* 575 *Order on Attorney Pro Hac Vice,* 770 *Notice (Other) filed by Plaza Construction Corp.,* 597 *Notice (Other) filed by 80 Lafeyette Associates, LLC, Mayore Estates, LLC,* 713 *Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wrecking,* 722 *Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc.,* 816 *Affidavit in Support of Motion, by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. − Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP,* 752 *Rule 7.1 Corporate Disclosure Statement filed by Bechtel Corporation,* 732 *Rule 7.1 Corporate Disclosure Statement filed by Rodar Enterprises, Inc.,* Stipulation and Order of Dismissal,, 661 *Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wrecking &Construction Corp.,* 703 *Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, L.L.C.,* Notice (Other) filed by Plaintiffs Liaison Counsel, 854 *MOTION to Strike Certain Affirmative Defenses Pursuant to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursuant to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursuant to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). filed by Plaintiffs Liaison Counsel,* 741 *Rule 7.1 Corporate Disclosure Statement filed by Vollmer Associates, LLP,* 728 *Endorsed Letter,,* 795 *Response to Discovery by Kevin Fitzpatrick,* 566 *Order,,* 817 *Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. − Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP,* 878 *MOTION for Protective Order Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Counsel,* 883 *Order,,* 792 *MOTION for Heidi Cizmar to Appear Pro Hac Vice. filed by The Port Authority of New York &New Jersey,* 789 *Notice (Other) filed by Plaintiffs Liaison Counsel,* 672 *Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers Trust Corporation,* 632 *Case Management Plan,,,* 835 *Declaration in Opposition, filed by Plaintiffs Liaison Counsel,* 790 *Notice (Other) filed by Phillips and Jordan, Inc.,* 610 *Notice of Appearance filed by Phillips and Jordan,* 865 *MOTION for Protective Order Notice of Motion. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., ... Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En−Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems, Turner Construction Company, Moretrench American Corp., LZA Tech. − Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer−Four Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo− Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., ... Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp.,* 769 *Notice (Other) filed by Plaza Construction Corp.,* 711 *Rule 7.1 Corporate Disclosure Statement filed by Lucius Pitkin, Inc.,* 885 *Reply Memorandum of Law in Support of Motion,,,,,,,,, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth ...*

&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen W
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Si
Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associa
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Pe
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equ
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger I
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tru
Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happol
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R
Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General
Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion,, filed by Gilsanz
Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consul
Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., We
Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Siln
Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosur
Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Cons
Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other)
Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Notice
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complaint
The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Merid
Construction Group, L.L.C., 887 Declaration in Support of Motion,,,,,,,,,, filed by AMEC Construction Management
Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental,
Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Le
Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., G
Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Co
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–T
Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Compan
Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Cor
Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equ
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger I
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tru
Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Con
Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wreck
Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'
General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C.,
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 657 Endorsed L
685 Rule 7.1 Corporate Disclosure Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corpora
Disclosure Statement filed by E.J. Davies, Inc., 621 Consent Order, Add and Terminate Attorneys,, 591 Order on M
Compel, 633 Answer to Complaint filed by RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel,
MOTION for Declaratory Judgment Statute Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 872 A
Support of Motion,,,,,,,,,, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Const
Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench A
Corporation, Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Mu
Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp.,
Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Gr

L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Service
Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Compone
Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze Na
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Ow
&Merrill LLP, Dakota Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Co
Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Bree
Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construct
Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling
Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Roc
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaf
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environm
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Service
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 829 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech.
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomas
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consul
Engineers, P.C., Vollmer Associates, LLP, 811 Endorsed Letter,, 647 Notice (Other), Notice (Other) filed by Plainti
Liaison Counsel, 804 Notice (Other), Notice (Other) filed by Mayore Estates, LLC, 590 Order Admitting Attorney P
Vice, 880 Memorandum of Law in Opposition to Motion, filed by The Port Authority of New York &New Jersey, 848
(Other) filed by Plaintiffs Liaison Counsel, 551 Order, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 N
(Other) filed by Plaintiffs Liaison Counsel, 759 Amended Answer to Complaints,,,,,,,, filed by Toretta Trucking, Inc
Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., Pinnacle Environmental Corp., Total
Consulting, LLC, Atlantic Heydt Corp., Hallen Welding Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek
Eagle One Roofing Contractors, Inc., Francis A. Lee Company, Meridian Construction Group, LLC, New York Cra
&Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Safew
Environmental Corp., Yannuzzi Demolition &Recycling Services, Corp., Yonkers Contracting Company, Inc., Fleet
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp.,
Component Assembly Systems, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench Americ
LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Point Excavating Corp., Laquila
Construction, Inc., Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Brer–Four Transpor
Corp., Bechtel Associates Professional Corp., Lucius Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Ba
Inc., Dakota Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Libert
Group, Weidlinger Associates, Inc., Bechtel Construction, Inc., Mazzocchi Wrecking, Inc., Thornton Tomasetti Grou
Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General
Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson
Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Nacirema Industries Incorporated, Rodar Enter
Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Robert Silm
Associates, Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Royal G
A Russo Wrecking, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., R
Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., JP Equ
Rental Material, Inc., E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 814 Declaration in Support of M
filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robe
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consu
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engi
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Not
(Other) filed by Plaintiffs Liaison Counsel, 730 Rule 7.1 Corporate Disclosure Statement filed by Robert L. Gerosa,
MOTION for Summary Judgment on Behalf of Structural and Design Engineer Defendants. filed by Gilsanz Murray
LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Eng
P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood
&Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associate
Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, B
Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Couns
Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter,,,
7.1 Corporate Disclosure Statement filed by Tishman Construction Corporation of Manhattan, Tishman Constructio
Corporation of New York, Transmission to Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison
Counsel, 605 Order, Set Deadlines/Hearings,, 669 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank
Company, Deutsche Bank, Deutsche Bank Trust Company Americas, 577 Special Master's Report filed by Aaron D.
James A. Henderson, Jr., 646 Response, filed by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Dis

*Statement* filed by C.B. Contracting Corp., _768_ Notice (Other) filed by Plaza Construction Corp., _850_ Stipulation an
of Dismissal,, _838_ Endorsed Letter,, _762_ Stipulation and Order of Dismissal,, _739_ Rule 7.1 Corporate Disclosure St
filed by Skanska Koch, Inc., _877_ MOTION for Protective Order ; Plaintiffs' Opposition to Defendants' Motion for P
Order; Affirmation of David H. Paige, Esq. in Opp to the Motion. filed by Plaintiffs Liaison Counsel, _565_ AMENDE
MOTION for Declaratory Judgment STIPULATION ADJOURNMENT. filed by Michelle Haskett−Godbee, _593_ Stat
Relatedness filed by Joseph M. Urso, _622_ Notice (Other) filed by Plaintiffs Liaison Counsel, _696_ Answer to Amende
Complaint, filed by New York City Department of Transportation, Mazzochi Wrecking, New York City Department o
Sanitation, City of New York, Weeks Marine, Inc., New York Police Department, _886_ Declaration in Support of Mot
filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Con
Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safet
Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocch
Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc.,
Construction Corp., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., M
Rutledge Consulting Engineers, En−Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., E
Recycling of Corona, Dakota Demo−Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Tu
Construction Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laqu
Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Enviro
Inc., Brer−Four Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, St
LLP, Diego Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineer
Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechte
Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Se
Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professiona
Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechte
Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corpo
Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Roya
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, In
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C
Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Constr
Corp., _823_ Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engi
Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. − Div. of Thornton To
Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Ski
Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Voll
Associates, LLP, _851_ Stipulation and Order of Dismissal,, _644_ Notice (Other) filed by Plaintiffs Liaison Counsel, _68
7.1 Corporate Disclosure Statement filed by En−Tech Corp., _718_ Certificate of Service Other, filed by AMEC Cons
Management, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture
Construction Company, Tully Environmental Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., _660_ Rule
Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., _583_ USCA Mandate Non−Dismissal,,,,,,, _55
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,, filed b
Plaintiffs Liaison Counsel, _567_ Order of Dismissal, _869_ Affidavit in Support of Motion,,,,,,,,, filed by AMEC Constr
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen W
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En−Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp.,
Mazzocchi Wrecking, Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Co
Tech. − Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Point Excavating Corp., Laquila Const
Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc.,
Brer−Four Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc.,
Skidmore Owings &Merrill LLP, Dakota Demo−Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.
Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomase
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Speci
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corp
SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happol
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R
Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General
Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Dav

*J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel, 548 Order on Motion to Remand to State Court,, Case Consolidatio Member, 765 Order, 618 Order,, 635 Answer to Complaint filed by American Express Company, American Express Ltd, American Express Travel Realted Services Company, Inc., 559 AMENDED MOTION for Default Judgment as Limitations, Notice of Claim. filed by Michelle Haskett−Godbee, 638 Answer to Complaint filed by Murray Hill Pro 719 Rule 7.1 Corporate Disclosure Statement filed by MRA Engineering, P.C., 750 Rule 7.1 Corporate Disclosure S filed by Bechtel Environmental, Inc., 634 Answer to Complaint filed by Lehman Brothers Holdings Inc., Lehman Bro Inc., Lehman Commercial Paper, Inc., 673 Rule 7.1 Corporate Disclosure Statement filed by Cord Contracting Co. Order, 584 USCA Order,,,,,, 573 Endorsed Letter, 598 Endorsed Letter, Set Deadlines/Hearings,,,, 550 Memorandu in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by City of New York, Phillips and Jordan, 682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc., 651 Stipulation and Order of Dismissal,, 693 Rul Corporate Disclosure Statement filed by Francis A. Lee Company, 807 Protective Order, 671 Rule 7.1 Corporate Di Statement filed by Component Assembly Systems, Inc., 677 Answer to Complaint filed by Deutsche Bank Trust Corp Deutsche Bank Trust Company, Deutsche Bank, DB Private Clients Corporation, Bankers Trust Corporation, Deuts Trust Company Americas, 699 Rule 7.1 Corporate Disclosure Statement filed by Goldstein Associates Consulting E P.C., 788 Order Admitting Attorney Pro Hac Vice, 613 Stipulation and Order of Dismissal,,,,,,,,,,,,,,,, 624 Order, 7.1 Corporate Disclosure Statement filed by FTI Trucking Corp., 740 Rule 7.1 Corporate Disclosure Statement filed Skidmore Owings &Merrill, LLP, 604 Order, 569 Memorandum &Opinion,, 870 Affidavit in Support of Motion,,,,,, by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contrac Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corporation, Tul Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Ea Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Mueser Rutledge Consulting Engineers, En−Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Syst Turner Construction Company, LZA Tech. − Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Po Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer−Four Transportation Corp., Liberty Mutual Insurance Company, Luc Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo−Tech, MRA Engineering, P.C Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger I Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., We Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., No Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Ro Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction C 837 Endorsed Letter, 774 Notice (Other) filed by Plaza Construction Corp., 884 Notice (Other) filed by Plaintiffs Li Counsel, 745 Rule 7.1 Corporate Disclosure Statement filed by WSP Cantor Seinuk, 678 Answer to Complaint filed Tishman Construction Corporation of Manhattan, Tishman Interiors Corporation, Tishman Construction Corporati New York, 831 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. − Div. of Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, I Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P. Vollmer Associates, LLP, 715 Rule 7.1 Corporate Disclosure Statement filed by Moretrench American Corp., 813 Memorandum of Law in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Eng Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. − Div. of Thornton To Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skid Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Voll Associates, LLP, 802 Notice (Other) filed by Plaintiffs Liaison Counsel, 794 Response to Discovery filed by 1 WTC L.L.C., 558 Memorandum of Law in Support of Motion filed by AMEC Construction Management, Inc., Tully Const Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., City of New York, Turner Constru Company, Bovis Lend Lease Inc., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Tully Environmental Inc., Bovis Lend Lease, Inc., Bechtel Construction, Inc., Plaza Construction Corp., Bovis Lend LMB, Inc., Tully Construction Company, Bovis International, Inc., Bechtel Corporation, Bechtel Associates Profess Corporation, Tully Industries, Inc., Bechtel Environmental, Inc., Turner Construction International, L.L.C., 648 Not (Other) filed by Plaintiffs Liaison Counsel, were transmitted to the U.S. Court of Appeals. (nd) (Entered: 07/20/201*

| | | |
|---|---|---|
| 7/21/2010 | 2124 | ORDER SETTING CONFERENCE REGARDING STATUS OF WORKERS COMPENSATION LIENS. On July at 2:15 p.m., I will hold a conference to discuss the status of workers compensation liens implicating settlement proc from the World Trade Center Litigation Settlement Process Agreement. Plaintiffs' liaison counsel, as well as represe from the following seven workers compensation lien carriers, shall attend. These lien carriers, reportedly carrying the number of claims implicating the settlement proceeds, are Chartis Insurance Company, New York State Liquidation New York State Insurance Fund, New York City Transit Authority, American Building Maintenance, Consolidated Company and Zurich American Insurance Company. The conference will be held in Courtroom 14D. Relates to 21m 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 7/21/10) (rjm) (Entered: 07/21/2010) |
| 7/21/2010 | | Set Deadlines/Hearings: Conference set for 7/27/2010 at 02:15 PM in Courtroom 14D, 500 Pearl Street, New York, 10007 before Judge Alvin K. Hellerstein. (rjm) (Entered: 07/21/2010) |
| 7/22/2010 | 2125 | ORDER. It is hereby ORDERED, that the Port Authority is permitted to transfer full and complete legal ownership attached list of items (Exhibit A) currently located at John F. Kennedy International Airport, Hangar 17, and it is fu ORDERED, that the transfer and the recipient organization's possession of certain WTC Artifacts shall be subject to of any party to the September 11 Litigations or their representatives to inspect and test any steel artifact upon ten da to the recipient organization and the Port Authority. Relates to 21mc97, 21mc101, 21mc100. (Signed by Judge Alvi Hellerstein on 7/22/10) (rjm) (Entered: 07/22/2010) |
| 7/22/2010 | 2126 | Second Supplemental ROA Sent to USCA (Index). Notice that the Supplemental Index to the record on Appeal for Notice of Appeal, filed by Bovis Lend Lease LMB, Inc., Turner Construction Company, Tully Construction Co., Inc Turner/Plaza, A Joint Venture, AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergr Recycling of Corona, Plaza Construction Corp., City of New York USCA Case Number 10–1377, 3 Copies of the in Certified Supplemental Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (Entered: 07/22/2010) |
| 7/22/2010 | 2127 | First Supplemental ROA Sent to USCA (Index). Notice that the Supplemental Index to the record on Appeal for 211 of Appeal,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., SAB Truc Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canon Construction Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heyd Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso R.L.L.P., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Mor American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Turner/Plaza, A Joint Venture, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmen Francis A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Ass P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Liberty Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Constructi Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineers USCA Case Number 10–2765, 3 Copies of the index, Certified Supplemental Clerk Certificate and Certified Docket Sheet were transmitt U.S. Court of Appeals. (nd) (Entered: 07/22/2010) |
| 7/23/2010 | 2128 | AFFIRMATION of Paul J. Napoli. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 07/23/2010) |
| 7/26/2010 | 2129 | TRANSCRIPT *(DUPLICATE ORIGINAL)* of proceedings held on 6/25/10 at 2:45 PM before Judge Alvin K. Heller (tp) (Entered: 07/26/2010) |
| 7/30/2010 | 2130 | TRANSCRIPT of proceedings held on June 25, 2010 2:45 p.m. before Judge Alvin K. Hellerstein. (ajc) (Entered: 07/30/2010) |
| 7/30/2010 | 2131 | TRANSCRIPT of proceedings held on July 26, 2010 7:00 p.m. before Judge Alvin K. Hellerstein. (ajc) (Entered: 08/02/2010) |
| 8/03/2010 | 2132 | NOTICE of Certification of Andrew J. Carboy in Support of the Application of Sullivan Papain Block McGrath &C P.C. for the Reimbursement of Common Benefit Expenses. Document filed by Plaintiffs Liaison Counsel. (Carboy, (Entered: 08/03/2010) |
| 8/03/2010 | 2133 | CERTIFICATE OF SERVICE of Certification of Andrew J. Carboy in Support of the Application of Sullivan Papai McGrath &Cannavo P.C. for Reimbursement of Common Benefit Expenses served on Plaintiff Attorneys on Augus Service was made by E–mail. Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 08/03/201 |

| 08/03/2010 | 2134 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counsel. (Attachments: #_1_ Exhibit 1)(LoPalo, Christopher) (Entered: 08/03/2010) |
|---|---|---|
| 08/04/2010 | 2135 | ORDER. My attention has been drawn to a category of expense intended to be applied to plaintiffs' settlement recovery labeled "interest on funds borrowed by law firm." The reasonableness and appropriateness of this expense has not yet shown. To clarify the position of plaintiffs' counsel and the obligation of plaintiffs, plaintiffs' liaison counsel shall sh cause on Friday, August 20, 2010, at noon, why this category of expenditure should be allowed as a reasonable and expense against plaintiffs' recoveries. Plaintiffs' counsel's submission shall be filed by August 18, 2010, at noon. Re 21mc100, 21mc102, 21mc103. (Signed by Judge Alvin K. Hellerstein on 8/4/10) (rjm) (Entered: 08/04/2010) |
| 08/04/2010 | 2136 | NOTICE OF CROSS APPEAL from 2111 Order, 2091 Order, 2083 Order,,. Document filed by the All Plaintiffs rep by Worby Groner Edelman &Napoli Bern LLP. Filing fee $ 455.00, receipt number E 911410. (nd) (Entered: 08/06 |
| 08/06/2010 | | Transmission of Notice of Appeal to the District Judge re: 2136 Notice of Cross Appeal. (nd) (Entered: 08/06/2010) |
| 08/06/2010 | | Transmission of Notice of Cross Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2136 Notic Cross Appeal. (nd) (Entered: 08/06/2010) |
| 08/06/2010 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2132 Notice filed by Plaintiffs Liaison Counsel, 2136 Notice of Cross Appeal filed by All Plaintiffs, 2128 Affirmation filed by P Liaison Counsel, 2133 Certificate of Service Other, filed by Plaintiffs Liaison Counsel, 2134 Notice (Other) filed by Plaintiffs Liaison Counsel, 2135 Order, 1646 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1343 R for Production of Documents filed by Donald Carson, Gloria Elaine Carson, 1655 Order,,,, 1135 Notice (Other) filed by Plaintiffs Liaison Counsel, 1568 Affirmation filed by Francis A. Lee Company, 1294 Response to Discovery filed b Panarella, 1656 Order,,, 1745 Endorsed Letter,, 2070 Appeal Record Sent to USCA – Index,, 1670 Order on Motion Miscellaneous Relief, 1590 MOTION for Brian E. Moffitt to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Priva Corporation, Deutsche Bank Trust Company Americas, 1116 Notice of Adoption of Master Answer filed by Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1547 Order,,, 1383 Notice (Other) filed by City of New York, 1354 Request for Production of Documents filed by H Pate, 2035 Notice (Other) filed by Plaintiffs Liaison Counsel, 1010 Stipulation and Order of Dismissal, 1048 Order, Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1436 Order,,,,,,,, 1708 Memorandum of Law in Support of M filed by The Port Authority of New York &New Jersey, 974 Endorsed Letter, Set Deadlines/Hearings,, 1872 Rule 5 Statement filed by Taylor Recycling Facility LLC, 2042 Notice (Other) filed by Gregory J Cannata &Associates, 18 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1830 Memorandum of Law in Support of filed by Taylor Recycling Facility LLC, 1141 Rule 56.1 Statement, filed by Tully Environmental Inc., Bovis Lend L LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AMEC Construction Management, Inc., Al Earth &Environmental, Inc., Evergreen Recycling of Corona, Plaza Construction Corp., 924 Notice (Other), Notice Notice (Other) filed by Plaintiffs Liaison Counsel, 1319 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1876 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1080 Notice of Adoption of M Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1580 Notice (Other) filed by Plaintiffs Liaison Counsel, 1447 Declaration in Suppor Motion,,,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Ov &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co., Inc., Hudson Meridian Construction Group, L.L.C., Dako Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C City of New York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidli Associates, Inc., Buro Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Breeze Carting Corp., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Et Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Con Engineers, 1351 Request for Production of Documents filed by Dennis M. O'Connor, 1650 MOTION for Brian S. L Appear Pro Hac Vice. filed by Tishman Interiors Corporation, Tishman Construction Corporation of Manhattan, Tis Construction Corporation of New York, Tishman Interiors Corporation, Tishman Construction Corporation of Manh 1683 Endorsed Letter, Set Hearings,, 1433 Stipulation and Order,,, 2109 Memorandum of Law in Support of Motion |

Mount Sinai Medical Center, 1016 Reply filed by En–Tech Corp., C.B. Contracting Corp., 1649 MOTION for Aaro
to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB
Clients Corporation, DBAB Wall Street LLC, 1261 Notice (Other) filed by Plaintiffs Liaison Counsel, 961 Stipulati
Order of Dismissal,, 2119 MOTION for Summary Judgment Notice of Motion for Summary Judgment Dismissing
A3, B1 and B2 Plaintiffs' Labor Law, Common Law Negligence, and General Municipal Law Claims against The P
Authority of New York and New Jersey. filed by The Port Authority of New York &New Jersey, 1625 Notice of Ap
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1165 Notice (Other) filed by Plaintiffs Liaison Counsel, 1227 MOTION for Andrew J. Carbo
Withdraw as Attorney for Plaintiffs. filed by Mary Jane Striffler, Donald Striffler, 948 Declaration in Support of Mo
filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc.,
D'Onofrio General Contractors Corp., 1404 Response to Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 19
Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction
Corporation of New York, Tishman Interiors Corporation, 1567 Declaration in Opposition to Motion, filed by Rayn
Hauber, 1396 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 2105 Stipulation and Order,,,, 1216
Stipulation and Order,,, 1137 Stipulation and Order, 1057 Case Management Plan, 2084 Order,, 1998 Declaration in
of Motion, filed by The Port Authority of New York &New Jersey, 1263 Order,,, 1629 Affidavit in Support of Moti
by City of New York, 1085 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Ma
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2101 Notice of Appearance filed b
Marine, Inc., 1358 Request for Production of Documents filed by Bernard Stinchcomb, Christine Stinchcomb, 1828
Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1213 Order, 1130 Notice of Ad
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1559 Certificate of Service Complaints, Certificate of Service Other,, filed by Taylo
Recycling Facility LLC, 2010 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1041 MOTION fo
Discovery to Address Plaintiffs' Counsel's Failures in Providing Discovery and to Require an End Date for Complet
Production of Medical Records and Sanctions. filed by AMEC Construction Management, Inc., Bovis Lend Lease L
Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Con
Plaza Construction Corp., 913 Notice (Other) filed by Plaintiffs Liaison Counsel, 1235 Notice (Other) filed by Plain
Liaison Counsel, 889 Notice (Other) filed by Plaintiffs Liaison Counsel, 1247 Order on Motion to Vacate,,, 1472 No
(Other) filed by Plaintiffs Liaison Counsel, 987 Notice (Other) filed by Plaintiffs Liaison Counsel, 1822 MOTION f
Summary Judgment re Casey (06 cv 08890). filed by Taylor Recycling Facility LLC, 1465 Declaration in Support o
Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 1653 Notice of Appearance filed by Tishman Construction Corporation of Manhatta
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1361 Affirmation filed by Plaintif
Counsel, 1565 Affirmation filed by Component Assembly Systems, Inc., 1473 Stipulation and Order, Set Motion an
RRDeadlines/Hearings,, 2096 Notice of Appearance filed by Weeks Marine, Inc., 2030 Notice (Other) filed by Greg
Cannata &Associates, 1265 Order, 963 Stipulation and Order of Dismissal,, 1870 Rule 56.1 Statement filed by Tayl
Recycling Facility LLC, 1911 Endorsed Letter,, 1690 Notice (Other) filed by Plaintiffs Liaison Counsel, 1337 Notic
filed by Plaintiffs Liaison Counsel, 1978 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1406 Notice (Other)
Plaintiffs Liaison Counsel, 1784 MOTION for Summary Judgment Notice of Motion Cantore. filed by Evans Envir
&Geological Science &Management, LLC., 1775 Affidavit in Support of Motion, filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1556 A
in Support of Motion filed by City of New York, 1746 Endorsed Letter,, 1987 MOTION for Summary Judgment for
Plaintiffs Daniel and Jeanne Raleigh. filed by Phillips and Jordan, Inc., 2098 Notice of Appearance filed by Weeks I
Inc., 1300 Response to Discovery filed by Herbert Pate, 1992 Notice (Other), Notice (Other) filed by City of New Y
1515 Notice (Other) filed by Plaintiffs Liaison Counsel, 1615 MOTION for Alashia L. Chan to Appear Pro Hac Vic
by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas,
Private Clients Corporation, DBAB Wall Street LLC, 2006 Order,, 1894 Declaration in Support of Motion,, filed by
Environmental &Geological Science &Management, LLC., 1835 Memorandum of Law in Support of Motion filed b
Recycling Facility LLC, 1805 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1248 N
(Other) filed by Plaintiffs Liaison Counsel, 1829 Memorandum of Law in Support of Motion filed by Taylor Recycl
Facility LLC, 1774 MOTION for Summary Judgment Rule 56 Statement Greco. filed by Evans Environmental &Ge
Science &Management, LLC., 1011 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1573
Memorandum of Law in Support of Motion filed by City of New York, 1767 Memorandum of Law in Support of M
filed by Phillips and Jordan, Inc., 2069 Endorsed Letter,,,,,, 1201 Endorsed Letter,, 1012 Notice (Other) filed by Pla
Liaison Counsel, 1105 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhat
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1470 Declaration in Support of Mo
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1175 MOTION for Partial Summary Judgment. filed by En–Tech Corp., DMT Enterprise, Inc
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann
Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Roda
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Tot
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corpora
Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann

&Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In
Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental
Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environ
Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., Nev
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty
Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1913 Notice (Other) filed by Plai
Liaison Counsel, 1364 Notice (Other) filed by Plaintiffs Liaison Counsel, 1244 Stipulation and Order of Dismissal,,
MOTION to Strike Plaintiffs' September 9, 2009 Submission. filed by Gilsanz, Murray, Steficek, LLP, Skidmore Ov
&Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robe
Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A
Consulting Engineers, P.C., Vollmer Associates, LLP, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, In
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1426 Notice (Other) filed by Plaintiffs Liaison Counsel, 1353
for Production of Documents filed by Robert Panarella, 1517 Order,, 990 Objection (non–motion), Objection (non–
filed by marion s. mishkin, 1484 MOTION to Preclude and for Default against the Defendant City of New York. file
Plaintiffs Liaison Counsel, 1798 MOTION for Summary Judgment Notice of Motion Castro. filed by Evans Environ
&Geological Science &Management, LLC., 1461 Notice (Other) filed by Plaintiffs Liaison Counsel, 1044 Notice (O
filed by Plaintiffs Liaison Counsel, 1928 Affidavit in Support of Motion, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1306 Response to Disc
filed by Frank Scallo, 1509 Order, 1174 Notice (Other) filed by Plaintiffs Liaison Counsel, 1699 Declaration in Sup
Motion,,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett
MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, I
Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consult
Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rut
Consulting Engineers, Lucius Pitkin, Inc., 2089 Notice (Other) filed by Plaintiffs Liaison Counsel, 1815 MOTION f
Summary Judgment Based Upon Untimely Notices of Claim and Statute of Limitations. filed by City of New York,,
Affirmation in Opposition to Motion, filed by Tishman Construction Corporation, 1496 Declaration in Support of Motion,,, f
Plaintiffs Liaison Counsel, 1861 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1890 Af
Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1131 Notice of Adopt
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Nev
Tishman Interiors Corporation, 1702 Memorandum of Law in Support of Motion filed by Michelle Haskett–Godbee
Stipulation and Order of Dismissal,,, 1955 Certificate of Service Other filed by Taylor Recycling Facility LLC, 190
Endorsed Letter,, 964 Notice (Other) filed by Plaintiffs Liaison Counsel, 1652 Endorsed Letter,, 2092 Case Manage
Plan,,,,, 1384 Notice (Other) filed by Plaintiffs Liaison Counsel, 1334 Endorsed Letter,, 952 MOTION for Partial Su
Judgment. filed by Michelle Haskett–Godbee, 1502 Notice (Other) filed by Plaintiffs Liaison Counsel, 2008 MOTIC
Summary Judgment. filed by Survivair Respirators, Inc., 1952 Declaration in Support,, filed by Evans Environment
&Geological Science &Management, LLC., 1184 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 192
56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Nev
Tishman Interiors Corporation, 1553 Memorandum of Law in Support of Motion filed by City of New York, 2083 O
1445 Rule 56.1 Statement,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, I
Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction G
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Constru
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 1807 Certificate of Service Other filed by Phillips and Jordan, Inc., 1488 Memorandum of La
Support of Motion filed by Plaintiffs Liaison Counsel, 1363 Notice (Other) filed by Plaintiffs Liaison Counsel, 1895
Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1429

Letter,, 1608 Notice (Other) filed by Plaintiffs Liaison Counsel, 1700 MOTION for Partial Summary Judgment. file
Michelle Haskett–Godbee, 1222 Order, 1816 Notice (Other) filed by City of New York, 959 Stipulation and Order
Dismissal, 1852 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, Frank Malone, 1558 Rule 7.1
Corporate Disclosure Statement filed by Taylor Recycling Facility LLC, 1415 Order,,, 1115 Notice of Adoption of
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1000 Notice (Other) filed by Plaintiffs Liaison Counsel, 1956 Certificate of Service
filed by Taylor Recycling Facility LLC, 2057 Order, 1940 Memorandum of Law in Support filed by Evans Environ
&Geological Science &Management, LLC., 956 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 204
1380 Reply Affidavit in Support of Motion filed by City of New York, 1797 MOTION to Compel Production of Do
Previously Withheld Under Improper Claim of Privilege. filed by Plaintiffs Liaison Counsel, 1503 Notice (Other) fi
Plaintiffs Liaison Counsel, 1663 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 17
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1869 Rule 56.
Statement filed by Taylor Recycling Facility LLC, 1060 Order,,,,,, 1613 Declaration in Support of Motion filed by I
Liaison Counsel, 1636 Affirmation in Support,, filed by Raymond Hauber, 1314 Response to Discovery filed by Be
Stinchcomb, Christine Stinchcomb, 1170 Notice (Other) filed by Samuel Provisero, 1428 Affidavit of Service Other
Plaintiffs Liaison Counsel, 1062 Endorsed Letter,,, 1917 MOTION for Summary Judgment on behalf of Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Co
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1035 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 914 Notice (Oth
by Plaintiffs Liaison Counsel, 946 Rule 56.1 Statement filed by En–Tech Corp., Diego Construction, Inc., C.B. Con
Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1387 Affirmation filed by Pla
Liaison Counsel, 2102 Notice of Appearance filed by Weeks Marine, Inc., 1985 MOTION for Summary Judgment
Behalf of The City of New York Based Upon Untimely Notices of Claim and Statute of Limitations. filed by City of
York, 1456 MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul Hauber in his representativ
capacity as Executor of the Estate of Raymond Hauber, now deceased. MOTION to Amend/Correct Caption. filed b
Raymond Hauber, 1204 MOTION for Partial Summary Judgment. filed by Tishman Construction Corporation of M
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1362 Notice (Other) filed by Plain
Liaison Counsel, 1357 Request for Production of Documents filed by Frank Scallo, 1938 Declaration in Support, fil
Evans Environmental &Geological Science &Management, LLC., 1505 MOTION to Preclude and for Default Judg
against Defendants for Failing to Comply with Plaintiffs' First Case–Specific Demands and Order of July 8, 2009. f
Plaintiffs Liaison Counsel, 1237 Order,, 973 Notice of Appearance filed by Kevin Fitzpatrick, 1193 MOTION to Va
1160 Order,,. filed by Joette DeGiovine, Daniel DeGiovine, 999 Notice (Other) filed by Plaintiffs Liaison Counsel,,
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc
Corporation of New York, Tishman Interiors Corporation, 891 Notice (Other) filed by Plaintiffs Liaison Counsel, 12
MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. filed by Survivair Respirators, Inc., 2103 Notice of Appea
filed by Weeks Marine, Inc., 1206 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1728 Af
in Support of Motion,,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1896 Declaration in Suppo
Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 2002 Memorandum of Law in
Support,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, I
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Nev
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment F
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environment
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., 1293 Response to Discovery filed by Michael Panarella, 960 Certificate of Service Other,, file
marion s. mishkin, 2078 Notice of Appearance filed by United States, 1826 MOTION for Summary Judgment re Ra
cv 09818). filed by Taylor Recycling Facility LLC, 1514 Order, 1560 Answer to Complaint filed by Taylor Recyclin
Facility LLC, 1981 MOTION for Summary Judgment for Plaintiffs Frank Gullo and Gabriella Gullo. filed by Phillip
Jordan, Inc., 1069 Notice (Other) filed by Plaintiffs Liaison Counsel, 1853 Memorandum of Law in Support of Mot
by Survivair Respirators, Inc., 1107 Notice of Adoption of Master Answer filed by Tishman Construction Corporati

Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1018 Notice (Other) fi
Plaintiffs Liaison Counsel, 1877 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Manage
LLC., 1504 Notice (Other) filed by Plaintiffs Liaison Counsel, 1315 MOTION for Partial Summary Judgment. filed
Michelle Haskett–Godbee, 1197 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 94
(Other) filed by Plaintiffs Liaison Counsel, 895 Order, 1521 Notice (Other) filed by The City of New York, 1279 Re
to Discovery, filed by Thomas M. Flanders, 1059 Notice (Other) filed by Plaintiffs Liaison Counsel, 2097 Notice of
Appearance filed by Weeks Marine, Inc., 1783 MOTION for Summary Judgment re Alleva case (06 cv 08887). file
Taylor Recycling Facility LLC, 1449 Affirmation filed by Nacirema Industries, Inc., 1958 Reply Memorandum of L
Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler
&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A
Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1442 Notice (Other) filed by Plaintiffs Liaison Counsel, 1804 N
of Service Other,, filed by Plaintiffs Liaison Counsel, Frank Malone, 1736 Affidavit of Service Other filed by Plaint
Liaison Counsel, 1156 Notice (Other) filed by Plaintiffs Liaison Counsel, 1506 Declaration in Support of Motion,,,,
Plaintiffs Liaison Counsel, 983 Stipulation and Order, 986 Order on Motion for Partial Summary Judgment, 894 Sti
and Order of Dismissal,, 1119 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1142 Memorandum of
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur
Construction Company, Plaza Construction Corp., 2087 Notice (Other), Notice (Other), Notice (Other), Notice (Oth
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Co
Enterprise, Inc., Off Road Welding, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Trucking, Inc., Toretta Trucking, Inc., Ove Arup &Partners P.C., Cord Contracting Co. Inc., Dakota Demo–Tech, C
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite C
Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Group, Buro Happold Consulting Engineer
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Parson Group, I
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Musco Sports Lighting, LLC, "
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Constructio
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti
Simpson Gumpertz &Heger Inc., Ment Bros. Iron Works Co., JP Equipment Rental Material, Inc., Brer–Four Trans
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construct
Corp., 1029 Notice (Other) filed by Plaintiffs Liaison Counsel, 1183 Memorandum of Law in Support filed by Plain
Liaison Counsel, 1954 Declaration in Support,, filed by Evans Environmental &Geological Science &Management,
1782 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plainti
Liaison Counsel, 1386 Case Management Plan, 2019 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co
Contractors, Inc., 1658 Order, 2093 Notice of Appearance filed by Weeks Marine, Inc., 1637 Certificate of Service
filed by Raymond Hauber, 1749 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geologi
Science &Management, LLC., 1523 Declaration in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Sk
Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robert
Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A
Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek L
Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pi
Inc., 1313 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 2099 Notice of Appearance f
Weeks Marine, Inc., 1452 Stipulation and Order of Dismissal,,,, 1239 Notice of Adoption of Master Answer filed by
and Jordan, 1606 Stipulation and Order,, 958 Stipulation and Order of Dismissal, 1781 Rule 56.1 Statement filed by
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1718 Order, 1854 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1525 Memorandum of Law in
of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartle
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomaset
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim

Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,
Declaration in Opposition,,,,,,,,,, filed by Plaintiffs Liaison Counsel, 1453 Endorsed Letter,,,, 1986 Memorandum of
Support of Motion filed by City of New York, 1925 Declaration in Support of Motion, filed by Tishman Constructio
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1799 R
Statement filed by The Port Authority of New York &New Jersey, 1596 Notice (Other) filed by Plaintiffs Liaison C
1513 Notice of Appearance filed by Manafort Brothers, Inc., 1230 Notice of Appearance filed by Manafort Brothers
923 Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,, 1765 MOTION for Summary Judgment re Al
filed by Phillips and Jordan, Inc., 1855 Affidavit of Service Other filed by Survivair Respirators, Inc., 1712 Order,,_
Protective Order,, 1345 Request for Production of Documents filed by Andrew Dunaway, 2024 Rule 7.1 Corporate
Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1640 Affirmation in Opposition,, filed by I
Hauber, 1083 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish
Construction Corporation of New York, Tishman Interiors Corporation, 1287 Response,,,,, filed by Plaintiffs Liaison
Counsel, 2018 Notice (Other) filed by Gregory J Cannata &Associates, 1541 Order on Motion to Preclude, 1215 Sti
and Order,,, 1616 MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. filed by Taylor Recycling Facility LLC
Certificate of Service Other,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA En
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1666 Memorandum &Opinion, 1642 Notice (Othe
by Plaintiffs Liaison Counsel, 1499 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1389 Notice
filed by Plaintiffs Liaison Counsel, 1240 Costs Taxed, 1157 Endorsed Letter,, 1679 MOTION to Compel Robert Mc
to Appear for Deposition. filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., AMEC
Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Truckin
Cord Contracting Co. Inc., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing
Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Wei
Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer−Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.
Response to Discovery filed by Frank Scallo, 1150 Rule 56.1 Statement filed by City of New York, 1441 Response
Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 1480 Affidavit of Service Other, filed by Plaintiffs Liaison
1200 Stipulation and Order, Set Deadlines,,,,, 1272 Response to Discovery filed by Andrew Dunaway, 1908 Memo
of Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1836 Memorandum of Law in Support of Motic
by Taylor Recycling Facility LLC, 1661 MOTION for Reconsideration of the Court's Order Dated December 3, 200
Denying Motion to Compel Mayris Webber, DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 16
Memorandum of Law in Support of Motion filed by The City of New York, 910 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1338 Order,, 1874 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1164 Notice (Other) fi
Plaintiffs Liaison Counsel, 1103 Notice of Adoption of Master Answer filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2086 Order, 2063 Ord
Declaration in Support of Motion filed by City of New York, 1790 MOTION for Summary Judgment Notice of Mot
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 927 Notice (Other) filed by Plain
Liaison Counsel, 2104 Notice of Appearance filed by Weeks Marine, Inc., 1858 MOTION for Stephanie S. McGrav
Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., Sperian Respirstory
Protection USA, LLC, Musco Sports Lighting, LLC, 1464 Memorandum of Law in Support of Motion, filed by Tish
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1460 Affirmation in Support of Motion, filed by Raymond Hauber, 1644 MOTION for an Order compelling Mayris
DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1305 Response to Discovery filed by Frank Sca
Stipulation and Order,,,,,, 1705 Memorandum of Law in Support of Motion,,,,,,,,, filed by Gilsanz, Murray, Steficek
En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, L
Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.
Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar

Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr[...] Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever[...] Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety [...] Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan[...] Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As[...] Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin[...] Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc[...] Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn[...] Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, [...] Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme[...] LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo[...] Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci[...] Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, [...] Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., <u>1443</u> Order on Motion fo[...] Summary Judgment,,,,,,,,,,,,,,,,,,,,,,,<u>1266</u> Response to Discovery filed by Nicola Cavicchio, <u>1220</u> Endorsed Letter, MOTION for Summary Judgment re Greco (05 cv 01228). filed by Taylor Recycling Facility LLC, <u>2020</u> Notice of [...] of Master Answer filed by Berkel &Co. Contractors, Inc., <u>1862</u> Declaration in Support of Motion filed by Taylor Re[...] Facility LLC, <u>1848</u> Certificate of Service Other, filed by Taylor Recycling Facility LLC, <u>1038</u> Order, Set Deadlines/Hearings,,,,,,,,,,,,,, <u>1102</u> Notice of Adoption of Master Answer filed by Tishman Construction Corporatio[...] Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, <u>890</u> Stipulation and O[...] Dismissal,, <u>1124</u> Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, T[...] Construction Corporation of New York, Tishman Interiors Corporation, <u>1614</u> Affidavit of Service Other, filed by Pl[...] Liaison Counsel, <u>1537</u> Order on Motion to Appear Pro Hac Vice, <u>1897</u> Declaration in Support of Motion,, filed by [...] Environmental &Geological Science &Management, LLC., <u>1626</u> Response to Discovery filed by Diane Scallo, And[...] Scallo, <u>2095</u> Notice of Appearance filed by Weeks Marine, Inc., <u>1139</u> Order,,, <u>1768</u> Declaration in Support of Motio[...] filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma[...] Interiors Corporation, <u>1214</u> Order on Motion to Appear Pro Hac Vice,,, <u>1378</u> Reply Memorandum of Law in Suppo[...] Motion,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson [...] Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter [...] Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac[...] Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contra[...] Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., A[...] Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Ko[...] Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi [...] Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Cor[...] One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. [...] Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const[...] Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental M[...] Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthor[...] Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking [...] &Construction Corp., <u>1595</u> Order Admitting Attorney Pro Hac Vice, Terminate Motions,,,,,,,,,,,,<u>2079</u> Order, Set Deadlines/Hearings,,,, <u>1698</u> Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, S[...] Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Ha[...] Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.[...] Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege[...] Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., <u>1042</u> Memorandum of Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Const[...] Corp., <u>1275</u> Response to Discovery filed by Michael Labetti, <u>2052</u> Notice by Gregory J Cannata &Ass[...] <u>1008</u> Notice (Other) filed by Plaintiffs Liaison Counsel, <u>1172</u> Notice (Other) filed by Plaintiffs Liaison Counsel, <u>20[...]</u> of Voluntary Dismissal – Signed, <u>1333</u> Stipulation and Order of Dismissal,, <u>1849</u> Order,,,, <u>2040</u> Notice (Other) filed [...] Gregory J Cannata &Associates, <u>1153</u> Order,,,,,,, <u>1267</u> Response to Discovery filed by Donald Carson, <u>1160</u> Order,,[...] Answer to Complaint filed by Seasons Industrial Contracting, <u>1777</u> MOTION for Summary Judgment Dismissing [...] A1, A2, A3, B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New Yor[...] Defense Emergency Act. filed by The Port Authority of New York &New Jersey, <u>2107</u> FIRST MOTION to Compel[...] Pursuant to FRCP45. filed by Mount Sinai Medical Center, <u>1975</u> MOTION for Summary Judgment for Plaintiffs Ca[...] Cameron and Steve Cameron. filed by Phillips and Jordan, Inc., <u>2043</u> Notice of Voluntary Dismissal – Signed, <u>1647</u> MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. filed [...] En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, S[...] Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can[...] Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V[...]

Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., I
National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 2100 Notice of Appearance filed by Weeks Marine, Inc., 197
Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1555 Affidavit in Support of Motion f
City of New York, 1965 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1402 Notice (Other), Notice (Other)
Plaintiffs Liaison Counsel, 937 Notice (Other) filed by Plaintiffs Liaison Counsel, 1032 Declaration in Opposition f
Plaintiffs Liaison Counsel, 1808 Certificate of Service Other filed by Phillips and Jordan, Inc., 1920 Affidavit in Su
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 989 Certificate of Counsel filed by marion s. mishkin, 1078 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1424 Notice (Other) filed by Plaintiffs Liaison Counsel, 1660 Notice (Other) filed by
Environmental &Geological Science &Management, LLC., 1347 Request for Production of Documents filed by Fra
Goffredo, Blanca Goffredo, 1605 Order on Motion to Appear Pro Hac Vice, 2118 Endorsed Letter, 965 USCA Man
2048 Notice (Other) filed by Gregory J Cannata &Associates, 1022 Endorsed Letter, 1641 Endorsed Letter,, 2011 R
Statement filed by Survivair Respirators, Inc., 943 Stipulation and Order,, 1098 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1676 MOTION to Amend/Correct Notice of Motion by The Port Authority of New York and New Jers
Amend it's Master Answer. filed by The Port Authority of New York &New Jersey, 1500 Notice (Other) filed by Pla
Liaison Counsel, 1423 Notice (Other) filed by Plaintiffs Liaison Counsel, 1947 MOTION for Summary Judgment re
Gullo, et al. v. A. Russo Wrecking, et al. (06–cv–10937). filed by Taylor Recycling Facility LLC, 1118 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1015 Reply Memorandum of Law in Support of Motion filed by En–Tech Co
Contracting Corp., 1602 MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. filed by Taylor Recycling Facil
1916 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1901 Notice of Appearance filed by Plaza Constructic
1884 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 10
Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 1316 Response to Discovery filed by Rober
1546 Notice (Other) filed by Plaintiffs Liaison Counsel, 1733 Response to Discovery filed by Frank Goffredo, Blan
Goffredo, 1530 MOTION for Julie Busch to Appear Pro Hac Vice. filed by The Port Authority of New York &New
1036 Notice (Other) filed by Plaintiffs Liaison Counsel, 1133 Notice of Appearance filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1250
Stipulation and Order of Dismissal,, 1412 Order,,, 1407 Notice (Other) filed by Plaintiffs Liaison Counsel, 1126 No
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpc
New York, Tishman Interiors Corporation, 1527 Endorsed Letter,, 1633 Reply Affirmation in Support of Motion, fi
The City of New York, 1544 Order on Motion to Strike, 1462 Notice (Other) filed by Plaintiffs Liaison Counsel, 11
of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Co
of New York, Tishman Interiors Corporation, 2027 Notice of Adoption of Master Answer filed by Buro Happold Cc
Engineers, P.C., 1791 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 17
on Motion to Appear Pro Hac Vice, 1438 Endorsed Letter,, 1695 Declaration in Support of Motion, filed by The Po
Authority of New York &New Jersey, 1109 Notice of Adoption of Master Answer filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1304 R
to Discovery filed by Frank Scallo, 1966 Certificate of Service Other filed by Phillips and Jordan, Inc., 1875 Rule 5
Statement filed by Taylor Recycling Facility LLC, 1487 Declaration in Support of Motion,, filed by Plaintiffs Liaiso
Counsel, 1408 Endorsed Letter,,, 1937 Memorandum of Law in Support filed by Evans Environmental &Geologica
&Management, LLC., 1371 Order,,, 1125 Notice of Adoption of Master Answer filed by Tishman Construction Cor
of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1586 Affidavit of S
Other, filed by Plaintiffs Liaison Counsel, 1582 Notice (Other) filed by Plaintiffs Liaison Counsel, 1077 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1585 Endorsed Letter, 1909 Endorsed Letter, Set Deadlines/Hearings,,,,,, 189
Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1524 Dec
in Support of Motion,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kess
&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Asso

R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Co
Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornt
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2090 Notice (Othe
by Plaintiffs Liaison Counsel, 1341 Notice (Other) filed by Plaintiffs Liaison Counsel, 1138 Memorandum &Opinic
Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1497 Memorandum of Law in Supp
Motion, filed by Plaintiffs Liaison Counsel, 1282 Response to Discovery filed by Dennis M. O'Connor, 1980 Certifi
Service Other, filed by Phillips and Jordan, Inc., 1600 Stipulation and Order,,,,,,,, 1825 MOTION for Summary Jud
Loughery (06 cv 08609). filed by Taylor Recycling Facility LLC, 926 Notice (Other) filed by Plaintiffs Liaison Cou
1832 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 2036 Notice (Other) filed
Gregory J Cannata &Associates, 1217 Stipulation and Order,,, 1501 Stipulation and Order, Set Motion and
RRDeadlines/Hearings,,,,,,,, 1074 Notice (Other) filed by Plaintiffs Liaison Counsel, 1211 Order,,,,, 1668 Notice (O
filed by Plaintiffs Liaison Counsel, 993 Order, 1905 Order,,,, 1898 Declaration in Support of Motion,, filed by Evan
Environmental &Geological Science &Management, LLC., 1270 Response to Discovery filed by Andrew Dunaway
Order on Motion for Reconsideration, 2017 Notice (Other) filed by Gregory J Cannata &Associates, 920 Stipulation
Order of Dismissal,, 2065 Memo Endorsement, 1979 Rule 56.1 Statement filed by The Port Authority of New York
Jersey, 1778 MOTION for Summary Judgment Memo of Law Greco. filed by Evans Environmental &Geological S
&Management, LLC., 1439 Notice (Other) filed by Plaintiffs Liaison Counsel, 1435 Notice (Other) filed by Plaintiff
Liaison Counsel, 1166 Notice (Other) filed by Samuel Provisero, 1128 Notice of Adoption of Master Answer filed b
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 950 Order Admitting Attorney Pro Hac Vice, 2071 Response to Discovery filed by Andrea Cavicchio,
Cavicchio, 1508 Notice (Other) filed by Plaintiffs Liaison Counsel, 931 Notice (Other) filed by Plaintiffs Liaison Co
1176 Declaration in Support of Motion,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cor
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component
Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons,
Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skans
Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction,
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executi
Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G
Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipm
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1630 Response to Motion filed by Taylor R
Facility LLC, 1491 Order on Motion for Summary Judgment, Order on Motion for Judgment on the Pleadings,,,,,,,,,
Memorandum of Law in Support of Motion,,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construc
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Co., Inc., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contract
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 1088 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1919 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 925 Notice (Other), Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Lia
Counsel, 911 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishm
Construction Corporation of New York, Tishman Interiors Corporation, 1618 MOTION for Maureen C. Pavely to A

Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Cor Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1381 Reply Memorandum of Law in Support of Motion filed by City of New York, 1288 Memorandum of Law in Opposition,,, Plaintiffs Liaison Counsel, 1820 MOTION for Summary Judgment re Cameron (06 cv 09273). filed by Taylor Recy Facility LLC, 2121 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1552 MOTION to Quash Subpoenas. filed by City of New York, 1540 Notice (Other) filed by Plaintiffs Liaison Counsel, MOTION to Vacate March 3, 2009 Dismissal. filed by Samuel Provisero, 1238 Stipulation and Order of Dismissal,, Request for Production of Documents filed by Andrea Cavicchio, Nicola Cavicchio, 1802 Rule 56.1 Statement,,,, fil Phillips and Jordan, Inc., 1368 Stipulation and Order of Dismissal,, 1607 Affirmation filed by Eagle One Roofing Contractors, Inc., 1744 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1949 Declaration in Support o filed by Taylor Recycling Facility LLC, 1004 Rule 56.1 Statement filed by Plaintiffs Liaison Counsel, 1536 Order o to Appear Pro Hac Vice, 984 Notice (Other), Notice (Other) filed by marion s. mishkin, 1262 Notice (Other) filed by Plaintiffs Liaison Counsel, 1191 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1982 Memorandum in Support of Motion filed by Phillips and Jordan, Inc., 1766 Memorandum of Law in Support of Motion filed by Pl Liaison Counsel, Frank Malone, 1310 Response to Discovery filed by Frank Scallo, 1372 Order,,, 1755 Notice (Oth by Phillips and Jordan, Inc., 1076 MOTION for Anita Weinstein to Appear Pro Hac Vice., 966 Order, Set Motion an RRDeadlines/Hearings, 1597 Order, Terminate Motions, Add and Terminate Attorneys,,,,,,,,,,,,,, 1466 MOTION f Judgment on the Pleadings Laron Casey (06cv8890). filed by Tishman Construction Corporation of Manhattan, Tish Construction Corporation of New York, Tishman Interiors Corporation, 1403 Response to Discovery filed by Diane Andrew Scallo, 1535 Order on Motion to Appear Pro Hac Vice, 1651 Order, 1671 Notice (Other) filed by Evans Environmental &Geological Science &Management, LLC., 1771 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1095 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor Corporation of New York, Tishman Interiors Corporation, 955 Notice of Adoption of Master Answer filed by Philli Jordan, Inc., 1185 Order,,,,, 1709 Declaration in Support of Motion, filed by The Port Authority of New York &Nev 1155 Order,, 1704 MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs. filed by Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore O &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridia Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turn Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industrie Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholso Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &E Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Cor Corp., 1101 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishm Construction Corporation of New York, Tishman Interiors Corporation, 1054 Notice of Appearance filed by Verizo York Inc., 1352 Request for Production of Documents filed by Michael Panarella, Christine Panarella, 1959 Declara Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Associates, LLP, Skidmore Owings &Merrill, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor S Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, Inc., Mueser Rutled Consulting Engineers, Lucius Pitkin, Inc., 2032 Endorsed Letter,, 1557 Notice (Other) filed by Plaintiffs Liaison C 928 Notice (Other) filed by Plaintiffs Liaison Counsel, 1631 Certificate of Service Other filed by Taylor Recycling LLC, 988 Scheduling Order,, 1307 Response to Discovery filed by Frank Scallo, 1342 Notice (Other) filed by Plain Liaison Counsel, 2077 Notice (Other) filed by Plaintiffs Liaison Counsel, 1612 MOTION to Compel James Carpent Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1601 Order on Motion to Compel, 945 MOTION for Su Judgment. filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffol Inc., D'Onofrio General Contractors Corp., 1458 Order,,,,,, 1900 Order Admitting Attorney Pro Hac Vice, 1440 No (Other) filed by The City of New York, 1390 Notice of Appearance,,,,, filed by En–Tech Corp., DMT Enterprise, I Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canr Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yan Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Compan

Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Mana
Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt C
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Naci
Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., A Russo Wrecking, I
Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contrac
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Com
Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transport
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1974 Certifi
Service Other, filed by Phillips and Jordan, Inc., 1988 Declaration in Support of Motion filed by City of New York,,
Memorandum of Law in Support of Motion,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Constructi
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 1034 Notice (Other) filed by Plaintiffs Liaison Counsel, 905
Stipulation and Order of Dismissal, 1953 Certificate of Service Other filed by Taylor Recycling Facility LLC, 1416
1360 Request for Production of Documents filed by Frank Scallo, 1072 Stipulation and Order of Dismissal,,, 2054
Set Motion and RRDeadlines/Hearings,,,,,,,, 1809 Affidavit of Service Other filed by Phillips and Jordan, Inc., 166
(Other) filed by Plaintiffs Liaison Counsel, 1037 USCA Mandate, 2088 Order,, 1599 Notice (Other) filed by Plainti
Liaison Counsel, 1932 Memorandum of Law in Support of Motion, 1737 Affida
Service Other, filed by Plaintiffs Liaison Counsel, 2094 Notice of Appearance filed by Weeks Marine, Inc., 1995
Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1493 Notice (Other) filed by Plaintiffs
Counsel, 1228 Declaration in Support filed by Mary Jane Striffler, Donald Striffler, 1887 Memorandum of Law in S
Motion filed by Evans Environmental &Geological Science &Management, LLC., 1182 Declaration in Support filed
Plaintiffs Liaison Counsel, 1967 MOTION for Summary Judgment Dismissing C1 and B3 Plaintiffs' Labor Law, Co
Law Negligence, and General Municipal Law Claims against The Port Authority of New York and New Jersey. filed
Port Authority of New York &New Jersey, 1249 Stipulation and Order,, 1023 Stipulation and Order of Dismissal,,
Declaration in Support of Motion,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, I
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc., Evergreen Recycling of Corona, Ro
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner
Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industrie
Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New
Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, I
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., I
Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledg
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1001 Notice (Other) filed by I
Liaison Counsel, 1519 Endorsed Letter,, 1827 Certificate of Service Other, filed by Taylor Recycling Facility LLC,

Notice (Other) filed by Plaintiffs Liaison Counsel, 1051 Case Management Plan,,,,,,,,,,,,,,,,,,, 1388 Notice (Other) fil
Plaintiffs Liaison Counsel, 1056 Protective Order, 1047 Order,,,,, 1730 Notice (Other) filed by Plaintiffs Liaison Co
2113 Order,,,,, 1422 Memo Endorsement, 1312 Response to Discovery filed by Bernard Stinchcomb, Christine Stin
1061 Notice (Other) filed by Plaintiffs Liaison Counsel, 1173 Endorsed Letter,, 1329 Stipulation and Order of
Dismissal,,,,,,,, 1984 Certificate of Service Other, filed by Phillips and Jordan, Inc., 1673 FIRST MOTION for Prot
Order Notice of Motion. filed by United States, 1888 Memorandum of Law in Support of Motion filed by Evans
Environmental &Geological Science &Management, LLC., 1019 Notice (Other) filed by Plaintiffs Liaison Counsel,
Memorandum of Law in Support filed by Evans Environmental &Geological Science &Management, LLC., 1498 N
(Other) filed by Plaintiffs Liaison Counsel, 1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New
Admitted Suppression of Evidence for Six Years. filed by Plaintiffs Liaison Counsel, Frank Malone, 1152 Declarati
Support of Motion, filed by City of New York, 1566 Memorandum of Law in Opposition to Motion filed by Raymo
Hauber, 1760 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction
Corporation of New York, Tishman Interiors Corporation, 901 Certificate of Service Other, filed by John Montalvo,
Order on Motion to Appear Pro Hac Vice, 1311 Response to Discovery filed by Bernard Stinchcomb, Christine Stin
953 Amended Notice of Appeal, filed by Plaintiffs, 1005 Affirmation in Opposition,,, filed by Plaintiffs Liaison Cou
1379 Reply Memorandum of Law in Support of Motion, filed by AMEC Construction Management, Inc., Bovis Len
LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner Construction Company, Plaza
Construction Corp., 970 Reply Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP
Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates,
R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmo
Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Ca
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, I
Pitkin, Inc., 1738 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1819 Rule 56.1 Statement filed by
New York, 1950 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1280 Respons
Discovery filed by Nicholas Lusuriello, 1619 Response to Discovery filed by David Nolan, Louise Nolan, 1907 Cou
Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel, 1332 Order,,,, 1739 Case Management Plan,,, 1627 Orde
Motion to Compel, 1740 Notice (Other) filed by Plaintiffs Liaison Counsel, 1526 Notice (Other) filed by Plaintiffs I
Counsel, 2080 Order,,, 2009 Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1410 E
Letter,, 981 Notice (Other) filed by Plaintiffs Liaison Counsel, 1225 Stipulation and Order,,, 1881 Rule 56.1 Statem
by Evans Environmental &Geological Science &Management, LLC., 1611 Stipulation and Order,,,, 1070 Stipulatio
Order of Dismissal,,,,, 1551 Order,,, 1511 Order on Motion to Amend/Correct, Order on Motion to Substitute Party,,
Affidavit in Support of Motion filed by City of New York, 1317 Response to Discovery filed by Robert Suarez, 156
Affidavit of Service Other filed by Taylor Recycling Facility LLC, 1431 Notice (Other) filed by Plaintiffs Liaison C
1863 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 2026 Rule 7.1 Corporate Disclosure
Statement filed by Buro Happold Consulting Engineers, P.C., 1223 Order, 1181 MOTION to Vacate 1160 Order,,. f
Plaintiffs Liaison Counsel, 1701 Affirmation in Support of Motion filed by Michelle Haskett–Godbee, 1291 Respon
Discovery filed by Michael Panarella, 1268 Response to Discovery filed by Frank Goffredo, 1369 Order,, 1962 MO
for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New York and Ne
pursuant to the New York State Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 1
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1495 Stipulatio
Order, Set Motion and RRDeadlines/Hearings,,,,,,,, 1871 Rule 56.1 Statement filed by Taylor Recycling Facility LL
Order, 1292 Response to Discovery filed by Michael Panarella, 922 Stipulation and Order of Dismissal,, 1639 Endo
Letter, Add and Terminate Attorneys,,, 2085 Memo Endorsement, Add and Terminate Attorneys,,,, 1318 Response
Discovery filed by Robert Suarez, 1973 Rule 56.1 Statement,,,,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–T
Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mu
Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson M
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirer
Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bo
Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine,
Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc.,
International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American
Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergr
Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Science &Management, LLC.,
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite C
Corp., Mazzochi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jor
Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease
Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Roy
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill
Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turn
A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquil

Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Franci
Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson
Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportat
Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., A
Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1273 Response to
Discovery filed by Frank Goffredo, 1662 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 148
MOTION to Preclude and for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel,
Notice of Adoption of Master Answer filed by Berkel &Co. Contractors, Inc., 1748 MOTION for Summary Judgme
behalf of Tishman Construction Corporation of Manhattan, Tishman Construction of New York and Tishman Interi
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1806 Certificate of Service Other filed by Phillips and Jordan, Inc., 1795 MOTION to Compe
Production of Documents Withheld Under Improper Claims of Privilege. filed by Plaintiffs Liaison Counsel, 1391
Affirmation filed by Plaintiffs Liaison Counsel, 2050 Notice of Appeal, filed by AMEC Construction Management,
Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Corona, Tully Construct
Inc., City of New York, Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 15
Affidavit in Support of Motion filed by City of New York, 1824 MOTION for Summary Judgment re Grimaldi (06 c
08692). filed by Taylor Recycling Facility LLC, 1221 Memo Endorsement, 916 Memorandum of Law in Opposition
Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bec
Environmental, Inc., 1554 Affidavit in Support of Motion filed by City of New York, 2123 Order,,, 1340 Notice (Ot
by Plaintiffs Liaison Counsel, 2108 Protective Order, 1331 Order,, 2117 Rule 56.1 Statement filed by The Port Auth
New York &New Jersey, 1494 MOTION to Preclude and For Default Against Defendants for Failing to Timely and
Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODU
filed by Plaintiffs Liaison Counsel, 1584 Order,,,, 1169 Endorsed Letter,, 977 Order of Dismissal,, 1411 Endorsed L
904 Notice (Other) filed by Plaintiffs Liaison Counsel, 995 Stipulation and Order, Set Motion and RRDeadlines/Hea
1053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1309 Response to Discovery filed by Frank Scallo, 1049 En
Letter,, 1058 Notice (Other) filed by Plaintiffs Liaison Counsel, 1377 Notice (Other) filed by Plaintiffs Liaison Cou
1219 Order,,, 1110 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan,
Construction Corporation of New York, Tishman Interiors Corporation, 1195 Declaration in Support filed by Joette
DeGiovine, Daniel DeGiovine, 1873 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1405 Response to
Discovery filed by Robert Panarella, 1759 Notice (Other) filed by Phillips and Jordan, Inc., 1520 Notice (Other) file
Plaintiffs Liaison Counsel, 1892 Affidavit in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 2076 Stipulation and Order,,, 1246 Stipulation and Order of Dismissal,,, 936 Notice (Other) f
Plaintiffs Liaison Counsel, 935 Notice (Other) filed by Plaintiffs Liaison Counsel, 1100 Notice of Adoption of Mast
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 899 MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the
filed by Plaintiffs Liaison Counsel, 1348 Request for Production of Documents filed by Karen Labetti, Michael Lab
Notice (Other) filed by Plaintiffs Liaison Counsel, 1899 Order,,,, 1948 Memorandum of Law in Support filed by Ev
Environmental &Geological Science &Management, LLC., 1576 Affidavit in Support of Motion, filed by City of N
1089 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor
Corporation of New York, Tishman Interiors Corporation, 2082 Notice of Appearance filed by Weeks Marine, Inc.,
Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A
Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza
Construction Corp., 1856 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1821 MOTION
Summary Judgment re Cantore (06 cv 10654). filed by Taylor Recycling Facility LLC, 1722 Notice of Voluntary D
– Signed, 1889 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management,
1865 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1290 Response to Discovery filed b
Nolan, 1620 Order, Terminate Motions,, 1610 Order,, 1758 Notice (Other) filed by Phillips and Jordan, Inc., 1648
Memorandum of Law in Support of Motion,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Constructi
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point E
Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze

Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein As
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1721 MOTION for George N. Kalamaras to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel,
Certificate of Service Other, filed by Phillips and Jordan, Inc., 1236 Notice (Other) filed by Plaintiffs Liaison Couns
Order,,,,,,, 1259 Stipulation and Order,,,,,,, 1207 Notice of Adoption of Master Answer filed by Phillips and Jordan,
1376 Notice (Other) filed by Plaintiffs Liaison Counsel, 1349 Request for Production of Documents filed by Nichol
Lusuriello, 1099 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, T
Construction Corporation of New York, Tishman Interiors Corporation, 1548 Order,,, 1726 MOTION for a Volunta
Dismissal on Terms the Court Considers Proper Pursuant to FRCP 41 (a) (2). filed by John Dunne, Lynn Taylor, Da
Taylor, James Albach, 1117 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of M
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1025 Endorsed Letter, 1336 Affida
Service Other filed by Plaintiffs Liaison Counsel, 1725 Order on Motion to Appear Pro Hac Vice, 900 MOTION for
Reconsideration Plaintiffs' Memorandum of Law in Support. filed by Plaintiffs Liaison Counsel, 1857 Declaration in
of Motion filed by Taylor Recycling Facility LLC, 1136 Order Admitting Attorney Pro Hac Vice, 1628 Notice (Oth
by Plaintiffs Liaison Counsel, 1393 Stipulation and Order,,, 1140 MOTION for Partial Summary Judgment. filed by
Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environm
Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Turner Construction Company, Plaza Constructi
975 USCA Order, 1253 Order, 1743 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Cou
1944 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1942 Memora
Law in Support filed by Evans Environmental &Geological Science &Management, LLC., 1271 Response to Disco
by Andrew Dunaway, 1356 Request for Production of Documents filed by Diane Scallo, Andrew Scallo, 969 Reply
Affirmation in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MI
Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engi
P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Rober
Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1796 MOTION for Summary Judgme
Affidavit Casey. filed by Evans Environmental &Geological Science &Management, LLC., 1579 Declaration in Sup
filed by John J. Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 1931 Cert
Service Other,,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 2122 Order, 1224 Order, 1591 Order,,, 2047 Notice of Voluntary Dismissal – Signe
Endorsed Letter,, 1370 Order,,, 1321 Endorsed Letter,,, 1776 MOTION for Summary Judgment re: Greco. filed by P
and Jordan, Inc., 2116 Notice of Appeal,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., D
Demo–Tech, Canron Construction Corp., Safeway Construction Corp., MRA Engineering, P.C., Bovis Lend Leas
Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpr
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling
Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C
Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Turner Construction Company, Buro Happold Consulting
Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A I
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., I
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company,
Apple Wrecking &Construction Corp., 1562 Amended Answer to Complaints filed by Taylor Recycling Facility LL
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc
Corporation of New York, Tishman Interiors Corporation, 1417 Order,,,,,,,,, 1692 Notice (Other) filed by Plaintiffs L
Counsel, 1589 MOTION for John D. Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, De
Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall St
1684 Order on Motion to Amend/Correct,, 1529 MOTION for Zev Raben to Appear Pro Hac Vice. filed by The Por
Authority of New York &New Jersey, 1735 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1960 Co
Statement to Rule 56.1,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kes
&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin

Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A
Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1729 Certificate of Service Other,, filed by John Dunne, Lynn T
Daniel Taylor, James Albach, 992 Stipulation and Order, Set Deadlines/Hearings,, 1180 MOTION to Vacate 1160 O
filed by Plaintiffs Liaison Counsel, 1878 Rule 56.1 Statement filed by Evans Environmental &Geological Science
&Management, LLC., 1757 Notice (Other) filed by Phillips and Jordan, Inc., 1533 Notice (Other) filed by Plaintiffs
Counsel, 2037 Transcript, 1330 Certificate of Service Other,, filed by marion s. mishkin, 1106 Notice of Adoption o
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1481 MOTION to Preclude and for Default against the Defendant City of New York
Plaintiffs Liaison Counsel, 1561 Affidavit of Service Other filed by Taylor Recycling Facility LLC, 1123 Notice of
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of l
York, Tishman Interiors Corporation, 1793 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 18
Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1603 Order,,,, 1302 Stipulation and Order of
Dismissal,,,,,, 949 Order Admitting Attorney Pro Hac Vice, 1696 MOTION for Summary Judgment On Behalf of th
Structural Engineer Defendants. filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwo
Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C.,
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, G
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1243 Stipulation and Order of Dismissal,,, 1367 S
and Order, 1276 Response to Discovery, filed by Thomas M. Flanders, 1158 Notice of Adoption of Master Answer
Phillips and Jordan, Inc., 1455 Affirmation filed by C.B. Contracting Corp., 1753 Affidavit in Support of Motion, fi
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 1936 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 9
on Motion for Reconsideration, 1296 Response to Discovery filed by Jason Porcaro, 1764 Memorandum of Law in S
of Motion filed by Phillips and Jordan, Inc., 1283 Response to Discovery filed by Dennis M. O'Connor, 2111 Order
Order,,,,,,, 1373 Order,, 1751 MOTION for Summary Judgment. filed by Evans Environmental &Geological Science
&Management, LLC., 1167 Endorsed Letter,,, 1284 Response to Discovery filed by Dennis M. O'Connor, 1134 Not
(Other) filed by Plaintiffs Liaison Counsel, 1624 Order,,, 1285 Response to Discovery filed by Dennis M. O'Connor
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construct
Corporation of New York, Tishman Interiors Corporation, 1205 Memorandum of Law in Support of Motion filed by
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 1413 Order,,, 1682 Notice (Other) filed by Plaintiffs Liaison Counsel, 1697 Rule 56.1 Statement,, filed
Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engine
P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C.,
Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 2033 Endorsed Letter,,, 1198 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGio
902 Notice of Appearance filed by 22 Non–Resp, Darlene Montalvo, John Montalvo, 979 Notice (Other) filed by Pl
Liaison Counsel, 1212 Order, 1021 USCA Mandate,,, 2064 Stipulation and Order,,, 1838 Certificate of Service Othe
by Taylor Recycling Facility LLC, 1063 Notice (Other) filed by Plaintiffs Liaison Counsel, 1543 Order on Motion t
Preclude,,,,,,,,, 1335 Stipulation and Order of Dismissal,,,,,, 1092 Notice of Adoption of Master Answer filed by Tis
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1437 Stipulation and Order of Dismissal,,, 1834 Memorandum of Law in Support of Motion filed by Taylor Recycli
Facility LLC, 1467 Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 2007 Pre–Conference Statement fi
Samuel Provisero, 1258 Stipulation and Order,,,,, 1769 MOTION for Summary Judgment re: Casey. filed by Phillip
Jordan, Inc., 1192 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1003 Affirmation, filed by Plainti
Liaison Counsel, 2061 Memorandum of Law in Opposition to Motion,,,, filed by The Port Authority of New York &
Jersey, 1327 Notice (Other) filed by Plaintiffs Liaison Counsel, 1013 Notice (Other) filed by Plaintiffs Liaison Cour
Request for Production of Documents filed by Robert Suarez, 1674 Order,,, 1274 Response to Discovery filed by M
Labetti, 1617 MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation
Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB P
Clients Corporation, DBAB Wall Street LLC, 933 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel
Stipulation and Order,,, 1772 MOTION for Summary Judgment Notice of Motion Greco. filed by Evans Environme
&Geological Science &Management, LLC., 1027 Notice (Other), Notice (Other), Notice (Other), Notice (Other), No
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–
Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Truc
Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc.,
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services,
Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Rob
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As

Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., We
Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM
Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasett
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owin
&Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eag
Roofing Contractors, Inc., New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Franc
Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simps
Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &E
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New Yor
Department, Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Ap
Wrecking &Construction Corp., 940 Notice (Other) filed by Plaintiffs Liaison Counsel, 1594 Corporate Di
Statement filed by American Building Maintenance Industries, Inc., 1742 Affirmation in Opposition to Motion, filed
Plaintiffs Liaison Counsel, 1264 Endorsed Letter, 1817 Memorandum of Law in Support of Motion filed by City of
York, 1082 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 1040 MOTION for Madro Bandaries to Ap
Hac Vice. filed by Phillips and Jordan, Inc., Phillips and Jordan, 1912 Affidavit of Service Other, filed by Plaintiffs
Counsel, 972 Notice (Other), Notice (Other) filed by marion s. mishkin, 2074 Supplemental ROA Sent to USCA – I
1073 Stipulation and Order of Dismissal,,,, 906 Notice (Other) filed by Plaintiffs Liaison Counsel, 1864 Declaration
Support of Motion filed by Taylor Recycling Facility LLC, 1079 Notice of Adoption of Master Answer filed by Tis
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1946 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 2014 MOTIO
Christopher Quinn to Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, IN
Affidavit in Support,,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC
Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., I
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple V
&Construction Corp., 1997 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against Th
Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act. filed by The Port
Authority of New York &New Jersey, 2049 MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.
MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending
(Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on
Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.0
MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending
(Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on
Notice Pending Appeal. (Filing Fee $ 39.00.) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl

Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Rc
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 2075 Order, 1024 Order,,, 1409 Notice (Other) filed by Plain
Liaison Counsel, 1231 Order, 1177 Rule 56.1 Statement,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Tr
Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Constr
Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consul
LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Compo
Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Wolkow Braker Roofing Corporat
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecki
Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., E
Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucc
Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Com
Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transport
Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insur
Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1454 Notice (Other) filed by Plaintiffs Liais
Counsel, 1492 Notice (Other) filed by Plaintiffs Liaison Counsel, 1880 Rule 56.1 Statement filed by Evans Environi
&Geological Science &Management, LLC., 2001 Order to Show Cause,,, 939 Endorsed Letter, 1209 Rule 56.1 Stat
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1691 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1664 Affidavit of Ser
Other,,, filed by Plaintiffs Liaison Counsel, 1374 Notice (Other) filed by Plaintiffs Liaison Counsel, 1366 Stipulatio
Order, 2044 Affidavit filed by Gregory J Cannata &Associates, 893 Stipulation and Order of Dismissal,,,,, 1577 Ord
Deadlines/Hearings,,,,,,,,, 1528 Notice (Other) filed by Plaintiffs Liaison Counsel, 1233 Stipulation and Order,,, 188
Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LL
Order,,, 1681 Endorsed Letter, 1923 Certificate of Service Other,,, filed by Tishman Construction Corporation of M
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1444 MOTION for Summary Judg
Dismissing Defendants Not Named in Core Discovery. filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Cons
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Rc
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 2060 Memorandum of Law in Opposition filed by Gregory J
&Associates, 1694 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jer
1879 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 2025 Notice o
Adoption of Master Answer filed by Buro Happold Consulting Engineers, P.C., 1245 Stipulation and Order of Dism
1951 Declaration in Support, filed by Evans Environmental &Geological Science &Management, LLC., 1002 Notic
filed by Plaintiffs Liaison Counsel, 1355 Request for Production of Documents filed by Jason Porcaro, 2004 Declara
Support,,,,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Constructi
Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bar
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec

Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rod
Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully
Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Servic
Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc.,
Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tull
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Constr
Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Wildinger Associates, Inc., Nacirem
Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Len
Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo W
Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Ma
Wrecking, Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Ind
Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Cont
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Ro
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwoo
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., N
Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease In
Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equ
Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equ
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction Intern
L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 1090 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Ma
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1622 Order,,, 912 Notice (Other) f
Plaintiffs Liaison Counsel, 1924 MOTION for Summary Judgment re:Scott Malkoff and Irina Malkoff on behalf of
Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Co
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1295 Response to Discovery filed by Jason Porcaro, 1787 Certificate of Service Other,, filed
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio
Corporation, 1451 Notice (Other) filed by Plaintiffs Liaison Counsel, 1929 Rule 56.1 Statement filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1996 Certificate of Service Other filed by Phillips and Jordan, Inc., 1260 Notice of Appearance filed by Mark Gajew
1993 MOTION for Summary Judgment for Plaintiff Christopher Castro. filed by Phillips and Jordan, Inc., 1943 Dec
in Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1910 Stipulation and Order,,
Request for Production of Documents filed by David Nolan, Louise Nolan, 1450 Notice (Other) filed by Plaintiffs L
Counsel, 1831 MOTION for Summary Judgment re Castro (06 cv 07287). filed by Taylor Recycling Facility LLC.,
Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1385 Notice (Other) filed by Plaintiff
Counsel, 1930 MOTION for Summary Judgment re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609,
06CV08692, 06CV10603, 06CV10937, 06CV11710, 06CV11814, 06CV12743. filed by Survivair Respirators, Inc.,
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc
Corporation of New York, Tishman Interiors Corporation, 1194 Memorandum of Law in Support filed by Joette De
Daniel DeGiovine, 1970 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey,
Stipulation and Order,,,, 2021 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., 148
Stipulation and Order of Dismissal,,,,, 1232 Notice of Adoption of Master Answer filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1534 N
(Other) filed by Plaintiffs Liaison Counsel, 1598 Order, Set Deadlines/Hearings, Set Motion and
RRDeadlines/Hearings,,,,,,,,,,,,,, 962 Stipulation and Order of Dismissal,, 1459 MOTION to Amend/Correct Captio
MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul Hauber in his representative capacity a
Executor of the Estate of Raymond Hauber, now deceased. filed by Raymond Hauber, 1933 Affidavit in Support of
filed by Survivair Respirators, Inc., 1564 Affirmation filed by Robert L. Gerosa, Inc., 1588 Notice (Other) filed by
Liaison Counsel, 1935 Affidavit of Service Other filed by Survivair Respirators, Inc., 1418 Notice (Other) filed by
Liaison Counsel, 2068 Notice (Other) filed by Plaintiffs Liaison Counsel, 1468 Memorandum of Law in Support of
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1891 Affidavit in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1941 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Managemen
1583 Reply Memorandum of Law in Support of Motion filed by City of New York, 1395 Order,,,,,, 1159 Endorsed
1645 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 932 Reply Memorandum of Law in Sup
filed by Plaintiffs Liaison Counsel, 985 Endorsed Letter,, 1531 Order, 1218 Stipulation and Order of Dismissal, 183
Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 917 Declaration in Opposition
Motion,, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bec
Environmental, Inc., 1706 Affidavit in Support of Motion,,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech C
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessle

&Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dako
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas
Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling
Corona, Robert Silman Associates, C.B. Contracting Co., Inc., Tully Construction Co., Inc., Total Safety Consulting, L
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti G
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, 
Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., N
Construction Company, Big Apple Wrecking &Construction Corp., 2058 Affidavit in Opposition filed by Gregory J
&Associates, 997 Endorsed Letter, 1050 Order,,,. 994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1420 Affir
filed by Plaintiffs Liaison Counsel, 1269 Response to Discovery filed by Andrew Dunaway, 942 Endorsed Letter, 1
Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction
Corporation of New York, Tishman Interiors Corporation, 1097 Notice of Adoption of Master Answer filed by Tish
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
951 Stipulation and Order of Dismissal, 1914 Endorsed Letter, Set Deadlines/Hearings,,,,,, 967 Endorsed Letter, 14
Order,,, 1707 MOTION For Lone Pine Order Notice of Motion by The Port Authority of New York and New Jersey
Lone Pine Order. filed by The Port Authority of New York &New Jersey, 1915 Reply Memorandum of Law in Supp
Motion filed by Michelle Haskett–Godbee, 1927 Affidavit in Support of Motion, filed by Tishman Construction Co
of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1084 Notice of Ado
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1299 Response to Discover
Andrew Scallo, 1657 Order,,, 1093 Notice of Adoption of Master Answer filed by Tishman Construction Corporatio
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 892 Notice (Other) file
Plaintiffs Liaison Counsel, 1710 Endorsed Letter, 1750 MOTION for Summary Judgment on behalf of Tishman Co
Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation. file
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio
Corporation, 1734 Affidavit of Service Other, filed by Tishman Interiors Corporation, 1421 Notice (Other) filed by Plai
Liaison Counsel, 980 Notice (Other) filed by Plaintiffs Liaison Counsel, 954 Notice (Other) filed by Plaintiffs Liais
Counsel, 976 Endorsed Letter,,, 1532 MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Hac Vice. filed by Th
Authority of New York &New Jersey, The Port Authority of New York and New Jersey, 1623 Order on Motion to A
Pro Hac Vice,,, 2067 Notice (Other) filed by Plaintiffs Liaison Counsel, 1257 Order,,,, 1006 Notice (Other) filed by
Liaison Counsel, 978 Stipulation and Order of Dismissal, 1086 Notice of Adoption of Master Answer filed by Tish
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1469 Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Constru
Corporation of New York, Tishman Interiors Corporation, 1717 Notice (Other) filed by Plaintiffs Liaison Counsel, 
MOTION for Joseph A. Clark to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank T
Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1883 Memorandum of Law in Suppo
Motion filed by Evans Environmental &Geological Science &Management, LLC., 1963 MOTION for Summary Jud
for Plaintiff Fernando Grimaldi. filed by Phillips and Jordan, Inc., 1592 Order,,, 1677 Memorandum of Law in Supp
Motion, filed by The Port Authority of New York &New Jersey, 1762 MOTION for Summary Judgment re Cantore
Phillips and Jordan, Inc., 1490 Stipulation and Order,,, 1593 Order,,, 1724 MOTION for Patricia I. Jorge to Appear
Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1672 FIRST MOTION for Protective Order Based on Privacy
filed by United States, 1638 Memorandum of Law in Opposition filed by Raymond Hauber, 1990 Memorandum of
Support of Motion filed by Phillips and Jordan, Inc., 1234 Consent, filed by Dean Curti, 1850 MOTION for Summa
Judgment. filed by Survivair Respirators, Inc., 1065 Order,,, 1689 Order on Motion to Appear Pro Hac Vice,, 1190
Declaration in Support of Motion, filed by John Raehse, Paula Raehse, 1957 Certificate of Service Other filed by Ta
Recycling Facility LLC, 1252 Stipulation and Order of Dismissal,,,,,,,, 1081 Notice of Adoption of Master Answer
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 1149 MOTION for Partial Summary Judgment. filed by City of New York, 934 Stipulation and Order
Dismissal, 1659 Notice (Other) filed by Evans Environmental &Geological Science &Management, LLC., 2120
Memorandum of Law in Support of Motion,, filed by The Port Authority of New York &New Jersey, 1030 Notice (
filed by Plaintiffs Liaison Counsel, 1761 Certificate of Service Other,, filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1188 MOTION to Vac
Order,,. filed by John Raehse, Paula Raehse, 1512 Notice (Other) filed by Plaintiffs Liaison Counsel, 1545 MOTIO

Quash Subpoenas. filed by City of New York, 1716 Notice (Other) filed by Plaintiffs Liaison Counsel, 1281 Respon
Discovery filed by Nicholas Lusuriello, 1578 MOTION to Compel Witnesses to appear for deposition. filed by John
Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 2110 Declaration in Suppo
Motion, filed by Mount Sinai Medical Center, 1375 Notice (Other) filed by Plaintiffs Liaison Counsel, 1328 Stipula
Order of Dismissal,,,,,,,, 998 Amended Answer to Complaints,,,,,,,, filed by En–Tech Corp., Diego Construction, In
Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Canron Constru
Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp, Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associ
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Mu
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting Corp., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1394 Notice (Other) filed by Pla
Liaison Counsel, 1581 Notice (Other) filed by Plaintiffs Liaison Counsel, 1129 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1392 Notice (Other) filed by Plaintiffs Liaison Counsel, 1635 Reply Memorandum of Law in Oppisitio
Motion, filed by Raymond Hauber, 1609 Affirmation filed by City of New York, 1747 FIRST MOTION for Summa
Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1189 Memorandum of Law in
of Motion filed by John Raehse, Paula Raehse, 1688 Affirmation filed by Semcor Equipment and Manufacturing
Corporation, 1199 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGiovine, 1621 Order,,, 1434 Noti
(Other) filed by Plaintiffs Liaison Counsel, 1482 MOTION to Preclude and for Default against the Defendant City o
York. filed by Plaintiffs Liaison Counsel, 2000 Rule 56.1 Statement filed by The Port Authority of New York &New
1572 MOTION to Quash Subpoenas to NYPD Medical Board Doctors. filed by City of New York, 1365 Reply
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 2013 Notice (Other) filed by Gregory J Can
&Associates, 1320 Endorsed Letter,, 1031 Notice (Other) filed by Plaintiffs Liaison Counsel, 2055 Affirmation in
Opposition to Motion,,, filed by Michelle Haskett–Godbee, 1939 Rule 56.1 Statement filed by Evans Environmenta
&Geological Science &Management, LLC., 1055 Notice (Other) filed by Plaintiffs Liaison Counsel, 2005 Declarati
Support,,,,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Constructio
Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bar
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Roda
Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully
Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Servic
Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc.,
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Mazzochi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corp.,
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Liberty Mutual
Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Asso
Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American C
Bovis Lend Lease Inc., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wre
Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Ma
Wrecking, Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Inc
Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Cont
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Rol
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwoo
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., N
Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease In
Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equ
Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equ

Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction Intern L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 2031 Order on Motion to Appear Pro Hac Vice, 2081 Notice of Appearance filed by Verizon York Inc., 1976 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1882 Memorandum o Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 991 Order on Motion Summary Judgment, 1926 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 957 Certificate of Cou filed by marion s. mishkin, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 1091 Notice of Adoption of Mast Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1301 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1045 Stipulation Order of Dismissal,, 1132 Stipulation and Order of Dismissal,,,,,, 1918 Declaration in Support of Motion, filed by T Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1163 Notice (Other) filed by Samuel Provisero, 1693 MOTION for Summary Judgment Notice of Motion for Summ Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York Unconsolidated Laws § 7107. filed by The Port Authority of New York &New Jersey, 1196 Memorandum of Law i filed by Joette DeGiovine, Daniel DeGiovine, 1485 MOTION to Preclude and for Default against Defendant City of York. filed by Plaintiffs Liaison Counsel, 989 Reply,, filed by Gilsasy, Murray, Steficek, LLP, Lockwood, Kessler & Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Cons Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz & Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1277 Response to Discovery, filed by Thomas M. Flanders, 1071 Stipulation and Order of Dismissal,,,, 1471 Response to Discovery fi Diane Scallo, Andrew Scallo, 1675 Notice (Other) filed by Plaintiffs Liaison Counsel, 1303 Stipulation and Order,,, Reply Memorandum of Law in Support of Motion filed by Tully Environmental Inc., Evergreen Recycling of Coron Rule 56.1 Statement filed by Survivair Respirators, Inc., 1226 Stipulation and Order of Dismissal,,, 1715 Endorsed L 1711 Protective Order, Add and Terminate Attorneys, 1161 Endorsed Letter,, 1075 Stipulation and Order of Dismiss 1112 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con Corporation of New York, Tishman Interiors Corporation, 996 Stipulation and Order of Dismissal, 1902 Memorand Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1033 Memorandum of Law in Opposition filed by Liaison Counsel, 918 Stipulation and Order,, 1837 Memorandum of Law in Support of Motion filed by Taylor Recy Facility LLC, 1087 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1756 Memorandum of Law in Sup Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1741 Notice (Other) filed by Plaintiffs Liaison Counsel, 1104 Notice of Adoption of Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claim Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second An Master Complaint Against Bechtel Defendan filed by Plaintiffs Liaison Counsel, 1754 Affidavit in Support of Moti by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1859 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1570 Notice (Other) fi Plaintiffs Liaison Counsel, 1241 Stipulation and Order of Dismissal,, 1542 Order on Motion to Preclude, 1154 Decla Support of Motion,,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur Construction Company, Plaza Construction Corp., 1121 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1017 Reply Affirmation in Support of Motion, filed by En–Tech Corp., C.B. Contracting Corp., 1654 Order on Mot Miscellaneous Relief, 1463 MOTION for Judgment on the Pleadings Richard Calderon 06cv10267. filed by Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 938 Notice (Other) filed by Plaintiffs Liaison Counsel, 1569 Notice (Other) filed by Plaintiffs Liaison Counsel, 1549 1419 Endorsed Letter, 2112 Notice (Other) filed by Plaintiffs Liaison Counsel, 1229 Notice (Other) filed by Plaintiff Liaison Counsel, 1507 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1111 Notice Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1397 Order,,,,, 1242 Endorsed Letter,,, 1120 Notice of Adoption of Mas Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1151 Memorandum of Law in Support of Motion filed by City of New York, 1425 N (Other) filed by Plaintiffs Liaison Counsel, 1885 Declaration in Support of Motion,, filed by The Port Authority of York &New Jersey, 1339 Notice (Other) filed by Plaintiffs Liaison Counsel, 947 Memorandum of Law in Support o Motion, filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffoldi D'Onofrio General Contractors Corp., 1703 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1256 Stipulatic Order,, 1687 MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1904 Affirmati Opposition,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel, 1432 Notice (Other) filed by Plaintiffs Liaison Counsel, 15 Endorsed Letter,, 1678 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1

56.1 Statement,,,,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Con
Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bar
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rod
Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully
Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Servic
Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc.,
Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tull
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Con
Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industrie
Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Ph
Jordan, Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., Th
New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Tho
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Const
Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., L
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental
Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., W
Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C.,
Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Cons
Corp., 1064 Notice (Other) filed by Plaintiffs Liaison Counsel, 982 Notice (Other) filed by Plaintiffs Liaison Couns
Notice (Other) filed by Plaintiffs Liaison Counsel, 1868 Rule 56.1 Statement filed by Taylor Recycling Facility LLC
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 1178 Memorandum of Law in Support of M
filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contrac
Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., At
Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema In
Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental N
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthon
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking
&Construction Corp., 2062 Affirmation in Opposition to Motion,,, filed by marion s. mishkin, 2038 MOTION to St
Modify and Issues for April 12, 2010 Fairness Hearing. (Filing Fee $ 39.00.) filed by Michelle Haskett–Godbee, 19
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1289 Response
Discovery filed by David Nolan, 1278 Response to Discovery, filed by Thomas M. Flanders, 1113 Notice of Adopti
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 2045 Order,, 1096 Notice of Adoption of Master Answer filed by Tishman Construc
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1686
Stipulation and Order of Dismissal,, 2053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1961 Notice (Other) fi
Phillips and Jordan, Inc., 2012 Affidavit of Service Other filed by Survivair Respirators, Inc., 921 Stipulation and O
Dismissal,, 1448 Stipulation and Order of Dismissal,, 1171 Endorsed Letter,, 1727 Memorandum of Law in Support
Motion filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1518 Notice (Other) filed by Plaintiffs Lia
Counsel, 1028 Notice (Other) filed by Plaintiffs Liaison Counsel, 1964 Memorandum of Law in Support of Motion
Phillips and Jordan, Inc., 1989 Rule 56.1 Statement filed by City of New York, 1020 Notice (Other) filed by Plainti
Liaison Counsel, 1346 Request for Production of Documents filed by Thomas M. Flanders, 1254 Stipulation and Or
1969 MOTION for Summary Judgment for Plaintiff Jeffrey and Diane Loughery. filed by Phillips and Jordan, Inc.,,
Affirmation in Support of Motion filed by Michelle Haskett–Godbee, 1026 Notice (Other), Notice (Other), Notice (
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti
(Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler

&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co
Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Corp., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departm
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_232_ Memorandum of Law in Support o
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,_68_ Order,,,_260_ Order,,_288_ Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,,_438_ Response in Opposition
Motion, filed by Plaintiffs Liaison Counsel,,_414_ Order,,,_310_ Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,,_82_ Order,,,,_404_ MOTION
Dismiss. filed by Turner Construction Company,, Turner/Plaza, A Joint Venture,,_132_ Rule 7.1 Corporate Disclosur
Statement filed by Plaza Construction Corp.,,_382_ Endorsed Letter,,,_226_ Answer to Complaint filed by World Trade
Properties LLC,,_104_ Answer to Complaint filed by City of New York,,_486_ Order on Motion for Summary Judgmen
MOTION for Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield Am
Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,,_528_ Endorsed Letter,,_376_ En
Letter,,,_517_ Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript,_175_ Answer to Complaint filed b
Construction Corp.,,_445_ Notice of Appearance filed by John Montalvo,, marion s. mishkin,,_230_ Answer to Compla
by Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,,_420_ Endorsed Letter,,_509_ Master Allegations filed by
Liaison Counsel,,_545_ Notice of Appeal,, filed by Turner Construction Company,, Bechtel Corporation,, The Port A
of New York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, A
Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction
Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L.
Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,,_384_
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed by City of
York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB
AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In
Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction C
Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C
Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, B
Associates Professiona;l Corporation,,_74_ Stipulation and Order,,_76_ Endorsed Letter,,_355_ Order, Add and Terminat
Attorneys,,,_396_ Affidavit in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by Th
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Ind
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,,
Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silv
WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein
Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC
L.L.C.,, Silverstein Properties, Inc.,,,_314_ Order,,_375_ Notice of Voluntary Dismissal – Signed,,_204_ Rule 7.1 Corpor
Disclosure Statement filed by Plaza Construction Corp.,,_449_ Affidavit in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by Michael Chambers,,_46_ Affidavit of Servi
_344_ Opposition Brief filed by Bovis Lend Lease LMB, Inc.,,_55_ Endorsed Letter,,_107_ Answer to Complaint filed by
New York,,_300_ Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison C

417 Endorsed Letter,, 482 Order,,, 327 Notice of Appearance filed by Wolkow Braker Roofing Corporation,, 113 A
Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure Statement filed by Tishman Const
Corporation of New York,, Tishman Construction Corporation of Manhattan,, 108 Rule 7.1 Corporate Disclosure St
filed by Plaza Construction Corp.,, 378 CROSS MOTION to Remand to State Court. filed by Battery Park City Aut
254 Order on Motion to Appear Pro Hac Vice,, 332 Notice (Other) filed by Plaintiffs Liaison Counsel,, 303 Waiver
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate D
Statement filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 No
Appearance, filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavi
Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by Charles Dalton,, 57 Order,,
MOTION for Judgment on the Pleadings Based on State Statutory Immunity. filed by The Port Authority of New Y
&New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey
Answer to Complaint filed by Plaza Construction Corp.,, 259 Order,,, 170 Rule 7.1 Corporate Disclosure Statement
Plaza Construction Corp.,, 534 Memorandum &Opinion,,,, 33 Order,,,,,,, 524 Notice (Other) filed by Plaintiffs Liais
Counsel,, 494 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,, filed by Silverstein Properties, Inc., Silverstein Properties, Inc., World Trade Center Properties, L.L
Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World
Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silvers
WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein
Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC
L.L.C.,, Silverstein Properties, Inc.,,, 83 Case Management Plan,,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac
behalf of Plaintiffs' Liaison Counsel. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza
Construction Corp.,, 320 Endorsed Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,,
Opposition Brief filed by The City of New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Br
Works Co.,, 79 Order, Set Deadlines,,,,, 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction C
MOTION for Joseph E. Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Compan
AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Co
323 Rule 7.1 Corporate Disclosure Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Suppor
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by City of N
York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB
AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In
Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Co
Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C
Lend Lease, Inc. and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis
Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 49 Rule 56.1 St
filed by City of New York,, 290 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Pla
Liaison Counsel,, 127 Answer to Complaint filed by Plaza Construction Corp.,, 264
Declaration,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Phillips and Jordan,, 461 Notice (Other) filed by Plai
Liaison Counsel,, 283 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Plaintiffs Liaison Counsel,, 208 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 365 O
Order,, 151 Answer to Complaint filed by Plaza Construction Corp.,, 412 Order,,,,, 159 Answer to Complaint filed b
Construction Corp.,, 121 Answer to Complaint filed by Plaza Construction Corp.,, 489 Endorsed Letter,, 380 Endor
Letter,, 40 Affidavit of Service Other,, 406 Endorsed Letter,, 50 MOTION for Summary Judgment. filed by City of
York,, 207 Answer to Complaint filed by Plaza Construction Corp.,, 280 Subpoena Issued, filed by Defendants,, 47
7.1 Corporate Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environmen
Bechtel Associates Professiona;l Corporation,, Bechtel,, 42 Affidavit of Service Other,, 255 Notice (Other), Notice (
filed by City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction Co
364 Notice (Other) filed by Plaintiffs Liaison Counsel,, 348 Endorsed Letter,, 464
Reply,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by City of New York,, Turner Construction
Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease
Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 390 Rule 56.1 Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, 87 Notice (Other), Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC
Westfield America, Inc.,, Westfield WTC Holding LLC.,, 32 Order,,,, 537 Endorsed Letter,, 496 Reply Memorandu
in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,, filed by Silverstein Properties, I
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.

Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc..
Case Management Plan,,,,, 195 Answer to Complaint filed by Plaza Construction Corp.,, 298 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 133 Answer to Complaint
Plaza Construction Corp.,, 316 Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, 123 Answer to Complaint filed
Construction Corp.,, 154 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 143 Answer t
Complaint filed by Plaza Construction Corp.,, 101 Answer to Complaint filed by City of New York,, 322 Rule 7.1 C
Disclosure Statement filed by Verizon New York Inc.,, 220 Rule 7.1 Corporate Disclosure Statement filed by Plaza
Construction Corp.,, 325 Order,, 176 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 4
Protective Order,, 217 Answer to Complaint filed by Plaza Construction Corp.,, 321 Notice of Appearance filed by V
New York Inc.,, Verizon Properties Inc.,, 400 Rule 56.1 Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,
filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverst
Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Prop
LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L
Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings,
5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 379 Memorandum of Law in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,, filed by Battery Park City Authority,, 245 Order,, 139 A
to Complaint filed by Plaza Construction Corp.,, 70 MOTION to Dismiss. filed by The Port Authority of New York
Jersey,, World Trade Center Properties LLC,, 275 Declaration in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Defendants,, 539 Order, 239 Answer to Complaint filed
of New York,, 488 Declaration,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,, filed by City of New Y
Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,,
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 161 Answer to Complaint filed by Plaza Construction Corp.,, 293 Waiver of Se
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 291 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 91 Endorsed Letter,, 199 A
Complaint filed by Plaza Construction Corp.,, 299 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
filed by Plaintiffs Liaison Counsel,, 206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.
Endorsed Letter,, 118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 137 Answer to C
filed by Plaza Construction Corp.,, 84 Declaration,, 198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor
Corp.,, 469 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverst
Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Prop
LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L
Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings,
5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 313 Order,, 114 Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, 243 Order,,,, 532 Order,, 453 Notice of Change of Address,,,, filed by City of New York
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, LaStrada General Contracting Corp.,, B
Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.
Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Li
Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental, Inc.,, Tully Industries,
Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction
Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Le
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,,
Group, Inc.,, SKIDMORE OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLEY, INC,, Total Safe
Consulting, LLC,, Wolkow Braker Roofing Corporation,, 103 Answer to Complaint filed by City of New York,, 530
Endorsed Letter, Set Deadlines/Hearings,,,, 311 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
by Plaintiffs Liaison Counsel,, 169 Answer to Complaint filed by Plaza Construction Corp.,, 277 Order,, 52 Respons
Order, 333 Notice (Other) filed by Plaintiffs Liaison Counsel,, 436 Response in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 93 Remark fi
Nomura Holding America, Inc.,, 110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 1
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 231 MOTION seeking an order deeming
cross−claims for contribution or indemnity as amongst all co−defendants to have been made and denied.. (Filing Fe
39.00.) filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.

World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 216 Rule 7.1 Corporate Disclosure Statement filed b
Construction Corp.,, 135 Answer to Complaint filed by Plaza Construction Corp.,, 183 Answer to Complaint filed b
Construction Corp.,, 508 Master Allegations filed by Plaintiffs Liaison Counsel,, 306 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 69 Order, Set Hearings,, 4
Counter Statement to Rule 56.1,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by City of New Y
Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovi
Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 352 Order, Add and Termin
Attorneys,,, 36 Order of Dismissal,, 493 Reply Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,, filed by Consolidated Edison Company of Nev
Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solution
Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison
Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 533 Order,, 190 Rule 7.1 Corpo
Disclosure Statement filed by Plaza Construction Corp.,, 369 Notice of Appearance, filed by Tishman Construction
Corporation of New York,, Tishman Construction Corporation of Manhattan,, 304 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 128 Rule 7.1 Corporate D
Statement filed by Plaza Construction Corp.,, 71 Memorandum of Law in Support of Motion filed by The Port Auth
New York &New Jersey,, World Trade Center Properties LLC,, 523 Notice (Other) filed by Plaintiffs Liaison Coun
Answer to Complaint filed by Plaza Construction Corp.,, 419 Affirmation in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,, filed by Michael Chambers,, 309 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 446 Notice of Change of
Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co
LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis
Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend
Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bov
Lease, Inc. and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mu
Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC
KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, 256 Notice
filed by Tully Construction Co., Inc.,, 409 CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jor
Order,,, 269 Protective Order,, 106 Answer to Complaint filed by City of New York,, 212 Rule 7.1 Corporate Disclo
Statement filed by Plaza Construction Corp.,, 178 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 102 Answer to Complaint filed by City of New York,, 452 Stipulation and Order,, 30 Notice (Other) filed by
Patrick Ryan,, Charles Markey,, 229 Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,, 413
Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,, 318 Order, Set Deadlines/Hearings,,,,,,,,,, 392 MOTION
Summary Judgment Based on Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by The Po
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Ind
Silverstein Properties,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 W
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.
Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silv
WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein
Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC
L.L.C.,, Silverstein Properties, Inc.,,, 235 Order on Motion to Appear Pro Hac Vice,, 487 Order,,,, 179 Answer to Co
filed by Plaza Construction Corp.,, 221 Answer to Complaint filed by Plaza Construction Corp.,, 454 Declaration in
Support,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by Tishman Construction Corporation of Ne
Tishman Construction Corporation of Manhattan,, 522 Notice (Other) filed by Plaintiffs Liaison Counsel,, 165 Answ
Complaint filed by Plaza Construction Corp.,, 266 Endorsed Letter,,, 484 Order on Motion for Leave to Appear,,, 37
of Appearance filed by Verizon Communications Inc.,, 367 Rule 7.1 Corporate Disclosure Statement filed by Tishm
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 124 Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,, 490 Endorsed Letter,, 56 Order,,,,, 281 Order,, 292 Waiver

Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 138 Answer to Co
filed by Plaza Construction Corp.,, 527 Reply Memorandum of Law,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Properties, Inc.,, B
Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillips and Jordan,,,
Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein WTC Properties,,
Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings,,
5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, Turner/Plaza, A Joint Venture,, 483 Order, 307 Waiver of S
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 85 Case Management Plan
Endorsed Letter,, 233 Opposition Brief, filed by Plaintiffs Liaison Counsel,, 301 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 173 Answer to Complaint
Plaza Construction Corp.,, 182 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 397
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by The Port
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne
and New Jersey,, 470 Reply Memorandum of Law,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed
of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Leas
Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation
Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Bechtel,, 43 Affidavit of Service Other, 295 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 89 Order,,, 349 Endorsed
48 Declaration in Support, filed by City of New York,, 155 Answer to Complaint filed by Plaza Construction Corp.,,
Transcript, 45 Affidavit of Service Other, 289 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
by Plaintiffs Liaison Counsel,, 458 Reply Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by City of New York,, Turner Construction
Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease
Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 383 MOTION to Dismiss. filed by City of New York,, Turner Construction Co
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, 62 Order,,, 541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by
Plaintiffs Liaison Counsel,, 519 Order,, 328 Notice of Appearance filed by Zeckendorf Realty, L.P.,, 278 Remark,,
Endorsed Letter, Set Deadlines/Hearings,,,,, 73 Order,,, 116 Rule 7.1 Corporate Disclosure Statement filed by Plaza
Construction Corp.,, 338 Notice of Appearance filed by Nomura Holding America, Inc.,, 271 MOTION to Compel
Discovery and for Sanctions for Failure to Comply. filed by Plaintiffs Liaison Counsel,, 160 Rule 7.1 Corporate Dis
Statement filed by Plaza Construction Corp.,, 462 Reply Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by Westfield Corporation, Inc.,, Westfield W
LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 270 Certificate of Service
Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,, filed by City of New York,, Turner Construction Comp
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
223 Answer to Complaint filed by Plaza Construction Corp.,, 261 Endorsed Letter,, 345 Opposition Brief filed by C
New York,, 64 Transcript, 366 Notice of Appearance filed by The Bank of New York Company, Inc.,, The Bank of
York,, One Wall Street Holdings LLC,, One Wall Street Corporation,, The Bank of New York Trust Company,, 285
of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 502 Order,,,, 5
Notice of Appearance filed by Nomura Holding America, Inc.,, 500 Stipulation and Order of Dismissal,,, 228 Rule 7
Corporate Disclosure Statement filed by Tully Construction Co., Inc.,, 546 Notice of Appearance filed by Musco Sp
Lighting, LLC,, 222 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,, 215 Answer to Co
filed by Plaza Construction Corp.,, 346 Opposition Brief filed by City of New York,, 510 Master Allegations filed b
Plaintiffs Liaison Counsel,, 98 Order,,, 120 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Co
Answer to Complaint filed by Plaza Construction Corp.,, 202 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 372 Notice of Appearance filed by Verizon Communications Inc.,, 238 Affirmation in Support
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Consolidated Edison Company of New York, Inc.,, Consolidated
Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso

Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co
Inc.,, Consolidated Edison Development, Inc.,, 105 Answer to Complaint filed by City of New York,, 185 Answer t
Complaint filed by Plaza Construction Corp.,, 480 Endorsed Letter,,, 531 Order,, 99 Order Admitting Attorney Pro I
Vice,, 111 Answer to Complaint filed by Plaza Construction Corp.,, 354 Order, Add and Terminate Attorneys,,, 471
Declaration in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by City of New Y
Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovi
Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 41 Affidavit of Service Oth
Affidavit in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by John Montalvo
Notice (Other), Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties
193 Answer to Complaint filed by Plaza Construction Inc.,, 146 Rule 7.1 Corporate Disclosure Statement filed by
Construction Corp.,, 125 Answer to Complaint filed by Plaza Construction Corp.,, 279 Reply to Response to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 543 MOTION for Leave to
the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed by City of New York,, Turner Construction Company,,
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, 167 Answer to Complaint filed by Plaza Construction Corp.,, 339 Notice (Other) filed by Plaintiffs Liaison
Counsel,, 441 Affidavit in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by J
Montalvo,, 485 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,
filed by marion s. mishkin,, 248 Case Management Plan,, 526 Stipulation and Order of Dismissal,, 184 Rule 7.1 Cor
Disclosure Statement filed by Plaza Construction Corp.,, 150 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 236 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 334 Order,,
Deadlines/Hearings,,, 37 Order,,,,, 129 Answer to Complaint filed by Plaza Construction Corp.,, 117 Answer to Con
filed by Plaza Construction Corp.,, 513 Master Allegations filed by Plaintiffs Liaison Counsel,, 241 Answer to Com
filed by The Port Authority of New York &New Jersey,, 341 Opposition Brief filed by The City of New York,, 386
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by City of
York,, Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc
Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 141 Answer to Complaint filed by Pl
Construction Corp.,, 282 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
City of New York,, 38 Order,,, 181 Answer to Complaint filed by Plaza Construction Corp.,, 197 Answer to Compla
by Plaza Construction Corp.,, 211 Answer to Complaint filed by Plaza Construction Corp.,, 97 Answer to Complain
City of New York,, 168 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 134 Rule 7.1 C
Disclosure Statement filed by Plaza Construction Corp.,, 162 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 177 Answer to Complaint filed by Plaza Construction Corp.,, 340 Order, 59 Order,, 439 Endor
Letter,, 35 Order,,,, 317 Rule 26 Disclosure filed by Plaintiffs Liaison Counsel,, 474 Answer to Complaint, Third P
Complaint filed by Phillips and Jordan,, 507 Master Allegations filed by Plaintiffs Liaison Counsel,, 210 Rule 7.1 C
Disclosure Statement filed by Plaza Construction Corp.,, 276 Memorandum of Law in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Bechtel,, 287 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 227 Answer to Complaint
The Port Authority of New York &New Jersey,, 515 Affidavit of Service
Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 44 Affidavit
Service Other, 498 Stipulation and Order of Dismissal,, 360 Order, Add and Terminate Attorneys,,, 418 Affirmation
Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Thomas Asher,, 192 Rule 7.1
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 315 Order,,,, 172 Rule 7.1 Corporate Disclosure
Statement filed by Plaza Construction Corp.,, 394 MOTION for Summary Judgment Based Upon Status as
Out−of−Possession Lessees. filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center P
L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,,
Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,,
Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,,
Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings,
5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 407 Rule 7.1 Corporate Disclosure Statement filed by Tully
Environmental, Inc.,, 218 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 258 Endorse
410 Notice of Appearance filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,
Order, Add and Terminate Attorneys,,, 130 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Co

Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_403 Memorandum of Law in Support o
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein Pro
Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.
World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,,
Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silver
WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings,,
WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,,_115 Answer to Complaint filed by
Construction Corp.,,_188 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_296 Waiver o
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,,_463 Reply Memorandum
Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Consolidated Edison Compan
New York, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edis
Solutions, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated
Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,,_53 Declaration in Opposition to
_415 Notice of Substitution of Attorney, filed by Murray Hill Properties LLC,,_398 Rule 56.1
Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverstein P
Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.
World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,,
Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silver
WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings,,
WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,,_237 Answer to Complaint filed by
Authority of New York &New Jersey,,_465 Reply Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by the Port Authority of New York &New J
The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, Frances Tarta
_272 MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Contempt for their f
respond to same. filed by Plaintiffs Liaison Counsel,,_497 Reply Memorandum of Law in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by Silverstein Properties, Inc.,, Silverste
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Hold
L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,,
Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,,_294 Waiver of
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,,_228 Answer to Complaint
Plaza Construction Corp.,,_156 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_389
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,, filed by Westfield
Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield America
Westfield WTC Holding LLC,,_63 Endorsed Letter, Set Hearings,,,,,_371 Notice of Appearance, filed by Tishman
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,,_326 Order,,,_350 Notice
filed by Verizon New York Inc.,, Verizon Properties Inc.,,_174 Rule 7.1 Corporate Disclosure Statement filed by Pla
Construction Corp.,,_444 Notice of Appearance filed by CDL (New York) L.L.C.,,_205 Answer to Complaint filed b
Construction Corp.,,_88 Notice (Other), Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,,
Westfield America, Inc.,, Westfield WTC Holding LLC,,_447 Notice (Other) filed by Verizon New York Inc.,, Veri
Communications Inc.,, Verizon Properties Inc.,,_331 Endorsed Letter,,_164 Rule 7.1 Corporate Disclosure Statement
Plaza Construction Corp.,,_72 Remark filed by The Port Authority of New York &New Jersey,, World Trade Center
Properties LLC,,_377 Order, Set Deadlines,,,,,_60 Order,,,_219 Answer to Complaint filed by Plaza Construction Cor
Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, filed
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,,
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,_448 Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Prop
Inc.,,_96 Answer to Complaint filed by City of New York,,_171 Answer to Complaint filed by Plaza Construction Co
Certificate of Service Other,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by City of New York,,
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, AMEC Construction Management, Inc
Construction Corp.,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental In
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be
Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,,_373 N
Appearance filed by Verizon Communications Inc.,,_359 Order, Add and Terminate Attorneys,,,_242 Answer to Cor
filed by Silverstein Properties, Inc.,, World Trade Center Properties LLC,,_90 Case Management Plan,,,,,,,_401 Rule
Statement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,, filed by The Port Authority of New York &New Jer
Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,,_286 Waiver of Ser
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,,_47 Order,,_347 Notice (Ot
by Plaintiffs Liaison Counsel,,_499 Stipulation and Order of Dismissal,,,_147 Answer to Complaint filed by Plaza
Construction Corp.,,_153 Answer to Complaint filed by Plaza Construction Corp.,,_411 Rule 7.1 Corporate Disclosu

Statement filed by Turner/Plaza, A Joint Venture,, 542 FIRST MOTION For Leave To File Plaintiffs' Master Comp
To Fresh Kills Defendants re: 541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendant
Memorandum In Support. filed by Plaintiffs Liaison Counsel,, 67 Endorsed Letter,, 65 Endorsed Letter,, 112 Rule 7
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 244 Notice (Other) filed by Latham &Watkins L
Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed b
New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease
Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation
Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Bechtel,, 324 Notice of Appearance filed by Verizon New York Inc.,
Properties Inc.,, 506 Endorsed Letter,,, 395 MOTION for Judgment on the Pleadings Based on State Common Law
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, 203 Answer to Complaint filed by Plaza Construction Corp.,, 214 Ru
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 180 Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, 385 MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y
Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solution
Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison
Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 358 Order, Add and Terminate
Attorneys,,, 511 Master Allegations filed by Plaintiffs Liaison Counsel,, 442 Memorandum of Law in Opposition to
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,, filed by John Montalvo,, 535 Endorsed Letter,,, 20
Answer to Complaint filed by Plaza Construction Corp.,, 186 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 353 Order, Add and Terminate Attorneys,,, 514 Master Allegations filed by Plaintiffs Liaison C
75 Endorsed Letter,,, Add and Terminate Attorneys,, 77 Endorsed Letter,, 225 Answer to Complaint filed by Plaza
Construction Corp.,, 274 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Defendants,, 481 Order,,, 39 Affidavit of Service Other,, 95 Notice (Other), Notice (Other) filed by Westfield Corpo
Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC.,, 126 Rule 7.1 Corporate Disc
Statement filed by Plaza Construction Corp.,, 200 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 157 Answer to Complaint filed by Plaza Construction Corp.,, 284 Waiver of Service
Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 330 Notice (Other), Notic
filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L
WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, 209 Answer to Complaint filed by Plaza Construction Corp.,, 41
Order,,, 468 Reply Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,
filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Por
Authority of New York and New Jersey,, Frances Tartamella,, 34 Order,,,,,,,, 370 Rule 7.1 Corporate Disclosure Sta
filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 356 O
and Terminate Attorneys,,, 402 Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Authority of New York and New Jersey,, 246 Transcript,, 122 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 451 Protective Order, 437 Notice (Other) filed by Plaintiffs Liaison Counsel,, 512 Master Alle
filed by Plaintiffs Liaison Counsel,, 337 Endorsed Letter, Set Deadlines/Hearings,,,,, 391 Declaration in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,, filed by City of New York,, Turner Construction Co
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tu
Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl
Joint Venture,, Bechtel Associates Professiona;l Corporation,, 51 Memorandum of Law in Support of Motion filed b
New York,, 194 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 149 Answer to Compl
by Plaza Construction Corp.,, 196 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 435
Appearance filed by Antonio E. Alves,, Maria E. Alves,, 455 Endorsed Letter,, 54 Order,, 495 Stipulation and Orde
Dismissal, 61 Transcript, 158 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 308 Wai
Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 240 Answer to Co
filed by City of New York,, 443 Notice of Appearance,,,,,, filed by Turner Construction Co.,, Turner Construction Co
Bechtel Corporation,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis L
Lease Inc,, Tully Construction Co., Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza
Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., I
Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Bechtel Associates Professiona;l
Corporation,, 247 Answer to Complaint filed by World Trade Center Properties LLC,, 525 Memorandum of Law in
Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Coun
Notice (Other), Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties

140 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 466 Reply Affidavit in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 Wor Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Aut New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC H L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Master Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegations filed by Plaintiffs Liaison Counsel,, Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, 302 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate D Statement filed by Plaza Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,, 305 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Plaintiffs Liaison Coun MOTION to Compel the Depositions of Lawrence Martin, Esq., and Kenneth Becker, Esq.. filed by Plaintiffs Liaiso Counsel,, 191 Answer to Complaint filed by Plaza Construction Corp.,, 343 Opposition Brief filed by City of New Y 268 Order Lifting Stay,,, 361 Order, Add and Terminate Attorneys,,,, 136 Rule 7.1 Corporate Disclosure Statement f Plaza Construction Corp.,, 265 Order,,, 297 Waiver of Service Executed,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Plaintiffs Liaison Counsel,, 312 Order, 868 MOTION for Protective Order Exhibits H–L. filed by En–Tech Corp., I Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructio L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., E Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tu Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happol Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze Nationa Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz Construction Corp., Executive Medical Services, Inc., HP Environmental, Inc., Francis A. Lee Company, LaStrada Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C, Big Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, Leslie E. Roberts Associates Consulting Engineers, P.C., Weidlinger Associates, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers Pitkin, Inc., 779 Notice (Other) filed by Plaza Construction Corp., 612 Answer to Complaint filed by Phillips and Jo Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, 650 Order, Set Deadlines/Hearin 563 Response,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Maria E. Alves, Antonio E. Alv Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 758 Amended Answer to Complaints, filed by Ne City Department of Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, Yannuzzi &Sons New York City Department of Sanitation, New York Police Department, 751 Rule 7.1 Corporate Disclosure Statem by Bechtel Construction Company, Inc., 749 Rule 7.1 Corporate Disclosure Statement filed by Bechtel Associates Professional Corp., 725 Certificate of Service Other filed by Cord Contracting Co. Inc., 824 Affidavit in Support of filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulti Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc. Rule 7.1 Corporate Disclosure Statement filed by Total Safety Consulting, LLC, Transmission to Attorney Admissio Clerk, 871 Memorandum of Law in Support of Motion,,,,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., D Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Profe Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas

Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bech
Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Co
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc.,
Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipme
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highris
Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton
Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel
Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera
Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lock
Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Service
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, l
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 628 Notice (Other) filed by Plaintiffs Liaison Counsel, 580 O
Deadlines/Hearings, 858 Stipulation and Order of Dismissal,, 659 Rule 7.1 Corporate Disclosure Statement filed by
Heydt Corp., 588 Order,, 778 Notice (Other) filed by Plaza Construction Corp., 700 Rule 7.1 Corporate Disclosure S
filed by Hallen Welding Services, Inc., 796 Notice (Other) filed by Plaintiffs Liaison Counsel, 640 Objection (non–
filed by Verizon New York Inc., 862 Answer to Amended Complaint filed by American Building Maintenance Indu
Inc., 856 Stipulation and Order of Dismissal,, 595 Notice of Change of Address filed by 100 Church, LLC, Zar Real
Management Corp., 709 Rule 7.1 Corporate Disclosure Statement filed by Leslie E. Robertson Associates, R.L.L.P.,
Notice (Other) filed by Plaintiffs Liaison Counsel, 815 Rule 56.1 Statement,, filed by Skidmore Owings &Merrill L
Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., We
Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. -
Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Co
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser F
Consulting Engineers, Lucius Pitkin, Inc., 691 Rule 7.1 Corporate Disclosure Statement filed by Executive Medical
P.C., 616 Response to Discovery filed by John Montalvo, 733 Rule 7.1 Corporate Disclosure Statement filed by Roy
Inc., 773 Notice (Other) filed by Plaza Construction Corp., 763 Order Admitting Attorney Pro Hac Vice, 547 Order
Deadlines/Hearings,, 561 AMENDED MOTION for Declaratory Judgment Supporting Memo of Law. filed by Mic
Haskett–Godbee, 746 Endorsed Letter, 720 Certificate of Service Other,,,,,,,, filed by En–Tech Corp., Diego Constr
Inc., DMT Enterprise, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, In
Toretta Trucking, Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engi
P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonk
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey
Bechtel Associates Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Asse
Systems, Inc., Liberty Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie
Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporatio
GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thor
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska In
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C
HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpe
&Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized H
LLC, Inc., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lud
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 599 MOTION to Admit
Pro Hac Vice. filed by Plaintiffs Liaison Counsel, 586 MOTION to Compel the firm of Worby Groner Edelman &N
produce the files of Kevin Fitzpatrick and Samuel Provisero. filed by Samuel Provisero, Susan Marie Provisero, 564
Response,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Maria E. Alves, Antonio E. Alv
Response to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by City of New York, 755 Stipulation and Order of Dismis
Stipulation and Order,,, 602 Memorandum &Opinion,, 760 Notice (Other), 654 Endorsed Letter,, 876 MOTION for
Protective Order – Plaintiffs' Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Cou
Answer to Complaint filed by City of New York, 801 Response to Discovery filed by Tishman Speyer Properties, L

Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio, Fr
Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Flanc
Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andrew
Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarella,,
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc.,_874_ Affidavit in Support of Motion,,,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., DMT Ent
Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Con
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corp
Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation,
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construct
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton
Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel
Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera
Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lock
Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp.,_707_ Order, Rule 7.1 Corporate Disclosure Statement filed by LaStra
General Contracting Corp.,_888_ Notice of Appeal, filed by Plaintiffs,_764_ Rule 7.1 Corporate Disclosure Statement,
Vollmer Associates, LLP, Note to Attorney to E–Mail PDF,_684_ Rule 7.1 Corporate Disclosure Statement filed by D
Enterprise, Inc.,_587_ Declaration in Support of Motion,,,,, filed by Samuel Provisero, Susan Marie Provisero,_721_ Ce
of Service Other,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., Diego Construction, Inc., DMT Enter
Inc., Lockwood, Kessler &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I
Demo–Tech, Canron Construction Corp., Fleet Trucking, Inc., Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc.
Manafort Brothers, Inc., C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie
Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazz
Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Exca
Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Execu
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Bre
Transportation Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.,_608_ Order,_821_ Affidavit in Support of Motion,, filed
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro I
Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,_864_ Order on Motion to Strike,
7.1 Corporate Disclosure Statement filed by Breeze National, Inc., Cashiers Remark,_836_ Notice of Voluntary Dism
Signed,_560_ AMENDED MOTION for Declaratory Judgment Affirmation John Rudden, Esq.. filed by Michelle
Haskett–Godbee,_582_ Order,_607_ Order Admitting Attorney Pro Hac Vice,_882_ Endorsed Letter,_808_ Notice of App
filed by The Port Authority of New York &New Jersey,_706_ Answer to Amended Complaint, filed by AMEC Const
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Tu
Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp.,_85.
Stipulation and Order of Dismissal,,_617_ Order,_574_ Order, Set Deadlines/Hearings,,_754_ Memorandum of Law in S
Motion, filed by Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates
Professional Corp.,_600_ Endorsed Letter,_828_ Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill I
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.O
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, I
Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz

Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 744 Rule 7.1 Corporate Disclosure Statement filed
Wolkow Braker Roofing Corp., 641 Endorsed Letter, 664 Rule 7.1 Corporate Disclosure Statement filed by Brer–F
Transportation Corp., 867 MOTION for Protective Order Exhibits E–G. filed by En–Tech Corp., Diego Constructic
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Ir
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Bechtel Associates Professiona;l Corporati
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocch
Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LL
Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Ex
Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'On
General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sein
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 747 Notice (Other) filed by Plaintiffs
Counsel, 737 Rule 7.1 Corporate Disclosure Statement filed by Silverite Contracting Corp., 557 MOTION Motion f
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocut
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocut
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI

Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pur

28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pu
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pu
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pu
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend

Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pu
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocut
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pu
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocut
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pu
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe
Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocut
Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for
Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi
for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI
Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal
MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend
Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St
Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an
Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(
for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1
and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S
1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28
Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t
U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pu
28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal
to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe

Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292( for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pu 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTI Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a St Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) an Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292( for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. S 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant t U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pu 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appe Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocu Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certi for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pend Appeal. filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., Bechtel, Tully Construction Company, Tully Environmental Inc., Bovis International, Inc., Bechtel Corporation, Plaza Construction Managemen Tully Construction Co., Inc., City of New York, Bechtel Associates Professiona;l Corporation, Turner Construction Company, Bovis Lend Lease, Inc., Bovis Lend Lease Inc., Bechtel Construction, Inc., Tully Industries, Inc., Bechtel Environmental, Inc., Turner/Plaza, A Joint Venture, Plaza Construction Corp., Bovis Holdings Limited, Bovis Lend Interiors, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., 637 Answer to Complaint filed by (New York) L.L.C., 571 Order,,, 809 Order on Motion to Dismiss, 786 Protective Order, 546 Notice of Appearance Musco Sports Lighting, LLC, 738 Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumpertz &Heger Inc Notice of Appearance filed by Gilsanz Murray Steficek LLP, 636 Answer to Complaint filed by GRUBB &ELLIS MANAGEMENT SERVICES, INC.,, 666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction C Notice (Other) filed by Plaintiffs Liaison Counsel, 555 AMENDED MOTION for Declaratory Judgment Statute Lin Notice of Claim. filed by Michelle Haskett–Godbee, 692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Tru Inc., 875 Stipulation and Order, 731 Rule 7.1 Corporate Disclosure Statement filed by Robert Silman Associates, P. Rule 7.1 Corporate Disclosure Statement filed by Breeze Carting, Inc., 800 Transcript, 832 Certificate of Service Ot filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, The Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler & Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 861 MOTION to Amend/Correct, Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certain Affirmative

(see documents 854 and 860). filed by Plaintiffs Liaison Counsel,_642 Response, filed by John Montalvo,_840 Amer
Answer to Complaints,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, K
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L
Contracting Corp., Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc.,
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owi
&Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associat
Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., E
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Anthony Cortese Specialized H
LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp.,_866 MOTION for Protective Order Certification of James E. Tyrrell, Jr.,
Exhibits A–D. filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, Inc., C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Moretrench Americ
Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construct
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze N
Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roof
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC,
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
MOTION permission to add specified questions to the Core Discovery. filed by SURVIVAIR RESPIRATORS, INC
Certificate of Service Other filed by City of New York,_629 Notice (Other) filed by Plaintiffs Liaison Counsel,_585 I
Appearance filed by Bovis Lend Lease LMB, Inc.,_643 Reply, filed by John Montalvo,_819 Affidavit in Support of I
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Order,_670 Answer to Complaint filed by Tishman Speyer Properties, LP,_785 Order,,_674 Rule 7.1 Corporate Discl
Statement filed by DB Private Clients Corporation,_675 Rule 7.1 Corporate Disclosure Statement filed by Dakota
Demo–Tech,_578 Stipulation and Order,_603 USCA Mandate,,,,_782 Notice of Appearance filed by Plaza Constructi
748 Case Management Plan,_839 Rule 7.1 Corporate Disclosure Statement filed by Tucci Equipment Rental Corpora
Notice of Appearance filed by Bovis Lend Lease LMB, Inc.,_653 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC.,_716 Certificate of Service Other, filed by New York City Department o
Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New York City Department of Sanita
New York Police Department,_881 Declaration in Opposition to Motion filed by The Port Authority of New York &
Jersey,_690 Response, filed by John Montalvo,_630 Notice (Other) filed by Plaintiffs Liaison Counsel,_822 Affidavit
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, Inc., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu

Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac Vice, 826 Affid
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 803 Notice (Other) filed by Mayore Estates, LLC, 771 Notice (Other) filed by Plaza Construction Corp., 620 O
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., Diego Construction
DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, I
Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Te
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., I
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation,
Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Re
of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulti
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrenc
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Volln
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Bec
Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors,
New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Constructi
Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services,
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti
Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York C
&Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia
Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Luciu
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 879 MOTION for Protective Or
Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order. filed by Plaintiffs L
Counsel, 777 Notice (Other) filed by Plaza Construction Corp., 726 Rule 7.1 Corporate Disclosure Statement filed b
Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith, 579 Stipulation and Order, 705 Answer
Complaint,,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Skidmore Owings &Mer
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Ber
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contrac
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associates Professi
Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mut
Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Cons
Engineers, P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construct
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoco
Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Bechtel Environmental,
Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., I
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Me
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 859 Stipulation and Order of Dismissal,, 695 Answer to Com
filed by Verizon New York Inc., 689 Rule 7.1 Corporate Disclosure Statement filed by Ewell W. Finley, P.C., 649 F
filed by John Montalvo, 818 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engir
P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Asso
Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser I
Consulting Engineers, Lucius Pitkin, Inc., 724 Rule 7.1 Corporate Disclosure Statement filed by Nicholson Constru

852 Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz Murray Steficek LLP, 676 Rule
Corporate Disclosure Statement filed by Diamond Point Excavating Corp., 781 Notice (Other) filed by Plaza Constru
Corp., 775 Notice (Other) filed by Plaza Construction Corp., 736 Rule 7.1 Corporate Disclosure Statement filed by S
Equipment and Manufacturing Corporation, 757 Rule 7.1 Corporate Disclosure Statement filed by Yannuzzi &Sons
686 Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc., 863 Endorsed Letter, 77
(Other) filed by Plaza Construction Corp., 568 Order Admitting Attorney Pro Hac Vice, 830 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engine
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Tho
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 798 Notice (Othe
by Plaintiffs Liaison Counsel, 734 Rule 7.1 Corporate Disclosure Statement filed by Sperian Respirstory Protection
LLC, 793 Response to Discovery filed by Samuel Provisero, 611 Rule 7.1 Corporate Disclosure Statement filed by I
and Jordan, 843 Reply Affirmation in Support of Motion, filed by Bechtel Associates Professional Corporation, Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., 592 Notice (Other) filed by Plaintiffs Liaison
767 Notice (Other) filed by Plaza Construction Corp., 753 MOTION to Dismiss of Bechtel Defendants. filed by Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp., 873 A
in Support of Motion,,,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Const
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vo
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony C
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 668 Answer to Complaint filed by Sperian Respirstory Protection USA, LLC, 761 Notice (Oth
by Plaintiffs Liaison Counsel, 849 Stipulation and Order of Dismissal, 766 Notice of Adoption of Master Answer fi
Plaza Construction Corp., 601 Order on Motion for Miscellaneous Relief, 756 Notice (Other) filed by Phillips and J
Inc., 619 Order, 742 Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc., 841 Amended Answer t
Complaints,,,,,,,, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Ba
Inc., SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construct
Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting
Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Week
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engine
P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. –
Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Koch S
Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive M
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Ap
Wrecking &Construction Corp., 681 Rule 7.1 Corporate Disclosure Statement filed by Tishman Interiors Corporatio
Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc., 783 Notice of Appearance filed by Plaza

Construction Corp., 594 Order, Set Deadlines/Hearings,,,, 842 Reply Memorandum of Law in Support of Motion, fi
Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environment
743 Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc., 772 Notice (Other) filed by Plaza
Construction Corp., 727 Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environmental Corp., 589 Case
Management Plan,,,,,,, 704 Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction, Inc., 833 Declar
filed by Joseph Bellisimo, Rosanne Baldo, Nicole Agugliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cac
Frank E. Bondeson, Kimberely Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patricia Ayers, Robert
Carannante, Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patricia Can
Lahissi Adetayo, Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John Baiano
Bueford, Robert Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Buirkle, Eileen
Belmonte, Catherine Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, C
Carver, Alexander, Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto,
Christopher A. Bauman, Nasar Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theadore Belgrave, Thomas L.
Bencivenga, Santo Baisi, Wayne Brown, Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, K
Calzadilla–Marino, Mamcyhi Bilicki, Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Bianco, S
Accetta, Kevin Brannick, Leroy Blount, Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry l
Peter Carlo, Lorraine K. Bieselin, Benito Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andreot
Allivar, Patricia Agugliairo, Diane Bethea, Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte,
Hock, Carlos Bennett, Hassena Bishun, Irene Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas B
Nicole Anderson, Kevin Bartolomew, Xavier Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagober
Aristizabal, Patricia Aguirre, Thomas J. Barry, Bridget Cacavio, Jeanette Buss, Joseph Anzueta, Christine Broome,
Broome, Thomas Avery, Paul Caminiti, James S. Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Ba
Evanie Antine, Ralph Carmine, Jose Bacchi, Tinel Bedford, Sue Ann Andersen, Georgina Cabrera, Lorraine Barry,
Blumbergs, Michael Barker, Carolyn Bavaro, Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Y
Bartlet, Jaime Alvarez, Jeff Campion, Julie Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann
Cangemie, Richard Battle, Camile Anderson, Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo
Richrd Blasi, Louis Betro, Camile Baker, Thomas Bacchi, Walter Bieber, Stalin T. Barccoulong, Norma Black, Care
Bryson, George Affatato, Maryann Bubelnik, Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Bec
Anselmo, Julio Alonzo, Zebebulah Cagatay, Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelreh
Robert Anzalone, John Bou, Randy S. Brenner, Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne,
Antoniades, Gloria Elaine Carson, James Albach, Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Be
Calogero Agro, Victor Carpentier, Cindy Benenati, Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid
Setna Bascom, James A. Bianco, Virginia Barbosa, Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Aluler
Nicholas Boscaino, Sybel Barefield, Lois E. Affatato, Peter Bergin, Steve Cappello, Patricia Bullen, Guiseppe Acqu
Laura Armstrong, Tye Butler, Frank Beshears, Serafina Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizab
Auer, Reynaldo Benitez, Joseph F. Bilella, Dimitrios Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmag
Blanco, Erick Bermudez, Jorge Alvlema, Stephen Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay
Akers, Andrew F. Carson, Ann Marie Barone, Cesar Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, M
Asher, Caryn Abruzzese, Asaro Calogero, Lance Becca, David Alvarado, Anthony Basic, Veronica E. Black, Paul E
Arenas Arenas, Christopher Bacchi, Megan Capuano, Neil Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelreh
Maria I Astudillo, James W. Brereton, Sharon Brenseke, Noemi Aponte, Amy Beller, Julio Bastidas, Michael Basm
Chris Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia Arciuolo, David Aviles, Teresa Arca, Glenda Ammon,
Armagno, James Bartlet, Kathleen M. Acquaro, Dominic Bonomonte, Colin Byrne, John Arciuolo, William Beaury
Agugliardo, Steven Brenseke, Rosa Agro, Ann Benn, Claude Armstrong, Orlando Almodovar, Richard Antonacci, l
Carvajal, Daniel Armgano, Peter Bishun, James Arca, Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lil
Aquart, Lawrence Bilicki, Kimberly Carlo, Hanfort Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Micha
Briskie, Andrew Barone, Wilmer Astudillo, Thomas E. Carlstrom, Francine Asciolla, William Baker, Alfred Baker,
Caradonna, Michael Baratta, Eileen Beaury, Eleanore Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Bae
Cardinale, Joseph Aparicio, Carol Barnes, Anthony Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bell, Idris E
Danny Aroyo, Barry Buss, Jospeh Anderson, Holly Andersen, Robert Asinelli, Elizabeth Barksdale, Jason Andersen
Bencivenga, Joy H. Bolobanic, Candiace Baker, Marie Barry, Anthony Anderson, James Bahrey, Sonia Alvarado, R
Akil, Roseann Bilella, Santiago Alvear, Victor Azubike, Fitzroy Augustus, Wilbert Bascom, James Baumann, Mich
Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony Alloggio, Maria Asencio, John Boyle, Vivencia Alaimo, Mich
Sergio Barragan, Louis Ancona, Emmanual Agostini, John Bianco, Richard Allison, Maria Bartolomew, Gina Baisi
Geraldine Alexander, Terri Bianco, Susan Asinelli, Vincent Aprea, Donald Bowles, Peter Acquaro, June Allison, Jo
Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Joseph Accetta, Kevin Barry, Kevin Carpenito, Vinny Benena
Bellissimo, James F. Albach, Allen Andersen, Andrea Anderson, Maureen Bilella, Martin Bilinski, Rose Marie Ben
Raymond Barksdale, Linda Avery, Marisol Calzadilla–Marino, Alise L. Bauman, Antonio Andreotti, Ann Betro, Jo
Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Thomas Bruno, Robert Aguirre, Lorraine Burke, Robert Bile
Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta Bishun, Cecelia Borcherding, Renee Berry, Anna Abac
Acierno, Catherine Biliski, Christine Beck, Stewart Anspach, Lorenzo Arellano, Frank Bauman, Ann Marie Anzalo
Michael R. Basile, Courtney Aquart, Arthur Alessandro, Robert Adams, Bonnie M. Carson, Joseph Asciolla, Rita A
Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, Anna Aviles, Andrew Benfante, Richard Bittles, Rober
Boswell, Louie Cacchioli, Donna Bennett, De'Andre Berry, Portia Augustine, Anna Antico, Douglas Anderson, Dap

Blacksea, Thomas Camarda, Dominick Capuano, James Bieselin, Tyrell Anderson, Thomas Cacavio, Kathleen Bon
806 Order Admitting Attorney Pro Hac Vice, 562 AMENDED MOTION for Declaratory Judgment Plaintiff's Aff in
Support. filed by Michelle Haskett–Godbee, 658 Rule 7.1 Corporate Disclosure Statement filed by A Russo Wrecki
596 Notice of Change of Address, filed by Century 21 Department Stores LLC, Blue Millennium Realty LLC., Cent
Inc., 652 Answer to Complaint filed by Evans Environmental &Geological Science &Management, LLC., 710 Rule
Corporate Disclosure Statement filed by Lockwood, Kessler &Bartlett, Inc., 553 Reply Affirmation in Support of
Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,, filed by Plaintiffs Liaison Counsel, 714 Rule 7.1 Corpora
Disclosure Statement filed by Manafort Brothers, Inc., 723 Rule 7.1 Corporate Disclosure Statement filed by New Y
Crane &Equipment Corp., 545 Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Constructi
Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Por
Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Constructi
The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bech
Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C., 575 Order A
Attorney Pro Hac Vice, 770 Notice (Other) filed by Plaza Construction Corp., 597 Notice (Other) filed by 80 Lafey
Associates, LLC, Mayore Estates, LLC, 713 Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wre
Inc., 722 Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc., 816 Affidavit in Support of M
filed by Gilsanz Murray Sticek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Rob
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Cons
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Eng
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 752 Rule 7.1 Corpo
Disclosure Statement filed by Bechtel Corporation, 732 Rule7.1 Corporate Disclosure Statement filed by Rodar Ent
Inc., 857 Stipulation and Order of Dismissal,, 661 Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wre
&Construction Corp., 703 Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, L.L
Notice (Other) filed by Plaintiffs Liaison Counsel, 854 MOTION to Strike Certain Affirmative Defenses Pursuant to
12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursu
Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses
to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). filed by Plaintiffs Liaison Counsel, 741 Rule 7.
Corporate Disclosure Statement filed by Vollmer Associates, LLP, 728 Endorsed Letter,, 795 Response to Discover
Kevin Fitzpatrick, 566 Order,, 817 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tec
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 878 MOTION for Protective Order Plaintiffs' Memorandum of Law in O
to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Counsel, 883 Order,, 792 MOTION for Heidi
Appear Pro Hac Vice. filed by The Port Authority of New York &New Jersey, 789 Notice (Other) filed by Plaintiffs
Counsel, 672 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers Trust
Corporation, 632 Case Management Plan,,, 835 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 790 N
(Other) filed by Phillips and Jordan, Inc., 610 Notice of Appearance filed by Phillips and Jordan, 865 MOTION for
Protective Order Notice of Motion. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Can
Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp.,
Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.
Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, L
One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roo
Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safe
Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Sys
Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simps
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., R
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 769 Notice (Other) filed by Plaza Construction Corp., 711 Rule 7.1 Corporate Disclosure Stat

filed by Lucius Pitkin, Inc., 885 Reply Memorandum of Law in Support of Motion,,,,,,,,,, filed by AMEC Constructi
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., S
Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associat
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc, Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R
Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General
Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion,, filed by Gilsan
Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu
Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W
Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger, Inc., Robert Silm
Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosure
Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Con
Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other)
Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Not
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complain
The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Meri
Construction Group, L.L.C., 887 Declaration in Support of Motion,,,,,,,,,, filed by AMEC Construction Managemen
Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, In
Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., L
Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc.,
Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Co
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–T
Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Compani
Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Co
Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Pro
Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Dakota Demo–Tech, MRA Engineering, P.C.,
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Leas
Inc., Rodar Enterprises, Inc, Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Br
Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoist
Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Sk
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipmen
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 685 Rule 7.1 Corporate Disclo
Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corporate Disclosure Statement filed by E.J.
Inc., 621 Consent Order, Add and Terminate Attorneys,, 591 Order on Motion to Compel, 633 Answer to Complain
RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel, 556 MOTION for Declaratory Judgment S
Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 872 Affidavit in Support of Motion,,,,,,,,,, filed by
Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., A
Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corp., Tully Construction
Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing

Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., N
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,
Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Po
Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler
&Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Li
Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota
Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associa
Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversifie
Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contra
Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction C
DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, In
Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturin
Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industrie
Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa,
D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associ
P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 829 A
in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Fin
Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Golds
Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &N
LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, S
Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, l
Endorsed Letter, 647 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 804 Notice (Other), Notice
filed by Mayore Estates, LLC, 590 Order Admitting Attorney Pro Hac Vice, 880 Memorandum of Law in Oppositic
Motion, filed by The Port Authority of New York &New Jersey, 848 Notice (Other) filed by Plaintiffs Liaison Counse
Order, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 Notice (Other) filed by Plaintiffs Liaison Counsel
Amended Answer to Complaints,,,,,,,, filed by Toretta Trucking, Inc., Cord Contracting Co. Inc., Canron Construct
Corp., PT &L Contracting Corp., Pinnacle Environmental Corp., Total Safety Consulting, LLC, Atlantic Heydt Cor
Welding Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Fra
Lee Company, Meridian Construction Group, LLC, New York Crane &Equipment Corp., Wolkow Braker Roofing
Mueser Rutledge Consulting Engineers, En–Tech Corp., Safeway Environmental Corp., Yannuzzi Demolition &Re
Services, Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finl
Evergreen Recycling of Corona, Silverite Contracting Corp., Component Assembly Systems, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Grou
Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consultin
Engineers, P.C., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., L
Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, I
Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Liberty Mutual Group, Weidlinger Associates, Inc., Bechte
Construction, Inc., Mazzocchi Wrecking Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Car
Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heg
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Nacirema Industries Incorporated, Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &
Contractors, Inc., Manafort Brothers, Inc., Robert Silman Associates, Semcor Equipment and Manufacturing Corpor
Buro Happold Consulting Engineers, P.C., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skic
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., JP Equipment Rental Material, Inc., E.J. Davies, Inc., Big Apple
Wrecking &Construction Corp., 814 Declaration in Support of Motion,,, filed by Gilsanz Murray Steficek LLP, Mu
Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &I
Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Th
Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happ
Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Notice (Other) filed by Plaintiffs Liaison Cou
Rule 7.1 Corporate Disclosure Statement filed by Robert L. Gerosa, Inc., 812 MOTION for Summary Judgment on
Structural and Design Engineer Defendants. filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting En
Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton T
Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Ski
Owings &Merrill, LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Voll
Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Counsel, 665 Rule 7.1 Corporate Disclosure Stateme
by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter, 683 Rule 7.1 Corporate Disclosure Statement fil
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Transmission to
Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison Counsel, 605 Order, Set Deadlines/Hearir
Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Company, Deutsche Bank, Deutsche Bank T

Company Americas, 577 Special Master's Report filed by Aaron D. Twerski, James A. Henderson, Jr., 646 Respons
by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Disclosure Statement filed by C.B. Contracting Co
Notice (Other) filed by Plaza Construction Corp., 850 Stipulation and Order of Dismissal,, 838 Endorsed Letter,, 76
Stipulation and Order of Dismissal,, 739 Rule 7.1 Corporate Disclosure Statement filed by Skanska Koch, Inc., 877
MOTION for Protective Order ; Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of D
Paige, Esq. in Opp to the Motion. filed by Plaintiffs Liaison Counsel, 565 AMENDED MOTION for Declaratory Ju
STIPULATION ADJOURNMENT. filed by Michelle Haskett–Godbee, 593 Statement of Relatedness filed by Josep
Urso, 622 Notice (Other) filed by Plaintiffs Liaison Counsel, 696 Answer to Amended Complaint, filed by New Yor
Department of Transportation, Mazzochi Wrecking, New York City Department of Sanitation, City of New York, W
Marine, Inc., New York Police Department, 886 Declaration in Support of Motion,,,,,,,,,, filed by AMEC Constructi
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Nicholson Construction Co., Fra
Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting
Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers
Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recyc
Corona, Dakota Demo–Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Turner Constru
Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laquila Constructi
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–
Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Dieg
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professional Corporatio
Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Ben
Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Cons
Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecl
Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D
General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C.,
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 823 Affidavit in
of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., L
Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Asso
Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP
Engineering, P.C., W eidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gu
&Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 851
Stipulation and Order of Dismissal,, 644 Notice (Other) filed by Plaintiffs Liaison Counsel, 688 Rule 7.1 Corporate
Disclosure Statement filed by En–Tech Corp., 718 Certificate of Service Other, filed by AMEC Construction Mana
Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Turner Const
Company, Tully Environmental Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., 660 Rule 7.1 Corpora
Disclosure Statement filed by Berkel &Co. Contractors, Inc., 583 USCA Mandate Non–Dismissal,,,,,, 554 Reply
Memorandum of Law in Support of Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,, filed b
Plaintiffs Liaison Counsel, 567 Order of Dismissal, 869 Affidavit in Support of Motion,,,,,,,,,, filed by AMEC Cons
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp.,
Mazzocchi Wrecking, Component Assembly Systems, Inc., Turner Construction Company, Moretrench American C
LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Point Excavating Corp., Laquila
Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environ
Inc., Brer–Four Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction,
Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.
Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomas
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger, Inc., Anthony Cortese Specia
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corpo
SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R

Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Dav J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel, 548 Order on Motion to Remand to State Court,, Case Consolidati Member, 765 Order, 618 Order,, 635 Answer to Complaint filed by American Express Company, American Express Ltd, American Express Travel Realted Services Company, Inc., 559 AMENDED MOTION for Default Judgment as Statute Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 638 Answer to Complaint filed by Murray Properties, 719 Rule 7.1 Corporate Disclosure Statement filed by MRA Engineering, P.C., 750 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Environmental, Inc., 634 Answer to Complaint filed by Lehman Brothers Ho Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc., 673 Rule 7.1 Corporate Disclosure Statement filed by Contracting Co. Inc., 609 Order, 584 USCA Order,,,,,, 573 Endorsed Letter, 598 Endorsed Letter, Set Deadlines/Hea 550 Memorandum of Law in Opposition to Motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,, filed by New York, Phillips and Jordan, 682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc., 651 Stipulation and Order of Dismissal,, 693 Rule 7.1 Corporate Disclosure Statement filed by Francis A. Lee Company Protective Order, 671 Rule 7.1 Corporate Disclosure Statement filed by Component Assembly Systems, Inc., 677 A Complaint filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank, DB Private Corporation, Bankers Trust Corporation, Deutsche Bank Trust Company Americas, 699 Rule 7.1 Corporate Disclos Statement filed by Goldstein Associates Consulting Engineers, P.C., 788 Order Admitting Attorney Pro Hac Vice, 6 Stipulation and Order of Dismissal,,,,,,,,,,,,,,,,, 624 Order, 694 Rule 7.1 Corporate Disclosure Statement filed by FT Trucking Corp., 740 Rule 7.1 Corporate Disclosure Statement filed by Skidmore Owings &Merrill, LLP, 604 Order Memorandum &Opinion,, 870 Affidavit in Support of Motion,,,,,,,,,, filed by AMEC Construction Management, In Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pi Environmental Corp., Moretrench American Corporation, Tully Construction Co., Inc., Total Safety Consulting, LL Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Compan York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech C Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contract Corp., Mazzocchi Wrecking, Component Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div Thornton Tomasetti Group, Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Go Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore C &Merrill LLP, Dakota Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Cor Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Bre Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Constructio LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucki Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contr Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engine Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollm Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Tr Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 837 Endorsed Letter, 774 Notice (Other) filed by Pl Construction Corp., 884 Notice (Other) filed by Plaintiffs Liaison Counsel, 745 Rule 7.1 Corporate Disclosure State filed by WSP Cantor Seinuk, 678 Answer to Complaint filed by Tishman Construction Corporation of Manhattan, T Interiors Corporation, Tishman Construction Corporation of New York, 831 Affidavit in Support of Motion,, filed b Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associate Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engi P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 715 Rule 7.1 Corporate Di Statement filed by Moretrench American Corp., 813 Memorandum of Law in Support of Motion,, filed by Gilsanz M Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Sil Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 802 Notice (Other) filed by Plainti Liaison Counsel, 794 Response to Discovery filed by 1 WTC Holdings, L.L.C., 558 Memorandum of Law in Suppo Motion filed by AMEC Construction Management, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture Construction Management Corp., City of New York, Turner Construction Company, Bovis Lend Lease Inc., Bovis Limited, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel, Tully Environmental Inc., Bovis Lend L Inc., Bechtel Construction, Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Compa Bovis International, Inc., Bechtel Corporation, Bechtel Associates Professiona;l Corporation, Tully Industries, Inc.,

| | | Environmental, Inc., Turner Construction International, L.L.C., 648 Notice (Other) filed by Plaintiffs Liaison Couns transmitted to the U.S. Court of Appeals. (nd) (Entered: 08/06/2010) |
|---|---|---|
| 8/12/2010 | 2137 | TRANSCRIPT of proceedings held on August 3, 2010 @ 7:00 pm before Judge Alvin K. Hellerstein. (eef) (Entered 08/13/2010) |
| 8/12/2010 | 2237 | TRANSCRIPT of proceedings held on 7/27/10 before Judge Alvin K. Hellerstein. (ama) (Entered: 11/03/2010) |
| 8/17/2010 | 2138 | ORDER. In light of my approval of the World Trade Center Litigation Settlement Process Agreement, as Amended "Settlement"), and the ongoing settlement discussions among plaintiffs' counsel and counsel for the non–settling def all motions currently pending are withdrawn and terminated without prejudice. Those motions involving the non–se defendants may be reinstated on notice if and when those parties believe that settlement discussions are no longer fr succeed in vacating the stay. The document numbers of the motions in the 21 MC 100 docket, as well as the individ docket numbers to which each motion pertains and the document numbers of the motions within those individual do listed in the attached exhibit. The Clerk shall terminate all motions listed in the exhibit. Relates to 21mc100, 21mc10 21mc103. (Signed by Judge Alvin K. Hellerstein on 8/13/10) (rjm) (Entered: 08/17/2010) |
| 8/17/2010 | 2139 | ORDER: In anticipation of the hearing scheduled for Friday, August 20, 2010 at noon, plaintiffs' liaison counsel sha provide the following information, to the extent available, by Thursday, August 19, 2010, at 4 p.m., as set forth in th (Signed by Judge Alvin K. Hellerstein on 8/17/2010) (jpo) (Entered: 08/17/2010) |
| 8/18/2010 | 2140 | NOTICE of Certification of Andrew J. Carboy Submitted in Response To The Court's August 17, 2010 Order. Docu filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 08/18/2010) |
| 8/18/2010 | 2141 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise A. Rubin dated 8/18/10 re: Request for enlargement of our time on the hearing and interest issue in general. ENDORSEMENT: The hearing may be adjour only to August 27, 2010 at 2:00 pm. A later date would be less useful to claimants. The documents and information in yesterday's order should be readily available and can be assembled by a clerk. Those that are not need not be prod Submissions may be made as late as Thursday, August 26 by 4 pm and earlier if possible. (Signed by Judge Alvin K Hellerstein on 8/18/10) (db) (Entered: 08/18/2010) |
| 8/20/2010 | 2142 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise A. Rubin dated 8/19/10 re: We respect request a brief adjournment of the motion to regulate liens that is currently due on August 20, 2010. ENDORSEME Adjourned, sine die, to be rescheduled after notice. Relates to 21mc100, 21mc102, 21mc103. (Signed by Judge Alvi Hellerstein on 8/20/10) (rjm) (Entered: 08/20/2010) |
| 8/23/2010 | 2143 | NOTICE of Certification of Andrew J. Carboy In Response To The Application Of The Napoli Firm For Common I Expenses. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Excel summary)(Carboy, Andrew) (Ente 08/23/2010) |
| 8/23/2010 | 2144 | TRUE COPY ORDER of USCA as to 2050 Notice of Appeal, filed by Bovis Lend Lease LMB, Inc., Turner Constr Company, Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, AMEC Construction Management, Inc., AM Earth &Environmental, Inc., Evergreen Recycling of Corona, Plaza Construction Corp., City of New York USCA C Number 10–1377....that the appeal is hereby WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appella Procedure. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 08/23/2010. (nd) (Entered: 08/ |
| 8/23/2010 | 2145 | CERTIFICATE OF SERVICE of Certification of Andrew J. Carboy in Reponse to the Application of the Napoli Fir Common Benefit Expenses with supporting excel summary served on Napoli Bern Ripka and Worby, Groner, et al. August 23, 2010. Service was made by Mail. Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Ent 08/23/2010) |
| 8/23/2010 | 2146 | ORDER Pursuant to the Court's Protocol for Regulating Attorneys' Fees and Allowances of Expenses (the "Protocol June 25, 2010, the law firm of Worby Groner Edelman &Napoli Bern, LLP, submitted on July 23, 2010 its schedule expenses incurred on behalf of all plaintiffs in the above–captioned matters ("common benefit expenses"). The law Sullivan Papain Block McGrath &Cannavo P.C. filed its response to Worby Groner's submission on August 20, 201 objecting to a number of claimed common benefit expenses. Worby Groner shall respond to Sullivan Papain's subm 4:00 p.m. on Friday, August 27, 2010, including the date and a description of each challenged expense along with an information supporting its position. The Court will hold a hearing on the issue on Wednesday, September 1, 2010, a p.m. in Courtroom 14D. SO ORDERED. ( Responses due by 8/27/2010, Oral Argument set for 9/1/2010 at 04:15 PI Courtroom 14D, 500 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerstein.) (Signed by Judge Alvin Hellerstein on 8/23/2010) (jmi) (Entered: 08/24/2010) |
| 8/24/2010 | 2147 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION Response to Sua Sponte Ord Court (Sua Sponte Order of August 4, 2010). Document filed by Plaintiffs Liaison Counsel(Plaintiff's co–liaison cou (Attachments: # 1 Exhibit A – Affidavit of Anthony Sebok with Attachments, # 2 Exhibit B – Affidavit of W. Brad Wendel with Attachment, # 3 Exhibit C – Interest and Loans Chart, # 4 Exhibit D – Redacted Client Disbursement delivered in camera review to Court, # 5 Exhibit E – Transcript Excerpts, Conference of May 5, 2008, # 6 Exhib Sullivan Firm Client Solicitation Letter, # 7 Exhibit G – Redacted Client Disbursement Statement Release Language |

| | | Denise) Modified on 8/26/2010 (db). (Entered: 08/24/2010) |
|---|---|---|
| 8/24/2010 | 2148 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MEMORANDUM OF LAW in Suppor MOTION Response to Sua Sponte Order by Court *(Sua Sponte Order of August 4, 2010)*. MOTION Response to Su Order by Court *(Sua Sponte Order of August 4, 2010)*. MOTION Response to Sua Sponte Order by Court *(Sua Spor of August 4, 2010)*.. Document filed by Plaintiffs Liaison Counsel(Plaintiff's co–liaison counsel). (Rubin, Denise) M on 8/26/2010 (db). (Entered: 08/24/2010) |
| 8/24/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Denise Ava RE–FILE Document 2147 MOTION Response to Sua Sponte Order by Court *(Sua Sponte Order of August 4, 2010)* MOTION Response to Sua Sponte Order by Court *(Sua Sponte Order of August 4, 2010)*. MOTION Response to Su Order by Court *(Sua Sponte Order of August 4, 2010)*. Use the event type Declaration (non–motion) found under th list Other Answers. (db) (Entered: 08/26/2010) |
| 8/24/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Denise Ava RE–FILE Document 2148 Memorandum of Law in Support of Motion. Use the event type Memorandum (non–mot found under the event list Other Answers. (db) (Entered: 08/26/2010) |
| 8/25/2010 | 2149 | ORDER: On 4/7/09, I granted the motion of Sullivan Papain Block McGrath &Cannavo, P.C., to be relieved as cour plaintiffs. I ordered plaintiffs to advise the Court by 6/12/09 whether they elect to retain new counsel or to proceed ordered also that if plaintiffs failed to timely advise the Court, they would suffer dismissal of their action. Plaintiffs failed to advise the court and it is unclear whether they intend to proceed with their action. They shall have until 9/3 declare whether they intend to proceed pro se or to retain new counsel. If they fail to do so, I instruct the Clerk to ter the action. (Signed by Judge Alvin K. Hellerstein on 8/24/2010) (tro) Modified on 8/26/2010 (tro). (Entered: 08/25/ |
| 8/25/2010 | 2150 | Objection *to Sullivan Papain Block McGrath &Cannavo, P.C.'s Submission for Common Benefit Expenses.* Docume by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/25/2010) |
| 8/25/2010 | 2151 | RESPONSE in Opposition re: 2147 MOTION Response to Sua Sponte Order by Court *(Sua Sponte Order of Augus 2010)*. MOTION Response to Sua Sponte Order by Court *(Sua Sponte Order of August 4, 2010)*. MOTION Respons Sponte Order by Court *(Sua Sponte Order of August 4, 2010)*. *Certification of Andrew J. Carboy Concerning the No Firm's Response to the August 4, 2010 Order*. Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (En 08/25/2010) |
| 8/26/2010 | 2152 | DECLARATION of Denise A. Rubin *dated August 24, 2010 responding to Sua Sponte Order of August 4, 2010*. Do filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit A – Prof. Anthony Sebok Affidavit and attachments t 2 Exhibit B – Prof. W. Bradley Wendel Affidavit and Attachments thereto, # 3 Exhibit C – Ground Zero Interest Ch Exhibit D – Redacted Client Disbursement Statement, # 5 Exhibit E – Transcript Excerpts – Conference on May 5, Exhibit F – Sullivan Firm Solicitation letter, # 7 Exhibit G – Redacted Client Disbursement Statement Release Language)(Rubin, Denise) (Entered: 08/26/2010) |
| 8/26/2010 | 2153 | MEMORANDUM OF LAW re: 2152 Declaration,, *Responding to Sua Sponte Order of August 4, 2010.* Document f Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 08/26/2010) |
| 8/26/2010 | 2154 | DECLARATION of Andrew J. Carboy re: 2135 Order,, *Certification of Andrew J. Carboy Concerning the Napoli F Response to the August 4, 2010 Order*. Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 08/26/2010) |
| 8/26/2010 | | Set Deadlines/Hearings: Responses due by 8/27/2010 (djc) (Entered: 08/26/2010) |
| 8/26/2010 | 2155 | DECLARATION of Denise A. Rubin re: 2153 Memorandum of Law, 2152 Declaration,, *Response to Sua Sponte O August 17, 2010 and further to filing responsive to Sua Sponte Order of August 4, 2010.* Document filed by Plaintif Counsel. (Attachments: # 1 Exhibit A – Sua Sponte Order of August 17, 2010, # 2 Exhibit B–B4 – Redacted Exhibi for in camera review only, # 3 Exhibit C–C4 – Redacted Exhibits filed for in camera review only, # 4 Exhibit D – Court–vetted Long Form Client Notification Letter, # 5 Exhibit E – Case Specific Disbursement Categories, # 6 Exh Redacted – filed for in camera review only, # 7 Exhibit G – Garrettson Memorandum re: Interest Expense)(Rubin, I (Entered: 08/26/2010) |
| 8/26/2010 | 2156 | FIRST MEMORANDUM OF LAW in Opposition re: 2107 FIRST MOTION to Compel *Costs Pursuant to FRCP4: Document filed by The Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 08/26/2010) |
| 8/26/2010 | 2157 | DECLARATION of Robert H. Rickner in Opposition re: 2107 FIRST MOTION to Compel *Costs Pursuant to FRC Document filed by The Port Authority of New York &New Jersey. (Attachments: # 1 A, # 2 B, # 3 C, # 4 D, # 5 E, G, # 8 H, # 9 I, # 10 J, # 11 K, # 12 L, # 13 M, # 14 N, # 15 O, # 16 P, # 17 Q, # 18 R, # 19 S, # 20 T, # 21 U, # 22 W, # 24 X)(Jacob, Beth) (Entered: 08/26/2010) |
| 8/26/2010 | 2158 | ORDER. On August 25, 2010, the law firm of Worby Groner Edelman &Napoli Bern, LLP submitted objections to schedule of common benefit expenses submitted by the law firm of Sullivan Papain Block McGrath &Cannavo P.C. |

| | | |
|---|---|---|
| | | Papain shall respond to Worby Groner's objections by 4 p.m. on Friday, August 27, 2010. The objections will be add... the hearing scheduled for Wednesday, September 1, 2010, at 4:15 p.m. (Responses due by 8/27/2010) (Signed by Ju... Alvin K. Hellerstein on 8/26/10) (djc) Modified on 9/14/2010 (djc). (Entered: 08/27/2010) |
| 8/27/2010 | 2159 | AFFIRMATION of Andrew J. Carboy in Support re: 2132 Notice (Other). Document filed by Plaintiffs Liaison Cou... (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Carboy, Andrew) (Entered: 08/27/2010) |
| 8/27/2010 | 2160 | DECLARATION of Gregory J Cannata in Opposition. Document filed by Gregory J Cannata &Associates. (Grocho... Robert) (Entered: 08/27/2010) |
| 8/30/2010 | 2161 | DECLARATION of Gregory J. Cannata in Opposition re: 2147 MOTION Response to Sua Sponte Order by Court (... Sponte Order of August 4, 2010). MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4,... MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4, 2010).. Document filed by Grego... Cannata &Associates. (Cannata, Gregory) (Entered: 08/30/2010) |
| 8/30/2010 | 2162 | DECLARATION of Marc Jay Bern in Opposition re: 2128 Affirmation, 2143 Notice (Other)., REPLY AFFIRMAT... Marc Jay Bern in Support re: 2128 Affirmation, 2143 Notice (Other). Document filed by Plaintiffs Liaison Counsel.... (Attachments: # 1 Exhibit 1, # 2 Exhibit 2(a), # 3 Exhibit 2(b), # 4 Exhibit 3(a), # 5 Exhibit 3(b))(Rubin, Denise) (E... 08/30/2010) |
| 8/30/2010 | 2163 | REPLY to Sullivan Papain Block McGrath &Cannavo, P.C.'s Submission For More Common Benefit Expenses and... Response to Objections. Document filed by Plaintiffs Liaison Counsel(Plaintiff's co−liaison counsel). (Attachments:... Exhibit 1, # 2 Errata 2, # 3 Exhibit 3)(LoPalo, Christopher) (Entered: 08/30/2010) |
| 8/30/2010 | 2164 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse... (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 08/30/2010) |
| 8/30/2010 | 2165 | SEALED DOCUMENT placed in vault.(cb) (Entered: 08/31/2010) |
| 8/31/2010 | 2166 | REPLY AFFIRMATION of Denise A. Rubin in Support re: 2160 Declaration in Opposition, 2161 Declaration in O... to Motion,. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit A − letter of June 5 2008, # 2 E... − letter of March 25, 2010)(Rubin, Denise) (Entered: 08/31/2010) |
| 8/31/2010 | 2167 | REPLY re: 2162 Declaration in Opposition,, Reply Affirmation in Support, 2163 Reply,. Document filed by Plainti... Liaison Counsel. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Carboy, Andrew) (Entered: 08/31/2010) |
| 8/31/2010 | 2170 | TRANSCRIPT of proceedings held on 8/27/2010 before Judge Alvin K. Hellerstein. (This Transcript also includes... number 21mc102 and 21mc103.)(mbe) (Entered: 09/02/2010) |
| 9/01/2010 | 2168 | DECLARATION of Denise A. Rubin re: 2155 Declaration,, Follow−up filing pursuant to Court's verbal directives ... 27, 2010 hearing. Document filed by Plaintiffs Liaison Counsel(Plaintiff's co−liaison counsel). (Attachments: # 1 E... Transcript Excerpts − August 27, 2010 hearing, # 2 Exhibit Non−Redacted Exhibits B and C)(Rubin, Denise) (Enter... 09/01/2010) |
| 9/01/2010 | 2169 | STIPULATION: It is hereby stipulated and agreed by and between WGENB and SPBMC Except as expressly provi... in paragraphs "2" and "3" infra, WGENB and SPBMC each waive their respective rights to recover any Common Be... expenses from the other firm, or from any Plaintiff in the 21 MC 100, 21 MC 102 and 21 MC 103 dockets represent... other firm or from any portion of any such Plaintiffs Gross Monetary Recovery, and thus none of the Common Bene... expenses incurred by WGENB or by SPBMC shall be borne by the other or any of the other's clients. Notwithstandi... provision to the contrary herein, SPBMC agrees to pay WGENB its apportioned share of 6.4106% (that percentage ... number of SPBMC Plaintiffs (689) is to the total number of Plaintiffs (10,763) that are on the SPA Eligible Plaintiff... ("EPL") of past expenses paid by WGENB, as set forth in this Stipulation. WGENB agrees to not charge their own ... other plaintiffs or plaintiff law firms public relations consultants and attorney consultants. ENDORSEMENT: So Or... (including the addition to paragraph 5. The argument scheduled for this afternoon, September 1, 2010 is canceled. (S... Judge Alvin K. Hellerstein on 9/1/2010) (jpo) (Entered: 09/01/2010) |
| 9/02/2010 | 2171 | STIPULATION CONCERNING COMMON BENEFIT FEES: 1. WGENB and SPBMC each waive their respective... recover any Common Benefit Fees from the other firm or from any Plaintiff in the 21 MC 100, 102 and 103 dockets ... represented by the other firm or from any portion of any such Plaintiffs Gross Monetary Recovery, and thus any Co... Benefit Attorneys' Fee Assessment shall not apply to any claim or action in the 21 MC 100, 102 and 103 dockets in ... WGENB or SPBMC is the Plaintiff's attorney of record; and 2. In consideration of the above, both WGENB and SP... waive, with prejudice, their respective rights, if any, to recover Common Benefit Fees from each other or each other... and 3. WGENB preserves its right to seek the recovery of Common Benefit fees from other attorneys who represent... Plaintiffs on the EPL who are not represented by SPBMC, with the amount of such Common Benefit Fees to be dete... by the Court or, with the Court's permission, by the Court−appointed Special Masters; and 4. SPBMC waives it righ... prejudice, to seek the recovery of Common Benefit Fees from other attorneys who represent Plaintiffs on the EPL wh... represented by WGENB. ENDORSEMENT: So Ordered as to paragraphs 1, 2 and 4. As to paragraph 3, I plan to est... procedure to regulate fees between WGENB, as liaison counsel, and other plaintiffs' attorneys other than SPBMC. (... |

| | | |
|---|---|---|
| | | by Judge Alvin K. Hellerstein on 9/1/10) (db) (Entered: 09/02/2010) |
| 09/02/2010 | 2172 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Beth D. Jacob dated 8/27/10 re: Request that t order that the complete Declaration of Robert H. Rickner, including the confidential exhibits, be filed under seal. A the declaration with the non confidential exhibits was filed via ECF yesterday. ENDORSEMENT: Filing is deferred parties shall indicate, on courtesy copies submitted to the court, which specific portions they wish to file under seal. by Judge Alvin K. Hellerstein on 8/30/10) (db) (Entered: 09/02/2010) |
| 09/02/2010 | 2175 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Gregory J. Cannata dated 9/1/10 re: I would li a motion in the above–referenced matter. Following a conversation with the ECF Helpline this morning, it appears t entire motion, including the accompanying exhibits, will be too large to file electronically. ENDORSEMENT: So O Relates to 21mc100, 05–8459. (Signed by Judge Alvin K. Hellerstein on 9/2/10) (rjm) (Entered: 09/08/2010) |
| 09/02/2010 | 2185 | MOTION for an Order (i) setting a reasonable cut–off date for all claimants who wish to participate in the World Tr Center Litigation Settlement Agreement Process, but have not already done so; (ii) directing that said cut–off date a procedures for filing a claim so as to permit participation in the SPA be noticed to the public in a manner calculated all possible claimants.Document filed by the claimants.(mro) (Entered: 09/22/2010) |
| 09/03/2010 | 2173 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Beth D. Jacob dated 9/1/2010 re: request that direct the clerk's office to disable the link to Exhibit V from ECF docket #2157 on the Court's electronic docket and any additional steps required to restrict public access to this exhibit. ENDORSEMENT: So Ordered. (Signed by Judg K. Hellerstein on 9/3/2010) (jar) (Entered: 09/03/2010) |
| 09/03/2010 | 2174 | STIPULATION AND ORDER: The time for Mount Sinai to file and serve its reply papers in support of its motion f costs pursuant to FRCP 45 is extended to 9/24/2010. ( Replies due by 9/24/2010.) (Signed by Judge Alvin K. Hel on 9/3/2010) (jar) Modified on 9/16/2010 (jar). (Entered: 09/03/2010) |
| 09/08/2010 | 2176 | MOTION to Set Aside Judgment *Dismissing the action*. Document filed by James McFadden.(Cannata, Gregory) (E 09/08/2010) |
| 09/08/2010 | 2177 | DECLARATION of Robert A. Grochow in Support re: 2176 MOTION to Set Aside Judgment *Dismissing the actio* Document filed by James McFadden. (Cannata, Gregory) (Entered: 09/08/2010) |
| 09/08/2010 | 2178 | MEMORANDUM OF LAW in Support re: 2176 MOTION to Set Aside Judgment *Dismissing the action.*. Documen James McFadden. (Attachments: # 1 Exhibit Notice Regarding Exhibits)(Cannata, Gregory) (Entered: 09/08/2010) |
| 09/09/2010 | 2179 | ORDER: The deadline I set in my August 24, 2010 Order has passed and plaintiffs have yet to inform the Court whe intend to proceed with their case. In keeping with that Order, I now instruct the Clerk to terminate the action. (Signe Judge Alvin K. Hellerstein on 9/8/2010) (jpo) (Entered: 09/09/2010) |
| 09/13/2010 | 2180 | STIPULATION CONCERNING FILING OF NOTICES OF CLAIM AND AMENDMENT OF COMPLAINTS: It stipulated and agreed by and between the City Defendants and the plaintiffs in the actions listed on Exhibit "1", and, as set forth in paragraph (6) of this stipulation, the notices of claim served on the dates listed on Exhibit "1" shall be to have been timely and properly served pursuant to General Municipal Law 50–e and 50–i as amended by Jimmy N Law; (2)solely as to the action listed on Exhibit "1", the subject plaintiffs' complaints shall be deemed amended thirt (31) days after the service of a notice of claim to include the following allegation in paragraph "7", in addition to any allegations contained therein, with respect to the City Defendants as further set forth in this order. So Ordered (Signe Judge Alvin K. Hellerstein on 9/13/2010) (js) (Entered: 09/13/2010) |
| 09/13/2010 | | CONSOLIDATED MEMBER CASE: Create association to 1:21–mc–00100–AKH. (ama) (Entered: 09/17/2010) |
| 09/14/2010 | 2181 | ORDER AND OPINION RELATING TO THIRD–PARTY SUBPOENA COMPLIANCE EXPENSES For the fore reasons, I find that much of Mount Sinai's claimed costs– including costs related to bringing this motion – cannot be to the Port Authority. However, certain aspects of these costs may be appropriate to charge. Specifically, Mount Sin expenses in negotiating for a limit on the Port Authority's broad subpoena, and in modifying definitions to be consis Mount Sinai's filing system, are appropriate for reimbursement. For that reason, Mount Sinai may refile a claim for of costs relating to those aspects of the work done by their counsel. Attorneys' rates should be limited to the billing r one or two associates, one of junior rank and the other of senior rank. Costs of reproduction should be limited to act incurred costs or, failing that, commercial photocopy rates. Other costs also should be similarly limited. Mount Sina twenty days to revise and present a modified bill. The Port Authority has twenty days thereafter to pay such a modif or enter into prompt negotiations. SO ORDERED (Signed by Judge Alvin K. Hellerstein on 9/13/2010) (jmi) (Enter 09/14/2010) |
| 09/14/2010 | 2182 | WORKERS' COMPENSATION LIEN COMPROMISE The Workers' Compensation Carriers and Providers ("Carri Providers") who are signatories herein both before and after this agreement is so ordered by the Court, agree that thi stipulation shall constitute consent to any settlement offer proffered by any defendant in the action known as In re W Trade Center Litigation. Carriers and Providers will provide a statement, within 14 days of being put on notice of an settlement subject to this agreement, as to the amounts they have paid to and on each plaintiff's behalf, and where |

appropriate, they will state the amount the carrier or provider will accept in satisfaction of any lien they may claim i[n] accordance with the below provisions, or in the alternative, state that there exists no such current claim of lien ("lien certification notice"). This stipulation between the plaintiffs and the carriers and providers will settle all rights and obligations between the parties hereto with respect to liens and offsets as defined in Section 29 of the New York Sta[te] Workers Compensation Law. This stipulation applies to any recovery received by plaintiffs resulting from In re Wo[rld] Center Litigation. Said recovery shall be the total gross awards from the Captive settlement (without reduction for a[ny] fees, costs or liens), as well as from any other MC100 entity/carrier/defendant (the "cumulative gross recovery"). Th[e] Carriers and Providers agree to exempt the first $11,000 of the cumulative gross recovery received by an individual [] from any claim for lien and offset. If the total of the cumulative gross recovery received by a plaintiff is less than $1[] the Carriers and Providers will waive any right to claim liens or offsets against that plaintiff's cumulative gross recov[ery] Carriers and Providers agree to accept as full satisfaction ("lien satisfaction") of any claimed lien the lesser of (a) 25[%] portion of a plaintiff's cumulative gross recovery in excess of $11,000, or (b) 25% of the claimed lien for benefits pa[] the date of the lien certification notice and as set forth therein. Further, any Carrier who, after the date of the lien cer[tification] notice, pays workers' compensation benefits for lost wages for time periods that pre–dated the lien notification notic[e] ("delayed indemnity payments"), may have the right to retain some of these payments ("delayed indemnity payment[s] retention"). Thus for any delayed indemnity payments due and owing to plaintiff, an "augmented lien satisfaction" is[] calculated, which is 25% of the lesser of (a) the lien amount at the time of the lien certification notice plus the delay[ed] indemnity payment, or (b) the cumulative gross recovery in excess of $11,000, and from this lesser amount, the amo[unt] [t]he original lien satisfaction is deducted. The Carriers and Providers shall deduct the amount of the augmented lien satisfaction from any delayed indemnity payment due and owing. The Carriers and Providers agree to waive their ri[ght] offset on any recovery subject to this agreement, and to thereby continue to furnish workers' compensation benefits [] uninterrupted, with the following exceptions: a. Delayed indemnity payment retention defined above. b. As to any re[] upon which the Carriers and Providers have paid no benefits as set forth in the lien certification notice, the Carriers a[nd] Providers shall have an offset equal to 25% of any cumulative gross recovery by such plaintiff in excess of $11,000,[] any amount for any workers' compensation benefit awarded subsequent to the lien certification notice. The plaintiffs[] Carriers and Providers further stipulate that the terms stated above concerning payment of the Carriers' and Provid[ers] of lien and exercise of offset rights satisfy all legal obligations with respect to the equitable apportionment of attorne[y] and that no additional reduction shall be permitted. If with respect to anyone plaintiff, two or more Carriers and Pro[viders] claim a lien for payments made, or have been or will be determined by the Workers' Compensation Board to be join[tly] responsible to pay workers' compensation benefits, said plaintiffs lien repayment shall be calculated and paid to the [] and Providers in a proportion commensurate with their lien claims or Workers' Compensation Board determination [] responsibility. In no event shall said plaintiffs lien repayment or the Carriers and Providers offset rights be any great[er] there had been only one Carrier and Provider. Any disputes in interpreting or applying this agreement shall be deter[mined] arbitration. Arbitration shall be conducted by the special master appointed by Judge Alvin Hellerstein. This stipulat[ion] dependent on the Settlement Protects Agreement being entered into in In re World Trade Center Litigation, and applies[] those plaintiffs who agree to opt in to the settlement on or before December 31, 2011. (Signed by Judge Alvin K. H[e] on 9/14/2010) (jmi) (Entered: 09/15/2010)

| | | |
|---|---|---|
| 9/16/2010 | 2183 | AGENDA FOR STATUS CONFERENCE. A status conference will be held on October 5, 2010, at 2:30pm, to discu[ss] issues listed in this Agenda for Status Conference, and others that may arise before the conference. The parties are in[vited] add topics and modify the ones suggested below, and as further set forth. Relates to 21mc100, 21mc102, 21mc103. [] Conference set for 10/5/2010 at 02:30 PM before Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstei[n] 9/16/10) (rjm) (Entered: 09/16/2010) |
| 9/20/2010 | | ***DELETED DOCUMENT. Deleted document number 2184 Order. The document was incorrectly filed in this ca[se] (Entered: 09/20/2010) |
| 9/21/2010 | 2184 | ORDER SUA SPONTE DISMISSING CHECK–OFF COMPLAINT WITHOUT PREJUDICE: The complaint fails[] how and why plaintiff's performance of twenty–eight months of unspecified work for Tully Construction relates in a[ny] to the City of New York, or how his cause of action confers jurisdiction on this Court as an action that arises from o[] to the terrorist–related aircraft crashes of September 11, 2001. The complaint is dismissed. Plaintiff has until Octobe[r] 2010, to re–plead a complaint that conforms to Rule 8 of the Federal Rules of Civil Procedure. (Signed by Judge Al[vin] Hellerstein on 9/20/2010) (jfe) Modified on 10/1/2010 (jfe). (Entered: 09/21/2010) |
| 9/22/2010 | 2186 | ORDER SUA SPONTE DISMISING COMPLAINT: This complaint is dismissed with prejudice. Plaintiff has previo[usly] filed a complaint alleging claims arising out of work performed in the cleanup operations that occurred after the terrorist–related aircraft crashes of September 11, 2001. The complaint was dismissed with prejudice on March 3, 2[009] Order, In re World Trade Center Disaster Site Litigation, 21 MC 100 (Doc. No. 1160) (S.D.N.Y. March 3, 2009). Pl[] may not file a new complaint asserting the same cause of action. Plaintiff also has filed a motion under Federal Rule[] Procedure 60(b) to reconsider the dismissal order of March 3, 2009. Any opposition papers will be due by Septembe[r] 2010. Upon receipt of defendants' opposition papers, if any, the Court will consider the motion. ( Responses due by [] 9/29/2010) (Signed by Judge Alvin K. Hellerstein on 9/22/2010) (ae) (Entered: 09/23/2010) |
| 9/22/2010 | 2200 | NOTICE OF RESPONSE TO NAPOLI BERN'S LETTER ANNOUNCING INTENT TO WITHDRAW INTEREST[] EXPENSE: Today, the law firm Worby Groner Edelman &Napoli Bern LLP has written a letter to the Court that dis[] any further intent to recover the interest–related expense they incurred. I acknowledge the letter with appreciation. [] |

| | | of the disclaimer, I need not write on the subject. I have been concerned throughout that the settlement should not on fair and reasonable, but that it have integrity and fairness of process as well. The Allocation Neutral will continue, b and reviews, to assure that every deduction from anticipated recoveries be appropriate and reasonable. (Signed by Ju Alvin K. Hellerstein on 9/22/2010) (jpo) (Entered: 09/29/2010) |
|---|---|---|
| 9/23/2010 | 2187 | ORDER SUA SPONTE DISMISSING COMPLAINT: This complaint is dimessed with prejudice. Plaintiff has prev filed a complaint alleging claims arising out of work performed in the cleanup operations that occurred after the terrorist–related aircraft crashes of September 11, 2001. The complaint was dismissed with prejudice on March 3, 20 Order, In re World Trade Center Disaster Site Litigation, 21 MC 100 (Doc. No. 1160) (S.D.N.Y. March 3, 2009). Pl may not file a new complaint asserting the same cause of action. Plaintiff also has filed a motion under Federal Rule Procedure 60(b) to reconsider the dismissal order of March 3,2009. Any opposition papers will be due by September 29,2010. Upon receipt of defendants' opposition papers, if any, the Court will consider the motion. (Signed by Judge K. Hellerstein on 9/22/2010) (jpo) (Entered: 09/23/2010) |
| 9/27/2010 | 2188 | MOTION to Compel *Defendant The Port Authority of New York and New Jersey to reimburse Mount Sinai for the c incurred in responding to the Port Authority's subpoena and in preparing this motion.*, MOTION to Vacate *the Cou September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3*. Document filed by Mount Sinai Medical Center.(Plevan, Bettina) (Entered: 09/27/2010) |
| 9/27/2010 | 2189 | DECLARATION of Denise A. Rubin in Opposition re: 2185 MOTION for an Order (i) setting a reasonable cut–off all claimants who wish to participate in the World Trade Center Litigation Settlement Agreement Process, but have already done so; (ii) directing that said cut–off date and the procedur MOTION for an Order (i) setting a reasonable date for all claimants who wish to participate in the World Trade Center Litigation Settlement Agreement Process, b not already done so; (ii) directing that said cut–off date and the procedur. Document filed by Plaintiffs Liaison Coun (Attachments: #1 Exhibit A – Excerpt from June 23, 2010 Transcript, #2 Exhibit B – Telegraph U.K. Article, #3 E – Independent U.K. Article, #4 Errata D – Times of Malta Article, #5 Exhibit E – Azeri–Press Agency Article, #6 F – Parker Waichman Commends Governor for Executing Jimmy Nolan's Law – Article)(Rubin, Denise) (Entered: 09/27/2010) |
| 9/27/2010 | 2190 | MEMORANDUM OF LAW in Support re: 2188 MOTION to Compel *Defendant The Port Authority of New York a Jersey to reimburse Mount Sinai for the costs it incurred in responding to the Port Authority's subpoena and in prep this motion*. MOTION to Vacate *the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3*. MOTION to Vacate *the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3. MEMORAN LAW in Support of Non–Party Mount Sinai Medical Center's Motion for Reconsideration of the Court's September Order relating to Third–Party Subpoena Compliance Expenses*. Document filed by Mount Sinai Medical Center. (P Bettina) (Entered: 09/27/2010) |
| 9/27/2010 | 2191 | AFFIRMATION of Andrew J. Carboy in Opposition re: 2189 Declaration in Opposition to Motion,,,. Document file Plaintiffs Liaison Counsel. (Attachments: #1 Exhibit Exhibit "1", #2 Exhibit Exhibit "2", #3 Exhibit Exhibit "3")(C Andrew) (Entered: 09/27/2010) |
| 9/27/2010 | 2192 | ORDER DENYING MOTION TO ENLARGE SETTLEMENT ELIGIBILITY DATE: The motion is denied. The C shall mark the motion (Doc. No. 2185) terminated. (Signed by Judge Alvin K. Hellerstein on 9/27/2010) (jfe) (Entered 09/27/2010) |
| 9/27/2010 | 2193 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: #1 Exhibit 1)(LoPalo, Christopher) (Entered: 09/27/2010) |
| 9/28/2010 | 2194 | AFFIDAVIT OF SERVICE of Certification of Andrew J. Carboy Opposing the Application of Parker Waichman A LLP To Extend the "Cut–Off" date for Claimants to Participate in the Settlement Process Agreement served on Park Waichman Alonso LLP on 9/27/2010. Service was made by Mail. Document filed by Plaintiffs Liaison Counsel. (C Andrew) (Entered: 09/28/2010) |
| 9/28/2010 | 2195 | STIPULATION OF DISMISSAL: It is hereby stipulated and agreed, by and between the attorneys for the undersign this case is hereby discontinued and dismissed pursuant to federal Rule of Civil Procedure 41(a)(1)(ii) with prejudic without cost to any party. So Ordered (Signed by Judge Alvin K. Hellerstein on 9/27/2010) (js) (Entered: 09/28/201 |
| 9/28/2010 | 2196 | REPLY MEMORANDUM OF LAW in Support re: 2176 MOTION to Set Aside Judgment *Dismissing the action.*. Document filed by James McFadden. (Cannata, Gregory) (Entered: 09/28/2010) |
| 9/29/2010 | 2197 | NOTICE OF APPEARANCE by Matthew Joseph McCauley on behalf of Robert Vecchione (McCauley, Matthew) 09/29/2010) |
| 9/29/2010 | 2198 | MEMO ENDORSED ON NOTICE OF MOTION: ENDORSEMENT: Motion denied. The underlying motion was s contested. I considered the facts and arguments advanced by Mt. Sinai, in the original motion and now with this mot adhere to the rulings I previously made. So Ordered. (Signed by Judge Alvin K. Hellerstein on 9/29/2010) (js) (Ente 09/29/2010) |

| | | |
|---|---|---|
| 9/29/2010 | 2199 | MEMO ENDORSED ON NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON STATE AND FED IMMUNITY AGAINST PLAINTIFF ROBERT GALVANI AND DIANE GALVANI: ENDORSEMENT:Motion c moot in light of settlement Process Agreement and proceedings in relation thereto. So Ordered. (Signed by Judge Al Hellerstein on 9/29/2010) (js) (Entered: 09/29/2010) |
| 9/29/2010 | 2201 | MEMO ENDORSED ON NOTICE OF PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FRCP 37 FO CITY OF NEW YORK'S ADMITTED SUPPRESSION OF EVIDENCE FOR SIX YEARS: ENDORSEMENT: M denied. Subsequent proceedings including agreement toward settlement make this motion moot. So Ordered (Signed Judge Alvin K. Hellerstein on 9/29/2010) (js) (Entered: 09/29/2010) |
| 9/29/2010 | 2202 | ORDER DENYING RECONSIDERATION OF ORDERS DISMISSING CHECK–OFF AND PRO–FORMA COMPLAINTS: Plaintiffs fail to point to a "clear error" or a "manifest injustice" requiring reconsideration. Doe, 70 789. The motion for reconsideration is therefore denied. Plaintiffs retain the balance of time provided in the previou to file amended complaints that conform with Rule 8. (Signed by Judge Alvin K. Hellerstein on 9/29/2010) (jpo) (E 09/30/2010) |
| 10/04/2010 | 2203 | ORDER SUA SPONTE DISMISSING COMPLAINT. Plaintiff Wayne F. Rouillier filed a complaint on September asserting several causes of action arising out of his participation in the clean–up effort after the terrorist attacks of S 11, 2001, against the City and 92 contractors. The complaint is clearly deficient under Federal Rule of Civil Procedu important that others similarly situated be made aware of its deficiencies lest they use it as a model. Hence, I make t rulings promptly following its having come to my attention, dismissing the complaint because of its deficiencies wit to replead and without waiting for a formal motion. The complaint is dismissed without prejudice. Plaintiff has 20 d file an amended complaint. Relates to 21mc100, 10–6984. (Signed by Judge Alvin K. Hellerstein on 10/4/10) (rjm) ( 10/04/2010) |
| 10/05/2010 | 2204 | CONSENT TO CHANGE ATTORNEY AND STIPULATION TO CONSOLIDATE: It is hereby stipulated and agr and between the parties that the firm of Worby Groner Edelman &Napoli Bern, LLP, is hereby substituted as counse record for the plaintiff, David Bruno, by Sullivan Papain Block McGrath &Cannavo, PC. It is further stipulated and that the docket number, 09cv2714, is hereby consolidated with the docket number 09cv10480, going forward in this Hereinafter, this action shall be prosecuted as 09cv10480. (Signed by Judge Alvin K. Hellerstein on 10/5/2010) ( (Entered: 10/05/2010) |
| 10/05/2010 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Status Conference held on 10/5/2010. (mro) ( 10/12/2010) |
| 10/06/2010 | 2205 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise A. Rubin dated 9/30/2010 re: Counsel respectfully ask that this Court rescind the sua sponte dismissal of the O'Donnell and Oenafiel matters. ENDORSEM Motion denied. Neither O'Donnell nor Penafiel made rulings as to eligibility to settle. Plaintiffs' counsel raises no iss requiring reconsideration. So Ordered. (Signed by Judge Alvin K. Hellerstein on 10/6/2010) (jfe) (Entered: 10/06/20 |
| 10/07/2010 | 2206 | ORDER: I am disappointed in the apparent lack of progress in settling claims against Phillips and Jordan and its rel defendants. To discuss the status of the matter, I will see counsel for defendants Phillips and Jordan, Taylor Recyclir Facility LLC, and Evans Environmental &Geological Science Management, and counsel for each of these defendant insurers, at a status conference to be held October 12, 2010, at 4:30pm. The conference will be held in Courtroom 14 Pearl Street, New York, NY, 10007, as set forth in this Order. (Signed by Judge Alvin K. Hellerstein on 10/6/2010) ( (Entered: 10/07/2010) |
| 10/13/2010 | 2207 | MOTION to Compel *Certain United States Social Security Administration Offices to Respond to Subpoenas Duces* Document filed by Plaintiffs Liaison Counsel.(Carboy, Andrew) (Entered: 10/13/2010) |
| 10/13/2010 | 2208 | DECLARATION of Wendell Y. Tong in Support re: 2207 MOTION to Compel *Certain United States Social Secur Administration Offices to Respond to Subpoenas Duces Tecum.*. Document filed by Plaintiffs Liaison Counsel. (Atta #_1 Exhibit, #_2 Exhibit, #_3 Exhibit, #_4 Exhibit, #_5 Exhibit, #_6 Exhibit)(Carboy, Andrew) (Entered: 10/13/2010) |
| 10/13/2010 | 2209 | MOTION for Discovery. Document filed by Plaintiffs Liaison Counsel.(Carboy, Andrew) (Entered: 10/13/2010) |
| 10/13/2010 | 2210 | DECLARATION of Wendell Y. Tong in Support re: 2209 MOTION for Discovery.. Document filed by Plaintiffs L Counsel. (Carboy, Andrew) (Entered: 10/13/2010) |
| 10/13/2010 | 2211 | MOTION for Discovery. Document filed by Plaintiffs Liaison Counsel.(Carboy, Andrew) (Entered: 10/13/2010) |
| 10/13/2010 | 2212 | DECLARATION of Wendell Y. Tong in Support re: 2211 MOTION for Discovery.. Document filed by Plaintiffs L Counsel. (Carboy, Andrew) (Entered: 10/13/2010) |
| 10/14/2010 | 2213 | ORDER REGULATING PROCEEDINGS, I have been informed by plaintiffs' counsel, Worby Groner Edelman &N and counsel for The Port Authority of New York and New Jersey ("Port Authority") that they have reached a settlem principle regarding claims filed on or before August 1, 2010 by 9,055 plaintiffs in the 21 MC 100 and 21 MC 103 d against the Port Authority. The details of this settlement are as set forth in this Order. I find that this settlement is fai reasonable. In addition, I find that plaintiffs' counsels' approach to allocation of the settlement is fair and reasonable |

| | | |
|---|---|---|
| | | by Judge Alvin K. Hellerstein on 10/14/10) (pl) Modified on 10/14/2010 (pl). (Entered: 10/14/2010) |
| 0/14/2010 | 2214 | GENERAL ORDER SUA SPONTE DISMISSING COMPLAINT: Over the last several weeks, approximately three new complaints have been filed in the above–captioned master calendars. I recently held that three of these complai deficient under Federal Rule of Civil Procedure 8. Order Sua Sponte Dismissing Complaint, Roullier v. City of New 10 Civ. 6984 (21 MC 100), Doc. No. 2203 (S.D.N.Y. Oct. 4, 2010); Order Sua Sponte Dismissing Check–Off Comp without Prejudice, O'Donnell v. City of New York, 10 Civ. 6824 (21 MC 100), Doc. No. 2184 (S.D.N.Y. Sept. 21, 2 Order Sua Sponte Dismissing Pro–Forma Complaint without Prejudice, Penafiel v. City of New York, 10 Civ. 6812 102), Doc. No. 3857 (S.D.N.Y. Sept. 21, 2010). I elaborated on the reasons these complaints are deficient in a recent denying reconsideration. Order Denying Reconsideration of Orders Dismissing Check–Off and Pro–Forma Complai MC 100, Doc. No. 2202 (S.D.N.Y. Sept. 29, 2010). The three dismissed complaints appear to be representative of al recently filed complaints. The recently filed complaints were filed by the same counsel, in similar format. For the rea already provided in my previous orders, these complaints also fail to comply with Federal Rule of Civil Procedure 8 therefore dismissed. As with the other orders, these dismissals are without prejudice to filing amended complaints. F in these cases have thirty days to amend and file complaints sufficient under Rule 8. A schedule of the dismissed con is attached. All counsel and parties should know there is little, if any, justification for form complaints. It is now nin after the events of September 11, 2001. Counsel who are submitting these defective complaints are intensely familia the events and the proceedings of this litigation, and know that only complaints alleging a legally cognizable injury valid claim to relief are sufficient. The litigation needs to be resolved, not kept open by defective pleadings. (Signed Alvin K. Hellerstein on 10/14/10) (db) (Entered: 10/14/2010) |
| 0/15/2010 | 2215 | ORDER SETTING CONFERENCE: A conference will be held October 21, 2010, at 10:30am, to discuss ongoing se discussions between the plaintiffs and defendants Phillips and Jordan, Taylor Recycling Facility LLC, and Evans Environmental & Geological Science Management. Principals for the defendants, executives of the defendants' insur counsel for defendants and their insurers, and liaison counsel for plaintiffs are invited to attend. The conference will in Courtroom 14D at 500 Pearl Street, New York, NY, 10007, and will not be open to the public. (Signed by Judge Hellerstein on 10/15/2010) (jpo) (Entered: 10/15/2010) |
| 0/20/2010 | 2216 | MOTION to Compel *Certain Medical Providers to Respond to Subpoenas Duces Tecum*. Document filed by Plainti Liaison Counsel.(Carboy, Andrew) (Entered: 10/20/2010) |
| 0/20/2010 | 2217 | DECLARATION of Wendell Y. Tong in Support re: 2216 MOTION to Compel *Certain Medical Providers to Resp Subpoenas Duces Tecum*.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Carboy, Andrew) (Entered: 10/20/2010) |
| 0/20/2010 | 2218 | ORDER SETTING CONFERENCE: A conference will be held October 21, 2010, at 2:30pm, to discuss ongoing set discussions between the plaintiffs and Lloyd's of London. Counsel for Lloyd's of London, Weeks Marine, Inc., the V Trade Center Captive Insurance Company, and plaintiffs' liaison counsel are invited to attend. The conference will b Courtroom 14D at 500 Pearl Street, New York, NY, 10007, and will not be open to the public. (Status Conference s 10/21/2010 at 02:30 PM in Courtroom 14D, 500 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerste (Signed by Judge Alvin K. Hellerstein on 10/19/10) (db) (Entered: 10/20/2010) |
| 0/20/2010 | 2219 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Christopher LoPalo dated 10/19/10 re: We req Court to (i) reinstate the 52 cases listed on Exhibit 1 and (ii) stay the litigation for these 52 cases like all other cases eligible to participate in the SPA. As always, we are available to discuss these matters at Your Honor's convenience. ENDORSEMENT: Motions denied. Although the 52 plaintiffs who are affected may participate in the settlement, th complaints they filed are deficient. (Signed by Judge Alvin K. Hellerstein on 10/20/10) (db) (Entered: 10/20/2010) |
| 0/20/2010 | 2226 | NOTICE OF APPEAL from 2192 Order on Motion for Miscellaneous Relief. Document filed by Richard Dambakly Dorothy Dambakly, Edward Deery, James Goldsworthy and Donna Goldsworthy, Philip Kirschner, Timothy Lomba Janice Lombardi, Philip Mattera, Laura Mattera, Steven Mozes, Amy Mozes, Arthur Noonan, Denise Noonan, Devr Perdue, Goldie Perdue, Stanley Salata, Christine Salata, Richard Smiouskas, Truzzulino Barbra, Michael Vandergrif Angela Vandergriff. Filing fee $ 455.00, receipt number E 918673. (nd) (Entered: 10/25/2010) |
| 0/21/2010 | 2220 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION for Extension of Time. Docu filed by Anthony Cortese Specialized Hauling, LLC, Inc., Atlantic Heydt Corp., Berkel & Co. Contractors, Inc., Big Wrecking & Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Fou Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp New York, Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–T Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Cor Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipme Rental & Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., A Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth & Environmental, Inc., Laquila Construction, Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler & Bartlett, Inc., L Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Cor |

| | | |
|---|---|---|
| | | Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., [...] Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enter[...] Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &[...] LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Mari[...] Weidlinger Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc..(Tyrrell, James) Modified on 10/25/2010 (db). (Entered: 10/21/2010) |
| [1]0/21/2010 | 2221 | MOTION for Extension of Time. Document filed by Anthony Cortese Specialized Hauling, LLC, Inc., Atlantic Hey[...] Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Ca[...] Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contra[...] Corp., Canron Construction Corp., City of New York, Component Assembly Systems, Inc., Cord Contracting Co. In[...] Enterprise, Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., [...] One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive M[...] Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, G[...] Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti G[...] LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, Inc., Laquila Con[...] Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, In[...] Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench Americ[...] Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nic[...] Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., [...] Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enter[...] Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &[...] LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Mari[...] Weidlinger Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc..(Tyrrell, James) (Entered: 10/21/2010) |
| [1]0/21/2010 | 2222 | MEMORANDUM OF LAW in Support re: 2221 MOTION for Extension of Time.. Document filed by Anthony Co[...] Specialized Hauling, LLC, Inc., Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Constr[...] Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., B[...] Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp., City of New York, Comp[...] Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamond Point Exc[...] Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen [...] Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking[...] Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment [...] &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., A Russo [...] Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, [...] Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., L[...] Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Cor[...] Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson [...] Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., [...] Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enter[...] Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &[...] LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Mari[...] Weidlinger Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, [...] (Tyrrell, James) (Entered: 10/21/2010) |
| [1]0/21/2010 | 2223 | DECLARATION of James E. Tyrrell, Jr. in Support re: 2221 MOTION for Extension of Time.. Document filed by [...] Cortese Specialized Hauling, LLC, Inc., Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking [...] &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transpo[...] Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp., City of New [...] Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamo[...] Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., [...] Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Flee[...] Trucking, Inc., Francis A. Lee Company, Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Enginee[...] HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipme[...] Rental &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., A[...] |

| | | |
|---|---|---|
| | | Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., L Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Co Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterp Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings & LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Mari Weidlinger Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tyrrell, James) (Entered: 10/21/2010) |
| 0/22/2010 | 2224 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise Rubin dated 10/21/10 re: Request for a time to file amended pleadings. ENDORSEMENT: The request to enlarge time to file amended complaint is granted Amended complaints must be filed by 12/22/10. ( Amended Pleadings due by 12/22/2010.) (Signed by Judge Alvin Hellerstein on 10/21/10) (cd) (Entered: 10/22/2010) |
| 0/22/2010 | 2225 | ORDER CONTINUING CONFERENCE 10/21/10 Settlement Conference continued to 10/25/2010 at 10:00 AM in Courtroom 14D, 500 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerstein and will not be open to t public. (Signed by Judge Alvin K. Hellerstein on 10/22/10) (cd) (Entered: 10/22/2010) |
| 0/22/2010 | 2227 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Gregory J. Cannata, and Robert A. Grochow d 10/22/2010 re: Counsel for Plaintiffs request time to replead their complaints recently dismissed, by Order dated Oc 2010 without prejudice, to be enlarged until December 22, 2010. ENDORSEMENT: The request to enlarge time to amended complaints is granted. Amended complaints must be filed by December 22, 2010. ( Amended Pleadings du 12/22/2010.) (Signed by Judge Alvin K. Hellerstein on 10/22/2010) (lnl) (Entered: 10/25/2010) |
| 0/22/2010 | 2228 | MEMO ENDORSEMENT on 2221 Motion for Extension of Time. ENDORSEMENT: Subject to review and possib reconsideration if any parties oppose this motion, the Settling Defendants' motion is granted. The October 21, 2010 c provided by paragraph 8 of CMO 10 is changed. The cut–off period is now December 21, 2010. (Signed by Judge A Hellerstein on 10/22/2010) (jpo) (Entered: 10/25/2010) |
| 0/25/2010 | | Transmission of Notice of Appeal to the District Judge re: 2226 Notice of Appeal,,. (nd) (Entered: 10/25/2010) |
| 0/25/2010 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2226 Notice of A (nd) (Entered: 10/25/2010) |
| 0/25/2010 | 2229 | MEMORANDUM OF LAW in Opposition. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (E 10/25/2010) |
| 0/26/2010 | 2230 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Edward Marcowitz dated 10/22/2010 re: Cour respectfully request the same courtesy that was extended to Worby Groner Edelman &Napoli Bern, LLP be granted firm and that counsel be granted an extension to file their amended complaint until 12/22/2010. ENDORSEMENT: request is granted. So Ordered. (Signed by Judge Alvin K. Hellerstein on 10/25/2010) (jfe) (Entered: 10/26/2010) |
| 0/27/2010 | 2231 | ORDER GRANTING MOTION FOR ENLARGEMENT OF EXPIRATION DATE IN PARAGRAPH 8 OF CASE MANAGEMENT ORDER 10, GRANTING MOTION TO ENLARGE DEADLINE IN PARAGRAPH 4, AND SET STATUS CONFERENCE: The Settlement Process Agreement ("SPA") originally set the opt–in date for settling pla September 8, 2010.That date should have been, but was not, enlarged when the opt–in date was enlarged. The City do that now, to December 21, 2010. Plaintiffs do not oppose the motion. I grant the motion. Plaintiffs ask to enlarge deadline in Paragraph 4 of CMO 10 by which those who are continuing with the cases, whether because they did no because they becameplaintiffs after the SPA's bar date of April 12, 2010, are required to file expert reports. I grant t request. Even though the deadline under Paragraph 4 is not tied to the opt–in date for settlement, the same lawyers a to be involved and, practically, they may not be able to attend to all the obligations they have to perform. Thus, I enl period provided in Paragraph 4 to January 21, 2011. All parties, shall attend a conference, to be held February 2, 20 Courtroom 14D at 500 Pearl Street, New York, New York, 10007, at 2:15 p.m. The conference will be public. (Sign Judge Alvin K. Hellerstein on 10/27/2010) (jpo) (Entered: 10/27/2010) |
| 0/27/2010 | 2232 | ORDER SETTING CONFERENCE: A status conference will be held November 2, 2010, to continue settlement dis between the plaintiffs and Taylor Recycling Facility LLC. Counsel and principals with decision making authority fo Recycling and its insurers shall attend. The conference will be held at 2:15 pm in Courtroom 14D at 500 Pearl Stree York, NY, 10007, and will not be open to the public. (Signed by Judge Alvin K. Hellerstein on 10/27/2010) (jpo) (E 10/27/2010) |
| 1/01/2010 | 2233 | MOTION to Compel *CERTAIN UNITED STATES SOCIAL SECURITY ADMINISTRATION OFFICES TO RESPON SUBPOENAS DUCES TECUM*. Document filed by Plaintiffs Liaison Counsel.(Carboy, Andrew) (Entered: 11/01/20 |

| | | |
|---|---|---|
| 11/01/2010 | 2234 | DECLARATION of Wendell Y. Tong in Support re: 2233 MOTION to Compel *CERTAIN UNITED STATES SOCI...* *SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOENAS DUCES TECUM..* Document filed by ... Liaison Counsel. (Attachments: #_1 Exhibit, #_2 Exhibit, #_3 Exhibit, #_4 Exhibit)(Carboy, Andrew) (Entered: 11/01... |
| 11/02/2010 | 2235 | SEALED DOCUMENT placed in vault.(nm) (Entered: 11/02/2010) |
| 11/02/2010 | 2236 | STIPULATION OF DISMISSAL AND CONSOLIDATION; that this civil action with docket number 06cv9706, sh... discontinued and dismissed with prejudice and without cost to any party, pursuant to Federal Rule of Civil Procedur... 41(a)(1)(ii) and Case Management Order No. 1 in the 21 MC 100 Bodily Injury, Non–Respiratory, Non–Ingestion D... that SALVATORE SFERRAZZA's claims in his other case that are currently pending under civil action number 050... shall not be affected by this stipulation. (Signed by Judge Alvin K. Hellerstein on 11/2/2010) (ae) (Entered: 11/02/20... |
| 11/05/2010 | 2238 | ORDER REGULATING PROCEEDINGS: I have been informed by Special Masters Dean Aaron Twerski and Prof... James Henderson that a settlement in principle has been reached between Plaintiffs' Liaison Counsel, Worby Groner... Edelman &Napoli Bern; Certain Underwriters at Lloyd's of London and London Insurance Companies that issued m... liability insurance policies to the City of New York and Weeks Marine, Inc. ("Marine Insurers"); and the WTC Capt... Insurance Company, Inc. This settlement resolves a dispute over the Marine Insurers' alleged duty to contribute to th... settlement described in the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended ... Settlement Process Agreement"). The Special Masters mediated this insurance dispute, and their efforts were of inva... assistance in reaching a settlement. The most significant details of the settlement are further set forth within. I find th... settlement is fair and reasonable, In addition, I find that the approach to allocation of the Marine Insurers' settlement... agreed upon by plaintiffs' counsel and the WTC Captive is fair and reasonable. I previously overruled the parties' obj... to my exercise of authority and jurisdiction over the Amended Settlement Process Agreement and all proceedings in... connection with, and arising from, that agreement. The parties' objections to this Order similarly are overruled. (Sig... Judge Alvin K. Hellerstein on 11/5/2010) (jfe) (Entered: 11/05/2010) |
| 11/08/2010 | 2239 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from David L. Kremen dated 11/8/2010 re: Counsel... respectfully request an enlargement of time until 12/22/2010 to prepare and file their amended pleadings responsive ... Court's 10/14/2010 sua sponte Order dismissing cases and granting leave to amend. ENDORSEMENT: The request... granted. The deadline to file amended complaints is enlarged to December 22, 2010. So Ordered. (Signed by Judge ... Hellerstein on 11/8/2010) (jfe) (Entered: 11/08/2010) |
| 11/08/2010 | 2240 | STIPULATION OF VOLUNTARY DISMISSAL: IT IS HEREBY STIPULATED AND AGREED by and between... parties that the Plaintiffs actions identified on Schedule A are voluntarily dismissed with prejudice. All claims by Pl... identified on Schedule A against all Defendant(s) or against any Defendant arising out of or relating in any way to W... Trade Center–related rescue, recovery, and/or debris–removal operations and/or clean up at any location on and/or a... September 11, 2001, are voluntarily dismissed with prejudice. The dismissal is without costs. (Signed by Judge Alvi... Hellerstein on 11/8/2010) (jfe) (Entered: 11/08/2010) |
| 11/08/2010 | 2241 | ORDER REGULATING PROCEEDINGS: Until further order of this Court, the parties shall not discuss publicly th... of claims in relation to the Opt–In Threshold under the World Trade Center Litigation Settlement Process Agreemer... Amended ("Amended SPA"). Specifically, the parties shall neither initiate contact with members of the media nor re... media requests for information. Pursuant to Section VI.B of the Amended SPA, the deadline for plaintiffs desiring to ... the settlement by signing releases and other relevant documents is 11:59 PM on November 8, 2010. Because of the l... volume of responses, the impracticality of reviewing their sufficiency, and the difficulty of presenting them to the A... Neutral, the deadline for uploading to the Allocation Neutral's website all plaintiffs' releases and other documents ev... their decision to opt into the settlement is Thursday, November 11 at 3:00 p.m. EST. However, plaintiffs' counsel sh... accumulate such responses, but upload all such responses as soon as received and processed. The parties shall report... to the Court concerning the satisfaction of the Opt–In Threshold and the number of plaintiffs who have opted into th... settlement as soon as reasonably possible after the plaintiffs' releases and other documents evidencing their decision... opt into the settlement have been finalized, submitted, and counted. The Court will post that report to its website pro... once the report becomes available. (Signed by Judge Alvin K. Hellerstein on 11/8/2010) (jfe) (Entered: 11/08/2010) |
| 11/09/2010 | 2242 | ORDER AMENDING PREVIOUS ORDER REGULATING PROCEEDINGS OF NOVEMBER 8, 2010: The exte... the time during which plaintiffs may opt into the settlement to Tuesday, November 16, 2010 at 11:59 p.m. EST is ap... The deadline for all plaintiffs' counsel to certify the information for their clients on the Eligible Plaintiff List, as requ... Section VI.A of the Amended SPA, is Thursday, November 11 at 3:00 p.m. EST. All other provisions of this Court's... November 8, 2010 Order Regulating Proceedings remain in effect. (Signed by Judge Alvin K. Hellerstein on 11/9/20... (jpo) (Entered: 11/09/2010) |
| 11/10/2010 | 2244 | ORDER: It is hereby ordered, adjudged and decreed that the stay of the discovery with respect to Plaintiff's orthopeo... claim is hereby lifted, as set forth in this Order. (Signed by Judge Alvin K. Hellerstein on 11/10/2010) (jpo) (Entere... 11/12/2010) |
| 11/10/2010 | 2245 | STIPULATION: It is hereby ordered, adjudged, and decreed that the Shisha firm, on behalf of Thomson, hereby dis... from Civil Action no. 05cv7520 any claims arising from Thomson's alleged participation in the WTC rescue, recove... debris removal operation. In light of this dismissal, the Shisha firm now represents Thompson only with respect to h... |

| | | |
|---|---|---|
| | | against the City of New York (Civil Action no. 05cv7520), alleging an orthopedic injury arising from the September [...] incident unrelated to the WTC rescue and debris removal operation. In light of this dismissal only the Napoli firm no [...] represents Thomas with respect to his claims against the City of New York et al. (Civil Action no. 05cv1630), allegi[...] respiratory injuries arising from his alleged participation in the WTC rescue, recovery and debris removal operation[...] by Judge Alvin K. Hellerstein on 11/10/2010) (jpo) Modified on 11/18/2010 (jpo). Modified on 11/18/2010 (jpo). (E[...] 11/12/2010) |
| 11/10/2010 | 2246 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph E. Hopkins dated 11/9/2010 re: Curren[...] are twenty six complaints filed post April 12, 2010 that remain pending in the 21mc100 and 21mc 102 dockets. The [...] substance of these complaints appears identical to those that were previously dismissed by the Court for reasons ide[...] the Court's prior Orders. The twenty six cases listed are as follows: 10cv6632, 10cv7131, 10cv6439, 10cv4226, 10c[...] 10cv4225, 10cv6716, 10cv6722, 10cv6721, 10cv7683, 10cv6718, 10cv6720, 10cv7077, 10cv6441, 10cv [...] 10cv6713, 10cv6717, 10cv6719, 10cv7080, 10cv7927, 10cv6711, 10cv6665, 10cv5148, 10cv8045, and 10cv8047. [...] ENDORSEMENT: The 26 complaints, identified in the attachment are each dismissed, subject to the terms and con[...] my order of October 14, 2010. (Signed by Judge Alvin K. Hellerstein on 11/10/2010) (jpo) (Entered: 11/12/2010) |
| 11/10/2010 | 2247 | MEMO ENDORSEMENT on 2233 NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER COMPELLING CER[...] UNITED STATES SOCIAL SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOENAS DUC[...] TECUM. ENDORSEMENT: Motion granted. (Signed by Judge Alvin K. Hellerstein on 11/10/2010) (jpo) (Entered: 11/12/2010) |
| 11/10/2010 | 2258 | STIPULATION OF VOLUNTARY DISMISSAL, (ALL PLAINTIFFS ON THE ATTACHED SCHEDULE A).1. T[...] Plaintiffs actions identified on Schedule A are voluntarily dismissed with prejudice; 2. All claims by Plaintiffs ident[...] Schedule A against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade [...] Center–related rescue, recovery, and/or debris–removal operations and/or clean up at any location on and/or after Se[...] 11, 2001, are voluntarily dismissed with prejudice; and 3. The dismissal is without costs. (Schedule A attached). (Si[...] Judge Alvin K. Hellerstein on 11/10/10) (pl) (Entered: 11/29/2010) |
| 11/11/2010 | 2243 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse[...] (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 11/11/2010) |
| 11/15/2010 | 2248 | ORDER APPROVING SETTLEMENT: Liaison counsel for Plaintiffs and Defendants involved litigation arising fr[...] reception and burial of World Trade Center debris at Fresh Kills, Staten Island, have reached a partial settlement of [...] claims made by Plaintiffs against such Defendants. The aggregate settlement amount against all the Fresh Kills Def[...] who are identified below, is $24.3 million inclusive of $300,000 payable to defray administrative expenses. The pre[...] partial settlement for two–thirds of this amount, or $16.2 million, is with two of the three sets of these Defendants. T[...] set of Defendants have not yet settled, and may not settle, and the lawsuits will continue against them. I have review[...] partial settlement and I find it to be fair, reasonable, and adequate, in the context of previous settlements previously [...] announced and found fair, reasonable, and adequate. I accept the partial settlement, and I order it to be implemented [...] simultaneously with all other settlement distributions to Plaintiffs who made claims or filed lawsuits against the Fres[...] Defendants or any of them. Plaintiffs' liaison counsel, Worby Groner Edelman &Napoli Bern, represent that there a[...] Plaintiffs who made claims or filed lawsuits against the Fresh Kills Defendants or any of them in the 21 MC 100 an[...] Master Calendars. The present partial settlement will be distributed to these Plaintiffs according to their entitlement[...] the Settlement Process Agreement, As Amended, with $2,000 payable to eligible Tier One Plaintiffs, $3,500 payabl[...] eligible Tier Two plaintiffs, and $5,500 payable to eligible Tier Three plaintiffs. The balance, estimated to be 90 per[...] the partial settlement amount, will be distributed to Tier Four Plaintiffs in accordance with the allocation provisions [...] in the Settlement Process Agreement, As Amended. Plaintiffs' counsel may charge no more than a 25 percent contin[...] with expenses limited in accordance with previous orders, rulings, and agreements. The settling Defendants are Phil[...] &Jordan, Inc., and Evans Environmental &Geological Science and Management LLC ("EE"), together with their resp[...] insurers, in the amount of $8.1 million each. The non–settling Defendant is Taylor Recycling Facility, LLC ("Taylo[...] Recycling"), together with its several insurers. The amount of settlement has been agreed to. The distribution of pay[...] among Taylor Recycling's several insurers could not be agreed to. All lawsuits are to continue against Taylor Recyc[...] including the possibility of various actions against its insurers, without limitation as to any settlement amount. I note[...] today's partial settlement with Phillips &Jordan and EEGis one of several now completed between Plaintiffs in the 2[...] 100, 21 MC 102, and 21 MC 103 Master Calendars and the various Defendants whom they sued. These various agre[...] and the settlement amounts, are set forth within this Order. All told, Plaintiffs eligible to settle their cases presently [...] recover an amount between $720.8 million and $811.8 million, along with additional amounts that may flow from s[...] discussions that are still ongoing. If Plaintiffs satisfy the requisite op–in thresholds, and to ensure the speedy and ef[...] distribution of individual settlement amounts, all these funds shall be submitted to the Allocation Neutral, who shall [...] individual settlement amounts to each of the Plaintiffs in a timely manner, and as provided for in each of the variou[...] settlement agreements. (Signed by Judge Alvin K. Hellerstein on 11/15/2010) (jfe) (Entered: 11/15/2010) |
| 11/15/2010 | 2249 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Jonathan A. Rapport dated 11/12/2010 re: Cou[...] writes to ask for clarification regarding the refiling of dismissed complaints. ENDORSEMENT: All amended compl[...] must be submitted by December 22, 2010. No enlargements will be given. So Ordered. (Signed by Judge Alvin K. Hellerstein on 11/12/2010) (jfe) (Entered: 11/15/2010) |

| | | |
|---|---|---|
| 11/15/2010 | 2250 | TRUE COPY ORDER of USCA as to 2050 Notice of Appeal, filed by Bovis Lend Lease LMB, Inc., Turner Constr Company, Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, AMEC Construction Management, Inc., AM Earth &Environmental, Inc., Evergreen Recycling of Corona, Plaza Construction, City of New York USCA C Number 10−1377....that the appeal is hereby WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appella Procedure. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 11/15/2010. (nd) (Entered: 11/ |
| 11/16/2010 | 2251 | STIPULATION OF VOLUNTARY DISMISSAL, that pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)( The Plaintiffs actions identified on Schedule A are voluntarily dismissed with prejudice; 2. All claims by Plaintiffs i on Schedule A against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trad Center−related rescue, recovery, and/or debris−removal operations and/or clean up at any location on and/or after Se 11, 2001, are voluntarily dismissed with prejudice; and 3. The dismissal is without costs. (Signed by Judge Alvin K. Hellerstein on 11/15/2010) (lnl) (Entered: 11/16/2010) |
| 11/16/2010 | 2252 | ORDER REGULATING PROCEEDINGS: The deadline for Eligible Plaintiffs to opt into the Settlement Process A As Amended ("SPA"), is tonight at 11:59 pm. This order is issued to regulate follow−up proceedings. (See ORDER forth) (Signed by Judge Alvin K. Hellerstein on 11/16/2010) (lnl) (Entered: 11/16/2010) |
| 11/17/2010 | 2253 | STIPULATION OF VOLUNTARY DISMISSAL. IT IS HEREBY STIPULATED AND AGREED by and between parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii): 1. The Plaintiff's actions identified on S A are voluntarily dismissed with prejudice; 2. All claims by Plaintiffs identified on Schedule A against all Defendan against any Defendant arising out of or relating in any way to World Trade Center−related rescue, recovery, and/or debris−removal operations and/or clean up at any location on and/or after September 11, 2001, are voluntarily dismi prejudice; and 3. The dismissal is without costs. Relates to actions on Schedule A. (Signed by Judge Alvin K. Heller 11/17/10) (rjm) (Entered: 11/17/2010) |
| 11/17/2010 | 2254 | ENDORSED LETTER addressed to Jugde Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 11/9/2010 re: Coun Defendant the City of New York respectfully requests that the Court consolidate this action with the litigation captio Re: World Trade Center Disaster Site Litigation, 21 MC 100 (AKH). ENDORSEMENT: So Ordered. (Signed by Ju Alvin K. Hellerstein on 11/17/2010) (ae) (Entered: 11/17/2010) |
| 11/18/2010 | 2255 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Matthew Garretson dated 11/18/2010 re: Requ until 1:00 pm on Friday, November 19th to submit the report to the Court. ENDORSEMENT: So Ordered. (Signed l Alvin K. Hellerstein on 11/18/2010) (jpo) (Entered: 11/18/2010) |
| 11/19/2010 | 2256 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Matthew Garretson dated 11/19/10 re: In respo your November 16, 2010 Order in the 21 MC 100, 21 MC 102 and 21 MC 103 litigation, please accept the followin; Allocation Neutral's report regarding the opt−in status of the settlement. ENDORSEMENT: The Report of the Alloc Neutral is accepted for filing in 21mc100, 102 and 103. (Signed by Judge Alvin K. Hellerstein on 11/19/10) (rjm) (E 11/19/2010) |
| 11/24/2010 | 2257 | ORDER APPOINTING SPECIAL COUNSEL. The procedure I hereby order, after consultation with all counsel an their encouragement and mutual agreement, is the appointment of a Special Counsel to the several subgroups of Elig Plaintiffs who have not opted into the SPA. Special Counsel shall make himself, and the attorneys and paralegals of firm, available to these subgroups, to assist them in such reviews as they wish to conduct, and to arrive at a decision best interests. Special Counsel shall perform these services from now until December 17, 2010. His services shall th He may not continue as counsel for any of the Plaintiffs in the 9/11 lawsuits.... Special Counsel shall bill, according time devoted to the matter, at the rate of $325 − $450 per hour for attorneys, and $125 per hour for paralegal service expenses. Plaintiffs' liaison counsel, Worby Groner Edelman &Napoli Bern, have agreed to pay Special Counsel's fe expenses out of the fees they will be receiving in these lawsuits, on behalf of themselves for their clients who are or affected, and on behalf of other Plaintiffs' counsel for their clients who are or may be affected, proportionately to the of such clients. Special Counsel will not be required to report to the Court, except as may be convenient to his work. goal of his services is to assist such of the Eligible Plaintiffs as desire his services to come to one of four possible de on the basis of full and fair disclosure of all the benefits and detriments of each choice, and to make proper declarati such choice (items listed as 1−4 on page 4). All previously filed stipulations will be subject to an order conforming t provisions to the Order of February 22, 2010. (Signed by Judge Alvin K. Hellerstein on 11/24/10) (rjm) (Entered: 11/24/2010) |
| 12/01/2010 | 2259 | ORDER REGULATING PROCEEDINGS. Plaintiffs second case, 10 Civ. 7975, is dismissed as insufficiently plead duplicative of 10 Civ. 7927. Plaintiff has until December 22, 2010, to file a single complaint sufficient under Federa Civil Procedure 8. Plaintiff is obligated to set forth a basis of jurisdiction in this Court, a set of facts giving rise to a claim, and a request for relief available in this forum. If Plaintiff repleads, the case shall continue together with thos Plaintiffs who chose not to settle and those who were not eligible to settle. The case docketed 10 Civ. 7975 is dismis Clerk is directed to mark the case closed. If Plaintiff repleads, the Clerk shall docket the amended complaint in 10 C Relates to 21mc100, 10−7927, 10−7975. (Signed by Judge Alvin K. Hellerstein on 12/1/10) (rjm) (Entered: 12/01/2 |
| 12/01/2010 | 2260 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 12/01/2010) |

| 12/02/2010 | 2261 | SEALED DOCUMENT placed in vault.(cb) (Entered: 12/06/2010) |
|---|---|---|
| 12/06/2010 | 2262 | MEMORANDUM ENDORSEMENT re: 8 MOTION TO REOPEN UNDER FRCP 8(a)(1)(2)(3) in case no. 10−cv−(AKH). ORDER denying 8 Motion to Reopen; re: 8 MOTION to Reopen. ENDORSEMENT: Denied. Under my order plaintiff may state a legally sufficient cause of action upon appropriate re−filing on or before 12/22/10. (Signed by J Alvin K. Hellerstein on 12/3/10) (db) (Entered: 12/06/2010) |
| 12/15/2010 | 2263 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise A. Rubin dated 12/15/10 re: I am absol cognizant of Your Honor's subsequent exhortation to another attorney that the December 22 date would not be furth extended. Nonetheless, in light of subsequent developments and applications by the defendants, as well as the amou and effort that is being expended daily by most of our office personnel in responding to literally hundreds of deficie notices by the Captive for the opt−in cases, we write today to ask for a further extension, indeed, an extension more line of a brief stay. ENDORSEMENT: The request is granted. All amended complaints shall be due January 22, 201 date shall not be enlarged again. So ordered. (Amended Pleadings due by 1/22/2011.) (Signed by Judge Alvin K. Hel on 12/15/10) (rjm) (Entered: 12/16/2010) |
| 12/16/2010 | 2264 | ORDER SETTING HEARING CONCERNING EXTENSION. Certain Case Management Orders ("CMOs") in the Settlement Process Agreement, As Amended ("SPA") require the parties to execute individual affirmations of final settlement by December 21, 2010. Defendants' Counsel ask for an extension of this deadline to January 31, 2011 to certain events in the settlement process to continue. I am reluctant to grant the request, and certainly not to grant an to January 31, 2011. Counsel may discuss all of this with me at a status conference to be held Wednesday, Decembe 2010, at 2:30 p.m. The date for executing settlement affirmations in the CMOs is extended to December 23, 2010, to the conference. Relates to 21mc100, 21mc102, 21mc103. (Status Conference set for 12/22/2010 at 02:30 PM before Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 12/16/10) (rjm) (Entered: 12/16/2010) |
| 12/20/2010 | 2265 | MEMO ENDORSEMENT on MOTION TO REOPEN UNDER F.R.C.P.8(a)(1)(2)(3). ENDORSEMENT: Motion The remedy is an amended complaint not a motion. (Signed by Judge Alvin K. Hellerstein on 12/20/2010) (jpo) (En 12/20/2010) |
| 12/29/2010 | 2266 | ORDER: On June 23, 2010, I entered Case Management Order Nos. 10, 7, and 2 in the 21 MC 100, 21 MC 102, and 103 Consolidated Master Dockets, respectively. On October 27, 2010, I extended the potential expiration date of all Case Management Orders to December 21, 2010. For the reasons stated on the record at the conference held on Dec 22, 2010, I hereby extend the December 21, 2010 deadline to February 2, 2011. (Signed by Judge Alvin K. Hellerste 12/28/10) (db) (Entered: 12/29/2010) |
| 12/30/2010 | 2267 | ORDER DISMISSING CASES WITH PREJUDICE: Pursuant to Federal Rule of Civil Procedure 41 (a)(2), this Co dismisses the cases listed in the attached exhibit with prejudice for all claims that were brought or could have been b the individual Plaintiffs' existing pleadings, but without prejudice in relation to a second injury to the extent permitte New York state law, see, e.g., Golod v. Hoffman La Roche, 964 F. Supp. 841 (S.D.N.Y. 1997) ("Under the two−inju [in New York], diseases that share a common cause may nonetheless be held separate and distinct where there biolo manifestations are different and where the presence of one is not necessarily a predicate for the other's development. (internal quotation omitted)), and as may be defined by any court having jurisdiction over any such later−filed comp The dismissals are without costs. The Clerk shall close the cases noted in the attached exhibit. SO ORDERED. (See as set forth) (Signed by Judge Alvin K. Hellerstein on 12/30/2010) (lnl) (Entered: 12/30/2010) |
| 12/30/2010 | 2268 | ORDER DISMISSING CASES WITH PREJUDICE FOR FAILURE TO PROSECUTE: Pursuant to Federal Rule o Procedure 41(b), this Court dismisses the cases listed in the attached exhibit with prejudice for all claims that were b could have been brought in the individual Plaintiffs' existing pleadings, but without prejudice in relation to a second the extent permitted by New York state law, see, e.g., Golod v. Hoffman La Roche, 964 F. Supp. 841 (S.D.N.Y. 199 ("Under the two−injury rule [in New York], diseases that share a common cause may nonetheless be held separate a distinct where there biological manifestations are different and where the presence of one is not necessarily a predic the other's development.") (internal quotation omitted)), and as may be defined by any court having jurisdiction over such later−filed complaint. The dismissals are without costs. Any Plaintiff wishing to seek relief from this Order on of conditions coming into effect if the James Zadroga 9/11 Health and Compensation Act of 2010, H.R. 847, 111th (2010), becomes law, or for any other reason, may seek such relief by an appropriate motion within 30 days of this O See Fed. R. Civ. P. 60(b)(6). The Clerk shall close the cases noted in the attached exhibit. SO ORDERED. (See ORI set forth) (Signed by Judge Alvin K. Hellerstein on 12/30/2010) (lnl) (Entered: 12/30/2010) |
| 12/30/2010 | 2269 | ORDER ACCEPTING REPORT OF SPECIAL COUNSEL AND PROVIDING FOR EFFECTIVENESS OF SETTLEMENT: Immediately following the report of the WTC Captive Insurance Company, fixing the several num identified in this Order, and the entry of this Order, the Affirmation of Final Settlement shall be signed and, as provi the SPA, the payments thereunder shall duly issue by the Allocation Neutral to the Plaintiffs entitled thereto. The W Captive Insurance Company, or any other party feeling aggrieved by any term of this Order or the dismissal Orders issuing today, may file objections and supporting briefing by January 7, 2011, at 12:00pm. SO ORDERED. (See OR set forth) (Signed by Judge Alvin K. Hellerstein on 12/30/2010) (lnl) (Main Document 2269 replaced on 12/30/2010 (Entered: 12/30/2010) |

| | | |
|---|---|---|
| 1/03/2011 | 2270 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Christopher LoPalo dated 12/30/10 re: Discon_ the Walcott (04cv4178) case was never a reconsideration. ENDORSEMENT: The request is granted and the Order Di Mr. Walcott's case, 04cv4718 is rescinded. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 12/30/10) (db (Entered: 01/03/2011) |
| 1/03/2011 | 2271 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Christopher LoPalo, dated 1/3/2011, re: Couns in response to this Court's Order Dismissing Cases With Prejudice For Failure to Prosecute dated December 30, 201 ("Order"). The Exhibit to the Order includes the plaintiffs as set forth that have recently opted in to the World Trade Settlement Process Agreement, As Amended. We respectfully request the Court to reinstate these cases. ENDORSE The application is denied, without prejudice to a motion to reinstate. Supporting affidavits must show, for each plain_ Timely executed and delivered settlement papers, or B. Timely decisions, written and in good faith, to continue with or C. Timely instructions to counsel to dismiss the case, with prejudice. (Signed by Judge Alvin K. Hellerstein on 1/ (lnl) (Entered: 01/04/2011) |
| 1/03/2011 | 2272 | ORDER DENYING FEDERAL RULE 41(a)(1) MOTIONS OF VOLUNTARY DISMISSAL: In the past week, I ha received a series of Federal Rule of Civil Procedure 41(a)(l) stipulations of voluntary dismissal in cases docketed in above–captioned Master Calendars. The parties to these stipulations have sought Court approval for the dismissals. proposed stipulations are deficient and cannot accomplish their purpose. I therefore deny approval at this time, with_ prejudice to renewal. Federal Rule of Civil Procedure 41 (a)(1) states in relevant part, "Subject to Rules 23(e), 23.1 ( and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a no_ dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation dismissal signed by all parties who have appeared." The stipulations at issue fail to comply with this rule. The first s_ stipulations, submitted by the Hofmann &Schweitzer firm, are designated "Rule 41(a)" dismissals. However, the stip_ do not comply with Rule 41(a)(1), the applicable rule. The stipulations do not state whether the opposing parties hav answered or moved for summary judgment, and do not state whether they are dismissing all parties whom the releva_ Plaintiffs sued, or only some parties. The second set of stipulations, submitted by the Sullivan Papain firm and the G_ Cannata firm, state that they are Federal Rule 41(a)(1)(ii) dismissals, but are similarly deficient. Plaintiffs are given seek voluntary dismissal by motion, if fewer than all Defendants are to be dismissed, or by stipulation either if all D are to be dismissed or if Defendants in a given case have not answered or moved for summary judgment. See Fed. R 41(a). For the Parties' ease of reference, the rejected stipulations are attached to this Order. SO ORDERED. (Signed Alvin K. Hellerstein on 1/3/2011) (lnl) (Entered: 01/04/2011) |
| 1/05/2011 | 2273 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Brian D. Crosby, dated 1/5/2011, re: Counsel This letter addresses the identical issue raised in Christopher LoPalo's letter to the Court dated December 30, 2010 r_ the John Walcott case. In addition to Mr. Walcott's claim, there were a number of additional cases inadvertently incl_ this Court's Order Dismissing Cases With Prejudice For Failure to Prosecute dated December 30, 2010. We believe following cases were inadvertently included the Order: 1) John Defano, 07CV049l6; 2) Rudolph Geiger, 05CV0040_ Samuel Gilford, 05CV09785; 4) Thaddeus Hall, 07CV10879; 5) Daniel Moynihan, 07CV05021; 6) Mimi Netrosio, 06CV11774; and 7) Grant Sneddon, 07CV09189. Accordingly, we respectfully request that the Court to reinstate th_ above–listed cases. As always, we are available to discuss these matters at Your Honor's convenience. ENDORSEM Denied. Proceed by motion. (Signed by Judge Alvin K. Hellerstein on 1/5/2011) (lnl) (Entered: 01/06/2011) |
| 1/05/2011 | 2274 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr., dated 1/5/2011, re: As th_ aware, on December 30, 2010, the Court entered an Order Accepting Report of Special Counsel and Providing for Effectiveness of Settlement. Paragraph 7 of that Order provides that any party wishing to object to any of the terms therein must do so by January 7, 2011. Defendants the City of New York and the Contractors hereby seek an extens_ that deadline for all aggrieved parties to January 21, 2011. ENDORSEMENT: SO ORDERED. (Signed by Judge Al_ Hellerstein on 1/5/2011) (lnl) (Entered: 01/06/2011) |
| 1/06/2011 | 2275 | MOTION for Attorney Fees *(Common Benefit Attorney Fees)*. Document filed by Plaintiffs Liaison Counsel.(Rubin (Entered: 01/06/2011) |
| 1/06/2011 | 2276 | MOTION for Attorney Fees *Memorandum of Law and Facts*. Document filed by Plaintiffs Liaison Counsel.(Rubin, (Entered: 01/06/2011) |
| 1/06/2011 | 2277 | MOTION for Attorney Fees *Declaration of Denise A. Rubin, Exhibits to be filed via disc with clerk's office*. Docume_ by Plaintiffs Liaison Counsel. (Attachments: # 1 Text of Proposed Order)(Rubin, Denise) (Entered: 01/06/2011) |
| 1/07/2011 | 2278 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Denise A. Rubin, dated 1/6/2011, re: This eve_ Plaintiffs' Liaison Counsel has electronically filed our Notice of Motion, Declaration in Support, Memorandum of L_ Facts and Proposed Order for an Order granting this office a Common Benefit Attorneys Fee to be contributed by pl_ counsel (other than the Sullivan, Grochow and Cannata firms, pursuant to our stipulation with those offices). Despit_ multiple attempts, however, I have found our supporting exhibits far too voluminous to be accepted by the Court's E_ system. Accordingly, we hereby request this Court's leave to file those exhibits on a CDROM disc with the Clerk's o_ hard copy of the motion papers will be delivered to chambers on Friday. ENDORSEMENT: So Ordered. (Signed by_ Alvin K. Hellerstein on 1/7/2011) (lnl) (Entered: 01/07/2011) |

| 1/11/2011 | 2279 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 01/11/2011) |
|---|---|---|
| 1/11/2011 | 2280 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Marion S. Mishkin dated 12/29/10 re: It is mo respectfully requested that an Order be issued directing that defendants furnish the undersigned with the above–refe information (settlement sums paid in these cases and source of payment) within twenty (20) days, or by a date the C otherwise deem appropriate. Additionally, given that these cases are continuing to settle, it is further requested that a Order require this information to be updated on a rolling basis through the disposition of the balance of these cases. ENDORSEMENT: The applicant shall file her application, within 10 days, limited to time expended and expenses in including reasonable supporting information. Counsel served with such order have 10 days thereafter to respond. (Si Judge Alvin K. Hellerstein on 1/10/11) (rjm) (Entered: 01/11/2011) |
| 1/11/2011 | 2281 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Edward L.C. Marcowitz dated 1/11/11 re: My respectfully requests a briefing schedule and hearing date in regards to the application of Worby Groner Edelman & Bern, LLP for a Common Benefit Legal Fee of Five Percent of the Net Recovery in the above referenced matter. ENDORSEMENT: The affected parties and counsel shall confer and submit a stipulated schedule. (Signed by Judge Hellerstein on 1/11/11) (rjm) (Entered: 01/11/2011) |
| 1/11/2011 | 2282 | ORDER REGULATING DECEDENTS' CASES: Special Counsel appointed by my order of November 24, 2010, h identified thirteen cases eligible to settle under the Settlement Process Agreement, as Amended ("SPA") but where t Plaintiffs have died. In four of these, an executor or administrator has been appointed to represent the decedents' esta the other nine, no such appointment has been made. Federal Rule of Civil Procedure 25(a)(1) provides that upon dea successor plaintiff must be substituted for the decedent. If the substitution does not occur within ninety days of the m death, the case must be dismissed. A motion for substitution of the administrators and executors must be filed in eac these cases by January 20,2011, and the decision to settle, continue without settlement, or dismiss must be ratified i motion by the administrator or executor. In addition, in the case of the party wishing to settle, the settlement and rele documents required by the SPA must be executed and delivered to the Allocation Neutral by January 20, 2011. In th remaining cases, no administrator or executor has been appointed. In this case, a motion for substitution of the admi or executor must be filed and the decision of the next of kin ratified. Failure to effect such substitution within ninety will be cause for dismissal of the action with prejudice. (Signed by Judge Alvin K. Hellerstein on 1/11/2011) (jfe) (E 01/11/2011) |
| 1/11/2011 | 2283 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr., dated 1/11/2011, re: Cou the City of New York and the Contractors with the consent of LeeAnn Stevenson, Esq, writes to request that the con scheduled on Thursday, January 20, 2011, at 2:15 pm be adjourned to Monday, January 24, 2011, at 4:00 pm. ENDORSEMENT: So ordered, providing all consent. (Status Conference set for 1/24/2011 at 04:00 PM before Judg K. Hellerstein) (Signed by Judge Alvin K. Hellerstein on 1/11/2011) (Signature date confirmed w/Chambers, and th is entered is this case per Chambers' direction) (lnl) (Entered: 01/13/2011) |
| 1/13/2011 | 2284 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Richard E. Leff, dated 1/13/2011, re: Counsel Today the Court entered an Order re–scheduling the conference to Monday, January 24, 2011 at 4 p.m. On further r realize I mis–read my calendar and am not available the afternoon of January 24, 2011. After consulting with Owen advised that the Court is available to reschedule this conference to Monday, January 31, 2011 at 10 a.m. I have cons with both Patton Boggs and Kirkland &Ellis and they have both consented to an adjournment to this date. ENDORS The request is granted. The conference shall be held on January 31, 2011, at 10:00 a.m. SO ORDERED. (Status Con set for 1/31/2011 at 10:00 AM before Judge Alvin K. Hellerstein) (Signed by Judge Alvin K. Hellerstein on 1/13/20 (Entered: 01/13/2011) |
| 1/14/2011 | 2285 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Elmer G. Santiago dated 1/11/2010 re: request your Honor grant a stay in place in this litigation, 10cv7927, until the regulations to effectuate the VCF are promul within the 180 days of 1/2/2011.. ENDORSEMENT: The issue of a stay may be argued at the status conference or b separate motion. (Signed by Judge Alvin K. Hellerstein on 1/14/2011) (jar) (Entered: 01/14/2011) |
| 1/14/2011 | 2286 | ORDER SETTING BRIEFING SCHEDULE: In view of their work performed on behalf of the entire Plaintiff popu the above–captioned Master Calendars, one of two firms appointed as liaison counsel, Worby Groner Edelman &Na Bern, has filed a motion seeking an award of a common benefit fee. Any interested party claiming an interest advers liaison counsel's must submit an opposition by January 28, 2011. ( Responses due by 1/28/2011) (Signed by Judge A Hellerstein on 1/14/2010) (jar) (Entered: 01/14/2011) |
| 1/19/2011 | 2287 | MANDATE of USCA (Certified Copy) as to 2226 Notice of Appeal,, USCA Case Number 10–4469. IT IS HEREB ORDERED that the appeal is DISMISSED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued Mandate: 01/18/2011. (nd) (Entered: 01/19/2011) |
| 1/19/2011 | | Transmission of USCA Mandate/Order to the District Judge re: 2287 USCA Mandate. (nd) (Entered: 01/19/2011) |
| 1/19/2011 | 2288 | RESPONSE to Motion re: 2275 MOTION for Attorney Fees (Common Benefit Attorney Fees).. Document filed by Fitzpatrick. (Hofmann, Paul) (Entered: 01/19/2011) |

| | | |
|---|---|---|
| 1/19/2011 | 2289 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO FR( 41(a)(1)(A)(ii): 1. The above–captioned action (10–cv–1453) is voluntarily dismissed pursuant to the following ter conditions;2. All claims by Plaintiffs GREGORY PAPA and LISA PAPA against all Defendants or against any Def arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–removal operatio and/or clean–up at any location on and/or after September 11, 2001, are voluntarily dismissed. (Signed by Judge Al Hellerstein on 1/19/11) (db) (Entered: 01/19/2011) |
| 1/19/2011 | 2290 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R.( 41(a)(l)(A)(ii): All claims by Plaintiffs THOMAS McGOFF and SANDRA McGOFF against all Defendants or agai Defendant arising out of or relating in any way to World Trade Center related rescue, recovery and/or debris–remov operations and/or clean–up at any location on and/or after September 11, 2001, are voluntarily dismissed, as set frol Stipulation. (Signed by Judge Alvin K. Hellerstein on 1/19/2011) (jpo) (Entered: 01/19/2011) |
| 1/19/2011 | 2291 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R.C.P.(a)(l)(A)(ii): All claims by Plaintiff Robert Kelly against all Defendants or against any Defendant arising ou relating in any way to World Trade Center related rescue, recovery and/or debris–removal operations and/or clean–l location on and/or after September 11, 2001, are voluntarily dismissed, as set forth in this Stipulation. (Signed by Ju Alvin K. Hellerstein on 1/19/2011) (jpo) (Entered: 01/19/2011) |
| 1/19/2011 | 2292 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R.C.P.(a)(l)(A)(ii): All claims by Plaintiffs James Gregoretti and Marie Gregoretti against all Defendants or agai Defendant arising out of or relating in any way to World Trade Center related rescue, recovery and/or debris–remov operations and/or clean–up at any location on and/or after September 11, 2001, are voluntarily dismissed, as set fort Stipulation. (Signed by Judge Alvin K. Hellerstein on 1/19/2011) (jpo) (Entered: 01/19/2011) |
| 1/19/2011 | 2293 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R.C.P.(a)(l)(A)(ii): All claims by Plaintiffs Paul Whalen and Anastasia Whalen against all Defendants or against a Defendant arising out of or relating in any way to World Trade Center related rescue, recovery and/or debris–remov operations and/or clean–up at any location on and/or after September 11, 2001, are voluntarily dismissed, as set fort Stipulation. (Signed by Judge Alvin K. Hellerstein on 1/19/2011) (jpo) (Entered: 01/19/2011) |
| 1/19/2011 | 2294 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R.C.P.(a)(l)(A)(ii): All claims by Plaintiffs John Porpora and Ellyn Porpora against all Defendants or against any Defendant arising out of or relating in any way to World Trade Center related rescue, recovery and/or debris–remov operations and/or clean–up at any location on and/or after September 11, 2001, are voluntarily dismissed, as set fort Stipulation. (Signed by Judge Alvin K. Hellerstein on 1/19/2011) (jpo) (Entered: 01/19/2011) |
| 1/20/2011 | 2295 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. dated 1/19/2011 re: Requ extension of time to object to the terms contained in the Order Accepting Report of Special Counsel and Providing f Effectiveness of Settlement. ENDORSEMENT: The request is granted. So Ordered. (Signed by Judge Alvin K. Hell on 1/20/2011) (jpo) (Entered: 01/20/2011) |
| 1/20/2011 | 2296 | SUMMARY ORDER: On February 2, 2011, this Court shall hold a status conference to begin managing the lawsuit Plaintiffs who were eligible to settle under the Settlement Process Agreement, As Amended ("SPA") but chose to c with their lawsuits, as well those Plaintiffs who were ineligible to settle. To manage these cases effectively, it is nec know how many cases remain, and who the Plaintiffs in those cases are. By January 27, 2011, at 5:00pm, Plaintiffs' counsel shall submit a list identifying every eligible Plaintiff who chose not to settle their case, and shall provide a corresponding docket number for each Plaintiff. Additionally, all counsel who have filed claims on behalf of Plainti ineligible to settle under the SPA shall submit a similar list identifying their relevant cases and the individual Plainti docket numbers. (Signed by Judge Alvin K. Hellerstein on 1/20/2011) (jfe) (Entered: 01/20/2011) |
| 1/20/2011 | 2297 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Brian D. Crosby dated 1/20/2011 re: we seek clarification on whether our and other similarly effected plaintiffs' firms have until Monday, 1/24/2011 to file "hard of the amended complaints since the due date set forth in the Court's Order, i.e. 1/22/2011, is a Saturday. ENDORSI All amended complaints must be properly filed by the close of business on 1/25/2011. ( Amended Pleadings due by 1/25/2011.) (Signed by Judge Alvin K. Hellerstein on 1/20/2011) (jar) (Entered: 01/20/2011) |
| 1/24/2011 | 2298 | ORDER GRANTING MOTION TO AMEND COMPLAINT: Brian Tuitt (10cv3742(AKH), a prisoner proceeding has filed a motion under Federal Rule of Civil Procedure 15 for permission to file an amended complaint. The moti granted. The Clerk shall terminate the motion (Doc. No.6 in 10cv3742(AKH)). (Signed by Judge Alvin K. Hellerste 1/24/11) (db) (Entered: 01/24/2011) |
| 1/24/2011 | 2299 | ORDER: Lucia Eagers, as the Administratrix of the estate of Giovanni Leone is hereby substituted as the Plaintiff i matter pursuant to Federal Rule of Civil Procedure 25(a)(1). The Plaintiff has expressed her desire to opt in to the W Trade Center Litigation Settlement Process Agreement, As Amended. SO ORDERED. (Docketed in Civil Action N 07–CV–10175) (Signed by Judge Alvin K. Hellerstein on 1/24/2011) (lnl) (Entered: 01/25/2011) |

| | | |
|---|---|---|
| 1/24/2011 | 2300 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Marion S. Mishkin, dated 1/21/2011, re: As yo recall, the undersigned is liaison counsel for plaintiffs in the Bodily Injury, Non–Respiratory, Non–Ingestion cases ("Non–Respiratory Plaintiffs"). On December 28, 2010, the undersigned wrote a letter to Your Honor pertaining to preparations of an application for an Order awarding payment of counsel fees and expenses for performed on behalf plaintiffs in these cases. On January 11, 2011, Your Honor issued an Order by way of Endorsement directing the und to file this application within 10 days, setting forth time expended, expenses incurred and supporting documentation purpose of this letter is to most respectfully request that Your Honor grant a brief extension of this Ordered filing da ENDORSEMENT: Time is enlarged to Feb. 3, 2011. (Signed by Judge Alvin K. Hellerstein on 1/24/2011) (lnl) (En 01/25/2011) |
| 1/24/2011 | 2303 | MEMO ENDORSEMENT ON Motion to Stay. ENDORSEMENT: The motion is denied, without prejudice to renew Jan. 31, 2011. The motion must identify any heir or devisee who wishes to proceed with the case, and explain why a the case has proceeded this far through disclosure proceedings, without counsel having become aware of their client (Docketed in Case No. 06–CV–10042) (Signed by Judge Alvin K. Hellerstein on 1/24/2011) (lnl) (Entered: 01/25/2 |
| 1/25/2011 | 2301 | MEMO ENDORSEMENT ON NOTICE OF MOTION TO SUBSTITUTE PLAINTIFF. ENDORSEMENT: Motion The caption is re–styled to show the substitution, and the case, as re–styled, shall be added to the opt–out cases, to b included in the Feb. 2, 2011 status conference. (Docketed in Case 05–CV–1629) (Signed by Judge Alvin K. Hellers 1/24/2011) (lnl) (Entered: 01/25/2011) |
| 1/25/2011 | 2302 | MEMO ENDORSEMENT ON NOTICE OF MOTION TO SUBSTITUTE PLAINTIFF. ENDORSEMENT: Motion The caption is re–styled to show the substitution, and the case, as re–styled, shall be added to the opt–out cases, to b included in the Feb. 2, 2011 status conference. (Docketed in Case No. 05–CV–1618) (Signed by Judge Alvin K. He on 1/24/2011) (lnl) (Entered: 01/25/2011) |
| 1/25/2011 | 2304 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM (THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON EXHIBIT A) IT IS HEREBY STIPULATED AND AGREED Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs against Settling Defendants in the above–captioned action. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice. (Signed by Judge Alvin K. Hellerstein on 1/25/2011) (Attachments: # 1 Exhibit)(jfe) (Ent 01/25/2011) |
| 1/25/2011 | 2305 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM (THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON EXHIBIT A); It is hereby Stipulated and agreed that Plaintiffs and Settling Defendants have entered into a settlemen agreement resolving all claims by Plaintiffs against Settling Defendants in the above–captioned action. Accordingly Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, wit prejudice. (Signed by Judge Alvin K. Hellerstein on 1/25/2011) (jfe) (Entered: 01/25/2011) |
| 1/27/2011 | 2306 | RESPONSE to Motion re: 2276 MOTION for Attorney Fees *Memorandum of Law and Facts.*, 2277 MOTION for A Fees *Declaration of Denise A. Rubin, Exhibits to be filed via disc with clerk's office.*, 2275 MOTION for Attorney F *(Common Benefit Attorney Fees). letter in opposition to motion for common benefit attorney fees.* Document filed by Vecchione. (McCauley, Matthew) (Entered: 01/27/2011) |
| 1/28/2011 | 2307 | AFFIRMATION of Florrie L. Wertheimer in Opposition re: 2276 MOTION for Attorney Fees *Memorandum of Law Facts.*, 2277 MOTION for Attorney Fees *Declaration of Denise A. Rubin, Exhibits to be filed via disc with clerk's o 2275 MOTION for Attorney Fees *(Common Benefit Attorney Fees)..* Document filed by Richard Mighdoll.. (Werthe Robin) (Entered: 01/28/2011) |
| 1/28/2011 | 2308 | RESPONSE to Motion re: 2275 MOTION for Attorney Fees *(Common Benefit Attorney Fees)..* Document filed by J Baiano. (Marcowitz, Edward) (Entered: 01/28/2011) |
| 1/28/2011 | 2309 | AFFIRMATION of John P. Rudden in Opposition re: 2276 MOTION for Attorney Fees *Memorandum of Law and I* 2277 MOTION for Attorney Fees *Declaration of Denise A. Rubin, Exhibits to be filed via disc with clerk's office.*, 2 MOTION for Attorney Fees *(Common Benefit Attorney Fees)..* Document filed by Michelle Haskett–Godbee. (Rudd John) (Entered: 01/28/2011) |
| 1/28/2011 | 2310 | AFFIRMATION of Mariangela Chiaravalloti, Esq. in Opposition re: 2275 MOTION for Attorney Fees *(Common B Attorney Fees)..* Document filed by David Nolan. (Giannini, A.) (Entered: 01/28/2011) |
| 1/28/2011 | 2311 | RESPONSE to Motion re: 2276 MOTION for Attorney Fees *Memorandum of Law and Facts.*, 2277 MOTION for A Fees *Declaration of Denise A. Rubin, Exhibits to be filed via disc with clerk's office.*, 2275 MOTION for Attorney F *(Common Benefit Attorney Fees). Certification of Andrew J. Carboy in Response to the Declaration of Florence We in Opposition to the Application of Worby Groner Edelman &Napoli Bern, LLP for Common Benefit Fees.* Docume by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit, # 2 Exhibit)(Carboy, Andrew) (Entered: 01/28/2011) |

| | | |
|---|---|---|
| 1/28/2011 | 2312 | NOTICE OF APPEAL from 2269 Order, 2268 Order, 2267 Order. Document filed by A Russo Wrecking, Inc., AME Construction Management, Inc., AMEC Earth &Environmental, Inc. Atlantic–Heydt Corporation, Berkel &Compan Contractors, Inc., Big Apple Wrecking &Construction Corp., Board of Education of the City of New York, Bovis L Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation, Buro Happold Consulting Engineers, PC, C.B. Contracting Corp., Canron Construction Corp., City of New York, Component Assembly Syste Cord Contracting Co. Inc., Dakota Demo–Tech, Diamond Point Excavating Corporation, Diversified Carting, Inc., Enterprise, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corporation, Evergreen Recycling Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, F Trucking Corp., Gilsanz Murray Steficek. LLP, Goldstein Associates Consulting Engineers PC, Hallen Welding Ser Inc., HP Environmental, Inc., Hudson Meridian Construction Group LLC, J.P. Equipment &Rental Materials, L.L.C Strada General Contracting Corp., Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mu Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., LZA Technology – a division of Thorn Tomasetti, Manafort Brothers Incorporated, Mazzocchi Wrecking, Inc., Moretrench American Corp., MRA Enginee P.C., Mueser Rutledge Consulting Engineers, Nacirema Industries Inc., New York City Department of Education, N City School Construction Authority, New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre and Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Safety Services Inc., PTLContracting Corp., Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM Trucking, Inc., Safeway Environmental Corp., Semcor Equipment &Manufacturing Corp., Silverite Contracting Con Simpson Gumpertz &Heger, Inc., Skanska Koch, Inc., Skidmore, Owings &Merrill LLP, The City University of Ne Thornton Tomasetti, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction C Turner Construction Company, Turner/Plaza, A Joint Venture, Vollmer Associates LLP, Weeks Marine, Inc., Weidl Associates P.C., Wolkow Braker Roofing Corp., WSP Cantor Seinuk, Yannuzzi &Sons., Inc., Yonkers Contracting Company, Inc. Filing fee $ 455.00, receipt number E 927909. (nd) (Entered: 01/31/2011) |
| 1/31/2011 | | Transmission of Notice of Appeal to the District Judge re: 2312 Notice of Appeal,. (nd) (Entered: 01/31/2011) |
| 1/31/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2312 Notice of A (nd) (Entered: 01/31/2011) |
| 1/31/2011 | 2314 | BRIEF re: 2269 Order,,, 2268 Order,,,,, 2267 Order,,,, *Objections to Order Accepting Report of Special Counsel and Providing for Effectiveness of Settlement.* Document filed by AMEC Earth &Environmental, Inc., Berkel &Co. Con Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze Nationa Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Constru Corp., City of New York, Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Da Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Cont Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada Gene Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, Inc., Laquila Construction, Inc., Les Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitk MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser R Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Co., Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Sa Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., SAB Trucking, Inc. Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Sim Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Tot Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Ass Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Attachments: # 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Tyrrell, James) (Entered: 01/31/2011) |
| 1/31/2011 | 2315 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM Plaintiff and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiff against S Defendants in the above–captioned action. 2. Plaintiff has executed a release and covenant not to sue in which Plain released the Settling Defendants and each of them from any and all obligations and liability to Plaintiff for past, pres future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–re operations and/or clean–up at any location on and/or after September 11, 2001. Accordingly, Plaintiffs claims agains Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice; 3. Plaintiff also executed before a notary public documents evidencing their understanding that he is foreclosed from suing the Settli Defendants or any of them in the future for currently unknown, future injuries arising out of or relating in any way to Trade Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location on and/or a September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way injury(ies) he has pleaded. Such understanding shall be, and hereby is, judicially noticed. (Signed by Judge Alvin K Hellerstein on 1/28/11) (db) (Entered: 01/31/2011) |

| | | |
|---|---|---|
| 1/31/2011 | 2316 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM Plaintiff and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiff against S Defendants in the above–captioned action. 2. Plaintiff has executed a release and covenant not to sue in which Plain released the Settling Defendants and each of them from any and all obligations and liability to Plaintiff for past, pres future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–re operations and/or clean–up at any location on and/or after September 11, 2001. (Signed by Judge Alvin K. Hellerste 1/28/11) (db) (Entered: 01/31/2011) |
| 1/31/2011 | 2317 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM Plaintiff and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiff against S Defendants in the above captioned action. 2. Plaintiff has executed a release and covenant not to sue in which Plaint released the Settling Defendants and each of them from any and all obligations and liability to Plaintiff for past, pres future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–re operations and/or clean–up at any location on and/or after September 11, 2001. Accordingly, Plaintiff's claims again Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice. 3. Plaintiff also h executed before a Notary Public documents evidencing her understanding that she is foreclosed from suing the Settl Defendants or any of them in the future for currently unknown, future injuries arising out of or relating In any way t Trade Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location on and/or a September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way injury(ies) she has pleaded. Such understanding shall be, and hereby is, judicially noticed. (Signed by Judge Alvin K Hellerstein on 1/28/11) (db) (Entered: 01/31/2011) |
| 1/31/2011 | 2318 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM Plaintiff and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiff against S Defendants in the above captioned action. 2. Plaintiff has executed a release and covenant not to sue in which Plaint released the Settling Defendants and each of them from any and all obligations and liability to Plaintiff for past, pres future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–re operations and/or clean–up at any location on and/or after September 11, 2001. Accordingly, Plaintiff's claims again Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice. 3. David Hendri also has executed before a notary public documents evidencing their understanding that he is foreclosed from suing Settling Defendants or any of them in the future for currently unknown. future injuries arising out of or relating in an World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location on a after September 11, 200 1, regardless of whether such currently unknown, future injuries arise out of or relate in any the injury(ies) he has pleaded. Such understanding shall be, and hereby is, judicially noticed. (Signed by Judge Alvin Hellerstein on 1/28/11) (db) (Entered: 01/31/2011) |
| 1/31/2011 | 2319 | AFFIRMATION of Ryan S. Goldstein, Esq. in Opposition re: 2275 MOTION for Attorney Fees *(Common Benefit A Fees)..* Document filed by Patrick Arcese, Denise Esposito, Robert Esposito, Lawrence Ford, Edward Galanek, Tere Hartey, Yvonne Leon, James Melendez, Albert Pearce, Robert Zane. (Goldstein, Ryan) (Entered: 01/31/2011) |
| 1/31/2011 | 2320 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM Plaintiff and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiff against S Defendants in the above captioned action. 2. Plaintiff has executed a release and covenant not to sue in which Plaint released the Settling Defendants and each of them from any and all obligations and liability to Plaintiff for past, pres future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–re operations and/or clean–up at any location on and/or after September 11, 2001. Accordingly, Plaintiff's claims again Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice. 3. ROBERT RE also has executed before a notary public documents evidencing their understanding that he is foreclosed from suing Settling Defendants or any of them in the future for currently unknown, future injuries arising out of or relating in an World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location on a after September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any the injury(ies) he has pleaded. Such understanding shall be, and hereby is, judicially noticed. (Signed by Judge Alvin Hellerstein on 1/28/11) (db) (Entered: 01/31/2011) |
| 1/31/2011 | 2321 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM (THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKETNUMBERS SET FORTH ON E A): 1. Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs a Settling Defendants in the above–captioned action. 2. Plaintiffs have executed releases and covenants not to sue in w Plaintiffs have released the Settling Defendants and each of them from any and all obligations and liability to Plainti past, present, and future injuries arising out of or relating in any way to World Trade Center–related rescue, recover debris–removal operations and/or clean–up at any location on and/or after September 11, 2001. Accordingly, Plaint claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudic Primary Plaintiffs identified on Exhibit A also have executed before a notarypublic documents evidencing their understanding that they are foreclosed from suing the Settling Defendants or any of them in the future for currently future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–re operations and/or clean–up at any location on and/or after September 11, 2001, regardless ofwhether such currently |

| | | |
|---|---|---|
| | | unknown, future injuries arise out of or relate in any way to the injury(ies) each Primary Plaintiff has pleaded in this Such understanding shall be, and hereby is, judicially noticed. (Signed by Judge Alvin K. Hellerstein on 1/28/11) (d (Entered: 01/31/2011) |
| 1/31/2011 | 2322 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM (THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKETNUMBERS SET FORTH ON I A): 1. Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs a Settling Defendants in the above–captioned action. 2. Plaintiffs have executed releases and covenants not to sue in v Plaintiffs have released the Settling Defendants and each of them from any and all obligations and liability to Plainti past, present, and future injuries arising out of or relating in any way to World Trade Center–related rescue, recover debris–removal operations and/or clean–up at any location on and/or after September 11, 2001. Accordingly, Plaint claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudic Primary Plaintiffs identified on Exhibit A also have executed before a notary public documents evidencing their understanding that they are foreclosed from suing the Settling Defendants or any of them in the future for currently future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–re operations and/or clean–up at any location on and/or after September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way to the injury(ies) each Primary Plaintiff has pleaded in this Such understanding shall be, and hereby is, judicially noticed. (Signed by Judge Alvin K. Hellerstein on 1/28/11) (d (Entered: 01/31/2011) |
| 1/31/2011 | 2323 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM (THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKETNUMBERS SET FORTH ON I A): 1. Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs a Settling Defendants in the above–captioned action. 2. Plaintiffs have executed releases and covenants not to sue in v Plaintiffs have released the Settling Defendants and each of them from any and all obligations and liability to Plainti past, present, and future injuries arising out of or relating in any way to World Trade Center–related rescue, recover debris–removal operations and/or clean–up at any location on and/or after September 11, 2001. Accordingly, Plaint claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudic Primary Plaintiffs identified on Exhibit A also have executed before a notary public documents evidencing their understanding that they are foreclosed from suing the Settling Defendants or any of them in the future for currently future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–re operations and/or clean–up at any location on and/or after September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way to the injury(ies) each Primary Plaintiff has pleaded in this Such understanding shall be, and hereby is, judicially noticed. (Signed by Judge Alvin K. Hellerstein on 1/28/11) (d (Entered: 01/31/2011) |
| 1/31/2011 | 2324 | MOTION to Vacate. Document filed by Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered: 01/31/2011) |
| 1/31/2011 | 2325 | DECLARATION of Brian D. Crosby in Support re: 2324 MOTION to Vacate.. Document filed by Plaintiffs Liaiso Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(LoI Christopher) (Entered: 01/31/2011) |
| 1/31/2011 | 2326 | MOTION to Vacate. Document filed by Plaintiffs Liaison Counsel(Plaintiff's co–liaison counsel).(LoPalo, Christop (Entered: 01/31/2011) |
| 1/31/2011 | 2327 | DECLARATION of Brian D. Crosby in Support re: 2326 MOTION to Vacate.. Document filed by Plaintiffs Liaiso Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D Part 1 of 2, # 5 Exhibit D Part 2 o 2)(LoPalo, Christopher) (Entered: 01/31/2011) |
| 1/31/2011 | 2334 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM accordingly, Plaintiff's claims against the settling defendants and each of them shall be dismissed, and hereby are di with prejudice re 10 cv 6856. (Signed by Judge Alvin K. Hellerstein on 1/28/11) (cd) (Entered: 02/02/2011) |
| 1/31/2011 | 2369 | EX PARTE MOTION for this Court to order the court clerk or process server or the special masters and or others to Plaintiff's Complaint upon all defendants; and motion to proceed in forma pauperis, pursuant to FRCP 4 &4.1. Docu filed by Hector Flamenco.(ae) (Entered: 02/28/2011) |
| 2/01/2011 | 2328 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON I A, accordingly, plaintiffs' claims against the settling defendants shall be dismissed, and hereby are dismissed, with p re plaintiff Golba in 10 cv 554 and Peluso in 10 cv 553. (Signed by Judge Alvin K. Hellerstein on 1/28/11) (cd) (Ent 02/01/2011) |
| 2/01/2011 | 2329 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM accordingly, plaintiff's claims against the Settling Defendants and each of them shall be dismissed, with prejudice re 3494. (Signed by Judge Alvin K. Hellerstein on 1/28/11) (cd) (Entered: 02/01/2011) |

| | | |
|---|---|---|
| 02/01/2011 | 2330 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM accordingly, plaintiffs' claims against the settling defendants and each of them shall be dismissed, and hereby are dis with prejudice re 10 cv 4194. (Signed by Judge Alvin K. Hellerstein on 1/28/11) (cd) (Entered: 02/01/2011) |
| 02/01/2011 | 2331 | MOTION Reponse to Defendants' Objections Papers filed 1–31–11. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit Ex. A – December 22, 2010 conference transcript, # 2 Exhibit Ex B – Hoenig letter to Co Exhibit Ex C – Special Counsel's report, # 4 Exhibit Ex D – Order Appointing Special Counsel)(Rubin, Denise) (En 02/01/2011) |
| 02/01/2011 | 2332 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Peter James Johnson dated 2/1/11 re: Updated to the 1/20/11 summary order of this Court. ENDORSEMENT: Please hand deliver the courtesy copies. The web sit maintains the information you need. (Signed by Judge Alvin K. Hellerstein on 2/1/11) (cd) (Entered: 02/02/2011) |
| 02/01/2011 | 2333 | ORDER DISCHARGING SPECIAL COUNSEL re Michael Hoenig. The Special Counsel has discharged all the du of him. The Court thanks him for his invaluable assistance, and relieves him of his obligations in this litigation. The conditions for his being paid out of the fees payable to plaintiffs' liaison counsel, Worby Groner Edleman &Napoli I have been satisfied. (Signed by Judge Alvin K. Hellerstein on 1/31/11) (cd) (Entered: 02/02/2011) |
| 02/02/2011 | 2335 | MEMO ENDORSEMENT ON NOTICE OF MOTION FOR A STAY OF 90 DAYS. ENDORSEMENT: Motion de Absent a potential heir or other person having an interest, there is no legally sufficient person to awaken this morib lawsuit. The case is dismissed with prejudice and without costs. (Signed by Judge Alvin K. Hellerstein on 2/1/2011) (Docketed in 06–CV–10042) (lnl) (Entered: 02/03/2011) |
| 02/03/2011 | 2336 | NOTICE OF APPEARANCE by Nicholas John Kauffman on behalf of Gilsanz Murray Steficek LLP (Attachments Affidavit Affidavit of Service for Notice of Appearance, # 2 Letter to Judge regarding Notice of Appearance)(Kauff Nicholas) (Entered: 02/03/2011) |
| 02/04/2011 | 2337 | DECLARATION of Wendell Y. Tong in Support re: 2233 MOTION to Compel *CERTAIN UNITED STATES SOCI SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOENAS DUCES TECUM.*. Document filed by Liaison Counsel. (Carboy, Andrew) (Entered: 02/04/2011) |
| 02/04/2011 | 2338 | DECLARATION of Wendell Y. Tong in Support re: 2216 MOTION to Compel *Certain Medical Providers to Resp Subpoenas Duces Tecum.*. Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 02/04/2011) |
| 02/07/2011 | 2339 | BRIEF re: 2314 Brief,,,,,,,,,, *in Further Support of the Settling Defendants' Objections to Orders Accepting Report o Counsel and Providing for Effectiveness of Settlement.* Document filed by Atlantic Heydt Corp., Berkel &Co. Contr Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze Nationa Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Constr Corp., City of New York, Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., D Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Cont Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada Gene Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking, Moretre American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmen Plaza Construction Corp., Pro Safety Services, LLC, Robert E. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skid Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Yor Contracting Company, Inc.. (Attachments: # 1 Affidavit of Alyson N. Villano, Esq., # 2 A, # 3 B, # 4 C, # 5 D, # 6 I E–2, # 8 F–1, # 9 F–2, # 10 F–3, # 11 F–4, # 12 F–5, # 13 G–1, # 14 G–2, # 15 G–3, # 16 G–4, # 17 G–5, # 18 G– G–7, # 20 G–8, # 21 H–1, # 22 H–2, # 23 I, # 24 J)(Tyrrell, James) (Entered: 02/07/2011) |
| 02/07/2011 | 2340 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM is hereby Stipulated and agreed that Plaintiff and Settling Defendants have entered into a settlement agreement resol claims by Plaintiffs against Settling Defendants in the above–captioned action. Plaintiffs have executed releases and covenants not to sue in which Plaintiffs have released the Settling Defendants and each of them from any and all obl and liability to Plaintiffs for past, present, and future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location on and/or after Se 11th, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and are dismissed, with prejudice. (Signed by Judge Alvin K. Hellerstein on 2/7/2011) (jfe) (Entered: 02/07/2011) |

| | | |
|---|---|---|
| 2/07/2011 | 2341 | ORDER: IT IS ORDERED that Noah H. Kushlefsky, Esq., of Kreindler &Kreindler LLP, is appointed counsel to the fifty−nine Plaintiffs. Mr. Kushlefsky and, to the degree he deems appropriate, members and associates of his firm, shall consult with each of these Plaintiffs and advise them of their respective rights and options with regard to continuing litigation. For this service, Mr. Kushlefsky may charge the same rates previously approved for the Special Counsel, In re Appointing Special Counsel, 21 MC 100, Doc, No. 2257 (S.D.N.Y. Nov. 24, 2010), and his fees shall be paid by Plaintiffs' Liaison Counsel, Worby Groner Edelman &Napoli Bern LLP. If any of the fifty−nine Plaintiffs thereafter chooses to retain Mr. Kushlefsky or his firm as counsel for general litigation purposes, Mr. Kushlefsky may keep the Plaintiff as a client with fees payable by the client, previously and thereafter earned. A list of the affected Plaintiffs is attached. (Signed by Judge Alvin K. Hellerstein on 2/7/2011) (jfe) (Entered: 02/07/2011) |
| 2/07/2011 | 2343 | SUMMARY ORDER On February 2, 2011, I held a status conference in the above−captioned Master Calendar, to assess the progress of implementing the terms of the Settlement Process Agreement, As Amended ("SPA") to begin managing cases of Plaintiffs who chose not to settle, and of Plaintiffs who were ineligible to settle, The topics that were raised and discussed are set forth in this summary order. The next status conference is set for March 22, 2011 at 2:30pm. Before then, Plaintiffs' Liaison Counsel shall meet and confer with counsel for all continuing Plaintiffs and ascertain which, if any, have a genuine desire to proceed in litigation, notwithstanding the possibilities now offered by the Zadroga Act. The parties should be prepared to address the issue of a stay because ofthe Zadroga Act. Defendants should evaluate the new complaints and be prepared to report on their intentions with regard to any motion practice. SO ORDERED ( Status Conference set for 3/22/2011 at 02:30 PM before Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 2/7/2011) (jmi). Modified on 2/8/2011 (jmi). (jmi). (Entered: 02/08/2011) |
| 2/08/2011 | 2342 | AFFIRMATION of Andrew J.Carboy *in Response to the Objections of the City of New York and Other Insureds of the Captive to the Orders Accepting the report of Special Counsel and Providing for Effectiveness of Settlement*. Document filed by Plaintiffs Liaison Counsel. (Carboy, Andrew) (Entered: 02/08/2011) |
| 2/08/2011 | 2344 | DECLARATION of Wendell Y. Tong in Support re: 2216 MOTION to Compel *Certain Medical Providers to Respond to Subpoenas Duces Tecum.*. Document filed by Plaintiffs Liaison Counsel. (Tong, Wendell) (Entered: 02/08/2011) |
| 2/08/2011 | 2345 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Nicholas Kauffman dated 2/3/2011 re: Our office represents Gilsanz Murray Steficek LLP in the above matter. I write to request that Jason Harrington be removed from the appearance list in connection with this matter and replaced by myself. ENDORSEMENT: SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 2/8/2011) (jmi) (Entered: 02/08/2011) |
| 2/09/2011 | 2346 | TRUE COPY ORDER of USCA as to 2312 Notice of Appeal,,,,,,,,, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., A Russo Wrecking, Inc. USCA Case Number 10−1377....that the appeal is hereby WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. Catherine O'Hagan Wolfe, Clerk for the Second Circuit. Certified: 02/09/2011. (nd) (Entered: 02/09/2011) |
| 2/09/2011 | 2347 | STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS ASSERTED AGAINST DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, AND DB PRIVATE CLIENTS CORPORATION ONLY PURSUANT TO FED. R. CIV. P. 41 (a)(l)(A)(ii): All claims by plaintiff STEVE ZABLOCKI asserted against defendants DEUTSCHE BANK TRUST COMPANY AMERICAS, individually and formerly known as Bankers Trust Company, and incorrectly pleaded as Deutsche Bank and Deutsche Bank Trust Company; DEUTSCHE BANK TRUST CORPORATION, individually and formerly known as Bankers Trust and Bankers Trust New York Corporation; and DB PRIVATE CLIENTS CORPORATION, formerly known as BT Private Clients Corp., are voluntarily dismissed in full with prejudice; and The dismissal is without costs. (Signed by Judge Alvin K. Hellerstein on 2/9/2011) (jpo) (Entered: 02/09/2011) |
| 2/09/2011 | 2348 | MOTION to Compel the WTC Captive Insurance Company, Inc. to allow eligible Plaintiffs to participate in the settlement. Document filed by Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered: 02/09/2011) |
| 2/09/2011 | 2349 | MEMORANDUM OF LAW in Support re: 2348 MOTION to Compel the WTC Captive Insurance Company, Inc. to allow eligible Plaintiffs to participate in the settlement.. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 02/09/2011) |
| 2/09/2011 | 2350 | DECLARATION of Christopher R. LoPalo in Support re: 2349 Memorandum of Law in Support,, 2348 MOTION to Compel the WTC Captive Insurance Company, Inc. to allow eligible Plaintiffs to participate in the settlement.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14 Part 1 of 2, # 15 Exhibit 14 Part 2 of 2, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 32)(LoPalo, Christopher) (Entered: 02/09/2011) |
| 2/10/2011 | 2351 | DECLARATION of Christopher R. LoPalo in Support re: 2350 Declaration in Support,,, 2349 Memorandum of Law in Support, 2348 MOTION to Compel the WTC Captive Insurance Company, Inc. to allow eligible Plaintiffs to participate in the settlement.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 35, # 2 Exhibit 36, # 3 Exhibit 37)(LoPalo, Christopher) (Entered: 02/10/2011) |

| | | |
|---|---|---|
| 2/11/2011 | 2352 | DECLARATION of Christopher R. LoPalo in Support re: 2349 Memorandum of Law in Support, 2348 MOTION to the WTC Captive Insurance Company, Inc. to allow eligible Plaintiffs to participate in the settlement.. Document fil Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 38)(LoPalo, Christopher) (Entered: 02/11/2011) |
| 2/15/2011 | 2353 | STIPULATION ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM is hereby Stipulated and agreed that Plaintiff and Settling Defendants have entered into a settlement agreement resol claims by Plaintiff against Settling Defendants in the above–captioned action. Plaintiff has executed a release and co not to sue in which Plaintiff has released the Settling Defendants and each of them from any and all obligations and to Plaintiff for past, present, and future injuries arising out of or relating in any way to World Trade Center–related recovery and/or debris–removal operations and/or clean–up at any location on and/or after September 11, 2001. Acc Plaintiff's claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, wit prejudice. (Signed by Judge Alvin K. Hellerstein on 2/14/2011) (jfe) (Entered: 02/15/2011) |
| 2/15/2011 | 2354 | STIPULATION ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM is hereby Stipulated and agreed that Plaintiff and Settling Defendants have entered into a settlement agreement resol claims by Plaintiff against Settling Defendants in the above–captioned action. Plaintiff has executed a release and co not to sue in which Plaintiff has released the Settling Defendants and each of them from any and all obligations and to Plaintiff for past, present, and future injuries arising out of or relating in any way to World Trade Center–related recovery and/or debris–removal operations and/or clean–up at any location on and/or after September 11, 2001. Acc Plaintiff's claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, wit prejudice. (Signed by Judge Alvin K. Hellerstein on 2/14/2011) (jfe) (Entered: 02/15/2011) |
| 2/15/2011 | 2355 | STIPULATION ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM is hereby Stipulated and agreed that Plaintiff and Settling Defendants have entered into a settlement agreement resol claims by Plaintiff against Settling Defendants in the above–captioned action. Plaintiff has executed a release and co not to sue in which Plaintiff has released the Settling Defendants and each of them from any and all obligations and to Plaintiff for past, present, and future injuries arising out of or relating in any way to World Trade Center–related recovery and/or debris–removal operations and/or clean–up at any location on and/or after September 11, 2001. Acc Plaintiff's claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, wit prejudice. (Signed by Judge Alvin K. Hellerstein on 2/14/2011) (jfe) (Entered: 02/15/2011) |
| 2/15/2011 | 2356 | STIPULATION ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM is hereby Stipulated and agreed that Plaintiff and Settling Defendants have entered into a settlement agreement resol claims by Plaintiff against Settling Defendants in the above–captioned action. Plaintiff has executed a release and co not to sue in which Plaintiff has released the Settling Defendants and each of them from any and all obligations and to Plaintiff for past, present, and future injuries arising out of or relating in any way to World Trade Center–related recovery and/or debris–removal operations and/or clean–up at any location on and/or after September 11, 2001. Acc Plaintiff's claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, wit prejudice. (Signed by Judge Alvin K. Hellerstein on 2/14/2011) (jfe) (Entered: 02/15/2011) |
| 2/16/2011 | 2357 | TRANSCRIPT *(DUPLICATE ORIGINAL)* of proceedings held on 12/22/2010 at 3:00 PM before Judge Alvin K. He (tp) (Entered: 02/16/2011) |
| 2/16/2011 | 2358 | TRANSCRIPT *(DUPLICATE ORIGINAL)* of proceedings held on 10/5/2010 at 2:50 PM before Judge Alvin K. Hel (tp) (Entered: 02/16/2011) |
| 2/16/2011 | 2359 | TRANSCRIPT *(DUPLICATE ORIGINAL)* of proceedings held on 2/2/2011 at 2:30 PM before Judge Alvin K. Helle (tp) (Entered: 02/16/2011) |
| 2/16/2011 | 2360 | MEMORANDUM OF LAW in Opposition re: 2348 MOTION to Compel the WTC Captive Insurance Company, In allow eligible Plaintiffs to participate in the settlement.. Document filed by Anthony Cortese Specialized Hauling, L Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engine C.B. Contracting Corp., Canron Construction Corp., City of New York, Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Inc., Diamond Point Excavating Corp., Diversifie Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding S Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. – Div. o Thornton Tomasetti Group, LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, Inc., Leslie E. Robertson Associates, Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C. Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engi Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Co., PT &L Contracting C Peter Scalamandre &Sons, Inc., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor E and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., |

| | | |
|---|---|---|
| | | Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker Roofing C Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Attachments: # 1 Affidavit Certification of James E. T Jr., # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit Exhibit I)(Tyrrell, James) (Entered: 02/16/2011) |
| 2/16/2011 | 2361 | DECLARATION of Christopher R. LoPalo in Support re: 2350 Declaration in Support,,, 2349 Memorandum of Law Support, 2348 MOTION to Compel the WTC Captive Insurance Company, Inc. to allow eligible Plaintiffs to partici the settlement.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 39, # 2 Exhibit 40, # 3 Exh 4 Exhibit 42)(LoPalo, Christopher) (Entered: 02/16/2011) |
| 2/17/2011 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2132 Notice filed by Plaintiffs Liaison Counsel, 2136 Notice of Cross Appeal filed by All Plaintiffs, 2128 Affirmation filed by P Liaison Counsel, 2133 Certificate of Service Other, filed by Plaintiffs Liaison Counsel, 2134 Notice (Other) filed by Plaintiffs Liaison Counsel, 2135 Order, 1646 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1343 R for Production of Documents filed by Donald Carson, Gloria Elaine Carson, 1655 Notice, 1135 Notice (Other) filed by Plaintiffs Liaison Counsel, 1568 Affirmation filed by Francis A. Lee Company, 1294 Response to Discovery filed b Panarella, 1656 Order,,, 1745 Endorsed Letter,, 2070 Appeal Record Sent to USCA – Index,, 1670 Order on Motion Miscellaneous Relief,, 1590 MOTION for Brian E. Moffitt to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Priva Corporation, Deutsche Bank Trust Company Americas, 1116 Notice of Adoption of Master Answer filed by Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1547 Order,,, 1383 Notice (Other) filed by City of New York, 1354 Request for Production of Documents filed by F Pate, 2035 Notice (Other) filed by Plaintiffs Liaison Counsel, 1010 Stipulation and Order of Dismissal, 1048 Order, Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1436 Order,,,,,,, 1708 Memorandum of Law in Support of M filed by The Port Authority of New York &New Jersey, 974 Endorsed Letter, Set Deadlines/Hearings,, 1872 Rule 5 Statement filed by Taylor Recycling Facility LLC, 2042 Notice (Other) filed by Gregory J Cannata &Associates, 18 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1830 Memorandum of Law in Support of filed by Taylor Recycling Facility LLC, 1141 Rule 56.1 Statement, filed by Tully Environmental Inc., Bovis Lend L LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AMEC Construction Management, Inc., Al Earth &Environmental, Inc., Evergreen Recycling of Corona, Plaza Construction Corp., 924 Notice (Other), Notice Notice (Other) filed by Plaintiffs Liaison Counsel, 1319 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1876 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1080 Notice of Adoption of M Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1580 Notice (Other) filed by Plaintiffs Liaison Counsel, 1447 Declaration in Suppor Motion,,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Ov &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co., Inc., Hudson Meridian Construction Group, L.L.C., Dako Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C City of New York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidli Associates, Inc., Buro Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Breeze Carting Corp., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., E Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Con Engineers, 1351 Request for Production of Documents filed by Dennis M. O'Connor, 1650 MOTION for Brian S. L Appear Pro Hac Vice. filed by Tishman Interiors Corporation, Tishman Construction Corporation of Manhattan, Tis Construction Corporation of New York, Tishman Interiors Corporation, Tishman Construction Corporation of Mank 1683 Endorsed Letter, Set Hearings,, 1433 Stipulation and Order of Motion,,, 2109 Memorandum of Law in Support of Motion Mount Sinai Medical Center, 1016 Reply filed by En–Tech Corp., C.B. Contracting Corp., 1649 MOTION for Aaro to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB I Clients Corporation, DBAB Wall Street LLC, 1261 Notice (Other) filed by Plaintiffs Liaison Counsel, 961 Stipulati Order of Dismissal,, 2119 MOTION for Summary Judgment Notice of Motion for Summary Judgment Dismissing A A3, B1 and B2 Plaintiffs' Labor Law, Common Law Negligence, and General Municipal Law Claims against The Po |

Authority of New York and New Jersey. filed by The Port Authority of New York &New Jersey, 1625 Notice of Ap
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1165 Notice (Other) filed by Plaintiffs Liaison Counsel, 1227 MOTION for Andrew J. Carbo
Withdraw as Attorney for Plaintiffs. filed by Mary Jane Striffler, Donald Striffler, 948 Declaration in Support of Mo
filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc.,
D'Onofrio General Contractors Corp., 1404 Response to Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 19
Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction
Corporation of New York, Tishman Interiors Corporation, 1567 Declaration in Opposition to Motion, filed by Raym
Hauber, 1396 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 2105 Stipulation and Order,,,, 1216
Stipulation and Order,,, 1137 Stipulation and Order, 1057 Case Management Plan, 2084 Order,, 1998 Declaration in
of Motion, filed by The Port Authority of New York &New Jersey, 1263 Order,,, 1629 Affidavit in Support of Moti
by City of New York, 1085 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Ma
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2101 Notice of Appearance filed b
Marine, Inc., 1358 Request for Production of Documents filed by Bernard Stinchcomb, Christine Stinchcomb, 1828
Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1213 Order, 1130 Notice of Ad
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1559 Certificate of Service Complaints, Certificate of Service Other,, filed by Taylo
Recycling Facility LLC, 2010 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1041 MOTION fo
Discovery to Address Plaintiffs' Counsel's Failures in Providing Discovery and to Require an End Date for Complet
Production of Medical Records and Sanctions. filed by AMEC Construction Management, Inc., Bovis Lend Lease L
Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Con
Plaza Construction Corp., 913 Notice (Other) filed by Plaintiffs Liaison Counsel, 1235 Notice (Other) filed by Plain
Liaison Counsel, 889 Notice (Other) filed by Plaintiffs Liaison Counsel, 1247 Order on Motion to Vacate,,, 1472 No
(Other) filed by Plaintiffs Liaison Counsel, 987 Notice (Other) filed by Plaintiffs Liaison Counsel, 1822 MOTION f
Summary Judgment re Casey (06 cv 08890). filed by Taylor Recycling Facility LLC, 1465 Declaration in Support o
Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 1653 Notice of Appearance filed by Tishman Construction Corporation of Manhatta
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1361 Affirmation filed by Plaintiff
Counsel, 1565 Affirmation filed by Component Assembly Systems, Inc., 1473 Stipulation and Order, Set Motion an
RRDeadlines/Hearings,, 2096 Notice of Appearance filed by Weeks Marine, Inc., 2030 Notice (Other) filed by Greg
Cannata &Associates, 1265 Order, 963 Stipulation and Order of Dismissal,, 1870 Rule 56.1 Statement filed by Tayl
Recycling Facility LLC, 1911 Endorsed Letter,, 1690 Notice (Other) filed by Plaintiffs Liaison Counsel, 1337 Notic
filed by Plaintiffs Liaison Counsel, 1978 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1406 Notice (Other)
Plaintiffs Liaison Counsel, 1784 MOTION for Summary Judgment Notice of Motion Cantore. filed by Evans Enviro
&Geological Science &Management, LLC., 1775 Affidavit in Support of Motion, filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1556 A
in Support of Motion filed by City of New York, 1746 Endorsed Letter,, 1987 MOTION for Summary Judgment for
Plaintiffs Daniel and Jeanne Raleigh. filed by Phillips and Jordan, Inc., 2098 Notice of Appearance filed by Weeks
Inc., 1300 Response to Discovery filed by Herbert Pate, 1992 Notice (Other), Notice (Other) filed by City of New Y
1515 Notice (Other) filed by Plaintiffs Liaison Counsel, 1615 MOTION for Alashia L. Chan to Appear Pro Hac Vic
by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas,
Private Clients Corporation, DBAB Wall Street LLC, 2006 Order,, 1894 Declaration in Support of Motion,, filed by
Environmental &Geological Science &Management, LLC., 1835 Memorandum of Law in Support of Motion filed b
Recycling Facility LLC, 1805 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1248 N
(Other) filed by Plaintiffs Liaison Counsel, 1829 Memorandum of Law in Support of Motion filed by Taylor Recycl
Facility LLC, 1774 MOTION for Summary Judgment Rule 56 Statement Greco. filed by Evans Environmental &Ge
Science &Management, LLC., 1011 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1573
Memorandum of Law in Support of Motion filed by City of New York, 1767 Memorandum of Law in Support of M
filed by Phillips and Jordan, Inc., 2069 Endorsed Letter,,,,,, 1201 Endorsed Letter, 1012 Notice (Other) filed by Pla
Liaison Counsel, 1105 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhat
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1470 Declaration in Support of M
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1175 MOTION for Partial Summary Judgment. filed by En–Tech Corp., DMT Enterprise, Inc
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann
Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Roda
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tru
Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Tot
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corpora
Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann
&Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In
Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental
Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environ
Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New

Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1913 Notice (Other) filed by Plaintiffs Liaison Counsel, 1364 Notice (Other) filed by Plaintiffs Liaison Counsel, 1244 Stipulation and Order of Dismissal,, MOTION to Strike Plaintiffs' September 9, 2009 Submission. filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1426 Notice (Other) filed by Plaintiffs Liaison Counsel, 1353 for Production of Documents filed by Robert Panarella, 1517 Order,, 990 Objection (non–motion), Objection (non– filed by marion s. mishkin, 1484 MOTION to Preclude and for Default against the Defendant City of New York. filed Plaintiffs Liaison Counsel, 1798 MOTION for Summary Judgment Notice of Motion Castro. filed by Evans Environ &Geological Science &Management, LLC., 1461 Notice (Other) filed by Plaintiffs Liaison Counsel, 1044 Notice (O filed by Plaintiffs Liaison Counsel, 1928 Affidavit in Support of Motion, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1306 Response to Dis filed by Frank Scallo, 1509 Order, 1174 Notice (Other) filed by Plaintiffs Liaison Counsel, 1699 Declaration in Sup Motion,,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consult Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rut Consulting Engineers, Lucius Pitkin, Inc., 2089 Notice (Other) filed by Plaintiffs Liaison Counsel, 1815 MOTION f Summary Judgment Based Upon Untimely Notices of Claim and Statute of Limitations. filed by City of New York,, Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1496 Declaration in Support of Motion,,, f Plaintiffs Liaison Counsel, 1861 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1890 Af Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1131 Notice of Adopt Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne Tishman Interiors Corporation, 1702 Memorandum of Law in Support of Motion filed by Michelle Haskett–Godbee Stipulation and Order of Dismissal,, 1955 Certificate of Service Other filed by Taylor Recycling Facility LLC, 1906 Endorsed Letter,, 964 Notice (Other) filed by Plaintiffs Liaison Counsel, 1652 Endorsed Letter,, 2092 Case Manageme Plan,,,,, 1384 Notice (Other) filed by Plaintiffs Liaison Counsel, 1334 Endorsed Letter,, 952 MOTION for Partial Su Judgment. filed by Michelle Haskett–Godbee, 1502 Notice (Other) filed by Plaintiffs Liaison Counsel, 2008 MOTIO Summary Judgment. filed by Survivair Respirators, Inc., 1952 Declaration in Support,, filed by Evans Environment &Geological Science &Management, LLC., 1184 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 19 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Tishman Interiors Corporation, 1553 Memorandum of Law in Support of Motion filed by City of New York, 2083 O 1445 Rule 56.1 Statement,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction G L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpor Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton To Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compan Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 1807 Certificate of Service Other filed by Phillips and Jordan, Inc., 1488 Memorandum of La Support of Motion filed by Plaintiffs Liaison Counsel, 1363 Notice (Other) filed by Plaintiffs Liaison Counsel, 1895 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1429 Letter,, 1608 Notice (Other) filed by Plaintiffs Liaison Counsel, 1700 MOTION for Partial Summary Judgment. file Michelle Haskett–Godbee, 1222 Order, 1816 Notice (Other) filed by City of New York, 959 Stipulation and Order o Dismissal, 1852 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, Frank Malone, 1558 Rule 7.1 Corporate Disclosure Statement filed by Taylor Recycling Facility LLC, 1415 Order,,, 1115 Notice of Adoption of Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,

Tishman Interiors Corporation, 1000 Notice (Other) filed by Plaintiffs Liaison Counsel, 1956 Certificate of Service filed by Taylor Recycling Facility LLC, 2057 Order, 1940 Memorandum of Law in Support filed by Evans Environ &Geological Science &Management, LLC., 956 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 204 1380 Reply Affidavit in Support of Motion filed by City of New York, 1797 MOTION to Compel Production of Do Previously Withheld Under Improper Claim of Privilege. filed by Plaintiffs Liaison Counsel, 1503 Notice (Other) fi Plaintiffs Liaison Counsel, 1663 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 17 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1869 Rule 56. Statement filed by Taylor Recycling Facility LLC, 1060 Order,,,,,, 1613 Declaration in Support of Motion filed by F Liaison Counsel, 1636 Affirmation in Support,, filed by Raymond Hauber, 1314 Response to Discovery filed by Be Stinchcomb, Christine Stinchcomb, 1170 Notice (Other) filed by Samuel Provisero, 1428 Affidavit of Service Other Plaintiffs Liaison Counsel, 1062 Endorsed Letter,,, 1917 MOTION for Summary Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Co filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma Interiors Corporation, 1035 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 914 Notice (Oth by Plaintiffs Liaison Counsel, 946 Rule 56.1 Statement filed by En−Tech Corp., Diego Construction, Inc., C.B. Con Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1387 Affirmation filed by Pla Liaison Counsel, 2102 Notice of Appearance filed by Weeks Marine, Inc., 1985 MOTION for Summary Judgment Behalf of The City of New York Based Upon Untimely Notices of Claim and Statute of Limitations. filed by City o York, 1456 MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul Hauber in his representativ capacity as Executor of the Estate of Raymond Hauber, now deceased. MOTION to Amend/Correct Caption. filed b Raymond Hauber, 1204 MOTION for Partial Summary Judgment. filed by Tishman Construction Corporation of M Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1362 Notice (Other) filed by Plain Liaison Counsel, 1357 Request for Production of Documents filed by Frank Scallo, 1938 Declaration in Support, fil Evans Environmental &Geological Science &Management, LLC., 1505 MOTION to Preclude and for Default Judg against Defendants for Failing to Comply with Plaintiffs' First Case−Specific Demands and Order of July 8, 2009. f Plaintiffs Liaison Counsel, 1237 Order,, 973 Notice of Appearance filed by Kevin Fitzpatrick, 1193 MOTION to Va 1160 Order,,. filed by Joette DeGiovine, Daniel DeGiovine, 999 Notice (Other) filed by Plaintiffs Liaison Counsel, Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Constructi Corporation of New York, Tishman Interiors Corporation, 891 Notice (Other) filed by Plaintiffs Liaison Counsel, 1 MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. filed by Survivair Respirators, Inc., 2103 Notice of Appea filed by Weeks Marine, Inc., 1206 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1728 Af in Support of Motion,,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1896 Declaration in Suppo Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 2002 Memorandum of Law in Support,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Cor Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Nei Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment I Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wreckin &Construction Corp., 1293 Response to Discovery filed by Michael Panarella, 960 Certificate of Service Other,, file marion s. mishkin, 2078 Notice of Appearance filed by United States, 1826 MOTION for Summary Judgment re Ra cv 09818). filed by Taylor Recycling Facility LLC, 1514 Order, 1560 Answer to Complaint filed by Taylor Recyclin Facility LLC, 1981 MOTION for Summary Judgment for Plaintiffs Frank Gullo and Gabriella Gullo. filed by Philli Jordan, Inc., 1069 Notice (Other) filed by Plaintiffs Liaison Counsel, 1853 Memorandum of Law in Support of Mot by Survivair Respirators, Inc., 1107 Notice of Adoption of Master Answer filed by Tishman Construction Corporati Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1018 Notice (Other) fi Plaintiffs Liaison Counsel, 1877 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Manage LLC., 1504 Notice (Other) filed by Plaintiffs Liaison Counsel, 1315 MOTION for Partial Summary Judgment. filed Michelle Haskett−Godbee, 1197 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 94 (Other) filed by Plaintiffs Liaison Counsel, 895 Order, 1521 Notice (Other) filed by The City of New York, 1279 Re

to Discovery, filed by Thomas M. Flanders, 1059 Notice (Other) filed by Plaintiffs Liaison Counsel, 2097 Notice of Appearance filed by Weeks Marine, Inc., 1783 MOTION for Summary Judgment re Alleva case (06 cv 08887). filed Taylor Recycling Facility LLC, 1449 Affirmation filed by Nacirema Industries, Inc., 1958 Reply Memorandum of L Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1442 Notice (Other) filed by Plaintiffs Liaison Counsel, 1804 A of Service Other,, filed by Plaintiffs Liaison Counsel, Frank Malone, 1736 Affidavit of Service Other filed by Plaint Liaison Counsel, 1156 Notice (Other) filed by Plaintiffs Liaison Counsel, 1506 Declaration in Support of Motion,,,, Plaintiffs Liaison Counsel, 983 Stipulation and Order, 986 Order on Motion for Partial Summary Judgment, 894 Stip and Order of Dismissal,, 1119 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1142 Memorandum of Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur Construction Company, Plaza Construction Corp., 2087 Notice (Other), Notice (Other), Notice (Other), Notice (Oth Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Co Enterprise, Inc., Off Road Welding, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Trucking, Inc., Toretta Trucking, Inc., Ove Arup &Partners P.C., Cord Contracting Co. Inc., Dakota Demo–Tech, C Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite C Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Group, Buro Happold Consulting Engineer Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Parson Group, I Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Musco Sports Lighting, LLC, T Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Constructio Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti Simpson Gumpertz &Heger Inc., Ment Bros. Iron Works Co., JP Equipment Rental Material, Inc., Brer–Four Trans Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construct Corp., 1029 Notice (Other) filed by Plaintiffs Liaison Counsel, 1183 Memorandum of Law in Support filed by Plain Liaison Counsel, 1954 Declaration in Support,, filed by Evans Environmental &Geological Science &Management, 1782 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plainti Liaison Counsel, 1386 Case Management Plan, 2019 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co Contractors, Inc., 1658 Order, 2093 Notice of Appearance filed by Weeks Marine, Inc., 1637 Certificate of Service filed by Raymond Hauber, 1749 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geologi Science &Management, LLC., 1523 Declaration in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Sk Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robert Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek L Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, In Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius P Inc., 1313 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 2099 Notice of Appearance Weeks Marine, Inc., 1452 Stipulation and Order of Dismissal,,,, 1239 Notice of Adoption of Master Answer filed by and Jordan, 1606 Stipulation and Order,, 958 Stipulation and Order of Dismissal, 1781 Rule 56.1 Statement filed by Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpo 1718 Order, 1854 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1525 Memorandum of Law in of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartle MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomaset Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc. Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 1453 Endorsed Letter,,,, 1986 Memorandum of Law Support of Motion filed by City of New York, 1925 Declaration in Support of Motion, filed by Tishman Constructi Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1799 R Statement filed by The Port Authority of New York &New Jersey, 1596 Notice (Other) filed by Plaintiffs Liaison C

<u>1513</u> Notice of Appearance filed by Manafort Brothers, Inc., <u>1230</u> Notice of Appearance filed by Manafort Brothers
<u>923</u> Stipulation and Order, Set Motion and RRDeadlines/Hearings, <u>1765</u> MOTION for Summary Judgment re Allev
by Phillips and Jordan, Inc., <u>1855</u> Affidavit of Service Other filed by Survivair Respirators, Inc., <u>1712</u> Order,, <u>1427</u>
Protective Order,, <u>1345</u> Request for Production of Documents filed by Andrew Dunaway, <u>2024</u> Rule 7.1 Corporate
Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., <u>1640</u> Affirmation in Opposition,, filed by I
Hauber, <u>1083</u> Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish
Construction Corporation of New York, Tishman Interiors Corporation, <u>1287</u> Response, filed by Plaintiffs Liaison C
<u>2018</u> Notice (Other) filed by Gregory J Cannata &Associates, <u>1541</u> Order on Motion to Preclude, <u>1215</u> Stipulation a
Order,,, <u>1616</u> MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. filed by Taylor Recycling Facility LLC, <u>97</u>
Certificate of Service Other,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Eng
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., <u>1666</u> Memorandum &Opinion, <u>1642</u> Notice (Othe
by Plaintiffs Liaison Counsel, <u>1499</u> Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, <u>1389</u> Notice
filed by Plaintiffs Liaison Counsel, <u>1240</u> Costs Taxed, <u>1157</u> Endorsed Letter,, <u>1679</u> MOTION to Compel Robert M
to Appear for Deposition. filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC
Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Truckin
Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing
Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Wei
Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.
Response to Discovery filed by Frank Scallo, <u>1150</u> Rule 56.1 Statement filed by City of New York, <u>1441</u> Response
Discovery filed by Andrea Cavicchio, Nicola Cavicchio, <u>1480</u> Affidavit of Service Other, filed by Plaintiffs Liaison
<u>1200</u> Stipulation and Order, Set Deadlines, <u>1272</u> Response to Discovery filed by Andrew Dunaway, <u>1908</u> Memoran
Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, <u>1836</u> Memorandum of Law in Support of Motion
Taylor Recycling Facility LLC, <u>1661</u> MOTION for Reconsideration of the Court's Order Dated December 3, 2009 D
Motion to Compel Mayris Webber, DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, <u>1634</u> Reply
Memorandum of Law in Support of Motion filed by The City of New York, <u>910</u> Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, <u>1338</u> Order,, <u>1874</u> Rule 56.1 Statement filed by Taylor Recycling Facility LLC, <u>1164</u> Notice (Other) fi
Plaintiffs Liaison Counsel, <u>1103</u> Notice of Adoption of Master Answer filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, <u>2086</u> Order, <u>2063</u> Ord
Declaration in Support of Motion filed by City of New York, <u>1790</u> MOTION for Summary Judgment Notice of Mot
Casey. filed by Evans Environmental &Geological Science &Management, LLC., <u>927</u> Notice (Other) filed by Plain
Liaison Counsel, <u>2104</u> Notice of Appearance filed by Weeks Marine, Inc., <u>1858</u> MOTION for Stephanie S. McGrav
Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., Sperian Respirstory
Protection USA, LLC, Musco Sports Lighting, LLC, <u>1464</u> Memorandum of Law in Support of Motion, filed by Tisl
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
<u>1460</u> Affirmation in Support of Motion, filed by Raymond Hauber, <u>1644</u> MOTION for an Order compelling Mayris
DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, <u>1305</u> Response to Discovery filed by Frank Sca
Stipulation and Order,,,,,, <u>1705</u> Memorandum of Law in Support of Motion, filed by Gilsanz, Murray, Steficek, LLF
En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, L(
Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan

Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers,
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1443 Order on Motion fo
Summary Judgment, 1266 Response to Discovery filed by Nicola Cavicchio, 1220 Endorsed Letter,,, 1823 MOTIO
Summary Judgment re Greco (05 cv 01228). filed by Taylor Recycling Facility LLC, 2020 Notice of Adoption of M
Answer filed by Berkel &Co. Contractors, Inc., 1862 Declaration in Support of Motion filed by Taylor Recycling Fa
LLC, 1848 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1038 Order, Set Deadlines/Hearing
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc
Corporation of New York, Tishman Interiors Corporation, 890 Stipulation and Order of Dismissal,, 1124 Notice of
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of
York, Tishman Interiors Corporation, 1614 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1537 Ord
Motion to Appear Pro Hac Vice, 1897 Declaration in Support of Motion,, filed by Evans Environmental &Geologic
Science &Management, LLC., 1626 Response to Discovery filed by Diane Scallo, Andrew Scallo, 2095 Notice of
Appearance filed by Weeks Marine, Inc., 1139 Order,,, 1768 Declaration in Support of Motion, filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1214 Order on Motion to Appear Pro Hac Vice,,, 1378 Reply Memorandum of Law in Support of Motion,,,,,, filed b
En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre
Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., P
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot
Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Ind
Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo
Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One
Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc.
Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction C
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Mater
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Cons
Corp., 1595 Order Admitting Attorney Pro Hac Vice, Terminate Motions,,,,,,,,,,,,,, 2079 Order, Set Deadlines/Hearin
1698 Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Me
LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1042 Memorandum of
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Constr
Corp., 1275 Response to Discovery filed by Michael Labetti, 2052 Notice (Other) filed by Gregory J Cannata &Ass
1008 Notice (Other) filed by Plaintiffs Liaison Counsel, 1172 Notice (Other) filed by Plaintiffs Liaison Counsel, 20
of Voluntary Dismissal – Signed, 1333 Stipulation and Order of Dismissal,, 1849 Order,,,, 2040 Notice (Other) filed
Gregory J Cannata &Associates, 1153 Order,,,,,,, 1267 Response to Discovery filed by Donald Carson, 1160 Order,,
Answer to Complaint filed by Seasons Industrial Contracting, 1777 MOTION for Summary Judgment Dismissing C
A1, A2, A3, B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New Yor
Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 2107 FIRST MOTION to Compel
Pursuant to FRCP45. filed by Mount Sinai Medical Center, 1975 MOTION for Summary Judgment for Plaintiffs Ca
Cameron and Steve Cameron. filed by Phillips and Jordan, Inc., 2043 Notice of Voluntary Dismissal – Signed, 1647
MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. filed
En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SA
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng

P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., I National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., _2100_ Notice of Appearance filed by Weeks Marine, Inc., _197 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., _1555_ Affidavit in Support of Motion f City of New York, _1965_ Rule 56.1 Statement filed by Phillips and Jordan, Inc., _1402_ Notice (Other), Notice (Other) Plaintiffs Liaison Counsel, _937_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1032_ Declaration in Opposition f Plaintiffs Liaison Counsel, _1808_ Certificate of Service Other filed by Phillips and Jordan, Inc., _1920_ Affidavit in Sup Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, _989_ Certificate of Counsel filed by marion s. mishkin, _1078_ Notice of Adoption of N Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, _1424_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1660_ Notice (Other) filed by Environmental &Geological Science &Management, LLC., _1347_ Request for Production of Documents filed by Fra Goffredo, Blanca Goffredo, _1605_ Order on Motion to Appear Pro Hac Vice, _2118_ Endorsed Letter, _965_ USCA Man _2048_ Notice (Other) filed by Gregory J Cannata &Associates, _1022_ Endorsed Letter, _1641_ Endorsed Letter,, _2011_ R Statement filed by Survivair Respirators, Inc., _943_ Stipulation and Order,, _1098_ Notice of Adoption of Master Answ by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, _1676_ MOTION to Amend/Correct Notice of Motion by The Port Authority of New York and New Jers Amend it's Master Answer. filed by The Port Authority of New York &New Jersey, _1500_ Notice (Other) filed by Pl Liaison Counsel, _1423_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1947_ MOTION for Summary Judgment re Gullo, et al. v. A. Russo Wrecking, et al. (06–cv–10937). filed by Taylor Recycling Facility LLC, _1118_ Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I York, Tishman Interiors Corporation, _1015_ Reply Memorandum of Law in Support of Motion filed by En–Tech Co Contracting Corp., _1602_ MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. filed by Taylor Recycling Facil _1916_ Rule 56.1 Statement filed by Michelle Haskett–Godbee, _1901_ Notice of Appearance filed by Plaza Constructio _1884_ Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, _10 Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, _1316_ Response to Discovery filed by Rober _1546_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1733_ Response to Discovery filed by Frank Goffredo, Blan Goffredo, _1530_ MOTION for Julie Busch to Appear Pro Hac Vice. filed by The Port Authority of New York &New _1036_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1133_ Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1250_ Stipulation and Order of Dismissal,, _1412_ Order,,, _1407_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1126_ No Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, _1527_ Endorsed Letter,, _1633_ Reply Affirmation in Support of Motion, fi The City of New York, _1544_ Order on Motion to Strike, _1462_ Notice (Other) filed by Plaintiffs Liaison Counsel, _11 of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Co of New York, Tishman Interiors Corporation, _2027_ Notice of Adoption of Master Answer filed by Buro Happold Co Engineers, P.C., _1791_ Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, _17 on Motion to Appear Pro Hac Vice, _1438_ Endorsed Letter,, _1695_ Declaration in Support of Motion, filed by The Por Authority of New York &New Jersey, _1109_ Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1304_ R to Discovery filed by Frank Scallo, _1966_ Certificate of Service Other filed by Phillips and Jordan, Inc., _1875_ Rule 5 Statement filed by Taylor Recycling Facility LLC, _1487_ Declaration in Support of Motion,, filed by Plaintiffs Liaiso Counsel, _1408_ Endorsed Letter,,, _1937_ Memorandum of Law in Support filed by Evans Environmental &Geologica &Management, LLC., _1371_ Order,,, _1125_ Notice of Adoption of Master Answer filed by Tishman Construction Cor of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1586_ Affidavit of S Other, filed by Plaintiffs Liaison Counsel, _1582_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1077_ Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I York, Tishman Interiors Corporation, _1585_ Endorsed Letter, _1909_ Endorsed Letter, Set Deadlines/Hearings,,,,,, _189 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., _1524_ Dec in Support of Motion,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kess &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Asso R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Co Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornt Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler & Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., _2090_ Notice (Othe by Plaintiffs Liaison Counsel, _1341_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1138_ Memorandum &Opini

Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1497 Memorandum of Law in Supp Motion, filed by Plaintiffs Liaison Counsel, 1282 Response to Discovery filed by Dennis M. O'Connor, 1980 Certifi Service Other, filed by Phillips and Jordan, Inc., 1600 Stipulation and Order,,,,,,,, 1825 MOTION for Summary Jud Loughery (06 cv 08609). filed by Taylor Recycling Facility LLC, 926 Notice (Other) filed by Plaintiffs Liaison Cou 1832 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 2036 Notice (Other) filed Gregory J Cannata &Associates, 1217 Stipulation and Order,,, 1501 Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,,,, 1074 Notice (Other) filed by Plaintiffs Liaison Counsel, 1211 Order,,,,, 1668 Notice (O filed by Plaintiffs Liaison Counsel, 993 Order, 1905 Order,,,, 1898 Declaration in Support of Motion,, filed by Evan Environmental &Geological Science &Management, LLC., 1270 Response to Discovery filed by Andrew Dunaway Order on Motion for Reconsideration, 2017 Notice (Other) filed by Gregory J Cannata &Associates, 920 Stipulation Order of Dismissal,, 2065 Memo Endorsement, 1979 Rule 56.1 Statement filed by The Port Authority of New York Jersey, 1778 MOTION for Summary Judgment Memo of Law Greco. filed by Evans Environmental &Geological Sc &Management, LLC., 1439 Notice (Other) filed by Plaintiffs Liaison Counsel, 1435 Notice (Other) filed by Plaintiff Liaison Counsel, 1166 Notice (Other) filed by Samuel Provisero, 1128 Notice of Adoption of Master Answer filed b Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio Corporation, 950 Order Admitting Attorney Pro Hac Vice, 2071 Response to Discovery filed by Andrea Cavicchio,, Cavicchio, 1508 Notice (Other) filed by Plaintiffs Liaison Counsel, 931 Notice (Other) filed by Plaintiffs Liaison C 1176 Declaration in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skans Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Execut Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipm Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1630 Response to Motion filed by Taylor R Facility LLC, 1491 Order on Motion for Summary Judgment, Order on Motion for Judgment on the Pleadings, 2051 Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., F Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Rd Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 1088 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1919 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishma Construction Corporation of New York, Tishman Interiors Corporation, 925 Notice (Other), Notice (Other), Notice Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Lia Counsel, 911 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish Construction Corporation of New York, Tishman Interiors Corporation, 1618 MOTION for Maureen C. Pavely to A Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Cor Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1381 Reply Memorandum of Law in Support of Motion filed by City of New York, 1288 Memorandum of Law in Opposition,,, Plaintiffs Liaison Counsel, 1820 MOTION for Summary Judgment re Cameron (06 cv 09273). filed by Taylor Recy Facility LLC, 2121 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1552

MOTION to Quash Subpoenas. filed by City of New York, 1540 Notice (Other) filed by Plaintiffs Liaison Counsel,
MOTION to Vacate March 3, 2009 Dismissal. filed by Samuel Proviseno, 1238 Stipulation and Order of Dismissal,,
Request for Production of Documents filed by Andrea Cavicchio, Nicola Cavicchio, 1802 Rule 56.1 Statement,,,, fil
Phillips and Jordan, Inc., 1368 Stipulation and Order of Dismissal,, 1607 Affirmation filed by Eagle One Roofing
Contractors, Inc., 1744 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1949 Declaration in Support o
filed by Taylor Recycling Facility LLC, 1004 Rule 56.1 Statement filed by Plaintiffs Liaison Counsel, 1536 Order o
to Appear Pro Hac Vice, 984 Notice (Other), Notice (Other) filed by marion s. mishkin, 1262 Notice (Other) filed by
Plaintiffs Liaison Counsel, 1191 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1982 Memorandum
in Support of Motion filed by Phillips and Jordan, Inc., 1766 Memorandum of Law in Support of Motion filed by Pl
Liaison Counsel, Frank Malone, 1310 Response to Discovery filed by Frank Scallo, 1372 Notice (Other
by Phillips and Jordan, Inc., 1076 MOTION for Anita Weinstein to Appear Pro Hac Vice., 966 Order, Set Motion an
RRDeadlines/Hearings, 1597 Order, Terminate Motions, Add and Terminate Attorneys, 1466 MOTION for Judgme
Pleadings Laron Casey (06cv8890). filed by Tishman Construction Corporation of Manhattan, Tishman Constructio
Corporation of New York, Tishman Interiors Corporation, 1403 Response to Discovery filed by Diane Scallo, Andr
Scallo, 1535 Order on Motion to Appear Pro Hac Vice, 1651 Order, 1671 Notice (Other) filed by Evans Environmen
&Geological Science &Management, LLC., 1771 Affidavit in Support of Motion, filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1095 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 955 Notice of Adoption of Master Answer filed by Phillips and Jordan, I
Order, 1709 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1155 Order,
MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs. filed by Gilsanz, Murray, S
LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill L
Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc
Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Con
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Rol
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Franc
Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equip
Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofi
Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1101 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1054 Notice of Appearance filed by Verizon New York Inc., 1352 Request for Produ
Documents filed by Michael Panarella, Christine Panarella, 1959 Declaration in Support of Motion,,, filed by Gilsan
Murray, Steficek, LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C.,
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, S
Owings &Merrill, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., 2032 Endorsed Letter,, 1557 Notice (Other) filed by Plaintiffs Liaison Counsel, 928 Notice (Other) filed
Plaintiffs Liaison Counsel, 1631 Certificate of Service Other filed by Taylor Recycling Facility LLC, 988 Schedulin
1307 Response to Discovery filed by Frank Scallo, 1342 Notice (Other) filed by Plaintiffs Liaison Counsel, 2077 No
(Other) filed by Plaintiffs Liaison Counsel, 1612 MOTION to Compel James Carpenter to Appear for Deposition. fi
Plaintiffs Liaison Counsel, 1601 Order on Motion to Compel, 945 MOTION for Summary Judgment. filed by En–T
Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio Genera
Contractors Corp., 1458 Order, 1900 Order Admitting Attorney Pro Hac Vice, 1440 Notice (Other) filed by The Cit
York, 1390 Notice of Appearance, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contra
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway
Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling
Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C
Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Industries, Inc., Mo
American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Service
Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc.,

Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental
Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environ
Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty
Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1974 Certificate of Service Other
Phillips and Jordan, Inc., 1988 Declaration in Support of Motion filed by City of New York, 1446 Memorandum of
Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Sk
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group,
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 1034 Notice (Other) filed by Plaintiffs Liaison Counsel, 905 Stipulation and Order of Dismiss
Certificate of Service Other filed by Taylor Recycling Facility LLC, 1416 Order,,, 1360 Request for Production of
Documents filed by Frank Scallo, 1072 Stipulation and Order of Dismissal,,,, 2054 Order, Set Motion and
RRDeadlines/Hearings, 1809 Affidavit of Service Other filed by Phillips and Jordan, Inc., 1665 Notice (Other) filed
Plaintiffs Liaison Counsel, 1037 USCA Mandate, 2088 Order,, 1599 Notice (Other) filed by Plaintiffs Liaison Coun
Memorandum of Law in Support of Motion, filed by Survivair Respirators, Inc., 1737 Affidavit of Service Other, fil
Plaintiffs Liaison Counsel, 2094 Notice of Appearance filed by Weeks Marine, Inc., 1995 Memorandum of Law in S
of Motion filed by Phillips and Jordan, Inc., 1493 Notice (Other) filed by Plaintiffs Liaison Counsel, 1228 Declarati
Support filed by Mary Jane Striffler, Donald Striffler, 1887 Memorandum of Law in Support of Motion filed by Eva
Environmental &Geological Science &Management, LLC., 1182 Declaration in Support by Plaintiffs Liaison C
1967 MOTION for Summary Judgment Dismissing C1 and B3 Plaintiffs' Labor Law, Common Law Negligence, an
General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authori
New York &New Jersey, 1249 Stipulation and Order,,, 1023 Stipulation and Order of Dismissal,, 1680 Declaration
Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Constru
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc.,
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, E
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoc
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledg
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1001 Notice (Other) filed by
Liaison Counsel, 1827 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1051 Case Management Plan, 1388 Notice (Other) filed by Plain
Liaison Counsel, 1056 Protective Order, 1047 Order,,,,, 1730 Notice (Other) filed by Plaintiffs Liaison Counsel, 211
1422 Memo Endorsement, 1312 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1061 N
(Other) filed by Plaintiffs Liaison Counsel, 1173 Endorsed Letter,, 1329 Stipulation and Order of Dismissal, 1984 C
of Service Other, filed by Phillips and Jordan, Inc., 1673 FIRST MOTION for Protective Order Notice of Motion. fi

United States, 1888 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1019 Notice (Other) filed by Plaintiffs Liaison Counsel, 1945 Memorandum of Law in Suppo
by Evans Environmental &Geological Science &Management, LLC., 1498 Notice (Other) filed by Plaintiffs Liaison
Counsel, 1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New York's Admitted Suppression of
for Six Years. filed by Plaintiffs Liaison Counsel, Frank Malone, 1152 Declaration in Support of Motion, filed by C
New York, 1566 Memorandum of Law in Opposition to Motion filed by Raymond Hauber, 1760 Rule 56.1 Stateme
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 901 Certificate of Service Other, filed by John Montalvo, 1046 Order on Motion to Appear Pro Hac Vi
Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 953 Amended Notice of Appeal, filed b
Plaintiffs, 1005 Affirmation in Opposition,,, filed by Plaintiffs Liaison Counsel, 1379 Reply Memorandum of Law i
of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environm
Inc., Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 970 Reply Memorandu
Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engi
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gol
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1738 Affidavit of Service Other, filed by Plaintiff
Counsel, 1819 Rule 56.1 Statement filed by City of New York, 1950 Memorandum of Law in Support of Motion fil
Taylor Recycling Facility LLC, 1280 Response to Discovery filed by Nicholas Lusuriello, 1619 Response to Discov
by David Nolan, Louise Nolan, 1907 Counter Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel, 1332 Orde
Case Management Plan,,, 1627 Order on Motion to Compel, 1740 Notice (Other) filed by Plaintiffs Liaison Counsel
Notice (Other) filed by Plaintiffs Liaison Counsel, 2080 Order,,, 2009 Memorandum of Law in Support of Motion f
Survivair Respirators, Inc., 1410 Endorsed Letter,, 981 Notice (Other) filed by Plaintiffs Liaison Counsel, 1225 Stip
and Order,,, 1881 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1
Stipulation and Order,,,, 1070 Stipulation and Order of Dismissal,,,, 1551 Order,,, 1511 Order on Motion to Amend/
Order on Motion to Substitute Party,,, 1574 Affidavit in Support of Motion filed by City of New York, 1317 Stipula
Discovery filed by Robert Suarez, 1563 Affidavit of Service Other filed by Taylor Recycling Facility LLC, 1431 No
(Other) filed by Plaintiffs Liaison Counsel, 1863 Declaration in Support of Motion filed by Taylor Recycling Facilit
2026 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1223 Order, 1181
MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison Counsel, 1701 Affirmation in Support of Motion filed b
Michelle Haskett–Godbee, 1291 Response to Discovery filed by Michael Panarella, 1268 Response to Discovery fil
Frank Goffredo, 1369 Order,,, 1962 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs a
The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act. filed by
Authority of New York &New Jersey, 1977 Memorandum of Law in Support of Motion, filed by The Port Authorit
York &New Jersey, 1495 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1871 Rule 56.1 Statement
Taylor Recycling Facility LLC, 1474 Order, 1292 Response to Discovery filed by Michael Panarella, 922 Stipulatio
Order of Dismissal,, 1639 Endorsed Letter, Add and Terminate Attorneys,,,, 2085 Memo Endorsement, Add and Te
Attorneys,,,, 1318 Response to Discovery filed by Robert Suarez, 1973 Rule 56.1 Statement, filed by Gilsanz, Murr
Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &
LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway
Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &
Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Ea
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Con
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzocchi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Sem
Equipment and Manufacturing Company, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold
Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E
Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer As
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City
York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Const
Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., L
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental
Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., W

Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Cons Corp., 1273 Response to Discovery filed by Frank Goffredo, 1662 Declaration in Support of Motion, filed by Plaint Liaison Counsel, 1483 MOTION to Preclude and for Default against the Defendant City of New York. filed by Plai Liaison Counsel, 2022 Notice of Adoption of Master Answer filed by Berkel &Co. Contractors, Inc., 1748 MOTION Summary Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction of New Y Tishman Interiors Corp.. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporati New York, Tishman Interiors Corporation, 1806 Certificate of Service Other filed by Phillips and Jordan, Inc., 1795 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plaintiffs Lia Counsel, 1391 Affirmation filed by Plaintiffs Liaison Counsel, 2050 Notice of Appeal, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Coro Construction Co., Inc., City of New York, Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Con Corp., 1575 Affidavit in Support of Motion filed by City of New York, 1824 MOTION for Summary Judgment re C (06 cv 08692). filed by Taylor Recycling Facility LLC, 1221 Memo Endorsement, 916 Memorandum of Law in Op to Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., B Environmental, Inc., 1554 Affidavit in Support of Motion filed by City of New York, 2123 Order,,, 1340 Notice (Ot by Plaintiffs Liaison Counsel, 2108 Protective Order, 1331 Order,,, 2117 Rule 56.1 Statement filed by The Port Auth New York &New Jersey, 1494 MOTION to Preclude and For Default Against Defendants for Failing to Timely and Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODU filed by Plaintiffs Liaison Counsel, 1584 Order,,,, 1169 Endorsed Letter,, 977 Order of Dismissal,, 1411 Endorsed L 904 Notice (Other) filed by Plaintiffs Liaison Counsel, 995 Stipulation and Order, Set Motion and RRDeadlines/Hea 1053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1309 Response to Discovery filed by Frank Scallo, 1049 En Letter,, 1058 Notice (Other) filed by Plaintiffs Liaison Counsel, 1377 Notice (Other) filed by Plaintiffs Liaison Cou 1219 Order,,, 1110 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Construction Corporation of New York, Tishman Interiors Corporation, 1195 Declaration in Support filed by Joette DeGiovine, Daniel DeGiovine, 1873 Rule 56.1 Statement by Taylor Recycling Facility LLC, 1405 Response to Discovery filed by Robert Panarella, 1759 Notice (Other) filed by Phillips and Jordan, Inc., 1520 Notice (Other) file Plaintiffs Liaison Counsel, 1892 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 2076 Stipulation and Order,,, 1246 Stipulation and Order of Dismissal,,, 936 Notice (Other) f Plaintiffs Liaison Counsel, 935 Notice (Other) filed by Plaintiffs Liaison Counsel, 1100 Notice of Adoption of Mast Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 899 MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the filed by Plaintiffs Liaison Counsel, 1348 Request for Production of Documents filed by Karen Labetti, Michael Lab Notice (Other) filed by Plaintiffs Liaison Counsel, 1899 Order,,,, 1948 Memorandum of Law in Support filed by Ev Environmental &Geological Science &Management, LLC., 1576 Affidavit in Support of Motion, filed by City of N 1089 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor Corporation of New York, Tishman Interiors Corporation, 2082 Notice of Appearance filed by Weeks Marine, Inc., Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Construction Corp., 1856 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1821 MOTION Summary Judgment re Cantore (06 cv 10654). filed by Taylor Recycling Facility LLC, 1722 Notice of Voluntary D – Signed,, 1889 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, 1865 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1290 Response to Discovery filed b Nolan, 1620 Order, Terminate Motions,, 1610 Order,, 1758 Notice (Other) filed by Phillips and Jordan, Inc., 1648 Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point E Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein As Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS General Contracting Company, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl

Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1721 MOTION for George N. Kalamaras to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1
Certificate of Service Other, filed by Phillips and Jordan, Inc., 1236 Notice (Other) filed by Plaintiffs Liaison Couns
Order, 1259 Stipulation and Order, 1207 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 13
Notice (Other) filed by Plaintiffs Liaison Counsel, 1349 Request for Production of Documents filed by Nicholas Lu
1099 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor
Corporation of New York, Tishman Interiors Corporation, 1548 Order,,, 1726 MOTION for a Voluntary Dismissal of
the Court Considers Proper Pursuant to FRCP 41 (a) (2). filed by John Dunne, Lynn Taylor, Daniel Taylor, James A
1117 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor
Corporation of New York, Tishman Interiors Corporation, 1025 Endorsed Letter, 1336 Affidavit of Service Other fi
Plaintiffs Liaison Counsel, 1725 Order on Motion to Appear Pro Hac Vice, 900 MOTION for Reconsideration Plain
Memorandum of Law in Support. filed by Plaintiffs Liaison Counsel, 1857 Declaration in Support of Motion filed b
Recycling Facility LLC, 1136 Order Admitting Attorney Pro Hac Vice, 1628 Notice (Other) filed by Plaintiffs Liais
Counsel, 1393 Stipulation and Order,,, 1140 MOTION for Partial Summary Judgment. filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Ev
Recycling of Corona, Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 975 U
Order, 1253 Order, 1743 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1944 R
Statement filed by Evans Environmental &Geological Science &Management, LLC., 1942 Memorandum of Law in
filed by Evans Environmental &Geological Science &Management, LLC., 1271 Response to Discovery filed by An
Dunaway, 1356 Request for Production of Documents filed by Diane Scallo, Andrew Scallo, 969 Reply Affirmation
Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering
Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1796 MOTION for Summary Judgment Gipe Affi
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 1579 Declaration in Support, filed
J. Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 1931 Certificate of Serv
Other, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, T
Interiors Corporation, 2122 Order, 1224 Order, 2047 Notice of Voluntary Dismissal – Signed, 2023 E
Letter,, 1370 Order,,, 1321 Endorsed Letter,,, 1776 MOTION for Summary Judgment re: Greco. filed by Phillips an
Inc., 2116 Notice of Appeal, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cam
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robe
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1562 Amended Answer to Complaints filed by Taylor Recycling Facility LLC, 1108 Notice of Adoption of Master A
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1417 Order,,,,,,,, 1692 Notice (Other) filed by Plaintiffs Liaison Counsel, 1589 MOTION for
Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deuts
Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1684 Order on Motion to
Amend/Correct,, 1529 MOTION for Zev Raben to Appear Pro Hac Vice. filed by The Port Authority of New York
Jersey, 1735 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1960 Counter Statement to Rule 56.1, f
Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engine
P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C.,
Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 1729 Certificate of Service Other,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Alb
Stipulation and Order, Set Deadlines/Hearings,, 1180 MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison C
1878 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1757 Notice (C
filed by Phillips and Jordan, Inc., 1533 Notice (Other) filed by Plaintiffs Liaison Counsel, 2037 Transcript, 1330 Ce

of Service Other,, filed by marion s. mishkin, 1106 Notice of Adoption of Master Answer filed by Tishman Constru
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1481 M
to Preclude and for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1561 Affid
Service Other filed by Taylor Recycling Facility LLC, 1123 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1793 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1866 Certificate of Service Other, filed b
Recycling Facility LLC, 1603 Order,,,, 1302 Stipulation and Order of Dismissal,,,,,, 949 Order Admitting Attorney
Vice, 1696 MOTION for Summary Judgment On Behalf of the Structural Engineer Defendants. filed by Gilsanz, M
Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell
Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Canto
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, I
Pitkin, Inc., 1243 Stipulation and Order of Dismissal,,, 1367 Stipulation and Order, 1276 Response to Discovery, fil
Thomas M. Flanders, 1158 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1455 Affirmatic
by C.B. Contracting Corp., 1753 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Mar
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1936 Rule 56.1 Statement filed by
Environmental &Geological Science &Management, LLC., 944 Order on Motion for Reconsideration, 1296 Respon
Discovery filed by Jason Porcaro, 1764 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc
Response to Discovery filed by Dennis M. O'Connor, 2111 Order,,,, 2091 Order, 1373 Order,, 1751 MOTION for S
Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1167 Endorsed Letter,,, 1284
to Discovery filed by Dennis M. O'Connor, 1134 Notice (Other) filed by Plaintiffs Liaison Counsel, 1624 Order,,, 1
Response to Discovery filed by Dennis M. O'Connor, 1094 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1205 Memorandum of Law in Support of Motion filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 1413 Order,,, 1682 Notice (Other) filed by
Liaison Counsel, 1697 Rule 56.1 Statement,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill L
Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engin
P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, I
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Sih
Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2033 Endorsed Letter,, 1198 Affidavit
Service Other filed by Joette DeGiovine, Daniel DeGiovine, 902 Notice of Appearance filed by 22 Non–Resp, Darl
Montalvo, John Montalvo, 979 Notice (Other) filed by Plaintiffs Liaison Counsel, 1212 Order, 1021 USCA Mandat
Stipulation and Order,,, 1838 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1063 Order (Oth
by Plaintiffs Liaison Counsel, 1543 Order on Motion to Preclude, 1335 Stipulation and Order of Dismissal, 1092 No
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1437 Stipulation and Order of Dismissal,,, 1834 Memorandum of Law in
of Motion filed by Taylor Recycling Facility LLC, 1467 Notice of Appearance filed by Bovis Lend Lease LMB, Inc
Pre–Conference Statement filed by Samuel Provisero, 1258 Stipulation and Order,,,,,, 1769 MOTION for Summary
Judgment re: Casey. filed by Phillips and Jordan, Inc., 1192 Affidavit of Service Other filed by John Raehse, Paula
1003 Affirmation, filed by Plaintiffs Liaison Counsel, 2061 Memorandum of Law in Opposition to Motion,,,, filed b
Port Authority of New York &New Jersey, 1327 Notice (Other) filed by Plaintiffs Liaison Counsel, 1013 Notice (O
filed by Plaintiffs Liaison Counsel, 1359 Request for Production of Documents filed by Robert Suarez, 1674 Order,,
Response to Discovery filed by Michael Labetti, 1617 MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. fi
Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, Deutsche Ban
Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 933 Reply Affirmation in Support, fi
Plaintiffs Liaison Counsel, 1251 Stipulation and Order,,, 1772 MOTION for Summary Judgment Notice of Motion
filed by Evans Environmental &Geological Science &Management, LLC., 1027 Notice (Other), Notice (Other), Not
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Oth
Notice (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood,
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co
Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporate
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departn
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In

Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumperz &Heger Inc., JP Equipment Re
Material, Inc., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Notice (Other) filed by Plaintiffs Liaison Counsel, 1594 Rule 7.1 Corporate Disclosure Statement filed by Americar
Building Maintenance Industries, Inc., 1742 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counsel
Endorsed Letter, 1817 Memorandum of Law in Support of Motion filed by City of New York, 1082 Notice of Adop
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1040 MOTION for Madro Bandaries to Appear Pro Hac Vice. filed by Phillips and J
Inc., Phillips and Jordan, 1912 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 972 Notice (Other), N
(Other) filed by marion s. mishkin, 2074 Supplemental ROA Sent to USCA – Index,, 1073 Stipulation and Order of
Dismissal,,,, 906 Notice (Other) filed by Plaintiffs Liaison Counsel, 1864 Declaration in Support of Motion filed by
Recycling Facility LLC, 1079 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1946 Rule 56.1 Statem
by Evans Environmental &Geological Science &Management, LLC., 2014 MOTION for Christopher Quinn to App
Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., 2003 Affidavit in Support, filed
Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Ski
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.(
Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tru
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American C
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laqu
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumperz &Heger Inc., Robert Silman Associates, P.C., Brer−Four Transportation Corp
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1997
MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New Yo
New Jersey pursuant to the New York State Defense Emergency Act. filed by The Port Authority of New York &No
Jersey, 2049 MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short No
Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOT
Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Fili
39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice I
Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to
Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $
filed by En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray S
LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construct
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., I
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumperz &Heger Inc., Robert Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance

Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lu
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2075 Order, 1024 Order,
Notice (Other) filed by Plaintiffs Liaison Counsel, 1231 Order, 1177 Rule 56.1 Statement, filed by En–Tech Corp.,
Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dak
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Co
Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C
Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Wel
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1454 Notice
filed by Plaintiffs Liaison Counsel, 1492 Notice (Other) filed by Plaintiffs Liaison Counsel, 1880 Rule 56.1 Stateme
by Evans Environmental &Geological Science &Management, LLC., 2001 Order to Show Cause,,, 939 Endorsed Le
1209 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpora
New York, Tishman Interiors Corporation, 1691 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel,
Affidavit of Service Other,,, filed by Plaintiffs Liaison Counsel, 1374 Notice (Other) filed by Plaintiffs Liaison Cou
1366 Stipulation and Order, 2044 Affidavit filed by Gregory J Cannata &Associates, 893 Stipulation and Order of
Dismissal,,,, 1577 Order, Set Deadlines/Hearings, 1528 Notice (Other) filed by Plaintiffs Liaison Counsel, 1233 Stip
and Order,,, 1886 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1550 Order,,, 1681 Endorsed Letter,,, 1923 Certificate of Service Other,,, filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1444 MOTION for Summary Judgment Dismissing Defendants Not Named in Core Discovery. filed by En–Tech C
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, E
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lu
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2060 Memorandum of L
Opposition filed by Gregory J Cannata &Associates, 1694 Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey, 1879 Rule 56.1 Statement filed by Evans Environmental &Geological Scienc
&Management, LLC., 2025 Notice of Adoption of Master Answer filed by Buro Happold Consulting Engineers, P.C
Stipulation and Order of Dismissal,,, 1951 Declaration in Support, filed by Evans Environmental &Geological Scien
&Management, LLC., 1002 Notice (Other) filed by Plaintiffs Liaison Counsel, 1355 Request for Production of Doc
filed by Jason Porcaro, 2004 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed
Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construc
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incor
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and
Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International,
Safety Services, LLC, Mazzocchi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Constr
Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakot
Demo–Tech, Inc., Evans Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B.
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzoc

Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Componer Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Li Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Roy Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turn A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquil Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Franci Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportat Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., A Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., **1090** Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I York, Tishman Interiors Corporation, **1622** Order,,, **912** Notice (Other) filed by Plaintiffs Liaison Counsel, **1924** MC for Summary Judgment re:Scott Malkoff and Irina Malkoff on behalf of Tishman Construction Corporation of Manl Tishman Construction Corporation of New York and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, **1295** R to Discovery filed by Jason Porcaro, **1787** Certificate of Service Other,, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, **1451** Notice (Other) fi Plaintiffs Liaison Counsel, **1929** Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tisl Construction Corporation of New York, Tishman Interiors Corporation, **1996** Certificate of Service Other filed by P and Jordan, Inc., **1260** Notice of Appearance filed by Mark Gajewski, **1993** MOTION for Summary Judgment for P Christopher Castro. filed by Phillips and Jordan, Inc., **1943** Declaration in Support,, filed by Evans Environmental &Geological Science &Management, LLC., **1910** Stipulation and Order,,, **1350** Request for Production of Documen by David Nolan, Louise Nolan, **1450** Notice (Other) filed by Plaintiffs Liaison Counsel, **1831** MOTION for Summa Judgment re Castro (06 cv 07287). filed by Taylor Recycling Facility LLC, **1773** Memorandum of Law in Support o filed by Phillips and Jordan, Inc., **1385** Notice (Other) filed by Plaintiffs Liaison Counsel, **1930** MOTION for Sumn Judgment re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937 06CV11710, 06CV11814, 06CV12743. filed by Survivair Respirators, Inc., **1114** Notice of Adoption of Master Ans by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, **1194** Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, **1970** Declaration Support of Motion, filed by The Port Authority of New York &New Jersey, **2021** Rule Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., **1489** Stipulation and Order of Dismissal, 12 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construct Corporation of New York, Tishman Interiors Corporation, **1534** Notice (Other) filed by Plaintiffs Liaison Counsel, Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings, **962** Stipulation and Order of Dismissal,, 14 MOTION to Amend/Correct Caption. MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. filed by Raymond Hauber, Affidavit in Support of Motion, filed by Survivair Respirators, Inc., **1564** Affirmation filed by Robert L. Gerosa, Inc Notice (Other) filed by Plaintiffs Liaison Counsel, **1935** Affidavit of Service Other filed by Survivair Respirators, Ir Notice (Other) filed by Plaintiffs Liaison Counsel, **2068** Notice (Other) filed by Plaintiffs Liaison Counsel, **1468** Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, **1891** Affidavit in Support of Motion filed b Environmental &Geological Science &Management, LLC., **1941** Rule 56.1 Statement filed by Evans Environmenta &Geological Science &Management, LLC., **1583** Reply Memorandum of Law in Support of Motion filed by City o York, **1395** Order, **1159** Endorsed Letter, **1645** Declaration in Support of Motion, filed by Plaintiffs Liaison Counse Reply Memorandum of Law in Support, filed by Plaintiffs Liaison Counsel, **985** Endorsed Letter,, **1531** Order, **1218** Stipulation and Order of Dismissal, **1833** Memorandum of Law in Support of Motion filed by Taylor Recycling Fac LLC, **917** Declaration in Opposition to Motion,, filed by Bechtel Associates Professional Corporation, Bechtel Corp Bechtel Construction, Inc., Bechtel Environmental, Inc., **1706** Affidavit in Support of Motion, filed by Gilsanz, Mur Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management,, Skidmore Owings & LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construi Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a

Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, I
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2058 Affidavit in Oppos
filed by Gregory J Cannata &Associates, 997 Endorsed Letter, 1050 Order,,, 994 Order (Other) filed by Plaintiffs I
Counsel, 1420 Affirmation filed by Plaintiffs Liaison Counsel, 1269 Response to Discovery filed by Andrew Dunav
Endorsed Letter, 1208 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan,
Construction Corporation of New York, Tishman Interiors Corporation, 1097 Notice of Adoption of Master Answer
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio
Corporation, 951 Stipulation and Order of Dismissal,, 1914 Endorsed Letter, Set Deadlines/Hearings,,,,,, 967 Endor
Letter, 1414 Order,,, 1707 MOTION For Lone Pine Order Notice of Motion by The Port Authority of New York and
Jersey For Lone Pine Order. filed by The Port Authority of New York &New Jersey, 1915 Reply Memorandum of L
Support of Motion filed by Michelle Haskett–Godbee, 1927 Affidavit in Support of Motion, filed by Tishman Cons
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1084 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1299 Response
Discovery filed by Andrew Scallo, 1657 Order,,, 1093 Notice of Adoption of Master Answer filed by Tishman Cons
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 892 No
(Other) filed by Plaintiffs Liaison Counsel, 1710 Endorsed Letter, 1750 MOTION for Summary Judgment on behal
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Int
Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New
Tishman Interiors Corporation, 1734 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1421 Notice (O
filed by Plaintiffs Liaison Counsel, 980 Notice (Other) filed by Plaintiffs Liaison Counsel, 954 Notice (Other) filed
Plaintiffs Liaison Counsel, 976 Endorsed Letter,,, 1532 MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Ha
filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, 1623 Ord
Motion to Appear Pro Hac Vice,,, 2067 Notice (Other) filed by Plaintiffs Liaison Counsel, 1257 Order,,,, 1006 Noti
(Other) filed by Plaintiffs Liaison Counsel, 978 Stipulation and Order of Dismissal,, 1086 Notice of Adoption of Ma
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 1469 Declaration in Support of Motion,, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1717 Notice (Other) fi
Plaintiffs Liaison Counsel, 1643 MOTION for Joseph A. Clark to Appear Pro Hac Vice. filed by Deutsche Bank Tr
Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1
Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LL
MOTION for Summary Judgment for Plaintiff Fernando Grimaldi. filed by Phillips and Jordan, Inc., 1592 Order,,, 
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1762 MOTION
Summary Judgment re Cantore. filed by Phillips and Jordan, Inc., 1490 Stipulation and Order,,, 1593 Order,,, 1724 
for Patricia I. Jorge to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1672 FIRST MOTION
Protective Order Based on Privacy Act. filed by United States, 1638 Memorandum of Law in Opposition filed by Ra
Hauber, 1990 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1234 Consent, filed by 
Curti, 1850 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1065 Order,,, 1689 Order on Mo
Appear Pro Hac Vice,, 1190 Declaration in Support of Motion, filed by John Raehse, Paula Raehse, 1957 Certificate
Service Other filed by Taylor Recycling Facility LLC, 1252 Stipulation and Order of Dismissal, 1081 Notice of Ad
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1149 MOTION for Partial Summary Judgment. filed by City of New York, 934 Stip
and Order of Dismissal, 1659 Notice (Other) filed by Evans Environmental &Geological Science &Management, LI
Memorandum of Law in Support of Motion,, filed by The Port Authority of New York &New Jersey, 1030 Notice (
filed by Plaintiffs Liaison Counsel, 1761 Certificate of Service Other,, filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1188 MOTION to Vac
Order,. filed by John Raehse, Paula Raehse, 1512 Notice (Other) filed by Plaintiffs Liaison Counsel, 1545 MOTION
Quash Subpoenas. filed by City of New York, 1716 Notice (Other) filed by Plaintiffs Liaison Counsel, 1281 Respon
Discovery filed by Nicholas Lusuriello, 1578 MOTION to Compel Witnesses to appear for deposition. filed by John
Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 2110 Declaration in Suppo
Motion, filed by Mount Sinai Medical Center, 1375 Notice (Other) filed by Plaintiffs Liaison Counsel, 1328 Stipula
Order of Dismissal, 998 Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT
Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Canron Constru
Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting

Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1394 Notice (Other) filed by Plaintiffs Liaison Counsel, 1581 Notice (Other) filed by Plaintiffs Liaison Counsel, 1129 Notice of Adoption of Master Answer by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1392 Notice (Other) filed by Plaintiffs Liaison Counsel, 1635 Reply Memorandum of Law in Oppisition to Motion, filed by Raymond Hauber, 1609 Affirmation filed by City of New York, 1747 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1189 Memorandum of Law in support of Motion filed by John Raehse, Paula Raehse, 1688 Affirmation filed by Semcor Equipment and Manufacturing Corporation, 1199 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGiovine, 1621 Order,,, 1434 Notice (Other) filed by Plaintiffs Liaison Counsel, 1482 MOTION to Preclude or for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel, 2000 Rule 56.1 Statement filed by The Port Authority of New York &New Jersey, 1572 MOTION to Quash Subpoenas to NYPD Medical Board Doctors. filed by City of New York, 1365 Reply Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2013 Notice (Other) filed by Gregory J Cannata &Associates, 1320 Endorsed Letter,, 1031 Notice (Other) filed by Plaintiffs Liaison Counsel, 2055 Affirmation in Opposition to Motion,,, filed by Michelle Haskett–Godbee, 1939 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1055 Notice (Other) filed by Plaintiffs Liaison Counsel, 2005 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cantor Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corp., Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood, Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Meridian Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Material, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2031 Order on Motion to Appear Pro Hac Vice, 2081 Notice of Appearance filed by Verizon New York Inc., 1976 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1882 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 991 Order on Motion for Summary Judgment, 1926 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of

Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 957 Certificate of Cou filed by marion s. mishkin, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 1091 Notice of Adoption of Mast Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1301 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1045 Stipulation Order of Dismissal,, 1132 Stipulation and Order of Dismissal,,,,,, 1918 Declaration in Support of Motion, filed by T Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpo 1163 Notice (Other) filed by Samuel Provisero, 1693 MOTION for Summary Judgment Notice of Motion for Summ Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York Unconsolidated Laws ? 7107. filed by The Port Authority of New York &New Jersey, 1196 Memorandum of Law i filed by Joette DeGiovine, Daniel DeGiovine, 1485 MOTION to Preclude and for Default against Defendant City of York. filed by Plaintiffs Liaison Counsel, 968 Reply,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler & Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Cons Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz & Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1277 Response to Discovery, filed by Thomas M. Flanders, 1071 Stipulation and Order of Dismissal,,,, 1471 Response to Discovery fi Diane Scallo, Andrew Scallo, 1675 Notice (Other) filed by Plaintiffs Liaison Counsel, 1303 Stipulation and Order,, Reply Memorandum of Law in Support of Motion filed by Tully Environmental Inc., Evergreen Recycling of Coron Rule 56.1 Statement filed by Survivair Respirators, Inc., 1226 Stipulation and Order of Dismissal,,, 1715 Endorsed 1711 Protective Order, Add and Terminate Attorneys, 1161 Endorsed Letter,, 1075 Stipulation and Order of Dismiss 1112 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con Corporation of New York, Tishman Interiors Corporation, 996 Stipulation and Order of Dismissal, 1902 Memorand Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1033 Memorandum of Law in Opposition filed by Liaison Counsel, 918 Stipulation and Order,, 1837 Memorandum of Law in Support of Motion filed by Taylor Recy Facility LLC, 1087 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1756 Memorandum of Law in Sup Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1741 Notice (Other) filed by Plaintiffs Liaison Counsel, 1104 Notice of Adoption of Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claim Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second An Master Complaint Against Bechtel Defendan filed by Plaintiffs Liaison Counsel, 1754 Affidavit in Support of Motic by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1859 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1570 Notice (Other) fi Plaintiffs Liaison Counsel, 1241 Stipulation and Order of Dismissal,, 1542 Order on Motion to Preclude, 1154 Decl Support of Motion,,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Turi Construction Company, Plaza Construction Corp., 1121 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpo 1017 Reply Affirmation in Support of Motion, filed by En–Tech Corp., C.B. Contracting Corp., 1654 Order on Mot Miscellaneous Relief, 1463 MOTION for Judgment on the Pleadings Richard Calderon 06cv10267. filed by Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 938 Notice (Other) filed by Plaintiffs Liaison Counsel, 1569 Notice (Other) filed by Plaintiffs Liaison Counsel, 154 1419 Endorsed Letter, 2112 Notice (Other) filed by Plaintiffs Liaison Counsel, 1229 Notice (Other) filed by Plaint Liaison Counsel, 1507 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1111 Notice Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1397 Order, 1242 Endorsed Letter,,, 1120 Notice of Adoption of Master filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma Interiors Corporation, 1151 Memorandum of Law in Support of Motion filed by City of New York, 1425 Notice (Ot by Plaintiffs Liaison Counsel, 1885 Declaration in Support of Motion,, filed by The Port Authority of New York &N Jersey, 1339 Notice (Other) filed by Plaintiffs Liaison Counsel, 947 Memorandum of Law in Support of Motion, file En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofr General Contractors Corp., 1703 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1256 Stipulation and Orde MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche B Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1904 Affirmation in Opposition, file Plaintiffs Liaison Counsel, 1432 Notice (Other) filed by Plaintiffs Liaison Counsel, 1510 Endorsed Letter,, 1678 De in Support of Motion, filed by The Port Authority of New York &New Jersey, 1968 Rule 56.1 Statement, filed by G Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore O &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme

Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk
Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Eng
P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Brak
Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, L
– Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, C
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gro
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis
Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material
Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkov
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully C
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1064 Notice (Other) filed by Plaintiffs Liaison Counsel, 982 Notice (Other) filed by Plaintiffs Liaison Counsel, 1430
(Other) filed by Plaintiffs Liaison Counsel, 1868 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1779
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 1178 Memorandum of Law in Support of M
filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contra
Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., At
Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema In
Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental M
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthor
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking
&Construction Corp., 2062 Affirmation in Opposition to Motion,,, filed by marion s. mishkin, 2038 MOTION to St
Modify and Issues for April 12, 2010 Fairness Hearing. (Filing Fee $ 39.00.) filed by Michelle Haskett–Godbee, 19
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1289 Response
Discovery filed by David Nolan, 1278 Response to Discovery, filed by Thomas M. Flanders, 1113 Notice of Adopti
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 2045 Order,, 1096 Notice of Adoption of Master Answer filed by Tishman Construc
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1686
Stipulation and Order of Dismissal,, 2053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1961 Notice (Other) fil
Phillips and Jordan, Inc., 2012 Affidavit of Service Other filed by Survivair Respirators, Inc., 921 Stipulation and O
Dismissal,, 1448 Stipulation and Order of Dismissal,, 1171 Endorsed Letter,, 1727 Memorandum of Law in Support
Motion filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1518 Notice (Other) filed by Plaintiffs Lia
Counsel, 1028 Notice (Other) filed by Plaintiffs Liaison Counsel, 1964 Memorandum of Law in Support of Motion
Phillips and Jordan, Inc., 1989 Rule 56.1 Statement filed by City of New York, 1020 Notice (Other) filed by Plainti
Liaison Counsel, 1346 Request for Production of Documents filed by Thomas M. Flanders, 1254 Stipulation and Or
1969 MOTION for Summary Judgment for Plaintiff Jeffrey and Diane Loughery. filed by Phillips and Jordan, Inc.,
Affirmation in Support of Motion filed by Michelle Haskett–Godbee, 1026 Notice (Other), Notice (Other), Notice (
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti
(Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co
Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety

Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departn Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rei Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 232 Memorandum of Law in Support c Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 68 Order,,, 260 Order,, 288 Waiver of Service Exec filed by Plaintiffs Liaison Counsel,, 438 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 414 310 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 92 Order,,,, 404 MOTION to Dismiss. filed by Construction Company,, Turner/Plaza, A Joint Venture,, 132 Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, 382 Endorsed Letter,,, 226 Answer to Complaint filed by World Trade Center Properties LLC,, Answer to Complaint filed by City of New York,, 486 Order on Motion for Summary Judgment,,, 387 MOTION for Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, W WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 528 Endorsed Letter,, 376 Endorsed Letter,,, Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript, 175 Answer to Complaint filed by Plaza Con Corp.,, 445 Notice of Appearance filed by John Montalvo,, marion s. mishkin,, 230 Answer to Complaint filed by B Lend Lease, Inc., and Tully Construction Co., Inc.,,, 420 Endorsed Letter,, 509 Master Allegations filed by Plaintiffs Counsel,, 545 Notice of Appeal,, filed by Turner Construction Company,, Bechtel Corporation,, The Port Authority York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L. Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 384 Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp 74 Stipulation and Order,, 76 Endorsed Letter,, 355 Order, Add and Terminate Attorneys,,, 396 Affidavit in Support Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 314 Order,, 375 Notice of Voluntary Dismissal – Si 204 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 449 Affidavit in Opposition to Mo by Michael Chambers,, 46 Affidavit of Service Other,, 344 Opposition Brief filed by Bovis Lend Lease LMB, Inc.,, Endorsed Letter,, 107 Answer to Complaint filed by City of New York,, 300 Waiver of Service Executed, filed by P Liaison Counsel,, 417 Endorsed Letter,, 482 Order,,, 327 Notice of Appearance filed by Wolkow Braker Roofing Corporation,, 113 Answer to Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure State filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 108 R Corporate Disclosure Statement filed by Plaza Construction Corp.,, 378 CROSS MOTION to Remand to State Cour by Battery Park City Authority,, 254 Order on Motion to Appear Pro Hac Vice,, 332 Notice (Other) filed by Plaintiff Counsel,, 303 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate Disclosure S filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 Notice of Ap filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavit in Oppositio Motion, filed by Charles Dalton,, 57 Order,,, 388 MOTION for Judgment on the Pleadings Based on State Statutory Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse

Port Authority of New York and New Jersey,, 213 Answer to Complaint filed by Plaza Construction Corp.,, 259 Order
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 534 Memorandum &Opinion,,,, 33 Order
524 Notice (Other) filed by Plaintiffs Liaison Counsel,, 494 Reply Memorandum of Law in Support of Motion, filed
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 83 Case Management Plan,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac Vice on behalf of P
Liaison Counsel. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza Construction Corp.,,
Endorsed Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,, 342 Opposition Brief file
City of New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Bros. Iron Works Co.,, 79 Order
Deadlines,,,,, 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 234 MOTION for Jo
Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Company,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Company,, 323 Rule 7.1
Corporate Disclosure Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Support of Motion, f
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmen
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 49
56.1 Statement filed by City of New York,, 290 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 12
Answer to Complaint filed by Plaza Construction Corp.,, 264 Declaration, filed by Phillips and Jordan,, 461 Notice
filed by Plaintiffs Liaison Counsel,, 283 Reply Memorandum of Law in Support of Motion, filed by Plaintiffs Liaiso
Counsel,, 208 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 365 Order,, 351 Order,, 1
Answer to Complaint filed by Plaza Construction Corp.,, 412 Order,,,,, 159 Answer to Complaint filed by Plaza Cor
Corp.,, 121 Answer to Complaint filed by Plaza Construction Corp.,, 489 Endorsed Letter,, 380 Endorsed Letter,, 40
Affidavit of Service Other,, 406 Endorsed Letter,, 50 MOTION for Summary Judgment. filed by City of New York,,
Answer to Complaint filed by Plaza Construction Corp.,, 280 Subpoena Issued, filed by Defendants,, 473 Rule 7.1 C
Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bech
Associates Professiona;l Corporation,, Bechtel,, 42 Affidavit of Service Other,, 255 Notice (Other), Notice (Other) fi
City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction Company,
Notice (Other) filed by Plaintiffs Liaison Counsel,, 348 Endorsed Letter,, 464 Reply, filed by City of New York,, Tu
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 390 Rule 56.1 Statement, filed by City of New York,, Turner Construction Cor
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 87 Notice (C
Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WT
Holding LLC,, 32 Order,,,, 537 Endorsed Letter,, 496 Reply Memorandum of Law in Support of Motion, filed by S
Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Hol
L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,,
Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Prop
Inc.,, 267 Case Management Plan,,,,, 195 Answer to Complaint filed by Plaza Construction Corp.,, 298 Waiver of S
Executed, filed by Plaintiffs Liaison Counsel,, 133 Answer to Complaint filed by Plaza Construction Corp.,, 316 Or
Answer to Complaint filed by Plaza Construction Corp.,, 154 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 143 Answer to Complaint filed by Plaza Construction Corp.,, 101 Answer to Complaint filed b
New York,, 322 Rule 7.1 Corporate Disclosure Statement filed by Verizon New York Inc.,, 220 Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,, 325 Order,, 176 Rule 7.1 Corporate Disclosure Statement f
Plaza Construction Corp.,, 457 Protective Order,, 217 Answer to Complaint filed by Plaza Construction Corp.,, 321
Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, 400 Rule 56.1 Statement, filed by The Port A
of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverst
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT

L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC
Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings
Silverstein Properties, Inc.,,, 379 Memorandum of Law in Opposition to Motion, filed by Battery Park City Authorit
Order,, 139 Answer to Complaint filed by Plaza Construction Corp.,, 70 MOTION to Dismiss. filed by The Port Au
New York &New Jersey,, World Trade Center Properties LLC,, 275 Declaration in Opposition to Motion, filed by
Defendants,, 539 Order, 239 Answer to Complaint filed by City of New York,, 488 Declaration, filed by City of Nev
Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,,
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 161 Answer to Complaint filed by Plaza Construction Corp.,, 293 Waiver of Se
Executed, filed by Plaintiffs Liaison Counsel,, 291 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,
Endorsed Letter,, 199 Answer to Complaint filed by Plaza Construction Corp.,, 299 Waiver of Service Executed, fil
Plaintiffs Liaison Counsel,, 206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 405 En
Letter,, 118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 137 Answer to Complaint
Plaza Construction Corp.,, 84 Declaration,, 198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constructio
469 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, Th
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Order,, 114 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 243 Order,,,, 532 Order,, 4
Notice of Change of Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, T
Construction Co., Inc.,, LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction
Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,, Parson Group, Inc.,, SKIDMOR
OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolk
Braker Roofing Corporation,, 103 Answer to Complaint filed by City of New York,, 530 Endorsed Letter, Set
Deadlines/Hearings,,, 311 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 169 Answer to Compla
by Plaza Construction Corp.,, 277 Order,, 52 Response, 253 Order, 333 Notice (Other) filed by Plaintiffs Liaison Co
436 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 93 Remark filed by Nomura Holding A
Inc.,, 110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 142 Rule 7.1 Corporate Disc
Statement filed by Plaza Construction Corp.,, 231 MOTION seeking an order deeming cross–claims for contribution
indemnity as amongst all co–defendants to have been made and denied.. (Filing Fee $ 39.00.) filed by The Port Autl
New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstei
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT
L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC
Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holding
Silverstein Properties, Inc.,,, 216 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 135 A
Complaint filed by Plaza Construction Corp.,, 183 Answer to Complaint filed by Plaza Construction Corp.,, 508 Ma
Allegations filed by Plaintiffs Liaison Counsel,, 306 Waiver of Service Executed, filed by Plaintiffs Liaison Counse
Order, Set Hearings,,, 460 Counter Statement to Rule 56.1, filed by City of New York,, Turner Construction Co.,, T
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 352 Order, Add and Terminate Attorneys,, 36 Order of Dismissal,, 493 Reply
Memorandum of Law in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidat
Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidate
Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co
Inc.,, Consolidated Edison Development, Inc.,, 533 Order,, 190 Rule 7.1 Corporate Disclosure Statement filed by Pl
Construction Corp.,, 369 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman
Construction Corporation of Manhattan,, 304 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 128
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 71 Memorandum of Law in Support of Motion f

The Port Authority of New York &New Jersey,, World Trade Center Properties LLC,,_523 Notice (Other) filed by P
Liaison Counsel,,_109 Answer to Complaint filed by Plaza Construction Corp.,,_419 Affirmation in Opposition to M
filed by Michael Chambers,,_309 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_446 Notice of Ch
Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co
LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis
Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend
Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bov
Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mu
Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC
KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,,_256 Notice
filed by Tully Construction Co., Inc.,,_409 CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jor
Order,,,_269 Protective Order,_106 Answer to Complaint filed by City of New York,,_212 Rule 7.1 Corporate Disclo
Statement filed by Plaza Construction Corp.,,_178 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,,_102 Answer to Complaint filed by City of New York,,_452 Stipulation and Order,,_30 Notice (Other) filed by
Patrick Ryan,, Charles Markey,,_229 Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,,_413
Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,,_318 Order, Set Deadlines/Hearings,,,,,,,,,,_392 MOTION
Summary Judgment Based on Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Auth
New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties
Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World
Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Je
World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,,
Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC
Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 235 Order on
Appear Pro Hac Vice,_487 Order,,,,_179 Answer to Complaint filed by Plaza Construction Corp.,,_221 Answer to Co
filed by Plaza Construction Corp.,,_454 Declaration in Support, filed by Tishman Construction Corporation of New
Tishman Construction Corporation of Manhattan,,_522 Notice (Other) filed by Plaintiffs Liaison Counsel,,_165 Answ
Complaint filed by Plaza Construction Corp.,,_266 Endorsed Letter,,,_484 Order on Motion for Leave to Appear,,,_37
of Appearance filed by Verizon Communications Inc.,,_367 Rule 7.1 Corporate Disclosure Statement filed by Tishm
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,,_124 Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,,_490 Endorsed Letter,,_56 Order,,,,,_281 Order,,_292 Waiver
Service Executed, filed by Plaintiffs Liaison Counsel,,_138 Answer to Complaint filed by Plaza Construction Corp.,,
Reply Memorandum of Law, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Prop
Inc.,, Bovis Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 V
Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillip
Jordan,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein W
Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,,
Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,, Turner/Plaza, A Joint Venture,,_483 Orde
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_85 Case Management Plan,,,_257 Endorsed Letter,
Opposition Brief, filed by Plaintiffs Liaison Counsel,,_301 Waiver of Service Executed filed by Plaintiffs Liaison Co
173 Answer to Complaint filed by Plaza Construction Corp.,,_182 Rule 7.1 Corporate Disclosure Statement filed by
Construction Corp.,,_397 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &N
Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,,_470 R
Memorandum of Law, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Con
Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza
Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation, Bechtel,,_43
of Service Other,_295 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_89 Order,,,_349 Endorsed Le
Declaration in Support, filed by City of New York,,_155 Answer to Complaint filed by Plaza Construction Corp.,,_58
Transcript,_45 Affidavit of Service Other,_289 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_458
Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully In

Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, 383 MOTION to Dismiss. filed by City of New York,, Turner Construction Company,, Bechtel Corporatio
Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease,
Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Pla
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 62
541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by Plaintiffs Liaison C
519 Order,, 328 Notice of Appearance filed by Zeckendorf Realty, L.P.,, 278 Remark,, 538 Endorsed Letter, Set
Deadlines/Hearings,,,,, 73 Order,, 116 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,
Notice of Appearance filed by Nomura Holding America, Inc.,, 271 MOTION to Compel Discovery and for Sanctic
Failure to Comply. filed by Plaintiffs Liaison Counsel,, 160 Rule 7.1 Corporate Disclosure Statement filed by Plaza
Construction Corp.,, 462 Reply Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, W
WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 270 Order,,,,, 393 Certificate of Service Othe
by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Le
Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovi
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 223 Answer to Complaint filed by Pl
Construction Corp.,, 261 Endorsed Letter,, 345 Opposition Brief filed by City of New York,, 64 Transcript,, 366 Noti
Appearance filed by The Bank of New York Company, Inc.,, The Bank of New York,, One Wall Street Holdings LL
Wall Street Corporation,, The Bank of New York Trust Company,, 285 Waiver of Service Executed, filed by Plainti
Liaison Counsel,, 502 Order,, 529 Notice of Appearance filed by Nomura Holding America, Inc.,, 500 Stipulation an
of Dismissal,,, 228 Rule 7.1 Corporate Disclosure Statement filed by Tully Construction Co., Inc.,, 546 Notice of
Appearance filed by Musco Sports Lighting, LLC,, 222 Rule 7.1 Corporate Disclosure Statement filed by Plaza Con
Corp.,, 215 Answer to Complaint filed by Plaza Construction Corp.,, 346 Opposition Brief filed by City of New Yor
Master Allegations filed by Plaintiffs Liaison Counsel,, 98 Order,,, 120 Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, 189 Answer to Complaint filed by Plaza Construction Corp.,, 202 Rule 7.1 Corporate Dis
Statement filed by Plaza Construction Corp.,, 372 Notice of Appearance filed by Verizon Communications Inc.,, 23
Affirmation in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison
Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso
Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co
Inc.,, Consolidated Edison Development, Inc.,, 105 Answer to Complaint filed by City of New York,, 185 Answer t
Complaint filed by Plaza Construction Corp.,, 480 Endorsed Letter,,, 531 Order,, 99 Order Admitting Attorney Pro I
Vice,, 111 Answer to Complaint filed by Plaza Construction Corp.,, 354 Order, Add and Terminate Attorneys,,, 471
Declaration in Support of Motion, filed by City of New York,, Turner Construction Co.,, Turner Construction Comp
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, 41 Affidavit of Service Other,, 440 Affidavit in Opposition to Motion, filed by John Montalvo,, 381 Notic
Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 193 Answ
Complaint filed by Plaza Construction Corp.,, 146 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construc
Corp.,, 125 Answer to Complaint filed by Plaza Construction Corp.,, 279 Reply to Response to Motion, filed by Pla
Liaison Counsel,, 543 MOTION for Leave to Appeal the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed b
New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease
Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation
Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Bechtel,, 167 Answer to Complaint filed by Plaza Construction Corp
Notice (Other) filed by Plaintiffs Liaison Counsel,, 441 Affidavit in Opposition to Motion, filed by John Montalvo,,
Memorandum of Law in Opposition to Motion, filed by Marion s. Mishkin,, 248 Case Management Plan,, 526 Stipu
and Order of Dismissal,, 184 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 150 Rule
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 236 Answer to Complaint filed by The Port Aut
New York &New Jersey,, 334 Order, Set Deadlines/Hearings,,, 37 Order,,,,, 129 Answer to Complaint filed by Plaz
Construction Corp.,, 117 Answer to Complaint filed by Plaza Construction Corp.,, 513 Master Allegations filed by I
Liaison Counsel,, 241 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 341 Oppositio
filed by The City of New York,, 386 Memorandum of Law in Support of Motion, filed by City of New York,, Turne
Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte

Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Con
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, 141 Answer to Complaint filed by Plaza Construction Corp.,, 282
Memorandum of Law in Opposition to Motion, filed by City of New York,, 38 Order, 181 Answer to Complaint file
Plaza Construction Corp.,, 197 Answer to Complaint filed by Plaza Construction Corp.,, 211 Answer to Complaint f
Plaza Construction Corp.,, 97 Answer to Complaint filed by City of New York,, 168 Rule 7.1 Corporate Disclosure
Statement filed by Plaza Construction Corp.,, 134 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 162 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 177 Answer to Complaint f
Plaza Construction Corp.,, 340 Order, 59 Order,, 439 Endorsed Letter,, 35 Order,,,,, 317 Rule 26 Disclosure filed by
Plaintiffs Liaison Counsel,, 474 Answer to Complaint, Third Party Complaint filed by Phillips and Jordan,, 507 Mas
Allegations filed by Plaintiffs Liaison Counsel,, 210 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constru
Corp.,, 276 Memorandum of Law in Opposition to Motion, filed by Bechtel,, 287 Waiver of Service Executed, filed
Plaintiffs Liaison Counsel,, 227 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 515
of Service Other, filed by Plaintiffs Liaison Counsel,, 44 Affidavit of Service Other, 498 Stipulation and Order of D
360 Order, Add and Terminate Attorneys,,, 418 Affirmation in Opposition to Motion, filed by Thomas Asher,, 192 I
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 315 Order, 172 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 394 MOTION for Summary Judgment Based Upon Status as Out–of–Possession
filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 407 Rule 7.1 Corporate Disclosure Statement filed by Tully Environmental Inc.,, 218 Rule 7.1 Co
Disclosure Statement filed by Plaza Construction Corp.,, 258 Endorsed Letter,, 410 Notice of Appearance filed by V
New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 357 Order, Add and Terminate Attorneys,
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 224 Rule 7.1 Corporate Disclosure Stat
filed by Plaza Construction Corp.,, 403 Memorandum of Law in Support of Motion, filed by Silverstein Properties,
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.
Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Answer to Complaint filed by Plaza Construction Corp.,, 188 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 296 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 463 Reply Memorandum
in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of
York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of New
Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolida
Edison Development, Inc.,, 53 Declaration in Opposition to Motion, 415 Notice of Substitution of Attorney, filed by
Hill Properties LLC,, 398 Rule 56.1 Statement, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, Wo
Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 Wor
Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 237 Answer to Complaint filed by The Port Authori
New York &New Jersey,, 465 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of Ne
&New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey
Tartamella,, 272 MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Contem
their failure to respond to same. filed by Plaintiffs Liaison Counsel,, 497 Reply Memorandum of Law in Support of
filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 294 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 145 Answer to Complaint fi
Plaza Construction Corp.,, 156 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 389
Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Wes
America, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 63 Endorsed Letter
Hearings,, 371 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construct
Corporation of Manhattan,, 326 Order,,, 350 Notice (Other) filed by Verizon New York Inc.,, Verizon Properties Inc
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 444 Notice of Appearance filed by CD
York) L.L.C.,, 205 Answer to Complaint filed by Plaza Construction Corp.,, 88 Notice (Other), Notice (Other) filed
Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 447 N
(Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 331 Endorsed Le

Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 72 Remark filed by The Port Authority York &New Jersey,, World Trade Center Properties LLC,, 377 Order, Set Deadlines,,,,, 60 Order,,, 219 Answer to C filed by Plaza Construction Corp.,, 467 Reply Memorandum of Law in Support of Motion, filed by Silverstein Prope Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,, Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 96 Answe Complaint filed by City of New York,, 171 Answer to Complaint filed by Plaza Construction Corp.,, 472 Certificate Service Other, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Constructio Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Plaza Construction Management Corp.,, T Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construc International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bec Associates Professiona;l Corporation,, Bechtel,, 373 Notice of Appearance filed by Verizon Communications Inc.,,_ Order, Add and Terminate Attorneys, 242 Answer to Complaint filed by Silverstein Properties, Inc.,, World Trade C Properties LLC,, 90 Case Management Plan, 401 Rule 56.1 Statement, filed by The Port Authority of New York &N Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 286 W Service Executed, filed by Plaintiffs Liaison Counsel, 47 Order,, 347 Notice (Other) filed by Plaintiffs Liaison Cour Stipulation and Order of Dismissal,,, 147 Answer to Complaint filed by Plaza Construction Corp.,, 153 Answer to C filed by Plaza Construction Corp.,, 411 Rule 7.1 Corporate Disclosure Statement filed by Turner/Plaza, A Joint Ven FIRST MOTION For Leave To File Plaintiffs' Master Complaint As To Fresh Kills Defendants re: 541 FIRST MOT File Additional Master Complaint As To Fresh Kills Defendants. Memorandum In Support. filed by Plaintiffs Liaiso Counsel,, 67 Endorsed Letter,, 65 Endorsed Letter,, 112 Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor Corp.,, 244 Notice (Other) filed by Latham &Watkins LLP,, 459 Reply Memorandum of Law in Support of Motion, City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Bechtel,, 324 Notice of Appearance filed by Verizon New York Inc.,, Properties Inc.,, 506 Endorsed Letter,,, 395 MOTION For Judgment on the Pleadings Based on State Common Law Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse Port Authority of New York and New Jersey,, 203 Answer to Complaint filed by Plaza Construction Corp.,, 214 Ru Corporate Disclosure Statement filed by Plaza Construction Corp.,, 180 Rule 7.1 Corporate Disclosure Statement fil Plaza Construction Corp.,, 385 MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solution Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 358 Order, Add and Terminate Attorneys,,, 511 Master Allegations filed by Plaintiffs Liaison Counsel,, 442 Memorandum of Law in Opposition to filed by John Montalvo,, 535 Endorsed Letter,, 201 Answer to Complaint filed by Plaza Construction Corp.,, 186 R Corporate Disclosure Statement filed by Plaza Construction Corp.,, 353 Order, Add and Terminate Attorneys,,, 514 Allegations filed by Plaintiffs Liaison Counsel,, 75 Endorsed Letter,,, Add and Terminate Attorneys, 77 Endorsed L 225 Answer to Complaint filed by Plaza Construction Corp.,, 274 Memorandum of Law in Opposition to Motion, fil Defendants,, 481 Order, 39 Affidavit of Service Other, 95 Notice (Other), Notice (Other) filed by Westfield Corpora Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC,, 126 Rule 7.1 Corporate Disc Statement filed by Plaza Construction Corp.,, 200 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,, 157 Answer to Complaint filed by Plaza Construction Corp.,, 284 Waiver of Service Executed, filed by Plair Liaison Counsel,, 330 Notice (Other), Notice (Other) filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, 209 Notice by filed by Plaza Construction Corp.,, 416 Order,,, 468 Reply Memorandum of Law in Support of Motion, filed by The Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne and New Jersey,, Frances Tartamella,, 34 Order, 370 Rule 7.1 Corporate Disclosure Statement, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 356 Order, Add and Ter Attorneys,,, 402 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jerse Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 246 Transcript, 12 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 451 Protective Order, 437 Notice (Other) fil Plaintiffs Liaison Counsel,, 512 Master Allegations filed by Plaintiffs Liaison Counsel,, 337 Endorsed Letter, Set Deadlines/Hearings,,,,, 391 Declaration in Support of Motion, filed by City of New York,, Turner Construction Con Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tu

Case: as-21-mc-001·00·AKH·ment 4·1·07/26/2012·684952· Page 1354 of 1806
Case: 1:21-mc-2974 Document 4-1·07/23/2012·684952· Page 1354 of 1805
As of 07/26/2012 12:02 PM EDT 1353 of 1805

Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl
Joint Venture,, Bechtel Associates Professiona;l Corporation,, **51** Memorandum of Law in Support of Motion filed b
New York,, **194** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **149** Answer to Compl
by Plaza Construction Corp.,, **196** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp., **435** N
Appearance filed by Antonio E. Alves,, Maria E. Alves,, **455** Endorsed Letter,,, **54** Order,, **495** Stipulation and Orde
Dismissal,, 61 Transcript,, **158** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **308** Wai
Service Executed, filed by Plaintiffs Liaison Counsel,, **240** Answer to Complaint filed by City of New York,, **443** N
Appearance,,,,, filed by Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Con
Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis Lend Lease Inc,, Tully Construction Co., In
AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In
Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Co
Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C
Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis
Lease Inc.,, Bechtel Associates Professiona;l Corporation,, **247** Answer to Complaint filed by World Trade Center P
LLC,, **525** Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, **536** Notice (Other), l
(Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, **140** Rule 7.1 Cor
Disclosure Statement filed by Plaza Construction Corp.,, **466** Reply Affidavit in Support of Motion, filed by The Po
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 W
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.
Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silv
WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein W
Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC H
L.L.C.,, Silverstein Properties, Inc.,, **516** Master Allegations filed by Plaintiffs Liaison Counsel,, **521** Master Allegat
by Plaintiffs Liaison Counsel,, **329** Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,,
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, **152** Rule 7.1 Corporate Disclosure Statement filed
Construction Corp.,, **131** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **305** Waiver o
Executed, filed by Plaintiffs Liaison Counsel,, **273** MOTION to Compel the Depositions of Lawrence Martin, Esq.,,
Kenneth Becker, Esq.. filed by Plaintiffs Liaison Counsel,, **191** Answer to Complaint filed by Plaza Construction Co
Opposition Brief filed by City of New York,, **268** Order Lifting Stay,,, **361** Order, Add and Terminate Attorneys,,, 1
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **265** Order,,, **297** Waiver of Service Execute
by Plaintiffs Liaison Counsel, **312** Order, **868** MOTION for Protective Order Exhibits H–L. filed by En–Tech Corp
Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructio
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tu
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happol
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc.,
LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel
Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment
Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc.,
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., **779** Notice (Other) filed by Plaza Construction Corp., **612** Answer to Complaint filed by Phillips and Jo
Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, **650** Order, Set Deadlines/Hearing
Response, filed by Maria E. Alves, Antonio E. Alves, **645** Notice (Other), Notice (Other) filed by Plaintiffs Liaison
**758** Amended Answer to Complaints, filed by New York City Department of Transportation, Weeks Marine, Inc.,
Mazzocchi Wrecking, City of New York, Yannuzzi &Sons, Inc., New York City Department of Sanitation, New Yo

Department, 751 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Construction Company, Inc., 749 Rule 7.1
Corporate Disclosure Statement filed by Bechtel Associates Professional Corp., 725 Certificate of Service Other file
Cord Contracting Co. Inc., 824 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA
Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., L
Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomase
Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers,
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 712 Rule 7.1 Corporate Disclosure Statement filed by T
Safety Consulting, LLC, Transmission to Attorney Admissions Clerk, 871 Memorandum of Law in Support of Moti
by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidm
Owings &Merrill LLP, Bechtel Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 628 N
(Other) filed by Plaintiffs Liaison Counsel, 580 Order, Set Deadlines/Hearings, 858 Stipulation and Order of Dismis
Rule 7.1 Corporate Disclosure Statement filed by Atlantic Heydt Corp., 588 Order,, 778 Notice (Other) filed by Plaz
Construction Corp., 700 Rule 7.1 Corporate Disclosure Statement filed by Hallen Welding Services, Inc., 796 Notic
filed by Plaintiffs Liaison Counsel, 640 Objection (non–motion) filed by Verizon New York Inc., 862 Answer to An
Complaint filed by American Building Maintenance Industries, Inc., 856 Stipulation and Order of Dismissal,, 595 N
Change of Address filed by 100 Church, LLC, Zar Realty Management Corp., 709 Rule 7.1 Corporate Disclosure St
filed by Leslie E. Robertson Associates, R.L.L.P., 639 Notice (Other) filed by Plaintiffs Liaison Counsel, 815 Rule
Statement,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silma
Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 691 Rule 7.1 Corporate Disclosure Statement filed by Executive Medical Services, P.C., 616 Response to Disc
filed by John Montalvo, 733 Rule 7.1 Corporate Disclosure Statement filed by Royal GM, Inc., 773 Notice (Other) f
Plaza Construction Corp., 763 Order Admitting Attorney Pro Hac Vice, 547 Order, Set Deadlines/Hearings,, 561
AMENDED MOTION for Declaratory Judgment Supporting Memo of Law. filed by Michelle Haskett–Godbee, 74
Endorsed Letter, 720 Certificate of Service Other, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterpri
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamand
&Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company
Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finle
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates,
Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associ
Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.
Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associa
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point
Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc.,
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert
Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., V
Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environm
Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Br

Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. D
Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nichol
Construction Company, Big Apple Wrecking &Construction Corp., 599 MOTION to Admit Counsel Pro Hac Vice.
Plaintiffs Liaison Counsel, 586 MOTION to Compel the firm of Worby Groner Edelman &Napoli to produce the fil
Kevin Fitzpatrick and Samuel Provisero. filed by Samuel Provisero, Susan Marie Provisero, 564 Response, filed by
Alves, Antonio E. Alves, 570 Response to Motion, filed by City of New York, 755 Stipulation and Order of Dismiss
Stipulation and Order,,, 602 Memorandum &Opinion,, 760 Notice (Other), 654 Endorsed Letter,, 876 MOTION for
Protective Order – Plaintiffs' Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Cou
Answer to Complaint filed by City of New York, 801 Response to Discovery filed by Tishman Speyer Properties, L
Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio, Fr
Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Flan
Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andrew
Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarella,,
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 874 Affidavit in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Corporat
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Cor
Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton
Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel
Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera
Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Loc
Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 707 Rule 7.1 Corporate Disclosure Statement filed by LaStra
General Contracting Corp., 888 Notice of Appeal, filed by Plaintiffs, 764 Rule 7.1 Corporate Disclosure Statement,
Vollmer Associates, LLP, Note to Attorney to E–Mail PDF, 684 Rule 7.1 Corporate Disclosure Statement filed by I
Enterprise, Inc., 587 Declaration in Support of Motion,,,,, filed by Samuel Provisero, Susan Marie Provisero, 721 Ce
of Service Other,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., Diego Construction, Inc., DMT Enter
Inc., Lockwood, Kessler &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I
Demo–Tech, Canron Construction Corp., Fleet Trucking, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie
Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazz
Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Exca
Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Execu
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Bre
Transportation Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 608 Order, 821 Affidavit in Support of Motion,, filed
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro I
Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 864 Order on Motion to Strike,,
7.1 Corporate Disclosure Statement filed by Breeze National, Inc., Cashiers Remark, 836 Notice of Voluntary Dism
Signed, 560 AMENDED MOTION for Declaratory Judgment Affirmation John Rudden, Esq.. filed by Michelle
Haskett–Godbee, 582 Order, 607 Order Admitting Attorney Pro Hac Vice, 882 Endorsed Letter, 808 Notice of App
filed by The Port Authority of New York &New Jersey, 706 Answer to Amended Complaint, filed by AMEC Const

Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Tu
Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 85.
Stipulation and Order of Dismissal,, 617 Order, 574 Order, Set Deadlines/Hearings,, 754 Memorandum of Law in S
Motion, filed by Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates
Professional Corp., 600 Endorsed Letter, 828 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill I
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, I
Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz
Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 744 Rule 7.1 Corporate Disclosure Statement filed
Wolkow Braker Roofing Corp., 641 Endorsed Letter, 664 Rule 7.1 Corporate Disclosure Statement filed by Brer–Fo
Transportation Corp., 867 MOTION for Protective Order Exhibits E–G. filed by En–Tech Corp., Diego Constructic
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Bechtel Associates Professiona;l Corporati
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocch
Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LL
Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Ex
Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'On
General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seir
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 747 Notice (Other) filed by Plaintiffs
Counsel, 737 Rule 7.1 Corporate Disclosure Statement filed by Silverite Contracting Corp., 557 MOTION Motion f
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. filed b
Construction Management, Inc., Bovis Lend Lease LMB, Inc., Bechtel, Tully Construction Company, Tully Environ
Inc., Bovis International, Inc., Bechtel Corporation, Plaza Construction Management Corp., Tully Construction Co.,
City of New York, Bechtel Associates Professiona;l Corporation, Turner Construction Company, Bovis Lend Lease
Bovis Lend Lease Inc., Bechtel Construction, Inc., Tully Industries, Inc., Bechtel Environmental, Inc., Turner/Plaza
Venture, Plaza Construction Corp., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Turner Construction
International, L.L.C., Tully Consulting Corp., 637 Answer to Complaint filed by CDL (New York) L.L.C., 571 Orde
Order on Motion to Dismiss, 786 Protective Order, 546 Notice of Appearance filed by Musco Sports Lighting, LLC
Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumpertz &Heger Inc., 656 Notice of Appearance filed
Gilsanz Murray Steficek LLP, 636 Answer to Complaint filed by GRUBB &ELLIS MANAGEMENT SERVICES,
666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction Corp., 797 Notice (Other) filed by Plain
Liaison Counsel, 555 AMENDED MOTION for Declaratory Judgment Statute Limitations Notice of Claim. filed by
Michelle Haskett–Godbee, 692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Trucking, Inc., 875 Stipulati
Order, 731 Rule 7.1 Corporate Disclosure Statement filed by Robert Silman Associates, P.C., 662 Rule 7.1 Corpora
Disclosure Statement filed by Breeze Carting, Inc., 800 Transcript, 832 Certificate of Service Other,,, filed by Skidn
Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold C
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 861 MOTION to Amend/Corre
Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certain Affirmative Defenses (see do
854 and 860). filed by Plaintiffs Liaison Counsel, 642 Response, filed by John Montalvo, 840 Amended Answer to
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractir
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC
W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Si

Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owi
&Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associat
Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., E
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Anthony Cortese Specialized H
LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., 866 MOTION for Protective Order Certification of James E. Tyrrell, Jr.,
Exhibits A–D. filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Moretrench Americ
Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construct
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze N
Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roof
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC,
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
MOTION permission to add specified questions to the Core Discovery. filed by SURVIVAIR RESPIRATORS, INC
Certificate of Service Other filed by City of New York, 629 Notice (Other) filed by Plaintiffs Liaison Counsel, 585
Appearance filed by Bovis Lend Lease LMB, Inc., 643 Reply, filed by John Montalvo, 819 Affidavit in Support of I
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Order, 670 Answer to Complaint filed by Tishman Speyer Properties, LP, 785 Order,, 674 Rule 7.1 Corporate Disclo
Statement filed by DB Private Clients Corporation, 675 Rule 7.1 Corporate Disclosure Statement filed by Dakota
Demo–Tech, 578 Stipulation and Order, 603 USCA Mandate,,,, 782 Notice of Appearance filed by Plaza Constructi
748 Case Management Plan, 839 Rule 7.1 Corporate Disclosure Statement filed by Tucci Equipment Rental Corpora
Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 653 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., 716 Certificate of Service Other, filed by New York City Department of
Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New York City Department of Sanita
New York Police Department, 881 Declaration in Opposition to Motion filed by The Port Authority of New York &
Jersey, 690 Response, filed by John Montalvo, 630 Notice (Other) filed by Plaintiffs Liaison Counsel, 822 Affidavit
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac Vice, 826 Affid
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu

Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 803 Notice (Other) filed by Mayore Estates, LLC, 771 Notice (Other) filed by Plaza Construction Corp., 620 O
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti
(Other), Notice (Other), Notice (Other), Notice (Other) filed by En−Tech Corp., Diego Construction
DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, I
Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo−Te
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc.,
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation.
Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Re
of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulti
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrenc
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Volln
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Bec
Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors,
New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Constructi
Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services,
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti
Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer−Four Transportation Corp., New York C
&Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia
Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Luciu
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 879 MOTION for Protective Or
Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order. filed by Plaintiffs L
Counsel, 777 Notice (Other) filed by Plaza Construction Corp., 726 Rule 7.1 Corporate Disclosure Statement filed b
Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith, 579 Stipulation and Order, 705 Answe
Complaint, filed by En−Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Skidmore Owings &Merrill LI
Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo−Tech, Canron Construction Corp.,
Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar En
Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc.,
Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Co
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., T
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associates Professional Corpor
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Pla
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer−Four Transp
Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 859 Stipulation and Order of Dismissal,, 695 Answer to Com
filed by Verizon New York Inc., 689 Rule 7.1 Corporate Disclosure Statement filed by Ewell W. Finley, P.C., 649 R
filed by John Montalvo, 818 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engin
P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Asso
Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser R
Consulting Engineers, Lucius Pitkin, Inc., 724 Rule 7.1 Corporate Disclosure Statement filed by Nicholson Constru
852 Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz Murray Steficek LLP, 676 Rule
Corporate Disclosure Statement filed by Diamond Point Excavating Corp., 781 Notice (Other) filed by Plaza Constr
Corp., 775 Notice (Other) filed by Plaza Construction Corp., 736 Rule 7.1 Corporate Disclosure Statement filed by S
Equipment and Manufacturing Corporation, 757 Rule 7.1 Corporate Disclosure Statement filed by Yannuzzi &Sons
686 Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc., 863 Endorsed Letter, 77
(Other) filed by Plaza Construction Corp., 568 Order Admitting Attorney Pro Hac Vice, 830 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate

Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Tho
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 798 Notice (Othe
by Plaintiffs Liaison Counsel, 734 Rule 7.1 Corporate Disclosure Statement filed by Sperian Respirstory Protection
LLC, 793 Response to Discovery filed by Samuel Provisero, 611 Rule 7.1 Corporate Disclosure Statement filed by l
and Jordan, 843 Reply Affirmation in Support of Motion, filed by Bechtel Associates Professional Corporation, Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., 592 Notice (Other) filed by Plaintiffs Liaison
767 Notice (Other) filed by Plaza Construction Corp., 753 MOTION to Dismiss of Bechtel Defendants. filed by Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corporation, 873 A
in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 668 Answer to Complaint filed by Sperian Respirstory Protection USA, LLC, 761 Notice (Oth
by Plaintiffs Liaison Counsel, 849 Stipulation and Order of Dismissal,, 766 Notice of Adoption of Master Answer fi
Plaza Construction Corp., 601 Order on Motion for Miscellaneous Relief, 756 Notice (Other) filed by Phillips and J
Inc., 619 Order, 742 Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc., 841 Amended Answer t
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Week
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech.
Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch S
Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive M
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC,
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Ap
Wrecking &Construction Corp., 681 Rule 7.1 Corporate Disclosure Statement filed by Tishman Interiors Corporation
Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc., 783 Notice of Appearance filed by Plaza
Construction Corp., 594 Order, Set Deadlines/Hearings,,,, 842 Reply Memorandum of Law in Support of Motion, fi
Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environment
743 Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc., 772 Notice (Other) filed by Plaza
Construction Corp., 727 Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environmental Corp., 589 Case
Management Plan, 704 Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction, Inc., 833 Declaratio
Joseph Bellisimo, Rosanne Baldo, Nicole Agugliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cacovic, Fra
Bondeson, Kimberely Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patricia Ayers, Robert Carannante

Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patricia Cantos, Lahissi A
Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John Baiano, Shante Bueford,
Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Buirkle, Eileen Belmonte, Cathe
Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, Christine Carver, Alex
Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto, Christopher A. Baum
Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theadore Belgrave, Thomas L. Bencivenga, Santo Baisi, Wayne
Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, Kevin Calzadilla–Marino, Mamcyhi Bilick
Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Blanco, Sharon Accetta, Kevin Brannick, Leroy
Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry Bass, Peter Carlo, Lorraine K. Bieselin, I
Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andreotti, Raul Allivar, Patricia Aguglairo, Dian
Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte, Ann Hock, Carlos Bennett, Hassena Bishu
Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas Basmagy, Nicole Anderson, Kevin Bartolomew
Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagoberto Aristizabal, Patricia Aguirre, Thomas J. Ba
Bridget Cacavio, Jeanette Buss, Joseph Anzueta, Christine Broome, Robert Broome, Thomas Avery, Paul Caminiti,
Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Barbato, Evanie Antine, Ralph Carmine, Jose Bacch
Bedford, Sue Ann Andersen, Georgina Cabrera, Lorraine Barry, Thomas Blumbergs, Michael Barker, Carolyn Bava
Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Yudelka Bartlet, Jaime Alvarez, Jeff Campion, .
Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann Cangemie, Richard Battle, Camile Anderso
Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo Armas, Richrd Blasi, Louis Betro, Camile Ba
Thomas Bacchi, Walter Bieber, Stalin F. Barccoulong, Norma Black, Carolyn Bryson, George Affatato, Maryann B
Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Beck, Pino Anselmo, Julio Alonzo, Zebebulah Ca
Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelrehim, Robert Anzalone, John Bou, Randy S. Br
Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne, John Antoniades, Gloria Elaine Carson, James A
Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Benn, Calogero Agro, Victor Carpentier, Cindy Ben
Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid Belford, Setna Bascom, James A. Bianco, Virginia
Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Alulema, Nicholas Boscaino, Sybel Barefield, Lois E. Aff
Peter Bergin, Steve Cappello, Patricia Bullen, Guiseppe Acquista, Laura Armstrong, Tye Butler, Frank Beshears, Se
Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizabal, John Auer, Reynaldo Benitez, Joseph F. Bilella, Dim
Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmagy, Jorge Blanco, Erick Bermudez, Jorge Alvlema, Ste
Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay, Mary Akers, Andrew F. Carson, Ann Marie Bar
Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, Maria Asher, Caryn Abruzzese, Asaro Calogero, Lance
David Alvarado, Anthony Basic, Veronica E. Black, Paul Beck, Arenas Arenas, Christopher Bacchi, Megan Capuan
Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelrehim, Maria I Astudillo, James W. Brereton, Sharon Brensek
Aponte, Amy Beller, Julio Bastidas, Michael Basmagy, Chris Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia
Arciuolo, David Aviles, Teresa Arca, Glenda Ammon, Margaret Armagno, James Bartlet, Kathleen M. Acquaro, Do
Bonomonte, Colin Byrne, John Arciuolo, William Beaury, Steven Agugliardo, Steven Brenseke, Rosa Agro, Ann Bi
Claude Armstrong, Orlando Almodovar, Richard Antonacci, Lizette Carvajal, Daniel Armgano, Peter Bishun, Jame
Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lillieth Aquart, Lawrence Bilicki, Kimberly Carlo, Hanfo
Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Michael Briskie, Andrew Barone, Wilmer Astudillo, Thom
Carlstrom, Francine Asciolla, William Baker, Alfred Baker, Amy Caradonna, Michael Baratta, Eileen Beaury, Elean
Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Baez, Joseph Cardinale, Joseph Aparicio, Carol Barnes, A
Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bell, Idris Bey, Danny Aroyo, Barry Buss, Jospeh Anderson, H
Andersen, Robert Asinelli, Elizabeth Barksdale, Jason Andersen, Lori Bencivenga, Joy H. Bolobanic, Candiace Bak
Barry, Anthony Anderson, James Bahrey, Sonia Alvarado, Ronnita Akil, Roseann Bilella, Santiago Alvear, Victor A
Fitzroy Augustus, Wilbert Bascom, James Baumann, Michael Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony
Alloggio, Maria Asencio, John Boyle, Vivencia Alaimo, Michael Bell, Sergio Barragan, Louis Ancona, Emmanual .
John Bianco, Richard Allison, Maria Bartolomew, Gina Baisi, Geraldine Alexander, Terri Bianco, Susan Asinelli, V
Aprea, Donald Bowles, Peter Acquaro, June Allison, Jo Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Josepl
Kevin Barry, Kevin Carpenito, Vinny Benenati, Joseph Bellissimo, James F. Albach, Allen Andersen, Andrea Ande
Maureen Bilella, Martin Bilinski, Rose Marie Bencivenga, Raymond Barksdale, Linda Avery, Marisol Calzadilla–N
Alise L. Bauman, Antonio Andreotti, Ann Betro, Joanne Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Tho
Bruno, Robert Aguirre, Lorraine Burke, Robert Bilella, Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta
Cecelia Borcherding, Renee Berry, Anna Abad, Holly Acierno, Catherine Biliski, Christine Beck, Stewart Anspach,
Arellano, Frank Bauman, Ann Marie Anzalone, Michael R. Basile, Courtney Aquart, Arthur Alessandro, Robert Ad
Bonnie M. Carson, Joseph Asciolla, Rita Anselmo, Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, An
Aviles, Andrew Benfante, Richard Bittles, Robert Boswell, Louie Cacchioli, Donna Bennett, De'Andre Berry, Portia
Augustine, Anna Antico, Douglas Anderson, Daphna Blacksea, Thomas Camarda, Dominick Capuano, James Biese
Tyrell Anderson, Thomas Cacavio, Kathleen Bondeson, <u>806</u> Order Admitting Attorney Pro Hac Vice, <u>562</u> AMEND
MOTION for Declaratory Judgment Plaintiff's Aff in Support. filed by Michelle Haskett–Godbee, <u>658</u> Rule 7.1 Cor
Disclosure Statement filed by A Russo Wrecking, Inc., <u>596</u> Notice of Change of Address, filed by Century 21 Depa
Stores LLC, Blue Millennium Realty LLC., Century 21, Inc., <u>652</u> Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., <u>710</u> Rule 7.1 Corporate Disclosure Statement filed by Lockwood, Kess
&Bartlett, Inc., <u>553</u> Reply Affirmation in Support of Motion, filed by Plaintiffs Liaison Counsel, <u>714</u> Rule 7.1 Corp
Disclosure Statement filed by Manafort Brothers, Inc., <u>723</u> Rule 7.1 Corporate Disclosure Statement filed by New Y

Crane &Equipment Corp., 545 Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Constructi
Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Por
Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Constructio
The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bech
Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C., 575 Order Ac
Attorney Pro Hac Vice, 770 Notice (Other) filed by Plaza Construction Corp., 597 Notice (Other) filed by 80 Lafeye
Associates, LLC, Mayore Estates, LLC, 713 Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wree
Inc., 722 Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc., 816 Affidavit in Support of M
filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Rob
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Cons
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Eng
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 752 Rule 7.1 Corpo
Disclosure Statement filed by Bechtel Corporation, 732 Rule7.1 Corporate Disclosure Statement filed by Rodar Ent
Inc., 857 Stipulation and Order of Dismissal,, 661 Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wre
&Construction Corp., 703 Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, L.L.
Notice (Other) filed by Plaintiffs Liaison Counsel, 854 MOTION to Strike Certain Affirmative Defenses Pursuant to
12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursuant to
Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses I
to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). filed by Plaintiffs Liaison Counsel, 741 Rule 7.
Corporate Disclosure Statement filed by Vollmer Associates, LLP, 728 Endorsed Letter,, 795 Response to Discover
Kevin Fitzpatrick, 566 Order,, 817 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser I
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 878 MOTION for Protective Order Plaintiffs' Memorandum of Law in O
to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Counsel, 883 Order,, 792 MOTION for Heidi
Appear Pro Hac Vice. filed by The Port Authority of New York &New Jersey, 789 Notice (Other) filed by Plaintiffs
Counsel, 672 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers Trust
Corporation, 632 Case Management Plan,,, 835 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 790 !
(Other) filed by Phillips and Jordan, Inc., 610 Notice of Appearance filed by Phillips and Jordan, 865 MOTION for
Protective Order Notice of Motion. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Can
Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp.,
Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.
Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, I
One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roo
Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safe
Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Sys
Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Enviro
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 769 Notice (Other) filed by Plaza Construction Corp., 711 Rule 7.1 Corporate Disclosure Stat
filed by Lucius Pitkin, Inc., 885 Reply Memorandum of Law in Support of Motion, filed by AMEC Construction
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., S
Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp

National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associat
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equ
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R
Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General
Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion., filed by Gilsan
Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu
Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W
Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Sil
Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosure
Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Con
Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other)
Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Not
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complain
The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Meri
Construction Group, L.L.C., 887 Declaration in Support of Motion, filed by AMEC Construction Management, Inc.
Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., P
Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. R
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Company,
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech C
Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc.,
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contract
Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Pro
Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, P.C.,
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Leas
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Br
Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoist
Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Sk
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipmen
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 657 Endorsed Letter, 685 Rule 7.1 Corporate Disclo
Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corporate Disclosure Statement filed by E.J.
Inc., 621 Consent Order, Add and Terminate Attorneys,, 591 Order on Motion to Compel, 633 Answer to Complain
RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel, 556 MOTION for Declaratory Judgment S
Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 872 Affidavit in Support of Motion, filed by AME
Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., A
Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corporation, Tully Construction
Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., M
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,
Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Po
Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler
&Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Li
Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota
Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associa

Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified
Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contra
Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction C
DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Ir
Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing
Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industrie
Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa,
D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associ
P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 829 A
in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Fin
Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldst
Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &
LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, S
Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, I
Endorsed Letter,, 647 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 804 Notice (Other), Notice
filed by Mayore Estates, LLC, 590 Order Admitting Attorney Pro Hac Vice, 880 Memorandum of Law in Oppositi
Motion, filed by The Port Authority of New York &New Jersey, 848 Notice (Other) filed by Plaintiffs Liaison Coun
Order, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 Notice (Other) filed by Plaintiffs Liaison Counse
Amended Answer to Complaints, filed by Toretta Trucking, Inc., Cord Contracting Co. Inc., Canron Construction C
&L Contracting Corp., Pinnacle Environmental Corp., Total Safety Consulting, LLC, Atlantic Heydt Corp., Hallen
Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. L
Company, Meridian Construction Group, LLC, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Mueser Rutledge Consulting Engineers, En–Tech Corp., Safeway Environmental Corp., Yannuzzi Demolition &Re
Services, Inc., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finl
Evergreen Recycling of Corona, Silverite Contracting Corp., Component Assembly Systems, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Grou
Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consultin
Engineers, P.C., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., L
Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, I
Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Liberty Mutual Group, Weidlinger Associates, Inc., Bechte
Construction, Inc., Mazzocchi Wrecking Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Car
Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heg
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Nacirema Industries Incorporated, Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &
Contractors, Inc., Manafort Brothers, Inc., Robert Silman Associates, Semcor Equipment and Manufacturing Corpor
Buro Happold Consulting Engineers, P.C., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skid
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., ,
Trucking Corp., Executive Medical Services, P.C., JP Equipment Rental Material, Inc., E.J. Davies, Big Apple
Wrecking &Construction Corp., 814 Declaration in Support of Motion,,, filed by Gilsanz Murray Steficek LLP, Mu
Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., I
Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &
Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Th
Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happ
Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Notice (Other) filed by Plaintiffs Liaison Cou
Rule 7.1 Disclosure Statement filed by Robert L. Gerosa, Inc., 812 MOTION for Summary Judgment on
Structural and Design Engineer Defendants. filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting En
Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton T
Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Ski
Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vol
Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Counsel, 665 Rule 7.1 Corporate Disclosure Stateme
by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter,, 683 Rule 7.1 Corporate Disclosure Statement fi
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Transmission to
Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison Counsel, 605 Order, Set Deadlines/Hearin
Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Company, Deutsche Bank, Deutsche Bank T
Company Americas, 577 Special Master's Report filed by Aaron D. Twerski, James A. Henderson, Jr., 646 Respons
by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Disclosure Statement filed by C.B. Contracting Co
Notice (Other) filed by Plaza Construction Corp., 850 Stipulation and Order of Dismissal,, 838 Endorsed Letter,, 76
Stipulation and Order of Dismissal,, 739 Rule 7.1 Corporate Disclosure Statement filed by Skanska Koch, Inc., 877
MOTION for Protective Order ; Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of D
Paige, Esq. in Opp to the Motion. filed by Plaintiffs Liaison Counsel, 565 AMENDED MOTION for Declaratory Ju
STIPULATION ADJOURNMENT. filed by Michelle Haskett–Godbee, 593 Statement of Relatedness filed by Josep
Urso, 622 Notice (Other) filed by Plaintiffs Liaison Counsel, 696 Answer to Amended Complaint, filed by New Yor
Department of Transportation, Mazzochi Wrecking, New York City Department of Sanitation, City of New York, W

Marine, Inc., New York Police Department, 886 Declaration in Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Nicholson Construction Co., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer– Four Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 823 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W eidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 851 Stipulation and Order of Dismissal,, 644 Notice (Other) filed by Plaintiffs Liaison Counsel, 688 Rule 7.1 Corporate Disclosure Statement filed by En–Tech Corp., 718 Certificate of Service Other, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Turner Construction Company, Tully Environmental, Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., 660 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., 583 USCA Mandate Non–Dismissal, 554 Reply Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 567 Order of Dismissal, 869 Affidavit in Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel, 548 Order on Motion to Remand to State Court,, Case Consolidation – Member, 765 Order, 618 Order,, 635 Answer to Complaint filed by American Express Company, American Express Bank, Ltd, American Express Travel Realted Services Company, Inc., 559 AMENDED MOTION for Default Judgment as to Statute Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 638 Answer to Complaint filed by Murray Hill Properties, 719 Rule 7.1 Corporate Disclosure Statement filed by MRA Engineering, P.C., 750 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Environmental, Inc., 634 Answer to Complaint filed by Lehman Brothers Holdings Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc., 673 Rule 7.1 Corporate Disclosure Statement filed by Cord Contracting Co. Inc., 609 Order, 584 USCA Order, 573 Endorsed Letter

Endorsed Letter, Set Deadlines/Hearings, 550 Memorandum of Law in Opposition to Motion, filed by City of New
Phillips and Jordan, 682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc., 651 Stipulation
Order of Dismissal,, 693 Rule 7.1 Corporate Disclosure Statement filed by Francis A. Lee Company, 807 Protective
671 Rule 7.1 Corporate Disclosure Statement filed by Component Assembly Systems, Inc., 677 Answer to Complai
by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank, DB Private Clients Corporat
Bankers Trust Corporation, Deutsche Bank Trust Company Americas, 699 Rule 7.1 Corporate Disclosure Statement
Goldstein Associates Consulting Engineers, P.C., 788 Order Admitting Attorney Pro Hac Vice, 613 Stipulation and
Dismissal, 624 Order, 694 Rule 7.1 Corporate Disclosure Statement filed by FTI Trucking Corp., 740 Rule 7.1 Corp
Disclosure Statement filed by Skidmore Owings &Merrill, LLP, 604 Order, 569 Memorandum &Opinion,, 870 Affi
Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Constructio
PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench America
Corporation, Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp.,
Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Gro
L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Service
Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Compon
Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze N
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insura
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., R
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 837 Endorsed Letter, 774 Notice (Other) filed by Plaza Construction Corp., 884 Notice (Othe
by Plaintiffs Liaison Counsel, 745 Rule 7.1 Corporate Disclosure Statement filed by WSP Cantor Seinuk, 678 Answ
Complaint filed by Tishman Construction Corporation of Manhattan, Tishman Interiors Corporation, Tishman Cons
Corporation of New York, 831 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutl
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 715 Rule 7.1 Corporate Disclosure Statement filed by Moretrench Ameri
Corp., 813 Memorandum of Law in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Co
Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of
Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitki
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group,
WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Enginee
Vollmer Associates, LLP, 802 Notice (Other) filed by Plaintiffs Liaison Counsel, 794 Response to Discovery filed b
Holdings, L.L.C., 558 Memorandum of Law in Support of Motion filed by AMEC Construction Management, Inc.,
Construction Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., City of New York, T
Construction Company, Bovis Lend Lease Inc., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Tully Co
Corp., Bechtel, Tully Environmental Inc., Bovis Lend Lease, Inc., Bechtel Construction, Inc., Plaza Construction Co
Bovis Lend Lease LMB, Inc., Tully Construction Company, Bovis International, Inc., Bechtel Corporation, Bechtel
Associates Professiona;l Corporation, Tully Industries, Inc., Bechtel Environmental, Inc., Turner Construction Inter
L.L.C., 648 Notice (Other), 2350 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2208 Declaration in Su
Motion, filed by Plaintiffs Liaison Counsel, 2280 Endorsed Letter, 2226 Notice of Appeal, 2212 Declaration in Sup
Motion filed by Plaintiffs Liaison Counsel, 2221 MOTION for Extension of Time filed by En–Tech Corp., DMT En
Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Con
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In
E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc.,
Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann

&Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, H
Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Skidmo
Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gi
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Eqi
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A
Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., E
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Con
Engineers, 2168 Declaration, filed by Plaintiffs Liaison Counsel, 2138 Order, 2361 Declaration in Support, filed by
Liaison Counsel, 2201 Memo Endorsement, 2189 Declaration in Opposition to Motion, filed by Plaintiffs Liaison C
2328 Stipulation and Order of Dismissal, 2341 Order, 2160 Declaration in Opposition filed by Gregory J Cannata
&Associates, 2269 Order, 2277 MOTION for Attorney Fees *Declaration of Denise A. Rubin, Exhibits to be filed vi*
*with clerk's office* filed by Plaintiffs Liaison Counsel, 2190 Memorandum of Law in Support of Motion, filed by Mc
Medical Center, 2299 Order, 2159 Affirmation in Support filed by Plaintiffs Liaison Counsel, 2331 MOTION Repo
Defendants' Objections Papers filed 1–31–11 filed by Plaintiffs Liaison Counsel, 2268 Order, 2219 Endorsed Letter
Order on Motion to Compel, 2257 Order, 2267 Order, 2228 Order on Motion for Extension of Time, 2173 Endorsed
2283 Endorsed Letter, Set Deadlines/Hearings, 2236 Stipulation and Order of Dismissal, 2194 Affidavit of Service
filed by Plaintiffs Liaison Counsel, 2354 Stipulation and Order of Dismissal, 2291 Stipulation and Order of Volunta
Dismissal, 2265 Memo Endorsement, 2187 Order of Dismissal, 2210 Declaration in Support of Motion filed by Plai
Liaison Counsel, 2285 Endorsed Letter, 2216 MOTION to Compel *Certain Medical Providers to Respond to Subpo*
*Duces Tecum* filed by Plaintiffs Liaison Counsel, 2344 Declaration in Support of Motion filed by Plaintiffs Liaison
2227 Endorsed Letter, Set Deadlines/Hearings, 2139 Order, Set Deadlines/Hearings, 2333 Order, 2242 Order, 2182
2161 Declaration in Opposition to Motion, filed by Gregory J Cannata &Associates, 2337 Declaration in Support of
filed by Plaintiffs Liaison Counsel, 2206 Order, Set Deadlines/Hearings, 2158 Order, Set Deadlines/Hearings, 2163
filed by Plaintiffs Liaison Counsel, 2260 Notice (Other) filed by Plaintiffs Liaison Counsel, 2321 Stipulation and Or
Dismissal, 2193 Notice (Other) filed by Plaintiffs Liaison Counsel, 2167 Reply filed by Plaintiffs Liaison Counsel,
Stipulation and Order of Voluntary Dismissal, Add and Terminate Parties, 2284 Endorsed Letter, Set Deadlines/Hea
2312 Notice of Appeal, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., A Rus
Wrecking, Inc., 2217 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 2199 Memo Endorseme
Memorandum of Law in Support filed by Plaintiffs Liaison Counsel, 2348 MOTION to Compel the WTC Captive I
Company, Inc. to allow eligible Plaintiffs to participate in the settlement filed by Plaintiffs Liaison Counsel, 2264 O
Deadlines/Hearings, 2351 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2195 Stipulation and Order of
Dismissal, 2301 Memo Endorsement, 2294 Stipulation and Order of Voluntary Dismissal, 2145 Certificate of Servi
filed by Plaintiffs Liaison Counsel, 2211 MOTION for Discovery. filed by Plaintiffs Liaison Counsel, 2317 Stipulat
Order of Dismissal, Add and Terminate Parties, 2313 FRCP Rule 5d Memo – Sent to Chambers, 2256 Endorsed Le
Declaration filed by Plaintiffs Liaison Counsel, 2254 Endorsed Letter, 2307 Affirmation in Opposition to Motion, fi
Richard Mighdoll, 2276 MOTION for Attorney Fees *Memorandum of Law and Facts* filed by Plaintiffs Liaison Cou
2250 USCA Order, 2355 Stipulation and Order of Dismissal, 2202 Order, 2297 Endorsed Letter, Set Deadlines, 228
Endorsed Letter, 2186 Order of Dismissal, Set Deadlines/Hearings, 2178 Memorandum of Law in Support of Motio
James McFadden, 2322 Stipulation and Order of Dismissal, 2243 Notice (Other) filed by Plaintiffs Liaison Counsel,
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas
Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling
Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C
Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro I
Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Ro
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merril
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compai
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple V
&Construction Corp., 2141 Endorsed Letter, 2318 Stipulation and Order of Dismissal, 2225 Order, Set Deadlines/H
2259 Order, 2181 Memorandum &Opinion, 2169 Stipulation and Order, Terminate Deadlines and Hearings, 2314 B

by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canr
Construction Corp., Safeway Environmental, Inc., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Yannuzzi &Sons, Inc., A Russo
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associati
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mut
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2143 Notice (Other) filed by Plaintiffs Liaison Coun
Endorsed Letter, Set Deadlines/Hearings, 2345 Endorsed Letter, 2339 Brief, filed by En–Tech Corp., DMT Enterpri
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza,
Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Const
Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engine
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction C
Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., 2184 Order,, 2293 Stipulation and Order of Voluntary Dismissal,, 2316 Stipulation and Order
Dismissal, 2253 Stipulation and Order of Dismissal,, 2342 Affirmation, filed by Plaintiffs Liaison Counsel, 2295 En
Letter, 2274 Endorsed Letter,, 2360 Memorandum of Law in Opposition to Motion, filed by En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cor
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Nev
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2183 Order,, Set Deadlines/H
2151 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2203 Order,,, 2196 Reply Memorandum

in Support of Motion filed by James McFadden, 2302 Memo Endorsement, 2213 Order, 2246 Endorsed Letter, 2155
Declaration, filed by Plaintiffs Liaison Counsel, 2149 Order, 2172 Endorsed Letter, 2164 Notice (Other) filed by Pla
Liaison Counsel, 2150 Objection (non–motion) filed by Plaintiffs Liaison Counsel, 2162 Declaration in Opposition,
Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2204 Stipulation and Order, Add and Terminate Attorne
Endorsed Letter, 2306 Response to Motion, filed by Robert Vecchione, 2249 Endorsed Letter, Set Deadlines, 2320
Stipulation and Order of Dismissal, 2346 USCA Order, 2175 Endorsed Letter, 2273 Endorsed Letter, 2340 Stipulati
Order of Dismissal, 2142 Endorsed Letter, 2296 Order, 2278 Endorsed Letter, 2352 Declaration in Support, filed by
Plaintiffs Liaison Counsel, 2343 Order, Set Hearings, 2353 Stipulation and Order of Dismissal, 2224 Endorsed Lette
Deadlines/Hearings, 2323 Stipulation and Order of Dismissal, 2248 Order, 2334 Stipulation and Order of Dismissal
Affirmation in Opposition to Motion filed by David Nolan, 2218 Order, Set Hearings, 2311 Response to Motion, fil
Plaintiffs Liaison Counsel, 2319 Affirmation in Opposition to Motion, filed by Robert Zane, Lawrence Ford, Edwar
Galanek, James Melendez, Patrick Arcese, Teresa Hartey, Robert Esposito, Yvonne Leon, Denise Esposito, Albert I
2148 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 2153 Memorandum of Law fi
Plaintiffs Liaison Counsel, 2180 Stipulation and Order, 2272 Order, 2324 MOTION to Vacate filed by Plaintiffs Lia
Counsel, 2229 Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 2308 Response to Motion fil
John Baiano, 2286 Order, Set Deadlines, 2335 Endorsed Letter, 2152 Declaration, filed by Plaintiffs Liaison Counse
Declaration in Support, filed by Plaintiffs Liaison Counsel, 2304 Stipulation and Order, 2245 Stipulation and Order,
Deadlines/Hearings, 2266 Order, 2171 Stipulation and Order, 2336 Notice of Appearance filed by Gilsanz Murray S
LLP, 2198 Order on Motion to Compel, Order on Motion to Vacate, 2191 Affirmation in Opposition, filed by Plaint
Liaison Counsel, 2230 Endorsed Letter, Set Deadlines, 2255 Endorsed Letter, 2146 Order, Set Deadlines/Hearings,
MOTION to Vacate. filed by Plaintiffs Liaison Counsel, 2147 MOTION Response to Sua Sponte Order by Court *(S*
*Sponte Order of August 4, 2010)* MOTION Response to Sua Sponte Order by Court *(Sua Sponte Order of August 4,*
MOTION Response to Sua Sponte Order by Court *(Sua Sponte Order of August 4, 2010)* filed by Plaintiffs Liaison
2174 Stipulation and Order, Set Deadlines, 2325 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2270 E
Letter, 2197 Notice of Appearance filed by Robert Vecchione, 2205 Endorsed Letter, 2239 Endorsed Letter, Set Dea
2290 Stipulation and Order of Voluntary Dismissal, 2192 Order on Motion for Miscellaneous Relief, 2287 USCA M
2298 Order, 2289 Stipulation and Order of Voluntary Dismissal, 2338 Declaration in Support of Motion filed by Pla
Liaison Counsel, 2200 Order, 2244 Order, 2282 Order, 2315 Stipulation and Order of Dismissal, 2220 MOTION for
Extension of Time. filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Even
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American '
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group,
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2356 Stipulation and Order of Dismissal, 2188 MOTION to Compel *Defendant The Port Auth*
*New York and New Jersey to reimburse Mount Sinai for the costs it incurred in responding to the Port Authority's su*
*and in preparing this motion* MOTION to Vacate *the Court's September 13, 2010 pursuant to FRCP 59(e) and Loca*
*Rule 6.3* MOTION to Vacate *the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3* filed
Mount Sinai Medical Center, 2231 Order, Set Deadlines/Hearings, 2292 Stipulation and Order of Voluntary Dismiss
Declaration in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., A
Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Gro
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T

| | | |
|---|---|---|
| | | Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Asso P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthon Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rent &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Apple Wrecking &Construction Corp., 2240 Stipulation and Order of Voluntary Dismissal,, 2252 Order, 2305 Stipu and Order,, 2330 Stipulation and Order of Dismissal, 2144 USCA Order,, 2262 Memo Endorsement, 2300 Endorsed 2258 Stipulation and Order of Dismissal, 2303 Memo Endorsement, 2176 MOTION to Set Aside Judgment _Dismiss action_ filed by James McFadden, 2207 MOTION to Compel _Certain United States Social Security Administration O Respond to Subpoenas Duces Tecum_ filed by Plaintiffs Liaison Counsel, 2279 Notice (Other) filed by Plaintiffs Liais Counsel, 2329 Stipulation and Order of Dismissal, 2234 Declaration in Support of Motion, filed by Plaintiffs Liaiso Counsel, 2251 Stipulation and Order of Dismissal, 2156 Memorandum of Law in Opposition to Motion filed by The Authority of New York &New Jersey, 2215 Order, Set Deadlines/Hearings, 2309 Affirmation in Opposition to Moti by Michelle Haskett–Godbee, 2238 Order, 2140 Notice (Other) filed by Plaintiffs Liaison Counsel, 2275 MOTION Attorney Fees _(Common Benefit Attorney Fees)_ filed by Plaintiffs Liaison Counsel, 2288 Response to Motion filed Fitzpatrick, 2157 Declaration in Opposition to Motion, filed by The Port Authority of New York &New Jersey, 2333 Endorsed Letter, 2166 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2233 MOTION to Compel _CERTAIN UNITED STATES SOCIAL SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOENAS TECUM_ filed by Plaintiffs Liaison Counsel, 2209 MOTION for Discovery filed by Plaintiffs Liaison Counsel, 2177 Declaration in Support of Motion filed by James McFadden, 2232 Order, Set Deadlines/Hearings, 2241 Order, 2179 USCA Case Number 11–0355, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 02/17/2011) |
| 2/22/2011 | 2362 | ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL, that Plaintiff Elmer Santiago, proceeding made an application for appointment of counsel, dated February 8, 2011. In light of the decisions of the Second Circ Cooper v. A. Sargenti Co., 877 F.2d 170 (2d Cir. 1989), and Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986), I application. A more fully developed record is needed before I can determine if plaintiff's chances of success and the existence of other appropriate factors warrant the appointment of counsel. Therefore, plaintiffs application is denied prejudice to its renewal when the record is more fully developed. The Clerk shall mark the motion (Doc. No. 13) ter (Also docketed in 10cv7927 as document #15). (Signed by Judge Alvin K. Hellerstein on 2/22/11) (pl) (Entered: 02 |
| 2/22/2011 | 2363 | STIPULATION DISCONTINUING ACTION, the above entitled action be, and the same hereby is, discontinued w prejudice and without costs to either party as against the other. (Signed by Judge Alvin K. Hellerstein on 2/22/11). ( Order applies to Case #05cv7166). (pl) (Entered: 02/22/2011) |
| 2/22/2011 | 2364 | STIPULATION ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEN is hereby Stipulated and agreed that Plaintiffs and Settling Defendants have entered into a settlement agreement reso claims by Plaintiffs against Settling Defendants in the above–captioned action. Plaintiffs have executed a release an covenant not to sue in which Plaintiffs have released the Settling Defendants and each of them from any and all obli and liability to Plaintiffs for past, present, and future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location on and/or after Se 11, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and he dismissed, with prejudice. (Signed by Judge Alvin K. Hellerstein on 2/22/2011) (jfe) Modified on 3/29/2011 (jfe). (I 02/22/2011) |
| 2/23/2011 | 2365 | TRANSCRIPT of proceedings held on 2/2/2011 before Judge Alvin K. Hellerstein. (lnl) (Entered: 02/23/2011) |
| 2/23/2011 | 2366 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM IS HEREBY STIPULATED AND AGREED by and between certain Plaintiffs represented by Sacks &Sacks, LLP, identified. on Exhibit A hereto ("Plaintiffs"), and the Defendants identified on Exhibit B ("Settling Defendants") tha Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs against Defendants in the above–captioned action. 2. Plaintiffs have executed releases and covenants not to sue in which Pla have released the Settling Defendants and each of them from any and all obligations and liability to Plaintiffs for pa present, and future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and debris–removal operations and/or clean–up at any location on and/or after September 11, 2001. Accordingly, Plaint claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudic STIPULATION AND ORDER as set forth) (Signed by Judge Alvin K. Hellerstein on 2/23/2011) (lnl) (Entered: 02/ |
| 2/23/2011 | 2367 | REPLY MEMORANDUM OF LAW in Support re: 2348 MOTION to Compel the WTC Captive Insurance Compa to allow eligible Plaintiffs to participate in the settlement.. Document filed by Plaintiffs Liaison Counsel. (Rubin, De (Entered: 02/23/2011) |

| 2/24/2011 | 2368 | SEALED DOCUMENT placed in vault.(mps) (Entered: 02/24/2011) |
|---|---|---|
| 2/24/2011 | 2371 | MEMO ENDORSEMENT; denying 2369 Motion to Serve and to proceed in forma pauperis; ENDORSEMENT: M Denied. Plaintiff fails to show the existence of a cause of action granting def't other than the City and Tully. Plaintiff entitled to ask the court to do work, or to give him free copies of pages. (Signed by Judge Alvin K. Hellerstein on 2/ (ae) (Entered: 02/28/2011) |
| 2/25/2011 | 2370 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM (THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON EXHIBIT A) plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice, as further set forth in this document. (Signed by Judge Alvin K. Hellerstein on 2/25/11) ( (Entered: 02/28/2011) |
| 2/25/2011 | 2372 | ORDER DENYING MOTION TO COMPEL 2348 Motion to Compel, with the exception of Sergeant Bruno, the m all other (17) plaintiffs are denied with prejudice, and their cases remain dismissed. Sergeant Bruno may, within 30 bring a new motion to compel, as further set forth in this document. (Signed by Judge Alvin K. Hellerstein on 2/25/ (Entered: 02/28/2011) |
| 2/25/2011 | 2373 | ORDER AWARDING COMMON BENEFIT FEE granting 2275 Motion for Attorney Fees; granting 2276 Motion Attorney Fees; granting 2277 Motion for Attorney Fees. There is a single exception. A few of the cases before me, i orthopedic and physical injuries are alleged, were represented by Marion Mishkin, as liaison counsel. Ms. Mishkin obtained or is obtaining her own settlements on behalf of these Plaintiffs. Ms. Mishkin's fees are not subject to this O and Napoli Bern is not entitled to any partition thereof. The Clerk shall terminate the motion (Doc. Nos. 2275,2276, (Signed by Judge Alvin K. Hellerstein on 2/25/11) (cd) (Entered: 02/28/2011) |
| 2/28/2011 | 2374 | MEMO ENDORSEMENT on 2326 NOTICE OF MOTION TO REINSTATE. ENDORSEMENT: Without objectio motion is granted. The Clerk shall terminate the motion (Doc. No. 2326). (Signed by Judge Alvin K. Hellerstein on 2/25/2011) (jpo) (Entered: 02/28/2011) |
| 2/28/2011 | 2375 | MEMO ENDORSEMENT on 2324 NOTICE OF MOTION. ENDORSEMENT: Without objection, the motion is gr The Plaintiffs listed on the attached schedule are deemed to have voluntarily dismissed their cases, consistent with t of my order of December 30, 2010, See Doc. No. 2267 and subject to its terms. The Clerk shall terminate the motion No. 2324) So Ordered. (Signed by Judge Alvin K. Hellerstein on 2/25/2011) (jpo) (Entered: 02/28/2011) |
| 2/28/2011 | 2376 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT: THE STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON EXHIBI is hereby Stipulated and agreed that Plaintiffs and Settling Defendants have entered into a settlement agreement reso claims by Plaintiffs against Settling Defendants in the above–captioned action. Plaintiffs have executed releases and covenants not to sue in which Plaintiffs have released the Settling Defendants and each of them from any and all obl and liability to Plaintiffs for past, present, and future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location on and/or after Se 11, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and he dismissed, with prejudice. (Signed by Judge Alvin K. Hellerstein on 2/25/2011) (jfe) (Entered: 03/01/2011) |
| 2/28/2011 | 2377 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT: THE STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON EXHIBI is hereby Stipulated and agreed that Plaintiffs and Settling Defendants have entered into a settlement agreement reso claims by Plaintiffs against Settling Defendants in the above–captioned action. Plaintiffs have executed releases and covenants not to sue in which Plaintiffs have released the Settling Defendants and each of them from any and all obl and liability to Plaintiffs for past, present, and future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location on and/or after Se 11, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and he dismissed, with prejudice. (Signed by Judge Alvin K. Hellerstein on 2/25/2011) (jfe) (Entered: 03/01/2011) |
| 3/04/2011 | 2378 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION to Vacate Order of February 7, 2011 Appointing S Counsel. Document filed by Plaintiffs Liaison Counsel. (Attachments: #1 Exhibit Ex 1 – Order, #2 Exhibit Ex 2 – 10–5–2010 Transcript Excerpt, #3 Exhibit Ex 3 – 2–2–2011 Transcript Excerpt, #4 Exhibit Ex 4 – Letter from N. Kushlefsky, #5 Affidavit Affidavit of W. Bradley Wendel)(Rubin, Denise) Modified on 3/7/2011 (db). (Entered: 03/04/2011) |
| 3/04/2011 | 2379 | FILING ERROR – DEFICIENT DOCKET ENTRY – MEMORANDUM of LAW in Support re: 2378 MOTION t Order of February 7, 2011 Appointing Special Counsel. Document filed by Plaintiffs Liaison Counsel. (Rubin, Deni Modified on 3/7/2011 (db). (Entered: 03/04/2011) |
| 3/07/2011 | 2380 | ORDER AMENDING ORDER AWARDING COMMON BENEFIT FEE On February 25, 2011, I issued an Order I allowed Plaintiffs' Liaison Counsel, Worby Groner Edelman &Napoli Bern LLP, to recover a common benefit fee non–liaison counsel Order Awarding Common Benefit Fee, 21 MC 100 (Doc. No. 2273)(S.D.N.Y. Feb. 25, 2011). I as an exhibit to that Order a list of the non–liaison counsel from whom Napoli Bern could obtain the fee. Id.I have s |

| | | advised that the exhibit I attached did not accurately reflect the list of non–liaison counsel subject to the fee, in two ways: (i) it included the law firm Gregory J. Cannata and associates, and (ii) it excluded the firm Salengar, Sack, Kimmel & LLP, and the firm Tarshis &Hammerman, LLP. By mutual agreement, Napoli Bern and the Cannata firm are not see fees from each other. As for the latter two firms, I am advised that they are non–liaison counsel that represent client litigation. Accordingly, I amend my previous Order to exclude the Cannata firm, and to include the latter two. An up exhibit is attached. SO ORDERED (Signed by Judge Alvin K. Hellerstein on 3/4/2011) (jmi) (Entered: 03/07/2011) |
|---|---|---|
| 03/07/2011 | 2381 | NOTICE OF APPEAL from 2341 Order. Document filed by Plaintiffs' Liaison Counsel Worby Groner Edelman & N Bern LLP. Filing fee $ 455.00, receipt number E 931167. (nd) (Entered: 03/10/2011) |
| 03/08/2011 | 2382 | STIPULATION OF DISMISSAL. IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41 of the Feder of Civil Procedure, by and between the parties hereto by their undersigned counsel, that non–party Mount Sinai Med Center's motion for costs against Defendant The Port Authority of New York and New Jersey be dismissed with pre with each party bearing its own fees and costs. (Signed by Judge Alvin K. Hellerstein on 3/10/11); (djc) (Entered: 03/11/2011) |
| 03/10/2011 | | Transmission of Notice of Appeal to the District Judge re: 2381 Notice of Appeal. (nd) (Entered: 03/10/2011) |
| 03/10/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2381 Notice of A (nd) (Entered: 03/10/2011) |
| 03/10/2011 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2372 Order Motion to Compel, 2377 Stipulation and Order of Dismissal,,, 2380 Order,,,, 2363 Order of Discontinuance, 2373 O Motion for Attorney Fees,,,,,,,, 2375 Order on Motion to Vacate, 2374 Order on Motion to Vacate, 2367 Reply Mem of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 2364 Stipulation and Order of Dismissal,,, 2369 M to Serve. filed by Hector Flamenco, 2370 Stipulation and Order of Dismissal, 2381 Notice of Appeal filed by Plaint Liaison Counsel, 2362 Order,,, 2376 Stipulation and Order of Dismissal,,, 2371 Order on Motion to Serve, 2366 Stip and Order of Dismissal, 2132 Notice (Other) filed by Plaintiffs Liaison Counsel, 2136 Notice of Cross Appeal filed Plaintiffs, 2128 Affirmation filed by Plaintiffs Liaison Counsel, 2133 Certificate of Service Other, filed by Plaintiffs Counsel, 2134 Notice (Other) filed by Plaintiffs Liaison Counsel, 2135 Order, 1646 Affidavit of Service Other, filed Plaintiffs Liaison Counsel, 1343 Request for Production of Documents filed by Donald Carson, Gloria Elaine Carso Order,,, 1135 Notice (Other) filed by Plaintiffs Liaison Counsel, 1568 Affirmation filed by Francis A. Lee Company Response to Discovery filed by Robert Panarella, 1656 Order,,, 1745 Endorsed Letter,, 2070 Appeal Record Sent to Index,, 1670 Order on Motion for Miscellaneous Relief,, 1590 MOTION for Brian E. Moffitt to Appear Pro Hac Vic by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, DBAB Wall Street LLC, Deutsche Bank Trus Corporation, DB Private Clients Corporation, Deutsche Bank Trust Company Americas, 1116 Notice of Adoption o Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1547 Order,,, 1383 Notice (Other) filed by City of New York, 1354 Request for Proc of Documents filed by Herbert Pate, 2035 Notice (Other) filed by Plaintiffs Liaison Counsel, 1010 Stipulation and C Dismissal, 1048 Order,,, 1972 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1436 Memor,,,,,, 1708 Memor Law in Support of Motion filed by The Port Authority of New York &New Jersey, 974 Endorsed Letter, Set Deadlines/Hearings,, 1872 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 2042 Notice (Other) filed b Gregory J Cannata &Associates, 1860 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 18 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1141 Rule 56.1 Statement, filed Tully Environmental Inc., Bovis Lend Lease LMB, Inc., Turner Construction Company, Tully Construction Co., Inc Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Corona, Plaza Constru Corp., 924 Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1319 MOTION for Pa Summary Judgment. filed by Michelle Haskett–Godbee, 1876 Rule 56.1 Statement filed by Taylor Recycling Facili 1080 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor Corporation of New York, Tishman Interiors Corporation, 1580 Notice (Other) filed by Plaintiffs Liaison Counsel, Declaration in Support of Motion,,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Mana Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corpor Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moret American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton To Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc |

A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser R Consulting Engineers, 1351 Request for Production of Documents filed by Dennis M. O'Connor, 1650 MOTION fo Levine to Appear Pro Hac Vice. filed by Tishman Interiors Corporation, Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation, Tishman Construction Corporation Manhattan, 1683 Endorsed Letter, Set Hearings,, 1433 Stipulation and Order,,, 2109 Memorandum of Law in Suppo Motion, filed by Mount Sinai Medical Center, 1016 Reply filed by En–Tech Corp., C.B. Contracting Corp., 1649 M for Aaron J. Stahl to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Compa Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1261 Notice (Other) filed by Plaintiffs Liaison 961 Stipulation and Order of Dismissal,, 2119 MOTION for Summary Judgment Notice of Motion for Summary Ju Dismissing A1, A2, A3, B1 and B2 Plaintiffs' Labor Law, Common Law Negligence, and General Municipal Law C against the Port Authority of New York and New Jersey. filed by The Port Authority of New York &New Jersey, 1 Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation York, Tishman Interiors Corporation, 1165 Notice (Other) filed by Plaintiffs Liaison Counsel, 1227 MOTION for A Carboy to Withdraw as Attorney for Plaintiffs. filed by Mary Jane Striffler, Donald Striffler, 948 Declaration in Sup Motion,, filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffold D'Onofrio General Contractors Corp., 1404 Response to Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 19 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1567 Declaration in Opposition to Motion, filed by Rayn Hauber, 1396 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 2105 Stipulation and Order,,,, 1216 Stipulation and Order,,, 1137 Stipulation and Order, 1057 Case Management Plan, 2084 Order,, 1998 Declaration in of Motion, filed by The Port Authority of New York &New Jersey, 1263 Order,,, 1629 Affidavit in Support of Moti by City of New York, 1085 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Ma Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2101 Notice of Appearance filed b Marine, Inc., 1358 Request for Production of Documents filed by Bernard Stinchcomb, Christine Stinchcomb, 1828 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1213 Order, 1130 Notice of Ac Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne Tishman Interiors Corporation, 1559 Certificate of Service Complaints, Certificate of Service Other,, filed by Taylo Recycling Facility LLC, 2010 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1041 MOTION fo Discovery to Address Plaintiffs' Counsel's Failures in Providing Discovery and to Require an End Date for Complet Production of Medical Records and Sanctions. filed by AMEC Construction Management, Inc., Bovis Lend Lease L Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Com Plaza Construction Corp., 913 Notice (Other) filed by Plaintiffs Liaison Counsel, 1235 Notice (Other) filed by Plain Liaison Counsel, 889 Notice (Other) filed by Plaintiffs Liaison Counsel, 1247 Order on Motion to Vacate,,, 1472 No (Other) filed by Plaintiffs Liaison Counsel, 987 Notice (Other) filed by Plaintiffs Liaison Counsel, 1822 MOTION f Summary Judgment re Casey (06 cv 08890). filed by Taylor Recycling Facility LLC, 1465 Declaration in Support o Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1653 Notice of Appearance filed by Tishman Construction Corporation of Manhatta Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1361 Affirmation filed by Plaintif Counsel, 1565 Affirmation filed by Component Assembly Systems, Inc., 1473 Stipulation and Order, Set Motion an RRDeadlines/Hearings,, 2096 Notice of Appearance filed by Weeks Marine, Inc., 2030 Notice (Other) filed by Greg Cannata &Associates, 1265 Order, 963 Stipulation and Order of Dismissal,, 1870 Rule 56.1 Statement filed by Tayl Recycling Facility LLC, 1911 Endorsed Letter,, 1690 Notice (Other) filed by Plaintiffs Liaison Counsel, 1337 Notic filed by Plaintiffs Liaison Counsel, 1978 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1406 Notice (Other) Plaintiffs Liaison Counsel, 1784 MOTION for Summary Judgment Notice of Motion Cantore. filed by Evans Envir &Geological Science &Management, LLC., 1775 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1556 A in Support of Motion filed by City of New York, 1746 Endorsed Letter,, 1987 MOTION for Summary Judgment for Plaintiffs Daniel and Jeanne Raleigh. filed by Phillips and Jordan, Inc., 2098 Notice of Appearance filed by Weeks I Inc., 1300 Response to Discovery filed by Herbert Pate, 1992 Notice (Other), Notice (Other) filed by City of New Y 1515 Notice (Other) filed by Plaintiffs Liaison Counsel, 1615 MOTION for Alashia L. Chan to Appear Pro Hac Vic by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, Private Clients Corporation, DBAB Wall Street LLC, 2006 Order,, 1894 Declaration in Support of Motion,, filed by Environmental &Geological Science &Management, LLC., 1835 Memorandum of Law in Support of Motion filed b Recycling Facility LLC, 1805 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1248 N (Other) filed by Plaintiffs Liaison Counsel, 1829 Memorandum of Law in Support of Motion filed by Taylor Recycl Facility LLC, 1774 MOTION for Summary Judgment Rule 56 Statement Greco. filed by Evans Environmental &Ge Science &Management, LLC., 1011 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1573 Memorandum of Law in Support of Motion filed by City of New York, 1767 Memorandum of Law in Support of M filed by Phillips and Jordan, Inc., 2069 Endorsed Letter,,,,,, 1201 Endorsed Letter, 1012 Notice (Other) filed by Pla Liaison Counsel, 1105 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhatt Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1470 Declaration in Support of Mo

Case: as-21-me-00100-AKH Document 4-1 07/26/2012 664962 Page 374 of 1805
Case 1:12-3301 Document 41 07/26/2012 2634952 Page 1373 of 1805
As of 07/26/2012 12:16 PM EDT  1373 of 1805

filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation. 1175 MOTION for Partial Summary Judgment. filed by En–Tech Corp., DMT Enterprise, Inc., Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp. 1913 Notice (Other) filed by Plaintiffs Liaison Counsel. 1364 Notice (Other) filed by Plaintiffs Liaison Counsel, 1244 Stipulation and Order of Dismissal,, MOTION to Strike Plaintiffs' September 9, 2009 Submission. filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.. Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1426 Notice (Other) filed by Plaintiffs Liaison Counsel, 1353 for Production of Documents filed by Robert Panarella, 1517 Order,, 990 Objection (non–motion), Objection (non– filed by marion s. mishkin, 1484 MOTION to Preclude and for Default against the Defendant City of New York. filed Plaintiffs Liaison Counsel, 1798 MOTION for Summary Judgment Notice of Motion Castro. filed by Evans Environmental &Geological Science &Management, LLC., 1461 Notice (Other) filed by Plaintiffs Liaison Counsel, 1044 Notice (Other) filed by Plaintiffs Liaison Counsel, 1928 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1306 Response to Dismiss filed by Frank Scallo, 1509 Order, 1174 Notice (Other) filed by Plaintiffs Liaison Counsel, 1699 Declaration in Support Motion,,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2089 Notice (Other) filed by Plaintiffs Liaison Counsel, 1815 MOTION for Summary Judgment Based Upon Untimely Notices of Claim and Statute of Limitations. filed by City of New York,, Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1496 Declaration in Support of Motion,,, filed by Plaintiffs Liaison Counsel, 1861 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1890 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1131 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1702 Memorandum of Law in Support of Motion filed by Michelle Haskett–Godbee,, Stipulation and Order of Dismissal,,, 1955 Certificate of Service Other filed by Taylor Recycling Facility LLC, 1906 Endorsed Letter,, 964 Notice (Other) filed by Plaintiffs Liaison Counsel, 2092 Case Management Plan,,,,, 1384 Notice (Other) filed by Plaintiffs Liaison Counsel, 1334 Endorsed Letter,, 952 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1502 Notice (Other) filed by Plaintiffs Liaison Counsel, 2008 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1952 Declaration in Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1184 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1923 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1553 Memorandum of Law in Support of Motion filed by City of New York, 2083 Order, 1445 Rule 56.1 Statement,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tully

Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 1807 Certificate of Service Other filed by Phillips and Jordan, Inc., 1488 Memorandum of La
Support of Motion filed by Plaintiffs Liaison Counsel, 1363 Notice (Other) filed by Plaintiffs Liaison Counsel, 1895
Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1429
Letter,, 1608 Notice (Other) filed by Plaintiffs Liaison Counsel, 1700 MOTION for Partial Summary Judgment. file
Michelle Haskett–Godbee, 1222 Order, 1816 Notice (Other) filed by City of New York, 959 Stipulation and Order o
Dismissal, 1852 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, Frank Malone, 1558 Rule 7.1
Corporate Disclosure Statement filed by Taylor Recycling Facility LLC, 1415 Order,,, 1115 Notice of Adoption of 1
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 1000 Notice (Other) filed by Plaintiffs Liaison Counsel, 1956 Certificate of Service
filed by Taylor Recycling Facility LLC, 2057 Order, 1940 Memorandum of Law in Support filed by Evans Environ
&Geological Science &Management, LLC., 956 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 204
1380 Reply Affidavit in Support of Motion filed by City of New York, 1797 MOTION to Compel Production of Do
Previously Withheld Under Improper Claim of Privilege. filed by Plaintiffs Liaison Counsel, 1503 Notice (Other) fi
Plaintiffs Liaison Counsel, 1663 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 17
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1869 Rule 56.
Statement filed by Taylor Recycling Facility LLC, 1060 Order,,,,,, 1613 Declaration in Support of Motion filed by F
Liaison Counsel, 1636 Affirmation in Support,, filed by Raymond Hauber, 1314 Response to Discovery filed by Be
Stinchcomb, Christine Stinchcomb, 1170 Notice (Other) filed by Samuel Provisero, 1428 Affidavit of Service Other
Plaintiffs Liaison Counsel, 1062 Endorsed Letter,,, 1917 MOTION for Summary Judgment on behalf of Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Co
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1035 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 914 Notice (Oth
by Plaintiffs Liaison Counsel, 946 Rule 56.1 Statement filed by En–Tech Corp., Diego Construction, Inc., C.B. Con
Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1387 Affirmation filed by Pla
Liaison Counsel, 2102 Notice of Appearance filed by Weeks Marine, Inc., 1985 MOTION for Summary Judgment
Behalf of The City of New York Based Upon Untimely Notices of Claim and Statute of Limitations. filed by City of
York, 1456 MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul Hauber in his representativ
capacity as Executor of the Estate of Raymond Hauber, now deceased. MOTION to Amend/Correct Caption. filed b
Raymond Hauber, 1204 MOTION for Partial Summary Judgment. filed by Tishman Construction Corporation of M
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1362 Notice (Other) filed by Plain
Liaison Counsel, 1357 Request for Production of Documents filed by Frank Scallo, 1938 Declaration in Support, fil
Evans Environmental &Geological Science &Management, LLC., 1505 MOTION to Preclude and for Default Judg
against Defendants for Failing to Comply with Plaintiffs' First Case–Specific Demands and Order of July 8, 2009. f
Plaintiffs Liaison Counsel, 1237 Order,, 973 Notice of Appearance filed by Kevin Fitzpatrick, 1193 MOTION to Va
1160 Order,,. filed by Joette DeGiovine, Daniel DeGiovine, 999 Notice (Other) filed by Plaintiffs Liaison Counsel,,
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc
Corporation of New York, Tishman Interiors Corporation, 891 Notice (Other) filed by Plaintiffs Liaison Counsel, 1
MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. filed by Survivair Respirators, Inc., 2103 Notice of Appea
filed by Weeks Marine, Inc., 1206 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1728 Af
in Support of Motion,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1896 Declaration in Suppo
Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 2002 Memorandum of Law in
Support,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, I
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment I
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci

Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., 1293 Response to Discovery filed by Michael Panarella, 960 Certificate of Service Other,, file
marion s. mishkin, 2078 Notice of Appearance filed by United States, 1826 MOTION for Summary Judgment re Ra
cv 09818). filed by Taylor Recycling Facility LLC, 1514 Order, 1560 Answer to Complaint filed by Taylor Recycli
Facility LLC, 1981 MOTION for Summary Judgment for Plaintiffs Frank Gullo and Gabriella Gullo. filed by Philli
Jordan, Inc., 1069 Notice (Other) filed by Plaintiffs Liaison Counsel, 1853 Memorandum of Law in Support of Mot
by Survivair Respirators, Inc., 1107 Notice of Adoption of Master Answer filed by Tishman Construction Corporati
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1018 Notice (Other) fi
Plaintiffs Liaison Counsel, 1877 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Manage
LLC., 1504 Notice (Other) filed by Plaintiffs Liaison Counsel, 1315 MOTION for Partial Summary Judgment. filed
Michelle Haskett–Godbee, 1197 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 94
(Other) filed by Plaintiffs Liaison Counsel, 895 Order, 1521 Notice (Other) filed by The City of New York, 1279 Re
to Discovery filed by Thomas M. Flanders, 1059 Notice (Other) filed by Plaintiffs Liaison Counsel, 2097 Notice of
Appearance filed by Weeks Marine, Inc., 1783 MOTION for Summary Judgment re Alleva case (06 cv 08887). file
Taylor Recycling Facility LLC, 1449 Affirmation filed by Nacirema Industries, Inc., 1958 Reply Memorandum of L
Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler
&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A
Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1442 Notice (Other) filed by Plaintiffs Liaison Counsel, 1804 A
of Service Other,, filed by Plaintiffs Liaison Counsel, Frank Malone, 1736 Affidavit of Service Other filed by Plaint
Liaison Counsel, 1156 Notice (Other) filed by Plaintiffs Liaison Counsel, 1506 Declaration in Support of Motion,,,,
Plaintiffs Liaison Counsel, 983 Stipulation and Order, 986 Order on Motion for Partial Summary Judgment, 894 Sti
and Order of Dismissal,, 1119 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1142 Memorandum of
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur
Construction Company, Plaza Construction Corp., 2087 Notice (Other), Notice (Other), Notice (Other), Notice (Oth
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Co
Enterprise, Inc., Off Road Welding, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Trucking, Inc., Toretta Trucking, Inc., Ove Arup &Partners P.C., Cord Contracting Co. Inc., Dakota Demo–Tech, C
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Group, Buro Happold Consulting Engineer
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Parson Group, I
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Musco Sports Lighting, LLC, 7
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Constructio
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti
Simpson Gumpertz &Heger Inc., Ment Bros. Iron Works Co., JP Equipment Rental Material, Inc., Brer–Four Trans
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construct
Corp., 1029 Notice (Other) filed by Plaintiffs Liaison Counsel, 1183 Memorandum of Law in Support filed by Plain
Liaison Counsel, 1954 Declaration in Support,, filed by Evans Environmental &Geological Science &Management,
1782 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plainti
Liaison Counsel, 1386 Case Management Plan, 2019 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co
Contractors, Inc., 1658 Order, 2093 Notice of Appearance filed by Weeks Marine, Inc., 1637 Certificate of Service
filed by Raymond Hauber, 1749 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geologi
Science &Management, LLC., 1523 Declaration in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Sk
Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robert
Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A
Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek L
Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, In
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius P
Inc., 1313 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 2099 Notice of Appearance
Weeks Marine, Inc., 1452 Stipulation and Order of Dismissal,,,, 1239 Notice of Adoption of Master Answer filed by

and Jordan, 1606 Stipulation and Order,, 958 Stipulation and Order of Dismissal, 1781 Rule 56.1 Statement filed by
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1718 Order, 1854 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1525 Memorandum of Law in
of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartle
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P.
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomaset
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 1453 Endorsed Letter,,,, 1986 Memorandum of Law
Support of Motion filed by City of New York, 1925 Declaration in Support of Motion, filed by Tishman Constructi
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1799 R
Statement filed by The Port Authority of New York &New Jersey, 1596 Notice (Other) filed by Plaintiffs Liaison C
1513 Notice of Appearance filed by Manafort Brothers, Inc., 1230 Notice of Appearance filed by Manafort Brothers
923 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1765 MOTION for Summary Judgment re Alleg
by Phillips and Jordan, Inc., 1855 Affidavit of Service Other filed by Survivair Respirators, Inc., 1712 Order,, 1427
Protective Order,, 1345 Request for Production of Documents filed by Andrew Dunaway, 2024 Rule 7.1 Corporate
Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1640 Affirmation in Opposition,, filed by l
Hauber, 1083 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish
Construction Corporation of New York, Tishman Interiors Corporation, 1287 Response, filed by Plaintiffs Liaison C
2018 Notice (Other) filed by Gregory J Cannata &Associates, 1541 Order on Motion to Preclude, 1215 Stipulation a
Order,,, 1616 MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. filed by Taylor Recycling Facility LLC, 97
Certificate of Service Other,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA En
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associ
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1666 Memorandum &Opinion, 1642 Notice (Othe
by Plaintiffs Liaison Counsel, 1499 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1389 Notice
filed by Plaintiffs Liaison Counsel, 1240 Costs Taxed, 1157 Endorsed Letter,, 1679 MOTION to Compel Robert Mo
to Appear for Deposition. filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., AMEC
Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Truckin
Cord Contracting Co. Inc., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing
Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Wei
Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer−Four Transportatio
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, l
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.
Response to Discovery filed by Frank Scallo, 1150 Rule 56.1 Statement filed by City of New York, 1441 Response
Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 1480 Affidavit of Service Other, filed by Plaintiffs Liaison
1200 Stipulation and Order, Set Deadlines, 1272 Response to Discovery filed by Andrew Dunaway, 1908 Memoran
Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1836 Memorandum of Law in Support of Motion f
Taylor Recycling Facility LLC, 1661 MOTION for Reconsideration of the Court's Order Dated December 3, 2009 D
Motion to Compel Mayris Webber, DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1634 Reply
Memorandum of Law in Support of Motion filed by The City of New York, 910 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1338 Order, 1874 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1164 Notice (Other) fi
Plaintiffs Liaison Counsel, 1103 Notice of Adoption of Master Answer filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2086 Order, 2063 Ord
Declaration in Support of Motion filed by City of New York, 1790 MOTION for Summary Judgment Notice of Mot
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 927 Notice (Other) filed by Plain
Liaison Counsel, 2104 Notice of Appearance filed by Weeks Marine, Inc., 1858 MOTION for Stephanie S. McGraw
Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., Sperian Respirstory
Protection USA, LLC, Musco Sports Lighting, LLC, 1464 Memorandum of Law in Support of Motion, filed by Tisl

Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor...
1460 Affirmation in Support of Motion, filed by Raymond Hauber, 1644 MOTION for an Order compelling Mayris...
DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1305 Response to Discovery filed by Frank Sca...
Stipulation and Order,,,,,, 1705 Memorandum of Law in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP...
En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, L...
Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L...
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le...
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar...
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr...
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever...
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety...
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and...
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan...
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As...
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin...
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc...
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn...
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,...
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental...
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme...
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo...
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci...
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers,...
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1443 Order on Motion fo...
Summary Judgment, 1266 Response to Discovery filed by Nicola Cavicchio, 1220 Endorsed Letter,,, 1823 MOTIO...
Summary Judgment re Greco (05 cv 01228). filed by Taylor Recycling Facility LLC, 2020 Notice of Adoption of M...
Answer filed by Berkel &Co. Contractors, Inc., 1862 Declaration in Support of Motion filed by Taylor Recycling Fa...
LLC, 1848 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1038 Order, Set Deadlines/Hearing...
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc...
Corporation of New York, Tishman Interiors Corporation, 890 Stipulation and Order of Dismissal,, 1124 Notice of ...
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of ...
York, Tishman Interiors Corporation, 1614 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1537 Ord...
Motion to Appear Pro Hac Vice, 1897 Declaration in Support of Motion,, filed by Evans Environmental &Geologic...
Science &Management, LLC., 1626 Response to Discovery filed by Diane Scallo, Andrew Scallo, 2095 Notice of...
Appearance filed by Weeks Marine, Inc., 1139 Order,,, 1768 Declaration in Support of Motion, filed by Tishman...
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor...
1214 Order on Motion to Appear Pro Hac Vice,,, 1378 Reply Memorandum of Law in Support of Motion,,,,,, filed b...
En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi...
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre...
Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., P...
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot...
Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem...
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Ind...
Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo...
Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One...
Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc.,...
Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction C...
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Mater...
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony...
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Cons...
Corp., 1595 Order Admitting Attorney Pro Hac Vice, Terminate Motions,,,,,,,,,,,,,, 2079 Order, Set Deadlines/Hearin...
1698 Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Me...
LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting...
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer...
Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege...
Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1042 Memorandum of...
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth...
&Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Const...
Corp., 1275 Response to Discovery filed by Michael Labetti, 2052 Notice (Other) filed by Gregory J Cannata &Ass...
1008 Notice (Other) filed by Plaintiffs Liaison Counsel, 1172 Notice (Other) filed by Plaintiffs Liaison Counsel, 20...
of Voluntary Dismissal – Signed, 1333 Stipulation and Order of Dismissal,, 1849 Order,,,, 2040 Notice (Other) filed...
Gregory J Cannata &Associates, 1153 Order,,,,,,, 1267 Response to Discovery filed by Donald Carson, 1160 Order,,...
Answer to Complaint filed by Seasons Industrial Contracting, 1777 MOTION for Summary Judgment Dismissing C...
A1, A2, A3, B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New Yor...

Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 2107 FIRST MOTION to Compel Pursuant to FRCP45. filed by Mount Sinai Medical Center, 1975 MOTION for Summary Judgment for Plaintiffs Ca Cameron and Steve Cameron. filed by Phillips and Jordan, Inc., 2043 Notice of Voluntary Dismissal – Signed, 1647 MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. filed En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, S Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 2100 Notice of Appearance filed by Weeks Marine, Inc., 197 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1555 Affidavit in Support of Motion f City of New York, 1965 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1402 Notice (Other), Notice (Other) Plaintiffs Liaison Counsel, 937 Notice (Other) filed by Plaintiffs Liaison Counsel, 1032 Declaration in Opposition f Plaintiffs Liaison Counsel, 1808 Certificate of Service Other filed by Phillips and Jordan, Inc., 1920 Affidavit in Su Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 989 Certificate of Counsel filed by marion s. mishkin, 1078 Notice of Adoption of M Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1424 Notice (Other) filed by Plaintiffs Liaison Counsel, 1660 Notice (Other) filed by Environmental &Geological Science &Management, LLC., 1347 Request for Production of Documents filed by Fra Goffredo, Blanca Goffredo, 1605 Order on Motion to Appear Pro Hac Vice, 2118 Endorsed Letter, 965 USCA Man 2048 Notice (Other) filed by Gregory J Cannata &Associates, 1022 Endorsed Letter, 1641 Endorsed Letter,, 2011 R Statement filed by Survivair Respirators, Inc., 943 Stipulation and Order,, 1098 Notice of Adoption of Master Answ by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1676 MOTION to Amend/Correct Notice of Motion by The Port Authority of New York and New Jers Amend it's Master Answer. filed by The Port Authority of New York &New Jersey, 1500 Notice (Other) filed by Pl Liaison Counsel, 1423 Notice (Other) filed by Plaintiffs Liaison Counsel, 1947 MOTION for Summary Judgment re Gullo, et al. v. A. Russo Wrecking, et al. (06–cv–10937). filed by Taylor Recycling Facility LLC, 1118 Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of York, Tishman Interiors Corporation, 1015 Reply Memorandum of Law in Support of Motion filed by En–Tech Co Contracting Corp., 1602 MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. filed by Taylor Recycling Facili 1916 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1901 Notice of Appearance filed by Plaza Constructio 1884 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 10 Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 1316 Response to Discovery filed by Rober 1546 Notice (Other) filed by Plaintiffs Liaison Counsel, 1733 Response to Discovery filed by Frank Goffredo, Blan Goffredo, 1530 MOTION for Julie Busch to Appear Pro Hac Vice. filed by The Port Authority of New York &New 1036 Notice (Other) filed by Plaintiffs Liaison Counsel, 1133 Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1250 Stipulation and Order of Dismissal,, 1412 Order,,, 1407 Notice (Other) filed by Plaintiffs Liaison Counsel, 1126 No Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1527 Endorsed Letter,, 1633 Reply Affirmation in Support of Motion, fi The City of New York, 1544 Order on Motion to Strike, 1462 Notice (Other) filed by Plaintiffs Liaison Counsel, 11 of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Co of New York, Tishman Interiors Corporation, 2027 Notice of Adoption of Master Answer filed by Buro Happold Co Engineers, P.C., 1791 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 17 on Motion to Appear Pro Hac Vice, 1438 Endorsed Letter,, 1695 Declaration in Support of Motion, filed by The Por Authority of New York &New Jersey, 1109 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1304 R to Discovery filed by Frank Scallo, 1966 Certificate of Service Other filed by Phillips and Jordan, Inc., 1875 Rule 56 Statement filed by Taylor Recycling Facility LLC, 1487 Declaration in Support of Motion,, filed by Plaintiffs Liaiso Counsel, 1408 Endorsed Letter,,,, 1937 Memorandum of Law in Support filed by Evans Environmental &Geologica

&Management, LLC., 1371 Order,,, 1125 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1586 Affidavit of Support Other, filed by Plaintiffs Liaison Counsel, 1582 Notice (Other) filed by Plaintiffs Liaison Counsel, 1077 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1585 Endorsed Letter, 1909 Endorsed Letter, Set Deadlines/Hearings,,,,, 1892 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1524 Declaration in Support of Motion,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2090 Notice (Other) filed by Plaintiffs Liaison Counsel, 1341 Notice (Other) filed by Plaintiffs Liaison Counsel, 1138 Memorandum &Opinion, 1497 Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1497 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1282 Response to Discovery filed by Dennis M. O'Connor, 1980 Certificate of Service Other, filed by Phillips and Jordan, Inc., 1600 Stipulation and Order,,,,,,,,, 1825 MOTION for Summary Judgment (Loughery (06 cv 08609). filed by Taylor Recycling Facility LLC, 926 Notice (Other) filed by Plaintiffs Liaison Counsel, 1832 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 2036 Notice (Other) filed by Gregory J Cannata &Associates, 1217 Stipulation and Order,,, 1501 Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,,,,, 1074 Notice (Other) filed by Plaintiffs Liaison Counsel, 1211 Order,,,,, 1668 Notice (Other) filed by Plaintiffs Liaison Counsel, 993 Order, 1905 Order,,,, 1898 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1270 Response to Discovery filed by Andrew Dunaway, 1017 Order on Motion for Reconsideration, 2017 Notice (Other) filed by Gregory J Cannata &Associates, 920 Stipulation and Order of Dismissal,, 2065 Memo Endorsement, 1979 Rule 56.1 Statement filed by The Port Authority of New York and New Jersey, 1778 MOTION for Summary Judgment Memo of Law Greco. filed by Evans Environmental &Geological Science &Management, LLC., 1439 Notice (Other) filed by Plaintiffs Liaison Counsel, 1435 Notice (Other) filed by Plaintiffs Liaison Counsel, 1166 Notice (Other) filed by Samuel Provisero, 1128 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 950 Order Admitting Attorney Pro Hac Vice, 2071 Response to Discovery filed by Andrea Cavicchio, Cavicchio, 1508 Notice (Other) filed by Plaintiffs Liaison Counsel, 931 Notice (Other) filed by Plaintiffs Liaison Counsel, 1176 Declaration in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska, Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1630 Response to Motion filed by Taylor Recycling Facility LLC, 1491 Order on Motion for Summary Judgment, Order on Motion for Judgment on the Pleadings, 2051 Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking, Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.

Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 1088 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1919 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 925 Notice (Other), Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Lia
Counsel, 911 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish
Construction Corporation of New York, Tishman Interiors Corporation, 1618 MOTION for Maureen C. Pavely to A
Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Con
Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1381 Reply
Memorandum of Law in Support of Motion filed by City of New York, 1288 Memorandum of Law in Opposition,,,
Plaintiffs Liaison Counsel, 1820 MOTION for Summary Judgment re Cameron (06 cv 09273). filed by Taylor Recy
Facility LLC, 2121 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1552
MOTION to Quash Subpoenas. filed by City of New York, 1540 Notice (Other) filed by Plaintiffs Liaison Counsel,
MOTION to Vacate March 3, 2009 Dismissal. filed by Samuel Provisero, 1238 Stipulation and Order of Dismissal,,
Request for Production of Documents filed by Andrea Cavicchio, Nicola Cavicchio, 1802 Rule 56.1 Statement,,,, fil
Phillips and Jordan, Inc., 1368 Stipulation and Order of Dismissal,, 1607 Affirmation filed by Eagle One Roofing
Contractors, Inc., 1744 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1949 Declaration in Support o
filed by Taylor Recycling Facility LLC, 1004 Rule 56.1 Statement filed by Plaintiffs Liaison Counsel, 1536 Order o
to Appear Pro Hac Vice, 984 Notice (Other), Notice (Other) filed by marion s. mishkin, 1262 Notice (Other) filed by
Plaintiffs Liaison Counsel, 1191 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1982 Memorandum
in Support of Motion filed by Phillips and Jordan, Inc., 1766 Memorandum of Law in Support of Motion filed by Pl
Liaison Counsel, Frank Malone, 1310 Response to Discovery filed by Frank Scallo, 1372 Order,,, 1755 Notice (Oth
by Phillips and Jordan, Inc., 1076 MOTION for Anita Weinstein to Appear Pro Hac Vice., 966 Order, Set Motion an
RRDeadlines/Hearings, 1597 Order, Terminate Motions, Add and Terminate Attorneys, 1466 MOTION for Judgme
Pleadings Laron Casey (06cv8890). filed by Tishman Construction Corporation of Manhattan, Tishman Constructio
Corporation of New York, Tishman Interiors Corporation, 1403 Response to Discovery filed by Diane Scallo, Andr
Scallo, 1535 Order on Motion to Appear Pro Hac Vice, 1651 Order, 1671 Notice (Other) filed by Evans Environme
&Geological Science &Management, LLC., 1771 Affidavit in Support of Motion, filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1095 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 955 Notice of Adoption of Master Answer filed by Phillips and Jordan, I
Order, 1709 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1155 Order,
MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs. filed by Gilsanz, Murray, S
LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill L
Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoco
Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Co
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Ro
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Franc
Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equip
Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofi
Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1101 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1054 Notice of Appearance filed by Verizon New York Inc., 1352 Request for Prod
Documents filed by Michael Panarella, Christine Panarella, 1959 Declaration in Support of Motion,,, filed by Gilsan
Murray, Steficek, LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C.,
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, S
Owings &Merrill, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., 2032 Endorsed Letter,, 1557 Notice (Other) filed by Plaintiffs Liaison Counsel, 928 Notice (Other) fil
Plaintiffs Liaison Counsel, 1631 Certificate of Service Other filed by Taylor Recycling Facility LLC, 988 Scheduli
1307 Response to Discovery filed by Frank Scallo, 1342 Notice (Other) filed by Plaintiffs Liaison Counsel, 2077 No

(Other) filed by Plaintiffs Liaison Counsel, 1612 MOTION to Compel James Carpenter to Appear for Deposition. fi
Plaintiffs Liaison Counsel, 1601 Order on Motion to Compel, 945 MOTION for Summary Judgment. filed by En–T
Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio Genera
Contractors Corp., 1458 Order, 1900 Order Admitting Attorney Pro Hac Vice, 1440 Notice (Other) filed by The Cit
York, 1390 Notice of Appearance, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contra
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway
Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling
Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C
Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Industries, Inc., M
American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Service
Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc.,
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental
Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environ
Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., Nev
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty
Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1974 Certificate of Service Other
Phillips and Jordan, Inc., 1988 Declaration in Support of Motion filed by City of New York, 1446 Memorandum of
Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Sk
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group,
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 1034 Notice (Other) filed by Plaintiffs Liaison Counsel, 905 Stipulation and Order of Dismiss
Certificate of Service Other filed by Taylor Recycling Facility LLC, 1416 Order,,, 1360 Request for Production of
Documents filed by Frank Scallo, 1072 Stipulation and Order of Dismissal,,,, 2054 Order, Set Motion and
RRDeadlines/Hearings, 1809 Affidavit of Service Other filed by Phillips and Jordan, Inc., 1665 Notice (Other) filed
Plaintiffs Liaison Counsel, 1037 USCA Mandate, 2088 Order,, 1599 Notice (Other) filed by Plaintiffs Liaison Coun
Memorandum of Law in Support of Motion, filed by Survivair Respirators, Inc., 1737 Affidavit of Service Other, file
Plaintiffs Liaison Counsel, 2094 Notice of Appearance filed by Weeks Marine, Inc., 1995 Memorandum of Law in S
of Motion filed by Phillips and Jordan, Inc., 1493 Notice (Other) filed by Plaintiffs Liaison Counsel, 1228 Declarati
Support filed by Mary Jane Striffler, Donald Striffler, 1887 Memorandum of Law in Support of Motion filed by Eva
Environmental &Geological Science &Management, LLC., 1182 Declaration in Support filed by Plaintiffs Liaison C
1967 MOTION for Summary Judgment Dismissing C1 and B3 Plaintiffs' Labor Law, Common Law Negligence, an
General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authorit
New York &New Jersey, 1249 Stipulation and Order,,, 1023 Stipulation and Order of Dismissal,, 1680 Declaration
Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Constru
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc.,
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, E
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing

Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledg
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.,1001 Notice (Other) filed by [
Liaison Counsel,1519 Endorsed Letter,,1827 Certificate of Service Other, filed by Taylor Recycling Facility LLC,
Notice (Other) filed by Plaintiffs Liaison Counsel,1051 Case Management Plan,1388 Notice (Other) filed by Plain
Liaison Counsel,1056 Protective Order,1047 Order,,,,,1730 Notice (Other) filed by Plaintiffs Liaison Counsel,211
1422 Memo Endorsement,1312 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb,1061 N
(Other) filed by Plaintiffs Liaison Counsel,1173 Endorsed Letter,,1329 Stipulation and Order of Dismissal,1984 C
of Service Other, filed by Phillips and Jordan, Inc.,1673 FIRST MOTION for Protective Order Notice of Motion. fi
United States,1888 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC.,1019 Notice (Other) filed by Plaintiffs Liaison Counsel,1945 Memorandum of Law in Suppo
by Evans Environmental &Geological Science &Management, LLC.,1498 Notice (Other) filed by Plaintiffs Liaison
Counsel,1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New York's Admitted Suppression of
for Six Years. filed by Plaintiffs Liaison Counsel, Frank Malone,1152 Declaration in Support of Motion, filed by C
New York,1566 Memorandum of Law in Opposition to Motion filed by Raymond Hauber,1760 Rule 56.1 Stateme
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation,901 Certificate of Service Other, filed by John Montalvo,1046 Order on Motion to Appear Pro Hac Vi
Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb,953 Amended Notice of Appeal, filed b
Plaintiffs,1005 Affirmation in Opposition,,, filed by Plaintiffs Liaison Counsel,1379 Reply Memorandum of Law i
of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environm
Inc., Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp.,970 Reply Memorandu
Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engi
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gol
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,1738 Affidavit of Service Other, filed by Plaintiff
Counsel,1819 Rule 56.1 Statement filed by City of New York,1950 Memorandum of Law in Support of Motion fil
Taylor Recycling Facility LLC,1280 Response to Discovery filed by Nicholas Lusuriello,1619 Response to Discov
by David Nolan, Louise Nolan,1907 Counter Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel,1332 Orde
Case Management Plan,,,1627 Order on Motion to Compel,1740 Notice (Other) filed by Plaintiffs Liaison Counsel
Notice (Other) filed by Plaintiffs Liaison Counsel,2080 Order,,,2009 Memorandum of Law in Support of Motion f
Survivair Respirators, Inc.,1410 Endorsed Letter,,981 Notice (Other) filed by Plaintiffs Liaison Counsel,1225 Stip
and Order,,,1881 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC.,1
Stipulation and Order,,,,1070 Stipulation and Order of Dismissal,,,,1551 Order,,,1511 Order on Motion to Amend/
Order on Motion to Substitute Party,,1574 Affidavit in Support of Motion filed by City of New York,1317 Respon
Discovery filed by Robert Suarez,1563 Affidavit of Service Other filed by Taylor Recycling Facility LLC,1431 No
(Other) filed by Plaintiffs Liaison Counsel,1863 Declaration in Support of Motion filed by Taylor Recycling Facilit
2026 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C.,1223 Order,1181
MOTION to Vacate,1160 Order,,. filed by Plaintiffs Liaison Counsel,1701 Affirmation in Support of Motion filed
Michelle Haskett–Godbee,1291 Response to Discovery filed by Michael Panarella,1268 Response to Discovery fil
Frank Goffredo,1369 Order,,,1962 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs a
The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act. filed by
Authority of New York &New Jersey,1977 Memorandum of Law in Support of Motion, filed by The Port Authorit
York &New Jersey,1495 Stipulation and Order, Set Motion and RRDeadlines/Hearings,1871 Rule 56.1 Statement
Taylor Recycling Facility LLC,1474 Order,1292 Response to Discovery filed by Michael Panarella,922 Stipulatio
Order of Dismissal,,1639 Endorsed Letter, Add and Terminate Attorneys,,,,2085 Memo Endorsement, Add and Te
Attorneys,,,,1318 Response to Discovery filed by Robert Suarez,1973 Rule 56.1 Statement, filed by Gilsanz, Murr
Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &
LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway
Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &
Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Ea
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Sem
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R

Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold
Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E
Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer As
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City
York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Const
Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., L
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental
Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., W
Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C.,
Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Cons
Corp., 1273 Response to Discovery filed by Frank Goffredo, 1662 Declaration in Support of Motion, filed by Plaint
Liaison Counsel, 1483 MOTION to Preclude and for Default against the Defendant City of New York. filed by Plain
Liaison Counsel, 2022 Notice of Adoption of Master Answer filed by Berkel &Co. Contractors, Inc., 1748 MOTION
Summary Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction of New Y
Tishman Interiors Corp.. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporati
New York, Tishman Interiors Corporation, 1806 Certificate of Service Other filed by Phillips and Jordan, Inc., 1795
MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plaintiffs Lia
Counsel, 1391 Affirmation filed by Plaintiffs Liaison Counsel, 2050 Notice of Appeal, filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Coro
Construction Co., Inc., City of New York, Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Con
Corp., 1575 Affidavit in Support of Motion filed by City of New York, 1824 MOTION for Summary Judgment re C
(06 cv 08692). filed by Taylor Recycling Facility LLC, 1221 Memo Endorsement, 916 Memorandum of Law in Opp
to Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., B
Environmental, Inc., 1554 Affidavit in Support of Motion filed by City of New York, 2123 Order,,, 1340 Notice (Ot
by Plaintiffs Liaison Counsel, 2108 Protective Order, 1331 Order,, 2117 Rule 56.1 Statement filed by The Port Auth
New York &New Jersey, 1494 MOTION to Preclude and For Default Against Defendants for Failing to Timely and
Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODU
filed by Plaintiffs Liaison Counsel, 1584 Order,,,, 1169 Endorsed Letter,, 977 Order of Dismissal,, 1411 Endorsed L
904 Notice (Other) filed by Plaintiffs Liaison Counsel, 995 Stipulation and Order, Set Motion and RRDeadlines/Hea
1053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1309 Response to Discovery filed by Frank Scallo, 1049 En
Letter,, 1058 Notice (Other) filed by Plaintiffs Liaison Counsel, 1377 Notice (Other) filed by Plaintiffs Liaison Cou
1219 Order,,, 1110 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan,
Construction Corporation of New York, Tishman Interiors Corporation, 1195 Declaration in Support filed by Joette
DeGiovine, Daniel DeGiovine, 1873 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1405 Response to
Discovery filed by Robert Panarella, 1759 Notice (Other) filed by Phillips and Jordan, Inc., 1520 Notice (Other) file
Plaintiffs Liaison Counsel, 1892 Affidavit in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 2076 Stipulation and Order,, 1246 Stipulation and Order of Dismissal,, 936 Notice (Other) f
Plaintiffs Liaison Counsel, 935 Notice (Other) filed by Plaintiffs Liaison Counsel, 1100 Notice of Adoption of Mast
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 899 MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the
filed by Plaintiffs Liaison Counsel, 1348 Request for Production of Documents filed by Karen Labetti, Michael Lab
Notice (Other) filed by Plaintiffs Liaison Counsel, 1899 Order,,, 1948 Memorandum of Law in Support filed by Ev
Environmental &Geological Science &Management, LLC., 1576 Affidavit in Support of Motion, filed by City of N
1089 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 2082 Notice of Appearance filed by Weeks Marine, Inc.,
Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A
Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza
Construction Corp., 1856 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1821 MOTION
Summary Judgment re Cantore (06 cv 10654). filed by Taylor Recycling Facility LLC, 1722 Notice of Voluntary D
– Signed,, 1889 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management,
1865 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1290 Response to Discovery filed b
Nolan, 1620 Order, Terminate Motions,, 1610 Order,, 1758 Notice (Other) filed by Phillips and Jordan, Inc., 1648
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto

Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point E
Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze
Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein As
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1721 MOTION for George N. Kalamaras to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1
Certificate of Service Other, filed by Phillips and Jordan, Inc., 1236 Notice (Other) filed by Plaintiffs Liaison Couns
Order, 1259 Stipulation and Order, 1207 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 13
Notice (Other) filed by Plaintiffs Liaison Counsel, 1349 Request for Production of Documents filed by Nicholas Lu
1099 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 1548 Order,,, 1726 MOTION for a Voluntary Dismissal o
the Court Considers Proper Pursuant to FRCP 41 (a) (2). filed by John Dunne, Lynn Taylor, Daniel Taylor, James A
1117 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 1025 Endorsed Letter, 1336 Affidavit of Service Other fi
Plaintiffs Liaison Counsel, 1725 Order on Motion to Appear Pro Hac Vice, 900 MOTION for Reconsideration Plain
Memorandum of Law in Support. filed by Plaintiffs Liaison Counsel, 1857 Declaration in Support of Motion filed b
Recycling Facility LLC, 1136 Order Admitting Attorney Pro Hac Vice, 1628 Notice (Other) filed by Plaintiffs Liaison
Counsel, 1393 Stipulation and Order,,, 1140 MOTION for Partial Summary Judgment. filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Ev
Recycling of Corona, Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 975 U
Order, 1253 Order, 1743 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1944 R
Statement filed by Evans Environmental &Geological Science &Management, LLC., 1942 Memorandum of Law in
filed by Evans Environmental &Geological Science &Management, LLC., 1271 Response to Discovery filed by An
Dunaway, 1356 Request for Production of Documents filed by Diane Scallo, Andrew Scallo, 969 Reply Affirmation
Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering
Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidli
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1796 MOTION for Summary Judgment Gipe Affi
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 1579 Declaration in Support, filed
J. Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 1931 Certificate of Serv
Other, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, T
Interiors Corporation, 2122 Order, 1224 Order, 1591 Order,,, 2047 Notice of Voluntary Dismissal – Signed, 2023 E
Letter,, 1370 Order,,, 1321 Endorsed Letter,,, 1776 MOTION for Summary Judgment re: Greco. filed by Phillips an
Inc., 2116 Notice of Appeal, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canr
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1562 Amended Answer to Complaints filed by Taylor Recycling Facility LLC, 1108 Notice of Adoption of Master A
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma

Interiors Corporation, 1417 Order,,,,,,,, 1692 Notice (Other) filed by Plaintiffs Liaison Counsel, 1589 MOTION for
Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deuts
Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1684 Order on Motion to
Amend/Correct,, 1529 MOTION for Zev Raben to Appear Pro Hac Vice. filed by The Port Authority of New York
Jersey, 1735 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1960 Counter Statement to Rule 56.1,, f
Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engine
P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C.,
Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 1729 Certificate of Service Other,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Alb
Stipulation and Order, Set Deadlines/Hearings,, 1180 MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison C
1878 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1757 Notice (
filed by Phillips and Jordan, Inc., 1533 Notice (Other) filed by Plaintiffs Liaison Counsel, 2037 Transcript, 1330 Ce
of Service Other,, filed by marion s. mishkin, 1106 Notice of Adoption of Master Answer filed by Tishman Constru
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1481 M
to Preclude and for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1561 Affid
Service Other filed by Taylor Recycling Facility LLC, 1123 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1793 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1866 Certificate of Service Other, filed b
Recycling Facility LLC, 1603 Order,,,, 1302 Stipulation and Order of Dismissal,,,,,, 949 Order Admitting Attorney
Vice, 1696 MOTION for Summary Judgment On Behalf of the Structural Engineer Defendants. filed by Gilsanz, M
Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell
Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Canto
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, I
Pitkin, Inc., 1243 Stipulation and Order of Dismissal,,, 1367 Stipulation and Order, 1276 Response to Discovery, fil
Thomas M. Flanders, 1158 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1455 Affirmatic
by C.B. Contracting Corp., 1753 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Mar
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1936 Rule 56.1 Statement filed by
Environmental &Geological Science &Management, LLC., 944 Order on Motion for Reconsideration, 1296 Respon
Discovery filed by Jason Porcaro, 1764 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc
Response to Discovery filed by Dennis M. O'Connor, 2111 Order,,,, 2091 Order, 1373 Order, 1751 MOTION for S
Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1167 Endorsed Letter,,, 1284
to Discovery filed by Dennis M. O'Connor, 1134 Notice (Other) filed by Plaintiffs Liaison Counsel, 1624 Order,,, 1
Response to Discovery filed by Dennis M. O'Connor, 1094 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1205 Memorandum of Law in Support of Motion filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 1413 Order,,, 1682 Notice (Other) filed by
Liaison Counsel, 1697 Rule 56.1 Statement,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill L
Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engin
P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, I
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silr
Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2033 Endorsed Letter,, 1198 Affidavit
Service Other filed by Joette DeGiovine, Daniel DeGiovine, 902 Notice of Appearance filed by 22 Non–Resp, Darl
Montalvo, John Montalvo, 979 Notice (Other) filed by Plaintiffs Liaison Counsel, 1212 Notice, 1021 USCA Mandat
Stipulation and Order,,, 1838 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1063 Notice (Oth
by Plaintiffs Liaison Counsel, 1543 Order on Motion to Preclude, 1335 Stipulation and Order of Dismissal, 1092 No
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1437 Stipulation and Order of Dismissal,,, 1834 Memorandum of Law in
of Motion filed by Taylor Recycling Facility LLC, 1467 Notice of Appearance filed by Bovis Lend Lease LMB, Inc
Pre–Conference Statement filed by Samuel Provisero, 1258 Stipulation and Order,,,,, 1769 MOTION for Summary
Judgment re: Casey. filed by Phillips and Jordan, Inc., 1192 Affidavit of Service Other filed by John Raehse, Paula I
1003 Affirmation, filed by Plaintiffs Liaison Counsel, 2061 Memorandum of Law in Opposition to Motion,,,, filed b
Port Authority of New York &New Jersey, 1327 Notice (Other) filed by Plaintiffs Liaison Counsel, 1013 Notice (O
filed by Plaintiffs Liaison Counsel, 1359 Request for Production of Documents filed by Robert Suarez, 1674 Order,,
Response to Discovery filed by Michael Labetti, 1617 MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. fi
Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, Deutsche Bar
Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 933 Reply Affirmation in Support, fi
Plaintiffs Liaison Counsel, 1251 Stipulation and Order,,, 1772 MOTION for Summary Judgment Notice of Motion
filed by Evans Environmental &Geological Science &Management, LLC., 1027 Notice (Other), Notice (Other), Not
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Oth
Notice (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood,
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co
Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,

Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Eve
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrec
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departn
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Ret
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Notice (Other) filed by Plaintiffs Liaison Counsel, 1594 Rule 7.1 Corporate Disclosure Statement filed by American
Building Maintenance Industries, Inc., 1742 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counse
Endorsed Letter, 1817 Memorandum of Law in Support of Motion filed by City of New York, 1082 Notice of Adop
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1040 MOTION for Madro Bandaries to Appear Pro Hac Vice. filed by Phillips and J
Inc., Phillips and Jordan, 1912 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 972 Notice (Other), N
(Other) filed by marion s. mishkin, 2074 Supplemental ROA Sent to USCA – Index,, 1073 Stipulation and Order of
Dismissal,,,, 906 Notice (Other) filed by Plaintiffs Liaison Counsel, 1864 Declaration in Support of Motion filed by
Recycling Facility LLC, 1079 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1946 Rule 56.1 Staten
by Evans Environmental &Geological Science &Management, LLC., 2014 MOTION for Christopher Quinn to App
Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., 2003 Affidavit in Support, filed
Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Ski
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Eve
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laqu
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1997
MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New Yo
New Jersey pursuant to the New York State Defense Emergency Act. filed by The Port Authority of New York &Ne
Jersey, 2049 MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short No
Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOT
Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Fili
39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice I
Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to
Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $
filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S

LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray S
LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construct
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp.,
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sim
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lu
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2075 Order, 1024 Order,
Notice (Other) filed by Plaintiffs Liaison Counsel, 1231 Order, 1177 Rule 56.1 Statement, filed by En–Tech Corp.,
Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dak
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Co
Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C
Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American C
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Weld
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental N
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, l
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1454 Notice
filed by Plaintiffs Liaison Counsel, 1492 Notice (Other) filed by Plaintiffs Liaison Counsel, 1880 Rule 56.1 Stateme
by Evans Environmental &Geological Science &Management, LLC., 2001 Order to Show Cause,,, 939 Endorsed Le
1209 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpora
New York, Tishman Interiors Corporation, 1691 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel,
Affidavit of Service Other,,, filed by Plaintiffs Liaison Counsel, 1374 Notice (Other) filed by Plaintiffs Liaison Cou
1366 Stipulation and Order, 2044 Affidavit filed by Gregory J Cannata &Associates, 893 Stipulation and Order of
Dismissal,,,, 1577 Order, Set Deadlines/Hearings, 1528 Notice (Other) filed by Plaintiffs Liaison Counsel, 1233 Sti
and Order,,, 1886 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1550 Order,,, 1681 Endorsed Letter,, 1923 Certificate of Service Other,,, filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1444 MOTION for Summary Judgment Dismissing Defendants Not Named in Core Discovery. filed by En–Tech C
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Nev
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, E
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sim
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lu
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2060 Memorandum of L
Opposition filed by Gregory J Cannata &Associates, 1694 Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey, 1879 Rule 56.1 Statement filed by Evans Environmental &Geological Scienc
&Management, LLC., 2025 Notice of Adoption of Master Answer filed by Buro Happold Consulting Engineers, P.C
Stipulation and Order of Dismissal,,, 1951 Declaration in Support, filed by Evans Environmental &Geological Scier

&Management, LLC., 1002 Notice (Other) filed by Plaintiffs Liaison Counsel, 1355 Request for Production of Doc
filed by Jason Porcaro, 2004 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed
Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construc
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incor
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and
Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International,
Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Constr
Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakot
Demo–Tech, Inc., Evans Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B.
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzoc
Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Componer
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Li
Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc.,
Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Roy
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill
Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turn
A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquil
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Franci
Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson
Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportat
Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., A
Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1090 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1622 Order,,, 912 Notice (Other) filed by Plaintiffs Liaison Counsel, 1924 MC
for Summary Judgment re:Scott Malkoff and Irina Malkoff on behalf of Tishman Construction Corporation of Manl
Tishman Construction Corporation of New York and Tishman Interiors Corporation. filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1295 R
to Discovery filed by Jason Porcaro, 1787 Certificate of Service Other,, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1451 Notice (Other) fi
Plaintiffs Liaison Counsel, 1929 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis
Construction Corporation of New York, Tishman Interiors Corporation, 1996 Certificate of Service Other filed by P
and Jordan, Inc., 1260 Notice of Appearance filed by Mark Gajewski, 1993 MOTION for Summary Judgment for P
Christopher Castro. filed by Phillips and Jordan, Inc., 1943 Declaration in Support,, filed by Evans Environmental
&Geological Science &Management, LLC., 1910 Stipulation and Order,,, 1350 Request for Production of Documer
by David Nolan, Louise Nolan, 1450 Notice (Other) filed by Plaintiffs Liaison Counsel, 1831 MOTION for Summa
Judgment re Castro (06 cv 07287). filed by Taylor Recycling Facility LLC, 1773 Memorandum of Law in Support o
filed by Phillips and Jordan, Inc., 1385 Notice (Other) filed by Plaintiffs Liaison Counsel, 1930 MOTION for Sumn
Judgment re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937
06CV11710, 06CV11814, 06CV12743. filed by Survivair Respirators, Inc., 1114 Notice of Adoption of Master Ans
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1194 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 1970 Declaration
Support of Motion, filed by The Port Authority of New York &New Jersey, 2106 Stipulation and Order, 2021 Rule
Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., 1489 Stipulation and Order of Dismissal, 12
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Constructi
Corporation of New York, Tishman Interiors Corporation, 1534 Notice (Other) filed by Plaintiffs Liaison Counsel, _
Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings, 962 Stipulation and Order of Dismissal,, 14
MOTION to Amend/Correct Caption. MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul I
his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. filed by Raymond Hauber,
Affidavit in Support of Motion, filed by Survivair Respirators, Inc., 1564 Affirmation filed by Robert L. Gerosa, Inc
Notice (Other) filed by Plaintiffs Liaison Counsel, 1935 Affidavit of Service Other filed by Survivair Respirators, In
Notice (Other) filed by Plaintiffs Liaison Counsel, 2068 Notice (Other) filed by Plaintiffs Liaison Counsel, 1468
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 1891 Affidavit in Support of Motion filed b
Environmental &Geological Science &Management, LLC., 1941 Rule 56.1 Statement filed by Evans Environmental
&Geological Science &Management, LLC., 1583 Reply Memorandum of Law in Support of Motion filed by City o

York, 1395 Order, 1159 Endorsed Letter, 1645 Declaration in Support of Motion, filed by Plaintiffs Liaison Counse
Reply Memorandum of Law in Support, filed by Plaintiffs Liaison Counsel, 985 Endorsed Letter,, 1531 Order, 1218
Stipulation and Order of Dismissal, 1833 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac
LLC, 917 Declaration in Opposition to Motion,, filed by Bechtel Associates Professional Corporation, Bechtel Corp
Bechtel Construction, Inc., Bechtel Environmental, Inc., 1706 Affidavit in Support of Motion, filed by Gilsanz, Mur
Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &
LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constru
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Co
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers,
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2058 Affidavit in Oppos
filed by Gregory J Cannata &Associates, 997 Endorsed Letter, 1050 Order,,,, 994 Notice (Other) filed by Plaintiffs I
Counsel, 1420 Affirmation filed by Plaintiffs Liaison Counsel, 1269 Response to Discovery filed by Andrew Dunav
Endorsed Letter, 1208 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan,
Construction Corporation of New York, Tishman Interiors Corporation, 1097 Notice of Adoption of Master Answer
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio
Corporation, 951 Stipulation and Order of Dismissal,, 1914 Endorsed Letter, Set Deadlines/Hearings,,,,, 967 Endors
Letter, 1414 Order,,, 1707 MOTION For Lone Pine Order Notice of Motion by The Port Authority of New York and
Jersey For Lone Pine Order. filed by The Port Authority of New York &New Jersey, 1915 Reply Memorandum of L
Support of Motion filed by Michelle Haskett–Godbee, 1927 Affidavit in Support of Motion, filed by Tishman Cons
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1084 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1299 Response
Discovery filed by Andrew Scallo, 1657 Order,,, 1093 Notice of Adoption of Master Answer filed by Tishman Cons
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 892 No
(Other) filed by Plaintiffs Liaison Counsel, 1710 Endorsed Letter, 1750 MOTION for Summary Judgment on behalf
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Int
Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Y
Tishman Interiors Corporation, 1734 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1421 Notice (O
filed by Plaintiffs Liaison Counsel, 980 Notice (Other) filed by Plaintiffs Liaison Counsel, 954 Notice (Other) filed
Plaintiffs Liaison Counsel, 976 Endorsed Letter,,, 1532 MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Ha
filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, 1623 Ord
Motion to Appear Pro Hac Vice,,, 2067 Notice (Other) filed by Plaintiffs Liaison Counsel, 1257 Order,,, 1006 Notic
(Other) filed by Plaintiffs Liaison Counsel, 978 Stipulation and Order of Dismissal,, 1086 Notice of Adoption of Ma
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1469 Declaration in Support of Motion,, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1717 Notice (Other) fi
Plaintiffs Liaison Counsel, 1643 MOTION for Joseph A. Clark to Appear Pro Hac Vice. filed by Deutsche Bank Tr
Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1
Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LL
MOTION for Summary Judgment for Plaintiff Fernando Grimaldi. filed by Phillips and Jordan, Inc., 1592 Order,,,
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1762 MOTION
Summary Judgment re Cantore. filed by Phillips and Jordan, Inc., 1490 Stipulation and Order,,, 1593 Order,,, 1724 I
for Patricia I. Jorge to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1672 FIRST MOTION
Protective Order Based on Privacy Act. filed by United States, 1638 Memorandum of Law in Opposition filed by Ra
Hauber, 1990 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1234 Consent, filed by
Curti, 1850 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1065 Order,,, 1689 Order on Mo
Appear Pro Hac Vice,, 1190 Declaration in Support of Motion, filed by John Raehse, Paula Raehse, 1957 Certificate
Service Other filed by Taylor Recycling Facility LLC, 1252 Stipulation and Order of Dismissal, 1081 Notice of Ado
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne

Tishman Interiors Corporation, 1149 MOTION for Partial Summary Judgment. filed by City of New York, 934 Stip
and Order of Dismissal, 1659 Notice (Other) filed by Evans Environmental &Geological Science &Management, LI
Memorandum of Law in Support of Motion,, filed by The Port Authority of New York &New Jersey, 1030 Notice (
filed by Plaintiffs Liaison Counsel, 1761 Certificate of Service Other,, filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1188 MOTION to Vac
Order,,. filed by John Raehse, Paula Raehse, 1512 Notice (Other) filed by Plaintiffs Liaison Counsel, 1545 MOTIO
Quash Subpoenas. filed by City of New York, 1716 Notice (Other) filed by Plaintiffs Liaison Counsel, 1281 Respon
Discovery filed by Nicholas Lusuriello, 1578 MOTION to Compel Witnesses to appear for deposition. filed by John
Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 2110 Declaration in Suppo
Motion, filed by Mount Sinai Medical Center, 1375 Notice (Other) filed by Plaintiffs Liaison Counsel, 1328 Stipula
Order of Dismissal, 998 Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT
Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Canron Constru
Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associ
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Mu
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Cor
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1394 Notice (Other) filed by Pla
Liaison Counsel, 1581 Notice (Other) filed by Plaintiffs Liaison Counsel, 1129 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1392 Notice (Other) filed by Plaintiffs Liaison Counsel, 1635 Reply Memorandum of Law in Oppisiti
Motion, filed by Raymond Hauber, 1609 Affirmation filed by City of New York, 1747 FIRST MOTION for Summa
Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1189 Memorandum of Law in s
of Motion filed by John Raehse, Paula Raehse, 1688 Affirmation filed by Semcor Equipment and Manufacturing
Corporation, 1199 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGiovine, 1621 Order,,, 1434 Noti
(Other) filed by Plaintiffs Liaison Counsel, 1482 MOTION to Preclude and for Default against the Defendant City o
York. filed by Plaintiffs Liaison Counsel, 2000 Rule 56.1 Statement filed by The Port Authority of New York &New
1572 MOTION to Quash Subpoenas to NYPD Medical Board Doctors. filed by City of New York, 1365 Reply
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 2013 Notice (Other) filed by Gregory J Can
&Associates, 1320 Endorsed Letter,, 1031 Notice (Other) filed by Plaintiffs Liaison Counsel, 2055 Affirmation in
Opposition to Motion,,, filed by Michelle Haskett–Godbee, 1939 Rule 56.1 Statement filed by Evans Environmenta
&Geological Science &Management, LLC., 1055 Notice (Other) filed by Plaintiffs Liaison Counsel, 2005 Declarati
Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Roda
Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully
Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Servic
Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc.,
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corp
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Liberty Mutual
Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Asso
Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American C
Bovis Lend Lease Inc., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wre
Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Ma
Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Ind
Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Cont

Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Ro[...] Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwoo[...] &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., [...] Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease In[...] Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equ[...] Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equ[...] Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction Intern[...] L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat[...] L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W[...] &Construction Corp., 2031 Order on Motion to Appear Pro Hac Vice, 2081 Notice of Appearance filed by Verizon [...] York Inc., 1976 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1882 Memorandum o[...] Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 991 Order on Motion [...] Summary Judgment, 1926 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation [...] Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 957 Certificate of Cou[...] filed by marion s. mishkin, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 1091 Notice of Adoption of Mast[...] Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York [...] Tishman Interiors Corporation, 1301 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1045 Stipulation [...] Order of Dismissal, 1132 Stipulation and Order of Dismissal,,,,,, 1918 Declaration in Support of Motion, filed by T[...] Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor[...] 1163 Notice (Other) filed by Samuel Provisero, 1693 MOTION for Summary Judgment Notice of Motion for Summ[...] Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York[...] Unconsolidated Laws ? 7107. filed by The Port Authority of New York &New Jersey, 1196 Memorandum of Law i[...] filed by Joette DeGiovine, Daniel DeGiovine, 1485 MOTION to Preclude and for Default against Defendant City of[...] York. filed by Plaintiffs Liaison Counsel, 968 Reply,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler [...] Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Cons[...] Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton [...] Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &[...] Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1277 Response to [...] Discovery, filed by Thomas M. Flanders, 1071 Stipulation and Order of Dismissal,,,, 1471 Response to Discovery fi[...] Diane Scallo, Andrew Scallo, 1675 Notice (Other) filed by Plaintiffs Liaison Counsel, 1303 Stipulation and Order,,,[...] Reply Memorandum of Law in Support of Motion filed by Tully Environmental Inc., Evergreen Recycling of Coror[...] Rule 56.1 Statement filed by Survivair Respirators, Inc., 1226 Stipulation and Order of Dismissal,,, 1715 Endorsed [...] 1711 Protective Order, Add and Terminate Attorneys, 1161 Endorsed Letter,, 1075 Stipulation and Order of Dismiss[...] 1112 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Interiors[...] Corporation of New York, Tishman Interiors Corporation, 996 Stipulation and Order of Dismissal, 1902 Memorand[...] Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1033 Memorandum of Law in Opposition filed by [...] Liaison Counsel, 918 Stipulation and Order,, 1837 Memorandum of Law in Support of Motion filed by Taylor Recy[...] Facility LLC, 1087 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan,[...] Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1756 Memorandum of Law in Sup[...] Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York [...] Tishman Interiors Corporation, 1741 Notice (Other) filed by Plaintiffs Liaison Counsel, 1104 Notice of Adoption of [...] Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,[...] Tishman Interiors Corporation, 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claim[...] Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second An[...] Master Complaint Against Bechtel Defendan filed by Plaintiffs Liaison Counsel, 1754 Affidavit in Support of Motio[...] by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte[...] Corporation, 1859 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1570 Notice (Other) fi[...] Plaintiffs Liaison Counsel, 1241 Stipulation and Order of Dismissal, 1542 Order on Motion to Preclude, 1154 Decl[...] Support of Motion,,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth [...] &Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur[...] Construction Company, Plaza Construction Corp., 1121 Notice of Adoption of Master Answer filed by Tishman [...] Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor[...] 1017 Reply Affirmation in Support of Motion, filed by En–Tech Corp., C.B. Contracting Corp., 1654 Order on Mot[...] Miscellaneous Relief, 1463 MOTION for Judgment on the Pleadings Richard Calderon 06cv10267. filed by Tishma[...] Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor[...] 938 Notice (Other) filed by Plaintiffs Liaison Counsel, 1569 Notice (Other) filed by Plaintiffs Liaison Counsel, 154[...] 1419 Endorsed Letter, 2112 Notice (Other) filed by Plaintiffs Liaison Counsel, 1229 Notice (Other) filed by Plaintif[...] Liaison Counsel, 1507 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1111 Notice [...] Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo[...] New York, Tishman Interiors Corporation, 1397 Order, 1242 Endorsed Letter,,, 1120 Notice of Adoption of Master [...] filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman[...] Interiors Corporation, 1151 Memorandum of Law in Support of Motion filed by City of New York, 1425 Notice (Ot[...] by Plaintiffs Liaison Counsel, 1885 Declaration in Support of Motion,, filed by The Port Authority of New York &N[...] Jersey, 1339 Notice (Other) filed by Plaintiffs Liaison Counsel, 947 Memorandum of Law in Support of Motion, file[...]

En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofr
General Contractors Corp., 1703 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1256 Stipulation and Orde
MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche B
Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1904 Affirmation in Opposition, file
Plaintiffs Liaison Counsel, 1432 Notice (Other) filed by Plaintiffs Liaison Counsel, 1510 Endorsed Letter,, 1678 De
in Support of Motion, filed by The Port Authority of New York &New Jersey, 1968 Rule 56.1 Statement, filed by G
Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore O
&Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzochi Wrecking, Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk
Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Eng
P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Brak
Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, L
– Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, C
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gro
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Eq
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis
Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material
Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkov
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully C
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1064 Notice (Other) filed by Plaintiffs Liaison Counsel, 982 Notice (Other) filed by Plaintiffs Liaison Counsel, 1430
(Other) filed by Plaintiffs Liaison Counsel, 1868 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1779
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 1178 Memorandum of Law in Support of M
filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contra
Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., At
Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema In
Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental N
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthor
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking
&Construction Corp., 2062 Affirmation in Opposition to Motion,,, filed by marion s. mishkin, 2038 MOTION to St
Modify and Issues for April 12, 2010 Fairness Hearing. (Filing Fee $ 39.00.) filed by Michelle Haskett–Godbee, 19
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1289 Response
Discovery filed by David Nolan, 1278 Response to Discovery, filed by Thomas M. Flanders, 1113 Notice of Adopti
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 2045 Order,, 1096 Notice of Adoption of Master Answer filed by Tishman Construc
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1686
Stipulation and Order of Dismissal,, 2053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1961 Notice (Other) fi
Phillips and Jordan, Inc., 2012 Affidavit of Service Other filed by Survivair Respirators, Inc., 921 Stipulation and O
Dismissal,, 1448 Stipulation and Order of Dismissal,, 1171 Endorsed Letter,, 1727 Memorandum of Law in Support
Motion filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1518 Notice (Other) filed by Plaintiffs Lia
Counsel, 1028 Notice (Other) filed by Plaintiffs Liaison Counsel, 1964 Memorandum of Law in Support of Motion

Phillips and Jordan, Inc.,, 1989 Rule 56.1 Statement filed by City of New York,, 1020 Notice (Other) filed by Plaintiff
Liaison Counsel,, 1346 Request for Production of Documents filed by Thomas M. Flanders,, 1254 Stipulation and Or
1969 MOTION for Summary Judgment for Plaintiff Jeffrey and Diane Loughery. filed by Phillips and Jordan, Inc.,,
Affirmation in Support of Motion filed by Michelle Haskett–Godbee,, 1026 Notice (Other), Notice (Other), Notice (
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notic
(Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co
Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,,
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Eve
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departm
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Ren
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 232 Memorandum of Law in Support o
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 68 Order,,, 260 Order,, 288 Waiver of Service Exec
filed by Plaintiffs Liaison Counsel,, 438 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 414
310 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 82 Order,,,, 404 Motion to Dismiss. filed by
Construction Company,, Turner/Plaza, A Joint Venture,, 132 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 382 Endorsed Letter,,, 226 Answer to Complaint filed by World Trade Center Properties LLC,,
Answer to Complaint filed by City of New York,, 486 Order on Motion for Summary Judgment,,, 387 MOTION for
Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, W
WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,,, 528 Endorsed Letter,, 376 Endorsed Letter,,,
Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript,, 175 Answer to Complaint filed by Plaza Cons
Corp.,, 445 Notice of Appearance filed by John Montalvo,, marion s. mishkin,, 230 Answer to Complaint filed by B
Lend Lease, Inc., and Tully Construction Co., Inc.,,, 420 Endorsed Letter,, 509 Master Allegations filed by Plaintiff
Counsel,, 545 Notice of Appeal,, filed by Turner Construction Company,, Bechtel Corporation,, The Port Authority
York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction
Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L.
Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 384
Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
74 Stipulation and Order,, 76 Endorsed Letter,, 355 Order, Add and Terminate Attorneys,,, 396 Affidavit in Support
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,, 314 Order,, 375 Notice of Voluntary Dismissal – Si

204 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 449 Affidavit in Opposition to Mo by Michael Chambers,, 46 Affidavit of Service Other, 344 Opposition Brief filed by Bovis Lend Lease LMB, Inc.,,, Endorsed Letter,, 107 Answer to Complaint filed by City of New York,, 300 Waiver of Service Executed, filed by P Liaison Counsel,, 417 Endorsed Letter,, 482 Order,,, 327 Notice of Appearance filed by Wolkow Braker Roofing Corporation,, 113 Answer to Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure State filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 108 R Corporate Disclosure Statement filed by Plaza Construction Corp.,, 378 CROSS MOTION to Remand to State Cour by Battery Park City Authority,, 254 Order on Motion to Appear Pro Hac Vice, 332 Notice (Other) filed by Plaintiff Counsel,, 303 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate Disclosure S filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 Notice of Ap filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavit in Oppositi Motion, filed by Charles Dalton,, 57 Order,,, 388 MOTION for Judgment on the Pleadings Based on State Statutory Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse Port Authority of New York and New Jersey,, 213 Answer to Complaint filed by Plaza Construction Corp.,, 259 Ord Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 534 Memorandum &Opinion,,,, 33 Ord 524 Notice (Other) filed by Plaintiffs Liaison Counsel,, 494 Reply Memorandum of Law in Support of Motion, filed Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C. Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, Silverst Properties, Inc.,,, 83 Case Management Plan,,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac Vice on behalf of P Liaison Counsel. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza Construction Corp.,, Endorsed Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,, 249 Endorsed Letter,, City of New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Bros. Iron Works Co.,, 79 Order Deadlines,,,,, 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 234 MOTION for Jo Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Company,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Company,, 323 Rule 7.1 Corporate Disclosure Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Support of Motion, f City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Con Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmen Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 49 56.1 Statement filed by City of New York,, 290 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 12 Answer to Complaint filed by Plaza Construction Corp.,, 264 Declaration, filed by Phillips and Jordan,, 461 Notice filed by Plaintiffs Liaison Counsel,, 283 Reply Memorandum of Law in Support of Motion, filed by Plaintiffs Liaiso Counsel,, 208 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 365 Order,, 351 Order, 1 Answer to Complaint filed by Plaza Construction Corp.,, 412 Order,,,,, 159 Answer to Complaint filed by Plaza Cor Corp.,, 121 Answer to Complaint filed by Plaza Construction Corp.,, 489 Endorsed Letter,, 380 Endorsed Letter,, 40 Affidavit of Service Other,, 406 Endorsed Letter,, 50 MOTION for Summary Judgment. filed by City of New York,, Answer to Complaint filed by Plaza Construction Corp.,, 280 Subpoena Issued, filed by Defendants,, 473 Rule 7.1 C Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bech Associates Professiona;l Corporation,, Bechtel,, 42 Affidavit of Service Other, 255 Notice (Other), Notice (Other) fi City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction Company,, Notice (Other) filed by Plaintiffs Liaison Counsel,, 348 Endorsed Letter,, 464 Reply, filed by City of New York,, Tu Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professiona;l Corporation,, Bechtel,, 390 Rule 56.1 Statement, filed by City of New York,, Turner Construction Cor Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 87 Notice (O Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WT Holding LLC.,, 32 Order,,,, 537 Endorsed Letter,, 496 Reply Memorandum of Law in Support of Motion, filed by S Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Hol L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,,,

Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Prope Inc.,,,267 Case Management Plan,,,,,195 Answer to Complaint filed by Plaza Construction Corp.,,298 Waiver of S Executed, filed by Plaintiffs Liaison Counsel,,133 Answer to Complaint filed by Plaza Construction Corp.,,316 Or Answer to Complaint filed by Plaza Construction Corp.,,154 Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,,143 Answer to Complaint filed by Plaza Construction Corp.,,101 Answer to Complaint filed b New York,,322 Rule 7.1 Corporate Disclosure Statement filed by Verizon New York Inc.,,220 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,325 Order,,176 Rule 7.1 Corporate Disclosure Statement f Plaza Construction Corp.,,457 Protective Order,,217 Answer to Complaint filed by Plaza Construction Corp.,,321 Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,,400 Rule 56.1 Statement, filed by The Port A of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverst Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings Silverstein Properties, Inc.,,,,379 Memorandum of Law in Opposition to Motion, filed by Battery Park City Authorit Order,,139 Answer to Complaint filed by Plaza Construction Corp.,,70 MOTION to Dismiss. filed by The Port Au New York &New Jersey,, World Trade Center Properties LLC,,275 Declaration in Opposition to Motion, filed by Defendants,,539 Order,239 Answer to Complaint filed by City of New York,,488 Declaration, filed by City of Ne Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professional Corporation,, Bechtel,,161 Answer to Complaint filed by Plaza Construction Corp.,,293 Waiver of Se Executed, filed by Plaintiffs Liaison Counsel,,291 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, Endorsed Letter,,199 Answer to Complaint filed by Plaza Construction Corp.,,299 Waiver of Service Executed, fil Plaintiffs Liaison Counsel,,206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,405 En Letter,,118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,137 Answer to Complaint Plaza Construction Corp.,,84 Declaration,,198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constructio 469 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, Th Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Order,,114 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,243 Order,,,,532 Order,,4 Notice of Change of Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, T Construction Co., Inc.,, LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc. and Tully Construction Co., Inc.,, Bechtel Construction Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,, Parson Group, Inc.,, SKIDMOR OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolk Braker Roofing Corporation,,103 Answer to Complaint filed by City of New York,,530 Endorsed Letter, Set Deadlines/Hearings,,,311 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,169 Answer to Complai by Plaza Construction Corp.,,277 Order,,52 Response,253 Order,333 Notice (Other) filed by Plaintiffs Liaison Co 436 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,,93 Remark filed by Nomura Holding A Inc.,,110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,142 Rule 7.1 Corporate Disc Statement filed by Plaza Construction Corp.,,231 MOTION seeking an order deeming cross–claims for contributio indemnity as amongst all co–defendants to have been made and denied.. (Filing Fee $ 39.00.) filed by The Port Aut New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings Silverstein Properties, Inc.,,,,216 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,135 A Complaint filed by Plaza Construction Corp.,,183 Answer to Complaint filed by Plaza Construction Corp.,,508 Ma Allegations filed by Plaintiffs Liaison Counsel,,306 Waiver of Service Executed, filed by Plaintiffs Liaison Counse Order, Set Hearings,,,460 Counter Statement to Rule 56.1, filed by City of New York,, Turner Construction Co.,, T

Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professional Corporation,, Bechtel,, _352_ Order, Add and Terminate Attorneys,,, _36_ Order of Dismissal,, _493_ Reply Memorandum of Law in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co Inc.,, Consolidated Edison Development, Inc.,, _533_ Order,, _190_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _369_ Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, _304_ Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, _128_ Corporate Disclosure Statement filed by Plaza Construction Corp.,, _71_ Memorandum of Law in Support of Motion f The Port Authority of New York &New Jersey,, World Trade Center Properties LLC,, _523_ Notice (Other) filed by P Liaison Counsel,, _109_ Answer to Complaint filed by Plaza Construction Corp.,, _419_ Affirmation in Opposition to M filed by Michael Chambers,, _309_ Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, _446_ Notice of Ch Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bov Lease, Inc. and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mu Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professional Corp Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, _256_ Notice filed by Tully Construction Co., Inc.,, _409_ CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jor Order,,, _269_ Protective Order, _106_ Answer to Complaint filed by City of New York,, _212_ Rule 7.1 Corporate Disclo Statement filed by Plaza Construction Corp.,, _178_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,, _102_ Answer to Complaint filed by City of New York,, _452_ Stipulation and Order,, _30_ Notice (Other) filed by Patrick Ryan,, Charles Markey,, _229_ Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,, _413_ Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,, _318_ Order, Set Deadlines/Hearings,,,,,,,,,, _392_ MOTION Summary Judgment Based on Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cent Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Auth New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New J World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C., Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, _235_ Order Appear Pro Hac Vice,, _487_ Order,,,, _179_ Answer to Complaint filed by Plaza Construction Corp.,, _221_ Answer to Co filed by Plaza Construction Corp.,, _454_ Declaration in Support, filed by Tishman Construction Corporation of New Tishman Construction Corporation of Manhattan,, _522_ Notice (Other) filed by Plaintiffs Liaison Counsel,, _165_ Answ Complaint filed by Plaza Construction Corp.,, _266_ Endorsed Letter,, _484_ Order on Motion for Leave to Appear,, _3 of Appearance filed by Verizon Communications Inc.,, _367_ Rule 7.1 Corporate Disclosure Statement filed by Tishm Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, _124_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _490_ Endorsed Letter,, _56_ Order,,,,, _281_ Order,, _292_ Waiver Service Executed, filed by Plaintiffs Liaison Counsel,, _138_ Answer to Complaint filed by Plaza Construction Corp.,, Reply Memorandum of Law, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Prop Inc.,, Bovis Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 W Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillip Jordan,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein V Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C. Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,, Turner/Plaza, A Joint Venture,, _483_ Orde Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, _85_ Case Management Plan,, _257_ Endorsed Letter, Opposition Brief, filed by Plaintiffs Liaison Counsel,, _301_ Waiver of Service Executed filed by Plaintiffs Liaison Co _173_ Answer to Complaint filed by Plaza Construction Corp.,, _182_ Rule 7.1 Corporate Disclosure Statement filed by Construction Corp.,, _397_ Memorandum of Law in Support of Motion, filed by The Port Authority of New York &N Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, _470_ R

Memorandum of Law, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Con
Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza
Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 43
of Service Other, 295 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 89 Order,,, 349 Endorsed Le
Declaration in Support, filed by City of New York,, 155 Answer to Complaint filed by Plaza Construction Corp.,, 58
Transcript,, 45 Affidavit of Service Other, 289 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 458
Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, 383 MOTION to Dismiss. filed by City of New York,, Turner Construction Company,, Bechtel Corporatio
Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease,
Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Pla
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 62
541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by Plaintiffs Liaison C
519 Order,, 328 Notice of Appearance filed by Zeckendorf Realty, L.P.,, 278 Remark,, 538 Endorsed Letter, Set
Deadlines/Hearings,,,,, 73 Order,,, 116 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,
Notice of Appearance filed by Nomura Holding America, Inc.,, 271 MOTION to Compel Discovery and for Sanctic
Failure to Comply. filed by Plaintiffs Liaison Counsel,, 160 Rule 7.1 Corporate Disclosure Statement filed by Plaza
Construction Corp.,, 462 Reply Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, W
WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,, 270 Order,,,,, 393 Certificate of Service Othe
by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis L
Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 223 Answer to Complaint filed by Pl
Construction Corp., 261 Endorsed Letter,, 345 Opposition Brief filed by City of New York,, 64 Transcript, 366 Noti
Appearance filed by The Bank of New York Company, Inc.,, The Bank of New York,, One Wall Street Holdings LI
Wall Street Corporation,, The Bank of New York Trust Company,, 285 Waiver of Service Executed, filed by Plainti
Liaison Counsel,, 502 Order, 529 Notice of Appearance filed by Nomura Holding America, Inc.,, 500 Stipulation an
of Dismissal,,, 228 Rule 7.1 Corporate Disclosure Statement filed by Tully Construction Co., Inc.,, 546 Notice of
Appearance filed by Musco Sports Lighting, LLC,, 222 Rule 7.1 Corporate Disclosure Statement filed by Plaza Con
Corp.,, 215 Answer to Complaint filed by Plaza Construction Corp.,, 346 Opposition Brief filed by City of New Yor
Master Allegations filed by Plaintiffs Liaison Counsel,, 98 Order,,, 120 Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, 189 Answer to Complaint filed by Plaza Construction Corp.,, 202 Rule 7.1 Corporate Dis
Statement filed by Plaza Construction Corp.,, 372 Notice of Appearance filed by Verizon Communications Inc.,, 23
Affirmation in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison
Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso
Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co
Inc.,, Consolidated Edison Development, Inc.,, 105 Answer to Complaint filed by City of New York,, 185 Answer t
Complaint filed by Plaza Construction Corp.,, 480 Endorsed Letter,, 531 Order,, 99 Order Admitting Attorney Pro l
Vice,, 111 Answer to Complaint filed by Plaza Construction Corp.,, 354 Order, Add and Terminate Attorneys,,, 471
Declaration in Support of Motion, filed by City of New York,, Turner Construction Co.,, Turner Construction Comp
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, 41 Affidavit of Service Other,, 440 Affidavit in Opposition to Motion, filed by John Montalvo,, 381 Notic
Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 193 Answ
Complaint filed by Plaza Construction Corp.,, 146 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construc
Corp.,, 125 Answer to Complaint filed by Plaza Construction Corp.,, 279 Reply to Response to Motion, filed by Pla
Liaison Counsel,, 543 MOTION for Leave to Appeal the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed b
New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease
Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation
Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc

Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Bechtel,, 167 Answer to Complaint filed by Plaza Construction Corp
Notice (Other) filed by Plaintiffs Liaison Counsel,, 441 Affidavit in Opposition to Motion, filed by John Montalvo,,
Memorandum of Law in Opposition to Motion, filed by Marion s. Mishkin,, 248 Case Management Plan,, 526 Stipu
and Order of Dismissal,, 184 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 150 Rule
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 236 Answer to Complaint filed by The Port Aut
New York &New York,, 334 Order, Set Deadlines/Hearings,,, 37 Order,,,,, 129 Answer to Complaint filed by Plaz
Construction Corp.,, 117 Answer to Complaint filed by Plaza Construction Corp.,, 513 Master Allegations filed by I
Liaison Counsel,, 241 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 341 Oppositio
filed by The City of New York,, 386 Memorandum of Law in Support of Motion, filed by City of New York,, Turne
Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Co
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, 141 Answer to Complaint filed by Plaza Construction Corp.,, 282
Memorandum of Law in Opposition to Motion, filed by City of New York,, 38 Order,, 181 Answer to Complaint file
Plaza Construction Corp.,, 197 Answer to Complaint filed by Plaza Construction Corp.,, 211 Answer to Complaint f
Plaza Construction Corp.,, 97 Answer to Complaint filed by City of New York,, 168 Rule 7.1 Corporate Disclosure
Statement filed by Plaza Construction Corp.,, 134 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 162 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 177 Answer to Complaint f
Plaza Construction Corp.,, 340 Order, 59 Order,, 439 Endorsed Letter,, 35 Order,,,,, 317 Rule 26 Disclosure filed by
Plaintiffs Liaison Counsel,, 474 Answer to Complaint, Third Party Complaint filed by Phillips and Jordan,, 507 Mas
Allegations filed by Plaintiffs Liaison Counsel,, 210 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constru
Corp.,, 276 Memorandum of Law in Opposition to Motion, filed by Bechtel,, 287 Waiver of Service Executed, filed
Plaintiffs Liaison Counsel,, 227 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 515
of Service Other, filed by Plaintiffs Liaison Counsel,, 44 Affidavit of Service Other,, 498 Stipulation and Order of D
360 Order, Add and Terminate Attorneys,,, 418 Affirmation in Opposition to Motion, filed by Thomas Asher,, 192
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 315 Order,, 172 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 394 MOTION for Summary Judgment Based Upon Status as Out–of–Possession
filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstei
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,, 407 Rule 7.1 Corporate Disclosure Statement filed by Tully Environmental Inc.,, 218 Rule 7.1 Cor
Disclosure Statement filed by Plaza Construction Corp.,, 258 Endorsed Letter,,, 410 Notice of Appearance filed by V
New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 357 Order, Add and Terminate Attorneys,
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 224 Rule 7.1 Corporate Disclosure Stat
filed by Plaza Construction Corp.,, 403 Memorandum of Law in Support of Motion, filed by Silverstein Properties,
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,
Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Answer to Complaint filed by Plaza Construction Corp.,, 188 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 296 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 463 Reply Memorandum
in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of
York, Inc.,,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of Nev
Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolida
Edison Development, Inc.,, 53 Declaration in Opposition to Motion, 415 Notice of Substitution of Attorney, filed by
Hill Properties LLC,, 398 Rule 56.1 Statement, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, Wo
Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 Wor
Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 237 Answer to Complaint filed by The Port Authori
New York &New Jersey,, 465 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of Ne
&New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey
Tartamella,, 272 MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Conten
their failure to respond to same. filed by Plaintiffs Liaison Counsel,, 497 Reply Memorandum of Law in Support of
filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.

World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 294 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 145 Answer to Complaint fil
Plaza Construction Corp.,, 156 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 389
Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Wes
America, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 63 Endorsed Letter
Hearings, 371 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construct
Corporation of Manhattan,, 326 Order,,, 350 Notice (Other) filed by Verizon New York Inc.,, Verizon Properties In
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 444 Notice of Appearance filed by CD
York) L.L.C.,, 205 Answer to Complaint filed by Plaza Construction Corp.,, 88 Notice (Other), Notice (Other) filed
Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 447 N
(Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 331 Endorsed Le
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 72 Remark filed by The Port Authority
York &New Jersey,, World Trade Center Properties LLC,, 377 Order, Set Deadlines,,,,, 60 Order,,, 219 Answer to C
filed by Plaza Construction Corp.,, 467 Reply Memorandum of Law in Support of Motion, filed by Silverstein Prope
Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C
World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center,
Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 96 Answe
Complaint filed by City of New York,, 171 Answer to Complaint filed by Plaza Construction Corp.,, 472 Certificate
Service Other, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Constructio
Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Plaza Construction Management Corp.,, T
Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construc
International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bec
Associates Professiona;l Corporation,, Bechtel,, 373 Notice of Appearance filed by Verizon Communications Inc.,,
Order, Add and Terminate Attorneys,, 242 Answer to Complaint filed by Silverstein Properties, Inc.,, World Trade C
Properties LLC,, 90 Case Management Plan,, 401 Rule 56.1 Statement, filed by The Port Authority of New York &N
Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 286 W
Service Executed, filed by Plaintiffs Liaison Counsel,, 47 Order,,, 347 Notice (Other) filed by Plaintiffs Liaison Cour
Stipulation and Order of Dismissal,,, 147 Answer to Complaint filed by Plaza Construction Corp.,, 153 Answer to C
filed by Plaza Construction Corp.,, 411 Rule 7.1 Corporate Disclosure Statement filed by Turner/Plaza, A Joint Ven
FIRST MOTION For Leave To File Plaintiffs' Master Complaint As To Fresh Kills Defendants re: 541 FIRST MOT
File Additional Master Complaint As To Fresh Kills Defendants. Memorandum In Support. filed by Plaintiffs Liaiso
Counsel,, 67 Endorsed Letter,, 65 Endorsed Letter,, 112 Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor
Corp.,, 244 Notice (Other) filed by Latham &Watkins LLP,, 459 Reply Memorandum of Law in Support of Motion,
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Bechtel,, 324 Notice of Appearance filed by Verizon New York Inc.,,
Properties Inc.,, 506 Endorsed Letter,,, 395 MOTION for Judgment on the Pleadings Based on State Common Law
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, 203 Answer to Complaint filed by Plaza Construction Corp.,, 214 Ru
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 180 Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, 385 MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y
Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solution
Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison
Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 358 Order, Add and Terminate
Attorneys,,, 511 Master Allegations filed by Plaintiffs Liaison Counsel,, 442 Memorandum of Law in Opposition to
filed by John Montalvo,, 535 Endorsed Letter,,, 201 Answer to Complaint filed by Plaza Construction Corp.,, 186 R
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 353 Order, Add and Terminate Attorneys,,, 514
Allegations filed by Plaintiffs Liaison Counsel,, 75 Endorsed Letter,,, Add and Terminate Attorneys,, 77 Endorsed L
225 Answer to Complaint filed by Plaza Construction Corp.,, 274 Memorandum of Law in Opposition to Motion, fil
Defendants,, 481 Order, 39 Affidavit of Service Other, 95 Notice (Other), Notice (Other) filed by Westfield Corpora
Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC.,, 126 Rule 7.1 Corporate Disc
Statement filed by Plaza Construction Corp.,, 200 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 157 Answer to Complaint filed by Plaza Construction Corp.,, 284 Waiver of Service Executed, filed by Plai
Liaison Counsel,, 330 Notice (Other), Notice (Other) filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center
4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,,
Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,,, 209 Answer to C

filed by Plaza Construction Corp.,, 416 Order,,, 468 Reply Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne
and New Jersey, Frances Tartamella,, 34 Order, 370 Rule 7.1 Corporate Disclosure Statement, filed by Tishman
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 356 Order, Add and Ter
Attorneys,,, 402 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jerse
Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey, 246 Transcript, 12
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 451 Protective Order, 437 Notice (Other) fil
Plaintiffs Liaison Counsel,, 512 Master Allegations filed by Plaintiffs Liaison Counsel,, 337 Endorsed Letter, Set
Deadlines/Hearings,,,,, 391 Declaration in Support of Motion, filed by City of New York,, Turner Construction Con
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tu
Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl
Joint Venture,, Bechtel Associates Professiona;l Corporation,, 51 Memorandum of Law in Support of Motion filed b
New York,, 194 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 149 Answer to Compl
by Plaza Construction Corp.,, 196 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp., 435 N
Appearance filed by Antonio E. Alves,, Maria E. Alves,, 455 Endorsed Letter,,, 54 Order, 495 Stipulation and Orde
Dismissal,, 61 Transcript, 158 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 308 Wai
Service Executed, filed by Plaintiffs Liaison Counsel,, 240 Answer to Complaint filed by City of New York,, 443 N
Appearance,,,,,, filed by Turner Construction Co.,, Turner Construction Company,, Bechtel Construction,, Tully Con
Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis Lend Lease Inc,, Tully Construction Co., In
AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In
Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Co
Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C
Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis
Lease Inc.,, Bechtel Associates Professiona;l Corporation,, 247 Answer to Complaint filed by World Trade Center F
LLC,, 525 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 536 Notice (Other), l
(Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 140 Rule 7.1 Cor
Disclosure Statement filed by Plaza Construction Corp.,, 466 Reply Affidavit in Support of Motion, filed by The Po
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.
Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Sil
WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein V
Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC F
L.L.C.,, Silverstein Properties, Inc.,, 516 Master Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegat
by Plaintiffs Liaison Counsel,, 329 Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,,
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate Disclosure Statement filed
Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 305 Waiver o
Executed, filed by Plaintiffs Liaison Counsel,, 273 MOTION to Compel the Depositions of Lawrence Martin, Esq.,,
Kenneth Becker, Esq.. filed by Plaintiffs Liaison Counsel,, 191 Answer to Complaint filed by Plaza Construction Co
Opposition Brief filed by City of New York,, 268 Order Lifting Stay,,, 361 Order, Add and Terminate Attorneys,,,, 1
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 265 Order,,, 297 Waiver of Service Execute
by Plaintiffs Liaison Counsel, 312 Order, 868 MOTION for Protective Order Exhibits H–L. filed by En–Tech Corp.
Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructio
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tu
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happol
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc.,
LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel
Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze Nationa
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment

Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc.,
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., <u>779</u> Notice (Other) filed by Plaza Construction Corp., <u>612</u> Answer to Complaint filed by Phillips and Jo
Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, <u>650</u> Order, Set Deadlines/Hearing
Response, filed by Maria E. Alves, Antonio E. Alves, <u>645</u> Notice (Other), Notice (Other) filed by Plaintiffs Liaison
<u>758</u> Amended Answer to Complaints, filed by New York City Department of Transportation, Weeks Marine, Inc.,
Mazzocchi Wrecking, City of New York, Yannuzzi &Sons, Inc., New York City Department of Sanitation, New Yo
Department, <u>751</u> Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Construction Company, Inc., <u>749</u> Rule 7
Corporate Disclosure Statement filed by Bechtel Associates Professional Corp., <u>725</u> Certificate of Service Other file
Cord Contracting Co. Inc., <u>824</u> Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA
Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., L
Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomase
Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers,
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., <u>712</u> Rule 7.1 Corporate Disclosure Statement filed by T
Safety Consulting, LLC, Transmission to Attorney Admissions Clerk, <u>871</u> Memorandum of Law in Support of Moti
by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidm
Owings &Merrill LLP, Bechtel Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consul
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vo
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., L
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., <u>628</u> N
(Other) filed by Plaintiffs Liaison Counsel, <u>580</u> Order, Set Deadlines/Hearings, <u>858</u> Stipulation and Order of Dismiss
Rule 7.1 Corporate Disclosure Statement filed by Atlantic Heydt Corp., <u>588</u> Order,, <u>778</u> Notice (Other) filed by Plaz
Construction Corp., <u>700</u> Rule 7.1 Corporate Disclosure Statement filed by Hallen Welding Services, Inc., <u>796</u> Notic
filed by Plaintiffs Liaison Counsel, <u>640</u> Objection (non–motion) filed by Verizon New York Inc., <u>862</u> Answer to Am
Complaint filed by American Building Maintenance Industries, Inc., <u>856</u> Stipulation and Order of Dismissal,, <u>595</u> N
Change of Address filed by 100 Church, LLC, Zar Realty Management Corp., <u>709</u> Rule 7.1 Corporate Disclosure St
filed by Leslie E. Robertson Associates, R.L.L.P., <u>639</u> Notice (Other) filed by Plaintiffs Liaison Counsel, <u>815</u> Rule 7
Statement, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silma
Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., <u>691</u> Rule 7.1 Corporate Disclosure Statement filed by Executive Medical Services, P.C., <u>616</u> Response to Disc
filed by John Montalvo, <u>733</u> Rule 7.1 Corporate Disclosure Statement filed by Royal GM, Inc., <u>773</u> Notice (Other) f
Plaza Construction Corp., <u>763</u> Order Admitting Attorney Pro Hac Vice, <u>547</u> Order, Set Deadlines/Hearings,, <u>561</u>
AMENDED MOTION for Declaratory Judgment Supporting Memo of Law. filed by Michelle Haskett–Godbee, <u>74</u>
Endorsed Letter, <u>720</u> Certificate of Service Other, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterpri
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamand
&Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company

Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finle
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates,
Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associ
Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.
Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associa
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point
Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc..
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., W
Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environn
Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Bre
Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. D
Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nichol
Construction Company, Big Apple Wrecking &Construction Corp., 599 MOTION to Admit Counsel Pro Hac Vice.
Plaintiffs Liaison Counsel, 586 MOTION to Compel the firm of Worby Groner Edelman &Napoli to produce the fil
Kevin Fitzpatrick and Samuel Provisero. filed by Samuel Provisero, Susan Marie Provisero, 564 Response, filed by
Alves, Antonio E. Alves, 570 Response to Motion, filed by City of New York, 755 Stipulation and Order of Dismiss
Stipulation and Order,,, 602 Memorandum &Opinion,, 760 Notice (Other), 654 Endorsed Letter,, 876 MOTION for
Protective Order − Plaintiffs' Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Cou
Answer to Complaint filed by City of New York, 801 Response to Discovery filed by Tishman Speyer Properties, L
Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio, Fr
Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Flanc
Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andrew
Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarella,,
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Can
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 874 Affidavit in Support of Motion, filed by En−Tech Corp., Diego Construction, Inc., DMT Enterprise
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Corporat
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Can
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Cor
Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation,
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton
Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel
Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera
Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lock
Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Hege
Robert Silman Associates, LLP, Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 707 Rule 7.1 Corporate Disclosure Statement filed by LaStra
General Contracting Corp., 888 Notice of Appeal, filed by Plaintiffs, 764 Rule 7.1 Corporate Disclosure Statement,
Vollmer Associates, LLP, Note to Attorney to E−Mail PDF, 684 Rule 7.1 Corporate Disclosure Statement filed by D
Enterprise, Inc., 587 Declaration in Support of Motion,,,,, filed by Samuel Provisero, Susan Marie Provisero, 721 Co
of Service Other,,,,, filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., Diego Construction, Inc., DMT Enter
Inc., Lockwood, Kessler &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I
Demo−Tech, Canron Construction Corp. Fleet Trucking, Inc., Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie
Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazz
Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Exca
Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In

D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Execu
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Bre
Transportation Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 608 Order, 821 Affidavit in Support of Motion,, filed
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro H
Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 864 Order on Motion to Strike,
7.1 Corporate Disclosure Statement filed by Breeze National, Inc., Cashiers Remark, 836 Notice of Voluntary Dism
Signed, 560 AMENDED MOTION for Declaratory Judgment Affirmation John Rudden, Esq.. filed by Michelle
Haskett–Godbee, 582 Order, 607 Order Admitting Attorney Pro Hac Vice, 882 Endorsed Letter, 808 Notice of App
filed by The Port Authority of New York &New Jersey, 706 Answer to Amended Complaint, filed by AMEC Const
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Tu
Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 85
Stipulation and Order of Dismissal,, 617 Order, Set Deadlines/Hearings,, 754 Memorandum of Law in S
Motion, filed by Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates
Professional Corp., 600 Endorsed Letter, 828 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill I
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, I
Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz
Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 744 Rule 7.1 Corporate Disclosure Statement filed
Wolkow Braker Roofing Corp., 641 Endorsed Letter, 664 Rule 7.1 Corporate Disclosure Statement filed by Brer–Fo
Transportation Corp., 867 MOTION for Protective Order Exhibits E–G. filed by En–Tech Corp., Diego Constructic
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Ind
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Bechtel Associates Professiona;l Corporati
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocch
Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LL
Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Ex
Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'On
General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sein
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 747 Notice (Other) filed by Plaintiffs
Counsel, 737 Rule 7.1 Corporate Disclosure Statement filed by Silverite Contracting Corp., 557 MOTION Motion f
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. filed b
Construction Management, Inc., Bovis Lend Lease LMB, Inc., Bechtel, Tully Construction Company, Tully Environ
Inc., Bovis International, Inc., Bechtel Corporation, Plaza Construction Management Corp., Tully Construction Co.,
City of New York, Bechtel Associates Professiona;l Corporation, Turner Construction Company, Bovis Lend Lease
Bovis Lend Lease Inc., Bechtel Construction, Inc., Tully Industries, Inc., Bechtel Environmental, Inc., Turner/Plaza
Venture, Plaza Construction Corp., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Turner Construction
International, L.L.C., Tully Consulting Corp., 637 Answer to Complaint filed by CDL (New York) L.L.C., 571 Orde
Order on Motion to Dismiss, 786 Protective Order, 546 Notice of Appearance filed by Musco Sports Lighting, LLC
Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumpertz &Heger Inc., 656 Notice of Appearance filed
Gilsanz Murray Steficek LLP, 636 Answer to Complaint filed by GRUBB &ELLIS MANAGEMENT SERVICES,
666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction Corp., 797 Notice (Other) filed by Plain
Liaison Counsel, 555 AMENDED MOTION for Declaratory Judgment Statute Limitations Notice of Claim. filed by
Michelle Haskett–Godbee, 692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Trucking, Inc., 875 Stipulati
Order, 731 Rule 7.1 Corporate Disclosure Statement filed by Robert Silman Associates, P.C., 662 Rule 7.1 Corpora
Disclosure Statement filed by Breeze Carting, Inc., 800 Transcript, 832 Certificate of Service Other,,, filed by Skidn

Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold C
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 861 MOTION to Amend/Corre
Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certain Affirmative Defenses (see do
854 and 860). filed by Plaintiffs Liaison Counsel, 642 Response, filed by John Montalvo, 840 Amended Answer to
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC
W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Sil
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owin
&Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associat
Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., E
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Anthony Cortese Specialized H
LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., 866 MOTION for Protective Order Certification of James E. Tyrrell, Jr.,
Exhibits A–D. filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C.
Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Moretrench Americ
Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construct
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze N
Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roof
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC,
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
MOTION permission to add specified questions to the Core Discovery. filed by SURVIVAIR RESPIRATORS, INC
Certificate of Service Other filed by City of New York, 629 Notice (Other) filed by Plaintiffs Liaison Counsel, 585
Appearance filed by Bovis Lend Lease LMB, Inc., 643 Reply, filed by John Montalvo, 819 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consultin
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,
Order, 670 Answer to Complaint filed by Tishman Speyer Properties, LP, 785 Order,, 674 Rule 7.1 Corporate Discl
Statement filed by DB Private Clients Corporation, 675 Rule 7.1 Corporate Disclosure Statement filed by Dakota
Demo–Tech, 578 Stipulation and Order, 603 USCA Mandate,,,, 782 Notice of Appearance filed by Plaza Constructi
748 Case Management Plan, 839 Rule 7.1 Corporate Disclosure Statement filed by Tucci Equipment Rental Corpora
Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 653 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., 716 Certificate of Service Other, filed by New York City Department o

Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New York City Department of Sanita
New York City Police Department, 881 Declaration in Opposition to Motion filed by The Port Authority of New York &
Jersey, 690 Response, filed by John Montalvo, 630 Notice (Other) filed by Plaintiffs Liaison Counsel, 822 Affidavit
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumperz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac Vice, 826 Affid
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumperz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 803 Notice (Other) filed by Mayore Estates, LLC, 771 Notice (Other) filed by Plaza Construction Corp., 620 O
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., Diego Construction
DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, I
Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Te
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc.,
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation,
Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Re
of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulti
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrenc
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Volln
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Bec
Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors,
New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Constructi
Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services,
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti
Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York C
&Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia
Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 879 MOTION for Protective Or
Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order. filed by Plaintiffs L
Counsel, 777 Notice (Other) filed by Plaza Construction Corp., 726 Rule 7.1 Corporate Disclosure Statement filed b
Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith, 579 Stipulation and Order, 705 Answer
Complaint, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Skidmore Owings &Merrill LI
Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp.,
Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar En
Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc.,
Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Co
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., T
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associates Professiona;l Corpor
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Br
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Pla
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 859 Stipulation and Order of Dismissal,, 695 Answer to Com
filed by Verizon New York Inc., 689 Rule 7.1 Corporate Disclosure Statement filed by Ewell W. Finley, P.C., 649 F

filed by John Montalvo., 818 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engin
P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Asso
Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser F
Consulting Engineers, Lucius Pitkin, Inc., 724 Rule 7.1 Corporate Disclosure Statement filed by Nicholson Constru
852 Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz Murray Steficek LLP, 676 Rule
Corporate Disclosure Statement filed by Diamond Point Excavating Corp., 781 Notice (Other) filed by Plaza Constru
Corp., 775 Notice (Other) filed by Plaza Construction Corp., 736 Rule 7.1 Corporate Disclosure Statement filed by S
Equipment and Manufacturing Corporation, 757 Rule 7.1 Corporate Disclosure Statement filed by Yannuzzi &Sons
686 Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc., 863 Endorsed Letter, 77
(Other) filed by Plaza Construction Corp., 568 Order Admitting Attorney Pro Hac Vice, 830 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Tho
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 798 Notice (Othe
by Plaintiffs Liaison Counsel, 734 Rule 7.1 Corporate Disclosure Statement filed by Sperian Respirstory Protection
LLC, 793 Response to Discovery filed by Samuel Provisero, 611 Rule 7.1 Corporate Disclosure Statement filed by I
and Jordan, 843 Reply Affirmation in Support of Motion, filed by Bechtel Associates Professional Corporation, Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., 592 Notice (Other) filed by Plaintiffs Liaison
767 Notice (Other) filed by Plaza Construction Corp., 753 MOTION to Dismiss of Bechtel Defendants. filed by Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp., 873 A
in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Constructio
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vo
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 668 Answer to Complaint filed by Sperian Respirstory Protection USA, LLC, 761 Notice (Oth
by Plaintiffs Liaison Counsel, 849 Stipulation and Order of Dismissal,, 766 Notice of Adoption of Master Answer fi
Plaza Construction Corp., 601 Order on Motion for Miscellaneous Relief, 756 Notice (Other) filed by Phillips and J
Inc., 619 Order, 742 Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc., 841 Amended Answer to
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Week
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech.
Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch S
Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive M

Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Ap
Wrecking &Construction Corp., 681 Rule 7.1 Corporate Disclosure Statement filed by Tishman Interiors Corporatio
Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc., 783 Notice of Appearance filed by Plaza
Construction Corp., 594 Order, Set Deadlines/Hearings,,,, 842 Reply Memorandum of Law in Support of Motion, fi
Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environment
743 Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc., 772 Notice (Other) filed by Plaza
Construction Corp., 727 Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environmental Corp., 589 Case
Management Plan, 704 Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction, Inc., 833 Declaratio
Joseph Bellisimo, Rosanne Baldo, Nicole Agugliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cacovic, Fra
Bondeson, Kimberely Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patricia Ayers, Robert Carannante
Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patricia Cantos, Lahissi A
Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John Baiano, Shante Bueford,
Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Buirkle, Eileen Belmonte, Cathe
Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, Christine Carver, Alex
Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto, Christopher A. Baum
Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theodore Belgrave, Thomas L. Bencivenga, Santo Baisi, Wayne
Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, Kevin Calzadilla–Marino, Mamcyhi Bilick
Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Bianco, Sharon Accetta, Kevin Brannick, Leroy
Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry Bass, Peter Carlo, Lorraine K. Bieselin, I
Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andreotti, Raul Allivar, Patricia Aguglairo, Dian
Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte, Ann Hock, Carlos Bennett, Hassena Bishi
Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas Basmagy, Nicole Anderson, Kevin Bartolomew
Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagoberto Aristizabal, Patricia Aguirre, Thomas J. Ba
Bridget Cacavio, Jeanette Bass, Joseph Anzueta, Christine Broome, Robert Broome, Thomas Avery, Paul Caminiti,
Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Barbato, Evanie Antine, Ralph Carmine, Jose Bacch
Bedford, Sue Ann Andersen, Georgina Cabrera, Lorraine Barry, Thomas Blumbergs, Michael Barker, Carolyn Bava
Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Yudelka Bartlet, Jaime Alvarez, Jeff Campion, .
Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann Cangemie, Richard Battle, Camile Anderso
Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo Armas, Richrd Blasi, Louis Betro, Camile Ba
Thomas Bacchi, Walter Bieber, Stalin F. Barccoulong, Norma Black, Carolyn Bryson, George Affatato, Maryann B
Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Beck, Pino Anselmo, Julio Alonzo, Zebebulah Ca
Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelrehim, Robert Anzalone, John Bou, Randy S. Br
Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne, John Antoniades, Gloria Elaine Carson, James A
Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Benn, Calogero Agro, Victor Carpentier, Cindy Ben
Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid Belford, Setna Bascom, James A. Bianco, Virginia
Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Alulema, Nicholas Boscaino, Sybel Barefield, Lois E. Aff
Peter Bergin, Steve Cappello, Patricia Bullen, Guiseppe Acquista, Laura Armstrong, Tye Butler, Frank Beshears, Se
Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizabal, John Auer, Reynaldo Benitez, Joseph F. Bilella, Dimi
Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmagy, Jorge Blanco, Erick Bermudez, Jorge Alvlema, Ste
Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay, Mary Akers, Andrew F. Carson, Ann Marie Barc
Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, Maria Asher, Caryn Abruzzese, Asaro Calogero, Lance
David Alvarado, Anthony Basic, Veronica E. Black, Paul Beck, Arenas Arenas, Christopher Bacchi, Megan Capuan
Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelrehim, Maria I Astudillo, James W. Brereton, Sharon Brensek
Aponte, Amy Beller, Julio Bastidas, Michael Basmagy, Chris Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia
Arciuolo, David Aviles, Teresa Arca, Glenda Ammon, Margaret Armagno, James Bartlet, Kathleen M. Acquaro, Do
Bonomonte, Colin Byrne, John Arciuolo, William Beaury, Steven Agugliardo, Steven Brenseke, Rosa Agro, Ann B
Claude Armstrong, Orlando Almodovar, Richard Antonacci, Lizette Carvajal, Daniel Armgano, Peter Bishun, Jame
Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lillieth Aquart, Lawrence Bilicki, Kimberly Carlo, Hanfo
Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Michael Briskie, Andrew Barone, Wilmer Astudillo, Thom
Carlstrom, Francine Asciolla, William Baker, Alfred Baker, Amy Caradonna, Michael Baratta, Eileen Beaury, Elear
Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Baez, Joseph Cardinale, Joseph Aparicio, Carol Barnes, A
Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bell, Idris Bey, Danny Aroyo, Barry Buss, Jospeh Anderson, Hi
Andersen, Robert Asinelli, Elizabeth Barksdale, Jason Andersen, Lori Bencivenga, Joy H. Bolobanic, Candiace Bak
Barry, Anthony Anderson, James Bahrey, Sonia Alvarado, Ronnita Akil, Roseann Bilella, Santiago Alvear, Victor A
Fitzroy Augustus, Wilbert Bascom, James Baumann, Michael Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony
Alloggio, Maria Asencio, John Boyle, Vivencia Alaimo, Michael Bell, Sergio Barragan, Louis Ancona, Emmanual ,
John Bianco, Richard Allison, Maria Bartolomew, Gina Baisi, Geraldine Alexander, Terri Bianco, Susan Asinelli, V
Aprea, Donald Bowles, Peter Acquaro, June Allison, Jo Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Josepl
Kevin Barry, Kevin Carpenito, Vinny Benenati, Joseph Bellissimo, James F. Albach, Allen Andersen, Andrea Ande
Maureen Bilella, Martin Bilinski, Rose Marie Bencivenga, Raymond Barksdale, Linda Avery, Marisol Calzadilla–M
Alise L. Bauman, Antonio Andreotti, Ann Betro, Joanne Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Tho

Bruno, Robert Aguirre, Lorraine Burke, Robert Bilella, Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta
Cecelia Borcherding, Renee Berry, Anna Abad, Holly Acierno, Catherine Biliski, Christine Beck, Stewart Anspach,
Arellano, Frank Bauman, Ann Marie Anzalone, Michael R. Basile, Courtney Aquart, Arthur Alessandro, Robert Ad
Bonnie M. Carson, Joseph Asciolla, Rita Anselmo, Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, An
Aviles, Andrew Benfante, Richard Bittles, Robert Boswell, Louie Cacchioli, Donna Bennett, De'Andre Berry, Portia
Augustine, Anna Antico, Douglas Anderson, Daphna Blacksea, Thomas Camarda, Dominick Capuano, James Biese
Tyrell Anderson, Thomas Cacavio, Kathleen Bondeson, 806 Order Admitting Attorney Pro Hac Vice, 562 AMEND
MOTION for Declaratory Judgment Plaintiff's Aff in Support. filed by Michelle Haskett–Godbee, 658 Rule 7.1 Cor
Disclosure Statement filed by A Russo Wrecking, Inc., 596 Notice of Change of Address, filed by Century 21 Depa
Stores LLC, Blue Millennium Realty LLC., Century 21, Inc., 652 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., 710 Rule 7.1 Corporate Disclosure Statement filed by Lockwood, Kess
&Bartlett, Inc., 553 Reply Affirmation in Support of Motion, filed by Plaintiffs Liaison Counsel, 714 Rule 7.1 Corp
Disclosure Statement filed by Manafort Brothers, Inc., 723 Rule 7.1 Corporate Disclosure Statement filed by New Y
Crane &Equipment Corp., 545 Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Constructi
Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Por
Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Constructio
The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bech
Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C., 575 Order Ad
Attorney Pro Hac Vice, 770 Notice (Other) filed by Plaza Construction Corp., 597 Notice (Other) filed by 80 Lafeye
Associates, LLC, Mayore Estates, LLC, 713 Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wre
Inc., 722 Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc., 816 Affidavit in Support of M
filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Rob
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Cons
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Eng
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 752 Rule 7.1 Corpo
Disclosure Statement filed by Bechtel Corporation, 732 Rule7.1 Corporate Disclosure Statement filed by Rodar Ent
Inc., 857 Stipulation and Order of Dismissal,, 661 Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wre
&Construction Corp., 703 Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, LL
Notice (Other) filed by Plaintiffs Liaison Counsel, 854 MOTION to Strike Certain Affirmative Defenses Pursuant to
12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursu
Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses
to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). filed by Plaintiffs Liaison Counsel, 741 Rule 7.
Corporate Disclosure Statement filed by Vollmer Associates, LLP, 728 Endorsed Letter,, 795 Response to Discover
Kevin Fitzpatrick, 566 Order,, 817 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 878 MOTION for Protective Order Plaintiffs' Memorandum of Law in O
to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Counsel, 883 Order,, 792 MOTION for Heidi
Appear Pro Hac Vice. filed by The Port Authority of New York &New Jersey, 789 Notice (Other) filed by Plaintiffs
Counsel, 672 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers Trust
Corporation, 632 Case Management Plan,,, 835 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 790 N
(Other) filed by Phillips and Jordan, Inc., 610 Notice of Appearance filed by Phillips and Jordan, Inc., 865 MOTION
Protective Order Notice of Motion. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Can
Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp.,
Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.
Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, I
One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roo
Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safe
Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Sys
Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Re
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff

Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 769 Notice (Other) filed by Plaza Construction Corp., 711 Rule 7.1 Corporate Disclosure Stat
filed by Lucius Pitkin, Inc., 885 Reply Memorandum of Law in Support of Motion, filed by AMEC Construction
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., S
Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associat
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R
Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General
Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion,, filed by Gilsan
Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu
Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W
Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Sil
Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosure
Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Con
Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other)
Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Not
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complain
The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Meri
Construction Group, L.L.C., 887 Declaration in Support of Motion, filed by AMEC Construction Management, Inc.
Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pi
Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. R
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Company,
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech C
Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc.,
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contract
Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Pro
Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, P.C.,
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Leas
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Br
Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoist
Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Sk
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipmen
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 657 Endorsed Letter, 685 Rule 7.1 Corporate Disclo
Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corporate Disclosure Statement filed by E.J.
Inc., 621 Consent Order, Add and Terminate Attorneys,, 591 Order on Motion to Compel, 633 Answer to Complain
RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel, 556 MOTION for Declaratory Judgment S
Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 872 Affidavit in Support of Motion, filed by AME

Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp.,
Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corporation, Tully Construction
Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., M
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,
Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Po
Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler
&Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Li
Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota
Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associa
Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversifie
Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contra
Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction C
DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, In
Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturin
Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industrie
Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa,
D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associ
P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 829 A
in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Fin
Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Golds
Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &
LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, S
Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, I
Endorsed Letter, 647 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 804 Notice (Other), Notice
filed by Mayore Estates, LLC, 590 Order Admitting Attorney Pro Hac Vice, 880 Memorandum of Law in Oppositic
Motion, filed by The Port Authority of New York &New Jersey, 848 Notice (Other) filed by Plaintiffs Liaison Cour
Order, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 Notice (Other) filed by Plaintiffs Liaison Counse
Amended Answer to Complaints, filed by Toretta Trucking, Inc., Cord Contracting Co. Inc., Canron Construction C
&L Contracting Corp., Pinnacle Environmental Corp., Total Safety Consulting, LLC, Atlantic Heydt Corp., Hallen V
Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. L
Company, Meridian Construction Group, LLC, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Mueser Rutledge Consulting Engineers, En–Tech Corp., Safeway Environmental Corp., Yannuzzi Demolition &Re
Services, Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finl
Evergreen Recycling of Corona, Silverite Contracting Corp., Component Assembly Systems, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Grou
Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consultin
Engineers, P.C., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., L
Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, I
Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Liberty Mutual Group, Weidlinger Associates, Inc., Bechte
Construction, Inc., Mazzocchi Wrecking, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Ca
Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heg
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Nacirema Industries Incorporated, Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &
Contractors, Inc., Manafort Brothers, Inc., Robert Silman Associates, Semcor Equipment and Manufacturing Corpor
Buro Happold Consulting Engineers, P.C., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skic
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., JP Equipment Rental Material, Inc., E.J. Davies, Inc., Big Apple
Wrecking &Construction Corp., 814 Declaration in Support of Motion,,, filed by Gilsanz Murray Steficek LLP, Mu
Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &I
Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Th
Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happ
Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Notice (Other) filed by Plaintiffs Liaison Cou
Rule 7.1 Corporate Disclosure Statement filed by Robert L. Gerosa, Inc., 812 MOTION for Summary Judgment on
Structural and Design Engineer Defendants. filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting En
Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton T
Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Ski
Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vol
Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Counsel, 665 Rule 7.1 Corporate Disclosure Stateme

by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter,, 683 Rule 7.1 Corporate Disclosure Statement fi
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Transmission to
Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison Counsel, 605 Order, Set Deadlines/Heari
Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Company, Deutsche Bank, Deutsche Bank T
Company Americas, 577 Special Master's Report filed by Aaron D. Twerski, James A. Henderson, Jr., 646 Respons
by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Disclosure Statement filed by C.B. Contracting Co
Notice (Other) filed by Plaza Construction Corp., 850 Stipulation and Order of Dismissal,, 838 Endorsed Letter,, 76
Stipulation and Order of Dismissal,, 739 Rule 7.1 Corporate Disclosure Statement filed by Skanska Koch, Inc., 877
MOTION for Protective Order ; Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of D
Paige, Esq. in Opp to the Motion. filed by Plaintiffs Liaison Counsel, 565 AMENDED MOTION for Declaratory Ju
STIPULATION ADJOURNMENT. filed by Michelle Haskett–Godbee, 593 Statement of Relatedness filed by Josep
Urso, 622 Notice (Other) filed by Plaintiffs Liaison Counsel, 696 Answer to Amended Complaint, filed by New Yor
Department of Transportation, Mazzochi Wrecking, New York City Department of Sanitation, City of New York, W
Marine, Inc., New York Police Department, 886 Declaration in Support of Motion, filed by AMEC Construction
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Nicholson Construction Co., Fra
Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting
Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers
Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recyc
Corona, Dakota Demo–Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Turner Constru
Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laquila Constructi
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–
Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Dieg
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Con
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professional Corporatic
Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Ber
Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Cons
Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecl
Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D
General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C.,
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 823 Affidavit in
of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., L
Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Assoc
Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP
Engineering, P.C., W eidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gu
&Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 851
Stipulation and Order of Dismissal,, 644 Notice (Other) filed by Plaintiffs Liaison Counsel, 688 Rule 7.1 Corporate
Disclosure Statement filed by En–Tech Corp., 718 Certificate of Service Other, filed by AMEC Construction Mana
Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Turner Const
Company, Tully Environmental Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., 660 Rule 7.1 Corpora
Disclosure Statement filed by Berkel &Co. Contractors, Inc., 583 USCA Mandate Non–Dismissal, 554 Reply Mem
of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 567 Order of Dismissal, 869 Affidavit in Support
Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT
Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc.,
Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., N
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,
Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group, Bree
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro

Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel, 548 Order on M Remand to State Court,, Case Consolidation – Member, 765 Order, 618 Order,, 635 Answer to Complaint filed by A Express Company, American Express Bank, Ltd, American Express Travel Realted Services Company, Inc., 559 AMENDED MOTION for Default Judgment as to Statute Limitations, Notice of Claim. filed by Michelle Haskett–( 638 Answer to Complaint filed by Murray Hill Properties, 719 Rule 7.1 Corporate Disclosure Statement filed by MI Engineering, P.C., 750 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Environmental, Inc., 634 Answer Complaint filed by Lehman Brothers Holdings Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc., 673 R Corporate Disclosure Statement filed by Cord Contracting Co. Inc., 609 Order, 584 USCA Order, 573 Endorsed Let Endorsed Letter, Set Deadlines/Hearings, 550 Memorandum of Law in Opposition to Motion, filed by City of New Phillips and Jordan, 682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc., 651 Stipulation Order of Dismissal,, 693 Rule 7.1 Corporate Disclosure Statement filed by Francis A. Lee Company, 807 Protective 671 Rule 7.1 Corporate Disclosure Statement filed by Component Assembly Systems, Inc., 677 Answer to Complai by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank, DB Private Clients Corporat Bankers Trust Corporation, Deutsche Bank Trust Company Americas, 699 Rule 7.1 Corporate Disclosure Statement Goldstein Associates Consulting Engineers, P.C., 788 Order Admitting Attorney Pro Hac Vice, 613 Stipulation and Dismissal, 624 Order, 694 Rule 7.1 Corporate Disclosure Statement filed by FTI Trucking Corp., 740 Rule 7.1 Corp Disclosure Statement filed by Skidmore Owings &Merrill, LLP, 604 Order, 569 Memorandum &Opinion,, 870 Affi Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Constructio PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench America Corporation, Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp.. Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Gro L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Service Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Compon Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze N Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C. Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insura Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi & Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simps Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., R Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 837 Endorsed Letter, 774 Notice (Other) filed by Plaza Construction Corp., 884 Notice (Othe by Plaintiffs Liaison Counsel, 745 Rule 7.1 Corporate Disclosure Statement filed by WSP Cantor Seinuk, 678 Answ Complaint filed by Tishman Construction Corporation of Manhattan, Tishman Interiors Corporation, Tishman Cons Corporation of New York, 831 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutl Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu Engineers, P.C., Vollmer Associates, LLP, 715 Rule 7.1 Corporate Disclosure Statement filed by Moretrench Ameri Corp., 813 Memorandum of Law in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Co Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitki Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engine Vollmer Associates, LLP, 802 Notice (Other) filed by Plaintiffs Liaison Counsel, 794 Response to Discovery filed b Holdings, L.L.C., 558 Memorandum of Law in Support of Motion filed by AMEC Construction Management, Inc., Construction Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., City of New York, T Construction Company, Bovis Lend Lease Inc., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Tully Co Corp., Bechtel, Tully Environmental Inc., Bovis Lend Lease, Inc., Bechtel Construction, Inc., Plaza Construction Co Bovis Lend Lease LMB, Inc., Tully Construction Company, Bovis International, Inc., Bechtel Corporation, Bechtel

Associates Professiona;l Corporation, Tully Industries, Inc., Bechtel Environmental, Inc., Turner Construction Intern L.L.C., 648 Notice (Other), 2350 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2208 Declaration in Su Motion, filed by Plaintiffs Liaison Counsel, 2280 Endorsed Letter, 2226 Notice of Appeal, 2212 Declaration in Sup Motion filed by Plaintiffs Liaison Counsel, 2221 MOTION for Extension of Time filed by En–Tech Corp., DMT En Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Con Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc.. Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, H Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Skidmo Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gr Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., B Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Con Engineers, 2168 Declaration, filed by Plaintiffs Liaison Counsel, 2138 Order, 2361 Declaration in Support, filed by Liaison Counsel, 2201 Memo Endorsement, 2189 Declaration in Opposition to Motion, filed by Plaintiffs Liaison C 2328 Stipulation and Order of Dismissal, 2341 Order, 2160 Declaration in Opposition filed by Gregory J Cannata &Associates, 2269 Order, 2277 MOTION for Attorney Fees Declaration of Denise A. Rubin, Exhibits to be filed vi with clerk's office filed by Plaintiffs Liaison Counsel, 2190 Memorandum of Law in Support of Motion, filed by Mc Medical Center, 2299 Order, 2159 Affirmation in Support filed by Plaintiffs Liaison Counsel, 2331 MOTION Repo Defendants' Objections Papers filed 1–31–11 filed by Plaintiffs Liaison Counsel, 2268 Order, 2219 Endorsed Letter Order on Motion to Compel, 2257 Order, 2267 Order, 2228 Order on Motion for Extension of Time, 2173 Endorsed 2283 Endorsed Letter, Set Deadlines/Hearings, 2236 Stipulation and Order of Dismissal, 2194 Affidavit of Service filed by Plaintiffs Liaison Counsel, 2354 Stipulation and Order of Dismissal, 2291 Stipulation and Order of Volunta Dismissal, 2265 Memo Endorsement, 2187 Order of Dismissal, 2210 Declaration in Support of Motion filed by Plai Liaison Counsel, 2285 Endorsed Letter, 2216 MOTION to Compel Certain Medical Providers to Respond to Subpo Duces Tecum filed by Plaintiffs Liaison Counsel, 2344 Declaration in Support of Motion filed by Plaintiffs Liaison 2227 Endorsed Letter, Set Deadlines/Hearings, 2139 Order, Set Deadlines/Hearings, 2333 Order, 2242 Order, 2182 2161 Declaration in Opposition to Motion, filed by Gregory J Cannata &Associates, 2337 Declaration in Support of filed by Plaintiffs Liaison Counsel, 2206 Order, Set Deadlines/Hearings, 2158 Order, Set Deadlines/Hearings, 2163 filed by Plaintiffs Liaison Counsel, 2260 Notice (Other) filed by Plaintiffs Liaison Counsel, 2321 Stipulation and O Dismissal, 2193 Notice (Other) filed by Plaintiffs Liaison Counsel, 2167 Reply filed by Plaintiffs Liaison Counsel, Stipulation and Order of Voluntary Dismissal, Add and Terminate Parties, 2284 Endorsed Letter, Set Deadlines/Hea 2312 Notice of Appeal, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., A Rus Wrecking, Inc., 2217 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 2199 Memo Endorseme Memorandum of Law in Support filed by Plaintiffs Liaison Counsel, 2348 MOTION to Compel the WTC Captive I Company, Inc. to allow eligible Plaintiffs to participate in the settlement filed by Plaintiffs Liaison Counsel, 2264 O Deadlines/Hearings, 2351 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2195 Stipulation and Order of Dismissal, 2301 Memo Endorsement, 2294 Stipulation and Order of Voluntary Dismissal, 2145 Certificate of Servic filed by Plaintiffs Liaison Counsel, 2211 MOTION for Discovery. filed by Plaintiffs Liaison Counsel, 2317 Stipulat Order of Dismissal, Add and Terminate Parties, 2313 FRCP Rule 5d Memo – Sent to Chambers, 2256 Endorsed Let Declaration filed by Plaintiffs Liaison Counsel, 2254 Endorsed Letter, 2307 Affirmation in Opposition to Motion, fi Richard Mighdoll, 2276 MOTION for Attorney Fees Memorandum of Law and Facts filed by Plaintiffs Liaison Cou 2250 USCA Order, 2355 Stipulation and Order of Dismissal, 2202 Order, 2297 Endorsed Letter, Set Deadlines, 228 Endorsed Letter, 2186 Order of Dismissal, Set Deadlines/Hearings, 2178 Memorandum of Law in Support of Motio James McFadden, 2322 Stipulation and Order of Dismissal, 2243 Notice (Other) filed by Plaintiffs Liaison Counsel, Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., D Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro H

Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Ro
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2141 Endorsed Letter, 2318 Stipulation and Order of Dismissal, 2225 Order, Set Deadlines/H
2259 Order, 2181 Memorandum &Opinion, 2169 Stipulation and Order, Terminate Deadlines and Hearings, 2314 B
by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C.
Weidlinger Associates, Inc., Nacirema Industries, Inc. – Moretrench American Corp., Yannuzzi &Sons, Inc., A Russo
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking, Inc., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mut
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2143 Notice (Other) filed by Plaintiffs Liaison Coun
Endorsed Letter, Set Deadlines/Hearings, 2345 Endorsed Letter, 2339 Brief, filed by En–Tech Corp., DMT Enterpri
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmn
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City o
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C.
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza,
Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Const
Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking, Corp., Goldstein Associates Consulting Engine
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction C
Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., 2184 Order,, 2293 Stipulation and Order of Voluntary Dismissal,, 2316 Stipulation and Order
Dismissal,, 2253 Stipulation and Order of Dismissal,, 2342 Affirmation, filed by Plaintiffs Liaison Counsel, 2295 E
Letter, 2274 Endorsed Letter,, 2360 Memorandum of Law in Opposition to Motion, filed by En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cor
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso

R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2183 Order,, Set Deadlines/H 2151 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2203 Order,,, 2196 Reply Memorandu in Support of Motion filed by James McFadden, 2302 Memo Endorsement, 2213 Order, 2246 Endorsed Letter, 2155 Declaration, filed by Plaintiffs Liaison Counsel, 2149 Order, 2172 Endorsed Letter, 2164 Notice (Other) filed by Pla Liaison Counsel, 2150 Objection (non–motion) filed by Plaintiffs Liaison Counsel, 2162 Declaration in Opposition, Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2204 Stipulation and Order, Add and Terminate Attorne Endorsed Letter, 2306 Response to Motion, filed by Robert Vecchione, 2249 Endorsed Letter, Set Deadlines, 2320 Stipulation and Order of Dismissal, 2346 USCA Order, 2175 Endorsed Letter, 2273 Endorsed Letter, 2340 Stipulati Order of Dismissal, 2142 Endorsed Letter, 2296 Order, 2278 Endorsed Letter, 2352 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2343 Order, Set Hearings, 2353 Stipulation and Order of Dismissal, 2224 Endorsed Lette Deadlines/Hearings, 2323 Stipulation and Order of Dismissal, 2248 Order, 2334 Stipulation and Order of Dismissal Affirmation in Opposition to Motion filed by David Nolan, 2218 Order, Set Hearings, 2311 Response to Motion, fil Plaintiffs Liaison Counsel, 2319 Affirmation in Opposition to Motion, filed by Robert Zane, Lawrence Ford, Edwar Galanek, James Melendez, Patrick Arcese, Teresa Hartey, Robert Esposito, Yvonne Leon, Denise Esposito, Albert I 2148 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 2153 Memorandum of Law fi Plaintiffs Liaison Counsel, 2180 Stipulation and Order, 2272 Order, 2324 MOTION to Vacate filed by Plaintiffs Lia Counsel, 2229 Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 2308 Response to Motion fi John Baiano, 2286 Order, Set Deadlines, 2335 Endorsed Letter, 2152 Declaration, filed by Plaintiffs Liaison Counse Declaration in Support, filed by Plaintiffs Liaison Counsel, 2304 Stipulation and Order, 2245 Stipulation and Order, Deadlines/Hearings, 2266 Order, 2171 Stipulation and Order, 2336 Notice of Appearance filed by Gilsanz Murray S LLP, 2198 Order on Motion to Compel, on Motion to Vacate, 2191 Affirmation in Opposition, filed by Plaint Liaison Counsel, 2230 Endorsed Letter, Set Deadlines, 2255 Endorsed Letter, 2146 Order, Set Deadlines/Hearings, MOTION to Vacate. filed by Plaintiffs Liaison Counsel, 2147 MOTION Response to Sua Sponte Order by Court (S Sponte Order of August 4, 2010) MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4 MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4, 2010) filed by Plaintiffs Liaison 2174 Stipulation and Order, Set Deadlines, 2325 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2270 E Letter, 2197 Notice of Appearance filed by Robert Vecchione, 2205 Endorsed Letter, 2239 Endorsed Letter, Set Dea 2290 Stipulation and Order of Voluntary Dismissal, 2192 Order on Motion for Miscellaneous Relief, 2287 USCA M 2298 Order, 2289 Stipulation and Order of Voluntary Dismissal, 2338 Declaration in Support of Motion filed by Pla Liaison Counsel, 2200 Order, 2244 Order, 2282 Order, 2315 Stipulation and Order of Dismissal, 2220 MOTION fo Extension of Time. filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L. Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 2356 Stipulation and Order of Dismissal, 2188 MOTION to Compel Defendant The Port Auth New York and New Jersey to reimburse Mount Sinai for the costs it incurred in responding to the Port Authority's su and in preparing this motion MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local

| | | |
|---|---|---|
| | | Rule 6.3 MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3 filed Mount Sinai Medical Center, 2231 Order, Set Deadlines/Hearings, 2292 Stipulation and Order of Voluntary Dismiss Declaration in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., A Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Gro L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Compan Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Asso P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthon Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rent &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Apple Wrecking &Construction Corp., 2240 Stipulation and Order of Voluntary Dismissal,, 2252 Order, 2305 Stipu and Order,, 2330 Stipulation and Order of Dismissal, 2144 USCA Order,, 2262 Memo Endorsement, 2300 Endorsed 2258 Stipulation and Order of Dismissal, 2303 Memo Endorsement, 2176 MOTION to Set Aside Judgment Dismiss action filed by James McFadden, 2207 MOTION to Compel Certain United States Social Security Administration O Respond to Subpoenas Duces Tecum filed by Plaintiffs Liaison Counsel, 2279 Notice (Other) filed by Plaintiffs Lia Counsel, 2329 Stipulation and Order of Dismissal, 2234 Declaration in Support of Motion, filed by Plaintiffs Liaiso Counsel, 2251 Stipulation and Order of Dismissal, 2156 Memorandum of Law in Opposition to Motion filed by The Authority of New York &New Jersey, 2215 Order, Set Deadlines/Hearings, 2309 Affirmation in Opposition to Moti by Michelle Haskett–Godbee, 2238 Order, 2140 Notice (Other) filed by Plaintiffs Liaison Counsel, 2275 MOTION Attorney Fees (Common Benefit Attorney Fees) filed by Plaintiffs Liaison Counsel, 2288 Response to Motion filed Fitzpatrick, 2157 Declaration in Opposition to Motion, filed by The Port Authority of New York &New Jersey, 233 Endorsed Letter, 2166 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2233 MOTION to Compel CERTAIN UNITED STATES SOCIAL SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOE DUCES TECUM filed by Plaintiffs Liaison Counsel, 2209 MOTION for Discovery filed by Plaintiffs Liaison Coun Declaration in Support of Motion filed by James McFadden, 2232 Order, Set Deadlines/Hearings, 2241 Order, 2179 were transmitted to the U.S. Court of Appeals. (nd) (Entered: 03/10/2011) |
| 3/11/2011 | 2383 | ORDER DENYING MOTION TO VACATE ORDER APPOINTING COUNSEL. Napoli Bern's motion is denied. Kushlefsky, as special counsel, shall begin contacting each of the 59 Plaintiffs promptly. Napoli Bern is ordered (i) t copy of this Order to each of the 59 Plaintiffs, and (ii) to forward a list of names, addresses, index numbers, and pho numbers of each of these 59 Plaintiffs to Mr. Kushlefsky. Napoli Bern shall file a report showing it performed these requirements, by March 16, 2011. Napoli Bern shall further promptly and fully cooperate with Mr. Kushlefsky by tu over files of these 59 Plaintiffs, and otherwise providing its cooperation. Mr. Kushlefsky shall endeavor to complete consultations, and file a report, by April 15, 2011, making recommendations on how to proceed, including a descrip motions that may be appropriate. The Clerk shall terminate the motion (Doc. No. 2378). (Signed by Judge Alvin K. Hellerstein on 3/11/11); (djc) (Entered: 03/11/2011) |
| 3/11/2011 | 2384 | MEMO ENDORSEMENT on PAYMENT STATUS REPORT FROM THE ALLOCATION NEUTRAL. ENDORSEMENT: The Clerk shall docket this Report, dated March 9, 2011, in each of the Master Calendars. The R also shall be posted on the Court's web. (Signed by Judge Alvin K. Hellerstein on 3/11/11) (djc) (Entered: 03/11/201 |
| 3/11/2011 | 2385 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON E A. IT IS HEREBY STIPULATED AND AGREED by and between certain Plaintiffs represented by Joseph Giaram identified on Exhibit A hereto ("Plaintiffs"), and the 'Defendants identified on Exhibit B ( "Settling Defendants") tha Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs against Defendants in the above–captioned action. 2. Plaintiffs have executed releases and covenants not to sue in which Pla have released the Settling Defendants and each of them from any and all obligations and liability to Plaintiffs for pas present, and future injuries arising out of or relating in any way to World Trade Center–related rescue, recovery and debris–removal operations and/or clean–up at any location on and/or after September 11, 2001. Accordingly, Plaint claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudic (Signed by Judge Alvin K. Hellerstein on 3/11/11) (djc) (Entered: 03/11/2011) |

| 3/13/2011 | 2386 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION Extension and Protection of Client Privileges and Confidences. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Text of Proposed Order Proposed Order)(Rubin, Denise) Modified on 3/14/2011 (db). (Entered: 03/13/2011) |
|---|---|---|
| 3/15/2011 | 2387 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Elmer G. Santiago, dated 3/14/2011, re: Couns writes: Recently, the Court received a letter from Joseph Hopkins of Patton Boggs, LLP, the attorney for the City of York, indicating in the future his intentions to have the plaintiff's claim, the Plaintiff's ability to obtain or the right to disability pension under the New York State World Trade Center Presumption Law, dismissed in your Court. In Co letter to the Plaintiff and the Court, he expresses your Court's lack of subject matter jurisdiction as his reason to have action dismissed. The Plaintiff however believes this Court does have the subject matter jurisdiction to allow this fo compensation to be tried and continue in your Court under 28 U.S.C. § 1367, supplemental jurisdiction. ENDORSE This letter is rejected. The proper way for the issues to be decided is upon a motion filed by defendant pursuant to R 12(b), 12(c) or 56, Fed. R. Civ. P. Plaintiff has the right to file opposition papers in response to such a motion. (Doc Case NO. 10 Civ. 7927) (Signed by Judge Alvin K. Hellerstein on 3/15/2011) (lnl) (Entered: 03/15/2011) |
| 3/15/2011 | 2388 | ORDER GRANTING MOTION TO PRESERVE PRIVILEGE: Napoli Bern expresses concern that my recent Orde affirming the appointment of Noah H. Kushlefsky, Esq., somehow will cause Napoli Bern to waive its attorney–clie work product privileges. See Order Denying Motion to Vacate Order Appointing Counsel, 21 MC 100 (Doc. No. 23 (S.D.N.Y. March 11, 2011). Napoli Bern therefore seeks an order extending these privileges to Mr. Kushlefsky. Nap Bern's motion, although academic, is granted as to such privileges. The "common interest" exception to the attorney privilege provides, generally, that an attorney may communicate confidential information to another attorney if they engaged in a joint effort. United States v. Schwimmer, 892 F.2d 237, 243 (2d Cir. 1989). The exception applies here Kushlefsky and his firm, and Napoli Bern, are functioning jointly, united in the interest of serving these 59 Plaintiffs Bern should make full disclosures to Mr. Kushlefsky without concern that it will waive the attorney–client privilege work product privilege is waived only if the disclosure substantially increases the opportunity for potential adversar obtain the information. Falise v. Am. Tobacco Co., 193 F.R.D. 73, 80 (E.D.N.Y. 2000). Sharing documents with a p who has a common interest with regard to the client does not waive the privilege. Pascuiti v. New York Yankees, 98 8186, 1999 WL 983882, at *2 n.3 (S.D.N.Y. Oct. 29, 1999). Mr. Kushlefsky and his firm have the same fiduciary ol to these 59 Plaintiffs as Napoli Bern has. There is no risk that disclosure will benefit an adversary. Disclosure to Mr Kushlefsky will not work a waiver of the work product privilege. As time is of the essence, Napoli Bern shall promp comply with the terms of my Order of March 11, 2011. The Clerk shall terminate the motion (Doc. No. 2386). SO ORDERED. (Docketed in 21 MC 102, 21 MC 103) (Signed by Judge Alvin K. Hellerstein on 3/15/2011) (lnl) (Ente 03/15/2011) |
| 3/15/2011 | 2389 | SUMMARY ORDER REGARDING RULE 2E LETTER OF MARCH 1, 2011: The parties mutually request a stay proceedings until July 5, 2011, when regulations under the James Zadroga 9/11 Health and Compensation Act of 10 Pub.L. No. 111–347, 124 Stat. 3623, are due to be promulgated. The motion is granted in part and denied in part, co with the following terms as specified in this Summary Order. All other issues concerning revised CMO 10, and othe will be taken up at the forthcoming case management conference. The status conference shall be held on March 22, 2:30 p.m., in Courtroom 14D. All other provisions as further set forth in this order. So Ordered (Signed by Judge Al Hellerstein on 3/11/2011) (js) (Entered: 03/16/2011) |
| 3/16/2011 | 2390 | NOTICE of Compliance with Order of March 11, 2011 re: 2383 Order,,,. Document filed by Plaintiffs Liaison Cour (Rubin, Denise) (Entered: 03/16/2011) |
| 3/17/2011 | 2391 | MEMO ENDORSEMENT Re: ORDER APPROVING SETTLEMENT. ENDORSEMENT: I decline to approve the settlement without a specific showing of the fairness and reasonableness of "each and every term contained" in the Settlement Agreement. In the context of the active litigation, I believe that the settlement with Tishman is fair and reasonable, except for paragraph 17 of the Settlement Agreement, and without expressing opinions on "each and eve Relates to 21mc100, 21mc103. (Signed by Judge Alvin K. Hellerstein on 3/17/2011) (rjm) (Entered: 03/17/2011) |
| 3/17/2011 | 2392 | MEMO ENDORSEMENT on 2216 NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER "SO ORDERING" A SUBPOENA DUCES TECUM UPON THE STATE OF NEW YORK WORKERS' COMPENSATION BOARD. ENDORSEMENT: The motion is granted, but only as to medical records in plaintiff's file and records of determinat concerning plaintiff. The Clerk shall terminate the motion (Doc. No. 3) (Signed by Judge Alvin K. Hellerstein on 3/ (jpo) (Entered: 03/17/2011) |
| 3/18/2011 | 2393 | STIPULATION OF DISMISSAL AS TO CONSOLIDATED EDISON DEFENDANTS WITH PREJUDICE, by an between the undersigned, the attorneys of record for their respective parties in the above entitled action, and wherea hereto is an infant or an incompetent person for whom a committee has been appointed, and no person not a party ha interest in the subject matter of the action, the claims against defendants Consolidated Edison Company of New Yor Consolidated Edison Development, Inc., Consolidated Edison Energy, Inc., Consolidated Edison, Inc., and Consolic Edison Solutions, Inc., be and hereby are discontinued and dismissed with prejudice and without costs to any party. ENDORSEMENT: Claims continue as to other defendants. SO ORDERED. Consolidated Edison Company of New Inc.,, Consolidated Edison Development, Inc., Consolidated Edison Development, Inc., Consolidated Edison Energy Consolidated Edison Energy, Inc., Consolidated Edison Solutions, Inc., Consolidated Edison Solutions, Inc., Consol Edison Solutions, Inc., Consolidated Edison, Inc., Consolidated Edison, Inc., Consolidated Edison Company of New |

| | | |
|---|---|---|
| | | Inc. and Consolidated Edison Company of New York, Inc. terminated. (Docketed in Case No. 05–CV–2445) (Signe... Judge Alvin K. Hellerstein, Not dated) (lnl) (Entered: 03/18/2011) |
| 3/18/2011 | 2394 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Beth D. Jacob, dated 3/16/2011, re: I write on ... Defendant The Port Authority of New York and New Jersey (the "Port Authority") with respect to the joint letter su... by Defendants the City of New York and the Contractors and Plaintiffs' Co–Liaison Counsel (collectively, the "SPA ... Parties"), dated March 1, 2011. ENDORSEMENT: The claims shall be heard at the status conference to be held on ... 2:30 pm. (Status Conference set for 3/24/2011 at 02:30 PM before Judge Alvin K. Hellerstein) (Signed by Judge Alv... Hellerstein on 3/18/2011) (lnl) (Entered: 03/18/2011) |
| 3/21/2011 | 2396 | MEMO ENDORSEMENT on re: 12 Motion. ENDORSEMENT: The motion is granted. The Clerk shall terminate th... motion (Doc. No. 12). So Ordered. (Signed by Judge Alvin K. Hellerstein on 3/17/2011) (jfe) (Entered: 03/21/2011) |
| 3/21/2011 | 2397 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL: It is hereby Stipulated and agreed that the Plaintiff... actions identified on Schedule A are voluntarily dismissed with prejudice. All claims by Plaintiffs identified on Sche... against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center–relate... recovery, and/or debris–removal operations and/or clean up at any location on and/or after September 11, 2001, are ... voluntarily dismissed with prejudice. The dismissal is without costs. ENDORSEMENT: This Stipulation is rejected ... dismissal is denied since the cases involved in the Stipulation were previously dismissed. The stipulation may not be... accepted by the Clerk of Court. So Ordered. (Signed by Judge Alvin K. Hellerstein on 3/21/2011) (jfe) (Entered: 03... |
| 3/21/2011 | 2398 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT: THE... STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON EXHIBI... is hereby Stipulated and agreed that Plaintiffs and Settling Defendants have entered into a settlement agreement reso... claims by Plaintiffs against Settling Defendants in the above–captioned action. Plaintiffs have executed releases and ... covenants not to sue in which Plaintiffs have released the Settling Defendants and each of them from any and all obl... and liability to Plaintiffs for past, present, and future injuries arising out of or relating in any way to World Trade ... Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location on and/or after S... 11, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and he... dismissed, with prejudice. (Signed by Judge Alvin K. Hellerstein on 3/21/2011) (jfe) (Entered: 03/21/2011) |
| 3/21/2011 | 2399 | ORDER REGULATING STIPULATIONS OF DISMISSAL: In the weeks following approval of the Settlement Pro... Agreement, As Amended ("SPA"), counsel for Plaintiffs and Defendants have filed substantial numbers of stipulatio... dismissal under Federal Rule of Civil Procedure 41(a). The stipulations do not indicate if they are being filed as part... settlement procedure to reflect settled cases, or for purposes not provided pursuant to the SPA, or under procedures a... by this Court. I therefore issue the following Order set forth within this Order to regulate proceedings. (Signed by Ju... Alvin K. Hellerstein on 3/21/2011) (jfe) (Entered: 03/21/2011) |
| 3/22/2011 | 2400 | AGENDA FOR MARCH 22, 2011 CONFERENCE: The following is an agenda of topics to be discussed at the statu... conference of March 22, 2011. 1. Procedures for "opt out" cases. 2. Procedure for newly filed cases: whether to stay ... motions, etc. 3. Noah Kushlefsky to report regarding Plaintiffs who received compensation from original Victim... Compensation Fund, and goals for such Plaintiffs. 4. Status of payments to settling Plaintiffs. 5. Issues regarding Ca... Management Order 10. 6. Additional issues introduced by the parties. 7. Setting the next status conference. SO ORD... (Signed by Judge Alvin K. Hellerstein on 3/22/2011) (lnl) (Entered: 03/22/2011) |
| 3/22/2011 | 2401 | AGENDA FOR MARCH 22, 2011 CONFERENCE: regarding an agenda of topics to be discussed at the status conf... 3/22/2011 as set forth in this Order. (Signed by Judge Alvin K. Hellerstein on 3/22/2011) (ae) (Entered: 03/22/2011) |
| 3/22/2011 | 2402 | MEMO ENDORSEMENT on PARTIAL STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE – ... DERIVATIVE CLAIM ONLY. ENDORSEMENT: The request to endorse this stipulation is Denied without prejud... resubmission in conformity with my order of March 21, 2011. SO ORDERED. (Docketed in Case No. 05 Civ. 1632... by Judge Alvin K. Hellerstein on 3/22/2011) (lnl) (Entered: 03/22/2011) |
| 3/23/2011 | 2403 | ORDER SUMMARIZING STATUS CONFERENCE AND SETTING NEXT CONFERENCE: 85 Plaintiffs were e... settle their cases under the SPA but elected not to do so. As many of these Plaintiffs have waited years for their day ... it is reasonable to believe that some would like their cases advanced to trial. At this time, however, not enough abou... cases is known to allow for an intelligent decision as to whose cases shall go first. Status Conference set for 4/15/20... 02:00 PM in Courtroom 14D, 500 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerstein. (Signed by ... Alvin K. Hellerstein on 3/23/2011) (jpo) (Entered: 03/23/2011) |
| 3/23/2011 | 2410 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joel D. Thompson dated 3/17/2011 re: that the ... Worby, Groner, Edelman and Napoli Bern LLP, has violated both Federal and State Law in regards to case WTC Di... Site and Lower Manhattan Disaster Site Litigation– 21 MC 100, 21 MC102, 21 MC 103 in the Motion filed in court ... 3/11/2011. ENDORSEMENT: Application denied. The Court reviews the overall process, but cannot review each d... applicant is aggrieved by the alleged inadequacy of recovery, rehearings to the Allocation Neutral and appeals to the ... Neutral are available under the Settlement Process Agreement. (Signed by Judge Alvin K. Hellerstein on 3/22/2011) ... (Entered: 03/30/2011) |

| | | |
|---|---|---|
| 3/24/2011 | 2404 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Brian D. Crosby dated 3/1/11 re: We write in re... to and seeking clarification of this Court's Order of February 28, 2011, deeming several of Plaintiffs' cases "voluntar... dismissed". ENDORSEMENT: The request is denied without prejudice to renewal. Plaintiffs who wish to reinstate t... cases must, consistent with my orders of December 30, 2010, apply for relief and set for the reasons it should be... See FRCP 60(b). SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 3/24/11) (djc) (Entered: 03/24/2011) |
| 3/24/2011 | 2417 | TRANSCRIPT of proceedings held on 3/22/2011 before Judge Alvin K. Hellerstein. (ab) (Entered: 04/08/2011) |
| 3/24/2011 | 2418 | TRANSCRIPT of proceedings held on 3/22/2011 before Judge Alvin K. Hellerstein. (ab) (Entered: 04/08/2011) |
| 3/25/2011 | 2405 | ORDER APPROVING SETTLEMENT: As described above, I approve the settlement as fair and reasonable, in the... of previous settlements that I approved. I decline to express any opinion on the fairness or appropriateness of the pa... terms and conditions of this settlement agreement. (Signed by Judge Alvin K. Hellerstein on 3/24/2011) (jpo) (Enter... 03/25/2011) |
| 3/28/2011 | 2407 | NOTICE OF APPEAL from 2372 Order on Motion to Compel. Document filed by Carlos Asmal, Kenneth Bertosen... Biglin, Ronald Bowers, Charles DeMatteo, Frederick Dow, Stephen Gardy, Edwin Gomez, Chris Harmon, Daniel H... Doug Horning, Gregory Howard, Tarek Otero, William Rozakis, Fernando Sanchez, Adrian Syku, Joseph Wnek. Fi... 455.00, receipt number E 933247. (tp) (Entered: 03/29/2011) |
| 3/29/2011 | 2406 | SECOND MOTION to Reopen Case. Document filed by Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered:... 03/29/2011) |
| 3/29/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2407 Notice of A... (tp) (Entered: 03/29/2011) |
| 3/29/2011 | | Transmission of Notice of Appeal to the District Judge re: 2407 Notice of Appeal. (tp) (Entered: 03/29/2011) |
| 3/29/2011 | 2408 | DECLARATION of Brian D. Crosby in Support re: 2406 SECOND MOTION to Reopen Case.. Document filed by... Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibi... Exhibit G)(LoPalo, Christopher) (Entered: 03/29/2011) |
| 3/29/2011 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2389 Order... Deadlines/Hearings, 2406 SECOND MOTION to Reopen Case. filed by Plaintiffs Liaison Counsel, 2403 Order, Set... Deadlines/Hearings, 2402 Memo Endorsement, 2383 Order, 2396 Order, 2398 Stipulation and Order of Dismissal, 2... Order, 2395 Letter, 2399 Order, 2385 Stipulation and Order of Dismissal, 2390 Notice (Other) filed by Plaintiffs Lia... Counsel, 2394 Endorsed Letter, Set Deadlines/Hearings, 2386 MOTION Extension and Protection of Client Privileg... Confidences. filed by Plaintiffs Liaison Counsel, 2387 Endorsed Letter, 2400 Order, 2404 Endorsed Letter, 2391 Me... Endorsement, 2392 Order on Motion to Compel, 2401 Order, 2393 Stipulation and Order, Add and Terminate Partie... Stipulation and Order of Dismissal, 2407 Notice of Appeal, 2384 Memo Endorsement, 2405 Order, 2397 Stipulation... Order of Voluntary Dismissal, 2372 Order on Motion to Compel, 2377 Stipulation and Order of Dismissal,, 2380 O... 2363 Order of Discontinuance, 2373 Order on Motion for Attorney Fees,,,,,,, 2375 Order on Motion to Vacate, 237... on Motion to Vacate, 2367 Reply Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 23... Stipulation and Order of Dismissal,, 2369 MOTION to Serve. filed by Hector Flamenco, 2370 Stipulation and Orde... Dismissal, 2381 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2362 Order,,, 2376 Stipulation and Order of... Dismissal,,, 2371 Order on Motion to Serve, 2366 Stipulation and Order of Dismissal, 2132 Notice (Other) filed by... Liaison Counsel, 2136 Notice of Cross Appeal filed by All Plaintiffs, 2128 Affirmation filed by Plaintiffs Liaison C... 2133 Certificate of Service Other, filed by Plaintiffs Liaison Counsel, 2134 Order (Other) filed by Plaintiffs Liaiso... Counsel, 2135 Order, 1646 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1343 Request for Produc... Documents filed by Donald Carson, Gloria Elaine Carson, 1655 Order,, 1135 Notice (Other) filed by Plaintiffs Liais... Counsel, 1568 Affirmation filed by Francis A. Lee Company, 1294 Response to Discovery filed by Robert Panarella... Order,,, 1745 Endorsed Letter,, 2070 Appeal Record Sent to USCA -- Index,, 1670 Order on Motion for Miscellane... Relief,, 1590 MOTION for Brian E. Moffitt to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, De... Bank Trust Company, DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Private Clients Corporation,... Bank Trust Company Americas, 1116 Notice of Adoption of Master Answer filed by Tishman Construction Corporat... Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1547 Order,,, 1383 No... (Other) filed by City of New York, 1354 Request for Production of Documents filed by Herbert Pate, 2035 Notice (... filed by Plaintiffs Liaison Counsel, 1010 Stipulation and Order of Dismissal, 1048 Order,,,, 1972 Rule 56.1 Stateme... by Phillips and Jordan, Inc., 1436 Order,,,,,,,, 1708 Memorandum of Law in Support of Motion filed by The Port Au... New York &New Jersey, 974 Endorsed Letter, Set Deadlines/Hearings,, 1872 Rule 56.1 Statement filed by Taylor R... Facility LLC, 2042 Notice (Other) filed by Gregory J Cannata &Associates, 1860 Declaration in Support of Motion... Taylor Recycling Facility LLC, 1830 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility... 1141 Rule 56.1 Statement, filed by Tully Environmental Inc., Bovis Lend Lease LMB, Inc., Turner Construction Co... Tully Construction Co., Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergree... Recycling of Corona, Plaza Construction Corp., 924 Notice (Other), Notice (Other), Notice (Other) filed by Plaintif... Counsel, 1319 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1876 Rule 56.1 Statem... by Taylor Recycling Facility LLC, 1080 Notice of Adoption of Master Answer filed by Tishman Construction Corp... |

of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1580 Notice (Other)
Plaintiffs Liaison Counsel, 1447 Declaration in Support of Motion,,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise,
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor E
and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska
Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C.,
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contract
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., E
Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger In
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Compan
Pitkin, Inc., Mueser Rutledge Consulting Engineers, 1351 Request for Production of Documents filed by Dennis M.
O'Connor, 1650 MOTION for Brian S. Levine to Appear Pro Hac Vice. filed by Tishman Interiors Corporation, Tis
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
Tishman Construction Corporation of Manhattan, 1683 Endorsed Letter, Set Hearings,, 1433 Stipulation and Order,
Memorandum of Law in Support of Motion, filed by Mount Sinai Medical Center, 1016 Reply filed by En–Tech Co
Contracting Corp., 1649 MOTION for Aaron J. Stahl to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corpor
Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1261 Notice (O
filed by Plaintiffs Liaison Counsel, 961 Stipulation and Order of Dismissal,, 2119 MOTION for Summary Judgmen
of Motion for Summary Judgment Dismissing A1, A2, A3, B1 and B2 Plaintiffs' Labor Law, Common Law Neglige
General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authori
New York &New Jersey, 1625 Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tis
Construction Corporation of New York, Tishman Interiors Corporation, 1165 Notice (Other) filed by Plaintiffs Liais
Counsel, 1227 MOTION for Andrew J. Carboy to Withdraw as Attorney for Plaintiffs. filed by Mary Jane Striffler,
Striffler, 948 Declaration in Support of Motion,, filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting
Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1404 Response to Discovery filed by
Cavicchio, Nicola Cavicchio, 1921 Affidavit in Support of Motion, filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1567 Declaration in O
to Motion, filed by Raymond Hauber, 1396 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 2105
Stipulation and Order,,,, 1216 Stipulation and Order,,, 1137 Stipulation and Order, 1057 Case Management Plan, 20
Order,, 1998 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1263 Order
Affidavit in Support of Motion filed by City of New York, 1085 Notice of Adoption of Master Answer filed by Tish
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
2101 Notice of Appearance filed by Weeks Marine, Inc., 1358 Request for Production of Documents filed by Berna
Stinchcomb, Christine Stinchcomb, 1828 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac
LLC, 1213 Order, 1130 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manha
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1559 Certificate of Service Compl
Certificate of Service Other,, filed by Taylor Recycling Facility LLC, 2010 Affidavit in Support of Motion filed by T
Respirators, Inc., 1041 MOTION for Discovery to Address Plaintiffs' Counsel's Failures in Providing Discovery and
Require an End Date for Complete Production of Medical Records and Sanctions. filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environment, Inc., Tully Construction Co., Inc.,
New York, Turner Construction Company, Plaza Construction Corp., 913 Notice (Other) filed by Plaintiffs Liaison
1235 Notice (Other) filed by Plaintiffs Liaison Counsel, 889 Notice (Other) filed by Plaintiffs Liaison Counsel, 124
on Motion to Vacate,,, 1472 Notice (Other) filed by Plaintiffs Liaison Counsel, 987 Notice (Other) filed by Plaintiff
Counsel, 1822 MOTION for Summary Judgment re Casey (06 cv 08890). filed by Taylor Recycling Facility LLC, 1
Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction
Corporation of New York, Tishman Interiors Corporation, 1653 Notice of Appearance filed by Tishman Constructio
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1361
Affirmation filed by Plaintiffs Liaison Counsel, 1565 Affirmation filed by Component Assembly Systems, Inc., 147
Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2096 Notice of Appearance filed by Weeks Marine,
2030 Notice (Other) filed by Gregory J Cannata &Associates, 1265 Order, 963 Stipulation and Order of Dismissal,,
Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1911 Endorsed Letter,, 1690 Notice (Other) filed by Pl
Liaison Counsel, 1337 Notice (Other) filed by Plaintiffs Liaison Counsel, 1978 Rule 56.1 Statement filed by Phillips
Jordan, Inc., 1406 Notice (Other) filed by Plaintiffs Liaison Counsel, 1784 MOTION for Summary Judgment Notice

Motion Cantore. filed by Evans Environmental &Geological Science &Management, LLC., 1775 Affidavit in Supp
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 1556 Affidavit in Support of Motion filed by City of New York, 1746 Endorsed Let
MOTION for Summary Judgment for Plaintiffs Daniel and Jeanne Raleigh. filed by Phillips and Jordan, Inc., 2098 N
Appearance filed by Weeks Marine, Inc., 1300 Response to Discovery filed by Herbert Pate, 1992 Notice (Other), N
(Other) filed by City of New York, 1515 Notice (Other) filed by Plaintiffs Liaison Counsel, 1615 MOTION for Alas
Chan to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deutsc
Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 2006 Order,, 1894 Declaration
Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1835 Memorandum
in Support of Motion filed by Taylor Recycling Facility LLC, 1805 Memorandum of Law in Support of Motion file
Phillips and Jordan, Inc., 1248 Notice (Other) filed by Plaintiffs Liaison Counsel, 1829 Memorandum of Law in Sup
Motion filed by Taylor Recycling Facility LLC, 1774 MOTION for Summary Judgment Rule 56 Statement Greco. f
Evans Environmental &Geological Science &Management, LLC., 1011 Notice of Adoption of Master Answer filed
Phillips and Jordan, Inc., 1573 Memorandum of Law in Support of Motion filed by City of New York, 1767 Memor
Law in Support of Motion filed by Phillips and Jordan, Inc., 2069 Endorsed Letter,,,,,, 1201 Endorsed Letter,, 1012
(Other) filed by Plaintiffs Liaison Counsel, 1105 Notice of Adoption of Master Answer filed by Tishman Constructi
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1470
Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction
Corporation of New York, Tishman Interiors Corporation, 1175 MOTION for Partial Summary Judgment. filed by N
Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT
Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot
Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretr
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., M
Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Cor
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin
Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Le
Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Cor
Notice (Other) filed by Plaintiffs Liaison Counsel, 1364 Notice (Other) filed by Plaintiffs Liaison Counsel, 1244 Sti
and Order of Dismissal,,, 1522 MOTION to Strike Plaintiffs' September 9, 2009 Submission. filed by Gilsanz, Murr
Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Ewell W. Finley, P.C., Robert S
Associates, Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associ
Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Gilsanz Murray Steficek LLP
Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood
&Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 1983 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1426 Notice (Other) filed by Plainti
Liaison Counsel, 1353 Request for Production of Documents filed by Robert Panarella, 1517 Order,, 990 Objection
(non–motion), Objection (non–motion) filed by marion s. mishkin, 1484 MOTION to Preclude and for Default agai
Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1798 MOTION for Summary Judgment Notice of
Castro. filed by Evans Environmental &Geological Science &Management, LLC., 1461 Notice (Other) filed by Plai
Liaison Counsel, 1044 Notice (Other) filed by Plaintiffs Liaison Counsel, 1928 Affidavit in Support of Motion, filed
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 1306 Response to Discovery filed by Frank Scallo, 1509 Order, 1174 Notice (Other) filed by Plaintiffs
Counsel, 1699 Declaration in Support of Motion,,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &M
LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2089 Notice (Other) fil
Plaintiffs Liaison Counsel, 1815 MOTION for Summary Judgment Based Upon Untimely Notices of Claim and Sta
Limitations. filed by City of New York, 1632 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Coun
Declaration in Support of Motion,,, filed by Plaintiffs Liaison Counsel, 1861 Declaration in Support of Motion filed
Taylor Recycling Facility LLC, 1890 Affidavit in Support of Motion filed by Evans Environmental &Geological Sc
&Management, LLC., 1131 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of M
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1702 Memorandum of Law in Sup
Motion filed by Michelle Haskett–Godbee, 1066 Stipulation and Order of Dismissal,,, 1955 Certificate of Service O
by Taylor Recycling Facility LLC, 1906 Endorsed Letter,, 964 Notice (Other) filed by Plaintiffs Liaison Counsel, 16
Endorsed Letter,, 2092 Case Management Plan,,,,, 1384 Notice (Other) filed by Plaintiffs Liaison Counsel, 1334 En
Letter,, 952 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1502 Notice (Other) filed
Plaintiffs Liaison Counsel, 2008 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1952 Decla
Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1184 Affidavit of Service Othe

Plaintiffs Liaison Counsel, 1922 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis Construction Corporation of New York, Tishman Interiors Corporation, 1553 Memorandum of Law in Support of M filed by City of New York, 2083 Order,, 1445 Rule 56.1 Statement,,,,,,,, filed by En−Tech Corp., DMT Enterprise, AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environm Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor E and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contract Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 1807 Certificate of Service Other filed by Phillips and Jordan 1488 Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 1363 Notice (Other) filed by P Liaison Counsel, 1895 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1429 Endorsed Letter,, 1608 Notice (Other) filed by Plaintiffs Liaison Counsel, 1700 MOTIO Partial Summary Judgment. filed by Michelle Haskett−Godbee, 1222 Order, 1816 Notice (Other) filed by City of N 959 Stipulation and Order of Dismissal, 1852 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, Malone, 1558 Rule 7.1 Corporate Disclosure Statement filed by Taylor Recycling Facility LLC, 1415 Order,, 1115 Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1000 Notice (Other) filed by Plaintiffs Liaison Counsel, 1956 Certificate Service Other filed by Taylor Recycling Facility LLC, 2057 Order, 1940 Memorandum of Law in Support filed by I Environmental &Geological Science &Management, LLC., 956 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2041 Order,, 1380 Reply Affidavit in Support of Motion filed by City of New York, 1797 N to Compel Production of Documents Previously Withheld Under Improper Claim of Privilege. filed by Plaintiffs Lia Counsel, 1503 Notice (Other) filed by Plaintiffs Liaison Counsel, 1663 Memorandum of Law in Support of Motion, Plaintiffs Liaison Counsel, 1786 Memorandum of Law in Support of Motion, filed by The Port Authority of New Y &New Jersey, 1869 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1060 Order,,,,, 1613 Declaration i Support of Motion filed by Plaintiffs Liaison Counsel, 1636 Affirmation in Support,, filed by Raymond Hauber, 131 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1170 Notice (Other) filed by Samuel Pi 1428 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1062 Endorsed Letter,,, 1917 MOTION for Sun Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Constructio Corporation of New York, Tishman Interiors Corporation, 1035 Notice of Adoption of Master Answer filed by Phill Jordan, Inc., 914 Notice (Other) filed by Plaintiffs Liaison Counsel, 946 Rule 56.1 Statement filed by En−Tech Corp Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors 1387 Affirmation filed by Plaintiffs Liaison Counsel, 2102 Notice of Appearance filed by Weeks Marine, Inc., 1985 MOTION for Summary Judgment On Behalf of The City of New York Based Upon Untimely Notices of Claim and of Limitations. filed by City of New York, 1456 MOTION to Substitute Party. Old Party: Raymond Hauber, New P Hauber in his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. MOTION to Amend/Correct Caption. filed by Raymond Hauber, 1204 MOTION for Partial Summary Judgment. filed by Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1362 Notice (Other) filed by Plaintiffs Liaison Counsel, 1357 Request for Production of Documents filed by Frank S 1938 Declaration in Support, filed by Evans Environmental &Geological Science &Management, LLC., 1505 MOT Preclude and for Default Judgment against Defendants for Failing to Comply with Plaintiffs' First Case−Specific De and Order of July 8, 2009. filed by Plaintiffs Liaison Counsel, 973 Notice of Appearance filed by Kevi Fitzpatrick, 1193 MOTION to Vacate 1160 Order,. filed by Joette DeGiovine, Daniel DeGiovine, 999 Notice (Othe by Plaintiffs Liaison Counsel, 1122 Notice of Adoption of Master Answer filed by Tishman Construction Corporatic Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 891 Notice (Other) file Plaintiffs Liaison Counsel, 1210 MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. filed by Survivair Respira Inc., 2103 Notice of Appearance filed by Weeks Marine, Inc., 1206 Notice of Adoption of Master Answer filed by F and Jordan, Inc., 1728 Affirmation in Support of Motion,,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James 1896 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., Memorandum of Law in Support,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, In

AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cam
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofi
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., _1293_ Response to Discovery filed by Michael Panarella, _960_ Certificate of Service Other,, file
marion s. mishkin, _2078_ Notice of Appearance filed by United States, _1826_ MOTION for Summary Judgment re Ra
cv 09818). filed by Taylor Recycling Facility LLC, _1514_ Order, _1560_ Answer to Complaint filed by Taylor Recycli
Facility LLC, _1981_ MOTION for Summary Judgment for Plaintiffs Frank Gullo and Gabriella Gullo. filed by Philli
Jordan, Inc., _1069_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1853_ Memorandum of Law in Support of Mot
by Survivair Respirators, Inc., _1107_ Notice of Adoption of Master Answer filed by Tishman Construction Corporati
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1018_ Notice (Other) fi
Plaintiffs Liaison Counsel, _1877_ Rule 56.1 Statement filed by Evans Environmental &Geological Science &Manage
LLC., _1504_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1315_ MOTION for Partial Summary Judgment. filed
Michelle Haskett–Godbee, _1197_ Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, _94
(Other) filed by Plaintiffs Liaison Counsel, _895_ Order, _1521_ Notice (Other) filed by The City of New York, _1279_ R
to Discovery, filed by Thomas M. Flanders, _1059_ Notice (Other) filed by Plaintiffs Liaison Counsel, _2097_ Notice of
Appearance filed by Weeks Marine, Inc., _1783_ MOTION for Summary Judgment re Alleva case (06 cv 08887). file
Taylor Recycling Facility LLC, _1449_ Affirmation filed by Nacirema Industries, Inc., _1958_ Reply Memorandum of L
Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler
&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A
Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., _1442_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1804_ A
of Service Other,, filed by Plaintiffs Liaison Counsel, Frank Malone, _1736_ Affidavit of Service Other filed by Plaint
Liaison Counsel, _1156_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1506_ Declaration in Support of Motion,,,,
Plaintiffs Liaison Counsel, _983_ Stipulation and Order, _986_ Order on Motion for Partial Summary Judgment, _894_ Sti
and Order of Dismissal,, _1119_ Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1142_ Memorandum of
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Construction Co., Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur
Construction Company, Plaza Construction Corp., _2087_ Notice (Other), Notice (Other), Notice (Other), Notice (Oth
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Co
Enterprise, Inc., Off Road Welding, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Trucking, Inc., Toretta Trucking, Inc., Ove Arup &Partners P.C., Cord Contracting Co. Inc., Dakota Demo–Tech, C
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Group, Buro Happold Consulting Engineer
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Parson Group, I
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Musco Sports Lighting, LLC, 7
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Constructio
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti

Simpson Gumpertz &Heger Inc., Ment Bros. Iron Works Co., JP Equipment Rental Material, Inc., Brer–Four Trans
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construct
Corp., 1029 Notice (Other) filed by Plaintiffs Liaison Counsel, 1183 Memorandum of Law in Support filed by Plain
Liaison Counsel, 1954 Declaration in Support,, filed by Evans Environmental &Geological Science &Management,
1782 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plainti
Liaison Counsel, 1386 Case Management Plan, 2019 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co
Contractors, Inc., 1658 Order, 2093 Notice of Appearance filed by Weeks Marine, Inc., 1637 Certificate of Service
filed by Raymond Hauber, 1749 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geologi
Science &Management, LLC., 1523 Declaration in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Sk
Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Roberts
Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A
Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek L
Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius P
Inc., 1313 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 2099 Notice of Appearance
Weeks Marine, Inc., 1452 Stipulation and Order of Dismissal,,,, 1239 Notice of Adoption of Master Answer filed by
and Jordan, 1606 Stipulation and Order,, 958 Stipulation and Order of Dismissal, 1781 Rule 56.1 Statement filed by
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1718 Order, 1854 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1525 Memorandum of Law in
of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartle
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P.
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engine
P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomaset
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,
Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 1453 Endorsed Letter,,,, 1986 Memorandum of Law
Support of Motion filed by City of New York, 1925 Declaration in Support of Motion, filed by Tishman Constructi
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1799 R
Statement filed by The Port Authority of New York &New Jersey, 1596 Notice (Other) filed by Plaintiffs Liaison C
1513 Notice of Appearance filed by Manafort Brothers, Inc., 1230 Notice of Appearance filed by Manafort Brothers
923 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1765 MOTION for Summary Judgment re Allev
by Phillips and Jordan, Inc., 1855 Affidavit of Service Other filed by Survivair Respirators, Inc., 1712 Order,, 1427
Protective Order,, 1345 Request for Production of Documents filed by Andrew Dunaway, 2024 Rule 7.1 Corporate
Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1640 Affirmation in Opposition,, filed by I
Hauber, 1083 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish
Construction Corporation of New York, Tishman Interiors Corporation, 1287 Response, filed by Plaintiffs Liaison C
2018 Notice (Other) filed by Gregory J Cannata &Associates, 1541 Order on Motion to Preclude, 1215 Stipulation a
Order,,, 1616 MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. filed by Taylor Recycling Facility LLC, 97
Certificate of Service Other,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Eng
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1666 Memorandum &Opinion, 1642 Notice (Othe
by Plaintiffs Liaison Counsel, 1499 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1389 Notice
filed by Plaintiffs Liaison Counsel, 1240 Costs Taxed, 1157 Endorsed Letter,, 1679 MOTION to Compel Robert Mo
to Appear for Deposition. filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC
Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Truckin
Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing
Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Wei
Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Te
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I

Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.. Response to Discovery filed by Frank Scallo, 1150 Rule 56.1 Statement filed by City of New York, 1441 Response to Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 1480 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1200 Stipulation and Order, Set Deadlines, 1272 Response to Discovery filed by Andrew Dunaway, 1908 Memorandum of Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1836 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1661 MOTION for Reconsideration of the Court's Order Dated December 3, 2009 D Motion to Compel Mayris Webber, DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1634 Reply Memorandum of Law in Support of Motion filed by The City of New York, 910 Notice of Adoption of Master Answ by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1338 Order,, 1874 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1164 Notice (Other) fi Plaintiffs Liaison Counsel, 1103 Notice of Adoption of Master Answer filed by Tishman Construction Corporation o Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2086 Order, 2063 Ord Declaration in Support of Motion filed by City of New York, 1790 MOTION for Summary Judgment Notice of Mot Casey. filed by Evans Environmental &Geological Science &Management, LLC., 927 Notice (Other) filed by Plain Liaison Counsel, 2104 Notice of Appearance filed by Weeks Marine, Inc., 1858 MOTION for Stephanie S. McGraw Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., Sperian Respirstory Protection USA, LLC, Musco Sports Lighting, LLC, 1464 Memorandum of Law in Support of Motion, filed by Tisl Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1460 Affirmation in Support of Motion, filed by Raymond Hauber, 1644 MOTION for an Order compelling Mayris DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1305 Response to Discovery filed by Frank Sca Stipulation and Order,,,,,, 1705 Memorandum of Law in Support of Motion, filed by Gilsanz, Murray, Steficek, LLF En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, L Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.. Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Even Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer−Fo Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1443 Order on Motion fo Summary Judgment, 1266 Response to Discovery filed by Nicola Cavicchio, 1220 Endorsed Letter,,, 1823 MOTIOI Summary Judgment re Greco (05 cv 01228). filed by Taylor Recycling Facility LLC, 2020 Notice of Adoption of M Answer filed by Berkel &Co. Contractors, Inc., 1862 Declaration in Support of Motion filed by Taylor Recycling Fa LLC, 1848 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1038 Order, Set Deadlines/Hearing Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc Corporation of New York, Tishman Interiors Corporation, 890 Stipulation and Order of Dismissal,, 1124 Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I York, Tishman Interiors Corporation, 1614 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1537 Ord Motion to Appear Pro Hac Vice, 1897 Declaration in Support of Motion,, filed by Evans Environmental &Geologic Science &Management, LLC., 1626 Response to Discovery filed by Diane Scallo, Andrew Scallo, 2095 Notice of Appearance filed by Weeks Marine, Inc., 1139 Order,,, 1768 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1214 Order on Motion to Appear Pro Hac Vice,,, 1378 Reply Memorandum of Law in Support of Motion,,,,,, filed b En−Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construct Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., P Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Ind Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One I Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction C

Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Mate
Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Cons
Corp., 1595 Order Admitting Attorney Pro Hac Vice, Terminate Motions,,,,,,,,,,,,,,, 2079 Order, Set Deadlines/Hearin
1698 Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Me
LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1042 Memorandum of
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Const
Corp., 1275 Response to Discovery filed by Michael Labetti, 2052 Notice (Other) filed by Gregory J Cannata &Ass
1008 Notice (Other) filed by Plaintiffs Liaison Counsel, 1172 Notice (Other) filed by Plaintiffs Liaison Counsel, 20
of Voluntary Dismissal − Signed, 1333 Stipulation and Order of Dismissal,, 1849 Order,,,, 2040 Notice (Other) filed
Gregory J Cannata &Associates, 1153 Order,,,,,,, 1267 Response to Discovery filed by Donald Carson, 1160 Order,,
Answer to Complaint filed by Seasons Industrial Contracting, 1777 MOTION for Summary Judgment Dismissing C
A1, A2, A3, B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New Yor
Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 2107 FIRST MOTION to Compel
Pursuant to FRCP45. filed by Mount Sinai Medical Center, 1975 MOTION for Summary Judgment for Plaintiffs Ca
Cameron and Steve Cameron. filed by Phillips and Jordan, Inc., 2043 Notice of Voluntary Dismissal − Signed, 1647
MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. filed
En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, S.
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Cam
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., I
National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 2100 Notice of Appearance filed by Weeks Marine, Inc., 197
Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1555 Affidavit in Support of Motion f
City of New York, 1965 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1402 Notice (Other), Notice (Other)
Plaintiffs Liaison Counsel, 937 Notice (Other) filed by Plaintiffs Liaison Counsel, 1032 Declaration in Opposition f
Plaintiffs Liaison Counsel, 1808 Certificate of Service Other filed by Phillips and Jordan, Inc., 1920 Affidavit in Sup
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 989 Certificate of Counsel filed by marion s. mishkin, 1078 Notice of Adoption of N
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1424 Notice (Other) filed by Plaintiffs Liaison Counsel, 1660 Notice (Other) filed by
Environmental &Geological Science &Management, LLC., 1347 Request for Production of Documents filed by Fra
Goffredo, Blanca Goffredo, 1605 Order on Motion to Appear Pro Hac Vice, 2118 Endorsed Letter, 965 USCA Man
2048 Notice (Other) filed by Gregory J Cannata &Associates, 1022 Endorsed Letter, 1641 Endorsed Letter,, 2011 R
Statement filed by Survivair Respirators, Inc., 943 Stipulation and Order,, 1098 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1676 MOTION to Amend/Correct Notice of Motion by The Port Authority of New York and New Jers
Amend it's Master Answer. filed by The Port Authority of New York &New Jersey, 1500 Notice (Other) filed by Pl
Liaison Counsel, 1423 Notice (Other) filed by Plaintiffs Liaison Counsel, 1947 MOTION for Summary Judgment re
Gullo, et al. v. A. Russo Wrecking, et al. (06−cv−10937). filed by Taylor Recycling Facility LLC, 1118 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1015 Reply Memorandum of Law in Support of Motion filed by En−Tech Co
Contracting Corp., 1602 MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. filed by Taylor Recycling Facil
1916 Rule 56.1 Statement filed by Michelle Haskett−Godbee, 1901 Notice of Appearance filed by Plaza Constructi
1884 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 10
Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 1316 Response to Discovery filed by Rober

1546 Notice (Other) filed by Plaintiffs Liaison Counsel, 1733 Response to Discovery filed by Frank Goffredo, Blan Goffredo, 1530 MOTION for Julie Busch to Appear Pro Hac Vice. filed by The Port Authority of New York &New 1036 Notice (Other) filed by Plaintiffs Liaison Counsel, 1133 Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1250 Stipulation and Order of Dismissal,, 1412 Order,,, 1407 Notice (Other) filed by Plaintiffs Liaison Counsel, 1126 No Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1527 Endorsed Letter,, 1633 Reply Affirmation in Support of Motion, fi The City of New York, 1544 Order on Motion to Strike, 1462 Notice (Other) filed by Plaintiffs Liaison Counsel, 11 of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Co of New York, Tishman Interiors Corporation, 2027 Notice of Adoption of Master Answer filed by Buro Happold Co Engineers, P.C., 1791 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 17 on Motion to Appear Pro Hac Vice, 1438 Endorsed Letter,, 1695 Declaration in Support of Motion, filed by The Por Authority of New York &New Jersey, 1109 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1304 R to Discovery filed by Frank Scallo, 1966 Certificate of Service Other filed by Phillips and Jordan, Inc., 1875 Rule 5 Statement filed by Taylor Recycling Facility LLC, 1487 Declaration in Support of Motion,, filed by Plaintiffs Liaiso Counsel, 1408 Endorsed Letter,,,, 1937 Memorandum of Law in Support filed by Evans Environmental &Geologica &Management, LLC., 1371 Order,,, 1125 Notice of Adoption of Master Answer filed by Tishman Construction Cor of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1586 Affidavit of S Other, filed by Plaintiffs Liaison Counsel, 1582 Notice (Other) filed by Plaintiffs Liaison Counsel, 1077 Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of York, Tishman Interiors Corporation, 1585 Endorsed Letter, 1909 Endorsed Letter, Set Deadlines/Hearings,,,,, 189 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1524 Dec in Support of Motion,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kess &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Asso R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Co Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornt Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler & Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2090 Notice (Othe by Plaintiffs Liaison Counsel, 1341 Notice (Other) filed by Plaintiffs Liaison Counsel, 1138 Memorandum &Opinic Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1497 Memorandum of Law in Supp Motion, filed by Plaintiffs Liaison Counsel, 1282 Response to Discovery filed by Dennis M. O'Connor, 1980 Certifi Service Other, filed by Phillips and Jordan, Inc., 1600 Stipulation and Order,,,,,,,, 1825 MOTION for Summary Jud Loughery (06 cv 08609). filed by Taylor Recycling Facility LLC, 926 Notice (Other) filed by Plaintiffs Liaison Cou 1832 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 2036 Notice (Other) filed Gregory J Cannata &Associates, 1217 Stipulation and Order,,, 1501 Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,,,, 1074 Notice (Other) filed by Plaintiffs Liaison Counsel, 1211 Order,,,,, 1668 Notice (O filed by Plaintiffs Liaison Counsel, 993 Order, 1905 Order,,,, 1898 Declaration in Support of Motion,, filed by Evan Environmental &Geological Science &Management, LLC., 1270 Response to Discovery filed by Andrew Dunaway Order on Motion for Reconsideration, 2017 Notice (Other) filed by Gregory J Cannata &Associates, 920 Stipulation Order of Dismissal,, 2065 Memo Endorsement, 1979 Rule 56.1 Statement filed by The Port Authority of New York Jersey, 1778 MOTION for Summary Judgment Memo of Law Greco. filed by Evans Environmental &Geological Sc &Management, LLC., 1439 Notice (Other) filed by Plaintiffs Liaison Counsel, 1435 Notice (Other) filed by Plaintiff Liaison Counsel, 1166 Notice (Other) filed by Samuel Provisero, 1128 Notice of Adoption of Master Answer filed b Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic Corporation, 950 Order Admitting Attorney Pro Hac Vice, 2071 Response to Discovery filed by Andrea Cavicchio, Cavicchio, 1508 Notice (Other) filed by Plaintiffs Liaison Counsel, 931 Notice (Other) filed by Plaintiffs Liaison Co 1176 Declaration in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., \ Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skans Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executi Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipm Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1630 Response to Motion filed by Taylor R Facility LLC, 1491 Order on Motion for Summary Judgment, Order on Motion for Judgment on the Pleadings, 205 Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid

Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contract Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Cons Company, Big Apple Wrecking &Construction Corp., _1088_ Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor _1919_ Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishma Construction Corporation of New York, Tishman Interiors Corporation, _925_ Notice (Other), Notice (Other), Notice Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Lia Counsel, _911_ Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishi Construction Corporation of New York, Tishman Interiors Corporation, _1618_ MOTION for Maureen C. Pavely to A Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Con Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, _1381_ Reply Memorandum of Law in Support of Motion filed by City of New York, _1288_ Memorandum of Law in Opposition,,, Plaintiffs Liaison Counsel, _1820_ MOTION for Summary Judgment re Cameron (06 cv 09273). filed by Taylor Recy Facility LLC, _2121_ Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, _1552_ MOTION to Quash Subpoenas. filed by City of New York, _1540_ Notice (Other) filed by Plaintiffs Liaison Counsel, MOTION to Vacate March 3, 2009 Dismissal. filed by Samuel Provisero, _1238_ Stipulation and Order of Dismissal,, Request for Production of Documents filed by Andrea Cavicchio, Nicola Cavicchio, _1802_ Rule 56.1 Statement,,,, filed Phillips and Jordan, Inc., _1368_ Stipulation and Order of Dismissal,, _1607_ Affirmation filed by Eagle One Roofing Contractors, Inc., _1744_ Affidavit of Service Other filed by Plaintiffs Liaison Counsel, _1949_ Declaration in Support o filed by Taylor Recycling Facility LLC, _1004_ Rule 56.1 Statement filed by Plaintiffs Liaison Counsel, _1536_ Order o to Appear Pro Hac Vice, _984_ Notice (Other), Notice (Other) filed by marion s. mishkin, _1262_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1191_ Affidavit of Service Other filed by John Raehse, Paula Raehse, _1982_ Memorandum in Support of Motion filed by Phillips and Jordan, Inc., _1766_ Memorandum of Law in Support of Motion filed by Ph Liaison Counsel, Frank Malone, _1310_ Response to Discovery filed by Frank Scallo, _1372_ Order,,, _1755_ Notice (Oth by Phillips and Jordan, Inc., _1076_ MOTION for Anita Weinstein to Appear Pro Hac Vice., _966_ Order, Set Motion an RRDeadlines/Hearings, _1597_ Order, Terminate Motions, Add and Terminate Attorneys, _1466_ MOTION for Judgme Pleadings Laron Casey (06cv8890). filed by Tishman Construction Corporation of Manhattan, Tishman Constructio Corporation of New York, Tishman Interiors Corporation, _1403_ Response to Discovery filed by Diane Scallo, Andr Scallo, _1535_ Order on Motion to Appear Pro Hac Vice, _1651_ Order, _1671_ Notice (Other) filed by Evans Environmen &Geological Science &Management, LLC., _1771_ Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1095_ N Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, _955_ Notice of Adoption of Master Answer filed by Phillips and Jordan, I Order, _1709_ Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, _1155_ Order, MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs. filed by Gilsanz, Murray, S LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill L Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Cor

Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Rol Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equi Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Franc Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equip Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofi Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Ru Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1101 Notice of Adoption of M Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation & New York Tishman Interiors Corporation. 1054 Notice of Appearance filed by Verizon New York Inc., 1352 Request for Prod Documents filed by Michael Panarella, Christine Panarella. 1959 Declaration in Support of Motion,,, filed by Gilsan Murray, Steficek, LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, S Owings &Merrill, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler & Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Luc Pitkin, Inc., 2032 Endorsed Letter,, 1557 Notice (Other) filed by Plaintiffs Liaison Counsel, 928 Notice (Other) filed Plaintiffs Liaison Counsel, 1631 Certificate of Service Other filed by Taylor Recycling Facility LLC, 988 Schedulin 1307 Response to Discovery filed by Frank Scallo, 1342 Notice (Other) filed by Plaintiffs Liaison Counsel, 2077 No (Other) filed by Plaintiffs Liaison Counsel, 1612 MOTION to Compel James Carpenter to Appear for Deposition. fi Plaintiffs Liaison Counsel, 1601 Order on Motion to Compel, 945 MOTION for Summary Judgment. filed by En–T Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio Genera Contractors Corp., 1458 Order, 1900 Order Admitting Attorney Pro Hac Vice, 1440 Notice (Other) filed by The City York, 1390 Notice of Appearance, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contra Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Industries, Inc., M American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Service Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environ Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., Nev Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1974 Certificate of Service Other Phillips and Jordan, Inc., 1988 Declaration in Support of Motion filed by City of New York, 1446 Memorandum of Support of Motion,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Ska Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Even Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 1034 Notice (Other) filed by Plaintiffs Liaison Counsel, 905 Stipulation and Order of Dismiss Certificate of Service Other filed by Taylor Recycling Facility LLC, 1416 Order,,, 1360 Request for Production of Documents filed by Frank Scallo, 1072 Stipulation and Order of Dismissal,,,, 2054 Order, Set Motion and RRDeadlines/Hearings, 1809 Affidavit of Service Other filed by Phillips and Jordan, Inc., 1665 Notice (Other) filed Plaintiffs Liaison Counsel, 1037 USCA Mandate, 2088 Notice,, 1599 Notice (Other) filed by Plaintiffs Liaison Coun Memorandum of Law in Support of Motion, filed by Survivair Respirators, Inc., 1737 Affidavit of Service Other, fil Plaintiffs Liaison Counsel, 2094 Notice of Appearance filed by Weeks Marine, Inc., 1995 Memorandum of Law in S of Motion filed by Phillips and Jordan, Inc., 1493 Notice (Other) filed by Plaintiffs Liaison Counsel, 1228 Declarati

Support filed by Mary Jane Striffler, Donald Striffler, 1887 Memorandum of Law in Support of Motion filed by Eva
Environmental &Geological Science &Management, LLC., 1182 Declaration in Support filed by Plaintiffs Liaison (
1967 MOTION for Summary Judgment Dismissing C1 and B3 Plaintiffs' Labor Law, Common Law Negligence, an
General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authori
New York &New Jersey, 1249 Stipulation and Order,,, 1023 Stipulation and Order of Dismissal,, 1680 Declaration
Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Constru
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc.,
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, E
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoc
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledg
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1001 Notice (Other) filed by I
Liaison Counsel, 1519 Endorsed Letter,, 1827 Certificate of Service Other, filed by Taylor Recycling Facility LLC.,
Notice (Other) filed by Plaintiffs Liaison Counsel, 1051 Case Management Plan, 1388 Notice (Other) filed by Plain
Liaison Counsel, 1056 Protective Order, 1047 Order,,,,, 1730 Notice (Other) filed by Plaintiffs Liaison Counsel, 211
1422 Memo Endorsement, 1312 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1061 N
(Other) filed by Plaintiffs Liaison Counsel, 1173 Endorsed Letter,, 1329 Stipulation and Order of Dismissal, 1984 C
of Service Other, filed by Phillips and Jordan, Inc., 1673 FIRST MOTION for Protective Order Notice of Motion. fi
United States, 1888 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1019 Notice (Other) filed by Plaintiffs Liaison Counsel, 1945 Memorandum of Law in Suppo
by Evans Environmental &Geological Science &Management, LLC., 1498 Notice (Other) filed by Plaintiffs Liaison
Counsel, 1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New York's Admitted Suppression of
for Six Years. filed by Plaintiffs Liaison Counsel, Frank Malone, 1152 Declaration in Support of Motion, filed by C
New York, 1566 Memorandum of Law in Opposition to Motion filed by Raymond Hauber, 1760 Rule 56.1 Stateme
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 901 Certificate of Service Other, filed by John Montalvo, 1046 Order on Motion to Appear Pro Hac Vi
Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 953 Amended Notice of Appeal, filed b
Plaintiffs, 1005 Affirmation in Opposition,,, filed by Plaintiffs Liaison Counsel, 1379 Reply Memorandum of Law i
of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environm
Inc., Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 970 Reply Memorandu
Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engi
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1738 Affidavit of Service Other, filed by Plaintiffs
Counsel, 1819 Rule 56.1 Statement filed by City of New York, 1950 Memorandum of Law in Support of Motion fil
Taylor Recycling Facility LLC, 1280 Response to Discovery filed by Nicholas Lusuriello, 1619 Response to Discov
by David Nolan, Louise Nolan, 1907 Counter Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel, 1332 Orde
Case Management Plan,,, 1627 Order on Motion to Compel, 1740 Notice (Other) filed by Plaintiffs Liaison Counsel
Notice (Other) filed by Plaintiffs Liaison Counsel, 2080 Order,,, 2009 Memorandum of Law in Support of Motion f
Survivair Respirators, Inc., 1410 Endorsed Letter,, 981 Notice (Other) filed by Plaintiffs Liaison Counsel, 1225 Stip
and Order,,, 1881 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1
Stipulation and Order,,,, 1070 Stipulation and Order of Dismissal,,,, 1551 Order,,, 1511 Order on Motion to Amend/
Order on Motion to Substitute Party,, 1574 Affidavit in Support of Motion filed by City of New York, 1317 Respon
Discovery filed by Robert Suarez, 1563 Affidavit of Service Other filed by Taylor Recycling Facility LLC, 1431 No
(Other) filed by Plaintiffs Liaison Counsel, 1863 Declaration in Support of Motion filed by Taylor Recycling Facilit
2026 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1223 Order, 1181
MOTION to Vacate 1160 Order,. filed by Plaintiffs Liaison Counsel, 1701 Affirmation in Support of Motion filed b
Michelle Haskett–Godbee, 1291 Response to Discovery filed by Michael Panarella, 1268 Response to Discovery fil
Frank Goffredo, 1369 Order,,, 1962 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs a
The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act. filed by
Authority of New York &New Jersey, 1977 Memorandum of Law in Support of Motion, filed by The Port Authorit

York &New Jersey, 1495 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1871 Rule 56.1 Statement
Taylor Recycling Facility LLC, 1474 Order, 1292 Response to Discovery filed by Michael Panarella, 922 Stipulation
Order of Dismissal, 1639 Endorsed Letter, Add and Terminate Attorneys,,,, 2085 Memo Endorsement, Add and Te
Attorneys,,,, 1318 Response to Discovery filed by Robert Suarez, 1973 Rule 56.1 Statement, filed by Gilsanz, Murra
Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &
LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway
Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &
Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Ea
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo−Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzochi Wrecking, Atlantic Heydt Corp., City of New York, Semo
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold
Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E
Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer As
LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzochi Wrecking Inc., Br
National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City
York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Const
Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., L
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental
Inc., Brer−Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., W
Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C.,
Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Cons
Corp., 1273 Response to Discovery filed by Frank Goffredo, 1662 Declaration in Support of Motion, filed by Plaint
Liaison Counsel, 1483 MOTION to Preclude and for Default against the Defendant City of New York. filed by Plain
Liaison Counsel, 2022 Notice of Adoption of Master Answer filed by Berkel &Co. Contractors, Inc., 1748 MOTION
Summary Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction of New Yo
Tishman Interiors Corp.. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporati
New York, Tishman Interiors Corporation, 1806 Certificate of Service Other filed by Phillips and Jordan, Inc., 1795
MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plaintiffs Lia
Counsel, 1391 Affirmation filed by Plaintiffs Liaison Counsel, 2050 Notice of Appeal, filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Coro
Construction Co., Inc., City of New York, Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Con
Corp., 1575 Affidavit in Support of Motion filed by City of New York, 1824 MOTION for Summary Judgment re C
(06 cv 08692). filed by Taylor Recycling Facility LLC, 1221 Memo Endorsement, 916 Memorandum of Law in Opp
to Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., B
Environmental, Inc., 1554 Affidavit in Support of Motion filed by City of New York, 2123 Order,,, 1340 Notice (Ot
by Plaintiffs Liaison Counsel, 2108 Protective Order, 1331 Order,, 2117 Rule 56.1 Statement filed by The Port Auth
New York &New Jersey, 1494 MOTION to Preclude and For Default Against Defendants for Failing to Timely and
Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODU
filed by Plaintiffs Liaison Counsel, 1584 Order,,, 1169 Endorsed Letter,, 977 Order of Dismissal,, 1411 Endorsed L
904 Notice (Other) filed by Plaintiffs Liaison Counsel, 995 Stipulation and Order, Set Motion and RRDeadlines/Hea
1053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1309 Response to Discovery filed by Frank Scallo, 1049 En
Letter,, 1058 Notice (Other) filed by Plaintiffs Liaison Counsel, 1377 Notice (Other) filed by Plaintiffs Liaison Cour
1219 Order,,, 1110 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan,
Construction Corporation of New York, Tishman Interiors Corporation, 1195 Declaration in Support filed by Joette
DeGiovine, Daniel DeGiovine, 1873 Rule 56.1 Statement by Taylor Recycling Facility LLC, 1405 Response to
Discovery filed by Robert Panarella, 1759 Notice (Other) filed by Phillips and Jordan, Inc., 1520 Notice (Other) file
Plaintiffs Liaison Counsel, 1892 Affidavit in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 2076 Stipulation and Order,,, 1246 Stipulation and Order of Dismissal,,, 936 Notice (Other) f
Plaintiffs Liaison Counsel, 935 Notice (Other) filed by Plaintiffs Liaison Counsel, 1100 Notice of Adoption of Mast
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 899 MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the
filed by Plaintiffs Liaison Counsel, 1348 Request for Production of Documents filed by Karen Labetti, Michael Lab

Notice (Other) filed by Plaintiffs Liaison Counsel, 1899 Order,,,, 1948 Memorandum of Law in Support filed by Ev Environmental &Geological Science &Management, LLC., 1576 Affidavit in Support of Motion, filed by City of N 1089 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor Corporation of New York, Tishman Interiors Corporation, 2082 Notice of Appearance filed by Weeks Marine, Inc., Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Construction Corp., 1856 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1821 MOTION Summary Judgment re Cantore (06 cv 10654). filed by Taylor Recycling Facility LLC, 1722 Notice of Voluntary D – Signed,, 1889 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, 1865 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1290 Response to Discovery filed b Nolan, 1620 Order, Terminate Motions,, 1610 Order,, 1758 Notice (Other) filed by Phillips and Jordan, Inc., 1648 Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point E Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein As Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C 1721 MOTION for George N. Kalamaras to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, Certificate of Service Other, filed by Phillips and Jordan, Inc., 1236 Notice (Other) filed by Plaintiffs Liaison Couns Order, 1259 Stipulation and Order, 1207 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1 Notice (Other) filed by Plaintiffs Liaison Counsel, 1349 Request for Production of Documents filed by Nicholas Lu 1099 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor Corporation of New York, Tishman Interiors Corporation, 1548 Order,,, 1726 MOTION for a Voluntary Dismissal the Court Considers Proper Pursuant to FRCP 41 (a) (2). filed by John Dunne, Lynn Taylor, Daniel Taylor, James A 1117 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor Corporation of New York, Tishman Interiors Corporation, 1025 Endorsed Letter, 1336 Affidavit of Service Other fi Plaintiffs Liaison Counsel, 1725 Order on Motion to Appear Pro Hac Vice, 900 MOTION for Reconsideration Plain Memorandum of Law in Support. filed by Plaintiffs Liaison Counsel, 1857 Declaration in Support of Motion filed b Recycling Facility LLC, 1136 Order Admitting Attorney Pro Hac Vice, 1628 Notice (Other) filed by Plaintiffs Liais Counsel, 1393 Stipulation and Order,,, 1140 MOTION for Partial Summary Judgment. filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Ev Recycling of Corona, Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 975 U Order, 1253 Order, 1743 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1944 R Statement filed by Evans Environmental &Geological Science &Management, LLC., 1942 Memorandum of Law in filed by Evans Environmental &Geological Science &Management, LLC., 1271 Response to Discovery filed by An Dunaway, 1356 Request for Production of Documents filed by Diane Scallo, Andrew Scallo, 969 Reply Affirmation Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlin Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Golo Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1796 MOTION for Summary Judgment Gipe Affi Casey. filed by Evans Environmental &Geological Science &Management, LLC., 1579 Declaration in Support, filed J. Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 1931 Certificate of Serv Other, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, T Interiors Corporation, 2122 Order, 1224 Order, 1591 Order,,, 2047 Notice of Voluntary Dismissal – Signed, 2023 E Letter,, 1370 Order,,, 1321 Endorsed Letter,,, 1776 MOTION for Summary Judgment re: Greco. filed by Phillips an Inc., 2116 Notice of Appeal, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canr Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V

Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1562 Amended Answer to Complaints filed by Taylor Recycling Facility LLC, 1108 Notice of Adoption of Master A
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1417 Order,,,,,,,, 1692 Notice (Other) filed by Plaintiffs Liaison Counsel, 1589 MOTION for .
Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deuts
Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1684 Order on Motion to
Amend/Correct,, 1529 MOTION for Zev Raben to Appear Pro Hac Vice. filed by The Port Authority of New York
Jersey, 1735 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1960 Counter Statement to Rule 56.1,, i
Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engine
P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C.,
Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 1729 Certificate of Service Other,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Alb
Stipulation and Order, Set Deadlines/Hearings,, 1180 MOTION to Vacate 1160 Order,. filed by Plaintiffs Liaison C
1878 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1757 Notice (
filed by Phillips and Jordan, Inc., 1533 Notice (Other) filed by Plaintiffs Liaison Counsel, 2037 Transcript, 1330 Ce
of Service Other,, filed by marion s. mishkin, 1106 Notice of Adoption of Master Answer filed by Tishman Construa
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1481 M
to Preclude and for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1561 Affid
Service Other filed by Taylor Recycling Facility LLC, 1123 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1793 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1866 Certificate of Service Other, filed b
Recycling Facility LLC, 1603 Order,,,, 1302 Stipulation and Order of Dismissal,,,,,, 949 Order Admitting Attorney l
Vice, 1696 MOTION for Summary Judgment On Behalf of the Structural Engineer Defendants. filed by Gilsanz, M
Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell
Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Canto
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, I
Pitkin, Inc., 1243 Stipulation and Order of Dismissal,, 1367 Stipulation and Order, 1276 Response to Discovery, fil
Thomas M. Flanders, 1158 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1455 Affirmati
by C.B. Contracting Corp., 1753 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Mar
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1936 Rule 56.1 Statement filed by
Environmental &Geological Science &Management, LLC., 944 Order on Motion for Reconsideration, 1296 Respon
Discovery filed by Jason Porcaro, 1764 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc
Response to Discovery filed by Dennis M. O'Connor, 2111 Order,,,, 2091 Order, 1373 Order,, 1751 MOTION for S
Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1167 Endorsed Letter,,, 1284
to Discovery filed by Dennis M. O'Connor, 1134 Notice (Other) filed by Plaintiffs Liaison Counsel, 1624 Order,,,, 1
Response to Discovery filed by Dennis M. O'Connor, 1094 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1205 Memorandum of Law in Support of Motion filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 1413 Order,,, 1682 Notice (Other) filed by I
Liaison Counsel, 1697 Rule 56.1 Statement,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill L
Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engin
P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, I
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Siln
Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2033 Endorsed Letter,, 1198 Affidavit
Service Other filed by Joette DeGiovine, Daniel DeGiovine, 902 Notice of Appearance filed by 22 Non–Resp, Darli
Montalvo, John Montalvo, 979 Notice (Other) filed by Plaintiffs Liaison Counsel, 1212 Order, 1021 USCA Mandat
Stipulation and Order,,, 1838 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1063 Notice (Oth
by Plaintiffs Liaison Counsel, 1543 Order on Motion to Preclude, 1335 Stipulation and Order of Dismissal, 1092 No

Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1437 Stipulation and Order of Dismissal,,, 1834 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1467 Notice of Appearance filed by Bovis Lend Lease LMB, Inc. 1256 Pre–Conference Statement filed by Samuel Provisero, 1258 Stipulation and Order,,,,,, 1769 MOTION for Summary Judgment re: Casey. filed by Phillips and Jordan, Inc., 1192 Affidavit of Service Other filed by John Raehse, Paula Raehse 1003 Affirmation, filed by Plaintiffs Liaison Counsel, 2061 Memorandum of Law in Opposition to Motion,,,, filed by Port Authority of New York &New Jersey, 1327 Notice (Other) filed by Plaintiffs Liaison Counsel, 1013 Notice (Other) filed by Plaintiffs Liaison Counsel, 1359 Request for Production of Documents filed by Robert Suarez, 1674 Order, Response to Discovery filed by Michael Labetti, 1617 MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Company Americas, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 933 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel, 1251 Stipulation and Order,,, 1772 MOTION for Summary Judgment Notice of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1027 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental & Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., Notice (Other) filed by Plaintiffs Liaison Counsel, 1594 Rule 7.1 Corporate Disclosure Statement filed by American Building Maintenance Industries, Inc., 1742 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counsel Endorsed Letter, 1817 Memorandum of Law in Support of Motion filed by City of New York, 1082 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1040 MOTION for Madro Bandaries to Appear Pro Hac Vice. filed by Phillips and Jordan, Inc., Phillips and Jordan, 1912 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 972 Notice (Other), Notice (Other) filed by marion s. mishkin, 2074 Supplemental ROA Sent to USCA – Index,, 1073 Stipulation and Order of Dismissal,,,, 906 Notice (Other) filed by Plaintiffs Liaison Counsel, 1864 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1079 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1946 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 2014 MOTION for Christopher Quinn to Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., 2003 Affidavit in Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada

Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1997 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 2049 MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, PLLC, Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Materials, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1454 Notice filed by Plaintiffs Liaison Counsel, 1492 Notice (Other) filed by Plaintiffs Liaison Counsel, 1880 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 2001 Order to Show Cause,,, 939 Endorsed Letter, 1209 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1691 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel,,, 1374 Affidavit of Service Other,,, filed by Plaintiffs Liaison Counsel, 1366 Stipulation and Order, 2044 Affidavit filed by Gregory J Cannata &Associates, 893 Stipulation and Order of Dismissal,,,, 1577 Order, Set Deadlines/Hearings, 1528 Notice (Other) filed by Plaintiffs Liaison Counsel, 1233 Stipulation and Order,,, 1886 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1550 Order,,, 1681 Endorsed Letter,, 1923 Certificate of Service Other,,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1444 MOTION for Summary Judgment Dismissing Defendants Not Named in Core Discovery. filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New

Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, E
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lu
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2060 Memorandum of L
Opposition filed by Gregory J Cannata &Associates, 1694 Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey, 1879 Rule 56.1 Statement filed by Evans Environmental &Geological Scienc
&Management, LLC., 2025 Notice of Adoption of Master Answer filed by Buro Happold Consulting Engineers, P.C
Stipulation and Order of Dismissal,,, 1951 Declaration in Support, filed by Evans Environmental &Geological Scien
&Management, LLC., 1002 Notice (Other) filed by Plaintiffs Liaison Counsel, 1355 Request for Production of Doc
filed by Jason Porcaro, 2004 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed
Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construc
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incor
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and
Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, i
Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Constr
Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakot
Demo–Tech, Inc., Evans Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B.
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzoc
Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Componen
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Li
Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc.,
Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Roy
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill
Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turn
A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquil
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Franci
Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson
Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportat
Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., A
Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1090 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1622 Order,,, 912 Notice (Other) filed by Plaintiffs Liaison Counsel, 1924 M(
for Summary Judgment re:Scott Malkoff and Irina Malkoff on behalf of Tishman Construction Corporation of Manh
Tishman Construction Corporation of New York and Tishman Interiors Corporation. filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1295 R
to Discovery filed by Jason Porcaro, 1787 Certificate of Service Other,, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1451 Notice (Other) fi
Plaintiffs Liaison Counsel, 1929 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis
Construction Corporation of New York, Tishman Interiors Corporation, 1996 Certificate of Service Other filed by P
and Jordan, Inc., 1260 Notice of Appearance filed by Mark Gajewski, 1993 MOTION for Summary Judgment for P
Christopher Castro. filed by Phillips and Jordan, Inc., 1943 Declaration in Support,, filed by Evans Environmental
&Geological Science &Management, LLC., 1910 Stipulation and Order,,, 1350 Request for Production of Documen
by David Nolan, Louise Nolan, 1450 Notice (Other) filed by Plaintiffs Liaison Counsel, 1831 MOTION for Summa
Judgment re Castro (06 cv 07287). filed by Taylor Recycling Facility LLC, 1773 Memorandum of Law in Support c
filed by Phillips and Jordan, Inc., 1385 Notice (Other) filed by Plaintiffs Liaison Counsel, 1930 MOTION for Summ
Judgment re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937

06CV11710, 06CV11814, 06CV12743. filed by Survivair Respirators, Inc., 1114 Notice of Adoption of Master Ans
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1194 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 1970 Declaration
Support of Motion, filed by The Port Authority of New York &New Jersey, 2106 Stipulation and Order, 2021 Rule
Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., 1489 Stipulation and Order of Dismissal, 12
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construct
Corporation of New York, Tishman Interiors Corporation, 1534 Notice (Other) filed by Plaintiffs Liaison Counsel,
Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings, 962 Stipulation and Order of Dismissal,, 14
MOTION to Amend/Correct Caption. MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul
his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. filed by Raymond Hauber,
Affidavit in Support of Motion, filed by Survivair Respirators, Inc., 1564 Affirmation filed by Robert L. Gerosa, Inc
Notice (Other) filed by Plaintiffs Liaison Counsel, 1935 Affidavit of Service Other filed by Survivair Respirators, In
Notice (Other) filed by Plaintiffs Liaison Counsel, 2068 Notice (Other) filed by Plaintiffs Liaison Counsel, 1468
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 1891 Affidavit in Support of Motion filed b
Environmental &Geological Science &Management, LLC., 1941 Rule 56.1 Statement filed by Evans Environmenta
&Geological Science &Management, LLC., 1583 Reply Memorandum of Law in Support of Motion filed by City o
York, 1395 Order, 1159 Endorsed Letter, 1645 Declaration in Support of Motion, filed by Plaintiffs Liaison Counse
Reply Memorandum of Law in Support, filed by Plaintiffs Liaison Counsel, 985 Endorsed Letter,, 1531 Order, 1218
Stipulation and Order of Dismissal, 1833 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac
LLC, 917 Declaration in Opposition to Motion,, filed by Bechtel Associates Professional Corporation, Bechtel Corp
Bechtel Construction, Inc., Bechtel Environmental, Inc., 1706 Affidavit in Support of Motion, filed by Gilsanz, Mur
Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &
LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constru
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, I
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2058 Affidavit in Oppos
filed by Gregory J Cannata &Associates, 997 Endorsed Letter, 1050 Order,,,, 994 Notice (Other) filed by Plaintiffs I
Counsel, 1420 Affirmation filed by Plaintiffs Liaison Counsel, 1269 Response to Discovery filed by Andrew Dunav
Endorsed Letter, 1208 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan,
Construction Corporation of New York, Tishman Interiors Corporation, 1097 Notice of Adoption of Master Answer
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio
Corporation, 951 Stipulation and Order of Dismissal, 1914 Endorsed Letter, Set Deadlines/Hearings,,,,,, 967 Endor
Letter, 1414 Order,,, 1707 MOTION For Lone Pine Order Notice of Motion by The Port Authority of New York and
Jersey For Lone Pine Order. filed by The Port Authority of New York &New Jersey, 1915 Reply Memorandum of L
Support of Motion filed by Michelle Haskett–Godbee, 1927 Affidavit in Support of Motion, filed by Tishman Cons
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1084 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1299 Response
Discovery filed by Andrew Scallo, 1657 Order,,, 1093 Notice of Adoption of Master Answer filed by Tishman Cons
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 892 No
(Other) filed by Plaintiffs Liaison Counsel, 1710 Endorsed Letter, 1750 MOTION for Summary Judgment on behalf
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Int
Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Y
Tishman Interiors Corporation, 1734 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1421 Notice (O
filed by Plaintiffs Liaison Counsel, 980 Notice (Other) filed by Plaintiffs Liaison Counsel, 954 Notice (Other) filed
Plaintiffs Liaison Counsel, 976 Endorsed Letter,,, 1532 MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Hac
filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, 1623 Ord
Motion to Appear Pro Hac Vice,,, 2067 Notice (Other) filed by Plaintiffs Liaison Counsel, 1257 Order,,,, 1006 Notic

(Other) filed by Plaintiffs Liaison Counsel, 978 Stipulation and Order of Dismissal,, 1086 Notice of Adoption of Ma
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 1469 Declaration in Support of Motion,, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1717 Notice (Other) fi
Plaintiffs Liaison Counsel, 1643 MOTION for Joseph A. Clark to Appear Pro Hac Vice. filed by Deutsche Bank Tru
Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1
Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LL
MOTION for Summary Judgment for Plaintiff Fernando Grimaldi. filed by Phillips and Jordan, Inc., 1592 Order,,,
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1762 MOTIO
Summary Judgment re Cantore. filed by Phillips and Jordan, Inc., 1490 Stipulation and Order,,, 1593 Order,,, 1724 F
for Patricia I. Jorge to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1672 FIRST MOTION
Protective Order Based on Privacy Act. filed by United States, 1638 Memorandum of Law in Opposition filed by R
Hauber, 1990 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1234 Consent, filed by
Curti, 1850 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1065 Order,,, 1689 Order on Mo
Appear Pro Hac Vice,, 1190 Declaration in Support of Motion, filed by John Raehse, Paula Raehse, 1957 Certificate
Service Other filed by Taylor Recycling Facility LLC, 1252 Stipulation and Order of Dismissal, 1081 Notice of Ad
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1149 MOTION for Partial Summary Judgment. filed by City of New York, 934 Stip
and Order of Dismissal, 1659 Notice (Other) filed by Evans Environmental &Geological Science &Management, LL
Memorandum of Law in Support of Motion,, filed by The Port Authority of New York &New Jersey, 1030 Notice (
filed by Plaintiffs Liaison Counsel, 1761 Certificate of Service Other,, filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1188 MOTION to Vac
Order,,. filed by John Raehse, Paula Raehse, 1512 Notice (Other) filed by Plaintiffs Liaison Counsel, 1545 MOTIO
Quash Subpoenas. filed by City of New York, 1716 Notice (Other) filed by Plaintiffs Liaison Counsel, 1281 Respon
Discovery filed by Nicholas Lusuriello, 1578 MOTION to Compel Witnesses to appear for deposition. filed by Joh
Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 2110 Declaration in Supp
Motion, filed by Mount Sinai Medical Center, 1375 Notice (Other) filed by Plaintiffs Liaison Counsel, 1328 Stipula
Order of Dismissal, 998 Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT
Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Canron Constru
Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associ
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Mu
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Cor
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1394 Notice (Other) filed by Pla
Liaison Counsel, 1581 Notice (Other) filed by Plaintiffs Liaison Counsel, 1129 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1392 Notice (Other) filed by Plaintiffs Liaison Counsel, 1635 Reply Memorandum of Law in Oppisiti
Motion, filed by Raymond Hauber, 1609 Affirmation filed by City of New York, 1747 FIRST MOTION for Summa
Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1189 Memorandum of Law in
of Motion filed by John Raehse, Paula Raehse, 1688 Affirmation filed by Semcor Equipment and Manufacturing
Corporation, 1199 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGiovine, 1621 Order,,, 1434 Noti
(Other) filed by Plaintiffs Liaison Counsel, 1482 MOTION to Preclude and for Default against the Defendant City o
York. filed by Plaintiffs Liaison Counsel, 2000 Rule 56.1 Statement filed by The Port Authority of New York &New
1572 MOTION to Quash Subpoenas to NYPD Medical Board Doctors. filed by City of New York, 1365 Reply
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 2013 Notice (Other) filed by Gregory J Can
&Associates, 1320 Endorsed Letter,, 1031 Notice (Other) filed by Plaintiffs Liaison Counsel, 2055 Affirmation in
Opposition to Motion,,, filed by Michelle Haskett–Godbee, 1939 Rule 56.1 Statement filed by Evans Environmental
&Geological Science &Management, LLC., 1055 Notice (Other) filed by Plaintiffs Liaison Counsel, 2005 Declarati
Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB

Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cam
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rod
Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully
Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Servic
Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc.,
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corp
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Liberty Mutual
Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Asso
Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American C
Bovis Lend Lease Inc., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wre
Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Ma
Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Ind
Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Cont
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Ro
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., N
Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease In
Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equ
Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equ
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction Intern
L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2031 Order on Motion to Appear Pro Hac Vice, 2081 Notice of Appearance filed by Verizon
York Inc., 1976 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1882 Memorandum of
Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 991 Order on Motion
Summary Judgment, 1926 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 957 Certificate of Coun
filed by marion s. mishkin, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 1091 Notice of Adoption of Mast
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1301 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1045 Stipulation
Order of Dismissal,, 1132 Stipulation and Order of Dismissal,,,,,, 1918 Declaration in Support of Motion, filed by T
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1163 Notice (Other) filed by Samuel Provisero, 1693 MOTION for Summary Judgment Motion for Summary
Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York
Unconsolidated Laws ? 7107. filed by The Port Authority of New York &New Jersey, 1196 Memorandum of Law i
filed by Joette DeGiovine, Daniel DeGiovine, 1485 MOTION to Preclude and for Default against Defendant City of
York. filed by Plaintiffs Liaison Counsel, 968 Reply,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &
Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Cons
Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &
Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1277 Response to
Discovery, filed by Thomas M. Flanders, 1071 Stipulation and Order of Dismissal,,,, 1471 Response to Discovery fi
Diane Scallo, Andrew Scallo, 1675 Notice (Other) filed by Plaintiffs Liaison Counsel, 1303 Stipulation and Order,,,
Reply Memorandum of Law in Support of Motion filed by Tully Environmental Inc., Evergreen Recycling of Coron
Rule 56.1 Statement filed by Survivair Respirators, Inc., 1226 Stipulation and Order of Dismissal,,, 1715 Endorsed I
1711 Protective Order, Add and Terminate Attorneys, 1161 Endorsed Letter,, 1075 Stipulation and Order of Dismiss
1112 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor
Corporation of New York, Tishman Interiors Corporation, 996 Stipulation and Order of Dismissal, 1902 Memorand
Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1033 Memorandum of Law in Opposition filed by
Liaison Counsel, 918 Stipulation and Order,, 1837 Memorandum of Law in Support of Motion filed by Taylor Recy
Facility LLC, 1087 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan,
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1756 Memorandum of Law in Sup
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1741 Notice (Other) filed by Plaintiffs Liaison Counsel, 1104 Notice of Adoption of
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claim
Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second An
Master Complaint Against Bechtel Defendan filed by Plaintiffs Liaison Counsel, 1754 Affidavit in Support of Motic
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1859 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1570 Notice (Other) fi

Plaintiffs Liaison Counsel, 1241 Stipulation and Order of Dismissal,, 1542 Order on Motion to Preclude, 1154 Decl
Support of Motion,,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur
Construction Company, Plaza Construction Corp., 1121 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1017 Reply Affirmation in Support of Motion, filed by En–Tech Corp., C.B. Contracting Corp., 1654 Order on Mot
Miscellaneous Relief, 1463 MOTION for Judgment on the Pleadings Richard Calderon 06cv10267. filed by Tishma
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
938 Notice (Other) filed by Plaintiffs Liaison Counsel, 1569 Notice (Other) filed by Plaintiffs Liaison Counsel, 154
1419 Endorsed Letter, 2112 Notice (Other) filed by Plaintiffs Liaison Counsel, 1229 Notice (Other) filed by Plainti
Liaison Counsel, 1507 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1111 Notice
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1397 Order., 1242 Endorsed Letter,,, 1120 Notice of Adoption of Master
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1151 Memorandum of Law in Support of Motion filed by City of New York, 1425 Notice (Ot
by Plaintiffs Liaison Counsel, 1885 Declaration in Support of Motion,, filed by The Port Authority of New York &N
Jersey, 1339 Notice (Other) filed by Plaintiffs Liaison Counsel, 947 Memorandum of Law in Support of Motion, file
En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofr
General Contractors Corp., 1703 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1256 Stipulation and Orde
MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche B
Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1904 Affirmation in Opposition, file
Plaintiffs Liaison Counsel, 1432 Notice (Other) filed by Plaintiffs Liaison Counsel, 1510 Endorsed Letter,, 1678 De
in Support of Motion, filed by The Port Authority of New York &New Jersey, 1968 Rule 56.1 Statement, filed by G
Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore O
&Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Eng
P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Brak
Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, L
– Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, C
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gr
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Con
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Eq
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis
Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material
Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkov
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully C
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1064 Notice (Other) filed by Plaintiffs Liaison Counsel, 982 Notice (Other) filed by Plaintiffs Liaison Counsel, 1430
(Other) filed by Plaintiffs Liaison Counsel, 1868 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1779
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 1178 Memorandum of Law in Support of M
filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contra
Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., A
Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema In
Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor

One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthor Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 2062 Affirmation in Opposition to Motion,,, filed by marion s. mishkin, 2038 MOTION to St Modify and Issues for April 12, 2010 Fairness Hearing. (Filing Fee $ 39.00.) filed by Michelle Haskett–Godbee, 19 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1289 Response Discovery filed by David Nolan, 1278 Response to Discovery, filed by Thomas M. Flanders, 1113 Notice of Adopti Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne Tishman Interiors Corporation, 2045 Order,, 1096 Notice of Adoption of Master Answer filed by Tishman Construc Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1686 Stipulation and Order of Dismissal,, 2053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1961 Notice (Other) fi Phillips and Jordan, Inc., 2012 Affidavit of Service Other filed by Survivair Respirators, Inc., 921 Stipulation and O Dismissal,, 1448 Stipulation and Order of Dismissal,, 1171 Endorsed Letter,, 1727 Memorandum of Law in Support Motion filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1518 Notice (Other) filed by Plaintiffs Lia Counsel, 1028 Notice (Other) filed by Plaintiffs Liaison Counsel, 1964 Memorandum of Law in Support of Motion Phillips and Jordan, Inc., 1989 Rule 56.1 Statement filed by City of New York, 1020 Notice (Other) filed by Plainti Liaison Counsel, 1346 Request for Production of Documents filed by Thomas M. Flanders, 1254 Stipulation and Or 1969 MOTION for Summary Judgment for Plaintiff Jeffrey and Diane Loughery. filed by Phillips and Jordan, Inc., Affirmation in Support of Motion filed by Michelle Haskett–Godbee, 1026 Notice (Other), Notice (Other), Notice ( Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departme Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 232 Memorandum of Law in Support o Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H L.L.C.,, 5 WTC Holdings, L.L.C., Silverstein Properties, Inc.,,, 68 Order,,, 260 Order,, 288 Waiver of Service Exec filed by Plaintiffs Liaison Counsel,, 438 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 414 310 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 82 Order,,,, 404 MOTION to Dismiss. filed by Construction Company,, Turner/Plaza, A Joint Venture,, 132 Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, 382 Endorsed Letter,,, 226 Answer to Complaint filed by World Trade Center Properties LLC,, Answer to Complaint filed by City of New York,, 486 Order on Motion for Summary Judgment,,, 387 MOTION for Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, W WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,,, 528 Endorsed Letter,, 376 Endorsed Letter,,, Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript, 175 Answer to Complaint filed by Plaza Con Corp.,, 445 Notice of Appearance filed by John Montalvo,, marion s. mishkin,, 230 Answer to Complaint filed by B Lend Lease, Inc., and Tully Construction Co., Inc.,, 420 Endorsed Letter, 509 Master Allegations filed by Plaintiffs Counsel,, 545 Notice of Appeal,, filed by Turner Construction Company,, Bechtel Corporation,, The Port Authority York &New Jersey,, Tully Construction Co., Inc.,,, The City of New York,, Bovis Lend Lease LMB, Inc.,, AMEC

Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L. Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, **384** Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp **74** Stipulation and Order,, **76** Endorsed Letter,, **355** Order, Add and Terminate Attorneys,,, **396** Affidavit in Support Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, **314** Order,, **375** Notice of Voluntary Dismissal – Si **204** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **449** Affidavit in Opposition to Mo by Michael Chambers,, **46** Affidavit of Service Other,, **344** Opposition Brief filed by Bovis Lend Lease LMB, Inc.,, Endorsed Letter,, **107** Answer to Complaint filed by City of New York,, **300** Waiver of Service Executed, filed by P Liaison Counsel,, **417** Endorsed Letter,, **482** Order,,, **327** Notice of Appearance filed by Wolkow Braker Roofing Corporation,, **113** Answer to Complaint filed by Plaza Construction Corp.,, **368** Rule 7.1 Corporate Disclosure State filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, **108** R Corporate Disclosure Statement filed by Plaza Construction Corp.,, **378** CROSS MOTION to Remand to State Cour by Battery Park City Authority,, **254** Order on Motion to Appear Pro Hac Vice,, **332** Notice (Other) filed by Plaintiff Counsel,, **303** Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, **166** Rule 7.1 Corporate Disclosure S filed by Plaza Construction Corp.,, **501** Notice of Appearance filed by Plaintiffs Liaison Counsel,, **540** Notice of Ap filed by marion s. mishkin,, **119** Answer to Complaint filed by Plaza Construction Corp.,, **450** Affidavit in Opposition Motion, filed by Charles Dalton,, **57** Order,, **388** MOTION for Judgment on the Pleadings Based on State Statutory Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse Port Authority of New York and New Jersey,, **213** Answer to Complaint filed by Plaza Construction Corp.,, **259** Ord Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **534** Memorandum &Opinion,, **33** Orde **524** Notice (Other) filed by Plaintiffs Liaison Counsel,, **494** Reply Memorandum of Law in Support of Motion, filed Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C. Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste Properties, Inc.,,, **83** Case Management Plan,,,,,,,,,, **456** MOTION for Leave to Appear Pro Hac Vice on behalf of P Liaison Counsel. filed by Plaintiffs Liaison Counsel,, **163** Answer to Complaint filed by Plaza Construction Corp.,, Endorsed Letter,, **187** Answer to Complaint filed by Plaza Construction Corp.,, **92** Order,, **342** Opposition Brief file City of New York,, **249** Endorsed Letter,, **336** Notice of Appearance filed by Ment Bros. Iron Works Co.,, **79** Order Deadlines,,,,, **148** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **234** MOTION for Jo Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Company,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Company,, **323** Rule 7.1 Corporate Disclosure Statement filed by Verizon Properties Inc.,, **544** Memorandum of Law in Support of Motion, f City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Co Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmen Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, **49** **56.1** Statement filed by City of New York,, **290** Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, **12** Answer to Complaint filed by Plaza Construction Corp.,, **264** Declaration, filed by Phillips and Jordan,, **461** Notice filed by Plaintiffs Liaison Counsel,, **283** Reply Memorandum of Law in Support of Motion, filed by Plaintiffs Liaiso Counsel,, **208** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **365** Order,, **351** Order,, 1 Answer to Complaint filed by Plaza Construction Corp.,, **412** Order,,,,, **159** Answer to Complaint filed by Plaza Cor Corp.,, **121** Answer to Complaint filed by Plaza Construction Corp.,, **489** Endorsed Letter,, **380** Endorsed Letter,, 4 Affidavit of Service Other,, **406** Endorsed Letter,, **50** MOTION for Summary Judgment. filed by City of New York,, Answer to Complaint filed by Plaza Construction Corp.,, **280** Subpoena Issued, filed by Defendants,, **473** Rule 7.1 C Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bech Associates Professiona;l Corporation,, Bechtel,, **42** Affidavit of Service Other,, **255** Notice (Other), Notice (Other) fi City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction Company,, Notice (Other) filed by Plaintiffs Liaison Counsel,, **348** Endorsed Letter,, **464** Reply, filed by City of New York,, Tu

Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, **390** Rule 56.1 Statement, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, **87** Notice (Other)l Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,,, **32** Order,,,, **537** Endorsed Letter,, **496** Reply Memorandum of Law in Support of Motion, filed by S Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Hol L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Prope Inc.,,,, **267** Case Management Plan,,,,, **195** Answer to Complaint filed by Plaza Construction Corp.,, **298** Waiver of S Executed, filed by Plaintiffs Liaison Counsel,, **133** Answer to Complaint filed by Plaza Construction Corp.,, **316** Or Answer to Complaint filed by Plaza Construction Corp.,, **154** Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, **143** Answer to Complaint filed by Plaza Construction Corp.,, **101** Answer to Complaint filed b New York,, **322** Rule 7.1 Corporate Disclosure Statement filed by Verizon New York Inc.,, **220** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **325** Order,, **176** Rule 7.1 Corporate Disclosure Statement f Plaza Construction Corp.,, **457** Protective Order,, **217** Answer to Complaint filed by Plaza Construction Corp.,, **321** Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, **400** Rule 56.1 Statement, filed by The Port A of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverst Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holding Silverstein Properties, Inc.,,,, **379** Memorandum of Law in Opposition to Motion, filed by Battery Park City Authorit Order,, **139** Answer to Complaint filed by Plaza Construction Corp.,, **70** MOTION to Dismiss. filed by The Port Au New York &New Jersey,, World Trade Center Properties LLC,, **275** Declaration in Opposition to Motion, filed by Defendants,, **539** Order, **239** Answer to Complaint filed by City of New York,, **488** Declaration, filed by City of Nev Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professiona;l Corporation,, Bechtel,, **161** Answer to Complaint filed by Plaza Construction Corp.,, **293** Waiver of Se Executed, filed by Plaintiffs Liaison Counsel,, **291** Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, Endorsed Letter,, **199** Answer to Complaint filed by Plaza Construction Corp.,, **299** Waiver of Service Executed, fil Plaintiffs Liaison Counsel,, **206** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **405** En Letter,, **118** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **137** Answer to Complaint Plaza Construction Corp.,, **84** Declaration,, **198** Rule 7.1 Corporate Disclosure Statement filed by Plaza Constructio **469** Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, Th Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings, L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Order,, **114** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **243** Order,,,, **532** Order,, 4 Notice of Change of Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, T Construction Co., Inc.,, LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,, Parson Group, Inc.,, SKIDMOR OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolk

Braker Roofing Corporation,,_103_ Answer to Complaint filed by City of New York,,_530_ Endorsed Letter, Set Deadlines/Hearings,,,_311_ Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_169_ Answer to Complai by Plaza Construction Corp.,,_277_ Order,,_52_ Response,_253_ Order,_333_ Notice (Other) filed by Plaintiffs Liaison Co _436_ Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,,_93_ Remark filed by Nomura Holding A Inc.,,_110_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_142_ Rule 7.1 Corporate Disc Statement filed by Plaza Construction Corp.,,_231_ MOTION seeking an order deeming cross–claims for contributio indemnity as amongst all co–defendants to have been made and denied.. (Filing Fee $ 39.00.) filed by The Port Auth New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings Silverstein Properties, Inc.,,,,_216_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_135_ A Complaint filed by Plaza Construction Corp.,,_183_ Answer to Complaint filed by Plaza Construction Corp.,,_508_ Ma Allegations filed by Plaintiffs Liaison Counsel,,_306_ Waiver of Service Executed, filed by Plaintiffs Liaison Counse Order, Set Hearings,,_460_ Counter Statement to Rule 56.1, filed by City of New York,, Turner Construction Co.,, T Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professiona;l Corporation,, Bechtel,,_352_ Order, Add and Terminate Attorneys,,,_36_ Order of Dismissal,,_493_ Reply Memorandum of Law in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidat Edison Company of New York, Inc.,,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidate Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding C Inc.,, Consolidated Edison Development, Inc.,,_533_ Order,,_190_ Rule 7.1 Corporate Disclosure Statement filed by Pl Construction Corp.,,_369_ Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,,_304_ Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_128_ Corporate Disclosure Statement filed by Plaza Construction Corp.,,_71_ Memorandum of Law in Support of Motion f The Port Authority of New York &New Jersey,, World Trade Center Properties LLC,,_523_ Notice (Other) filed by P Liaison Counsel,,_109_ Answer to Complaint filed by Plaza Construction Corp.,,_419_ Affirmation in Opposition to M filed by Michael Chambers,,_309_ Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_446_ Notice of Ch Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction C LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lease,, Plaza Construction Corp.,, Mazzocchi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bov Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mu Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,,_256_ Notice filed by Tully Construction Co., Inc.,,_409_ CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jon Order,,,_269_ Protective Order,_106_ Answer to Complaint filed by City of New York,,_212_ Rule 7.1 Corporate Disclo Statement filed by Plaza Construction Corp.,,_178_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_102_ Answer to Complaint filed by City of New York,,_452_ Stipulation and Order,,_30_ Notice (Other) filed by Patrick Ryan,, Charles Markey,,_229_ Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,,_413 Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,,_318_ Order, Set Deadlines/Hearings,,,,,,,,,,_392_ MOTION Summary Judgment Based on Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Auth New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Je World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C., Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 235 Order on Appear Pro Hac Vice,_487_ Order,,,,_179_ Answer to Complaint filed by Plaza Construction Corp.,,_221_ Answer to Co filed by Plaza Construction Corp.,,_454_ Declaration in Support, filed by Tishman Construction Corporation of New

Tishman Construction Corporation of Manhattan,, 522 Notice (Other) filed by Plaintiffs Liaison Counsel,, 165 Answ
Complaint filed by Plaza Construction Corp.,, 266 Endorsed Letter,,, 484 Order on Motion for Leave to Appear,,, 37
of Appearance filed by Verizon Communications Inc.,, 367 Rule 7.1 Corporate Disclosure Statement filed by Tishm
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 124 Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,, 490 Endorsed Letter,, 56 Order,,,,, 281 Order,, 292 Waiver
Service Executed, filed by Plaintiffs Liaison Counsel,, 138 Answer to Complaint filed by Plaza Construction Corp.,,
Reply Memorandum of Law, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Prop
Inc.,, Bovis Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 W
Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillip
Jordan,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein W
Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.
Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, Turner/Plaza, A Joint Venture,, 483 Orde
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 85 Case Management Plan,,, 257 Endorsed Letter,
Opposition Brief, filed by Plaintiffs Liaison Counsel,, 301 Waiver of Service Executed filed by Plaintiffs Liaison Co
173 Answer to Complaint filed by Plaza Construction Corp.,, 182 Rule 7.1 Corporate Disclosure Statement filed by
Construction Corp.,, 397 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &N
Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 470 R
Memorandum of Law, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Con
Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza
Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 43
of Service Other,, 295 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 89 Order,,, 349 Endorsed Le
Declaration in Support, filed by City of New York,, 155 Answer to Complaint filed by Plaza Construction Corp.,, 5
Transcript, 45 Affidavit of Service Other,, 289 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 458
Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, 383 MOTION to Dismiss. filed by City of New York,, Turner Construction Company,, Bechtel Corporatio
Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease,
Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Pla
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 62
541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by Plaintiffs Liaison C
519 Order,, 328 Notice of Appearance filed by Zeckendorf Realty, L.P.,, 278 Remark,, 538 Endorsed Letter, Set
Deadlines/Hearings,,,,, 73 Order,, 116 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,
Notice of Appearance filed by Nomura Holding America, Inc.,, 271 MOTION to Compel Discovery and for Sanctic
Failure to Comply. filed by Plaintiffs Liaison Counsel,, 160 Rule 7.1 Corporate Disclosure Statement filed by Plaza
Construction Corp.,, 462 Reply Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, W
WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,, 270 Order,,,,, 393 Certificate of Service Othe
by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis L
Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease,, Inc.,, Plaza Construction Corp.,, Bov
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 223 Answer to Complaint filed by Pl
Construction Corp.,, 261 Endorsed Letter,, 345 Opposition Brief filed by City of New York,, 64 Transcript,, 366 Noti
Appearance filed by The Bank of New York Company, Inc.,, The Bank of New York,, One Wall Street Holdings LI
Wall Street Corporation,, The Bank of New York Trust Company,, 285 Waiver of Service Executed, filed by Plainti
Liaison Counsel,, 502 Order, 529 Notice of Appearance filed by Nomura Holding America, Inc.,, 500 Stipulation an
of Dismissal,, 228 Rule 7.1 Corporate Disclosure Statement filed by Tully Construction Co., Inc.,, 546 Notice of
Appearance filed by Musco Sports Lighting, LLC,, 222 Rule 7.1 Corporate Disclosure Statement filed by Plaza Con
Corp.,, 215 Answer to Complaint filed by Plaza Construction Corp.,, 346 Opposition Brief filed by City of New Yor
Master Allegations filed by Plaintiffs Liaison Counsel,, 98 Order,, 120 Rule 7.1 Corporate Disclosure Statement file
Plaza Construction Corp.,, 189 Answer to Complaint filed by Plaza Construction Corp.,, 202 Rule 7.1 Corporate Dis
Statement filed by Plaza Construction Corp.,, 372 Notice of Appearance filed by Verizon Communications Inc.,, 23
Affirmation in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison
Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso
Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding C

Inc.,, Consolidated Edison Development, Inc.,, 105 Answer to Complaint filed by City of New York,, 185 Answer to Complaint filed by Plaza Construction Corp.,, 480 Endorsed Letter,,, 531 Order,, 99 Order Admitting Attorney Pro Hac Vice,, 111 Answer to Complaint filed by Plaza Construction Corp.,, 354 Order, Add and Terminate Attorneys,,, 471 Declaration in Support of Motion, filed by City of New York,, Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc., Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 41 Affidavit of Service Other,,, 440 Affidavit in Opposition to Motion, filed by John Montalvo,, 381 Notice, Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 193 Answer to Complaint filed by Plaza Construction Corp.,, 146 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 125 Answer to Complaint filed by Plaza Construction Corp.,, 279 Reply to Response to Motion, filed by Plaintiffs Liaison Counsel,, 543 MOTION for Leave to Appeal the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed by New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 167 Answer to Complaint filed by Plaza Construction Corp.,, Notice (Other) filed by Plaintiffs Liaison Counsel,, 441 Affidavit in Opposition to Motion, filed by John Montalvo,,, Memorandum of Law in Opposition to Motion, filed by Marion s. Mishkin,, 248 Case Management Plan,, 526 Stipulation and Order of Dismissal,, 184 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 150 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 236 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 334 Order, Set Deadlines/Hearings,, 37 Order,,,,, 129 Answer to Complaint filed by Plaza Construction Corp.,, 513 Answer to Complaint filed by Plaza Construction Corp.,, Master Allegations filed by Plaintiffs Liaison Counsel,, 241 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 341 Opposition filed by The City of New York,, 386 Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 141 Answer to Complaint filed by Plaza Construction Corp.,, 282 Memorandum of Law in Opposition to Motion, filed by City of New York,, 38 Order,, 181 Answer to Complaint filed by Plaza Construction Corp.,, 197 Answer to Complaint filed by Plaza Construction Corp.,, 211 Answer to Complaint filed by Plaza Construction Corp.,, 97 Answer to Complaint filed by City of New York,, 168 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 134 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 162 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 177 Answer to Complaint filed by Plaza Construction Corp.,, 340 Order, 59 Order,, 439 Endorsed Letter,, 35 Order,,,,, 317 Rule 26 Disclosure filed by Plaintiffs Liaison Counsel,, 474 Answer to Complaint, Third Party Complaint filed by Phillips and Jordan,, 507 Master Allegations filed by Plaintiffs Liaison Counsel,, 210 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 276 Memorandum of Law in Opposition to Motion, filed by Bechtel,, 287 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 227 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 515 Waiver of Service Other, filed by Plaintiffs Liaison Counsel,, 44 Affidavit of Service Other,, 498 Stipulation and Order of Dismissal,, 360 Order, Add and Terminate Attorneys,,, 418 Affirmation in Opposition to Motion, filed by Thomas Asher,, 192 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 315 Order, 172 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 394 MOTION for Summary Judgment Based Upon Status as Out-of-Possession filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L., World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C., Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 407 Rule 7.1 Corporate Disclosure Statement filed by Tully Environmental Inc.,, 218 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 258 Endorsed Letter,,, 410 Notice of Appearance filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 357 Order, Add and Terminate Attorneys, Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 224 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 403 Memorandum of Law in Support of Motion, filed by Silverstein Properties, , Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc., Answer to Complaint filed by Plaza Construction Corp.,, 188 Rule 7.1 Corporate Disclosure Statement filed by Plaza

Construction Corp.,, 296 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 463 Reply Memorandum in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 53 Declaration in Opposition to Motion, 415 Notice of Substitution of Attorney, filed by Silverstein Hill Properties LLC,, 398 Rule 56.1 Statement, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 237 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 465 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, Tartamella,, 272 MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Contempt for their failure to respond to same. filed by Plaintiffs Liaison Counsel,, 497 Reply Memorandum of Law in Support of Motion, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 294 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 145 Answer to Complaint filed by Plaza Construction Corp.,, 156 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 389 Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,,, 63 Endorsed Letter, Hearings, 371 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 326 Order,,, 350 Notice (Other) filed by Verizon New York Inc.,, Verizon Properties Inc Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 444 Notice of Appearance filed by CDE York) L.L.C.,,, 205 Answer to Complaint filed by Plaza Construction Corp.,, 88 Notice (Other), Notice (Other) filed Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 447 N (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 331 Endorsed Le Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 72 Remark filed by The Port Authority York &New Jersey,, World Trade Center Properties LLC,, 377 Order, Set Deadlines,,,,, 60 Order,,, 219 Answer to C filed by Plaza Construction Corp.,, 467 Reply Memorandum of Law in Support of Motion, filed by Silverstein Prope Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,, Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 96 Answe Complaint filed by City of New York,, 171 Answer to Complaint filed by Plaza Construction Corp.,, 472 Certificate Service Other, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Constructio Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Plaza Construction Management Corp.,, T Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construc International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bec Associates Professiona;l Corporation,, Bechtel,, 373 Notice of Appearance filed by Verizon Communications Inc.,,, Order, Add and Terminate Attorneys, 242 Answer to Complaint filed by Silverstein Properties, Inc.,, World Trade C Properties LLC,, 90 Case Management Plan, 401 Rule 56.1 Statement, filed by The Port Authority of New York &N Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 286 W Service Executed, filed by Plaintiffs Liaison Counsel, 47 Order,, 347 Notice (Other) filed by Plaintiffs Liaison Cour Stipulation and Order of Dismissal,,, 147 Answer to Complaint filed by Plaza Construction Corp.,, 153 Answer to C filed by Plaza Construction Corp.,, 411 Rule 7.1 Corporate Disclosure Statement filed by Turner/Plaza, A Joint Ven FIRST MOTION For Leave To File Plaintiffs' Master Complaint As To Fresh Kills Defendants re: 541 FIRST MOT File Additional Master Complaint As To Fresh Kills Defendants. Memorandum In Support. filed by Plaintiffs Liaiso Counsel,, 67 Endorsed Letter,, 65 Endorsed Letter,, 112 Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor Corp.,, 244 Notice (Other) filed by Latham &Watkins LLP,, 459 Reply Memorandum of Law in Support of Motion, City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Bechtel,, 324 Notice of Appearance filed by Verizon New York Inc.,, Properties Inc.,, 506 Endorsed Letter,, 395 MOTION for Judgment on the Pleadings Based on State Common Law Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse Port Authority of New York and New Jersey,, 203 Answer to Complaint filed by Plaza Construction Corp.,, 214 Ru

Corporate Disclosure Statement filed by Plaza Construction Corp.,, 180 Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, 385 MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y
Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solutions
Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison
Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 358 Order, Add and Terminate
Attorneys,,, 511 Master Allegations filed by Plaintiffs Liaison Counsel,, 442 Memorandum of Law in Opposition to
filed by John Montalvo,, 535 Endorsed Letter,,, 201 Answer to Complaint filed by Plaza Construction Corp.,, 186 R
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 353 Order, Add and Terminate Attorneys,,, 514
Allegations filed by Plaintiffs Liaison Counsel,, 75 Endorsed Letter,, Add and Terminate Attorneys, 77 Endorsed L
225 Answer to Complaint filed by Plaza Construction Corp.,, 274 Memorandum of Law in Opposition to Motion, fil
Defendants,, 481 Order, 39 Affidavit of Service Other, 95 Notice (Other), Notice (Other) filed by Westfield Corpora
Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC.,, 126 Rule 7.1 Corporate Disc
Statement filed by Plaza Construction Corp.,, 200 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 157 Answer to Complaint filed by Plaza Construction Corp.,, 284 Waiver of Service Executed, filed by Plain
Liaison Counsel,, 330 Notice (Other), Notice (Other) filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center,
4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,,
Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, 209 Answer to C
filed by Plaza Construction Corp.,, 416 Order,,, 468 Reply Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne
and New Jersey,, Frances Tartamella,, 34 Order, 370 Rule 7.1 Corporate Disclosure Statement, filed by Tishman
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 356 Order, Add and Ter
Attorneys,,, 402 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jerse
Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 246 Transcript, 12
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 451 Protective Order, 437 Notice (Other) fil
Plaintiffs Liaison Counsel,, 512 Master Allegations filed by Plaintiffs Liaison Counsel,, 337 Endorsed Letter, Set
Deadlines/Hearings,,,,, 391 Declaration in Support of Motion, filed by City of New York,, Turner Construction Con
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tu
Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl
Joint Venture,, Bechtel Associates Professiona;l Corporation,, 51 Memorandum of Law in Support of Motion filed b
New York,, 194 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 149 Answer to Compl
by Plaza Construction Corp.,, 196 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 435 N
Appearance filed by Antonio E. Alves,, Maria E. Alves,, 455 Endorsed Letter,, 54 Order,, 495 Stipulation and Orde
Dismissal,, 61 Transcript, 158 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 308 Wai
Service Executed, filed by Plaintiffs Liaison Counsel,, 240 Answer to Complaint filed by City of New York,, 443 N
Appearance,,,,, filed by Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Con
Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis Lend Lease Inc,, Tully Construction Co., In
AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In
Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction C
Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C
Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis
Lease Inc.,, Bechtel Associates Professional Corporation,, 247 Answer to Complaint filed by World Trade Center P
LLC.,, 525 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 536 Notice (Other), l
(Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 140 Rule 7.1 Cor
Disclosure Statement filed by Plaza Construction Corp.,, 466 Reply Affidavit in Support of Motion, filed by The Po
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,
Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silv
WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein V
Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC H
L.L.C.,, Silverstein Properties, Inc.,, 516 Master Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegat
by Plaintiffs Liaison Counsel,, 329 Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,,
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate Disclosure Statement filed
Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 305 Waiver o
Executed, filed by Plaintiffs Liaison Counsel,, 273 MOTION to Compel the Depositions of Lawrence Martin, Esq.,
Kenneth Becker, Esq.. filed by Plaintiffs Liaison Counsel,, 191 Answer to Complaint filed by Plaza Construction Co
Opposition Brief filed by City of New York,, 268 Order Lifting Stay,,, 361 Order, Add and Terminate Attorneys,,, 1
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 265 Order,,, 297 Waiver of Service Execute
by Plaintiffs Liaison Counsel, 312 Order,, 868 MOTION for Protective Order Exhibits H–L. filed by En–Tech Corp
Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructio

L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tu
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P.), Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happol
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc.,
LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel
Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze Nationa
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment
Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc.,
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 779 Notice (Other) filed by Plaza Construction Corp., 612 Answer to Complaint filed by Phillips and Jo
Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, 650 Order, Set Deadlines/Hearing
Response, filed by Maria E. Alves, Antonio E. Alves, 645 Notice (Other), Notice (Other) filed by Plaintiffs Liaison
758 Amended Answer to Complaints, filed by New York City Department of Transportation, Weeks Marine, Inc.,
Mazzocchi Wrecking, City of New York, Yannuzzi &Sons, Inc., New York City Department of Sanitation, New Yo
Department, 751 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Construction Company, Inc., 749 Rule
Corporate Disclosure Statement filed by Bechtel Associates Professional Corporation, 725 Certificate of Service Other file
Cord Contracting Co. Inc., 824 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA
Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., L
Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomase
Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers,
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 712 Rule 7.1 Corporate Disclosure Statement filed by T
Safety Consulting, LLC, Transmission to Attorney Admissions Clerk, 871 Memorandum of Law in Support of Moti
by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo
Owings &Merrill LLP, Bechtel Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 628 N
(Other) filed by Plaintiffs Liaison Counsel, 580 Order, Set Deadlines/Hearings, 858 Stipulation and Order of Dismis
Rule 7.1 Corporate Disclosure Statement filed by Atlantic Heydt Corp., 588 Order,, 778 Notice (Other) filed by Plaz
Construction Corp., 700 Rule 7.1 Corporate Disclosure Statement filed by Hallen Welding Services, Inc., 796 Notic

filed by Plaintiffs Liaison Counsel, 640 Objection (non−motion) filed by Verizon New York Inc., 862 Answer to Am
Complaint filed by American Building Maintenance Industries, Inc., 856 Stipulation and Order of Dismissal,, 595 N
Change of Address filed by 100 Church, LLC, Zar Realty Management Corp., 709 Rule 7.1 Corporate Disclosure St
filed by Leslie E. Robertson Associates, R.L.L.P., 639 Notice (Other) filed by Plaintiffs Liaison Counsel, 815 Rule
Statement,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silma
Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 691 Rule 7.1 Corporate Disclosure Statement filed by Executive Medical Services, P.C., 616 Response to Disc
filed by John Montalvo, 733 Rule 7.1 Corporate Disclosure Statement filed by Royal GM, Inc., 773 Notice (Other) f
Plaza Construction Corp., 763 Order Admitting Attorney Pro Hac Vice. 547 Order, Set Deadlines/Hearings,, 561
AMENDED MOTION for Declaratory Judgment Supporting Memo of Law. filed by Michelle Haskett−Godbee, 74
Endorsed Letter, 720 Certificate of Service Other, filed by En−Tech Corp., Diego Construction, Inc., DMT Enterpri
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., D
Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamand
&Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company
Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finle
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates,
Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associ
Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associa
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point
Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc.,
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., W
Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environm
Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Bro
Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. D
Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nichol
Construction Company, Big Apple Wrecking &Construction Corp., 599 MOTION to Admit Counsel Pro Hac Vice.
Plaintiffs Liaison Counsel, 586 MOTION to Compel the firm of Worby Groner Edelman &Napoli to produce the fil
Kevin Fitzpatrick and Samuel Provisero. filed by Samuel Provi8ero, Susan Marie Provisero, 564 Response, filed by
Alves, Antonio E. Alves, 570 Response to Motion, filed by City of New York, 755 Stipulation and Order of Dismiss
Stipulation and Order,,, 602 Memorandum &Opinion,, 760 Notice (Other), 654 Endorsed Letter,, 876 MOTION for
Protective Order – Plaintiffs' Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Cou
Answer to Complaint filed by City of New York, 801 Response to Discovery filed by Tishman Speyer Properties, L
Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio, Fr
Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Fland
Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andrew
Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarella,,
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 874 Affidavit in Support of Motion, filed by En−Tech Corp., Diego Construction, Inc., DMT Enterprise
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Corporat
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Cann
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Cor
Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation,
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Constru
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton
Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel
Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera

Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lock
Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Service
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 707 Rule 7.1 Corporate Disclosure Statement filed by LaStra
General Contracting Corp., 888 Notice of Appeal, filed by Plaintiffs, 764 Rule 7.1 Corporate Disclosure Statement,
Vollmer Associates, LLP, Note to Attorney to E–Mail PDF, 684 Rule 7.1 Corporate Disclosure Statement filed by I
Enterprise, Inc., 587 Declaration in Support of Motion,,,,, filed by Samuel Provisero, Susan Marie Provisero, 721 Ce
of Service Other,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., Diego Construction, Inc., DMT Enter
Inc., Lockwood, Kessler &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I
Demo–Tech, Canron Construction Corp., Fleet Trucking, Inc., Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie
Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazz
Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Exca
Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Execu
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Bre
Transportation Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 608 Order, 821 Affidavit in Support of Motion,, filed
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro I
Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 864 Order on Motion to Strike,,
7.1 Corporate Disclosure Statement filed by Breeze National, Inc., Cashiers Remark, 836 Notice of Voluntary Dism
Signed, 560 AMENDED MOTION for Declaratory Judgment Affirmation John Rudden, Esq.. filed by Michelle
Haskett–Godbee, 582 Order, 607 Order Admitting Attorney Pro Hac Vice, 882 Endorsed Letter, 808 Notice of App
filed by The Port Authority of New York &New Jersey, 706 Answer to Amended Complaint, filed by AMEC Const
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Tu
Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 85
Stipulation and Order of Dismissal,, 617 Order, 574 Order, Set Deadlines/Hearings,, 754 Memorandum of Law in S
Motion, filed by Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates
Professional Corp., 600 Endorsed Letter, 828 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill I
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, I
Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz
Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 744 Rule 7.1 Corporate Disclosure Statement filed
Wolkow Braker Roofing Corp., 641 Endorsed Letter, 664 Rule 7.1 Corporate Disclosure Statement filed by Brer–Fo
Transportation Corp., 867 MOTION for Protective Order Exhibits E–G. filed by En–Tech Corp., Diego Constructio
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Ind
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Bechtel Associates Professiona;l Corporati
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocch
Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LL
Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Ex
Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'On
General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seir
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 747 Notice (Other) filed by Plaintiffs

Counsel, 737 Rule 7.1 Corporate Disclosure Statement filed by Silverite Contracting Corp., 557 MOTION Motion f
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. filed b
Construction Management, Inc., Bovis Lend Lease LMB, Inc., Bechtel, Tully Construction Company, Tully Enviro
Inc., Bovis International, Inc., Bechtel Corporation, Plaza Construction Management Corp., Tully Construction Co.,
City of New York, Bechtel Associates Professiona;l Corporation, Turner Construction Company, Bovis Lend Lease
Bovis Lend Lease Inc., Bechtel Construction, Inc., Tully Industries, Inc., Bechtel Environmental, Inc., Turner/Plaza
Venture, Plaza Construction Corp., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Turner Construction
International, L.L.C., Tully Consulting Corp., 637 Answer to Complaint filed by CDL (New York) L.L.C., 571 Orde
Order on Motion to Dismiss, 786 Protective Order, 546 Notice of Appearance filed by Musco Sports Lighting, LLC
Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumpertz &Heger Inc., 656 Notice of Appearance filed
Gilsanz Murray Steficek LLP, 636 Answer to Complaint filed by GRUBB &ELLIS MANAGEMENT SERVICES,
666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction Corp., 797 Notice (Other) filed by Plain
Liaison Counsel, 555 AMENDED MOTION for Declaratory Judgment Statute Limitations Notice of Claim. filed by
Michelle Haskett–Godbee, 692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Trucking, Inc., 875 Stipulati
Order, 731 Rule 7.1 Corporate Disclosure Statement filed by Robert Silman Associates, P.C., 662 Rule 7.1 Corpora
Disclosure Statement filed by Breeze Carting, Inc., 800 Transcript, 832 Certificate of Service Other,,, filed by Skidn
Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold C
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 861 MOTION to Amend/Corre
Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certain Affirmative Defenses (see do
854 and 860). filed by Plaintiffs Liaison Counsel, 642 Response, filed by John Montalvo, 840 Amended Answer to
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC
W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Sil
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owi
&Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associat
Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., E
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Anthony Cortese Specialized H
LLC, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., 866 MOTION for Protective Order Certification of James E. Tyrrell, Jr.,
Exhibits A–D. filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Ind
Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C.
Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Moretrench Americ
Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construct
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze N
Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roof
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen

Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C MOTION permission to add specified questions to the Core Discovery. filed by SURVIVAIR RESPIRATORS, INC Certificate of Service Other filed by City of New York, 629 Notice (Other) filed by Plaintiffs Liaison Counsel, 585 Appearance filed by Bovis Lend Lease LMB, Inc., 643 Reply, filed by John Montalvo, 819 Affidavit in Support of N filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc. Order, 670 Answer to Complaint filed by Tishman Speyer Properties, LP. 785 Order,, 674 Rule 7.1 Corporate Discl Statement filed by DB Private Clients Corporation, 675 Rule 7.1 Corporate Disclosure Statement filed by Dakota Demo–Tech, 578 Stipulation and Order, 603 USCA Mandate,,,, 782 Notice of Appearance filed by Plaza Constructi 748 Case Management Plan, 839 Rule 7.1 Corporate Disclosure Statement filed by Tucci Equipment Rental Corpora Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 653 Answer to Complaint filed by Evans Environment &Geological Science &Management, LLC., 716 Certificate of Service Other, filed by New York City Department o Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New York City Department of Sanita New York Police Department, 881 Declaration in Opposition to Motion filed by The Port Authority of New York & Jersey, 690 Response, filed by John Montalvo, 630 Notice (Other) filed by Plaintiffs Liaison Counsel, 822 Affidavit Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robe Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac Vice, 826 Affid Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Inc., 803 Notice (Other) filed by Mayore Estates, LLC, 771 Notice (Other) filed by Plaza Construction Corp., 620 O Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., Diego Construction DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, I Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Te Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac Company, Inc., Tully Environmental Corp., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Re of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulti Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrenc American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollm Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrec Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Bec Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Constructi Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldste Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contractin Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York C &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 879 MOTION for Protective Or Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order. filed by Plaintiffs L Counsel, 777 Notice (Other) filed by Plaza Construction Corp., 726 Rule 7.1 Corporate Disclosure Statement filed b Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith, 579 Stipulation and Order, 705 Answe Complaint, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Skidmore Owings &Merrill LL Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar En Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc.,

Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Co
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., T
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associates Professiona;l Corpor
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Pla
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp.,_859 Stipulation and Order of Dismissal,,_695 Answer to Com
filed by Verizon New York Inc.,_689 Rule 7.1 Corporate Disclosure Statement filed by Ewell W. Finley, P.C.,_649 F
filed by John Montalvo,_818 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engin
P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Asso
Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser F
Consulting Engineers, Lucius Pitkin, Inc.,_724 Rule 7.1 Corporate Disclosure Statement filed by Nicholson Constru
852 Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz Murray Steficek LLP,_676 Rule
Corporate Disclosure Statement filed by Diamond Point Excavating Corp.,_781 Notice (Other) filed by Plaza Constr
Corp.,_775 Notice (Other) filed by Plaza Construction Corp.,_736 Rule 7.1 Corporate Disclosure Statement filed by S
Equipment and Manufacturing Corporation,_757 Rule 7.1 Corporate Disclosure Statement filed by Yannuzzi &Sons
686 Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc.,_863 Endorsed Letter,_77
(Other) filed by Plaza Construction Corp.,_568 Order Admitting Attorney Pro Hac Vice,_830 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Tho
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,_798 Notice (Othe
by Plaintiffs Liaison Counsel,_734 Rule 7.1 Corporate Disclosure Statement filed by Sperian Respirstory Protection
LLC,_793 Response to Discovery filed by Samuel Provisero,_611 Rule 7.1 Corporate Disclosure Statement filed by l
and Jordan,_843 Reply Affirmation in Support of Motion, filed by Bechtel Associates Professional Corporation, Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc.,_592 Notice (Other) filed by Plaintiffs Liaison
767 Notice (Other) filed by Plaza Construction Corp.,_753 MOTION to Dismiss of Bechtel Defendants. filed by Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp.,_873 A
in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Constructio
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp
York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp.,_668 Answer to Complaint filed by Sperian Respirstory Protection USA, LLC,_761 Notice (Oth
by Plaintiffs Liaison Counsel,_849 Stipulation and Order of Dismissal,,_766 Notice of Adoption of Master Answer fi

Plaza Construction Corp., 601 Order on Motion for Miscellaneous Relief, 756 Notice (Other) filed by Phillips and J
Inc., 619 Order, 742 Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc., 841 Amended Answer t
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Week
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech.
Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch S
Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive M
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC,
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Ap
Wrecking &Construction Corp., 681 Rule 7.1 Corporate Disclosure Statement filed by Tishman Interiors Corporatio
Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc., 783 Notice of Appearance filed by Plaza
Construction Corp., 594 Order, Set Deadlines/Hearings,,,, 842 Reply Memorandum of Law in Support of Motion, fi
Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environment
743 Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc., 772 Notice (Other) filed by Plaza
Construction Corp., 727 Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environmental Corp., 589 Case
Management Plan, 704 Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction, Inc., 833 Declaratio
Joseph Bellisimo, Rosanne Baldo, Nicole Agugliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cacovic, Fra
Bondeson, Kimberely Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patricia Ayers, Robert Carannante
Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patricia Cantos, Lahissi A
Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John Baiano, Shante Bueford,
Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Buirkle, Eileen Belmonte, Cathe
Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, Christine Carver, Alex
Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto, Christopher A. Baum
Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theadore Belgrave, Thomas L. Bencivenga, Santo Baisi, Wayne
Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, Kevin Calzadilla–Marino, Mamcyhi Bilich
Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Bianco, Sharon Accetta, Kevin Brannick, Leroy
Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry Bass, Peter Carlo, Lorraine K. Bieselin,
Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andreotti, Raul Allivar, Patricia Agulairo, Dian
Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte, Ann Hock, Carlos Bennett, Hassena Bishu
Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas Basmagy, Nicole Anderson, Kevin Bartolomew
Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagoberto Aristizabal, Patricia Aguirre, Thomas J. Ba
Bridget Cacavio, Jeanette Buss, Joseph Anzueta, Christine Broome, Robert Broome, Thomas Avery, Paul Caminiti,
Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Barbato, Evanie Antine, Ralph Carmine, Jose Bacch
Bedford, Sue Ann Andersen, Georgina Cabrera, Lorraine Barry, Thomas Blumbergs, Michael Barker, Carolyn Bava
Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Yudelka Bartlet, Jaime Alvarez, Jeff Campion, J
Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann Cangemie, Richard Battle, Camile Anderso
Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo Armas, Richrd Blasi, Louis Betro, Camile Ba
Thomas Bacchi, Walter Bieber, Stalin F. Barccoulong, Norma Black, Carolyn Bryson, George Affatato, Maryann B
Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Beck, Pino Anselmo, Julio Alonzo, Zebebulah Ca
Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelrehim, Robert Anzalone, John Bou, Randy S. Br
Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne, John Antoniades, Gloria Elaine Carson, James A
Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Benn, Calogero Agro, Victor Carpentier, Cindy Ben
Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid Belford, Setna Bascom, James A. Bianco, Virginia
Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Alulema, Nicholas Boscaino, Sybel Barefield, Lois E. Aff
Peter Bergin, Steve Cappello, Patricia Bullen, Guiseppe Acquista, Laura Armstrong, Tye Butler, Frank Beshears, Se
Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizabal, John Auer, Reynaldo Benitez, Joseph F. Bilella, Dimi
Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmagy, Jorge Blanco, Erick Bermudez, Jorge Alvlema, Ste
Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay, Mary Akers, Andrew F. Carson, Ann Marie Barc
Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, Maria Asher, Caryn Abruzzese, Asaro Calogero, Lance
David Alvarado, Anthony Basic, Veronica E. Black, Paul Beck, Arenas Arenas, Christopher Bacchi, Megan Capuan
Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelrehim, Maria I Astudillo, James W. Brereton, Sharon Brensek
Aponte, Amy Beller, Julio Bastidas, Michael Basmagy, Chris Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia

Arciuolo, David Aviles, Teresa Arca, Glenda Ammon, Margaret Armagno, James Bartlet, Kathleen M. Acquaro, Do
Bonomonte, Colin Byrne, John Arciuolo, William Beaury, Steven Agugliardo, Steven Brenseke, Rosa Agro, Ann B
Claude Armstrong, Orlando Almodovar, Richard Antonacci, Lizette Carvajal, Daniel Armgano, Peter Bishun, Jame
Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lillieth Aquart, Lawrence Bilicki, Kimberly Carlo, Hanfo
Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Michael Briskie, Andrew Barone, Wilmer Astudillo, Thom
Carlstrom, Francine Asciolla, William Baker, Alfred Baker, Amy Caradonna, Michael Baratta, Eileen Beaury, Elear
Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Baez, Joseph Cardinale, Joseph Aparicio, Carol Barnes, A
Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bell, Idris Bey, Danny Aroyo, Barry Buss, Jospeh Anderson, H
Andersen, Robert Asinelli, Elizabeth Barksdale, Jason Andersen, Lori Bencivenga, Joy H. Bolobanic, Candiace Bak
Barry, Anthony Anderson, James Bahrey, Sonia Alvarado, Ronnita Akil, Roseann Bilella, Santiago Alvear, Victor A
Fitzroy Augustus, Wilbert Bascom, James Baumann, Michael Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony
Alloggio, Maria Asencio, John Boyle, Vivencia Alaimo, Michael Bell, Sergio Barragan, Louis Ancona, Emmanual
John Bianco, Richard Allison, Maria Bartolomew, Gina Baisi, Geraldine Alexander, Terri Bianco, Susan Asinelli, V
Aprea, Donald Bowles, Peter Acquaro, June Allison, Jo Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Joseph
Kevin Barry, Kevin Carpenito, Vinny Benenati, Joseph Bellissimo, James F. Albach, Allen Andersen, Andrea Ande
Maureen Bilella, Martin Bilinski, Rose Marie Bencivenga, Raymond Barksdale, Linda Avery, Marisol Calzadilla–M
Alise L. Bauman, Antonio Andreotti, Ann Betro, Joanne Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Tho
Bruno, Robert Aguirre, Lorraine Burke, Robert Bilella, Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta
Cecelia Borcherding, Renee Berry, Anna Abad, Holly Acierno, Catherine Biliski, Christine Beck, Stewart Anspach,
Arellano, Frank Bauman, Ann Marie Anzalone, Michael R. Basile, Courtney Aquart, Arthur Alessandro, Robert Ad
Bonnie M. Carson, Joseph Asciolla, Rita Anselmo, Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, An
Aviles, Andrew Benfante, Richard Bittles, Robert Boswell, Louie Cacchioli, Donna Bennett, De'Andre Berry, Porti
Augustine, Anna Antico, Douglas Anderson, Daphna Blacksea, Thomas Camarda, Dominick Capuano, James Biese
Tyrell Anderson, Thomas Cacavio, Kathleen Bondeson, 806 Order Admitting Attorney Pro Hac Vice, 562 AMEND
MOTION for Declaratory Judgment Plaintiff's Aff in Support. filed by Michelle Haskett–Godbee, 658 Rule 7.1 Con
Disclosure Statement filed by A Russo Wrecking, Inc., 596 Notice of Change of Address, filed by Century 21 Depa
Stores LLC, Blue Millennium Realty LLC., Century 21, Inc., 652 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., 710 Rule 7.1 Corporate Disclosure Statement filed by Lockwood, Kess
&Bartlett, Inc., 553 Reply Affirmation in Support of Motion, filed by Plaintiffs Liaison Counsel, 714 Rule 7.1 Corp
Disclosure Statement filed by Manafort Brothers, Inc., 723 Rule 7.1 Corporate Disclosure Statement filed by New Y
Crane &Equipment Corp., 545 Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Constructi
Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Por
Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Constructi
The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bech
Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C., 575 Order A
Attorney Pro Hac Vice, 770 Notice (Other) filed by Plaza Construction Corp., 597 Notice (Other) filed by 80 Lafey
Associates, LLC, Mayore Estates, LLC, 713 Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wre
Inc., 722 Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc., 816 Affidavit in Support of M
filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Rob
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Cons
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Eng
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 752 Rule 7.1 Corpo
Disclosure Statement filed by Bechtel Corporation, 732 Rule7.1 Corporate Disclosure Statement filed by Rodar Ent
Inc., 857 Stipulation and Order of Dismissal,, 661 Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wre
&Construction Corp., 703 Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, L.L.
Notice (Other) filed by Plaintiffs Liaison Counsel, 854 MOTION to Strike Certain Affirmative Defenses Pursuant to
12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursua
Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses F
to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). filed by Plaintiffs Liaison Counsel, 741 Rule 7.
Corporate Disclosure Statement filed by Vollmer Associates, LLP, 728 Endorsed Letter,, 795 Response to Discover
Kevin Fitzpatrick, 566 Order,, 817 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser I
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 878 MOTION for Protective Order Plaintiffs' Memorandum of Law in O
to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Counsel, 883 Order,, 792 MOTION for Heidi
Appear Pro Hac Vice. filed by The Port Authority of New York &New Jersey, 789 Notice (Other) filed by Plaintiffs
Counsel, 672 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers Trust
Corporation, 632 Case Management Plan,,, 835 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 790 N
(Other) filed by Phillips and Jordan, Inc., 610 Notice of Appearance filed by Phillips and Jordan, 865 MOTION for
Protective Order Notice of Motion. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Can
Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp.,

Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.
Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP,
One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safe
Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Sys
Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simps
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 769 Notice (Other) filed by Plaza Construction Corp., 711 Rule 7.1 Corporate Disclosure Stat
filed by Lucius Pitkin, Inc., 885 Reply Memorandum of Law in Support of Motion, filed by AMEC Construction
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., S
Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp.,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associat
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R
Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General
Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion,, filed by Gilsan
Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu
Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W
Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silm
Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosure
Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Con
Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other)
Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Not
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complain
The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Meri
Construction Group, L.L.C., 887 Declaration in Support of Motion, filed by AMEC Construction Management, Inc.,
Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pi
Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. R
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Company, N
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech C
Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contract
Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.,

Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Pro
Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, P.C.,
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Leas
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Bro
Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoist
Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Sk
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipmen
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 657 Endorsed Letter, 685 Rule 7.1 Corporate Disclo
Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corporate Disclosure Statement filed by E.J.
Inc., 621 Consent Order, Add and Terminate Attorneys,, 591 Order on Motion to Compel, 633 Answer to Complaini
RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel, 556 MOTION for Declaratory Judgment S
Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 872 Affidavit in Support of Motion, filed by AME
Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., A
Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corporation, Tully Construction
Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., N
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,
Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Po
Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler
&Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Li
Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota
Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associa
Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified
Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contra
Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction C
DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, In
Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing
Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industrie
Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa,
D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associ
P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 829 A
in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Fin
Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Golds
Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &
LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, S
Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates,
Endorsed Letter,, 647 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 804 Notice (Other),
filed by Mayore Estates, LLC, 590 Order Admitting Attorney Pro Hac Vice, 880 Memorandum of Law in Oppositi
Motion, filed by The Port Authority of New York &New Jersey, 848 Notice (Other) filed by Plaintiffs Liaison Coun
Order, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 Notice (Other) filed by Plaintiffs Liaison Counse
Amended Answer to Complaints, filed by Toretta Trucking, Inc., Cord Contracting Co. Inc., Canron Construction C
&L Contracting Corp., Pinnacle Environmental Corp., Total Safety Consulting, LLC, Atlantic Heydt Corp., Hallen
Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. L
Company, Meridian Construction Group, LLC, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Mueser Rutledge Consulting Engineers, En–Tech Corp., Safeway Environmental Corp., Yannuzzi Demolition &Re
Services, Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finl
Evergreen Recycling of Corona, Silverite Contracting Corp., Component Assembly Systems, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Grou
Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consultin
Engineers, P.C., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., L
Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering,
Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Liberty Mutual Insurance Company, Weidlinger Associates, Inc., Bechte
Construction, Inc., Mazzocchi Wrecking Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Ca
Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heg
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Nacirema Industries Incorporated, Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &

Contractors, Inc., Manafort Brothers, Inc., Robert Silman Associates, Semcor Equipment and Manufacturing Corpor
Buro Happold Consulting Engineers, P.C., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skid
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., JP Equipment Rental Material, Inc., E.J. Davies, Inc., Big Apple
Wrecking &Construction Corp., 814 Declaration in Support of Motion,,, filed by Gilsanz Murray Steficek LLP, Mu
Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Tech. − Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &
Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Th
Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happ
Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Notice (Other) filed by Plaintiffs Liaison Cou
Rule 7.1 Corporate Disclosure Statement filed by Robert L. Gerosa, Inc., 812 MOTION for Summary Judgment on
Structural and Design Engineer Defendants. filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting En
Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. − Div. of Thornton T
Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Ski
Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vol
Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Counsel, 665 Rule 7.1 Corporate Disclosure Stateme
by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter,, 683 Rule 7.1 Corporate Disclosure Statement fi
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Transmission to
Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison Counsel, 605 Order, Set Deadlines/Hearin
Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Company, Deutsche Bank, Deutsche Bank T
Company Americas, 577 Special Master's Report filed by Aaron D. Twerski, James A. Henderson, Jr., 646 Respons
by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Disclosure Statement filed by C.B. Contracting Co
Notice (Other) filed by Plaza Construction Corp., 850 Stipulation and Order of Dismissal,, 838 Endorsed Letter,, 76
Stipulation and Order of Dismissal, 739 Rule 7.1 Corporate Disclosure Statement filed by Skanska Koch, Inc., 877
MOTION for Protective Order ; Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of D
Paige, Esq. in Opp to the Motion. filed by Plaintiffs Liaison Counsel, 565 AMENDED MOTION for Declaratory Ju
STIPULATION ADJOURNMENT. filed by Michelle Haskett−Godbee, 593 Statement of Relatedness filed by Josep
Urso, 622 Notice (Other) filed by Plaintiffs Liaison Counsel, 696 Answer to Amended Complaint, filed by New Yo
Department of Transportation, Mazzochi Wrecking, New York City Department of Sanitation, City of New York, W
Marine, Inc., New York Police Department, 886 Declaration in Support of Motion, filed by AMEC Construction
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Nicholson Construction Co., Fra
Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting
Engineers, En−Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers
Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recyc
Corona, Dakota Demo−Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Turner Constru
Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laquila Constructi
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer−
Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Dieg
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Con
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professional Corporatio
Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Ber
Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Cons
Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecl
Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D
General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C.,
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 823 Affidavit in
of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., L
Robertson Associates Consulting Engineers, P.C., LZA Tech. − Div. of Thornton Tomasetti Group, Goldstein Assoc
Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP
Engineering, P.C., W eidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gu
&Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 851
Stipulation and Order of Dismissal,, 644 Notice (Other) filed by Plaintiffs Liaison Counsel, 688 Rule 7.1 Corporate
Disclosure Statement filed by En−Tech Corp., 718 Certificate of Service Other, filed by AMEC Construction Mana
Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construc
Company, Tully Environmental Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., 660 Rule 7.1 Corpora
Disclosure Statement filed by Berkel &Co. Contractors, Inc., 583 USCA Mandate Non−Dismissal, 554 Reply Mem
of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 567 Order of Dismissal, 869 Affidavit in Support o

Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT
Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc.,
Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., N
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,
Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group, Bree
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Enviro
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel, 548 Order on M
Remand to State Court,, Case Consolidation – Member, 765 Order, 618 Order,, 635 Answer to Complaint filed by A
Express Company, American Express Bank, Ltd, American Express Travel Realted Services Company, Inc., 559
AMENDED MOTION for Default Judgment as to Statute Limitations, Notice of Claim. filed by Michelle Haskett–
638 Answer to Complaint filed by Murray Hill Properties, 719 Rule 7.1 Corporate Disclosure Statement filed by MI
Engineering, P.C., 750 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Environmental, Inc., 634 Answer
Complaint filed by Lehman Brothers Holdings Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc., 673 R
Corporate Disclosure Statement filed by Cord Contracting Co. Inc., 609 Order, 584 USCA Order, 573 Endorsed Let
Endorsed Letter, Set Deadlines/Hearings, 550 Memorandum of Law in Opposition to Motion, filed by City of New
Phillips and Jordan, 682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc., 651 Stipulation
Order of Dismissal,, 693 Rule 7.1 Corporate Disclosure Statement filed by Francis A. Lee Company, 807 Protective
671 Rule 7.1 Corporate Disclosure Statement filed by Component Assembly Systems, Inc., 677 Answer to Complai
by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank, DB Private Clients Corporat
Bankers Trust Corporation, Deutsche Bank Trust Company Americas, 699 Rule 7.1 Corporate Disclosure Statement
Goldstein Associates Consulting Engineers, P.C., 788 Order Admitting Attorney Pro Hac Vice, 613 Stipulation and
Dismissal, 624 Order, 694 Rule 7.1 Corporate Disclosure Statement filed by FTI Trucking Corp., 740 Rule 7.1 Corp
Disclosure Statement filed by Skidmore Owings &Merrill, LLP, 604 Order, 569 Memorandum &Opinion,, 870 Affi
Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Constructio
PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench America
Corporation, Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp.,
Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Gro
L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Service
Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Compon
Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze N
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insura
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Enviro
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 837 Endorsed Letter, 774 Notice (Other) filed by Plaza Construction Corp., 884 Notice (Othe
by Plaintiffs Liaison Counsel, 745 Rule 7.1 Corporate Disclosure Statement filed by WSP Cantor Seinuk, 678 Answ
Complaint filed by Tishman Construction Corporation of Manhattan, Tishman Interiors Corporation, Tishman Cons

Corporation of New York, 831 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutl
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 715 Rule 7.1 Corporate Disclosure Statement filed by Moretrench Ameri
Corp., 813 Memorandum of Law in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Co
Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of
Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitki
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group,
WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engine
Vollmer Associates, LLP, 802 Notice (Other) filed by Plaintiffs Liaison Counsel, 794 Response to Discovery filed b
Holdings, L.L.C., 558 Memorandum of Law in Support of Motion filed by AMEC Construction Management, Inc., 
Construction Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., City of New York, T
Construction Company, Bovis Lend Lease Inc., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Tully Co
Corp., Bechtel, Tully Environmental Inc., Bovis Lend Lease, Inc., Bechtel Construction, Inc., Plaza Construction Co
Bovis Lend Lease LMB, Inc., Tully Construction Company, Bovis International, Inc., Bechtel Corporation, Bechtel 
Associates Professiona;l Corporation, Tully Industries, Inc., Bechtel Environmental, Inc., Turner Construction Inter
L.L.C., 648 Notice (Other), 2350 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2208 Declaration in Su
Motion, filed by Plaintiffs Liaison Counsel, 2280 Endorsed Letter, 2226 Notice of Appeal, 2212 Declaration in Supp
Motion filed by Plaintiffs Liaison Counsel, 2221 MOTION for Extension of Time filed by En–Tech Corp., DMT En
Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Con
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of 
York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In
E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc.,
Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann
&Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, H
Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Skidmo
Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gr
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A
Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., E
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Con
Engineers, 2168 Declaration, filed by Plaintiffs Liaison Counsel, 2138 Order, 2361 Declaration in Support, filed by 
Liaison Counsel, 2201 Memo Endorsement, 2189 Declaration in Opposition to Motion, filed by Plaintiffs Liaison C
2328 Stipulation and Order of Dismissal, 2341 Order, 2160 Declaration in Opposition filed by Gregory J Cannata 
&Associates, 2269 Order, 2277 MOTION for Attorney Fees Declaration of Denise A. Rubin, Exhibits to be filed via
with clerk's office filed by Plaintiffs Liaison Counsel, 2190 Memorandum of Law in Support of Motion, filed by Mo
Medical Center, 2299 Order, 2159 Affirmation in Support filed by Plaintiffs Liaison Counsel, 2331 MOTION Repo
Defendants' Objections Papers filed 1–31–11 filed by Plaintiffs Liaison Counsel, 2268 Order, 2219 Endorsed Letter
Order on Motion to Compel, 2257 Order, 2267 Order, 2228 Order on Motion for Extension of Time, 2173 Endorsed
2283 Endorsed Letter, Set Deadlines/Hearings, 2236 Stipulation and Order of Dismissal, 2194 Affidavit of Service 
filed by Plaintiffs Liaison Counsel, 2354 Stipulation and Order of Dismissal, 2291 Stipulation and Order of Volunta
Dismissal, 2265 Memo Endorsement, 2187 Order of Dismissal, 2210 Declaration in Support of Motion filed by Plai
Liaison Counsel, 2285 Endorsed Letter, 2216 MOTION to Compel Certain Medical Providers to Respond to Subpoe
Duces Tecum filed by Plaintiffs Liaison Counsel, 2344 Declaration in Support of Motion filed by Plaintiffs Liaison 
2227 Endorsed Letter, Set Deadlines/Hearings, 2139 Order, Set Deadlines/Hearings, 2333 Order, 2242 Order, 2182
2161 Declaration in Opposition to Motion, filed by Gregory J Cannata &Associates, 2337 Declaration in Support of 
filed by Plaintiffs Liaison Counsel, 2206 Order, Set Deadlines/Hearings, 2158 Order, Set Deadlines/Hearings, 2163
filed by Plaintiffs Liaison Counsel, 2260 Notice (Other) filed by Plaintiffs Liaison Counsel, 2321 Stipulation and Or
Dismissal, 2193 Notice (Other) filed by Plaintiffs Liaison Counsel, 2167 Reply filed by Plaintiffs Liaison Counsel, 
Stipulation and Order of Voluntary Dismissal, Add and Terminate Parties, 2284 Endorsed Letter, Set Deadlines/Hea
2312 Notice of Appeal, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., A Rus
Wrecking, Inc., 2217 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 2199 Memo Endorseme
Memorandum of Law in Support filed by Plaintiffs Liaison Counsel, 2348 MOTION to Compel the WTC Captive I
Company, Inc. to allow eligible Plaintiffs to participate in the settlement filed by Plaintiffs Liaison Counsel, 2264 O
Deadlines/Hearings, 2351 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2195 Stipulation and Order of

Dismissal, 2301 Memo Endorsement, 2294 Stipulation and Order of Voluntary Dismissal, 2145 Certificate of Servic
filed by Plaintiffs Liaison Counsel, 2211 MOTION for Discovery. filed by Plaintiffs Liaison Counsel, 2317 Stipulat
Order of Dismissal, Add and Terminate Parties, 2313 FRCP Rule 5d Memo – Sent to Chambers, 2256 Endorsed Let
Declaration filed by Plaintiffs Liaison Counsel, 2254 Endorsed Letter, 2307 Affirmation in Opposition to Motion, fi
Richard Mighdoll, 2276 MOTION for Attorney Fees Memorandum of Law and Facts filed by Plaintiffs Liaison Cou
2250 USCA Order, 2355 Stipulation and Order of Dismissal, 2202 Order, 2297 Endorsed Letter, Set Deadlines, 228
Endorsed Letter, 2186 Order of Dismissal, Set Deadlines/Hearings, 2178 Memorandum of Law in Support of Motio
James McFadden, 2322 Stipulation and Order of Dismissal, 2243 Notice (Other) filed by Plaintiffs Liaison Counsel.
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas
Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling
Corona, C.B. Contracting Co., Inc., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting
Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro H
Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Rc
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI 1
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2141 Endorsed Letter, 2318 Stipulation and Order of Dismissal, 2225 Order, Set Deadlines/H
2259 Order, 2181 Memorandum &Opinion, 2169 Stipulation and Order, Terminate Deadlines and Hearings, 2314 B
by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Yannuzzi &Sons, Inc., A Russc
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mut
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2143 Notice (Other) filed by Plaintiffs Liaison Coun
Endorsed Letter, Set Deadlines/Hearings, 2345 Endorsed Letter, 2339 Brief, filed by En–Tech Corp., DMT Enterpri
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sc
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza,
Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Const

Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engine
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction C
Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., 2184 Order, 2293 Stipulation and Order of Voluntary Dismissal, 2316 Stipulation and Order
Dismissal, 2253 Stipulation and Order of Dismissal, 2342 Affirmation, filed by Plaintiffs Liaison Counsel, 2295 En
Letter, 2274 Endorsed Letter, 2360 Memorandum of Law in Opposition to Motion, filed by En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cor
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsany Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportatio
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2183 Order, Set Deadlines/H
2151 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2203 Order, 2196 Reply Memorandum
in Support of Motion filed by James McFadden, 2302 Memo Endorsement, 2213 Order, 2246 Endorsed Letter, 2155
Declaration, filed by Plaintiffs Liaison Counsel, 2149 Order, 2172 Endorsed Letter, 2164 Notice (Other) filed by Pla
Liaison Counsel, 2150 Objection (non–motion) filed by Plaintiffs Liaison Counsel, 2162 Declaration in Opposition,
Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2204 Stipulation and Order, Add and Terminate Attorne
Endorsed Letter, 2306 Response to Motion, filed by Robert Vecchione, 2249 Endorsed Letter, Set Deadlines, 2320
Stipulation and Order of Dismissal, 2346 USCA Order, 2175 Endorsed Letter, 2273 Endorsed Letter, 2340 Stipulati
Order of Dismissal, 2142 Endorsed Letter, 2296 Order, 2278 Endorsed Letter, 2352 Declaration in Support, filed by
Plaintiffs Liaison Counsel, 2343 Order, Set Hearings, 2353 Stipulation and Order of Dismissal, 2224 Endorsed Lette
Deadlines/Hearings, 2323 Stipulation and Order of Dismissal, 2248 Order, 2334 Stipulation and Order of Dismissal
Affirmation in Opposition to Motion filed by David Nolan, 2218 Order, Set Hearings, 2311 Response to Motion, fil
Plaintiffs Liaison Counsel, 2319 Affirmation in Opposition to Motion, filed by Robert Zane, Lawrence Ford, Edwar
Galanek, James Melendez, Patrick Arcese, Teresa Hartey, Robert Esposito, Yvonne Leon, Denise Esposito, Albert I
2148 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 2153 Memorandum of Law fi
Plaintiffs Liaison Counsel, 2180 Stipulation and Order, 2272 Order, 2324 MOTION to Vacate filed by Plaintiffs Lia
Counsel, 2229 Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 2308 Response to Motion fil
John Baiano, 2286 Order, Set Deadlines, 2335 Endorsed Letter, 2152 Declaration, filed by Plaintiffs Liaison Counse
Declaration in Support, filed by Plaintiffs Liaison Counsel, 2304 Stipulation and Order, 2245 Stipulation and Order,
Deadlines/Hearings, 2266 Order, 2171 Stipulation and Order, 2336 Notice of Appearance filed by Gilsanz Murray S
LLP, 2198 Order on Motion to Compel, Order on Motion to Vacate, 2191 Affirmation in Opposition, filed by Plaint
Liaison Counsel, 2230 Endorsed Letter, Set Deadlines, 2255 Endorsed Letter, 2146 Order, Set Deadlines/Hearings,
MOTION to Vacate. filed by Plaintiffs Liaison Counsel, 2147 MOTION Response to Sua Sponte Order by Court (S
Sponte Order of August 4, 2010) MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4
MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4, 2010) filed by Plaintiffs Liaison
2174 Stipulation and Order, Set Deadlines, 2325 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2270 E
Letter, 2197 Notice of Appearance filed by Robert Vecchione, 2205 Endorsed Letter, 2239 Endorsed Letter, Set Dea
2290 Stipulation and Order of Voluntary Dismissal, 2192 Order on Motion for Miscellaneous Relief, 2287 USCA M
2298 Order, 2289 Stipulation and Order of Voluntary Dismissal, 2338 Declaration in Support of Motion filed by Pla
Liaison Counsel, 2200 Order, 2244 Order, 2282 Order, 2315 Stipulation and Order of Dismissal, 2220 MOTION for
Extension of Time. filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever

Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, Inc., HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2356 Stipulation and Order of Dismissal, 2188 MOTION to Compel Defendant The Port Authority of New York and New Jersey to reimburse Mount Sinai for the costs it incurred in responding to the Port Authority's subpoena and in preparing this motion MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3 MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3 filed by Mount Sinai Medical Center, 2231 Order, Set Deadlines/Hearings, 2292 Stipulation and Order of Voluntary Dismissal, Declaration in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bechtel, Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Five Star Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, Inc., HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2240 Stipulation and Order of Voluntary Dismissal,, 2252 Order, 2305 Stipulation and Order, 2330 Stipulation and Order of Dismissal, 2144 USCA Order,, 2262 Memo Endorsement, 2300 Endorsed, 2258 Stipulation and Order of Dismissal, 2303 Memo Endorsement, 2176 MOTION to Set Aside Judgment Dismissing action filed by James McFadden, 2207 MOTION to Compel Certain United States Social Security Administration Offices to Respond to Subpoenas Duces Tecum filed by Plaintiffs Liaison Counsel, 2279 Notice (Other) filed by Plaintiffs Liaison Counsel, 2329 Stipulation and Order of Dismissal, 2234 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 2251 Stipulation and Order of Dismissal, 2156 Memorandum of Law in Opposition to Motion filed by The Port Authority of New York &New Jersey, 2215 Order, Set Deadlines/Hearings, 2309 Affirmation in Opposition to Motion by Michelle Haskett–Godbee, 2238 Order, 2140 Notice (Other) filed by Plaintiffs Liaison Counsel, 2275 MOTION for Attorney Fees (Common Benefit Attorney Fees) filed by Plaintiffs Liaison Counsel, 2288 Response to Motion filed by Fitzpatrick, 2157 Declaration in Opposition to Motion, filed by The Port Authority of New York &New Jersey, 2331 Endorsed Letter, 2166 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2233 MOTION to Compel CERTAIN UNITED STATES SOCIAL SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOENAS DUCES TECUM filed by Plaintiffs Liaison Counsel, 2209 MOTION for Discovery filed by Plaintiffs Liaison Counsel, 2232 Declaration in Support of Motion filed by James McFadden, 2232 Order, 2179 Order, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/29/2011)

| 03/29/2011 | 2409 | NOTICE OF APPEARANCE by Noah H. Kushlefsky on behalf of Noah H. Kushlefsky (Kushlefsky, Noah) (Entered: 03/29/2011) |
| 04/01/2011 | 2411 | MEMO ENDORSEMENT on RENEWED NOTICE OF MOTION. ENDORSEMENT: So Ordered. The cases of the plaintiffs on Ex A are reinstated nunc pro tunc. (Signed by Judge Alvin K. Hellerstein on 4/1/2011) (Attachments: # 1 Exhibit A) (lnl) (Entered: 04/01/2011) |
| 04/04/2011 | 2412 | ORDER: The Court has been advised of a dispute between the WTC Captive Insurance Company and Lloyd's of London concerning the WTC Captive's indemnity obligation to Lloyd's under a settlement agreement resolving the former's |

Case: as 21-mc-00100-AKH  Document 4 1  07/23/2012  2694952  Page 466  16 305
Case 1:12-2974 Document 4-1 07/26/2012 12:102 PM EDT 1466 of 1805
Case 1:21-mc-00100-AKH  As of: 07/26/2012 12:102 PM EDT 1465 of 1805

| | | |
|---|---|---|
| | | against the latter. The inability to resolve the issue has caused a delay in payments due under the settlement agreement as settlement compensation to the settling Plaintiffs and as administrative costs for the Allocation Neutral. Given the need for a resolution of the issue and the justiciable nature of the conflict, the parties shall set forth their positions, a provide supporting memoranda, by 5:00pm on April 11, 2011. The parties may reply to each others' submissions by on April 14, 2011. Briefing will then be closed. On April 11, the parties must also jointly submit a complete and unr copy of their settlement agreement. The Court will either decide the issue on the papers or set argument. (Signed by Alvin K. Hellerstein on 4/4/2011) (js) (Entered: 04/04/2011) |
| 4/04/2011 | | Set Deadlines/Hearings: Replies due by 4/14/2011. (js) (Entered: 04/04/2011) |
| 4/06/2011 | 2413 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION to Dismiss. Document filed by Plaintiffs Liaison C (LoPalo, Christopher) Modified on 4/6/2011 (db). (Entered: 04/06/2011) |
| 4/06/2011 | 2414 | DECLARATION of Christopher R. LoPalo in Opposition re: 2413 MOTION to Dismiss.. Document filed by Plaint Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 04/06/2011) |
| 4/06/2011 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Atto Christopher R. LoPalo to RE–FILE Document 2413 MOTION to Dismiss. ERROR(S): Supporting Documents are f separately, each receiving their own document #. (db) (Entered: 04/06/2011) |
| 4/07/2011 | 2415 | MEMO ENDORSEMENT on UNOPPOSED MOTION FOR AN ORDER VOLUNTARILY DISMISSING DERIV CLAIM. ENDORSEMENT: Motion granted the stipulation is signed. (Signed by Judge Alvin K. Hellerstein on 4/7/ (jpo) (Entered: 04/07/2011) |
| 4/07/2011 | 2416 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE – DERIVATIVE CLAIM ONLY derivative claims by plaintiff Erin Ryan ("Derivative Plaintiff"), who is the spouse of Plaintiff Christopher Ryan ("P Plaintiff"), against all Defendants or against any Defendant arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location on' and/or after S 11, 2001 with respect to the loss of services of and/or consortium with Primary Plaintiff are hereby voluntarily dism with prejudice. (Signed by Judge Alvin K. Hellerstein on 4/7/2011) (jpo) (Entered: 04/07/2011) |
| 4/07/2011 | 2419 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE DERIVATIVE CLAIM ONLY: I hereby stipulated and agreed by and between all parties to Federal Rule of Civil Procedure 41(a)(1)(A)(ii): All deriv claims by plaintiff Erin Ryan ("Derivative Plaintiff"), who is the spouse of Plaintiff Christopher Ryan ("Primary Pla against all Defendants or against any Defendant arising out of or relating in any way to World Trade Center–related recovery and/or debris–removal operations and/or clean–up at any location on' and/or after September 11, 2001 with to the loss of services of and/or consortium with Primary Plaintiff are hereby voluntarily dismissed with prejudice;T stipulation does not affect in any way Primary Plaintiffs claims against Defendants; If after this Stipulation is filed t Derivative Plaintiff commences an action against any or all of the entities listed on Exhibit A to the World Trade Ce Litigation Settlement Process Agreement, As Amended ("Amended SPA") alleging any injury, derivative or otherw arising out of or relating in any way to World Trade Center–related rescue,recovery and/or debris–removal operatio clean–up at any location on and/or September 11, 2001, such action shall constitute a "New Debris Removal C defined in the Amended SPA; and The dismissal is without costs. (Signed by Judge Alvin K. Hellerstein on 4/7/11 (Entered: 04/08/2011) |
| 4/11/2011 | 2420 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R. 41(A)(1)(A)(II): The above captioned action is voluntarily dismissed pursuant to the following terms and conditions claims by Plaintiff Louis Nicolosi, against all Defendants or against any Defendant arising out of or relating in any World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location on a after September 11, 2011, are voluntarily dismissed. All claims that were asserted or could have been brought in rela Plaintiff's existing pleadings are dismissed with prejudice. This dismissal is without prejudice solely in relation to a injury to the extent permitted by New York State law and as may be defined by any court having jurisdiction over an later–filed complaint. If after this Stipulation is filed Plaintiff commences an action asserting such alleged second in claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreement, As Amended, such action shall constitute a "New Debris Removal Claim" as defined in the Amended S dismissal is without costs. (Signed by Judge Alvin K. Hellerstein on 4/7/2011) (tro) (Entered: 04/11/2011) |
| 4/11/2011 | 2421 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R. 41(A)(1)(A)(II): The above captioned action is voluntarily dismissed pursuant to the following terms and conditions claims by Plaintiff Richard Wisniewski, against all Defendants or against any Defendant arising out of or relating in to World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean–up at any location o after September 11, 2011, are voluntarily dismissed. All claims that were asserted or could have been brought in rela Plaintiff's existing pleadings are dismissed with prejudice. This dismissal is without prejudice solely in relation to a injury to the extent permitted by New York State law and as may be defined by any court having jurisdiction over an later–filed complaint. If after this Stipulation is filed Plaintiff commences an action asserting such alleged second in claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreement, As Amended, such action shall constitute a "New Debris Removal Claim" as defined in the Amended S |

| | | |
|---|---|---|
| | | dismissal is without costs. (Signed by Judge Alvin K. Hellerstein on 4/7/2011) (tro) (Entered: 04/11/2011) |
| 4/11/2011 | 2422 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R.C 41(A)(1)(A)(II): The above captioned action is voluntarily dismissed pursuant to the following terms and conditions claims by Plaintiffs Steven Barretta and Adrienne Barretta, against all Defendants or against any Defendant arising o relating in any way to World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean– location on and/or after September 11, 2011, are voluntarily dismissed. All claims that were asserted or could have b brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice. This dismissal is without prejudice relation to a second injury to the extent permitted by New York State law and as may be defined by any court havin jurisdiction over any such later–filed complaint. If after this Stipulation is filed Plaintiff commences an action assert alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigatic Settlement Process Agreement, As Amended, such action shall constitute a "New Debris Removal Claim" as defined Amended SPA. The dismissal is without costs. (Signed by Judge Alvin K. Hellerstein on 4/7/2011) (tro) (Entered: 04/11/2011) |
| 4/11/2011 | 2423 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R.C 41(A)(1)(A)(II): The above captioned action is voluntarily dismissed pursuant to the following terms and conditions claims by Plaintiffs Christopher Orosz and Lauren Orosz, against all Defendants or against any Defendant arising ou relating in any way to World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean– location on and/or after September 11, 2011, are voluntarily dismissed. All claims that were asserted or could have b brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice. This dismissal is without prejudice relation to a second injury to the extent permitted by New York State law and as may be defined by any court havin jurisdiction over any such later–filed complaint. If after this Stipulation is filed Plaintiff commences an action assert alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigatic Settlement Process Agreement, As Amended, such action shall constitute a "New Debris Removal Claim" as defined Amended SPA. The dismissal is without costs. (Signed by Judge Alvin K. Hellerstein on 4/7/2011) (tro) (Entered: 04/11/2011) |
| 4/11/2011 | 2424 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE– DERIVATIVE CLAIM ONLY: derivative claims by Plaintiff Erin Ryan, who is the spouse of Plaintiff Christopher Ryan, against all Defendants or a any Defendant arising out of or relating in any way to World Trade Center–related rescue, recovery and/or debris–re operations and/or clean–up at any location on and/or after September 11, 2011 with respect to the loss of services of consortium with Primary Plaintiff are hereby voluntarily dismissed with prejudice. The stipulation does not affect in Primary Plaintiff's claims against Defendants. If after this Stipulation is filed the Derivative Plaintiff commences an against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreem Amended alleging any injury, derivative or otherwise, arising our of or relating in any way to World Trade Center–r rescue, recovery and/or debris–removal operations and/or clean up at any location on and/or after September 11, 20 action shall constitute a "New Debris Claim" as defined in the Amended SPA. The dismissal is without costs. (Signe Judge Alvin K. Hellerstein on 4/7/2011) (tro) (Entered: 04/11/2011) |
| 4/11/2011 | 2425 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R.C 41(A)(1)(A)(II): The above captioned action is voluntarily dismissed pursuant to the following terms and conditions claims by Plaintiffs Fernando Alves and Michele Alves against all Defendants or against any Defendant arising out relating in any way to World Trade Center–related rescue, recovery and/or debris–removal operations and/or clean– location on and/or after September 11, 2011, are voluntarily dismissed. All claims that were asserted or could have b brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice. This stipulation is without prejudic in relation to a second injury to the extent permitted by New York State law and as may be defined by any court hav jurisdiction over any such later–filed complaint. If after this Stipulation is filed Plaintiff commences an action assert alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigatic Settlement Process Agreement, As Amended, such action shall constitute a "New Debris Removal Claim" as defined Amended SPA. The dismissal is without costs. (Signed by Judge Alvin K. Hellerstein on 4/7/2011) (tro) (Entered: 04/11/2011) |
| 4/11/2011 | 2426 | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R.C.P.41(A)(I)(A)(II): 1. The above–captioned action is voluntarily dismissed pursuant to the following terms and conditions: 2. All claims by Plaintiff RICHARD CONWAY, against all Defendants or against any Defendant arising or relating in any way to World Trade Center–related rescue, recovery and/or debris removal operations and/or clea any location on and/or after September 11, 2001, are voluntarily dismissed. 3. All claims that were asserted or could been brought in relation to Plaintiff's existing pleadings are dismissed with prejudice. 4. This dismissal is without pr solely in relation to a second injury to the extent permitted by New York State law and as may be defined by any co having jurisdiction over any such later–filed complaint. If after this Stipulation is filed Plaintiff commences an actio asserting such alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade C Litigation Settlement Process Agreement, As Amended ("Amended SPA"), such action shall constitute a "New Deb Removal Claim" as defined in the Amended SPA. 5. The dismissal is without costs. SO ORDERED. (Signed by Jud K. Hellerstein on 4/9/2011) (lnl) (Entered: 04/12/2011) |

| | | |
|---|---|---|
| 04/11/2011 | 2427 | NOTICE OF APPEAL from 2383 Order. Document filed by Plaintiffs represented by Plaintiffs' Co–Liaison Counsel Groner Edelman &Napoli Bern, LLP. Filing fee $ 455.00, receipt number 465401003785. (nd) (Entered: 04/13/2011) |
| 04/13/2011 | | Transmission of Notice of Appeal to the District Judge re: 2427 Notice of Appeal. (nd) (Entered: 04/13/2011) |
| 04/13/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2427 Notice of Appeal. (nd) (Entered: 04/13/2011) |
| 04/13/2011 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2425 Stipulation and Order of Voluntary Dismissal,,,,, 2412 Order,,,, 2411 Memo Endorsement, 2420 Stipulation and Order of Voluntary Dismissal,,,,, 2421 Stipulation and Order of Voluntary Dismissal,,,,, 2416 Stipulation and Order of Voluntary Dismissal,,,,, 2423 Stipulation and Order of Voluntary Dismissal,,,,, 2414 Declaration in Opposition filed by Plaintiffs Liaison Counsel, 2427 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2409 Notice of Appearance filed by Noah H. Kushlefsky, 2419 Stipulation and Order of Dismissal,,,,, 2424 Stipulation and Order of Voluntary Dismissal,,,,, 2426 Stipulation and Order of Dismissal,,,,, 2413 Memo Endorsement, 2410 Endorsed Letter,, 2422 Stipulation and Order of Voluntary Dismissal,,,,, 2389 Order, Set Deadlines/Hearings, 2406 SECOND MOTION to Reopen Case. filed by Plaintiffs Liaison Counsel, 2403 Order, Set Deadlines/Hearings, 2402 Memo Endorsement, 2383 Order, 2396 Order, 2398 Stipulation and Order of Dismissal,, 2404 Order, 2395 Letter, 2399 Order, 2385 Stipulation and Order of Dismissal, 2390 Notice (Other) filed by Plaintiffs Liaison Counsel, 2394 Endorsed Letter, Set Deadlines/Hearings, 2386 MOTION Extension and Protection of Client Privileges and Confidences. filed by Plaintiffs Liaison Counsel, 2387 Endorsed Letter, 2400 Order, 2404 Endorsed Letter, 2391 Memo Endorsement, 2392 Order on Motion to Compel, 2401 Order, 2393 Stipulation and Order, Add and Terminate Parties, 2407 Stipulation and Order of Voluntary Dismissal, 2384 Memo Endorsement, 2405 Order, 2397 Stipulation and Order of Voluntary Dismissal, 2372 Order on Motion to Compel, 2377 Stipulation and Order of Dismissal,,, 2380 Order, 2363 Order of Discontinuance, 2373 Order on Motion for Attorney Fees,,,,,,,, 2375 Order on Motion to Vacate, 2374 Order on Motion to Vacate, 2367 Reply Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 2378 Stipulation and Order of Dismissal,,, 2369 MOTION to Serve. filed by Hector Flamenco, 2370 Stipulation and Order of Dismissal, 2381 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2362 Order,,, 2376 Stipulation and Order of Dismissal,,, 2371 Order on Motion to Serve, 2366 Stipulation and Order of Dismissal, 2132 Notice (Other) filed by Plaintiffs Liaison Counsel, 2136 Notice of Cross Appeal filed by All Plaintiffs, 2128 Affirmation filed by Plaintiffs Liaison Counsel, 2133 Certificate of Service Other, filed by Plaintiffs Liaison Counsel, 2134 Notice (Other) filed by Plaintiffs Liaison Counsel, 2135 Order, 1646 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1343 Request for Production of Documents filed by Donald Carson, Gloria Elaine Carson, 1655 Order,, 1135 Notice (Other) filed by Plaintiffs Liaison Counsel, 1568 Affirmation filed by Francis A. Lee Company, 1294 Response to Discovery filed by Robert Panarella, 1734 Order,,, 1745 Endorsed Letter,, 2070 Appeal Record Sent to USCA – Index,, 1670 Order on Motion for Miscellaneous Relief,, 1590 MOTION for Brian E. Moffitt to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche Bank Trust Company Americas, 1116 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1547 Order,,, 1383 Notice (Other) filed by City of New York, 1354 Request for Production of Documents filed by Herbert Pate, 2035 Notice (Other) filed by Plaintiffs Liaison Counsel, 1010 Stipulation and Order of Dismissal, 1048 Order,,,, 1972 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1436 Order,,,,,,,, 1708 Memorandum of Law in Support of Motion filed by The Port Authority of New York &New Jersey, 974 Endorsed Letter, Set Deadlines/Hearings,, 1872 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 2042 Notice (Other) filed by Gregory J Cannata &Associates, 1860 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1830 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1141 Rule 56.1 Statement, filed by Tully Environmental Inc., Bovis Lend Lease LMB, Inc., Turner Construction Co., Tully Construction Co., Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Corona, Plaza Construction Corp., 924 Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1319 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1876 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1080 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1580 Notice (Other) filed by Plaintiffs Liaison Counsel, 1447 Declaration in Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C., LVI Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler |

&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger In
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Compan
Pitkin, Inc., Mueser Rutledge Consulting Engineers, 1351 Request for Production of Documents filed by Dennis M.
O'Connor, 1650 MOTION for Brian S. Levine to Appear Pro Hac Vice. filed by Tishman Interiors Corporation, Tisl
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
Tishman Construction Corporation of Manhattan, 1683 Endorsed Letter, Set Hearings,, 1433 Stipulation and Order,
Memorandum of Law in Support of Motion, filed by Mount Sinai Medical Center, 1016 Reply filed by En–Tech Co
Contracting Corp., 1649 MOTION for Aaron J. Stahl to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corpor
Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1261 Notice (O
filed by Plaintiffs Liaison Counsel, 961 Stipulation and Order of Dismissal,, 2119 MOTION for Summary Judgmen
of Motion for Summary Judgment Dismissing A1, A2, A3, B1 and B2 Plaintiffs' Labor Law, Common Law Neglige
General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authori
New York &New Jersey, 1625 Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tis
Construction Corporation of New York, Tishman Interiors Corporation, 1165 Notice (Other) filed by Plaintiffs Liais
Counsel, 1227 MOTION for Andrew J. Carboy to Withdraw as Attorney for Plaintiffs. filed by Mary Jane Striffler,
Striffler, 948 Declaration in Support of Motion,, filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting
Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1404 Response to Discovery filed by
Cavicchio, Nicola Cavicchio, 1921 Affidavit in Support of Motion, filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1567 Declaration in O
to Motion, filed by Raymond Hauber, 1396 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 2105
Stipulation and Order,,,, 1216 Stipulation and Order,, 1137 Stipulation and Order, 1057 Case Management Plan, 20
Order,, 1998 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1263 Order
Affidavit in Support of Motion filed by City of New York, 1085 Notice of Adoption of Master Answer filed by Tish
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
2101 Notice of Appearance filed by Weeks Marine, Inc., 1358 Request for Production of Documents filed by Berna
Stinchcomb, Christine Stinchcomb, 1828 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac
LLC, 1213 Order, 1130 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manha
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1559 Certificate of Service Compl
Certificate of Service Other,, filed by Taylor Recycling Facility LLC, 2010 Affidavit in Support of Motion filed by
Respirators, Inc., 1041 MOTION for Discovery to Address Plaintiffs' Counsel's Failures in Providing Discovery and
Require an End Date for Complete Production of Medical Records and Sanctions. filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc.,
New York, Turner Construction Company, Plaza Construction Corp., 913 Notice (Other) filed by Plaintiffs Liaison
1235 Notice (Other) filed by Plaintiffs Liaison Counsel, 889 Notice (Other) filed by Plaintiffs Liaison Counsel, 124
on Motion to Vacate,,, 1472 Notice (Other) filed by Plaintiffs Liaison Counsel, 987 Notice (Other) filed by Plaintiff
Counsel, 1822 MOTION for Summary Judgment re Casey (06 cv 08890). filed by Taylor Recycling Facility LLC, 1
Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction
Corporation of New York, Tishman Interiors Corporation, 1653 Notice of Appearance filed by Tishman Constructic
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1361
Affirmation filed by Plaintiffs Liaison Counsel, 1565 Affirmation filed by Component Assembly Systems, Inc., 147
Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2096 Notice of Appearance filed by Weeks Marine,
2030 Notice (Other) filed by Gregory J Cannata &Associates, 1265 Order, 963 Stipulation and Order of Dismissal,,
Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1911 Endorsed Letter,, 1690 Notice (Other) filed by Pl
Liaison Counsel, 1337 Notice (Other) filed by Plaintiffs Liaison Counsel, 1978 Rule 56.1 Statement filed by Phillips
Jordan, Inc., 1406 Notice (Other) filed by Plaintiffs Liaison Counsel, 1784 MOTION for Summary Judgment Notice
Motion Cantore. filed by Evans Environmental &Geological Science &Management, LLC., 1775 Affidavit in Suppo
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1556 Affidavit in Support of Motion filed by City of New York, 1746 Endorsed Let
MOTION for Summary Judgment for Plaintiffs Daniel and Jeanne Raleigh. filed by Phillips and Jordan, Inc., 2098
Appearance filed by Weeks Marine, Inc., 1300 Response to Discovery filed by Herbert Pate, 1992 Notice (Other), N
(Other) filed by City of New York, 1515 Notice (Other) filed by Plaintiffs Liaison Counsel, 1615 MOTION for Alas
Chan to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deuts
Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 2006 Order,, 1894 Declaration
Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1835 Memorandum
in Support of Motion filed by Taylor Recycling Facility LLC, 1805 Memorandum of Law in Support of Motion file
Phillips and Jordan, Inc., 1248 Notice (Other) filed by Plaintiffs Liaison Counsel, 1829 Memorandum of Law in Sup
Motion filed by Taylor Recycling Facility LLC, 1774 MOTION for Summary Judgment Rule 56 Statement Greco. f
Evans Environmental &Geological Science &Management, LLC., 1011 Notice of Adoption of Master Answer filed
Phillips and Jordan, Inc., 1573 Memorandum of Law in Support of Motion filed by City of New York, 1767 Memor
Law in Support of Motion filed by Phillips and Jordan, Inc., 2069 Endorsed Letter,,,,,, 1201 Endorsed Letter,, 1012
(Other) filed by Plaintiffs Liaison Counsel, 1105 Notice of Adoption of Master Answer filed by Tishman Constructi

Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1470 Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1175 MOTION for Partial Summary Judgment. filed by Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretr American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., M Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Cor Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Le Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer– Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Cor Notice (Other) filed by Plaintiffs Liaison Counsel, 1364 Notice (Other) filed by Plaintiffs Liaison Counsel, 1244 Sti and Order of Dismissal,,, 1522 MOTION to Strike Plaintiffs' September 9, 2009 Submission. filed by Gilsanz, Murr Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Ewell W. Finley, P.C., Robert Associates, Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associ Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Gilsanz Murray Steficek LLP Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi Lucius Pitkin, Inc., 1983 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1426 Notice (Other) filed by Plainti Liaison Counsel, 1353 Request for Production of Documents filed by Robert Panarella., 1517 Order,, 990 Objection (non–motion), Objection (non–motion) filed by marion s. mishkin, 1484 MOTION to Preclude and for Default agai Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1798 MOTION for Summary Judgment Notice of Castro. filed by Evans Environmental &Geological Science &Management, LLC., 1461 Notice (Other) filed by Plai Liaison Counsel, 1044 Notice (Other) filed by Plaintiffs Liaison Counsel, 1928 Affidavit in Support of Motion, filed Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic Corporation, 1306 Response to Discovery filed by Frank Scallo, 1509 Order, 1174 Notice (Other) filed by Plaintiffs Counsel, 1699 Declaration in Support of Motion,,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &M LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2089 Notice (Other) fil Plaintiffs Liaison Counsel, 1815 MOTION for Summary Judgment Based Upon Untimely Notices of Claim and Sta Limitations. filed by City of New York, 1632 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Coun Declaration in Support of Motion,,, filed by Plaintiffs Liaison Counsel, 1861 Declaration in Support of Motion filed Taylor Recycling Facility LLC, 1890 Affidavit in Support of Motion filed by Evans Environmental &Geological Sc &Management, LLC., 1131 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of M Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1702 Memorandum of Law in Sup Motion filed by Michelle Haskett–Godbee, 1066 Stipulation and Order of Dismissal,,, 1955 Certificate of Service O by Taylor Recycling Facility LLC, 1906 Endorsed Letter,, 964 Notice (Other) filed by Plaintiffs Liaison Counsel, 1 Endorsed Letter,, 2092 Case Management Plan,,,,, 1384 Notice (Other) filed by Plaintiffs Liaison Counsel 1334 En Letter,, 952 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1502 Notice (Other) filed Plaintiffs Liaison Counsel, 2008 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1952 Decla Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1184 Affidavit of Service Othe Plaintiffs Liaison Counsel, 1922 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis Construction Corporation of New York, Tishman Interiors Corporation, 1553 Memorandum of Law in Support of M filed by City of New York, 2083 Order,, 1445 Rule 56.1 Statement,,,,,,,, filed by En–Tech Corp., DMT Enterprise, AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environme Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor E and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrech Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I

Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockweed Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., F Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Cons Company, Big Apple Wrecking &Construction Corp., 1807 Certificate of Service Other filed by Phillips and Jordan 1488 Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 1363 Notice (Other) filed by F Liaison Counsel, 1895 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1429 Endorsed Letter,, 1608 Notice (Other) filed by Plaintiffs Liaison Counsel, 1700 MOTIO Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1222 Order, 1816 Notice (Other) filed by City of N 959 Stipulation and Order of Dismissal, 1852 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, Malone, 1558 Rule 7.1 Corporate Disclosure Statement filed by Taylor Recycling Facility LLC, 1415 Order,, 1115 Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1000 Notice (Other) filed by Plaintiffs Liaison Counsel, 1956 Certificate Service Other filed by Taylor Recycling Facility LLC, 2057 Order, 1940 Memorandum of Law in Support filed by E Environmental &Geological Science &Management, LLC., 956 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2041 Order,, 1380 Reply Affidavit in Support of Motion filed by City of New York, 1797 M to Compel Production of Documents Previously Withheld Under Improper Claim of Privilege. filed by Plaintiffs Lia Counsel, 1503 Notice (Other) filed by Plaintiffs Liaison Counsel, 1663 Memorandum of Law in Support of Motion, Plaintiffs Liaison Counsel, 1786 Memorandum of Law in Support of Motion, filed by The Port Authority of New Y &New Jersey, 1869 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1060 Order,,,,,, 1613 Declaration i Support of Motion filed by Plaintiffs Liaison Counsel, 1636 Affirmation in Support,, filed by Raymond Hauber, 131 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1170 Notice (Other) filed by Samuel Pr 1428 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1062 Endorsed Letter,,, 1917 MOTION for Sun Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1035 Notice of Adoption of Master Answer filed by Phill Jordan, Inc., 914 Notice (Other) filed by Plaintiffs Liaison Counsel, 946 Rule 56.1 Statement filed by En–Tech Corp Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors 1387 Affirmation filed by Plaintiffs Liaison Counsel, 2102 Notice of Appearance filed by Weeks Marine, Inc., 1985 MOTION for Summary Judgment On Behalf of The City of New York Based Upon Untimely Notices of Claim and of Limitations. filed by City of New York, 1456 MOTION to Substitute Party. Old Party: Raymond Hauber, New Pa Hauber in his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. MOTION to Amend/Correct Caption. filed by Raymond Hauber, 1204 MOTION for Partial Summary Judgment. filed by Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1362 Notice (Other) filed by Plaintiffs Liaison Counsel, 1357 Request for Production of Documents filed by Frank S 1938 Declaration in Support, filed by Evans Environmental &Geological Science &Management, LLC., 1505 MOT Preclude and for Default Judgment against Defendants for Failing to Comply with Plaintiffs' First Case–Specific De and Order of July 8, 2009. filed by Plaintiffs Liaison Counsel, 1237 Order,, 973 Notice of Appearance filed by Kevi Fitzpatrick, 1193 MOTION to Vacate 1160 Order,,. filed by Joette DeGiovine, Daniel DeGiovine, 999 Notice (Othe by Plaintiffs Liaison Counsel, 1122 Notice of Adoption of Master Answer filed by Tishman Construction Corporatic Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 891 Notice (Other) file Plaintiffs Liaison Counsel, 1210 MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. filed by Survivair Respira Inc., 2103 Notice of Appearance filed by Weeks Marine, Inc., 1206 Notice of Adoption of Master Answer filed by F and Jordan, Inc., 1728 Affirmation in Support of Motion,,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James 1896 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., Memorandum of Law in Support,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, In AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofi Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat

Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 1293 Response to Discovery filed by Michael Panarella, 960 Certificate of Service Other,, filed marion s. mishkin, 2078 Notice of Appearance filed by United States, 1826 MOTION for Summary Judgment re Ra cv 09818). filed by Taylor Recycling Facility LLC, 1514 Order, 1560 Answer to Complaint filed by Taylor Recycli Facility LLC, 1981 MOTION for Summary Judgment for Plaintiffs Frank Gullo and Gabriella Gullo. filed by Philli Jordan, Inc., 1069 Notice (Other) filed by Plaintiffs Liaison Counsel, 1853 Memorandum of Law in Support of Moti by Survivair Respirators, Inc., 1107 Notice of Adoption of Master Answer filed by Tishman Construction Corporati Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1018 Notice (Other) fi Plaintiffs Liaison Counsel, 1877 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Manage LLC., 1504 Notice (Other) filed by Plaintiffs Liaison Counsel, 1315 MOTION for Partial Summary Judgment. filed Michelle Haskett–Godbee, 1197 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 94 (Other) filed by Plaintiffs Liaison Counsel, 895 Order, 1521 Notice (Other) filed by The City of New York, 1279 Re to Discovery, filed by Thomas M. Flanders, 1059 Notice (Other) filed by Plaintiffs Liaison Counsel, 2097 Notice of Appearance filed by Weeks Marine, Inc., 1783 MOTION for Summary Judgment re Alleva case (06 cv 08887). file Taylor Recycling Facility LLC, 1449 Affirmation filed by Nacirema Industries, Inc., 1958 Reply Memorandum of L Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1442 Notice (Other) filed by Plaintiffs Liaison Counsel, 1804 A of Service Other,, filed by Plaintiffs Liaison Counsel, Frank Malone, 1736 Affidavit of Service Other filed by Plaint Liaison Counsel, 1156 Notice (Other) filed by Plaintiffs Liaison Counsel, 1506 Declaration in Support of Motion,,,, Plaintiffs Liaison Counsel, 983 Stipulation and Order, 986 Order on Motion for Partial Summary Judgment, 894 Sti and Order of Dismissal,, 1119 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1142 Memorandum of Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur Construction Company, Plaza Construction Corp., 2087 Notice (Other), Notice (Other), Notice (Other), Notice (Oth Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Co Enterprise, Inc., Off Road Welding, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Trucking, Inc., Toretta Trucking, Inc., Ove Arup &Partners P.C., Cord Contracting Co. Inc., Dakota Demo–Tech, C Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite C Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Group, Buro Happold Consulting Engineer Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Parson Group, I Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Musco Sports Lighting, LLC, Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Constructio Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contractin Simpson Gumpertz &Heger Inc., Ment Bros. Iron Works Co., JP Equipment Rental Material, Inc., Brer–Four Trans Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construct Corp., 1029 Notice (Other) filed by Plaintiffs Liaison Counsel, 1183 Memorandum of Law in Support filed by Plai Liaison Counsel, 1954 Declaration in Support,, filed by Evans Environmental &Geological Science &Management, 1782 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plainti Liaison Counsel, 1386 Case Management Plan, 2019 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co Contractors, Inc., 1658 Order, 2093 Notice of Appearance filed by Weeks Marine, Inc., 1637 Certificate of Service ( filed by Raymond Hauber, 1749 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geologi Science &Management, LLC., 1523 Declaration in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Sk Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robert Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek L Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius P Inc., 1313 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 2099 Notice of Appearance

Weeks Marine, Inc., 1452 Stipulation and Order of Dismissal,,,, 1239 Notice of Adoption of Master Answer filed by and Jordan, 1606 Stipulation and Order,, 958 Stipulation and Order of Dismissal, 1781 Rule 56.1 Statement filed by Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1718 Order, 1854 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1525 Memorandum of Law in of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartle MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engine P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomaset Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc. Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 1453 Endorsed Letter,,,, 1986 Memorandum of Law Support of Motion filed by City of New York, 1925 Declaration in Support of Motion, filed by Tishman Constructic Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1799 R Statement filed by The Port Authority of New York &New Jersey, 1596 Notice (Other) filed by Plaintiffs Liaison C 1513 Notice of Appearance filed by Manafort Brothers, Inc., 1230 Notice of Appearance filed by Manafort Brothers 923 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1765 MOTION for Summary Judgment re Allev by Phillips and Jordan, Inc., 1855 Affidavit of Service Other filed by Survivair Respirators, Inc., 1712 Order,, 1427 Protective Order,, 1345 Request for Production of Documents filed by Andrew Dunaway, 2024 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1640 Affirmation in Opposition,, filed by Hauber, 1083 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish Construction Corporation of New York, Tishman Interiors Corporation, 1287 Response, filed by Plaintiffs Liaison C 2018 Notice (Other) filed by Gregory J Cannata &Associates, 1541 Order on Motion to Preclude, 1215 Stipulation a Order,,, 1616 MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. filed by Taylor Recycling Facility LLC, 97 Certificate of Service Other,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA En P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., V Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gol Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1666 Memorandum &Opinion, 1642 Notice (Othe by Plaintiffs Liaison Counsel, 1499 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1389 Notice filed by Plaintiffs Liaison Counsel, 1240 Costs Taxed, 1157 Endorsed Letter, 1679 MOTION to Compel Robert Mc to Appear for Deposition. filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Truckin Cord Contracting Co. Inc., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Wei Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer−Four Transportati New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp. Response to Discovery filed by Frank Scallo, 1150 Rule 56.1 Statement filed by City of New York, 1441 Response Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 1480 Affidavit of Service Other, filed by Plaintiffs Liaison 1200 Stipulation and Order, Set Deadlines, 1272 Response to Discovery filed by Andrew Dunaway, 1908 Memoran Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1836 Memorandum of Law in Support of Motion f Taylor Recycling Facility LLC, 1661 MOTION for Reconsideration of the Court's Order Dated December 3, 2009 D Motion to Compel Mayris Webber, DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1634 Reply Memorandum of Law in Support of Motion filed by The City of New York, 910 Notice of Adoption of Master Answ by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1338 Order,, 1874 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1164 Notice (Other) fi Plaintiffs Liaison Counsel, 1103 Notice of Adoption of Master Answer filed by Tishman Construction Corporation c Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2086 Order, 2063 Ord Declaration in Support of Motion filed by City of New York, 1790 MOTION for Summary Judgment Notice of Mot Casey. filed by Evans Environmental &Geological Science &Management, LLC., 927 Notice (Other) filed by Plaint Liaison Counsel, 2104 Notice of Appearance filed by Weeks Marine, Inc., 1858 MOTION for Stephanie S. McGra Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., Sperian Respirstory

Case: 21-2974 Document 41 07/26/2012 664952 1474 of 1806
Case 1:21-mc-00100-AKH Document 1-1 Filed 07/26/2012 Page 1474 of 1805
As of 07/26/2012 2:32 PM EDT 1473 of 1805

Protection USA, LLC, Musco Sports Lighting, LLC, 1464 Memorandum of Law in Support of Motion, filed by Tish
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpora
1460 Affirmation in Support of Motion, filed by Raymond Hauber, 1644 MOTION for an Order compelling Mayris
DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1305 Response to Discovery filed by Frank Sca
Stipulation and Order,,,,,,, 1705 Memorandum of Law in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP
En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, L
Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Even
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoc
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers,
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1443 Order on Motion fo
Summary Judgment, 1266 Response to Discovery filed by Nicola Cavicchio, 1220 Endorsed Letter,,, 1823 MOTION
Summary Judgment re Greco (05 cv 01228). filed by Taylor Recycling Facility LLC, 2020 Notice of Adoption of M
Answer filed by Berkel &Co. Contractors, Inc., 1862 Declaration in Support of Motion filed by Taylor Recycling Fa
LLC, 1848 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1038 Order, Set Deadlines/Hearing
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc
Corporation of New York, Tishman Interiors Corporation, 890 Stipulation and Order of Dismissal,, 1124 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of N
York, Tishman Interiors Corporation, 1614 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1537 Ord
Motion to Appear Pro Hac Vice, 1897 Declaration in Support of Motion,, filed by Evans Environmental &Geologic
Science &Management, LLC., 1626 Response to Discovery filed by Diane Scallo, Andrew Scallo, 2095 Notice of
Appearance filed by Weeks Marine, Inc., 1139 Order,,, 1768 Declaration in Support of Motion, filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1214 Order on Motion to Appear Pro Hac Vice,,, 1378 Reply Memorandum of Law in Support of Motion,,,,, filed b
En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre
Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., P
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot
Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sema
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Ind
Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo
Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One I
Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc.
Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction C
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Mater
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Cons
Corp., 1595 Order Admitting Attorney Pro Hac Vice, Terminate Motions,,,,,,,,,,,,, 2079 Order, Set Deadlines/Hearin
1698 Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Me
LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1042 Memorandum of
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Consti
Corp., 1275 Response to Discovery filed by Michael Labetti, 2052 Notice (Other) filed by Gregory J Cannata &Ass
1008 Notice (Other) filed by Plaintiffs Liaison Counsel, 1172 Notice (Other) filed by Plaintiffs Liaison Counsel, 20
of Voluntary Dismissal – Signed, 1333 Stipulation and Order of Dismissal,, 1849 Order,,,, 2040 Notice (Other) filed
Gregory J Cannata &Associates, 1153 Order,,,,,,, 1267 Response to Discovery filed by Donald Carson, 1160 Order,,
Answer to Complaint filed by Seasons Industrial Contracting, 1777 MOTION for Summary Judgment Dismissing C

A1, A2, A3, B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New Yor[...] Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 2107 FIRST MOTION to Compel[...] Pursuant to FRCP45. filed by Mount Sinai Medical Center, 1975 MOTION for Summary Judgment for Plaintiffs Ca[...] Cameron and Steve Cameron. filed by Phillips and Jordan, Inc., 2043 Notice of Voluntary Dismissal – Signed, 1647[...] MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. filed [...] En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, S.[...] Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann[...] Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter[...] Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V[...] Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S[...] LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron[...] Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic[...] Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,[...] Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng[...] P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz[...] Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., I[...] National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc[...] Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert [...] Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler[...] &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I[...] Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob[...] Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker R[...] Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.[...] Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const[...] Company, Big Apple Wrecking &Construction Corp., 2100 Notice of Appearance filed by Weeks Marine, Inc., 197[...] Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1555 Affidavit in Support of Motion f[...] City of New York, 1965 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1402 Notice (Other), Notice (Other)[...] Plaintiffs Liaison Counsel, 937 Notice (Other) filed by Plaintiffs Liaison Counsel, 1032 Declaration in Opposition f[...] Plaintiffs Liaison Counsel, 1808 Certificate of Service Other filed by Phillips and Jordan, Inc., 1920 Affidavit in Su[...] Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York[...] Tishman Interiors Corporation, 989 Certificate of Counsel filed by marion s. mishkin, 1078 Notice of Adoption of M[...] Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York[...] Tishman Interiors Corporation, 1424 Notice (Other) filed by Plaintiffs Liaison Counsel, 1660 Notice (Other) filed by[...] Environmental &Geological Science &Management, LLC., 1347 Request for Production of Documents filed by Fra[...] Goffredo, Blanca Goffredo, 1605 Order on Motion to Appear Pro Hac Vice, 2118 Endorsed Letter, 965 USCA Man[...] 2048 Notice (Other) filed by Gregory J Cannata &Associates, 1022 Endorsed Letter, 1641 Endorsed Letter,, 2011 R[...] Statement filed by Survivair Respirators, Inc., 943 Stipulation and Order,, 1098 Notice of Adoption of Master Answ[...] by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte[...] Corporation, 1676 MOTION to Amend/Correct Notice of Motion by The Port Authority of New York and New Jers[...] Amend it's Master Answer. filed by The Port Authority of New York &New Jersey, 1500 Notice (Other) filed by Pl[...] Liaison Counsel, 1423 Notice (Other) filed by Plaintiffs Liaison Counsel, 1947 MOTION for Summary Judgment re[...] Gullo, et al. v. A. Russo Wrecking, et al. (06–cv–10937). filed by Taylor Recycling Facility LLC, 1118 Notice of A[...] of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of [...] York, Tishman Interiors Corporation, 1015 Reply Memorandum of Law in Support of Motion filed by En–Tech Co[...] Contracting Corp., 1602 MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. filed by Taylor Recycling Facil[...] 1916 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1901 Notice of Appearance filed by Plaza Constructi[...] 1884 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 10[...] Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 1316 Response to Discovery filed by Rober[...] 1546 Notice (Other) filed by Plaintiffs Liaison Counsel, 1733 Response to Discovery filed by Frank Goffredo, Blan[...] Goffredo, 1530 MOTION for Julie Busch to Appear Pro Hac Vice. filed by The Port Authority of New York &New[...] 1036 Notice (Other) filed by Plaintiffs Liaison Counsel, 1133 Notice of Appearance filed by Tishman Construction [...] Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1250[...] Stipulation and Order of Dismissal,, 1412 Order,, 1407 Notice (Other) filed by Plaintiffs Liaison Counsel, 1126 No[...] Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo[...] New York, Tishman Interiors Corporation, 1527 Endorsed Letter,, 1633 Reply Affirmation in Support of Motion, fi[...] The City of New York, 1544 Order on Motion to Strike, 1462 Notice (Other) filed by Plaintiffs Liaison Counsel, 11[...] of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Co[...] of New York, Tishman Interiors Corporation, 2027 Notice of Adoption of Master Answer filed by Buro Happold Co[...] Engineers, P.C., 1791 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 17[...] on Motion to Appear Pro Hac Vice, 1438 Endorsed Letter,, 1695 Declaration in Support of Motion, filed by The Por[...] Authority of New York &New Jersey, 1109 Notice of Adoption of Master Answer filed by Tishman Construction [...] Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1304 R[...] to Discovery filed by Frank Scallo, 1966 Certificate of Service Other filed by Phillips and Jordan, Inc., 1875 Rule 5[...] Statement filed by Taylor Recycling Facility LLC, 1487 Declaration in Support of Motion,, filed by Plaintiffs Liaiso[...]

Counsel, 1408 Endorsed Letter,,,, 1937 Memorandum of Law in Support filed by Evans Environmental &Geologica
&Management, LLC., 1371 Order,,, 1125 Notice of Adoption of Master Answer filed by Tishman Construction Cor
of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1586 Affidavit of S
Other, filed by Plaintiffs Liaison Counsel, 1582 Notice (Other) filed by Plaintiffs Liaison Counsel, 1077 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of N
York, Tishman Interiors Corporation, 1585 Endorsed Letter, 1909 Endorsed Letter, Set Deadlines/Hearings,,,,, 189
Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1524 Dec
in Support of Motion,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kess
&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Asso
R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Co
Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornt
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2090 Notice (Othe
by Plaintiffs Liaison Counsel, 1341 Notice (Other) filed by Plaintiffs Liaison Counsel, 1138 Memorandum &Opinic
Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1497 Memorandum of Law in Supp
Motion, filed by Plaintiffs Liaison Counsel, 1282 Response to Discovery filed by Dennis M. O'Connor, 1980 Certifi
Service Other, filed by Phillips and Jordan, Inc., 1600 Stipulation and Order,,,,,,,, 1825 MOTION for Summary Jud
Loughery (06 cv 08609). filed by Taylor Recycling Facility LLC, 926 Notice (Other) filed by Plaintiffs Liaison Cou
1832 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 2036 Notice (Other) filed
Gregory J Cannata &Associates, 1217 Stipulation and Order,,, 1501 Stipulation and Order, Set Motion and
RRDeadlines/Hearings,,,,,,,, 1074 Notice (Other) filed by Plaintiffs Liaison Counsel, 1211 Order,,,, 1668 Notice (O
filed by Plaintiffs Liaison Counsel, 993 Order, 1905 Order,,,, 1898 Declaration in Support of Motion,, filed by Evan
Environmental &Geological Science &Management, LLC., 1270 Response to Discovery filed by Andrew Dunaway
Order on Motion for Reconsideration, 2017 Notice (Other) filed by Gregory J Cannata &Associates, 920 Stipulatior
Order of Dismissal,, 2065 Memo Endorsement, 1979 Rule 56.1 Statement filed by The Port Authority of New York
Jersey, 1778 MOTION for Summary Judgment Memo of Law Greco. filed by Evans Environmental &Geological Sc
&Management, LLC., 1439 Notice (Other) filed by Plaintiffs Liaison Counsel, 1435 Notice (Other) filed by Plaintiff
Liaison Counsel, 1166 Notice (Other) filed by Samuel Provisero, 1128 Notice of Adoption of Master Answer filed b
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 950 Order Admitting Attorney Pro Hac Vice, 2071 Response to Discovery filed by Andrea Cavicchio,
Cavicchio, 1508 Notice (Other) filed by Plaintiffs Liaison Counsel, 931 Notice (Other) filed by Plaintiffs Liaison Co
1176 Declaration in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component
Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons,
Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skans
Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction,
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executi
Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G
Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipm
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1630 Response to Motion filed by Taylor R
Facility LLC, 1491 Order on Motion for Summary Judgment, Order on Motion for Judgment on the Pleadings, 2051
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro

Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 1088 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1919 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 925 Notice (Other), Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Lia
Counsel, 911 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishm
Construction Corporation of New York, Tishman Interiors Corporation, 1618 MOTION for Maureen C. Pavely to A
Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Con
Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1381 Reply
Memorandum of Law in Support of Motion filed by City of New York, 1288 Memorandum of Law in Opposition,,,
Plaintiffs Liaison Counsel, 1820 MOTION for Summary Judgment re Cameron (06 cv 09273). filed by Taylor Recy
Facility LLC, 2121 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1552
MOTION to Quash Subpoenas. filed by City of New York, 1540 Notice (Other) filed by Plaintiffs Liaison Counsel,
MOTION to Vacate March 3, 2009 Dismissal. filed by Samuel Provisero, 1238 Stipulation and Order of Dismissal,,
Request for Production of Documents filed by Andrea Cavicchio, Nicola Cavicchio, 1802 Rule 56.1 Statement,,,, fil
Phillips and Jordan, Inc., 1368 Stipulation and Order of Dismissal,, 1607 Affirmation filed by Eagle One Roofing
Contractors, Inc., 1744 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1949 Declaration in Support o
filed by Taylor Recycling Facility LLC, 1004 Rule 56.1 Statement filed by Plaintiffs Liaison Counsel, 1536 Order o
to Appear Pro Hac Vice, 984 Notice (Other), Notice (Other) filed by marion s. mishkin, 1262 Notice (Other) filed b
Plaintiffs Liaison Counsel, 1191 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1982 Memorandum
in Support of Motion filed by Phillips and Jordan, Inc., 1766 Memorandum of Law in Support of Motion filed by Pl
Liaison Counsel, Frank Malone, 1310 Response to Discovery filed by Frank Scallo, 1372 Order,,, 1755 Notice (Oth
by Phillips and Jordan, Inc., 1076 MOTION for Anita Weinstein to Appear Pro Hac Vice., 966 Order, Set Motion an
RRDeadlines/Hearings, 1597 Order, Terminate Motions, Add and Terminate Attorneys, 1466 MOTION for Judgme
Pleadings Laron Casey (06cv8890). filed by Tishman Construction Corporation of Manhattan, Tishman Constructio
Corporation of New York, Tishman Interiors Corporation, 1403 Response to Discovery filed by Diane Scallo, Andr
Scallo, 1535 Order on Motion to Appear Pro Hac Vice, 1651 Order, 1671 Notice (Other) filed by Evans Environmer
&Geological Science &Management, LLC., 1771 Affidavit in Support of Motion, filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1095 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 955 Notice of Adoption of Master Answer filed by Phillips and Jordan, I
Order, 1709 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1155 Order,
MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs. filed by Gilsanz, Murray, S
LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill L
Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoco
Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Cor
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Ro
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Franc
Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equip
Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofi
Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1101 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1054 Notice of Appearance filed by Verizon New York Inc., 1352 Request for Prod
Documents filed by Michael Panarella, Christine Panarella, 1959 Declaration in Support of Motion,,, filed by Gilsan
Murray, Steficek, LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C.,
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, S
Owings &Merrill, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., 2032 Endorsed Letter,, 1557 Notice (Other) filed by Plaintiffs Liaison Counsel, 928 Notice (Other) filed
Plaintiffs Liaison Counsel, 1631 Certificate of Service Other filed by Taylor Recycling Facility LLC, 988 Schedulin

1307 Response to Discovery filed by Frank Scallo, 1342 Notice (Other) filed by Plaintiffs Liaison Counsel, 2077 Notice (Other) filed by Plaintiffs Liaison Counsel, 1612 MOTION to Compel James Carpenter to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1601 Order on Motion to Compel, 945 MOTION for Summary Judgment. filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1458 Order, 1900 Order Admitting Attorney Pro Hac Vice, 1440 Notice (Other) filed by The City of New York, 1390 Notice of Appearance, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Service, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1974 Certificate of Service Other filed by Phillips and Jordan, Inc., 1988 Declaration in Support of Motion filed by City of New York, 1446 Memorandum of Law in Support of Motion,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Material, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1034 Notice (Other) filed by Plaintiffs Liaison Counsel, 905 Stipulation and Order of Dismissal, Certificate of Service Other filed by Taylor Recycling Facility LLC, 1416 Order,,, 1360 Request for Production of Documents filed by Frank Scallo, 1072 Stipulation and Order of Dismissal,,,, 2054 Order, Set Motion and RRDeadlines/Hearings, 1809 Affidavit of Service Other filed by Phillips and Jordan, Inc., 1665 Notice (Other) filed Plaintiffs Liaison Counsel, 1037 USCA Mandate, 2088 Order,, 1599 Notice (Other) filed by Plaintiffs Liaison Counsel, Memorandum of Law in Support of Motion, filed by Survivair Respirators, Inc., 1737 Affidavit of Service Other, filed Plaintiffs Liaison Counsel, 2094 Notice of Appearance filed by Weeks Marine, Inc., 1995 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1493 Notice (Other) filed by Plaintiffs Liaison Counsel, 1228 Declaration in Support filed by Mary Jane Striffler, Donald Striffler, 1887 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1182 Declaration in Support filed by Plaintiffs Liaison Counsel, 1967 MOTION for Summary Judgment Dismissing C1 and B3 Plaintiffs' Labor Law, Common Law Negligence, and General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authority of New York &New Jersey, 1249 Stipulation and Order,,, 1023 Stipulation and Order of Dismissal,, 1680 Declaration in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, Cord Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi

Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledg Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1001 Notice (Other) filed by l Liaison Counsel, 1519 Endorsed Letter,, 1827 Certificate of Service Other, filed by Taylor Recycling Facility LLC, Notice (Other) filed by Plaintiffs Liaison Counsel, 1051 Case Management Plan, 1388 Notice (Other) filed by Plaint Liaison Counsel, 1056 Protective Order, 1047 Order,,,,, 1730 Notice (Other) filed by Plaintiffs Liaison Counsel, 211 1422 Memo Endorsement, 1312 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1061 N (Other) filed by Plaintiffs Liaison Counsel, 1173 Endorsed Letter,, 1329 Stipulation and Order of Dismissal, 1984 C of Service Other, filed by Phillips and Jordan, Inc., 1673 FIRST MOTION for Protective Order Notice of Motion. fi United States, 1888 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1019 Notice (Other) filed by Plaintiffs Liaison Counsel, 1945 Memorandum of Law in Suppo by Evans Environmental &Geological Science &Management, LLC., 1498 Notice (Other) filed by Plaintiffs Liaison Counsel, 1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New York's Admitted Suppression of for Six Years. filed by Plaintiffs Liaison Counsel, Frank Malone, 1152 Declaration in Support of Motion, filed by C New York, 1566 Memorandum of Law in Opposition to Motion filed by Raymond Hauber, 1760 Rule 56.1 Stateme by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 901 Certificate of Service Other, filed by John Montalvo, 1046 Order on Motion to Appear Pro Hac Vi Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 953 Amended Notice of Appeal, filed b Plaintiffs, 1005 Affirmation in Opposition,,, filed by Plaintiffs Liaison Counsel, 1379 Reply Memorandum of Law i of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environn Inc., Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp.,, 970 Reply Memorandu Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engi P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1738 Affidavit of Service Other, filed by Plaintiffs Counsel, 1819 Rule 56.1 Statement filed by City of New York, 1950 Memorandum of Law in Support of Motion fil Taylor Recycling Facility LLC, 1280 Response to Discovery filed by Nicholas Lusuriello, 1619 Response to Discov by David Nolan, Louise Nolan, 1907 Counter Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel, 1332 Orde Case Management Plan,,, 1627 Order on Motion to Compel, 1740 Notice (Other) filed by Plaintiffs Liaison Counsel Notice (Other) filed by Plaintiffs Liaison Counsel, 2080 Order,,, 2009 Memorandum of Law in Support of Motion f Survivair Respirators, Inc., 1410 Endorsed Letter,, 981 Notice (Other) filed by Plaintiffs Liaison Counsel, 1225 Stip and Order,,, 1881 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1 Stipulation and Order,,,, 1070 Stipulation and Order of Dismissal,,,, 1551 Order,,, 1511 Order on Motion to Amend/ Order on Motion to Substitute Party,, 1574 Affidavit in Support of Motion filed by City of New York, 1317 Respon Discovery filed by Robert Suarez, 1563 Affidavit of Service Other filed by Taylor Recycling Facility LLC, 1431 No (Other) filed by Plaintiffs Liaison Counsel, 1863 Declaration in Support of Motion filed by Taylor Recycling Facilit 2026 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1223 Order, 1181 MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison Counsel, 1701 Affirmation in Support of Motion filed l Michelle Haskett–Godbee, 1291 Response to Discovery filed by Michael Panarella, 1268 Response to Discovery fil Frank Goffredo, 1369 Order,,, 1962 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs a The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act. filed by Authority of New York &New Jersey, 1977 Memorandum of Law in Support of Motion, filed by The Port Authorit York &New Jersey, 1495 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1871 Rule 56.1 Statement Taylor Recycling Facility LLC, 1474 Order, 1292 Response to Discovery filed by Michael Panarella, 922 Stipulatio Order of Dismissal,, 1639 Endorsed Letter, Add and Terminate Attorneys,,,, 2085 Memo Endorsement, Add and Te Attorneys,,,, 1318 Response to Discovery filed by Robert Suarez, 1973 Rule 56.1 Statement, filed by Gilsanz, Murr Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings & LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT & Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Ea &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien &Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semo

Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold
Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E
Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer As
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City
York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Const
Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., L
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental
Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., W
Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C.,
Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Cons
Corp.,_1273_ Response to Discovery filed by Frank Goffredo,_1662_ Declaration in Support of Motion, filed by Plaint
Liaison Counsel,_1483_ MOTION to Preclude and for Default against the Defendant City of New York. filed by Plai
Liaison Counsel,_2022_ Notice of Adoption of Master Answer filed by Berkel &Co. Contractors, Inc.,_1748_ MOTION
Summary Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction of New Y
Tishman Interiors Corp.. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporat
New York, Tishman Interiors Corporation,_1806_ Certificate of Service Other filed by Phillips and Jordan, Inc.,_1795
MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plaintiffs Li
Counsel,_1391_ Affirmation filed by Plaintiffs Liaison Counsel,_2050_ Notice of Appeal, filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Coro
Construction Co., Inc., City of New York, Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Con
Corp.,_1575_ Affidavit in Support of Motion filed by City of New York,_1824_ MOTION for Summary Judgment re C
(06 cv 08692). filed by Taylor Recycling Facility LLC,_1221_ Memo Endorsement,_916_ Memorandum of Law in Opp
to Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., B
Environmental, Inc.,_1554_ Affidavit in Support of Motion filed by City of New York,_2123_ Order,,,_1340_ Notice (Ot
by Plaintiffs Liaison Counsel,_2108_ Protective Order,_1331_ Order,,_2117_ Rule 56.1 Statement filed by The Port Auth
New York &New Jersey,_1494_ MOTION to Preclude and For Default Against Defendants for Failing to Timely and
Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODU
filed by Plaintiffs Liaison Counsel,_1584_ Order,,,,_1169_ Endorsed Letter,_977_ Order of Dismissal,_1411_ Endorsed L
904 Notice (Other) filed by Plaintiffs Liaison Counsel,_995_ Stipulation and Order, Set Motion and RRDeadlines/Hea
1053 Notice (Other) filed by Plaintiffs Liaison Counsel,_1309_ Response to Discovery filed by Frank Scallo,_1049_ En
Letter,,_1058_ Notice (Other) filed by Plaintiffs Liaison Counsel,_1377_ Notice (Other) filed by Plaintiffs Liaison Cou
1219 Order,,,_1110_ Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan,
Construction Corporation of New York, Tishman Interiors Corporation,_1195_ Declaration in Support filed by Joette
DeGiovine, Daniel DeGiovine,_1873_ Rule 56.1 Statement filed by Taylor Recycling Facility LLC,_1405_ Response to
Discovery filed by Robert Panarella,_1759_ Notice (Other) filed by Phillips and Jordan, Inc.,_1520_ Notice (Other) file
Plaintiffs Liaison Counsel,_1892_ Affidavit in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC.,_2076_ Stipulation and Order,,,_1246_ Stipulation and Order of Dismissal,,,_936_ Notice (Other) f
Plaintiffs Liaison Counsel,_935_ Notice (Other) filed by Plaintiffs Liaison Counsel,_1100_ Notice of Adoption of Mast
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation,_899_ MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the
filed by Plaintiffs Liaison Counsel,_1348_ Request for Production of Documents filed by Karen Labetti, Michael Lab
Notice (Other) filed by Plaintiffs Liaison Counsel,_1899_ Order,,,,_1948_ Memorandum of Law in Support filed by Ev
Environmental &Geological Science &Management, LLC.,_1576_ Affidavit in Support of Motion, filed by City of N
1089 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor
Corporation of New York, Tishman Interiors Corporation,_2082_ Notice of Appearance filed by Weeks Marine, Inc.,_
Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A
Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza
Construction Corp.,_1856_ Declaration in Support of Motion filed by Taylor Recycling Facility LLC,_1821_ MOTION
Summary Judgment re Cantore (06 cv 10654). filed by Taylor Recycling Facility LLC,_1722_ Notice of Voluntary D
– Signed,,_1889_ Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management,
1865 Declaration in Support of Motion filed by Taylor Recycling Facility LLC,_1290_ Response to Discovery filed b
Nolan,_1620_ Order, Terminate Motions,,_1610_ Order,_1758_ Notice (Other) filed by Phillips and Jordan, Inc.,_1648_
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle

Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point E
Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze
Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein As
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ruthe
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1721 MOTION for George N. Kalamaras to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1
Certificate of Service Other, filed by Phillips and Jordan, Inc., 1236 Notice (Other) filed by Plaintiffs Liaison Couns
Order, 1259 Stipulation and Order, 1207 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 13
Notice (Other) filed by Plaintiffs Liaison Counsel, 1349 Request for Production of Documents filed by Nicholas Lu
1099 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 1548 Order,, 1726 MOTION for a Voluntary Dismissal
the Court Considers Proper Pursuant to FRCP 41 (a) (2). filed by John Dunne, Lynn Taylor, Daniel Taylor, James A
1117 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 1025 Endorsed Letter, 1336 Affidavit of Service Other fi
Plaintiffs Liaison Counsel, 1725 Order on Motion to Appear Pro Hac Vice, 900 MOTION for Reconsideration Plain
Memorandum of Law in Support. filed by Plaintiffs Liaison Counsel, 1857 Declaration in Support of Motion filed b
Recycling Facility LLC, 1136 Order Admitting Attorney Pro Hac Vice, 1628 Notice (Other) filed by Plaintiffs Liais
Counsel, 1393 Stipulation and Order,,, 1140 MOTION for Partial Summary Judgment. filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Ev
Recycling of Corona, Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 975 U
Order, 1253 Order, 1743 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1944 R
Statement filed by Evans Environmental &Geological Science &Management, LLC., 1942 Memorandum of Law in
filed by Evans Environmental &Geological Science &Management, LLC., 1271 Response to Discovery filed by An
Dunaway, 1356 Request for Production of Documents filed by Diane Scallo, Andrew Scallo, 969 Reply Affirmation
Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering
Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1796 MOTION for Summary Judgment Gipe Affi
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 1579 Declaration in Support, filed
J. Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 1931 Certificate of Serv
Other, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, T
Interiors Corporation, 2122 Order, 1224 Order, 1591 Order,,, 2047 Notice of Voluntary Dismissal – Signed, 2023 E
Letter,, 1370 Order,,, 1321 Endorsed Letter,,, 1776 MOTION for Summary Judgment re: Greco. filed by Phillips an
Inc., 2116 Notice of Appeal, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cam
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrec
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., F
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robe
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1562 Amended Answer to Complaints filed by Taylor Recycling Facility LLC, 1108 Notice of Adoption of Master A

filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1417 Order,,,,,,,, 1692 Notice (Other) filed by Plaintiffs Liaison Counsel, 1589 MOTION for Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deutsche Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1684 Order on Motion to Amend/Correct,, 1529 MOTION for Zev Raben to Appear Pro Hac Vice. filed by The Port Authority of New York Jersey, 1735 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1960 Counter Statement to Rule 56.1,, Gilsanz, Murray, Steficek, LLP, Skidmore Owings & Merrill LLP, Lockwood, Kessler & Bartlett, Inc., MRA Engine P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., Cantor Seinuk, Simpson Gumpertz & Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi Lucius Pitkin, Inc., 1729 Certificate of Service Other,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Alb Stipulation and Order, Set Deadlines/Hearings,, 1180 MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison C 1878 Rule 56.1 Statement filed by Evans Environmental & Geological Science & Management, LLC., 1757 Notice ( filed by Phillips and Jordan, Inc., 1533 Notice (Other) filed by Plaintiffs Liaison Counsel, 2037 Transcript, 1330 Ce of Service Other,, filed by marion s. mishkin, 1106 Notice of Adoption of Master Answer filed by Tishman Constru Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1481 M to Preclude or Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1561 Affid Service Other filed by Taylor Recycling Facility LLC, 1123 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1793 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1866 Certificate of Service Other, filed b Recycling Facility LLC, 1603 Order,,,, 1302 Stipulation and Order of Dismissal,,,,,, 949 Order Admitting Attorney Vice, 1696 MOTION for Summary Judgment On Behalf of the Structural Engineer Defendants. filed by Gilsanz, M Steficek, LLP, Skidmore Owings & Merrill LLP, Lockwood, Kessler & Bartlett, Inc., MRA Engineering, P.C., Ewell Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Canto Seinuk, Simpson Gumpertz & Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Pitkin, Inc., 1243 Stipulation and Order of Dismissal,,, 1367 Stipulation and Order, 1276 Response to Discovery, fil Thomas M. Flanders, 1158 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1455 Affirmatic by C.B. Contracting Corp., 1753 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Mar Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1936 Rule 56.1 Statement filed by Environmental & Geological Science & Management, LLC., 944 Order on Motion for Reconsideration, 1296 Respon Discovery filed by Jason Porcaro, 1764 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc Response to Discovery filed by Dennis M. O'Connor, 2111 Order,,,, 2091 Order, 1373 Order,,, 1751 MOTION for S Judgment. filed by Evans Environmental & Geological Science & Management, LLC., 1167 Endorsed Letter,,, 1284 to Discovery filed by Dennis M. O'Connor, 1134 Notice (Other) filed by Plaintiffs Liaison Counsel, 1624 Order,,,, 1 Response to Discovery filed by Dennis M. O'Connor, 1094 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1205 Memorandum of Law in Support of Motion filed by Tishman Construction Corporation of Manhattan, Tishma Construction Corporation of New York, Tishman Interiors Corporation, 1413 Order,,, 1682 Notice (Other) filed by Liaison Counsel, 1697 Rule 56.1 Statement filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings & Merrill L Lockwood, Kessler & Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engir P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz & Heger Inc., Robert Silr Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2033 Endorsed Letter,,, 1198 Affidavit Service Other filed by Joette DeGiovine, Daniel DeGiovine, 902 Notice of Appearance filed by 22 Non–Resp, Darle Montalvo, John Montalvo, 979 Notice (Other) filed by Plaintiffs Liaison Counsel, 1212 Order, 1021 USCA Mandat Stipulation and Order,,, 1838 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1063 Notice (Oth by Plaintiffs Liaison Counsel, 1543 Order on Motion to Preclude, 1335 Stipulation and Order of Dismissal, 1092 No Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1437 Stipulation and Order of Dismissal,,, 1834 Memorandum of Law in of Motion filed by Taylor Recycling Facility LLC, 1467 Notice of Appearance filed by Bovis Lend Lease LMB, Inc Pre–Conference Statement filed by Samuel Provisero, 1258 Stipulation and Order,,,,,, 1769 MOTION for Summary Judgment re: Casey. filed by Phillips and Jordan, Inc., 1192 Affidavit of Service Other filed by John Raehse, Paula 1003 Affirmation, filed by Plaintiffs Liaison Counsel, 2061 Memorandum of Law in Opposition to Motion,,,, filed b Port Authority of New York & New Jersey, 1327 Notice (Other) filed by Plaintiffs Liaison Counsel, 1013 Notice (O filed by Plaintiffs Liaison Counsel, 1359 Request for Production of Documents filed by Robert Suarez, 1674 Order, Response to Discovery filed by Michael Labetti, 1617 MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. fi Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, Deutsche Bar Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 933 Reply Affirmation in Support, fi Plaintiffs Liaison Counsel, 1251 Stipulation and Order,,, 1772 MOTION for Summary Judgment Notice of Motion ( filed by Evans Environmental & Geological Science & Management, LLC., 1027 Notice (Other), Notice (Other), No (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Oth Notice (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, & Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co

Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated,
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departm
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Ren
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Notice (Other) filed by Plaintiffs Liaison Counsel, 1594 Rule 7.1 Corporate Disclosure Statement filed by American
Building Maintenance Industries, Inc., 1742 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counse
Endorsed Letter, 1817 Memorandum of Law in Support of Motion filed by City of New York, 1082 Notice of Adopt
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1040 MOTION for Madro Bandaries to Appear Pro Hac Vice. filed by Phillips and J
Inc., Phillips and Jordan, 1912 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 972 Notice (Other), N
(Other) filed by marion s. mishkin, 2074 Supplemental ROA Sent to USCA – Index,, 1073 Stipulation and Order of
Dismissal,,,, 906 Notice (Other) filed by Plaintiffs Liaison Counsel, 1864 Declaration in Support of Motion filed by
Recycling Facility LLC, 1079 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1946 Rule 56.1 Staten
by Evans Environmental &Geological Science &Management, LLC., 2014 MOTION for Christopher Quinn to App
Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., 2003 Affidavit in Support, filed
Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Ski
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.O
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laqu
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., L
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1997
MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New Yo
New Jersey pursuant to the New York State Defense Emergency Act. filed by The Port Authority of New York &Ne
Jersey, 2049 MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short No
Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOT
Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Fili
39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice I
Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to S
Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $
filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W

Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray S
LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construct
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., l
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2075 Order, 1024 Order,
Notice (Other) filed by Plaintiffs Liaison Counsel, 1231 Order, 1177 Rule 56.1 Statement, filed by En–Tech Corp.,
Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dak
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Co
Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C
Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American C
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Wel
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental l
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, l
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1454 Notice
filed by Plaintiffs Liaison Counsel, 1492 Notice (Other) filed by Plaintiffs Liaison Counsel, 1880 Rule 56.1 Stateme
by Evans Environmental &Geological Science &Management, LLC., 2001 Order to Show Cause,,, 939 Endorsed Le
1209 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporat
New York, Tishman Interiors Corporation, 1691 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel,
Affidavit of Service Other,,, filed by Plaintiffs Liaison Counsel, 1374 Notice (Other) filed by Plaintiffs Liaison Cou
1366 Stipulation and Order, 2044 Affidavit filed by Gregory J Cannata &Associates, 893 Stipulation and Order of
Dismissal,,,, 1577 Order, Set Deadlines/Hearings, 1528 Notice (Other) filed by Plaintiffs Liaison Counsel, 1233 Stip
and Order,,, 1886 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1550 Order,,, 1681 Endorsed Letter,, 1923 Certificate of Service Other,,, filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpora
1444 MOTION for Summary Judgment Dismissing Defendants Not Named in Core Discovery. filed by En–Tech C
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, E
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2060 Memorandum of L
Opposition filed by Gregory J Cannata &Associates, 1694 Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey, 1879 Rule 56.1 Statement filed by Evans Environmental &Geological Scienc
&Management, LLC., 2025 Notice of Adoption of Master Answer filed by Buro Happold Consulting Engineers, P.C

Stipulation and Order of Dismissal,,, 1951 Declaration in Support, filed by Evans Environmental &Geological Scien &Management, LLC., 1002 Notice (Other) filed by Plaintiffs Liaison Counsel, 1355 Request for Production of Doc filed by Jason Porcaro, 2004 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construc Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incor Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contrac Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Constr Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakot Demo–Tech, Inc., Evans Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzoc Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Componer Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Li Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Roy Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turn A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquil Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Franci Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportat Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., A Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1090 Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of York, Tishman Interiors Corporation, 1622 Order,,, 912 Notice (Other) filed by Plaintiffs Liaison Counsel, 1924 MO for Summary Judgment re:Scott Malkoff and Irina Malkoff on behalf of Tishman Construction Corporation of Man Tishman Construction Corporation of New York and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1295 R to Discovery filed by Jason Porcaro, 1787 Certificate of Service Other, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1451 Notice (Other) fi Plaintiffs Liaison Counsel, 1929 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis Construction Corporation of New York, Tishman Interiors Corporation, 1996 Certificate of Service Other filed by P and Jordan, Inc., 1260 Notice of Appearance filed by Mark Gajewski, 1993 MOTION for Summary Judgment for P Christopher Castro. filed by Phillips and Jordan, Inc., 1943 Declaration in Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1910 Stipulation and Order,,, 1350 Request for Production of Documen by David Nolan, Louise Nolan, 1450 Notice (Other) filed by Plaintiffs Liaison Counsel, 1831 MOTION for Summa Judgment re Castro (06 cv 07287). filed by Taylor Recycling Facility LLC, 1773 Memorandum of Law in Support o filed by Phillips and Jordan, Inc., 1385 Notice (Other) filed by Plaintiffs Liaison Counsel, 1930 MOTION for Summ Judgment re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937 06CV11710, 06CV11814, 06CV12743. filed by Survivair Respirators, Inc., 1114 Notice of Adoption of Master Ans by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1194 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 1970 Declaration Support of Motion, filed by The Port Authority of New York &New Jersey, 2106 Stipulation and Order, 2021 Rule Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., 1489 Stipulation and Order of Dismissal,, 12 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construct Corporation of New York, Tishman Interiors Corporation, 1534 Notice (Other) filed by Plaintiffs Liaison Counsel,_ Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings, 962 Stipulation and Order of Dismissal,, 14 MOTION to Amend/Correct Caption. MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. filed by Raymond Hauber, Affidavit in Support of Motion, filed by Survivair Respirators, Inc., 1564 Affirmation filed by Robert L. Gerosa, Inc Notice (Other) filed by Plaintiffs Liaison Counsel, 1935 Affidavit of Service Other filed by Survivair Respirators, In Notice (Other) filed by Plaintiffs Liaison Counsel, 2068 Notice (Other) filed by Plaintiffs Liaison Counsel, 1468 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1891 Affidavit in Support of Motion filed b Environmental &Geological Science &Management, LLC., 1941 Rule 56.1 Statement filed by Evans Environmenta

&Geological Science &Management, LLC., 1583 Reply Memorandum of Law in Support of Motion filed by City of York, 1395 Order, 1159 Endorsed Letter, 1645 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel Reply Memorandum of Law in Support, filed by Plaintiffs Liaison Counsel, 985 Endorsed Letter,, 1531 Order, 1218 Stipulation and Order of Dismissal, 1833 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac LLC, 917 Declaration in Opposition to Motion,, filed by Bechtel Associates Professional Corporation, Bechtel Corp Bechtel Construction, Inc., Bechtel Environmental, Inc., 1706 Affidavit in Support of Motion, filed by Gilsanz, Mur Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings & LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constru Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan Hoppold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoco Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer−Fo Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2058 Affidavit in Oppos filed by Gregory J Cannata &Associates, 997 Endorsed Letter, 1050 Order,,,, 994 Notice (Other) filed by Plaintiffs Counsel, 1420 Affirmation filed by Plaintiffs Liaison Counsel, 1269 Response to Discovery filed by Andrew Dunav Endorsed Letter, 1208 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Construction Corporation of New York, Tishman Interiors Corporation, 1097 Notice of Adoption of Master Answer Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio Corporation, 951 Stipulation and Order of Dismissal,, 1914 Endorsed Letter, Set Deadlines/Hearings,,,,,, 967 Endor Letter, 1414 Order,,, 1707 MOTION For Lone Pine Order Notice of Motion by The Port Authority of New York and Jersey For Lone Pine Order. filed by The Port Authority of New York &New Jersey, 1915 Reply Memorandum of L Support of Motion filed by Michelle Haskett−Godbee, 1927 Affidavit in Support of Motion, filed by Tishman Cons Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1084 N Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1299 Response Discovery filed by Andrew Scallo, 1657 Order,,, 1093 Notice of Adoption of Master Answer filed by Tishman Cons Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 892 No (Other) filed by Plaintiffs Liaison Counsel, 1710 Endorsed Letter, 1750 MOTION for Summary Judgment on behal Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Int Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Y Tishman Interiors Corporation, 1734 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1421 Notice (O filed by Plaintiffs Liaison Counsel, 980 Notice (Other) filed by Plaintiffs Liaison Counsel, 954 Notice (Other) filed Plaintiffs Liaison Counsel, 976 Endorsed Letter,,, 1532 MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Hac filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, 1623 Orc Motion to Appear Pro Hac Vice,,, 2067 Notice (Other) filed by Plaintiffs Liaison Counsel, 1257 Order,,,, 1006 Noti (Other) filed by Plaintiffs Liaison Counsel, 978 Stipulation and Order of Dismissal,, 1086 Notice of Adoption of Ma Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1469 Declaration in Support of Motion,, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1717 Notice (Other) fi Plaintiffs Liaison Counsel, 1643 MOTION for Joseph A. Clark to Appear Pro Hac Vice. filed by Deutsche Bank Tru Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LL MOTION for Summary Judgment for Plaintiff Fernando Grimaldi. filed by Phillips and Jordan, Inc., 1592 Order,,, 1 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1762 MOTION Summary Judgment re Cantore. filed by Phillips and Jordan, Inc., 1490 Stipulation and Order,,, 1593 Order,,, 1724 for Patricia I. Jorge to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1672 FIRST MOTION Protective Order Based on Privacy Act. filed by United States, 1638 Memorandum of Law in Opposition filed by Ra Hauber, 1990 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1234 Consent, filed by Curti, 1850 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1065 Order,,, 1689 Order on Mo Appear Pro Hac Vice,,, 1190 Declaration in Support of Motion, filed by John Raehse, Paula Raehse, 1957 Certificate Service Other filed by Taylor Recycling Facility LLC, 1252 Stipulation and Order of Dismissal, 1081 Notice of Add

Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Tishman Interiors Corporation,_1149_ MOTION for Partial Summary Judgment. filed by City of New York,_934_ Stip and Order of Dismissal,_1659_ Notice (Other) filed by Evans Environmental &Geological Science &Management, LI Memorandum of Law in Support of Motion,, filed by The Port Authority of New York &New Jersey,_1030_ Notice ( filed by Plaintiffs Liaison Counsel,_1761_ Certificate of Service Other,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation,_1188_ MOTION to Vac Order,,. filed by John Raehse, Paula Raehse,_1512_ Notice (Other) filed by Plaintiffs Liaison Counsel,_1545_ MOTION Quash Subpoenas. filed by City of New York,_1716_ Notice (Other) filed by Plaintiffs Liaison Counsel,_1281_ Respon Discovery filed by Nicholas Lusuriello,_1578_ MOTION to Compel Witnesses to appear for deposition. filed by John Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber,_2110_ Declaration in Suppo Motion, filed by Mount Sinai Medical Center,_1375_ Notice (Other) filed by Plaintiffs Liaison Counsel,_1328_ Stipula Order of Dismissal,_998_ Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Canon Constru Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associ LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Mu Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp.,_1394_ Notice (Other) filed by Pla Liaison Counsel,_1581_ Notice (Other) filed by Plaintiffs Liaison Counsel,_1129_ Notice of Adoption of Master Answ by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation,_1392_ Notice (Other) filed by Plaintiffs Liaison Counsel,_1635_ Reply Memorandum of Law in Oppisiti Motion, filed by Raymond Hauber,_1609_ Affirmation filed by City of New York,_1747_ FIRST MOTION for Summa Judgment. filed by Evans Environmental &Geological Science &Management, LLC.,_1189_ Memorandum of Law in of Motion filed by John Raehse, Paula Raehse,_1688_ Affirmation filed by Semcor Equipment and Manufacturing Corporation,_1199_ Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGiovine,_1621_ Order,,,_1434_ Noti (Other) filed by Plaintiffs Liaison Counsel,_1482_ MOTION to Preclude and for Default against the Defendant City York. filed by Plaintiffs Liaison Counsel,_2000_ Rule 56.1 Statement filed by The Port Authority of New York &New _1572_ MOTION to Quash Subpoenas to NYPD Medical Board Doctors. filed by City of New York,_1365_ Reply Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation,_2013_ Notice (Other) filed by Gregory J Can &Associates,_1320_ Endorsed Letter,,_1031_ Notice (Other) filed by Plaintiffs Liaison Counsel,_2055_ Affirmation in Opposition to Motion,,, filed by Michelle Haskett–Godbee,_1939_ Rule 56.1 Statement filed by Evans Environmenta &Geological Science &Management, LLC.,_1055_ Notice (Other) filed by Plaintiffs Liaison Counsel,_2005_ Declarati Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Mana Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rod Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Servic Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corp Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Liberty Mutual Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Asso Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American C Bovis Lend Lease Inc., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, A Russo Wre Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Ma Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Inc

Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Cont
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Ro
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwoo
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., N
Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease In
Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equ
Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equ
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction Intern
L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2031 Order on Motion to Appear Pro Hac Vice, 2081 Notice of Appearance filed by Verizon
York Inc., 1976 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1882 Memorandum o
Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 991 Order on Motion
Summary Judgment, 1926 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 957 Certificate of Cou
filed by marion s. mishkin, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 1091 Notice of Adoption of Mast
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1301 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1045 Stipulation
Order of Dismissal,, 1132 Stipulation and Order of Dismissal,,,,,, 1918 Declaration in Support of Motion, filed by T
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1163 Notice (Other) filed by Samuel Provisero, 1693 MOTION for Summary Judgment of Motion for Summary
Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York
Unconsolidated Laws ? 7107. filed by The Port Authority of New York &New Jersey, 1196 Memorandum of Law i
filed by Joette DeGiovine, Daniel DeGiovine, 1875 MOTION to Preclude and for Default against Defendant City of
York. filed by Plaintiffs Liaison Counsel, 968 Reply,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &
Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Cons
Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &
Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1277 Response to
Discovery, filed by Thomas M. Flanders, 1071 Stipulation and Order of Dismissal,,,, 1471 Response to Discovery fi
Diane Scallo, Andrew Scallo, 1675 Notice (Other) filed by Plaintiffs Liaison Counsel, 1303 Stipulation and Order,,,
Reply Memorandum of Law in Support of Motion filed by Tully Environmental Inc., Evergreen Recycling of Coron
Rule 56.1 Statement filed by Survivair Respirators, Inc., 1226 Stipulation and Order of Dismissal,,, 1715 Endorsed
1711 Protective Order, Add and Terminate Attorneys, 1161 Endorsed Letter,, 1075 Stipulation and Order of Dismiss
1112 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor
Corporation of New York, Tishman Interiors Corporation, 996 Stipulation and Order of Dismissal, 1902 Memorand
Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1033 Memorandum of Law in Opposition filed by
Liaison Counsel, 918 Stipulation and Order,, 1837 Memorandum of Law in Support of Motion filed by Taylor Recy
Facility LLC, 1087 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1756 Memorandum of Law in Sup
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 1741 Notice (Other) filed by Plaintiffs Liaison Counsel, 1104 Notice of Adoption of
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claim
Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second An
Master Complaint Against Bechtel Defendan filed by Plaintiffs Liaison Counsel, 1754 Affidavit in Support of Motio
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1859 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1570 Notice (Other) fi
Plaintiffs Liaison Counsel, 1241 Stipulation and Order of Dismissal,, 1542 Order on Motion to Preclude, 1154 Decl
Support of Motion,,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur
Construction Company, Plaza Construction Corp., 1121 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1017 Reply Affirmation in Support of Motion, filed by En–Tech Corp., C.B. Contracting Corp., 1654 Order on Mot
Miscellaneous Relief, 1463 MOTION for Judgment on the Pleadings Richard Calderon 06cv10267. filed by Tishma
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
938 Notice (Other) filed by Plaintiffs Liaison Counsel, 1569 Notice (Other) filed by Plaintiffs Liaison Counsel, 154
1419 Endorsed Letter, 2112 Notice (Other) filed by Plaintiffs Liaison Counsel, 1229 Notice (Other) filed by Plaintif
Liaison Counsel, 1507 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1111 Notice
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1397 Order, 1242 Endorsed Letter,,, 1120 Notice of Adoption of Master
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1151 Memorandum of Law in Support of Motion filed by City of New York, 1425 Notice (Ot
by Plaintiffs Liaison Counsel, 1885 Declaration in Support of Motion,, filed by The Port Authority of New York &N

Jersey, 1339 Notice (Other) filed by Plaintiffs Liaison Counsel, 947 Memorandum of Law in Support of Motion, file
En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofr
General Contractors Corp., 1703 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1256 Stipulation and Orde
MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche B
Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1904 Affirmation in Opposition, file
Plaintiffs Liaison Counsel, 1432 Notice (Other) filed by Plaintiffs Liaison Counsel, 1510 Endorsed Letter,, 1678 De
in Support of Motion, filed by The Port Authority of New York &New Jersey, 1968 Rule 56.1 Statement, filed by G
Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore O
&Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Eng
P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Brak
Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, L
– Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, G
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gro
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Eq
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovi
Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material
Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkov
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully C
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1064 Notice (Other) filed by Plaintiffs Liaison Counsel, 982 Notice (Other) filed by Plaintiffs Liaison Counsel, 143
(Other) filed by Plaintiffs Liaison Counsel, 1868 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1779
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 1178 Memorandum of Law in Support of M
filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contra
Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., A
Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema In
Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental M
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthor
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking
&Construction Corp., 2062 Affirmation in Opposition to Motion,,, filed by marion s. mishkin, 2038 MOTION to Sta
Modify and Issues for April 12, 2010 Fairness Hearing. (Filing Fee $ 39.00.) filed by Michelle Haskett–Godbee, 19
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1289 Response
Discovery filed by David Nolan, 1278 Response to Discovery, filed by Thomas M. Flanders, 1113 Notice of Adopti
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 2045 Order,, 1096 Notice of Adoption of Master Answer filed by Tishman Construc
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1686
Stipulation and Order of Dismissal,, 2053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1961 Notice (Other) fi
Phillips and Jordan, Inc., 2012 Affidavit of Service Other filed by Survivair Respirators, Inc., 921 Stipulation and O
Dismissal,, 1448 Stipulation and Order of Dismissal,, 1171 Endorsed Letter,, 1727 Memorandum of Law in Support
Motion filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1518 Notice (Other) filed by Plaintiffs Lia

Counsel,, 1028 Notice (Other) filed by Plaintiffs Liaison Counsel,, 1964 Memorandum of Law in Support of Motion
Phillips and Jordan, Inc.,, 1989 Rule 56.1 Statement filed by City of New York,, 1020 Notice (Other) filed by Plaintiffs
Liaison Counsel,, 1346 Request for Production of Documents filed by Thomas M. Flanders,, 1254 Stipulation and Or
1969 MOTION for Summary Judgment for Plaintiff Jeffrey and Diane Loughery. filed by Phillips and Jordan, Inc.,,
Affirmation in Support of Motion filed by Michelle Haskett–Godbee,, 1026 Notice (Other), Notice (Other), Notice (
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti
(Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Con
Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,,
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporate
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Eve
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departm
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 232 Memorandum of Law in Support o
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 2 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 68 Order,,, 260 Order,, 288 Waiver of Service Exec
filed by Plaintiffs Liaison Counsel,, 438 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 414
310 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 82 Order,,,, 404 MOTION to Dismiss. filed by
Construction Company,, Turner/Plaza, A Joint Venture,, 132 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 382 Endorsed Letter,, 226 Answer to Complaint filed by World Trade Center Properties LLC,,
Answer to Complaint filed by City of New York,, 486 Order on Motion for Summary Judgment,,, 387 MOTION for
Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, W
WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 528 Endorsed Letter,,, 376 Endorsed Letter,,,
Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript,, 175 Answer to Complaint filed by Plaza Con
Corp.,, 445 Notice of Appearance filed by John Montalvo,, marion s. mishkin,, 230 Answer to Complaint filed by B
Lend Lease, Inc., and Tully Construction Co.,, 420 Endorsed Letter,, 509 Master Allegations filed by Plaintiffs
Counsel,, 545 Notice of Appeal,, filed by Turner Construction Company,, Bechtel Corporation,, The Port Authority
York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction
Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L.
Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 384
Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
74 Stipulation and Order,, 76 Endorsed Letter,, 355 Order, Add and Terminate Attorneys,,, 396 Affidavit in Support
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H

L.L.C.,, 5 WTC Holdings, L.L.C., Silverstein Properties, Inc.,,, 314 Order,, 375 Notice of Voluntary Dismissal – Si
204 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 449 Affidavit in Opposition to Mo
by Michael Chambers,, 46 Affidavit of Service Other,, 344 Opposition Brief filed by Bovis Lend Lease LMB, Inc.,,
Endorsed Letter,, 107 Answer to Complaint filed by City of New York,, 300 Waiver of Service Executed, filed by P
Liaison Counsel,, 417 Endorsed Letter,, 482 Order,,, 327 Notice of Appearance filed by Wolkow Braker Roofing
Corporation,, 113 Answer to Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure State
filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 108 R
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 378 CROSS MOTION to Remand to State Cour
by Battery Park City Authority,, 254 Order on Motion to Appear Pro Hac Vice, 332 Notice (Other) filed by Plaintiff
Counsel,, 303 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 Notice of Ap
filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavit in Oppositi
Motion, filed by Charles Dalton,, 57 Order,,, 388 MOTION for Judgment on the Pleadings Based on State Statutory
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, 213 Answer to Complaint filed by Plaza Construction Corp.,, 259 Ord
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 534 Memorandum &Opinion,,,, 33 Ord
524 Notice (Other) filed by Plaintiffs Liaison Counsel,, 494 Reply Memorandum of Law in Support of Motion, filed
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 83 Case Management Plan,,,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac Vice on behalf of P
Liaison Counsel. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza Construction Corp.,,
Endorsed Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,, 342 Opposition Brief file
City of New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Bros. Iron Works Co.,, 79 Order
Deadlines,,,,, 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 234 MOTION for Jo
Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Company,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Company,, 323 Rule 7.1
Corporate Disclosure Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Support of Motion, f
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Con
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmen
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 49
56.1 Statement filed by City of New York,, 290 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 12
Answer to Complaint filed by Plaza Construction Corp.,, 264 Declaration, filed by Phillips and Jordan,, 461 Notice
filed by Plaintiffs Liaison Counsel,, 283 Reply Memorandum of Law in Support of Motion, filed by Plaintiffs Liaiso
Counsel,, 208 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 365 Order,, 351 Order, 1
Answer to Complaint filed by Plaza Construction Corp.,, 412 Order,,,,, 159 Answer to Complaint filed by Plaza Cor
Corp.,, 121 Answer to Complaint filed by Plaza Construction Corp.,, 489 Endorsed Letter,, 380 Endorsed Letter,, 4
Affidavit of Service Other,, 406 Endorsed Letter,, 50 MOTION for Summary Judgment. filed by City of New York,,
Answer to Complaint filed by Plaza Construction Corp.,, 280 Subpoena Issued, filed by Defendants,, 473 Rule 7.1 C
Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bech
Associates Professiona;l Corporation,, Bechtel,, 42 Affidavit of Service Other,, 255 Notice (Other), Notice (Other) fi
City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction Company,,
Notice (Other) filed by Plaintiffs Liaison Counsel,, 348 Endorsed Letter,, 464 Reply, filed by City of New York,, Tu
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 390 Rule 56.1 Statement, filed by City of New York,, Turner Construction Cor
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 87 Notice (O
Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WT
Holding LLC,, 32 Order,,,, 537 Endorsed Letter,, 496 Reply Memorandum of Law in Support of Motion, filed by S
Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Hol

L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Prope Inc.,,,, 267 Case Management Plan,,,,, 195 Answer to Complaint filed by Plaza Construction Corp.,, 298 Waiver of S Executed, filed by Plaintiffs Liaison Counsel,, 133 Answer to Complaint filed by Plaza Construction Corp.,, 316 Ord Answer to Complaint filed by Plaza Construction Corp.,, 154 Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, 143 Answer to Complaint filed by Plaza Construction Corp.,, 101 Answer to Complaint filed b New York,, 322 Rule 7.1 Corporate Disclosure Statement filed by Verizon New York Inc.,, 220 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 325 Order,, 176 Rule 7.1 Corporate Disclosure Statement f Plaza Construction Corp.,, 457 Protective Order,, 217 Answer to Complaint filed by Plaza Construction Corp.,, 321 Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, 400 Rule 56.1 Statement, filed by The Port A of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silvers Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trad L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holding Silverstein Properties, Inc.,,,, 379 Memorandum of Law in Opposition to Motion, filed by Battery Park City Authorit Order,, 139 Answer to Complaint filed by Plaza Construction Corp.,, 70 MOTION to Dismiss. filed by The Port Au New York &New Jersey,, World Trade Center Properties LLC,, 275 Declaration in Opposition to Motion, filed by Defendants,, 539 Order, 239 Answer to Complaint filed by City of New York,, 488 Declaration, filed by City of Ne Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compar Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professiona;l Corporation,, Bechtel,, 161 Answer to Complaint filed by Plaza Construction Corp.,, 293 Waiver of Se Executed, filed by Plaintiffs Liaison Counsel,, 291 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, Endorsed Letter,, 199 Answer to Complaint filed by Plaza Construction Corp.,, 299 Waiver of Service Executed, fil Plaintiffs Liaison Counsel,, 206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 405 En Letter,, 118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 137 Answer to Complaint Plaza Construction Corp.,, 84 Declaration,, 198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constructio 469 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, Th Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Order,, 114 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 243 Order,,,, 532 Order,, 4 Notice of Change of Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, T Construction Co., Inc.,, LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,, Parson Group, Inc.,, SKIDMOR OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolk Braker Roofing Corporation,, 103 Answer to Complaint filed by City of New York,, 530 Endorsed Letter, Set Deadlines/Hearings,,,, 311 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 169 Answer to Compla by Plaza Construction Corp.,, 277 Order,, 52 Response,, 253 Order,, 333 Notice (Other) filed by Plaintiffs Liaison Co 436 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 93 Remark filed by Nomura Holding A Inc.,, 110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 142 Rule 7.1 Corporate Disc Statement filed by Plaza Construction Corp.,, 231 MOTION seeking an order deeming cross–claims for contribution indemnity as amongst all co–defendants to have been made and denied.. (Filing Fee $ 39.00.) filed by The Port Aut New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstei Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trad L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings Silverstein Properties, Inc.,,,, 216 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 135 A Complaint filed by Plaza Construction Corp.,, 183 Answer to Complaint filed by Plaza Construction Corp.,, 508 Ma Allegations filed by Plaintiffs Liaison Counsel,, 306 Waiver of Service Executed, filed by Plaintiffs Liaison Counse

Order, Set Hearings,,, 460 Counter Statement to Rule 56.1, filed by City of New York,, Turner Construction Co.,, T Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professiona;l Corporation,, Bechtel,, 352 Order, Add and Terminate Attorneys,,, 36 Order of Dismissal,, 493 Reply Memorandum of Law in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidat Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidate Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co Inc.,, Consolidated Edison Development, Inc.,, 533 Order,, 190 Rule 7.1 Corporate Disclosure Statement filed by Pl Construction Corp.,, 369 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 304 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 128 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 71 Memorandum of Law in Support of Motion f The Port Authority of New York &New Jersey,, World Trade Center Properties LLC,, 523 Notice (Other) filed by P Liaison Counsel,, 109 Answer to Complaint filed by Plaza Construction Corp.,, 419 Affirmation in Opposition to M filed by Michael Chambers,, 309 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 446 Notice of Ch Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bov Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mu Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, 256 Notice filed by Tully Construction Co., Inc.,, 409 CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jor Order,,, 269 Protective Order,, 106 Answer to Complaint filed by City of New York,, 212 Rule 7.1 Corporate Disclo Statement filed by Plaza Construction Corp.,, 178 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,, 102 Answer to Complaint filed by City of New York,, 452 Stipulation and Order,, 30 Notice (Other) filed by Patrick Ryan,, Charles Markey,, 229 Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,, 413 Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,, 318 Order, Set Deadlines/Hearings,,,,,,,,,, 392 MOTION Summary Judgment Based on Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Auth New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Je World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C., Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,, 235 Order on Appear Pro Hac Vice,, 487 Order,,,, 179 Answer to Complaint filed by Plaza Construction Corp.,, 221 Answer to Co filed by Plaza Construction Corp.,, 454 Declaration in Support, filed by Tishman Construction Corporation of New Tishman Construction Corporation of Manhattan,, 522 Notice (Other) filed by Plaintiffs Liaison Counsel,, 165 Answ Complaint filed by Plaza Construction Corp.,, 266 Endorsed Letter,,, 484 Order on Motion for Leave to Appear,,, 37 of Appearance filed by Verizon Communications Inc.,, 367 Rule 7.1 Corporate Disclosure Statement filed by Tishm Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 124 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 490 Endorsed Letter,, 56 Order,,,,, 281 Order,, 292 Waiver Service Executed, filed by Plaintiffs Liaison Counsel,, 138 Answer to Complaint filed by Plaza Construction Corp.,, Reply Memorandum of Law, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Prop Inc.,, Bovis Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 W Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillip Jordan,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein V Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, Silverstein WTC,, 2 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, Turner/Plaza, A Joint Venture,, 483 Orde Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 85 Case Management Plan,,, 257 Endorsed Letter, Opposition Brief, filed by Plaintiffs Liaison Counsel,, 301 Waiver of Service Executed filed by Plaintiffs Liaison Co 173 Answer to Complaint filed by Plaza Construction Corp.,, 182 Rule 7.1 Corporate Disclosure Statement filed by Construction Corp.,, 397 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &N

Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, _470_ R Memorandum of Law, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Con Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, _43_ of Service Other, _295_ Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, _89_ Order,,, _349_ Endorsed Le Declaration in Support, filed by City of New York,, _155_ Answer to Complaint filed by Plaza Construction Corp.,, 58 Transcript, _45_ Affidavit of Service Other,, _289_ Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, _458_ Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, _383_ MOTION to Dismiss. filed by City of New York,, Turner Construction Company,, Bechtel Corporatic Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Pla Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, _62_ _541_ FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by Plaintiffs Liaison C _519_ Order,, _328_ Notice of Appearance filed by Zeckendorf Realty, L.P.,, _278_ Remark,, _538_ Endorsed Letter, Set Deadlines/Hearings,,,,, _73_ Order,, _116_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, Notice of Appearance filed by Nomura Holding America, Inc.,, _271_ MOTION to Compel Discovery and for Sanctic Failure to Comply. filed by Plaintiffs Liaison Counsel,, _160_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _462_ Reply Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, W WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,, _270_ Order,,,,, _393_ Certificate of Service Othe by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis L Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, _223_ Answer to Complaint filed by Pl Construction Corp., _261_ Endorsed Letter,, _345_ Opposition Brief filed by City of New York,, 64 Transcript, _366_ Noti Appearance filed by The Bank of New York Company, Inc.,, The Bank of New York,, One Wall Street Holdings LI Wall Street Corporation,, The Bank of New York Trust Company,, _285_ Waiver of Service Executed, filed by Plainti Liaison Counsel,, _502_ Order, _529_ Notice of Appearance filed by Nomura Holding America, Inc.,, _500_ Stipulation an of Dismissal,,, _228_ Rule 7.1 Corporate Disclosure Statement filed by Tully Construction Co., Inc.,, _546_ Notice of Appearance filed by Musco Sports Lighting, LLC.,, _222_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Con Corp.,, _215_ Answer to Complaint filed by Plaza Construction Corp.,, _346_ Opposition Brief filed by City of New Yor Master Allegations filed by Plaintiffs Liaison Counsel,, _98_ Order,,, _120_ Rule 7.1 Corporate Disclosure Statement fil Plaza Construction Corp.,, _189_ Answer to Complaint filed by Plaza Construction Corp.,, _202_ Rule 7.1 Corporate Dis Statement filed by Plaza Construction Corp.,, _372_ Notice of Appearance filed by Verizon Communications Inc.,, _23_ Affirmation in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co Inc.,, Consolidated Edison Development, Inc.,, _105_ Answer to Complaint filed by City of New York,, _185_ Answer t Complaint filed by Plaza Construction Corp.,, _480_ Endorsed Letter,,, _531_ Order,, _99_ Order Admitting Attorney Pro Vice,, _111_ Answer to Complaint filed by Plaza Construction Corp.,, _354_ Order, Add and Terminate Attorneys,,, _471_ Declaration in Support of Motion, filed by City of New York,, Turner Construction Co.,, Turner Construction Comp Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Managemei Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, _41_ Affidavit of Service Other,, _440_ Affidavit in Opposition to Motion, filed by John Montalvo,, _381_ Notic Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, _193_ Answ Complaint filed by Plaza Construction Corp.,, _146_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construc Corp.,, _125_ Answer to Complaint filed by Plaza Construction Corp.,, _279_ Reply to Response to Motion, filed by Pla Liaison Counsel,, _543_ MOTION for Leave to Appeal the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed b New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation

Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Bechtel,, <u>167</u> Answer to Complaint filed by Plaza Construction Corp Notice (Other) filed by Plaintiffs Liaison Counsel,, <u>441</u> Affidavit in Opposition to Motion, filed by John Montalvo,, Memorandum of Law in Opposition to Motion, filed by Marion s. Mishkin,, <u>248</u> Case Management Plan,, <u>526</u> Stipu and Order of Dismissal,, <u>184</u> Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, <u>150</u> Rule Corporate Disclosure Statement filed by Plaza Construction Corp.,, <u>236</u> Answer to Complaint filed by The Port Aut New York &New Jersey,, <u>334</u> Order, Set Deadlines/Hearings,,, <u>37</u> Order,,,,, <u>129</u> Answer to Complaint filed by Plaz Construction Corp.,, <u>117</u> Answer to Complaint filed by Plaza Construction Corp.,, <u>513</u> Master Allegations filed by Liaison Counsel,, <u>241</u> Answer to Complaint filed by The Port Authority of New York &New Jersey,, <u>341</u> Oppositio filed by The City of New York,, <u>386</u> Memorandum of Law in Support of Motion, filed by City of New York,, Turne Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, <u>141</u> Answer to Complaint filed by Plaza Construction Corp.,, <u>282</u> Memorandum of Law in Opposition to Motion, filed by City of New York,, <u>38</u> Order, <u>181</u> Answer to Complaint file Plaza Construction Corp.,, <u>197</u> Answer to Complaint filed by Plaza Construction Corp.,, <u>211</u> Answer to Complaint f Plaza Construction Corp.,, <u>97</u> Answer to Complaint filed by City of New York,, <u>168</u> Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, <u>134</u> Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,, <u>162</u> Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, <u>177</u> Answer to Complaint f Plaza Construction Corp.,, <u>340</u> Order, 59 Order,, <u>439</u> Endorsed Letter,, <u>35</u> Order,,,,, <u>317</u> Rule 26 Disclosure filed by Plaintiffs Liaison Counsel,, <u>474</u> Answer to Complaint, Third Party Complaint filed by Phillips and Jordan,, <u>507</u> Mas Allegations filed by Plaintiffs Liaison Counsel,, <u>210</u> Rule 7.1 Corporate Disclosure Statement filed by Plaza Constru Corp.,, <u>276</u> Memorandum of Law in Opposition to Motion, filed by Bechtel,, <u>287</u> Waiver of Service Executed, filed Plaintiffs Liaison Counsel,, <u>227</u> Answer to Complaint filed by The Port Authority of New York &New Jersey,, <u>515</u> of Service Other, filed by Plaintiffs Liaison Counsel,, <u>44</u> Affidavit of Service Other,, <u>498</u> Stipulation and Order of D <u>360</u> Order, Add and Terminate Attorneys,,, <u>418</u> Affirmation in Opposition to Motion, filed by Thomas Asher,, <u>192</u> Corporate Disclosure Statement filed by Plaza Construction Corp.,, <u>315</u> Order, <u>172</u> Rule 7.1 Corporate Disclosure S filed by Plaza Construction Corp.,, <u>394</u> MOTION for Summary Judgment Based Upon Status as Out–of–Possession filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste Properties, Inc.,,, <u>407</u> Rule 7.1 Corporate Disclosure Statement filed by Tully Environmental Inc.,, <u>218</u> Rule 7.1 Cor Disclosure Statement filed by Plaza Construction Corp.,, <u>258</u> Endorsed Letter,,, <u>410</u> Notice of Appearance filed by New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, <u>357</u> Order, Add and Terminate Attorneys, Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, <u>224</u> Rule 7.1 Corporate Disclosure Stat filed by Plaza Construction Corp.,, <u>403</u> Memorandum of Law in Support of Motion, filed by Silverstein Properties, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 W Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C. Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Answer to Complaint filed by Plaza Construction Corp.,, <u>188</u> Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, <u>296</u> Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, <u>463</u> Reply Memorandum in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of New Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolida Edison Development, Inc.,, <u>53</u> Declaration in Opposition to Motion, filed by,, <u>415</u> Notice of Substitution of Attorney, filed by Hill Properties LLC,, <u>398</u> Rule 56.1 Statement, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, Wo Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 Wor Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, <u>237</u> Answer to Complaint filed by The Port Authori New York &New Jersey,, <u>465</u> Reply Memorandum of Law in Support of Motion, filed by The Port Authority of Ne &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey Tartamella,, <u>272</u> MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Contem their failure to respond to same. filed by Plaintiffs Liaison Counsel,, <u>497</u> Reply Memorandum of Law in Support of filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein

Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C. Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste Properties, Inc.,,, 294 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 145 Answer to Complaint fi Plaza Construction Corp.,, 156 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 389 Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Wes America, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,,, 63 Endorsed Letter Hearings,, 371 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construct Corporation of Manhattan,, 326 Order,,, 350 Notice (Other) filed by Verizon New York Inc.,, Verizon Properties In Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 444 Notice of Appearance filed by CD York) L.L.C.,, 205 Answer to Complaint filed by Plaza Construction Corp.,, 88 Notice (Other), Notice (Other) filed Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 447 N (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 331 Endorsed Le Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 72 Remark filed by The Port Authority York &New Jersey,, World Trade Center Properties LLC,, 377 Order, Set Deadlines,,,,, 60 Order,,, 219 Answer to C filed by Plaza Construction Corp.,, 467 Reply Memorandum of Law in Support of Motion, filed by Silverstein Prop Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 96 Answe Complaint filed by City of New York,, 171 Answer to Complaint filed by Plaza Construction Corp.,, 472 Certificate Service Other, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Constructio Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Plaza Construction Management Corp.,, T Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Constru International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Be Associates Professiona;l Corporation,, Bechtel,, 373 Notice of Appearance filed by Verizon Communications Inc.,, Order, Add and Terminate Attorneys,, 242 Answer to Complaint filed by Silverstein Properties, Inc.,, World Trade C Properties LLC,, 90 Case Management Plan,, 401 Rule 56.1 Statement, filed by The Port Authority of New York &N Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 286 V Service Executed, filed by Plaintiffs Liaison Counsel,, 47 Order,, 347 Notice (Other) filed by Plaintiffs Liaison Coun Stipulation and Order of Dismissal,,, 147 Answer to Complaint filed by Plaza Construction Corp.,, 153 Answer to C filed by Plaza Construction Corp.,, 411 Rule 7.1 Corporate Disclosure Statement filed by Turner/Plaza, A Joint Ven FIRST MOTION For Leave To File Plaintiffs' Master Complaint As To Fresh Kills Defendants re: 541 FIRST MOT File Additional Master Complaint As To Fresh Kills Defendants. Memorandum In Support. filed by Plaintiffs Liaiso Counsel,, 67 Endorsed Letter,, 65 Endorsed Letter,, 112 Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor Corp.,, 244 Notice (Other) filed by Latham &Watkins LLP,, 459 Reply Memorandum of Law in Support of Motion, City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Co Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Bechtel,, 324 Notice of Appearance filed by Verizon New York Inc., Properties Inc.,, 506 Endorsed Letter,,, 395 MOTION for Judgment on the Pleadings Based on State Common Law Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse Port Authority of New York and New Jersey,, 203 Answer to Complaint filed by Plaza Construction Corp.,, 214 Ru Corporate Disclosure Statement filed by Plaza Construction Corp.,, 180 Rule 7.1 Corporate Disclosure Statement fil Plaza Construction Corp.,, 385 MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solution Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 358 Order, Add and Terminate Attorneys,,, 511 Master Allegations filed by Plaintiffs Liaison Counsel,, 442 Memorandum of Law in Opposition to filed by John Montalvo,, 535 Endorsed Letter,,, 201 Answer to Complaint filed by Plaza Construction Corp.,, 186 R Corporate Disclosure Statement filed by Plaza Construction Corp.,, 353 Order, Add and Terminate Attorneys,,, 514 Allegations filed by Plaintiffs Liaison Counsel,, 75 Endorsed Letter,,, Add and Terminate Attorneys, 77 Endorsed L 225 Answer to Complaint filed by Plaza Construction Corp.,, 274 Memorandum of Law in Opposition to Motion, fil Defendants,, 481 Affidavit of Service Other, 95 Notice (Other), Notice (Other) filed by Westfield Corpora Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC.,, 126 Rule 7.1 Corporate Disc Statement filed by Plaza Construction Corp.,, 200 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,, 157 Answer to Complaint filed by Plaza Construction Corp.,, 284 Waiver of Service Executed, filed by Plai Liaison Counsel,, 330 Notice (Other), Notice (Other) filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,,

Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, 209 Answer to C
filed by Plaza Construction Corp.,, 416 Order,,, 468 Reply Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne
and New Jersey,, Frances Tartamella,, 34 Order, 370 Rule 7.1 Corporate Disclosure Statement, filed by Tishman
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 356 Order, Add and Ter
Attorneys,,, 402 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jerse
Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 246 Transcript, 12
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 451 Protective Order, 437 Notice (Other) fil
Plaintiffs Liaison Counsel,, 512 Master Allegations filed by Plaintiffs Liaison Counsel,, 337 Endorsed Letter, Set
Deadlines/Hearings,,,,, 391 Declaration in Support of Motion, filed by City of New York,, Turner Construction Con
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tu
Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl
Joint Venture,, Bechtel Associates Professiona;l Corporation,, 51 Memorandum of Law in Support of Motion filed b
New York,, 194 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 149 Answer to Compl
by Plaza Construction Corp.,, 196 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 435 N
Appearance filed by Antonio E. Alves,, Maria E. Alves,, 455 Endorsed Letter,,, 54 Order,, 495 Stipulation and Orde
Dismissal,, 61 Transcript, 158 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 308 Wai
Service Executed, filed by Plaintiffs Liaison Counsel,, 240 Answer to Complaint filed by City of New York,, 443 N
Appearance,,,,,, filed by Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Con
Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis Lend Lease Inc,, Tully Construction Co., In
AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In
Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Co
Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C
Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis
Lease Inc.,, Bechtel Associates Professional Corporation,, 247 Answer to Complaint filed by World Trade Center P
LLC.,, 525 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 536 Notice (Other),
(Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 140 Rule 7.1 Cor
Disclosure Statement filed by Plaza Construction Corp.,, 466 Reply Affidavit in Support of Motion, filed by The Po
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,
Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC.,, Silv
WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein V
Facility Manager, L.L.C.,,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC H
L.L.C.,, Silverstein Properties, Inc.,, 516 Master Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegat
by Plaintiffs Liaison Counsel,, 329 Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,,
Waiver of Service Executed filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate Disclosure Statement filed
Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 305 Waiver o
Executed, filed by Plaintiffs Liaison Counsel,, 273 MOTION to Compel the Depositions of Lawrence Martin, Esq.,
Kenneth Becker, Esq.. filed by Plaintiffs Liaison Counsel,, 191 Answer to Complaint filed by Plaza Construction Co
Opposition Brief filed by City of New York,, 268 Order Lifting Stay,,, 361 Order, Add and Terminate Attorneys,,, 1
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 265 Order,,, 297 Waiver of Service Execute
by Plaintiffs Liaison Counsel, 312 Order, 868 MOTION for Protective Order Exhibits H–L. filed by En–Tech Corp
Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructio
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tu
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happol
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc.,
LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel
Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze Nationa
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada

Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment
Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc.,
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 779 Notice (Other) filed by Plaza Construction Corp., 612 Answer to Complaint filed by Phillips and Jo
Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, 650 Order, Set Deadlines/Hearing
Response, filed by Maria E. Alves, Antonio E. Alves, 645 Notice (Other), Notice (Other) filed by Plaintiffs Liaison
758 Amended Answer to Complaints, filed by New York City Department of Transportation, Weeks Marine, Inc.,
Mazzocchi Wrecking, City of New York, Yannuzzi &Sons, Inc., New York City Department of Sanitation, New Yo
Department, 751 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Construction Company, Inc., 749 Rule
Corporate Disclosure Statement filed by Bechtel Associates Professional Corp., 725 Certificate of Service Other file
Cord Contracting Co. Inc., 824 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA
Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., L
Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomase
Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers,
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 712 Rule 7.1 Corporate Disclosure Statement filed by T
Safety Consulting, LLC, Transmission to Attorney Admissions Clerk, 871 Memorandum of Law in Support of Moti
by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo
Owings &Merrill LLP, Bechtel Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental, Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 628 N
(Other) filed by Plaintiffs Liaison Counsel, 580 Order, Set Deadlines/Hearings, 858 Stipulation and Order of Dismis
Rule 7.1 Corporate Disclosure Statement filed by Atlantic Heydt Corp., 588 Order,, 778 Notice (Other) filed by Plaz
Construction Corp., 700 Rule 7.1 Corporate Disclosure Statement filed by Hallen Welding Services, Inc., 796 Notic
filed by Plaintiffs Liaison Counsel, 640 Objection (non–motion) filed by Verizon New York Inc., 862 Answer to An
Complaint filed by American Building Maintenance Industries, Inc., 856 Stipulation and Order of Dismissal,, 595 N
Change of Address filed by 100 Church, LLC, Zar Realty Management Corp., 709 Rule 7.1 Corporate Disclosure St
filed by Leslie E. Robertson Associates, R.L.L.P., 639 Notice (Other) filed by Plaintiffs Liaison Counsel, 815 Rule
Statement,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silma
Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 691 Rule 7.1 Corporate Disclosure Statement filed by Executive Medical Services, P.C., 616 Response to Disc
filed by John Montalvo, 733 Rule 7.1 Corporate Disclosure Statement filed by Royal GM, Inc., 773 Notice (Other) f
Plaza Construction Corp., 763 Order Admitting Attorney Pro Hac Vice, 547 Order, Set Deadlines/Hearings,, 561
AMENDED MOTION for Declaratory Judgment Supporting Memo of Law. filed by Michelle Haskett–Godbee, 74
Endorsed Letter, 720 Certificate of Service Other, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterpri
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamand

&Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company
Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finle
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates,
Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associ
Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.
Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associa
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point
Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc.,
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., W
Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environm
Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Bre
Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. D
Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nichols
Construction Company, Big Apple Wrecking &Construction Corp., 599 MOTION to Admit Counsel Pro Hac Vice.
Plaintiffs Liaison Counsel, 586 MOTION to Compel the firm of Worby Groner Edelman &Napoli to produce the fil
Kevin Fitzpatrick and Samuel Provisero. filed by Samuel Provisero, Susan Marie Provisero, 564 Response, filed by
Alves, Antonio E. Alves, 570 Response to Motion, filed by City of New York, 755 Stipulation and Order of Dismiss
Stipulation and Order,,, 602 Memorandum &Opinion,, 760 Notice (Other), 654 Endorsed Letter,, 876 MOTION for
Protective Order – Plaintiffs' Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Cou
Answer to Complaint filed by City of New York, 801 Response to Discovery filed by Tishman Speyer Properties, L
Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio, Fr
Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Fland
Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andrew
Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarella,,
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 874 Affidavit in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Corporat
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canr
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Cor
Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation,
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton
Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel
Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera
Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Loch
Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 707 Rule 7.1 Corporate Disclosure Statement filed by LaStra
General Contracting Corp., 888 Notice of Appeal, filed by Plaintiffs, 764 Rule 7.1 Corporate Disclosure Statement,
Vollmer Associates, LLP, Note to Attorney to E–Mail PDF, 684 Rule 7.1 Corporate Disclosure Statement filed by I
Enterprise, Inc., 587 Declaration in Support of Motion,,,, filed by Samuel Provisero, Susan Marie Provisero, 721 Ce
of Service Other,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., Diego Construction, Inc., DMT Enter
Inc., Lockwood, Kessler &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I
Demo–Tech, Canron Construction Corp., Fleet Trucking, Inc., Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie
Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazz
Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Exca

Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Execu Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Bre Transportation Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, LL Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 608 Order, 821 Affidavit in Support of Motion,, filed Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C. Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 864 Order on Motion to Strike, 7.1 Corporate Disclosure Statement filed by Breeze National, Inc., Cashiers Remark, 836 Notice of Voluntary Dism Signed, 560 AMENDED MOTION for Declaratory Judgment Affirmation John Rudden, Esq.. filed by Michelle Haskett–Godbee, 582 Order, 607 Order Admitting Attorney Pro Hac Vice, 882 Endorsed Letter, 808 Notice of App filed by The Port Authority of New York &New Jersey, 706 Answer to Amended Complaint, filed by AMEC Const Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Tu Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 85 Stipulation and Order of Dismissal,, 617 Order, 574 Order, Set Deadlines/Hearings,, 754 Memorandum of Law in S Motion, filed by Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp., 600 Endorsed Letter, 828 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldste Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 744 Rule 7.1 Corporate Disclosure Statement filed Wolkow Braker Roofing Corp., 641 Endorsed Letter, 664 Rule 7.1 Corporate Disclosure Statement filed by Brer–Fo Transportation Corp., 867 MOTION for Protective Order Exhibits E–G. filed by En–Tech, Diego Constructio DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Bechtel Associates Professiona;l Corporati Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocch Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LL Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Ex Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'On General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sein Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc. Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 747 Notice (Other) filed by Plaintiffs Counsel, 737 Rule 7.1 Corporate Disclosure Statement filed by Silverite Contracting Corp., 557 MOTION Motion f Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. filed b Construction Management, Inc., Bovis Lend Lease LMB, Inc., Bechtel, Tully Construction Company, Tully Environ Inc., Bovis International, Inc., Bechtel Corporation, Plaza Construction Management Corp., Tully Construction Co., City of New York, Bechtel Associates Professiona;l Corporation, Turner Construction Company, Bovis Lend Lease Bovis Lend Lease Inc., Bechtel Construction, Inc., Tully Industries, Inc., Bechtel Environmental, Inc., Turner/Plaza Venture, Plaza Construction Corp., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., 637 Answer to Complaint filed by CDL (New York) L.L.C., 571 Ord Order on Motion to Dismiss, 786 Protective Order, 546 Notice of Appearance filed by Musco Sports Lighting, LLC Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumpertz &Heger Inc., 656 Notice of Appearance filed Gilsanz Murray Steficek LLP, 636 Answer to Complaint filed by GRUBB &ELLIS MANAGEMENT SERVICES, 666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction Corp., 797 Notice (Other) filed by Plain Liaison Counsel, 555 AMENDED MOTION for Declaratory Judgment Statute Limitations Notice of Claim. filed by Michelle Haskett–Godbee, 692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Trucking, Inc., 875 Stipulati Order, 731 Rule 7.1 Corporate Disclosure Statement filed by Robert Silman Associates, P.C., 662 Rule 7.1 Corpora

Disclosure Statement filed by Breeze Carting, Inc., 800 Transcript, 832 Certificate of Service Other,,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 861 MOTION to Amend/Correct Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certain Affirmative Defenses (see docket 854 and 860). filed by Plaintiffs Liaison Counsel, 642 Response, filed by John Montalvo, 840 Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 866 MOTION for Protective Order Certification of James E. Tyrrell, Jr., Exhibits A–D. filed by En–Tech Corp., Diego Construction, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Inc., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., MOTION permission to add specified questions to the Core Discovery. filed by SURVIVAIR RESPIRATORS, INC., Certificate of Service Other filed by City of New York, 629 Notice (Other) filed by Plaintiffs Liaison Counsel, 585 Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 643 Reply, filed by John Montalvo, 819 Affidavit in Support of Motion filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Order, 670 Answer to Complaint filed by Tishman Speyer Properties, LP, 785 Order,, 674 Rule 7.1 Corporate Disclosure Statement filed by DB Private Clients Corporation, 675 Rule 7.1 Corporate Disclosure Statement filed by Dakota Demo–Tech, 578 Stipulation and Order, 603 USCA Mandate,,,, 782 Notice of Appearance filed by Plaza Construction, 748 Case Management Plan, 839 Rule 7.1 Corporate Disclosure Statement filed by Tucci Equipment Rental Corporation, Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 653 Answer to Complaint filed by Evans Environmental

&Geological Science &Management, LLC., 716 Certificate of Service Other, filed by New York City Department of Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New York City Department of Sanitation, New York Police Department, 881 Declaration in Opposition to Motion filed by The Port Authority of New York & New Jersey, 690 Response, filed by John Montalvo, 630 Notice (Other) filed by Plaintiffs Liaison Counsel, 822 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac Vice, 826 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 803 Notice (Other) filed by Mayore Estates, LLC, 771 Notice (Other) filed by Plaza Construction Corp., 620 Order, Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking, Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, Inc., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 879 MOTION for Protective Order, Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order. filed by Plaintiffs Liaison Counsel, 777 Notice (Other) filed by Plaza Construction Corp., 726 Rule 7.1 Corporate Disclosure Statement filed by Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith, 579 Stipulation and Order, 705 Answer to Complaint, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associates Professional Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking, Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Plaza Construction Corp., Executive Medical Services, Inc., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 859 Stipulation and Order of Dismissal,, 695 Answer to Complaint

filed by Verizon New York Inc., 689 Rule 7.1 Corporate Disclosure Statement filed by Ewell W. Finley, P.C., 649 R
filed by John Montalvo, 818 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engir
P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Asso
Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser R
Consulting Engineers, Lucius Pitkin, Inc., 724 Rule 7.1 Corporate Disclosure Statement filed by Nicholson Constru
852 Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz Murray Steficek LLP, 676 Rule
Corporate Disclosure Statement filed by Diamond Point Excavating Corp., 781 Notice (Other) filed by Plaza Constr
Corp., 775 Notice (Other) filed by Plaza Construction Corp., 736 Rule 7.1 Corporate Disclosure Statement filed by S
Equipment and Manufacturing Corporation, 757 Rule 7.1 Corporate Disclosure Statement filed by Yannuzzi &Sons
686 Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc., 863 Endorsed Letter, 77
(Other) filed by Plaza Construction Corp., 568 Order Admitting Attorney Pro Hac Vice, 830 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Tho
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 798 Notice (Othe
by Plaintiffs Liaison Counsel, 734 Rule 7.1 Corporate Disclosure Statement filed by Sperian Respirstory Protection
LLC, 793 Response to Discovery filed by Samuel Proviser0, 611 Rule 7.1 Corporate Disclosure Statement filed by I
and Jordan, 843 Reply Affirmation in Support of Motion, filed by Bechtel Associates Professional Corporation, Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., 592 Notice (Other) filed by Plaintiffs Liaison
767 Notice (Other) filed by Plaza Construction Corp., 753 MOTION to Dismiss of Bechtel Defendants. filed by Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp., 873 A
in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vo
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp
York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 668 Answer to Complaint filed by Sperian Respirstory Protection USA, LLC, 761 Notice (Oth
by Plaintiffs Liaison Counsel, 849 Stipulation and Order of Dismissal,, 766 Notice of Adoption of Master Answer fi
Plaza Construction Corp., 601 Order on Motion for Miscellaneous Relief, 756 Notice (Other) filed by Phillips and J
Inc., 619 Order, 742 Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc., 841 Amended Answer to
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Week
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech.
Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch S
Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting

Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive M
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Ap
Wrecking &Construction Corp., 681 Rule 7.1 Corporate Disclosure Statement filed by Tishman Interiors Corporatio
Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc., 783 Notice of Appearance filed by Plaza
Construction Corp., 594 Order, Set Deadlines/Hearings,,,, 842 Reply Memorandum of Law in Support of Motion, fi
Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environment
743 Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc., 772 Notice (Other) filed by Plaza
Construction Corp., 727 Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environmental Corp., 589 Case
Management Plan, 704 Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction, Inc., 833 Declaratio
Joseph Bellisimo, Rosanne Baldo, Nicole Agugliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cacovic, Fra
Bondeson, Kimberely Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patricia Ayers, Robert Carannante
Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patricia Cantos, Lahissi A
Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John Baiano, Shante Bueford,
Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Buirkle, Eileen Belmonte, Cathe
Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, Christine Carver, Alex
Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto, Christopher A. Baum
Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theadore Belgrave, Thomas L. Bencivenga, Santo Baisi, Wayne
Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, Kevin Calzadilla–Marino, Mamcyhi Bilick
Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Bianco, Sharon Accetta, Kevin Brannick, Leroy
Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry Bass, Peter Carlo, Lorraine K. Bieselin, I
Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andreotti, Raul Allivar, Patricia Agulairo, Dian
Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte, Ann Hock, Carlos Bennett, Hassena Bishu
Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas Basmagy, Nicole Anderson, Kevin Bartolomew
Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagoberto Aristizabal, Patricia Aguirre, Thomas J. Ba
Bridget Cacavio, Jeanette Buss, Joseph Anzueta, Christine Broome, Robert Broome, Thomas Avery, Paul Caminiti,
Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Barbato, Evanie Antine, Ralph Carmine, Jose Bacch
Bedford, Sue Ann Andersen, Georgina Cabrera, Lorraine Barry, Thomas Blumbergs, Michael Barker, Carolyn Bava
Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Yudelka Bartlet, Jaime Alvarez, Jeff Campion, J
Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann Cangemie, Richard Battle, Camile Anderso
Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo Armas, Richrd Blasi, Louis Betro, Camile Bar
Thomas Bacchi, Walter Bieber, Stalin F. Barccoulong, Norma Black, Carolyn Bryson, George Affatato, Maryann B
Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Beck, Pino Anselmo, Julio Alonzo, Zebebulah Ca
Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelrehim, Robert Anzalone, John Bou, Randy S. Br
Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne, John Antoniades, Gloria Elaine Carson, James A
Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Benn, Calogero Agro, Victor Carpentier, Cindy Ben
Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid Belford, Setna Bascom, James A. Bianco, Virginia
Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Alulema, Nicholas Boscaino, Sybel Barefield, Lois E. Aff
Peter Bergin, Steve Cappello, Patricia Bullen, Guiseppe Acquista, Laura Armstrong, Tye Butler, Frank Beshears, Se
Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizabal, John Auer, Reynaldo Benitez, Joseph F. Bilella, Dimi
Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmagy, Jorge Blanco, Erick Bermudez, Jorge Alvlema, Ste
Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay, Mary Akers, Andrew F. Carson, Ann Marie Baro
Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, Maria Asher, Caryn Abruzzese, Asaro Calogero, Lance
David Alvarado, Anthony Basic, Veronica E. Black, Paul Beck, Arenas Arenas, Christopher Bacchi, Megan Capuan
Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelrehim, Maria I Astudillo, James W. Brereton, Sharon Brensek
Aponte, Amy Beller, Julio Bastidas, Michael Basmagy, Chris Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia
Arciuolo, David Aviles, Teresa Arca, Glenda Ammon, Margaret Armagno, James Bartlet, Kathleen M. Acquaro, Do
Bonomonte, Colin Byrne, John Arciuolo, William Beaury, Steven Agugliardo, Steven Brenseke, Rosa Agro, Ann B
Claude Armstrong, Orlando Almodovar, Richard Antonacci, Lizette Carvajal, Daniel Armgano, Peter Bishun, James
Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lillieth Aquart, Lawrence Bilicki, Kimberly Carlo, Hanfo
Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Michael Briskie, Andrew Barone, Wilmer Astudillo, Thom
Carlstrom, Francine Asciolla, William Baker, Alfred Baker, Amy Caradonna, Michael Baratta, Eileen Beaury, Elear
Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Baez, Joseph Cardinale, Joseph Aparicio, Carol Barnes, A
Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bell, Idris Bey, Danny Aroyo, Barry Buss, Jospeh Anderson, H
Andersen, Robert Asinelli, Elizabeth Barksdale, Jason Andersen, Lori Bencivenga, Joy H. Bolobanic, Candiace Bak
Barry, Anthony Anderson, James Bahrey, Sonia Alvarado, Ronnita Akil, Roseann Bilella, Santiago Alvear, Victor A
Fitzroy Augustus, Wilbert Bascom, James Baumann, Michael Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony
Alloggio, Maria Asencio, John Boyle, Vivencia Alaimo, Michael Bell, Sergio Barragan, Louis Ancona, Emmanual
John Bianco, Richard Allison, Maria Bartolomew, Gina Baisi, Geraldine Alexander, Terri Blanco, Susan Asinelli, V
Aprea, Donald Bowles, Peter Acquaro, June Allison, Jo Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Joseph
Kevin Barry, Kevin Carpenito, Vinny Benenati, Joseph Bellissimo, James F. Albach, Allen Andersen, Andrea Ande
Maureen Bilella, Martin Bilinski, Rose Marie Bencivenga, Raymond Barksdale, Linda Avery, Marisol Calzadilla–N

Alise L. Bauman, Antonio Andreotti, Ann Betro, Joanne Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Tho
Bruno, Robert Aguirre, Lorraine Burke, Robert Bilella, Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta
Cecelia Borcherding, Renee Berry, Anna Abad, Holly Acierno, Catherine Biliski, Christine Beck, Stewart Anspach,
Arellano, Frank Bauman, Ann Marie Anzalone, Michael R. Basile, Courtney Aquart, Arthur Alessandro, Robert Ad
Bonnie M. Carson, Joseph Asciolla, Rita Anselmo, Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, An
Aviles, Andrew Benfante, Richard Bittles, Robert Boswell, Louie Cacchioli, Donna Bennett, De'Andre Berry, Portia
Augustine, Anna Antico, Douglas Anderson, Daphna Blacksea, Thomas Camarda, Dominick Capuano, James Biese
Tyrell Anderson, Thomas Cacavio, Kathleen Bondeson, 806 Order Admitting Attorney Pro Hac Vice, 562 AMEND
MOTION for Declaratory Judgment Plaintiff's Aff in Support. filed by Michelle Haskett–Godbee, 658 Rule 7.1 Cor
Disclosure Statement filed by A Russo Wrecking, Inc., 596 Notice of Change of Address, filed by Century 21 Depa
Stores LLC, Blue Millennium Realty LLC., Century 21, Inc., 652 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., 710 Rule 7.1 Corporate Disclosure Statement filed by Lockwood, Kess
&Bartlett, Inc., 553 Reply Affirmation in Support of Motion, filed by Plaintiffs Liaison Counsel, 714 Rule 7.1 Corp
Disclosure Statement filed by Manafort Brothers, Inc., 723 Rule 7.1 Corporate Disclosure Statement filed by New Y
Crane &Equipment Corp., 545 Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Constructi
Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Por
Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Constructio
The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bech
Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C., 575 Order Ad
Attorney Pro Hac Vice, 770 Notice (Other) filed by Plaza Construction Corp., 597 Notice (Other) filed by 80 Lafeye
Associates, LLC, Mayore Estates, LLC, 713 Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wree
Inc., 722 Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc., 816 Affidavit in Support of M
filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Rob
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Cons
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Eng
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 752 Rule 7.1 Corpo
Disclosure Statement filed by Bechtel Corporation, 732 Rule7.1 Corporate Disclosure Statement filed by Rodar Ent
Inc., 857 Stipulation and Order of Dismissal,, 661 Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wree
&Construction Corp., 703 Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, L.L.
Notice (Other) filed by Plaintiffs Liaison Counsel, 854 MOTION to Strike Certain Affirmative Defenses Pursuant to
12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursu
Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses
to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). filed by Plaintiffs Liaison Counsel, 741 Rule 7.
Corporate Disclosure Statement filed by Vollmer Associates, LLP, 728 Endorsed Letter,, 795 Response to Discover
Kevin Fitzpatrick, 566 Order,, 817 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 878 MOTION for Protective Order Plaintiffs' Memorandum of Law in O
to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Counsel, 883 Order,, 792 MOTION for Heidi
Appear Pro Hac Vice. filed by The Port Authority of New York &New Jersey, 789 Notice (Other) filed by Plaintiffs
Counsel, 672 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers Trust
Corporation, 632 Case Management Plan,,, 835 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 790 N
(Other) filed by Phillips and Jordan, Inc., 610 Notice of Appearance filed by Phillips and Jordan, 865 MOTION for
Protective Order Notice of Motion. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Can
Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp.,
Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.
Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, I
One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roo
Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safe
Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Sys
Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,

Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Enviro
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 769 Notice (Other) filed by Plaza Construction Corp., 711 Rule 7.1 Corporate Disclosure Stat
filed by Lucius Pitkin, Inc., 885 Reply Memorandum of Law in Support of Motion, filed by AMEC Construction
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., S
Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associat
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Con
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R
Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General
Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion,, filed by Gilsan
Steficek LLP, Mueser Rutledge Consulting Engineers, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu
Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W
Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silm
Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosure
Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Con
Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other)
Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Not
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complain
The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Meri
Construction Group, L.L.C., 887 Declaration in Support of Motion, filed by AMEC Construction Management, Inc.,
Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pi
Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. R
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Company,
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech C
Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc.,
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contract
Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Pro
Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, P.C.,
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Leas
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Br
Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoist
Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Sk
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipmen
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 685 Endorsed Letter, 657 Rule 7.1 Corporate Disclo
Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corporate Disclosure Statement filed by E.J.
Inc., 621 Consent Order, Add and Terminate Attorneys,, 591 Order on Motion to Compel, 633 Answer to Complain
RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel, 556 MOTION for Declaratory Judgment S

Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 872 Affidavit in Support of Motion, filed by AME
Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., A
Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corporation, Tully Construction
Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., M
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,
Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Po
Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler
&Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Li
Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota
Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associa
Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversifie
Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contra
Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction C
DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, In
Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing
Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industrie
Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa,
D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associ
P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 829 A
in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Fin
Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldst
Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &M
LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, S
Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, L
Endorsed Letter,, 647 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 804 Notice (Other), Notice
filed by Mayore Estates, LLC, 590 Order Admitting Attorney Pro Hac Vice, 880 Memorandum of Law in Oppositi
Motion, filed by The Port Authority of New York &New Jersey, 848 Notice (Other) filed by Plaintiffs Liaison Cour
Order, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 Notice (Other) filed by Plaintiffs Liaison Counse
Amended Answer to Complaints, filed by Toretta Trucking, Inc., Cord Contracting Co. Inc., Canron Construction C
&L Contracting Corp., Pinnacle Environmental Corp., Total Safety Consulting, LLC, Atlantic Heydt Corp., Hallen
Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Le
Company, Meridian Construction Group, LLC, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Mueser Rutledge Consulting Engineers, En–Tech Corp., Safeway Environmental Corp., Yannuzzi Demolition &Re
Services, Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finl
Evergreen Recycling of Corona, Silverite Contracting Corp., Component Assembly Systems, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Grou
Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consultin
Engineers, P.C., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., L
Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, I
Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Liberty Mutual Group, Weidlinger Associates, Inc., Bechte
Construction, Inc., Mazzocchi Wrecking Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Car
Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heg
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Nacirema Industries Incorporated, Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &
Contractors, Inc., Manafort Brothers, Inc., Robert Silman Associates, Semcor Equipment and Manufacturing Corpor
Buro Happold Consulting Engineers, P.C., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skid
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., JP Equipment Rental Material, Inc., E.J. Davies, Inc., Big Apple
Wrecking &Construction Corp., 814 Declaration in Support of Motion,,, filed by Gilsanz Murray Steficek LLP, Mu
Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., I
Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &
Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., The
Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happ
Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Notice (Other) filed by Plaintiffs Liaison Cou
Rule 7.1 Corporate Disclosure Statement filed by Robert L. Gerosa, Inc., 812 MOTION for Summary Judgment on
Structural and Design Engineer Defendants. filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting En
Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton T
Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Ski
Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vol

Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Counsel, 665 Rule 7.1 Corporate Disclosure Statement by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter,, 683 Rule 7.1 Corporate Disclosure Statement filed Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Transmission to Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison Counsel, 605 Order, Set Deadlines/Hearings Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Company, Deutsche Bank, Deutsche Bank T Company Americas, 577 Special Master's Report filed by Aaron D. Twerski, James A. Henderson, Jr., 646 Response by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Disclosure Statement filed by C.B. Contracting Co Notice (Other) filed by Plaza Construction Corp., 850 Stipulation and Order of Dismissal,, 838 Endorsed Letter,, 768 Stipulation and Order of Dismissal,, 739 Rule 7.1 Corporate Disclosure Statement filed by Skanska Koch, Inc., 877 MOTION for Protective Order ; Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of D Paige, Esq. in Opp to the Motion. filed by Plaintiffs Liaison Counsel, 565 AMENDED MOTION for Declaratory Ju STIPULATION ADJOURNMENT. filed by Michelle Haskett–Godbee, 593 Statement of Relatedness filed by Joseph Urso, 622 Notice (Other) filed by Plaintiffs Liaison Counsel, 696 Answer to Amended Complaint, filed by New Yor Department of Transportation, Mazzochi Wrecking, New York City Department of Sanitation, City of New York, W Marine, Inc., New York Police Department, 886 Declaration in Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzochi Wrecking, Inc., Hallen Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Nicholson Construction Co., Fra Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recyc Corona, Dakota Demo–Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Turner Constru Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laquila Constructi Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer– Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Dieg Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professional Corporatio Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Ben Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Cons Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wreck Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 823 Affidavit in of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., L Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Assoc Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP Engineering, P.C., W eidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gu &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 851 Stipulation and Order of Dismissal,, 644 Notice (Other) filed by Plaintiffs Liaison Counsel, 688 Rule 7.1 Corporate Disclosure Statement filed by En–Tech Corp., 718 Certificate of Service Other, filed by AMEC Construction Mana Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Turner Const Company, Tully Environmental Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., 660 Rule 7.1 Corpora Disclosure Statement filed by Berkel &Co. Contractors, Inc., 583 USCA Mandate Non–Dismissal, 554 Reply Mem of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 567 Order of Dismissal, 869 Affidavit in Support Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzochi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., M Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems, Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group, Bree National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi & Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT

Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Re
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Enviro
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel, 548 Order on M
Remand to State Court,, Case Consolidation – Member, 765 Order, 618 Order, 635 Answer to Complaint filed by A
Express Company, American Express Bank, Ltd, American Express Travel Realted Services Company, Inc., 559
AMENDED MOTION for Default Judgment as to Statute Limitations, Notice of Claim. filed by Michelle Haskett–C
638 Answer to Complaint filed by Murray Hill Properties, 719 Rule 7.1 Corporate Disclosure Statement filed by MI
Engineering, P.C., 750 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Environmental, Inc., 634 Answer
Complaint filed by Lehman Brothers Holdings Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc., 673 R
Corporate Disclosure Statement filed by Cord Contracting Co. Inc., 609 Order, 584 USCA Order, 573 Endorsed Let
Endorsed Letter, Set Deadlines/Hearings, 550 Memorandum of Law in Opposition to Motion, filed by City of New
Phillips and Jordan, 682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc., 651 Stipulation
Order of Dismissal,, 693 Rule 7.1 Corporate Disclosure Statement filed by Francis A. Lee Company, 807 Protective
671 Rule 7.1 Corporate Disclosure Statement filed by Component Assembly Systems, Inc., 677 Answer to Complai
by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank, DB Private Clients Corporat
Bankers Trust Corporation, Deutsche Bank Trust Company Americas, 699 Rule 7.1 Corporate Disclosure Statement
Goldstein Associates Consulting Engineers, P.C., 788 Order Admitting Attorney Pro Hac Vice, 613 Stipulation and
Dismissal, 624 Order, 694 Rule 7.1 Corporate Disclosure Statement filed by FTI Trucking Corp., 740 Rule 7.1 Corp
Disclosure Statement filed by Skidmore Owings &Merrill, LLP, 604 Order, 569 Memorandum &Opinion,, 870 Affi
Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Constructio
PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench America
Corporation, Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp.,
Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Gro
L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Service
Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Compon
Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze N
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insura
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Re
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Enviro
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 837 Endorsed Letter, 774 Notice (Other) filed by Plaza Construction Corp., 884 Notice (Othe
by Plaintiffs Liaison Counsel, 745 Rule 7.1 Corporate Disclosure Statement filed by WSP Cantor Seinuk, 678 Answ
Complaint filed by Tishman Construction Corporation of Manhattan, Tishman Interiors Corporation, Tishman Cons
Corporation of New York, 831 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutl
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 715 Rule 7.1 Corporate Disclosure Statement filed by Moretrench Ameri
Corp., 813 Memorandum of Law in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Co
Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of
Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitki
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group,
WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engine
Vollmer Associates, LLP, 802 Notice (Other) filed by Plaintiffs Liaison Counsel, 794 Response to Discovery filed b
Holdings, L.L.C., 558 Memorandum of Law in Support of Motion filed by AMEC Construction Management, Inc.,
Construction Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., City of New York, T
Construction Company, Bovis Lend Lease Inc., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Tully Co
Corp., Bechtel, Tully Environmental Inc., Bovis Lend Lease, Inc., Bechtel Construction, Inc., Plaza Construction Co

Bovis Lend Lease LMB, Inc., Tully Construction Company, Bovis International, Inc., Bechtel Corporation, Bechtel
Associates Professiona;l Corporation, Tully Industries, Inc., Bechtel Environmental, Inc., Turner Construction Intern
L.L.C., 648 Notice (Other), 2350 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2208 Declaration in Su
Motion, filed by Plaintiffs Liaison Counsel, 2280 Endorsed Letter, 2226 Notice of Appeal, 2212 Declaration in Supp
Motion filed by Plaintiffs Liaison Counsel, 2221 MOTION for Extension of Time filed by En–Tech Corp., DMT En
Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Con
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In
E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc.,
Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann
&Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, H
Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Skidmo
Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gr
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A
Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., E
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Con
Engineers, 2168 Declaration, filed by Plaintiffs Liaison Counsel, 2138 Order, 2361 Declaration in Support, filed by
Liaison Counsel, 2201 Memo Endorsement, 2189 Declaration in Opposition to Motion, filed by Plaintiffs Liaison C
2328 Stipulation and Order of Dismissal, 2341 Order, 2160 Declaration in Opposition to Motion by Gregory J Cannata
&Associates, 2269 Order, 2277 MOTION for Attorney Fees Declaration of Denise A. Rubin, Exhibits to be filed via
with clerk's office filed by Plaintiffs Liaison Counsel, 2190 Memorandum of Law in Support of Motion, filed by Mo
Medical Center, 2299 Order, 2159 Affirmation in Support filed by Plaintiffs Liaison Counsel, 2331 MOTION Repo
Defendants' Objections Papers filed 1–31–11 filed by Plaintiffs Liaison Counsel, 2268 Order, 2219 Endorsed Letter
Order on Motion to Compel, 2257 Order, 2267 Order, 2228 Order on Motion for Extension of Time, 2173 Endorsed
2283 Endorsed Letter, Set Deadlines/Hearings, 2236 Stipulation and Order of Dismissal, 2194 Affidavit of Service
filed by Plaintiffs Liaison Counsel, 2354 Stipulation and Order of Dismissal, 2291 Stipulation and Order of Volunta
Dismissal, 2265 Memo Endorsement, 2187 Order of Dismissal, 2210 Declaration in Support of Motion filed by Plai
Liaison Counsel, 2285 Endorsed Letter, 2216 MOTION to Compel Certain Medical Providers to Respond to Subpoe
Duces Tecum filed by Plaintiffs Liaison Counsel, 2344 Declaration in Support of Motion filed by Plaintiffs Liaison
2227 Endorsed Letter, Set Deadlines/Hearings, 2139 Order, Set Deadlines/Hearings, 2333 Order, 2242 Order, 2182
2161 Declaration in Opposition to Motion, filed by Gregory J Cannata &Associates, 2337 Declaration in Support of
filed by Plaintiffs Liaison Counsel, 2206 Order, Set Deadlines/Hearings, 2158 Order, Set Deadlines/Hearings, 2163
filed by Plaintiffs Liaison Counsel, 2260 Notice (Other) filed by Plaintiffs Liaison Counsel, 2321 Stipulation and Or
Dismissal, 2193 Notice (Other) filed by Plaintiffs Liaison Counsel, 2167 Reply filed by Plaintiffs Liaison Counsel,
Stipulation and Order of Voluntary Dismissal, Add and Terminate Parties, 2284 Endorsed Letter, Set Deadlines/Hea
2312 Notice of Appeal, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., A Rus
Wrecking, Inc., 2217 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 2199 Memo Endorseme
Memorandum of Law in Support filed by Plaintiffs Liaison Counsel, 2348 MOTION to Compel the WTC Captive I
Company, Inc. to allow eligible Plaintiffs to participate in the settlement filed by Plaintiffs Liaison Counsel, 2264 O
Deadlines/Hearings, 2351 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2195 Stipulation and Order of
Dismissal, 2301 Memo Endorsement, 2294 Stipulation and Order of Voluntary Dismissal, 2145 Certificate of Servi
filed by Plaintiffs Liaison Counsel, 2211 MOTION for Discovery. filed by Plaintiffs Liaison Counsel, 2317 Stipulat
Order of Dismissal, Add and Terminate Parties, 2313 FRCP Rule 5d Memo – Sent to Chambers, 2256 Endorsed Let
Declaration filed by Plaintiffs Liaison Counsel, 2254 Endorsed Letter, 2307 Affirmation in Opposition to Motion, fi
Richard Mighdoll, 2276 MOTION for Attorney Fees Memorandum of Law and Facts filed by Plaintiffs Liaison Cou
2250 USCA Order, 2355 Stipulation and Order of Dismissal, 2202 Order, 2297 Endorsed Letter, Set Deadlines, 228
Endorsed Letter, 2186 Order of Dismissal, Set Deadlines/Hearings, 2178 Memorandum of Law in Support of Motio
James McFadden, 2322 Stipulation and Order of Dismissal, 2243 Notice (Other) filed by Plaintiffs Liaison Counsel,
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas
Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling
Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C
Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly

Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2141 Endorsed Letter, 2318 Stipulation and Order of Dismissal, 2225 Order, Set Deadlines/Hearings, 2259 Order, 2181 Memorandum &Opinion, 2169 Stipulation and Order, Terminate Deadlines and Hearings, 2314 Brief by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2143 Notice (Other) filed by Plaintiffs Liaison Counsel, Endorsed Letter, Set Deadlines/Hearings, 2345 Endorsed Letter, 2339 Brief, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2184 Order, 2293 Stipulation and Order of Voluntary Dismissal, 2316 Stipulation and Order of Dismissal, 2253 Stipulation and Order of Dismissal, 2342 Affirmation, filed by Plaintiffs Liaison Counsel, 2295 Endorsed Letter, 2274 Endorsed Letter, 2360 Memorandum of Law in Opposition to Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New

Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2183 Order,, Set Deadlines/H
2151 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2203 Order,,, 2196 Reply Memorandum
in Support of Motion filed by James McFadden, 2302 Memo Endorsement, 2213 Order, 2246 Endorsed Letter, 2155
Declaration, filed by Plaintiffs Liaison Counsel, 2149 Order, 2172 Endorsed Letter, 2164 Notice (Other) filed by Pla
Liaison Counsel, 2150 Objection (non–motion) filed by Plaintiffs Liaison Counsel, 2162 Declaration in Opposition,
Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2204 Stipulation and Order, Add and Terminate Attorne
Endorsed Letter, 2306 Response to Motion, filed by Robert Vecchione, 2249 Endorsed Letter, Set Deadlines, 2320
Stipulation and Order of Dismissal, 2346 USCA Order, 2175 Endorsed Letter, 2273 Endorsed Letter, 2340 Stipulati
Order of Dismissal, 2142 Endorsed Letter, 2296 Order, 2278 Endorsed Letter, 2352 Declaration in Support, filed by
Plaintiffs Liaison Counsel, 2343 Order, Set Hearings, 2353 Stipulation and Order of Dismissal, 2224 Endorsed Lette
Deadlines/Hearings, 2323 Stipulation and Order of Dismissal, 2248 Order, 2334 Stipulation and Order of Dismissal
Affirmation in Opposition to Motion filed by David Nolan, 2218 Order, Set Hearings, 2311 Response to Motion, fil
Plaintiffs Liaison Counsel, 2319 Affirmation in Opposition to Motion, filed by Robert Zane, Lawrence Ford, Edwar
Galanek, James Melendez, Patrick Arcese, Teresa Hartey, Robert Esposito, Yvonne Leon, Denise Esposito, Albert I
2148 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 2153 Memorandum of Law fi
Plaintiffs Liaison Counsel, 2180 Stipulation and Order, 2272 Order, 2324 MOTION to Vacate filed by Plaintiffs Lia
Counsel, 2229 Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 2308 Response to Motion fil
John Baiano, 2286 Order, Set Deadlines, 2335 Endorsed Letter, 2152 Declaration, filed by Plaintiffs Liaison Counse
Declaration in Support, filed by Plaintiffs Liaison Counsel, 2304 Stipulation and Order, 2245 Stipulation and Order,
Deadlines/Hearings, 2266 Order, 2171 Stipulation and Order, 2336 Notice of Appearance filed by Gilsanz Murray S
LLP, 2198 Order on Motion to Compel, Order on Motion to Vacate, 2191 Affirmation in Opposition, filed by Plaint
Liaison Counsel, 2230 Endorsed Letter, Set Deadlines, 2255 Endorsed Letter, 2146 Order, Set Deadlines/Hearings,
MOTION to Vacate. filed by Plaintiffs Liaison Counsel, 2147 MOTION Response to Sua Sponte Order by Court (Su
Sponte Order of August 4, 2010) MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4,
MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4, 2010) filed by Plaintiffs Liaison C
2174 Stipulation and Order, Set Deadlines, 2325 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2270 E
Letter, 2197 Notice of Appearance filed by Robert Vecchione, 2205 Endorsed Letter, 2239 Endorsed Letter, Set De
2290 Stipulation and Order of Voluntary Dismissal, 2192 Order on Motion for Miscellaneous Relief, 2287 USCA M
2298 Order, 2289 Stipulation and Order of Voluntary Dismissal, 2338 Declaration in Support of Motion filed by Pla
Liaison Counsel, 2200 Order, 2244 Order, 2282 Order, 2315 Stipulation and Order of Dismissal, 2220 MOTION for
Extension of Time. filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Even
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American C
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group,
Breeze Carting Corp., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equi
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2356 Stipulation and Order of Dismissal, 2188 MOTION to Compel Defendant The Port Auth
New York and New Jersey to reimburse Mount Sinai for the costs it incurred in responding to the Port Authority's su

| | | |
|---|---|---|
| | | and in preparing this motion MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Rule 6.3 MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3 filed Mount Sinai Medical Center, 2231 Order, Set Deadlines/Hearings, 2292 Stipulation and Order of Voluntary Dismiss Declaration in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., A Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Gro L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpor Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Te Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Asso P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Antho Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rent &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Apple Wrecking &Construction Corp., 2240 Stipulation and Order of Voluntary Dismissal,, 2252 Stipul and Order,, 2330 Stipulation and Order of Dismissal, 2144 USCA Order,, 2262 Memo Endorsement, 2300 Endorsed 2258 Stipulation and Order of Dismissal, 2303 Memo Endorsement, 2176 MOTION to Set Aside Judgment Dismiss action filed by James McFadden, 2207 MOTION to Compel Certain United States Social Security Administration C Respond to Subpoenas Duces Tecum filed by Plaintiffs Liaison Counsel, 2279 Notice (Other) filed by Plaintiffs Lia Counsel, 2329 Stipulation and Order of Dismissal, 2234 Declaration in Support of Motion, filed by Plaintiffs Liaiso Counsel, 2251 Stipulation and Order of Dismissal, 2156 Memorandum of Law in Opposition to Motion filed by The Authority of New York &New Jersey, 2215 Order, Set Deadlines/Hearings, 2309 Affirmation in Opposition to Moti by Michelle Haskett–Godbee, 2238 Order, 2140 Notice (Other) filed by Plaintiffs Liaison Counsel, 2275 MOTION Attorney Fees (Common Benefit Attorney Fees) filed by Plaintiffs Liaison Counsel, 2288 Response to Motion filed Fitzpatrick, 2157 Declaration in Opposition to Motion, filed by The Port Authority of New York &New Jersey, 2333 Endorsed Letter, 2166 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2233 MOTION to Compel CERTAIN UNITED STATES SOCIAL SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOE DUCES TECUM filed by Plaintiffs Liaison Counsel, 2209 MOTION for Discovery filed by Plaintiffs Liaison Coun Declaration in Support of Motion filed by James McFadden, 2232 Order, Set Deadlines/Hearings, 2241 Order, 2179 were transmitted to the U.S. Court of Appeals. (nd) (Entered: 04/13/2011) |
| 4/13/2011 | 2428 | MOTION for Summary Judgment Notice of Motion for Summary Judgment Dismissing Complaints against The Por Authority for lack of subject matter Jurisdiction. Document filed by The Port Authority of New York &New Jersey. Beth) (Entered: 04/13/2011) |
| 4/13/2011 | 2429 | DECLARATION of Donald A. Klein in Support re: 2428 MOTION for Summary Judgment Notice of Motion for Su Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction.. Document file Port Authority of New York &New Jersey. (Jacob, Beth) (Entered: 04/13/2011) |
| 4/13/2011 | 2430 | MEMORANDUM OF LAW in Support re: 2428 MOTION for Summary Judgment Notice of Motion for Summary Dismissing Complaints against the Port Authority for lack of subject matter Jurisdiction.. Document filed by The P Authority of New York &New Jersey. (Jacob, Beth) (Entered: 04/13/2011) |
| 4/14/2011 | 2431 | ORDER SETTING BRIEFING SCHEDULE: The Court previously set a briefing for an issue arising between the W Captive Insurance Company and Lloyd's of London, which called for opposition briefs on 4/14/2011. That date is ad to 4/22/2011. The parties should submit their oppositions by 5:00 p.m. that day. (Signed by Judge Alvin K. Hellerste 4/13/2011) (tro) (Entered: 04/14/2011) |
| 4/14/2011 | 2432 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Beth D. Jacob dated 4/12/2011 re: The Port Au will files its motion on 4/13/2011. Counsel requests permission to file the exhibits in hard copy format. ENDORSEM So Ordered. (Signed by Judge Alvin K. Hellerstein on 4/13/2011) (tro) (Entered: 04/14/2011) |
| 4/14/2011 | 2433 | FIRST MOTION to Dismiss. Document filed by Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered: 04/14/2 |
| 4/14/2011 | 2434 | DECLARATION of Brian D. Crosby in Support re: 2433 FIRST MOTION to Dismiss.. Document filed by Plaintiff Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(LoPalo, Christopher (Entered: 04/14/2011) |

| 4/14/2011 | 2435 | MEMO ENDORSEMENT on PROPOSED JUDGMENT. ENDORSEMENT: The subject matter of this order is a d issue, pending for decision by the Court. Following decision, and depending on the decision the parties will have an opportunity to settle in appropriate order. This document is rejected as premature. (Signed by Judge Alvin K. Heller 4/14/2011) (jpo) (Entered: 04/14/2011) |
|---|---|---|
| 4/14/2011 | 2436 | ORDER; that consistent with the Allocation Neutral's "Payment Status Report" dated March 9th, 2011, attached her exhibit containing updated data regarding the status of the claims review process and associated settlement payment ENDORSEMENT: The notice, and the attached exhibits, shall be posted or the Court's 9/11 website, and filed in co records. (Signed by Judge Alvin K. Hellerstein on 4/14/11) (pl) (Entered: 04/15/2011) |
| 4/18/2011 | 2437 | ORDER SUMMARIZING STATUS CONFERENCE AND SETTING NEXT CONFERENCE: On Friday, April 15 held a status conference in the above–captioned Master Calendar, to set forth a schedule of pretrial practices for tho Plaintiffs, now 78 in number, who were eligible to settle under the Settlement Process Agreement, As Amended ("S chose to continue litigation; and to monitor other aspects of the settlement and litigation process. The following topi forth within were discussed and rulings made. The next conference shall be held on July 25, 2011, at 2:30pm. The c shall be held in Courtroom 14D. The previously scheduled conference in the 21 MC 102 Master Calendar is adjourn August 2, 2011, at 2:30pm. (Signed by Judge Alvin K. Hellerstein on 4/13/2011) (jfe) (Entered: 04/18/2011) |
| 4/26/2011 | 2438 | ENDORSED LETTER: addressed to Judge Alvin K. Hellerstein from William M. Cooney dated 4/21/2011 re: The Insurers, Plaintiffs' Counsel and the WTC Captive now make this second joint request to adjourn the deadline for re submissions to April 29, 2011. ENDORSEMENT: So Ordered. (Signed by Judge Alvin K. Hellerstein on 4/25/2011 (Entered: 04/26/2011) |
| 4/27/2011 | 2439 | MOTION to Dismiss *Defendant Phillips &Jordan, Inc.*. Document filed by Plaintiffs Liaison Counsel(Plaintiff's co-counsel).(LoPalo, Christopher) (Entered: 04/27/2011) |
| 4/27/2011 | 2440 | DECLARATION of Christopher R. LoPalo in Support re: 2439 MOTION to Dismiss *Defendant Phillips &Jordan,* Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit Exhibit 5)(LoPalo, Christopher) (Entered: 04/27/2011) |
| 4/27/2011 | 2441 | DECLARATION of Christopher R. LoPalo re: 2439 MOTION to Dismiss *Defendant Phillips &Jordan, Inc.*., 2440 Declaration in Support, *Service*. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 04/2 |
| 4/28/2011 | 2442 | STIPULATION AND ORDER: Because 05–cv–07520(AKH) no longer involves any claims arising from the WTC recovery and debris removal operation, this action is hereby transferred to the United States District Court for the Ea District of New York with the respectful suggestion that it be reassigned to the Honorable I. Leo Glasser (who first p over this case). (Signed by Judge Alvin K. Hellerstein on 4/28/2011) (jar) (Entered: 04/28/2011) |
| 5/02/2011 | 2443 | MOTION to Dismiss *Claims Against Evans Environmental &Geological Science and Management, LLC*. Documen Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered: 05/02/2011) |
| 5/02/2011 | 2444 | DECLARATION of Christopher R. LoPalo in Support. Document filed by Plaza Construction Management Corp.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 Part 1, # 4 Exhibit 3 Part 2, # 5 Exhibit 4, # 6 Exhibit 5)(Lo Christopher) (Entered: 05/02/2011) |
| 5/02/2011 | 2445 | DECLARATION of Christopher R. LoPalo re: 2444 Declaration in Support, 2443 MOTION to Dismiss *Claims Aga Evans Environmental &Geological Science and Management, LLC*.. Document filed by Plaintiffs Liaison Counsel. Christopher) (Entered: 05/02/2011) |
| 5/04/2011 | 2446 | MEMO ENDORSEMENT re: PLAINTIFFS' ACKNOWLEDGEMENTS, that Sullivan Papain Block McGrath &Ca P.C., on behalf of the Plaintiffs that it represents, and Plaintiffs' Liaison Counsel, Worby Groner Edelman &Napoli LLP, on behalf of all other Plaintiffs, hereby represent, admit and acknowledge: First, that the Plaintiffs have no clai causes of action of any kind against the London Marine Insurers arising under, out of, or in connection with, or relat whole or in part, the Debris Removal Claims due, inter alia, to items #'s 1 – 6 as set forth in Plaintiffs' Acknowled Second, that on November 5, 2010, the Opt–In Plaintiffs acknowledged and agreed, for purposes of Section II.F of t Amended SPA, that the Payment Amount is acceptable as a contribution to the settlement set forth in the Amended ENDORSEMENT: So Ordered. (Signed by Judge Alvin K. Hellerstein on 5/4/11) (pl) Modified on 5/4/2011 (pl). (E 05/04/2011) |
| 5/04/2011 | 2447 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON E A: that, 1. Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaint against Settling Defendants in the above– captioned action. 2. Plaintiffs have executed releases and covenants not to which Plaintiffs have released the Settling Defendants and each of them from any and all obligations and liability to for past, present. and future injuries arising out of or relating in any way to World Trade Center– related rescue, rec and/or debris–removal operations and/or clean–up at any location on and/or after September 11, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, wit prejudice. (Signed by Judge Alvin K. Hellerstein on 5/4/11) (pl) (Entered: 05/05/2011) |

| | | |
|---|---|---|
| 5/04/2011 | 2483 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON E A. 1.Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs ag Settling Defendants in the above–captioned action. 2.Plaintiffs have executed releases and covenants not to sue in w Plaintiffs have released the Settling Defendants and each of them from any and all obligations and liability to Plaint past, present. and future injuries arising out of or relating in any way to World Trade Center–related rescue, recover debris–removal operations and/or clean–up at any location on and/or after September 11, 2001. Accordingly, Plaint claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudic Additional relief as set forth in this Order. Exhibit A –List Of Settling Plaintiffs and Exhibit B – List of Settling Def for Cases 06cv07564 and 21MC100. (Signed by Judge Alvin K. Hellerstein on 5/4/11) (pl) Modified on 6/10/2011 ( (Entered: 06/10/2011) |
| 5/05/2011 | 2448 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL: The Plaintiff's actions are voluntarily dismissed w prejudice pursuant to the following terms and conditions: 2. All claims by the Plaintiff against the Defendant arising relating in any way to the World Trade Center–related rescue, recovery, and/or debris–removal operations and/or cl any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice. 3. All claims that were as could have been brought in relation to the Plaintiffs' pleadings are dismissed with prejudice. The dismissal is withou prejudice solely in relation to the extent permitted by New York State law and as may be defined by any court havin jurisdiction over any such later–filed complaint. If after this Stipulation is filed Plaintiff commences an action assert alleged second injury claims against any or all of the entities–listed, on Exhibit A to the World Trade Center Litigat Settlement Process Agreement, As Amended ("Amended SPA"), such action shall constitute a "New Debris Remova as defined in the Amended SPA. The dismissal is without costs. (Signed by Judge Alvin K. Hellerstein on 5/5/11) (c (Entered: 05/05/2011) |
| 5/06/2011 | 2449 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST EVANS ENVIRONMENTAL &GEOLOGICAL SCIENCE AND MANAGEMENT, LLC. ONLY: 1. The plaintiffs' identified on Schedule A are d with prejudice against defendant Evans Environmental &Geological Science and Management, LLC, Inc., only purs the fully executed Settlement Agreement by and between counsel for the parties. Said Settlement Agreement was ap and so Ordered by the Court on November 15, 2010; 2. All claims by the Plaintiff(s) identified on Schedule A again Environmental &Geological Science and Management, LLC arising out of or relating in any way to World Trade Center–related rescue, recovery, and/or debris–removal operations and/or clean–up at any location on and/or after Sept 11, 2001 are dismissed with prejudice; and 3. The dismissal is without costs to either party. SO ORDERED. (Signed Judge Alvin K. Hellerstein on 5/5/2011) (lnl) (Entered: 05/06/2011) |
| 5/06/2011 | 2450 | MEMO ENDORSEMENT on 2443 NOTICE OF JOINT MOTION TO DISMISS CLAIMS AGAINST EVANS ENVIRONMENTAL &GEOLOGICAL SCIENCE AND MANAGEMENT, LLC. ENDORSEMENT: Motion Gran (Signed by Judge Alvin K. Hellerstein on 5/5/2011) (lnl) (Entered: 05/06/2011) |
| 5/06/2011 | 2451 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST EVANS ENVIRONMENTAL &GEOLOGICAL SCIENCE AND MANAGEMENT, LLC. ONLY: 1. The plaintiffs' identified on Schedule A are d with prejudice against defendant Evans Environmental &Geological Science and Management, LLC, Inc., only purs the fully executed Settlement Agreement by and between counsel for the parties. Said Settlement Agreement was ap and so Ordered by the Court on November 15, 2010; 2. All claims by the Plaintiff(s) identified on Schedule A again Environmental &Geological Science and Management, LLC arising out of or relating in any way to World Trade Center–related rescue, recovery, and/or debris–removal operations and/or clean–up at any location on and/or after Sept 11, 2001 are dismissed with prejudice; and 3. The dismissal is without costs to either party. SO ORDERED. (Signed Judge Alvin K. Hellerstein on 5/5/2011) (lnl) (Entered: 05/06/2011) |
| 5/06/2011 | 2452 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST PHLLIPS AND JORDAN ONLY plaintiffs' identified on Schedule A are dismissed with prejudice against Phillips &Jordan, Inc. pursuant to the fully Settlement Agreement by and between counsel for the parties. Said Settlement Agreement was approved and so Ord the Court on November 15, 2010; 2. All claims by the Plaintiff(s) identified on Schedule A against Phillips and Jord arising out of or relating in any way to World Trade Center–related rescue, recovery, and/or debris–removal operati and/or clean–up at any location on and/or after September 11, 2001 are dismissed with prejudice; and 3. The dismissal without costs to either party. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 5/6/2011) (lnl) (Entered: 05 |
| 5/06/2011 | 2453 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST PHILLIPS AND JORDAN ONL plaintiffs' identified on Schedule A are dismissed with prejudice against Phillips &Jordan, Inc. pursuant to the fully Settlement Agreement by and between counsel for the parties. Said Settlement Agreement was approved and so Ord the Court on November 15, 2010; 2. All claims by the Plaintiff(s) identified on Schedule A against Phillips and Jord arising out of or relating in any way to World Trade Center–related rescue, recovery, and/or debris–removal operati and/or clean–up at any location on and/or after September 11, 2001 are dismissed with prejudice; and 3. The dismissal without costs to either party. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 5/5/2011) (lnl) (Entered: 05 |
| 5/10/2011 | 2454 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein, from James E. Tyrrell, Jr. dated 5/9/2011 re: Plaint Defendants respectfully request that the Court reconsider the May 4, 2011 endorsement and instead enter the Dismis in the form submitted on May 3, 2011. ENDORSEMENT: The request is denied. Everything in documents submitte |

| | | |
|---|---|---|
| | | for review and/or decision is carefully reviewed. It is improper to single out any particular sentence as noting anythi[ng] or less, than ordinary practice. So Ordered. (Signed by Judge Alvin K. Hellerstein on 5/10/2011) (jfe) (Entered: 05/1[...]) |
| 5/13/2011 | 2455 | JOINT MOTION to Dismiss *Claims against the Port Authority of New York and New Jersey*. Document filed by Pla[...] Liaison Counsel.(LoPalo, Christopher) (Entered: 05/13/2011) |
| 5/13/2011 | 2456 | DECLARATION of Christopher R. LoPalo in Support re: 2455 JOINT MOTION to Dismiss *Claims against the Po[rt] Authority of New York and New Jersey*.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, Exhibit 2)(LoPalo, Christopher) (Entered: 05/13/2011) |
| 5/13/2011 | 2457 | DECLARATION of Christopher R. LoPalo re: 2455 JOINT MOTION to Dismiss *Claims against the Port Authority [New] York and New Jersey*., 2456 Declaration in Support, *Declaration of Service*. Document filed by Plaintiffs Liaison Co[unsel.] (LoPalo, Christopher) (Entered: 05/13/2011) |
| 5/13/2011 | 2458 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM[ENT] that, THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH [...] EXHIBIT A, 1. Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by [...] against Settling Defendants in the above– captioned action. Accordingly, Plaintiffs' claims against the Settling Defe[ndants] and each of them shall be dismissed, and hereby are dismissed, with prejudice. Additional relief as set forth in this O[rder.] (Signed by Judge Alvin K. Hellerstein on 5/13/11) (pl) (Entered: 05/13/2011) |
| 5/13/2011 | 2462 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM[ENT] Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs agains[t Settling] Defendants in the above–captioned action. Accordingly, Plaintiffs' claims against the Settling Defendants and each o[f them] shall be dismissed, and hereby are dismissed, with prejudice, as set forth in this Stipulation and Order. (Signed by Ju[dge] Alvin K. Hellerstein on 5/13/2011) (jpo) (Entered: 05/17/2011) |
| 5/13/2011 | 2463 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE: The plaintiffs claims identified on Schedule [A are] voluntarily dismissed against all remaining defendants with prejudice including, Survivair, ("Defendant"); All claim[s by the] Plaintiff(s) identified on Schedule A against the Defendants arising out of or relating in any way to World Trade Center–related rescue, recovery, and/or debris–removal operations and/or clean–up at any location and/or after Sept[ember] 11, 2001 have settled; There are no remaining Defendants in the plaintiffs claims identified on Schedule A; The plai[ntiffs] claims identified on Scheduled A should be marked closed; This stipulation of dismissal is signed by all parties who [have] appeared and remain in the actions identified on Schedule A; and The dismissal is without costs to any parties. (Sign[ed by] Judge Alvin K. Hellerstein on 5/13/2011) (jpo) (Entered: 05/17/2011) |
| 5/16/2011 | 2459 | ORDER DIRECTING SUBMISSION OF SCHEDULES SHOWING PROGRESS OF SETTLEMENTS AND DISMISSALS that by 5/20/11, Plaintiff's Liaison Counsel shall submit a schedule identifying, for each Plaintiff who [has] chosen to settle under the SPA, and as further set forth in this document. (Signed by Judge Alvin K. Hellerstein on 5[...]) (cd) (Entered: 05/16/2011) |
| 5/16/2011 | 2460 | MEMO ENDORSED granting 2455 Motion to Dismiss as to defendant The Port Authority of NY and NJ with preju[dice] pursuant to FRCP 41(a)(2). (Signed by Judge Alvin K. Hellerstein on 8/13/11) (cd) (Entered: 05/16/2011) |
| 5/16/2011 | 2461 | STIPULATION AND ORDER, by and between the Plaintiffs and The Port Authority of New York and New Jersey[ ("Port] Authority") that: 1. Plaintiffs and the Port Authority have entered into a Settlement Agreement resolving claims by [Plaintiffs] against the Port Authority in the above–captioned action; 2. The Settling Plaintiffs, identified in Exhibit A attached [...] have executed releases and covenants not to sue in which such Plaintiffs have released the Port Authority from any a[nd all] obligations and liability for past, present, and future injuries arising out of or relating in any way to World [Trade] Center–related rescue, recovery, and/or debris–removal operations and/or clean–up at any location and/or after S[eptember] 11, 2001. Accordingly, the Settling Plaintiffs' claims against the Port Authority shall be dismissed, and hereby are di[smissed,] with prejudice, and all cross–claims against the Port Authority shall be dismissed. (Signed by Judge [Alvin K.] Hellerstein on 5/13/2011) (Attachments: # 1 Exhibit A) (Per Chambers, docket as Stip and Order) (lnl) (Entered: 05[...]) |
| 5/19/2011 | 2464 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM[ENT] IS HEREBY STIPULATED AND AGREED by and between certain Plaintiffs represented by Worby Groner Edelm[an] &Napoli Bern, LLP, identified on Exhibit A hereto ("Plaintiffs"), and the Defendants identified on Exhibit B ("Settl[ing] Defendants") that: Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims b[y] Plaintiffs against Settling Defendants in the above–captioned action. Accordingly, Plaintiffs' claims against the Settl[ing] Defendants and each of them shall be dismissed; and hereby are dismissed, with prejudice, see Exhibit B attached. (S[igned] by Judge Alvin K. Hellerstein on 5/18/11) (rjm) (Entered: 05/19/2011) |
| 5/19/2011 | 2465 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE: The plaintiffs claims identified on Schedule [A are] voluntarily dismissed against all remaining defendants with prejudice including Tishman Construction Corporation o[f New] York, Tishman Construction Corporation of Manhattan, and Tishman Interiors. There are no remaining Defendants [in the] plaintiffs claims identified on Schedule A. The plaintiffs claims identified on Schedule A should be marked close. T[he] dismiss is without costs to any parties. (Signed by Judge Alvin K. Hellerstein on 5/19/2011) (tro) (Entered: 05/19/20[...]) |

| 5/19/2011 | 2466 | MEMO ENDORSEMENT on NOTICE OF APPEARANCE that Myra Needleman, an attorney with the law firm of LONDON FISCHER LLP, duly admitted to the Bar of this Court, hereby appears as counsel of record for defendant YORK UNIVERSITY and NEW YORK UNIVERSITY REAL ESTATE CORPORATION in this action. ENDORSEMENT: So ordered. (Signed by Judge Alvin K. Hellerstein on 5/18/11) (rjm) (Entered: 05/19/2011) |
|---|---|---|
| 5/19/2011 | 2467 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Gregory J. Cannata and Robert A. Grochow da 5/17/2011 re: Counsel writes seeking clarification of the "Order directing submission of schedules showing progress Settlement and Dismissals," filed 5/16/2011. ENDORSEMENT: 1. Responses are required for 21MC100, and for cl 21MC103 that are embraced by 21MC100. 2. The schedule should show status of settlements, dismissals, and remai claims, by index no., by def't. (Signed by Judge Alvin K. Hellerstein on 5/18/2011) (tro) (Entered: 05/19/2011) |
| 5/19/2011 | 2468 | SUMMARY ORDER: The Court has received a number of letters from the parties in this case expressing confusion status. This Order is to clarify the present posture of the case. Taylor has 30 days from the date of this order to file a amended pleading. If he fails to do so, the case will be dismissed with prejudice. If Taylor files an amended pleadin Defendants should then move or answer. Defendants do not need to move or answer the complaint that has been dis (Signed by Judge Alvin K. Hellerstein on 5/19/2011) (tro) (Entered: 05/20/2011) |
| 5/19/2011 | 2471 | ORDER: This Order relates to the Plaintiffs listed on the attached Schedule A, and defendants Tishman Constructio Corporation of New York and Tishman Construction Corporation of Manhattan and, that whereas no pa is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an inter subject matter of this action, the matters (a) listed on Schedule A be and the same are hereby dismissed with prejudi pursuant to Federal Rule of Civil Procedure 41 (a )(2) as against Tishman Construction Corporation of New York an Tishman Construction Corporation of Manhattan and without costs to any party with respect to all claims that could been brought in relation to (i) the existing pleadings of the Plaintiffs and (ii) a second injury to the extent permitted York State law by reason of the so–called "two–injury rule". (Signed by Judge Alvin K. Hellerstein on 5/19/2011) ( (Entered: 05/25/2011) |
| 5/19/2011 | 2472 | ORDER: This Order relates to the Plaintiffs listed on the attached Schedule A, and defendant Tishman Interiors Cor in these actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been app and no person not a party has an interest in the subject matter of this action, the matters (a) listed on Schedule A be a same are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(2) as against Tishman Corporation and without costs to any party with respect to all claims that could have been brought in relation to (i) t existing pleadings of the Plaintiffs and (ii) a second injury to the extent permitted by New York State law by reason so–called "two–injury rule". (Signed by Judge Alvin K. Hellerstein on 5/19/2011) (js) (Entered: 05/25/2011) |
| 5/19/2011 | 2473 | ORDER: This Order relates to the Plaintiffs listed on the attached Schedule A, and defendantsTishman Constructio Corporation ofNew York, Tishman Construction Corporation ofManhattan, and Tishman Interiors Corporation in th actions, that whereas no party hereto is aninfant or incompetent person for whom a committee has been appointed, a person not a partyhas an interest in the subject matter of this action, the matters (a) listed on Schedule A be and thes hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(2) asagainst Tishman Constructi Corporation of New York, Tishman Construction Corporation ofManhattan, and Tishman Interiors Corporation and costs to any party with respect to allclaims that could have been brought in relation to (i) the existing pleadings of th Plaintiffs and (ii)a second injury to the extent permitted by New York State law by reason of the so–called "two inju (Signed by Judge Alvin K. Hellerstein on 5/19/2011) (js) (Entered: 05/25/2011) |
| 5/19/2011 | 2474 | MEMO ENDORSED granting 2433 Joint Motion to Voluntarily Dismiss. (Signed by Judge Alvin K. Hellerstein on (cd) (Entered: 05/25/2011) |
| 5/20/2011 | 2469 | MEMO ENDORSEMENT on re: Payment Status update from the Allocation Neutral. ENDORSEMENT: This repo be posted on the Court's website. So Ordered. (Signed by Judge Alvin K. Hellerstein on 5/20/2011) (jfe) (Entered: 05/20/2011) |
| 5/24/2011 | 2470 | SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying M/L Bovis Holdings, Ltd. Corporate Parent. Document filed by Bovis Lend Lease LMB, Inc..(Tyrrell, James) (Entered: 05/24/2011) |
| 6/01/2011 | 2475 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 06/01/2011) |
| 6/03/2011 | 2476 | SUPPLEMENT TO SUMMARY ORDER OF APRIL 15, 2011: On April 15,2011, I held a status conference in the above–captioned Master Calendar which addressed the progress of litigation in the cases of Plaintiffs who were elig settle Wider the Settlement Process Agreement, As Amended, but elected not to settle. Order Summarizing Status Conference and Setting Next Conference, In re World Trade Center Disaster Site Litig, 21 MC 100 (Doc. No. 2437) (S.D.N.Y. April 18, 2011). At that settlement,announced that 78 such Plaintiffs remained in the litigation.The 78 Pla issue were identified in a pre–conference submission to the Court, which I did not post to the Court's website at the issued my summary order. The submission is attached to this Order as Exhibit A, and is now made publicly availabl (Signed by Judge Alvin K. Hellerstein on 6/2/2011) (js) (Entered: 06/03/2011) |

| | | |
|---|---|---|
| 6/03/2011 | 2477 | STIPULATION OF VOLUNTARILY DISMISSAL: The Plaintiff's action identified on Schedule A are voluntarily dismissed with prejudice pursuant to the following terms and conditions: All claims by Plaintiffs identified on Schedule against all Defendant(s) or against any Defendant arising out of or relating in any way to World trade Center related recovery, and/or debris removal operations and/or clean up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice. All claims that were asserted or could have been brought in relation to Plaintiff existing pleadings are dismissed with prejudice. All other provisions as further set forth in this order. So Ordered (S Judge Alvin K. Hellerstein on 6/2/11) (js) (Entered: 06/03/2011) |
| 6/03/2011 | 2478 | FAIRNESS ORDER– DECEDENTS' ESTATES: Plaintiffs' Liaison Counsel, Worby Groner Edelman &Napoli Ber seeks leave to file compromise applications pursuant to New York Estates Powers &Trusts Law § 54.6 (McKinney behalf of Plaintiffs representing 104 estates that have settled their lawsuits. The purposes of this Order are to provide background; to express this Court's findings of reasonableness and fairness regarding the settlements; and to facilita supplementary findings that will be necessary in the Surrogate's Courts having jurisdiction of the administration of t decedents' estates. I have made the determinations of fairness that the law requires to approve a settlement entered in representatives of the decedent's estates. E.g., Transcript of Status Conference at *41, In re World Trade Center Disa Litig., 21 MC 100 (S.D.N.Y. June 10, 2010). I have made this determination for each and all of these 104 decedents But this Court lacks knowledge or expertise with the special issues of probate administration that also must be consi the interests of fairness, judicial efficiency and comity, those issues should be considered by the appropriate Surroga Courts. Pursuant to the concurrent jurisdiction provided by section 5–4.6(a), Plaintiffs' representatives of the 104 es should now make application to the appropriate Surrogate's Courts to make the final decisions on each application to the payments to each representative to be distributed to the rightful beneficiaries. (Signed by Judge Alvin K. Hellers 6/3/2011) (jfe) (Entered: 06/03/2011) |
| 6/03/2011 | 2487 | NOTICE OF APPEAL from 2371 Order on Motion to Serve. Document filed by Hector Flamenco. (tp) (Entered: 06/21/2011) |
| 6/03/2011 | | Appeal Remark as to 2487 Notice of Appeal filed by Hector Flamenco. $455.00 APPEAL FEE DUE. (tp) (Entere 06/21/2011) |
| 6/07/2011 | 2479 | SUMMARY ORDER finding as moot 2176 Motion to Set Aside Judgment to Dismiss Case, filed by James McFad (Signed by Judge Alvin K. Hellerstein on 6/7/2011) (ab) (Entered: 06/07/2011) |
| 6/09/2011 | 2480 | MOTION to Dismiss *Claims Against Taylor Recycling, LLC*. Document filed by Plaintiffs Liaison Counsel.(LoPalo Christopher) (Entered: 06/09/2011) |
| 6/09/2011 | 2481 | DECLARATION of Christopher R. LoPalo in Support re: 2480 MOTION to Dismiss *Claims Against Taylor Recycl LLC.*. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 E # 5 Exhibit 5)(LoPalo, Christopher) (Entered: 06/09/2011) |
| 6/10/2011 | 2482 | NOTICE of Notice of Production. Document filed by Gregory J. Cannata &Associates and Robert A. Grochow, P.C (Grochow, Robert) (Entered: 06/10/2011) |
| 6/15/2011 | 2484 | MEMO ENDORSEMENT on 2480 NOTICE OF JOINT MOTION TO DISMISS CLAIMS AGAINST TAYLOR RECYCLING, LCC, filed by Plaintiffs Liaison Counsel: The joint motion is granted. The originals of the stip'ns (ex have been signed and are being docketed. (Signed by Judge Alvin K. Hellerstein on 6/14/2011) (ab) (Entered: 06/15 |
| 6/15/2011 | 2485 | NOTICE OF SUBSTITUTION OF COUNSEL: It is hereby agreed that plaintiff THOMAS MAGEE, hereby substitu his attorneys of record in this matter. Kreindler &Kreindler LLP, by Noah H. Kushlefsky, Esq. is hereby substituted of Hach &Rose LLP as plaintiff Thomas Magee's new attorneys of record in this matter on whom all notices and pap be served. (Signed by Judge Alvin K. Hellerstein on 6/15/2011) (ab) (Entered: 06/15/2011) |
| 6/17/2011 | 2486 | ORDER GRANTING MOTION TO REMAND: The motion to remand is granted, and the case is remanded to Supr Court, New York County. The Clerk shall terminate the motion (Doc. Nos. 5 and 8) and close the case. Oral argume canceled. (Signed by Judge Alvin K. Hellerstein on 6/17/2011) Also filed in 10 Civ. 8001 (AKH). (ab) (Entered: 06 |
| 6/21/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2487 Notice of A (tp) (Entered: 06/21/2011) |
| 6/21/2011 | | Transmission of Notice of Appeal to the District Judge re: 2487 Notice of Appeal. (tp) (Entered: 06/21/2011) |
| 6/21/2011 | 2488 | MEMO ENDORSEMENT on re: MOTION to Vacate. MOTION to Dismiss. filed by Ronald Taylor. ENDORSEMI Motion granted. Based on representations of plaintiff, the order dismissing his complaint involuntarily, is converted voluntary dismissal. R. 41(a)(2). (Signed by Judge Alvin K. Hellerstein on 6/21/11). (21 in 1:10–cv–06665–AKH, 2 1:10–cv–06665–AKH)(pl) Modified on 6/22/2011 (pl). (Entered: 06/22/2011) |
| 6/22/2011 | 2489 | ORDER APPROVING SETTLEMENT WITH TAYLOR RECYCLING AND DISMISSING CERTAIN PLAINTI FAILURE TO PROSECUTE: The Court has been advised that Plaintiffs' Liaison Counsel, Worby Groner Edelman Bern, LLP, and counsel for Taylor Recycling, LLP, have reached a settlement of all claims against Taylor Recycling above–captioned cases. The Court has received a pair of stipulations to dismiss settled cases. I rule as follows. The |

| | | |
|---|---|---|
| | | Settlement with Taylor Recycling is Fair and Reasonable, and the Claims of the 1,802 Plaintiffs who Filed Proper Se Paperwork is Endorsed. The Complaints of 26 Derivative Plaintiffs who Alleged Claims Against Taylor Recycling, did not File Proper Settlement Paperwork, Are Dismissed Involuntarily for Failure to Prosecute. A group of Plaintiff had to cure their paperwork held claims against Taylor Recycling. I have been informed that 26 of these Plaintiffs ha cured the defects in their paperwork. Accordingly, I dismiss the complaints of these 26 Plaintiffs for failure to prose under Federal Rule of Civil Procedure 41(b). The dismissals are with prejudice. The list of 26 Plaintiffs is attached t Order. One final point deserves notice. Plaintiffs' Liaison Counsel submitted a proposed stipulation dismissing these Plaintiffs, which suggests the dismissals are voluntary, that is, specifically requested by each such Plaintiff. It seems is not the case. Liaison Counsel's stipulation and proposed order of dismissal is rejected, and is being returned. (Sign Judge Alvin K. Hellerstein on 6/21/2011) (jpo) (Entered: 06/22/2011) |
| 6/22/2011 | [2499] | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST TAYLOR RECYCLING FACIL LLP ONLY. IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to the Federa Civil Procedure 41: 1. The plaintiffs' identified on Schedule A are dismissed with prejudice against defendant Taylo Recycling Facility, LLP, ("Taylor") only pursuant to the fully executed Settlement Agreement by and between coun the parties. Said Settlement Agreement was approved and so Ordered by the Court on November 15, 2010; 2. All cla the Plaintiff(s) identified on Schedule A against Taylor arising out of or relating in any way to World Trade Center– rescue, recovery, and/or debris–removal operations and/or clean–up at any location after September 11, 2001 dismissed with prejudice; and 3. The dismissal is without costs to either party. (Signed by Judge Alvin K. Hellerstei 6/14/11). Entry as per instructions of Chambers. (rjm) (Entered: 07/06/2011) |
| 6/24/2011 | [2490] | SUMMARY ORDER DISMISSING CASE, Since my May 19,2011 Order, Taylor has informed the Court that rath pursue litigation, he intends to pursue the administrative remedies made available by the James Zadroga 9/11 Health Compensation Act of 2010, Pub. L. No. 111–347, 124 Stat. 3623 (2011). For efficiency's sake, he asks me to vacate dismissing his complaint, and to allow him to dismiss under Federal Rule of Civil Procedure 41(a)(2) rather than re to replead an amended complaint. To require Taylor to replead his complaint just so he can voluntarily dismiss it wo no valid purpose. Accordingly, under the unusual and particular circumstances presented here, I grant his request. T dismissing Taylor's complaint is vacated, and the case is dismissed voluntarily under Federal Rule 41(a)(2). Nothing Order should be construed as sanctioning the conversion of involuntary dismissals into voluntary dismissals genera thousands of cases that have comprised this litigation, Taylor's is the only one of which the Court is aware that meri consideration. The Clerk is respectfully directed to terminate all pending motions in this case (No. 10 Civ. 6665) an the case.. (Signed by Judge Alvin K. Hellerstein on 6/23/11) (pl) Modified on 6/24/2011 (pl). (Entered: 06/24/2011) |
| 6/28/2011 | [2491] | ORDER GRANTING MOTION TO DISMISS, granting 18 Motion to Dismiss. For the foregoing reasons, the moti dismiss is granted and the State of New York dismissed from the case, As no amendment could make out a viable cl against the State, the dismissal is with prejudice. The Clerk shall terminate the motion (Doc. No, 18). (Signed by Ju K. Hellerstein on 6/27/11) (pl) (Entered: 06/28/2011) |
| 6/28/2011 | [2492] | ORDER: For the foregoing reasons, the motion to dismiss is granted and the State of New York dismissed from the no amendment could make out a viable claim against the State, the dismissal is with prejudice, In re Lehman Bros, Mortgage–Backed Sec, Litig" No, 10–0712–cv, 2011 WL 1778726, at *17 (2d Cir, May 11,2011). The Clerk shall the motion (Doc. No, 18). (Signed by Judge Alvin K. Hellerstein on 6/27/2011) (jpo) (Entered: 06/28/2011) |
| 6/29/2011 | [2493] | MEMO ENDORSEMENT on NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER "SO ORDERING" A SUB DUCES TECUM UPON THE STATE OF NEW YORK WORKERS' COMPENSATION BOARD. ENDORSEME motion is withdrawn, and dismissed as moot. The Clerk shall remark the motion (doc. no. 3). So Ordered. (Signed b Alvin K. Hellerstein on 6/29/2011) (jpo) (Entered: 06/29/2011) |
| 6/29/2011 | [2494] | PARTIAL STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii): All claims b Plaintiffs Thomas Maloney and Marisa Maloney against Defendants Tishman Interiors Corporation, Tishman Const Corporation of Manhattan, Tishman Construction Corporation of New York, Inc. arising out of or relating in any wa World Trade Center related rescue, recovery and/or debris removal operations and/or clean–up at any location and/ September 11, 2011, are voluntarily dismissed with prejudice; and the dismissal is without costs. ENDORSEMENT stipulation is accepted. As the dismissals are of the last remaining claims of each of the plaintiffs, the Clerk is direc enter those dismissals and to close each case listed in the caption, except 21mc100. (Signed by Judge Alvin K. Helle 6/29/2011) (jpo) (Entered: 06/29/2011) |
| 6/29/2011 | [2495] | STIPULATION OF VOLUNTARY DISMISSAL AGAINST DEFENDANTS PHILLIPS &JORDAN, INC. ("P) Al EVANS ENVIRONMENTAL AND GEOLOGICAL SCIENCE AND MANAGEMENT. LLC d/b/a EVANS ENVIRONMENTAL PURSUANT TO F.R.C.P. 41(a)(l)(A)(ii) PERTAINING TO THE FOLLOWING CASES: A by named Plaintiffs against Defendants Phillips &Jordan, Inc. and Evans Environmental and Geological Science an Management, LLC d/b/a Evans Environmental arising out of or relating in any way World Trade Center related resc recovery and/or debris removal operations and/or clean up at any location on and/or after September 11, 2011, are v dismissed with prejudice. The dismissal is without costs. ENDORSEMENT: The stipulation is accepted. As the dis are of the last remaining claims of each of these Plaintiffs, the Clerk is directed to enter these dismissals and to clos case listed on the caption, except 21mc100. (Signed by Judge Alvin K. Hellerstein on 6/29/2011) (jpo) Modified on |

| | | |
|---|---|---|
| | | 6/29/2011 (jpo). (Entered: 06/29/2011) |
| 6/29/2011 | 2502 | REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL. Document filed by Hector Flamenco. (rmj) (Ent 07/08/2011) |
| 6/30/2011 | 2496 | ORDER SETTING SCHEDULED FOR PORT AUTHORITY;'S REQUEST TO TRANSFER ARTIFACT: The Por Authority of New York and New Jersey has been preserving artifacts from the events of September 11, 2001, for us evidence in litigation in this Court and for eventual use by the National September 11 Memorial and Museum. In an dated July 7, 2009, I granted the Port Authority permission to transfer certain artifacts within its possession to the M See Order, In re September 11 Litig., 21 MC 97 (Doc. No. 1491) (S.D.N.Y. July 8, 2009). Pursuant to that Order, th Authority has written to the Court, seeking to transfer an FDNY ambulance. Incident to the transfer, the Port Author permission to have the New York City Office of the Chief Medical Examiner examine and remove evidence in the ambulance; and to permit the Museum to clean the ambulance. Before granting the Port Authority's request, it is app to give the parties to this litigation an opportunity to comment or object. Any interested party may comment on or ol the request by July 6, 2011. (Signed by Judge Alvin K. Hellerstein on 6/30/2011) (jfe) Modified on 6/30/2011 (jfe). 06/30/2011) |
| 6/30/2011 | 2497 | SUPPLEMENT TO STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST PHILIPS AI JORDAN ONLY: The plaintiffs identified on Exhibit "C" attached hereto, are dismissed with prejudice against Phil &Jordan, Inc., pursuant to the fully executed Settlement Agreement by and between counsel for the parties. Said Ag was approved and so Ordered by this Court on November 15, 2010. (Signed by Judge Alvin K. Hellerstein on 6/30/ (jpo) (Entered: 06/30/2011) |
| 7/06/2011 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2132 Notice filed by Plaintiffs Liaison Counsel, 2136 Notice of Cross Appeal filed by All Plaintiffs, 2128 Affirmation filed by P Liaison Counsel, 2133 Certificate of Service Other, filed by Plaintiffs Liaison Counsel, 2134 Notice (Other) filed by Plaintiffs Liaison Counsel, 2135 Order, 1646 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1343 R for Production of Documents filed by Donald Carson, Gloria Elaine Carson, 1655 Order,, 1135 Notice (Other) filed Plaintiffs Liaison Counsel, 1568 Affirmation filed by Francis A. Lee Company, 1294 Response to Discovery filed b Panarella, 1656 Order,, 1745 Endorsed Letter,, 2070 Appeal Record Sent to USCA – Index,, 1670 Order on Motion Miscellaneous Relief,, 1590 MOTION for Brian E. Moffitt to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Priva Corporation, Deutsche Bank Trust Company Americas, 1116 Notice of Adoption of Master Answer filed by Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1547 Order,, 1383 Notice (Other) filed by City of New York, 1354 Request for Production of Documents filed by H Pate, 2035 Notice (Other) filed by Plaintiffs Liaison Counsel, 1010 Stipulation and Order of Dismissal, 1048 Order, Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1436 Order,,,,,,, 1708 Memorandum of Law in Support of M filed by The Port Authority of New York &New Jersey, 974 Endorsed Letter, Set Deadlines/Hearings,, 1872 Rule 5 Statement filed by Taylor Recycling Facility LLC, 2042 Notice (Other) filed by Gregory J Cannata &Associates, 18 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1830 Memorandum of Law in Support of filed by Taylor Recycling Facility LLC, 1141 Rule 56.1 Statement, filed by Tully Environmental Inc., Bovis Lend L LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AMEC Construction Management, Inc., Al Earth &Environmental, Inc., Evergreen Recycling of Corona, Plaza Construction Corp., 924 Notice (Other), Notice Notice (Other) filed by Plaintiffs Liaison Counsel, 1319 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1876 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1080 Notice of Adoption of M Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1580 Notice (Other) filed by Plaintiffs Liaison Counsel, 1447 Declaration in Suppor Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Ov &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dako Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C City of New York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidli Associates, Inc., Buro Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, I Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., E Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci |

Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineers, 1351 Request for Production of Documents filed by Dennis M. O'Connor, 1650 MOTION for Brian S. L Appear Pro Hac Vice. filed by Tishman Interiors Corporation, Tishman Construction Corporation of Manhattan, Tis Construction Corporation of New York, Tishman Interiors Corporation, Tishman Construction Corporation of Man 1683 Endorsed Letter, Set Hearings,, 1433 Stipulation and Order,,, 2109 Memorandum of Law in Support of Motion Mount Sinai Medical Center, 1016 Reply filed by En–Tech Corp., C.B. Contracting Corp., 1649 MOTION for Aar to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Clients Corporation, DBAB Wall Street LLC, 1261 Notice (Other) filed by Plaintiffs Liaison Counsel, 961 Stipulati Order of Dismissal,, 2119 MOTION for Summary Judgment Notice of Motion for Summary Judgment Dismissing A3, B1 and B2 Plaintiffs' Labor Law, Common Law Negligence, and General Municipal Law Claims against The Po Authority of New York and New Jersey. filed by The Port Authority of New York &New Jersey, 1625 Notice of Ap filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma Interiors Corporation, 1165 Notice (Other) filed by Plaintiffs Liaison Counsel, 1227 MOTION for Andrew J. Carbo Withdraw as Attorney for Plaintiffs. filed by Mary Jane Striffler, Donald Striffler, 948 Declaration in Support of Mo filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1404 Response to Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 19 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1567 Declaration in Opposition to Motion, filed by Raym Hauber, 1396 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 2105 Stipulation and Order,,,, 1216 Stipulation and Order,,, 1137 Stipulation and Order, 1057 Case Management Plan, 2084 MOTION,, 1998 Declaration in of Motion, filed by The Port Authority of New York &New Jersey, 1263 Order,,, 1629 Affidavit in Support of Moti by City of New York, 1085 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Ma Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2101 Notice of Appearance filed b Marine, Inc., 1358 Request for Production of Documents filed by Bernard Stinchcomb, Christine Stinchcomb, 1828 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1213 Order, 1130 Notice of Ad Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne Tishman Interiors Corporation, 1559 Certificate of Service Complaints, Certificate of Service Other,, filed by Tayl Recycling Facility LLC, 2010 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1041 MOTION for Discovery to Address Plaintiffs' Counsel's Failures in Providing Discovery and to Require an End Date for Complet Production of Medical Records and Sanctions. filed by AMEC Construction Management, Inc., Bovis Lend Lease L Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Com Plaza Construction Corp., 913 Notice (Other) filed by Plaintiffs Liaison Counsel, 1235 Notice (Other) filed by Plain Liaison Counsel, 889 Notice (Other) filed by Plaintiffs Liaison Counsel, 1247 Order on Motion to Vacate,,, 1472 No (Other) filed by Plaintiffs Liaison Counsel, 987 Notice (Other) filed by Plaintiffs Liaison Counsel, 1822 MOTION fo Summary Judgment re Casey (06 cv 08890). filed by Taylor Recycling Facility LLC, 1465 Declaration in Support o Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1653 Notice of Appearance filed by Tishman Construction Corporation of Manhatta Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1361 Affirmation filed by Plaintiff Counsel, 1565 Affirmation filed by Component Assembly Systems, Inc., 1473 Stipulation and Order, Set Motion an RRDeadlines/Hearings,, 2096 Notice of Appearance filed by Weeks Marine, Inc., 2030 Notice (Other) filed by Greg Cannata &Associates, 1265 Order, 963 Stipulation and Order of Dismissal,, 1870 Rule 56.1 Statement filed by Tayl Recycling Facility LLC, 1911 Endorsed Letter,, 1690 Notice (Other) filed by Plaintiffs Liaison Counsel, 1337 Notic filed by Plaintiffs Liaison Counsel, 1978 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1406 Notice (Other) Plaintiffs Liaison Counsel, 1784 MOTION for Summary Judgment Notice of Motion Cantore. filed by Evans Enviro &Geological Science &Management, LLC., 1775 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1556 A in Support of Motion filed by City of New York, 1746 Endorsed Letter,, 1987 MOTION for Summary Judgment for Plaintiffs Daniel and Jeanne Raleigh. filed by Phillips and Jordan, Inc., 2098 Notice of Appearance filed by Weeks Inc., 1300 Response to Discovery filed by Herbert Pate, 1992 Notice (Other), Notice (Other) filed by City of New Y 1515 Notice (Other) filed by Plaintiffs Liaison Counsel, 1615 MOTION for Alashia L. Chan to Appear Pro Hac Vic by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, Private Clients Corporation, DBAB Wall Street LLC, 2006 Order,, 1894 Declaration in Support of Motion,, filed by Environmental &Geological Science &Management, LLC., 1835 Memorandum of Law in Support of Motion filed b Recycling Facility LLC, 1805 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1248 N (Other) filed by Plaintiffs Liaison Counsel, 1829 Memorandum of Law in Support of Motion filed by Taylor Recyc Facility LLC, 1774 MOTION for Summary Judgment Rule 56 Statement Greco. filed by Evans Environmental &Ge Science &Management, LLC., 1011 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1573 Memorandum of Law in Support of Motion filed by City of New York, 1767 Memorandum of Law in Support of M filed by Phillips and Jordan, Inc., 2069 Endorsed Letter,,,,,, 1201 Endorsed Letter, 1012 Notice (Other) filed by Pla Liaison Counsel, 1105 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhat Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1470 Declaration in Support of Mo filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma Interiors Corporation, 1175 MOTION for Partial Summary Judgment. filed by En–Tech Corp., DMT Enterprise, Inc

Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canr
Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Roda
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Tot
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corpora
Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann
&Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In
Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental
Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environm
Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer−Four Transportation Corp., Nev
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty
Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1913 Notice (Other) filed by Plai
Liaison Counsel, 1364 Notice (Other) filed by Plaintiffs Liaison Counsel, 1244 Stipulation and Order of Dismissal,,
MOTION to Strike Plaintiffs' September 9, 2009 Submission. filed by Gilsanz, Murray, Steficek, LLP, Skidmore Ov
&Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robe
Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A
Consulting Engineers, P.C., Vollmer Associates, LLP, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, In
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1426 Notice (Other) filed by Plaintiffs Liaison Counsel, 1353
for Production of Documents filed by Robert Panarella, 1517 Order,, 990 Objection (non−motion), Objection (non−
filed by marion s. mishkin, 1484 MOTION to Preclude and for Default against the Defendant City of New York. filed
Plaintiffs Liaison Counsel, 1798 MOTION for Summary Judgment Notice of Motion Castro. filed by Evans Environ
&Geological Science &Management, LLC., 1461 Notice (Other) filed by Plaintiffs Liaison Counsel, 1044 Notice (C
filed by Plaintiffs Liaison Counsel, 1928 Affidavit in Support of Motion, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1306 Response to Disc
filed by Frank Scallo, 1509 Order, 1174 Notice (Other) filed by Plaintiffs Liaison Counsel, 1699 Declaration in Sup
Motion,,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett
MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, I
Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consult
Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rut
Consulting Engineers, Lucius Pitkin, Inc., 2089 Notice (Other) filed by Plaintiffs Liaison Counsel, 1815 MOTION f
Summary Judgment Based Upon Untimely Notices of Claim and Statute of Limitations. filed by City of New York,,
Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1496 Declaration in Support of Motion,,, f
Plaintiffs Liaison Counsel, 1861 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1890 Af
Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1131 Notice of Adopti
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Nev
Tishman Interiors Corporation, 1702 Memorandum of Law in Support of Motion filed by Michelle Haskett−Godbee
Stipulation and Order of Dismissal,, 1955 Certificate of Service Other filed by Taylor Recycling Facility LLC, 1906
Endorsed Letter,, 964 Notice (Other) filed by Plaintiffs Liaison Counsel, 1652 Endorsed Letter,, 2092 Case Manage
Plan,,,,, 1384 Notice (Other) filed by Plaintiffs Liaison Counsel, 1334 Endorsed Letter,, 952 MOTION for Partial Su
Judgment. filed by Michelle Haskett−Godbee, 1502 Notice (Other) filed by Plaintiffs Liaison Counsel, 2008 MOTIO
Summary Judgment. filed by Survivair Respirators, Inc., 1952 Declaration in Support,, filed by Evans Environment
&Geological Science &Management, LLC., 1184 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 192
56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Nev
Tishman Interiors Corporation, 1553 Memorandum of Law in Support of Motion filed by City of New York, 2083 C
1445 Rule 56.1 Statement,,,,,,,, filed by En−Tech Corp., DMT Enterprise, Inc, AMEC Construction Management, I
Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Gr
L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Co., Inc., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpor
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construd
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat

Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., _1807_ Certificate of Service Other filed by Phillips and Jordan, Inc., _1488_ Memorandum of La
Support of Motion filed by Plaintiffs Liaison Counsel, _1363_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1895_
Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., _1429_
Letter,, _1608_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1700_ MOTION for Partial Summary Judgment. file
Michelle Haskett–Godbee, _1222_ Order, _1816_ Notice (Other) filed by City of New York, _959_ Stipulation and Order o
Dismissal, _1852_ Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, Frank Malone, _1558_ Rule 7.1
Corporate Disclosure Statement filed by Taylor Recycling Facility LLC, _1415_ Order,,, _1115_ Notice of Adoption of
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, _1000_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1956_ Certificate of Service
filed by Taylor Recycling Facility LLC, _2057_ Order, _1940_ Memorandum of Law in Support filed by Evans Environ
&Geological Science &Management, LLC., _956_ Stipulation and Order, Set Motion and RRDeadlines/Hearings,, _20_
_1380_ Reply Affidavit in Support of Motion filed by City of New York, _1797_ MOTION to Compel Production of Do
Previously Withheld Under Improper Claim of Privilege. filed by Plaintiffs Liaison Counsel, _1503_ Notice (Other) fi
Plaintiffs Liaison Counsel, _1663_ Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, _17_
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, _1869_ Rule 56.
Statement filed by Taylor Recycling Facility LLC, _1060_ Order,,,,,, _1613_ Declaration in Support of Motion filed by
Liaison Counsel, _1636_ Affirmation in Support,, filed by Raymond Hauber, _1314_ Response to Discovery filed by Be
Stinchcomb, Christine Stinchcomb, _1170_ Notice (Other) filed by Samuel Provisero, _1428_ Affidavit of Service Other
Plaintiffs Liaison Counsel, _1062_ Endorsed Letter,,, _1917_ MOTION for Summary Judgment on behalf of Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Co
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman
Interiors Corporation, _1035_ Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., _914_ Notice (Oth
by Plaintiffs Liaison Counsel, _946_ Rule 56.1 Statement filed by En–Tech Corp., Diego Construction, Inc., C.B. Con
Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., _1387_ Affirmation filed by Pla
Liaison Counsel, _2102_ Notice of Appearance filed by Weeks Marine, Inc., _1985_ MOTION for Summary Judgment
Behalf of The City of New York Based Upon Untimely Notices of Claim and Statute of Limitations. filed by City o
York, _1456_ MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul Hauber in his representati
capacity as Executor of the Estate of Raymond Hauber, now deceased. MOTION to Amend/Correct Caption. filed b
Raymond Hauber, _1204_ MOTION for Partial Summary Judgment. filed by Tishman Construction Corporation of M
Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1362_ Notice (Other) filed by Plain
Liaison Counsel, _1357_ Request for Production of Documents filed by Frank Scallo, _1938_ Declaration in Support, fil
Evans Environmental &Geological Science &Management, LLC., _1505_ MOTION to Preclude and for Default Judg
against Defendants for Failing to Comply with Plaintiffs' First Case–Specific Demands and Order of July 8, 2009. fi
Plaintiffs Liaison Counsel, _1237_ Order,, _973_ Notice of Appearance filed by Kevin Fitzpatrick, _1193_ MOTION to Va
_1160_ Order,,. filed by Joette DeGiovine, Daniel DeGiovine, _999_ Notice (Other) filed by Plaintiffs Liaison Counsel, _
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc
Corporation of New York, Tishman Interiors Corporation, _891_ Notice (Other) filed by Plaintiffs Liaison Counsel, _1_
MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. filed by Survivair Respirators, Inc., _2103_ Notice of Appear
filed by Weeks Marine, Inc., _1206_ Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., _1728_ Af
in Support of Motion,,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, _1896_ Declaration in Suppo
Motion,, filed by Evans Environmental &Geological Science &Management, LLC., _2002_ Memorandum of Law in
Support,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, I
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment I
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C.
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking

&Construction Corp., 1293 Response to Discovery filed by Michael Panarella, 960 Certificate of Service Other,, file marion s. mishkin, 2078 Notice of Appearance filed by United States, 1826 MOTION for Summary Judgment re Ra cv 09818). filed by Taylor Recycling Facility LLC, 1514 Order, 1560 Answer to Complaint filed by Taylor Recyclin Facility LLC, 1981 MOTION for Summary Judgment for Plaintiffs Frank Gullo and Gabriella Gullo. filed by Philli Jordan, Inc., 1069 Notice (Other) filed by Plaintiffs Liaison Counsel, 1853 Memorandum of Law in Support of Mot by Survivair Respirators, Inc., 1107 Notice of Adoption of Master Answer filed by Tishman Construction Corporati Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1018 Notice (Other) fil Plaintiffs Liaison Counsel, 1877 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Manage LLC., 1504 Notice (Other) filed by Plaintiffs Liaison Counsel, 1315 MOTION for Partial Summary Judgment. filed Michelle Haskett–Godbee, 1197 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 94 (Other) filed by Plaintiffs Liaison Counsel, 895 Order, 1521 Notice (Other) filed by The City of New York, 1279 Re to Discovery, filed by Thomas M. Flanders, 1059 Notice (Other) filed by Plaintiffs Liaison Counsel, 2097 Notice of Appearance filed by Weeks Marine, Inc., 1783 MOTION for Summary Judgment re Alleva case (06 cv 08887). file Taylor Recycling Facility LLC, 1449 Affirmation filed by Nacirema Industries, Inc., 1958 Reply Memorandum of L Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1442 Notice (Other) filed by Plaintiffs Liaison Counsel, 1804 A of Service Other,, filed by Plaintiffs Liaison Counsel, Frank Malone, 1736 Affidavit of Service Other filed by Plaint Liaison Counsel, 1156 Notice (Other) filed by Plaintiffs Liaison Counsel, 1506 Declaration in Support of Motion,,,, Plaintiffs Liaison Counsel, 983 Stipulation and Order, 986 Order on Motion for Partial Summary Judgment, 894 Stip and Order of Dismissal,, 1119 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1142 Memorandum of Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Turi Construction Company, Plaza Construction Corp., 2087 Notice (Other), Notice (Other), Notice (Other), Notice (Oth Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Co Enterprise, Inc., Off Road Welding, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Trucking, Inc., Toretta Trucking, Inc., Ove Arup &Partners P.C., Cord Contracting Co. Inc., Dakota Demo–Tech, C Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Group, Buro Happold Consulting Engineer Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Parson Group, I Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Musco Sports Lighting, LLC, ' Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Constructio Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti Simpson Gumpertz &Heger Inc., Ment Bros. Iron Works Co., JP Equipment Rental Material, Inc., Brer–Four Trans Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construct Corp., 1029 Notice (Other) filed by Plaintiffs Liaison Counsel, 1183 Memorandum of Law in Support filed by Plain Liaison Counsel, 1954 Declaration in Support,, filed by Evans Environmental &Geological Science &Management, 1782 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plainti Liaison Counsel, 1386 Case Management Plan, 2019 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co Contractors, Inc., 1658 Order, 2093 Notice of Appearance filed by Weeks Marine, Inc., 1637 Certificate of Service filed by Raymond Hauber, 1749 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geologi Science &Management, LLC., 1523 Declaration in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Sk Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robert Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek L Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Ind Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius P Inc., 1313 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 2099 Notice of Appearance Weeks Marine, Inc., 1452 Stipulation and Order of Dismissal,,,, 1239 Notice of Adoption of Master Answer filed by and Jordan, 1606 Stipulation and Order,, 958 Stipulation and Order of Dismissal, 1781 Rule 56.1 Statement filed by Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor

1718 Order, 1854 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1525 Memorandum of Law in
of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartle
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P.
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engine
P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomaset
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 1453 Endorsed Letter,,,, 1986 Memorandum of Law i
Support of Motion filed by City of New York, 1925 Declaration in Support of Motion, filed by Tishman Constructic
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1799 R
Statement filed by The Port Authority of New York &New Jersey, 1596 Notice (Other) filed by Plaintiffs Liaison C
1513 Notice of Appearance filed by Manafort Brothers, Inc., 1230 Notice of Appearance filed by Manafort Brothers
923 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1765 MOTION for Summary Judgment re Allev
by Phillips and Jordan, Inc., 1855 Affidavit of Service Other filed by Survivair Respirators, Inc., 1712 Order, 1427
Protective Order,, 1345 Request for Production of Documents filed by Andrew Dunaway, 2024 Rule 7.1 Corporate
Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1640 Affirmation in Opposition, filed by I
Hauber, 1083 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish
Construction Corporation of New York, Tishman Interiors Corporation, 1287 Response, filed by Plaintiffs Liaison C
2018 Notice (Other) filed by Gregory J Cannata &Associates, 1541 Order on Motion to Preclude, 1215 Stipulation a
Order,,, 1616 MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. filed by Taylor Recycling Facility LLC, 97
Certificate of Service Other,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Eng
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1666 Memorandum &Opinion, 1642 Notice (Othe
by Plaintiffs Liaison Counsel, 1499 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1389 Notice
filed by Plaintiffs Liaison Counsel, 1240 Costs Taxed, 1157 Endorsed Letter,, 1679 MOTION to Compel Robert Mc
to Appear for Deposition. filed by Gilsanz, Murray, Steficek, LLP, En-Tech Corp., DMT Enterprise, Inc., AMEC
Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Truckin
Cord Contracting Co. Inc., Dakota Demo-Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing
Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Wei
Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer-Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.
Response to Discovery filed by Frank Scallo, 1150 Rule 56.1 Statement filed by City of New York, 1441 Response
Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 1480 Affidavit of Service Other, filed by Plaintiffs Liaison
1200 Stipulation and Order, Set Deadlines, 1272 Response to Discovery filed by Andrew Dunaway, 1908 Memoran
Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1836 Memorandum of Law in Support of Motion f
Taylor Recycling Facility LLC, 1661 MOTION for Reconsideration of the Court's Order Dated December 3, 2009 D
Motion to Compel Mayris Webber, DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1634 Reply
Memorandum of Law in Support of Motion filed by The City of New York, 910 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1338 Order,, 1874 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1164 Notice (Other) fi
Plaintiffs Liaison Counsel, 1103 Notice of Adoption of Master Answer filed by Tishman Construction Corporation c
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2086 Order, 2063 Ord
Declaration in Support of Motion filed by City of New York, 1790 MOTION for Summary Judgment Notice of Mot
Casey. filed by Evans Environmental &Geological Science &Management, LLC,, 927 Notice (Other) filed by Plaint
Liaison Counsel, 2104 Notice of Appearance filed by Weeks Marine, Inc., 1858 MOTION for Stephanie S. McGraw
Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., Sperian Respirstory
Protection USA, LLC, Musco Sports Lighting, LLC, 1464 Memorandum of Law in Support of Motion, filed by Tisl
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1460 Affirmation in Support of Motion, filed by Raymond Hauber, 1644 MOTION for an Order compelling Mayris

DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1305 Response to Discovery filed by Frank Sca
Stipulation and Order,,,,,, 1705 Memorandum of Law in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP
En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, L
Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.
Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer−Fo
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers,
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1443 Order on Motion f
Summary Judgment, 1266 Response to Discovery filed by Nicola Cavicchio, 1220 Endorsed Letter,,, 1823 MOTIO
Summary Judgment re Greco (05 cv 01228). filed by Taylor Recycling Facility LLC, 2020 Notice of Adoption of M
Answer filed by Berkel &Co. Contractors, Inc., 1862 Declaration in Support of Motion filed by Taylor Recycling Fa
LLC, 1848 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1038 Order, Set Deadlines/Hearing
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construct
Corporation of New York, Tishman Interiors Corporation, 890 Stipulation and Order of Dismissal,, 1124 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1614 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1537 Ord
Motion to Appear Pro Hac Vice, 1897 Declaration in Support of Motion,, filed by Evans Environmental &Geologic
Science &Management, LLC., 1626 Response to Discovery filed by Diane Scallo, Andrew Scallo, 2095 Notice of
Appearance filed by Weeks Marine, Inc., 1139 Order,,, 1768 Declaration in Support of Motion, filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1214 Order on Motion to Appear Pro Hac Vice,,, 1378 Reply Memorandum of Law in Support of Motion,,,,, filed b
En−Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre
Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., P
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot
Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Ind
Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo
Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One
Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc.
Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction C
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Mater
Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Cons
Corp., 1595 Order Admitting Attorney Pro Hac Vice, Terminate Motions,,,,,,,,,,,,,, 2079 Order, Set Deadlines/Hearin
1698 Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Me
LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1042 Memorandum of
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Const
Corp., 1275 Response to Discovery filed by Michael Labetti, 2052 Notice (Other) filed by Gregory J Cannata &Ass
1008 Notice (Other) filed by Plaintiffs Liaison Counsel, 1172 Notice (Other) filed by Plaintiffs Liaison Counsel, 20
of Voluntary Dismissal − Signed, 1333 Stipulation and Order of Dismissal,, 1849 Order,,,, 2040 Notice (Other) filed
Gregory J Cannata &Associates, 1153 Order,,,,,,, 1267 Response to Discovery filed by Donald Carson, 1160 Order,,
Answer to Complaint filed by Seasons Industrial Contracting, 1777 MOTION for Summary Judgment Dismissing C
A1, A2, A3, B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New Yor
Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 2107 FIRST MOTION to Compel
Pursuant to FRCP45. filed by Mount Sinai Medical Center, 1975 MOTION for Summary Judgment for Plaintiffs Ca

Cameron and Steve Cameron. filed by Phillips and Jordan, Inc., 2043 Notice of Voluntary Dismissal – Signed, 1647
MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. filed
En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, S.
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cam
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., I
National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., B
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robe
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 2100 Notice of Appearance filed by Weeks Marine, Inc., 197
Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1555 Affidavit in Support of Motion f
City of New York, 1965 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1402 Notice (Other), Notice (Other)
Plaintiffs Liaison Counsel, 937 Notice (Other) filed by Plaintiffs Liaison Counsel, 1032 Declaration in Opposition f
Plaintiffs Liaison Counsel, 1808 Certificate of Service Other filed by Phillips and Jordan, Inc., 1920 Affidavit in Sup
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 989 Certificate of Counsel filed by marion s. mishkin, 1078 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1424 Notice (Other) filed by Plaintiffs Liaison Counsel, 1660 Notice (Other) filed by
Environmental &Geological Science &Management, LLC., 1347 Request for Production of Documents filed by Fra
Goffredo, Blanca Goffredo, 1605 Order on Motion to Appear Pro Hac Vice, 2118 Endorsed Letter, 965 USCA Man
2048 Notice (Other) filed by Gregory J Cannata &Associates, 1022 Endorsed Letter, 1641 Endorsed Letter,, 2011 R
Statement filed by Survivair Respirators, Inc., 943 Stipulation and Order,, 1098 Notice of Adoption of Master Answe
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1676 MOTION to Amend/Correct Notice of Motion by The Port Authority of New York and New Jers
Amend it's Master Answer. filed by The Port Authority of New York &New Jersey, 1500 Notice (Other) filed by Pl
Liaison Counsel, 1423 Notice (Other) filed by Plaintiffs Liaison Counsel, 1947 MOTION for Summary Judgment re
Gullo, et al. v. A. Russo Wrecking, et al. (06–cv–10937). filed by Taylor Recycling Facility LLC, 1118 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1015 Reply Memorandum of Law in Support of Motion filed by En–Tech Co
Contracting Corp., 1602 MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. filed by Taylor Recycling Facil
1916 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1901 Notice of Appearance filed by Plaza Constructio
1884 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 10
Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 1316 Response to Discovery filed by Rober
1546 Notice (Other) filed by Plaintiffs Liaison Counsel, 1733 Response to Discovery filed by Frank Goffredo, Blan
Goffredo, 1530 MOTION for Julie Busch to Appear Pro Hac Vice. filed by The Port Authority of New York &New
1036 Notice (Other) filed by Plaintiffs Liaison Counsel, 1133 Notice of Appearance filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1250
Stipulation and Order of Dismissal,, 1412 Order,,, 1407 Notice (Other) filed by Plaintiffs Liaison Counsel, 1126 No
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1527 Endorsed Letter,, 1633 Reply Affirmation in Support of Motion, fi
The City of New York, 1544 Order on Motion to Strike, 1462 Notice (Other) filed by Plaintiffs Liaison Counsel, 11
of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Co
of New York, Tishman Interiors Corporation, 2027 Notice of Adoption of Master Answer filed by Buro Happold Co
Engineers, P.C., 1791 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 17
on Motion to Appear Pro Hac Vice, 1438 Endorsed Letter,, 1695 Declaration in Support of Motion, filed by The Po
Authority of New York &New Jersey, 1109 Notice of Adoption of Master Answer filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1304 R
to Discovery filed by Frank Scallo, 1966 Certificate of Service Other filed by Phillips and Jordan, Inc., 1875 Rule 5
Statement filed by Taylor Recycling Facility LLC, 1487 Declaration in Support of Motion,, filed by Plaintiffs Liaiso
Counsel, 1408 Endorsed Letter,,,, 1937 Memorandum of Law in Support filed by Evans Environmental &Geologica
&Management, LLC., 1371 Order,,, 1125 Notice of Adoption of Master Answer filed by Tishman Construction Cor
of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1586 Affidavit of S

Case: 21-2964 Document 41 07/26/2012 664962 Page 1528 of 1806
Case 1:21-mc-00100-AKH Document 1 Filed 07/26/2012 12:16 PM EDT Page 1528 of 1805
As of 07/26/2012 12:16 PM EDT 1528 of 1805

Other, filed by Plaintiffs Liaison Counsel, 1582 Notice (Other) filed by Plaintiffs Liaison Counsel, 1077 Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of York, Tishman Interiors Corporation, 1585 Endorsed Letter, 1909 Endorsed Letter, Set Deadlines/Hearings,,,,,, 189 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1524 De in Support of Motion,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kess &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Asso R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Co Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornt Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler & Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2090 Notice (Othe by Plaintiffs Liaison Counsel, 1341 Notice (Other) filed by Plaintiffs Liaison Counsel, 1138 Memorandum &Opinio Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1497 Memorandum of Law in Supp Motion, filed by Plaintiffs Liaison Counsel, 1282 Response to Discovery filed by Dennis M. O'Connor, 1980 Certifi Service Other, filed by Phillips and Jordan, Inc., 1600 Stipulation and Order,,,,,,,, 1825 MOTION for Summary Jud Loughery (06 cv 08609). filed by Taylor Recycling Facility LLC, 926 Notice (Other) filed by Plaintiffs Liaison Cou 1832 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 2036 Notice (Other) filed Gregory J Cannata &Associates, 1217 Stipulation and Order,,, 1501 Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,,,, 1074 Notice (Other) filed by Plaintiffs Liaison Counsel, 1211 Order,,,,, 1668 Notice (O filed by Plaintiffs Liaison Counsel, 993 Order, 1905 Order,,,, 1898 Declaration in Support of Motion,, filed by Evan Environmental &Geological Science &Management, LLC., 1270 Response to Discovery filed by Andrew Dunaway Order on Motion for Reconsideration, 2017 Notice (Other) filed by Gregory J Cannata &Associates, 920 Stipulation Order of Dismissal,, 2065 Memo Endorsement, 1979 Rule 56.1 Statement filed by The Port Authority of New York Jersey, 1778 MOTION for Summary Judgment Memo of Law Greco. filed by Evans Environmental &Geological Se &Management, LLC., 1439 Notice (Other) filed by Plaintiffs Liaison Counsel, 1435 Notice (Other) filed by Plaintif Liaison Counsel, 1166 Notice (Other) filed by Samuel Provisero., 1128 Notice of Adoption of Master Answer filed b Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio Corporation, 950 Order Admitting Attorney Pro Hac Vice, 2071 Response to Discovery filed by Andrea Cavicchio, Cavicchio, 1508 Notice (Other) filed by Plaintiffs Liaison Counsel, 931 Notice (Other) filed by Plaintiffs Liaison Co 1176 Declaration in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skans Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Execut Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipm Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1630 Response to Motion filed by Taylor R Facility LLC, 1491 Order on Motion for Summary Judgment, Order on Motion for Judgment on the Pleadings, 2051 Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrec Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessle &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 1088 Notice of Adoption of Master Answer filed by Tishman

Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1919 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 925 Notice (Other), Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Lia
Counsel, 911 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish
Construction Corporation of New York, Tishman Interiors Corporation, 1618 MOTION for Maureen C. Pavely to A
Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Cor
Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1381 Reply
Memorandum of Law in Support of Motion filed by City of New York, 1288 Memorandum of Law in Opposition,,,
Plaintiffs Liaison Counsel, 1820 MOTION for Summary Judgment re Cameron (06 cv 09273). filed by Taylor Recy
Facility LLC, 2121 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1552
MOTION to Quash Subpoenas. filed by City of New York, 1540 Notice (Other) filed by Plaintiffs Liaison Counsel,
MOTION to Vacate March 3, 2009 Dismissal. filed by Samuel Proviseno, 1238 Stipulation and Order of Dismissal,,
Request for Production of Documents filed by Andrea Cavicchio, Nicola Cavicchio, 1802 Rule 56.1 Statement,,,, fil
Phillips and Jordan, Inc., 1368 Stipulation and Order of Dismissal,, 1607 Affirmation filed by Eagle One Roofing
Contractors, Inc., 1744 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1949 Declaration in Support o
filed by Taylor Recycling Facility LLC, 1004 Rule 56.1 Statement filed by Plaintiffs Liaison Counsel, 1536 Order o
to Appear Pro Hac Vice, 984 Notice (Other), Notice (Other) filed by marion s. mishkin, 1262 Notice (Other) filed by
Plaintiffs Liaison Counsel, 1191 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1982 Memorandum
in Support of Motion filed by Phillips and Jordan, Inc., 1766 Memorandum of Law in Support of Motion filed by Pl
Liaison Counsel, Frank Malone, 1310 Response to Discovery filed by Frank Scallo, 1372 Notice (Other) filed
by Phillips and Jordan, Inc., 1076 MOTION for Anita Weinstein to Appear Pro Hac Vice., 966 Order, Set Motion an
RRDeadlines/Hearings, 1597 Order, Terminate Motions, Add and Terminate Attorneys, 1466 MOTION for Judgme
Pleadings Laron Casey (06cv8890). filed by Tishman Construction Corporation of Manhattan, Tishman Constructio
Corporation of New York, Tishman Interiors Corporation, 1403 Response to Discovery filed by Diane Scallo, Andr
Scallo, 1535 Order on Motion to Appear Pro Hac Vice, 1651 Order, 1671 Notice (Other) filed by Evans Environme
&Geological Science &Management, LLC., 1771 Affidavit in Support of Motion, filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1095 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 955 Notice of Adoption of Master Answer filed by Phillips and Jordan, I
Order, 1709 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1155 Order,
MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs filed by Gilsanz, Murray, S
LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill L
Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoc
Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating, Inc., Eagle One Roofing Cor
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Rol
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Franc
Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equip
Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofi
Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1101 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1054 Notice of Appearance filed by Verizon New York Inc., 1352 Request for Produ
Documents filed by Michael Panarella, Christine Panarella, 1959 Declaration in Support of Motion,,, filed by Gilsan
Murray, Steficek, LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C.,
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, S
Owings &Merrill, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., 2032 Endorsed Letter,, 1557 Notice (Other) filed by Plaintiffs Liaison Counsel, 928 Notice (Other) filed
Plaintiffs Liaison Counsel, 1631 Certificate of Service Other filed by Taylor Recycling Facility LLC, 988 Schedulin
1307 Response to Discovery filed by Frank Scallo, 1342 Notice (Other) filed by Plaintiffs Liaison Counsel, 2077 No
(Other) filed by Plaintiffs Liaison Counsel, 1612 MOTION to Compel James Carpenter to Appear for Deposition. fi
Plaintiffs Liaison Counsel, 1601 Order on Motion to Compel, 945 MOTION for Summary Judgment. filed by En–T

Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., <u>1458</u> Order, <u>1900</u> Order Admitting Attorney Pro Hac Vice, <u>1440</u> Notice (Other) filed by The City of New York, <u>1390</u> Notice of Appearance, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Service Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., <u>1974</u> Certificate of Service Other filed by Phillips and Jordan, Inc., <u>1988</u> Declaration in Support of Motion filed by City of New York, <u>1446</u> Memorandum of Law in Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., <u>1034</u> Notice (Other) filed by Plaintiffs Liaison Counsel, <u>905</u> Stipulation and Order of Dismissal, Certificate of Service Other filed by Taylor Recycling Facility LLC, <u>1416</u> Order,,, <u>1360</u> Request for Production of Documents filed by Frank Scallo, <u>1072</u> Stipulation and Order of Dismissal,,,, <u>2054</u> Order, Set Motion and RRDeadlines/Hearings, <u>1809</u> Affidavit of Service Other filed by Phillips and Jordan, Inc., <u>1665</u> Notice (Other) filed by Plaintiffs Liaison Counsel, <u>1037</u> USCA Mandate, <u>2088</u> Order,, <u>1599</u> Notice (Other) filed by Plaintiffs Liaison Counsel, Memorandum of Law in Support of Motion, filed by Survivair Respirators, Inc., <u>1737</u> Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, <u>2094</u> Notice of Appearance filed by Weeks Marine, Inc., <u>1995</u> Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., <u>1493</u> Notice (Other) filed by Plaintiffs Liaison Counsel, <u>1228</u> Declaration in Support filed by Mary Jane Striffler, Donald Striffler, <u>1887</u> Memorandum of Law in Support of Motion filed by Eva's Environmental &Geological Science &Management, LLC., <u>1182</u> Declaration in Support filed by Plaintiffs Liaison Counsel, <u>1967</u> MOTION for Summary Judgment Dismissing C1 and B3 Plaintiffs' Labor Law, Common Law Negligence, and General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authority of New York &New Jersey, <u>1249</u> Stipulation and Order,,, <u>1023</u> Stipulation and Order of Dismissal,, <u>1680</u> Declaration in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates, R.L.L.P., Mueser Rutledge Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,

Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipment
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledg
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1001 Notice (Other) filed by I
Liaison Counsel, 1519 Endorsed Letter,, 1827 Certificate of Service Other, filed by Taylor Recycling Facility LLC,
Notice (Other) filed by Plaintiffs Liaison Counsel, 1051 Case Management Plan, 1388 Notice (Other) filed by Plaint
Liaison Counsel, 1056 Protective Order, 1047 Order,,,,, 1730 Notice (Other) filed by Plaintiffs Liaison Counsel, 211
1422 Memo Endorsement, 1312 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1061 N
(Other) filed by Plaintiffs Liaison Counsel, 1173 Endorsed Letter,, 1329 Stipulation and Order of Dismissal, 1984 C
of Service Other, filed by Phillips and Jordan, Inc., 1673 FIRST MOTION for Protective Order Notice of Motion. fi
United States, 1888 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1019 Notice (Other) filed by Plaintiffs Liaison Counsel, 1945 Memorandum of Law in Suppo
by Evans Environmental &Geological Science &Management, LLC., 1498 Notice (Other) filed by Plaintiffs Liaison
Counsel, 1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New York's Admitted Suppression of I
for Six Years. filed by Plaintiffs Liaison Counsel, Frank Malone, 1152 Declaration in Support of Motion, filed by C
New York, 1566 Memorandum of Law in Opposition to Motion filed by Raymond Hauber, 1760 Rule 56.1 Stateme
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 901 Certificate of Service Other, filed by John Montalvo, 1046 Order on Motion to Appear Pro Hac Vi
Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 953 Amended Notice of Appeal, filed b
Plaintiffs, 1005 Affirmation in Opposition,,, filed by Plaintiffs Liaison Counsel, 1379 Reply Memorandum of Law i
of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environn
Inc., Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 970 Reply Memorandu
Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engi
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gol
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1738 Affidavit of Service Other, filed by Plaintiff
Counsel, 1819 Rule 56.1 Statement filed by City of New York, 1950 Memorandum of Law in Support of Motion fil
Taylor Recycling Facility LLC, 1280 Response to Discovery filed by Nicholas Lusuriello, 1619 Response to Discov
by David Nolan, Louise Nolan, 1907 Counter Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel, 1332 Orde
Case Management Plan,,, 1627 Order on Motion to Compel, 1740 Notice (Other) filed by Plaintiffs Liaison Counsel
Notice (Other) filed by Plaintiffs Liaison Counsel, 2080 Order,,, 2009 Memorandum of Law in Support of Motion f
Survivair Respirators, Inc., 1410 Endorsed Letter,, 981 Notice (Other) filed by Plaintiffs Liaison Counsel, 1225 Stip
and Order,,, 1881 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 10
Stipulation and Order,,,, 1070 Stipulation and Order of Dismissal,,,, 1551 Order,,, 1511 Order on Motion to Amend/
Order on Motion to Substitute Party,, 1574 Affidavit in Support of Motion filed by City of New York, 1317 Respon
Discovery filed by Robert Suarez, 1563 Affidavit of Service Other filed by Taylor Recycling Facility, 1431 No
(Other) filed by Plaintiffs Liaison Counsel, 1863 Declaration in Support of Motion filed by Taylor Recycling Facilit
2026 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1223 Order, 118
MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison Counsel, 1701 Affirmation in Support of Motion filed b
Michelle Haskett–Godbee, 1291 Response to Discovery filed by Michael Panarella, 1268 Response to Discovery fil
Frank Goffredo, 1369 Order,,, 1962 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs a
The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act. filed by
Authority of New York &New Jersey, 1977 Memorandum of Law in Support of Motion, filed by The Port Authorit
York &New Jersey, 1495 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1871 Rule 56.1 Statement
Taylor Recycling Facility LLC, 1474 Order, 1292 Response to Discovery filed by Michael Panarella, 922 Stipulatio
Order of Dismissal, 1639 Endorsed Letter, Add and Terminate Attorneys,,,, 2085 Memo Endorsement, Add and Te
Attorneys,,,, 1318 Response to Discovery filed by Robert Suarez, 1973 Rule 56.1 Statement, filed by Gilsanz, Murr
Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &
LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contractin
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway
Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &
Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Ea
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Con
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Sem
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold
Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E

Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer As LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Const Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., L General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., W Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Cons Corp., 1273 Response to Discovery filed by Frank Goffredo, 1662 Declaration in Support of Motion, filed by Plaint Liaison Counsel, 1483 MOTION to Preclude and for Default against the Defendant City of New York. filed by Plai Liaison Counsel, 2022 Notice of Adoption of Master Answer filed by Berkel &Co. Contractors, Inc., 1748 MOTIO Summary Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction of New Y Tishman Interiors Corp.. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporat New York, Tishman Interiors Corporation, 1806 Certificate of Service Other filed by Phillips and Jordan, Inc., 1795 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plaintiffs Li Counsel, 1391 Affirmation filed by Plaintiffs Liaison Counsel, 2050 Notice of Appeal, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Coro Construction Co., Inc., City of New York, Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Con Corp., 1575 Affidavit in Support of Motion filed by City of New York, 1824 MOTION for Summary Judgment re C (06 cv 08692). filed by Taylor Recycling Facility LLC, 1221 Memo Endorsement, 916 Memorandum of Law in Opp to Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., B Environmental, Inc., 1554 Affidavit in Support of Motion filed by City of New York, 2123 Order,,, 1340 Notice (Ot by Plaintiffs Liaison Counsel, 2108 Protective Order, 1331 Order,, 2117 Rule 56.1 Statement filed by The Port Auth New York &New Jersey, 1494 MOTION to Preclude and For Default Against Defendants for Failing to Timely and Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODU filed by Plaintiffs Liaison Counsel, 1584 Order,,,, 1169 Endorsed Letter,, 977 Order of Dismissal,, 1411 Endorsed L 904 Notice (Other) filed by Plaintiffs Liaison Counsel, 995 Stipulation and Order, Set Motion and RRDeadlines/Hea 1053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1309 Response to Discovery filed by Frank Scallo, 1049 En Letter,, 1058 Notice (Other) filed by Plaintiffs Liaison Counsel, 1377 Notice (Other) filed by Plaintiffs Liaison Cou 1219 Order,,, 1110 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Construction Corporation of New York, Tishman Interiors Corporation, 1195 Declaration in Support filed by Joette DeGiovine, Daniel DeGiovine, 1873 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1405 Response to Discovery filed by Robert Panarella, 1759 Notice (Other) filed by Phillips and Jordan, Inc., 1520 Notice (Other) file Plaintiffs Liaison Counsel, 1892 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 2076 Stipulation and Order,,, 1246 Stipulation and Order of Dismissal,,, 936 Notice (Other) f Plaintiffs Liaison Counsel, 935 Notice (Other) filed by Plaintiffs Liaison Counsel, 1100 Notice of Adoption of Mast Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 899 MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the filed by Plaintiffs Liaison Counsel, 1348 Request for Production of Documents filed by Karen Labetti, Michael Lab Notice (Other) filed by Plaintiffs Liaison Counsel, 1899 Order,,,, 1948 Memorandum of Law in Support filed by Ev Environmental &Geological Science &Management, LLC., 1576 Affidavit in Support of Motion, filed by City of N 1089 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor Corporation of New York, Tishman Interiors Corporation, 2082 Notice of Appearance filed by Weeks Marine, Inc., Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Construction Corp., 1856 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1821 MOTION Summary Judgment re Cantore (06 cv 10654). filed by Taylor Recycling Facility LLC, 1722 Notice of Voluntary D – Signed, 1889 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, 1865 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1290 Response to Discovery filed b Nolan, 1620 Order, Terminate Motions,, 1610 Order,, 1758 Notice (Other) filed by Phillips and Jordan, Inc., 1648 Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and

Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point E
Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze
Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein As
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1721 MOTION for George N. Kalamaras to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1
Certificate of Service Other, filed by Phillips and Jordan, Inc., 1236 Notice (Other) filed by Plaintiffs Liaison Couns
Order, 1259 Stipulation and Order, 1207 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 13
Notice (Other) filed by Plaintiffs Liaison Counsel, 1349 Request for Production of Documents filed by Nicholas Lu
1099 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor
Corporation of New York, Tishman Interiors Corporation, 1548 Order,,, 1726 MOTION for a Voluntary Dismissal o
the Court Considers Proper Pursuant to FRCP 41 (a) (2). filed by John Dunne, Lynn Taylor, Daniel Taylor, James A
1117 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 1025 Endorsed Letter, 1336 Affidavit of Service Other fi
Plaintiffs Liaison Counsel, 1725 Order on Motion to Appear Pro Hac Vice, 900 MOTION for Reconsideration Plain
Memorandum of Law in Support. filed by Plaintiffs Liaison Counsel, 1857 Declaration in Support of Motion filed b
Recycling Facility LLC, 1136 Order Admitting Attorney Pro Hac Vice, 1628 Notice (Other) filed by Plaintiffs Liais
Counsel, 1393 Stipulation and Order,,, 1140 MOTION for Partial Summary Judgment. filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Ev
Recycling of Corona, Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 975 U
Order, 1253 Order, 1743 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1944 R
Statement filed by Evans Environmental &Geological Science &Management, LLC., 1942 Memorandum of Law in
filed by Evans Environmental &Geological Science &Management, LLC., 1271 Response to Discovery filed by An
Dunaway, 1356 Request for Production of Documents filed by Diane Scallo, Andrew Scallo, 969 Reply Affirmation
Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineerin
Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1796 MOTION for Summary Judgment Gipe Affi
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 1579 Declaration in Support, filed
J. Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 1931 Certificate of Serv
Other, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, T
Interiors Corporation, 2122 Order, 1224 Order, 1591 Order,,, 2047 Notice of Voluntary Dismissal – Signed, 2023 E
Letter,, 1370 Order,,, 1321 Endorsed Letter,,, 1776 MOTION for Summary Judgment re: Greco. filed by Phillips an
Inc., 2116 Notice of Appeal, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1562 Amended Answer to Complaints filed by Taylor Recycling Facility LLC, 1108 Notice of Adoption of Master A
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1417 Order,,,,,,,, 1692 Notice (Other) filed by Plaintiffs Liaison Counsel, 1589 MOTION for
Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deuts

Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1684 Order on Motion to Amend/Correct,, 1529 MOTION for Zev Raben to Appear Pro Hac Vice. filed by The Port Authority of New York & Jersey, 1735 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1960 Counter Statement to Rule 56.1,, f Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engine P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi Lucius Pitkin, Inc., 1729 Certificate of Service Other,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Alb Stipulation and Order, Set Deadlines/Hearings,, 1180 MOTION to Vacate 1160 Order,. filed by Plaintiffs Liaison C 1878 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1757 Notice ( filed by Phillips and Jordan, Inc., 1533 Notice (Other) filed by Plaintiffs Liaison Counsel, 2037 Transcript, 1330 Ce of Service Other,, filed by marion s. mishkin, 1106 Notice of Adoption of Master Answer filed by Tishman Constru Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1481 M to Preclude and for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1561 Affid Service Other filed by Taylor Recycling Facility LLC, 1123 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1793 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1866 Certificate of Service Other, filed b Recycling Facility LLC, 1603 Order,,, 1302 Stipulation and Order of Dismissal,,,,, 949 Order Admitting Attorney Vice, 1696 MOTION for Summary Judgment On Behalf of the Structural Engineer Defendants. filed by Gilsanz, M Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Canto Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Pitkin, Inc., 1243 Stipulation and Order of Dismissal,,, 1367 Stipulation and Order, 1276 Response to Discovery, fil Thomas M. Flanders, 1158 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1455 Affirmati by C.B. Contracting Corp., 1753 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Man Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1936 Rule 56.1 Statement filed by Environmental &Geological Science &Management, LLC., 944 Order on Motion for Reconsideration, 1296 Respon Discovery filed by Jason Porcaro, 1764 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc Response to Discovery filed by Dennis M. O'Connor, 2111 Order,,, 2091 Order, 1373 Order,, 1751 MOTION for S Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1167 Endorsed Letter,,, 1284 to Discovery filed by Dennis M. O'Connor, 1134 Notice (Other) filed by Plaintiffs Liaison Counsel, 1624 Order,,, 1 Response to Discovery filed by Dennis M. O'Connor, 1094 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1205 Memorandum of Law in Support of Motion filed by Tishman Construction Corporation of Manhattan, Tishma Construction Corporation of New York, Tishman Interiors Corporation, 1413 Order,,, 1682 Notice (Other) filed by Liaison Counsel, 1697 Rule 56.1 Statement,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill L Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engin P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silm Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2033 Endorsed Letter,, 1198 Affidavi Service Other filed by Joette DeGiovine, daniel DeGiovine, 902 Notice of Appearance filed by 22 Non–Resp, Darl Montalvo, John Montalvo, 979 Notice (Other) filed by Plaintiffs Liaison Counsel, 1212 Order, 1021 USCA Mandat Stipulation and Order,,, 1838 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1063 Notice (Oth by Plaintiffs Liaison Counsel, 1543 Order on Motion to Preclude, 1335 Stipulation and Order of Dismissal, 1092 No Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1437 Stipulation and Order of Dismissal,,, 1834 Memorandum of Law in of Motion filed by Taylor Recycling Facility LLC, 1467 Notice of Appearance filed by Bovis Lend Lease LMB, Inc Pre–Conference Statement filed by Samuel Provisero, 1258 Stipulation and Order,,,,,, 1769 MOTION for Summary Judgment re: Casey. filed by Phillips and Jordan, Inc., 1192 Affidavit of Service Other filed by John Raehse, Paula 1003 Affirmation, filed by Plaintiffs Liaison Counsel, 2061 Memorandum of Law in Opposition to Motion,,,, filed b Port Authority of New York &New Jersey, 1327 Notice (Other) filed by Plaintiffs Liaison Counsel, 1013 Notice (O filed by Plaintiffs Liaison Counsel, 1359 Request for Production of Documents filed by Robert Suarez, 1674 Order, Response to Discovery filed by Michael Labetti, 1617 MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. fi Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, Deutsche Bar Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 933 Reply Affirmation in Support, fi Plaintiffs Liaison Counsel, 1251 Stipulation and Order,,, 1772 MOTION for Summary Judgment Notice of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1027 Notice (Other), Notice (Other), Not (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Oth Notice (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Cor Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway International Corp., MRA Engineering, P.C., Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporate Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We

Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departm
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Notice (Other) filed by Plaintiffs Liaison Counsel, 1594 Rule 7.1 Corporate Disclosure Statement filed by American
Building Maintenance Industries, Inc., 1742 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counse
Endorsed Letter, 1817 Memorandum of Law in Support of Motion filed by City of New York, 1082 Notice of Adop
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1040 MOTION for Madro Bandaries to Appear Pro Hac Vice. filed by Phillips and J
Inc., Phillips and Jordan, 1912 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 972 Notice (Other), N
(Other) filed by marion s. mishkin, 2074 Supplemental ROA Sent to USCA – Index,, 1073 Stipulation and Order of
Dismissal,,,, 906 Notice (Other) filed by Plaintiffs Liaison Counsel, 1864 Declaration in Support of Motion filed by
Recycling Facility LLC, 1079 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1946 Rule 56.1 Staten
by Evans Environmental &Geological Science &Management, LLC., 2014 MOTION for Christopher Quinn to App
Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., 2003 Affidavit in Support, filed
Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Ski
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laqu
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1997
MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New Yo
New Jersey pursuant to the New York State Defense Emergency Act. filed by The Port Authority of New York &N
Jersey, 2049 MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short No
Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MO
Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Fili
39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice I
Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to
Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $
filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic

Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi & Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2075 Order, 1024 Order, Notice (Other) filed by Plaintiffs Liaison Counsel, 1231 Order, 1177 Rule 56.1 Statement, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construc Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1454 Notice filed by Plaintiffs Liaison Counsel, 1492 Notice (Other) filed by Plaintiffs Liaison Counsel, 1880 Rule 56.1 Statement by Evans Environmental &Geological Science &Management, LLC., 2001 Order to Show Cause,,, 939 Endorsed Le 1209 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpora New York, Tishman Interiors Corporation, 1691 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, Affidavit of Service Other,,, filed by Plaintiffs Liaison Counsel, 1374 Notice (Other) filed by Plaintiffs Liaison Cou 1366 Stipulation and Order, 2044 Affidavit filed by Gregory J Cannata &Associates, 893 Stipulation and Order of Dismissal,,,, 1577 Order, Set Deadlines/Hearings, 1528 Notice (Other) filed by Plaintiffs Liaison Counsel, 1233 Stip and Order,,, 1886 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1550 Order,,, 1681 Endorsed Letter,, 1923 Certificate of Service Other,,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1444 MOTION for Summary Judgment Dismissing Defendants Not Named in Core Discovery. filed by En–Tech C DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, In Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, E Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sim Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lu Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2060 Memorandum of L Opposition filed by Gregory J Cannata &Associates, 1694 Memorandum of Law in Support of Motion, filed by The Authority of New York &New Jersey, 1879 Rule 56.1 Statement filed by Evans Environmental &Geological Scienc &Management, LLC., 2025 Notice of Adoption of Master Answer filed by Buro Happold Consulting Engineers, P.C Stipulation and Order of Dismissal,,, 1951 Declaration in Support, filed by Evans Environmental &Geological Scien &Management, LLC., 1002 Notice (Other) filed by Plaintiffs Liaison Counsel, 1355 Request for Production of Docu filed by Jason Porcaro, 2004 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT

Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed
Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construc
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incor
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and
Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International,
Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Constr
Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakot
Demo–Tech, Inc., Evans Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzoc
Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Componer
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Li
Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc.,
Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Roy
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill
Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turn
A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquil
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Franci
Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson
Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportat
Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., A
Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp.. 1090 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of
York, Tishman Interiors Corporation. 1622 Order,,. 912 Notice (Other) filed by Plaintiffs Liaison Counsel. 1924 MC
for Summary Judgment re:Scott Malkoff and Irina Malkoff on behalf of Tishman Construction Corporation of Man
Tishman Construction Corporation of New York and Tishman Interiors Corporation. filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation. 1295 R
to Discovery filed by Jason Porcaro. 1787 Certificate of Service Other,, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation. 1451 Notice (Other) fi
Plaintiffs Liaison Counsel. 1929 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis
Construction Corporation of New York, Tishman Interiors Corporation. 1996 Certificate of Service Other filed by P
and Jordan, Inc.. 1260 Notice of Appearance filed by Mark Gajewski. 1993 MOTION for Summary Judgment for P
Christopher Castro. filed by Phillips and Jordan, Inc.. 1943 Declaration in Support,, filed by Evans Environmental
&Geological Science &Management, LLC.. 1910 Stipulation and Order,,. 1350 Request for Production of Documer
by David Nolan, Louise Nolan. 1450 Notice (Other) filed by Plaintiffs Liaison Counsel. 1831 MOTION for Summa
Judgment re Castro (06 cv 07287). filed by Taylor Recycling Facility LLC. 1773 Memorandum of Law in Support o
filed by Phillips and Jordan, Inc.. 1385 Notice (Other) filed by Plaintiffs Liaison Counsel. 1930 MOTION for Sumn
Judgment re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937
06CV11710, 06CV11814, 06CV12743. filed by Survivair Respirators, Inc.. 1114 Notice of Adoption of Master Ans
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation. 1194 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine. 1970 Declaration
Support of Motion, filed by The Port Authority of New York &New Jersey. 2106 Stipulation and Order. 2021 Rule
Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc.. 1489 Stipulation and Order of Dismissal, 12
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construct
Corporation of New York, Tishman Interiors Corporation. 1534 Notice (Other) filed by Plaintiffs Liaison Counsel,
Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings. 962 Stipulation and Order of Dismissal,. 14
MOTION to Amend/Correct Caption. MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul
his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. filed by Raymond Hauber,
Affidavit in Support of Motion, filed by Survivair Respirators, Inc.. 1564 Affirmation filed by Robert L. Gerosa, Ind
Notice (Other) filed by Plaintiffs Liaison Counsel. 1935 Affidavit of Service Other filed by Survivair Respirators, In
Notice (Other) filed by Plaintiffs Liaison Counsel. 2068 Notice (Other) filed by Plaintiffs Liaison Counsel. 1468
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation. 1891 Affidavit in Support of Motion filed b
Environmental &Geological Science &Management, LLC.. 1941 Rule 56.1 Statement filed by Evans Environmenta
&Geological Science &Management, LLC.. 1583 Reply Memorandum of Law in Support of Motion filed by City o
York. 1395 Order. 1159 Endorsed Letter. 1645 Declaration in Support of Motion, filed by Plaintiffs Liaison Counse
Reply Memorandum of Law in Support, filed by Plaintiffs Liaison Counsel. 985 Endorsed Letter,,. 1531 Order, 1218

Stipulation and Order of Dismissal, 1833 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac[...] LLC, 917 Declaration in Opposition to Motion,, filed by Bechtel Associates Professional Corporation, Bechtel Corp[...] Bechtel Construction, Inc., Bechtel Environmental, Inc., 1706 Affidavit in Support of Motion, filed by Gilsanz, Mur[...] Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &[...] LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construc[...] Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,[...] Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme[...] Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor[...] Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,[...] Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To[...] Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a[...] Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan[...] Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As[...] Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin[...] Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoco[...] Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thor[...] Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,[...] Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme[...] LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo[...] Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci[...] Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, [...] Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2058 Affidavit in Oppos[...] filed by Gregory J Cannata &Associates, 997 Endorsed Letter, 1050 Order,,,,994 Notice (Other) filed by Plaintiffs I[...] Counsel, 1420 Affirmation filed by Plaintiffs Liaison Counsel, 1269 Response to Discovery filed by Andrew Dunav[...] Endorsed Letter, 1208 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan,[...] Construction Corporation of New York, Tishman Interiors Corporation, 1097 Notice of Adoption of Master Answer[...] Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio[...] Corporation, 951 Stipulation and Order of Dismissal,, 1914 Endorsed Letter, Set Deadlines/Hearings,,,,,,967 Endor[...] Letter, 1414 Order,,, 1707 MOTION For Lone Pine Order Notice of Motion by The Port Authority of New York and[...] Jersey For Lone Pine Order. filed by The Port Authority of New York &New Jersey, 1915 Reply Memorandum of L[...] Support of Motion filed by Michelle Haskett–Godbee, 1927 Affidavit in Support of Motion, filed by Tishman Cons[...] Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1084 N[...] Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo[...] New York, Tishman Interiors Corporation, 1994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1299 Response [...] Discovery filed by Andrew Scallo, 1657 Order,,, 1093 Notice of Adoption of Master Answer filed by Tishman Cons[...] Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 892 No[...] (Other) filed by Plaintiffs Liaison Counsel, 1710 Endorsed Letter, 1750 MOTION for Summary Judgment on behalf[...] Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Int[...] Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New [...] Tishman Interiors Corporation, 1734 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1421 Notice (O[...] filed by Plaintiffs Liaison Counsel, 980 Notice (Other) filed by Plaintiffs Liaison Counsel, 954 Notice (Other) filed [...] Plaintiffs Liaison Counsel, 976 Endorsed Letter,,, 1532 MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Hac[...] filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, 1623 Ord[...] Motion to Appear Pro Hac Vice,,, 2067 Notice (Other) filed by Plaintiffs Liaison Counsel, 1257 Order,,,, 1006 Noti[...] (Other) filed by Plaintiffs Liaison Counsel, 978 Stipulation and Order of Dismissal, 1086 Notice of Adoption of Ma[...] Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,[...] Tishman Interiors Corporation, 1469 Declaration in Support of Motion,, filed by Tishman Construction Corporation[...] Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1717 Notice (Other) fi[...] Plaintiffs Liaison Counsel, 1643 MOTION for Joseph A. Clark to Appear Pro Hac Vice. filed by Deutsche Bank Tru[...] Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1[...] Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LL[...] MOTION for Summary Judgment for Plaintiff Fernando Grimaldi. filed by Phillips and Jordan, Inc., 1592 Order,,, [...] Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1762 MOTIO[...] Summary Judgment re Cantore. filed by Phillips and Jordan, Inc., 1490 Stipulation and Order,,, 1593 Order,,, 1724 [...] for Patricia I. Jorge to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1672 FIRST MOTION[...] Protective Order Based on Privacy Act. filed by United States, 1638 Memorandum of Law in Opposition filed by Ra[...] Hauber, 1990 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1234 Consent, filed by [...] Curti, 1850 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1065 Order,,, 1689 Order on Mo[...] Appear Pro Hac Vice,, 1190 Declaration in Support of Motion, filed by John Raehse, Paula Raehse, 1957 Certificate[...] Service Other filed by Taylor Recycling Facility LLC, 1252 Stipulation and Order of Dismissal, 1081 Notice of Ado[...] Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne[...] Tishman Interiors Corporation, 1149 MOTION for Partial Summary Judgment. filed by City of New York, 934 Stip[...] and Order of Dismissal, 1659 Notice (Other) filed by Evans Environmental &Geological Science &Management, Ll[...]

Memorandum of Law in Support of Motion,, filed by The Port Authority of New York &New Jersey, 1030 Notice (
filed by Plaintiffs Liaison Counsel, 1761 Certificate of Service Other,, filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1188 MOTION to Vac
Order,,. filed by John Raehse, Paula Raehse, 1512 Notice (Other) filed by Plaintiffs Liaison Counsel, 1545 MOTION
Quash Subpoenas. filed by City of New York, 1716 Notice (Other) filed by Plaintiffs Liaison Counsel, 1281 Respon
Discovery filed by Nicholas Lusuriello, 1578 MOTION to Compel Witnesses to appear for deposition. filed by John
Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 2110 Declaration in Suppo
Motion, filed by Mount Sinai Medical Center, 1375 Notice (Other) filed by Plaintiffs Liaison Counsel, 1328 Stipula
Order of Dismissal, 998 Amended Answer to Complaints, filed by En−Tech Corp., Diego Construction, Inc., DMT
Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Canron Constru
Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo−Tech, Inc., Robert
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associ
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Mu
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Ren
Material, Inc., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1394 Notice (Other) filed by Pla
Liaison Counsel, 1581 Notice (Other) filed by Plaintiffs Liaison Counsel, 1129 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1392 Notice (Other) filed by Plaintiffs Liaison Counsel, 1635 Reply Memorandum of Law in Opposi
Motion, filed by Raymond Hauber, 1609 Affirmation filed by City of New York, 1747 FIRST MOTION for Summa
Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1189 Memorandum of Law in
of Motion filed by John Raehse, Paula Raehse, 1688 Affirmation filed by Semcor Equipment and Manufacturing
Corporation, 1199 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGiovine, 1621 Order,,, 1434 Not
(Other) filed by Plaintiffs Liaison Counsel, 1482 MOTION to Preclude and for Default against the Defendant City o
York. filed by Plaintiffs Liaison Counsel, 2000 Rule 56.1 Statement filed by The Port Authority of New York &New
1572 MOTION to Quash Subpoenas to NYPD Medical Board Doctors. filed by City of New York, 1365 Reply
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 2013 Notice (Other) filed by Gregory J Can
&Associates, 1320 Endorsed Letter,, 1031 Notice (Other) filed by Plaintiffs Liaison Counsel, 2055 Affirmation in
Opposition to Motion,,, filed by Michelle Haskett−Godbee, 1939 Rule 56.1 Statement filed by Evans Environmenta
&Geological Science &Management, LLC., 1055 Notice (Other) filed by Plaintiffs Liaison Counsel, 2005 Declarati
Support, filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Cann
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Roda
Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully
Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Servic
Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo−Tech, Inc.,
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corp
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Liberty Mutual
Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Asso
Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American C
Bovis Lend Lease Inc., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wre
Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Ma
Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully In
Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Cont
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Ro
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwoo

&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., N
Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease In
Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equi
Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equi
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction Interna
L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2031 Order on Motion to Appear Pro Hac Vice, 2081 Notice of Appearance filed by Verizon
York Inc., 1976 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1882 Memorandum o
Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 991 Order on Motion
Summary Judgment, 1926 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 957 Certificate of Cou
filed by marion s. mishkin, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 1091 Notice of Adoption of Mast
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 1301 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1045 Stipulation
Order of Dismissal,, 1132 Stipulation and Order of Dismissal,,,,,, 1918 Declaration in Support of Motion, filed by T
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1163 Notice (Other) filed by Samuel Provisero, 1693 MOTION for Summary Judgment Notice of Motion for Summa
Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York
Unconsolidated Laws ? 7107. filed by The Port Authority of New York &New Jersey, 1196 Memorandum of Law i
filed by Joette DeGiovine, Daniel DeGiovine, 1485 MOTION to Preclude and for Default against Defendant City of
York. filed by Plaintiffs Liaison Counsel, 968 Reply,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &
Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Cons
Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &
Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1277 Response to
Discovery, filed by Thomas M. Flanders, 1071 Stipulation and Order of Dismissal,,,, 1471 Response to Discovery fi
Diane Scallo, Andrew Scallo, 1675 Notice (Other) filed by Plaintiffs Liaison Counsel, 1303 Stipulation and Order,,,
Reply Memorandum of Law in Support of Motion filed by Tully Environmental Inc., Evergreen Recycling of Coron
Rule 56.1 Statement filed by Survivair Respirators, Inc., 1226 Stipulation and Order of Dismissal,,, 1715 Endorsed L
1711 Protective Order, Add and Terminate Attorneys, 1161 Endorsed Letter,, 1075 Stipulation and Order of Dismiss
1112 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 996 Stipulation and Order of Dismissal, 1902 Memorand
Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1033 Memorandum of Law in Opposition filed by
Liaison Counsel, 918 Stipulation and Order,, 1837 Memorandum of Law in Support of Motion filed by Taylor Recy
Facility LLC, 1087 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1756 Memorandum of Law in Sup
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 1741 Notice (Other) filed by Plaintiffs Liaison Counsel, 1104 Notice of Adoption of
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claim
Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second An
Master Complaint Against Bechtel Defendan filed by Plaintiffs Liaison Counsel, 1754 Affidavit in Support of Motio
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1859 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1570 Notice (Other) fi
Plaintiffs Liaison Counsel, 1241 Stipulation and Order of Dismissal, 1542 Order on Motion to Preclude, 1154 Decla
Support of Motion,,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur
Construction Company, Plaza Construction Corp., 1121 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1017 Reply Affirmation in Support of Motion, filed by En–Tech Corp., C.B. Contracting Corp., 1654 Order on Mot
Miscellaneous Relief, 1463 MOTION for Judgment on the Pleadings Richard Calderon 06cv10267. filed by Tishma
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
938 Notice (Other) filed by Plaintiffs Liaison Counsel, 1569 Notice (Other) filed by Plaintiffs Liaison Counsel, 154
1419 Endorsed Letter, 2112 Notice (Other) filed by Plaintiffs Liaison Counsel, 1229 Notice (Other) filed by Plaintif
Liaison Counsel, 1507 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1111 Notice
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1397 Order, 1242 Endorsed Letter,,, 1120 Notice of Adoption of Master
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman
Interiors Corporation, 1151 Memorandum of Law in Support of Motion filed by City of New York, 1425 Notice (Ot
by Plaintiffs Liaison Counsel, 1885 Declaration in Support of Motion,, filed by The Port Authority of New York &N
Jersey, 1339 Notice (Other) filed by Plaintiffs Liaison Counsel, 947 Memorandum of Law in Support of Motion, file
En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofr
General Contractors Corp., 1703 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1256 Stipulation and Orde

MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche B
Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1904 Affirmation in Opposition, file
Plaintiffs Liaison Counsel, 1432 Notice (Other) filed by Plaintiffs Liaison Counsel, 1510 Endorsed Letter,, 1678 De
in Support of Motion, filed by The Port Authority of New York &New Jersey, 1968 Rule 56.1 Statement, filed by G
Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore O
&Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzochi Wrecking, Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Eng
P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Brak
Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, L
– Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, G
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gro
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Eq
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis
Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material
Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkov
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully C
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1064 Notice (Other) filed by Plaintiffs Liaison Counsel, 982 Notice (Other) filed by Plaintiffs Liaison Counsel, 143
(Other) filed by Plaintiffs Liaison Counsel, 1868 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1779
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 1178 Memorandum of Law in Support of M
filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contra
Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., At
Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema In
Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental M
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthor
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking
&Construction Corp., 2062 Affirmation in Opposition to Motion,,, filed by marion s. mishkin, 2038 MOTION to St
Modify and Issues for April 12, 2010 Fairness Hearing. (Filing Fee $ 39.00.) filed by Michelle Haskett–Godbee, 19
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1289 Respons
Discovery filed by David Nolan, 1278 Response to Discovery, filed by Thomas M. Flanders, 1113 Notice of Adopti
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Nev
Tishman Interiors Corporation, 2045 Order,, 1096 Notice of Adoption of Master Answer filed by Tishman Construc
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1686
Stipulation and Order of Dismissal,, 2053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1961 Notice (Other) fi
Phillips and Jordan, Inc., 2012 Affidavit of Service Other filed by Survivair Respirators, Inc., 921 Stipulation and O
Dismissal,, 1448 Stipulation and Order of Dismissal,, 1171 Endorsed Letter,, 1727 Memorandum of Law in Support
Motion filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1518 Notice (Other) filed by Plaintiffs Lia
Counsel, 1028 Notice (Other) filed by Plaintiffs Liaison Counsel, 1964 Memorandum of Law in Support of Motion
Phillips and Jordan, Inc., 1989 Rule 56.1 Statement filed by City of New York, 1020 Notice (Other) filed by Plainti
Liaison Counsel, 1346 Request for Production of Documents filed by Thomas M. Flanders, 1254 Stipulation and On

1969 MOTION for Summary Judgment for Plaintiff Jeffrey and Diane Loughery. filed by Phillips and Jordan, Inc.,, Affirmation in Support of Motion filed by Michelle Haskett–Godbee,, 1026 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental &Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 232 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 68 Order,, 260 Order,, 288 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 438 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 414 310 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 82 Order,,,, 404 MOTION to Dismiss. filed by Construction Company,, Turner/Plaza, A Joint Venture,, 132 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 382 Endorsed Letter,,, 226 Answer to Complaint filed by World Trade Center Properties LLC,, Answer to Complaint filed by City of New York,, 486 Order on Motion for Summary Judgment,,, 387 MOTION for Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 528 Endorsed Letter,, 376 Endorsed Letter,,, Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript,, 175 Answer to Complaint filed by Plaza Construction Corp.,, 445 Notice of Appearance filed by John Montalvo,, marion s. mishkin,, 230 Answer to Complaint filed by Bovis Lend Lease, Inc.,, and Tully Construction Co., Inc.,,, 420 Endorsed Letter,, 509 Master Allegations filed by Plaintiffs Liaison Counsel,, 545 Notice of Appeal,, filed by Turner Construction Company,, Bechtel Corporation,, The Port Authority of New York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 384 Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp.,, 74 Stipulation and Order,, 76 Endorsed Letter,, 355 Order, Add and Terminate Attorneys,,, 396 Affidavit in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 314 Order,, 375 Notice of Voluntary Dismissal – Silverstein,, 204 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 449 Affidavit in Opposition to Motion, filed by Michael Chambers,, 46 Affidavit of Service Other, 344 Opposition Brief filed by Bovis Lend Lease LMB, Inc.,,,

Endorsed Letter,, 107 Answer to Complaint filed by City of New York,, 300 Waiver of Service Executed, filed by P
Liaison Counsel,, 417 Endorsed Letter,, 482 Order,,, 327 Notice of Appearance filed by Wolkow Braker Roofing
Corporation,, 113 Answer to Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure State
filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 108 R
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 378 CROSS MOTION to Remand to State Cour
by Battery Park City Authority,, 254 Order on Motion to Appear Pro Hac Vice, 332 Notice (Other) filed by Plaintiff
Counsel,, 303 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 Notice of Ap
filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavit in Opposition
Motion, filed by Charles Dalton,, 57 Order,,, 388 MOTION for Judgment on the Pleadings Based on State Statutory
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, 213 Answer to Complaint filed by Plaza Construction Corp.,, 259 Ord
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 534 Memorandum &Opinion,,,, 33 Ord
524 Notice (Other) filed by Plaintiffs Liaison Counsel,, 494 Reply Memorandum of Law in Support of Motion, filed
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 83 Case Management Plan,,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac Vice on behalf of P
Liaison Counsel. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza Construction Corp.,,
Endorsed Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,, 342 Opposition Brief file
City of New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Bros. Iron Works Co.,, 79 Order
Deadlines,,,,, 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 234 MOTION for Jo
Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Company,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Company,, 323 Rule 7.1
Corporate Disclosure Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Support of Motion, f
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Con
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environment
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 49
56.1 Statement filed by City of New York,, 290 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 12
Answer to Complaint filed by Plaza Construction Corp.,, 264 Declaration, filed by Phillips and Jordan,, 461 Notice
filed by Plaintiffs Liaison Counsel,, 283 Reply Memorandum of Law in Support of Motion, filed by Plaintiffs Liaiso
Counsel,, 208 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 365 Order,, 351 Order,, 1
Answer to Complaint filed by Plaza Construction Corp.,, 412 Order,,,,, 159 Answer to Complaint filed by Plaza Cor
Corp.,, 121 Answer to Complaint filed by Plaza Construction Corp.,, 489 Endorsed Letter,, 380 Endorsed Letter,, 40
Affidavit of Service Other,, 406 Endorsed Letter,, 50 MOTION for Summary Judgment. filed by City of New York,,
Answer to Complaint filed by Plaza Construction Corp.,, 280 Subpoena Issued, filed by Defendants,, 473 Rule 7.1 C
Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bech
Associates Professiona;l Corporation,, Bechtel,, 42 Affidavit of Service Other,, 255 Notice (Other), Notice (Other) fi
City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction Company,
Notice (Other) filed by Plaintiffs Liaison Counsel,, 348 Endorsed Letter,, 464 Reply, filed by City of New York,, Tu
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 390 Rule 56.1 Statement, filed by City of New York,, Turner Construction Cor
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 87 Notice (O
Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WT
Holding LLC.,, 32 Order,,,, 537 Endorsed Letter,, 496 Reply Memorandum of Law in Support of Motion, filed by S
Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Hol
L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,,
Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Prop
Inc.,,, 267 Case Management Plan,,,,, 195 Answer to Complaint filed by Plaza Construction Corp.,, 298 Waiver of S

Executed, filed by Plaintiffs Liaison Counsel,, 133 Answer to Complaint filed by Plaza Construction Corp.,, 316 Or
Answer to Complaint filed by Plaza Construction Corp.,, 154 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 143 Answer to Complaint filed by Plaza Construction Corp.,, 101 Answer to Complaint filed b
New York,, 322 Rule 7.1 Corporate Disclosure Statement filed by Verizon New York Inc.,, 220 Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,, 325 Order,, 176 Rule 7.1 Corporate Disclosure Statement f
Plaza Construction Corp.,, 457 Protective Order,, 217 Answer to Complaint filed by Plaza Construction Corp.,, 321
Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, 400 Rule 56.1 Statement, filed by The Port A
of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverst
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT
L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC
Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holding
Silverstein Properties, Inc.,,,, 379 Memorandum of Law in Opposition to Motion, filed by Battery Park City Authorit
Order,, 139 Answer to Complaint filed by Plaza Construction Corp.,, 70 MOTION to Dismiss. filed by The Port Au
New York &New Jersey,, World Trade Center Properties LLC,, 275 Declaration in Opposition to Motion, filed by
Defendants,, 539 Order, 239 Answer to Complaint filed by City of New York,, 488 Declaration, filed by City of Nev
Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,,
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental, Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 161 Answer to Complaint filed by Plaza Construction Corp.,, 293 Waiver of Se
Executed, filed by Plaintiffs Liaison Counsel,, 291 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,
Endorsed Letter,, 199 Answer to Complaint filed by Plaza Construction Corp.,, 299 Waiver of Service Executed, fil
Plaintiffs Liaison Counsel,, 206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 405 En
Letter,, 118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 137 Answer to Complaint
Plaza Construction Corp.,, 84 Declaration,, 198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constructio
469 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, The Port Authority of New York and New J
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Order,, 114 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 243 Order,,,, 532 Order,, 4
Notice of Change of Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, T
Construction Co., Inc.,, LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction
Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,, Parson Group, Inc.,, SKIDMOR
OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolk
Braker Roofing Corporation,, 103 Answer to Complaint filed by City of New York,, 530 Endorsed Letter, Set
Deadlines/Hearings,,, 311 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 169 Answer to Compla
by Plaza Construction Corp.,, 277 Order,, 52 Response, 253 Order, 333 Notice (Other) filed by Plaintiffs Liaison Co
436 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 93 Remark filed by Nomura Holding A
Inc.,, 110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 142 Rule 7.1 Corporate Disc
Statement filed by Plaza Construction Corp.,, 231 MOTION seeking an order deeming cross–claims for contributio
indemnity as amongst all co–defendants to have been made and denied.. (Filing Fee $ 39.00.) filed by The Port Auth
New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT
L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC
Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holding
Silverstein Properties, Inc.,,,, 216 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 135 A
Complaint filed by Plaza Construction Corp.,, 183 Answer to Complaint filed by Plaza Construction Corp.,, 508 Ma
Allegations filed by Plaintiffs Liaison Counsel,, 306 Waiver of Service Executed, filed by Plaintiffs Liaison Counse
Order, Set Hearings,,, 460 Counter Statement to Rule 56.1, filed by City of New York,, Turner Construction Co.,, T
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov

Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 352 Order, Add and Terminate Attorneys,,, 36 Order of Dismissal,, 493 Reply
Memorandum of Law in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidat
Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidate
Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co
Inc.,, Consolidated Edison Development, Inc.,, 533 Order,,, 190 Rule 7.1 Corporate Disclosure Statement filed by Pl
Construction Corp.,, 369 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman
Construction Corporation of Manhattan,, 304 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 128
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 71 Memorandum of Law in Support of Motion f
The Port Authority of New York &New Jersey,, World Trade Center Properties LLC,, 523 Notice (Other) filed by P
Liaison Counsel,, 109 Answer to Complaint filed by Plaza Construction Corp.,, 419 Affirmation in Opposition to M
filed by Michael Chambers,, 309 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 446 Notice of Ch
Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co
LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis
Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend
Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bov
Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mu
Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC
KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, 256 Notice
filed by Tully Construction Co., Inc.,, 409 CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jor
Order,,, 269 Protective Order,, 106 Answer to Complaint filed by City of New York,, 212 Rule 7.1 Corporate Disclo
Statement filed by Plaza Construction Corp.,, 178 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 102 Answer to Complaint filed by City of New York,, 452 Stipulation and Order,, 30 Notice (Other) filed by
Patrick Ryan,, Charles Markey,, 229 Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,, 413
Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,, 318 Order, Set Deadlines/Hearings,,,,,,,,,, 392 MOTION
Summary Judgment Based on Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Auth
New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties
Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World
Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Je
World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,,
Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC
Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,, 235 Order on
Appear Pro Hac Vice,, 487 Order,,,, 179 Answer to Complaint filed by Plaza Construction Corp.,, 221 Answer to Co
filed by Plaza Construction Corp.,, 454 Declaration in Support, filed by Tishman Construction Corporation of New
Tishman Construction Corporation of Manhattan,, 522 Notice (Other) filed by Plaintiffs Liaison Counsel,, 165 Answ
Complaint filed by Plaza Construction Corp.,, 266 Endorsed Letter,, 484 Order on Motion for Leave to Appear,,, 37
of Appearance filed by Verizon Communications Inc.,, 367 Rule 7.1 Corporate Disclosure Statement filed by Tishm
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 124 Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,, 490 Endorsed Letter,, 56 Order,,,,, 281 Order,, 292 Waiver
Service Executed, filed by Plaintiffs Liaison Counsel,, 138 Answer to Complaint filed by Plaza Construction Corp.,,
Reply Memorandum of Law, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Prop
Inc.,, Bovis Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 W
Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillip
Jordan,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein V
Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,
Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, Turner/Plaza, A Joint Venture,, 483 Orde
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 85 Case Management Plan,,, 257 Endorsed Letter,
Opposition Brief, filed by Plaintiffs Liaison Counsel,, 301 Waiver of Service Executed filed by Plaintiffs Liaison Co
173 Answer to Complaint filed by Plaza Construction Corp.,, 182 Rule 7.1 Corporate Disclosure Statement filed by
Construction Corp.,, 397 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &N
Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 470 R
Memorandum of Law, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Con
Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza

Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 43 of Service Other, 295 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 89 Order,,, 349 Endorsed Le Declaration in Support, filed by City of New York,, 155 Answer to Complaint filed by Plaza Construction Corp.,, 58 Transcript, 45 Affidavit of Service Other, 289 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 458 Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully In Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, 383 MOTION to Dismiss. filed by City of New York,, Turner Construction Company,, Bechtel Corporatic Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaz Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 62 541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by Plaintiffs Liaison C 519 Order,, 328 Notice of Appearance filed by Zeckendorf Realty, L.P.,, 278 Remark, 538 Endorsed Letter, Set Deadlines/Hearings,,,,, 73 Order,, 116 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, Notice of Appearance filed by Nomura Holding America, Inc.,, 271 MOTION to Compel Discovery and for Sanctic Failure to Comply. filed by Plaintiffs Liaison Counsel,, 160 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 462 Reply Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, W WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,, 270 Order,,,,, 393 Certificate of Service Othe by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis L Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 223 Answer to Complaint filed by Pl Construction Corp.,, 261 Endorsed Letter,, 345 Opposition Brief filed by City of New York,, 64 Transcript, 366 Noti Appearance filed by The Bank of New York Company, Inc.,, The Bank of New York,, One Wall Street Holdings LL Wall Street Corporation,, The Bank of New York Trust Company,, 285 Waiver of Service Executed, filed by Plainti Liaison Counsel,, 502 Order, 529 Notice of Appearance filed by Nomura Holding America, Inc.,, 500 Stipulation an of Dismissal,,, 228 Rule 7.1 Corporate Disclosure Statement filed by Tully Construction Co., Inc.,, 546 Notice of Appearance filed by Musco Sports Lighting, LLC,, 222 Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor Corp.,, 215 Answer to Complaint filed by Plaza Construction Corp.,, 346 Opposition Brief filed by City of New Yor Master Allegations filed by Plaintiffs Liaison Counsel,, 98 Order,, 120 Rule 7.1 Corporate Disclosure Statement fil Plaza Construction Corp.,, 189 Answer to Complaint filed by Plaza Construction Corp.,, 202 Rule 7.1 Corporate Dis Statement filed by Plaza Construction Corp.,, 372 Notice of Appearance filed by Verizon Communications Inc.,, 23 Affirmation in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Ce Inc.,, Consolidated Edison Development, Inc.,, 105 Answer to Complaint filed by City of New York,, 185 Answer t Complaint filed by Plaza Construction Corp.,, 480 Endorsed Letter,,, 531 Order,, 99 Order Admitting Attorney Pro l Vice,, 111 Answer to Complaint filed by Plaza Construction Corp.,, 354 Order, Add and Terminate Attorneys,,, 471 Declaration in Support of Motion, filed by City of New York,, Turner Construction Co.,, Turner Construction Comp Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, 41 Affidavit of Service Other,, 440 Affidavit in Opposition to Motion, filed by John Montalvo,, 381 Notic Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 193 Answ Complaint filed by Plaza Construction Corp.,, 146 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construc Corp.,, 125 Answer to Complaint filed by Plaza Construction Corp.,, 279 Reply to Response to Motion, filed by Pla Liaison Counsel,, 543 MOTION for Leave to Appeal the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed b New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve

Bechtel Associates Professiona;l Corporation,, Bechtel,, 167 Answer to Complaint filed by Plaza Construction Corp
Notice (Other) filed by Plaintiffs Liaison Counsel,, 441 Affidavit in Opposition to Motion, filed by John Montalvo,,
Memorandum of Law in Opposition to Motion, filed by Marion s. Mishkin,, 248 Case Management Plan,, 526 Stipu
and Order of Dismissal,, 184 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 150 Rule
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 236 Answer to Complaint filed by The Port Aut
New York &New Jersey,, 334 Order, Set Deadlines/Hearings,,, 37 Order,,,,, 129 Answer to Complaint filed by Plaz
Construction Corp.,, 117 Answer to Complaint filed by Plaza Construction Corp.,, 513 Master Allegations filed by P
Liaison Counsel,, 241 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 341 Oppositio
filed by The City of New York,, 386 Memorandum of Law in Support of Motion, filed by City of New York,, Turne
Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, 141 Answer to Complaint filed by Plaza Construction Corp.,, 282
Memorandum of Law in Opposition to Motion, filed by City of New York,, 38 Order, 181 Answer to Complaint file
Plaza Construction Corp.,, 197 Answer to Complaint filed by Plaza Construction Corp.,, 211 Answer to Complaint f
Plaza Construction Corp.,, 97 Answer to Complaint filed by City of New York,, 168 Rule 7.1 Corporate Disclosure
Statement filed by Plaza Construction Corp.,, 134 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 162 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 177 Answer to Complaint f
Plaza Construction Corp.,, 340 Order, 59 Order,, 439 Endorsed Letter,, 35 Order,,,,, 317 Rule 26 Disclosure filed by
Plaintiffs Liaison Counsel,, 474 Answer to Complaint, Third Party Complaint filed by Phillips and Jordan,, 507 Mas
Allegations filed by Plaintiffs Liaison Counsel,, 210 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constru
Corp.,, 276 Memorandum of Law in Opposition to Motion, filed by Bechtel,, 287 Waiver of Service Executed, filed
Plaintiffs Liaison Counsel,, 227 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 515
of Service Other, filed by Plaintiffs Liaison Counsel,, 44 Affidavit of Service Other, 498 Stipulation and Order of D
360 Order, Add and Terminate Attorneys,,, 418 Affirmation in Opposition to Motion, filed by Thomas Asher,, 192 I
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 315 Order, 172 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 394 MOTION for Summary Judgment Based Upon Status as Out–of–Possession
filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,, 407 Rule 7.1 Corporate Disclosure Statement filed by Tully Environmental Inc.,, 218 Rule 7.1 Co
Disclosure Statement filed by Plaza Construction Corp.,, 258 Endorsed Letter,, 410 Notice of Appearance filed by V
New York,, Verizon Communications Inc.,, Verizon Properties Inc.,, 357 Order, Add and Terminate Attorneys,,
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 224 Rule 7.1 Corporate Disclosure Stat
filed by Plaza Construction Corp.,, 403 Memorandum of Law in Support of Motion, filed by Silverstein Properties, ,
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 \
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.
Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Answer to Complaint filed by Plaza Construction Corp.,, 188 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 296 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 463 Reply Memorandum
in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of
York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of Nev
Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolida
Edison Development, Inc.,, 53 Declaration in Opposition to Motion, 415 Notice of Substitution of Attorney, filed by
Hill Properties LLC,, 398 Rule 56.1 Statement, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, Wo
Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 Wor
Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 237 Answer to Complaint filed by The Port Authori
New York &New Jersey,, 465 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of Nev
&New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey
Tartamella,, 272 MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Contem
their failure to respond to same. filed by Plaintiffs Liaison Counsel,, 497 Reply Memorandum of Law in Support of
filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager

1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste Properties, Inc.,,, 294 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 145 Answer to Complaint fi Plaza Construction Corp.,, 156 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 389 Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc,, Westfield Corporation, Inc.,, Wes America, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,,, 63 Endorsed Letter Hearings, 371 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construct Corporation of Manhattan,,, 326 Order,,, 350 Notice (Other) filed by Verizon New York Inc.,, Verizon Properties Inc Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 444 Notice of Appearance filed by CD York) L.L.C.,, 205 Answer to Complaint filed by Plaza Construction Corp.,, 88 Notice (Other), Notice (Other) filed Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,,, 447 N (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 331 Endorsed Le Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 72 Remark filed by The Port Authority York &New Jersey,, World Trade Center Properties LLC,, 377 Order, Set Deadlines,,,,, 60 Order,,, 219 Answer to C filed by Plaza Construction Corp.,, 467 Reply Memorandum of Law in Support of Motion, filed by Silverstein Prop Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 96 Answe Complaint filed by City of New York,, 171 Answer to Complaint filed by Plaza Construction Corp.,, 472 Certificate Service Other, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Constructio Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Plaza Construction Management Corp.,, T Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construc International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bec Associates Professiona;l Corporation,, Bechtel,, 373 Notice of Appearance filed by Verizon Communications Inc.,, Order, Add and Terminate Attorneys,, 242 Answer to Complaint filed by Silverstein Properties, Inc.,, World Trade C Properties LLC,, 90 Case Management Plan,, 401 Rule 56.1 Statement, filed by The Port Authority of New York &N Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 286 W Service Executed, filed by Plaintiffs Liaison Counsel,, 47 Order,, 347 Notice (Other) filed by Plaintiffs Liaison Coun Stipulation and Order of Dismissal,,, 147 Answer to Complaint filed by Plaza Construction Corp.,, 153 Answer to C filed by Plaza Construction Corp.,, 411 Rule 7.1 Corporate Disclosure Statement filed by Turner/Plaza, A Joint Ven FIRST MOTION For Leave To File Plaintiffs' Master Complaint As To Fresh Kills Defendants re: 541 FIRST MOT File Additional Master Complaint As To Fresh Kills Defendants. Memorandum In Support. filed by Plaintiffs Liaiso Counsel,, 67 Endorsed Letter,, 65 Endorsed Letter,, 112 Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor Corp.,, 244 Notice (Other) filed by Latham &Watkins LLP,, 459 Reply Memorandum of Law in Support of Motion, City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Bechtel,, 324 Notice of Appearance filed by Verizon New York Inc., Properties Inc.,, 506 Endorsed Letter,,, 395 MOTION for Judgment on the Pleadings Based on State Common Law Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse Port Authority of New York and New Jersey,, 203 Answer to Complaint filed by Plaza Construction Corp.,, 214 Ru Corporate Disclosure Statement filed by Plaza Construction Corp.,, 180 Rule 7.1 Corporate Disclosure Statement fil Plaza Construction Corp.,, 385 MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solution Consolidated Edison Company of New York,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 358 Order, Add and Terminate Attorneys,,, 511 Master Allegations filed by Plaintiffs Liaison Counsel,, 442 Memorandum of Law in Opposition to filed by John Montalvo,, 535 Endorsed Letter,,, 201 Answer to Complaint filed by Plaza Construction Corp.,, 186 R Corporate Disclosure Statement filed by Plaza Construction Corp.,, 353 Order, Add and Terminate Attorneys,,, 514 Allegations filed by Plaintiffs Liaison Counsel,, 75 Endorsed Letter,, Add and Terminate Attorneys,, 77 Endorsed L 225 Answer to Complaint filed by Plaza Construction Corp.,, 274 Memorandum of Law in Opposition to Motion, fil Defendants,, 481 Order, 39 Affidavit of Service Other,, 95 Notice (Other) filed by Westfield Corpora Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC.,,, 126 Rule 7.1 Corporate Disc Statement filed by Plaza Construction Corp.,, 200 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,, 157 Answer to Complaint filed by Plaza Construction Corp.,, 284 Waiver of Service Executed, filed by Plain Liaison Counsel,, 330 Notice (Other), Notice (Other) filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings, L.L.C.,, Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, 209 Answer to C filed by Plaza Construction Corp.,, 416 Order,,, 468 Reply Memorandum of Law in Support of Motion, filed by The Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne

and New Jersey,, Frances Tartamella,, 34 Order, 370 Rule 7.1 Corporate Disclosure Statement, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 356 Order, Add and Terminate Attorneys,,,, 402 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 246 Transcript, 12 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 451 Protective Order, 437 Notice (Other) filed by Plaintiffs Liaison Counsel,, 512 Master Allegations filed by Plaintiffs Liaison Counsel,, 337 Endorsed Letter, Set Deadlines/Hearings,,,,, 391 Declaration in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc. and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza Joint Venture,, Bechtel Associates Professiona;l Corporation,, 51 Memorandum of Law in Support of Motion filed by City of New York,, 194 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 149 Answer to Complaint by Plaza Construction Corp.,, 196 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp., 435 Notice of Appearance filed by Antonio E. Alves,, Maria E. Alves,, 455 Endorsed Letter,,, 54 Order,, 495 Stipulation and Order of Dismissal, 61 Transcript, 158 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 308 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 240 Answer to Complaint filed by City of New York,, 443 Notice of Appearance,,,,, filed by Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis Lend Lease Inc,, Tully Construction Co., Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Co.,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease,, Bechtel Associates Professiona;l Corporation,, 247 Answer to Complaint filed by World Trade Center Properties, LLC,, 525 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 536 Notice (Other), 337 (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 140 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 466 Reply Affidavit in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,, 516 Master Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegations filed by Plaintiffs Liaison Counsel,, 329 Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, 190 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 305 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 273 MOTION to Compel the Depositions of Lawrence Martin, Esq., Kenneth Becker, Esq.. filed by Plaintiffs Liaison Counsel,, 191 Answer to Complaint filed by Plaza Construction Corp.,, 361 Opposition Brief filed by City of New York,, 268 Order Lifting Stay,, 361 Order, Add and Terminate Attorneys,, 127 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 265 Order,,, 297 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel, 312 Order, 868 MOTION for Protective Order Exhibits H–L. filed by En–Tech Corp., DCM Erectors, Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Skidmore Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F&G Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment Corp., Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Zurich American Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking

&Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 779 Notice (Other) filed by Plaza Construction Corp., 612 Answer to Complaint filed by Phillips and Jo
Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, 650 Order, Set Deadlines/Hearing
Response, filed by Maria E. Alves, Antonio E. Alves, 645 Notice (Other), Notice (Other) filed by Plaintiffs Liaison
758 Amended Answer to Complaints, filed by New York City Department of Transportation, Weeks Marine, Inc.,
Mazzocchi Wrecking, City of New York, Yannuzzi &Sons, Inc., New York City Department of Sanitation, New Yo
Department, 751 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Construction Company, Inc., 749 Rule
Corporate Disclosure Statement filed by Bechtel Associates Professional Corp., 725 Certificate of Service Other file
Cord Contracting Co. Inc., 824 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA
Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., L
Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomase
Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers,
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 712 Rule 7.1 Corporate Disclosure Statement filed by T
Safety Consulting, LLC, Transmission to Attorney Admissions Clerk, 871 Memorandum of Law in Support of Moti
by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo
Owings &Merrill LLP, Bechtel Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 628 N
(Other) filed by Plaintiffs Liaison Counsel, 580 Order, Set Deadlines/Hearings, 858 Stipulation and Order of Dismis
Rule 7.1 Corporate Disclosure Statement filed by Atlantic Heydt Corp., 588 Order,, 778 Notice (Other) filed by Plaz
Construction Corp., 700 Rule 7.1 Corporate Disclosure Statement filed by Hallen Welding Services, Inc., 796 Notic
filed by Plaintiffs Liaison Counsel, 640 Objection (non–motion) filed by Verizon New York Inc., 862 Answer to An
Complaint filed by American Building Maintenance Industries, Inc., 856 Stipulation and Order of Dismissal,, 595 N
Change of Address filed by 100 Church, LLC, Zar Realty Management Corp., 709 Rule 7.1 Corporate Disclosure St
filed by Leslie E. Robertson Associates, R.L.L.P., 639 Notice (Other) filed by Plaintiffs Liaison Counsel, 815 Rule
Statement,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silma
Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 691 Rule 7.1 Corporate Disclosure Statement filed by Executive Medical Services, P.C., 616 Response to Disc
filed by John Montalvo, 733 Rule 7.1 Corporate Disclosure Statement filed by Royal GM, Inc., 773 Notice (Other) f
Plaza Construction Corp., 763 Order Admitting Attorney Pro Hac Vice, 547 Order, Set Deadlines/Hearings,, 561
AMENDED MOTION for Declaratory Judgment Supporting Memo of Law. filed by Michelle Haskett–Godbee, 74
Endorsed Letter, 720 Certificate of Service Other, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterpri
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamand
&Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company
Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finle
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates,

Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associ
Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.
Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associa
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point
Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc.,
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., W
Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environn
Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Bro
Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. D
Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nichols
Construction Company, Big Apple Wrecking &Construction Corp., 599 MOTION to Admit Counsel Pro Hac Vice.
Plaintiffs Liaison Counsel, 586 MOTION to Compel the firm of Worby Groner Edelman &Napoli to produce the fil
Kevin Fitzpatrick and Samuel Provisero. filed by Samuel Provisero, Susan Marie Provisero, 564 Response, filed by
Alves, Antonio E. Alves, 570 Response to Motion, filed by City of New York, 755 Stipulation and Order of Dismiss
Stipulation and Order,,, 602 Memorandum &Opinion,, 760 Notice (Other), 654 Endorsed Letter,, 876 MOTION for
Protective Order – Plaintiffs' Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Cou
Answer to Complaint filed by City of New York, 801 Response to Discovery filed by Tishman Speyer Properties, L
Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio, Fr
Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Flanc
Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andrew
Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarella,
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 874 Affidavit in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Corporat
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canr
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corp
Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation,
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Constru
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton
Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel
Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera
Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lock
Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 707 Rule 7.1 Corporate Disclosure Statement filed by LaStra
General Contracting Corp., 888 Notice of Appeal, filed by Plaintiffs, 764 Rule 7.1 Corporate Disclosure Statement,
Vollmer Associates, LLP, Note to Attorney to E–Mail PDF, 684 Rule 7.1 Corporate Disclosure Statement filed by I
Enterprise, Inc., 587 Declaration in Support of Motion,,,,, filed by Samuel Provisero, Susan Marie Provisero, 721 Ce
of Service Other,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., Diego Construction, Inc., DMT Enter
Inc., Lockwood, Kessler &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I
Demo–Tech, Canron Construction Corp., Fleet Trucking, Inc., Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie
Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazz
Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Exca
Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Execu
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Bre

Transportation Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 608 Order, 821 Affidavit in Support of Motion,, filed
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro I
Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 864 Order on Motion to Strike,
7.1 Corporate Disclosure Statement filed by Breeze National, Inc., Cashiers Remark, 836 Notice of Voluntary Dism
Signed, 560 AMENDED MOTION for Declaratory Judgment Affirmation John Rudden, Esq.. filed by Michelle
Haskett–Godbee, 582 Order, 607 Order Admitting Attorney Pro Hac Vice, 882 Endorsed Letter, 808 Notice of App
filed by The Port Authority of New York &New Jersey, 706 Answer to Amended Complaint, filed by AMEC Const
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Tu
Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 85
Stipulation and Order of Dismissal,, 617 Order, 574 Order, Set Deadlines/Hearings,, 754 Memorandum of Law in S
Motion, filed by Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates
Professional Corp., 600 Endorsed Letter, 828 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill I
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, I
Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz
Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 744 Rule 7.1 Corporate Disclosure Statement filed
Wolkow Braker Roofing Corp., 641 Endorsed Letter, 664 Rule 7.1 Corporate Disclosure Statement filed by Brer–F
Transportation Corp., 867 MOTION for Protective Order Exhibits E–G. filed by En–Tech Corp., Diego Constructi
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Ind
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Bechtel Associates Professiona;l Corporati
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocch
Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LL
Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Ex
Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'On
General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sei
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 747 Notice (Other) filed by Plaintiffs
Counsel, 737 Rule 7.1 Corporate Disclosure Statement filed by Silverite Contracting Corp., 557 MOTION Motion f
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. filed b
Construction Management, Inc., Bovis Lend Lease LMB, Inc., Bechtel, Tully Construction Company, Tully Enviro
Inc., Bovis International, Inc., Bechtel Corporation, Plaza Construction Management Corp., Tully Construction Co.,
City of New York, Bechtel Associates Professiona;l Corporation, Turner Construction Company, Bovis Lend Lease
Bovis Lend Lease Inc., Bechtel Construction, Inc., Tully Industries, Inc., Bechtel Environmental, Inc., Turner/Plaza
Venture, Plaza Construction Corp., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Turner Construction
International, L.L.C., Tully Consulting Corp., 637 Answer to Complaint filed by CDL (New York) L.L.C., 571 Orde
Order on Motion to Dismiss, 786 Protective Order, 546 Notice of Appearance filed by Musco Sports Lighting, LLC
Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumpertz &Heger Inc., 656 Notice of Appearance filed
Gilsanz Murray Steficek LLP, 636 Answer to Complaint filed by GRUBB &ELLIS MANAGEMENT SERVICES,
666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction Corp., 797 Notice (Other) filed by Plain
Liaison Counsel, 555 AMENDED MOTION for Declaratory Judgment Statute Limitations Notice of Claim. filed by
Michelle Haskett–Godbee, 692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Trucking, Inc., 875 Stipulati
Order, 731 Rule 7.1 Corporate Disclosure Statement filed by Robert Silman Associates, P.C., 662 Rule 7.1 Corpora
Disclosure Statement filed by Breeze Carting, Inc., 800 Transcript, 832 Certificate of Service Other,,, filed by Skidn
Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold C
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer

Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 861 MOTION to Amend/Corre
Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certain Affirmative Defenses (see do
854 and 860). filed by Plaintiffs Liaison Counsel, 642 Response, filed by John Montalvo, 840 Amended Answer to
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC,
W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Sil
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owin
&Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associat
Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., E
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Anthony Cortese Specialized H
LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., 866 MOTION for Protective Order Certification of James E. Tyrrell, Jr.,
Exhibits A–D. filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Moretrench Americ
Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construct
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze N
Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roof
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC,
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
MOTION permission to add specified questions to the Core Discovery. filed by SURVIVAIR RESPIRATORS, INC
Certificate of Service Other filed by City of New York, 629 Notice (Other) filed by Plaintiffs Liaison Counsel, 585
Appearance filed by Bovis Lend Lease LMB, Inc., 643 Reply, filed by John Montalvo, 819 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,
Order, 670 Answer to Complaint filed by Tishman Speyer Properties, LP, 785 Order,, 674 Rule 7.1 Corporate Disclo
Statement filed by DB Private Clients Corporation, 675 Rule 7.1 Corporate Disclosure Statement filed by Dakota
Demo–Tech, 578 Stipulation and Order, 603 USCA Mandate,,,, 782 Notice of Appearance filed by Plaza Constructi
748 Case Management Plan, 839 Rule 7.1 Corporate Disclosure Statement filed by Tucci Equipment Rental Corpora
Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 653 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., 716 Certificate of Service Other, filed by New York City Department of
Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New York City Department of Sanita
New York Police Department, 881 Declaration in Opposition to Motion filed by The Port Authority of New York &

Jersey, 690 Response, filed by John Montalvo, 630 Notice (Other) filed by Plaintiffs Liaison Counsel, 822 Affidavit
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Luciu
Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac Vice, 826 Affid
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Luciu
Inc., 803 Notice (Other) filed by Mayore Estates, LLC, 771 Notice (Other) filed by Plaza Construction Corp., 620 O
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., Diego Construction
DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, I
Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Te
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., I
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation,
Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Re
of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulti
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrenc
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Volln
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Bec
Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors,
New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Constructi
Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services,
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti
Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York C
&Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia
Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Luciu
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 879 MOTION for Protective On
Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order. filed by Plaintiffs L
Counsel, 777 Notice (Other) filed by Plaza Construction Corp., 726 Rule 7.1 Corporate Disclosure Statement filed b
Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith, 579 Stipulation and Order, 705 Answe
Complaint, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Skidmore Owings &Merrill LI
Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp.,
Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar En
Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc.,
Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Co
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., T
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associates Professiona;l Corpor
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engine
P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz N
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Pla
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 859 Stipulation and Order of Dismissal,, 695 Answer to Com
filed by Verizon New York Inc., 689 Rule 7.1 Corporate Disclosure Statement filed by Ewell W. Finley, P.C., 649 F
filed by John Montalvo, 818 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engir
P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Asso

Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser R
Consulting Engineers, Lucius Pitkin, Inc., 724 Rule 7.1 Corporate Disclosure Statement filed by Nicholson Construc
852 Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz Murray Steficek LLP, 676 Rule
Corporate Disclosure Statement filed by Diamond Point Excavating Corp., 781 Notice (Other) filed by Plaza Constr
Corp., 775 Notice (Other) filed by Plaza Construction Corp., 736 Rule 7.1 Corporate Disclosure Statement filed by S
Equipment and Manufacturing Corporation, 757 Rule 7.1 Corporate Disclosure Statement filed by Yannuzzi &Sons
686 Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc., 863 Endorsed Letter, 77
(Other) filed by Plaza Construction Corp., 568 Order Admitting Attorney Pro Hac Vice, 830 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Tho
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 798 Notice (Othe
by Plaintiffs Liaison Counsel, 734 Rule 7.1 Corporate Disclosure Statement filed by Sperian Respirstory Protection
LLC, 793 Response to Discovery filed by Samuel Provisero, 611 Rule 7.1 Corporate Disclosure Statement filed by I
and Jordan, 843 Reply Affirmation in Support of Motion, filed by Bechtel Associates Professional Corporation, Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., 592 Notice (Other) filed by Plaintiffs Liaison
767 Notice (Other) filed by Plaza Construction Corp., 753 MOTION to Dismiss of Bechtel Defendants. filed by Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp., 873 A
in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Constructio
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Ve
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 668 Answer to Complaint filed by Sperian Respirstory Protection USA, LLC, 761 Notice (Oth
by Plaintiffs Liaison Counsel, 849 Stipulation and Order of Dismissal, 766 Notice of Adoption of Master Answer fi
Plaza Construction Corp., 601 Order on Motion for Miscellaneous Relief, 756 Notice (Other) filed by Phillips and J
Inc., 619 Order, 742 Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc., 841 Amended Answer to
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Week
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. –
Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch S
Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive M
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation

New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, [...]
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Ap[...]
Wrecking &Construction Corp., 681 Rule 7.1 Corporate Disclosure Statement filed by Tishman Interiors Corporation[...]
Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc., 783 Notice of Appearance filed by Plaza [...]
Construction Corp., 594 Order, Set Deadlines/Hearings,,,, 842 Reply Memorandum of Law in Support of Motion, fi[...]
Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environment[...]
743 Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc., 772 Notice (Other) filed by Plaza[...]
Construction Corp., 727 Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environmental Corp., 589 Case [...]
Management Plan, 704 Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction, Inc., 833 Declaratio[...]
Joseph Bellisimo, Rosanne Baldo, Nicole Agugliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cacovic, Fra[...]
Bondeson, Kimberely Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patricia Ayers, Robert Carannante[...]
Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patricia Cantos, Lahissi [...]
Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John Baiano, Shante Bueford, [...]
Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Buirkle, Eileen Belmonte, Cathe[...]
Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, Christine Carver, Alex[...]
Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto, Christopher A. Baum[...]
Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theadore Belgrave, Thomas L. Bencivenga, Santo Baisi, Wayne [...]
Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, Kevin Calzadilla–Marino, Mamcyhi Bilick[...]
Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Bianco, Sharon Accetta, Kevin Brannick, Leroy[...]
Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry Bass, Peter Carlo, Lorraine K. Bieselin, [...]
Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andreotti, Raul Allivar, Patricia Augplairo, Dian[...]
Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte, Ann Hock, Carlos Bennett, Hassena Bishu[...]
Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas Basmagy, Nicole Anderson, Kevin Bartolomew[...]
Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagoberto Aristizabal, Patricia Aguirre, Thomas J. Ba[...]
Bridget Cacavio, Jeanette Bass, Joseph Anzueta, Christine Broome, Robert Broome, Thomas Avery, Paul Caminiti, [...]
Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Barbato, Evanie Antine, Ralph Carmine, Jose Bacch[...]
Bedford, Sue Ann Andersen, Georgina Cabrera, Lorraine Barry, Thomas Blumbergs, Michael Barker, Carolyn Bava[...]
Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Yudelka Bartlet, Jaime Alvarez, Jeff Campion, [...]
Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann Cangemie, Richard Battle, Camile Anderso[...]
Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo Armas, Richrd Blasi, Louis Betro, Camile Ba[...]
Thomas Bacchi, Walter Bieber, Stalin F. Barccoulong, Norma Black, Carolyn Bryson, George Affatato, Maryann B[...]
Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Beck, Pino Anselmo, Julio Alonzo, Zebebulah Ca[...]
Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelrehim, Robert Anzalone, John Bou, Randy S. Br[...]
Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne, John Antoniades, Gloria Elaine Carson, James [...]
Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Benn, Calogero Agro, Victor Carpentier, Cindy Ben[...]
Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid Belford, Setna Bascom, James A. Bianco, Virginia [...]
Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Alulema, Nicholas Boscaino, Sybel Barefield, Lois E. Aff[...]
Peter Bergin, Steve Cappello, Patricia Bullen, Guiseppe Acquista, Laura Armstrong, Tye Butler, Frank Beshears, Se[...]
Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizabal, John Auer, Reynaldo Benitez, Joseph F. Bilella, Dimi[...]
Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmagy, Jorge Blanco, Erick Bermudez, Jorge Alvlema, Ste[...]
Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay, Mary Akers, Andrew F. Carson, Ann Marie Baro[...]
Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, Maria Asher, Caryn Abruzzese, Asaro Calogero, Lance[...]
David Alvarado, Anthony Basic, Veronica E. Black, Paul Beck, Arenas Arenas, Christopher Bacchi, Megan Capuan[...]
Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelrehim, Maria I Astudillo, James W. Brereton, Sharon Brensek[...]
Aponte, Amy Beller, Julio Bastidas, Michael Basmagy, Chris Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia[...]
Arciuolo, David Aviles, Teresa Arca, Glenda Ammon, Margaret Armagno, James Bartlet, Kathleen M. Acquaro, Do[...]
Bonomonte, Colin Byrne, John Arciuolo, William Beaury, Steven Agugliardo, Steven Brenseke, Rosa Agro, Ann B[...]
Claude Armstrong, Orlando Almodovar, Richard Antonacci, Lizette Carvajal, Daniel Armgano, Peter Bishun, Jame[...]
Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lillieth Aquart, Lawrence Bilicki, Kimberly Carlo, Hanfo[...]
Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Michael Briskie, Andrew Barone, Wilmer Astudillo, Thom[...]
Carlstrom, Francine Asciolla, William Baker, Alfred Baker, Amy Caradonna, Michael Baratta, Eileen Beaury, Elear[...]
Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Baez, Joseph Cardinale, Joseph Aparicio, Carol Barnes, A[...]
Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bell, Idris Bey, Danny Aroyo, Barry Buss, Jospeh Anderson, H[...]
Andersen, Robert Asinelli, Elizabeth Barksdale, Jason Andersen, Lori Bencivenga, Joy H. Bolobanic, Candiace Bak[...]
Barry, Anthony Anderson, James Bahrey, Sonia Alvarado, Ronnita Akil, Roseann Bilella, Santiago Alvear, Victor A[...]
Fitzroy Augustus, Wilbert Bascom, James Baumann, Michael Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony [...]
Alloggio, Maria Asencio, John Boyle, Vivencia Alaimo, Michael Bell, Sergio Barragan, Louis Ancona, Emmanual [...]
John Bianco, Richard Allison, Maria Bartolomew, Gina Baisi, Geraldine Alexander, Terri Bianco, Susan Asinelli, V[...]
Aprea, Donald Bowles, Peter Acquaro, June Allison, Jo Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Josepl[...]
Kevin Barry, Kevin Carpenito, Vinny Benenati, Joseph Bellissimo, James F. Albach, Allen Andersen, Andrea Ande[...]
Maureen Bilella, Martin Bilinski, Rose Marie Bencivenga, Raymond Barksdale, Linda Avery, Marisol Calzadilla–M[...]
Alise L. Bauman, Antonio Andreotti, Ann Betro, Joanne Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Tho[...]
Bruno, Robert Aguirre, Lorraine Burke, Robert Bilella, Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta[...]
Cecelia Borcherding, Renee Berry, Anna Abad, Holly Acierno, Catherine Biliski, Christine Beck, Stewart Anspach, [...]

Arellano, Frank Bauman, Ann Marie Anzalone, Michael R. Basile, Courteney Aquart, Arthur Alessandro, Robert Ad
Bonnie M. Carson, Joseph Asciolla, Rita Anselmo, Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, An
Aviles, Andrew Benfante, Richard Bittles, Robert Boswell, Louie Cacchioli, Donna Bennett, De'Andre Berry, Portia
Augustine, Anna Antico, Douglas Anderson, Daphna Blacksea, Thomas Camarda, Dominick Capuano, James Biese
Tyrell Anderson, Thomas Cacavio, Kathleen Bondeson, 806 Order Admitting Attorney Pro Hac Vice, 562 AMEND
MOTION for Declaratory Judgment Plaintiff's Aff in Support. filed by Michelle Haskett–Godbee, 658 Rule 7.1 Cor
Disclosure Statement filed by A Russo Wrecking, Inc., 596 Notice of Change of Address, filed by Century 21 Depar
Stores LLC, Blue Millennium Realty LLC., Century 21, Inc., 652 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., 710 Rule 7.1 Corporate Disclosure Statement filed by Lockwood, Kess
&Bartlett, Inc., 553 Reply Affirmation in Support of Motion, filed by Plaintiffs Liaison Counsel, 714 Rule 7.1 Corp
Disclosure Statement filed by Manafort Brothers, Inc., 723 Rule 7.1 Corporate Disclosure Statement filed by New Y
Crane &Equipment Corp., 545 Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Constructi
Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Por
Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Constructio
The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bech
Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C., 575 Order Ad
Attorney Pro Hac Vice, 770 Notice (Other) filed by Plaza Construction Corp., 597 Notice (Other) filed by 80 Lafeye
Associates, LLC, Mayore Estates, LLC, 713 Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wre
Inc., 722 Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc., 816 Affidavit in Support of M
filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Rob
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Cons
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Eng
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 752 Rule 7.1 Corpo
Disclosure Statement filed by Bechtel Corporation, 732 Rule7.1 Corporate Disclosure Statement filed by Rodar Ent
Inc., 857 Stipulation and Order of Dismissal,, 661 Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wre
&Construction Corp., 703 Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, L.L.
Notice (Other) filed by Plaintiffs Liaison Counsel, 854 MOTION to Strike Certain Affirmative Defenses Pursuant to
12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursu
Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses
to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). filed by Plaintiffs Liaison Counsel, 741 Rule 7.
Corporate Disclosure Statement filed by Vollmer Associates, Inc., 728 Endorsed Letter,, 795 Response to Discover
Kevin Fitzpatrick, 566 Order,, 817 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 878 MOTION for Protective Order Plaintiffs' Memorandum of Law in O
to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Counsel, 883 Order,, 792 MOTION for Heidi
Appear Pro Hac Vice. filed by The Port Authority of New York &New Jersey, 789 Notice (Other) filed by Plaintiffs
Counsel, 672 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers Trust
Corporation, 632 Case Management Plan,,, 835 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 790 N
(Other) filed by Phillips and Jordan, Inc., 610 Notice of Appearance filed by Phillips and Jordan, 865 MOTION for
Protective Order Notice of Motion. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Car
Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp.,
Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.
Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, I
One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roc
Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safe
Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Sys
Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Enviro
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services

Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 769 Notice (Other) filed by Plaza Construction Corp., 711 Rule 7.1 Corporate Disclosure Stat filed by Lucius Pitkin, Inc., 885 Reply Memorandum of Law in Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., S Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associat Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion,, filed by Gilsan Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silm Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosure Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Con Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other) Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Not (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complain The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Meri Construction Group, L.L.C., 887 Declaration in Support of Motion, filed by AMEC Construction Management, Inc. Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinna Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. R Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Company, York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contract Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Pro Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Dakota Demo–Tech, MRA Engineering, P.C., P Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Thornton To Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Leas Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Br Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoist Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Sk Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipmen &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 657 Endorsed Letter, 685 Rule 7.1 Corporate Disclo Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corporate Disclosure Statement filed by E.J. Inc., 621 Consent Order, Add and Terminate Attorneys,, 591 Order on Motion to Compel, 633 Answer to Complain RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel, 556 MOTION for Declaratory Judgment S Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 872 Affidavit in Support of Motion, filed by AME Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., A Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corporation, Tully Construction

Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries Incorporated, Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 829 Affirmation in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, 647 Endorsed Letter,, 804 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 804 Notice (Other), Notice (Other) filed by Mayore Estates, LLC, 590 Order Admitting Attorney Pro Hac Vice, 880 Memorandum of Law in Opposition to Motion, filed by The Port Authority of New York &New Jersey, 848 Notice (Other) filed by Plaintiffs Liaison Counsel, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 Notice (Other) filed by Plaintiffs Liaison Counsel, 855 Amended Answer to Complaints, filed by Toretta Trucking, Inc., Cord Contracting Co. Inc., Canron Construction Corp., G &L Contracting Corp., Pinnacle Environmental Corp., Total Safety Consulting, LLC, Atlantic Heydt Corp., Hallen Welding Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, Meridian Construction Group, LLC, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Safeway Environmental Corp., Yannuzzi Demolition &Recycling Services, Inc., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Component Assembly Systems, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Lucius Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Liberty Mutual Group, Weidlinger Associates, Inc., Bechtel Construction, Inc., Mazzocchi Wrecking Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Nacirema Industries Incorporated, Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Robert Silman Associates, Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., JP Equipment Rental Material, Inc., E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 814 Declaration in Support of Motion,,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Notice (Other) filed by Plaintiffs Liaison Counsel, 812 MOTION for Summary Judgment on Rule 7.1 Corporate Disclosure Statement filed by Robert L. Gerosa, Inc., 812 MOTION for Summary Judgment on behalf of Structural and Design Engineer Defendants. filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Counsel, 665 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter,, 683 Rule 7.1 Corporate Disclosure Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Transmission to

Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison Counsel, 605 Order, Set Deadlines/Hearin Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Company, Deutsche Bank, Deutsche Bank T Company Americas, 577 Special Master's Report filed by Aaron D. Twerski, James A. Henderson, Jr., 646 Respons by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Disclosure Statement filed by C.B. Contracting Co Notice (Other) filed by Plaza Construction Corp., 850 Stipulation and Order of Dismissal,, 838 Endorsed Letter,, 76 Stipulation and Order of Dismissal,, 739 Rule 7.1 Corporate Disclosure Statement filed by Skanska Koch, Inc., 877 MOTION for Protective Order ; Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of D Paige, Esq. in Opp to the Motion. filed by Plaintiffs Liaison Counsel, 565 AMENDED MOTION for Declaratory Ju STIPULATION ADJOURNMENT. filed by Michelle Haskett–Godbee, 593 Statement of Relatedness filed by Josep Urso, 622 Notice (Other) filed by Plaintiffs Liaison Counsel, 696 Answer to Amended Complaint, filed by New Yor Department of Transportation, Mazzochi Wrecking, New York City Department of Sanitation, City of New York, W Marine, Inc., New York Police Department, 886 Declaration in Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Nicholson Construction Co., Fra Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recyc Corona, Dakota Demo–Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Turner Constru Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laquila Constructi Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer– Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Dieg Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professional Corporatio Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Ber Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Const Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecl Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 823 Affidavit i of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., L Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Asso Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP Engineering, P.C., W eidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gu &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 851 Stipulation and Order of Dismissal,, 644 Notice (Other) filed by Plaintiffs Liaison Counsel, 688 Rule 7.1 Corporate Disclosure Statement filed by En–Tech Corp., 718 Certificate of Service Other, filed by AMEC Construction Mana Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Turner Const Company, Tully Environmental, Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., 660 Rule 7.1 Corpora Disclosure Statement filed by Berkel &Co. Contractors, Inc., 583 USCA Mandate Non–Dismissal, 554 Reply Mem of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 567 Order of Dismissal, 869 Affidavit in Support Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc. Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., N Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems, Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group, Bree National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi & Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff

Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel, 548 Order on M
Remand to State Court,, Case Consolidation – Member, 765 Order, 618 Order,, 635 Answer to Complaint filed by A
Express Company, American Express Bank, Ltd, American Express Travel Realted Services Company, Inc., 559
AMENDED MOTION for Default Judgment as to Statute Limitations, Notice of Claim. filed by Michelle Haskett–G
638 Answer to Complaint filed by Murray Hill Properties, 719 Rule 7.1 Corporate Disclosure Statement filed by MI
Engineering, P.C., 750 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Environmental, Inc., 634 Answer
Complaint filed by Lehman Brothers Holdings Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc., 673 R
Corporate Disclosure Statement filed by Cord Contracting Co. Inc., 609 Order, 584 USCA Order, 573 Endorsed Let
Endorsed Letter, Set Deadlines/Hearings, 550 Memorandum of Law in Opposition to Motion, filed by City of New
Phillips and Jordan, 682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc., 651 Stipulation
Order of Dismissal, 693 Rule 7.1 Corporate Disclosure Statement filed by Francis A. Lee Company, 807 Protective
671 Rule 7.1 Corporate Disclosure Statement filed by Component Assembly Systems, Inc., 677 Answer to Complai
by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank, DB Private Clients Corporat
Bankers Trust Corporation, Deutsche Bank Trust Company Americas, 699 Rule 7.1 Corporate Disclosure Statement
Goldstein Associates Consulting Engineers, P.C., 788 Order Admitting Attorney Pro Hac Vice, 613 Stipulation and
Dismissal, 624 Order, 694 Rule 7.1 Corporate Disclosure Statement filed by FTI Trucking Corp., 740 Rule 7.1 Corp
Disclosure Statement filed by Skidmore Owings &Merrill, LLP, 604 Order, 569 Memorandum &Opinion,, 870 Affi
Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Constructio
PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench America
Corporation, Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp.,
Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Gro
L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Service
Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Compon
Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze N
Inc., Diamond Point Excavating Corp., Laquila Construction Inc., Goldstein Associates Consulting Engineers, P.C.
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insura
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 837 Endorsed Letter, 774 Notice (Other) filed by Plaza Construction Corp., 884 Notice (Othe
by Plaintiffs Liaison Counsel, 745 Rule 7.1 Corporate Disclosure Statement filed by WSP Cantor Seinuk, 678 Answ
Complaint filed by Tishman Construction Corporation of Manhattan, Tishman Interiors Corporation, Tishman Cons
Corporation of New York, 831 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutl
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 715 Rule 7.1 Corporate Disclosure Statement filed by Moretrench Ameri
Corp., 813 Memorandum of Law in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Co
Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of
Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitki
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group,
WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engine
Vollmer Associates, LLP, 802 Notice (Other) filed by Plaintiffs Liaison Counsel, 794 Response to Discovery b
Holdings, L.L.C., 558 Memorandum of Law in Support of Motion filed by AMEC Construction Management, Inc.,
Construction Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., City of New York, T
Construction Company, Bovis Lend Lease Inc., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Tully Co
Corp., Bechtel, Tully Environmental Inc., Bovis Lend Lease, Inc., Bechtel Construction, Inc., Plaza Construction Co
Bovis Lend Lease LMB, Inc., Tully Construction Company, Bovis International, Inc., Bechtel Corporation, Bechtel
Associates Professiona;l Corporation, Tully Industries, Inc., Bechtel Environmental, Inc., Turner Construction Inter
L.L.C., 648 Notice (Other), 2350 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2208 Declaration in Su

Motion, filed by Plaintiffs Liaison Counsel, 2280 Endorsed Letter, 2226 Notice of Appeal, 2212 Declaration in Sup
Motion filed by Plaintiffs Liaison Counsel, 2221 MOTION for Extension of Time filed by En−Tech Corp., DMT En
Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Cor
Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In
E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc.,
Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann
&Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, H
Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Skidmo
Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gr
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A
Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., B
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C.
Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Cor
Engineers, 2168 Declaration, filed by Plaintiffs Liaison Counsel, 2138 Order, 2361 Declaration in Support, filed by
Liaison Counsel, 2201 Memo Endorsement, 2189 Declaration in Opposition to Motion, filed by Plaintiffs Liaison C
2328 Stipulation and Order of Dismissal, 2341 Order, 2160 Declaration in Opposition filed by Gregory J Cannata
&Associates, 2269 Order, 2277 MOTION for Attorney Fees Declaration of Denise A. Rubin, Exhibits to be filed via
with clerk's office filed by Plaintiffs Liaison Counsel, 2190 Memorandum of Law in Support of Motion, filed by Mo
Medical Center, 2299 Order, 2159 Affirmation in Support filed by Plaintiffs Liaison Counsel, 2331 MOTION Repo
Defendants' Objections Papers filed 1−31−11 filed by Plaintiffs Liaison Counsel, 2268 Order, 2219 Endorsed Letter
Order on Motion to Compel, 2257 Order, 2267 Order, 2228 Order on Motion for Extension of Time, 2173 Endorsed
2283 Endorsed Letter, Set Deadlines/Hearings, 2236 Stipulation and Order of Dismissal, 2194 Affidavit of Service
filed by Plaintiffs Liaison Counsel, 2354 Stipulation and Order of Dismissal, 2291 Stipulation and Order of Volunta
Dismissal, 2265 Memo Endorsement, 2187 Order of Dismissal, 2210 Declaration in Support of Motion filed by Plai
Liaison Counsel, 2285 Endorsed Letter, 2216 MOTION to Compel Certain Medical Providers to Respond to Subpo
Duces Tecum filed by Plaintiffs Liaison Counsel, 2344 Declaration in Support of Motion filed by Plaintiffs Liaison
2227 Endorsed Letter, Set Deadlines/Hearings, 2139 Order, Set Deadlines/Hearings, 2333 Order, 2242 Order, 2182
2161 Declaration in Opposition to Motion, filed by Gregory J Cannata &Associates, 2337 Declaration in Support of
filed by Plaintiffs Liaison Counsel, 2206 Order, Set Deadlines/Hearings, 2158 Order, Set Deadlines/Hearings, 2163
filed by Plaintiffs Liaison Counsel, 2260 Notice (Other) filed by Plaintiffs Liaison Counsel, 2321 Stipulation and On
Dismissal, 2193 Notice (Other) filed by Plaintiffs Liaison Counsel, 2167 Reply filed by Plaintiffs Liaison Counsel, 2
Stipulation and Order of Voluntary Dismissal, Add and Terminate Parties, 2284 Endorsed Letter, Set Deadlines/Hea
2312 Notice of Appeal, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., A Rus
Wrecking, Inc., 2217 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 2199 Memo Endorseme
Memorandum of Law in Support filed by Plaintiffs Liaison Counsel, 2348 MOTION to Compel the WTC Captive In
Company, Inc. to allow eligible Plaintiffs to participate in the settlement filed by Plaintiffs Liaison Counsel, 2264 O
Deadlines/Hearings, 2351 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2195 Stipulation and Order of
Dismissal, 2301 Memo Endorsement, 2294 Stipulation and Order of Voluntary Dismissal, 2145 Certificate of Servic
filed by Plaintiffs Liaison Counsel, 2211 MOTION for Discovery. filed by Plaintiffs Liaison Counsel, 2317 Stipulat
Order of Dismissal, Add and Terminate Parties, 2313 FRCP Rule 5d Memo − Sent to Chambers, 2256 Endorsed Le
Declaration filed by Plaintiffs Liaison Counsel, 2254 Endorsed Letter, 2307 Affirmation in Opposition to Motion, fi
Richard Mighdoll, 2276 MOTION for Attorney Fees Memorandum of Law and Facts filed by Plaintiffs Liaison Cou
2250 USCA Order, 2355 Stipulation and Order of Dismissal, 2202 Order, 2297 Endorsed Letter, Set Deadlines, 228
Endorsed Letter, 2186 Order of Dismissal, Set Deadlines/Hearings, 2178 Memorandum of Law in Support of Motio
James McFadden, 2322 Stipulation and Order of Dismissal, 2243 Notice (Other) filed by Plaintiffs Liaison Counsel,
Memorandum of Law in Support of Motion, filed by En−Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., D
Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas
Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling
Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C
Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro F
Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Ro
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tom

Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2141 Endorsed Letter, 2318 Stipulation and Order of Dismissal, 2225 Order, Set Deadlines/H
2259 Order, 2181 Memorandum &Opinion, 2169 Stipulation and Order, Terminate Deadlines and Hearings, 2314 B
by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Yannuzzi &Sons, Inc., A Russo
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mut
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2143 Notice (Other) filed by Plaintiffs Liaison Coun
Endorsed Letter, Set Deadlines/Hearings, 2345 Endorsed Letter, 2339 Brief, filed by En–Tech Corp., DMT Enterpri
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City o
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza,
Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Const
Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engine
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction C
Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., 2184 Order, 2293 Stipulation and Order of Voluntary Dismissal, 2316 Stipulation and Order
Dismissal, 2253 Stipulation and Order of Dismissal, 2342 Affirmation, filed by Plaintiffs Liaison Counsel, 2295 E
Letter, 2274 Endorsed Letter, 2360 Memorandum of Law in Opposition to Motion, filed by En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cor
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A

Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2183 Order,, Set Deadlines/H
2151 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2203 Order,,, 2196 Reply Memorandu
in Support of Motion filed by James McFadden, 2302 Memo Endorsement, 2213 Order, 2246 Endorsed Letter, 2155
Declaration, filed by Plaintiffs Liaison Counsel, 2149 Order, 2172 Endorsed Letter, 2164 Notice (Other) filed by Pla
Liaison Counsel, 2150 Objection (non–motion) filed by Plaintiffs Liaison Counsel, 2162 Declaration in Opposition,
Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2204 Stipulation and Order, Add and Terminate Attorne
Endorsed Letter, 2306 Response to Motion, filed by Robert Vecchione, 2249 Endorsed Letter, Set Deadlines, 2320
Stipulation and Order of Dismissal, 2346 USCA Order, 2175 Endorsed Letter, 2273 Endorsed Letter, 2340 Stipulati
Order of Dismissal, 2142 Endorsed Letter, 2296 Order, 2278 Endorsed Letter, 2352 Declaration in Support, filed by
Plaintiffs Liaison Counsel, 2343 Order, Set Hearings, 2353 Stipulation and Order of Dismissal, 2224 Endorsed Lette
Deadlines/Hearings, 2323 Stipulation and Order of Dismissal, 2248 Order, 2334 Stipulation and Order of Dismissal
Affirmation in Opposition to Motion filed by David Nolan, 2218 Order, Set Hearings, 2311 Response to Motion, file
Plaintiffs Liaison Counsel, 2319 Affirmation in Opposition to Motion, filed by Robert Zane, Lawrence Ford, Edwar
Galanek, James Melendez, Patrick Arcese, Teresa Hartey, Robert Esposito, Yvonne Leon, Denise Esposito, Albert I
2148 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 2153 Memorandum of Law fil
Plaintiffs Liaison Counsel, 2180 Stipulation and Order, 2272 Order, 2324 MOTION to Vacate filed by Plaintiffs Lia
Counsel, 2229 Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 2308 Response to Motion file
John Baiano, 2286 Order, Set Deadlines, 2335 Endorsed Letter, 2152 Declaration, filed by Plaintiffs Liaison Counse
Declaration in Support, filed by Plaintiffs Liaison Counsel, 2304 Stipulation and Order, 2245 Stipulation and Order,
Deadlines/Hearings, 2266 Order, 2171 Stipulation and Order, 2336 Notice of Appearance filed by Gilsanz Murray S
LLP, 2198 Order on Motion to Compel, Order on Motion to Vacate, 2191 Affirmation in Opposition, filed by Plaint
Liaison Counsel, 2230 Endorsed Letter, Set Deadlines, 2255 Endorsed Letter, 2146 Order, Set Deadlines/Hearings, 2
MOTION to Vacate. filed by Plaintiffs Liaison Counsel, 2147 MOTION Response to Sua Sponte Order by Court (S
Sponte Order of August 4, 2010) MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4
MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4, 2010) filed by Plaintiffs Liaison
2174 Stipulation and Order, Set Deadlines, 2325 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2270 E
Letter, 2197 Notice of Appearance filed by Robert Vecchione, 2205 Endorsed Letter, 2239 Endorsed Letter, Set Dea
2290 Stipulation and Order of Voluntary Dismissal, 2192 Order on Motion for Miscellaneous Relief, 2287 USCA M
2298 Order, 2289 Stipulation and Order of Voluntary Dismissal, 2338 Declaration in Support of Motion filed by Pla
Liaison Counsel, 2200 Order, 2244 Order, 2282 Order, 2315 Stipulation and Order of Dismissal, 2220 MOTION fo
Extension of Time. filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American (
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group,
Breeze Carting Corp., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2356 Stipulation and Order of Dismissal, 2188 MOTION to Compel Defendant The Port Auth
New York and New Jersey to reimburse Mount Sinai for the costs it incurred in responding to this motion MOTION
and in preparing this motion MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local
Rule 6.3 MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3 filed
Mount Sinai Medical Center, 2231 Order, Set Deadlines/Hearings, 2292 Stipulation and Order of Voluntary Dismiss

Declaration in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., A
Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Gr
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C
HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Asso
P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Antho
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rent
&Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company,
Apple Wrecking &Construction Corp., 2240 Stipulation and Order of Voluntary Dismissal, 2252 Order, 2305 Stipu
and Order, 2330 Stipulation and Order of Dismissal, 2144 USCA Order, 2262 Memo Endorsement, 2300 Endorsec
2258 Stipulation and Order of Dismissal, 2303 Memo Endorsement, 2176 MOTION to Set Aside Judgment Dismiss
action filed by James McFadden, 2207 MOTION to Compel Certain United States Social Security Administration C
Respond to Subpoenas Duces Tecum filed by Plaintiffs Liaison Counsel, 2279 Notice (Other) filed by Plaintiffs Lia
Counsel, 2329 Stipulation and Order of Dismissal, 2234 Declaration in Support of Motion, filed by Plaintiffs Liaiso
Counsel, 2251 Stipulation and Order of Dismissal, 2156 Memorandum of Law in Opposition to Motion filed by The
Authority of New York &New Jersey, 2215 Order, Set Deadlines/Hearings, 2309 Affirmation in Opposition to Moti
by Michelle Haskett–Godbee, 2238 Order, 2140 Notice (Other) filed by Plaintiffs Liaison Counsel, 2275 MOTION
Attorney Fees (Common Benefit Attorney Fees) filed by Plaintiffs Liaison Counsel, 2288 Response to Motion filed
Fitzpatrick, 2157 Declaration in Opposition to Motion, filed by The Port Authority of New York &New Jersey, 233
Endorsed Letter, 2166 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2233 MOTION to Compel
CERTAIN UNITED STATES SOCIAL SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOE
DUCES TECUM filed by Plaintiffs Liaison Counsel, 2209 MOTION for Discovery filed by Plaintiffs Liaison Coun
Declaration in Support of Motion filed by James McFadden, 2232 Order, Set Deadlines/Hearings, 2241 Order, 2179
USCA Case Number 11–0355, 2460 Order on Motion to Dismiss, 2462 Stipulation and Order, 2413 MOTION to D
filed by Plaintiffs Liaison Counsel, 2403 Order, Set Deadlines/Hearings, 2448 Stipulation and Order of Voluntary D
2465 Stipulation and Order of Voluntary Dismissal, 2383 Order, 2450 Order on Motion to Dismiss, 2398 Stipulatio
Order of Dismissal, 2395 Letter, 2363 Order of Discontinuance, 2486 Order, 2373 Order on Motion for Attorney Fe
Order, 2475 Notice (Other) filed by Plaintiffs Liaison Counsel, 2420 Stipulation and Order of Voluntary Dismissal,
Stipulation and Order of Dismissal, 2477 Order of Dismissal, 2488 Memo Endorsement, 2464 Stipulation and Order
Dismissal, 2445 Declaration filed by Plaintiffs Liaison Counsel, 2493 Memo Endorsement, 2495 Stipulation and Or
Voluntary Dismissal, 2367 Reply Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 24
Stipulation and Order of Dismissal, 2416 Stipulation and Order of Dismissal, 2485 Order, 2458 Stipulation and Ord
Dismissal, 2455 JOINT MOTION to Dismiss *Claims against the Port Authority of New York and New Jersey* filed b
Plaintiffs Liaison Counsel, 2400 Order, 2471 Order, 2474 Order on Motion to Dismiss, 2414 Declaration in Opposit
by Plaintiffs Liaison Counsel, 2391 Memo Endorsement, 2392 Order on Motion to Compel, 2470 Rule 7.1 Corporat
Disclosure Statement filed by Bovis Lend Lease LMB, Inc., 2428 MOTION for Summary Judgment *Notice of Motic
Summary Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction*. filed
Port Authority of New York &New Jersey, 2483 Stipulation and Order of Dismissal, Add and Terminate Parties, 24
Stipulation and Order of Voluntary Dismissal, 2401 Order, 2419 Order of Dismissal, 2370 Stipulation and Order of
Dismissal, 2468 Order, 2376 Stipulation and Order of Dismissal, 2481 Declaration in Support, filed by Plaintiffs Lia
Counsel, 2453 Stipulation and Order of Dismissal, 2442 Stipulation and Order, 2384 Memo Endorsement, 2497 Stip
and Order, 2456 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2405 Order, 2379 Memorandum of Law
Support of Motion filed by Plaintiffs Liaison Counsel, 2463 Stipulation and Order of Voluntary Dismissal, 2434 Dec
in Support filed by Plaintiffs Liaison Counsel, 2440 Declaration in Support, filed by Plaintiffs Liaison Counsel, 241
Endorsement, 2410 Endorsed Letter, 2496 Order, 2441 Declaration filed by Plaintiffs Liaison Counsel, 2433 FIRST
MOTION to Dismiss filed by Plaintiffs Liaison Counsel, 2397 Stipulation and Order of Voluntary Dismissal, 2480 I
to Dismiss *Claims Against Taylor Recycling, LLC* filed by Plaintiffs Liaison Counsel, 2489 Order, 2366 Stipulation
Order of Dismissal, 2446 Memo Endorsement, 2425 Stipulation and Order of Voluntary Dismissal, 2447 Stipulation
Order of Dismissal, 2372 Order on Motion to Compel, 2389 Order, Set Deadlines/Hearings, 2406 SECOND MOTIO
Reopen Case filed by Plaintiffs Liaison Counsel, 2492 Order, 2432 Endorsed Letter, Set Deadlines, 2402 Memo
Endorsement, 2451 Stipulation and Order of Dismissal, 2438 Endorsed Letter, Set Deadlines/Hearings, 2377 Stipula
Order of Dismissal, 2490 Order of Dismissal, 2479 Order on Motion to Set Aside Judgment, 2380 Order, 2396 Orde

| | | |
|---|---|---|
| | | Order, 2412 Order, 2411 Memo Endorsement, 2399 Order, 2375 Order on Motion to Vacate, 2408 Declaration in Su Motion, filed by Plaintiffs Liaison Counsel, 2467 Endorsed Letter, 2374 Order on Motion to Vacate, 2469 Memo Endorsement, 2390 Notice (Other) filed by Plaintiffs Liaison Counsel, 2394 Endorsed Letter, Set Deadlines/Hearing Stipulation and Order of Voluntary Dismissal, 2454 Endorsed Letter, 2423 Stipulation and Order of Voluntary Dism 2386 MOTION Extension and Protection of Client Privileges *and Confidences.* filed by Plaintiffs Liaison Counsel, Declaration in Support, filed by Plaza Construction Management Corp., 2387 Endorsed Letter, 2364 Stipulation and Dismissal, 2472 Order, 2427 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2404 Endorsed Letter, 2409 Noti Appearance filed by Noah H. Kushlefsky, 2487 Notice of Appeal filed by Hector Flamenco, 2452 Stipulation and O Dismissal, 2369 MOTION to Serve filed by Hector Flamenco, 2393 Stipulation and Order, Add and Terminate Part Declaration, filed by Plaintiffs Liaison Counsel, 2437 Order, Set Hearings, 2436 Order, 2424 Stipulation and Order Voluntary Dismissal, 2439 MOTION to Dismiss *Defendant Phillips &Jordan, Inc.* filed by Plaintiffs Liaison Couns Notice (Other) filed by Gregory J. Cannata &Associates and Robert A. Grochow, P.C., 2382 Stipulation and Order o Dismissal, 2431 Order, 2430 Memorandum of Law in Support of Motion, filed by The Port Authority of New York Jersey, 2381 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2362 Order, 2466 Memo Endorsement, 2407 Not Appeal, 2378 MOTION to Vacate *Order of February 7, 2011 Appointing Special Counsel* filed by Plaintiffs Liaison Counsel, 2435 Memo Endorsement, 2476 Order, 2484 Order on Motion to Dismiss, 2461 Stipulation and Order, 237 on Motion to Serve, 2426 Stipulation and Order of Dismissal, 2459 Order, 2443 MOTION to Dismiss *Claims Again Environmental &Geological Science and Management, LLC* filed by Plaintiffs Liaison Counsel, 2491 Order, Add an Terminate Parties, 2473 Order, 2422 Stipulation and Order of Voluntary Dismissal, 2429 Declaration in Support of filed by The Port Authority of New York &New Jersey were transmitted to the U.S. Court of Appeals. (tp) (Entered 07/06/2011) |
| 7/06/2011 | 2498 | TRUE COPY ORDER of USCA as to 2427 Notice of Appeal filed by Plaintiffs Liaison Counsel USCA Case Numb 11−1446....that the appeal is hereby WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appellate Proce Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 07/05/2011. (nd) (Entered: 07/06/2011) |
| 7/07/2011 | 2500 | TRUE COPY ORDER of USCA as to 2407 Notice of Appeal, USCA Case Number 11−1218....that the appeal is her WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. Catherine O'Hagan Wolfe, Cler for the Second Circuit. Certified: 07/07/2011. (nd) (Entered: 07/07/2011) |
| 7/08/2011 | 2501 | ORDER: it is hereby ORDERED, that the Port Authority is permitted to allow the Office of Chief Medical Examine (OCME) to remove and examine WTC material contained in and on an FDNY ambulance (identified on PANYNJ A Request List as D−0004), and to allow the National September 11 Memorial and Museum of the World Trade Center("NS11MM") to clean the ambulance prior to its physical transfer from John F. Kennedy International Airpor 17 to its permanent home at the NS11MM. (Signed by Judge Alvin K. Hellerstein on 7/7/2011) (js) (Entered: 07/08/ |
| 7/08/2011 | 2503 | MEMO ENDORSEMENT on PAYMENT STATUS UPDATE FROM THE ALLOCATION NEUTRAL. ENDORSEMENT: This report shall be posted on the Court's website. (Signed by Judge Alvin K. Hellerstein on 7/7 (Entered: 07/11/2011) |
| 7/11/2011 | 2504 | STATUS REPORT. *Letter to Judge Hellerstein with Addendum* Document filed by Noah H. Kushlefsky.(Kushlefsk (Entered: 07/11/2011) |
| 7/19/2011 | 2505 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM Plaintiff and Settling Defendants (See Exhibit A) have entered into a settlement agreement resolving all claims by P against Settling Defendants in the above−captioned action. Plaintiff's claims against the Settling Defendants and eac shall be dismissed, and hereby are dismissed, with prejudice. (Signed by Judge Alvin K. Hellerstein on 7/18/2011) ( (Entered: 07/19/2011) |
| 7/20/2011 | 2506 | MEMO ENDORSEMENT on re: REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL 2502 Declarati Support of I.F.P. ENDORSEMENT: Let the applicant proceed on appeal without prepayment of cost or fees or the r of giving security therefor. (Signed by Judge Alvin K. Hellerstein on 7/18/11) (pl) (Entered: 07/20/2011) |
| 7/28/2011 | 2507 | ORDER SETTING SCHEDULE FOR PORT AUTHORITY'S REQUEST TO TRANSFER ARTIFACT TO THE N YORK STATE MUSEUM: Before granting the Port Authority's request, it is appropriate to give the parties to this li an opportunity to comment or object. Any interested party may comment on or object to the request BY 8/2/11. (Sig Judge Alvin K. Hellerstein on 7/26/2011) (jfe) (Entered: 07/28/2011) |
| 8/04/2011 | 2508 | ORDER: that the Port Authority is permitted to allow the New York City Office of the Chief Medical Examiner (OC remove and examine WTC material contained in and on an FDNY SUV (identified on PANYNJ Artifact Request Li D−011), and to allow the New York State Museum to clean the ambulance prior to its physical transfer from John F Kennedy International Airport, Hangar 17 to its permanent home at the New York State Museum. (Signed by Judge Hellerstein on 8/3/2011) (tro) (Entered: 08/04/2011) |
| 8/24/2011 | 2509 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrell, Jr. and Paul J. Napoli dated 8 Counsel for the defendants the City of New York and the Contractors and Plaintiffs' liaison counsel Worby Groner & Bern LLP submit this joint letter regarding plaintiffs' failure to produce signed HIPAA complaint authorizations for |

| | | plaintiffs and defendants' request that the lawsuits of these deficient plaintiffs be dismissed with prejudice. ENDORSEMENT: Defendants shall proceed by formal motion showing by sworn proofs plaintiffs' failures to comp lawful Court orders, and defendants' entitlements to R. 41 dismissals. (Signed by Judge Alvin K. Hellerstein on 8/24 (mro) (Entered: 08/24/2011) |
|---|---|---|
| 8/26/2011 | 2510 | MOTION to Dismiss for Lack of Prosecution. Document filed by Anthony Cortese Specialized Hauling, LLC, Inc., Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, In Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P Contracting Corp., Canron Construction Corp., City of New York, Component Assembly Systems, Inc., Cord Contr Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finle Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Mur Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. – Div. of Tho Tomasetti Group, LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, AMEC Earth &Environmental, Inc., Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty M Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brot Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Ind Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scala &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmen Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LL Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint V Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker R Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc..(Tyrrell, James) (Entered: 08/26/2011) |
| 8/26/2011 | 2511 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION to Dismiss for Lack of Prose Document filed by AMEC Earth &Environmental, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Atlantic F Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Bre Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B Contracting Corp., Canron Construction Corp., City of New York, Component Assembly Systems, Inc., Cord Contr Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finle Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Mur Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. – Div. of Tho Tomasetti Group, LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwoo Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., F Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Robert Silman A P.C., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipme Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skid Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WSP Cantor Seinuk, 100 Church, LLC, Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc..(Tyrrell, James) Modified on 8/29/2011 (Entered: 08/26/2011) |
| 8/26/2011 | 2512 | FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – MOTION to Dismiss for Lack of Prose *Declaration of A. Villano*. Document filed by Anthony Cortese Specialized Hauling, LLC, Inc., Atlantic Heydt Cor &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Ir Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Canron Construction Corp., City of New York, Component Assembly Systems, Inc., Cord Contracting Co. Inc., DM Enterprise, Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive M Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, G Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti G LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insuran Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industrie |

| | | |
|---|---|---|
| | | New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalaman &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmen Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LL Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint V Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker R Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Tyrrell, James) Modified on 8/29/2011 (ldi). (Entered: 08/26/2011) |
| 8/26/2011 | 2513 | STIPULATION: Each Defendant listed on Exhibit 1 hereto hereby releases all actual or alleged, whether asserted or unasserted, indemnification claims. if any, that it has against the WTC Captive Insureds identified arising from the c the Settling Plaintiffs who have also opted into the settlement as described in the FSA and who have settled their cla such Defendant. (Signed by Judge Alvin K. Hellerstein on 8/9/2011) (ab) (Entered: 08/26/2011) |
| 8/26/2011 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney James Edwar to RE–FILE Document 2511 MOTION to Dismiss for Lack of Prosecution. Use the event type Memorandum of La Support of Motion found under the event list Replies, Opposition and Supporting Documents. Re–File and link ONI document # 2510 Motion. (ldi) (Entered: 08/29/2011) |
| 8/26/2011 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney James Edwar to RE–FILE Document 2512 MOTION to Dismiss for Lack of Prosecution *Declaration of A. Villano*. Use the event Declaration in Support of Motion found under the event list Replies, Opposition and Supporting Documents. Re–Fil link ONLY to document # 2510 Motion. (ldi) (Entered: 08/29/2011) |
| 8/29/2011 | 2514 | MEMORANDUM OF LAW in Support re: 2510 MOTION to Dismiss for Lack of Prosecution.. Document filed by Cortese Specialized Hauling, LLC, Inc., Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transpo Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp., City of New Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamo Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Flee Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipme Rental &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., A Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., L Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Cor Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., I Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enter Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings & LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WS Cantor Seinuk, 2 World Trade Center, L.L.C., Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker Ro Corp., Yannuzzi Demolition &Recycling Services, Corp., Yonkers Contracting Company, Inc.. (Tyrrell, James) (En 08/29/2011) |
| 8/29/2011 | 2515 | DECLARATION of Alyson Villano in Support re: 2510 MOTION to Dismiss for Lack of Prosecution.. Document f AMEC Earth &Environmental, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Atlantic Heydt Corp., Berkel Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Br National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Construction Corp., City of New York, Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enter Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One I Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Servic FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Assoc Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada Gene Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, Inc., Laquila Construction, Inc., Les Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitk MRA Engineering, P.C., Manafort Brothers, Inc., Mazzochi Wrecking, Moretrench American Corp., Mueser Rutled Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Con PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM, I |

| | | |
|---|---|---|
| | | Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contra Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Cons Company, Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Wei Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Attac #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E, #_6 Exhibit F, #_7 Exhibit G)(Tyrrell, Jame (Entered: 08/29/2011) |
| 8/29/2011 | 2516 | MEMO ENDORSEMENT re: PAYMENT STATUS UPDATE FROM THE ALLOCATION NEUTRAL, ENDORSEMENT: The report should be posted on the Court's website. (Signed by Judge Alvin K. Hellerstein on 8/ (pl) Modified on 8/31/2011 (pl). (Entered: 08/31/2011) |
| 8/30/2011 | 2517 | MOTION to Dismiss for Lack of Prosecution. Document filed by AMEC Earth &Environmental, Inc., Bovis Lend L LMB, Inc., City of New York, Evergreen Recycling of Corona, AMEC Construction Management, Inc., Plaza Cons Corp., Tully Construction Co., Inc., Turner Construction Company.(Tyrrell, James) (Entered: 08/30/2011) |
| 8/30/2011 | 2518 | MEMORANDUM OF LAW in Support re: 2517 MOTION to Dismiss for Lack of Prosecution.. Document filed by Lend Lease LMB, Inc., City of New York, Evergreen Recycling of Corona, AMEC Construction Management, Inc., Earth &Environmental, Inc., Plaza Construction Corp., Tully Construction Co., Inc., Turner Construction Company James) (Entered: 08/30/2011) |
| 8/30/2011 | 2519 | DECLARATION of Alyson N. Villano, Esq. in Support re: 2517 MOTION to Dismiss for Lack of Prosecution.. Do filed by Bovis Lend Lease LMB, Inc., City of New York, Evergreen Recycling of Corona, AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Plaza Construction Corp., Tully Construction Co., Inc., Tur Construction Company. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E, #_6 F, #_7 Exhibit G, #_8 Exhibit H, #_9 Exhibit I, #_10 Exhibit J)(Tyrrell, James) (Entered: 08/30/2011) |
| 8/30/2011 | 2520 | STIPULATION OF VOLUNTARY DISMISSAL: The Plaintiffs' action listed on exhibit A (attached hereto) are vol dismissed with prejudice pursuant to the terms and conditions as further set forth in this Order. The dismissal is with costs. (Signed by Judge Alvin K. Hellerstein on 8/30/2011) (tro) (Entered: 08/31/2011) |
| 9/01/2011 | 2521 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Andrew J. Carboy dated 8/29/2011 re: Counse decedents' estates writes to request that the Court extend the terms of its 6/3/2011 Order to the recovery realized and attorney fees earned in these matters. ENDORSEMENT: The terms of my order of June 3, 2011 (Doc. No. 2478) bo approval of the settlement and the requirement that surrogate's Court review individual cases is extended to the Plai this letter. (Signed by Judge Alvin K. Hellerstein on 9/1/2011) (ab) (Entered: 09/01/2011) |
| 9/02/2011 | 2522 | ENDORSED LETTER addressed to Judge Alvin H. Hellerstein from Denise A. Rubin dated 9/1/2011 re: submit the (Costs Allocation) order for this Court's execution in the 21MC100. ENDORSEMENT: Denied. I have made orders Worby Groner expenses and services, and providing compensation. (Signed by Judge Alvin K. Hellerstein on 9/1/20 (Entered: 09/02/2011) |
| 9/08/2011 | 2523 | SUMMARY ORDER DENYING OBJECTION TO BONUS PAYMENTS, Since, in consideration of fairness and p contract interpretation, the WTC Captive should make the bonus payments as promised, the Allocation Neutral is he instructed to include such payments in the sums payable to settling plaintiffs. The Court understands that all, or the l these bonus payments will be payable to Tier IV settling Plaintiffs, those with the most serious injuries.The question whether Plaintiffs' counsel should obtain a percentage of the bonus payments in addition to their fee. The Court has previously observed that Plaintiffs' counsel is entitled to a 25 percent contingency fee, net of expenses. All told, the settlements of these lawsuits have accumulated approximately $725,000,000, across the series of settlements with th New York, its indemnified contractors, and additional Defendants such as the Port Authority of New York and New Plaintiffs' counsel therefore stand to recover approximately $187,500,000, after expenses are paid by the Plaintiffs. S taken after Plaintiffs' counsel have had all their expenses paid out of the settlement funds, are more than sufficient to compensate counsel for their representation. Plaintiffs' counsel shall not recoup a fee from the bonus payments now to be paid. (Signed by Judge Alvin K. Hellerstein on 9/8/2011) (pl) Modified on 9/8/2011 (pl). (Entered: 09/08/2011 |
| 9/08/2011 | 2524 | SUMMARY ORDER TERMINATING MOTION, terminating 2331 Motion. Earlier today, I issued a decision deny objection of the World Trade Center Captive Insurance Company and the City of New York to my previous Order o December 30, 2010, holding that the WTC Captive was required to make bonus payments under the Settlement Proc Agreement, As Amended ("SPA"). See Summary Order Denying Objection to Bonus Payments, In re World Trade ( Disaster Site Litig., 21 MC 100 (S.D.N.Y. Sept. 8, 2011). The WTC Captive and the City of New York filed objecti previous Order of December 30, 2010, but did not docket a motion. Plaintiffs' Liaison Counsel thereafter filed oppos briefing, and docketed their briefing as a motion. The issue having been decided, the Clerk shall terminate the motio pending on the docket sheet (Doc. No. 2331). (Signed by Judge Alvin K. Hellerstein on 9/8/2011) (pl) (Entered: 09/ |
| 9/08/2011 | 2525 | SUMMARY ORDER UNSEALING TRANSCRIPT OF HEARINGS, Beginning November 18, 2010, and concludi November 23, 2010, I held an in camera hearing in these cases, to address whether a sufficient number of Plaintiffs to settle under the Settlement Process Agreement, As Amended ("SPA") would choose to settle, and a series of relat |

|  |  | See Transcript of Status Conference, In re World Trade Center Disaster Site Litig., 21 MC 100 (Nov. 18,2010 &Nov. 23,2010). I described the hearing in another Order issued today. Summary Order Denying Objection to Bonus Paym re World Trade Center Disaster Site Litig., 21 MC 100 (S.D.N.Y. Sept. 8, 2011). I now order the Clerk of the Court these transcripts and to make them a part of the public record. (Signed by Judge Alvin K. Hellerstein on 9/8/2011) ( (Entered: 09/08/2011) |
|---|---|---|
| 09/08/2011 |  | Transmission to Sealed Records Clerk. Transmitted re: 2525 Order,,,, to the Sealed Records Clerk for the sealing or unsealing of document or case. (pl) (Entered: 09/08/2011) |
| 09/08/2011 | 2526 | TRUE COPY ORDER of USCA as to 2312 Notice of Appeal,,,,,,,,,, filed by AMEC Construction Management, Inc. Earth &Environmental, Inc., A Russo Wrecking, Inc. USCA Case Number 11–355....that the appeal is hereby WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. Catherine O'Hagan Wolfe, Cler for the Second Circuit. Certified: 09/08/2011. (nd) (Entered: 09/09/2011) |
| 09/09/2011 | 2527 | RESPONSE re: 2510 MOTION to Dismiss for Lack of Prosecution.. Document filed by Plaintiffs Liaison Counsel. Christopher) (Entered: 09/09/2011) |
| 09/09/2011 | 2528 | DECLARATION of Christopher R. LoPalo in Opposition re: 2510 MOTION to Dismiss for Lack of Prosecution.. D filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 4, # 5 Exhibit 4, # 5 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10 Part 1 of 2, # 11 Exhibit 10 Part 2 of 2, # 12 Ex # 13 Exhibit 12, # 14 Exhibit 13)(LoPalo, Christopher) (Entered: 09/09/2011) |
| 09/13/2011 | 2529 | AFFIRMATION of Robert A. Grochow in Opposition re: 2511 MOTION to Dismiss for Lack of Prosecution., 2510 MOTION to Dismiss for Lack of Prosecution., 2517 MOTION to Dismiss for Lack of Prosecution., 2512 MOTION Dismiss for Lack of Prosecution Declaration of A. Villano.. Document filed by Stanislaw Faltynowicz. (Grochow, R (Entered: 09/13/2011) |
| 09/13/2011 | 2530 | DECLARATION of Denise A. Rubin in Opposition re: 2517 MOTION to Dismiss for Lack of Prosecution.. Docum by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit A – Grochow/Cannata letter and Change of Attorney form Exhibit B – Redacted DAR Letter of 9–6–2011, # 3 Exhibit C – Email transmission to Grochow/(Cannata)(Rubin, D (Entered: 09/13/2011) |
| 09/13/2011 | 2531 | TRUE COPY ORDER of USCA as to 2050 Notice of Appeal, filed by Bovis Lend Lease LMB, Inc., Turner Constr Company, Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, AMEC Construction Management, Inc., AM Earth &Environmental, Inc., Evergreen Recycling of Corona, Plaza Construction Corp., City of New York USCA C Number 10–1377....that the appeal is hereby WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appella Procedure. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 09/12/2011. (nd) (Entered: 09/ |
| 09/15/2011 | 2532 | REPLY MEMORANDUM OF LAW in Support re: 2510 MOTION to Dismiss for Lack of Prosecution.. Document Anthony Cortese Specialized Hauling, LLC, Inc., Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple W &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transpo Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp., City of New Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamo Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Flee Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipme Rental &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., A Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood, Kessler &Bartlett, Inc., L Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Cor Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Co., PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enter Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings & LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, W Cantor Seinuk, Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Yonkers Contracting Company, Inc.. (Tyrrell, James) (Entered: 09/15/2011) |
| 09/15/2011 | 2533 | REPLY AFFIRMATION of Alyson N. Villano in Support re: 2510 MOTION to Dismiss for Lack of Prosecution.. Document filed by Anthony Cortese Specialized Hauling, LLC, Inc., Atlantic Heydt Corp., Berkel &Co. Contractor Big Apple Wrecking &Construction Corp., Bovis Lend Lease, Inc., Breeze Carting, Inc., Breeze National, Inc., Bre Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp New York, Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–T Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., |

| | | |
|---|---|---|
| | | Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., JP Equipment Material, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., AMEC Consti Management, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, Inc., Leslie E. Robertson Associates, Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C. Manafort Brothers, Inc., Mazzocchi Wrecking, Inc., Moretrench American Corp., Mueser Rutledge Consulting Engin Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contract Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Management Corp., Pro S Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM, Inc., SA Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contra Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Cons Company, Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weid Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Attac #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D)(Tyrrell, James) (Entered: 09/15/2011) |
| 9/16/2011 | 2534 | ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION &PRISONER AUTHORIZATION: The Clerk is directed to file the Complaint, annexed to the Ex Parte Motion in In Re World Trade Center Disaster Site Litigatio 21 MC I 00 (AKH) (S.D.N.Y. Jan 28, (2011) (Dkt. 2313) received January 26, 2011, as a new civil action and to ass my docket. No Summons shall issue at this time.The Court directs Plaintiff to pay the $350.00 filing fee or submit a completed Request to Proceed In Forma Pauperis ("IFP application") and a Prisoner Authorization, bearing the same number as this Order, within thirty (30) days). If Plaintiff fails to comply with this Order within the time allowed, th will be dismissed. (Signed by Judge Alvin K. Hellerstein on 9/16/2011) (cd) (Entered: 09/16/2011) |
| 9/16/2011 | 2535 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Noah H. Kushlefsky dated 9/9/2011 re: Couns Plaintiff writes to request permission to move to strike the ATSSSA waiver defense. ENDORSEMENT: A motion r made. (Signed by Judge Alvin K. Hellerstein on 9/16/2011) (ab) (Entered: 09/16/2011) |
| 9/16/2011 | 2536 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE: The Settling Plaintiff's claims against Phillips &Jord shall be dismissed, and hereby are dismissed, with prejudice. (Signed by Judge Alvin K. Hellerstein on 9/16/2011) ( (Entered: 09/16/2011) |
| 9/20/2011 | 2537 | SUMMARY ORDER DIRECTING FURTHER BRIEFING: The City of New York has moved to dismiss the cases Plaintiffs who chose not to settle under the Settlement Process Agreement, As Amended ("SPA"). The City contend consistent with my previous order, Plaintiffs were required to provide "HIPAA complaint" medical–forms releases, the 16 Plaintiffs have failed to do so because the forms were signed not by them, but by their attorneys. See Transcri Status Conference, In re World Trade Center Disaster Site Litig., 21 MC 100 (S.D.N.Y. March 22, 2011); Order Summarizing Status Conference and Setting Next Conference, In re World Trade Center Disaster Site Litig., 21 MC (Doc. No. 2403) (S.D.N.Y. March 23, 2011). Plaintiffs' counsel claims the forms were signed pursuant to powers of within letters of engagement, but also asks for time to provide forms signed by the clients. By noon on September 2 Plaintiffs' counsel shall submit the form of letter of engagement signed by the 16 clients, or copies if they differ, and brief the issue whether counsel may, under the rules of professional responsibility, claim power of attorney pursuant written letter of engagement to sign medical release forms on behalf of clients. Defendants may comment within 3 d thereafter, also by noon of that day. (Signed by Judge Alvin K. Hellerstein on 9/20/2011) (js) (Entered: 09/20/2011) |
| 9/20/2011 | 2538 | STIPULATION OF DISMISSAL WITH PREJUDICE: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Joseph Fusaro and Marie Fusaro hereby stipulate to the dismissal of all defendants identified in Exhibit 1 v prejudice and with Plaintiffs and the defendants each to bear their own costs. Plaintiff has received no consideration agreeing to dismiss the defendants from this litigation. So Ordered (Signed by Judge Alvin K. Hellerstein on 9/16/1 (Entered: 09/20/2011) |
| 9/20/2011 | 2539 | STIPULATION OF DISMISSAL WITH PREJUDICE: Pursuant to federal Rule of Civil Procedure 41(a)(1)(A)(ii), Thomas Gillan and Tamar Gillan hereby stipulate to the dismissal of all defendants identified in Exhibit 1 with preju with Plaintiffs and the defendants each to bear their own costs. Plaintiff has received no consideration for agreeing to the defendants from this litigation. So Ordered (Signed by Judge Alvin K. Hellerstein on 9/16/2011) (js) (Entered: 09/20/2011) |
| 9/20/2011 | 2540 | STIPULATION OF DISMISSAL WITH PREJUDICE: Pursuant to federal Rule of Civil Procedure 41(a)(1)(A)(ii), Richard Burban and Diana Burban hereby stipulate to the dismissal of all defendants identified in Exhibit 1 with pre and with Plaintiffs and the defendants each to bear their own costs. Plaintiff has received no consideration for agreei dismiss the defendants from this litigation. So Ordered (Signed by Judge Alvin K. Hellerstein on 9/16/2011) (js) (En 09/20/2011) |
| 9/20/2011 | 2541 | STIPULATION OF DISMISSAL WITH PREJUDICE: Pursuant to federal Rule of Civil Procedure 41(a)(1)(A)(ii), Anthony Pisciotta and Theresa Pisciotta hereby stipulate to the dismissal of all defendants identified in Exhibit 1 wi prejudice and with Plaintiffs and the defendants each to bear their own costs. Plaintiff has received no consideration |

| | | |
|---|---|---|
| | | agreeing to dismiss the defendants from this litigation. So Ordered (Signed by Judge Alvin K. Hellerstein on 9/16/20 (Entered: 09/20/2011) |
| 9/20/2011 | 2550 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between undersigned, the attorneys of record for all parties to the actions listed on Exhibit A, that whereas no party hereto is or an incompetent person for whom a committee has been appointed and no person not a party has interest in the sub matter of this action, the action listed on exhibit A are to be discontinued and dismissed with prejudice pursuant to F Rule of Civil Procedure 41(a)(1)(A)(ii) and without costs to any party. So Ordered (Signed by Judge Alvin K. Helle 9/16/2011) (js) (Entered: 09/22/2011) |
| 9/21/2011 | 2542 | TRANSCRIPT of Proceedings held on 11/23/2010 before Judge Alvin K. Hellerstein. (previously filed under seal as #2368 on 2/24/2011)(cd) (Entered: 09/21/2011) |
| 9/21/2011 | 2543 | TRANSCRIPT of Proceedings held on 11/18/2010 before Judge Alvin K. Hellerstein. (previously filed under seal as #2261, on 12/3/2010) (cd) (Entered: 09/21/2011) |
| 9/21/2011 | 2544 | AMENDING ORDER DENYING INJUNCTIVE RELIEF: In a memo−endorsed order, I denied Plaintiff's motion, further stated that a fuller explanation of the denial would follow. I now provide those reasons in this Order. For this hold that the limitation on awards challenged by Plaintiff does not offend his guarantees of due process and equal pr Plaintiff also notes that if he cannot obtain relief from the new fund, he will have no avenue to relief because the sta limitations has run on his other option, a lawsuit. This is not a basis to find a constitutional defect in the Act. For the foregoing reasons, the motion is denied. (Signed by Judge Alvin K. Hellerstein on 9/20/2011) (jfe) (Entered: 09/21/ |
| 9/21/2011 | 2545 | MOTION to Stay. (Filing Fee $ 39.00.) Document filed by Anthony Cortese Specialized Hauling, LLC, Inc., Atlant Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Bre Carting, Inc., Breeze National, Inc., Brer−Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B Contracting Corp., Canron Construction Corp., City of New York, Component Assembly Systems, Inc., Cord Contri Co. Inc., DMT Enterprise, Inc., Dakota Demo−Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E. Davies, Inc., Eagle One Roofing Contractors, Inc., En−Tech Corp., Evergreen Recycling of Corona, Ewell W. Finle Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Mur Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. − Div. of Tho Tomasetti Group, LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, AMEC Earth &Environmental, Inc., Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty M Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brot Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Ind Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scala &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmen Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LL Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint V Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker R Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc..(Tyrrell, James) (Entered: 09/21/2011) |
| 9/21/2011 | 2546 | MEMORANDUM OF LAW in Support re: 2545 MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fe 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fe 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) Document filed by Anthony Specialized Hauling, LLC, Inc., Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Constr Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer−Four Transportation Corp., B Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp., City of New York, Comp Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo−Tech, Diamond Point Exc Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En−Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment &Materials, L.L.C., LZA Tech. − Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., L Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Cor Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., I Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enter Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings & |

| | | |
|---|---|---|
| | | LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Tyrrell, James) (Entered: 09/21/2011) |
| 09/21/2011 | 2547 | AFFIDAVIT of Christine LaSala in Support re: 2545 MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.). Document filed by Anthony Cortese Specialized Hauling, LLC, Inc., Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer−Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp., City of New York, Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo−Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En−Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. − Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Management Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Tyrrell, James) (Entered: 09/21/2011) |
| 09/21/2011 | 2548 | NOTICE OF APPEAL from 2523 Order. Document filed by AMEC Earth &Environmental, Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Brer−Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp., City of New York, Component Assembly Systems, Inc., Dakota Demo−Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En−Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, Inc., Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lockwood, Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc., Atlantic−Heydt Corporation, Lend Lease (US) Construction LMB Inc, f/k/a Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Cord Contracting Co., Inc., Francis A. Lee Company, HP Environmental, Inc., LZA Technology − a division of Thornton Tomasetti, Royal GM Inc., Vollmer Associates, LLP, WSP Cantor Seinuk. Filing fee $ 455.00, receipt number 465401017099. (nd) (Entered: 09/22/2011) |
| 09/21/2011 | 2549 | NOTICE OF APPEAL from (2523 in 1:21−mc−00100−AKH) Order. Document filed by City of New York. Filing fee $ 455.00, receipt number 465401017102. *[This Document also entered in a related case : 10cv7184]* . (nd). (Entered: 09/22/2011) |
| 09/21/2011 | 2551 | NOTICE OF APPEAL from (2523 in 1:21−mc−00100−AKH) Order. Document filed by Amec Construction Management, Inc.,, Bovis Lend Lease LMB, Inc., Grace Industries, Inc., Plaza Construction Corp., Tully Construction Co., Inc., Turner Construction Co., Inc.. Filing fee $ 455.00, receipt number 465401017101. *[This document also docketed in a related case 05cv2716].* (nd) (Entered: 09/22/2011) |
| 09/21/2011 | 2552 | NOTICE OF APPEAL from (2523 in 1:21−mc−00100−AKH) Order. Document filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Bovis Lend Lease LMB, Inc., The City of New York, Tully Construction Co., Inc., Turner Construction Co.. Filing fee $ 455.00, receipt number 465401017100. *[This document also entered in a relat...* |

| | |
|---|---|
| | *08cv4617]* . (nd) . (Entered: 09/22/2011) |
| 09/22/2011 | Transmission of Notice of Appeal to the District Judge re: 2548 Notice of Appeal. (nd) (Entered: 09/22/2011) |
| 09/22/2011 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2548 Notice of A (nd) (Entered: 09/22/2011) |
| 09/22/2011 | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2503 Memo Endorsement, 2537 Order,,,,, 2526 USCA Order, 2535 Endorsed Letter, 2521 Endorsed Letter,, 2534 Order,,, 2518 Memorandum of Law in Support of Motion, filed by Bovis Lend Lease LMB, Inc., Turner Construction Company, Construction Co., Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergreen Rec Corona, Plaza Construction Corp., City of New York, 2505 Stipulation and Order of Dismissal, 2546 Memorandum in Support of Motion, filed by En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidm Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tru Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Co Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench Ame Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. − Div Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamo Excavating Corp., Turner/Plaza, A Joint Venture, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, In Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger In Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Compan Pitkin, Inc., Mueser Rutledge Consulting Engineers, 2525 Order,,,,,, 2548 Notice of Appeal,,,,,,,,,, filed by En−Tech C AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Saf Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., AMEC Earth &Environmental, Inc., Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tru Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly S Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold C Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Yannuzzi &So A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Diamond Point Excavating Corp Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Toma Group, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Golds Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Pla Construction Corp., Executive Medical Services, P.C., LaStrada General Contracting Corp., Simpson Gumpertz &H Robert Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 2545 MOTION to Stay. (Filing Fee $ 39.00.) MOTION to St (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) filed by En−Te Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Truck Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Constructio Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. − Div of Thornton Tomasetti Group, Hallen Welding Service |

Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C 2538 Stipulation and Order of Dismissal, 2532 Reply Memorandum of Law in Support of Motion,,,,,,,, filed by En– Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Truc Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Constr Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &S Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Y Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Nev Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Cor Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Toma Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 249 Stipulation and Order of Dismissal,,, 2529 Affirmation in Opposition to Motion, filed by Stanislaw Faltynowicz, 25 Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A Earth &Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., City of New York, Turn Construction Company, Plaza Construction Corp., 2502 Declaration in Support of I.F.P., 2510 MOTION to Dismiss of Prosecution. filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore C &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dako Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recyclin Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro H Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Ro Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Toma Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 2540 Stipulation and Order of Dismissal, 2508 Order, 2536 Stipulation and Order of Dismissa Order,, 2524 Order on Motion for Miscellaneous Relief,,, 2520 Stipulation and Order of Voluntary Dismissal, 2517 MOTION to Dismiss for Lack of Prosecution. filed by AMEC Construction Management, Inc., Bovis Lend Lease L AMEC Earth &Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., City of New Yor Construction Company, Plaza Construction Corp., 2539 Stipulation and Order of Dismissal, 2531 USCA Order,, 25 Order,,,,, 2513 Stipulation and Order, 2506 Memo Endorsement, 2500 USCA Order, 2541 Stipulation and Order of Dismissal, 2528 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 2547 Affidavit in Support of Motion filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter

Case: 21-2904 Document: 1-1 07/27/2012 664953 Page: 576 1576 of 1806
Case 1:21-mc-00100-AKH Document 2137 Filed 07/26/2012 Page 1576 of 1805
As of: 07/26/2012 12:11 PM EDT 1575 of 1805

Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafort Broth
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Constru
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Francis
Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert S
Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specializ
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., <u>2515</u> Declaration in Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc.,
Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., H
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., E
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Con
Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semc
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associat
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking,
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze N
Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Ro
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp.,
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., <u>2544</u> Order,, <u>2527</u> Response filed by
Plaintiffs Liaison Counsel, <u>2516</u> Memo Endorsement, <u>2507</u> Order, <u>2504</u> Status Report filed by Noah H. Kushlefsky,
Endorsed Letter,, <u>2530</u> Declaration in Opposition to Motion, filed by Plaintiffs Liaison Counsel, <u>2498</u> USCA Order,
Reply Affirmation in Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., I
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Plaza Construction Management Corp., Berkel &Co. Contra
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc..
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., Vo
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Executive Medical Services, P.C.,
A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., R
Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &E
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., <u>2522</u> Endorsed Letter, <u>2514</u> Memorandum of Law in Support of Motion
filed by 2 World Trade Center, L.L.C., En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, In
Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction G
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B

Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recyclin
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Con
Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semc
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associat
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associat
LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze
Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Ro
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2132 Notice (Other) filed by Plaintiff
Counsel, 2136 Notice of Cross Appeal filed by All Plaintiffs, 2128 Affirmation filed by Plaintiffs Liaison Counsel, 2
Certificate of Service Other, filed by Plaintiffs Liaison Counsel, 2134 Notice (Other) filed by Plaintiffs Liaison Cou
2135 Order, 1646 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1343 Request for Production of De
filed by Donald Carson, Gloria Elaine Carson, 1655 Order,, 1135 Notice (Other) filed by Plaintiffs Liaison Counsel,
Affirmation filed by Francis A. Lee Company, 1294 Response to Discovery filed by Robert Panarella, 1656 Order,,
Endorsed Letter, 2070 Appeal Record Sent to USCA – Index,, 1670 Order on Motion for Miscellaneous Relief,, 15
MOTION for Brian E. Moffitt to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank T
Company, DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche B
Company Americas, 1116 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Mar
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1547 Order,,, 1383 Notice (Other)
City of New York, 1354 Request for Production of Documents filed by Herbert Pate, 2035 Notice (Other) filed by P
Liaison Counsel, 1010 Stipulation and Order of Dismissal, 1048 Order,,,, 1972 Rule 56.1 Statement filed by Phillips
Jordan, Inc., 1436 Order,,,,,,,, 1708 Memorandum of Law in Support of Motion filed by The Port Authority of New
&New Jersey, 974 Endorsed Letter, Set Deadlines/Hearings,, 1872 Rule 56.1 Statement filed by Taylor Recycling F
LLC, 2042 Notice (Other) filed by Gregory J Cannata &Associates, 1860 Declaration in Support of Motion filed by
Recycling Facility LLC, 1830 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC,
Rule 56.1 Statement, filed by Tully Environmental Inc., Bovis Lend Lease LMB, Inc., Turner Construction Compan
Construction Co., Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergreen Rec
Corona, Plaza Construction Corp., 924 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Co
1319 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1876 Rule 56.1 Statement filed
Recycling Facility LLC, 1080 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1580 Notice (Other) fi
Plaintiffs Liaison Counsel, 1447 Declaration in Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise,
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Ir
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor E
and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.F., Ska
Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C.,
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger In
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Compan
Pitkin, Inc., Mueser Rutledge Consulting Engineers, 1351 Request for Production of Documents filed by Dennis M.
O'Connor, 1650 MOTION for Brian S. Levine to Appear Pro Hac Vice. filed by Tishman Interiors Corporation, Tisl
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
Tishman Construction Corporation of Manhattan, 1683 Endorsed Letter, Set Hearings,, 1433 Stipulation and Order,

Memorandum of Law in Support of Motion, filed by Mount Sinai Medical Center, 1016 Reply filed by En–Tech Contracting Corp., 1649 MOTION for Aaron J. Stahl to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1261 Notice (Other) filed by Plaintiffs Liaison Counsel, 961 Stipulation and Order of Dismissal,, 2119 MOTION for Summary Judgment Notice of Motion for Summary Judgment Dismissing A1, A2, A3, B1 and B2 Plaintiffs' Labor Law, Common Law Negligence and General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authority of New York &New Jersey, 1625 Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1165 Notice (Other) filed by Plaintiffs Liaison Counsel, 1227 MOTION for Andrew J. Carboy to Withdraw as Attorney for Plaintiffs. filed by Mary Jane Striffler, Mark Striffler, 948 Declaration in Support of Motion,, filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1404 Response to Discovery filed by Marta Cavicchio, Nicola Cavicchio, 1921 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1567 Declaration in Opposition to Motion, filed by Raymond Hauber, 1396 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 2105 Stipulation and Order,,,, 1216 Stipulation and Order,,, 1137 Stipulation and Order, 1057 Case Management Plan, 20 Order,, 1998 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1263 Order, 963 Affidavit in Support of Motion filed by City of New York, 1085 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2101 Notice of Appearance filed by Weeks Marine, Inc., 1358 Request for Production of Documents filed by Bernard Stinchcomb, Christine Stinchcomb, 1828 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1213 Order, 1130 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1559 Certificate of Service Complete, Certificate of Service Other,, filed by Taylor Recycling Facility LLC, 2010 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1041 MOTION for Discovery to Address Plaintiffs' Counsel's Failures in Providing Discovery and to Require an End Date for Complete Production of Medical Records and Sanctions. filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Construction Corp., 913 Notice (Other) filed by Plaintiffs Liaison Counsel, 1235 Notice (Other) filed by Plaintiffs Liaison Counsel, 889 Notice (Other) filed by Plaintiffs Liaison Counsel, 1247 on Motion to Vacate,,, 1472 Notice (Other) filed by Plaintiffs Liaison Counsel, 987 Notice (Other) filed by Plaintiffs Liaison Counsel, 1822 MOTION for Summary Judgment re Casey (06 cv 08890). filed by Taylor Recycling Facility LLC, 1653 Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1653 Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1361 Affirmation filed by Plaintiffs Liaison Counsel, 1565 Affirmation filed by Component Assembly Systems, Inc., 1473 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2096 Notice of Appearance filed by Weeks Marine, Inc., 2030 Notice (Other) filed by Gregory J Cannata &Associates, 1265 Order, 963 Stipulation and Order of Dismissal,, 1911 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1911 Endorsed Letter,, 1690 Notice (Other) filed by Plaintiffs Liaison Counsel, 1337 Notice (Other) filed by Plaintiffs Liaison Counsel, 1978 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1406 Notice (Other) filed by Plaintiffs Liaison Counsel, 1784 MOTION for Summary Judgment Notice of Motion Cantore. filed by Evans Environmental &Geological Science &Management, LLC., 1775 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1556 Affidavit in Support of Motion filed by City of New York, 1746 Endorsed Letter,, 1785 MOTION for Summary Judgment for Plaintiffs Daniel and Jeanne Raleigh. filed by Phillips and Jordan, Inc., 2098 Notice of Appearance filed by Weeks Marine, Inc., 1300 Response to Discovery filed by Herbert Pate, 1992 Notice (Other), Notice (Other) filed by City of New York, 1515 Notice (Other) filed by Plaintiffs Liaison Counsel, 1615 MOTION for Alastair Y. Chan to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 2006 Order,, 1894 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1835 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1805 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1248 Notice (Other) filed by Plaintiffs Liaison Counsel, 1829 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 1774 MOTION for Summary Judgment Rule 56 Statement Greco. filed by Evans Environmental &Geological Science &Management, LLC., 1011 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1573 Memorandum of Law in Support of Motion filed by City of New York, 1767 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 2069 Endorsed Letter,,,,,, 1201 Endorsed Letter, 1012 Notice (Other) filed by Plaintiffs Liaison Counsel, 1105 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1470 Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1175 MOTION for Partial Summary Judgment. filed by LVI Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PTC Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench

American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., M
Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Co
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking
Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Le
Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Cor
Notice (Other) filed by Plaintiffs Liaison Counsel, 1364 Notice (Other) filed by Plaintiffs Liaison Counsel, 1244 Sti
and Order of Dismissal,,, 1522 MOTION to Strike Plaintiffs' September 9, 2009 Submission. filed by Gilsanz, Murr
Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Ewell W. Finley, P.C., Robert
Associates, Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associ
Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Gilsanz Murray Steficek LLP
Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood
&Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 1983 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1426 Notice (Other) filed by Plainti
Liaison Counsel, 1353 Request for Production of Documents filed by Robert Panarella, 1517 Order,, 990 Objection
(non–motion), Objection (non–motion) filed by marion s. mishkin, 1484 MOTION to Preclude and for Default agai
Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1798 MOTION for Summary Judgment Notice of
Castro. filed by Evans Environmental &Geological Science &Management, LLC., 1461 Notice (Other) filed by Pla
Liaison Counsel, 1044 Notice (Other) filed by Plaintiffs Liaison Counsel, 1928 Affidavit in Support of Motion, filed
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 1306 Response to Discovery filed by Frank Scallo, 1509 Order, 1174 Notice (Other) filed by Plaintiffs
Counsel, 1699 Declaration in Support of Motion,,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &M
LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2089 Notice (Other) fil
Plaintiffs Liaison Counsel, 1815 MOTION for Summary Judgment Based Upon Untimely Notices of Claim and Sta
Limitations. filed by City of New York, 1632 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Coun
Declaration in Support of Motion,,, filed by Plaintiffs Liaison Counsel, 1861 Declaration in Support of Motion filed
Taylor Recycling Facility LLC, 1890 Affidavit in Support of Motion filed by Evans Environmental &Geological Sc
&Management, LLC., 1131 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of M
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1702 Memorandum of Law in Sup
Motion filed by Michelle Haskett–Godbee, 1066 Stipulation and Order of Dismissal,,, 1955 Certificate of Service O
by Taylor Recycling Facility LLC, 1906 Endorsed Letter,, 964 Notice (Other) filed by Plaintiffs Liaison Counsel, 1
Endorsed Letter,, 2092 Case Management Plan,,,,, 1384 Notice (Other) filed by Plaintiffs Liaison Counsel, 1334 En
Letter,, 952 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1502 Notice (Other) filed
Plaintiffs Liaison Counsel, 2008 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1952 Decla
Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1184 Affidavit of Service Othe
Plaintiffs Liaison Counsel, 1922 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis
Construction Corporation of New York, Tishman Interiors Corporation, 1553 Memorandum of Law in Support of M
filed by City of New York, 2083 Order,, 1445 Rule 56.1 Statement,,,,,,,, filed by En–Tech Corp., DMT Enterprise,
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor E
and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska
Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc.,
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contract
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., F
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 1807 Certificate of Service Other filed by Phillips and Jordan
1488 Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 1363 Notice (Other) filed by P
Liaison Counsel, 1895 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science

&Management, LLC., 1429 Endorsed Letter,, 1608 Notice (Other) filed by Plaintiffs Liaison Counsel, 1700 MOTION
Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1222 Order, 1816 Notice (Other) filed by City of N
959 Stipulation and Order of Dismissal, 1852 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel,
Malone, 1558 Rule 7.1 Corporate Disclosure Statement filed by Taylor Recycling Facility LLC, 1415 Order,,, 1115
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1000 Notice (Other) filed by Plaintiffs Liaison Counsel, 1956 Certificate
Service Other filed by Taylor Recycling Facility LLC, 2057 Order, 1940 Memorandum of Law in Support filed by E
Environmental &Geological Science &Management, LLC., 956 Stipulation and Order, Set Motion and
RRDeadlines/Hearings,, 2041 Order, 1380 Reply Affidavit in Support of Motion filed by City of New York, 1797 M
to Compel Production of Documents Previously Withheld Under Improper Claim of Privilege. filed by Plaintiffs Lia
Counsel, 1503 Notice (Other) filed by Plaintiffs Liaison Counsel, 1663 Memorandum of Law in Support of Motion,
Plaintiffs Liaison Counsel, 1786 Memorandum of Law in Support of Motion, filed by The Port Authority of New Y
&New Jersey, 1869 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1060 Order,,,,,, 1613 Declaration i
Support of Motion filed by Plaintiffs Liaison Counsel, 1636 Affirmation in Support,, filed by Raymond Hauber, 131
Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1170 Notice (Other) filed by Samuel Pr
1428 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1062 Endorsed Letter,, 1917 MOTION for Sum
Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New
and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Constructio
Corporation of New York, Tishman Interiors Corporation, 1035 Notice of Adoption of Master Answer filed by Phill
Jordan, Inc., 914 Notice (Other) filed by Plaintiffs Liaison Counsel, 946 Rule 56.1 Statement filed by En–Tech Cor
Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors
1387 Affirmation filed by Plaintiffs Liaison Counsel, 2102 Notice of Appearance filed by Weeks Marine, Inc., 1985
MOTION for Summary Judgment On Behalf of The City of New York Based Upon Untimely Notices of Claim and
of Limitations. filed by City of New York, 1456 MOTION to Substitute Party. Old Party: Raymond Hauber, New P
Hauber in his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. MOTION to
Amend/Correct Caption. filed by Raymond Hauber, 1204 MOTION for Partial Summary Judgment. filed by Tishma
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1362 Notice (Other) filed by Plaintiffs Liaison Counsel, 1357 Request for Production of Documents filed by Frank S
1938 Declaration in Support, filed by Evans Environmental &Geological Science &Management, LLC., 1505 MOT
Preclude and for Default Judgment against Defendants for Failing to Comply with Plaintiffs' First Case–Specific De
and Order of July 8, 2009. filed by Plaintiffs Liaison Counsel, 1237 Order,, 973 Notice of Appearance filed by Kevi
Fitzpatrick, 1193 MOTION to Vacate 1160 Order,,. filed by Joette DeGiovine, Daniel DeGiovine, 999 Notice (Othe
by Plaintiffs Liaison Counsel, 1122 Notice of Adoption of Master Answer filed by Tishman Construction Corporati
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 891 Notice (Other) file
Plaintiffs Liaison Counsel, 1210 MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. filed by Survivair Respira
Inc., 2103 Notice of Appearance filed by Weeks Marine, Inc., 1206 Notice of Adoption of Master Answer filed by F
and Jordan, Inc., 1728 Affirmation in Support of Motion,,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James
1896 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC.,,
Memorandum of Law in Support,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, I
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofi
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 1293 Response to Discovery filed by Michael Panarella, 960 Certificate of Service Other,, file
marion s. mishkin, 2078 Notice of Appearance filed by United States, 1826 MOTION for Summary Judgment re Ra
cv 09818). filed by Taylor Recycling Facility LLC, 1514 Order, 1560 Answer to Complaint filed by Taylor Recyclin
Facility LLC, 1981 MOTION for Summary Judgment for Plaintiffs Frank Gullo and Gabriella Gullo. filed by Phillip
Jordan, Inc., 1069 Notice (Other) filed by Plaintiffs Liaison Counsel, 1853 Memorandum of Law in Support of Moti
by Survivair Respirators, Inc., 1107 Notice of Adoption of Master Answer filed by Tishman Construction Corporati

Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1018 Notice (Other) fi
Plaintiffs Liaison Counsel, 1877 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Manage
LLC., 1504 Notice (Other) filed by Plaintiffs Liaison Counsel, 1315 MOTION for Partial Summary Judgment. filed
Michelle Haskett–Godbee, 1197 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 94
(Other) filed by Plaintiffs Liaison Counsel, 895 Order, 1521 Notice (Other) filed by The City of New York, 1279 Re
to Discovery, filed by Thomas M. Flanders, 1059 Notice (Other) filed by Plaintiffs Liaison Counsel, 2097 Notice of
Appearance filed by Weeks Marine, Inc., 1783 MOTION for Summary Judgment re Alleva case (06 cv 08887). file
Taylor Recycling Facility LLC, 1449 Affirmation filed by Nacirema Industries, Inc., 1958 Reply Memorandum of L
Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler
&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A
Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1442 Notice (Other) filed by Plaintiffs Liaison Counsel, 1804 A
of Service Other,, filed by Plaintiffs Liaison Counsel, Frank Malone, 1736 Affidavit of Service Other filed by Plaint
Liaison Counsel, 1156 Notice (Other) filed by Plaintiffs Liaison Counsel, 1506 Declaration in Support of Motion,,,,
Plaintiffs Liaison Counsel, 983 Stipulation and Order, 986 Order on Motion for Partial Summary Judgment, 894 Stip
and Order of Dismissal,, 1119 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1142 Memorandum of
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur
Construction Company, Plaza Construction Corp., 2087 Notice (Other), Notice (Other), Notice (Other), Notice (Oth
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Co
Enterprise, Inc., Off Road Welding, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Trucking, Inc., Toretta Trucking, Inc., Ove Arup &Partners P.C., Cord Contracting Co. Inc., Dakota Demo–Tech, C
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Group, Buro Happold Consulting Engineer
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Parson Group, I
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Musco Sports Lighting, LLC, '
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Constructio
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti
Simpson Gumpertz &Heger Inc., Ment Bros. Iron Works Co., JP Equipment Rental Material, Inc., Brer–Four Trans
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construct
Corp., 1029 Notice (Other) filed by Plaintiffs Liaison Counsel, 1183 Memorandum of Law in Support filed by Plain
Liaison Counsel, 1954 Declaration in Support,, filed by Evans Environmental &Geological Science &Management,
1782 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plainti
Liaison Counsel, 1386 Case Management Plan, 2019 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co
Contractors, Inc., 1658 Order, 2093 Notice of Appearance filed by Weeks Marine, Inc., 1637 Certificate of Service
filed by Raymond Hauber, 1749 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geologi
Science &Management, LLC., 1523 Declaration in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Sk
Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robert
Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A
Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek L
Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Ind
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius P
Inc., 1313 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 2099 Notice of Appearance
Weeks Marine, Inc., 1452 Stipulation and Order of Dismissal,,,, 1239 Notice of Adoption of Master Answer filed by
and Jordan, 1606 Stipulation and Order,, 958 Stipulation and Order of Dismissal, 1781 Rule 56.1 Statement filed by
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1718 Order, 1854 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1525 Memorandum of Law in
of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartle
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomaset
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim

Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,
Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 1453 Endorsed Letter,,,, 1986 Memorandum of Law in
Support of Motion filed by City of New York, 1925 Declaration in Support of Motion, filed by Tishman Constructic
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1799 R
Statement filed by The Port Authority of New York &New Jersey, 1596 Notice (Other) filed by Plaintiffs Liaison C
1513 Notice of Appearance filed by Manafort Brothers, Inc., 1230 Notice of Appearance filed by Manafort Brothers
923 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1765 MOTION for Summary Judgment re Allev
by Phillips and Jordan, Inc., 1855 Affidavit of Service Other filed by Survivair Respirators, Inc., 1712 Order,, 1427
Protective Order, 1345 Request for Production of Documents filed by Andrew Dunaway, 2024 Rule 7.1 Corporate
Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1640 Affirmation in Opposition,, filed by I
Hauber, 1083 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish
Construction Corporation of New York, Tishman Interiors Corporation, 1287 Response, filed by Plaintiffs Liaison (
2018 Notice (Other) filed by Gregory J Cannata &Associates, 1541 Order on Motion to Preclude, 1215 Stipulation a
Order,,, 1616 MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. filed by Taylor Recycling Facility LLC, 97
Certificate of Service Other,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Eng
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1666 Memorandum &Opinion, 1642 Notice (Othe
by Plaintiffs Liaison Counsel, 1499 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1389 Notice
filed by Plaintiffs Liaison Counsel, 1240 Costs Taxed, 1157 Endorsed Letter,, 1679 MOTION to Compel Robert Mc
to Appear for Deposition. filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., AMEC
Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Truckin
Cord Contracting Co. Inc., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing
Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Wei
Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer−Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.
Response to Discovery filed by Frank Scallo, 1150 Rule 56.1 Statement filed by City of New York, 1441 Response
Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 1480 Affidavit of Service Other, filed by Plaintiffs Liaison
1200 Stipulation and Order, Set Deadlines, 1272 Response to Discovery filed by Andrew Dunaway, 1908 Memoran
Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1836 Memorandum of Law in Support of Motion f
Taylor Recycling Facility LLC, 1661 MOTION for Reconsideration of the Court's Order Dated December 3, 2009 D
Motion to Compel Mayris Webber, DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1634 Reply
Memorandum of Law in Support of Motion filed by The City of New York, 910 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1338 Order,, 1874 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1164 Notice (Other) fi
Plaintiffs Liaison Counsel, 1103 Notice of Adoption of Master Answer filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2086 Order, 2063 Ord
Declaration in Support of Motion filed by City of New York, 1790 MOTION for Summary Judgment Notice of Mot
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 927 Notice (Other) filed by Plain
Liaison Counsel, 2104 Notice of Appearance filed by Weeks Marine, Inc., 1858 MOTION for Stephanie S. McGraw
Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., Sperian Respirstory
Protection USA, LLC, Musco Sports Lighting, LLC, 1464 Memorandum of Law in Support of Motion, filed by Tisl
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1460 Affirmation in Support of Motion, filed by Raymond Hauber, 1644 MOTION for an Order compelling Mayris
DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1305 Response to Discovery filed by Frank Sca
Stipulation and Order,,,,, 1705 Memorandum of Law in Support of Motion, filed by Gilsanz, Murray, Steficek, LLF
En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, L
Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.
Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar

Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tru Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc Wrecking, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1443 Order on Motion fo Summary Judgment, 1266 Response to Discovery filed by Nicola Cavicchio, 1220 Endorsed Letter,,, 1823 MOTION Summary Judgment re Greco (05 cv 01228). filed by Taylor Recycling Facility LLC, 2020 Notice of Adoption of M Answer filed by Berkel &Co. Contractors, Inc., 1862 Declaration in Support of Motion filed by Taylor Recycling Fa LLC, 1848 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1038 Order, Set Deadlines/Hearing Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc Corporation of New York, Tishman Interiors Corporation, 890 Stipulation and Order of Dismissal,, 1124 Notice of of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of York, Tishman Interiors Corporation, 1614 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1537 Ord Motion to Appear Pro Hac Vice, 1897 Declaration in Support of Motion,, filed by Evans Environmental &Geologic Science &Management, LLC., 1626 Response to Discovery filed by Diane Scallo, Andrew Scallo, 2095 Notice of Appearance filed by Weeks Marine, Inc., 1139 Order,,, 1768 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1214 Order on Motion to Appear Pro Hac Vice,,, 1378 Reply Memorandum of Law in Support of Motion,,,,,, filed b En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., P Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Ind Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction C Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Mater Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Cons Corp., 1595 Order Admitting Attorney Pro Hac Vice, Terminate Motions,,,,,,,,,,,, 2079 Order, Set Deadlines/Hearin 1698 Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Me LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1042 Memorandum of Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Const Corp., 1275 Response to Discovery filed by Michael Labetti, 2052 Notice (Other) filed by Gregory J Cannata &Ass 1008 Notice (Other) filed by Plaintiffs Liaison Counsel, 1172 Notice (Other) filed by Plaintiffs Liaison Counsel, 20 of Voluntary Dismissal – Signed, 1333 Stipulation and Order of Dismissal,, 1849 Notice (Other) filed Gregory J Cannata &Associates, 1153 Order,,,,,, 1267 Response to Discovery filed by Donald Carson, 1160 Order,, Answer to Complaint filed by Seasons Industrial Contracting, 1777 MOTION for Summary Judgment Dismissing C A1, A2, A3, B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New Yor Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 2107 FIRST MOTION to Compel Pursuant to FRCP45. filed by Mount Sinai Medical Center, 1975 MOTION for Summary Judgment for Plaintiffs Ca Cameron and Steve Cameron. filed by Phillips and Jordan, Inc., 2043 Notice of Voluntary Dismissal – Signed, 1647 MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. filed En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, S Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V

Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., I
National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robe
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 2100 Notice of Appearance filed by Weeks Marine, Inc., 197
Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1555 Affidavit in Support of Motion f
City of New York, 1965 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1402 Notice (Other), Notice (Other)
Plaintiffs Liaison Counsel, 937 Notice (Other) filed by Plaintiffs Liaison Counsel, 1032 Declaration in Opposition f
Plaintiffs Liaison Counsel, 1808 Certificate of Service Other filed by Phillips and Jordan, Inc., 1920 Affidavit in Su
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 989 Certificate of Counsel filed by marion s. mishkin, 1078 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1424 Notice (Other) filed by Plaintiffs Liaison Counsel, 1660 Notice (Other) filed by
Environmental &Geological Science &Management, LLC., 1347 Request for Production of Documents filed by Fra
Goffredo, Blanca Goffredo, 1605 Order on Motion to Appear Pro Hac Vice, 2118 Endorsed Letter, 965 USCA Man
2048 Notice (Other) filed by Gregory J Cannata &Associates, 1022 Endorsed Letter, 1641 Endorsed Letter, 2011 R
Statement filed by Survivair Respirators, Inc., 943 Stipulation and Order, 1098 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1676 MOTION to Amend/Correct Notice of Motion by The Port Authority of New York and New Jers
Amend it's Master Answer. filed by The Port Authority of New York &New Jersey, 1500 Notice (Other) filed by Pl
Liaison Counsel, 1423 Notice (Other) filed by Plaintiffs Liaison Counsel, 1947 MOTION for Summary Judgment re
Gullo, et al. v. A. Russo Wrecking, et al. (06–cv–10937). filed by Taylor Recycling Facility LLC, 1118 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1015 Reply Memorandum of Law in Support of Motion filed by En–Tech Co
Contracting Corp., 1602 MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. filed by Taylor Recycling Facil
1916 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1901 Notice of Appearance filed by Plaza Constructic
1884 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 10
Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 1316 Response to Discovery filed by Rober
1546 Notice (Other) filed by Plaintiffs Liaison Counsel, 1733 Response to Discovery filed by Frank Goffredo, Blan
Goffredo, 1530 MOTION for Julie Busch to Appear Pro Hac Vice. filed by The Port Authority of New York &New
1036 Notice (Other) filed by Plaintiffs Liaison Counsel, 1133 Notice of Appearance filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1250
Stipulation and Order of Dismissal, 1412 Order, 1407 Notice (Other) filed by Plaintiffs Liaison Counsel, 1126 No
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1527 Endorsed Letter, 1633 Reply Affirmation in Support of Motion, fi
The City of New York, 1544 Order on Motion to Strike, 1462 Notice (Other) filed by Plaintiffs Liaison Counsel, 11
of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Co
of New York, Tishman Interiors Corporation, 2027 Notice of Adoption of Master Answer filed by Buro Happold Co
Engineers, P.C., 1791 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 17
on Motion to Appear Pro Hac Vice, 1438 Endorsed Letter, 1695 Declaration in Support of Motion, filed by The Por
Authority of New York &New Jersey, 1109 Notice of Adoption of Master Answer filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1304 R
to Discovery filed by Frank Scallo, 1966 Certificate of Service Other filed by Phillips and Jordan, Inc., 1875 Rule 5
Statement filed by Taylor Recycling Facility LLC, 1487 Declaration in Support of Motion, filed by Plaintiffs Liaiso
Counsel, 1408 Endorsed Letter, 1937 Memorandum of Law in Support filed by Evans Environmental &Geologica
&Management, LLC., 1371 Order, 1125 Notice of Adoption of Master Answer filed by Tishman Construction Cor
of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1586 Affidavit of S
Other, filed by Plaintiffs Liaison Counsel, 1582 Notice (Other) filed by Plaintiffs Liaison Counsel, 1077 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1585 Endorsed Letter, 1909 Endorsed Letter, Set Deadlines/Hearings, 189
Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1524 Dec
in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kess
&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Asso

R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Co
Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornt
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2090 Notice (Othe
by Plaintiffs Liaison Counsel, 1341 Notice (Other) filed by Plaintiffs Liaison Counsel, 1138 Memorandum &Opinic
Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1497 Memorandum of Law in Supp
Motion, filed by Plaintiffs Liaison Counsel, 1282 Response to Discovery filed by Dennis M. O'Connor, 1980 Certifi
Service Other, filed by Phillips and Jordan, Inc., 1600 Stipulation and Order,,,,,,,,, 1825 MOTION for Summary Jud
Loughery (06 cv 08609). filed by Taylor Recycling Facility LLC, 926 Notice (Other) filed by Plaintiffs Liaison Cou
1832 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 2036 Notice (Other) filed
Gregory J Cannata &Associates, 1217 Stipulation and Order,,, 1501 Stipulation and Order, Set Motion and
RRDeadlines/Hearings,,,,,,,, 1074 Notice (Other) filed by Plaintiffs Liaison Counsel, 1211 Order,,,,, 1668 Notice (O
filed by Plaintiffs Liaison Counsel, 993 Order, 1905 Order,,,, 1898 Declaration in Support of Motion,, filed by Evan
Environmental &Geological Science &Management, LLC., 1270 Response to Discovery filed by Andrew Dunaway
Order on Motion for Reconsideration, 2017 Notice (Other) filed by Gregory J Cannata &Associates, 920 Stipulation
Order of Dismissal,, 2065 Memo Endorsement, 1979 Rule 56.1 Statement filed by The Port Authority of New York
Jersey, 1778 MOTION for Summary Judgment Memo of Law Greco. filed by Evans Environmental &Geological So
&Management, LLC., 1439 Notice (Other) filed by Plaintiffs Liaison Counsel, 1435 Notice (Other) filed by Plaintif
Liaison Counsel, 1166 Notice (Other) filed by Samuel Provisero, 1128 Notice of Adoption of Master Answer filed b
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 950 Order Admitting Attorney Pro Hac Vice, 2071 Response to Discovery filed by Andrea Cavicchio,
Cavicchio, 1508 Notice (Other) filed by Plaintiffs Liaison Counsel, 931 Notice (Other) filed by Plaintiffs Liaison Co
1176 Declaration in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component
Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons,
Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skans
Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction,
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executi
Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G
Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipm
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1630 Response to Motion filed by Taylor R
Facility LLC, 1491 Order on Motion for Summary Judgment, Order on Motion for Judgment on the Pleadings, 2051
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contract
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., F
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 1088 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1919 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 925 Notice (Other), Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Lia
Counsel, 911 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishr
Construction Corporation of New York, Tishman Interiors Corporation, 1618 MOTION for Maureen C. Pavely to A

Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Cor
Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC. 1381 Reply
Memorandum of Law in Support of Motion filed by City of New York, 1288 Memorandum of Law in Opposition,,,,
Plaintiffs Liaison Counsel, 1820 MOTION for Summary Judgment re Cameron (06 cv 09273). filed by Taylor Recy
Facility LLC, 2121 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1552
MOTION to Quash Subpoenas. filed by City of New York, 1540 Notice (Other) filed by Plaintiffs Liaison Counsel,
MOTION to Vacate March 3, 2009 Dismissal. filed by Samuel Provisero, 1238 Stipulation and Order of Dismissal,,
Request for Production of Documents filed by Andrea Cavicchio, Nicola Cavicchio, 1802 Rule 56.1 Statement,,,, fil
Phillips and Jordan, Inc., 1368 Stipulation and Order of Dismissal,, 1607 Affirmation filed by Eagle One Roofing
Contractors, Inc., 1744 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1949 Declaration in Support o
filed by Taylor Recycling Facility LLC, 1004 Rule 56.1 Statement filed by Plaintiffs Liaison Counsel, 1536 Order o
to Appear Pro Hac Vice, 984 Notice (Other), Notice (Other) filed by marion s. mishkin, 1262 Notice (Other) filed by
Plaintiffs Liaison Counsel, 1191 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1982 Memorandum
in Support of Motion filed by Phillips and Jordan, Inc., 1766 Memorandum of Law in Support of Motion filed by Pl
Liaison Counsel, Frank Malone, 1310 Response to Discovery filed by Frank Scallo, 1372 Order,,, 1755 Notice (Oth
by Phillips and Jordan, Inc., 1076 MOTION for Anita Weinstein to Appear Pro Hac Vice,, 966 Order, Set Motion an
RRDeadlines/Hearings, 1597 Order, Terminate Motions, Add and Terminate Attorneys, 1466 MOTION for Judgme
Pleadings Laron Casey (06cv8890). filed by Tishman Construction Corporation of Manhattan, Tishman Constructio
Corporation of New York, Tishman Interiors Corporation, 1403 Response to Discovery filed by Diane Scallo, Andr
Scallo, 1535 Order on Motion to Appear Pro Hac Vice, 1651 Order, 1671 Notice (Other) filed by Evans Environmen
&Geological Science &Management, LLC., 1771 Affidavit in Support of Motion, filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1095 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 955 Notice of Adoption of Master Answer filed by Phillips and Jordan, I
Order, 1709 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1155 Order,
MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs. filed by Gilsanz, Murray, S
LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill L
Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc
Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Cor
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Ro
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Franc
Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equip
Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofi
Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1101 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1054 Notice of Appearance filed by Verizon New York Inc., 1352 Request for Produ
Documents filed by Michael Panarella, Christine Panarella, 1959 Declaration in Support of Motion,,, filed by Gilsan
Murray, Steficek, LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C.,
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, S
Owings &Merrill, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., 2032 Endorsed Letter,, 1557 Notice (Other) filed by Plaintiffs Liaison Counsel, 928 Notice (Other) filed
Plaintiffs Liaison Counsel, 1631 Certificate of Service Other filed by Taylor Recycling Facility LLC, 988 Schedulin
1307 Response to Discovery filed by Frank Scallo, 1342 Notice (Other) filed by Plaintiffs Liaison Counsel, 2077 No
(Other) filed by Plaintiffs Liaison Counsel, 1612 MOTION to Compel James Carpenter to Appear for Deposition. fi
Plaintiffs Liaison Counsel, 1601 Order on Motion to Compel, 945 MOTION for Summary Judgment. filed by En–T
Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio Genera
Contractors Corp., 1458 Order, 1900 Order Admitting Attorney Pro Hac Vice, 1440 Notice (Other) filed by The Cit
York, 1390 Notice of Appearance, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contra
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway
Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling
Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C

Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Industries, Inc., Mc American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Service Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environ Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1974 Certificate of Service Other Phillips and Jordan, Inc., 1988 Declaration in Support of Motion filed by City of New York, 1446 Memorandum of Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Sk Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, LLC, Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tru Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Even Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 1034 Notice (Other) filed by Plaintiffs Liaison Counsel, 905 Stipulation and Order of Dismiss Certificate of Service Other filed by Taylor Recycling Facility LLC, 1416 Order,,, 1360 Request for Production of Documents filed by Frank Scallo, 1072 Stipulation and Order of Dismissal,,,, 2054 Order, Set Motion and RRDeadlines/Hearings, 1809 Affidavit of Service Other filed by Phillips and Jordan, Inc., 1665 Notice (Other) filed Plaintiffs Liaison Counsel, 1037 USCA Mandate, 2088 Order,, 1599 Notice (Other) filed by Plaintiffs Liaison Coun Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1737 Affidavit of Service Other, filed Plaintiffs Liaison Counsel, 2094 Notice of Appearance filed by Weeks Marine, Inc., 1995 Memorandum of Law in S of Motion filed by Phillips and Jordan, Inc., 1493 Notice (Other) filed by Plaintiffs Liaison Counsel, 1228 Declarati Support filed by Mary Jane Striffler, Donald Striffler, 1887 Memorandum of Law in Support of Motion filed by Eva Environmental &Geological Science &Management, LLC., 1182 Declaration in Support filed by Plaintiffs Liaison 1967 MOTION for Summary Judgment Dismissing C1 and B3 Plaintiffs' Labor Law, Common Law Negligence, an General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authori New York &New Jersey, 1249 Stipulation and Order,,, 1023 Stipulation and Order of Dismissal,, 1680 Declaration Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construmanagement, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo-Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, E Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, E.J. Davies, Inc., Mueser Rutledg Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1001 Notice (Other) filed by Liaison Counsel, 1519 Endorsed Letter,, 1827 Certificate of Service Other, filed by Taylor Recycling Facility LLC,

Notice (Other) filed by Plaintiffs Liaison Counsel, 1051 Case Management Plan, 1388 Notice (Other) filed by Plaint
Liaison Counsel, 1056 Protective Order, 1047 Order,,,, 1730 Notice (Other) filed by Plaintiffs Liaison Counsel, 211
1422 Memo Endorsement, 1312 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1061 N
(Other) filed by Plaintiffs Liaison Counsel, 1173 Endorsed Letter,, 1329 Stipulation and Order of Dismissal, 1984 C
of Service Other, filed by Phillips and Jordan, Inc., 1673 FIRST MOTION for Protective Order Notice of Motion. fi
United States, 1888 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1019 Notice (Other) filed by Plaintiffs Liaison Counsel, 1945 Memorandum of Law in Suppo
by Evans Environmental &Geological Science &Management, LLC., 1498 Notice (Other) filed by Plaintiffs Liaison
Counsel, 1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New York's Admitted Suppression of
for Six Years. filed by Plaintiffs Liaison Counsel, Frank Malone., 1152 Declaration in Support of Motion, filed by C
New York, 1566 Memorandum of Law in Opposition to Motion filed by Raymond Hauber, 1760 Rule 56.1 Stateme
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 901 Certificate of Service Other, filed by John Montalvo, 1046 Order on Motion to Appear Pro Hac Vi
Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 953 Amended Notice of Appeal, filed b
Plaintiffs, 1005 Affirmation in Opposition,,, filed by Plaintiffs Liaison Counsel, 1379 Reply Memorandum of Law i
of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environm
Inc., Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 970 Reply Memorandu
Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engi
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gol
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1738 Affidavit of Service Other, filed by Plaintiff
Counsel, 1819 Rule 56.1 Statement filed by City of New York, 1950 Memorandum of Law in Support of Motion fil
Taylor Recycling Facility LLC, 1280 Response to Discovery filed by Nicholas Lusuriello, 1619 Response to Discov
by David Nolan, Louise Nolan, 1907 Counter Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel, 1332 Orde
Case Management Plan,,, 1627 Order on Motion to Compel, 1740 Notice (Other) filed by Plaintiffs Liaison Counsel
Notice (Other) filed by Plaintiffs Liaison Counsel, 2080 Notice (Other), 2009 Memorandum of Law in Support of Motion f
Survivair Respirators, Inc., 1410 Endorsed Letter,, 981 Notice (Other) filed by Plaintiffs Liaison Counsel, 1225 Stip
and Order,,, 1881 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1
Stipulation and Order,,,, 1070 Stipulation and Order of Dismissal,,,, 1551 Order,,, 1511 Order on Motion to Amend/
Order on Motion to Substitute Party,, 1574 Affidavit in Support of Motion filed by City of New York, 1317 Respon
Discovery filed by Robert Suarez, 1563 Affidavit of Service Other filed by Taylor Recycling Facility LLC, 1431 No
(Other) filed by Plaintiffs Liaison Counsel, 1863 Declaration in Support of Motion filed by Taylor Recycling Facilit
2026 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1223 Order, 1181
MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison Counsel, 1701 Affirmation in Support of Motion filed
Michelle Haskett–Godbee, 1291 Response to Discovery filed by Michael Panarella, 1268 Response to Discovery fil
Frank Goffredo, 1369 Order,,, 1962 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs a
The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act. filed by
Authority of New York &New Jersey, 1977 Memorandum of Law in Support of Motion, filed by The Port Authorit
York &New Jersey, 1495 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1871 Rule 56.1 Statement
Taylor Recycling Facility LLC, 1474 Order, 1292 Response to Discovery filed by Michael Panarella, 922 Stipulatio
Order of Dismissal,, 1639 Endorsed Letter, Add and Terminate Attorneys,,,, 2085 Memo Endorsement, Add and Te
Attorneys,,,, 1318 Response to Discovery filed by Robert Suarez, 1973 Rule 56.1 Statement, filed by Gilsanz, Murr
Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &
LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway
Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &
Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Ea
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Con
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semo
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold
Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E
Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer As
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City
York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,

Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Const Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., L General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., W Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Cons Corp., 1273 Response to Discovery filed by Frank Goffredo, 1662 Declaration in Support of Motion, filed by Plaint Liaison Counsel, 1483 MOTION to Preclude and for Default against the Defendant City of New York. filed by Plai Liaison Counsel, 2022 Notice of Adoption of Master Answer filed by Berkel &Co. Contractors, Inc., 1748 MOTION Summary Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction of New Y Tishman Interiors Corp.. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporati New York, Tishman Interiors Corporation, 1806 Certificate of Service Other filed by Phillips and Jordan, Inc., 1795 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plaintiffs Lia Counsel, 1391 Affirmation filed by Plaintiffs Liaison Counsel, 2050 Notice of Appeal, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Coro Construction Co., Inc., City of New York, Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Con Corp., 1575 Affidavit in Support of Motion filed by City of New York, 1824 MOTION for Summary Judgment re C (06 cv 08692). filed by Taylor Recycling Facility LLC, 1221 Memo Endorsement, 916 Memorandum of Law in Opp to Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., B Environmental, Inc., 1554 Affidavit in Support of Motion filed by City of New York, 2123 Order,,, 1340 Notice (Ot by Plaintiffs Liaison Counsel, 2108 Protective Order, 1331 Order,, 2117 Rule 56.1 Statement filed by The Port Auth New York &New Jersey, 1494 MOTION to Preclude and For Default Against Defendants for Failing to Timely and Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODU filed by Plaintiffs Liaison Counsel, 1584 Order,,,, 1169 Endorsed Letter,, 977 Order of Dismissal,, 1411 Endorsed L 904 Notice (Other) filed by Plaintiffs Liaison Counsel, 995 Stipulation and Order, Set Motion and RRDeadlines/Hea 1053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1309 Response to Discovery filed by Frank Scallo, 1049 En Letter,, 1058 Notice (Other) filed by Plaintiffs Liaison Counsel, 1377 Notice (Other) filed by Plaintiffs Liaison Cou 1219 Order,,, 1110 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Construction Corporation of New York, Tishman Interiors Corporation, 1195 Declaration in Support filed by Joette DeGiovine, Daniel DeGiovine, 1873 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1405 Response to Discovery filed by Robert Panarella, 1759 Notice (Other) filed by Phillips and Jordan, Inc., 1520 Notice (Other) file Plaintiffs Liaison Counsel, 1892 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 2076 Stipulation and Order,,, 1246 Stipulation and Order of Dismissal,,, 936 Notice (Other) f Plaintiffs Liaison Counsel, 935 Notice (Other) filed by Plaintiffs Liaison Counsel, 1100 Notice of Adoption of Mast Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 899 MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the filed by Plaintiffs Liaison Counsel, 1348 Request for Production of Documents filed by Karen Labetti, Michael Lab Notice (Other) filed by Plaintiffs Liaison Counsel, 1899 Order,,, 1948 Memorandum of Law in Support filed by Ev Environmental &Geological Science &Management, LLC., 1576 Affidavit in Support of Motion, filed by City of N 1089 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con Corporation of New York, Tishman Interiors Corporation, 2082 Notice of Appearance filed by Weeks Marine, Inc., Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Construction Corp., 1856 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1821 MOTION Summary Judgment re Cantore (06 cv 10654). filed by Taylor Recycling Facility LLC, 1722 Notice of Voluntary D – Signed, 1889 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, 1865 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1290 Response to Discovery filed b Nolan, 1620 Order, Terminate Motions,, 1610 Order,, 1758 Notice (Other) filed by Phillips and Jordan, Inc., 1648 Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point E Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein As

Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1721 MOTION for George N. Kalamaras to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1
Certificate of Service Other, filed by Phillips and Jordan, Inc., 1236 Notice (Other) filed by Plaintiffs Liaison Couns
Order, 1259 Stipulation and Order, 1207 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 13
Notice (Other) filed by Plaintiffs Liaison Counsel, 1349 Request for Production of Documents filed by Nicholas Lu
1099 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor
Corporation of New York, Tishman Interiors Corporation, 1548 Order,,, 1726 MOTION for a Voluntary Dismissal
the Court Considers Proper Pursuant to FRCP 41 (a) (2). filed by John Dunne, Lynn Taylor, Daniel Taylor, James A
1117 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor
Corporation of New York, Tishman Interiors Corporation, 1025 Endorsed Letter, 1336 Affidavit of Service Other fi
Plaintiffs Liaison Counsel, 1725 Order on Motion to Appear Pro Hac Vice, 900 MOTION for Reconsideration Plain
Memorandum of Law in Support. filed by Plaintiffs Liaison Counsel, 1857 Declaration in Support of Motion filed b
Recycling Facility LLC, 1136 Order Admitting Attorney Pro Hac Vice, 1628 Notice (Other) filed by Plaintiffs Liaison
Counsel, 1393 Stipulation and Order,,, 1140 MOTION for Partial Summary Judgment. filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Ev
Recycling of Corona, Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 975 U
Order, 1253 Order, 1743 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1944 R
Statement filed by Evans Environmental &Geological Science &Management, LLC., 1942 Memorandum of Law in
filed by Evans Environmental &Geological Science &Management, LLC., 1271 Response to Discovery filed by An
Dunaway, 1356 Request for Production of Documents filed by Diane Scallo, Andrew Scallo, 969 Reply Affirmation
Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering
Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1796 MOTION for Summary Judgment Gipe Affi
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 1579 Declaration in Support, filed
J. Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 1931 Certificate of Serv
Other, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, T
Interiors Corporation, 2122 Order, 1224 Order, 1591 Order,,, 2047 Notice of Voluntary Dismissal – Signed, 2023 E
Letter,, 1370 Order,,, 1321 Endorsed Letter,,, 1776 MOTION for Summary Judgment re: Greco. filed by Phillips an
Inc., 2116 Notice of Appeal, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cam
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1562 Amended Answer to Complaints filed by Taylor Recycling Facility LLC, 1108 Notice of Adoption of Master A
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1417 Order,,,,,,,, 1692 Notice (Other) filed by Plaintiffs Liaison Counsel, 1589 MOTION for
Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deuts
Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1684 Order on Motion to
Amend/Correct,, 1529 MOTION for Zev Raben to Appear Pro Hac Vice. filed by The Port Authority of New York
Jersey, 1735 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1960 Counter Statement to Rule 56.1,, t
Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engine
P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C.,

Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc.,_1729 Certificate of Service Other,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Alb
Stipulation and Order, Set Deadlines/Hearings,,_1180 MOTION to Vacate_1160 Order,,. filed by Plaintiffs Liaison C
1878 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC.,_1757 Notice (C
filed by Phillips and Jordan, Inc.,_1533 Notice (Other) filed by Plaintiffs Liaison Counsel,_2037 Transcript,_1330 Ce
of Service Other,, filed by marion s. mishkin,_1106 Notice of Adoption of Master Answer filed by Tishman Constru
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation,_1481 M
to Preclude and for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel,_1561 Affic
Service Other filed by Taylor Recycling Facility LLC,_1123 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1793 Certificate of Service Other, filed by Taylor Recycling Facility LLC,_1866 Certificate of Service Other, filed b
Recycling Facility LLC,_1603 Order,,,,_1302 Stipulation and Order of Dismissal,,,,,,_949 Order Admitting Attorney
Vice,_1696 MOTION for Summary Judgment On Behalf of the Structural Engineer Defendants. filed by Gilsanz, M
Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell
Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Canto
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, L
Pitkin, Inc.,_1243 Stipulation and Order of Dismissal,,,_1367 Stipulation and Order,_1276 Response to Discovery, fil
Thomas M. Flanders,_1158 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc.,_1455 Affirmatic
by C.B. Contracting Corp.,_1753 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Mar
Tishman Construction Corporation of New York, Tishman Interiors Corporation,_1936 Rule 56.1 Statement filed by
Environmental &Geological Science &Management, LLC.,_944 Order on Motion for Reconsideration,_1296 Respon
Discovery filed by Jason Porcaro,_1764 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc
Response to Discovery filed by Dennis M. O'Connor,_2111 Order,,,,_2091 Order,_1373 Order,_1751 MOTION for S
Judgment. filed by Evans Environmental &Geological Science &Management, LLC.,_1167 Endorsed Letter,,,_1284
to Discovery filed by Dennis M. O'Connor,_1134 Notice (Other) filed by Plaintiffs Liaison Counsel,_1624 Order,,,_1
Response to Discovery filed by Dennis M. O'Connor,_1094 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1205 Memorandum of Law in Support of Motion filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation,_1413 Order,,,_1682 Notice (Other) filed by F
Liaison Counsel,_1697 Rule 56.1 Statement,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill L
Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engir
P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, I
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Siln
Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,_2033 Endorsed Letter,,_1198 Affidavit
Service Other filed by Joette DeGiovine, Daniel DeGiovine,_902 Notice of Appearance filed by 22 Non–Resp, Darl
Montalvo, John Montalvo,_979 Notice (Other) filed by Plaintiffs Liaison Counsel,_1212 Order,_1021 USCA Mandat
Stipulation and Order,,,_1838 Certificate of Service Other, filed by Taylor Recycling Facility LLC,_1063 Order (Oth
by Plaintiffs Liaison Counsel,_1543 Order on Motion to Preclude,_1335 Stipulation and Order of Dismissal,_1092 No
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation,_1437 Stipulation and Order of Dismissal,,,_1834 Memorandum of Law in
of Motion filed by Taylor Recycling Facility LLC,_1467 Notice of Appearance filed by Bovis Lend Lease LMB, Inc
Pre–Conference Statement filed by Samuel Provisero,_1258 Stipulation and Order,,,,,,_1769 MOTION for Summary
Judgment re: Casey. filed by Phillips and Jordan, Inc.,_1192 Affidavit of Service Other filed by John Raehse, Paula I
1003 Affirmation, filed by Plaintiffs Liaison Counsel,_2061 Memorandum of Law in Opposition to Motion,,,, filed b
Port Authority of New York &New Jersey,_1327 Notice (Other) filed by Plaintiffs Liaison Counsel,_1013 Notice (O
filed by Plaintiffs Liaison Counsel,_1359 Request for Production of Documents filed by Robert Suarez,_1674 Order,,
Response to Discovery filed by Michael Labetti,_1617 MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. fi
Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, Deutsche Bar
Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC,_933 Reply Affirmation in Support, fi
Plaintiffs Liaison Counsel,_1251 Stipulation and Order,,,_1772 MOTION for Summary Judgment Notice of Motion C
filed by Evans Environmental &Geological Science &Management, LLC.,_1027 Notice (Other), Notice (Other), Not
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Oth
Notice (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood,
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co
Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting

Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departm
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Ren
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Notice (Other) filed by Plaintiffs Liaison Counsel, 1594 Rule 7.1 Corporate Disclosure Statement filed by American
Building Maintenance Industries, Inc., 1742 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counse
Endorsed Letter, 1817 Memorandum of Law in Support of Motion filed by City of New York, 1082 Notice of Adopt
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1040 MOTION for Madro Bandaries to Appear Pro Hac Vice. filed by Phillips and J
Inc., Phillips and Jordan, 1912 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 972 Notice (Other), N
(Other) filed by marion s. mishkin, 2074 Supplemental ROA Sent to USCA – Index,, 1073 Stipulation and Order of
Dismissal,,,, 906 Notice (Other) filed by Plaintiffs Liaison Counsel, 1864 Declaration in Support of Motion filed by
Recycling Facility LLC, 1079 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1946 Rule 56.1 Statem
by Evans Environmental &Geological Science &Management, LLC., 2014 MOTION for Christopher Quinn to App
Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., 2003 Affidavit in Support, filed
Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Ski
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tru
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laqu
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1997
MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New Yo
New Jersey pursuant to the New York State Defense Emergency Act. filed by The Port Authority of New York &Ne
Jersey, 2049 MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short No
Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOT
Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Fili
39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice I
Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to
Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $
filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray S
LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construct

Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., I
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2075 Order, 1024 Order,
Notice (Other) filed by Plaintiffs Liaison Counsel, 1231 Order, 1177 Rule 56.1 Statement, filed by En−Tech Corp., 
Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dak
Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Co
Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C
Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American C
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Wel
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental M
Inc., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, I
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1454 Notice
filed by Plaintiffs Liaison Counsel, 1492 Notice (Other) filed by Plaintiffs Liaison Counsel, 1880 Rule 56.1 Stateme
by Evans Environmental &Geological Science &Management, LLC., 2001 Order to Show Cause,,, 939 Endorsed Le
1209 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpora
New York, Tishman Interiors Corporation, 1691 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel,,
Affidavit of Service Other,,, filed by Plaintiffs Liaison Counsel, 1374 Notice (Other) filed by Plaintiffs Liaison Cou
1366 Stipulation and Order, 2044 Affidavit filed by Gregory J Cannata &Associates, 893 Stipulation and Order of
Dismissal,,,, 1577 Order, Set Deadlines/Hearings, 1528 Notice (Other) filed by Plaintiffs Liaison Counsel, 1233 Stip
and Order,,, 1886 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1550 Order,,, 1681 Endorsed Letter,,, 1923 Certificate of Service Other,,, filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1444 MOTION for Summary Judgment Dismissing Defendants Not Named in Core Discovery. filed by En−Tech C
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, E
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2060 Memorandum of L
Opposition filed by Gregory J Cannata &Associates, 1694 Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey, 1879 Rule 56.1 Statement by Evans Environmental &Geological Scienc
&Management, LLC., 2025 Notice of Adoption of Master Answer filed by Buro Happold Consulting Engineers, P.C
Stipulation and Order of Dismissal,,, 1951 Declaration in Support, filed by Evans Environmental &Geological Scien
&Management, LLC., 1002 Notice (Other) filed by Plaintiffs Liaison Counsel, 1355 Request for Production of Doc
filed by Jason Porcaro, 2004 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed
Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construc
Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, 
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incor
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and
Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contrac

Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Royal Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., _1090 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1622 Order,,, _912 Notice (Other) filed by Plaintiffs Liaison Counsel, _1924 MOTION for Summary Judgment re:Scott Malkoff and Irina Malkoff on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1295 Response to Discovery filed by Jason Porcaro, _1787 Certificate of Service Other,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1451 Notice (Other) filed by Plaintiffs Liaison Counsel, _1929 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1996 Certificate of Service Other filed by Phillips and Jordan, Inc., _1260 Notice of Appearance filed by Mark Gajewski, _1993 MOTION for Summary Judgment for Plaintiff Christopher Castro. filed by Phillips and Jordan, Inc., _1943 Declaration in Support,, filed by Evans Environmental &Geological Science &Management, LLC., _1910 Stipulation and Order,, _1350 Request for Production of Documents by David Nolan, Louise Nolan, _1450 Notice (Other) filed by Plaintiffs Liaison Counsel, _1831 MOTION for Summary Judgment re Castro (06 cv 07287). filed by Taylor Recycling Facility LLC, _1773 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., _1385 Notice (Other) filed by Plaintiffs Liaison Counsel, _1930 MOTION for Summary Judgment re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937, 06CV11710, 06CV11814, 06CV12743. filed by Survivair Respirators, Inc., _1114 Notice of Adoption of Master Answer by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1194 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, _1970 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, _2106 Stipulation and Order, _2021 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., _1489 Stipulation and Order of Dismissal, _12 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1534 Notice (Other) filed by Plaintiffs Liaison Counsel, _Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings, _962 Stipulation and Order of Dismissal,, _14 MOTION to Amend/Correct Caption. MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul in his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. filed by Raymond Hauber, Affidavit in Support of Motion, filed by Survivair Respirators, Inc., _1564 Affirmation filed by Robert L. Gerosa, Inc., Notice (Other) filed by Plaintiffs Liaison Counsel, _1935 Affidavit of Service Other filed by Survivair Respirators, Inc., Notice (Other) filed by Plaintiffs Liaison Counsel, _2068 Notice (Other) filed by Plaintiffs Liaison Counsel, _1468 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, _1891 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., _1941 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., _1583 Reply Memorandum of Law in Support of Motion filed by City of New York, _1395 Order, _1159 Endorsed Letter, _1645 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, Reply Memorandum of Law in Support, filed by Plaintiffs Liaison Counsel, _985 Endorsed Letter,, _1531 Order, _1218 Stipulation and Order of Dismissal, _1833 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, _917 Declaration in Opposition to Motion,, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., _1706 Affidavit in Support of Motion, filed by Gilsanz, Murray Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,

Case: 21-1565 Document: 11 Page: 1595 Of 1805
Case 1:21-mc-00100-AKH Document 1-1 Filed 07/26/2012 Page 1594 of 1805
As of 07/26/2012 12:10 PM EDT 1594 of 1805

Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Con
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, I
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2058 Affidavit in Oppos
filed by Gregory J Cannata &Associates, 997 Endorsed Letter, 1050 Order,,,, 994 Notice (Other) filed by Plaintiffs I
Counsel, 1420 Affirmation filed by Plaintiffs Liaison Counsel, 1269 Response to Discovery filed by Andrew Dunav
Endorsed Letter, 1208 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan,
Construction Corporation of New York, Tishman Interiors Corporation, 1097 Notice of Adoption of Master Answer
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio
Corporation, 951 Stipulation and Order of Dismissal,, 1914 Endorsed Letter, Set Deadlines/Hearings,,,,,, 967 Endor
Letter, 1414 Order,,, 1707 MOTION For Lone Pine Order Notice of Motion by The Port Authority of New York and
Jersey For Lone Pine Order. filed by The Port Authority of New York &New Jersey, 1915 Reply Memorandum of L
Support of Motion filed by Michelle Haskett–Godbee, 1927 Affidavit in Support of Motion, filed by Tishman Cons
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1084 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1299 Response
Discovery filed by Andrew Scallo, 1657 Order,,, 1093 Notice of Adoption of Master Answer filed by Tishman Cons
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 892 No
(Other) filed by Plaintiffs Liaison Counsel, 1710 Endorsed Letter, 1750 MOTION for Summary Judgment on behalf
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Int
Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Y
Tishman Interiors Corporation, 1734 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1421 Notice (O
filed by Plaintiffs Liaison Counsel, 980 Notice (Other) filed by Plaintiffs Liaison Counsel, 954 Notice (Other) filed
Plaintiffs Liaison Counsel, 976 Endorsed Letter,,, 1532 MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Hac
filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, 1623 Ord
Motion to Appear Pro Hac Vice,,, 2067 Notice (Other) filed by Plaintiffs Liaison Counsel, 1257 Order,,,, 1006 Noti
(Other) filed by Plaintiffs Liaison Counsel, 978 Stipulation and Order of Dismissal,, 1086 Notice of Adoption of Ma
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1469 Declaration in Support of Motion,, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1717 Notice (Other) fi
Plaintiffs Liaison Counsel, 1643 MOTION for Joseph A. Clark to Appear Pro Hac Vice. filed by Deutsche Bank Tru
Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1
Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LL
MOTION for Summary Judgment for Plaintiff Fernando Grimaldi. filed by Phillips and Jordan, Inc., 1592 Order,,,
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1762 MOTION
Summary Judgment re Cantore. filed by Phillips and Jordan, Inc., 1490 Stipulation and Order,,, 1593 Order,,, 1724 I
for Patricia I. Jorge to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1672 FIRST MOTION
Protective Order Based on Privacy Act. filed by United States, 1638 Memorandum of Law in Opposition filed by Ra
Hauber, 1990 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1234 Consent, filed by
Curti, 1850 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1065 Order,,, 1689 Order on Mo
Appear Pro Hac Vice,, 1190 Declaration in Support of Motion, filed by John Raehse, Paula Raehse, 1957 Certificate
Service Other filed by Taylor Recycling Facility LLC, 1252 Stipulation and Order of Dismissal, 1081 Notice of Ado
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1149 MOTION for Partial Summary Judgment. filed by City of New York, 934 Stip
and Order of Dismissal, 1659 Notice (Other) filed by Evans Environmental &Geological Science &Management, Ll
Memorandum of Law in Support of Motion,, filed by The Port Authority of New York &New Jersey, 1030 Notice (
filed by Plaintiffs Liaison Counsel, 1761 Certificate of Service Other,, filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1188 MOTION to Vac
Order,,. filed by John Raehse, Paula Raehse, 1512 Notice (Other) filed by Plaintiffs Liaison Counsel, 1545 MOTIOI
Quash Subpoenas. filed by City of New York, 1716 Notice (Other) filed by Plaintiffs Liaison Counsel, 1281 Respon
Discovery filed by Nicholas Lusuriello, 1578 MOTION to Compel Witnesses to appear for deposition. filed by Johr

Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 2110 Declaration in Supp
Motion, filed by Mount Sinai Medical Center, 1375 Notice (Other) filed by Plaintiffs Liaison Counsel, 1328 Stipula
Order of Dismissal, 998 Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT
Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Canron Constru
Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associ
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking, Inc., Br
National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Mu
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1394 Notice (Other) filed by Pla
Liaison Counsel, 1581 Notice (Other) filed by Plaintiffs Liaison Counsel, 1129 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1392 Notice (Other) filed by Plaintiffs Liaison Counsel, 1635 Reply Memorandum of Law in Oppisiti
Motion, filed by Raymond Hauber, 1609 Affirmation filed by City of New York, 1747 FIRST MOTION for Summa
Judgment. filed by Evans Environmental &Geological Science &Management, 1189 Memorandum of Law in
of Motion filed by John Raehse, Paula Raehse, 1688 Affirmation filed by Semcor Equipment and Manufacturing
Corporation, 1199 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGiovine, 1621 Order,,, 1434 Not
(Other) filed by Plaintiffs Liaison Counsel, 1482 MOTION to Preclude and for Default against the Defendant City o
York. filed by Plaintiffs Liaison Counsel, 2000 Rule 56.1 Statement filed by The Port Authority of New York &New
1572 MOTION to Quash Subpoenas to NYPD Medical Board Doctors. filed by City of New York, 1365 Reply
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 2013 Notice (Other) filed by Gregory J Can
&Associates, 1320 Endorsed Letter,, 1031 Notice (Other) filed by Plaintiffs Liaison Counsel, 2055 Affirmation in
Opposition to Motion,,, filed by Michelle Haskett–Godbee, 1939 Rule 56.1 Statement filed by Evans Environmenta
&Geological Science &Management, LLC., 1055 Notice (Other) filed by Plaintiffs Liaison Counsel, 2005 Declarati
Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Man
Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cam
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Roda
Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully
Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Servic
Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc.,
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite C
Corp., Mazzochi Wrecking, Atlantic Heydt Corp, City of New York, Semcor Equipment and Manufacturing Corp
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Liberty Mutual
Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Asso
Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American C
Bovis Lend Lease Inc., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wre
Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Ma
Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Ind
Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Cont
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Ro
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwoo
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., N
Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease In
Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equ
Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equ
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction Intern
L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat

L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 2031 Order on Motion to Appear Pro Hac Vice, 2081 Notice of Appearance filed by Verizon York Inc., 1976 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1882 Memorandum o Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 991 Order on Motion Summary Judgment, 1926 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 957 Certificate of Cou filed by marion s. mishkin, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 1091 Notice of Adoption of Mast Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1301 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1045 Stipulation Order of Dismissal,, 1132 Stipulation and Order of Dismissal,,,,,, 1918 Declaration in Support of Motion, filed by T Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1163 Notice (Other) filed by Samuel Provisero, 1693 MOTION for Summary Judgment Notice of Motion for Summ Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York Unconsolidated Laws ? 7107. filed by The Port Authority of New York &New Jersey, 1196 Memorandum of Law i filed by Joette DeGiovine, Daniel DeGiovine, 1485 MOTION to Preclude and for Default against Defendant City of York. filed by Plaintiffs Liaison Counsel, 968 Reply,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler & Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Cons Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz & Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1277 Response to Discovery, filed by Thomas M. Flanders, 1071 Stipulation and Order of Dismissal,,,, 1471 Response to Discovery fi Diane Scallo, Andrew Scallo, 1675 Notice (Other) filed by Plaintiffs Liaison Counsel, 1303 Stipulation and Order,,, Reply Memorandum of Law in Support of Motion filed by Tully Environmental Inc., Evergreen Recycling of Coron Rule 56.1 Statement filed by Survivair Respirators, Inc., 1226 Stipulation and Order of Dismissal,,, 1715 Endorsed L 1711 Protective Order, Add and Terminate Attorneys, 1161 Endorsed Letter,, 1075 Stipulation and Order of Dismiss 1112 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor Corporation of New York, Tishman Interiors Corporation, 996 Stipulation and Order of Dismissal, 1902 Memorand Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1033 Memorandum of Law in Opposition filed by Liaison Counsel, 918 Stipulation and Order,, 1837 Memorandum of Law in Support of Motion filed by Taylor Recy Facility LLC, 1087 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1756 Memorandum of Law in Sup Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1741 Notice (Other) filed by Plaintiffs Liaison Counsel, 1104 Notice of Adoption of Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York' Tishman Interiors Corporation, 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claim Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second Ar Master Complaint Against Bechtel Defendan filed by Plaintiffs Liaison Counsel, 1754 Affidavit in Support of Motio by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1859 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1570 Notice (Other) fi Plaintiffs Liaison Counsel, 1241 Stipulation and Order of Dismissal,, 1542 Order on Motion to Preclude, 1154 Decl Support of Motion,,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur Construction Company, Plaza Construction Corp., 1121 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1017 Reply Affirmation in Support of Motion, filed by En–Tech Corp., C.B. Contracting Corp., 1654 Order on Mot Miscellaneous Relief, 1463 MOTION for Judgment on the Pleadings Richard Calderon 06cv10267. filed by Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 938 Notice (Other) filed by Plaintiffs Liaison Counsel, 1569 Notice (Other) filed by Plaintiffs Liaison Counsel, 1549 1419 Endorsed Letter, 2112 Notice (Other) filed by Plaintiffs Liaison Counsel, 1229 Notice (Other) filed by Plainti Liaison Counsel, 1507 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1111 Notice Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1397 Order, 1242 Endorsed Letter,,, 1120 Notice of Adoption of Master filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma Interiors Corporation, 1151 Memorandum of Law in Support of Motion filed by City of New York, 1425 Notice (Ot by Plaintiffs Liaison Counsel, 1885 Declaration in Support of Motion,, filed by The Port Authority of New York &N Jersey, 1339 Notice (Other) filed by Plaintiffs Liaison Counsel, 947 Memorandum of Law in Support of Motion, file En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofr General Contractors Corp., 1703 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1256 Stipulation and Orde MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche B Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1904 Affirmation in Opposition, file Plaintiffs Liaison Counsel, 1432 Notice (Other) filed by Plaintiffs Liaison Counsel, 1510 Endorsed Letter,, 1678 De in Support of Motion, filed by The Port Authority of New York &New Jersey, 1968 Rule 56.1 Statement, filed by G Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore O &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord

Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp.,
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc.,
&L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo−Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Eng
P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Brak
Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, L
− Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, C
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gro
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis
Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material
Brer−Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkov
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully C
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1064 Notice (Other) filed by Plaintiffs Liaison Counsel, 982 Notice (Other) filed by Plaintiffs Liaison Counsel, 1436
(Other) filed by Plaintiffs Liaison Counsel, 1868 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1779
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 1178 Memorandum of Law in Support of M
filed by En−Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian
Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contra
Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., At
Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema In
Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental M
Inc., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthor
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking
&Construction Corp., 2062 Affirmation in Opposition to Motion,,, filed by marion s. mishkin, 2038 MOTION to St
Modify and Issues for April 12, 2010 Fairness Hearting. (Filing Fee $ 39.00.) filed by Michelle Haskett−Godbee, 19
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1289 Respons
Discovery filed by David Nolan, 1278 Response to Discovery, filed by Thomas M. Flanders, 1113 Notice of Adopti
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 2045 Order,, 1096 Notice of Adoption of Master Answer filed by Tishman Construc
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1686
Stipulation and Order of Dismissal,, 2053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1961 Notice (Other) fi
Phillips and Jordan, Inc., 2012 Affidavit of Service Other filed by Survivair Respirators, Inc., 921 Stipulation and O
Dismissal,, 1448 Stipulation and Order of Dismissal,, 1171 Endorsed Letter,, 1727 Memorandum of Law in Support
Motion filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1518 Notice (Other) filed by Plaintiffs Lia
Counsel, 1028 Notice (Other) filed by Plaintiffs Liaison Counsel, 1964 Memorandum of Law in Support of Motion
Phillips and Jordan, Inc., 1989 Rule 56.1 Statement filed by City of New York, 1020 Notice (Other) filed by Plainti
Liaison Counsel, 1346 Request for Production of Documents filed by Thomas M. Flanders, 1254 Stipulation and Or
1969 MOTION for Summary Judgment for Plaintiff Jeffrey and Diane Loughery. filed by Phillips and Jordan, Inc.,,
Affirmation in Support of Motion filed by Michelle Haskett−Godbee, 1026 Notice (Other), Notice (Other), Notice (
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notic
(Other) filed by En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Cor
Co. Inc., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,

Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporate
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Even
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departn
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 232 Memorandum of Law in Support o
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 68 Order,,, 260 Order,,, 288 Waiver of Service Exec
filed by Plaintiffs Liaison Counsel,, 438 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 414
310 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 82 Order,,,, 404 MOTION to Dismiss. filed by
Construction Company,, Turner/Plaza, A Joint Venture,, 132 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 382 Endorsed Letter,,, 226 Answer to Complaint filed by World Trade Center Properties LLC,,
Answer to Complaint filed by City of New York,, 486 Order on Motion for Summary Judgment,,,, 387 MOTION for
Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, W
WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,,, 528 Endorsed Letter,, 376 Endorsed Letter,,,
Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript, 175 Answer to Complaint filed by Plaza Cons
Corp.,, 445 Notice of Appearance filed by John Montalvo,, marion s. mishkin,, 230 Answer to Complaint filed by B
Lend Lease, Inc., and Tully Construction Co., Inc.,,, 420 Endorsed Letter,, 509 Master Allegations filed by Plaintiffs
Counsel,, 545 Notice of Appeal, filed by Turner Construction Company,, Bechtel Corporation,, The Port Authority
York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction
Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L.(
Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 384
Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
74 Stipulation and Order,, 76 Endorsed Letter,, 355 Order, Add and Terminate Attorneys,,, 396 Affidavit in Support
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 314 Order,, 375 Notice of Voluntary Dismissal – Si
204 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 449 Affidavit in Opposition to Mo
by Michael Chambers,, 46 Affidavit of Service Other, 344 Opposition Brief filed by Bovis Lend Lease LMB, Inc.,,,
Endorsed Letter,, 107 Answer to Complaint filed by City of New York,, 300 Waiver of Service Executed, filed by P
Liaison Counsel,, 417 Endorsed Letter,, 482 Order,,, 327 Notice of Appearance filed by Wolkow Braker Roofing
Corporation,, 113 Answer to Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure State
filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 108 R
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 378 CROSS MOTION to Remand to State Cour
by Battery Park City Authority,, 254 Order on Motion to Appear Pro Hac Vice, 332 Notice (Other) filed by Plaintiff

Counsel,, 303 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 Notice of Ap
filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavit in Opposition
Motion, filed by Charles Dalton,, 57 Order,,, 388 MOTION for Judgment on the Pleadings Based on State Statutory
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, 213 Answer to Complaint filed by Plaza Construction Corp.,, 259 Ord
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 534 Memorandum &Opinion,,,, 33 Ord
524 Notice (Other) filed by Plaintiffs Liaison Counsel,, 494 Reply Memorandum of Law in Support of Motion, filed
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 83 Case Management Plan,,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac Vice on behalf of P
Liaison Counsel. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza Construction Corp.,, 
Endorsed Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,, 402 Opposition Brief filed
City of New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Bros. Iron Works Co.,, 79 Order
Deadlines,,,,, 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 234 MOTION for Jo
Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Company,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Company,, 323 Rule 7.1
Corporate Disclosure Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Support of Motion, f
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmen
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 49
56.1 Statement filed by City of New York,, 290 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 12
Answer to Complaint filed by Plaza Construction Corp.,, 264 Declaration, filed by Phillips and Jordan,, 461 Notice
filed by Plaintiffs Liaison Counsel,, 283 Reply Memorandum of Law in Support of Motion, filed by Plaintiffs Liaiso
Counsel,, 208 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 365 Order,, 351 Order, 1
Answer to Complaint filed by Plaza Construction Corp.,, 412 Order,,,,, 159 Answer to Complaint filed by Plaza Con
Corp.,, 121 Answer to Complaint filed by Plaza Construction Corp.,, 489 Endorsed Letter,, 380 Endorsed Letter,, 40
Affidavit of Service Other,, 406 Endorsed Letter,, 50 MOTION for Summary Judgment. filed by City of New York,,
Answer to Complaint filed by Plaza Construction Corp.,, 280 Subpoena Issued, filed by Defendants,, 473 Rule 7.1 C
Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bech
Associates Professiona;l Corporation,, Bechtel,, 42 Affidavit of Service Other,, 255 Notice (Other), Notice (Other) fi
City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction Company,,
Notice (Other) filed by Plaintiffs Liaison Counsel,, 348 Endorsed Letter,, 464 Reply, filed by City of New York,, Tu
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 390 Rule 56.1 Statement, filed by City of New York,, Turner Construction Cor
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Managemen
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 87 Notice (C
Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WT
Holding LLC.,, 32 Order,,,, 537 Endorsed Letter,, 496 Reply Memorandum of Law in Support of Motion, filed by S
Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Hol
L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,,
Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Prop
Inc.,,, 267 Case Management Plan,,,,, 195 Answer to Complaint filed by Plaza Construction Corp.,, 298 Waiver of S
Executed, filed by Plaintiffs Liaison Counsel,, 133 Answer to Complaint filed by Plaza Construction Corp.,, 316 Or
Answer to Complaint filed by Plaza Construction Corp.,, 154 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 143 Answer to Complaint filed by Plaza Construction Corp.,, 101 Answer to Complaint filed b
New York,, 322 Rule 7.1 Corporate Disclosure Statement filed by Verizon New York Inc.,, 220 Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,, 325 Order,, 176 Rule 7.1 Corporate Disclosure Statement f
Plaza Construction Corp.,, 457 Protective Order,, 217 Answer to Complaint filed by Plaza Construction Corp.,, 321

Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, _400 Rule 56.1 Statement, filed by The Port A
of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverst
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT
L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC
Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings
Silverstein Properties, Inc.,,,, _379 Memorandum of Law in Opposition to Motion, filed by Battery Park City Authorit
Order,, _139 Answer to Complaint filed by Plaza Construction Corp.,, _70 MOTION to Dismiss. filed by The Port Au
New York &New Jersey,, World Trade Center Properties LLC,, _275 Declaration in Opposition to Motion, filed by
Defendants,, _539 Order, _239 Answer to Complaint filed by City of New York,, _488 Declaration, filed by City of Nev
Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,,
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, _161 Answer to Complaint filed by Plaza Construction Corp.,, _293 Waiver of Se
Executed, filed by Plaintiffs Liaison Counsel,, _291 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,
Endorsed Letter,, _199 Answer to Complaint filed by Plaza Construction Corp.,, _299 Waiver of Service Executed, fil
Plaintiffs Liaison Counsel,, _206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _405 Er
Letter,, _118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _137 Answer to Complaint
Plaza Construction Corp.,, _84 Declaration,, _198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constructio
_469 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, Th
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Order,, _114 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _243 Order,,,, _532 Order,, _
Notice of Change of Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, T
Construction Co., Inc.,, LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bovis Lend Lease, Inc. and Tully Construction Co., Inc.,, Bechtel Construction
Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint V
Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,, Parson Group, Inc.,, SKIDMOR
OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolk
Braker Roofing Corporation,, _103 Answer to Complaint filed by City of New York,, _530 Endorsed Letter, Set
Deadlines/Hearings,,,, _311 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, _169 Answer to Compla
by Plaza Construction Corp.,, _277 Order,, _52 Response, _253 Order, _333 Notice (Other) filed by Plaintiffs Liaison Co
_436 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, _93 Remark filed by Nomura Holding A
Inc.,, _110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _142 Rule 7.1 Corporate Disc
Statement filed by Plaza Construction Corp.,, _231 MOTION seeking an order deeming cross−claims for contributio
indemnity as amongst all co−defendants to have been made and denied.. (Filing Fee $ 39.00.) filed by The Port Auth
New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstei
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT
L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC
Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings
Silverstein Properties, Inc.,,,, _216 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _135 A
Complaint filed by Plaza Construction Corp.,, _183 Answer to Complaint filed by Plaza Construction Corp.,, _508 Ma
Allegations filed by Plaintiffs Liaison Counsel,, _306 Waiver of Service Executed, filed by Plaintiffs Liaison Counse
Order, Set Hearings,,,, _460 Counter Statement to Rule 56.1, filed by City of New York,, Turner Construction Co.,, T
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, _352 Order, Add and Terminate Attorneys,,, _36 Order of Dismissal,, _493 Reply
Memorandum of Law in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidat
Edison Company of New York, Inc.,,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidate

Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co
Inc.,, Consolidated Edison Development, Inc.,, 533 Order,, 190 Rule 7.1 Corporate Disclosure Statement filed by Pl
Construction Corp.,, 369 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman
Construction Corporation of Manhattan,, 304 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 128
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 71 Memorandum of Law in Support of Motion f
The Port Authority of New York &New Jersey,, World Trade Center Properties LLC,, 523 Notice (Other) filed by P
Liaison Counsel,, 109 Answer to Complaint filed by Plaza Construction Corp.,, 419 Affirmation in Opposition to M
filed by Michael Chambers,, 309 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 446 Notice of Ch
Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co
LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis
Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend
Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bo
Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mu
Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC
KESSLER &BARTLETT, INC., Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, 256 Notice
filed by Tully Construction Co., Inc.,, 409 CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jor
Order,,, 269 Protective Order, 106 Answer to Complaint filed by City of New York,, 212 Rule 7.1 Corporate Disclo
Statement filed by Plaza Construction Corp.,, 178 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 102 Answer to Complaint filed by City of New York,, 452 Stipulation and Order,, 30 Notice (Other) filed by
Patrick Ryan,, Charles Markey,, 229 Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,, 413
Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,, 318 Order, Set Deadlines/Hearings,,,,,,,,,, 392 MOTION
Summary Judgment Based on Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Auth
New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties
Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World
Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Je
World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,,
Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC
Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 235 Order on
Appear Pro Hac Vice, 487 Order,,,, 179 Answer to Complaint filed by Plaza Construction Corp.,, 221 Answer to Co
filed by Plaza Construction Corp.,, 454 Declaration in Support, filed by Tishman Construction Corporation of New
Tishman Construction Corporation of Manhattan,, 522 Notice (Other) filed by Plaintiffs Liaison Counsel,, 165 Answ
Complaint filed by Plaza Construction Corp.,, 266 Endorsed Letter,, 484 Order on Motion for Leave to Appear,, 37
of Appearance filed by Verizon Communications Inc.,, 367 Rule 7.1 Corporate Disclosure Statement filed by Tishm
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 124 Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,, 490 Endorsed Letter,, 56 Order,,,,, 281 Order,, 292 Waiver
Service Executed, filed by Plaintiffs Liaison Counsel,, 138 Answer to Complaint filed by Plaza Construction Corp.,,
Reply Memorandum of Law, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Prop
Inc.,, Bovis Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 W
Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillip
Jordan,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein V
Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.
Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,, Turner/Plaza, A Joint Venture,, 483 Orde
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 85 Case Management Plan,,, 257 Endorsed Letter,
Opposition Brief, filed by Plaintiffs Liaison Counsel,, 301 Waiver of Service Executed filed by Plaintiffs Liaison Co
173 Answer to Complaint filed by Plaza Construction Corp.,, 182 Rule 7.1 Corporate Disclosure Statement filed by
Construction Corp.,, 397 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &N
Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 470 R
Memorandum of Law, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Cor
Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza
Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 43
of Service Other, 295 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 89 Order,,, 349 Endorsed Le
Declaration in Support, filed by City of New York,, 155 Answer to Complaint filed by Plaza Construction Corp.,, 58

Transcript, 45 Affidavit of Service Other, 289 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 458 Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, 383 MOTION to Dismiss. filed by City of New York,, Turner Construction Company,, Bechtel Corporatio Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Pla Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 62 541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by Plaintiffs Liaison C 519 Order,, 328 Notice of Appearance filed by Zeckendorf Realty, L.P.,, 278 Remark,, 538 Endorsed Letter, Set Deadlines/Hearings,,,,, 73 Order,,, 116 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Com,, Notice of Appearance filed by Nomura Holding America, Inc.,, 271 MOTION to Compel Discovery and for Sanctio Failure to Comply. filed by Plaintiffs Liaison Counsel,, 160 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 462 Reply Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, V WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,, 270 Order,,,,, 393 Certificate of Service Othe by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis L Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 223 Answer to Complaint filed by Pl Construction Corp.,, 261 Endorsed Letter,, 345 Opposition Brief filed by City of New York,, 64 Transcript, 366 Noti Appearance filed by The Bank of New York Company, Inc.,, The Bank of New York,, One Wall Street Holdings LI Wall Street Corporation,, The Bank of New York Trust Company,, 285 Waiver of Service Executed, filed by Plainti Liaison Counsel,, 502 Order, 529 Notice of Appearance filed by Nomura Holding America, Inc.,, 500 Stipulation an of Dismissal,,, 228 Rule 7.1 Corporate Disclosure Statement filed by Tully Construction Co., Inc.,, 546 Notice of Appearance filed by Musco Sports Lighting, LLC.,, 222 Rule 7.1 Corporate Disclosure Statement filed by Plaza Con Corp.,, 215 Answer to Complaint filed by Plaza Construction Corp.,, 346 Opposition Brief filed by City of New Yor Master Allegations filed by Plaintiffs Liaison Counsel,, 98 Order,,, 120 Rule 7.1 Corporate Disclosure Statement fil Plaza Construction Corp.,, 189 Answer to Complaint filed by Plaza Construction Corp.,, 202 Rule 7.1 Corporate Dis Statement filed by Plaza Construction Corp.,, 372 Notice of Appearance filed by Verizon Communications Inc.,, 23 Affirmation in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co Inc.,, Consolidated Edison Development, Inc.,, 105 Answer to Complaint filed by City of New York,, 185 Answer t Complaint filed by Plaza Construction Corp.,, 480 Endorsed Letter,, 531 Order,, 99 Order Admitting Attorney Pro I Vice,, 111 Answer to Complaint filed by Plaza Construction Corp.,, 354 Order, Add and Terminate Attorneys,,, 471 Declaration in Support of Motion, filed by City of New York,, Turner Construction Co.,, Turner Construction Comp Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, 41 Affidavit of Service Other,, 440 Affidavit in Opposition to Motion, filed by John Montalvo,, 381 Notic Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 193 Answ Complaint filed by Plaza Construction Corp.,, 146 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construc Corp.,, 125 Answer to Complaint filed by Plaza Construction Corp.,, 279 Reply to Response to Motion, filed by Pla Liaison Counsel,, 543 MOTION for Leave to Appeal the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed b New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Bechtel,, 167 Answer to Complaint filed by Plaza Construction Corp Notice (Other) filed by Plaintiffs Liaison Counsel,, 441 Affidavit in Opposition to Motion, filed by John Montalvo,, Memorandum of Law in Opposition to Motion, filed by Marion s. Mishkin,, 248 Case Management Plan,, 526 Stipu and Order of Dismissal,, 184 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 150 Rule Corporate Disclosure Statement filed by Plaza Construction Corp.,, 236 Answer to Complaint filed by The Port Aut New York &New Jersey,, 334 Order, Set Deadlines/Hearings,,, 37 Order,,,,, 129 Answer to Complaint filed by Plaz

Construction Corp.,, 117 Answer to Complaint filed by Plaza Construction Corp.,, 513 Master Allegations filed by
Liaison Counsel,, 241 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 341 Oppositio
filed by The City of New York,, 386 Memorandum of Law in Support of Motion, filed by City of New York,, Turne
Construction Co,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Con
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, 141 Answer to Complaint filed by Plaza Construction Corp.,, 282
Memorandum of Law in Opposition to Motion, filed by City of New York,, 38 Order,, 181 Order to Complaint file
Plaza Construction Corp.,, 197 Answer to Complaint filed by Plaza Construction Corp.,, 211 Answer to Complaint f
Plaza Construction Corp.,, 97 Answer to Complaint filed by City of New York,, 168 Rule 7.1 Corporate Disclosure
Statement filed by Plaza Construction Corp.,, 134 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 162 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 177 Answer to Complaint f
Plaza Construction Counsel,, 340 Order, 59 Order,, 439 Endorsed Letter,, 35 Order,,,,, 317 Rule 26 Disclosure filed by
Plaintiffs Liaison Counsel,, 474 Answer to Complaint, Third Party Complaint filed by Phillips and Jordan,, 507 Mas
Allegations filed by Plaintiffs Liaison Counsel,, 210 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constru
Corp.,, 276 Memorandum of Law in Opposition to Motion, filed by Bechtel,, 287 Waiver of Service Executed, filed
Plaintiffs Liaison Counsel,, 227 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 515
of Service Other, filed by Plaintiffs Liaison Counsel,, 44 Affidavit of Service Other, 498 Stipulation and Order of D
360 Order, Add and Terminate Attorneys,, 418 Affirmation in Opposition to Motion, filed by Thomas Asher,, 192 I
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 315 Order, 172 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 394 MOTION for Summary Judgment Based Upon Status as Out–of–Possession
filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstei
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,, 407 Rule 7.1 Corporate Disclosure Statement filed by Tully Environmental Inc.,, 218 Rule 7.1 Co
Disclosure Statement filed by Plaza Construction Corp.,, 258 Endorsed Letter,,, 410 Notice of Appearance filed by V
New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 357 Order, Add and Terminate Attorneys,
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 224 Rule 7.1 Corporate Disclosure Stat
filed by Plaza Construction Corp.,, 403 Memorandum of Law in Support of Motion, filed by Silverstein Properties,
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,
Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Answer to Complaint filed by Plaza Construction Corp.,, 188 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 296 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 463 Reply Memorandum
in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of
York, Inc.,,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of Nev
Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolida
Edison Development, Inc.,, 53 Declaration in Opposition to Motion, 415 Notice of Substitution of Attorney, filed by
Hill Properties LLC,, 398 Rule 56.1 Statement, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, Wo
Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 Wor
Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,, 237 Answer to Complaint filed by The Port Author
New York &New Jersey,, 465 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of Ne
&New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey
Tartamella,, 272 MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Contem
their failure to respond to same. filed by Plaintiffs Liaison Counsel,, 497 Reply Memorandum of Law in Support of
filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstei
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings, L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 294 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 145 Answer to Complaint fi
Plaza Construction Corp.,, 156 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 389
Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Wes
America, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,, 63 Endorsed Letter
Hearings, 371 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construct

Corporation of Manhattan,, 326 Order,,, 350 Notice (Other) filed by Verizon New York Inc.,, Verizon Properties In
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 444 Notice of Appearance filed by CD
York) L.L.C.,, 205 Answer to Complaint filed by Plaza Construction Corp.,, 88 Notice (Other), Notice (Other) filed
Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 447 N
(Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 331 Endorsed Le
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 72 Remark filed by The Port Authority
York &New Jersey,, World Trade Center Properties LLC,, 377 Order, Set Deadlines,,,,, 60 Order,,, 219 Answer to C
filed by Plaza Construction Corp.,,, 467 Reply Memorandum of Law in Support of Motion, filed by Silverstein Prope
Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.
World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center,,
Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,
Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 96 Answe
Complaint filed by City of New York,, 171 Answer to Complaint filed by Plaza Construction Corp.,, 472 Certificate
Service Other, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Constructio
Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Plaza Construction Management Corp.,, T
Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Constru
International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bec
Associates Professiona;l Corporation,, Bechtel,, 373 Notice of Appearance filed by Verizon Communications Inc.,,,
Order, Add and Terminate Attorneys,, 242 Answer to Complaint filed by Silverstein Properties, Inc.,, World Trade C
Properties LLC,, 90 Case Management Plan,, 401 Rule 56.1 Statement, filed by The Port Authority of New York &N
Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 286 N
Service Executed, filed by Plaintiffs Liaison Counsel,, 47 Order,, 347 Notice (Other) filed by Plaintiffs Liaison Coun
Stipulation and Order of Dismissal,,, 147 Answer to Complaint filed by Plaza Construction Corp.,, 153 Answer to C
filed by Plaza Construction Corp.,, 411 Rule 7.1 Corporate Disclosure Statement filed by Turner/Plaza, A Joint Ven
FIRST MOTION For Leave To File Plaintiffs' Master Complaint As To Fresh Kills Defendants re: 541 FIRST MOT
File Additional Master Complaint As To Fresh Kills Defendants. Memorandum In Support. filed by Plaintiffs Liaiso
Counsel,, 67 Endorsed Letter,, 65 Endorsed Letter,, 112 Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor
Corp.,, 244 Notice (Other) filed by Latham &Watkins LLP,, 459 Reply Memorandum of Law in Support of Motion,
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Con
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Bechtel,, 324 Notice of Appearance filed by Verizon New York Inc.,,
Properties Inc.,, 506 Endorsed Letter,, 395 MOTION for Judgment on the Pleadings Based on State Common Law
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, 203 Answer to Complaint filed by Plaza Construction Corp.,, 214 Ru
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 180 Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, 385 MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y
Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solution
Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison
Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 358 Order, Add and Terminate
Attorneys,,, 511 Master Allegations filed by Plaintiffs Liaison Counsel,, 442 Memorandum of Law in Opposition to
filed by John Montalvo,, 535 Endorsed Letter,,, 201 Answer to Complaint filed by Plaza Construction Corp.,, 186 R
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 353 Order, Add and Terminate Attorneys,,, 514
Allegations filed by Plaintiffs Liaison Counsel,, 75 Endorsed Letter,,, Add and Terminate Attorneys,, 77 Endorsed L
225 Answer to Complaint filed by Plaza Construction Corp.,, 274 Memorandum of Law in Opposition to Motion, fil
Defendants,, 481 Order, 39 Affidavit of Service Other, 95 Notice (Other), Notice (Other) filed by Westfield Corpora
Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC.,, 126 Rule 7.1 Corporate Disc
Statement filed by Plaza Construction Corp.,, 200 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 157 Answer to Complaint filed by Plaza Construction Corp.,, 284 Waiver of Service Executed, filed by Plain
Liaison Counsel,, 330 Notice (Other), Notice (Other) filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center,
4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,,
Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, 209 Answer to C
filed by Plaza Construction Corp.,, 416 Order,, 468 Reply Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne
and New Jersey,, Frances Tartamella,, 34 Order, 370 Rule 7.1 Corporate Disclosure Statement, filed by Tishman
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 356 Order, Add and Ter
Attorneys,,, 402 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jerse
Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 246 Transcript,, 12
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 451 Protective Order, 437 Notice (Other) fil
Plaintiffs Liaison Counsel,, 512 Master Allegations filed by Plaintiffs Liaison Counsel,, 337 Endorsed Letter, Set

Deadlines/Hearings,,,,, 391 Declaration in Support of Motion, filed by City of New York,, Turner Construction Com
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tu
Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl
Joint Venture,, Bechtel Associates Professiona;l Corporation,, 51 Memorandum of Law in Support of Motion filed b
New York,, 194 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 149 Answer to Compl
by Plaza Construction Corp.,, 196 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp., 435 N
Appearance filed by Antonio E. Alves,, Maria E. Alves,, 455 Endorsed Letter,,, 54 Order,, 495 Stipulation and Orde
Dismissal,, 61 Transcript, 158 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 308 Wai
Service Executed, filed by Plaintiffs Liaison Counsel,, 240 Answer to Complaint filed by City of New York,, 443 N
Appearance,,,,,, filed by Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Con
Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis Lend Lease Inc,, Tully Construction Co., In
AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In
Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Co
Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C
Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis
Lease Inc.,, Bechtel Associates Professiona;l Corporation,, 247 Answer to Complaint filed by World Trade Center P
LLC,, 525 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 536 Notice (Other), 1
(Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 140 Rule 7.1 Cor
Disclosure Statement filed by Plaza Construction Corp.,, 466 Reply Affidavit in Support of Motion, filed by The Po
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Ind
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.
Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silv
WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties,, Silverstein V
Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC H
L.L.C.,, Silverstein Properties, Inc.,, 516 Master Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegat
by Plaintiffs Liaison Counsel,, 329 Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,,
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate Disclosure Statement filed
Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 305 Waiver o
Executed, filed by Plaintiffs Liaison Counsel,, 273 MOTION to Compel the Depositions of Lawrence Martin, Esq.,,
Kenneth Becker, Esq.. filed by Plaintiffs Liaison Counsel,, 191 Answer to Complaint filed by Plaza Construction Co
Opposition Brief filed by City of New York,, 268 Order Lifting Stay,, 361 Order, Add and Terminate Attorneys,,, 1
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 265 Order,,, 297 Waiver of Service Execute
by Plaintiffs Liaison Counsel, 312 Order, 868 MOTION for Protective Order Exhibits H–L. filed by En–Tech Corp
Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructio
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tu
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happol
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc.,
LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel
Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze Nationa
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car
D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment
Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc.,
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers

Pitkin, Inc., 779 Notice (Other) filed by Plaza Construction Corp., 612 Answer to Complaint filed by Phillips and Jo
Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, 650 Order, Set Deadlines/Hearing
Response, filed by Maria D. Alves, Antonio E. Alves, 645 Notice (Other), Notice (Other) filed by Plaintiffs Liaison
758 Amended Answer to Complaints, filed by New York City Department of Transportation, Weeks Marine, Inc.,
Mazzocchi Wrecking, City of New York, Yannuzzi &Sons, Inc., New York City Department of Sanitation, New Yo
Department, 751 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Construction Company, Inc., 749 Rule
Corporate Disclosure Statement filed by Bechtel Associates Professional Corp., 725 Certificate of Service Other file
Cord Contracting Co. Inc., 824 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA
Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., L
Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomase
Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers,
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 712 Rule 7.1 Corporate Disclosure Statement filed by T
Safety Consulting, LLC, Transmission to Attorney Admissions Clerk, 871 Memorandum of Law in Support of Moti
by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidm
Owings &Merrill LLP, Bechtel Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., L
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 628 N
(Other) filed by Plaintiffs Liaison Counsel, 580 Order, Set Deadlines/Hearings, 858 Stipulation and Order of Dismiss
Rule 7.1 Corporate Disclosure Statement filed by Atlantic Heydt Corp., 588 Order,, 778 Notice (Other) filed by Plaz
Construction Corp., 700 Rule 7.1 Corporate Disclosure Statement filed by Hallen Welding Services, Inc., 796 Notic
filed by Plaintiffs Liaison Counsel, 640 Objection (non–motion) filed by Verizon New York Inc., 862 Answer to An
Complaint filed by American Building Maintenance Industries, Inc., 856 Stipulation and Order of Dismissal,, 595 N
Change of Address filed by 100 Church, LLC, Zar Realty Management Corp., 709 Rule 7.1 Corporate Disclosure St
filed by Leslie E. Robertson Associates, R.L.L.P., 639 Notice (Other) filed by Plaintiffs Liaison Counsel, 815 Rule
Statement,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silma
Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 691 Rule 7.1 Corporate Disclosure Statement filed by Executive Medical Services, P.C., 616 Response to Disc
filed by John Montalvo, 733 Rule 7.1 Corporate Disclosure Statement filed by Royal GM, Inc., 773 Notice (Other) f
Plaza Construction Corp., 763 Order Admitting Attorney Pro Hac Vice, 547 Order, Set Deadlines/Hearings,, 561
AMENDED MOTION for Declaratory Judgment Supporting Memo of Law. filed by Michelle Haskett–Godbee, 74
Endorsed Letter, 720 Certificate of Service Other, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterpri
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamand
&Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company
Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finle
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates,
Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associ
Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.
Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associa
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point

Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc.,
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., W
Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environ
Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Br
Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. D
Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nichol
Construction Company, Big Apple Wrecking &Construction Corp., 599 MOTION to Admit Counsel Pro Hac Vice.
Plaintiffs Liaison Counsel, 586 MOTION to Compel the firm of Worby Groner Edelman &Napoli to produce the fil
Kevin Fitzpatrick and Samuel Provisero. filed by Samuel Provisero, Susan Marie Provisero, 564 Response, filed by
Alves, Antonio E. Alves, 570 Response to Motion, filed by City of New York, 755 Stipulation and Order of Dismiss
Stipulation and Order,, 602 Memorandum &Opinion,, 760 Notice (Other), 654 Endorsed Letter,, 876 MOTION for
Protective Order – Plaintiffs' Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Cou
Answer to Complaint filed by City of New York, 801 Response to Discovery filed by Tishman Speyer Properties, L
Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio, Fr
Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Flanc
Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andrev
Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarella,
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Can
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 874 Affidavit in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Corporat
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canr
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corporation, Fleet Trucking, Inc., Bechtel Cor
Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton
Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel
Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera
Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Loc
Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 707 Rule 7.1 Corporate Disclosure Statement filed by LaStra
General Contracting Corp., 888 Notice of Appeal, filed by Plaintiffs, 764 Rule 7.1 Corporate Disclosure Statement,
Vollmer Associates, LLP, Note to Attorney to E–Mail PDF, 684 Rule 7.1 Corporate Disclosure Statement filed by D
Enterprise, Inc., 587 Declaration in Support of Motion,,,,, filed by Samuel Provisero, Susan Marie Provisero, 721 Ce
of Service Other,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., Diego Construction, Inc., DMT Enter
Inc., Lockwood, Kessler &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I
Demo–Tech, Canron Construction Corp., Fleet Trucking, Inc., Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie
Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazz
Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Exca
Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Execu
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Bre
Transportation Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.I
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 608 Order, 821 Affidavit in Support of Motion,, filec
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro F
Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim

Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 864 Order on Motion to Strike,
7.1 Corporate Disclosure Statement filed by Breeze National, Inc., Cashiers Remark, 836 Notice of Voluntary Dism
Signed, 560 AMENDED MOTION for Declaratory Judgment Affirmation John Rudden, Esq.. filed by Michelle
Haskett–Godbee, 582 Order, 607 Order Admitting Attorney Pro Hac Vice, 882 Endorsed Letter, 808 Notice of App
filed by The Port Authority of New York &New Jersey, 706 Answer to Amended Complaint, filed by AMEC Const
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Tu
Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 85
Stipulation and Order of Dismissal,, 617 Order, 574 Order, Set Deadlines/Hearings,, 754 Memorandum of Law in S
Motion, filed by Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates
Professional Corp., 600 Endorsed Letter, 828 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill l
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, l
Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz
Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 744 Rule 7.1 Corporate Disclosure Statement filed
Wolkow Braker Roofing Corp., 641 Endorsed Letter, 664 Rule 7.1 Corporate Disclosure Statement filed by Brer–F
Transportation Corp., 867 MOTION for Protective Order Exhibits E–G. filed by En–Tech Corp., Diego Constructio
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, I
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Bechtel Associates Professiona;l Corporati
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocch
Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LL
Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Ex
Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'On
General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sein
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 747 Notice (Other) filed by Plaintiffs
Counsel, 737 Rule 7.1 Corporate Disclosure Statement filed by Silverite Contracting Corp., 557 MOTION Motion f
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. filed b
Construction Management, Inc., Bovis Lend Lease LMB, Inc., Bechtel, Tully Construction Company, Tully Environ
Inc., Bovis International, Inc., Bechtel Corporation, Plaza Construction Management Corp., Tully Construction Co.,
City of New York, Bechtel Associates Professiona;l Corporation, Turner Construction Company, Bovis Lend Lease
Bovis Lend Lease Inc., Bechtel Construction, Inc., Tully Industries, Inc., Bechtel Environmental, Inc., Turner/Plaza
Venture, Plaza Construction Corp., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Turner Construction
International, L.L.C., Tully Consulting Corp., 637 Answer to Complaint filed by CDL (New York) L.L.C., 571 Ord
Order on Motion to Dismiss, 786 Protective Order, 546 Notice of Appearance filed by Musco Sports Lighting, LLC
Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumpertz &Heger Inc., 656 Notice of Appearance filed
Gilsanz Murray Steficek LLP, 636 Answer to Complaint filed by GRUBB &ELLIS MANAGEMENT SERVICES,
666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction Corp., 797 Notice (Other) filed by Plain
Liaison Counsel, 555 AMENDED MOTION for Declaratory Judgment Statute Limitations Notice of Claim. filed by
Michelle Haskett–Godbee, 692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Trucking, Inc., 875 Stipulati
Order, 731 Rule 7.1 Corporate Disclosure Statement filed by Robert Silman Associates, P.C., 662 Rule 7.1 Corpora
Disclosure Statement filed by Breeze Carting, Inc., 800 Transcript, 832 Certificate of Service Other,,, filed by Skidn
Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold C
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 861 MOTION to Amend/Corre
Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certain Affirmative Defenses (see do
854 and 860). filed by Plaintiffs Liaison Counsel, 642 Response, filed by John Montalvo, 840 Amended Answer to
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett

SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo−Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC
W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Sil
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owin
&Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associat
Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., E
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer−Four Transp
Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Anthony Cortese Specialized H
LLC, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., 866 MOTION for Protective Order Certification of James E. Tyrrell, Jr.,
Exhibits A–D. filed by En−Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Moretrench Americ
Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construct
Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze N
Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roof
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer−Four Transportation Corp., New York Crane &Equipmen
Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC,
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
MOTION permission to add specified questions to the Core Discovery. filed by SURVIVAIR RESPIRATORS, INC
Certificate of Service Other filed by City of New York, 629 Notice (Other) filed by Plaintiffs Liaison Counsel, 585
Appearance filed by Bovis Lend Lease LMB, Inc., 643 Reply, filed by John Montalvo, 819 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Order, 670 Answer to Complaint filed by Tishman Speyer Properties, LP, 785 Order,, 674 Rule 7.1 Corporate Discl
Statement filed by DB Private Clients Corporation, 675 Rule 7.1 Corporate Disclosure Statement filed by Dakota
Demo−Tech, 578 Stipulation and Order, 603 USCA Mandate,,,, 782 Notice of Appearance filed by Plaza Constructi
748 Case Management Plan, 839 Rule 7.1 Corporate Disclosure Statement filed by Tucci Equipment Rental Corpora
Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 653 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., 716 Certificate of Service Other, filed by New York City Department o
Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New York City Department of Sanita
New York Police Department, 881 Declaration in Opposition to Motion filed by The Port Authority of New York &
Jersey, 690 Response, filed by John Montalvo, 630 Notice (Other) filed by Plaintiffs Liaison Counsel, 822 Affidavit
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sein
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius

Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac Vice, 826 Affid
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 803 Notice (Other) filed by Mayore Estates, LLC, 771 Notice (Other) filed by Plaza Construction Corp., 620 O
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti
(Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., Diego Construction
DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, I
Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Tec
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc.,
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation,
Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Re
of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulti
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretren
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Volln
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Bec
Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors,
New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Constructi
Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services,
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti
Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York C
&Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia
Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 879 MOTION for Protective Or
Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order. filed by Plaintiffs L
Counsel, 777 Notice (Other) filed by Plaza Construction Corp., 726 Rule 7.1 Corporate Disclosure Statement filed b
Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith, 579 Stipulation and Order, 705 Answe
Complaint, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Skidmore Owings &Merrill LI
Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp.,
Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar En
Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc.,
Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Co
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., T
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associates Professiona;l Corpor
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz N
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Pla
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 859 Stipulation and Order of Dismissal,, 695 Answer to Com
filed by Verizon New York Inc., 689 Rule 7.1 Corporate Disclosure Statement filed by Ewell W. Finley, P.C., 649 R
filed by John Montalvo, 818 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engin
P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Asso
Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser R
Consulting Engineers, Lucius Pitkin, Inc., 724 Rule 7.1 Corporate Disclosure Statement filed by Nicholson Constru
852 Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz Murray Steficek LLP, 676 Rule
Corporate Disclosure Statement filed by Diamond Point Excavating Corp., 781 Notice (Other) filed by Plaza Constr

Corp., 775 Notice (Other) filed by Plaza Construction Corp., 736 Rule 7.1 Corporate Disclosure Statement filed by S
Equipment and Manufacturing Corporation, 757 Rule 7.1 Corporate Disclosure Statement filed by Yannuzzi &Sons
686 Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc., 863 Endorsed Letter, 77
(Other) filed by Plaza Construction Corp., 568 Order Admitting Attorney Pro Hac Vice, 830 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, The
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 798 Notice (Othe
by Plaintiffs Liaison Counsel, 734 Rule 7.1 Corporate Disclosure Statement filed by Sperian Respirstory Protection
LLC, 793 Response to Discovery filed by Samuel Provisero, 611 Rule 7.1 Corporate Disclosure Statement filed by
and Jordan, 843 Reply Affirmation in Support of Motion, filed by Bechtel Associates Professional Corporation, Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., 592 Notice (Other) filed by Plaintiffs Liaison
767 Notice (Other) filed by Plaza Construction Corp., 753 MOTION to Dismiss of Bechtel Defendants. filed by Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp., 873 A
in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Ve
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 668 Answer to Complaint filed by Sperian Respirstory Protection USA, LLC, 761 Notice (Oth
by Plaintiffs Liaison Counsel, 849 Stipulation and Order of Dismissal, 766 Notice of Adoption of Master Answer fi
Plaza Construction Corp., 601 Order on Motion for Miscellaneous Relief, 756 Notice (Other) filed by Phillips and J
Inc., 619 Order, 742 Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc., 841 Amended Answer to
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Week
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. –
Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch S
Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive M
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Ap
Wrecking &Construction Corp., 681 Rule 7.1 Corporate Disclosure Statement filed by Tishman Interiors Corporatio
Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc., 783 Notice of Appearance filed by Plaza
Construction Corp., 594 Order, Set Deadlines/Hearings,,,, 842 Reply Memorandum of Law in Support of Motion, fi
Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environment

<u>743</u> Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc., <u>772</u> Notice (Other) filed by Plaza Construction Corp., <u>727</u> Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environmental Corp., <u>589</u> Case Management Plan, <u>704</u> Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction, Inc., <u>833</u> Declaratio Joseph Bellisimo, Rosanne Baldo, Nicole Agugliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cacovic, Fra Bondeson, Kimberely Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patricia Ayers, Robert Carannante Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patricia Cantos, Lahissi A Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John Baiano, Shante Bueford, Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Buirkle, Eileen Belmonte, Cathe Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, Christine Carver, Alex Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto, Christopher A. Baum Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theodore Belgrave, Thomas L. Bencivenga, Santo Baisi, Wayne Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, Kevin Calzadilla–Marino, Mamcyhi Bilick Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Bianco, Sharon Accetta, Kevin Brannick, Leroy Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry Bass, Peter Carlo, Lorraine K. Bieselin, I Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andreotti, Raul Allivar, Patricia Aguglairo, Dian Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte, Ann Hock, Carlos Bennett, Hassena Bishu Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas Basmagy, Nicole Anderson, Kevin Bartolomew Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagoberto Aristizabal, Patricia Aguirre, Thomas J. Ba Bridget Cacavio, Jeanette Buss, Joseph Anzueta, Christine Broome, Robert Broome, Thomas Avery, Paul Caminiti, Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Barbato, Evanie Antine, Ralph Carmine, Jose Bacch Bedford, Sue Ann Andersen, Georgina Cabrera, Lorraine Barry, Thomas Blumbergs, Michael Barker, Carolyn Bava Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Yudelka Bartlet, Jaime Alvarez, Jeff Campion, J Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann Cangemie, Richard Battle, Camile Anderso Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo Armas, Richrd Blasi, Louis Betro, Camile Ba Thomas Bacchi, Walter Bieber, Stalin F. Barccoulong, Norma Black, Carolyn Bryson, George Affatato, Maryann B Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Beck, Pino Anselmo, Julio Alonzo, Zebebulah Ca Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelrehim, Robert Anzalone, John Bou, Randy S. Br Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne, John Antoniades, Gloria Elaine Carson, James A Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Benn, Calogero Agro, Victor Carpentier, Cindy Ben Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid Belford, Setna Bascom, James A. Bianco, Virginia Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Alulema, Nicholas Boscaino, Sybel Barefield, Lois E. Aff Peter Bergin, Steve Cappello, Patricia Bullen, Guiseppe Acquista, Laura Armstrong, Tye Butler, Frank Beshears, Se Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizabal, John Auer, Reynaldo Benitez, Joseph F. Bilella, Dim Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmagy, Jorge Blanco, Erick Bermudez, Jorge Alvlema, Ste Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay, Mary Akers, Andrew F. Carson, Ann Marie Baro Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, Maria Asher, Caryn Abruzzese, Asaro Calogero, Lance David Alvarado, Anthony Basic, Veronica E. Black, Paul Beck, Arenas Arenas, Christopher Bacchi, Megan Capuar Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelrehim, Maria I Astudillo, James W. Brereton, Sharon Brensek Aponte, Amy Beller, Julio Bastidas, Michael Basmagy, Chris Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia Arciuolo, David Aviles, Teresa Arca, Glenda Ammon, Margaret Armagno, James Bartlet, Kathleen M. Acquaro, Do Bonomonte, Colin Byrne, John Arciuolo, William Beaury, Steven Agugliardo, Steven Brenseke, Rosa Agro, Ann Ba Claude Armstrong, Orlando Almodovar, Richard Antonacci, Lizette Carvajal, Daniel Armgano, Peter Bishun, Jame Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lillieth Aquart, Lawrence Bilicki, Kimberly Carlo, Hanfo Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Michael Briskie, Andrew Barone, Wilmer Astudillo, Thom Carlstrom, Francine Asciolla, William Baker, Alfred Baker, Amy Caradonna, Michael Baratta, Eileen Beaury, Elea Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Baez, Joseph Cardinale, Joseph Aparicio, Carol Barnes, A Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bell, Idris Bey, Danny Aroyo, Barry Buss, Jospeh Anderson, H Andersen, Robert Asinelli, Elizabeth Barksdale, Jason Andersen, Lori Bencivenga, Joy H. Bolobanic, Candiace Bak Barry, Anthony Anderson, James Bahrey, Sonia Alvarado, Ronnita Akil, Roseann Bilella, Santiago Alvear, Victor A Fitzroy Augustus, Wilbert Bascom, James Baumann, Michael Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony Alloggio, Maria Asencio, John Boyle, Vivencia Alaimo, Michael Bell, Sergio Barragan, Louis Ancona, Emmanual A John Bianco, Richard Allison, Maria Bartolomew, Gina Baisi, Geraldine Alexander, Terri Bianco, Susan Asinelli, V Aprea, Donald Bowles, Peter Acquaro, June Allison, Jo Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Josep Kevin Barry, Kevin Carpenito, Vinny Benenati, Joseph Bellissimo, James F. Albach, Allen Andersen, Andrea Ande Maureen Bilella, Martin Bilinski, Rose Marie Bencivenga, Raymond Barksdale, Linda Avery, Marisol Calzadilla–N Alise L. Bauman, Antonio Andreotti, Ann Betro, Joanne Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Tho Bruno, Robert Aguirre, Lorraine Burke, Robert Bilella, Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta Cecelia Borcherding, Renee Berry, Anna Abad, Holly Acierno, Catherine Biliski, Christine Beck, Stewart Anspach, Arellano, Frank Bauman, Ann Marie Anzalone, Michael R. Basile, Courtney Aquart, Arthur Alessandro, Robert Ad Bonnie M. Carson, Joseph Asciolla, Rita Anselmo, Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, An Aviles, Andrew Benfante, Richard Bittles, Robert Boswell, Louie Cacchioli, Donna Bennett, De'Andre Berry, Portia Augustine, Anna Antico, Douglas Anderson, Daphna Blacksea, Thomas Camarda, Dominick Capuano, James Biese Tyrell Anderson, Thomas Cacavio, Kathleen Bondeson, <u>806</u> Order Admitting Attorney Pro Hac Vice, <u>562</u> AMEND MOTION for Declaratory Judgment Plaintiff's Aff in Support. filed by Michelle Haskett–Godbee, <u>658</u> Rule 7.1 Cor

Disclosure Statement filed by A Russo Wrecking, Inc.,_596 Notice of Change of Address, filed by Century 21 Depa
Stores LLC, Blue Millennium Realty LLC., Century 21, Inc.,_652 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC.,_710 Rule 7.1 Corporate Disclosure Statement filed by Lockwood, Kess
&Bartlett, Inc.,_553 Reply Affirmation in Support of Motion, filed by Plaintiffs Liaison Counsel,_714 Rule 7.1 Corp
Disclosure Statement filed by Manafort Brothers, Inc.,_723 Rule 7.1 Corporate Disclosure Statement filed by New Y
Crane &Equipment Corp.,_545 Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Constructi
Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Por
Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Constructio
The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bech
Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C.,_575 Order Ad
Attorney Pro Hac Vice,_770 Notice (Other) filed by Plaza Construction Corp.,_597 Notice (Other) filed by 80 Lafeye
Associates, LLC, Mayore Estates, LLC,_713 Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wre
Inc.,_722 Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc.,_816 Affidavit in Support of M
filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Rob
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Cons
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Eng
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP,_752 Rule 7.1 Corpo
Disclosure Statement filed by Bechtel Corporation,_732 Rule7.1 Corporate Disclosure Statement filed by Rodar Ent
Inc.,_857 Stipulation and Order of Dismissal,,_661 Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wre
&Construction Corp.,_703 Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, L.L
Notice (Other) filed by Plaintiffs Liaison Counsel,_854 MOTION to Strike Certain Affirmative Defenses Pursuant to
12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursu
Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses F
to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). filed by Plaintiffs Liaison Counsel,_741 Rule 7.
Corporate Disclosure Statement filed by Vollmer Associates, LLP,_728 Endorsed Letter,,_795 Response to Disposition
Kevin Fitzpatrick,_566 Order,,_817 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP,_878 MOTION for Protective Order Plaintiffs' Memorandum of Law in O
to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Counsel,_883 Order,,_792 MOTION for Heidi
Appear Pro Hac Vice. filed by The Port Authority of New York &New Jersey,_789 Notice (Other) filed by Plaintiffs
Counsel,_672 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers Trust
Corporation,_632 Case Management Plan,,,_835 Declaration in Opposition, filed by Plaintiffs Liaison Counsel,_790 P
(Other) filed by Phillips and Jordan, Inc.,_610 Notice of Appearance filed by Phillips and Jordan,_865 MOTION for
Protective Order Notice of Motion. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Can
Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp.,
Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.
Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, I
One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roo
Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safe
Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Sys
Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., R
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Enviro
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp.,_769 Notice (Other) filed by Plaza Construction Corp.,_711 Rule 7.1 Corporate Disclosure Stat
filed by Lucius Pitkin, Inc.,_885 Reply Memorandum of Law in Support of Motion, filed by AMEC Construction
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen

Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., S
Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associat
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Con
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R
Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General
Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion,, filed by Gilsan
Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu
Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W
Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silr
Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosure
Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Con
Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other)
Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Not
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complain
The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Meri
Construction Group, L.L.C., 887 Declaration in Support of Motion, filed by AMEC Construction Management, Inc.
Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pi
Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. R
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Company,
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech C
Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc.,
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contract
Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Pro
Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, P.C.,
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Leas
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Br
Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoist
Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Sk
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipmen
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 657 Endorsed Letter, 685 Rule 7.1 Corporate Disclo
Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corporate Disclosure Statement filed by E.J.
Inc., 621 Consent Order, Add and Terminate Attorneys,, 591 Order on Motion to Compel, 633 Answer to Complain
RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel, 556 MOTION for Declaratory Judgment S
Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 872 Affidavit in Support of Motion, filed by AME
Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., A
Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corporation, Tully Construction
Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., M
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,

Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond P
Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler
&Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Li
Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota
Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associa
Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversifie
Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contra
Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction C
DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, In
Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturin
Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industrie
Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa,
D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associa
P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 829 A
in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Fin
Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Golds
Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &
LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, S
Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, l
Endorsed Letter,, 647 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 804 Notice (Other), Notice
filed by Mayore Estates, LLC, 590 Order Admitting Attorney Pro Hac Vice, 880 Memorandum of Law in Oppositio
Motion, filed by The Port Authority of New York &New Jersey, 848 Notice (Other) filed by Plaintiffs Liaison Cour
Order, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 Notice (Other) filed by Plaintiffs Liaison Counse
Amended Answer to Complaints, filed by Toretta Trucking, Inc., Cord Contracting Co. Inc., Canron Construction C
&L Contracting Corp., Pinnacle Environmental Corp., Total Safety Consulting, LLC, Atlantic Heydt Corp., Hallen
Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. L
Company, Meridian Construction Group, LLC, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Mueser Rutledge Consulting Engineers, En–Tech Corp., Safeway Environmental Corp., Yannuzzi Demolition &Re
Services, Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finl
Evergreen Recycling of Corona, Silverite Contracting Corp., Component Assembly Systems, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Grou
Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consultin
Engineers, P.C., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., L
Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering,
Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Liberty Mutual Group, Weidlinger Associates, Inc., Bechte
Construction, Inc., Mazzocchi Wrecking Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Ca
Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heg
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Nacirema Industries Incorporated, Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &
Contractors, Inc., Manafort Brothers, Inc., Robert Silman Associates, Semcor Equipment and Manufacturing Corpor
Buro Happold Consulting Engineers, P.C., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skid
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., JP Equipment Rental Material, Inc., E.J. Davies, Inc., Big Apple
Wrecking &Construction Corp., 814 Declaration in Support of Motion,,, filed by Gilsanz Murray Steficek LLP, Mu
Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &
Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Th
Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happ
Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Notice (Other) filed by Plaintiffs Liaison Cou
Rule 7.1 Corporate Disclosure Statement filed by Robert L. Gerosa, Inc., 812 MOTION for Summary Judgment on
Structural and Design Engineer Defendants. filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting En
Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton T
Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Ski
Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vol
Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Counsel, 665 Rule 7.1 Corporate Disclosure Stateme
by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter,, 683 Rule 7.1 Corporate Disclosure Statement fi
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Transmission to
Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison Counsel, 605 Order, Set Deadlines/Hearin
Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Company, Deutsche Bank, Deutsche Bank T
Company Americas, 577 Special Master's Report filed by Aaron D. Twerski, James A. Henderson, Jr., 646 Respons
by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Disclosure Statement filed by C.B. Contracting Co
Notice (Other) filed by Plaza Construction Corp., 850 Stipulation and Order of Dismissal,, 838 Endorsed Letter,, 76
Stipulation and Order of Dismissal,, 739 Rule 7.1 Corporate Disclosure Statement filed by Skanska Koch, Inc., 877

MOTION for Protective Order ; Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of D
Paige, Esq. in Opp to the Motion. filed by Plaintiffs Liaison Counsel, 565 AMENDED MOTION for Declaratory Ju
STIPULATION ADJOURNMENT. filed by Michelle Haskett–Godbee, 593 Statement of Relatedness filed by Josep
Urso, 622 Notice (Other) filed by Plaintiffs Liaison Counsel, 696 Answer to Amended Complaint, filed by New Yor
Department of Transportation, Mazzochi Wrecking, New York City Department of Sanitation, City of New York, W
Marine, Inc., New York Police Department, 886 Declaration in Support of Motion, filed by AMEC Construction
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Nicholson Construction Co., Fra
Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting
Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers
Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recyc
Corona, Dakota Demo–Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Turner Constru
Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laquila Constructi
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–
Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Dieg
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Con
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professional Corporatio
Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Ber
Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Cons
Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecl
Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D
General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C.,
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 823 Affidavit i
of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., L
Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Asso
Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP
Engineering, P.C., W eidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gu
&Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 851
Stipulation and Order of Dismissal,, 644 Notice (Other) filed by Plaintiffs Liaison Counsel, 688 Rule 7.1 Corporate
Disclosure Statement filed by En–Tech Corp., 718 Certificate of Service Other, filed by AMEC Construction Mana
Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Turner Const
Company, Tully Environmental Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., 660 Rule 7.1 Corpora
Disclosure Statement filed by Berkel &Co. Contractors, Inc., 583 USCA Mandate Non–Dismissal, 554 Reply Mem
of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 567 Order of Dismissal, 869 Affidavit in Support
Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT
Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc.
Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., M
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,
Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group, Bree
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simps
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Enviro
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel, 548 Order on M
Remand to State Court,, Case Consolidation – Member, 765 Order, 618 Order,, 635 Answer to Complaint filed by A
Express Company, American Express Bank, Ltd, American Express Travel Realted Services Company, Inc., 559

AMENDED MOTION for Default Judgment as to Statute Limitations, Notice of Claim. filed by Michelle Haskett–(
638 Answer to Complaint filed by Murray Hill Properties, 719 Rule 7.1 Corporate Disclosure Statement filed by MI
Engineering, P.C., 750 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Environmental, Inc., 634 Answer
Complaint filed by Lehman Brothers Holdings Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc., 673 R
Corporate Disclosure Statement filed by Cord Contracting Co. Inc., 609 Order, 584 USCA Order, 573 Endorsed Let
Endorsed Letter, Set Deadlines/Hearings, 550 Memorandum of Law in Opposition to Motion, filed by City of New
Phillips and Jordan, 682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc., 651 Stipulation
Order of Dismissal,, 693 Rule 7.1 Corporate Disclosure Statement filed by Francis A. Lee Company, 807 Protective
671 Rule 7.1 Corporate Disclosure Statement filed by Component Assembly Systems, Inc., 677 Answer to Complai
by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank, DB Private Clients Corporat
Bankers Trust Corporation, Deutsche Bank Trust Company Americas, 699 Rule 7.1 Corporate Disclosure Statement
Goldstein Associates Consulting Engineers, P.C., 788 Order Admitting Attorney Pro Hac Vice, 613 Stipulation and
Dismissal, 624 Order, 694 Rule 7.1 Corporate Disclosure Statement filed by FTI Trucking Corp., 740 Rule 7.1 Corp
Disclosure Statement filed by Skidmore Owings &Merrill, LLP, 604 Order, 569 Memorandum &Opinion,, 870 Affi
Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Constructio
PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench America
Corporation, Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp.,
Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Gro
L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Service
Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Compon
Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze N
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insura
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simps
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., R
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 837 Endorsed Letter, 774 Notice (Other) filed by Plaza Construction Corp., 884 Notice (Othe
by Plaintiffs Liaison Counsel, 745 Rule 7.1 Corporate Disclosure Statement filed by WSP Cantor Seinuk, 678 Answ
Complaint filed by Tishman Construction Corporation of Manhattan, Tishman Interiors Corporation, Tishman Cons
Corporation of New York, 831 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutl
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 715 Rule 7.1 Corporate Disclosure Statement filed by Moretrench Ameri
Corp., 813 Memorandum of Law in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Co
Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of
Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitki
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group,
WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Enginee
Vollmer Associates, LLP, 802 Notice (Other) filed by Plaintiffs Liaison Counsel, 794 Response to Discovery filed b
Holdings, L.L.C., 558 Memorandum of Law in Support of Motion filed by AMEC Construction Management, Inc.,
Construction Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., City of New York, T
Construction Company, Bovis Lend Lease Inc., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Tully Co
Corp., Bechtel, Tully Environmental Inc., Bovis Lend Lease, Inc., Bechtel Construction, Inc., Plaza Construction Co
Bovis Lend Lease LMB, Inc., Tully Construction Company, Bovis International, Inc., Bechtel Corporation, Bechtel
Associates Professiona;l Corporation, Tully Industries, Inc., Bechtel Environmental, Inc., Turner Construction Inter
L.L.C., 648 Notice (Other), 2350 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2208 Declaration in Su
Motion, filed by Plaintiffs Liaison Counsel, 2280 Endorsed Letter, 2226 Notice of Appeal, 2212 Declaration in Sup
Motion filed by Plaintiffs Liaison Counsel, 2221 MOTION for Extension of Time filed by En–Tech Corp., DMT En
Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Con
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp, Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S

LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In
E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc..
Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann
&Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, H
Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Skidmo
Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gr
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Eq
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A
Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., E
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Cor
Engineers, 2168 Declaration, filed by Plaintiffs Liaison Counsel, 2138 Order, 2361 Declaration in Support, filed by
Liaison Counsel, 2201 Memo Endorsement, 2189 Declaration in Opposition to Motion, filed by Plaintiffs Liaison C
2328 Stipulation and Order of Dismissal, 2341 Order, 2160 Declaration in Opposition to Motion by Gregory J Cannata
&Associates, 2269 Order, 2277 MOTION for Attorney Fees Declaration of Denise A. Rubin, Exhibits to be filed via
with clerk's office filed by Plaintiffs Liaison Counsel, 2190 Memorandum of Law in Support of Motion, filed by Mo
Medical Center, 2299 Order, 2159 Affirmation in Support filed by Plaintiffs Liaison Counsel, 2331 MOTION Repo
Defendants' Objections Papers filed 1–31–11 filed by Plaintiffs Liaison Counsel, 2268 Order, 2219 Endorsed Letter
Order on Motion to Compel, 2257 Order, 2267 Order, 2228 Order on Motion for Extension of Time, 2173 Endorsed
2283 Endorsed Letter, Set Deadlines/Hearings, 2236 Stipulation and Order of Dismissal, 2194 Affidavit of Service C
filed by Plaintiffs Liaison Counsel, 2354 Stipulation and Order of Dismissal, 2291 Stipulation and Order of Voluntar
Dismissal, 2265 Memo Endorsement, 2187 Order of Dismissal, 2210 Declaration in Support of Motion filed by Plai
Liaison Counsel, 2285 Endorsed Letter, 2216 MOTION to Compel Certain Medical Providers to Respond to Subpoe
Duces Tecum filed by Plaintiffs Liaison Counsel, 2344 Declaration in Support of Motion filed by Plaintiffs Liaison
2227 Endorsed Letter, Set Deadlines/Hearings, 2139 Order, Set Deadlines/Hearings, 2333 Order, 2242 Order, 2182
2161 Declaration in Opposition to Motion, filed by Gregory J Cannata &Associates, 2337 Declaration in Support of
filed by Plaintiffs Liaison Counsel, 2206 Order, Set Deadlines/Hearings, 2158 Order, Set Deadlines/Hearings, 2163
filed by Plaintiffs Liaison Counsel, 2260 Notice (Other) filed by Plaintiffs Liaison Counsel, 2321 Stipulation and Or
Dismissal, 2193 Notice (Other) filed by Plaintiffs Liaison Counsel, 2167 Reply filed by Plaintiffs Liaison Counsel, 2
Stipulation and Order of Voluntary Dismissal, Add and Terminate Parties, 2284 Endorsed Letter, Set Deadlines/Hea
2312 Notice of Appeal, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., A Rus
Wrecking, Inc., 2217 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 2199 Memo Endorseme
Memorandum of Law in Support filed by Plaintiffs Liaison Counsel, 2348 MOTION to Compel the WTC Captive In
Company, Inc. to allow eligible Plaintiffs to participate in the settlement filed by Plaintiffs Liaison Counsel, 2264 O
Deadlines/Hearings, 2351 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2195 Stipulation and Order of
Dismissal, 2301 Memo Endorsement, 2294 Stipulation and Order of Voluntary Dismissal, 2145 Certificate of Servic
filed by Plaintiffs Liaison Counsel, 2211 MOTION for Discovery. filed by Plaintiffs Liaison Counsel, 2317 Stipulat
Order of Dismissal, Add and Terminate Parties, 2313 FRCP Rule 5d Memo – Sent to Chambers, 2256 Endorsed Let
Declaration filed by Plaintiffs Liaison Counsel, 2254 Endorsed Letter, 2307 Affirmation in Opposition to Motion, fi
Richard Mighdoll, 2276 MOTION for Attorney Fees Memorandum of Law and Facts filed by Plaintiffs Liaison Cou
2250 USCA Order, 2355 Stipulation and Order of Dismissal, 2202 Order, 2297 Endorsed Letter, Set Deadlines, 228
Endorsed Letter, 2186 Order of Dismissal, Set Deadlines/Hearings, 2178 Memorandum of Law in Support of Motio
James McFadden, 2322 Stipulation and Order of Dismissal, 2243 Notice (Other) filed by Plaintiffs Liaison Counsel,
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas
Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling
Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C
Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro H
Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Ro
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat

Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2141 Endorsed Letter, 2318 Stipulation and Order of Dismissal, 2225 Order, Set Deadlines/H
2259 Order, 2181 Memorandum &Opinion, 2169 Stipulation and Order, Terminate Deadlines and Hearings, 2314 B
by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C.
Weidlinger Associates, Inc., Nacirema Industries, Inc.– Moretrench American Corp., Yannuzzi &Sons, Inc., A Russo
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech.– Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mut
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2143 Notice (Other) filed by Plaintiffs Liaison Coun
Endorsed Letter, Set Deadlines/Hearings, 2345 Endorsed Letter, 2339 Brief, filed by En–Tech Corp., DMT Enterpri
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, I
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C.
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech.– Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza,
Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Const
Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engine
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction C
Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., 2184 Order,, 2293 Stipulation and Order of Voluntary Dismissal,, 2316 Stipulation and Order
Dismissal,, 2253 Stipulation and Order of Dismissal,, 2342 Affirmation, filed by Plaintiffs Liaison Counsel, 2295 En
Letter, 2274 Endorsed Letter,, 2360 Memorandum of Law in Opposition to Motion, filed by En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Con
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, I
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Nev
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Assoc
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech.– Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,

Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2183 Order,, Set Deadlines/H
2151 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2203 Order,,, 2196 Reply Memorandu
in Support of Motion filed by James McFadden, 2302 Memo Endorsement, 2213 Order, 2246 Endorsed Letter, 215
Declaration, filed by Plaintiffs Liaison Counsel, 2149 Order, 2172 Endorsed Letter, 2164 Notice (Other) filed by Pla
Liaison Counsel, 2150 Objection (non–motion) filed by Plaintiffs Liaison Counsel, 2162 Declaration in Opposition,
Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2204 Stipulation and Order, Add and Terminate Attorne
Endorsed Letter, 2306 Response to Motion, filed by Robert Vecchione, 2249 Endorsed Letter, Set Deadlines, 2320
Stipulation and Order of Dismissal, 2346 USCA Order, 2175 Endorsed Letter, 2273 Endorsed Letter, 2340 Stipulati
Order of Dismissal, 2142 Endorsed Letter, 2296 Order, 2278 Endorsed Letter, 2352 Declaration in Support, filed by
Plaintiffs Liaison Counsel, 2343 Order, Set Hearings, 2353 Stipulation and Order of Dismissal, 2224 Endorsed Lette
Deadlines/Hearings, 2323 Stipulation and Order of Dismissal, 2248 Order, 2334 Stipulation and Order of Dismissal
Affirmation in Opposition to Motion filed by David Nolan, 2218 Order, Set Hearings, 2311 Response to Motion, file
Plaintiffs Liaison Counsel, 2319 Affirmation in Opposition to Motion, filed by Robert Zane, Lawrence Ford, Edwar
Galanek, James Melendez, Patrick Arcese, Teresa Hartey, Robert Esposito, Yvonne Leon, Denise Esposito, Albert I
2148 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 2153 Memorandum of Law fil
Plaintiffs Liaison Counsel, 2180 Stipulation and Order, 2272 Order, 2324 MOTION to Vacate filed by Plaintiffs Lia
Counsel, 2229 Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 2308 Response to Motion fil
John Baiano, 2286 Order, Set Deadlines, 2335 Endorsed Letter, 2152 Declaration, filed by Plaintiffs Liaison Counse
Declaration in Support, filed by Plaintiffs Liaison Counsel, 2304 Stipulation and Order, 2245 Stipulation and Order,
Deadlines/Hearings, 2266 Order, 2171 Stipulation and Order, 2336 Notice of Appearance filed by Gilsanz Murray S
LLP, 2198 Order on Motion to Compel, Order on Motion to Vacate, 2191 Affirmation in Opposition, filed by Plain
Liaison Counsel, 2230 Endorsed Letter, Set Deadlines, 2255 Endorsed Letter, 2146 Order, Set Deadlines/Hearings,
MOTION to Vacate. filed by Plaintiffs Liaison Counsel, 2147 MOTION Response to Sua Sponte Order by Court (S
Sponte Order of August 4, 2010) MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4
MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4, 2010) filed by Plaintiffs Liaison
2174 Stipulation and Order, Set Deadlines, 2325 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2270 E
Letter, 2197 Notice of Appearance filed by Robert Vecchione, 2205 Endorsed Letter, 2239 Endorsed Letter, Set Dea
2290 Stipulation and Order of Voluntary Dismissal, 2192 Order on Motion for Miscellaneous Relief, 2287 USCA M
2298 Order, 2289 Stipulation and Order of Voluntary Dismissal, 2338 Declaration in Support of Motion filed by Pla
Liaison Counsel, 2200 Order, 2244 Order, 2282 Order, 2315 Stipulation and Order of Dismissal, 2220 MOTION fo
Extension of Time. filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American C
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group,
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2356 Stipulation and Order of Dismissal, 2188 MOTION to Compel Defendant The Port Auth
New York and New Jersey to reimburse Mount Sinai for the costs it incurred in responding to the Port Authority's s
and in preparing this motion MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local
Rule 6.3 MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3 filed
Mount Sinai Medical Center, 2231 Order, Set Deadlines/Hearings, 2292 Stipulation and Order of Voluntary Dismis
Declaration in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., A
Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Gro
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,

Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Constru
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C
HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Asso
P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthor
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rent
&Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company,
Apple Wrecking &Construction Corp., 2240 Stipulation and Order of Voluntary Dismissal,, 2252 Order, 2305 Stipu
and Order,, 2330 Stipulation and Order of Dismissal, 2144 USCA Order,, 2262 Memo Endorsement, 2300 Endorsed
2258 Stipulation and Order of Dismissal, 2303 Memo Endorsement, 2176 MOTION to Set Aside Judgment Dismiss
action filed by James McFadden, 2207 MOTION to Compel Certain United States Social Security Administration O
Respond to Subpoenas Duces Tecum filed by Plaintiffs Liaison Counsel, 2279 Notice (Other) filed by Plaintiffs Lia
Counsel, 2329 Stipulation and Order of Dismissal, 2234 Declaration in Support of Motion, filed by Plaintiffs Liaiso
Counsel, 2251 Stipulation and Order of Dismissal, 2156 Memorandum of Law in Opposition to Motion filed by The
Authority of New York &New Jersey, 2215 Order, Set Deadlines/Hearings, 2309 Affirmation in Opposition to Moti
by Michelle Haskett–Godbee, 2238 Order, 2140 Notice (Other) filed by Plaintiffs Liaison Counsel, 2275 MOTION
Attorney Fees (Common Benefit Attorney Fees) filed by Plaintiffs Liaison Counsel, 2288 Response to Motion filed
Fitzpatrick, 2157 Declaration in Opposition to Motion, filed by The Port Authority of New York &New Jersey, 233
Endorsed Letter, 2166 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2233 MOTION to Compel
CERTAIN UNITED STATES SOCIAL SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOE
DUCES TECUM filed by Plaintiffs Liaison Counsel, 2209 MOTION for Discovery filed by Plaintiffs Liaison Coun
Declaration in Support of Motion filed by James McFadden, 2232 Order, Set Deadlines/Hearings, 2241 Order, 2179
USCA Case Number 11–0355, 2460 Order on Motion to Dismiss, 2462 Stipulation and Order, 2413 MOTION to D
filed by Plaintiffs Liaison Counsel, 2403 Order, Set Deadlines/Hearings, 2448 Stipulation and Order of Voluntary D
2465 Stipulation and Order of Voluntary Dismissal, 2383 Order, 2450 Order on Motion to Dismiss, 2398 Stipulation
Order of Dismissal, 2395 Letter, 2363 Order of Discontinuance, 2486 Order, 2373 Order on Motion for Attorney Fe
Order, 2475 Notice (Other) filed by Plaintiffs Liaison Counsel, 2420 Stipulation and Order of Voluntary Dismissal,
Stipulation and Order of Dismissal, 2488 Memo Endorsement, 2464 Stipulation and Order
Dismissal, 2445 Declaration filed by Plaintiffs Liaison Counsel, 2493 Memo Endorsement, 2495 Stipulation and Or
Voluntary Dismissal, 2367 Reply Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 24
Stipulation and Order of Dismissal, 2416 Stipulation and Order of Dismissal, 2485 Order, 2458 Stipulation and Ord
Dismissal, 2455 JOINT MOTION to Dismiss Claims against the Port Authority of New York and New Jersey filed
Plaintiffs Liaison Counsel, 2400 Order, 2471 Order, 2474 Order on Motion to Dismiss, 2414 Declaration in Oppositi
by Plaintiffs Liaison Counsel, 2391 Memo Endorsement, 2392 Order on Motion to Compel, 2470 Rule 7.1 Corporat
Disclosure Statement filed by Bovis Lend Lease LMB, Inc., 2428 MOTION for Summary Judgment Notice of Moti
Summary Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction. filed
Port Authority of New York &New Jersey, 2483 Stipulation and Order of Dismissal, Add and Terminate Parties, 24
Stipulation and Order of Voluntary Dismissal, 2401 Order, 2419 Order of Dismissal, 2370 Stipulation and Order of
Dismissal, 2468 Order, 2376 Stipulation and Order of Dismissal, 2481 Declaration in Support, filed by Plaintiffs Lia
Counsel, 2453 Stipulation and Order of Dismissal, 2442 Stipulation and Order, 2384 Memo Endorsement, 2497 Stip
and Order, 2456 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2405 Order, 2379 Memorandum of Law
Support of Motion filed by Plaintiffs Liaison Counsel, 2463 Stipulation and Order of Voluntary Dismissal, 2434 De
in Support filed by Plaintiffs Liaison Counsel, 2440 Declaration in Support, filed by Plaintiffs Liaison Counsel, 241
Endorsement, 2410 Endorsed Letter, 2496 Order, 2441 Declaration filed by Plaintiffs Liaison Counsel, 2433 FIRST
MOTION to Dismiss filed by Plaintiffs Liaison Counsel, 2397 Stipulation and Order of Voluntary Dismissal, 2480
to Dismiss Claims Against Taylor Recycling, LLC filed by Plaintiffs Liaison Counsel, 2489 Stipulation and Order o
Order of Dismissal, 2446 Memo Endorsement, 2425 Stipulation and Order of Voluntary Dismissal, 2447 Stipulation
Order of Dismissal, 2372 Order on Motion to Compel, 2389 Order, Set Deadlines/Hearings, 2406 SECOND MOTIO
Reopen Case filed by Plaintiffs Liaison Counsel, 2492 Order, 2432 Endorsed Letter, Set Deadlines, 2402 Memo
Endorsement, 2451 Stipulation and Order of Dismissal, 2438 Endorsed Letter, Set Deadlines/Hearings, 2377 Stipula
Order of Dismissal, 2490 Order of Dismissal, 2479 Order on Motion to Set Aside Judgment, 2380 Order, 2396 Orde
Order, 2412 Order, 2411 Memo Endorsement, 2399 Order, 2375 Order on Motion to Vacate, 2408 Declaration in Su
Motion, filed by Plaintiffs Liaison Counsel, 2467 Endorsed Letter, 2374 Order on Motion to Vacate, 2469 Memo
Endorsement, 2390 Notice (Other) filed by Plaintiffs Liaison Counsel, 2394 Endorsed Letter, Set Deadlines/Hearing
Stipulation and Order of Voluntary Dismissal, 2454 Endorsed Letter, 2423 Stipulation and Order of Voluntary Dism
2386 MOTION Extension and Protection of Client Privileges and Confidences. filed by Plaintiffs Liaison Counsel,
Declaration in Support, filed by Plaza Construction Management Corp., 2387 Endorsed Letter, 2364 Stipulation and

| | | |
|---|---|---|
| | | Dismissal, 2472 Order, 2427 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2404 Endorsed Letter, 2409 Noti Appearance filed by Noah H. Kushlefsky, 2487 Notice of Appeal filed by Hector Flamenco, 2452 Stipulation and O Dismissal, 2369 MOTION to Serve filed by Hector Flamenco, 2393 Stipulation and Order, Add and Terminate Parti Declaration, filed by Plaintiffs Liaison Counsel, 2437 Order, Set Hearings, 2436 Order, 2424 Stipulation and Order Voluntary Dismissal, 2439 MOTION to Dismiss Defendant Phillips &Jordan, Inc. filed by Plaintiffs Liaison Counse Notice (Other) filed by Gregory J. Cannata &Associates and Robert A. Grochow, P.C., 2382 Stipulation and Order Dismissal, 2431 Order, 2430 Memorandum of Law in Support of Motion, filed by The Port Authority of New York Jersey, 2381 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2362 Order, 2466 Memo Endorsement, 2407 Not Appeal, 2378 MOTION to Vacate Order of February 7, 2011 Appointing Special Counsel filed by Plaintiffs Liaison 2435 Memo Endorsement, 2476 Order, 2484 Order on Motion to Dismiss, 2461 Stipulation and Order, 2371 Order Motion to Serve, 2426 Stipulation and Order of Dismissal, 2459 Order, 2443 MOTION to Dismiss Claims Against Environmental &Geological Science and Management, LLC filed by Plaintiffs Liaison Counsel, 2491 Order, Add a Terminate Parties, 2473 Order, 2422 Stipulation and Order of Voluntary Dismissal, 2429 Declaration in Support of filed by The Port Authority of New York &New Jersey were transmitted to the U.S. Court of Appeals. (nd) (Entered 09/22/2011) |
| 9/22/2011 | | Transmission of Notice of Appeal to the District Judge re: (3 in 1:10−cv−07184−AKH, 2549 in 1:21−mc−00100−A Notice of Appeal. (nd) (Entered: 09/22/2011) |
| 9/22/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (3 in 1:10−cv−07184−AKH, 2549 in 1:21−mc−00100−AKH) Notice of Appeal. (nd) (Entered: 09/22/2011) |
| 9/22/2011 | | Transmission of Notice of Appeal to the District Judge re: (13 in 1:05−cv−02716−AKH, 2551 in 1:21−mc−00100−A Notice of Appeal,. (nd) (Entered: 09/22/2011) |
| 9/22/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (13 in 1:05−cv−02716−AKH, 2551 in 1:21−mc−00100−AKH) Notice of Appeal,. (nd) (Entered: 09/22/2011) |
| 9/22/2011 | | Transmission of Notice of Appeal to the District Judge re: (2552 in 1:21−mc−00100−AKH, 3 in 1:08−cv−04617−A Notice of Appeal,. (nd) (Entered: 09/22/2011) |
| 9/22/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2552 in 1:21−mc−00100−AKH, 3 in 1:08−cv−04617−AKH) Notice of Appeal,. (nd) (Entered: 09/22/2011) |
| 9/22/2011 | 2553 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Martin Block dated 9/22/2011 re: This letter w as our application for an extension of time to provide a certified response on behalf of our client Mariana Velez−Ros ENDORSEMENT: Rejected, w/out prejudice, for failure to conform to Individual Rules 1D, 2E. (Signed by Judge A Hellerstein on 9/22/2011) (pl) Modified on 9/22/2011 (pl). (Entered: 09/22/2011) |
| 9/26/2011 | 2554 | DECLARATION of Denise A. Rubin in Opposition re: 2545 MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.). Document file Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit Exhibit A − Notice of Filing of Bonds)(Rubin, Denise) (Enter 09/26/2011) |
| 9/26/2011 | 2555 | MEMORANDUM OF LAW in Opposition re: 2545 MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Fili 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fe 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fe 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.). Document filed by Plaintiff Counsel. (Rubin, Denise) (Entered: 09/26/2011) |
| 9/27/2011 | 2556 | MEMORANDUM OF LAW *In Response to Summary Order Directing Further Briefing*. Document filed by Plainti Liaison Counsel. (LoPalo, Christopher) (Entered: 09/27/2011) |
| 9/27/2011 | 2557 | DECLARATION of Christopher R. LoPalo *In Response to Summary Order Directing Further Briefing*. Document f Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(LoPalo, Christopher) (Entered: 09/27 |
| 9/28/2011 | 2558 | ORDER granting 2545 Motion to Stay. The motion for a stay is granted. The filing of a supersedeas bond, in the circumstances of this case, would be wasteful and is unnecessary. The allocation neutral advises that no undue burde be experienced by delaying bonus payments. Plaintiffs do not object. (Signed by Judge Alvin K. Hellerstein on 9/28 (lmb) Modified on 9/28/2011 (lmb). (Entered: 09/28/2011) |
| 9/28/2011 | 2559 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Howard F. Strongin dated 9/7/2011 re: This of represents Defendants, Nomura Holding America Inc. and Nomura Securities International Inc., in this action. Enclo please find an unredacted courtesy copy of the following documents: Notice of Motion to File Under Seal; Affirmat Howard F. Strongin and Exhibits in Support, and Memorandum of Law in Support of Motion to File Under Seal. |

|  |  | ENDORSEMENT: The motion to seal is granted. (Signed by Judge Alvin K. Hellerstein on 9/28/2011) (lmb) (Entered: 09/28/2011) |
| 09/28/2011 |  | Transmission to Sealed Records Clerk. Transmitted re: 2559 Endorsed Letter to the Sealed Records Clerk for the sealing or unsealing of document or case. (lmb) (Entered: 09/28/2011) |
| 09/28/2011 | 2560 | MEMO ENDORSEMENT on DECLARATION OF DENISE A. RUBIN IN OPPOSITION TO DEFENDANT CITY OF NEW YORK AND ITS CONTRACTORS' MOTION FOR STAY OF EXECUTION OF THE SEPTEMBER 8, 201 ORDER PENDING APPEAL: Plaintiffs' objections, which I received after issuing my endorsed order of 9/28/11, is ruled. I accept the representation of Christine LaSala that the funds will be segregated in amount equivalent to the be obligation or the WTC Captive to assure against any prejudiced to plaintiff. There is no risk of prejudice to plaintiff by Judge Alvin K. Hellerstein on 9/28/2011) (lmb) (Entered: 09/28/2011) |
| 09/29/2011 | 2561 | SECOND REPLY MEMORANDUM OF LAW in Support re: 2517 MOTION to Dismiss for Lack of Prosecution.. Document filed by Anthony Cortese Specialized Hauling, LLC, Inc., Atlantic Heydt Corp., Berkel &Co. Contractor Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Constr Corp., City of New York, Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Da Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Cont Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada Gene Contracting Corp., A Russo Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwoo &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Mo American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmen Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skid Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker Roofing C Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Tyrrell, James) (Entered: 09/29/2011) |
| 09/29/2011 | 2562 | REPLY AFFIDAVIT of Alyson N. Villano in Support re: 2517 MOTION to Dismiss for Lack of Prosecution.. Docu filed by Anthony Cortese Specialized Hauling, LLC, Inc., Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Fo Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp New York, Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–T Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipme Rental &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., A Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., L Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Co Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enter Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings & LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, W Cantor Seinuk, Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Yonkers Contracting Company, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tyrrell, James) (Entered: 09/29/20 |
| 09/30/2011 | 2563 | ***MANDATE RECALLED AND RETURNED TO USCA 2nd CIRCUIT (See USCA Order #2667)*** MANDA USCA (Certified Copy) as to 2136 Notice of Cross Appeal filed by All Plaintiffs USCA Case Number 10–3172....th appeal is hereby WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. Catherine O'H Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 09/30/2011. (nd) Modified on 12/14/2011 (tp). (En 09/30/2011) |

| | | |
|---|---|---|
| 10/04/2011 | 2564 | MOTION to Dismiss *Claims Against the Port Authority of New York and New Jersey*. Document filed by Plaintiffs Counsel.(LoPalo, Christopher) (Entered: 10/04/2011) |
| 10/04/2011 | 2565 | DECLARATION of Christopher R. LoPalo in Support re: 2564 MOTION to Dismiss *Claims Against the Port Authe New York and New Jersey*.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit Exhibit 3, # 4 Exhibit 4)(LoPalo, Christopher) (Entered: 10/04/2011) |
| 10/04/2011 | 2566 | DECLARATION of Christopher R. LoPalo re: 2564 MOTION to Dismiss *Claims Against the Port Authority of New and New Jersey*., 2565 Declaration in Support,. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher (Entered: 10/04/2011) |
| 10/05/2011 | 2574 | NOTICE OF CROSS APPEAL from 2523 Order. Document filed by Tier 4 Settling Plaintiffs listed in the attached Addendum A. Filing fee $ 455.00, receipt number 465401018254. (nd) (Entered: 10/11/2011) |
| 10/05/2011 | 2575 | NOTICE OF CROSS APPEAL from 2523 Order. Document filed by Debbie Anne Ferrari, John Ferrari. Filing fee $ receipt number 465401018251. (nd) (Entered: 10/12/2011) |
| 10/05/2011 | 2576 | NOTICE OF CROSS APPEAL from 2523 Order. Document filed by Carol Leonick, Robert Leonick. Filing fee $ 4 receipt number 465401018257. (nd) (Entered: 10/12/2011) |
| 10/05/2011 | 2577 | NOTICE OF CROSS APPEAL from 2523 Order. Document filed by Antonio E. Alves, Maria E. Alves. Filing fee $ receipt number 465401018253. (nd) (Entered: 10/12/2011) |
| 10/06/2011 | 2567 | SUMMARY ORDER CONDITIONALLY GRANTING DEFENDANTS' MOTION TO DISMISS AND REQUIRI UPDATED HIPAA MEDICAL RECORD AUTHORIZATION FORMS granting 2510 Motion to Dismiss for Lack Prosecution. Defendants' motion to dismiss plaintiffs for failure to prosecute their claims filed 8/26/2011, is granted conditionally. I give these plaintiffs one more chance to provide personally signed, currently dated, forms, provided so by 10/21/2011. If they fail, their cases will be involuntarily dismissed. These plaintiffs now have a last chance to personally signed forms, or suffer the involuntary dismissals of their cases. (Signed by Judge Alvin K. Hellerstein on 10/6/2011) (ft) (Entered: 10/06/2011) |
| 10/06/2011 | 2568 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul A. Scrudato dated 10/4/2011 re: Counsel plaintiffs write to inform the Court that they will be filing shortly a similar motion relating to one additional Napoli Richard Volpe, who is an SPA "opt−out plaintiff' and is also designated as a trial plaintiff With the Court's consent, schedule set forth above will apply to the Volpe motion as well. ENDORSEMENT: So ordered, as to schedule. (Sig Judge Alvin K. Hellerstein on 10/6/2011) (ft) (Entered: 10/06/2011) |
| 10/06/2011 | 2569 | MEMO ENDORSEMENT on re: (2564 in 1:21−mc−00100−AKH) MOTION to Dismiss *Claims Against the Port A of New York and New Jersey* filed by Plaintiffs Liaison Counsel. The Court will hear counsel on the issue on involu dismissal of derivative plaintiffs on October 11, 2011, 2:30 p.m. (Status Conference set for 10/11/2011 at 02:30 PM Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 10/6/2011) (ft) (Entered: 10/06/2011) |
| 10/06/2011 | 2570 | SEALED DOCUMENT placed in vault.(mps) (Entered: 10/07/2011) |
| 10/07/2011 | 2572 | NOTICE OF APPEAL from 2523 Order. Document filed by Sullivan Papain Block McGrath &Cannavo P.C.. Filin 455.00, receipt number 465401018485. (nd) (Entered: 10/11/2011) |
| 10/07/2011 | 2573 | NOTICE OF APPEAL from (2523 in 1:21−mc−00100−AKH) Order. Document filed by Barbara Burnette, Lebro B Charles Flood, Glenn Cairney, Kevin Farrell and Beth Farrell, Eric Iversen, Richard Harrison, Robert Shenefield, Pe Shenefield, Peter Smith, James Naso, Arthur Leecock, Jr., and Cindy Leecock. Filing fee $ 455.00, receipt numbe 465401018486. [ **This document also entered in cases: 05−cv−7823 and 10−cv−2309** ] (nd) (Entered: 10/11/2011 |
| 10/11/2011 | 2571 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul A. Scrudato dated 10/10/2011 re: Counse Port Authority of New York and New Jersey requests permission to file their exhibits in hard copy format. ENDORSEMENT: So ordered. (Signed by Judge Alvin K. Hellerstein on 10/11/2011) (ft) (Entered: 10/11/2011) |
| 10/11/2011 | | Transmission of Notice of Appeal to the District Judge re: 2572 Notice of Appeal. (nd) (Entered: 10/11/2011) |
| 10/11/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2572 Notice of A (nd) (Entered: 10/11/2011) |
| 10/11/2011 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2561 Reply Memorandum of Law in Support of Motion,,,,,,,,, filed by En−Tech Corp., DMT Enterprise, Inc., AMEC Constructi Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Construction Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota |

Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C., Nacirem Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck Breeze National, Inc., Diamond Point Excavating Corp., Turner/Plaza, A Joint Venture, Gilsanz Murray Steficek LL One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi Medical Services, P.C., Francis A. Lee Company, LaStrada General Contracting Corp., Sin Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineers, *2564* MOTION to D *Claims Against the Port Authority of New York and New Jersey.* filed by Plaintiffs Liaison Counsel, *2572* Notice of filed by Sullivan Papain Block McGrath &Cannavo P.C., *2550* Stipulation and Order of Voluntary Dismissal,, *2552* of Appeal, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environm Inc., Tully Construction Co., Inc., Turner Construction Co., The City of New York, *2565* Declaration in Support, fil Plaintiffs Liaison Counsel, *2549* Notice of Appeal filed by City of New York, *2560* Memo Endorsement,, *2559* End Letter,, *2569* Memo Endorsement,, Set Hearings, *2566* Declaration filed by Plaintiffs Liaison Counsel, *2568* Endors Letter,, *2563* USCA Mandate, *2571* Endorsed Letter, *2557* Declaration, filed by Plaintiffs Liaison Counsel, *2553* En Letter,, *2562* Reply Affidavit in Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., F Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lu Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., *2551* Notice of Appeal, Turner Construction Co., Inc., Bovis Lend Lease LMB, Inc., Grace Industries, Inc., Tully Construction Co., Inc., Ar Construction Management, Inc.,, Plaza Construction Corp., *2555* Memorandum of Law in Opposition to Motion,, fi Plaintiffs Liaison Counsel, *2554* Declaration in Opposition to Motion,, filed by Plaintiffs Liaison Counsel, *2558* Ord Motion to Stay, *2556* Memorandum of Law filed by Plaintiffs Liaison Counsel, *2567* Order on Motion to Dismiss/L Prosecution,, *2503* Memo Endorsement, *2537* Order,,,,, *2526* USCA Order, *2535* Endorsed Letter, *2521* Endorsed L *2534* Order,,,, *2518* Memorandum of Law in Support of Motion, filed by Bovis Lend Lease LMB, Inc., Turner Cons Company, Tully Construction Co., Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc Evergreen Recycling of Corona, Plaza Construction Corp., City of New York, *2505* Stipulation and Order of Dismis Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck Breeze National, Inc., Diamond Point Excavating Corp., Turner/Plaza, A Joint Venture, Gilsanz Murray Steficek LL One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di

Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Sir
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp.,
Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineers, 2525 Order,,, 2548 N
Appeal,,,,,,,,, filed by En–Tech Corp., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lo
Kessler &Bartlett, Inc., SAB Trucking, Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Ca
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Co., Inc., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., City of New York, Semcor Equipment and Manufacturing Corporatic
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecki
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. G
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Tucc
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., LaStrada General Contr
Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New Yor
&Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutu
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2545 MOTION t
(Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S
(Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S
(Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S
(Filing Fee $ 39.00.) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidm
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Even
Recycling of Corona, C.B. Contracting Co., Inc., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, In
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., F
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robe
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 2538 Stipulation and Order of Dismissal, 2532 Reply Memor
Law in Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management,
Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Inc., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A
Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Const
Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engine

WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, Nicholson Construction Corp., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2499 Stipulation and Order of Dismissal,,, 2529 Affidavit in Opposition to Motion, filed by Stanislaw Faltynowicz, 2519 Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Construction Corp.,, 2534 Declaration in Support of I.F.P., 2510 MOTION to Dismiss for Lack of Prosecution. filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting Corp., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2540 Stipulation and Order of Dismissal, 2508 Order, 2536 Stipulation and Order of Dismissal, 2501 Order,, 2524 Order, 2535 Motion for Miscellaneous Relief,,, 2520 Stipulation and Order of Voluntary Dismissal, 2517 MOTION to Dismiss for Lack of Prosecution. filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Construction Corp., 2539 Stipulation and Order of Dismissal, 2531 USCA Order, 2523 Order,,,,, 2532 Stipulation and Order, 2506 Memo Endorsement, 2500 USCA Order, 2541 Stipulation and Order of Dismissal, 2528 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 2547 Affidavit in Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting Corp., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2515 Declaration in Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety

Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2544 Order,, 2527 Response filed by
Plaintiffs Liaison Counsel, 2516 Memo Endorsement, 2507 Order, 2504 Status Report filed by Noah H. Kushlefsky
Endorsed Letter,, 2530 Declaration in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2498 USCA Order
Reply Affirmation in Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridi
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc.,
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tru
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Plaza Construction Management Corp., Berkel &Co. Contrac
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc.,
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., Vo
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture
One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Executive Medical Services, P.C.,
A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., R
Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &E
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., 2522 Endorsed Letter,, 2514 Memorandum of Law in Support of Motion
filed by 2 World Trade Center, L.L.C., En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, In
Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction G
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recyclin
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Con
Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semc
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associati
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associati
LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze
Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Ro
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2132 Notice (Other) filed by Plaintif
Counsel, 2136 Notice of Cross Appeal filed by All Plaintiffs, 2128 Affirmation filed by Plaintiffs Liaison Counsel, 2
Certificate of Service Other, filed by Plaintiffs Liaison Counsel, 2134 Notice (Other) filed by Plaintiffs Liaison Cou
2135 Order, 1646 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1343 Request for Production of D
filed by Donald Carson, Gloria Elaine Carson, 1655 Order,, 1135 Notice (Other) filed by Plaintiffs Liaison Counsel,
Affirmation filed by Francis A. Lee Company, 1294 Response to Discovery filed by Robert Panarella, 1656 Order,,,
Endorsed Letter,, 2070 Appeal Record Sent to USCA – Index,, 1670 Order on Motion for Miscellaneous Relief,, 15

MOTION for Brian E. Moffitt to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank
Company, DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche B
Company Americas, 1116 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Mar
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1547 Order,,, 1383 Notice (Other)
City of New York, 1354 Request for Production of Documents filed by Herbert Pate, 2035 Notice (Other) filed by P
Liaison Counsel, 1010 Stipulation and Order of Dismissal, 1048 Order,,,, 1972 Rule 56.1 Statement filed by Phillips
Jordan, Inc., 1436 Order,,,,,,,, 1708 Memorandum of Law in Support of Motion filed by The Port Authority of New
&New Jersey, 974 Endorsed Letter, Set Deadlines/Hearings,, 1872 Rule 56.1 Statement filed by Taylor Recycling F
LLC, 2042 Notice (Other) filed by Gregory J Cannata &Associates, 1860 Declaration in Support of Motion filed by
Recycling Facility LLC, 1830 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC,
Rule 56.1 Statement, filed by Tully Environmental Inc., Bovis Lend Lease LMB, Inc., Turner Construction Compan
Construction Co., Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergreen Rec
Corona, Plaza Construction Corp., 924 Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Co
1319 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1876 Rule 56.1 Statement filed
Recycling Facility LLC, 1080 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1580 Notice (Other) fi
Plaintiffs Liaison Counsel, 1447 Declaration in Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise,
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, I
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor E
and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska
Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C.,
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C.,
Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger In
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Compan
Pitkin, Inc., Mueser Rutledge Consulting Engineers, 1351 Request for Production of Documents filed by Dennis M.
O'Connor, 1650 MOTION for Brian S. Levine to Appear Pro Hac Vice. filed by Tishman Interiors Corporation, Tis
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
Tishman Construction Corporation of Manhattan, 1683 Endorsed Letter, Set Hearings,, 1433 Stipulation and Order,
Memorandum of Law in Support of Motion, filed by Mount Sinai Medical Center, 1016 Reply filed by En–Tech Co
Contracting Corp., 1649 MOTION for Aaron J. Stahl to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corpor
Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1261 Notice (O
filed by Plaintiffs Liaison Counsel, 961 Stipulation and Order of Dismissal,, 2119 MOTION for Summary Judgmen
of Motion for Summary Judgment Dismissing A1, A2, A3, B1 and B2 Plaintiffs' Labor Law, Common Law Neglige
General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authori
New York &New Jersey, 1625 Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tis
Construction Corporation of New York, Tishman Interiors Corporation, 1165 Notice (Other) filed by Plaintiffs Liais
Counsel, 1227 MOTION for Andrew J. Carboy to Withdraw as Attorney for Plaintiffs. filed by Mary Jane Striffler,
Striffler, 948 Declaration in Support of Motion,, filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting
Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1404 Response to Discovery filed by
Cavicchio, Nicola Cavicchio, 1921 Affidavit in Support of Motion, filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1567 Declaration in Su
to Motion, filed by Raymond Hauber, 1396 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 2105
Stipulation and Order,,,, 1216 Stipulation and Order,,, 1137 Stipulation and Order, 1057 Case Management Plan, 20
Order,, 1998 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1263 Order
Affidavit in Support of Motion filed by City of New York, 1085 Notice of Adoption of Master Answer filed by Tish
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
2101 Notice of Appearance filed by Weeks Marine, Inc., 1358 Request for Production of Documents filed by Berna
Stinchcomb, Christine Stinchcomb, 1828 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac
LLC, 1213 Order, 1130 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manha
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1559 Certificate of Service Compl
Certificate of Service Other,, filed by Taylor Recycling Facility LLC, 2010 Affidavit in Support of Motion filed by
Respirators, Inc., 1041 MOTION for Discovery to Address Plaintiffs' Counsel's Failures in Providing Discovery and

Require an End Date for Complete Production of Medical Records and Sanctions. filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., New York, Turner Construction Company, Plaza Construction Corp., 913 Notice (Other) filed by Plaintiffs Liaison 1235 Notice (Other) filed by Plaintiffs Liaison Counsel, 889 Notice (Other) filed by Plaintiffs Liaison Counsel, 124? on Motion to Vacate,,, 1472 Notice (Other) filed by Plaintiffs Liaison Counsel, 987 Notice (Other) filed by Plaintiff Counsel, 1822 MOTION for Summary Judgment re Casey (06 cv 08890). filed by Taylor Recycling Facility LLC, 1 Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1653 Notice of Appearance filed by Tishman Constructic Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1361 Affirmation filed by Plaintiffs Liaison Counsel, 1565 Affirmation filed by Component Assembly Systems, Inc., 147 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2096 Notice of Appearance filed by Weeks Marine, 2030 Notice (Other) filed by Gregory J Cannata &Associates, 1265 Order, 963 Stipulation and Order of Dismissal,, Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1911 Endorsed Letter,, 1690 Notice (Other) filed by P Liaison Counsel, 1337 Notice (Other) filed by Plaintiffs Liaison Counsel, 1978 Rule 56.1 Statement filed by Phillip Jordan, Inc., 1406 Notice (Other) filed by Plaintiffs Liaison Counsel, 1784 MOTION for Summary Judgment Notice Motion Cantore. filed by Evans Environmental &Geological Science &Management, LLC., 1775 Affidavit in Suppc Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1556 Affidavit in Support of Motion filed by City of New York, 1746 Endorsed Let MOTION for Summary Judgment for Plaintiffs Daniel and Jeanne Raleigh. filed by Phillips and Jordan, Inc., 2098 l Appearance filed by Weeks Marine, Inc., 1300 Response to Discovery filed by Herbert Pate, 1992 Notice (Other), N (Other) filed by City of New York, 1515 Notice (Other) filed by Plaintiffs Liaison Counsel, 1615 MOTION for Alas Chan to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deutsc Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 2006 Order,, 1894 Declaration Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1835 Memorandum in Support of Motion filed by Taylor Recycling Facility LLC, 1805 Memorandum of Law in Support of Motion file Phillips and Jordan, Inc., 1248 Notice (Other) filed by Plaintiffs Liaison Counsel, 1829 Memorandum of Law in Sup Motion filed by Taylor Recycling Facility LLC, 1774 MOTION for Summary Judgment Rule 56 Statement Greco. 1 Evans Environmental &Geological Science &Management, LLC., 1011 Notice of Adoption of Master Answer filed Phillips and Jordan, Inc., 1573 Memorandum of Law in Support of Motion filed by City of New York, 1767 Memor Law in Support of Motion filed by Phillips and Jordan, Inc., 2069 Endorsed Letter,,,,,, 1201 Endorsed Letter,, 1012 (Other) filed by Plaintiffs Liaison Counsel, 1105 Notice of Adoption of Master Answer filed by Tishman Constructi Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1470 Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1175 MOTION for Partial Summary Judgment. filed by l Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., P7 Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretro American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., M Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Cor Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Le Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer– Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Cor Notice (Other) filed by Plaintiffs Liaison Counsel, 1364 Notice (Other) filed by Plaintiffs Liaison Counsel, 1244 Sti and Order of Dismissal,,, 1522 MOTION to Strike Plaintiffs' September 9, 2009 Submission. filed by Gilsanz, Murr Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Ewell W. Finley, P.C., Robert S Associates, Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associ Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Gilsanz Murray Steficek LLP Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi Lucius Pitkin, Inc., 1983 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1426 Notice (Other) filed by Plainti Liaison Counsel, 1353 Request for Production of Documents filed by Robert Panarella, 1517 Order,, 990 Objection (non–motion), Objection (non–motion) filed by marion s. mishkin, 1484 MOTION to Preclude and for Default agai Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1798 MOTION for Summary Judgment Notice of Castro. filed by Evans Environmental &Geological Science &Management, LLC., 1461 Notice (Other) filed by Plai Liaison Counsel, 1044 Notice (Other) filed by Plaintiffs Liaison Counsel, 1928 Affidavit in Support of Motion, filed Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic Corporation, 1306 Response to Discovery filed by Frank Scallo, 1509 Order, 1174 Notice (Other) filed by Plaintiffs Counsel, 1699 Declaration in Support of Motion,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &M LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting

Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2089 Notice (Other) fil Plaintiffs Liaison Counsel, 1815 MOTION for Summary Judgment Based Upon Untimely Notices of Claim and Sta Limitations. filed by City of New York, 1632 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Coun Declaration in Support of Motion,,, filed by Plaintiffs Liaison Counsel, 1861 Declaration in Support of Motion filed Taylor Recycling Facility LLC, 1890 Affidavit in Support of Motion filed by Evans Environmental &Geological Sc &Management, LLC., 1131 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of M Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1702 Memorandum of Law in Sup Motion filed by Michelle Haskett–Godbee, 1066 Stipulation and Order of Dismissal,,, 1955 Certificate of Service O by Taylor Recycling Facility LLC, 1906 Endorsed Letter,, 964 Notice (Other) filed by Plaintiffs Liaison Counsel, 1 Endorsed Letter,, 2092 Case Management Plan,,,,, 1384 Notice (Other) filed by Plaintiffs Liaison Counsel, 1334 En Letter,, 952 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1502 Notice (Other) filed Plaintiffs Liaison Counsel, 2008 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1952 Decla Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1184 Affidavit of Service Othe Plaintiffs Liaison Counsel, 1922 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tisl Construction Corporation of New York, Tishman Interiors Corporation, 1553 Memorandum of Law in Support of M filed by City of New York, 2083 Order,, 1445 Rule 56.1 Statement,,,,,,,, filed by En–Tech Corp., DMT Enterprise, AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, I Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor E and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 1807 Certificate of Service Other filed by Phillips and Jordan 1488 Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 1363 Notice (Other) filed by P Liaison Counsel, 1895 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1429 Endorsed Letter,, 1608 Notice (Other) filed by Plaintiffs Liaison Counsel, 1700 MOTIO Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1222 Order, 1816 Notice (Other) filed by City of N 959 Stipulation and Order of Dismissal, 1852 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, Malone, 1558 Rule 7.1 Corporate Disclosure Statement filed by Taylor Recycling Facility LLC, 1415 Order,,, 1115 Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1000 Notice (Other) filed by Plaintiffs Liaison Counsel, 1956 Certificate Service Other filed by Taylor Recycling Facility LLC, 2057 Order, 1940 Memorandum of Law in Support filed by I Environmental &Geological Science &Management, LLC., 956 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2041 Order, 1380 Reply Affidavit in Support of Motion filed by City of New York, 1797 M to Compel Production of Documents Previously Withheld Under Improper Claim of Privilege. filed by Plaintiffs Lia Counsel, 1503 Notice (Other) filed by Plaintiffs Liaison Counsel, 1663 Memorandum of Law in Support of Motion, Plaintiffs Liaison Counsel, 1786 Memorandum of Law in Support of Motion, filed by The Port Authority of New Yo &New Jersey, 1869 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1060 Order,,,,,, 1613 Declaration i Support of Motion filed by Plaintiffs Liaison Counsel, 1636 Affirmation in Support,, filed by Raymond Hauber, 131 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1170 Notice (Other) filed by Samuel P 1428 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1062 Endorsed Letter,,, 1917 MOTION for Sun Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1035 Notice of Adoption of Master Answer filed by Phil Jordan, Inc., 914 Notice (Other) filed by Plaintiffs Liaison Counsel, 946 Rule 56.1 Statement filed by En–Tech Corp Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors 1387 Affirmation filed by Plaintiffs Liaison Counsel, 2102 Notice of Appearance by Weeks Marine, Inc., 1985 MOTION for Summary Judgment On Behalf of The City of New York Based Upon Untimely Notices of Claim and of Limitations. filed by City of New York, 1456 MOTION to Substitute Party. Old Party: Raymond Hauber, New Pa

Case: 21-2971 Document: 1-1 07/26/2012 684952 Page: 1633 of 1806
Case 1:21-mc-00100-AKH Document 4-1 Filed 07/26/2012 Page 1633 of 1805
As of 07/26/2012 2:04 PM EDT 1632 of 1805

Hauber in his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. MOTION to Amend/Correct Caption. filed by Raymond Hauber, 1204 MOTION for Partial Summary Judgment. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1362 Notice (Other) filed by Plaintiffs Liaison Counsel, 1357 Request for Production of Documents filed by Frank 1938 Declaration in Support, filed by Evans Environmental &Geological Science &Management, LLC., 1505 MOT Preclude and for Default Judgment against Defendants for Failing to Comply with Plaintiffs' First Case–Specific De and Order of July 8, 2009. filed by Plaintiffs Liaison Counsel, 1237 Order,, 973 Notice of Appearance filed by Kevi Fitzpatrick, 1193 MOTION to Vacate 1160 Order,,. filed by Joette DeGiovine, Daniel DeGiovine, 999 Notice (Othe by Plaintiffs Liaison Counsel, 1122 Notice of Adoption of Master Answer filed by Tishman Construction Corporatio Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 891 Notice (Other) file Plaintiffs Liaison Counsel, 1210 MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. filed by Survivair Respira Inc., 2103 Notice of Appearance filed by Weeks Marine, Inc., 1206 Notice of Adoption of Master Answer filed by E and Jordan, Inc., 1728 Affirmation in Support of Motion,,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James 1896 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., Memorandum of Law in Support,,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, In AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofi Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 1293 Response to Discovery filed by Michael Panarella, 960 Certificate of Service Other,, file marion s. mishkin, 2078 Notice of Appearance filed by United States, 1826 MOTION for Summary Judgment re Ra cv 09818). filed by Taylor Recycling Facility LLC, 1514 Order, 1560 Answer to Complaint filed by Taylor Recyclin Facility LLC, 1981 MOTION for Summary Judgment for Plaintiffs Frank Gullo and Gabriella Gullo. filed by Phillip Jordan, Inc., 1069 Notice (Other) filed by Plaintiffs Liaison Counsel, 1853 Memorandum of Law in Support of Mot by Survivair Respirators, Inc., 1107 Notice of Adoption of Master Answer filed by Tishman Construction Corporatio Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1018 Notice (Other) fi Plaintiffs Liaison Counsel, 1877 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Manage LLC., 1504 Notice (Other) filed by Plaintiffs Liaison Counsel, 1315 MOTION for Partial Summary Judgment. filed Michelle Haskett–Godbee, 1197 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 94 (Other) filed by Plaintiffs Liaison Counsel, 895 Order, 1521 Notice (Other) filed by The City of New York, 1279 Re to Discovery, filed by Thomas M. Flanders, 1059 Notice (Other) filed by Plaintiffs Liaison Counsel, 2097 Notice of Appearance filed by Weeks Marine, Inc., 1783 MOTION for Summary Judgment re Alleva case (06 cv 08887). file Taylor Recycling Facility LLC, 1449 Affirmation in Support by Nacirema Industries, Inc., 1958 Reply Memorandum of L Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1442 Notice (Other) filed by Plaintiffs Liaison Counsel, 1804 A of Service Other,, filed by Plaintiffs Liaison Counsel, Frank Malone, 1736 Affidavit of Service Other filed by Plaint Liaison Counsel, 1156 Notice (Other) filed by Plaintiffs Liaison Counsel, 1506 Declaration in Support of Motion,,,, Plaintiffs Liaison Counsel, 983 Stipulation and Order, 986 Order on Motion for Partial Summary Judgment, 894 Sti and Order of Dismissal,, 1119 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1142 Memorandum of Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur Construction Company, Plaza Construction Corp., 2087 Notice (Other), Notice (Other), Notice (Other), Notice (Oth Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Co Enterprise, Inc., Off Road Welding, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Trucking, Inc., Toretta Trucking, Inc., Ove Arup &Partners P.C., Cord Contracting Co. Inc., Dakota Demo–Tech, C

Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Group, Buro Happold Consulting Engineer Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Parson Group, I Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Musco Sports Lighting, LLC, 7 Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Constructio Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti Simpson Gumpertz &Heger Inc., Ment Bros. Iron Works Co., JP Equipment Rental Material, Inc., Brer–Four Trans Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construct Corp., 1029 Notice (Other) filed by Plaintiffs Liaison Counsel, 1183 Memorandum of Law in Support filed by Plain Liaison Counsel, 1954 Declaration in Support,, filed by Evans Environmental &Geological Science &Management, 1782 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plainti Liaison Counsel, 1386 Case Management Plan, 2019 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co Contractors, Inc., 1658 Order, 2093 Notice of Appearance filed by Weeks Marine, Inc., 1637 Certificate of Service filed by Raymond Hauber, 1749 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geologi Science &Management, LLC., 1523 Declaration in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Sk Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robert Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek L Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius P Inc., 1313 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 2099 Notice of Appearance f Weeks Marine, Inc., 1452 Stipulation and Order of Dismissal,,,, 1239 Notice of Adoption of Master Answer filed by and Jordan, 1606 Stipulation and Order,, 958 Stipulation and Order of Dismissal, 1781 Rule 56.1 Statement filed by Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1718 Order, 1854 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1525 Memorandum of Law in of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartle MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomaset Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc. Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 1453 Endorsed Letter,,,, 1986 Memorandum of Law Support of Motion filed by City of New York, 1925 Declaration in Support of Motion, filed by Tishman Constructio Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1799 R Statement filed by The Port Authority of New York &New Jersey, 1596 Notice (Other) filed by Plaintiffs Liaison C 1513 Notice of Appearance filed by Manafort Brothers, Inc., 1230 Notice of Appearance filed by Manafort Brothers 923 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1765 MOTION for Summary Judgment re Allev by Phillips and Jordan, Inc., 1855 Affidavit of Service Other filed by Survivair Respirators, Inc., 1712 Order,, 1427 Protective Order,, 1345 Request for Production of Documents filed by Andrew Dunaway, 2024 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1640 Affirmation in Opposition,, filed by Hauber, 1083 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish Construction Corporation of New York, Tishman Interiors Corporation, 1287 Response, filed by Plaintiffs Liaison C 2018 Notice (Other) filed by Gregory J Cannata &Associates, 1541 Order on Motion to Preclude, 1215 Stipulation a Order,,, 1616 MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. filed by Taylor Recycling Facility LLC, 97 Certificate of Service Other,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA En P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1666 Memorandum &Opinion, 1642 Notice (Othe by Plaintiffs Liaison Counsel, 1499 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1389 Notice filed by Plaintiffs Liaison Counsel, 1240 Costs Taxed, 1157 Endorsed Letter,, 1679 MOTION to Compel Robert Mo to Appear for Deposition. filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Truckin Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA

Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc.,
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing
Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger
Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. –
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking,
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza
Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I.
Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.,
Response to Discovery filed by Frank Scallo, 1150 Rule 56.1 Statement filed by City of New York, 1441 Response
Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 1480 Affidavit of Service Other, filed by Plaintiffs Liaison
1200 Stipulation and Order, Set Deadlines, 1272 Response to Discovery filed by Andrew Dunaway, 1908 Memoran
Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1836 Memorandum of Law in Support of Motion
Taylor Recycling Facility LLC, 1661 MOTION for Reconsideration of the Court's Order Dated December 3, 2009 I
Motion to Compel Mayris Webber, DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1634 Reply
Memorandum of Law in Support of Motion filed by The City of New York, 910 Notice of Adoption of Master Answer
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1338 Order,, 1874 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1164 Notice (Other) fi
Plaintiffs Liaison Counsel, 1103 Notice of Adoption of Master Answer filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2086 Order, 2063 Ord
Declaration in Support of Motion filed by City of New York, 1790 MOTION for Summary Judgment Notice of Mot
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 927 Notice (Other) filed by Plain
Liaison Counsel, 2104 Notice of Appearance filed by Weeks Marine, Inc., 1858 MOTION for Stephanie S. McGrav
Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., Sperian Respirstory
Protection USA, LLC, Musco Sports Lighting, LLC, 1464 Memorandum of Law in Support of Motion, filed by Tisl
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1460 Affirmation in Support of Motion, filed by Raymond Hauber, 1644 MOTION for an Order compelling Mayris
DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1305 Response to Discovery filed by Frank Sca
Stipulation and Order,,,,,,, 1705 Memorandum of Law in Support of Motion, filed by Gilsanz, Murray, Steficek, LLI
En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, La
Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.!
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorr
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental
Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmen
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, I
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1443 Order on Motion fo
Summary Judgment, 1266 Response to Discovery filed by Nicola Cavicchio, 1220 Endorsed Letter,,, 1823 MOTIO
Summary Judgment re Greco (05 cv 01228). filed by Taylor Recycling Facility LLC, 2020 Notice of Adoption of M
Answer filed by Berkel &Co. Contractors, Inc., 1862 Declaration in Support of Motion filed by Taylor Recycling Fa
LLC, 1848 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1038 Order, Set Deadlines/Hearing
Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc
Corporation of New York, Tishman Interiors Corporation, 890 Stipulation and Order of Dismissal,, 1124 Notice of
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1614 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1537 Orc

Motion to Appear Pro Hac Vice, 1897 Declaration in Support of Motion,, filed by Evans Environmental &Geologic
Science &Management, LLC., 1626 Response to Discovery filed by Diane Scallo, Andrew Scallo, 2095 Notice of
Appearance filed by Weeks Marine, Inc., 1139 Order,,, 1768 Declaration in Support of Motion, filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1214 Order on Motion to Appear Pro Hac Vice,,,, 1378 Reply Memorandum of Law in Support of Motion,,,,,, filed b
En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre
Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., P
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot
Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Ind
Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo
Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One
Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc.,
Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction C
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Mater
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC., Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Cons
Corp., 1595 Order Admitting Attorney Pro Hac Vice, Terminate Motions,,,,,,,,,,,,, 2079 Order, Set Deadlines/Hearin
1698 Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Me
LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1042 Memorandum of
Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Const
Corp., 1275 Response to Discovery filed by Michael Labetti, 2052 Notice (Other) filed by Gregory J Cannata &Ass
1008 Notice (Other) filed by Plaintiffs Liaison Counsel, 1172 Notice (Other) filed by Plaintiffs Liaison Counsel, 20
of Voluntary Dismissal – Signed, 1333 Stipulation and Order of Dismissal,, 1849 Order,,,, 2040 Notice (Other) filed
Gregory J Cannata &Associates, 1153 Order,,,,,,, 1267 Response to Discovery filed by Donald Carson, 1160 Order,,
Answer to Complaint filed by Seasons Industrial Contracting, 1777 MOTION for Summary Judgment Dismissing C
A1, A2, A3, B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New Yor
Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 2107 FIRST MOTION to Compel
Pursuant to FRCP45. filed by Mount Sinai Medical Center, 1975 MOTION for Summary Judgment for Plaintiffs Ca
Cameron and Steve Cameron. filed by Phillips and Jordan, Inc., 2043 Notice of Voluntary Dismissal – Signed, 1647
MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. filed
En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, S.
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., I
National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., F
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 2100 Notice of Appearance filed by Weeks Marine, Inc., 197
Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1555 Affidavit in Support of Motion f
City of New York, 1965 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1402 Notice (Other), Notice (Other)
Plaintiffs Liaison Counsel, 937 Notice (Other) filed by Plaintiffs Liaison Counsel, 1032 Declaration in Opposition f
Plaintiffs Liaison Counsel, 1808 Certificate of Service Other filed by Phillips and Jordan, Inc., 1920 Affidavit in Su
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 989 Certificate of Counsel filed by marion s. mishkin, 1078 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1424 Notice (Other) filed by Plaintiffs Liaison Counsel, 1660 Notice (Other) filed by

Environmental &Geological Science &Management, LLC., 1347 Request for Production of Documents filed by Fra
Goffredo, Blanca Gutierrez, 1605 Order on Motion to Appear Pro Hac Vice, 2118 Endorsed Letter, 965 USCA Man
2048 Notice (Other) filed by Gregory J Cannata &Associates, 1022 Endorsed Letter, 1641 Endorsed Letter,, 2011 R
Statement filed by Survivair Respirators, Inc., 943 Stipulation and Order,, 1098 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1676 MOTION to Amend/Correct Notice of Motion by The Port Authority of New York and New Jers
Amend it's Master Answer. filed by The Port Authority of New York &New Jersey, 1500 Notice (Other) filed by Pl
Liaison Counsel, 1423 Notice (Other) filed by Plaintiffs Liaison Counsel, 1947 MOTION for Summary Judgment re
Gullo, et al. v. A. Russo Wrecking, et al. (06–cv–10937). filed by Taylor Recycling Facility LLC, 1118 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of
York, Tishman Interiors Corporation, 1015 Reply Memorandum of Law in Support of Motion filed by En–Tech Co
Contracting Corp., 1602 MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. filed by Taylor Recycling Facil
1916 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1901 Notice of Appearance filed by Plaza Constructio
1884 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 10
Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 1316 Response to Discovery filed by Rober
1546 Notice (Other) filed by Plaintiffs Liaison Counsel, 1733 Response to Discovery filed by Frank Goffredo, Blan
Goffredo, 1530 MOTION for Julie Busch to Appear Pro Hac Vice. filed by The Port Authority of New York &New
1036 Notice (Other) filed by Plaintiffs Liaison Counsel, 1133 Notice of Appearance filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1250
Stipulation and Order of Dismissal,, 1412 Order,,, 1407 Notice (Other) filed by Plaintiffs Liaison Counsel, 1126 No
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1527 Endorsed Letter,, 1633 Reply Affirmation in Support of Motion, fi
The City of New York, 1544 Order on Motion to Strike, 1462 Notice (Other) filed by Plaintiffs Liaison Counsel, 11
of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Co
of New York, Tishman Interiors Corporation, 2027 Notice of Adoption of Master Answer filed by Buro Happold Co
Engineers, P.C., 1791 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 17
on Motion to Appear Pro Hac Vice, 1438 Endorsed Letter,, 1695 Declaration in Support of Motion, filed by The Por
Authority of New York &New Jersey, 1109 Notice of Adoption of Master Answer filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1304 R
to Discovery filed by Frank Scallo, 1966 Certificate of Service Other filed by Phillips and Jordan, Inc., 1875 Rule 5
Statement filed by Taylor Recycling Facility LLC, 1487 Declaration in Support of Motion,, filed by Plaintiffs Liaiso
Counsel, 1408 Endorsed Letter,,,, 1937 Memorandum of Law in Support filed by Evans Environmental &Geologica
&Management, LLC., 1371 Order,, 1125 Notice of Adoption of Master Answer filed by Tishman Construction Cor
of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1586 Affidavit of S
Other, filed by Plaintiffs Liaison Counsel, 1582 Notice (Other) filed by Plaintiffs Liaison Counsel, 1077 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of
York, Tishman Interiors Corporation, 1585 Endorsed Letter, 1909 Endorsed Letter, Set Deadlines/Hearings,,,,, 189
Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1524 Dec
in Support of Motion,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kess
&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Asso
R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Co
Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornt
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2090 Notice (Othe
by Plaintiffs Liaison Counsel, 1341 Notice (Other) filed by Plaintiffs Liaison Counsel, 1138 Memorandum &Opini
Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1497 Memorandum of Law in Supp
Motion, filed by Plaintiffs Liaison Counsel, 1282 Response to Discovery filed by Dennis M. O'Connor, 1980 Certifi
Service Other, filed by Phillips and Jordan, Inc., 1600 Stipulation and Order,,,,,,,, 1825 MOTION for Summary Jud
Loughery (06 cv 08609). filed by Taylor Recycling Facility LLC, 926 Notice (Other) filed by Plaintiffs Liaison Cou
1832 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 2036 Notice (Other) filed
Gregory J Cannata &Associates, 1217 Stipulation and Order,,, 1501 Stipulation and Order, Set Motion and
RRDeadlines/Hearings,,,,,,, 1074 Notice (Other) filed by Plaintiffs Liaison Counsel, 1211 Order,,,,, 1668 Notice (O
filed by Plaintiffs Liaison Counsel, 993 Order, 1905 Order,,,, 1898 Declaration in Support of Motion,, filed by Evan
Environmental &Geological Science &Management, LLC., 1270 Response to Discovery filed by Andrew Dunaway
Order on Motion for Reconsideration,, 2017 Notice (Other) filed by Gregory J Cannata &Associates, 920 Stipulation
Order of Dismissal,, 2065 Memo Endorsement, 1979 Rule 56.1 Statement filed by The Port Authority of New York
Jersey, 1778 MOTION for Summary Judgment Memo of Law Greco. filed by Evans Environmental &Geological S
&Management, LLC., 1439 Notice (Other) filed by Plaintiffs Liaison Counsel, 1435 Notice (Other) filed by Plaintiff
Liaison Counsel, 1166 Notice (Other) filed by Samuel Provisero, 1128 Notice of Adoption of Master Answer filed b
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio
Corporation, 950 Order Admitting Attorney Pro Hac Vice, 2071 Response to Discovery filed by Andrea Cavicchio,
Cavicchio, 1508 Notice (Other) filed by Plaintiffs Liaison Counsel, 931 Notice (Other) filed by Plaintiffs Liaison Co
1176 Declaration in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor

Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component
Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons,
Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skans
Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction,
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executi
Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G
Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipme
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1630 Response to Motion filed by Taylor R
Facility LLC, 1491 Order on Motion for Summary Judgment, Order on Motion for Judgment on the Pleadings, 2051
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contracto
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., F
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 1088 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1919 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 925 Notice (Other), Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liai
Counsel, 911 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishi
Construction Corporation of New York, Tishman Interiors Corporation, 1618 MOTION for Maureen C. Pavely to A
Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Com
Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1381 Reply
Memorandum of Law in Support of Motion filed by City of New York, 1288 Memorandum of Law in Opposition,,,
Plaintiffs Liaison Counsel, 1820 MOTION for Summary Judgment re Cameron (06 cv 09273). filed by Taylor Recy
Facility LLC, 2121 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1552
MOTION to Quash Subpoenas. filed by City of New York, 1540 Notice (Other) filed by Plaintiffs Liaison Counsel,
MOTION to Vacate March 3, 2009 Dismissal. filed by Samuel Provisero, 1238 Stipulation and Order of Dismissal,,
Request for Production of Documents filed by Andrea Cavicchio, Nicola Cavicchio, 1802 Rule 56.1 Statement,,,, fil
Phillips and Jordan, Inc., 1368 Stipulation and Order of Dismissal,, 1607 Affirmation filed by Eagle One Roofing
Contractors, Inc., 1744 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1949 Declaration in Support o
filed by Taylor Recycling Facility LLC, 1004 Rule 56.1 Statement filed by Plaintiffs Liaison Counsel, 1536 Order o
to Appear Pro Hac Vice, 984 Notice (Other), Notice (Other) filed by marion s. mishkin, 1262 Notice (Other) filed by
Plaintiffs Liaison Counsel, 1191 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1982 Memorandum
in Support of Motion filed by Phillips and Jordan, Inc., 1766 Memorandum of Law in Support of Motion filed by Pl
Liaison Counsel, Frank Malone, 1310 Response to Discovery filed by Frank Scallo, 1372 Order,,, 1755 Notice (Oth
by Phillips and Jordan, Inc., 1076 MOTION for Anita Weinstein to Appear Pro Hac Vice., 966 Order, Set Motion an
RRDeadlines/Hearings, 1597 Order, Terminate Motions, Add and Terminate Attorneys, 1466 MOTION for Judgme
Pleadings Laron Casey (06cv8890). filed by Tishman Construction Corporation of Manhattan, Tishman Constructio
Corporation of New York, Tishman Interiors Corporation, 1403 Response to Discovery filed by Diane Scallo, Andr
Scallo, 1535 Order on Motion to Appear Pro Hac Vice, 1651 Order, 1671 Notice (Other) filed by Evans Environme
&Geological Science &Management, LLC., 1771 Affidavit in Support of Motion, filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1095 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 955 Notice of Adoption of Master Answer filed by Phillips and Jordan, I

Order, 1709 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1155 Order,, MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs. filed by Gilsanz, Murray, S LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill L Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Cor Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Rol Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Franc Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equip Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofi Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Ru Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1101 Notice of Adoption of M Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1054 Notice of Appearance filed by Verizon New York Inc., 1352 Request for Prod Documents filed by Michael Panarella, Christine Panarella, 1959 Declaration in Support of Motion,,, filed by Gilsan Murray, Steficek, LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, S Owings &Merrill, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler & Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Luc Pitkin, Inc., 2032 Endorsed Letter,, 1557 Notice (Other) filed by Plaintiffs Liaison Counsel, 928 Notice (Other) filed Plaintiffs Liaison Counsel, 1631 Certificate of Service Other filed by Taylor Recycling Facility LLC, 988 Schedulin 1307 Response to Discovery filed by Frank Scallo, 1342 Notice (Other) filed by Plaintiffs Liaison Counsel, 2077 No (Other) filed by Plaintiffs Liaison Counsel, 1612 MOTION to Compel James Carpenter to Appear for Deposition. fi Plaintiffs Liaison Counsel, 1601 Order on Motion to Compel, 945 MOTION for Summary Judgment. filed by En–T Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio Genera Contractors Corp., 1458 Order, 1900 Order Admitting Attorney Pro Hac Vice, 1440 Notice (Other) filed by The Cit York, 1390 Notice of Appearance, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contra Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Industries, Inc., Mo American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Service Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environ Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., Ne Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1974 Certificate of Service Other Phillips and Jordan, Inc., 1988 Declaration in Support of Motion filed by City of New York, 1446 Memorandum of Support of Motion,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Sk Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, I

Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equi
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 1034 Notice (Other) filed by Plaintiffs Liaison Counsel, 905 Stipulation and Order of Dismiss
Certificate of Service Other filed by Taylor Recycling Facility LLC, 1416 Order,,, 1360 Request for Production of
Documents filed by Frank Scallo, 1072 Stipulation and Order of Dismissal,,,, 2054 Order, Set Motion and
RRDeadlines/Hearings, 1809 Affidavit of Service Other filed by Phillips and Jordan, Inc., 1665 Notice (Other) filed
Plaintiffs Liaison Counsel, 1037 USCA Mandate, 2088 Order,, 1599 Notice (Other) filed by Plaintiffs Liaison Coun
Memorandum of Law in Support of Motion, filed by Survivair Respirators, Inc., 1737 Affidavit of Service Other, fil
Plaintiffs Liaison Counsel, 2094 Notice of Appearance filed by Weeks Marine, Inc., 1995 Memorandum of Law in S
of Motion filed by Phillips and Jordan, Inc., 1493 Notice (Other) filed by Plaintiffs Liaison Counsel, 1228 Declarati
Support filed by Mary Jane Striffler, Donald Striffler, 1887 Memorandum of Law in Support of Motion filed by Eva
Environmental &Geological Science &Management, LLC., 1182 Declaration in Support filed by Plaintiffs Liaison (
1967 MOTION for Summary Judgment Dismissing C1 and B3 Plaintiffs' Labor Law, Common Law Negligence, an
General Municipal Law Claims against the Port Authority of New York and New Jersey. filed by The Port Authorit
New York &New Jersey, 1249 Stipulation and Order,,, 1023 Stipulation and Order of Dismissal,, 1680 Declaration
Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Constru
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc.,
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, I
Hoppold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoco
Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledg
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1001 Notice (Other) filed by
Liaison Counsel, 1519 Endorsed Letter,, 1827 Certificate of Service Other, filed by Taylor Recycling Facility LLC,
Notice (Other) filed by Plaintiffs Liaison Counsel, 1051 Case Management Plan, 1388 Notice (Other) filed by Plain
Liaison Counsel, 1056 Protective Order, 1047 Order,,,,, 1730 Notice (Other) filed by Plaintiffs Liaison Counsel, 211
1422 Memo Endorsement, 1312 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1061 N
(Other) filed by Plaintiffs Liaison Counsel, 1173 Endorsed Letter,, 1329 Stipulation and Order of Dismissal, 1984 C
of Service Other, filed by Phillips and Jordan, Inc., 1673 FIRST MOTION for Protective Order Notice of Motion. fi
United States, 1888 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1019 Notice (Other) filed by Plaintiffs Liaison Counsel, 1945 Memorandum of Law in Suppo
by Evans Environmental &Geological Science &Management, LLC., 1498 Notice (Other) filed by Plaintiffs Liaison
Counsel, 1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New York's Admitted Suppression of .
for Six Years. filed by Plaintiffs Liaison Counsel, Frank Malone, 1152 Declaration in Support of Motion, filed by C
New York, 1566 Memorandum of Law in Opposition to Motion filed by Raymond Hauber, 1760 Rule 56.1 Stateme
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 901 Certificate of Service Other, filed by John Montalvo, 1046 Order on Motion to Appear Pro Hac Vi
Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 953 Amended Notice of Appeal, filed b
Plaintiffs, 1005 Affirmation in Opposition,,, filed by Plaintiffs Liaison Counsel, 1379 Reply Memorandum of Law i
of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environn
Inc., Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 970 Reply Memorandu
Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engi
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gol
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1738 Affidavit of Service Other, filed by Plaintiff
Counsel, 1819 Rule 56.1 Statement filed by City of New York, 1950 Memorandum of Law in Support of Motion fil
Taylor Recycling Facility LLC, 1280 Response to Discovery filed by Nicholas Lusuriello, 1619 Response to Discov

by David Nolan, Louise Nolan, 1907 Counter Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel, 1332 Orde
Case Management Plan,,, 1627 Order on Motion to Compel, 1740 Notice (Other) filed by Plaintiffs Liaison Counsel
Notice (Other) filed by Plaintiffs Liaison Counsel, 2080 Order,,, 2009 Memorandum of Law in Support of Motion f
Survivair Respirators, Inc., 1410 Endorsed Letter,, 981 Notice (Other) filed by Plaintiffs Liaison Counsel, 1225 Stip
and Order,,, 1881 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1
Stipulation and Order,,,, 1070 Stipulation and Order of Dismissal,,,, 1551 Order,,, 1511 Order on Motion to Amend/
Order on Motion to Substitute Party,, 1574 Affidavit in Support of Motion filed by City of New York, 1317 Respon
Discovery filed by Robert Suarez, 1563 Affidavit of Service Other filed by Taylor Recycling Facility LLC, 1431 Nc
(Other) filed by Plaintiffs Liaison Counsel, 1863 Declaration in Support of Motion filed by Taylor Recycling Facilit
2026 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1223 Order, 1181
MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison Counsel, 1701 Affirmation in Support of Motion filed l
Michelle Haskett–Godbee, 1291 Response to Discovery filed by Michael Panarella, 1268 Response to Discovery fil
Frank Goffredo, 1369 Order,,, 1962 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs a
The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act. filed by
Authority of New York &New Jersey, 1977 Memorandum of Law in Support of Motion, filed by The Port Authorit
York &New Jersey, 1495 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1871 Rule 56.1 Statement
Taylor Recycling Facility LLC, 1474 Order, 1292 Response to Discovery filed by Michael Panarella, 922 Stipulatio
Order of Dismissal, 1639 Endorsed Letter, Add and Terminate Attorneys,,,, 2085 Memo Endorsement, Add and Te
Attorneys,,,, 1318 Response to Discovery filed by Robert Suarez, 1973 Rule 56.1 Statement, filed by Gilsanz, Murra
Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &
LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway
Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &
Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Ea
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semc
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold
Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E
Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer As
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City
York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Const
Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., L
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental
Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., W
Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C.,
Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Cons
Corp., 1273 Response to Discovery filed by Frank Goffredo, 1662 Declaration in Support of Motion, filed by Plaint
Liaison Counsel, 1483 MOTION to Preclude and for Default against the Defendant City of New York. filed by Plai
Liaison Counsel, 2022 Notice of Adoption of Master Answer filed by Berkel &Co. Contractors, Inc., 1748 MOTION
Summary Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction of New Y
Tishman Interiors Corp.. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporat
New York, Tishman Interiors Corporation, 1806 Certificate of Service Other filed by Phillips and Jordan, Inc., 1795
MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plaintiffs Lia
Counsel, 1391 Affirmation filed by Plaintiffs Liaison Counsel, 2050 Notice of Appeal, filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Coro
Construction Co., Inc., City of New York, Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Con
Corp., 1575 Affidavit in Support of Motion filed by City of New York, 1824 MOTION for Summary Judgment re C
(06 cv 08692). filed by Taylor Recycling Facility LLC, 1221 Memo Endorsement, 916 Memorandum of Law in Opp
to Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., B
Environmental, Inc., 1554 Affidavit in Support of Motion filed by City of New York, 2123 Order,,, 1340 Notice (Ot
by Plaintiffs Liaison Counsel, 2108 Protective Order, 1331 Order,, 2117 Rule 56.1 Statement filed by The Port Auth
New York &New Jersey, 1494 MOTION to Preclude and For Default Against Defendants for Failing to Timely and

Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODU filed by Plaintiffs Liaison Counsel, 1584 Order,,,, 1169 Endorsed Letter,, 977 Order of Dismissal,, 1411 Endorsed L 904 Notice (Other) filed by Plaintiffs Liaison Counsel, 995 Stipulation and Order, Set Motion and RRDeadlines/Hea 1053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1309 Response to Discovery filed by Frank Scallo, 1049 En Letter,, 1058 Notice (Other) filed by Plaintiffs Liaison Counsel, 1377 Notice (Other) filed by Plaintiffs Liaison Cou 1219 Order,,, 1110 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Construction Corporation of New York, Tishman Interiors Corporation, 1195 Declaration in Support filed by Joette DeGiovine, Daniel DeGiovine, 1873 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1405 Response to Discovery filed by Robert Panarella, 1759 Notice (Other) filed by Phillips and Jordan, Inc., 1520 Notice (Other) file Plaintiffs Liaison Counsel, 1892 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 2076 Stipulation and Order,,, 1246 Stipulation and Order of Dismissal,,, 936 Notice (Other) f Plaintiffs Liaison Counsel, 935 Notice (Other) filed by Plaintiffs Liaison Counsel, 1100 Notice of Adoption of Mast Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 899 MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the filed by Plaintiffs Liaison Counsel, 1348 Request for Production of Documents filed by Karen Labetti, Michael Lab Notice (Other) filed by Plaintiffs Liaison Counsel, 1899 Order,,, 1948 Memorandum of Law in Support filed by Ev Environmental &Geological Science &Management, LLC., 1576 Affidavit in Support of Motion, filed by City of N 1089 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor Corporation of New York, Tishman Interiors Corporation, 2082 Notice of Appearance filed by Weeks Marine, Inc., Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Construction Corp., 1856 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1821 MOTION Summary Judgment re Cantore (06 cv 10654). filed by Taylor Recycling Facility LLC, 1722 Notice of Voluntary D – Signed,, 1889 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, 1865 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1290 Response to Discovery filed b Nolan, 1620 Order, Terminate Motions,, 1610 Order,, 1758 Notice (Other) filed by Phillips and Jordan, Inc., 1648 Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point E Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein As Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C 1721 MOTION for George N. Kalamaras to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1 Certificate of Service Other, filed by Phillips and Jordan, Inc., 1236 Notice (Other) filed by Plaintiffs Liaison Couns Order, 1259 Stipulation and Order, 1207 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 13 Notice (Other) filed by Plaintiffs Liaison Counsel, 1349 Request for Production of Documents filed by Nicholas Lu 1099 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor Corporation of New York, Tishman Interiors Corporation, 1548 Order,,, 1726 MOTION for a Voluntary Dismissal the Court Considers Proper Pursuant to FRCP 41 (a) (2). filed by John Dunne, Lynn Taylor, Daniel Taylor, James A 1117 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor Corporation of New York, Tishman Interiors Corporation, 1025 Endorsed Letter, 1336 Affidavit of Service Other fi Plaintiffs Liaison Counsel, 1725 Order on Motion to Appear Pro Hac Vice, 900 MOTION for Reconsideration Plain Memorandum of Law in Support. filed by Plaintiffs Liaison Counsel, 1857 Declaration in Support of Motion filed b Recycling Facility LLC, 1136 Order Admitting Attorney Pro Hac Vice, 1628 Notice (Other) filed by Plaintiffs Liais Counsel, 1393 Stipulation and Order,,, 1140 MOTION for Partial Summary Judgment. filed by AMEC Constructio Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Ev Recycling of Corona, Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 975 U Order, 1253 Order, 1743 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1944 R Statement filed by Evans Environmental &Geological Science &Management, LLC., 1942 Memorandum of Law in filed by Evans Environmental &Geological Science &Management, LLC., 1271 Response to Discovery filed by An

Dunaway, 1356 Request for Production of Documents filed by Diane Scallo, Andrew Scallo, 969 Reply Affirmation
Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering
Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1796 MOTION for Summary Judgment Gipe Affi
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 1579 Declaration in Support, filed
J. Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 1931 Certificate of Serv
Other, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, T
Interiors Corporation, 2122 Order, 1224 Order, 1591 Order, 2047 Notice of Voluntary Dismissal – Signed, 2023 E
Letter,, 1370 Order,,, 1321 Endorsed Letter,,, 1776 MOTION for Summary Judgment re: Greco. filed by Phillips an
Inc., 2116 Notice of Appeal, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cant
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robe
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1562 Amended Answer to Complaints filed by Taylor Recycling Facility LLC, 1108 Notice of Adoption of Master A
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1417 Order,,,,,,,,, 1692 Notice (Other) filed by Plaintiffs Liaison Counsel, 1589 MOTION for
Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deuts
Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1684 Order on Motion to
Amend/Correct,, 1529 MOTION for Zev Raben to Appear Pro Hac Vice. filed by The Port Authority of New York
Jersey, 1735 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1960 Counter Statement to Rule 56.1,, f
Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engine
P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C.,
Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 1729 Certificate of Service Other,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Alb
Stipulation and Order, Set Deadlines/Hearings,, 1180 MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison C
1878 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1757 Notice (C
filed by Phillips and Jordan, Inc., 1533 Notice (Other) filed by Plaintiffs Liaison Counsel, 2037 Transcript, 1330 Ce
of Service Other,, filed by marion s. mishkin, 1106 Notice of Adoption of Master Answer filed by Tishman Construc
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1481 M
to Preclude and for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1561 Affid
Service Other filed by Taylor Recycling Facility LLC, 1123 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1793 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1866 Certificate of Service Other, filed b
Recycling Facility LLC, 1603 Order,,,, 1302 Stipulation and Order of Dismissal,,,,,, 949 Order Admitting Attorney
Vice, 1696 MOTION for Summary Judgment On Behalf of the Structural Engineer Defendants. filed by Gilsanz, Mu
Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell
Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Canto
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, I
Pitkin, Inc., 1243 Stipulation and Order of Dismissal,,, 1367 Stipulation and Order, 1276 Response to Discovery, fil
Thomas M. Flanders, 1158 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1455 Affirmatic
by C.B. Contracting Corp., 1753 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Man
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1936 Rule 56.1 Statement filed by
Environmental &Geological Science &Management, LLC., 944 Order on Motion for Reconsideration, 1296 Respons
Discovery filed by Jason Porcaro, 1764 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc
Response to Discovery filed by Dennis M. O'Connor, 2111 Order,,,, 2091 Order, 1373 Order,, 1751 MOTION for S

Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1167 Endorsed Letter,,, 1284 to Discovery filed by Dennis M. O'Connor, 1134 Notice (Other) filed by Plaintiffs Liaison Counsel, 1624 Order,,, 1 Response to Discovery filed by Dennis M. O'Connor, 1094 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1205 Memorandum of Law in Support of Motion filed by Tishman Construction Corporation of Manhattan, Tishma Construction Corporation of New York, Tishman Interiors Corporation, 1413 Order,,, 1682 Notice (Other) by I Liaison Counsel, 1697 Rule 56.1 Statement,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill L Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engin P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, I Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Siln Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2033 Endorsed Letter,, 1198 Affidavit Service Other filed by Joette DeGiovine, Daniel DeGiovine, 902 Notice of Appearance filed by 22 Non–Resp, Darl Montalvo, John Montalvo, 979 Notice (Other) filed by Plaintiffs Liaison Counsel, 1212 Order, 1021 USCA Mandat Stipulation and Order,,, 1838 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1063 Notice (Oth by Plaintiffs Liaison Counsel, 1543 Order on Motion to Preclude, 1335 Stipulation and Order of Dismissal, 1092 No Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1437 Stipulation and Order of Dismissal,,, 1834 Memorandum of Law in of Motion filed by Taylor Recycling Facility LMB, 1467 Notice of Appearance filed by Bovis Lend Lease LMB, Inc Pre–Conference Statement filed by Samuel Provisero, 1258 Stipulation and Order,,,,,, 1769 MOTION for Summary Judgment re: Casey. filed by Phillips and Jordan, Inc., 1192 Affidavit of Service Other filed by John Raehse, Paula I 1003 Affirmation, filed by Plaintiffs Liaison Counsel, 2061 Memorandum of Law in Opposition to Motion,,,, filed b Port Authority of New York &New Jersey, 1327 Notice (Other) filed by Plaintiffs Liaison Counsel, 1013 Notice (O filed by Plaintiffs Liaison Counsel, 1359 Request for Production of Documents filed by Robert Suarez, 1674 Order,, Response to Discovery filed by Michael Labetti, 1617 MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. fi Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, Deutsche Bar Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 933 Reply Affirmation in Support, fi Plaintiffs Liaison Counsel, 1251 Stipulation and Order,,, 1772 MOTION for Summary Judgment Notice of Motion C filed by Evans Environmental &Geological Science &Management, LLC., 1027 Notice (Other), Notice (Other), Not (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Oth Notice (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departn Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting Corp., Laquila Construction, Inc., Diversified Carting, In Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C Notice (Other) filed by Plaintiffs Liaison Counsel, 1594 Rule 7.1 Corporate Disclosure Statement filed by American Building Maintenance Industries, Inc., 1742 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counse Endorsed Letter, 1817 Memorandum of Law in Support of Motion filed by City of New York, 1082 Notice of Adop Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Nev Tishman Interiors Corporation, 1040 MOTION for Madro Bandaries to Appear Pro Hac Vice. filed by Phillips and J Inc., Phillips and Jordan, 1912 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 972 Notice (Other), N (Other) filed by marion s. mishkin, 2074 Supplemental ROA Sent to USCA – Index,, 1073 Stipulation and Order of Dismissal,,,, 906 Notice (Other) filed by Plaintiffs Liaison Counsel, 1864 Declaration in Support of Motion filed by Recycling Facility LLC, 1079 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1946 Rule 56.1 Statem by Evans Environmental &Geological Science &Management, LLC., 2014 MOTION for Christopher Quinn to App Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., 2003 Affidavit in Support, filed Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Ski

Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C.,
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laqu
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., _1997
MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New Yo
New Jersey pursuant to the New York State Defense Emergency Act. filed by The Port Authority of New York &N&
Jersey, _2049 MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short No
Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MO
Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Fili
39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice I
Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to
Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $
filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray S
LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construc
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., I
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., _2075 Order, _1024 Order
Notice (Other) filed by Plaintiffs Liaison Counsel, _1231 Order, _1177 Rule 56.1 Statement, filed by En–Tech Corp.,
Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dak
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Co
Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C
Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Wel
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental M
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, I
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., _1454 Notice
filed by Plaintiffs Liaison Counsel, _1492 Notice (Other) filed by Plaintiffs Liaison Counsel, _1880 Rule 56.1 Stateme
by Evans Environmental &Geological Science &Management, LLC., _2001 Order to Show Cause,,, _939 Endorsed Le
_1209 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpora

New York, Tishman Interiors Corporation, 1691 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel,, Affidavit of Service Other,,, filed by Plaintiffs Liaison Counsel, 1374 Notice (Other) filed by Plaintiffs Liaison Cou 1366 Stipulation and Order, 2044 Affidavit filed by Gregory J Cannata &Associates, 893 Stipulation and Order of Dismissal,,,, 1577 Order, Set Deadlines/Hearings, 1528 Notice (Other) filed by Plaintiffs Liaison Counsel, 1233 Stip and Order,,, 1886 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1550 Order,,, 1681 Endorsed Letter,,, 1923 Certificate of Service Other,,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1444 MOTION for Summary Judgment Dismissing Defendants Not Named in Core Discovery. filed by En–Tech C DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, In Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, I &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Assoc R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lu Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2060 Memorandum of L Opposition filed by Gregory J Cannata &Associates, 1694 Memorandum of Law in Support of Motion, filed by The Authority of New York &New Jersey, 1879 Rule 56.1 Statement filed by Evans Environmental &Geological Scienc &Management, LLC., 2025 Notice of Adoption of Master Answer filed by Buro Happold Consulting Engineers, P.C Stipulation and Order of Dismissal,,, 1951 Declaration in Support, filed by Evans Environmental &Geological Scien &Management, LLC., 1002 Notice (Other) filed by Plaintiffs Liaison Counsel, 1355 Request for Production of Doc filed by Jason Porcaro, 2004 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constru Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incor Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contrac Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Constr Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakot Demo–Tech, Inc., Evans Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzoc Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Componen Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Li Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Roy Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turn A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquil Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Franci Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportat Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., A Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1090 Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of

York, Tishman Interiors Corporation, 1622 Order,,, 912 Notice (Other) filed by Plaintiffs Liaison Counsel, 1924 MOTION for Summary Judgment re:Scott Malkoff and Irina Malkoff on behalf of Tishman Construction Corporation of Man[hattan] Tishman Construction Corporation of New York and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1295 R[esponse] to Discovery filed by Jason Porcaro, 1787 Certificate of Service Other,, filed by Tishman Construction Corporation [of] Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1451 Notice (Other) fi[led by] Plaintiffs Liaison Counsel, 1929 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis[hman] Construction Corporation of New York, Tishman Interiors Corporation, 1996 Certificate of Service Other filed by P[...] and Jordan, Inc., 1260 Notice of Appearance filed by Mark Gajewski, 1993 MOTION for Summary Judgment for P[...] Christopher Castro. filed by Phillips and Jordan, Inc., 1943 Declaration in Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1910 Stipulation and Order,,, 1350 Request for Production of Documen[ts] by David Nolan, Louise Nolan, 1450 Notice (Other) filed by Plaintiffs Liaison Counsel, 1831 MOTION for Summa[ry] Judgment re Castro (06 cv 07287). filed by Taylor Recycling Facility LLC, 1773 Memorandum of Law in Support o[f] filed by Phillips and Jordan, Inc., 1385 Notice (Other) filed by Plaintiffs Liaison Counsel, 1930 MOTION for Summ[ary] Judgment re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937 06CV11710, 06CV11814, 06CV12743. filed by Survivair Respirators, Inc., 1114 Notice of Adoption of Master Ans[wer] by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte[riors] Corporation, 1194 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 1970 Declaration[ in] Support of Motion, filed by The Port Authority of New York &New Jersey, 2106 Stipulation and Order, 2021 Rule [...] Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., 1489 Stipulation and Order of Dismissal, 12[...] Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc[tion] Corporation of New York, Tishman Interiors Corporation, 1534 Notice (Other) filed by Plaintiffs Liaison Counsel, [...] Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings, 962 Stipulation and Order of Dismissal,,, 14[...] MOTION to Amend/Correct Caption. MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul [...] his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. filed by Raymond Hauber, [...] Affidavit in Support of Motion, filed by Survivair Respirators, Inc., 1564 Affirmation filed by Robert L. Gerosa, Inc[...] Notice (Other) filed by Plaintiffs Liaison Counsel, 1935 Affidavit of Service Other filed by Survivair Respirators, In[...] Notice (Other) filed by Plaintiffs Liaison Counsel, 2068 Notice (Other) filed by Plaintiffs Liaison Counsel, 1468 [...] Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1891 Affidavit in Support of Motion filed b[y] Environmental &Geological Science &Management, LLC., 1941 Rule 56.1 Statement filed by Evans Environmenta[l] &Geological Science &Management, LLC., 1583 Reply Memorandum of Law in Support of Motion filed by City o[f New] York, 1395 Order, 1159 Endorsed Letter, 1645 Declaration in Support of Motion, filed by Plaintiffs Liaison Counse[l] Reply Memorandum of Law in Support, filed by Plaintiffs Liaison Counsel, 985 Endorsed Letter,, 1531 Order, 1218 [...] Stipulation and Order of Dismissal, 1833 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac[ility] LLC, 917 Declaration in Opposition to Motion,, filed by Bechtel Associates Professional Corporation, Bechtel Corp[...] Bechtel Construction, Inc., Bechtel Environmental, Inc., 1706 Affidavit in Support of Motion, filed by Gilsanz, Mur[...] Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &[...] LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constru[...] Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, [...] Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme[ntal] Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Co[rp] Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, [...] Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To[...] Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a[nd] Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan[y] Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As[sociates] Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin[g] Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoc[...] Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thor[nton] Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, [...] Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental [...] Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme[ntal] LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo[...] Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci[...] Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, [...] Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2058 Affidavit in Oppos[ition] filed by Gregory J Cannata &Associates, 997 Endorsed Letter, 1050 Order,,,, 994 Notice (Other) filed by Plaintiffs [Liaison] Counsel, 1420 Affirmation filed by Plaintiffs Liaison Counsel, 1269 Response to Discovery filed by Andrew Dunav[...] Endorsed Letter, 1208 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan, [...] Construction Corporation of New York, Tishman Interiors Corporation, 1097 Notice of Adoption of Master Answer [...] Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio[rs] Corporation, 951 Stipulation and Order of Dismissal,, 1914 Endorsed Letter, Set Deadlines/Hearings,,,,,, 967 Endor[sed] Letter, 1414 Order,,, 1707 MOTION For Lone Pine Order Notice of Motion by The Port Authority of New York an[d]

Jersey For Lone Pine Order. filed by The Port Authority of New York &New Jersey, 1915 Reply Memorandum of L
Support of Motion filed by Michelle Haskett–Godbee, 1927 Affidavit in Support of Motion, filed by Tishman Cons
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1084 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1299 Response
Discovery filed by Andrew Scallo, 1657 Order,,, 1093 Notice of Adoption of Master Answer filed by Tishman Cons
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 892 No
(Other) filed by Plaintiffs Liaison Counsel, 1710 Endorsed Letter, 1750 MOTION for Summary Judgment on behalf
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Int
Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Y
Tishman Interiors Corporation, 1734 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1421 Notice (O
filed by Plaintiffs Liaison Counsel, 980 Notice (Other) filed by Plaintiffs Liaison Counsel, 954 Notice (Other) filed
Plaintiffs Liaison Counsel, 976 Endorsed Letter,,, 1532 MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Hac
filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, 1623 Ord
Motion to Appear Pro Hac Vice,,, 2067 Notice (Other) filed by Plaintiffs Liaison Counsel, 1257 Order,,,, 1006 Noti
(Other) filed by Plaintiffs Liaison Counsel, 978 Stipulation and Order of Dismissal,, 1086 Notice of Adoption of Ma
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1469 Declaration in Support of Motion,, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1717 Notice (Other) fi
Plaintiffs Liaison Counsel, 1643 MOTION for Joseph A. Clark to Appear Pro Hac Vice. filed by Deutsche Bank Tr
Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1
Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LL
MOTION for Summary Judgment for Plaintiff Fernando Grimaldi. filed by Phillips and Jordan, Inc., 1592 Order,,,
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1762 MOTION
Summary Judgment re Cantore. filed by Phillips and Jordan, Inc., 1490 Stipulation and Order,,, 1593 Order,,, 1724
for Patricia I. Jorge to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1672 FIRST MOTION
Protective Order Based on Privacy Act. filed by United States, 1638 Memorandum of Law in Opposition filed by Ra
Hauber, 1990 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1234 Consent, filed by
Curti, 1850 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1065 Order on Mo 1689 Order on Mo
Appear Pro Hac Vice,, 1190 Declaration in Support of Motion, filed by John Raehse, Paula Raehse, 1957 Certificate
Service Other filed by Taylor Recycling Facility LLC, 1252 Stipulation and Order of Dismissal, 1081 Notice of Ado
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1149 MOTION for Partial Summary Judgment. filed by City of New York, 934 Stip
and Order of Dismissal, 1659 Notice (Other) filed by Evans Environmental &Geological Science &Management, LL
Memorandum of Law in Support of Motion,, filed by The Port Authority of New York &New Jersey, 1030 Notice (
filed by Plaintiffs Liaison Counsel, 1761 Certificate of Service Other,, filed by Tishman Construction Corporation o
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1188 MOTION to Vac
Order,,. filed by John Raehse, Paula Raehse, 1512 Notice (Other) filed by Plaintiffs Liaison Counsel, 1545 MOTIO
Quash Subpoenas. filed by City of New York, 1716 Notice (Other) filed by Plaintiffs Liaison Counsel, 1281 Respon
Discovery filed by Nicholas Lusuriello, 1578 MOTION to Compel Witnesses to appear for deposition. filed by John
Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 2110 Declaration in Suppo
Motion, filed by Mount Sinai Medical Center, 1375 Notice (Other) filed by Plaintiffs Liaison Counsel, 1328 Stipula
Order of Dismissal, 998 Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT
Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Canron Constru
Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associ
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Mu
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Ren
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1394 Notice (Other) filed by Pla
Liaison Counsel, 1581 Notice (Other) filed by Plaintiffs Liaison Counsel, 1129 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte

Corporation, 1392 Notice (Other) filed by Plaintiffs Liaison Counsel, 1635 Reply Memorandum of Law in Oppisition to Motion, filed by Raymond Hauber, 1609 Affirmation filed by City of New York, 1747 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1189 Memorandum of Law in Support of Motion filed by John Raehse, Paula Raehse, 1688 Affirmation filed by Semcor Equipment and Manufacturing Corporation, 1199 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGiovine, 1621 Order,,, 1434 Notice (Other) filed by Plaintiffs Liaison Counsel, 1482 MOTION to Preclude and for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel, 2000 Rule 56.1 Statement filed by The Port Authority of New York &New Jersey, 1572 MOTION to Quash Subpoenas to NYPD Medical Board Doctors. filed by City of New York, 1365 Reply Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2013 Notice (Other) filed by Gregory J Cannata &Associates, 1320 Endorsed Letter,, 1031 Notice (Other) filed by Plaintiffs Liaison Counsel, 2055 Affirmation in Opposition to Motion,,, filed by Michelle Haskett–Godbee, 1939 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1055 Notice (Other) filed by Plaintiffs Liaison Counsel, 2005 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cantor Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Roda Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Construction Corp., Mazzochi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corp., Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Liberty Mutual Fire, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzochi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood, Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nacirema Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., Mazzochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Material, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2031 Order on Motion to Appear Pro Hac Vice, 2081 Notice of Appearance filed by Verizon New York Inc., 1976 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1882 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 991 Order on Motion for Summary Judgment, 1926 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 957 Certificate of Counsel filed by marion s. mishkin, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 1091 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1301 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1045 Stipulation and Order of Dismissal,, 1132 Stipulation and Order of Dismissal,,,,,, 1918 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1163 Notice (Other) filed by Samuel Provisero, 1693 MOTION for Summary Judgment Notice of Motion for Summary Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York Unconsolidated Laws ? 7107. filed by The Port Authority of New York &New Jersey, 1196 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 1485 MOTION to Preclude and for Default against Defendant City of New York. filed by Plaintiffs Liaison Counsel, 968 Reply,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1277 Response to Discovery, filed by Thomas M. Flanders, 1071 Stipulation and Order of Dismissal,,,, 1471 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1675 Notice (Other) filed by Plaintiffs Liaison Counsel, 1303 Stipulation and Order,,, Reply Memorandum of Law in Support of Motion filed by Tully Environmental Inc., Evergreen Recycling of Corona, Rule 56.1 Statement filed by Survivair Respirators, Inc., 1226 Stipulation and Order of Dismissal,,, 1715 Endorsed Letter

1711 Protective Order, Add and Terminate Attorneys, 1161 Endorsed Letter,, 1075 Stipulation and Order of Dismiss 1112 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con Corporation of New York, Tishman Interiors Corporation, 996 Stipulation and Order of Dismissal, 1902 Memorand Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1033 Memorandum of Law in Opposition filed by Liaison Counsel, 918 Stipulation and Order,, 1837 Memorandum of Law in Support of Motion filed by Taylor Recy Facility LLC, 1087 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1756 Memorandum of Law in Sup Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1741 Notice (Other) filed by Plaintiffs Liaison Counsel, 1104 Notice of Adoption of Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claim Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second A Master Complaint Against Bechtel Defendan filed by Plaintiffs Liaison Counsel, 1754 Affidavit in Support of Motic by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1859 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1570 Notice (Other) fi Plaintiffs Liaison Counsel, 1241 Stipulation and Order of Dismissal,, 1542 Order on Motion to Preclude, 1154 Decl Support of Motion,,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur Construction Company, Plaza Construction Corp., 1121 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1017 Reply Affirmation in Support of Motion, filed by En–Tech Corp., C.B. Contracting Corp., 1654 Order on Mot Miscellaneous Relief, 1463 MOTION for Judgment on the Pleadings Richard Calderon 06cv10267. filed by Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 938 Notice (Other) filed by Plaintiffs Liaison Counsel, 1569 Notice (Other) filed by Plaintiffs Liaison Counsel, 154 1419 Endorsed Letter, 2112 Notice (Other) filed by Plaintiffs Liaison Counsel, 1229 Notice (Other) filed by Plaintif Liaison Counsel, 1507 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1111 Notice Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1397 Order, 1242 Endorsed Letter,,, 1120 Notice of Adoption of Master filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1151 Memorandum of Law in Support of Motion filed by City of New York, 1425 Notice (O by Plaintiffs Liaison Counsel, 1885 Declaration in Support of Motion,, filed by The Port Authority of New York &N Jersey, 1339 Notice (Other) filed by Plaintiffs Liaison Counsel, 947 Memorandum of Law in Support of Motion, fil En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofr General Contractors Corp., 1703 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1256 Stipulation and Orde MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche B Company Americas, DB Private Clients Company, DBAB Wall Street LLC, 1904 Affirmation in Opposition, file Plaintiffs Liaison Counsel, 1432 Notice (Other) filed by Plaintiffs Liaison Counsel, 1510 Endorsed Letter,, 1678 De in Support of Motion, filed by The Port Authority of New York &New Jersey, 1968 Rule 56.1 Statement, filed by G Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore O &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Con Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzocchi Wrecking, Ewell W. Finl Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien &Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corp., Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Eng P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Brak Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, L – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, C Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gro Breeze Carting Corp., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Eq Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada Ge Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Materia Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow

Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully C
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1064 Notice (Other) filed by Plaintiffs Liaison Counsel, 982 Notice (Other) filed by Plaintiffs Liaison Counsel, 1436
(Other) filed by Plaintiffs Liaison Counsel, 1868 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1779
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 1178 Memorandum of Law in Support of M
filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contra
Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., At
Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema In
Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental N
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthor
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking
&Construction Corp., 2062 Affirmation in Opposition to Motion,,, filed by marion s. mishkin, 2038 MOTION to St
Modify and Issues for April 12, 2010 Fairness Hearing. (Filing Fee $ 39.00.) filed by Michelle Haskett–Godbee, 19
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1289 Respons
Discovery filed by David Nolan, 1278 Response to Discovery, filed by Thomas M. Flanders, 1113 Notice of Adopti
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New
Tishman Interiors Corporation, 2045 Order,, 1096 Notice of Adoption of Master Answer filed by Tishman Construc
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1686
Stipulation and Order of Dismissal,, 2053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1961 Notice (Other) fil
Phillips and Jordan, Inc., 2012 Affidavit of Service Other filed by Survivair Respirators, Inc., 921 Stipulation and O
Dismissal,, 1448 Stipulation and Order of Dismissal,, 1171 Endorsed Letter,, 1727 Memorandum of Law in Support
Motion filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1518 Notice (Other) filed by Plaintiffs Lia
Counsel, 1028 Notice (Other) filed by Plaintiffs Liaison Counsel, 1964 Memorandum of Law in Support of Motion
Phillips and Jordan, Inc., 1989 Rule 56.1 Statement filed by City of New York, 1020 Notice (Other) filed by Plainti
Liaison Counsel, 1346 Request for Production of Documents filed by Thomas M. Flanders, 1254 Stipulation and Or
1969 MOTION for Summary Judgment for Plaintiff Jeffrey and Diane Loughery. filed by Phillips and Jordan, Inc.,
Affirmation in Support of Motion filed by Michelle Haskett–Godbee, 1026 Notice (Other), Notice (Other), Notice (
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notic
(Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co
Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporate
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departn
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 232 Memorandum of Law in Support
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.,
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad

Case: 21-1652 Document: 4-1 Page: 165 07/26/2012 664963 1805
Case 1:21-mc-00100-AKH Document 1-1 Filed 07/26/2012 Page 165 of 1805
As of 07/26/2012 12:16:04 PM EDT 165 of 1805

Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 68 Order,,, 260 Order,, 288 Waiver of Service Exec
filed by Plaintiffs Liaison Counsel,, 438 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 414
310 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 82 Order,,,, 404 MOTION to Dismiss. filed by
Construction Company,, Turner/Plaza, A Joint Venture,, 132 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 382 Endorsed Letter,,, 226 Answer to Complaint filed by World Trade Center Properties LLC,,
Answer to Complaint filed by City of New York,, 486 Order on Motion for Summary Judgment,,, 387 MOTION for
Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, W
WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 528 Endorsed Letter,, 376 Endorsed Letter,,,
Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript,, 175 Answer to Complaint filed by Plaza Con
Corp.,, 445 Notice of Appearance filed by John Montalvo,, marion s. mishkin,, 230 Answer to Complaint filed by B
Lend Lease, Inc.,, and Tully Construction Co., Inc.,,, 420 Endorsed Letter,, 509 Master Allegations filed by Plaintiffs
Counsel,, 545 Notice of Appeal,, filed by Turner Construction Company,, Bechtel Corporation,, the Port Authority
York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction
Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L
Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 384
Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
74 Stipulation and Order,, 76 Endorsed Letter,, 355 Order, Add and Terminate Attorneys,,, 396 Affidavit in Support
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 314 Order,, 375 Notice of Voluntary Dismissal – Si
204 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 449 Affidavit in Opposition to Mo
by Michael Chambers,, 46 Affidavit of Service Other,, 344 Opposition Brief filed by Bovis Lend Lease LMB, Inc.,,,
Endorsed Letter,, 107 Answer to Complaint filed by City of New York,, 300 Waiver of Service Executed, filed by P
Liaison Counsel,, 417 Endorsed Letter,, 482 Order,,, 327 Notice of Appearance filed by Wolkow Braker Roofing
Corporation,, 113 Answer to Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure State
filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 108 R
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 378 CROSS MOTION to Remand to State Cour
by Battery Park City Authority,, 254 Order on Motion to Appear Pro Hac Vice,, 332 Notice (Other) filed by Plaintiff
Counsel,, 303 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 Notice of Ap
filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavit in Oppositio
Motion, filed by Charles Dalton,, 57 Order,, 388 MOTION for Judgment on the Pleadings Based on State Statutory
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, 213 Answer to Complaint filed by Plaza Construction Corp.,, 259 Ord
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 534 Memorandum &Opinion,,,, 33 Ord
524 Notice (Other) filed by Plaintiffs Liaison Counsel,, 494 Reply Memorandum of Law in Support of Motion, filed
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 83 Case Management Plan,,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac Vice on behalf of P
Liaison Counsel. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza Construction Corp.,,,
Endorsed Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,, 342 Opposition Brief file
City of New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Bros. Iron Works Co.,, 79 Order
Deadlines,,,,, 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 234 MOTION for Jo
Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Company,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Company,, 323 Rule 7.1
Corporate Disclosure Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Support of Motion, f
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Con

Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmen
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 49
56.1 Statement filed by City of New York,, 290 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 12
Answer to Complaint filed by Plaza Construction Corp.,, 264 Declaration, filed by Phillips and Jordan,, 461 Notice
filed by Plaintiffs Liaison Counsel,, 283 Reply Memorandum of Law in Support of Motion, filed by Plaintiffs Liaiso
Counsel,, 208 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 365 Order,, 351 Order, 1
Answer to Complaint filed by Plaza Construction Corp.,, 412 Order,,,,, 159 Answer to Complaint filed by Plaza Con
Corp.,, 121 Answer to Complaint filed by Plaza Construction Corp.,, 489 Endorsed Letter,, 380 Endorsed Letter,, 40
Affidavit of Service Other,, 406 Endorsed Letter,, 50 MOTION for Summary Judgment. filed by City of New York,,
Answer to Complaint filed by Plaza Construction Corp.,, 280 Subpoena Issued, filed by Defendants,, 473 Rule 7.1 C
Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bech
Associates Professiona;l Corporation,, Bechtel,, 42 Affidavit of Service Other,, 255 Notice (Other), Notice (Other) fi
City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction Company
Notice (Other) filed by Plaintiffs Liaison Counsel,, 348 Endorsed Letter,, 464 Reply, filed by City of New York,, Tu
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovi
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 390 Rule 56.1 Statement, filed by City of New York,, Turner Construction Con
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 87 Notice (O
Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WT
Holding LLC,, 32 Order,,,,, 537 Endorsed Letter,, 496 Reply Memorandum of Law in Support of Motion, filed by S
Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Hol
L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,,
Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Prop
Inc.,,,, 267 Case Management Plan,,,,, 195 Answer to Complaint filed by Plaza Construction Corp.,, 298 Waiver of S
Executed, filed by Plaintiffs Liaison Counsel,, 133 Answer to Complaint filed by Plaza Construction Corp.,, 316 Or
Answer to Complaint filed by Plaza Construction Corp.,, 154 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 143 Answer to Complaint filed by Plaza Construction Corp.,, 101 Answer to Complaint filed b
New York,, 322 Rule 7.1 Corporate Disclosure Statement filed by Verizon New York Inc.,, 220 Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,, 325 Order,, 176 Rule 7.1 Corporate Disclosure Statement f
Plaza Construction Corp.,, 457 Protective Order,, 217 Answer to Complaint filed by Plaza Construction Corp.,, 321
Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, 400 Rule 56.1 Statement, filed by The Port A
of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silvers
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT
L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC
Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holding
Silverstein Properties, Inc.,,,, 379 Memorandum of Law in Opposition to Motion, filed by Battery Park City Authorit
Order,, 139 Answer to Complaint filed by Plaza Construction Corp.,, 70 MOTION to Dismiss. filed by The Port Au
New York &New Jersey,, World Trade Center Properties LLC,, 275 Declaration in Opposition to Motion, filed by
Defendants,, 539 Order, 239 Answer to Complaint filed by City of New York,, 488 Declaration, filed by City of Ne
Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,,
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 161 Answer to Complaint filed by Plaza Construction Corp.,, 293 Waiver of Se
Executed, filed by Plaintiffs Liaison Counsel,, 291 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,
Endorsed Letter,, 199 Waiver of Service Executed, filed by Plaza Construction Corp.,,, 299 Waiver of Service Executed, fil
Plaintiffs Liaison Counsel,, 206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 405 En
Letter,, 118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 137 Answer to Complaint
Plaza Construction Corp.,, 84 Declaration,, 198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constructio
469 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, Th
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen

Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,
Order,, 114 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 243 Order,,,, 532 Order,, 4
Notice of Change of Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, T
Construction Co., Inc.,, LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bovis Lend Lease, Inc. and Tully Construction Co., Inc.,, Bechtel Construction
Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint V
Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,, Parson Group, Inc.,, SKIDMOR
OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolk
Braker Roofing Corporation,, 103 Answer to Complaint filed by City of New York,, 530 Endorsed Letter, Set
Deadlines/Hearings,,, 311 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 169 Answer to Complai
by Plaza Construction Corp.,, 277 Order,, 52 Response,, 253 Order,, 333 Notice (Other) filed by Plaintiffs Liaison Co
436 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 93 Remark filed by Nomura Holding A
Inc.,, 110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 142 Rule 7.1 Corporate Disc
Statement filed by Plaza Construction Corp.,, 231 MOTION seeking an order deeming cross–claims for contributio
indemnity as amongst all co–defendants to have been made and denied.. (Filing Fee $ 39.00.) filed by The Port Aut
New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstei
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT
L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC
Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holding
Silverstein Properties, Inc.,,,, 216 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 135 A
Complaint filed by Plaza Construction Corp.,, 183 Answer to Complaint filed by Plaza Construction Corp.,, 508 Ma
Allegations filed by Plaintiffs Liaison Counsel,, 306 Waiver of Service Executed, filed by Plaintiffs Liaison Counse
Order, Set Hearings,,, 460 Counter Statement to Rule 56.1, filed by City of New York,, Turner Construction Co.,, T
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 352 Order, Add and Terminate Attorneys,, 36 Order of Dismissal,, 493 Reply
Memorandum of Law in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidat
Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidate
Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co
Inc.,, Consolidated Edison Development, Inc.,, 533 Order,, 190 Rule 7.1 Corporate Disclosure Statement filed by Pl
Construction Corp.,, 369 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman
Construction Corporation of Manhattan,, 304 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 128
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 71 Memorandum of Law in Support of Motion f
The Port Authority of New York &New Jersey,, World Trade Center Properties LLC,, 523 Notice (Other) filed by P
Liaison Counsel,, 109 Answer to Complaint filed by Plaza Construction Corp.,, 419 Affirmation in Opposition to M
filed by Michael Chambers,, 309 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 446 Notice of Ch
Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co
LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis
Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend
Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bov
Lease, Inc. and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mu
Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC
KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, 256 Notice
filed by Tully Construction Co., Inc.,, 409 CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jo
Order,,, 269 Protective Order,, 106 Answer to Complaint filed by City of New York,, 212 Rule 7.1 Corporate Disclo
Statement filed by Plaza Construction Corp.,, 178 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 102 Answer to Complaint filed by City of New York,, 452 Stipulation and Order,, 30 Notice (Other) filed by
Patrick Ryan,, Charles Markey,, 229 Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,, 413
Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,, 318 Order, Set Deadlines/Hearings,,,,,,,,, 392 MOTION
Summary Judgment Based on Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port

Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen[ter]
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent[er]
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o[f]
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 [WTC]
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding[s]
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Auth[ority]
New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties [LLC,]
Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World [Trade]
Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Je[rsey,]
World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,
Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC
Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,, 235 Order on [Motion to]
Appear Pro Hac Vice.,_487_ Order,,,,_179_ Answer to Complaint filed by Plaza Construction Corp.,,_221_ Answer to Co[mplaint]
filed by Plaza Construction Corp.,,_454_ Declaration in Support, filed by Tishman Construction Corporation of New [York,,]
Tishman Construction Corporation of Manhattan,,_522_ Notice (Other) filed by Plaintiffs Liaison Counsel,,_165_ Answ[er to]
Complaint filed by Plaza Construction Corp.,,_266_ Endorsed Letter,,_484_ Order on Motion for Leave to Appear,,_37[?]
of Appearance filed by Verizon Communications Inc.,,_367_ Rule 7.1 Corporate Disclosure Statement filed by Tishm[an]
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,,_124_ Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,,_490_ Endorsed Letter,,_56_ Order,,,,,_281_ Order,,_292_ Waiver [of]
Service Executed, filed by Plaintiffs Liaison Counsel,,_138_ Answer to Complaint filed by Plaza Construction Corp.,,
Reply Memorandum of Law, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Pro[perties,]
Inc.,, Bovis Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 [World]
Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillip[?]
Jordan,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein [WTC]
Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.[,, 4 WTC]
Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, Turner/Plaza, A Joint Venture,,_483_ Orde[r,,]
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_85_ Case Management Plan,,,_257_ Endorsed Letter,[,]
Opposition Brief, filed by Plaintiffs Liaison Counsel,,_301_ Waiver of Service Executed filed by Plaintiffs Liaison C[ounsel,,]
_173_ Answer to Complaint filed by Plaza Construction Corp.,,_182_ Rule 7.1 Corporate Disclosure Statement filed by [Plaza]
Construction Corp.,,_397_ Memorandum of Law in Support of Motion, filed by The Port Authority of New York &N[ew]
Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,,_470_ R[eply]
Memorandum of Law, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Con[struction]
Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza
Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I[nc.,,]
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,,_43[?]
of Service Other,_295_ Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_89_ Order,,,_349_ Endorsed Le[tter,,]
Declaration in Support, filed by City of New York,,_155_ Answer to Complaint filed by Plaza Construction Corp.,,_58[?]
Transcript,_45_ Affidavit of Service Other,_289_ Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_458[?]
Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Ho[ldings]
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I[ndustries,]
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp[oration,,]
Bechtel,,_383_ MOTION to Dismiss. filed by City of New York,, Turner Construction Company,, Bechtel Corporatio[n,,]
Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, [Inc.,,]
Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Pla[za]
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I[nc.,,]
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,,_62[?]
_541_ FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by Plaintiffs Liaison C[ounsel,,]
_519_ Order,,_328_ Notice of Appearance filed by Zeckendorf Realty, L.P.,,_278_ Remark,,_538_ Endorsed Letter, Set
Deadlines/Hearings,,,,,,_73_ Order,,,_116_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,,
Notice of Appearance filed by Nomura Holding America, Inc.,,,_271_ MOTION to Compel Discovery and for Sanctio[ns for]
Failure to Comply. filed by Plaintiffs Liaison Counsel,,_160_ Rule 7.1 Corporate Disclosure Statement filed by Plaza
Construction Corp.,,_462_ Reply Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,,, W[estfield]
WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,,_270_ Order,,,,,_393_ Certificate of Service Othe[r, filed]
by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis L[end]
Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov[is]
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co[rp.,,]
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner

Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 223 Answer to Complaint filed by Pl
Construction Corp.,, 261 Endorsed Letter,, 345 Opposition Brief filed by City of New York,, 64 Transcript,, 366 Noti
Appearance filed by The Bank of New York Company, Inc.,, The Bank of New York,, One Wall Street Holdings LL
Wall Street Corporation,, The Bank of New York Trust Company,, 285 Waiver of Service Executed, filed by Plainti
Liaison Counsel,, 502 Order,, 529 Notice of Appearance filed by Nomura Holding America, Inc.,, 500 Stipulation an
of Dismissal,,, 228 Rule 7.1 Corporate Disclosure Statement filed by Tully Construction Co., Inc.,, 546 Notice of
Appearance filed by Musco Sports Lighting, LLC,, 222 Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor
Corp.,, 215 Answer to Complaint filed by Plaza Construction Corp.,, 346 Opposition Brief filed by City of New Yor
Master Allegations filed by Plaintiffs Liaison Counsel,, 98 Order,,, 120 Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, 189 Answer to Complaint filed by Plaza Construction Corp.,, 202 Rule 7.1 Corporate Dis
Statement filed by Plaza Construction Corp.,, 372 Notice of Appearance filed by Verizon Communications Inc.,, 23
Affirmation in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison
Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso
Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co
Inc.,, Consolidated Edison Development, Inc.,, 105 Answer to Complaint filed by City of New York,, 185 Answer t
Complaint filed by Plaza Construction Corp.,, 480 Endorsed Letter,, 531 Order,, 99 Order Admitting Attorney Pro
Vice,, 111 Answer to Complaint filed by Plaza Construction Corp.,, 354 Order, Add and Terminate Attorneys,,, 471
Declaration in Support of Motion, filed by City of New York,, Turner Construction Co.,, Turner Construction Comp
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Managemen
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, 41 Affidavit of Service Other,, 440 Affidavit in Opposition to Motion, filed by John Montalvo,, 381 Notic
Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 193 Answ
Complaint filed by Plaza Construction Corp.,, 146 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construc
Corp.,, 125 Answer to Complaint filed by Plaza Construction Corp.,, 279 Reply to Response to Motion, filed by Pla
Liaison Counsel,, 543 MOTION for Leave to Appeal the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed b
New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease
Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation
Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Bechtel,, 167 Answer to Complaint filed by Plaza Construction Corp
Notice (Other) filed by Plaintiffs Liaison Counsel,, 441 Affidavit in Opposition to Motion, filed by John Montalvo,,
Memorandum of Law in Opposition to Motion, filed by Marion s. Mishkin,, 248 Case Management Plan,, 526 Stipu
and Order of Dismissal,, 184 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 150 Rule
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 236 Answer to Complaint filed by The Port Aut
New York &New Jersey,, 334 Order, Set Deadlines/Hearings,,, 37 Order,,,,, 129 Answer to Complaint filed by Plaz
Construction Corp.,, 117 Answer to Complaint filed by Plaza Construction Corp.,, 513 Master Allegations filed by I
Liaison Counsel,, 241 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 341 Oppositio
filed by The City of New York,, 386 Memorandum of Law in Support of Motion, filed by City of New York,, Turne
Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Con
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, 141 Answer to Complaint filed by Plaza Construction Corp.,, 282
Memorandum of Law in Opposition to Motion, filed by City of New York,, 38 Order,, 181 Answer to Complaint file
Plaza Construction Corp.,, 197 Answer to Complaint filed by Plaza Construction Corp.,, 211 Answer to Complaint f
Plaza Construction Corp.,, 97 Answer to Complaint filed by City of New York,, 168 Rule 7.1 Corporate Disclosure
Statement filed by Plaza Construction Corp.,, 134 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 162 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 177 Answer to Complaint f
Plaza Construction Corp.,, 340 Order, 59 Order,, 439 Endorsed Letter,, 35 Order,,,,, 317 Rule 26 Disclosure filed by
Plaintiffs Liaison Counsel,, 474 Answer to Complaint, Third Party Complaint filed by Phillips and Jordan,, 507 Mas
Allegations filed by Plaintiffs Liaison Counsel,, 210 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constr
Corp.,, 276 Memorandum of Law in Opposition to Motion, filed by Bechtel,, 287 Waiver of Service Executed, filed
Plaintiffs Liaison Counsel,, 227 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 515
of Service Other, filed by Plaintiffs Liaison Counsel,, 44 Affidavit of Service Other,, 498 Stipulation and Order of D
360 Order, Add and Terminate Attorneys,,, 418 Affirmation in Opposition to Motion, filed by Thomas Asher,, 192 I
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 315 Order, 172 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 394 MOTION for Summary Judgment Based Upon Status as Out−of−Possession
filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein

Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C. Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste Properties, Inc.,,, **407** Rule 7.1 Corporate Disclosure Statement filed by Tully Environmental Inc.,, **218** Rule 7.1 Cor Disclosure Statement filed by Plaza Construction Corp.,, **258** Endorsed Letter,,, **410** Notice of Appearance filed by N New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, **357** Order, Add and Terminate Attorneys, Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **224** Rule 7.1 Corporate Disclosure Stat filed by Plaza Construction Corp.,, **403** Memorandum of Law in Support of Motion, filed by Silverstein Properties, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Answer to Complaint filed by Plaza Construction Corp.,, **188** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **296** Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, **463** Reply Memorandum in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of Nev Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolida Edison Development, Inc.,, **53** Declaration in Opposition to Motion, **415** Notice of Substitution of Attorney, filed by Hill Properties LLC,, **398** Rule 56.1 Statement, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, Wc Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 Wor Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, **237** Answer to Complaint filed by The Port Authori New York &New Jersey,, **465** Reply Memorandum of Law in Support of Motion, filed by The Port Authority of Ne &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey Tartamella,, **272** MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Contem their failure to respond to same. filed by Plaintiffs Liaison Counsel,, **497** Reply Memorandum of Law in Support of filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C. Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste Properties, Inc.,,, **294** Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, **145** Answer to Complaint fi Plaza Construction Corp.,, **156** Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **389** Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Wes America, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,, **63** Endorsed Letter Hearings,, **371** Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construct Corporation of Manhattan,, **326** Order,,, **350** Notice (Other) filed by Verizon New York Inc.,, Verizon Properties Inc Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **444** Notice of Appearance filed by CD York) L.L.C.,, **205** Answer to Complaint filed by Plaza Construction Corp.,, **88** Notice (Other), Notice (Other) filed Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,, **447** N (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, **331** Endorsed Le Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, **72** Remark filed by The Port Authority York &New Jersey,, World Trade Center Properties LLC,, **377** Order, Set Deadlines,,,,, **60** Order,,, **219** Answer to C filed by Plaza Construction Corp.,, **467** Reply Memorandum of Law in Support of Motion, filed by Silverstein Prop Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, **96** Answe Complaint filed by City of New York,, **171** Answer to Complaint filed by Plaza Construction Corp.,, **472** Certificate Service Other, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Constructio Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Plaza Construction Management Corp.,, T Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Constru International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bec Associates Professiona;l Corporation,, Bechtel,, **373** Notice of Appearance filed by Verizon Communications Inc.,, Order, Add and Terminate Attorneys, **242** Answer to Complaint filed by Silverstein Properties, Inc.,, World Trade C Properties LLC,, **90** Case Management Plan, **401** Rule 56.1 Statement, filed by The Port Authority of New York &N Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,,, **286** W Service Executed, filed by Plaintiffs Liaison Counsel, **47** Order,, **347** Notice (Other) filed by Plaintiffs Liaison Cour

Stipulation and Order of Dismissal,,, 147 Answer to Complaint filed by Plaza Construction Corp.,, 153 Answer to C
filed by Plaza Construction Corp.,, 411 Rule 7.1 Corporate Disclosure Statement filed by Turner/Plaza, A Joint Ven
FIRST MOTION For Leave To File Plaintiffs' Master Complaint As To Fresh Kills Defendants re: 541 FIRST MOT
File Additional Master Complaint As To Fresh Kills Defendants. Memorandum In Support. filed by Plaintiffs Liaiso
Counsel,, 67 Endorsed Letter,, 65 Endorsed Letter,,, 112 Rule 7.1 Corporate Disclosure Statement filed by Plaza Con
Corp.,, 244 Notice (Other) filed by Latham &Watkins LLP,, 459 Reply Memorandum of Law in Support of Motion,
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Bechtel,, 324 Notice of Appearance filed by Verizon New York Inc.,
Properties Inc.,, 506 Endorsed Letter,,, 395 MOTION for Judgment on the Pleadings Based on State Common Law
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, 203 Answer to Complaint filed by Plaza Construction Corp.,, 214 Ru
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 180 Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, 385 MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y
Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions
Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison
Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 358 Order, Add and Terminate
Attorneys,,, 511 Master Allegations filed by Plaintiffs Liaison Counsel,, 442 Memorandum of Law in Opposition to
filed by John Montalvo,, 535 Endorsed Letter,,, 201 Answer to Complaint filed by Plaza Construction Corp.,, 186 R
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 353 Order, Add and Terminate Attorneys,,, 514
Allegations filed by Plaintiffs Liaison Counsel,, 75 Endorsed Letter,,, Add and Terminate Attorneys, 77 Endorsed L
225 Answer to Complaint filed by Plaza Construction Corp.,, 274 Memorandum of Law in Opposition to Motion, fil
Defendants,, 481 Order, 39 Affidavit of Service Other, 95 Notice (Other), Notice (Other) filed by Westfield Corpora
Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC,, 126 Rule 7.1 Corporate Disc
Statement filed by Plaza Construction Corp.,, 200 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 157 Answer to Complaint filed by Plaza Construction Corp.,, 284 Waiver of Service Executed, filed by Plain
Liaison Counsel,, 330 Notice (Other), Notice (Other) filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center,
4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,,
Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, 209 Answer to C
filed by Plaza Construction Corp.,, 416 Order,, 468 Reply Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne
and New Jersey,, Frances Tartamella,,, 34 Order, 370 Rule 7.1 Corporate Disclosure Statement, filed by Tishman
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 356 Order, Add and Ter
Attorneys,,, 402 Memorandum of Law in Support of Motion, filed by The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 246 Transcript, 12
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 451 Protective Order, 437 Notice (Other) fil
Plaintiffs Liaison Counsel,, 512 Master Allegations filed by Plaintiffs Liaison Counsel,, 337 Endorsed Letter, Set
Deadlines/Hearings,,,,, 391 Declaration in Support of Motion, filed by City of New York,, Turner Construction Con
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tu
Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl
Joint Venture,, Bechtel Associates Professiona;l Corporation,, 51 Memorandum of Law in Support of Motion filed b
New York,, 194 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 149 Answer to Compl
by Plaza Construction Corp.,, 196 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 435 N
Appearance filed by Antonio E. Alves,, Maria E. Alves,, 455 Endorsed Letter,,, 54 Order,, 495 Stipulation and Orde
Dismissal,, 61 Transcript, 158 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 308 Wai
Service Executed, filed by Plaintiffs Liaison Counsel,, 240 Answer to Complaint filed by City of New York,, 443 N
Appearance,,,,,, filed by Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Con
Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis Lend Lease Inc,, Tully Construction Co., In
AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In
Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction C
Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C
Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis
Lease Inc.,, Bechtel Associates Professiona;l Corporation,, 247 Answer to Complaint filed by World Trade Center P
LLC,, 525 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 536 Notice (Other), l
(Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 140 Rule 7.1 Cor
Disclosure Statement filed by Plaza Construction Corp.,, 466 Reply Affidavit in Support of Motion, filed by The Po
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V

Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.
Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silv
WTC, L.L.C., 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C., Silverstein V
Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C., 4 WTC Holdings, L.L.C., 5 WTC F
L.L.C.,, Silverstein Properties, Inc., 516 Master Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegat
by Plaintiffs Liaison Counsel,, 329 Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,,
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate Disclosure Statement filed
Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 305 Waiver o
Executed, filed by Plaintiffs Liaison Counsel,, 273 MOTION to Compel the Depositions of Lawrence Martin, Esq.,,
Kenneth Becker, Esq.. filed by Plaintiffs Liaison Counsel,, 191 Answer to Complaint filed by Plaza Construction Co
Opposition Brief filed by City of New York,, 268 Order Lifting Stay,,, 361 Order, Add and Terminate Attorneys,,, 1
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 265 Order,,, 297 Waiver of Service Execute
by Plaintiffs Liaison Counsel, 312 Order, 868 MOTION for Protective Order Exhibits H–L. filed by En–Tech Corp
Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructio
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tu
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happol
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc.,
LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel
Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment
Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc.,
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Company, Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., LZA Tech. – Div
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 779 Notice (Other) filed by Plaza Construction Corp., 612 Answer to Complaint filed by Phillips and Jo
Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, 650 Order, Set Deadlines/Hearing
Response, filed by Maria E. Alves, Antonio E. Alves, 645 Notice (Other), Notice (Other) filed by Plaintiffs Liaison
758 Amended Answer to Complaints, filed by New York City Department of Transportation, Weeks Marine, Inc.,
Mazzocchi Wrecking, City of New York, Yannuzzi &Sons, Inc., New York City Department of Sanitation, New Yo
Department, 751 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Construction Company, Inc., 749 Rule 7
Corporate Disclosure Statement filed by Bechtel Associates Professional Corp., 725 Certificate of Service Other file
Cord Contracting Co. Inc., 824 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA
Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., L
Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomase
Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers,
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 712 Rule 7.1 Corporate Disclosure Statement filed by T
Safety Consulting, LLC, Transmission to Attorney Admissions Clerk, 871 Memorandum of Law in Support of Moti
by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidm
Owings &Merrill LLP, Bechtel Associates Professional Corp., SAB Trucking, Inc., Cord Contracting Co. Inc
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu

Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vo
Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer−Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp.,_628 N
(Other) filed by Plaintiffs Liaison Counsel,_580 Order, Set Deadlines/Hearings,_858 Stipulation and Order of Dismis
Rule 7.1 Corporate Disclosure Statement filed by Atlantic Heydt Corp.,_588 Order,,_778 Notice (Other) filed by Plaz
Construction Corp.,_700 Rule 7.1 Corporate Disclosure Statement filed by Hallen Welding Services, Inc.,_796 Notic
filed by Plaintiffs Liaison Counsel,_640 Objection (non−motion) filed by Verizon New York Inc.,_862 Answer to Ar
Complaint filed by American Building Maintenance Industries, Inc.,_856 Stipulation and Order of Dismissal,,_595 N
Change of Address filed by 100 Church, LLC, Zar Realty Management Corp.,_709 Rule 7.1 Corporate Disclosure St
filed by Leslie E. Robertson Associates, R.L.L.P.,_639 Notice (Other) filed by Plaintiffs Liaison Counsel,_815 Rule 
Statement,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silma
Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc.,_691 Rule 7.1 Corporate Disclosure Statement filed by Executive Medical Services, P.C.,_616 Response to Disc
filed by John Montalvo,_733 Rule 7.1 Corporate Disclosure Statement filed by Royal GM, Inc.,_773 Notice (Other) f
Plaza Construction Corp.,_763 Order Admitting Attorney Pro Hac Vice,_547 Order, Set Deadlines/Hearings,,_561
AMENDED MOTION for Declaratory Judgment Supporting Memo of Law. filed by Michelle Haskett−Godbee,_74
Endorsed Letter,_720 Certificate of Service Other, filed by En−Tech Corp., Diego Construction, Inc., DMT Enterpri
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., D
Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamand
&Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company
Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finle
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates,
Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associ
Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.
Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associa
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point
Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc.,
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., W
Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environn
Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Bre
Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. D
Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nichol
Construction Company, Big Apple Wrecking &Construction Corp.,_599 MOTION to Admit Counsel Pro Hac Vice.
Plaintiffs Liaison Counsel,_586 MOTION to Compel the firm of Worby Groner Edelman &Napoli to produce the fil
Kevin Fitzpatrick and Samuel Provisero. filed by Samuel Provisero, Susan Marie Provisero,_564 Response, filed by
Alves, Antonio E. Alves,_570 Response to Motion, filed by City of New York,_755 Stipulation and Order of Dismiss
Stipulation and Order,,,_602 Memorandum &Opinion,_760 Notice (Other),_654 Endorsed Letter,,_876 MOTION for
Protective Order − Plaintiffs' Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Cou
Answer to Complaint filed by City of New York,_801 Response to Discovery filed by Tishman Speyer Properties, L
Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio, Fra
Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Flanc
Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andrew
Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarella,_
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc.,_874 Affidavit in Support of Motion, filed by En−Tech Corp., Diego Construction, Inc., DMT Enterprise

AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Corporat
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canr
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Cor
Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreer
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Constru
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi
Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton
Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel
Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group
Breeze Carting Corp., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera
Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lock
Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services
Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 707 Rule 7.1 Corporate Disclosure Statement filed by LaStra
General Contracting Corp., 888 Notice of Appeal, filed by Plaintiffs, 764 Rule 7.1 Corporate Disclosure Statement,
Vollmer Associates, LLP, Note to Attorney to E–Mail PDF, 684 Rule 7.1 Corporate Disclosure Statement filed by I
Enterprise, Inc., 587 Declaration in Support of Motion,,,, filed by Samuel Provisero, Susan Marie Provisero, 721 Ce
of Service Other,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., Diego Construction, Inc., DMT Enter
Inc., Lockwood, Kessler &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I
Demo–Tech, Canron Construction Corp., Fleet Trucking, Inc., Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie
Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazz
Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Exca
Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Ir
D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Execu
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Bre
Transportation Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.I
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 608 Order, 821 Affidavit in Support of Motion,, filed
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro I
Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 864 Order on Motion to Strike,
7.1 Corporate Disclosure Statement filed by Breeze National, Inc., Cashiers Remark, 836 Notice of Voluntary Dism
Signed, 560 AMENDED MOTION for Declaratory Judgment Affirmation John Rudden, Esq.. filed by Michelle
Haskett–Godbee, 582 Order, 607 Order Admitting Attorney Pro Hac Vice, 882 Endorsed Letter, 808 Notice of App
filed by The Port Authority of New York &New Jersey, 706 Answer to Amended Complaint, filed by AMEC Const
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Tu
Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 85
Stipulation and Order of Dismissal,, 617 Order, Set Deadlines/Hearings,, 754 Memorandum of Law in S
Motion, filed by Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates
Professional Corp., 600 Endorsed Letter, 828 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill I
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, I
Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz
Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 744 Rule 7.1 Corporate Disclosure Statement filed
Wolkow Braker Roofing Corp., 641 Endorsed Letter, 664 Rule 7.1 Corporate Disclosure Statement filed by Brer–F
Transportation Corp., 867 MOTION for Protective Order Exhibits E–G. filed by En–Tech Corp., Diego Constructic
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Ind
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Ir
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC

Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Bechtel Associates Professiona;l Corporati
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocch
Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LL
Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Ex
Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors,, Inc., Thornton T
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'On
General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sein
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 747 Notice (Other) filed by Plaintiffs
Counsel, 737 Rule 7.1 Corporate Disclosure Statement filed by Silverite Contracting Corp., 557 MOTION Motion f
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. filed b
Construction Management, Inc., Bovis Lend Lease LMB, Inc., Bechtel, Tully Construction Company, Tully Environ
Inc., Bovis International, Inc., Bechtel Corporation, Plaza Construction Management Corp., Tully Construction Co.,
City of New York, Bechtel Associates Professiona;l Corporation, Turner Construction Company, Bovis Lend Lease
Bovis Lend Lease Inc., Bechtel Construction, Inc., Tully Industries, Inc., Bechtel Environmental, Inc., Turner/Plaza
Venture, Plaza Construction Corp., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Turner Construction
International, L.L.C., Tully Consulting Corp., 637 Answer to Complaint filed by CDL (New York) L.L.C., 571 Ord
Order on Motion to Dismiss, 786 Protective Order, 546 Notice of Appearance filed by Musco Sports Lighting, LLC
Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumperz &Heger Inc., 656 Notice of Appearance filed
Gilsanz Murray Steficek LLP, 636 Answer to Complaint filed by GRUBB &ELLIS MANAGEMENT SERVICES,
666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction Corp., 797 Notice (Other) filed by Plain
Liaison Counsel, 555 AMENDED MOTION for Declaratory Judgment Statute Limitations Notice of Claim. filed by
Michelle Haskett–Godbee, 692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Trucking, Inc., 875 Stipulati
Order, 731 Rule 7.1 Corporate Disclosure Statement filed by Robert Silman Associates, P.C., 662 Rule 7.1 Corpora
Disclosure Statement filed by Breeze Carting, Inc., 800 Transcript, 832 Certificate of Service Other,,, filed by Skidn
Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold C
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumperz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 861 MOTION to Amend/Corre
Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certain Affirmative Defenses (see do
854 and 860). filed by Plaintiffs Liaison Counsel, 642 Response, filed by John Montalvo, 840 Amended Answer to
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC
W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Sil
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owin
&Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associat
Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., E
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaS
General Contracting Corp., Simpson Gumperz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Anthony Cortese Specialized H
LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., 866 MOTION for Protective Order Certification of James E. Tyrrell, Jr.,
Exhibits A–D. filed by En–Tech Corp., Diego Construction, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme

Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C.
Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Moretrench Americ
Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construct
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze N
Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofi
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC,
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
MOTION permission to add specified questions to the Core Discovery. filed by SURVIVAIR RESPIRATORS, INC
Certificate of Service Other filed by City of New York,,629 Notice (Other) filed by Plaintiffs Liaison Counsel, 585
Appearance filed by Bovis Lend Lease LMB, Inc., 643 Reply, filed by John Montalvo,,819 Affidavit in Support of N
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Order, 670 Answer to Complaint filed by Tishman Speyer Properties, LP, 785 Order,, 674 Rule 7.1 Corporate Discl
Statement filed by DB Private Clients Corporation,675 Rule 7.1 Corporate Disclosure Statement filed by Dakota
Demo–Tech, 578 Stipulation and Order, 603 USCA Mandate,,,, 782 Notice of Appearance filed by Plaza Constructi
748 Case Management Plan, 839 Rule 7.1 Corporate Disclosure Statement filed by Tucci Equipment Rental Corpora
Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 653 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., 716 Certificate of Service Other, filed by New York City Department o
Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New York City Department of Sanita
New York Police Department, 881 Declaration in Opposition to Motion filed by The Port Authority of New York &
Jersey, 690 Response, filed by John Montalvo,,630 Notice (Other) filed by Plaintiffs Liaison Counsel, 822 Affidavit
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac Vice,826 Affid
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 803 Notice (Other) filed by Mayore Estates, LLC,771 Notice (Other) filed by Plaza Construction Corp.,620 O
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., Diego Constructio
DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, I
Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Te
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc.,
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Red
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation,
Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Re
of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpor
Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulti
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrenc
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Volln
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Becl
Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors,

New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Constructi
Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services,
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti
Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York C
&Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia
Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 879 MOTION for Protective Or
Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order. filed by Plaintiffs L
Counsel, 777 Notice (Other) filed by Plaza Construction Corp., 726 Rule 7.1 Corporate Disclosure Statement filed b
Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith, 579 Stipulation and Order, 705 Answer
Complaint, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Skidmore Owings &Merrill LL
Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp.,
Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar En
Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc.,
Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Co
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., T
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associates Professiona;l Corpor
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Pla
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 859 Stipulation and Order of Dismissal,, 695 Answer to Com
filed by Verizon New York Inc., 689 Rule 7.1 Corporate Disclosure Statement filed by Ewell W. Finley, P.C., 649 R
filed by John Montalvo, 818 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engin
P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Asso
Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser R
Consulting Engineers, Lucius Pitkin, Inc., 724 Rule 7.1 Corporate Disclosure Statement filed by Nicholson Constru
852 Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz Murray Steficek LLP, 676 Rule
Corporate Disclosure Statement filed by Diamond Point Excavating Corp., 781 Notice (Other) filed by Plaza Constr
Corp., 775 Notice (Other) filed by Plaza Construction Corp., 736 Rule 7.1 Corporate Disclosure Statement filed by
Equipment and Manufacturing Corporation, 757 Rule 7.1 Corporate Disclosure Statement filed by Yannuzzi &Sons
686 Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc., 863 Endorsed Letter, 77
(Other) filed by Plaza Construction Corp., 568 Order Admitting Attorney Pro Hac Vice, 830 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Tho
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 798 Notice (Othe
by Plaintiffs Liaison Counsel, 734 Rule 7.1 Corporate Disclosure Statement filed by Sperian Respirstory Protection
LLC, 793 Response to Discovery filed by Samuel Provisero, 611 Rule 7.1 Corporate Disclosure Statement filed by I
and Jordan, 843 Reply Affirmation in Support of Motion, filed by Bechtel Associates Professional Corporation, Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., 592 Notice (Other) filed by Plaintiffs Liaison
767 Notice (Other) filed by Plaza Construction Corp., 753 MOTION to Dismiss of Bechtel Defendants. filed by Bec
Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp., 873 A
in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Constructio
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System

Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Material, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 668 Answer to Complaint filed by Sperian Respirstory Protection USA, LLC, 761 Notice (Other) filed by Plaintiffs Liaison Counsel, 849 Stipulation and Order of Dismissal,, 766 Notice of Adoption of Master Answer filed by Plaza Construction Corp., 601 Order on Motion for Miscellaneous Relief, 756 Notice (Other) filed by Phillips and Jordan, Inc., 619 Order, 742 Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc., 841 Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett, SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engine P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 681 Rule 7.1 Corporate Disclosure Statement filed by Tishman Interiors Corporation, Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc., 783 Notice of Appearance filed by Plaza Construction Corp., 594 Order, Set Deadlines/Hearings,,,, 842 Reply Memorandum of Law in Support of Motion, fi Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Environmental, Inc., Bechtel Construction, Inc 743 Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc., 772 Notice (Other) filed by Plaza Construction Corp., 727 Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environmental Corp., 589 Case Management Plan, 704 Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction, Inc., 833 Declaration Joseph Bellisimo, Rosanne Baldo, Nicole Agugliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cacovic, Franc Bondeson, Kimberely Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patricia Ayers, Robert Carannante, Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patricia Cantos, Lahissi Ahmed, Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John Baiano, Shante Bueford, Fredi Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Burnkle, Eileen Belmonte, Catherine Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, Christine Carver, Alex Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto, Christopher A. Baum, Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theadore Belgrave, Thomas L. Bencivenga, Santo Baisi, Wayne Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, Kevin Calzadilla–Marino, Mamcyhi Bilick, Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Bianco, Sharon Accetta, Kevin Brannick, Leroy Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry Bass, Peter Carlo, Lorraine K. Bieselin, Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andreotti, Raul Allivar, Patricia Agugilairo, Diane Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte, Ann Hock, Carlos Bennett, Hassena Bishun, Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas Basmagy, Nicole Anderson, Kevin Bartolomew, Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagoberto Aristizabal, Patricia Aguirre, Thomas J. Ba, Bridget Cacavio, Jeanette Buss, Joseph Anzueta, Christine Broome, Robert Broome, Thomas Avery, Paul Caminiti, Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Barbato, Evanie Antine, Ralph Carmine, Jose Bacchi, Bedford, Sue Ann Andersen, Georgina Cabrera, Lorraine Barry, Thomas Blumbergs, Michael Barker, Carolyn Bavaro, Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Yudelka Bartlet, Jaime Alvarez, Jeff Campion, J Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann Cangemie, Richard Battle, Camile Anderson, Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo Armas, Richrd Blasi, Louis Betro, Camile Bar

Thomas Bacchi, Walter Bieber, Stalin F. Barccoulong, Norma Black, Carolyn Bryson, George Affatato, Maryann B
Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Beck, Pino Anselmo, Julio Alonzo, Zebebulah Ca
Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelrehim, Robert Anzalone, John Bou, Randy S. Br
Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne, John Antoniades, Gloria Elaine Carson, James A
Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Benn, Calogero Agro, Victor Carpentier, Cindy Ben
Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid Belford, Setna Bascom, James A. Bianco, Virginia
Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Alulema, Nicholas Boscaino, Sybel Barefield, Lois E. Aff
Peter Bergin, Steve Cappello, Patricia Bullen, Guiseppe Acquista, Laura Armstrong, Tye Butler, Frank Beshears, Se
Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizabal, John Auer, Reynaldo Benitez, Joseph F. Bilella, Dimi
Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmagy, Jorge Blanco, Erick Bermudez, Jorge Alvlema, Ste
Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay, Mary Akers, Andrew F. Carson, Ann Marie Baro
Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, Maria Asher, Caryn Abruzzese, Asaro Calogero, Lance
David Alvarado, Anthony Basic, Veronica E. Black, Paul Beck, Arenas Arenas, Christopher Bacchi, Megan Capuan
Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelrehim, Maria I Astudillo, James W. Brereton, Sharon Brensek
Aponte, Amy Beller, Julio Bastidas, Michael Basmagy, Chris Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia
Arciuolo, David Aviles, Teresa Arca, Glenda Ammon, Margaret Armagno, James Bartlet, Kathleen M. Acquaro, Do
Bonomonte, Colin Byrne, John Arciuolo, William Beaury, Steven Agugliardo, Steven Brenseke, Rosa Agro, Ann Ba
Claude Armstrong, Orlando Almodovar, Richard Antonacci, Lizette Carvajal, Daniel Armgano, Peter Bishun, James
Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lillieth Aquart, Lawrence Bilicki, Kimberly Carlo, Hanfo
Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Michael Briskie, Andrew Barone, Wilmer Astudillo, Thom
Carlstrom, Francine Asciolla, William Baker, Alfred Baker, Amy Caradonna, Michael Baratta, Eileen Beaury, Elean
Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Baez, Joseph Cardinale, Joseph Aparicio, Carol Barnes, A
Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bell, Idris Bey, Danny Aroyo, Barry Buss, Jospeh Anderson, H
Andersen, Robert Asinelli, Elizabeth Barksdale, Jason Andersen, Lori Bencivenga, Joy H. Bolobanic, Candiace Bak
Barry, Anthony Anderson, James Bahrey, Sonia Alvarado, Ronnita Akil, Roseann Bilella, Santiago Alvear, Victor A
Fitzroy Augustus, Wilbert Bascom, James Baumann, Michael Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony
Alloggio, Maria Asencio, John Boyle, Vivencia Alaimo, Michael Bell, Sergio Barragan, Louis Ancona, Emmanual A
John Bianco, Richard Allison, Maria Bartolomew, Gina Baisi, Geraldine Alexander, Terri Bianco, Susan Asinelli, V
Aprea, Donald Bowles, Peter Acquaro, June Allison, Jo Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Josep
Kevin Barry, Kevin Carpenito, Vinny Benenati, Joseph Bellissimo, James F. Albach, Allen Andersen, Andrea Ande
Maureen Bilella, Martin Bilinski, Rose Marie Bencivenga, Raymond Barksdale, Linda Avery, Marisol Calzadilla–M
Alise L. Bauman, Antonio Andreotti, Ann Betro, Joanne Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Tho
Bruno, Robert Aguirre, Lorraine Burke, Robert Bilella, Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta
Cecelia Borcherding, Renee Berry, Anna Abad, Holly Acierno, Catherine Biliski, Christine Beck, Stewart Anspach,
Arellano, Frank Bauman, Ann Marie Anzalone, Michael R. Basile, Courtney Aquart, Arthur Alessandro, Robert Ad
Bonnie M. Carson, Joseph Asciolla, Rita Anselmo, Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, An
Aviles, Andrew Benfante, Richard Bittles, Robert Boswell, Louie Cacchioli, Donna Bennett, De'Andre Berry, Portia
Augustine, Anna Antico, Douglas Anderson, Daphna Blacksea, Thomas Camarda, Dominick Capuano, James Biese
Tyrell Anderson, Thomas Cacavio, Kathleen Bondeson,_806_ Order Admitting Attorney Pro Hac Vice,_562_ AMEND
MOTION for Declaratory Judgment Plaintiff's Aff in Support. filed by Michelle Haskett–Godbee,_658_ Rule 7.1 Cor
Disclosure Statement filed by A Russo Wrecking, Inc.,_596_ Notice of Change of Address, filed by Century 21 Depa
Stores LLC, Blue Millennium Realty LLC., Century 21, Inc.,_652_ Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC.,_710_ Rule 7.1 Corporate Disclosure Statement filed by Lockwood, Kess
&Bartlett, Inc.,_553_ Reply Affirmation in Support of Motion, filed by Plaintiffs Liaison Counsel,_714_ Rule 7.1 Corp
Disclosure Statement filed by Manafort Brothers, Inc.,_723_ Rule 7.1 Corporate Disclosure Statement filed by New Y
Crane &Equipment Corp.,_545_ Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Constructi
Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Por
Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Constructio
The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bech
Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C.,_575_ Order Ad
Attorney Pro Hac Vice,_770_ Notice (Other) filed by Plaza Construction Corp.,_597_ Notice (Other) filed by 80 Lafey
Associates, LLC, Mayore Estates, LLC,_713_ Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wre
Inc.,_722_ Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc.,_816_ Affidavit in Support of M
filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Rob
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Cons
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Eng
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP,_752_ Rule 7.1 Corpo
Disclosure Statement by Bechtel Corporation,_732_ Rule7.1 Corporate Disclosure Statement filed by Rodar Ente
Inc.,_857_ Stipulation and Order of Dismissal,,_661_ Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wre
&Construction Corp.,_703_ Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, L.L
Notice (Other) filed by Plaintiffs Liaison Counsel,_854_ MOTION to Strike Certain Affirmative Defenses Pursuant to
12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursu
Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses I

to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). filed by Plaintiffs Liaison Counsel, 741 Rule 7.1 Corporate Disclosure Statement filed by Vollmer Associates, LLP, 728 Endorsed Letter,, 795 Response to Discovery Kevin Fitzpatrick, 566 Order,, 817 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu Engineers, P.C., Vollmer Associates, LLP, 878 MOTION for Protective Order Plaintiffs' Memorandum of Law in O to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Counsel, 883 Order,, 792 MOTION for Heidi Appear Pro Hac Vice. filed by The Port Authority of New York &New Jersey, 789 Notice (Other) filed by Plaintiffs Counsel, 672 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers Trust Corporation, 632 Case Management Plan,,, 835 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 790 N (Other) filed by Phillips and Jordan, Inc., 610 Notice of Appearance filed by Phillips and Jordan, Inc., 865 MOTION for Protective Order Notice of Motion. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Can Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L. Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safe Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Sys Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group, National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi & Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., R Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 769 Notice (Other) filed by Plaza Construction Corp., 711 Rule 7.1 Corporate Disclosure Stat filed by Lucius Pitkin, Inc., 885 Reply Memorandum of Law in Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., S Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associat Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Con Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion,, filed by Gilsan Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Sil Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosure

Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Con[...]
Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other) [...]
Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Not[...]
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complain[...]
The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Meri[...]
Construction Group, L.L.C., 887 Declaration in Support of Motion, filed by AMEC Construction Management, Inc. [...]
Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pi[...]
Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. R[...]
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M[...]
Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Company, [...]
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech C[...]
Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., [...]
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contract[...]
Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na[...]
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc.–Goldstein Associates Consulting Engineers, P.C.[...]
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Pro[...]
Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Constructio[...]
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, P.C.,[...]
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Thornton To[...]
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati[...]
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia[...]
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Leas[...]
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Br[...]
Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoist[...]
Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Sk[...]
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., [...]
Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipmen[...]
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 657 Endorsed Letter, 685 Rule 7.1 Corporate Disclo[...]
Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corporate Disclosure Statement filed by E.J.[...]
Inc., 621 Consent Order, Add and Terminate Attorneys,, 591 Order on Motion to Compel, 633 Answer to Complain[...]
RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel, 556 MOTION for Declaratory Judgment S[...]
Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 872 Affidavit in Support of Motion, filed by AME[...]
Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., A[...]
Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corporation, Tully Construction [...]
Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,[...]
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing [...]
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., N[...]
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme[...]
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., [...]
Evergreen Recycling of Corona, Silverite Construction Corp., Mazzocchi Wrecking, Component Assembly Systems, [...]
Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Po[...]
Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler [...]
&Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Li[...]
Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota[...]
Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associate[...]
Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversifie[...]
Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contra[...]
Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction C[...]
DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, In[...]
Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing[...]
Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industrie[...]
Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa,[...]
D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associ[...]
P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 829 A[...]
in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Fin[...]
Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldst[...]
Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &[...]
LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, S[...]
Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, [...]
Endorsed Letter,, 647 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 804 Notice (Other), Notice[...]
filed by Mayore Estates, LLC, 590 Order Admitting Attorney Pro Hac Vice, 880 Memorandum of Law in Oppositio[...]
Motion, filed by The Port Authority of New York &New Jersey, 848 Notice (Other) filed by Plaintiffs Liaison Coun[...]
Order, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 Notice (Other) filed by Plaintiffs Liaison Counse[...]
Amended Answer to Complaints, filed by Toretta Trucking, Inc., Cord Contracting Co. Inc., Canron Construction C[...]

&L Contracting Corp., Pinnacle Environmental Corp., Total Safety Consulting, LLC, Atlantic Heydt Corp., Hallen
Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee
Company, Meridian Construction Group, LLC, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp.,
Mueser Rutledge Consulting Engineers, En−Tech Corp., Safeway Environmental Corp., Yannuzzi Demolition &Re
Services, Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finl
Evergreen Recycling of Corona, Silverite Contracting Corp., Component Assembly Systems, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Moretrench American Corp., LZA Tech. − Div. of Thornton Tomasetti Grou
Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consultin
Engineers, P.C., HP Environmental, Inc., Brer−Four Transportation Corp., Bechtel Associates Professional Corp., L
Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Bartlett, Inc., Dakota Demo−Tech, MRA Engineering,
Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Liberty Mutual Group, Weidlinger Associates, Inc., Bechte
Construction, Inc., Mazzocchi Wrecking Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Car
Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heg
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Nacirema Industries Incorporated, Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &
Contractors, Inc., Manafort Brothers, Inc., Robert Silman Associates, Semcor Equipment and Manufacturing Corpor
Buro Happold Consulting Engineers, P.C., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skid
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking, Corp., Executive Medical Services, P.C., JP Equipment Rental Material, Inc., E.J. Davies, Inc., Big Apple
Wrecking &Construction Corp., 814 Declaration in Support of Motion,,, filed by Gilsanz Murray Steficek LLP, Mu
Rutledge Consulting Engineers, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C.,
Tech. − Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &
Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Th
Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happ
Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Notice (Other) filed by Plaintiffs Liaison Cou
Rule 7.1 Corporate Disclosure Statement filed by Robert L. Gerosa, Inc., 812 MOTION for Summary Judgment on
Structural and Design Engineer Defendants. filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting En
Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. − Div. of Thornton T
Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Ski
Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vol
Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Counsel, 665 Rule 7.1 Corporate Disclosure Stateme
by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter,, 683 Rule 7.1 Corporate Disclosure Statement fi
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Transmission to
Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison Counsel, 605 Order, Set Deadlines/Hearin
Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Company, Deutsche Bank, Deutsche Bank T
Company Americas, 577 Special Master's Report filed by Aaron D. Twerski, James A. Henderson, Jr., 646 Respons
by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Disclosure Statement filed by C.B. Contracting Co
Notice (Other) filed by Plaza Construction Corp., 850 Stipulation and Order of Dismissal,, 838 Endorsed Letter,, 76
Stipulation and Order of Dismissal,, 739 Rule 7.1 Corporate Disclosure Statement filed by Skanska Koch, Inc., 877
MOTION for Protective Order ; Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of L
Paige, Esq. in Opp to the Motion. filed by Plaintiffs Liaison Counsel, 565 AMENDED MOTION for Declaratory Ju
STIPULATION ADJOURNMENT. filed by Michelle Haskett−Godbee, 593 Statement of Relatedness filed by Josep
Urso, 622 Notice (Other) filed by Plaintiffs Liaison Counsel, 696 Answer to Amended Complaint, filed by New Yor
Department of Transportation, Mazzochi Wrecking, New York City Department of Sanitation, City of New York, W
Marine, Inc., New York Police Department, 886 Declaration in Support of Motion, filed by AMEC Construction
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Nicholson Construction Co., Fra
Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting
Engineers, En−Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers
Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recyc
Corona, Dakota Demo−Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Turner Constru
Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laquila Constructi
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer−
Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Dieg
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professional Corporatio
Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Ber
Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Cons

Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wreck Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 823 Affidavit in of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., L Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Asso Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP Engineering, P.C., W eidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gur &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 851 Stipulation and Order of Dismissal,, 644 Notice (Other) filed by Plaintiffs Liaison Counsel, 688 Rule 7.1 Corporate Disclosure Statement filed by En–Tech Corp., 718 Certificate of Service Other, filed by AMEC Construction Mana Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Turner Const Company, Tully Environmental Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., 660 Rule 7.1 Corpora Disclosure Statement filed by Berkel &Co. Contractors, Inc., 583 USCA Mandate Non–Dismissal, 554 Reply Mem of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 567 Order of Dismissal, 869 Affidavit in Support Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc. Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., N Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems, Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group, Bree National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi & Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., R Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel, 548 Order on M Remand to State Court,, Case Consolidation – Member, 765 Order, 618 Order,, 635 Answer to Complaint filed by A Express Company, American Express Bank, Ltd, American Express Travel Realted Services Company, Inc., 559 AMENDED MOTION for Default Judgment as to Statute Limitations, Notice of Claim. filed by Michelle Haskett–638 Answer to Complaint filed by Murray Hill Properties, 719 Rule 7.1 Corporate Disclosure Statement filed by MI Engineering, P.C., 750 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Environmental, Inc., 634 Answer Complaint filed by Lehman Brothers Holdings Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc., 673 R Corporate Disclosure Statement filed by Cord Contracting Co. Inc., 609 Order, 584 USCA Order, 573 Endorsed Let Endorsed Letter, Set Deadlines/Hearings, 550 Memorandum of Law in Opposition to Motion, filed by City of New Phillips and Jordan, 682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc., 651 Stipulation Order of Dismissal,, 693 Rule 7.1 Corporate Disclosure Statement filed by Francis A. Lee Company, 807 Protective 671 Rule 7.1 Corporate Disclosure Statement filed by Component Assembly Systems, Inc., 677 Answer to Complai by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank, DB Private Clients Corporat Bankers Trust Corporation, Deutsche Bank Trust Company Americas, 699 Rule 7.1 Corporate Disclosure Statement Goldstein Associates Consulting Engineers, P.C., 788 Order Admitting Attorney Pro Hac Vice, 613 Stipulation and Dismissal, 624 Order, 694 Rule 7.1 Corporate Disclosure Statement filed by FTI Trucking Corp., 740 Rule 7.1 Corp Disclosure Statement filed by Skidmore Owings &Merrill, LLP, 604 Order, 569 Memorandum of &Opinion,, 870 Affi Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Constructio PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench America Corporation, Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Service Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Compon Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze N Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.

Case: 21-1760 Document: 4-1 Page: 1671 Filed: 07/26/2012
Case 1:21-mc-00100-AKH Document 1-1 Filed 07/26/2012 Page 1671 of 1806
As of 07/26/2012 12:16 PM EDT 1670 of 1805

Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi & Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simps Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., _837 Endorsed Letter, _774 Notice (Other) filed by Plaza Construction Corp., _884 Notice (Othe by Plaintiffs Liaison Counsel, _745 Rule 7.1 Corporate Disclosure Statement filed by WSP Cantor Seinuk, _678 Answ Complaint filed by Tishman Construction Corporation of Manhattan, Tishman Interiors Corporation, Tishman Cons Corporation of New York, _831 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutl Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu Engineers, P.C., Vollmer Associates, LLP, _715 Rule 7.1 Corporate Disclosure Statement filed by Moretrench Ameri Corp., _813 Memorandum of Law in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Co Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitki Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Enginee Vollmer Associates, LLP, _802 Notice (Other) filed by Plaintiffs Liaison Counsel, _794 Response to Discovery filed b Holdings, L.L.C., _558 Memorandum of Law in Support of Motion filed by AMEC Construction Management, Inc., Construction Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., City of New York, T Construction Company, Bovis Lend Lease Inc., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Tully Co Corp., Bechtel, Tully Environmental Inc., Bovis Lend Lease, Inc., Bechtel Construction, Inc., Plaza Construction Co Bovis Lend Lease LMB, Inc., Tully Construction Company, Bovis International, Inc., Bechtel Corporation, Bechtel Associates Professiona;l Corporation, Tully Industries, Inc., Bechtel Environmental, Inc., Turner Construction Inter L.L.C., _648 Notice (Other), _2350 Declaration in Support, filed by Plaintiffs Liaison Counsel, _2208 Declaration in Su Motion, filed by Plaintiffs Liaison Counsel, _2280 Endorsed Letter, _2226 Notice of Appeal, _2212 Declaration in Supp Motion filed by Plaintiffs Liaison Counsel, _2221 MOTION for Extension of Time filed by En–Tech Corp., DMT En Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Con Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, H Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Skidmo Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gr Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., E Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Con Engineers, _2168 Declaration, filed by Plaintiffs Liaison Counsel, _2138 Order, _2361 Declaration in Support, filed by Liaison Counsel, _2201 Memo Endorsement, _2189 Declaration in Opposition to Motion, filed by Plaintiffs Liaison C _2328 Stipulation and Order of Dismissal, _2341 Order, _2160 Declaration in Opposition filed by Gregory J Cannata &Associates, _2269 Order, _2277 MOTION for Attorney Fees Declaration of Denise A. Rubin, Exhibits to be filed via with clerk's office filed by Plaintiffs Liaison Counsel, _2190 Memorandum of Law in Support of Motion, filed by Mo Medical Center, _2299 Order, _2159 Affirmation in Support filed by Plaintiffs Liaison Counsel, _2331 MOTION Repo Defendants' Objections Papers filed 1–31–11 filed by Plaintiffs Liaison Counsel, _2268 Order, _2219 Endorsed Letter Order on Motion to Compel, _2257 Order, _2267 Order, _2228 Order on Motion for Extension of Time, _2173 Endorsed _2283 Endorsed Letter, Set Deadlines/Hearings, _2236 Stipulation and Order of Dismissal, _2194 Affidavit of Service

filed by Plaintiffs Liaison Counsel, 2354 Stipulation and Order of Dismissal, 2291 Stipulation and Order of Volunta
Dismissal, 2265 Memo Endorsement, 2187 Order of Dismissal, 2210 Declaration in Support of Motion filed by Plai
Liaison Counsel, 2285 Endorsed Letter, 2216 MOTION to Compel Certain Medical Providers to Respond to Subpoe
Duces Tecum filed by Plaintiffs Liaison Counsel, 2344 Declaration in Support of Motion filed by Plaintiffs Liaison
2227 Endorsed Letter, Set Deadlines/Hearings, 2139 Order, Set Deadlines/Hearings, 2333 Order, 2242 Order, 2182
2161 Declaration in Opposition to Motion, filed by Gregory J Cannata &Associates, 2337 Declaration in Support of
filed by Plaintiffs Liaison Counsel, 2206 Order, Set Deadlines/Hearings, 2158 Order, Set Deadlines/Hearings, 2163
filed by Plaintiffs Liaison Counsel, 2260 Notice (Other) filed by Plaintiffs Liaison Counsel, 2321 Stipulation and Or
Dismissal, 2193 Notice (Other) filed by Plaintiffs Liaison Counsel, 2167 Reply filed by Plaintiffs Liaison Counsel,
Stipulation and Order of Voluntary Dismissal, Add and Terminate Parties, 2284 Endorsed Letter, Set Deadlines/Hea
2312 Notice of Appeal, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., A Rus
Wrecking, Inc., 2217 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 2199 Memo Endorseme
Memorandum of Law in Support filed by Plaintiffs Liaison Counsel, 2348 MOTION to Compel the WTC Captive I
Company, Inc. to allow eligible Plaintiffs to participate in the settlement filed by Plaintiffs Liaison Counsel, 2264 O
Deadlines/Hearings, 2351 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2195 Stipulation and Order of
Dismissal, 2301 Memo Endorsement, 2294 Stipulation and Order of Voluntary Dismissal, 2145 Certificate of Servic
filed by Plaintiffs Liaison Counsel, 2211 MOTION for Discovery. filed by Plaintiffs Liaison Counsel, 2317 Stipulat
Order of Dismissal, Add and Terminate Parties, 2313 FRCP Rule 5d Memo – Sent to Chambers, 2256 Endorsed Le
Declaration filed by Plaintiffs Liaison Counsel, 2254 Endorsed Letter, 2307 Affirmation in Opposition to Motion, fi
Richard Mighdoll, 2276 MOTION for Attorney Fees Memorandum of Law and Facts filed by Plaintiffs Liaison Cou
2250 USCA Order, 2355 Stipulation and Order of Dismissal, 2202 Order, 2297 Endorsed Letter, Set Deadlines, 228
Endorsed Letter, 2186 Order of Dismissal, Set Deadlines/Hearings, 2178 Memorandum of Law in Support of Motio
James McFadden, 2322 Stipulation and Order of Dismissal, 2243 Notice (Other) filed by Plaintiffs Liaison Counsel
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas
Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling
Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C
Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro F
Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Ro
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2141 Endorsed Letter, 2318 Stipulation and Order of Dismissal, 2225 Order, Set Deadlines/H
2259 Order, 2181 Memorandum &Opinion, 2169 Stipulation and Order, Terminate Deadlines and Hearings, 2314 Re
by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C.
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Yannuzzi &Sons, Inc., A Russo
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mut
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng

Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2143 Notice (Other) filed by Plaintiffs Liaison Coun
Endorsed Letter, Set Deadlines/Hearings, 2345 Endorsed Letter, 2339 Brief, filed by En–Tech Corp., DMT Enterpri
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City o
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C.
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza,
Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Const
Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engine
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction C
Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C.
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., 2184 Order,, 2293 Stipulation and Order of Voluntary Dismissal,, 2316 Stipulation and Order
Dismissal,, 2253 Stipulation and Order of Dismissal,, 2342 Affirmation, filed by Plaintiffs Liaison Counsel, 2295 En
Letter, 2274 Endorsed Letter,, 2360 Memorandum of Law in Opposition to Motion, filed by En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cor
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Assoc
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, L
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2183 Order,, Set Deadlines/H
2151 Response in Opposition to Motion filed by Plaintiffs Liaison Counsel, 2203 Order,,, 2196 Reply Memorandum
in Support of Motion filed by James McFadden, 2302 Memo Endorsement, 2213 Order, 2246 Endorsed Letter, 2155
Declaration, filed by Plaintiffs Liaison Counsel, 2149 Order, 2172 Endorsed Letter, 2164 Notice (Other) filed by Pla
Liaison Counsel, 2150 Objection (non–motion) filed by Plaintiffs Liaison Counsel, 2162 Declaration in Opposition,
Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2204 Stipulation and Order, Add and Terminate Attorne
Endorsed Letter, 2306 Response to Motion, filed by Robert Vecchione, 2249 Endorsed Letter, Set Deadlines, 2320
Stipulation and Order of Dismissal, 2346 USCA Order, 2175 Endorsed Letter, 2273 Stipulati
Order of Dismissal, 2142 Endorsed Letter, 2296 Order, 2278 Endorsed Letter, 2352 Declaration in Support, filed by
Plaintiffs Liaison Counsel, 2343 Order, Set Hearings, 2353 Stipulation and Order of Dismissal, 2224 Endorsed Lette
Deadlines/Hearings, 2323 Stipulation and Order of Dismissal, 2248 Order, 2334 Stipulation and Order of Dismissal
Affirmation in Opposition to Motion filed by David Nolan, 2218 Order, Set Hearings, 2311 Response to Motion, fil
Plaintiffs Liaison Counsel, 2319 Affirmation in Opposition to Motion, filed by Robert Zane, Lawrence Ford, Edwar
Galanek, James Melendez, Patrick Arcese, Teresa Hartey, Robert Esposito, Yvonne Leon, Denise Esposito, Albert I
2148 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 2153 Memorandum of Law fi
Plaintiffs Liaison Counsel, 2180 Stipulation and Order, 2272 Order, 2324 MOTION to Vacate filed by Plaintiffs Lia
Counsel, 2229 Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 2308 Response to Motion fil
John Baiano, 2286 Order, Set Deadlines, 2335 Endorsed Letter, 2152 Declaration, filed by Plaintiffs Liaison Counse
Declaration in Support, filed by Plaintiffs Liaison Counsel, 2304 Stipulation and Order, 2245 Stipulation and Order,
Deadlines/Hearings, 2266 Order, 2171 Stipulation and Order, 2336 Notice of Appearance filed by Gilsanz Murray S
LLP, 2198 Order on Motion to Compel, Order on Motion to Vacate, 2191 Affirmation in Opposition, filed by Plaint

Liaison Counsel, 2230 Endorsed Letter, Set Deadlines, 2255 Endorsed Letter, 2146 Order, Set Deadlines/Hearings,
MOTION to Vacate. filed by Plaintiffs Liaison Counsel, 2147 MOTION Response to Sua Sponte Order by Court (S
Sponte Order of August 4, 2010) MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4,
MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4, 2010) filed by Plaintiffs Liaison
2174 Stipulation and Order, Set Deadlines, 2325 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2270 E
Letter, 2197 Notice of Appearance filed by Robert Vecchione, 2205 Endorsed Letter, 2239 Endorsed Letter, Set Dea
2290 Stipulation and Order of Voluntary Dismissal, 2192 Order on Motion for Miscellaneous Relief, 2287 USCA M
2298 Order, 2289 Stipulation and Order of Voluntary Dismissal, 2338 Declaration in Support of Motion filed by Pla
Liaison Counsel, 2200 Order, 2244 Order, 2282 Order, 2315 Stipulation and Order of Dismissal, 2220 MOTION fo
Extension of Time. filed by En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American C
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, I
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2356 Stipulation and Order of Dismissal, 2188 MOTION to Compel Defendant The Port Auth
New York and New Jersey to reimburse Mount Sinai for the costs it incurred in responding to the Port Authority's su
and in preparing this motion MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local
Rule 6.3 MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3 filed
Mount Sinai Medical Center, 2231 Order, Set Deadlines/Hearings, 2292 Stipulation and Order of Voluntary Dismiss
Declaration in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., A
Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Gr
L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Te
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C
HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Asso
P.C., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Antho
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rent
&Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company,
Apple Wrecking &Construction Corp., 2240 Stipulation and Order of Voluntary Dismissal,, 2252 Order, 2305 Stipu
and Order,, 2330 Stipulation and Order of Dismissal, 2144 USCA Order,, 2262 Memo Endorsement, 2300 Endorsed
2258 Stipulation and Order of Dismissal, 2303 Memo Endorsement, 2176 MOTION to Set Aside Judgment Dismiss
action filed by James McFadden, 2207 MOTION to Compel Certain United States Social Security Administration C
Respond to Subpoenas Duces Tecum filed by Plaintiffs Liaison Counsel, 2279 Notice (Other) filed by Plaintiffs Lia
Counsel, 2329 Stipulation and Order of Dismissal, 2234 Declaration in Support of Motion, filed by Plaintiffs Liaiso
Counsel, 2251 Stipulation and Order of Dismissal, 2156 Memorandum of Law in Opposition to Motion filed by The
Authority of New York &New Jersey, 2215 Order, Set Deadlines/Hearings, 2309 Affirmation in Opposition to Moti
by Michelle Haskett−Godbee, 2238 Order, 2140 Notice (Other) filed by Plaintiffs Liaison Counsel, 2275 MOTION
Attorney Fees (Common Benefit Attorney Fees) filed by Plaintiffs Liaison Counsel, 2288 Response to Motion filed

| | |
|---|---|
| | Fitzpatrick, 2157 Declaration in Opposition to Motion, filed by The Port Authority of New York &New Jersey, 2333 Endorsed Letter, 2166 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2233 MOTION to Compel CERTAIN UNITED STATES SOCIAL SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOENA DUCES TECUM filed by Plaintiffs Liaison Counsel, 2209 MOTION for Discovery filed by Plaintiffs Liaison Counsel, Declaration in Support of Motion filed by James McFadden, 2232 Order, Set Deadlines/Hearings, 2241 Order, 2179 USCA Case Number 11−0355, 2460 Order on Motion to Dismiss, 2462 Stipulation and Order, 2413 MOTION to D filed by Plaintiffs Liaison Counsel, 2403 Order, Set Deadlines/Hearings, 2448 Stipulation and Order of Voluntary D 2465 Stipulation and Order of Voluntary Dismissal, 2383 Order, 2450 Order on Motion to Dismiss, 2398 Stipulation Order of Dismissal, 2395 Letter, 2363 Order of Discontinuance, 2486 Order, 2373 Order on Motion for Attorney Fe Order, 2475 Notice (Other) filed by Plaintiffs Liaison Counsel, 2420 Stipulation and Order of Voluntary Dismissal, Stipulation and Order of Dismissal, 2477 Order of Dismissal, 2488 Memo Endorsement, 2464 Stipulation and Order Dismissal, 2445 Declaration filed by Plaintiffs Liaison Counsel, 2493 Memo Endorsement, 2495 Stipulation and Or Voluntary Dismissal, 2367 Reply Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 24 Stipulation and Order of Dismissal, 2416 Stipulation and Order of Dismissal, 2485 Order, 2458 Stipulation and Ord Dismissal, 2455 JOINT MOTION to Dismiss Claims against the Port Authority of New York and New Jersey filed Plaintiffs Liaison Counsel, 2400 Order, 2471 Order, 2474 Order on Motion to Dismiss, 2414 Declaration in Opposit by Plaintiffs Liaison Counsel, 2391 Memo Endorsement, 2392 Order on Motion to Compel, 2470 Rule 7.1 Corporat Disclosure Statement filed by Bovis Lend Lease LMB, Inc., 2428 MOTION for Summary Judgment Notice of Moti Summary Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction. filed Port Authority of New York &New Jersey, 2483 Stipulation and Order of Dismissal, Add and Terminate Parties, 24 Stipulation and Order of Voluntary Dismissal, 2401 Order, 2419 Order of Voluntary Dismissal, 2370 Stipulation and Order of Dismissal, 2468 Order, 2376 Stipulation and Order of Dismissal, 2481 Declaration in Support, filed by Plaintiffs Liai Counsel, 2453 Stipulation and Order of Dismissal, 2442 Stipulation and Order, 2384 Memo Endorsement, 2497 Stip and Order, 2456 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2405 Order, 2379 Memorandum of Law Support of Motion filed by Plaintiffs Liaison Counsel, 2463 Stipulation and Order of Voluntary Dismissal, 2434 De in Support filed by Plaintiffs Liaison Counsel, 2440 Declaration in Support, filed by Plaintiffs Liaison Counsel, 241 Endorsement, 2410 Endorsed Letter, 2496 Order, 2441 Declaration filed by Plaintiffs Liaison Counsel, 2433 FIRST MOTION to Dismiss filed by Plaintiffs Liaison Counsel, 2397 Stipulation and Order of Voluntary Dismissal, 2480 to Dismiss Claims Against Taylor Recycling, LLC filed by Plaintiffs Liaison Counsel, 2489 Stipulation Order of Dismissal, 2446 Memo Endorsement, 2425 Stipulation and Order of Voluntary Dismissal, 2447 Stipulation Order of Dismissal, 2372 Order on Motion to Compel, 2389 Order, Set Deadlines/Hearings, 2406 SECOND MOTIO Reopen Case filed by Plaintiffs Liaison Counsel, 2492 Order, 2432 Endorsed Letter, Set Deadlines, 2402 Memo Endorsement, 2451 Stipulation and Order of Dismissal, 2438 Endorsed Letter, Set Deadlines/Hearings, 2377 Order of Dismissal, 2490 Order of Dismissal, 2479 Order on Motion to Set Aside Judgment, 2380 Order, 2396 Orde Order, 2412 Order, 2411 Memo Endorsement, 2399 Order, 2375 Order on Motion to Vacate, 2408 Declaration in Su Motion, filed by Plaintiffs Liaison Counsel, 2467 Endorsed Letter, 2374 Order on Motion to Vacate, 2469 Memo Endorsement, 2390 Notice (Other) filed by Plaintiffs Liaison Counsel, 2394 Endorsed Letter, Set Deadlines/Hearing Stipulation and Order of Voluntary Dismissal, 2454 Endorsed Letter, 2423 Stipulation and Order of Voluntary Dism 2386 MOTION Extension and Protection of Client Privileges and Confidences. filed by Plaintiffs Liaison Counsel, Declaration in Support, filed by Plaza Construction Management Corp., 2387 Endorsed Letter, 2364 Stipulation and Dismissal, 2472 Order, 2427 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2404 Endorsed Letter, 2409 Noti Appearance filed by Noah H. Kushlefsky, 2487 Notice of Appeal filed by Hector Flamenco, 2452 Stipulation and O Dismissal, 2369 MOTION to Serve filed by Hector Flamenco, 2393 Stipulation and Order, Add and Terminate Parti Declaration, filed by Plaintiffs Liaison Counsel, 2437 Order, Set Hearings, 2436 Order, 2424 Stipulation and Order Voluntary Dismissal, 2439 MOTION to Dismiss Defendant Phillips &Jordan, Inc. filed by Plaintiffs Liaison Counse Notice (Other) filed by Gregory J. Cannata &Associates and Robert A. Grochow, P.C., 2382 Stipulation and Order o Dismissal, 2431 Order, 2430 Memorandum of Law in Support of Motion, filed by The Port Authority of New York Jersey, 2381 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2362 Order, 2466 Memo Endorsement, 2407 Not Appeal, 2378 MOTION to Vacate Order of February 7, 2011 Appointing Special Counsel filed by Plaintiffs Liaison 2435 Memo Endorsement, 2476 Order, 2484 Order on Motion to Dismiss, 2461 Stipulation and Order, 2371 Order o Motion to Serve, 2426 Stipulation and Order of Dismissal, 2459 MOTION to Dismiss Claims Against Environmental &Geological Science and Management, LLC filed by Plaintiffs Liaison Counsel, 2491 Order, Add a Terminate Parties, 2473 Order, 2422 Stipulation and Order of Voluntary Dismissal, 2429 Declaration in Support of filed by The Port Authority of New York &New Jersey were transmitted to the U.S. Court of Appeals. (nd) (Entered 10/11/2011) |
| 10/11/2011 | Transmission of Notice of Appeal to the District Judge re: (3 in 1:05−cv−07823−AKH, 3 in 1:10−cv−02309−AKH, 1:21−mc−00100−AKH) Notice of Appeal,. (nd) (Entered: 10/11/2011) |
| 10/11/2011 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (3 in 1:05−cv−07823−AKH, 3 in 1:10−cv−02309−AKH, 2573 in 1:21−mc−00100−AKH) Notice of Appeal,. (nd) (Entere 10/11/2011) |
| 10/11/2011 | Transmission of Notice of Appeal to the District Judge re: 2574 Notice of Cross Appeal. (nd) (Entered: 10/11/2011) |

| 10/11/2011 | | Transmission of Notice of Cross Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2574 Notice Cross Appeal. (nd) (Entered: 10/11/2011) |
| 10/12/2011 | | Transmission of Notice of Appeal to the District Judge re: 2575 Notice of Cross Appeal. (nd) (Entered: 10/12/2011) |
| 10/12/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2575 Notice of C Appeal. (nd) (Entered: 10/12/2011) |
| 10/12/2011 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2575 Notice Appeal filed by John Ferrari, Debbie Anne Ferrari, 2574 Notice of Cross Appeal filed by Tier 4 Settling Plaintiffs, 2 Notice of Appeal, filed by Barbara Burnette, Lebro Burnette, 2561 Reply Memorandum of Law in Support of Motic filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, H Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Turner/ Joint Venture, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Gold Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment R Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee C LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Cor Engineers, 2564 MOTION to Dismiss Claims Against the Port Authority of New York and New Jersey. filed by Pla Liaison Counsel, 2572 Notice of Appeal filed by Sullivan Papain Block McGrath &Cannavo P.C., 2550 Stipulation Order of Voluntary Dismissal,, 2552 Notice of Appeal, filed by AMEC Construction Management, Inc., Bovis Len LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner Construction Co., The City of York, 2565 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2549 Notice of Appeal filed by City of New 2560 Memo Endorsement,, 2559 Endorsed Letter,, 2569 Memo Endorsement,, Set Hearings, 2566 Declaration filed Plaintiffs Liaison Counsel, 2568 Endorsed Letter,, 2563 USCA Mandate, 2571 Endorsed Letter, 2557 Declaration, f Plaintiffs Liaison Counsel, 2553 Endorsed Letter, 2562 Reply Affidavit in Support of Motion,,,,,,,,,, filed by En–Tec DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Nev Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Assoc R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C 2551 Notice of Appeal, filed by Turner Construction Co., Inc., Bovis Lend Lease LMB, Inc., Grace Industries, Inc., Construction Co., Inc., Amec Construction Management, Inc.,, Plaza Construction Corp., 2555 Memorandum of Lav Opposition to Motion,, filed by Plaintiffs Liaison Counsel, 2554 Declaration in Opposition to Motion,, filed by Plair Liaison Counsel, 2558 Order on Motion to Stay, 2556 Memorandum of Law filed by Plaintiffs Liaison Counsel, 256 on Motion to Dismiss/Lack of Prosecution,, 2503 Memo Endorsement, 2537 Order,,,,, 2526 USCA Order, 2535 Enc Letter, 2521 Endorsed Letter,, 2534 Order,,, 2518 Memorandum of Law in Support of Motion, filed by Bovis Lend |

LMB, Inc., Turner Construction Company, Tully Construction Co., Inc., AMEC Construction Management, Inc., A
Earth &Environmental, Inc., Evergreen Recycling of Corona, Plaza Construction Corp., City of New York, 2505 Sti
and Order of Dismissal, 2546 Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting G
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. 
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor E
and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska
Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C., 
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Turner/Plaza, A Joint Venture, Gilsanz Murray Steficek LL
One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Sim
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance 
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 
Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineers, 2525 Order,,, 2548 N
Appeal,,,,,,,,,,, filed by En–Tech Corp., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, L
Kessler &Bartlett, Inc., SAB Trucking, Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Ca
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle 
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., City of New York, Semcor Equipment and Manufacturing Corporatio
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Constru
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecki
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Diversified Carting, Inc., Robert L. G
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Tucc
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., LaStrada General Cont
Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New Yor
&Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutu
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2545 MOTION to
(Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S
(Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S
(Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S
(Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S
(Filing Fee $ 39.00.) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidm
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.(
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar 
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American 
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point 
Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, In
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robe
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const

Company, Big Apple Wrecking &Construction Corp.,. 2538 Stipulation and Order of Dismissal,. 2532 Reply Memor
Law in Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management,
Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction (
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A
Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Const
Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engine
WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, I
Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutu
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.,. 2499 Stipulation and Order of Dismissal,,,. 2529 Aff
in Opposition to Motion, filed by Stanislaw Faltynowicz,. 2519 Declaration in Support of Motion,, filed by AMEC
Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recy
Corona, Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Construction Corp.,.
Declaration in Support of I.F.P.,. 2510 MOTION to Dismiss for Lack of Prosecution. filed by En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cor
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
2540 Stipulation and Order of Dismissal,. 2508 Order,. 2536 Stipulation and Order of Dismissal,. 2501 Order,,. 2524 (
Motion for Miscellaneous Relief,,,. 2520 Stipulation and Order of Voluntary Dismissal,. 2517 MOTION to Dismiss f
of Prosecution. filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., City of New York, Turner Cor
Company, Plaza Construction Corp.,. 2539 Stipulation and Order of Dismissal,. 2531 USCA Order,,. 2523 Order,,,,,. 2
Stipulation and Order,. 2506 Memo Endorsement,. 2500 USCA Order,. 2541 Stipulation and Order of Dismissal,. 252
Declaration in Opposition, filed by Plaintiffs Liaison Counsel,. 2547 Affidavit in Support of Motion,,,,,,,,,, filed by I
Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Truck
Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Constructio
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Rec
Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting (
Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro I
Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Ro
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom

Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating
Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Toma
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four
Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liber
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2515 Declaration
Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Sk
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafo
Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, 
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2544 Order,, 2527 Response filed by
Plaintiffs Liaison Counsel, 2516 Memo Endorsement, 2507 Order, 2504 Status Report filed by Noah H. Kushlefsky
Endorsed Letter,, 2530 Declaration in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2498 USCA Order.
Reply Affirmation in Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., I
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Plaza Construction Management Corp., Berkel &Co. Contrac
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc.,
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., Vo
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrec
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Executive Medical Services, P.C.,
A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., R
Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &E
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., 2522 Endorsed Letter, 2514 Memorandum of Law in Support of Motion
filed by 2 World Trade Center, L.L.C., En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, In
Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction G
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recyclin
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Con
Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semc
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associat
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associat

LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze
Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Ro
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2132 Notice (Other) filed by Plaintiff
Counsel, 2136 Notice of Cross Appeal filed by All Plaintiffs, 2128 Affirmation filed by Plaintiffs Liaison Counsel,
Certificate of Service Other, filed by Plaintiffs Liaison Counsel, 2134 Notice (Other) filed by Plaintiffs Liaison Cou
2135 Order, 1646 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1343 Request for Production of De
filed by Donald Carson, Gloria Elaine Carson, 1655 Order,, 1135 Notice (Other) filed by Plaintiffs Liaison Counsel,
Affirmation filed by Francis A. Lee Company, 1294 Response to Discovery filed by Robert Panarella, 1656 Order,,,
Endorsed Letter, 2070 Appeal Record Sent to USCA – Index,, 1670 Order on Motion for Miscellaneous Relief,, 15
MOTION for Brian E. Moffitt to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank T
Company, DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche B
Company Americas, 1116 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Mar
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1547 Order,,, 1383 Notice (Other)
City of New York, 1354 Request for Production of Documents filed by Herbert Pate, 2035 Notice (Other) filed by P
Liaison Counsel, 1010 Stipulation and Order of Dismissal, 1048 Order,,,, 1972 Rule 56.1 Statement filed by Phillips
Jordan, Inc., 1436 Order,,,,,,,, 1708 Memorandum of Law in Support of Motion filed by The Port Authority of New
&New Jersey, 974 Endorsed Letter, Set Deadlines/Hearings,, 1872 Rule 56.1 Statement filed by Taylor Recycling F
LLC, 2042 Notice (Other) filed by Gregory J Cannata &Associates, 1860 Declaration in Support of Motion filed by
Recycling Facility LLC, 1830 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC,,
Rule 56.1 Statement, filed by Tully Environmental Inc., Bovis Lend Lease LMB, Inc., Turner Construction Compan
Construction Co., Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergreen Rec
Corona, Plaza Construction Corp., 924 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Co
1319 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1876 Rule 56.1 Statement filed
Recycling Facility LLC, 1080 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1580 Notice (Other) fi
Plaintiffs Liaison Counsel, 1447 Declaration in Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise,
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor E
and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska
Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C.,
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger In
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Compan
Pitkin, Inc., Mueser Rutledge Consulting Engineers, 1351 Request for Production of Documents filed by Dennis M.
O'Connor, 1650 MOTION for Brian S. Levine to Appear Pro Hac Vice. filed by Tishman Interiors Corporation, Tis
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
Tishman Construction Corporation of Manhattan, 1683 Endorsed Letter, Set Hearings,, 1433 Stipulation and Order,
Memorandum of Law in Support of Motion, filed by Mount Sinai Medical Center, 1016 Reply filed by En–Tech Co
Contracting Corp., 1649 MOTION for Aaron J. Stahl to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corpor
Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1261 Notice (O
filed by Plaintiffs Liaison Counsel, 961 Stipulation and Order of Dismissal, 2119 MOTION for Summary Judgmen
of Motion for Summary Judgment Dismissing A1, A2, A3, B1 and B2 Plaintiffs' Labor Law, Common Law Neglige
General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authori
New York &New Jersey, 1625 Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tis
Construction Corporation of New York, Tishman Interiors Corporation, 1165 Notice (Other) filed by Plaintiffs Liais

Counsel, 1227 MOTION for Andrew J. Carboy to Withdraw as Attorney for Plaintiffs. filed by Mary Jane Striffler, Jack Striffler, 948 Declaration in Support of Motion,, filed by En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1404 Response to Discovery filed by Nicola Cavicchio, Nicola Cavicchio, 1921 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1567 Declaration in O to Motion, filed by Raymond Hauber, 1396 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 2105 Stipulation and Order,,,, 1216 Stipulation and Order,,, 1137 Stipulation and Order, 1057 Case Management Plan, 20 Order,, 1998 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1263 Order Affidavit in Support of Motion filed by City of New York, 1085 Notice of Adoption of Master Answer filed by Tish Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 2101 Notice of Appearance filed by Weeks Marine, Inc., 1358 Request for Production of Documents filed by Berna Stinchcomb, Christine Stinchcomb, 1828 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac LLC, 1213 Order, 1130 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manha Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1559 Certificate of Service Compl Certificate of Service Other,, filed by Taylor Recycling Facility LLC, 2010 Affidavit in Support of Motion filed by Respirators, Inc., 1041 MOTION for Discovery to Address Plaintiffs' Counsel's Failures in Providing Discovery and Require an End Date for Complete Production of Medical Records and Sanctions. filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., New York, Turner Construction Company, Plaza Construction Corp., 913 Notice (Other) filed by Plaintiffs Liaison 1235 Notice (Other) filed by Plaintiffs Liaison Counsel, 889 Notice (Other) filed by Plaintiffs Liaison Counsel, 124 on Motion to Vacate,,, 1472 Notice (Other) filed by Plaintiffs Liaison Counsel, 987 Notice (Other) filed by Plaintiff Counsel, 1822 MOTION for Summary Judgment re Casey (06 cv 08890). filed by Taylor Recycling Facility LLC, 1 Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1653 Notice of Appearance filed by Tishman Constructio Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1361 Affirmation filed by Plaintiffs Liaison Counsel, 1565 Affirmation filed by Component Assembly Systems, Inc., 147 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2096 Notice of Appearance filed by Weeks Marine, 2030 Notice (Other) filed by Gregory J Cannata &Associates, 1265 Order, 963 Stipulation and Order of Dismissal,, Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1911 Endorsed Letter,, 1690 Notice (Other) filed by Pl Liaison Counsel, 1337 Notice (Other) filed by Plaintiffs Liaison Counsel, 1978 Rule 56.1 Statement filed by Phillips Jordan, Inc., 1406 Notice (Other) filed by Plaintiffs Liaison Counsel, 1784 MOTION for Summary Judgment Notice Motion Cantore. filed by Evans Environmental &Geological Science &Management, LLC., 1775 Affidavit in Suppo Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1556 Affidavit in Support of Motion filed by City of New York, 1746 Endorsed Lett MOTION for Summary Judgment for Plaintiffs Daniel and Jeanne Raleigh. filed by Phillips and Jordan, Inc., 2098 Appearance filed by Weeks Marine, Inc., 1300 Response to Discovery filed by Herbert Pate, 1992 Notice (Other), N (Other) filed by City of New York, 1515 Notice (Other) filed by Plaintiffs Liaison Counsel, 1615 MOTION for Alas Chan to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deutsc Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 2006 Order,, 1894 Declaration Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1835 Memorandum in Support of Motion filed by Taylor Recycling Facility LLC, 1805 Memorandum of Law in Support of Motion file Phillips and Jordan, Inc., 1248 Notice (Other) filed by Plaintiffs Liaison Counsel, 1829 Memorandum of Law in Sup Motion filed by Taylor Recycling Facility LLC, 1774 MOTION for Summary Judgment Rule 56 Statement Greco. f Evans Environmental &Geological Science &Management, LLC., 1011 Notice of Adoption of Master Answer filed Phillips and Jordan, Inc., 1573 Memorandum of Law in Support of Motion filed by City of New York, 1767 Memor Law in Support of Motion filed by Phillips and Jordan, Inc., 2069 Endorsed Letter,,,,,, 1201 Endorsed Letter,, 1012 (Other) filed by Plaintiffs Liaison Counsel, 1105 Notice of Adoption of Master Answer filed by Tishman Constructi Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1470 Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1175 MOTION for Partial Summary Judgment. filed by Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., P' Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretr American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., M Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Cor Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Le Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer– Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Cor Notice (Other) filed by Plaintiffs Liaison Counsel, 1364 Notice (Other) filed by Plaintiffs Liaison Counsel, 1244 Sti

and Order of Dismissal,,, 1522 MOTION to Strike Plaintiffs' September 9, 2009 Submission. filed by Gilsanz, Murr
Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Ewell W. Finley, P.C., Robert
Associates, Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associ
Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Gilsanz Murray Steficek LLP
Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood
&Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 1983 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1426 Notice (Other) filed by Plainti
Liaison Counsel, 1353 Request for Production of Documents filed by Robert Panarella, 1517 Order,, 990 Objection
(non–motion), Objection (non–motion) filed by marion s. mishkin, 1484 MOTION to Preclude and for Default agai
Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1798 MOTION for Summary Judgment Notice of
Castro. filed by Evans Environmental &Geological Science &Management, LLC., 1461 Notice (Other) filed by Plai
Liaison Counsel, 1044 Notice (Other) filed by Plaintiffs Liaison Counsel, 1928 Affidavit in Support of Motion, filed
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic
Corporation, 1306 Response to Discovery filed by Frank Scallo, 1509 Order, 1174 Notice (Other) filed by Plaintiffs
Counsel, 1699 Declaration in Support of Motion,,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &M
LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2089 Notice (Other) fil
Plaintiffs Liaison Counsel, 1815 MOTION for Summary Judgment Based Upon Untimely Notices of Claim and Sta
Limitations. filed by City of New York, 1632 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Coun
Declaration in Support of Motion,,, filed by Plaintiffs Liaison Counsel, 1861 Declaration in Support of Motion filed
Taylor Recycling Facility LLC, 1890 Affidavit in Support of Motion filed by Evans Environmental &Geological Sc
&Management, LLC., 1131 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of M
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1702 Memorandum of Law in Sup
Motion filed by Michelle Haskett–Godbee, 1066 Stipulation and Order of Dismissal,,, 1955 Certificate of Service O
by Taylor Recycling Facility LLC, 1906 Endorsed Letter,, 964 Notice (Other) filed by Plaintiffs Liaison Counsel, 16
Endorsed Letter,, 2092 Case Management Plan,,,,, 1384 Notice (Other) filed by Plaintiffs Liaison Counsel, 1334 En
Letter,, 952 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1502 Notice (Other) filed
Plaintiffs Liaison Counsel, 2008 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1952 Decla
Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1184 Affidavit of Service Othe
Plaintiffs Liaison Counsel, 1922 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis
Construction Corporation of New York, Tishman Interiors Corporation, 1553 Memorandum of Law in Support of M
filed by City of New York, 2083 Order,, 1445 Rule 56.1 Statement,,,,,,,,, filed by En–Tech Corp., DMT Enterprise,
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, I
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor E
and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska
Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc.,
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 1807 Certificate of Service Other filed by Phillips and Jordan
1488 Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 1363 Notice (Other) filed by P
Liaison Counsel, 1895 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science
&Management, LLC., 1429 Endorsed Letter,, 1608 Notice (Other) filed by Plaintiffs Liaison Counsel, 1700 MOTIO
Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1222 Order, 1816 Notice (Other) filed by City of N
959 Stipulation and Order of Dismissal, 1852 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel,
Malone, 1558 Rule 7.1 Corporate Disclosure Statement filed by Taylor Recycling Facility LLC, 1415 Order,,, 1115
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1000 Notice (Other) filed by Plaintiffs Liaison Counsel, 1956 Certificate
Service Other filed by Taylor Recycling Facility LLC, 2057 Order, 1940 Memorandum of Law in Support filed by E
Environmental &Geological Science &Management, LLC., 956 Stipulation and Order, Set Motion and

RRDeadlines/Hearings,, 2041 Order,, 1380 Reply Affidavit in Support of Motion filed by City of New York, 1797 M
to Compel Production of Documents Previously Withheld Under Improper Claim of Privilege. filed by Plaintiffs Lia
Counsel, 1503 Notice (Other) filed by Plaintiffs Liaison Counsel, 1663 Memorandum of Law in Support of Motion,
Plaintiffs Liaison Counsel, 1786 Memorandum of Law in Support of Motion, filed by The Port Authority of New Y
&New Jersey, 1869 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1060 Order,,,,,, 1613 Declaration i
Support of Motion filed by Plaintiffs Liaison Counsel, 1636 Affirmation in Support,, filed by Raymond Hauber, 131
Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1170 Notice (Other) filed by Samuel Pr
1428 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1062 Endorsed Letter,,, 1917 MOTION for Sum
Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New
and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Constructio
Corporation of New York, Tishman Interiors Corporation, 1035 Notice of Adoption of Master Answer filed by Phill
Jordan, Inc., 914 Notice (Other) filed by Plaintiffs Liaison Counsel, 946 Rule 56.1 Statement filed by En−Tech Cor
Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors
1387 Affirmation filed by Plaintiffs Liaison Counsel, 2102 Notice of Appearance filed by Weeks Marine, Inc., 1985
MOTION for Summary Judgment On Behalf of The City of New York Based Upon Untimely Notices of Claim and
of Limitations filed by City of New York, 1456 MOTION to Substitute Party. Old Party: Raymond Hauber, New P
Hauber in his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. MOTION to
Amend/Correct Caption. filed by Raymond Hauber, 1204 MOTION for Partial Summary Judgment. filed by Tishma
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1362 Notice (Other) filed by Plaintiffs Liaison Counsel, 1357 Request for Production of Documents filed by Frank S
1938 Declaration in Support, filed by Evans Environmental &Geological Science &Management, LLC., 1505 MOT
Preclude and for Default Judgment against Defendants for Failing to Comply with Plaintiffs' First Case−Specific De
and Order of July 8, 2009. filed by Plaintiffs Liaison Counsel, 1237 Order,, 973 Notice of Appearance filed by Kevi
Fitzpatrick, 1193 MOTION to Vacate 1160 Order,,. filed by Joette DeGiovine, Daniel DeGiovine, 999 Notice (Othe
by Plaintiffs Liaison Counsel, 1122 Notice of Adoption of Master Answer filed by Tishman Construction Corporatio
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 891 Notice (Other) file
Plaintiffs Liaison Counsel, 1210 MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. filed by Survivair Respira
Inc., 2103 Notice of Appearance filed by Weeks Marine, Inc., 1206 Notice of Adoption of Master Answer filed by F
and Jordan, Inc., 1728 Affirmation in Support of Motion,,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James
1896 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC.,
Memorandum of Law in Support,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, In
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Cann
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofi
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting Corp., Laquila Construction, Inc., Diversified Car
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 1293 Response to Discovery filed by Michael Panarella, 960 Certificate of Service Other,, file
marion s. mishkin, 2078 Notice of Appearance filed by United States, 1826 MOTION for Summary Judgment re Ra
cv 09818). filed by Taylor Recycling Facility LLC, 1514 Order, 1560 Answer to Complaint filed by Taylor Recyclin
Facility LLC, 1981 MOTION for Summary Judgment for Plaintiffs Frank Gullo and Gabriella Gullo. filed by Phillip
Jordan, Inc., 1069 Notice (Other) filed by Plaintiffs Liaison Counsel, 1853 Memorandum of Law in Support of Mot
by Survivair Respirators, Inc., 1107 Notice of Adoption of Master Answer filed by Tishman Construction Corporati
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1018 Notice (Other) fi
Plaintiffs Liaison Counsel, 1877 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Manage
LLC., 1504 Order (Other) filed by Plaintiffs Liaison Counsel, 1315 MOTION for Partial Summary Judgment. filed
Michelle Haskett−Godbee, 1197 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 94
(Other) filed by Plaintiffs Liaison Counsel, 895 Order, 1521 Notice (Other) filed by The City of New York, 1279 Re
to Discovery, filed by Thomas M. Flanders, 1059 Notice (Other) filed by Plaintiffs Liaison Counsel, 2097 Notice o
Appearance filed by Weeks Marine, Inc., 1783 MOTION for Summary Judgment re Alleva case (06 cv 08887). file
Taylor Recycling Facility LLC, 1449 Affirmation filed by Nacirema Industries, Inc., 1958 Reply Memorandum of L

Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1442 Notice (Other) filed by Plaintiffs Liaison Counsel, 1804 A of Service Other,, filed by Plaintiffs Liaison Counsel, Frank Malone, 1736 Affidavit of Service Other filed by Plain Liaison Counsel, 1156 Notice (Other) filed by Plaintiffs Liaison Counsel, 1506 Declaration in Support of Motion,,,, Plaintiffs Liaison Counsel, 983 Stipulation and Order, 986 Order on Motion for Partial Summary Judgment, 894 Sti and Order of Dismissal,, 1119 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1142 Memorandum of Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur Construction Company, Plaza Construction Corp., 2087 Notice (Other), Notice (Other), Notice (Other), Notice (Oth Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Co Enterprise, Inc., Off Road Welding, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Trucking, Inc., Toretta Trucking, Inc., Ove Arup &Partners P.C., Cord Contracting Co. Inc., Dakota Demo–Tech, C Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Group, Buro Happold Consulting Engineer Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Parson Group, I Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Musco Sports Lighting, LLC, Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Constructio Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti Simpson Gumpertz &Heger Inc., Ment Bros. Iron Works Co., JP Equipment Rental Material, Inc., Brer–Four Trans Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construct Corp., 1029 Notice (Other) filed by Plaintiffs Liaison Counsel, 1183 Memorandum of Law in Support filed by Plain Liaison Counsel, 1954 Declaration in Support,, filed by Evans Environmental &Geological Science &Management, 1782 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plainti Liaison Counsel, 1386 Case Management Plan, 2019 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co Contractors, Inc., 1658 Order, 2093 Notice of Appearance filed by Weeks Marine, Inc., 1637 Certificate of Service filed by Raymond Hauber, 1749 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geologi Science &Management, LLC., 1523 Declaration in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Sk Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robert Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek L Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Ind Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius P Inc., 1313 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 2099 Notice of Appearance Weeks Marine, Inc., 1452 Stipulation and Order of Dismissal,,,, 1239 Notice of Adoption of Master Answer filed by and Jordan, 1606 Stipulation and Order,, 958 Stipulation and Order of Dismissal, 1781 Rule 56.1 Statement filed by Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1718 Order, 1854 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1525 Memorandum of Law in of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartle MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomase Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 1453 Endorsed Letter,,,, 1986 Memorandum of Law Support of Motion filed by City of New York, 1925 Declaration in Support of Motion, filed by Tishman Constructio Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1799 R Statement filed by The Port Authority of New York &New Jersey, 1596 Notice (Other) filed by Plaintiffs Liaison C 1513 Notice of Appearance filed by Manafort Brothers, Inc., 1230 Notice of Appearance filed by Manafort Brothers 923 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1765 MOTION for Summary Judgment re Alle by Phillips and Jordan, Inc., 1855 Affidavit of Service Other filed by Survivair Respirators, Inc., 1712 Order, 1427

Protective Order,, 1345 Request for Production of Documents filed by Andrew Dunaway, 2024 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1640 Affirmation in Opposition,, filed by Hauber, 1083 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish Construction Corporation of New York, Tishman Interiors Corporation, 1287 Response, filed by Plaintiffs Liaison C 2018 Notice (Other) filed by Gregory J Cannata &Associates, 1541 Order on Motion to Preclude, 1215 Stipulation a Order,,, 1616 MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. filed by Taylor Recycling Facility LLC, 97 Certificate of Service Other,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Eng P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1666 Memorandum &Opinion, 1642 Notice (Othe by Plaintiffs Liaison Counsel, 1499 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1389 Notice filed by Plaintiffs Liaison Counsel, 1240 Costs Taxed, 1157 Endorsed Letter,, 1679 MOTION to Compel Robert Mc to Appear for Deposition. filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Truckin Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Wei Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp. Response to Discovery filed by Frank Scallo, 1150 Rule 56.1 Statement filed by City of New York, 1441 Response Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 1480 Affidavit of Service Other, filed by Plaintiffs Liaison 1200 Stipulation and Order, Set Deadlines, 1272 Response to Discovery filed by Andrew Dunaway, 1908 Memoran Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1836 Memorandum of Law in Support of Motion f Taylor Recycling Facility LLC, 1661 MOTION for Reconsideration of the Court's Order Dated December 3, 2009 D Motion to Compel Mayris Webber, DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1634 Reply Memorandum of Law in Support of Motion filed by The City of New York, 910 Notice of Adoption of Master Answ by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1338 Order,, 1874 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1164 Notice (Other) f Plaintiffs Liaison Counsel, 1103 Notice of Adoption of Master Answer filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2086 Order, 2063 Ord Declaration in Support of Motion filed by City of New York, 1790 MOTION for Summary Judgment Notice of Mot Casey. filed by Evans Environmental &Geological Science &Management, LLC., 927 Notice (Other) filed by Plain Liaison Counsel, 2104 Notice of Appearance filed by Weeks Marine, Inc., 1858 MOTION for Stephanie S. McGraw Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., Sperian Respirstor Protection USA, LLC, Musco Sports Lighting, LLC, 1464 Memorandum of Law in Support of Motion, filed by Tisl Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1460 Affirmation in Support of Motion, filed by Raymond Hauber, 1644 MOTION for an Order compelling Mayris DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1305 Response to Discovery filed by Frank Sca Stipulation and Order,,,,,, 1705 Memorandum of Law in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, L Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L. Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoc

Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thor Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1443 Order on Motion fo Summary Judgment, 1266 Response to Discovery filed by Nicola Cavicchio, 1220 Endorsed Letter,,, 1823 MOTIO Summary Judgment re Greco (05 cv 01228). filed by Taylor Recycling Facility LLC, 2020 Notice of Adoption of M Answer filed by Berkel &Co. Contractors, Inc., 1862 Declaration in Support of Motion filed by Taylor Recycling Fa LLC, 1848 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1038 Order, Set Deadlines/Hearing Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc Corporation of New York, Tishman Interiors Corporation, 890 Stipulation and Order of Dismissal,, 1124 Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I York, Tishman Interiors Corporation, 1614 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1537 Ord Motion to Appear Pro Hac Vice, 1897 Declaration in Support of Motion,, filed by Evans Environmental &Geologic Science &Management, LLC., 1626 Response to Discovery filed by Diane Scallo, Andrew Scallo, 2095 Notice of Appearance filed by Weeks Marine, Inc., 1139 Order,,, 1768 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1214 Order on Motion to Appear Pro Hac Vice,,, 1378 Reply Memorandum of Law in Support of Motion,,,,,, filed b En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., P Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Ind Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction C Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Mater Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Cons Corp., 1595 Order Admitting Attorney Pro Hac Vice, Terminate Motions,,,,,,,,,,,,, 2079 Order, Set Deadlines/Hearing 1698 Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Me LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1042 Memorandum of Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Const Corp., 1275 Response to Discovery filed by Michael Labetti, 2052 Notice (Other) filed by Gregory J Cannata &Ass 1008 Notice (Other) filed by Plaintiffs Liaison Counsel, 1172 Notice (Other) filed by Plaintiffs Liaison Counsel, 20 of Voluntary Dismissal – Signed, 1333 Stipulation and Order of Dismissal,, 1849 Order,,, 2040 Notice (Other) filed Gregory J Cannata &Associates, 1153 Order,,,,,,, 1267 Response to Discovery filed by Donald Carson, 1160 Order, Answer to Complaint filed by Seasons Industrial Contracting, 1777 MOTION for Summary Judgment Dismissing C A1, A2, A3, B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New Yor Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 2107 FIRST MOTION to Compel Pursuant to FRCP45. filed by Mount Sinai Medical Center, 1975 MOTION for Summary Judgment for Plaintiffs Ca Cameron and Steve Cameron. filed by Phillips and Jordan, Inc., 2043 Notice of Voluntary Dismissal – Signed, 1647 MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. filed En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, S Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canr Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc

Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 2100 Notice of Appearance filed by Weeks Marine, Inc., 197
Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1555 Affidavit in Support of Motion f
City of New York, 1965 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1402 Notice (Other), Notice (Other)
Plaintiffs Liaison Counsel, 937 Notice (Other) filed by Plaintiffs Liaison Counsel, 1032 Declaration in Opposition f
Plaintiffs Liaison Counsel, 1808 Certificate of Service Other filed by Phillips and Jordan, Inc., 1920 Affidavit in Su
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 989 Certificate of Counsel filed by marion s. mishkin, 1078 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1424 Notice (Other) filed by Plaintiffs Liaison Counsel, 1660 Notice (Other) filed by
Environmental &Geological Science &Management, LLC., 1347 Request for Production of Documents filed by Fra
Goffredo, Blanca Goffredo, 1605 Order on Motion to Appear Pro Hac Vice, 2118 Endorsed Letter, 965 USCA Man
2048 Notice (Other) filed by Gregory J Cannata &Associates, 1022 Endorsed Letter, 1641 Endorsed Letter,, 2011 R
Statement filed by Survivair Respirators, Inc., 943 Stipulation and Order,, 1098 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1676 MOTION to Amend/Correct Notice of Motion by The Port Authority of New York and New Jers
Amend it's Master Answer. filed by The Port Authority of New York &New Jersey, 1500 Notice (Other) filed by Pla
Liaison Counsel, 1423 Notice (Other) filed by Plaintiffs Liaison Counsel, 1947 MOTION for Summary Judgment re
Gullo, et al. v. A. Russo Wrecking, et al. (06–cv–10937). filed by Taylor Recycling Facility LLC, 1118 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of N
York, Tishman Interiors Corporation, 1015 Reply Memorandum of Law in Support of Motion filed by En–Tech Co
Contracting Corp., 1602 MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. filed by Taylor Recycling Facil
1916 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1901 Notice of Appearance filed by Plaza Constructic
1884 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 10
Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 1316 Response to Discovery filed by Rober
1546 Notice (Other) filed by Plaintiffs Liaison Counsel, 1733 Response to Discovery filed by Frank Goffredo, Blan
Goffredo, 1530 MOTION for Julie Busch to Appear Pro Hac Vice. filed by The Port Authority of New York &New
1036 Notice (Other) filed by Plaintiffs Liaison Counsel, 1133 Notice of Appearance filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1250
Stipulation and Order of Dismissal,, 1412 Order,,, 1407 Notice (Other) filed by Plaintiffs Liaison Counsel, 1126 No
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1527 Endorsed Letter,, 1633 Reply Affirmation in Support of Motion, fi
The City of New York, 1544 Order on Motion to Strike, 1462 Notice (Other) filed by Plaintiffs Liaison Counsel, 11
of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Co
of New York, Tishman Interiors Corporation, 2027 Notice of Adoption of Master Answer filed by Buro Happold Co
Engineers, P.C., 1791 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 17
on Motion to Appear Pro Hac Vice, 1438 Endorsed Letter,, 1695 Declaration in Support of Motion, filed by The Po
Authority of New York &New Jersey, 1109 Notice of Adoption of Master Answer filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1304 R
to Discovery filed by Frank Scallo, 1966 Certificate of Service Other filed by Phillips and Jordan, Inc., 1875 Rule 56
Statement filed by Taylor Recycling Facility LLC, 1487 Declaration in Support of Motion,, filed by Plaintiffs Liaisc
Counsel, 1408 Endorsed Letter,,,, 1937 Memorandum of Law in Support filed by Evans Environmental &Geologica
&Management, LLC., 1371 Order,,, 1125 Notice of Adoption of Master Answer filed by Tishman Construction Cor
of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1586 Affidavit of S
Other, filed by Plaintiffs Liaison Counsel, 1582 Notice (Other) filed by Plaintiffs Liaison Counsel, 1077 Notice of A
of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of I
York, Tishman Interiors Corporation, 1585 Endorsed Letter, 1909 Endorsed Letter, Set Deadlines/Hearings,,,,,, 189
Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1524 Dec
in Support of Motion,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kess
&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Asso
R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Co
Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornt
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2090 Notice (Othe
by Plaintiffs Liaison Counsel, 1341 Notice (Other) filed by Plaintiffs Liaison Counsel, 1138 Memorandum &Opinic
Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1497 Memorandum of Law in Supp
Motion, filed by Plaintiffs Liaison Counsel, 1282 Response to Discovery filed by Dennis M. O'Connor, 1980 Certifi
Service Other, filed by Phillips and Jordan, Inc., 1600 Stipulation and Order,,,,,,,,, 1825 MOTION for Summary Jud

Loughery (06 cv 08609). filed by Taylor Recycling Facility LLC, 926 Notice (Other) filed by Plaintiffs Liaison Cou
1832 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 2036 Notice (Other) filed
Gregory J Cannata &Associates, 1217 Stipulation and Order,,, 1501 Stipulation and Order, Set Motion and
RRDeadlines/Hearings,,,,,,,, 1074 Notice (Other) filed by Plaintiffs Liaison Counsel, 1211 Order,,,,, 1668 Notice (O
filed by Plaintiffs Liaison Counsel, 993 Order, 1905 Order,,, 1898 Declaration in Support of Motion,, filed by Evan
Environmental &Geological Science &Management, LLC., 1270 Response to Discovery filed by Andrew Dunaway
Order on Motion for Reconsideration, 2017 Notice (Other) filed by Gregory J Cannata &Associates, 920 Stipulation
Order of Dismissal,, 2065 Memo Endorsement, 1979 Rule 56.1 Statement filed by The Port Authority of New York
Jersey, 1778 MOTION for Summary Judgment Memo of Law Greco. filed by Evans Environmental &Geological Sc
&Management, LLC., 1439 Notice (Other) filed by Plaintiffs Liaison Counsel, 1435 Notice (Other) filed by Plaintif
Liaison Counsel, 1166 Notice (Other) filed by Samuel Provisero, 1128 Notice of Adoption of Master Answer filed b
Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio
Corporation, 950 Order Admitting Attorney Pro Hac Vice, 2071 Response to Discovery filed by Andrea Cavicchio,
Cavicchio, 1508 Notice (Other) filed by Plaintiffs Liaison Counsel, 931 Notice (Other) filed by Plaintiffs Liaison Co
1176 Declaration in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component
Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons,
Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skans
Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction,
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executi
Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G
Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipm
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1630 Response to Motion filed by Taylor R
Facility LLC, 1491 Order on Motion for Summary Judgment, Order on Motion for Judgment on the Pleadings, 205
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrec
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., F
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robe
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 1088 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpora
1919 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 925 Notice (Other), Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Lia
Counsel, 911 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishi
Construction Corporation of New York, Tishman Interiors Corporation, 1618 MOTION for Maureen C. Pavely to A
Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Cor
Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1381 Reply
Memorandum of Law in Support of Motion filed by City of New York, 1288 Memorandum of Law in Oppostion,,,,
Plaintiffs Liaison Counsel, 1820 MOTION for Summary Judgment re Cameron (06 cv 09273). filed by Taylor Recy
Facility LLC, 2121 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1552
MOTION to Quash Subpoenas. filed by City of New York, 1540 Notice (Other) filed by Plaintiffs Liaison Counsel,
MOTION to Vacate March 3, 2009 Dismissal. filed by Samuel Provisero, 1238 Stipulation and Order of Dismissal,,
Request for Production of Documents filed by Andrea Cavicchio, Nicola Cavicchio, 1802 Rule 56.1 Statement,,,, fil

Phillips and Jordan, Inc., 1368 Stipulation and Order of Dismissal,, 1607 Affirmation filed by Eagle One Roofing Contractors, Inc., 1744 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1949 Declaration in Support of filed by Taylor Recycling Facility LLC, 1004 Rule 56.1 Statement filed by Plaintiffs Liaison Counsel, 1536 Order on to Appear Pro Hac Vice, 984 Notice (Other), Notice (Other) filed by marion s. mishkin, 1262 Notice (Other) filed by Plaintiffs Liaison Counsel, 1191 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1982 Memorandum in Support of Motion filed by Phillips and Jordan, Inc., 1766 Memorandum of Law in Support of Motion filed by Pl Liaison Counsel, Frank Malone, 1310 Response to Discovery filed by Frank Scallo, 1372 Order,,, 1755 Notice (Oth by Phillips and Jordan, Inc., 1076 MOTION for Anita Weinstein to Appear Pro Hac Vice., 966 Order, Set Motion an RRDeadlines/Hearings, 1597 Order, Terminate Motions, Add and Terminate Attorneys, 1466 MOTION for Judgme Pleadings Laron Casey (06cv8890). filed by Tishman Construction Corporation of Manhattan, Tishman Constructio Corporation of New York, Tishman Interiors Corporation, 1403 Response to Discovery filed by Diane Scallo, Andr Scallo, 1535 Order on Motion to Appear Pro Hac Vice, 1651 Order, 1671 Notice (Other) filed by Evans Environmen &Geological Science &Management, LLC., 1771 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1095 N Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 955 Notice of Adoption of Master Answer filed by Phillips and Jordan, I Order, 1709 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1155 Order, MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs. filed by Gilsanz, Murray, S LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill L Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoc Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Con Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Ro Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Franc Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equip Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofi Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Ru Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1101 Notice of Adoption of M Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1054 Notice of Appearance filed by Verizon New York Inc., 1352 Request for Prod Documents filed by Michael Panarella, Christine Panarella, 1959 Declaration in Support of Motion,,, filed by Gilsan Murray, Steficek, LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, S Owings &Merrill, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler & Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Luc Pitkin, Inc., 2032 Endorsed Letter,, 1557 Notice (Other) filed by Plaintiffs Liaison Counsel, 928 Notice (Other) filed Plaintiffs Liaison Counsel, 1631 Certificate of Service Other filed by Taylor Recycling Facility LLC, 988 Schedulin 1307 Response to Discovery filed by Frank Scallo, 1342 Notice (Other) filed by Plaintiffs Liaison Counsel, 2077 No (Other) filed by Plaintiffs Liaison Counsel, 1612 MOTION to Compel James Carpenter to Appear for Deposition. fi Plaintiffs Liaison Counsel, 1601 Order on Motion to Compel, 945 MOTION for Summary Judgment. filed by En–T Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio Genera Contractors Corp., 1458 Order, 1900 Order Admitting Attorney Pro Hac Vice, 1440 Notice (Other) filed by The Cit York, 1390 Notice of Appearance, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contra Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Industries, Inc., Mo American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Service Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environ Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New

Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1974 Certificate of Service Other filed by Phillips and Jordan, Inc., 1988 Declaration in Support of Motion filed by City of New York, 1446 Memorandum of Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Sk Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L. Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tru Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 1034 Notice (Other) filed by Plaintiffs Liaison Counsel, 905 Stipulation and Order of Dismiss Certificate of Service Other filed by Taylor Recycling Facility LLC, 1416 Order,,, 1360 Request for Production of Documents filed by Frank Scallo, 1072 Stipulation and Order of Dismissal,,,, 2054 Order, Set Motion and RRDeadlines/Hearings, 1809 Affidavit of Service Other filed by Phillips and Jordan, Inc., 1665 Notice (Other) filed Plaintiffs Liaison Counsel, 1037 USCA Mandate, 2088 Order,, 1599 Notice (Other) filed by Plaintiffs Liaison Coun Memorandum of Law in Support of Motion, filed by Survivair Respirators, Inc., 1737 Affidavit of Service Other, fil Plaintiffs Liaison Counsel, 2094 Notice of Appearance filed by Weeks Marine, Inc., 1995 Memorandum of Law in S of Motion filed by Phillips and Jordan, Inc., 1493 Notice (Other) filed by Plaintiffs Liaison Counsel, 1228 Declarati Support filed by Mary Jane Striffler, Donald Striffler, 1887 Memorandum of Law in Support of Motion filed by Eva Environmental &Geological Science &Management, LLC., 1182 Declaration in Support filed by Plaintiffs Liaison C 1967 MOTION for Summary Judgment Dismissing C1 and B3 Plaintiffs' Labor Law, Common Law Negligence, an General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authori New York &New Jersey, 1249 Stipulation and Order,,, 1023 Stipulation and Order of Dismissal,, 1680 Declaration Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Constru Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo– Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, E Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledg Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1001 Notice (Other) filed by Liaison Counsel, 1519 Endorsed Letter,, 1827 Certificate of Service Other, filed by Taylor Recycling Facility LLC,, Notice (Other) filed by Plaintiffs Liaison Counsel, 1051 Case Management Plan, 1388 Notice (Other) filed by Plain Liaison Counsel, 1056 Protective Order, 1047 Order,,,,, 1730 Notice (Other) filed by Plaintiffs Liaison Counsel, 211 1422 Memo Endorsement, 1312 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1061 N (Other) filed by Plaintiffs Liaison Counsel, 1173 Endorsed Letter,, 1329 Stipulation and Order of Dismissal, 1984 C of Service Other, filed by Phillips and Jordan, Inc., 1673 FIRST MOTION for Protective Order Notice of Motion. fi United States, 1888 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1019 Notice (Other) filed by Plaintiffs Liaison Counsel, 1945 Memorandum of Law in Suppo by Evans Environmental &Geological Science &Management, LLC., 1498 Notice (Other) filed by Plaintiffs Liaison

Counsel, 1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New York's Admitted Suppression of
for Six Years. filed by Plaintiffs Liaison Counsel, Frank Malone, 1152 Declaration in Support of Motion, filed by C
New York, 1566 Memorandum of Law in Opposition to Motion filed by Raymond Hauber, 1760 Rule 56.1 Stateme
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 901 Certificate of Service Other, filed by John Montalvo, 1046 Order on Motion to Appear Pro Hac Vi
Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 953 Amended Notice of Appeal, filed b
Plaintiffs, 1005 Affirmation in Opposition,,, filed by Plaintiffs Liaison Counsel, 1379 Reply Memorandum of Law i
of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environm
Inc., Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 970 Reply Memorandu
Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engi
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1738 Affidavit of Service Other, filed by Plaintiff
Counsel, 1819 Rule 56.1 Statement filed by City of New York, 1950 Memorandum of Law in Support of Motion fil
Taylor Recycling Facility LLC, 1280 Response to Discovery filed by Nicholas Lusuriello, 1619 Response to Discov
by David Nolan, Louise Nolan, 1907 Counter Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel, 1332 Orde
Case Management Plan,,, 1627 Order on Motion to Compel, 1740 Notice (Other) filed by Plaintiffs Liaison Counsel
Notice (Other) filed by Plaintiffs Liaison Counsel, 2080 Order,,, 2009 Memorandum of Law in Support of Motion f
Survivair Respirators, Inc., 1410 Endorsed Letter,, 981 Notice (Other) filed by Plaintiffs Liaison Counsel, 1225 Stip
and Order,,, 1881 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1
Stipulation and Order,,,, 1070 Stipulation and Order of Dismissal,,,, 1551 Order,,, 1511 Order on Motion to Amend/
Order on Motion to Substitute Party,, 1574 Affidavit in Support of Motion filed by City of New York, 1317 Respon
Discovery filed by Robert Suarez, 1563 Affidavit of Service Other filed by Taylor Recycling Facility LLC, 1431 No
(Other) filed by Plaintiffs Liaison Counsel, 1863 Declaration in Support of Motion filed by Taylor Recycling Facilit
2026 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1223 Order, 1181
MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison Counsel, 1701 Affirmation in Support of Motion filed b
Michelle Haskett–Godbee, 1291 Response to Discovery filed by Michael Panarella, 1268 Response to Discovery fil
Frank Goffredo, 1369 Order,,, 1962 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs a
The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act. filed by
Authority of New York &New Jersey, 1977 Memorandum of Law in Support of Motion, filed by The Port Authorit
York &New Jersey, 1495 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1871 Rule 56.1 Statement
Taylor Recycling Facility LLC, 1474 Order, 1292 Response to Discovery filed by Michael Panarella, 922 Stipulatio
Order of Dismissal,, 1639 Endorsed Letter, Add and Terminate Attorneys,,,, 2085 Memo Endorsement, Add and Te
Attorneys,,,, 1318 Response to Discovery filed by Robert Suarez, 1973 Rule 56.1 Statement, filed by Gilsanz, Murra
Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &
LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway
Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &
Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Ea
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzocchi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semo
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold
Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E
Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer As
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City
York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Const
Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., L
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental
Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., W
Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C.,
Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Cons

Corp., 1273 Response to Discovery filed by Frank Goffredo, 1662 Declaration in Support of Motion, filed by Plaint
Liaison Counsel, 1483 MOTION to Preclude and for Default against the Defendant City of New York. filed by Plai
Liaison Counsel, 2022 Notice of Adoption of Master Answer filed by Berkel &Co. Contractors, Inc., 1748 MOTION
Summary Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction of New Y
Tishman Interiors Corp.. filed by Tishman Construction Corporation of Manhattan, Tishman Construction of New Y
New York, Tishman Interiors Corporation, 1806 Certificate of Service Other filed by Phillips and Jordan, Inc., 1795
MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plaintiffs Lia
Counsel, 1391 Affirmation filed by Plaintiffs Liaison Counsel, 2050 Notice of Appeal, filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Coro
Construction Co., Inc., City of New York, Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Con
Corp., 1575 Affidavit in Support of Motion filed by City of New York, 1824 MOTION for Summary Judgment re C
(06 cv 08692). filed by Taylor Recycling Facility LLC, 1221 Memo Endorsement, 916 Memorandum of Law in Opp
to Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., B
Environmental, Inc., 1554 Affidavit in Support of Motion filed by City of New York, 2123 Order,,, 1340 Notice (Ot
by Plaintiffs Liaison Counsel, 2108 Protective Order, 1331 Order,, 2117 Rule 56.1 Statement filed by The Port Auth
New York &New Jersey, 1494 MOTION to Preclude and for Default Against Defendants for Failing to Timely and
Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODU
filed by Plaintiffs Liaison Counsel, 1584 Order,,,, 1169 Endorsed Letter,, 977 Order of Dismissal,, 1411 Endorsed L
904 Notice (Other) filed by Plaintiffs Liaison Counsel, 995 Stipulation and Order, Set Motion and RRDeadlines/Hea
1053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1309 Response to Discovery filed by Frank Scallo, 1049 En
Letter,, 1058 Notice (Other) filed by Plaintiffs Liaison Counsel, 1377 Notice (Other) filed by Plaintiffs Liaison Cou
1219 Order,,, 1110 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan,
Construction Corporation of New York, Tishman Interiors Corporation, 1195 Declaration in Support filed by Joette
DeGiovine, Daniel DeGiovine, 1873 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1405 Response to
Discovery filed by Robert Panarella, 1759 Notice (Other) filed by Phillips and Jordan, Inc., 1520 Notice (Other) file
Plaintiffs Liaison Counsel, 1892 Affidavit in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 2076 Stipulation and Order,,, 1246 Stipulation and Order of Dismissal,,, 936 Notice (Other) f
Plaintiffs Liaison Counsel, 935 Notice (Other) filed by Plaintiffs Liaison Counsel, 1100 Notice of Adoption of Mast
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 899 MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the
filed by Plaintiffs Liaison Counsel, 1348 Request for Production of Documents filed by Karen Labetti, Michael Lab
Notice (Other) filed by Plaintiffs Liaison Counsel, 1899 Order,,,, 1948 Memorandum of Law in Support filed by Ev
Environmental &Geological Science &Management, LLC., 1576 Affidavit in Support of Motion, filed by City of Ne
1089 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Cor
Corporation of New York, Tishman Interiors Corporation, 2082 Notice of Appearance filed by Weeks Marine, Inc.,
Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A
Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza
Construction Corp., 1856 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1821 MOTION
Summary Judgment re Cantore (06 cv 10654). filed by Taylor Recycling Facility LLC, 1722 Notice of Voluntary D
– Signed,, 1889 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management,,
1865 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1290 Response to Discovery filed b
Nolan, 1620 Order, Terminate Motions,, 1610 Order,, 1758 Notice (Other) filed by Phillips and Jordan, Inc., 1648
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point E
Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze
Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein As
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1721 MOTION for George N. Kalamaras to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel,
Certificate of Service Other, filed by Phillips and Jordan, Inc., 1236 Notice (Other) filed by Plaintiffs Liaison Couns

Order, 1259 Stipulation and Order, 1207 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 13
Notice (Other) filed by Plaintiffs Liaison Counsel, 1349 Request for Production of Documents filed by Nicholas Lu
1099 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 1548 Order,,, 1726 MOTION for a Voluntary Dismissal
the Court Considers Proper Pursuant to FRCP 41 (a) (2). filed by John Dunne, Lynn Taylor, Daniel Taylor, James A
1117 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 1025 Endorsed Letter, 1336 Affidavit of Service Other fi
Plaintiffs Liaison Counsel, 1725 Order on Motion to Appear Pro Hac Vice, 900 MOTION for Reconsideration Plain
Memorandum of Law in Support. filed by Plaintiffs Liaison Counsel, 1857 Declaration in Support of Motion filed b
Recycling Facility LLC, 1136 Order Admitting Attorney Pro Hac Vice, 1628 Notice (Other) filed by Plaintiffs Liais
Counsel, 1393 Stipulation and Order,,, 1140 MOTION for Partial Summary Judgment. filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Ev
Recycling of Corona, Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 975 U
Order, 1253 Order, 1743 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1944 R
Statement filed by Evans Environmental &Geological Science &Management, LLC., 1942 Memorandum of Law in
filed by Evans Environmental &Geological Science &Management, LLC., 1271 Response to Discovery filed by An
Dunaway, 1356 Request for Production of Documents filed by Diane Scallo, Andrew Scallo, 969 Reply Affirmation
Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering
Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1796 MOTION for Summary Judgment Gipe Affi
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 1579 Declaration in Support, filed
J. Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 1931 Certificate of Serv
Other, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, T
Interiors Corporation, 2122 Order, 1224 Order, 1591 Order,,, 2047 Notice of Voluntary Dismissal − Signed, 2023 E
Letter,, 1370 Order,,, 1321 Endorsed Letter,,, 1776 MOTION for Summary Judgment re: Greco. filed by Phillips an
Inc., 2116 Notice of Appeal, filed by En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Cam
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1562 Amended Answer to Complaints filed by Taylor Recycling Facility LLC, 1108 Notice of Adoption of Master A
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1417 Order,,,,,,, 1692 Notice (Other) filed by Plaintiffs Liaison Counsel, 1589 MOTION for
Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deuts
Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1684 Order on Motion to
Amend/Correct,, 1529 MOTION for Zev Raben to Appear Pro Hac Vice. filed by The Port Authority of New York
Jersey, 1735 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1960 Counter Statement to Rule 56.1,, f
Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engine
P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C.,
Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 1729 Certificate of Service Other,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Alb
Stipulation and Order, Set Deadlines/Hearings,, 1180 MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison C
1878 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1757 Notice (
filed by Phillips and Jordan, Inc., 1533 Notice (Other) filed by Plaintiffs Liaison Counsel, 2037 Transcript, 1330 Ce
of Service Other,, filed by marion s. mishkin, 1106 Notice of Adoption of Master Answer filed by Tishman Constru
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1481 N
to Preclude and for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1561 Affid

Service Other filed by Taylor Recycling Facility LLC, 1123 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1793 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1866 Certificate of Service Other, filed by Recycling Facility LLC, 1603 Order,,,, 1302 Stipulation and Order of Dismissal,,,,,, 949 Order Admitting Attorney Vice, 1696 MOTION for Summary Judgment On Behalf of the Structural Engineer Defendants. filed by Gilsanz, M Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Canto Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, I Pitkin, Inc., 1243 Stipulation and Order of Dismissal,,, 1367 Stipulation and Order, 1276 Response to Discovery, fil Thomas M. Flanders, 1158 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1455 Affirmatio by C.B. Contracting Corp., 1753 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Mar Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1936 Rule 56.1 Statement filed by Environmental &Geological Science &Management, LLC., 944 Order on Motion for Reconsideration, 1296 Respon Discovery filed by Jason Porcaro, 1764 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc Response to Discovery filed by Dennis M. O'Connor, 2111 Order,,,, 2091 Order, 1373 Order,, 1751 MOTION for S Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1167 Endorsed Letter,,, 1284 to Discovery filed by Dennis M. O'Connor, 1134 Notice (Other) filed by Plaintiffs Liaison Counsel, 1624 Order,,, Response to Discovery filed by Dennis M. O'Connor, 1094 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1205 Memorandum of Law in Support of Motion filed by Tishman Construction Corporation of Manhattan, Tishma Construction Corporation of New York, Tishman Interiors Corporation, 1413 Order,,, 1682 Notice (Other) filed by I Liaison Counsel, 1697 Rule 56.1 Statement,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill L Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engin P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, I Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silr Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2033 Endorsed Letter, 1198 Affidavit Service Other filed by Joette DeGiovine, Daniel DeGiovine, 902 Notice of Appearance filed by 22 Non–Resp, Darl Montalvo, John Montalvo, 979 Notice (Other) filed by Plaintiffs Liaison Counsel, 1212 Order, 1021 USCA Mandat Stipulation and Order,,, 1838 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1063 Order (Oth by Plaintiffs Liaison Counsel, 1543 Order on Motion to Preclude, 1335 Stipulation and Order of Dismissal, 1092 No Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1437 Stipulation and Order of Dismissal,,, 1834 Memorandum of Law in of Motion filed by Taylor Recycling Facility LLC, 1467 Notice of Appearance filed by Bovis Lend Lease LMB, Inc Pre–Conference Statement filed by Samuel Provisero, 1258 Stipulation and Order,,,,, 1769 MOTION for Summary Judgment re: Casey. filed by Phillips and Jordan, Inc., 1192 Affidavit of Service Other filed by John Raehse, Paula I 1003 Affirmation, filed by Plaintiffs Liaison Counsel, 2061 Memorandum of Law in Opposition to Motion,,,, filed b Port Authority of New York &New Jersey, 1327 Notice (Other) filed by Plaintiffs Liaison Counsel, 1013 Notice (O filed by Plaintiffs Liaison Counsel, 1359 Request for Production of Documents filed by Robert Suarez, 1674 Order,, Response to Discovery filed by Michael Labetti, 1617 MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. fil Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, Deutsche Bar Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 933 Reply Affirmation in Support, fi Plaintiffs Liaison Counsel, 1251 Stipulation and Order,,, 1772 MOTION for Summary Judgment Notice of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1027 Notice (Other), Notice (Other), No (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Oth Notice (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Corp., Pinnacle Environmental Corp., Fleet T Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Even Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departn Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re

Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp.,
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Notice (Other) filed by Plaintiffs Liaison Counsel, 1594 Rule 7.1 Corporate Disclosure Statement filed by American
Building Maintenance Industries, Inc., 1742 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counse
Endorsed Letter, 1817 Memorandum of Law in Support of Motion filed by City of New York, 1082 Notice of Adop
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 1040 MOTION for Madro Bandaries to Appear Pro Hac Vice. filed by Phillips and J
Inc., Phillips and Jordan, 1912 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 972 Notice (Other), N
(Other) filed by marion s. mishkin, 2074 Supplemental ROA Sent to USCA – Index,, 1073 Stipulation and Order of
Dismissal,,,, 906 Notice (Other) filed by Plaintiffs Liaison Counsel, 1864 Declaration in Support of Motion filed by
Recycling Facility LLC, 1079 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1946 Rule 56.1 Staten
by Evans Environmental &Geological Science &Management, LLC., 2014 MOTION for Christopher Quinn to App
Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., 2003 Affidavit in Support, filed
Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Ski
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laqu
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1997
MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New Yo
New Jersey pursuant to the New York State Defense Emergency Act. filed by The Port Authority of New York &Ne
Jersey, 2049 MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short N
Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MO
Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Fili
39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice
Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to
Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $
filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray S
LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construc
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., I
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lud
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2075 Order, 1024 Order,
Notice (Other) filed by Plaintiffs Liaison Counsel, 1231 Order, 1177 Rule 56.1 Statement, filed by En–Tech Corp.,

Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dak
Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Co
Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C
Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Wel
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental N
Inc., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, l
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1454 Notice
filed by Plaintiffs Liaison Counsel, 1492 Notice (Other) filed by Plaintiffs Liaison Counsel, 1880 Rule 56.1 Stateme
by Evans Environmental &Geological Science &Management, LLC., 2001 Order to Show Cause,,, 939 Endorsed Le
1209 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpora
New York, Tishman Interiors Corporation, 1691 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel,
Affidavit of Service Other,,, filed by Plaintiffs Liaison Counsel, 1374 Notice (Other) filed by Plaintiffs Liaison Cou
1366 Stipulation and Order, 2044 Affidavit filed by Gregory J Cannata &Associates, 893 Stipulation and Order of
Dismissal,,,, 1577 Order, Set Deadlines/Hearings, 1528 Notice (Other) filed by Plaintiffs Liaison Counsel, 1233 Stip
and Order,,, 1886 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1550 Order,,, 1681 Endorsed Letter,, 1923 Certificate of Service Other,,, filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1444 MOTION for Summary Judgment Dismissing Defendants Not Named in Core Discovery. filed by En−Tech C
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Ir
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Nev
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, E
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2060 Memorandum of L
Opposition filed by Gregory J Cannata &Associates, 1694 Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey, 1879 Rule 56.1 Statement by Evans Environmental &Geological Scienc
&Management, LLC., 2025 Notice of Adoption of Master Answer filed by Buro Happold Consulting Engineers, P.C
Stipulation and Order of Dismissal,,, 1951 Declaration in Support, filed by Evans Environmental &Geological Scien
&Management, LLC., 1002 Notice (Other) filed by Plaintiffs Liaison Counsel, 1355 Request for Production of Docu
filed by Jason Porcaro, 2004 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed
Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construc
Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incor
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and
Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, ,
Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Constr
Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakot
Demo−Tech, Inc., Evans Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B.
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzoc
Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Componer
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Li
Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc.,

Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Roy Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turn A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquil Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Franci Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transporta Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., A Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1090 Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of York, Tishman Interiors Corporation, 1622 Order,, 912 Notice (Other) filed by Plaintiffs Liaison Counsel, 1924 MO for Summary Judgment re:Scott Malkoff and Irina Malkoff on behalf of Tishman Construction Corporation of Man Tishman Construction Corporation of New York and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1295 R to Discovery filed by Jason Porcaro, 1787 Certificate of Service Other,, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1451 Notice (Other) fi Plaintiffs Liaison Counsel, 1929 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis Construction Corporation of New York, Tishman Interiors Corporation, 1996 Certificate of Service Other filed by P and Jordan, Inc., 1260 Notice of Appearance filed by Mark Gajewski, 1993 MOTION for Summary Judgment for P Christopher Castro. filed by Phillips and Jordan, Inc., 1943 Declaration in Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1910 Stipulation and Order,,, 1350 Request for Production of Documen by David Nolan, Louise Nolan, 1450 Notice (Other) filed by Plaintiffs Liaison Counsel, 1831 MOTION for Summa Judgment re Castro (06 cv 07287). filed by Taylor Recycling Facility LLC, 1773 Memorandum of Law in Support of filed by Phillips and Jordan, Inc., 1385 Notice (Other) filed by Plaintiffs Liaison Counsel, 1930 MOTION for Summ Judgment re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937 06CV11710, 06CV11814, 06CV12743. filed by Survivair Respirators, Inc., 1114 Notice of Adoption of Master Ans by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1194 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 1970 Declaration Support of Motion, filed by The Port Authority of New York &New Jersey, 2106 Stipulation and Order, 2021 Rule Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., 1489 Stipulation and Order of Dismissal, 12 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construc Corporation of New York, Tishman Interiors Corporation, 1534 Notice (Other) filed by Plaintiffs Liaison Counsel, Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings, 962 Stipulation and Order of Dismissal,, 14 MOTION to Amend/Correct Caption. MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. filed by Raymond Hauber, Affidavit in Support of Motion, filed by Survivair Respirators, Inc., 1564 Affirmation filed by Robert L. Gerosa, Inc Notice (Other) filed by Plaintiffs Liaison Counsel, 1935 Affidavit of Service Other filed by Survivair Respirators, In Notice (Other) filed by Plaintiffs Liaison Counsel, 2068 Notice (Other) filed by Plaintiffs Liaison Counsel, 1468 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1891 Affidavit in Support of Motion filed b Environmental &Geological Science &Management, LLC., 1941 Rule 56.1 Statement filed by Evans Environmenta &Geological Science &Management, LLC., 1583 Reply Memorandum of Law in Support of Motion filed by City o York, 1395 Order, 1159 Endorsed Letter, 1645 Declaration in Support of Motion, filed by Plaintiffs Liaison Counse Reply Memorandum of Law in Support, filed by Plaintiffs Liaison Counsel, 985 Endorsed Letter,, 1531 Order, 1218 Stipulation and Order of Dismissal, 1833 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac LLC, 917 Declaration in Opposition to Motion,, filed by Bechtel Associates Professional Corporation, Bechtel Corp Bechtel Construction, Inc., Bechtel Environmental, Inc., 1706 Affidavit in Support of Motion, filed by Gilsanz, Mur Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings & LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construc Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin

Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2058 Affidavit in Oppos filed by Gregory J Cannata &Associates, 997 Endorsed Letter, 1050 Order,,,, 994 Notice (Other) filed by Plaintiffs Counsel, 1420 Affirmation filed by Plaintiffs Liaison Counsel, 1269 Response to Discovery filed by Andrew Dunav Endorsed Letter, 1208 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Construction Corporation of New York, Tishman Interiors Corporation, 1097 Notice of Adoption of Master Answer Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic Corporation, 951 Stipulation and Order of Dismissal,, 1914 Endorsed Letter, Set Deadlines/Hearings,,,,, 967 Endor Letter, 1414 Order,,, 1707 MOTION For Lone Pine Order Notice of Motion by The Port Authority of New York and Jersey For Lone Pine Order. filed by The Port Authority of New York &New Jersey, 1915 Reply Memorandum of I Support of Motion filed by Michelle Haskett–Godbee, 1927 Affidavit in Support of Motion, filed by Tishman Cons Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1084 N Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1299 Response Discovery filed by Andrew Scallo, 1657 Order,,, 1093 Notice of Adoption of Master Answer filed by Tishman Cons Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 892 No (Other) filed by Plaintiffs Liaison Counsel, 1710 Endorsed Letter, 1750 MOTION for Summary Judgment on behalf Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Int Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Y Tishman Interiors Corporation, 1734 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1421 Notice (O filed by Plaintiffs Liaison Counsel, 980 Notice (Other) filed by Plaintiffs Liaison Counsel, 954 Notice (Other) filed Plaintiffs Liaison Counsel, 976 Endorsed Letter,,, 1532 MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Hac filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, 1623 Ord Motion to Appear Pro Hac Vice,,, 2067 Notice (Other) filed by Plaintiffs Liaison Counsel, 1257 Order,,,, 1006 Notic (Other) filed by Plaintiffs Liaison Counsel, 978 Stipulation and Order of Dismissal,, 1086 Notice of Adoption of Ma Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1469 Declaration in Support of Motion,, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1717 Notice (Other) fi Plaintiffs Liaison Counsel, 1643 MOTION for Joseph A. Clark to Appear Pro Hac Vice. filed by Deutsche Bank Tru Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LL MOTION for Summary Judgment for Plaintiff Fernando Grimaldi. filed by Phillips and Jordan, Inc., 1592 Order,,, Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1762 MOTION Summary Judgment re Cantore. filed by Phillips and Jordan, Inc., 1490 Stipulation and Order,,, 1593 Order,,, 1724 for Patricia I. Jorge to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1672 FIRST MOTION Protective Order Based on Privacy Act. filed by United States, 1638 Memorandum of Law in Opposition filed by R Hauber, 1990 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1234 Consent, filed by Curti, 1850 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1065 Order,,, 1689 Order on Mo Appear Pro Hac Vice,, 1190 Declaration in Support of Motion, filed by John Raehse, Paula Raehse, 1957 Certificate Service Other filed by Taylor Recycling Facility LLC, 1252 Stipulation and Order of Dismissal, 1081 Notice of Ad Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne Tishman Interiors Corporation, 1149 MOTION for Partial Summary Judgment. filed by City of New York, 934 Stip and Order of Dismissal, 1659 Notice (Other) filed by Evans Environmental &Geological Science &Management, Ll Memorandum of Law in Support of Motion,, filed by The Port Authority of New York &New Jersey, 1030 Notice ( filed by Plaintiffs Liaison Counsel, 1761 Certificate of Service Other,, filed by Tishman Construction Corporation o Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1188 MOTION to Vac Order,,. filed by John Raehse, Paula Raehse, 1512 Notice (Other) filed by Plaintiffs Liaison Counsel, 1545 MOTIO Quash Subpoenas. filed by City of New York, 1716 Notice (Other) filed by Plaintiffs Liaison Counsel, 1281 Respon Discovery filed by Nicholas Lusuriello, 1578 MOTION to Compel Witnesses to appear for deposition. filed by John Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 2110 Declaration in Suppo Motion, filed by Mount Sinai Medical Center, 1375 Notice (Other) filed by Plaintiffs Liaison Counsel, 1328 Stipula Order of Dismissal, 998 Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Canron Constru Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert

Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, B
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associ
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Mu
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1394 Notice (Other) filed by Pla
Liaison Counsel, 1581 Notice (Other) filed by Plaintiffs Liaison Counsel, 1129 Notice of Adoption of Master Answ
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1392 Notice (Other) filed by Plaintiffs Liaison Counsel, 1635 Reply Memorandum of Law in Oppisiti
Motion, filed by Raymond Hauber, 1609 Affirmation filed by City of New York, 1747 FIRST MOTION for Summa
Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1189 Memorandum of Law in
of Motion filed by John Raehse, Paula Raehse, 1688 Affirmation filed by Semcor Equipment and Manufacturing
Corporation, 1199 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGiovine, 1621 Order,,, 1434 Not
(Other) filed by Plaintiffs Liaison Counsel, 1482 MOTION to Preclude or Default against the Defendant City o
York. filed by Plaintiffs Liaison Counsel, 2000 Rule 56.1 Statement filed by The Port Authority of New York &Ne
1572 MOTION to Quash Subpoenas to NYPD Medical Board Doctors. filed by City of New York, 1365 Reply
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 2013 Notice (Other) filed by Gregory J Can
&Associates, 1320 Endorsed Letter,, 1031 Notice (Other) filed by Plaintiffs Liaison Counsel, 2055 Affirmation in
Opposition to Motion,,, filed by Michelle Haskett–Godbee, 1939 Rule 56.1 Statement filed by Evans Environmenta
&Geological Science &Management, LLC., 1055 Notice (Other) filed by Plaintiffs Liaison Counsel, 2005 Declarati
Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rod
Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully
Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Servic
Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc.,
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite C
Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corp
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Liberty Mutual
Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Asso
Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American C
Bovis Lend Lease Inc., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wre
Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Ma
Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Inc
Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Cont
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Ro
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwoo
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease In
Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equ
Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equ
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction Intern
L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2031 Order on Motion to Appear Pro Hac Vice, 2081 Notice of Appearance filed by Verizon
York Inc., 1976 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1882 Memorandum o
Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 991 Order on Motion
Summary Judgment, 1926 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 957 Certificate of Cou
filed by marion s. mishkin, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 1091 Notice of Adoption of Mast
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,

Tishman Interiors Corporation, 1301 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1045 Stipulation Order of Dismissal,, 1132 Stipulation and Order of Dismissal,,,,,, 1918 Declaration in Support of Motion, filed by T Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1163 Notice (Other) filed by Samuel Provisero, 1693 MOTION for Summary Judgment Notice of Motion for Summ Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York Unconsolidated Laws ? 7107. filed by The Port Authority of New York &New Jersey, 1196 Memorandum of Law i filed by Joette DeGiovine, Daniel DeGiovine, 1485 MOTION to Preclude and for Default against Defendant City of York. filed by Plaintiffs Liaison Counsel, 968 Reply,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler & Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Cons Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz & Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1277 Response to Discovery, filed by Thomas M. Flanders, 1071 Stipulation and Order of Dismissal,,,, 1471 Response to Discovery f Diane Scallo, Andrew Scallo, 1675 Notice (Other) filed by Plaintiffs Liaison Counsel, 1303 Stipulation and Order,,, Reply Memorandum of Law in Support of Motion filed by Tully Environmental Inc., Evergreen Recycling of Coror Rule 56.1 Statement filed by Survivair Respirators, Inc., 1226 Stipulation and Order of Dismissal,,, 1715 Endorsed L 1711 Protective Order, Add and Terminate Attorneys, 1161 Endorsed Letter,, 1075 Stipulation and Order of Dismiss 1112 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con Corporation of New York, Tishman Interiors Corporation, 996 Stipulation and Order of Dismissal, 1902 Memorand Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1033 Memorandum of Law in Opposition filed by Liaison Counsel, 918 Stipulation and Order,, 1837 Memorandum of Law in Support of Motion filed by Taylor Recy Facility LLC, 1087 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1756 Memorandum of Law in Sup Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York Tishman Interiors Corporation, 1741 Notice (Other) filed by Plaintiffs Liaison Counsel, 1104 Notice of Adoption of Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claim Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second Ar Master Complaint Against Bechtel Defendan filed by Plaintiffs Liaison Counsel, 1754 Affidavit in Support of Motio by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1859 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1570 Notice (Other) fi Plaintiffs Liaison Counsel, 1241 Stipulation and Order of Dismissal,, 1542 Order on Motion to Preclude, 1154 Decl Support of Motion,,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur Construction Company, Plaza Construction Corp., 1121 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1017 Reply Affirmation in Support of Motion, filed by En–Tech Corp., C.B. Contracting Corp., 1654 Order on Mot Miscellaneous Relief, 1463 MOTION for Judgment on the Pleadings Richard Calderon 06cv10267. filed by Tishma Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 938 Notice (Other) filed by Plaintiffs Liaison Counsel, 1569 Notice (Other) filed by Plaintiffs Liaison Counsel, 154 1419 Endorsed Letter, 2112 Notice (Other) filed by Plaintiffs Liaison Counsel, 1229 Notice (Other) filed by Plainti Liaison Counsel, 1507 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1111 Notice Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1397 Order, 1242 Endorsed Letter,,, 1120 Notice of Adoption of Master filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1151 Memorandum of Law in Support of Motion filed by City of New York, 1425 Notice (Ot by Plaintiffs Liaison Counsel, 1885 Declaration in Support of Motion,, filed by The Port Authority of New York &N Jersey, 1339 Notice (Other) filed by Plaintiffs Liaison Counsel, 947 Memorandum of Law in Support of Motion, fil En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofr General Contractors Corp., 1703 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1256 Stipulation and Orde MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche B Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1904 Affirmation in Opposition, file Plaintiffs Liaison Counsel, 1432 Notice (Other) filed by Plaintiffs Liaison Counsel, 1510 Endorsed Letter,, 1678 De in Support of Motion, filed by The Port Authority of New York &New Jersey, 1968 Rule 56.1 Statement, filed by G Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore O &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finl Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien

&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Eng P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Brak Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, L – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, G Murray Sieficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Grc Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Con Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada Ge Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkov Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully C Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C 1064 Notice (Other) filed by Plaintiffs Liaison Counsel, 982 Notice (Other) filed by Plaintiffs Liaison Counsel, 1436 (Other) filed by Plaintiffs Liaison Counsel, 1868 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1779 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1178 Memorandum of Law in Support of M filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contrac Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., At Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema In Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental I Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthor Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 2062 Affirmation in Opposition to Motion,, filed by marion s. mishkin, 2038 MOTION to St Modify and Issues for April 12, 2010 Fairness Hearting. (Filing Fee $ 39.00.) filed by Michelle Haskett–Godbee, 19 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1289 Respons Discovery filed by David Nolan, 1278 Response to Discovery, filed by Thomas M. Flanders, 1113 Notice of Adopti Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Net Tishman Interiors Corporation, 2045 Order,, 1096 Notice of Adoption of Master Answer filed by Tishman Construc Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1686 Stipulation and Order of Dismissal,, 2053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1961 Notice (Other) fi Phillips and Jordan, Inc., 2012 Affidavit of Service Other filed by Survivair Respirators, Inc., 921 Stipulation and O Dismissal,, 1448 Stipulation and Order of Dismissal,, 1171 Endorsed Letter,, 1727 Memorandum of Law in Support Motion filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1518 Notice (Other) filed by Plaintiffs Lia Counsel, 1028 Notice (Other) filed by Plaintiffs Liaison Counsel, 1964 Memorandum of Law in Support of Motion Phillips and Jordan, Inc., 1989 Rule 56.1 Statement filed by City of New York, 1020 Notice (Other) filed by Plainti Liaison Counsel, 1346 Request for Production of Documents filed by Thomas M. Flanders, 1254 Stipulation and Or 1969 MOTION for Summary Judgment for Plaintiff Jeffrey and Diane Loughery. filed by Phillips and Jordan, Inc.,, Affirmation in Support of Motion filed by Michelle Haskett–Godbee, 1026 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Cor Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental, Inc., Pinnacle Environmental Corp., Fleet T Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting

Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departm
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Ir
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 232 Memorandum of Law in Support of
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 68 Order,,, 260 Order,,, 288 Waiver of Service Exec
filed by Plaintiffs Liaison Counsel,, 438 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 414
310 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 422 Order,,,, 404 MOTION to Dismiss. filed by
Construction Company,, Turner/Plaza, A Joint Venture,, 132 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 382 Endorsed Letter,,, 226 Answer to Complaint filed by World Trade Center Properties LLC,,
Answer to Complaint filed by City of New York,, 486 Order on Motion for Summary Judgment,,, 387 MOTION for
Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Westfield America, Inc.,, W
WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 528 Endorsed Letter,, 376 Endorsed Letter,,,
Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript,, 175 Answer to Complaint filed by Plaza Con
Corp.,, 445 Notice of Appearance filed by John Montalvo,, marion s. mishkin,, 230 Answer to Complaint filed by B
Lend Lease, Inc.,, and Tully Construction Co., Inc.,,, 420 Endorsed Letter,, 509 Master Allegations filed by Plaintiffs
Counsel,, 545 Notice of Appeal,, filed by Turner Construction Company,, Bechtel Corporation,, The Port Authority
York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction
Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L.
Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 384
Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
74 Stipulation and Order,, 76 Endorsed Letter,, 355 Order, Add and Terminate Attorneys,,, 396 Affidavit in Support
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 314 Order,,, 375 Notice of Voluntary Dismissal – Si
204 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 449 Affidavit in Opposition to Mo
by Michael Chambers,, 46 Affidavit of Service Other, 344 Opposition Brief filed by Bovis Lend Lease LMB, Inc.,,,
Endorsed Letter,, 107 Answer to Complaint filed by City of New York,, 300 Waiver of Service Executed, filed by P
Liaison Counsel,, 417 Endorsed Letter,, 482 Order,,, 327 Notice of Appearance filed by Wolkow Braker Roofing
Corporation,, 113 Answer to Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure State
filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 108 R
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 378 CROSS MOTION to Remand to State Cour
by Battery Park City Authority,, 254 Order on Motion to Appear Pro Hac Vice, 332 Notice (Other) filed by Plaintiff
Counsel,, 303 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 Notice of Ap
filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavit in Oppositio
Motion, filed by Charles Dalton,, 57 Order,,, 388 MOTION for Judgment on the Pleadings Based on State Statutory
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, 213 Answer to Complaint filed by Plaza Construction Corp.,, 259 Ord
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 534 Memorandum &Opinion,,,, 33 Ord
524 Notice (Other) filed by Plaintiffs Liaison Counsel,, 494 Reply Memorandum of Law in Support of Motion, filed

Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.. World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.. Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, Silverste Properties, Inc.,,, 83 Case Management Plan,,,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac Vice on behalf of P Liaison Counsel. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza Construction Corp.,, Endorsed Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,, 342 Opposition Brief file City of New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Bros. Iron Works Co.,, 79 Order Deadlines,,,,, 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 234 MOTION for Jo Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Company,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Company,, 323 Rule 7.1 Corporate Disclosure Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Support of Motion, f City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inter Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environment Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 49 56.1 Statement filed by City of New York,, 290 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 12 Answer to Complaint filed by Plaza Construction Corp.,, 264 Declaration, filed by Phillips and Jordan,, 461 Notice filed by Plaintiffs Liaison Counsel,, 283 Reply Memorandum of Law in Support of Motion, filed by Plaintiffs Liaiso Counsel,, 208 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 365 Order,, 351 Order, 1 Answer to Complaint filed by Plaza Construction Corp.,, 412 Order,,,,, 159 Answer to Complaint filed by Plaza Con Corp.,, 121 Answer to Complaint filed by Plaza Construction Corp.,, 489 Endorsed Letter,, 380 Endorsed Letter,, 40 Affidavit of Service Other,, 406 Endorsed Letter,, 50 MOTION for Summary Judgment. filed by City of New York,, Answer to Complaint filed by Plaza Construction Corp.,, 280 Subpoena Issued, filed by Defendants,, 473 Rule 7.1 C Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bech Associates Professiona;l Corporation,, Bechtel,, 42 Affidavit of Service Other,, 255 Notice (Other), Notice (Other) fi City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction Company,, Notice (Other) filed by Plaintiffs Liaison Counsel,, 348 Endorsed Letter,, 464 Reply, filed by City of New York,, Tu Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A Professiona;l Corporation,, Bechtel,, 390 Rule 56.1 Statement, filed by City of New York,, Turner Construction Cor Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 87 Notice (O Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WT Holding LLC,, 32 Order,,,, 537 Endorsed Letter,, 496 Reply Memorandum of Law in Support of Motion, filed by S Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Hol L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Prope Inc.,,, 267 Case Management Plan,,,,, 195 Answer to Complaint filed by Plaza Construction Corp.,, 298 Waiver of S Executed, filed by Plaintiffs Liaison Counsel,, 133 Answer to Complaint filed by Plaza Construction Corp.,, 316 Or Answer to Complaint filed by Plaza Construction Corp.,, 154 Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,, 143 Answer to Complaint filed by Plaza Construction Corp.,, 101 Answer to Complaint filed b New York,, 322 Rule 7.1 Corporate Disclosure Statement filed by Verizon New York Inc.,, 220 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 325 Order,, 176 Rule 7.1 Corporate Disclosure Statement f Plaza Construction Corp.,, 457 Protective Order,, 217 Answer to Complaint filed by Plaza Construction Corp.,, 321 Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,, 400 Rule 56.1 Statement, filed by The Port A of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverst Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holding Silverstein Properties, Inc.,,, 379 Memorandum of Law in Opposition to Motion, filed by Battery Park City Authorit

Order,, 139 Answer to Complaint filed by Plaza Construction Corp.,, 70 MOTION to Dismiss. filed by The Port Au
New York &New Jersey,, World Trade Center Properties LLC,, 275 Declaration in Opposition to Motion, filed by
Defendants,, 539 Order, 239 Answer to Complaint filed by City of New York,, 488 Declaration, filed by City of Nev
Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,,
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 161 Answer to Complaint filed by Plaza Construction Corp.,, 293 Waiver of Se
Executed, filed by Plaintiffs Liaison Counsel,, 291 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,
Endorsed Letter,, 199 Answer to Complaint filed by Plaza Construction Corp.,, 299 Waiver of Service Executed, file
Plaintiffs Liaison Counsel,, 206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 405 Er
Letter,, 118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 137 Answer to Complaint
Plaza Construction Corp.,, 84 Declaration,, 198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constructio
469 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, Th
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Order,, 114 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 243 Order,,, 532 Order,, 4
Notice of Change of Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, 7
Construction Co., Inc.,, LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bovis Lend Lease, Inc. and Tully Construction Co., Inc.,, Bechtel Construction
Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,, Parson Group, Inc.,, SKIDMOR
OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolk
Braker Roofing Corporation,, 103 Answer to Complaint filed by City of New York,, 530 Endorsed Letter, Set
Deadlines/Hearings,,, 311 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 169 Answer to Complai
by Plaza Construction Corp.,, 277 Order,, 52 Response, 253 Order, 333 Notice (Other) filed by Plaintiffs Liaison Co
436 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 93 Remark filed by Nomura Holding A
Inc.,, 110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 142 Rule 7.1 Corporate Disc
Statement filed by Plaza Construction Corp.,, 231 MOTION seeking an order deeming cross−claims for contributio
indemnity as amongst all co−defendants to have been made and denied.. (Filing Fee $ 39.00.) filed by The Port Autl
New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstei
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT
L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC
Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holding
Silverstein Properties, Inc.,,, 216 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 135 A
Complaint filed by Plaza Construction Corp.,, 183 Answer to Complaint filed by Plaza Construction Corp.,, 508 Ma
Allegations filed by Plaintiffs Liaison Counsel,, 306 Waiver of Service Executed, filed by Plaintiffs Liaison Counse
Order, Set Hearings,,, 460 Counter Statement to Rule 56.1, filed by City of New York,, Turner Construction Co.,, T
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 352 Order, Add and Terminate Attorneys,,, 36 Order of Dismissal,, 493 Reply
Memorandum of Law in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidat
Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidate
Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co
Inc.,, Consolidated Edison Development, Inc.,, 533 Order,, 190 Rule 7.1 Corporate Disclosure Statement filed by Pl
Construction Corp.,, 369 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman
Construction Corporation of Manhattan,, 304 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 128
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 71 Memorandum of Law in Support of Motion f
The Port Authority of New York &New Jersey,, World Trade Center Properties LLC,, 523 Notice (Other) filed by F
Liaison Counsel,, 109 Answer to Complaint filed by Plaza Construction Corp.,, 419 Affirmation in Opposition to M
filed by Michael Chambers,, 309 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 446 Notice of Cl

Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co
LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis
Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend
Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tu
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bov
Lease, Inc. and Tully Construction Co. Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mu
Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC
KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, 256 Notice
filed by Tully Construction Co., Inc.,, 409 CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jo
Order,,, 269 Protective Order, 106 Answer to Complaint filed by City of New York,, 212 Rule 7.1 Corporate Disclo
Statement filed by Plaza Construction Corp.,, 178 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 102 Answer to Complaint filed by City of New York,, 452 Stipulation and Order,, 30 Notice (Other) filed by
Patrick Ryan,, Charles Markey,, 229 Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,, 413
Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,, 318 Order, Set Deadlines/Hearings,,,,,,,,, 392 MOTION
Summary Judgment Based on Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port
Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen
Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent
L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority o
York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Auth
New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties
Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World
Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Je
World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,
Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC
Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 235 Order on M
Appear Pro Hac Vice, 487 Order,,,, 179 Answer to Complaint filed by Plaza Construction Corp.,, 221 Answer to Co
filed by Plaza Construction Corp.,, 454 Declaration in Support, filed by Tishman Construction Corporation of New
Tishman Construction Corporation of Manhattan,, 522 Notice (Other) filed by Plaintiffs Liaison Counsel,, 165 Ansv
Complaint filed by Plaza Construction Corp.,, 266 Endorsed Letter,, 484 Order on Motion for Leave to Appear,, 37
of Appearance filed by Verizon Communications Inc.,, 367 Rule 7.1 Corporate Disclosure Statement filed by Tishm
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 124 Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,, 490 Endorsed Letter,, 56 Order,,,,, 281 Order,, 292 Waiver
Service Executed, filed by Plaintiffs Liaison Counsel,, 138 Answer to Complaint filed by Plaza Construction Corp.,,
Reply Memorandum of Law, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Prop
Inc.,, Bovis Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 V
Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillip
Jordan,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein V
Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.
Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,,, Silverstein Properties, Inc.,,,, Turner/Plaza, A Joint Venture,, 483 Orde
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 85 Case Management Plan,,, 257 Endorsed Letter,
Opposition Brief, filed by Plaintiffs Liaison Counsel,, 301 Waiver of Service Executed filed by Plaintiffs Liaison Co
173 Answer to Complaint filed by Plaza Construction Corp.,, 182 Rule 7.1 Corporate Disclosure Statement filed by
Construction Corp.,, 397 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &N
Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 470 R
Memorandum of Law, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Cor
Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza
Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 43
of Service Other, 295 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 89 Order,,, 349 Endorsed Le
Declaration in Support, filed by City of New York,, 155 Answer to Complaint filed by Plaza Construction Corp.,, 58
Transcript, 45 Affidavit of Service Other, 289 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 458
Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, 383 MOTION to Dismiss. filed by City of New York,, Turner Construction Company,, Bechtel Corporatio

Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, ,
Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Pla
Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,,,
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 62
541 FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by Plaintiffs Liaison C
519 Order,, 328 Notice of Appearance filed by Zeckendorf Realty, L.P.,, 278 Remark,, 538 Endorsed Letter, Set
Deadlines/Hearings,,,,, 73 Order,,, 116 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,
Notice of Appearance filed by Nomura Holding America, Inc.,, 271 MOTION to Compel Discovery and for Sanctic
Failure to Comply. filed by Plaintiffs Liaison Counsel,, 160 Rule 7.1 Corporate Disclosure Statement filed by Plaza
Construction Corp.,, 462 Reply Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, W
WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 270 Order,,,,, 393 Certificate of Service Othe
by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis L
Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov
International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co
Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner
Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc
Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 223 Answer to Complaint filed by Pl
Construction Corp.,, 261 Endorsed Letter,, 345 Opposition Brief filed by City of New York,, 64 Transcript,, 366 Noti
Appearance filed by The Bank of New York Company, Inc.,, The Bank of New York,, One Wall Street Holdings LI
Wall Street Corporation,, The Bank of New York Trust Company,, 285 Waiver of Service Executed, filed by Plainti
Liaison Counsel,, 502 Order,, 529 Notice of Appearance filed by Nomura Holding America, Inc.,, 500 Stipulation ar
of Dismissal,,, 228 Rule 7.1 Corporate Disclosure Statement filed by Tully Construction Co., Inc.,, 546 Notice of
Appearance filed by Musco Sports Lighting, LLC,, 222 Rule 7.1 Corporate Disclosure Statement filed by Plaza Con
Corp.,, 215 Answer to Complaint filed by Plaza Construction Corp.,, 346 Opposition Brief filed by City of New Yor
Master Allegations filed by Plaintiffs Liaison Counsel,, 98 Order,,, 120 Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, 189 Answer to Complaint filed by Plaza Construction Corp.,, 202 Rule 7.1 Corporate Dis
Statement filed by Plaza Construction Corp.,, 372 Notice of Appearance filed by Verizon Communications Inc.,, 23
Affirmation in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison
Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso
Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Co
Inc.,, Consolidated Edison Development, Inc.,, 105 Answer to Complaint filed by City of New York,, 185 Answer t
Complaint filed by Plaza Construction Corp.,, 480 Endorsed Letter,, 531 Order,, 99 Order Admitting Attorney Pro I
Vice,, 111 Answer to Complaint filed by Plaza Construction Corp.,, 354 Order, Add and Terminate Attorneys,,, 471
Declaration in Support of Motion, filed by City of New York,, Turner Construction Co.,, Turner Construction Comp
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
Bechtel,, 41 Affidavit of Service Other,, 440 Affidavit in Opposition to Motion, filed by John Montalvo,, 381 Notic
Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 193 Answ
Complaint filed by Plaza Construction Corp.,, 146 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construc
Corp.,, 125 Answer to Complaint filed by Plaza Construction Corp.,, 279 Reply to Response to Motion, filed by Pla
Liaison Counsel,, 543 MOTION for Leave to Appeal the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed b
New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease
Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation
Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Bechtel,, 167 Answer to Complaint filed by Plaza Construction Corp
Notice (Other) filed by Plaintiffs Liaison Counsel,, 441 Affidavit in Opposition to Motion, filed by John Montalvo,,
Memorandum of Law in Opposition to Motion, filed by Marion s. Mishkin,, 248 Case Management Plan,, 526 Stipu
and Order of Dismissal,, 184 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 150 Rule
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 236 Answer to Complaint filed by The Port Aut
New York &New Jersey,, 334 Order, Set Deadlines/Hearings,,, 37 Order,,,,, 129 Answer to Complaint filed by Plaz
Construction Corp.,, 117 Answer to Complaint filed by Plaza Construction Corp.,, 513 Master Allegations filed by I
Liaison Counsel,, 241 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 341 Oppositio
filed by The City of New York,, 386 Memorandum of Law in Support of Motion, filed by City of New York,, Turne
Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Co
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve

Bechtel Associates Professiona;l Corporation,,_141_ Answer to Complaint filed by Plaza Construction Corp.,,_282_ Memorandum of Law in Opposition to Motion, filed by City of New York,,_38_ Order,,_181_ Answer to Complaint file Plaza Construction Corp.,,_197_ Answer to Complaint filed by Plaza Construction Corp.,,_211_ Answer to Complaint f Plaza Construction Corp.,,_97_ Answer to Complaint filed by City of New York,,_168_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_134_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,,_162_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_177_ Answer to Complaint f Plaza Construction Corp.,,_340_ Order, 59 Order,,_439_ Endorsed Letter,,_35_ Order,,,,,_317_ Rule 26 Disclosure filed by Plaintiffs Liaison Counsel,,_474_ Answer to Complaint, Third Party Complaint filed by Phillips and Jordan,,_507_ Mas Allegations filed by Plaintiffs Liaison Counsel,,_210_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Constru Corp.,,_276_ Memorandum of Law in Opposition to Motion, filed by Bechtel,,_287_ Waiver of Service Executed, filed Plaintiffs Liaison Counsel,,_227_ Answer to Complaint filed by The Port Authority of New York &New Jersey,,_515_ of Service Other, filed by Plaintiffs Liaison Counsel,,_44_ Affidavit of Service Other,_498_ Stipulation and Order of D _360_ Order, Add and Terminate Attorneys,,_418_ Affirmation in Opposition to Motion, filed by Thomas Asher,,_192_ Corporate Disclosure Statement filed by Plaza Construction Corp.,,_315_ Order,_172_ Rule 7.1 Corporate Disclosure S filed by Plaza Construction Corp.,,_394_ MOTION for Summary Judgment Based Upon Status as Out–of–Possession filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C. Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste Properties, Inc.,,,_407_ Rule 7.1 Corporate Disclosure Statement filed by Tully Environmental Inc.,,_218_ Rule 7.1 Cor Disclosure Statement filed by Plaza Construction Corp.,,_258_ Endorsed Letter,,,_410_ Notice of Appearance filed by V New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,,_357_ Order, Add and Terminate Attorneys, Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_224_ Rule 7.1 Corporate Disclosure Stat filed by Plaza Construction Corp.,,_403_ Memorandum of Law in Support of Motion, filed by Silverstein Properties,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,, Answer to Complaint filed by Plaza Construction Corp.,,_188_ Rule 7.1 Corporate Disclosure Statement filed by Plaz Construction Corp.,,_296_ Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_463_ Reply Memorandum in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of York, Inc.,,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of New Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolida Edison Development, Inc.,,_53_ Declaration in Opposition to Motion,_415_ Notice of Substitution of Attorney, filed by Hill Properties LLC,,_398_ Rule 56.1 Statement, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, Wo Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 Wor Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,,_237_ Answer to Complaint filed by The Port Authori New York &New Jersey,,_465_ Reply Memorandum of Law in Support of Motion, filed by The Port Authority of Ne &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey Tartamella,,_272_ MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Contem their failure to respond to same. filed by Plaintiffs Liaison Counsel,,_497_ Reply Memorandum of Law in Support of filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstei Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L. World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C. Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste Properties, Inc.,,,_294_ Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,,_145_ Answer to Complaint fi Plaza Construction Corp.,,_156_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_389_ Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Wes America, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,,_63_ Endorsed Letter Hearings,,_371_ Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construct Corporation of Manhattan,,_326_ Order,,_350_ Notice (Other) filed by Verizon New York Inc.,, Verizon Properties In Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_444_ Notice of Appearance filed by CD York) L.L.C.,,_205_ Answer to Complaint filed by Plaza Construction Corp.,,_88_ Notice (Other) filed Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,,_447_ N (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,,_331_ Endorsed Le Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,,_72_ Remark filed by The Port Authority York &New Jersey,, World Trade Center Properties LLC,,_377_ Order, Set Deadlines,,,,,_60_ Order,,,_219_ Answer to filed by Plaza Construction Corp.,,_467_ Reply Memorandum of Law in Support of Motion, filed by Silverstein Prope

Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.
World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center,
Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,
Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, _96_ Answe
Complaint filed by City of New York,, _171_ Answer to Complaint filed by Plaza Construction Corp.,, _472_ Certificate
Service Other, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Constructio
Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Plaza Construction Management Corp.,, T
Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construc
International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bec
Associates Professiona;l Corporation,, Bechtel,, _373_ Notice of Appearance filed by Verizon Communications Inc.,,
Order, Add and Terminate Attorneys, _242_ Answer to Complaint filed by Silverstein Properties, Inc.,, World Trade C
Properties LLC,, _90_ Case Management Plan, _401_ Rule 56.1 Statement, filed by The Port Authority of New York &N
Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, _286_ V
Service Executed, filed by Plaintiffs Liaison Counsel, _47_ Order,, _347_ Notice (Other) filed by Plaintiffs Liaison Coun
Stipulation and Order of Dismissal,,, _147_ Answer to Complaint filed by Plaza Construction Corp.,, _153_ Answer to C
filed by Plaza Construction Corp.,, _411_ Rule 7.1 Corporate Disclosure Statement filed by Turner/Plaza, A Joint Ven
FIRST MOTION For Leave To File Plaintiffs' Master Complaint As To Fresh Kills Defendants re: _541_ FIRST MOT
File Additional Master Complaint As To Fresh Kills Defendants. Memorandum In Support. filed by Plaintiffs Liaiso
Counsel,, _67_ Endorsed Letter,, _65_ Endorsed Letter,, _112_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor
Corp.,, _244_ Notice (Other) filed by Latham &Watkins LLP,, _459_ Reply Memorandum of Law in Support of Motion,
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co. Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve
Bechtel Associates Professiona;l Corporation,, Bechtel,, _324_ Notice of Appearance filed by Verizon New York Inc.,,
Properties Inc.,, _506_ Endorsed Letter,, _395_ MOTION for Judgment on the Pleadings Based on State Common Law
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, _203_ Answer to Complaint filed by Plaza Construction Corp.,, _214_ Ru
Corporate Disclosure Statement filed by Plaza Construction Corp.,, _180_ Rule 7.1 Corporate Disclosure Statement fil
Plaza Construction Corp.,, _385_ MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y
Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions
Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison
Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, _358_ Order, Add and Terminate
Attorneys,,, _511_ Master Allegations filed by Plaintiffs Liaison Counsel,, _442_ Memorandum of Law in Opposition to
filed by John Montalvo,, _535_ Endorsed Letter,,, _201_ Answer to Complaint filed by Plaza Construction Corp.,, _186_ R
Corporate Disclosure Statement filed by Plaza Construction Corp.,, _353_ Order, Add and Terminate Attorneys,,, _514_
Allegations filed by Plaintiffs Liaison Counsel,, _75_ Endorsed Letter,,, Add and Terminate Attorneys, _77_ Endorsed L
_225_ Answer to Complaint filed by Plaza Construction Corp.,, _274_ Memorandum of Law in Opposition to Motion, fil
Defendants,, _481_ Order, _39_ Affidavit of Service Other, _95_ Notice (Other), Notice (Other) filed by Westfield Corpora
Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC.,, _126_ Rule 7.1 Corporate Disc
Statement filed by Plaza Construction Corp.,, _200_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, _157_ Answer to Complaint filed by Plaza Construction Corp.,, _284_ Waiver of Service Executed, filed by Plai
Liaison Counsel,, _330_ Notice (Other), Notice (Other) filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center,
4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,,
Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, _209_ Answer to C
filed by Plaza Construction Corp.,, _416_ Order,, _468_ Reply Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne
and New Jersey,, Frances Tartamella,, _34_ Order, _370_ Rule 7.1 Corporate Disclosure Statement, filed by Tishman
Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, _356_ Order, Add and Ter
Attorneys,,, _402_ Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jerse
Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 246 Transcript, _12_
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _451_ Protective Order, _437_ Notice (Other) fil
Plaintiffs Liaison Counsel,, _512_ Master Allegations filed by Plaintiffs Liaison Counsel,, _337_ Endorsed Letter, Set
Deadlines/Hearings,,,,, _391_ Declaration in Support of Motion, filed by City of New York,, Turner Construction Con
Bechtel Corporation,, Tully Construction Co. Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc
Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tu
Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl
Joint Venture,, Bechtel Associates Professiona;l Corporation,, _51_ Memorandum of Law in Support of Motion filed b
New York,, _194_ Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, _149_ Answer to Compl

by Plaza Construction Corp.,, 196 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp., 435 N
Appearance filed by Antonio E. Alves,, Maria E. Alves,, 455 Endorsed Letter,,, 54 Order,, 495 Stipulation and Orde
Dismissal,, 61 Transcript, 158 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 308 Wai
Service Executed, filed by Plaintiffs Liaison Counsel,, 240 Answer to Complaint filed by City of New York,, 443 N
Appearance,,,,,, filed by Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Con
Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis Lend Lease Inc,, Tully Construction Co., In
AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In
Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Co
Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C
Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Associates, Inc.,, Bovis
Lease Inc.,, Bechtel Associates Professiona;l Corporation,, 247 Answer to Complaint filed by World Trade Center P
LLC,, 525 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 536 Notice (Other), l
(Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 140 Rule 7.1 Cor
Disclosure Statement filed by Plaza Construction Corp.,, 466 Reply Affidavit in Support of Motion, filed by The Po
Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.
Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silv
WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C., Silverstein V
Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C., 4 WTC Holdings, L.L.C., 5 WTC H
L.L.C.,, Silverstein Properties, Inc., 516 Master Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegat
by Plaintiffs Liaison Counsel,, 329 Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc..,
Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate Disclosure Statement filed
Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 305 Waiver o
Executed, filed by Plaintiffs Liaison Counsel,, 273 MOTION to Compel the Depositions of Lawrence Martin, Esq.,,
Kenneth Becker, Esq.. filed by Plaintiffs Liaison Counsel,, 191 Answer to Complaint filed by Plaza Construction Co
Opposition Brief filed by City of New York,, 268 Order Lifting Stay,, 361 Order, Add and Terminate Attorneys,,, 1
7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 265 Order,,, 297 Waiver of Service Execute
by Plaintiffs Liaison Counsel, 312 Order, 868 MOTION for Protective Order Exhibits H–L. filed by En–Tech Corp
Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructio
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Be
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tu
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happol
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc.,
LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel
Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze Nationa
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment
Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc.,
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer
Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,
Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant
Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers
Pitkin, Inc., 779 Notice (Other) filed by Plaza Construction Corp., 612 Answer to Complaint filed by Phillips and Jo
Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, 650 Order, Set Deadlines/Hearing
Response, filed by Maria E. Alves, Antonio E. Alves, 645 Notice (Other), Notice (Other) filed by Plaintiffs Liaison
758 Amended Answer to Complaints, filed by New York City Department of Transportation, Weeks Marine, Inc.,
Mazzocchi Wrecking, City of New York, Yannuzzi &Sons, Inc., New York City Department of Sanitation, New Yo
Department, 751 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Construction Company, Inc., 749 Rule
Corporate Disclosure Statement filed by Bechtel Associates Professional Corp., 725 Certificate of Service Other file
Cord Contracting Co. Inc., 824 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA

Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., L
Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomase
Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers,
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 712 Rule 7.1 Corporate Disclosure Statement filed by T
Safety Consulting, LLC, Transmission to Attorney Admissions Clerk, 871 Memorandum of Law in Support of Moti
by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo
Owings &Merrill LLP, Bechtel Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., L
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 628 N
(Other) filed by Plaintiffs Liaison Counsel, 580 Order, Set Deadlines/Hearings, 858 Stipulation and Order of Dismiss
Rule 7.1 Corporate Disclosure Statement filed by Atlantic Heydt Corp., 588 Order,, 778 Notice (Other) filed by Plaz
Construction Corp., 700 Rule 7.1 Corporate Disclosure Statement filed by Hallen Welding Services, Inc., 796 Notic
filed by Plaintiffs Liaison Counsel, 640 Objection (non–motion) filed by Verizon New York Inc., 862 Answer to Ar
Complaint filed by American Building Maintenance Industries, Inc., 856 Stipulation and Order of Dismissal,, 595 N
Change of Address filed by 100 Church, LLC, Zar Realty Management Corp., 709 Rule 7.1 Corporate Disclosure St
filed by Leslie E. Robertson Associates, R.L.L.P., 639 Notice (Other) filed by Plaintiffs Liaison Counsel, 815 Rule :
Statement,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silma
Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sein
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 691 Rule 7.1 Corporate Disclosure Statement filed by Executive Medical Services, P.C., 616 Response to Disc
filed by John Montalvo, 733 Rule 7.1 Corporate Disclosure Statement filed by Royal GM, Inc., 773 Notice (Other) t
Plaza Construction Corp., 763 Order Admitting Attorney Pro Hac Vice, 547 Order, Set Deadlines/Hearings,, 561
AMENDED MOTION for Declaratory Judgment Supporting Memo of Law. filed by Michelle Haskett–Godbee, 74
Endorsed Letter, 720 Certificate of Service Other, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterpri
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamand
&Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company
Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finle
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates,
Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associ
Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.
Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associa
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point
Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc.
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., W
Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environn
Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Bre
Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. D
Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nichols
Construction Company, Big Apple Wrecking &Construction Corp., 599 MOTION to Admit Counsel Pro Hac Vice.

Plaintiffs Liaison Counsel, 586 MOTION to Compel the firm of Worby Groner Edelman &Napoli to produce the fil Kevin Fitzpatrick and Samuel Provisero. filed by Samuel Provisero, Susan Marie Provisero, 564 Response, filed by Alves, Antonio E. Alves, 570 Response to Motion, filed by City of New York, 755 Stipulation and Order of Dismis Stipulation and Order,,, 602 Memorandum &Opinion,, 760 Notice (Other), 654 Endorsed Letter,, 876 MOTION for Protective Order – Plaintiffs' Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Cou Answer to Complaint filed by City of New York, 801 Response to Discovery filed by Tishman Speyer Properties, L Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio, Fr Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Fland Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andrew Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarella,, Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers Pitkin, Inc., 874 Affidavit in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Corporat Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Cor Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreer Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construm Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Loct Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Hege Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 707 Rule 7.1 Corporate Disclosure Statement filed by LaStra General Contracting Corp., 888 Notice of Appeal, filed by Plaintiffs, 764 Rule 7.1 Corporate Disclosure Statement, Vollmer Associates, LLP, Note to Attorney to E–Mail PDF, 684 Rule 7.1 Corporate Disclosure Statement filed by I Enterprise, Inc., 587 Declaration in Support of Motion,,,,, filed by Samuel Provisero, Susan Marie Provisero, 721 Ce of Service Other,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., Diego Construction, Inc., DMT Enter Inc., Lockwood, Kessler &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I Demo–Tech, Canron Construction Corp., Fleet Trucking, Inc., Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc Manafort Brothers, Inc., C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazz Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Exca Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Execu Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Bre Transportation Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 608 Order, 821 Affidavit in Support of Motion,, filed Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro I Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 864 Order on Motion to Strike,, 7.1 Corporate Disclosure Statement filed by Breeze National, Inc., Cashiers Remark, 836 Notice of Voluntary Dism Signed, 560 AMENDED MOTION for Declaratory Judgment Affirmation John Rudden, Esq.. filed by Michelle Haskett–Godbee, 582 Order, 607 Order Admitting Attorney Pro Hac Vice, 882 Endorsed Letter, 808 Notice of App filed by The Port Authority of New York &New Jersey, 706 Answer to Amended Complaint, filed by AMEC Const Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental, Inc., Tu Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 85 Stipulation and Order of Dismissal,, 617 Order, 574 Order, Set Deadlines/Hearings,, 754 Memorandum of Law in S

Motion, filed by Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp., 600 Endorsed Letter, 828 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 744 Rule 7.1 Corporate Disclosure Statement filed Wolkow Braker Roofing Corp., 641 Endorsed Letter, 664 Rule 7.1 Corporate Disclosure Statement filed by Brer–Fo Transportation Corp., 867 MOTION for Protective Order Exhibits E–G. filed by En–Tech Corp., Diego Constructio DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Bechtel Associates Professiona;l Corporati Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocch Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LL Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Ex Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'On General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seir Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc. Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 747 Notice (Other) filed by Plaintiffs Counsel, 737 Rule 7.1 Corporate Disclosure Statement filed by Silverite Contracting Corp., 557 MOTION Motion f Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. filed b Construction Management, Inc., Bovis Lend Lease LMB, Inc., Bechtel, Tully Construction Company, Tully Enviro Inc., Bovis International, Inc., Bechtel Corporation, Plaza Construction Management Corp., Tully Construction Co., City of New York, Bechtel Associates Professiona;l Corporation, Turner Construction Company, Bovis Lend Lease Bovis Lend Lease Inc., Bechtel Construction, Inc., Tully Industries, Inc., Bechtel Environmental, Inc., Turner/Plaza Venture, Plaza Construction Corp., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., 637 Answer to Complaint filed by CDL (New York) L.L.C., 571 Ord Order on Motion to Dismiss, 786 Protective Order, 546 Notice of Appearance filed by Musco Sports Lighting, LLC Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumpertz &Heger Inc., 656 Notice of Appearance filed Gilsanz Murray Steficek LLP, 636 Answer to Complaint filed by GRUBB &ELLIS MANAGEMENT SERVICES, 666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction Corp., 797 Notice (Other) filed by Plain Liaison Counsel, 555 AMENDED MOTION for Declaratory Judgment Statute Limitations Notice of Claim. filed by Michelle Haskett–Godbee, 692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Trucking, Inc., 875 Stipulati Order, 731 Rule 7.1 Corporate Disclosure Statement filed by Robert Silman Associates, P.C., 662 Rule 7.1 Corpora Disclosure Statement filed by Breeze Carting, Inc., 800 Transcript, 832 Certificate of Service Other,,, filed by Skidn Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold C Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 861 MOTION to Amend/Corre Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certain Affirmative Defenses (see do 854 and 860). filed by Plaintiffs Liaison Counsel, 642 Response, filed by John Montalvo, 840 Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Sil Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As

Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro Hallen Welding Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owi &Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associat Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., E Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaS General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transp Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Anthony Cortese Specialized H LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co Big Apple Wrecking &Construction Corp., 866 MOTION for Protective Order Certification of James E. Tyrrell, Jr., Exhibits A–D. filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Mana Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Moretrench Americ Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construct Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze N Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roof Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp MOTION permission to add specified questions to the Core Discovery. filed by SURVIVAIR RESPIRATORS, INC Certificate of Service Other filed by City of New York, 629 Notice (Other) filed by Plaintiffs Liaison Counsel, 585 Appearance filed by Bovis Lend Lease LMB, Inc., 643 Reply, filed by John Montalvo, 819 Affidavit in Support of filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc. Order, 670 Answer to Complaint filed by Tishman Speyer Properties, LP, 785 Order,, 674 Rule 7.1 Corporate Discl Statement filed by DB Private Clients Corporation, 675 Rule 7.1 Corporate Disclosure Statement filed by Dakota Demo–Tech, 578 Stipulation and Order, 603 USCA Mandate,,,, 782 Notice of Appearance filed by Plaza Constructi 748 Case Management Plan, 839 Rule 7.1 Corporate Disclosure Statement filed by Tucci Equipment Rental Corpora Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 653 Answer to Complaint filed by Evans Environment &Geological Science &Management, LLC., 716 Certificate of Service Other, filed by New York City Department o Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New York City Department of Sanita New York Police Department, 881 Declaration in Opposition to Motion filed by The Port Authority of New York & Jersey, 690 Response, filed by John Montalvo, 630 Notice (Other) filed by Plaintiffs Liaison Counsel, 822 Affidavit Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac Vice, 826 Affid Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Inc., 803 Notice (Other) filed by Mayore Estates, LLC, 771 Notice (Other) filed by Plaza Construction Corp., 620 O Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti

(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., Diego Construction
DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, I
Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Te
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., I
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation,
Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Re
of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpora
Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consultii
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrenc
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Volln
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Bec
Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors,
New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Constructi
Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services,
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contractin
Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York C
&Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia
Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 879 MOTION for Protective Or
Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order. filed by Plaintiffs I
Counsel, 777 Notice (Other) filed by Plaza Construction Corp., 726 Rule 7.1 Corporate Disclosure Statement filed b
Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith, 579 Stipulation and Order, 705 Answer
Complaint, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Skidmore Owings &Merrill LI
Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp.,
Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar En
Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc.,
Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Co
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., T
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associates Professiona;l Corpora
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Pla
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 859 Stipulation and Order of Dismissal,, 695 Answer to Com
filed by Verizon New York Inc., 689 Rule 7.1 Corporate Disclosure Statement filed by Ewell W. Finley, P.C., 649 F
filed by John Montalvo, 818 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engin
P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Asso
Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser F
Consulting Engineers, Lucius Pitkin, Inc., 724 Rule 7.1 Corporate Disclosure Statement filed by Nicholson Construc
852 Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz Murray Steficek LLP, 676 Rule
Corporate Disclosure Statement filed by Diamond Point Excavating Corp., 781 Notice (Other) filed by Plaza Constru
Corp., 775 Notice (Other) filed by Plaza Construction Corp., 736 Rule 7.1 Corporate Disclosure Statement filed by
Equipment and Manufacturing Corporation, 757 Rule 7.1 Corporate Disclosure Statement filed by Yannuzzi &Sons
686 Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc., 863 Endorsed Letter, 77
(Other) filed by Plaza Construction Corp., 568 Order Admitting Attorney Pro Hac Vice, 830 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Tho
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &

Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 798 Notice (Othe by Plaintiffs Liaison Counsel, 734 Rule 7.1 Corporate Disclosure Statement filed by Sperian Respirstory Protection LLC, 793 Response to Discovery filed by Samuel Provisero, 611 Rule 7.1 Corporate Disclosure Statement filed by and Jordan, 843 Reply Affirmation in Support of Motion, filed by Bechtel Associates Professional Corporation, Bec Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., 592 Notice (Other) filed by Plaintiffs Liaison 767 Notice (Other) filed by Plaza Construction Corp., 753 MOTION to Dismiss of Bechtel Defendants. filed by Bec Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corporation., 873 A in Support of Motion, filed by En−Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Constructio Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Ve Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer−Four Transportation Cor York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony C Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 668 Answer to Complaint filed by Sperian Respirstory Protection USA, LLC, 761 Notice (Ot by Plaintiffs Liaison Counsel, 849 Stipulation and Order of Dismissal,, 766 Notice of Adoption of Master Answer fi Plaza Construction Corp., 601 Order on Motion for Miscellaneous Relief, 756 Notice (Other) filed by Phillips and J Inc., 619 Order, 742 Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc., 841 Amended Answer to Complaints, filed by En−Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo−Tech, Canron Construction C Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Week Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bt Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engine P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. − Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch S Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive M Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada Ge Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer−Four Transportation New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Ap Wrecking &Construction Corp., 681 Rule 7.1 Corporate Disclosure Statement filed by Tishman Interiors Corporatio Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc., 783 Notice of Appearance filed by Plaza Construction Corp., 594 Order, Set Deadlines/Hearings,,,, 842 Reply Memorandum of Law in Support of Motion, fi Bechtel Associates Professional Corporation, Bechtel Construction, Inc., Bechtel Environment 743 Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc., 772 Notice (Other) filed by Plaza Construction Corp., 727 Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environmental Corp., 589 Case Management Plan, 704 Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction, Inc., 833 Declaratio Joseph Bellisimo, Rosanne Baldo, Nicole Agugliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cacovic, Fra Bondeson, Kimberely Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patricia Ayers, Robert Carannante Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patricia Cantos, Lahissi A Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John Baiano, Shante Bueford, Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Buirkle, Eileen Belmonte, Cathe

Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, Christine Carver, Alex
Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto, Christopher A. Baum
Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theadore Belgrave, Thomas L. Bencivenga, Santo Baisi, Wayne
Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, Kevin Calzadilla–Marino, Mamcyhi Bilick
Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Bianco, Sharon Accetta, Kevin Brannick, Leroy
Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry Bass, Peter Carlo, Lorraine K. Bieselin, F
Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andreotti, Raul Allivar, Patricia Aguglairo, Dian
Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte, Ann Hock, Carlos Bennett, Hassena Bishu
Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas Basmagy, Nicole Anderson, Kevin Bartolomew
Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagoberto Aristizabal, Patricia Aguirre, Thomas J. Ba
Bridget Cacavio, Jeanette Buss, Joseph Anzueta, Christine Broome, Robert Broome, Thomas Avery, Paul Caminiti,
Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Barbato, Evanie Antine, Ralph Carmine, Jose Bacch
Bedford, Sue Ann Andersen, Georgina Cabrera, Lorraine Barry, Thomas Blumbergs, Michael Barker, Carolyn Bava
Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Yudelka Bartlet, Jaime Alvarez, Jeff Campion, J
Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann Cangemie, Richard Battle, Camile Anderso
Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo Armas, Richrd Blasi, Louis Betro, Camile Ba
Thomas Bacchi, Walter Bieber, Stalin F. Barccoulong, Norma Black, Carolyn Bryson, George Affatato, Maryann B
Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Beck, Pino Anselmo, Julio Alonzo, Zebebulah Ca
Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelrehim, Robert Anzalone, John Bou, Randy S. Br
Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne, John Antoniades, Gloria Elaine Carson, James A
Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Benn, Calogero Agro, Victor Carpentier, Cindy Ben
Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid Belford, Setna Bascom, James A. Bianco, Virginia
Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Alulema, Nicholas Boscaino, Sybel Barefield, Lois E. Aff
Peter Bergin, Steve Cappello, Patricia Bullen, Guiseppe Acquista, Laura Armstrong, Tye Butler, Frank Beshears, Se
Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizabal, John Auer, Reynaldo Benitez, Joseph F. Bilella, Dimi
Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmagy, Jorge Blanco, Erick Bermudez, Jorge Alvlema, Ste
Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay, Mary Akers, Andrew F. Carson, Ann Marie Baro
Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, Maria Asher, Caryn Abruzzese, Asaro Calogero, Lance
David Alvarado, Anthony Basic, Veronica E. Black, Paul Beck, Arenas Arenas, Christopher Bacchi, Megan Capuan
Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelrehim, Maria I Astudillo, James W. Brereton, Sharon Brensek
Aponte, Amy Beller, Julio Bastidas, Michael Basmagy, Chris Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia
Arciuolo, David Aviles, Teresa Arca, Glenda Ammon, Margaret Armagno, James Bartlet, Kathleen M. Acquaro, Do
Bonomonte, Colin Byrne, John Arciuolo, William Beaury, Steven Agugliardo, Steven Brenseke, Rosa Agro, Ann Ba
Claude Armstrong, Orlando Almodovar, Richard Antonacci, Lizette Carvajal, Daniel Armgano, Peter Bishun, Jame
Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lillieth Aquart, Lawrence Bilicki, Kimberly Carlo, Hanfo
Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Michael Briskie, Andrew Barone, Wilmer Astudillo, Thom
Carlstrom, Francine Asciolla, William Baker, Alfred Baker, Amy Caradonna, Michael Baratta, Eileen Beaury, Elean
Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Baez, Joseph Cardinale, Joseph Aparicio, Carol Barnes, A
Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bell, Idris Bey, Danny Aroyo, Barry Buss, Jospeh Anderson, H
Andersen, Robert Asinelli, Elizabeth Barksdale, Jason Andersen, Lori Bencivenga, Joy H. Bolobanic, Candiace Bak
Barry, Anthony Anderson, James Bahrey, Sonia Alvarado, Ronnita Akil, Roseann Bilella, Santiago Alvear, Victor A
Fitzroy Augustus, Wilbert Bascom, James Baumann, Michael Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony
Alloggio, Maria Asencio, John Boyle, Vivencia Alaimo, Michael Bell, Sergio Barragan, Louis Ancona, Emmanual
John Bianco, Richard Allison, Maria Bartolomew, Gina Baisi, Geraldine Alexander, Terri Bianco, Susan Asinelli, V
Aprea, Donald Bowles, Peter Acquaro, June Allison, Jo Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Joseph
Kevin Barry, Kevin Carpenito, Vinny Benenati, Joseph Bellissimo, James F. Albach, Allen Andersen, Andrea Ande
Maureen Bilella, Martin Bilinski, Rose Marie Bencivenga, Raymond Barksdale, Linda Avery, Marisol Calzadilla–M
Alise L. Bauman, Antonio Andreotti, Ann Betro, Joanne Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Tho
Bruno, Robert Aguirre, Lorraine Burke, Robert Bilella, Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta
Cecelia Borcherding, Renee Berry, Anna Abad, Holly Acierno, Catherine Biliski, Christine Beck, Stewart Anspach,
Arellano, Frank Bauman, Ann Marie Anzalone, Michael R. Basile, Courtney Aquart, Arthur Alessandro, Robert Ad
Bonnie M. Carson, Joseph Asciolla, Rita Anselmo, Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, An
Aviles, Andrew Benfante, Richard Bittles, Robert Boswell, Louie Cacchioli, Donna Bennett, De'Andre Berry, Portia
Augustine, Anna Antico, Douglas Anderson, Daphna Blacksea, Thomas Camarda, Dominick Capuano, James Biese
Tyrell Anderson, Thomas Cacavio, Kathleen Bondeson, _806 Order Admitting Attorney Pro Hac Vice, _562 AMEND
MOTION for Declaratory Judgment Plaintiff's Aff in Support. filed by Michelle Haskett–Godbee, _658 Rule 7.1 Cor
Disclosure Statement filed by A Russo Wrecking, Inc., _596 Notice of Change of Address, filed by Century 21 Depa
Stores LLC, Blue Millennium Realty LLC., Century 21, Inc., _652 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., _710 Rule 7.1 Corporate Disclosure Statement filed by Lockwood, Kess
&Bartlett, Inc., _553 Reply Affirmation in Support of Motion, filed by Plaintiffs Liaison Counsel, _714 Rule 7.1 Corp
Disclosure Statement filed by Manafort Brothers, Inc., _723 Rule 7.1 Corporate Disclosure Statement filed by New Y
Crane &Equipment Corp., _545 Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Constructi
Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Po
Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Constructio

The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bech
Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C., 575 Order Ac
Attorney Pro Hac Vice, 770 Notice (Other) filed by Plaza Construction Corp., 597 Notice (Other) filed by 80 Lafeye
Associates, LLC, Mayore Estates, LLC, 713 Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wre
Inc., 722 Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc., 816 Affidavit in Support of M
filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Rob
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Cons
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Eng
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 752 Rule 7.1 Corpo
Disclosure Statement filed by Bechtel Corporation, 732 Rule7.1 Corporate Disclosure Statement filed by Rodar Ente
Inc., 857 Stipulation and Order of Dismissal,, 661 Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wre
&Construction Corp., 703 Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, L.L
Notice (Other) filed by Plaintiffs Liaison Counsel, 854 MOTION to Strike Certain Affirmative Defenses Pursuant to
12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursu
Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses I
to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). filed by Plaintiffs Liaison Counsel, 741 Rule 7.
Corporate Disclosure Statement filed by Vollmer Associates, LLP, 728 Endorsed Letter,, 795 Response to Discover
Kevin Fitzpatrick, 566 Order,, 817 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser I
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 878 MOTION for Protective Order Plaintiffs' Memorandum of Law in O
to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Counsel, 883 Order,, 792 MOTION for Heidi
Appear Pro Hac Vice. filed by the Port Authority of New York &New Jersey, 789 Notice (Other) filed by Plaintiffs
Counsel, 672 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers Trust
Corporation, 632 Case Management Plan,,, 835 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 790 I
(Other) filed by Phillips and Jordan, Inc., 610 Notice of Appearance filed by Phillips and Jordan, 865 MOTION for
Protective Order Notice of Motion. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Can
Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp.,
Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.
Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, I
One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roo
Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safe
Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Sys
Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Enviro
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 769 Notice (Other) filed by Plaza Construction Corp., 711 Rule 7.1 Corporate Disclosure Stat
filed by Lucius Pitkin, Inc., 885 Reply Memorandum of Law in Support of Motion, filed by AMEC Construction
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., S
Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associat
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego

Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R
Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General
Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion,, filed by Gilsan
Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu
Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W
Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silr
Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosure
Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Con
Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other)
Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Not
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complain
The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Meri
Construction Group, L.L.C., 887 Declaration in Support of Motion, filed by AMEC Construction Management, Inc.
Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pi
Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. R
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Company,
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech C
Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc.,
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contract
Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Pro
Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, P.C..
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporati
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Leas
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Br
Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoist
Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Sk
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipmen
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 657 Endorsed Letter, 685 Rule 7.1 Corporate Disclo
Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corporate Disclosure Statement filed by E.J.
Inc., 621 Consent Order, Add and Terminate Attorneys, 591 Order on Motion to Compel, 633 Answer to Complain
RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel, 556 MOTION for Declaratory Judgment S
Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 872 Affidavit in Support of Motion, filed by AME
Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., A
Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corporation, Tully Construction
Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., M
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Wrecking, Component Assembly Systems,
Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Po
Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler
&Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Li
Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota
Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associa
Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified
Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contra
Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction G

DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, In Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industrie Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associ P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 829 A in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Fin Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Golds Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &l LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, S Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, l Endorsed Letter,, 647 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 804 Notice (Other), Notice filed by Mayore Estates, LLC, 590 Order Admitting Attorney Pro Hac Vice, 880 Memorandum of Law in Oppositi Motion, filed by The Port Authority of New York &New Jersey, 848 Notice (Other) filed by Plaintiffs Liaison Cour Order, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 Notice (Other) filed by Plaintiffs Liaison Counse Amended Answer to Complaints, filed by Toretta Trucking, Inc., Cord Contracting Co. Inc., Canron Construction C &L Contracting Corp., Pinnacle Environmental Corp., Total Safety Consulting, LLC, Atlantic Heydt Corp., Hallen Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. L Company, Meridian Construction Group, LLC, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp Mueser Rutledge Consulting Engineers, En–Tech Corp., Safeway Environmental Corp., Yannuzzi Demolition &Re Services, Inc., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finl Evergreen Recycling of Corona, Silverite Contracting Corp., Component Assembly Systems, Inc., Leslie E. Roberts Associates Consulting Engineers, P.C., Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Grou Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consultin Engineers, P.C., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., L Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Liberty Mutual Group, Weidlinger Associates, Inc., Bechte Construction, Inc., Mazzocchi Wrecking Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Car Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heg Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr Inc., Nacirema Industries Incorporated, Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel & Contractors, Inc., Manafort Brothers, Inc., Robert Silman Associates, Semcor Equipment and Manufacturing Corpor Buro Happold Consulting Engineers, P.C., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skid Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., Trucking Corp., Executive Medical Services, P.C., JP Equipment Rental Material, Inc., E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 814 Declaration in Support of Motion,,, filed by Gilsanz Murray Steficek LLP, Mu Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &l Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Th Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happ Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Notice (Other) filed by Plaintiffs Liaison Cou Rule 7.1 Corporate Disclosure Statement filed by Robert L. Gerosa, Inc., 812 MOTION for Summary Judgment on Structural and Design Engineer Defendants. filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting En Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton T Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Ski Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vol Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Counsel, 665 Rule 7.1 Corporate Disclosure Stateme by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter,, 683 Rule 7.1 Corporate Disclosure Statement fi Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Transmission to Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison Counsel, 605 Order, Set Deadlines/Hearin Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Company, Deutsche Bank, Deutsche Bank T Company Americas, 577 Special Master's Report filed by Aaron D. Twerski, James A. Henderson, Jr., 646 Respons by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Disclosure Statement filed by C.B. Contracting Co Notice (Other) filed by Plaza Construction Corp., 850 Stipulation and Order of Dismissal,, 838 Endorsed Letter,, 76 Stipulation and Order of Dismissal,, 739 Rule 7.1 Corporate Disclosure Statement filed by Skanska Koch, Inc., 877 MOTION for Protective Order ; Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of D Paige, Esq. in Opp to the Motion. filed by Plaintiffs Liaison Counsel, 565 AMENDED MOTION for Declaratory Ju STIPULATION ADJOURNMENT. filed by Michelle Haskett–Godbee, 593 Statement of Relatedness filed by Josep Urso, 622 Notice (Other) filed by Plaintiffs Liaison Counsel, 696 Answer to Amended Complaint, filed by New Yor Department of Transportation, Mazzochi Wrecking, New York City Department of Sanitation, City of New York, W Marine, Inc., New York Police Department, 886 Declaration in Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A

Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Nicholson Construction Co., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer– Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 823 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W eidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 851 Stipulation and Order of Dismissal,, 644 Notice (Other) filed by Plaintiffs Liaison Counsel, 688 Rule 7.1 Corporate Disclosure Statement filed by En–Tech Corp., 718 Certificate of Service Other, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Turner Construction Company, Tully Environmental Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc., 660 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., 583 USCA Mandate Non–Dismissal, 554 Reply Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 567 Order of Dismissal, 869 Affidavit in Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PTK Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, Inc., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel, 548 Order on Motion to Remand to State Court,, Case Consolidation – Member, 765 Order, 618 Order,, 635 Answer to Complaint filed by American Express Company, American Express Bank, Ltd, American Express Travel Realted Services Company, Inc., 559 AMENDED MOTION for Default Judgment as to Statute Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 638 Answer to Complaint filed by Murray Hill Properties, 719 Rule 7.1 Corporate Disclosure Statement filed by MRA Engineering, P.C., 750 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Environmental, Inc., 634 Answer to Complaint filed by Lehman Brothers Holdings Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc., 673 Rule 7.1 Corporate Disclosure Statement filed by Cord Contracting Co. Inc., 609 Order, 584 USCA Order, 573 Endorsed Letter,, 620 Endorsed Letter, Set Deadlines/Hearings, 550 Memorandum of Law in Opposition to Motion, filed by City of New York, Phillips and Jordan, 682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc., 651 Stipulation and Order of Dismissal,, 693 Rule 7.1 Corporate Disclosure Statement filed by Francis A. Lee Company, 807 Protective

671 Rule 7.1 Corporate Disclosure Statement filed by Component Assembly Systems, Inc., 677 Answer to Complaint by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank, DB Private Clients Corporation, Bankers Trust Corporation, Deutsche Bank Trust Company Americas, 699 Rule 7.1 Corporate Disclosure Statement Goldstein Associates Consulting Engineers, P.C., 788 Order Admitting Attorney Pro Hac Vice, 613 Stipulation and Dismissal, 624 Order, 694 Rule 7.1 Corporate Disclosure Statement filed by FTI Trucking Corp., 740 Rule 7.1 Corporate Disclosure Statement filed by Skidmore Owings &Merrill, LLP, 604 Order, 569 Memorandum &Opinion, 870 Affirm Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench America Corporation, Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Gro L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Service Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze N Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insura Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi & Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simps Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., R Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 837 Endorsed Letter, 774 Notice (Other) filed by Plaza Construction Corp., 884 Notice (Othe by Plaintiffs Liaison Counsel, 745 Rule 7.1 Corporate Disclosure Statement filed by WSP Cantor Seinuk, 678 Answ Complaint filed by Tishman Construction Corporation of Manhattan, Tishman Interiors Corporation, Tishman Cons Corporation of New York, 831 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutl Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu Engineers, P.C., Vollmer Associates, LLP, 715 Rule 7.1 Corporate Disclosure Statement filed by Moretrench Ameri Corp., 813 Memorandum of Law in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Co Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitki Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engine Vollmer Associates, LLP, 802 Notice (Other) filed by Plaintiffs Liaison Counsel, 794 Response to Discovery filed b Holdings, L.L.C., 558 Memorandum of Law in Support of Motion filed by AMEC Construction Management, Inc., Construction Co., Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., City of New York, T Construction Company, Bovis Lend Lease, Inc., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Tully Co Corp., Bechtel, Tully Environmental Inc., Bovis Lend Lease, Inc., Bechtel Construction, Inc., Plaza Construction Co Bovis Lend Lease LMB, Inc., Tully Construction Company, Bovis International, Inc., Bechtel Corporation, Bechtel Associates Professiona;l Corporation, Tully Industries, Inc., Bechtel Environmental, Inc., Turner Construction Inter L.L.C., 648 Notice (Other), 2350 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2208 Declaration in Su Motion, filed by Plaintiffs Liaison Counsel, 2280 Endorsed Letter, 2226 Notice of Appeal, 2212 Declaration in Sup Motion filed by Plaintiffs Liaison Counsel, 2221 MOTION for Extension of Time filed by En–Tech Corp., DMT En Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Con Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, H Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Skidmo Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gr

Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer-Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineers, 2168 Declaration, filed by Plaintiffs Liaison Counsel, 2138 Order, 2361 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2201 Memo Endorsement, 2189 Declaration in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2328 Stipulation and Order of Dismissal, 2341 Order, 2160 Declaration in Opposition to Motion filed by Gregory J Cannata &Associates, 2269 Order, 2277 MOTION for Attorney Fees Declaration of Denise A. Rubin, Exhibits to be filed via with clerk's office filed by Plaintiffs Liaison Counsel, 2190 Memorandum of Law in Support of Motion, filed by Montefiore Medical Center, 2299 Order, 2159 Affirmation in Support filed by Plaintiffs Liaison Counsel, 2331 MOTION Report Defendants' Objections Papers filed 1-31-11 filed by Plaintiffs Liaison Counsel, 2268 Order, 2219 Endorsed Letter, Order on Motion to Compel, 2257 Order, 2267 Order, 2228 Order on Motion for Extension of Time, 2173 Endorsed 2283 Endorsed Letter, Set Deadlines/Hearings, 2236 Stipulation and Order of Dismissal, 2194 Affidavit of Service filed by Plaintiffs Liaison Counsel, 2354 Stipulation and Order of Dismissal, 2291 Stipulation and Order of Voluntary Dismissal, 2265 Memo Endorsement, 2187 Order of Dismissal, 2210 Declaration in Support of Motion filed by Plaintiffs Liaison Counsel, 2285 Endorsed Letter, 2216 MOTION to Compel Certain Medical Providers to Respond to Subpoena Duces Tecum filed by Plaintiffs Liaison Counsel, 2344 Declaration in Support of Motion filed by Plaintiffs Liaison Counsel, 2227 Endorsed Letter, Set Deadlines/Hearings, 2139 Order, Set Deadlines/Hearings, 2242 Order, 2182 2161 Declaration in Opposition to Motion, filed by Gregory J Cannata &Associates, 2337 Declaration in Support of Motion filed by Plaintiffs Liaison Counsel, 2206 Order, Set Deadlines/Hearings, 2158 Order, Set Deadlines/Hearings, 2163 filed by Plaintiffs Liaison Counsel, 2260 Notice (Other) filed by Plaintiffs Liaison Counsel, 2321 Stipulation and Order of Dismissal, 2193 Notice (Other) filed by Plaintiffs Liaison Counsel, 2167 Reply filed by Plaintiffs Liaison Counsel, 2 Stipulation and Order of Voluntary Dismissal, Add and Terminate Parties, 2284 Endorsed Letter, Set Deadlines/Hearings, 2312 Notice of Appeal, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., A Russo Wrecking, Inc., 2217 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 2199 Memo Endorsement, Memorandum of Law in Support filed by Plaintiffs Liaison Counsel, 2348 MOTION to Compel the WTC Captive Insurance Company, Inc. to allow eligible Plaintiffs to participate in the settlement filed by Plaintiffs Liaison Counsel, 2264 Order, Set Deadlines/Hearings, 2351 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2195 Stipulation and Order of Dismissal, 2301 Memo Endorsement, 2294 Stipulation and Order of Voluntary Dismissal, 2145 Certificate of Service filed by Plaintiffs Liaison Counsel, 2211 MOTION for Discovery. filed by Plaintiffs Liaison Counsel, 2317 Stipulation Order of Dismissal, Add and Terminate Parties, 2313 FRCP Rule 5d Memo - Sent to Chambers, 2256 Endorsed Letter, Declaration filed by Plaintiffs Liaison Counsel, 2254 Endorsed Letter, 2307 Affirmation in Opposition to Motion, filed by Richard Mighdoll, 2276 MOTION for Attorney Fees Memorandum of Law and Facts filed by Plaintiffs Liaison Counsel, 2250 USCA Order, 2355 Stipulation and Order of Dismissal, 2202 Order, 2297 Endorsed Letter, Set Deadlines, 228 Endorsed Letter, 2186 Order of Dismissal, Set Deadlines/Hearings, 2178 Memorandum of Law in Support of Motion, James McFadden, 2322 Stipulation and Order of Dismissal, 2243 Notice (Other) filed by Plaintiffs Liaison Counsel, Memorandum of Law in Support of Motion, filed by En-Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., D Demo-Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprise Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro H Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Ro Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. - Div. of Thornton Tom Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tom Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer-Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 2141 Endorsed Letter, 2318 Stipulation and Order of Dismissal, 2225 Order, Set Deadlines/H 2259 Order, 2181 Memorandum &Opinion, 2169 Stipulation and Order, Terminate Deadlines and Hearings, 2314 B by En-Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo-Tech, Can Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter

Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C.
Weidlinger Associates, Inc., Nacirema Industries, Inc. – Moretrench American Corp., Yannuzzi &Sons, Inc., A Russo
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mut
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp.,, 2143 Notice (Other) filed by Plaintiffs Liaison Coun
Endorsed Letter, Set Deadlines/Hearings, 2345 Endorsed Letter, 2339 Brief, filed by En–Tech Corp., DMT Enterpri
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. 
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C.
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza,
Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Const
Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engine
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction C
Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., 2184 Order,, 2293 Stipulation and Order of Voluntary Dismissal,, 2316 Stipulation and Order
Dismissal,, 2253 Stipulation and Order of Dismissal,, 2342 Affirmation, filed by Plaintiffs Liaison Counsel, 2295 En
Letter,, 2274 Endorsed Letter,, 2360 Memorandum of Law in Opposition to Motion, filed by En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cor
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Nev
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Assoc
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2183 Order,, Set Deadlines/H
2151 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2203 Order,,, 2196 Reply Memorandu
in Support of Motion filed by James McFadden, 2302 Memo Endorsement, 2213 Order, 2246 Endorsed Letter, 2155
Declaration, filed by Plaintiffs Liaison Counsel, 2149 Order, 2172 Endorsed Letter, 2164 Notice (Other) filed by Pla
Liaison Counsel, 2150 Objection (non–motion) filed by Plaintiffs Liaison Counsel, 2162 Declaration in Opposition,

Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2204 Stipulation and Order, Add and Terminate Attorne
Endorsed Letter, 2306 Response to Motion, filed by Robert Vecchione, 2249 Endorsed Letter, Set Deadlines, 2320
Stipulation and Order of Dismissal, 2346 USCA Order, 2175 Endorsed Letter, 2273 Endorsed Letter, 2340 Stipulati
Order of Dismissal, 2142 Endorsed Letter, 2296 Order, 2278 Endorsed Letter, 2352 Declaration in Support, filed by
Plaintiffs Liaison Counsel, 2343 Order, Set Hearings, 2353 Stipulation and Order of Dismissal, 2224 Endorsed Lette
Deadlines/Hearings, 2323 Stipulation and Order of Dismissal, 2248 Order, 2334 Stipulation and Order of Dismissa
Affirmation in Opposition to Motion filed by David Nolan, 2218 Order, Set Hearings, 2311 Response to Motion, fil
Plaintiffs Liaison Counsel, 2319 Affirmation in Opposition to Motion, filed by Robert Zane, Lawrence Ford, Edwar
Galanek, James Melendez, Patrick Arcese, Teresa Hartey, Robert Esposito, Yvonne Leon, Denise Esposito, Albert F
2148 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 2153 Memorandum of Law fi
Plaintiffs Liaison Counsel, 2180 Stipulation and Order, 2272 Order, 2324 MOTION to Vacate filed by Plaintiffs Lia
Counsel, 2229 Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 2308 Response to Motion fil
John Baiano, 2286 Order, Set Deadlines, 2335 Endorsed Letter, 2152 Declaration, filed by Plaintiffs Liaison Counse
Declaration in Support, filed by Plaintiffs Liaison Counsel, 2304 Stipulation and Order, 2245 Stipulation and Order,
Deadlines/Hearings, 2266 Order, 2171 Stipulation and Order, 2336 Notice of Appearance filed by Gilsanz Murray S
LLP, 2198 Order on Motion to Compel, Order on Motion to Vacate, 2191 Affirmation in Opposition, filed by Plaint
Liaison Counsel, 2230 Endorsed Letter, Set Deadlines, 2255 Endorsed Letter, 2146 Order, Set Deadlines/Hearings,
MOTION to Vacate. filed by Plaintiffs Liaison Counsel, 2147 MOTION Response to Sua Sponte Order by Court (S
Sponte Order of August 4, 2010) MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4
MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4, 2010) filed by Plaintiffs Liaison
2174 Stipulation and Order, Set Deadlines, 2325 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2270 E
Letter, 2197 Notice of Appearance filed by Robert Vecchione, 2205 Endorsed Letter, 2239 Endorsed Letter, Set Dea
2290 Stipulation and Order of Voluntary Dismissal, 2192 Order on Motion for Miscellaneous Relief, 2287 USCA M
2298 Order, 2289 Stipulation and Order of Voluntary Dismissal, 2338 Declaration in Support of Motion filed by Pla
Liaison Counsel, 2200 Order, 2244 Order, 2282 Order, 2315 Stipulation and Order of Dismissal, 2220 MOTION fo
Extension of Time. filed by En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Even
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American (
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group,
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Eq
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2356 Stipulation and Order of Dismissal, 2188 MOTION to Compel Defendant The Port Auth
New York and New Jersey to reimburse Mount Sinai for the costs it incurred in responding to the Port Authority's s
and in preparing this motion MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local
Rule 6.3 MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3 filed
Mount Sinai Medical Center, 2231 Order, Set Deadlines/Hearings, 2292 Stipulation and Order of Voluntary Dismiss
Declaration in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT Enterprise, Inc., A
Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Gro
L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Constru
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,

Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C
HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Asso
P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Antho
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rent
&Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company,
Apple Wrecking &Construction Corp., 2240 Stipulation and Order of Voluntary Dismissal,, 2252 Order, 2305 Stipu
and Order,, 2330 Stipulation and Order of Dismissal, 2144 USCA Order,, 2262 Memo Endorsement, 2300 Endorsed
2258 Stipulation and Order of Dismissal, 2303 Memo Endorsement, 2176 MOTION to Set Aside Judgment Dismiss
action filed by James McFadden, 2207 MOTION to Compel Certain United States Social Security Administration O
Respond to Subpoenas Duces Tecum filed by Plaintiffs Liaison Counsel, 2279 Notice (Other) filed by Plaintiffs Lia
Counsel, 2329 Stipulation and Order of Dismissal, 2234 Declaration in Support of Motion, filed by Plaintiffs Liaiso
Counsel, 2251 Stipulation and Order of Dismissal, 2156 Memorandum of Law in Opposition to Motion filed by The
Authority of New York &New Jersey, 2215 Order, Set Deadlines/Hearings, 2309 Affirmation in Opposition to Moti
by Michelle Haskett–Godbee, 2238 Order, 2140 Notice (Other) filed by Plaintiffs Liaison Counsel, 2275 MOTION
Attorney Fees (Common Benefit Attorney Fees) filed by Plaintiffs Liaison Counsel, 2288 Response to Motion filed
Fitzpatrick, 2157 Declaration in Opposition to Motion, filed by The Port Authority of New York &New Jersey, 233
Endorsed Letter, 2166 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2233 MOTION to Compel
CERTAIN UNITED STATES SOCIAL SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOE
DUCES TECUM filed by Plaintiffs Liaison Counsel, 2209 MOTION for Discovery filed by Plaintiffs Liaison Coun
Declaration in Support of Motion filed by James McFadden, 2232 Order, Set Deadlines/Hearings, 2241 Order, 2179
USCA Case Number 11–0355, 2460 Order on Motion to Dismiss, 2462 Stipulation and Order, 2413 MOTION to D
filed by Plaintiffs Liaison Counsel, 2403 Order, Set Deadlines/Hearings, 2448 Stipulation and Order of Voluntary D
2465 Stipulation and Order of Voluntary Dismissal, 2383 Order, 2450 Order on Motion to Dismiss, 2398 Stipulatio
Order of Dismissal, 2395 Letter, 2363 Order of Discontinuance, 2486 Order, 2373 Order on Motion for Attorney Fe
Order, 2475 Notice (Other) filed by Plaintiffs Liaison Counsel, 2420 Stipulation and Order of Voluntary Dismissal,
Stipulation and Order of Dismissal, 2477 Order of Dismissal, 2488 Memo Endorsement, 2464 Stipulation and Order
Dismissal, 2445 Declaration filed by Plaintiffs Liaison Counsel, 2493 Memo Endorsement, 2495 Stipulation and Or
Voluntary Dismissal, 2367 Reply Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 24
Stipulation and Order of Dismissal, 2416 Stipulation and Order of Dismissal, 2485 Order, 2458 Stipulation and Ord
Dismissal, 2455 JOINT MOTION to Dismiss Claims against the Port Authority of New York and New Jersey filed
Plaintiffs Liaison Counsel, 2400 Order, 2471 Order, 2474 Order on Motion to Dismiss, 2414 Declaration in Opposit
by Plaintiffs Liaison Counsel, 2391 Memo Endorsement, 2392 Order on Motion to Compel, 2470 Rule 7.1 Corporat
Disclosure Statement filed by Bovis Lend Lease LMB, Inc., 2428 MOTION for Summary Judgment Notice of Moti
Summary Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction. filed
Port Authority of New York &New Jersey, 2483 Stipulation and Order of Dismissal, Add and Terminate Parties, 24
Stipulation and Order of Voluntary Dismissal, 2401 Order, 2419 Order of Dismissal, 2370 Stipulation and Order of
Dismissal, 2468 Order, 2376 Stipulation and Order of Dismissal, 2481 Declaration in Support, filed by Plaintiffs Lia
Counsel, 2453 Stipulation and Order of Dismissal, 2442 Stipulation and Order, 2384 Memo Endorsement, 2497 Stip
and Order, 2456 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2405 Order, 2379 Memorandum of Law
Support of Motion filed by Plaintiffs Liaison Counsel, 2463 Stipulation and Order of Voluntary Dismissal, 2434 De
in Support filed by Plaintiffs Liaison Counsel, 2440 Declaration in Support, filed by Plaintiffs Liaison Counsel, 241
Endorsement, 2410 Endorsed Letter, 2496 Order, 2441 Declaration filed by Plaintiffs Liaison Counsel, 2433 FIRST
MOTION to Dismiss filed by Plaintiffs Liaison Counsel, 2397 Stipulation and Order of Voluntary Dismissal, 2480
to Dismiss Claims against Taylor Recycling, LLC filed by Plaintiffs Liaison Counsel, 2489 Order, 2366 Stipulation
Order of Dismissal, 2446 Memo Endorsement, 2425 Stipulation and Order of Voluntary Dismissal, 2447 Stipulation
Order of Dismissal, 2372 Order on Motion to Compel, 2389 Order, Set Deadlines/Hearings, 2406 SECOND MOTIC
Reopen Case filed by Plaintiffs Liaison Counsel, 2492 Order, 2432 Endorsed Letter, Set Deadlines, 2402 Memo
Endorsement, 2451 Stipulation and Order of Dismissal, 2438 Endorsed Letter, Set Deadlines/Hearings, 2377 Stipula
Order of Dismissal, 2490 Order of Dismissal, 2479 Order on Motion to Set Aside Judgment, 2380 Order, 2396 Orde
Order, 2412 Order, 2411 Memo Endorsement, 2399 Order, 2375 Order on Motion to Vacate, 2408 Declaration in Su
Motion, filed by Plaintiffs Liaison Counsel, 2467 Endorsed Letter, 2374 Order on Motion to Vacate, 2469 Memo
Endorsement, 2390 Notice (Other) filed by Plaintiffs Liaison Counsel, 2394 Endorsed Letter, Set Deadlines/Hearing
Stipulation and Order of Voluntary Dismissal, 2454 Endorsed Letter, 2423 Stipulation and Order of Voluntary Dism
2386 MOTION Extension and Protection of Client Privileges and Confidences. filed by Plaintiffs Liaison Counsel,
Declaration in Support, filed by Plaza Construction Management Corp., 2387 Endorsed Letter, 2364 Stipulation and
Dismissal, 2472 Order, 2427 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2404 Endorsed Letter, 2409 Noti
Appearance filed by Noah H. Kushlefsky, 2487 Notice of Appeal filed by Hector Flamenco, 2452 Stipulation and O
Dismissal, 2369 MOTION to Serve filed by Hector Flamenco, 2393 Stipulation and Order, Add and Terminate Parti
Declaration, filed by Plaintiffs Liaison Counsel, 2437 Order, Set Hearings, 2436 Order, 2424 Stipulation and Order
Voluntary Dismissal, 2439 MOTION to Dismiss Defendant Phillips &Jordan, Inc. filed by Plaintiffs Liaison Counse
Notice (Other) filed by Gregory J. Cannata &Associates and Robert A. Grochow, P.C., 2382 Stipulation and Order o
Dismissal, 2431 Order, 2430 Memorandum of Law in Support of Motion, filed by The Port Authority of New York
Jersey, 2381 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2362 Order, 2466 Memo Endorsement, 2407 Not

| | | Appeal, 2378 MOTION to Vacate Order of February 7, 2011 Appointing Special Counsel filed by Plaintiffs Liaison 2435 Memo Endorsement, 2476 Order, 2484 Order on Motion to Dismiss, 2461 Stipulation and Order, 2371 Order Motion to Serve, 2426 Stipulation and Order of Dismissal, 2459 Order, 2443 MOTION to Dismiss Claims Against Environmental &Geological Science and Management, LLC filed by Plaintiffs Liaison Counsel, 2491 Order, Add a Terminate Parties, 2473 Order, 2422 Stipulation and Order of Voluntary Dismissal, 2429 Declaration in Support of filed by The Port Authority of New York &New Jersey were transmitted to the U.S. Court of Appeals. (nd) (Entered 10/12/2011) |
|---|---|---|
| 0/12/2011 | | Transmission of Notice of Appeal to the District Judge re: 2576 Notice of Cross Appeal. (nd) (Entered: 10/12/2011) |
| 0/12/2011 | | Transmission of Notice of Cross−Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2576 Notic Cross Appeal. (nd) (Entered: 10/12/2011) |
| 0/12/2011 | | Transmission of Notice of Appeal to the District Judge re: 2577 Notice of Cross Appeal. (nd) (Entered: 10/12/2011) |
| 0/12/2011 | | Transmission of Notice of Cross−Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2577 Notic Cross Appeal. (nd) (Entered: 10/12/2011) |
| 0/12/2011 | 2578 | STIPULATION AND ORDER: that the matters listed on Schedule A shall be and the same hereby are discontinued prejudice as against the defendants Nomura Securities International, Inc. and Nomura Holding America, Inc. (Signe Judge Alvin K. Hellerstein on 10/12/2011) (tro) (Entered: 10/12/2011) |
| 0/12/2011 | 2579 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between parties and/or their respective counsel(s) that the above−captioned action is voluntarily dismissed, with prejudice an costs against the defendant(s) pursuant to the terms and conditions in this Stipulation and Order. So Ordered. (Signe Judge Alvin K. Hellerstein on 10/11/2011) (tro) Modified on 10/12/2011 (tro). (Entered: 10/12/2011) |
| 0/12/2011 | 2580 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between parties and/or their respective counsel(s) that the above−captioned action is voluntarily dismissed, with prejudice ag defendant(s) (in case no. 06cv9657) and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Civil Procedure. (Signed by Judge Alvin K. Hellerstein on 10/11/2011) (tro) (Entered: 10/12/2011) |
| 0/12/2011 | 2581 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between parties and/or their respective counsel(s) that the above−captioned action is voluntarily dismissed, with prejudice ag defendant(s) (in case no. 06cv10884) and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federa of Civil Procedure. (Signed by Judge Alvin K. Hellerstein on 10/11/2011) (tro) (Entered: 10/12/2011) |
| 0/12/2011 | 2582 | AMENDED MOTION for Summary Judgment *Amended Notice of Motion for Summary Judgment Dismissing Com against The Port Authority of New York and New Jersey for Lack of Subject Matter Jurisdiction*. Document filed by Authority of New York &New Jersey.(Scrudato, Paul) (Entered: 10/12/2011) |
| 0/12/2011 | 2583 | MEMORANDUM OF LAW in Support re: 2582 AMENDED MOTION for Summary Judgment *Amended Notice o for Summary Judgment Dismissing Complaints against The Port Authority of New York and New Jersey for Lack of Matter Jurisdiction.*. Document filed by The Port Authority of New York &New Jersey. (Scrudato, Paul) (Entered: 10/12/2011) |
| 0/12/2011 | 2584 | DECLARATION of Robert H. Rickner in Support re: 2582 AMENDED MOTION for Summary Judgment *Amende of Motion for Summary Judgment Dismissing Complaints against The Port Authority of New York and New Jersey f of Subject Matter Jurisdiction.*. Document filed by The Port Authority of New York &New Jersey. (Scrudato, Paul) 10/12/2011) |
| 0/12/2011 | 2585 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Authority of New York and New Jersey ("Port Authority") that: 1. Plaintiffs and the Port Authority have entered into Settlement Agreement resolving claims by certain Plaintiffs against the Port Authority in the above− captioned actio forth in this order. The cases are dismissed conditioned on right to resume if settlement is not consummated. The ca dismissed if derivative plaintiffs fail to serve by October 31, 2011. (Signed by Judge Alvin K. Hellerstein on 10/11/ (lmb) (Entered: 10/12/2011) |
| 0/12/2011 | 2586 | STIPULATION AND ORDER: It is hereby stipulated and agreed by and between the Plaintiffs and The Port Autho New York and New Jersey ("Port Authority") that: 1. Plaintiffs and the Port Authority have entered into a Settlement Agreement resolving claims by certain Plaintiffs against the Port Authority in the above−captioned action as set fort order. (Signed by Judge Alvin K. Hellerstein on 10/11/2011) (lmb) (Entered: 10/12/2011) |
| 0/12/2011 | 2587 | DECLARATION of Robert H. Rickner in support of motion for summary judgment dismissing complaints against Authority of New York and New Jersey for lack of subject matter jurisdiction. (pl) (Entered: 10/14/2011) |
| 0/18/2011 | 2588 | STIPULATION OF VOLUNTARY DISMISSAL AGAINST DEFENDANT THE PORT AUTHORITY OF NEW AND NEW JERSEY PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) PERTAINING TO THE CASES LISTED HEREIN HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Proced |

| | | |
|---|---|---|
| | | (a)(1)(A)(ii) : All claims by named Plaintiffs against Defendant The Port Authority of New York and New Jersey ar[...] of or relating in any way to World Trade Center–related rescue, recovery and/or debris–removal operations and/or c[...] at any location on and/or after September 11, 2001 are voluntarily dismissed with prejudice; and the dismissal is wit[...] costs. (Signed by Judge Alvin K. Hellerstein on 10/17/2011) (mro) Modified on 10/19/2011 (mro). (Entered: 10/18/[...] |
| 10/18/2011 | 2589 | SUMMARY ORDER REQUESTING FURTHER BRIEFING ON PORT AUTHORITY'S MOTION FOR SUMMA[...] JUDGMENT DISMISSING CERTAIN COMPLAINTS FOR LACK OF SUBJECT MATTER JURISDICTION: I [...] the Port Authority's Memorandum of Law that seeks to dismiss the actions of 22 plaintiffs for not complying with th[...] requirements of the Port Authority's Suability Statute. I ask that the brief be supplemented to respond to the followin[...] Regarding the group of plaintiffs in Section D.1. of the Memorandum, whether a notice of claim is required in light [...] fact that every prior claim against the Port Authority by 9/11 plaintiffs had been contested, thereby indicating that th[...] Authority was treating the issues as a whole, and not addressing individual claims on the merits. And, if so, Whether [...] would apply also to the third category of plaintiffs discussed in Section D.3. of the Memorandum. (Signed by Judge [...] Hellerstein on 10/18/2011) (mro) (Entered: 10/18/2011) |
| 10/18/2011 | 2590 | SUPPLEMENT TO STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST PHILIPS A[...] JORDAN ONLY: It is hereby stipulated and agreed by and between the plaintiffs identified on exhibit "A" attached [...] and defendant(s) and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, against [...] defendant(s) Philips &Jordan, Inc. pursuant to Rule 41 of the Federal Rules of Civil Procedure. The dismissal is wit[...] costs to either party. (Signed by Judge Alvin K. Hellerstein on 10/17/2011) (tro) (Entered: 10/18/2011) |
| 10/18/2011 | 2591 | STIPULATION OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between the parties that [...] pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii): The above–captioned Plaintiff's action having been [...] voluntarily dismissed with prejudice pursuant to the following terms and conditions: All claims by the above Plainti[...] all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center–related rescu[...] recovery, and/or debris–removal operations and/or clean up at any location on and/or after September 11, 2011, are [...] voluntarily dismissed with prejudice; as further set forth in this Order. (Signed by Judge Alvin K. Hellerstein on 10/[...] (mro) (Entered: 10/18/2011) |
| 10/18/2011 | 2592 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT PHILLIPS &JORDA[...] ONLY FOR THE CASES LISTED IN THE ATTACHED "EXHIBIT A": It is hereby stipulated and agreed by and [...] the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure: the cases listed in the attac[...] exhibit are voluntarily dismissed with prejudice; All claims by plaintiff(s) against Phillips &Jordan, Inc., arising out [...] relating in any way to World Trade Center–Related rescue, recovery, and/or debris–handling operations and/or clea[...] any location on and/or after September 11, 2011 were settled and are voluntarily dismissed with prejudice and the di[...] is without costs. (Signed by Judge Alvin K. Hellerstein on 10/17/2011) (mro) (Entered: 10/18/2011) |
| 10/18/2011 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Status Conference held on 10/18/2011. Next s[...] conf. (tutorial) is set for 12/14/11 @ 10:30 a.m. (lmb) (Entered: 10/26/2011) |
| 10/20/2011 | 2593 | MOTION to Strike *Defendants' Affirmative Defenses*. Document filed by Thomas M. Magee.(Loucks, Therese) (En[...] 10/20/2011) |
| 10/20/2011 | 2594 | MEMORANDUM OF LAW in Support re: 2593 MOTION to Strike *Defendants' Affirmative Defenses*.. Document [...] Thomas M. Magee. (Loucks, Therese) (Entered: 10/20/2011) |
| 10/20/2011 | 2595 | DECLARATION of Therese Stevens Loucks in Support re: 2593 MOTION to Strike *Defendants' Affirmative Defen*[...] Document filed by Thomas M. Magee. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 E[...] # 6 Exhibit 6, # 7 Exhibit 7)(Loucks, Therese) (Entered: 10/20/2011) |
| 10/20/2011 | 2596 | STIPULATION OF DISCONTINUANCE AGAINST TURNER CONSTRUCTION–INTERNATIONAL, LLC W[...] PREJUDICE: that the claims of the plaintiffs represented from the offices of Gregory J. Cannata and Associates (on [...] attached Exhibit "A"), (hereafter "Plaintiffs") against Turner Construction–International, LLC (the incorrectly name[...] Defendant) be and hereby are dismissed without prejudice. As of the date of execution of this Stipulation, Plaintiffs [...] cease naming this entity in all Check–Off Complaints Related to the Master Complaint ("Short Form Complaints ")[...] Plaintiffs nevertheless reserve their right to resume naming this entity in future Short Form Complaints, based on th[...] occurrence of certain conditions as detailed below. Additional relief set forth in this Order. (Signed by Judge Alv[...] Hellerstein on 10/20/2011) (pl) Modified on 10/20/2011 (pl). Modified on 10/20/2011 (pl). (Entered: 10/20/2011) |
| 10/24/2011 | 2597 | ORDER SUMMARIZING STATUS CONFERENCE AND SETTING NEXT CONFERENCE: This order summar[...] status conference held October 18, 2011. The administration of the settlement that became effective January 5, 2011 [...] progressing satisfactorily as further set forth in this order. Defendants have expressed interest in conducting discove[...] findings and investigations relating to the impact of toxins at the World Trade Center work sites on those who were [...] to such toxins. Mt. Sinai Medical Center, various federal, state and local agencies, and others are believed to have co[...] epidemiological, medical and other studies. The respondents are likely to contest any obligations to respond to such [...] discovery, and the entire process of adjudication and study of any data capable of being obtained may consume a [...] considerable amount of time. Counsel shall confer among themselves and with such potential respondents to sugges[...] |

| | | of action to be considered by the court. A status conference on this subject will be held November 9, 2011 at 2:30 pm in Courtroom 14D. The next status conference shall be held December 14, 2011, at 10:00 am, and consolidated with th conference previously scheduled for the 21 MC 102 cases and any desired tutorial of the issues for trial. ( Status Co set for 12/14/2011 at 10:00 AM before Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 10/24 (lmb) (Entered: 10/24/2011) |
|---|---|---|
| 10/26/2011 | 2598 | TRANSCRIPT of Proceedings re: MOTION held on 10/18/2011 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Jerry Harrison, (212) 805–0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 11/21/2011. Redacted Transcript Deadline set for 12/1/2011. Rele Transcript Restriction set for 1/27/2012.(McGuirk, Kelly) (Entered: 10/26/2011) |
| 10/26/2011 | 2599 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Motion proceeding held on 10/18/11 has been filed by the court reporter/transcriber in the above–captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 10/26/2011) |
| 10/26/2011 | 2600 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice ag defendants. (Signed by Judge Alvin K. Hellerstein on 10/25/2011) (js) (Entered: 10/26/2011) |
| 10/26/2011 | 2601 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice ag defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Signed by Judge Alvin K. Hell on 10/25/2011) (js) (Entered: 10/26/2011) |
| 10/26/2011 | 2602 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice ag defendants (Signed by Judge Alvin K. Hellerstein on 11/25/2011) (js) (Entered: 10/26/2011) |
| 10/26/2011 | 2603 | STIPULATION OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between the parties and respective counsel that the above–captioned Plaintiffs' action is voluntarily dismissed, with prejudice against the def pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Signed by Judge Alvin K. Hellerstein on 10/25/2011) (ab) (Entered: 10/26/2011) |
| 10/26/2011 | 2604 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEM Plaintiffs Hector Martinez and Joseph Valerio and settling defendants have entered into a settlement agreement reso claims by Plaintiffs against Settling Defendants in the action with prejudice, and as further set forth in this documen by Judge Alvin K. Hellerstein on 10/26/2011) (cd) (Entered: 10/27/2011) |
| 10/26/2011 | 2605 | ORDER DISMISSING CERTAIN PLAINTIFFS' ACTIONS: that plaintiffs claims are dismissed with prejudice in: Melvin Glover (06CV13928) 2. Tom Guriel (06CV12122) 3. Gregory Howard (06CV10780) 4. Thomas Kelly (06C 5. Charles Logan (06CV08448) 6. Robert Martin (07CV10012) 7. Mimi Netrosio (06CV11774) 8. John Ruis (06CV (also docketed in these closed cases) (Signed by Judge Alvin K. Hellerstein on 10/26/2011) (cd) (Entered: 10/27/20 |
| 10/27/2011 | 2606 | MEMO ENDORSEMENT on (16 in 1:05–cv–07210–AKH) FIRST MOTION to Strike *Defendants' Affirmative De* filed by Thomas Magee, (2593 in 1:21–mc–00100–AKH) MOTION to Strike *Defendants' Affirmative Defenses* file Thomas M. Magee. The motion is denied without prejudice of renewal by Nov. 18, 2011. Plaintiff has to show the n his injuries that were compensated by the VCF, his application to and all papers submitted to the VCF, the VCF awa the facts, circumstances and law qualifYing his orthopedic injury of which he now complains as a second injury wit meaning of Golod v. Hoffman La Roche, 964 F.Supp. 841 (S.D.N.Y. 1997); Dunne v. World Trade Center Propertie 05 Civ. 1578 (21 MC 101), Doc. No.9(S.D.N.Y. 212211 0) So Ordered. Motions terminated: (2593 in 1:21–mc–00100–AKH) MOTION to Strike *Defendants' Affirmative Defenses* filed by Thomas M. Magee, (16 in 1:05–cv–07210–AKH) FIRST MOTION to Strike *Defendants' Affirmative Defenses* filed by Thomas Magee. (Sign Judge Alvin K. Hellerstein on 10/24/2011) (ft) (Entered: 10/28/2011) |
| 10/27/2011 | 2607 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul A. Scrudato dated 10/26/2011 re: Couns Port Authority of New York and New Jersey propose the following briefing schedule: The Port Authority will subm supplemental brief on or before 11/4/2011; the plaintiffs shall respond to the Port Authority's motion by 11/18/2011 Authority reply shall be tiled on 11/23/2011. ENDORSEMENT: So ordered. (Responses due by 11/18/2011, Replie 11/23/2011.) (Signed by Judge Alvin K. Hellerstein on 10/27/2011) (ft) (Entered: 10/28/2011) |
| 10/28/2011 | 2608 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Therese Stevens Loucks, Esq. dated 10/27/20 Plaintiff writes to inform the Court that plaintiff has no objection to granting defendants the two week extension the ENDORSEMENT: Plaintiff Magee shall show in connection with any renewed motion, and in any event by 11/18/2 basis of subject matter jurisdiction of this court. (Signed by Judge Alvin K. Hellerstein on 10/28/2011) (ft) (Entered |

| | | | |
|---|---|---|---|
| | | | 10/28/2011) |
| 11/01/2011 | 2609 | JOINT MOTION to Dismiss *Voluntarily*. Document filed by Survivair Respirators, Inc..(Harvey, Gary) (Entered: 11/01/2011) |
| 11/01/2011 | 2610 | DECLARATION of Stephanie S. McGraw in Support re: 2609 JOINT MOTION to Dismiss *Voluntarily*.. Document filed by Survivair Respirators, Inc.. (Attachments: # 1 Exhibit 1 part i of ii, # 2 Exhibit 1 part ii of ii, # 3 Exhibit 2, # 4 Exhibit Exhibit 4, # 6 Exhibit 5)(Harvey, Gary) (Entered: 11/01/2011) |
| 11/03/2011 | 2611 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 2582 AMENDED MOTION for Summary Judgment *Amended Notice of Motion for Summary Judgment Dismissing Complaints against The Port Authority of New York Jersey for Lack of Subject Matter Jurisdiction*.. Document filed by The Port Authority of New York & New Jersey. (Scrudato, Paul) (Entered: 11/03/2011) |
| 11/04/2011 | 2612 | NOTICE of Chapter 11 Bankruptcy. Document filed by Seasons Industrial Contracting. (Regan, James) (Entered: 11/04/2011) |
| 11/04/2011 | 2614 | ORDER of USCA (Certified Copy) as to 2407 Notice of Appeal, USCA Case Number 11−1218. The parties have fi stipulation withdrawing this appeal pursuant to Local Rule 42.1. The stipulation is hereby "So Ordered". Catherine O Wolfe, Clerk USCA for the Second Circuit. Certified: 11/04/2011. (nd) Modified on 11/7/2011 (nd). (Entered: 11/07 |
| 11/04/2011 | 2615 | ORDER of USCA (Certified Copy) as to 2427 Notice of Appeal filed by Plaintiffs Liaison Counsel USCA Case Nu 11−1446. The parties have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1. The stipulation is "So Ordered". Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 11/04/2011. (nd) (Entered: |
| 11/07/2011 | 2613 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT PHILLIPS &JORDA ONLY FOR THE CASES LISTED IN THE ATTACHED "EXHIBIT A": It is hereby stipulated and agreed by and the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii): 1. The cases listed in the attached exhib voluntarily dismissed with prejudice; 2. All claims by Plaintiff(s) against Phillips &Jordan, Inc., arising out of or rel any way to World Trade Center−related rescue, recovery, and/or debris−handling operations and/or clean−up at any on and/or after September 11, 2001 are voluntarily dismissed with prejudice; and 3. The dismissal is without costs to side. (Signed by Judge Alvin K. Hellerstein on 11/7/2011) (lmb) (Entered: 11/07/2011) |
| 11/08/2011 | 2616 | MEMO ENDORSEMENT on re: PAYMENT STATUS UPDATE FROM THE ALLOCATION NEUTRAL. ENDORSEMENT: The Clerk shall docket this request in the three dockets identified below, and put the request on t Court's 9/11 website. (Signed by Judge Alvin K. Hellerstein on 11/8/2011) (jfe) (Entered: 11/08/2011) |
| 11/08/2011 | 2617 | MEMO ENDORSEMENT on re: 11 Motion to Amend/Correct. ENDORSEMENT: Motion granted. File am. compl 11/18/11. (Signed by Judge Alvin K. Hellerstein on 11/8/2011) (jfe) (Entered: 11/08/2011) |
| 11/08/2011 | | Set/Reset Deadlines: Amended Pleadings due by 11/18/2011. (jfe) (Entered: 11/08/2011) |
| 11/08/2011 | 2618 | AFFIRMATION of Stephen M. Cantor in Opposition re: 2582 AMENDED MOTION for Summary Judgment *Amer Notice of Motion for Summary Judgment Dismissing Complaints against The Port Authority of New York and New J Lack of Subject Matter Jurisdiction*.. Document filed by Bruce Greenberg. (Attachments: # 1 Exhibit Copy of Memo of Law in Support of Motion by defendant The Port Authority of New York and New Jersey, # 2 Exhibit Copies of Claim and lower court Summons and Verified Complaint, # 3 Exhibit Declaration of Robert H. Rickner, attorney fo defendant The Port Authority of New York and New Jersey in support of motion to dismiss)(Frankel, Steven) (Ente 11/08/2011) |
| 11/08/2011 | 2619 | MEMO ENDORSEMENT on re: RESPONSE TO MOTION FOR SUMMARY JUDGMENT. ENDORSEMENT: T response, being conclusory, is insufficient to oppose defendants' well−pleaded motion for summary judgment. Plain set forth competent proof relating to the facts when its cause of action accrued, by 4:00 pm. Nov. 18,2011. (Signed Alvin K. Hellerstein on 11/8/2011) (jfe) (Entered: 11/08/2011) |
| 11/08/2011 | 2620 | SUMMARY ORDER ADJOURNING STATUS CONFERENCE OF NOVEMBER 9, 2011: The November 9, 201 100 status conference addressing potential third party discovery with respect to epidemiological, medical, and other of the World Trade Center work sites has been adjourned to November 22, 2011 at 3:30 p.m. in Courtroom 14D. ( S Conference set for 11/22/2011 at 03:30 PM in Courtroom 14D, 500 Pearl Street, New York, NY 10007 before Judge K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 11/8/2011) (jfe) (Entered: 11/08/2011) |
| 11/09/2011 | 2621 | STIPULATION OF VOLUNTARY DISMISSAL: IT IS HEREBY STIPULATED AND AGREED, by and betwee parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii): The above−captioned Plaintiff's action i voluntarily dismissed with prejudice pursuant to the following terms and conditions as set forth in this order. (Signe Judge Alvin K. Hellerstein on 11/9/2011) (lmb) (Entered: 11/10/2011) |

Case: 11-2961 Document: 1-1 07/22/2011 634953 1730 1805
Case 1:21-mc-00100-AKH Document 4 Filed 07/26/2012 12:16 PM EDT Page 1730 of 1805
As of 07/26/2012 12:16 PM EDT 1729 of 1805

| | | |
|---|---|---|
| 11/09/2011 | 2622 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrell, Jr, Christopher LoPalo and G Cannata dated 11/7/2011 re: All counsel have discussed their views regarding Paragraph 5 and determined that this letter submission should be made to the Court to resolve the differing positions and/or applications of counsel. ENDORSEMENT: This is a motion to reconsider. Since nothing new is presented, the motion is denied. The schedu required by paragraph 5b of my 10/24/11 order shall be proposed by Liaison counsel (pl. &def's) by Nov. 18, 2011, (Signed by Judge Alvin K. Hellerstein on 11/9/2011) (lmb) (Entered: 11/10/2011) |
| 11/16/2011 | 2623 | MOTION to Remand to State Court *Strike certain affirmative defenses*. Document filed by Thomas M. Magee. Ret set for 12/7/2011 at 09:30 AM.(Kushlefsky, Noah) (Entered: 11/16/2011) |
| 11/16/2011 | 2624 | DECLARATION of Noah H. Kushlefsky in Support re: 2623 MOTION to Remand to State Court *Strike certain af defenses*.. Document filed by Thomas M. Magee. (Attachments: # 1 Exhibit 1, # 2 Exhibit 1A, # 3 Exhibit 1B part 1 Exhibit 1B part 2, # 5 Exhibit 2, # 6 Exhibit 3)(Kushlefsky, Noah) (Entered: 11/16/2011) |
| 11/16/2011 | 2625 | MEMORANDUM OF LAW in Support re: 2623 MOTION to Remand to State Court *Strike certain affirmative def* Document filed by Thomas M. Magee. (Kushlefsky, Noah) (Entered: 11/16/2011) |
| 11/16/2011 | 2626 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL SURVIVIAR: It is hereby stipulated and agreed by between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with against the defendant(s) Survivair Respirators, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Pro (Signed by Judge Alvin K. Hellerstein on 11/14/2011) (js) (Entered: 11/16/2011) |
| 11/17/2011 | 2627 | TRANSCRIPT of Proceedings re: Motion held on 10/18/2011 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Jerry Harrison, (212) 805–0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 12/12/2011. Redacted Transcript Deadline set for 12/22/2011. Re Transcript Restriction set for 2/18/2012.(McGuirk, Kelly) (Entered: 11/17/2011) |
| 11/17/2011 | 2628 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION proceeding held on 10/18/11 has been filed by the court reporter/transcriber in the above–captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 11/17/2011) |
| 11/17/2011 | 2629 | STIPULATION OF VOLUNTARY DISMISSAL: The plaintiff's action in the 21 MC 100 master docket (06cv1275 hereby dismissed pursuant to FRCP 41 (a)(1)(A)(ii), and plaintiff will proceed in the master docket 21 MC 100 unde number 08cv05156. This dismissal is without costs. (Signed by Judge Alvin K. Hellerstein on 11/17/2011) (ft) (Ente 11/17/2011) |
| 11/18/2011 | 2630 | AFFIRMATION of Stephen M. Cantor in Opposition re: 1693 MOTION for Summary Judgment *Notice of Motion Summary Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under York Unconsolidated Laws § 7107.*, 2582 AMENDED MOTION for Summary Judgment *Amended Notice of Motio Summary Judgment Dismissing Complaints against The Port Authority of New York and New Jersey for lack of Sub Matter Jurisdiction.*. Document filed by Bruce Greenberg. (Attachments: # 1 Exhibit Cover Sheet and Page 16 of Defendant's Port Authority of NY and NJ Memorandum of Law, # 2 Exhibit Copy of Plaintiff's Notice of Claim)(Fr Steven) (Entered: 11/18/2011) |
| 11/18/2011 | 2631 | AFFIRMATION of Stephen M. Cantor in Opposition re: 2582 AMENDED MOTION for Summary Judgment *Amen Notice of Motion for Summary Judgment Dismissing Complaints against The Port Authority of New York and New J Lack of Subject Matter Jurisdiction.*. Document filed by Bruce Greenberg. (Frankel, Steven) (Entered: 11/18/2011) |
| 11/18/2011 | 2632 | DECLARATION of Denise A. Rubin in Opposition re: 2582 AMENDED MOTION for Summary Judgment *Amende Notice of Motion for Summary Judgment Dismissing Complaints against The Port Authority of New York and New J Lack of Subject Matter Jurisdiction.*. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit Trans march 12, 2010 Oral Argument)(Rubin, Denise) (Entered: 11/18/2011) |
| 11/18/2011 | 2633 | MEMORANDUM OF LAW in Opposition re: 2582 AMENDED MOTION for Summary Judgment *Amended Notic Motion for Summary Judgment Dismissing Complaints against The Port Authority of New York and New Jersey for Subject Matter Jurisdiction.*. Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 11/18/2011) |
| 11/21/2011 | 2634 | MEMORANDUM OF LAW in Opposition re: 2582 AMENDED MOTION for Summary Judgment *Amended Notic Motion for Summary Judgment Dismissing Complaints against The Port Authority of New York and New Jersey for Subject Matter Jurisdiction. Replacement to document erroneously filed on November 18, 2011*. Document filed by Liaison Counsel. (Rubin, Denise) (Entered: 11/21/2011) |
| 11/21/2011 | 2635 | AFFIRMATION of Stephen M. Cantor in Opposition re: 2582 AMENDED MOTION for Summary Judgment *Amen Notice of Motion for Summary Judgment Dismissing Complaints against The Port Authority of New York and New J Lack of Subject Matter Jurisdiction.*. Document filed by Bruce Greenberg. (Attachments: # 1 Exhibit, # 2 Exhibit, # |

| | | Exhibit)(Frankel, Steven) (Entered: 11/21/2011) |
|---|---|---|
| 11/21/2011 | 2636 | MANDATE of USCA (Certified Copy) as to 2407 Notice of Appeal, USCA Case Number 11–1218. The parties hav stipulation withdrawing this appeal pursuant to Local Rule 42.1. The stipulations are hereby "So Ordered". Catherin O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 11/21/2011. (nd) (Entered: 11/21/2011) |
| 11/23/2011 | 2637 | REPLY MEMORANDUM OF LAW in Support re: 2582 AMENDED MOTION for Summary Judgment *Amended Motion for Summary Judgment Dismissing Complaints against The Port Authority of New York and New Jersey for Subject Matter Jurisdiction.*. Document filed by The Port Authority of New York &New Jersey. (Scrudato, Paul) (E 11/23/2011) |
| 11/23/2011 | 2638 | ORDER REMINDING PLAINTIFFS OF RULE 56, FED.R. CIV. P., AND ENLARGING TIME TO OPPOSE SUM JUDGMENT: Plaintiffs who are the object of the Motion for Summary Judgment filed by the Port Authority of New and New Jersey, October 12,2011, and their counsel, are warned to pay close attention to Rule 56, Fed. R. Civ. P., in submitting opposition papers. Rule 56(c)(4) provides that affidavits must be made on personal knowledge (not by at and on admissible facts. Conclusory objections or statements are not sufficient. If a plaintiff fails properly to addres Defendant's assertion of fact, Plaintiff risks that summary judgment may be granted. I order time for opposition to b enlarged to December 9,2011, and replies to December 16, 2011. (Signed by Judge Alvin K. Hellerstein on 11/23/20 (Entered: 11/23/2011) |
| 11/23/2011 | 2639 | ORDER LIFTING STAY AS TO CERTAIN CASES FILED AFTER APRIL 12, 2010 FOR LIMITED DISCOVER plaintiffs listed in Addendum A must perfect service of their complaints. All defendants in the cases listed in Adden must respond to the complaints in the manner set forth in Case Management Order 6. All plaintiffs listed in Addend must populate all appropriate fields in the reduced 21 MC 100 Court Database recommended by the Special Masters approved by the Court on May 5, 20ll, attached as Addendum B ("21 MC 100 Court Mini–Database") and provide certifications for these responses pursuant to Rule 33 (b)(I), (3), (5), Fed. R. Civ. P., or 28 U.S.C. § 1746 on or befor November 30, 2011. Defendants who have already been served with complaints also must populate the appropriate f the 21 MC 100 Court Mini–Database as to the plaintiffs on Addendum A and provide certifications for these respon pursuant to Rule 33 (b)(I), (3), (5), Fed. R. Civ. P., or 28 U.S.C. § 1746 on or before November 30, 2011. Defendant have not yet been served shall populate the 21 MC 100 Court Mini–Database within 60 days after service. (Signed b Alvin K. Hellerstein on 11/23/2011) (jar) (ad). (Entered: 11/23/2011) |
| 11/29/2011 | 2640 | ENDORSED LETTER addressed to Judge Alvin K Hellerstein from James E Tyrrel dated 11/29/2011 re: Request f following briefing schedule re plaintiff motion to strike defenses. ENDORSEMENT: So Ordered. (Response due by 12/16/2011, Reply due by 12/30/2011.) (Signed by Judge Alvin K. Hellerstein on 11/28/2011) (cd) (Entered: 11/29/ |
| 11/30/2011 | 2641 | MOTION to Amend/Correct. Document filed by Plaintiffs Liaison Counsel.(LoPalo, Christopher) (Entered: 11/30/2 |
| 11/30/2011 | 2642 | MEMORANDUM OF LAW in Support re: 2641 MOTION to Amend/Correct.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 11/30/2011) |
| 11/30/2011 | 2643 | AFFIDAVIT OF SERVICE. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 11/30/2 |
| 11/30/2011 | 2644 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Steven K. Frankel dated 11/28/2011 re: Couns respectfully request that Your Honor grant permission to file the documents, which will authorize the Clerk's office them for filling. ENDORSEMENT: The Clerk shall accept the document nunc pro tunc Nov. 18, 2011. (Signed by J Alvin K. Hellerstein on 11/29/2011) (jfe) (Entered: 11/30/2011) |
| 11/30/2011 | 2645 | NOTICE of Plaintiffs' Production of Core Discovery Employment Authorizations. Document filed by Plaintiffs Liai Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 11/30/2011) |
| 11/30/2011 | 2646 | NOTICE of Plaintiffs' Production of Core Discovery Medical Authorizations. Document filed by Plaintiffs Liaison Counsel(Plaintiff's co–liaison counsel). (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 11/30/2011) |
| 11/30/2011 | 2647 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Plaintiffs Liaison Counse (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 11/30/2011) |
| 11/30/2011 | 2648 | NOTICE of Plaintiffs' Population of Discovery Responses on TCDI. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1)(LoPalo, Christopher) (Entered: 11/30/2011) |
| 11/30/2011 | 2656 | STIPULATION OF VOLUNTARY DISMISSAL: It is hereby stipulated and that the Plaintiffs' action are voluntaril dismissed with prejudice against all defendant(s) or against any defendant arising out of or relating in any way to W Trade Center–related rescue, recovery, and/or debris–removal operations and/or clean up and/or at any location on and/or a 9/11/01. All claims that were asserted or could have been brought in relation to plaintiffs' existing pleading are dism with prejudice. This dismissal is without costs to any party. (Signed by Judge Alvin K. Hellerstein on 11/30/2011) (j (Entered: 12/02/2011) |

| 12/01/2011 | 2649 | NOTICE of Production of Core Discovery Medical Records. Document filed by Donna A. Fontana. (Grochow, Rob (Entered: 12/01/2011) |
|---|---|---|
| 12/01/2011 | 2650 | NOTICE of Production of Core Discovery Medical Records. Document filed by Joseph Giamportone. (Grochow, R (Entered: 12/01/2011) |
| 12/01/2011 | 2651 | NOTICE of Production of Core Discovery Medical Records. Document filed by Robert Sienkiewicz. (Grochow, Ro (Entered: 12/01/2011) |
| 12/01/2011 | 2652 | NOTICE of Plaintiffs' Production of Core Discovery, Core Discovery Certifications, Medical Records, Medical and Employment Authorizations, Databases and Database Certifications. Document filed by Donna A. Fontana, Joseph Giamportone, Robert Sienkiewicz. (Attachments: # 1 Exhibit Exhibit 1 – List of Plaintiffs, # 2 Exhibit Exhibit 2 – L Transmittal)(Grochow, Robert) (Entered: 12/01/2011) |
| 12/01/2011 | 2653 | NOTICE of Plaintiffs' Production of Core Discovery Medical Authorizations Pursuant to Case Management Order N Document filed by Ludomir Czynski, Ralph Geidel, Lee A. Ielpi. (Attachments: # 1 Exhibit 1)(Filiberti, Joanne) (En 12/01/2011) |
| 12/01/2011 | 2654 | NOTICE of Plaintiffs' Production of Core Discovery Medical Records. Document filed by Ludomir Czynski, Ralph Lee A. Ielpi. (Attachments: # 1 Exhibit 1)(Filiberti, Joanne) (Entered: 12/01/2011) |
| 12/01/2011 | 2655 | NOTICE of of Plaintiffs' Population Discovery Responses Pursuant to the Court's November 23, 2011 Order. Docum by Ludomir Czynski, Ralph Geidel, Lee A. Ielpi. (Attachments: # 1 Exhibit 1)(Filiberti, Joanne) (Entered: 12/01/20 |
| 12/05/2011 | 2657 | TRANSCRIPT of Proceedings re: Conference held on 11/22/2011 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Joseph Quinones, (212) 805–0300. Transcript may be viewed at the court public terminal or p through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 12/29/2011. Redacted Transcript Deadline set for 1/8/2012. Relea Transcript Restriction set for 3/7/2012.(McGuirk, Kelly) (Entered: 12/05/2011) |
| 12/05/2011 | 2658 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferen proceeding held on 11/22/11 has been filed by the court reporter/transcriber in the above–captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 12/05/2011) |
| 12/05/2011 | 2659 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Kenneth Becker and Robert S. Dentach dated 12/1/2011 re: The parties request that the revised schedule require the City's motion be due 12/21, the Sub–Contract opposition due 1/11, and the City's reply by 1/18. ENDORSEMENT: So Ordered. ( Motions due by 12/21/2011., Re due by 1/11/2012, Replies due by 1/18/2012.) (Signed by Judge Alvin K. Hellerstein on 12/5/2011) (jfe) (Entered: 12/05/2011) |
| 12/07/2011 | 2660 | TRUE COPY ORDER of USCA as to 2050 Notice of Appeal, filed by Bovis Lend Lease LMB, Inc., Turner Constr Company, Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, AMEC Construction Management, Inc., AM Earth &Environmental, Inc., Evergreen Recycling of Corona, Plaza Construction Corp., City of New York USCA C Number 10–1377. This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties. IT IS HE ORDERED that the appeal is reinstated. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 12/07/2011. (kj) (Entered: 12/07/2011) |
| 12/07/2011 | | Transmission of USCA Mandate/Order to the District Judge re: 2660 USCA Order,,. (kj) (Entered: 12/07/2011) |
| 12/08/2011 | 2661 | AFFIDAVIT of Bruce Greenberg in Opposition re: 2582 AMENDED MOTION for Summary Judgment *Amended N Motion for Summary Judgment Dismissing Complaints against The Port Authority of New York and New Jersey for Subject Matter Jurisdiction..* Document filed by Bruce Greenberg. (Attachments: # 1 Exhibit)(Frankel, Steven) (Ent 12/08/2011) |
| 12/09/2011 | 2662 | STIPULATION OF VOLUNTARY DISMISSAL: IT IS HEREBY STIPULATED AND AGREED, by and between parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Plaintiffs' actions (see attached Exh are voluntarily dismissed with prejudice against all Defendant(s) or against any Defendant arising out of or relating way to World Trade Center–related rescue, recovery, and/or debris–removal operations and/or clean up at any locat and/or after September 11, 2001. All claims that were asserted or could have been brought in relation to Plaintiffs' e pleadings are dismissed with prejudice. This dismissal is without costs to any party. (Signed by Judge Alvin K. Hell on 12/9/2011) (lmb) (Entered: 12/09/2011) |
| 12/09/2011 | 2663 | STIPULATION OF VOLUNTARY DISMISSAL: IT IS HEREBY STIPULATED AND AGREED, by and between parties that, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii): 1. The above–captioned Plaintiffs' acti voluntarily dismissed with prejudice pursuant to the following terms and conditions set forth in this order. (Signed b Alvin K. Hellerstein on 12/9/2011) (lmb) (Entered: 12/09/2011) |

| 12/09/2011 | 2664 | DECLARATION of Christopher R. LoPalo in Opposition re: 2633 Memorandum of Law in Opposition to Motion, Declaration in Opposition to Motion,. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(LoPalo, Chris (Entered: 12/09/2011) |
|---|---|---|
| 12/13/2011 | 2665 | STIPULATION OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between the parties that to FRCP 41(a)(1)(A)(ii), the plaintiffs' actions (see attached Exhibit A) are voluntarily dismissed with prejudice aga defendants or against any Defendant arising out of or relating in any way to World Trade Center related rescue, reco and/or debris–removal operations and/or clean up at any location on and/or after September 11, 2001. All claims tha asserted or could have been brought in relation to Plaintiffs; existing pleadings are dismissed with prejudice. This di without costs to any party. ENDORSEMENT: So Ordered. (Signed by Judge Alvin K. Hellerstein on 12/13/2011) (f (Entered: 12/13/2011) |
| 12/13/2011 | 2666 | ORDER POSTPONING 21 MC 102 STATUS CONFERENCE AND TUTORIAL: The 21 MC 102 status conferen tutorial that was scheduled for 12/14/2011 at 10:00 a.m. is postponed to 1/5/2012 at 2:15 p.m. It will be held in Cou 14D. The 21 MC 100 status conference scheduled for 12/14/2011 at 10:00 a.m. in Courtroom 14D will proceed as s Filed in associated case 21–MC–102. (Signed by Judge Alvin K. Hellerstein on 12/13/2011) (ft) (Entered: 12/13/20 |
| 12/13/2011 | 2667 | ORDER of USCA (Certified Copy) as to 2136 Notice of Cross Appeal filed by All Plaintiffs USCA Case Number 11–4021(L); 10–3172(XAP). IT IS HEREBY ORDERED that the motion to recall the mandate and reinstate the ap behalf of John Montalvo is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 12/13/2011. (tp) (Entered: 12/14/2011) |
| 12/14/2011 | 2668 | SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: 2582 AMENDED MOTION for Summary Amended Notice of Motion for Summary Judgment Dismissing Complaints against The Port Authority of New York Jersey for Lack of Subject Matter Jurisdiction.. Document filed by The Port Authority of New York &New Jersey. (Scrudato, Paul) (Entered: 12/14/2011) |
| 12/14/2011 | 2669 | STIPULATION OF VOLUNTARY DISMISSAL: IT IS HEREBY STIPULATED AND AGREED, by and betweer parties that, pursuant to the Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), that the Plaintiffs' actions (see attached A) are voluntarily dismissed with prejudice against all Defendant(s) or against any Defendant arising out of or relati way to World Trade Center–related rescue, recovery, and/or debris–removal operations and/or clean up at any locat and/or after September 11, 2001. All claims that were asserted or could have been brought in relation to Plaintiffs' e pleadings are dismissed with prejudice. This dismissal is without costs to any party. (Signed by Judge Alvin K. Hell on 12/14/2011) (lmb) (Entered: 12/14/2011) |
| 12/15/2011 | 2686 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and betweer parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice ag defendant(s) SURVIVAIR RESPIRATORS, INC. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Pro (Signed by Judge Alvin K. Hellerstein on 12/15/2011) (js) (Entered: 12/28/2011) |
| 12/16/2011 | 2670 | STIPULATION OF VOLUNTARY DISMISSAL: IT IS HEREBY STIPULATED AND AGREED, by and betweer parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Plaintiffs' actions (see attached A) are voluntarily dismissed with prejudice against all defendant(s) or against any defendant arising out of or relatin way to World Trade Center–related rescue, recovery, and/or debris–removal operations and/or clean up at any locat and/or after September 11, 2001. All claims that were asserted or could have been brought in relation to plaintiffs' e pleadings are dismissed with prejudice. This dismissal is without costs to any party. (Signed by Judge Alvin K. Hell on 12/15/2011) (mro) (Entered: 12/16/2011) |
| 12/16/2011 | 2671 | STIPULATION OF VOLUNTARY DISMISSAL: It is hereby Stipulated and Agreed, by and between the parties th pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii): The above–captioned plaintiff's action are voluntari dismissed with prejudice pursuant to the following terms and conditions: All claims by the above–captioned plaintif all defendant(s) or against any defendant arising out of or relating in any way to World Trade Center–related rescue, recovery, and/or debris–removal operations and/or clean up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice. All claims that were asserted or could have been brought in relation to plaintiff existing pleadings are dismissed with prejudice. This dismissal is without prejudice solely in relation to a second inj extent permitted by New York State law and as may be defined by any court having jurisdiction over any such later– complaint. ENDORSEMENT: I do not accept the bracketed terms of paragraph 4. Otherwise the stip'n is so ordered by Judge Alvin K. Hellerstein on 12/15/2011) (mro) (Entered: 12/16/2011) |
| 12/16/2011 | 2672 | NOTICE of Withdrawal of All Claims. Document filed by Demetrios Samadjopoulos. (ft) (Entered: 12/19/2011) |
| 12/20/2011 | 2673 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL: that, pursuant to the Federal Rule of Civil Proced (l)(A)(ii), that the Plaintiffs' actions (see attached Exhibit A, 10cv06998, 10cv07014, 10cv0701) are voluntarily disn with prejudice against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trad Center–related rescue, recovery, and/ or debris removal operations and/or clean up at any location on and/ or after S 11, 2001, to the extent of claims that were asserted or could have been brought in relation to Plaintiffs' existing plea This dismissal is without costs to any party. So Ordered. As amended. (Signed by Judge Alvin K. Hellerstein on 12/ |

| | | |
|---|---|---|
| | | (pl) Modified on 12/20/2011 (pl). (Entered: 12/20/2011) |
| 12/20/2011 | 2676 | ORDER AND OPINION DENYING OBJECTION OF WTC CAPTIVEINSURANCE TO PAYING BONUSES PROVIDED BY THE SPA: The objection of the WTC Captive is overruled. The Clerk shall mark Document No. 2... having been terminated. (Signed by Judge Alvin K. Hellerstein on 12/20/2011) (pl) (Entered: 12/21/2011) |
| 12/20/2011 | 2677 | STIPULATION OF VOLUNTARY DISMISSAL: The above−captioned Plaintiffs' action are voluntarily dismissed prejudice pursuant to the following terms and conditions: All claims by the above−captioned Plaintiffs against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center−related rescue, r and/or debris removal operations and/or clean up at any location on and/or after September 11, 2001, to the extent th asserted or could have been brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice. The dis without costs. ENDORSEMENT: So ordered, as amended. (Signed by Judge Alvin K. Hellerstein on 12/20/2011) (f (Entered: 12/21/2011) |
| 12/20/2011 | 2678 | STIPULATION OF VOLUNTARY DISMISSAL: The above−captioned Plaintiffs' action are voluntarily dismissed prejudice pursuant to the following terms and conditions: All claims by the above−captioned Plaintiffs against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center−related rescue, r and/or debris removal operations and/or clean up at any location on and/or after September 11, 2001, to the extent th asserted or could have been brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice. The dis without costs. ENDORSEMENT: So ordered, as amended. (Signed by Judge Alvin K. Hellerstein on 12/20/2011) (f (Entered: 12/21/2011) |
| 12/20/2011 | 2679 | STIPULATION OF VOLUNTARY DISMISSAL: Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), ti above Plaintiffs' actions are voluntarily dismissed with prejudice against all Defendant{s} or against any Defendant out of or relating in any way to World Trade Center−related rescue, recovery, and/or debris−removal operations and up at any location on and/or after September 11th, 2001. All claims that were asserted or could have been brought in to Plaintiffs' existing pleadings are dismissed with prejudice, This dismissal is without costs to any party. ENDORS So Ordered. (Signed by Judge Alvin K. Hellerstein on 12/19/2011) (ft) (Entered: 12/21/2011) |
| 12/21/2011 | 2674 | TRANSCRIPT of Proceedings re: Conference held on 12/14/2011 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Jerry Harrison, (212) 805−0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 1/17/2012. Redacted Transcript Deadline set for 1/26/2012. Relea Transcript Restriction set for 3/23/2012.(McGuirk, Kelly) (Entered: 12/21/2011) |
| 12/21/2011 | 2675 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferen proceeding held on 12/14/11 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 12/21/2011) |
| 12/21/2011 | 2680 | MOTION for Protective Order. Document filed by City of New York.(Gleason, Scot) (Entered: 12/21/2011) |
| 12/21/2011 | 2681 | AFFIDAVIT of David Prezant in Support re: 2680 MOTION for Protective Order.. Document filed by City of New (Attachments: # 1 Exhibit CV, # 2 Exhibit Sample Informed Consent, # 3 Exhibit Sample Informed Consent, # 4 Ex Sample Informed Consent, # 5 Exhibit Certificate of Confidentiality, # 6 Exhibit FDNY Confidentiality Policy)(Gle Scot) (Entered: 12/21/2011) |
| 12/21/2011 | 2682 | DECLARATION of Kenneth A. Becker in Support re: 2680 MOTION for Protective Order.. Document filed by Cit York. (Attachments: # 1 Exhibit Subpoena to FDNY, # 2 Exhibit Letter to counsel for subpoenaing parties, # 3 Exhi Proposed form of order, # 4 Exhibit Rule 45 Objection, # 5 Exhibit Order setting briefing schedule, # 6 Exhibit Prot order No. 3)(Gleason, Scot) (Entered: 12/21/2011) |
| 12/21/2011 | 2683 | MEMORANDUM OF LAW in Support re: 2680 MOTION for Protective Order.. Document filed by City of New Y (Gleason, Scot) (Entered: 12/21/2011) |
| 12/22/2011 | 2684 | ORDER SUMMARIZING STATUS CONFERENCE AND SETTING NEXT CONFERENCE: This order summar status conference held 12/14/2011. Status Conference set for 1/9/2012 at 10:00 AM before Judge Alvin K. Hellerste item on the agenda is to discuss a fixed trial date. (Signed by Judge Alvin K. Hellerstein on 12/22/2011) (ft) (Entere 12/22/2011) |
| 12/23/2011 | 2685 | NOTICE OF APPEARANCE by Bradford Darrach Conover on behalf of SHUN LUEN LISA NG (Conover, Bradfo (Entered: 12/23/2011) |
| 12/29/2011 | 2687 | NOTICE of Withdrawal of all claims for plaintiffs on exhibit A. Document filed by All Plaintiffs. (Attachments: # 1 A)(Grochow, Robert) (Entered: 12/29/2011) |

| | | |
|---|---|---|
| 12/29/2011 | 2688 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Hobart M. Davis dated 12/27/11 re: Hobart M writes to request dismissal of all 9/11 related cases with his name. ENDORSEMENT: Denied w/out prejudice to a resubmission in proper form and through counsel. (Signed by Judge Alvin K. Hellerstein on 12/29/2011) (mro) (Ent 12/29/2011) |
| 12/29/2011 | 2689 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGR and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(I)(A)(ii): The plaintiffs' claims ic on Schedule A only are voluntarily dismissed with prejudice against defendant Phillips &Jordan, Inc., only. All clai Plaintiff, identified on Schedule A against the defendant Phillips &Jordan, Inc., arising out of or relating in any way Trade Center−related rescue, recovery and/or debris removal operations and/or clean−up at any location and/or Sept 11, 2001 are voluntarily dismissed with prejudice. (Signed by Judge Alvin K. Hellerstein on 12/29/2011) (mro) (Ent 12/29/2011) |
| 12/29/2011 | 2690 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGR and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(I)(A)(ii): The plaintiffs' claims ic on Schedule A only are voluntarily dismissed with prejudice against defendant Phillips &Jordan, Inc., only. All clai Plaintiff, identified on Schedule A against the defendant Phillips &Jordan, Inc., arising out of or relating in any way Trade Center−related rescue, recovery and/or debris removal operations and/or clean−up at any location and/or Sept 11, 2001 are voluntarily dismissed with prejudice. (Signed by Judge Alvin K. Hellerstein on 12/29/2011) (mro) (Ent 12/29/2011) |
| 12/29/2011 | 2691 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr. and Christopher LoPalo da 12/23/11 re: Counsel for the parties jointly requests that Mr. Weeks be given the opportunity to proceed with this lav an opt−out case. The parties agree that given the circumstances, Mr. Weeks be given until January 20, 2012 t populate the 21 MC 100 mini−database and produce signed HIPAA complaint authorizations to defendants. ENDORSEMENT: The parties shall present an order to show cause, to be served upon Mr. and Mrs. Weeks, person and/or by registered or certified mail, warning him of the proposed change of status and giving these plaintiffs 10 da comply. If there is a failure to comply, a subsequent order to show cause shall provided for answering interrogatorie oath. (Signed by Judge Alvin K. Hellerstein on 12/29/2011) (mro) (Entered: 12/29/2011) |
| 12/29/2011 | 2692 | STIPULATION OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between the parties that pursuant to the Federal Rule of Civil Procedure 41(a)(I)(A)(ii), that the above captioned Plaintiffs' actions are volun dismissed with prejudice against all Defendant(s) or against any Defendant arising out of or relating in any way to V Trade Center−related rescue, recovery, and/or debris−removal operations and/or clean up at any location on and/or a September 11, 2001, to the extent of claims that were asserted or could have been brought in relation to Plaintiffs' ex pleadings. This dismissal is without costs to any party. ENDORSEMENT: So ordered. (Signed by Judge Alvin K. H on 12/29/2011) (mro) (Entered: 12/29/2011) |
| 12/30/2011 | 2693 | DECLARATION of Noah H. Kushlefsky in Support re: 2623 MOTION to Remand to State Court *Strike certain af defenses.*, 2593 MOTION to Strike *Defendants' Affirmative Defenses.*. Document filed by Thomas R. Magee. (Atta #1 Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit)(Kushlefsky, Noah) (Entered: 12/30/2011) |
| 12/30/2011 | 2694 | MEMORANDUM OF LAW in Support re: 2623 MOTION to Remand to State Court *Strike certain affirmative def 2593 MOTION to Strike *Defendants' Affirmative Defenses.*. Document filed by Thomas R. Magee. (Kushlefsky, No (Entered: 12/30/2011) |
| 12/30/2011 | 2695 | RULE 56.1 STATEMENT. Document filed by Thomas R. Magee. (Kushlefsky, Noah) (Entered: 12/30/2011) |
| 12/31/2011 | 2696 | NOTICE of WITHDRAWAL OF ALL CLAIMS. Document filed by Plaintiffs Liaison Counsel. (Attachments: #1 1)(LoPalo, Christopher) (Entered: 12/31/2011) |
| 1/04/2012 | 2697 | NOTICE of Letter and addendum Cannata/Grochow case list as of 1−4−12. Document filed by All Plaintiffs. (Groc Robert) (Entered: 01/04/2012) |
| 1/04/2012 | 2698 | ORDER granting 2641 Motion to Amend/Correct. Madeline Wiebicke, in her capacity as the Executrix of the Estate Randy Wiebicke is hereby substituted in as the Primary Plaintiff in this matter pursuant to Federal Rule of Civil Pro 25(a)(1) and to amend the Complaint in this matter to include a cause of action for wrongful death. (Signed by Judge K. Hellerstein on 1/4/2012) (lmb) (Entered: 01/04/2012) |
| 1/04/2012 | | **\*\*\*DELETED DOCUMENT. Deleted document number 2699 Notice of Voluntary Dismissal. The document incorrectly filed in this case. (tro)** (Entered: 01/04/2012) |
| 1/04/2012 | 2699 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs TIMMY FLEMING AND JENNIFER FLEMING, voluntarily dismiss their action against theremaining D THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY. (Signed by Judge Alvin K. Hellerstein on 1/3/20 (lmb) (Entered: 01/04/2012) |

| | | |
|---|---|---|
| 1/04/2012 | 2700 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff(s) Bruce Edwards and Sharon Edwards and or their counsel(s), hereby give notice that the above−captioned voluntarily dismissed against All Defendants. (Signed by Judge Alvin K. Hellerstein on 1/3/2012) (tro) ***See case 07−cv−9804*** (Entered: 01/04/2012) |
| 1/04/2012 | 2701 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, MICHAEL TALIENTO, voluntarily dismisses his action against the remaining Defendant, THE PORT AUTHORITY NEW YORK AND NEW JERSEY. (See 08−cv−6539) (Signed by Judge Alvin K. Hellerstein on 1/3/2012) (lmb) (E 01/04/2012) |
| 1/04/2012 | 2702 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, ALEXANDER IRLIN, voluntarily dismisses his action against the remaining Defendant, THE PORT AUTHORITY NEW YORK AND NEW JERSEY. (See case no. 09−cv−5559) (Signed by Judge Alvin K. Hellerstein on 1/3/2012) Modified on 1/4/2012 (lmb). (Entered: 01/04/2012) |
| 1/04/2012 | 2703 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs JOHN LATONA AND ANTOINETTE LATONA, voluntarily dismiss their action against the remaining Defendant, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY. (See case no. 07−cv−11433) (Signed Judge Alvin K. Hellerstein on 1/3/2012) (lmb) Modified on 1/4/2012 (lmb). (Entered: 01/04/2012) |
| 1/04/2012 | 2704 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, LUNURL RIVERS, voluntarily dismisses her action against the remaining Defendant, THE PORT AUTHORITY O YORK AND NEW JERSEY. (See case no. 09−cv−6000) (Signed by Judge Alvin K. Hellerstein on 1/3/2012) (lmb) (Entered: 01/04/2012) |
| 1/04/2012 | 2705 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs JANNETH STIBRANY AND PAUL STIBRANY, voluntarily dismiss their action against the remaining Defendant, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY. (See case no. 08−cv−7857) (Signed Alvin K. Hellerstein on 1/3/2012) (lmb) (Entered: 01/04/2012) |
| 1/04/2012 | 2706 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, ELISA VERDIC, on behalf of the Estate of FRANK VERDIC, and ELISA VERDIC, individually, voluntarily dism action against the remaining Defendant, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY. (See ca 09−cv−7303) (Signed by Judge Alvin K. Hellerstein on 1/3/2012) (lmb) (Entered: 01/04/2012) |
| 1/04/2012 | 2707 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, LUCILLE LEMMA, on behalf of the Estate of FRANK MORIELLO, voluntarily dismisses her action against all Defendants. (See case no. 08−cv−6813) (Signed by Judge Alvin K. Hellerstein on 1/3/2012) (lmb) (Entered: 01/04/2 |
| 1/04/2012 | 2708 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, FABIO AREVALO voluntarily dismisses his action against all Defendants. (See case no. 10−cv−7108) (Signed by Alvin K. Hellerstein on 1/3/2012) (lmb) (Entered: 01/04/2012) |
| 1/04/2012 | 2709 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs JANNETH STIBRANY AND PAUL STIBRANY, voluntarily dismiss their action against all remaining defendants. (See case no. 08−cv−7857) (Signed by Judge Alvin K. Hellerstein on 1/3/2012) (lmb) Modified on 1/4/2 (lmb). (Entered: 01/04/2012) |
| 1/04/2012 | 2710 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, ELISA VERDIC, on behalf of the Estate of FRANK VERDIC, and ELISA VERDIC, individually, voluntarily dism action against all remaining defendants. (See case no. 09−cv−7303) (Signed by Judge Alvin K. Hellerstein on 1/3/20 (lmb) Modified on 1/4/2012 (lmb). (Entered: 01/04/2012) |
| 1/04/2012 | 2711 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, LUNURL RIVERS, voluntarily dismisses her action against all remaining defendants. (See case no. 09−cv−6000) (S Judge Alvin K. Hellerstein on 1/3/2012) (lmb) (Entered: 01/04/2012) |
| 1/04/2012 | 2712 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, MICHAEL TALIENTO, voluntarily dismisses his action against all remaining defendants. (See case no. 08−cv−653 (Signed by Judge Alvin K. Hellerstein on 1/3/2012) (lmb) (Entered: 01/04/2012) |
| 1/04/2012 | 2713 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, ALEXANDER IRLIN, voluntarily dismisses his action against all remaining defendants. (See case no. 09−cv−5559 by Judge Alvin K. Hellerstein on 1/3/2012) (lmb) (Entered: 01/04/2012) |
| 1/04/2012 | 2714 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs JOHN TIM FLEMING AND JENNIFER FLEMING, voluntarily dismiss their action against all remaining defendants. (See case no. 08−cv−2506) (Signed by Judge Alvin K. Hellerstein on 1/3/2012) (lmb) (Entered: 01/04/2 |

| 1/04/2012 | 2715 | NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs JOHN LATONA AND ANTOINETTE LATONA, voluntarily dismiss their action against all defendants. no. 07–cv–11433) (Signed by Judge Alvin K. Hellerstein on 1/3/2012) (lmb) (Entered: 01/04/2012) |
|---|---|---|
| 1/04/2012 | | Transmission to Case Assignment Clerk. Transmitted re: 2698 Order on Motion to Amend/Correct, to the Case Assi Clerk for preparation of notice of case assignment/reassignment re: cause of action for wrongful death. (lmb) (Entere 01/04/2012) |
| 1/06/2012 | 2716 | STIPULATION OF VOLUNTARY DISMISSAL: IT IS HEREBY STIPULATED AND AGREED, by and between parties that, pursuant to The Federal Rule of Civil Procedure 4l(a)(1)(A)(ii), that the Plaintiffs' actions (see attached A)are voluntarily dismissed with prejudice against all Defendant(s) or against any Defendant arising out of or relatin way to World Trade Center–related rescue, recovery, and/or debris–removal operations and/or clean up at any locat and/or after September 11, 2001, to the extent of claims that were asserted or could have been brought in relation to Plaintiffs' existing pleadings. This dismissal is without any party. (Signed by Judge Alvin K. Hellerstein on 1/05/2 (ama) (Entered: 01/06/2012) |
| 1/09/2012 | 2717 | STIPULATION OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed, by and between the parties, tha pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above captioned Plaintiff's action is volunta dismissed with prejudice against all Defendant(s) or against any Defendant arising out of or relating in any way to W Trade Center–related rescue, recovery, and/or debris–removal operations and/or clean up at any location on and/or a September 11, 2001, to the extent of claims that were asserted or could have been brought in relation to Plaintiffs' ex pleadings. This dismissal is without costs to any party. (Signed by Judge Alvin K. Hellerstein on 1/9/2012) (lmb) (E 01/09/2012) |
| 1/09/2012 | 2718 | STIPULATION OF VOLUNTARY DISMISSAL. It is hereby stipulated and agreed, by and between the parties tha pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above Plaintiffs' actions are voluntarily disn with prejudice against all Defendant(s). All claims that were asserted or could have been brought in relation to Plain existing pleadings are dismissed with prejudice. This dismissal is without costs to any party. ENDORSEMENT: So as amended. (Signed by Judge Alvin K. Hellerstein on 1/6/2012) (rjm) (Entered: 01/10/2012) |
| 1/09/2012 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Status Conference held on 1/9/2012. (mro) (E 01/10/2012) |
| 1/09/2012 | 2719 | ORDER TO SHOW CAUSE: It is hereby Ordered that plaintiffs Raul Ana Weeks have active claims. It is further O that within 10 days after service of this Order on the Weeks plaintiffs, the Weeks plaintiffs shall produce personally blank HIPAA–complaint authorizations and complete the populations of certain information onto the 21 MC 100 C Database together with the production of the accompanying required verifications. (Signed by Judge Alvin K. Helle 1/9/2012) (jfe) (Entered: 01/10/2012) |
| 1/10/2012 | 2732 | ORDER: This Order relates to the Plaintiffs listed on the attached Schedule A, and defendant Survivair in these actio whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no perso party has an interest in the subject matter of this action, the matters (a) listed on Schedule A be and the same are her dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) as against Survivair and without costs party with respect to all claims that could have been brought in relation to (i) the existing pleadings of the Plaintiffs second injury to the extent permitted by New York State law by reason of the so–called "two–injury rule") (Signed I Alvin K. Hellerstein on 1/5/2012) (Attachments: # 1 Part 2)(ft) (Entered: 01/17/2012) |
| 1/11/2012 | 2720 | TRANSCRIPT of Proceedings re: Conference held on 12/14/2011 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Jerry Harrison, (212) 805–0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 2/6/2012. Redacted Transcript Deadline set for 2/17/2012. Releas Transcript Restriction set for 4/13/2012.(McGuirk, Kelly) (Entered: 01/11/2012) |
| 1/11/2012 | 2721 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferen proceeding held on 12/14/11 has been filed by the court reporter/transcriber in the above–captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 01/11/2012) |
| 1/11/2012 | 2722 | MANDATE of USCA (Certified Copy) as to 2381 Notice of Appeal filed by Plaintiffs Liaison Counsel USCA Case 11–0942....that the appeal is hereby WITHDRAWN pursuant to Local Rule 42.1. Catherine O'Hagan Wolfe, Clerk U the Second Circuit. Issued As Mandate: 01/11/2012. (nd) (Entered: 01/11/2012) |
| 1/11/2012 | 2723 | MANDATE of USCA (Certified Copy) as to 2427 Notice of Appeal filed by Plaintiffs Liaison Counsel USCA Case 11–1446....that the appeal is hereby WITHDRAWN pursuant to Local Rule 42.1. Catherine O'Hagan Wolfe, Clerk U the Second Circuit. Issued As Mandate: 01/10/2012. (nd) (Entered: 01/11/2012) |

| | | |
|---|---|---|
| 1/11/2012 | 2724 | DECLARATION of Robert S. Deutsch in Opposition re: 2680 MOTION for Protective Order.. Document filed by S Contractor Defendants. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Young, Elizabeth) (Entered 01/11/2012) |
| 1/11/2012 | 2725 | AFFIDAVIT of David Posner in Opposition re: 2680 MOTION for Protective Order.. Document filed by Sub Contr Defendants. (Young, Elizabeth) (Entered: 01/11/2012) |
| 1/11/2012 | 2726 | AFFIDAVIT of Kenneth A. Mundt in Opposition re: 2680 MOTION for Protective Order.. Document filed by Sub Contractor Defendants. (Young, Elizabeth) (Entered: 01/11/2012) |
| 1/11/2012 | 2727 | NOTICE of Declaration of Service of OTSC (05cv2551). Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 01/11/2012) |
| 1/11/2012 | 2728 | MEMORANDUM OF LAW in Opposition re: 2680 MOTION for Protective Order.. Document filed by Sub Contra Defendants. (Young, Elizabeth) (Entered: 01/11/2012) |
| 1/12/2012 | 2729 | TRANSCRIPT of Proceedings re: Conference held on 1/9/2012 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300. Transcript may be viewed at the court public terminal or p through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 2/6/2012. Redacted Transcript Deadline set for 2/17/2012. Releas Transcript Restriction set for 4/16/2012.(McGuirk, Kelly) (Entered: 01/12/2012) |
| 1/12/2012 | 2730 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferen proceeding held on 1/9/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 01/12/2012) |
| 1/13/2012 | 2731 | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE: The Plaintiffs' claims identified on Schedule A only voluntarily dismissed with prejudice against the Defendant Phillips &Jordan, Inc. (Signed by Judge Alvin K. Heller 1/13/2012) ***Also docketed in case nos. 06cv9304, 06cv10665, 06cv9741, 04cv4177, 04cv4178, 06cv4742.***(tr (Entered: 01/13/2012) |
| 1/17/2012 | 2746 | SECOND AMENDED COMPLAINT against Anthony Cortese Specialized Hauling, LLC, Inc., Anthony Cortese Specialized Hauling, LLC, Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Constructio Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Eagle Le &Industrial Supply, Lastrada General Contracting Corp., Rober Silman Associates, Silverite Contractors, Ultimate Demolitions/CS Hauling, Weidlinger Associates Consulting Engineers, P.C., Whitney Contracting Inc., Buro Happo Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp., City of New York, Cord Contractin Inc., D'Onofrio General Contractors Corp., DMT Enterprise, Inc., Dakota Demo–Tech, Diamond Point Excavating Diego Construction, Inc., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Evergreen Recycling of Corona, Ewell W. Finley, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Co Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen W Services, Inc., Hudson Meridian Construction Group, L.L.C., Koch Skanska Inc., LZA Tech. – Div. of Thornton To Group, A Russo Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Laqu Construction, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, Lockwood K &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Mo American Corporation, Mueser Rutledge Consulting Engineers, Nacirema Industries Incorporated, New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., P Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Rodar Enterprise Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corpor Simpson Gumpertz &Heger Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Co LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Vollmer Associates, LLP, WSP Cantor Seinuk, Wolkow Braker Roofing Corp., Yonkers Contracting Company, Inc., York H Construction, LLC, Zigenfuss Drilling, Inc. with JURY DEMAND. (Also filed in 10cv6996)Document filed by Ma Wiebicke, Madeline Wiebicke.(lmb) (Entered: 01/24/2012) |
| 1/18/2012 | 2733 | MANDATE of USCA (Certified Copy) as to 2487 Notice of Appeal filed by Hector Flamenco USCA Case Number 11–2781–cv. It is hereby ORDERED that the motion to procced in forma pauperis is denied as unnecessary. It is he further ordered that the appeal is DISMISSED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issue Mandate: 01/18/2012. (nd) (Entered: 01/18/2012) |
| 1/18/2012 | 2734 | ORDER SUMMARIZING STATUS CONFERENCE AND SETTING NEXT CONFERENCE. This order summari status conference held January 9, 2012. Of the 85 Plaintiffs who chose not to settle their cases, as of January 9, 2 cases remain. (The others stipulated to the voluntary dismissals of their cases, presumably to enter the renewed Zadr Victim Compensation Fund.) Of the cases that were chosen to move to trial, eight remain – two chosen by Plaintiffs chosen by Defendants, and three chosen by the Court. Five of these cases are in Tier IV; one is in Tier II; two are in will have an informal meeting with liaison counsel in chambers on March 20, 2012 at 2:30 p.m. to discuss the detail |

| | | |
|---|---|---|
| | | eight cases, in particular those in the Tier IV category, and as further set forth. (Conference set for 3/20/2011 at 02:~ before Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 1/17/2012) (rjm) (Entered: 01/18/2012 |
| 1/18/2012 | 2735 | REPLY MEMORANDUM OF LAW in Support re: 2680 MOTION for Protective Order.. Document filed by City of York. (Gleason, Scot) (Entered: 01/18/2012) |
| 1/19/2012 | 2736 | DECLARATION of DENISE A. RUBIN in Opposition re: 2680 MOTION for Protective Order.. Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 01/19/2012) |
| 1/23/2012 | 2737 | TRANSCRIPT of Proceedings re: Conference held on 1/9/2012 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300. Transcript may be viewed at the court public terminal or p through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 2/17/2012. Redacted Transcript Deadline set for 2/27/2012. Relea Transcript Restriction set for 4/26/2012.(McGuirk, Kelly) (Entered: 01/23/2012) |
| 1/23/2012 | 2738 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 1/9/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 01/23/2012) |
| 1/23/2012 | 2739 | NOTICE of Application in Support of Request for Order Awarding Counsel Fees and Expenses (Plaintiffs' Liaison C Non–Respiratory Cases). Document filed by Marion S. Mishkin. (Mishkin, Marion) (Entered: 01/23/2012) |
| 1/23/2012 | 2740 | DECLARATION of Marion S. Mishkin in Support re: 2739 Notice (Other). Document filed by Marion S. Mishkin. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Appendix Bodily Injury, Non–Respiratory, Non–Ing Cases, # 3 Appendix Professional Summary)(Mishkin, Marion) (Entered: 01/23/2012) |
| 1/23/2012 | 2741 | MEMORANDUM OF LAW in Support *Memorandum of Facts and Law in Support of Request for Order Awarding Fees and Expenses*. Document filed by Marion S. Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non–Respira Ingestion Cases). (Mishkin, Marion) (Entered: 01/23/2012) |
| 1/24/2012 | 2742 | TRANSCRIPT of Proceedings re: Conference held on 12/14/2011 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Jerry Harrison, (212) 805–0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 2/17/2012. Redacted Transcript Deadline set for 2/27/2012. Relea Transcript Restriction set for 4/26/2012.(McGuirk, Kelly) (Entered: 01/24/2012) |
| 1/24/2012 | 2743 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 12/14/2011 has been filed by the court reporter/transcriber in the above–captioned matter. The p have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no su is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calenda days...(McGuirk, Kelly) (Entered: 01/24/2012) |
| 1/24/2012 | 2744 | ORDER REQUESTING INFORMATION RELEVANT TO CONTINGENT PAYMENT PROVISIONS OF THE S the extent payments are due to settling Plaintiffs, calculations and determinations must be made on one–year anni dates following the effective date of the SPA, January 5, 2011. Payments, if required, are due 15 days thereafter, and further set forth in this document. (Signed by Judge Alvin K. Hellerstein on 1/23/2012) (cd) (Entered: 01/24/2012) |
| 1/24/2012 | 2745 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of conf material... (Signed by Judge Alvin K. Hellerstein on 1/23/2012) (cd) (Entered: 01/24/2012) |
| 1/24/2012 | 2747 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION to Authorize the Filing of Documents in Hard C Form *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer N 2740, 2741])*. Document filed by Marion S. Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non–Respiratory, Non–Ingestion Cases). (Attachments: # 1 Affirmation in Support of Motion for Permission to File Documents in Ha Form (relating to Application in Support of Request for Award of Plaintiffs' Liaison Counsel's Counsel Fees and Ex # 2 Certifcation of Service of Motion for Permission to File Documents in Hard Copy Form)(Mishkin, Marion) Mod 1/25/2012 (ldi). (Entered: 01/24/2012) |
| 1/24/2012 | 2748 | NOTICE of Declaration in Support of Revised Schedule of Expenses and Conformed Documents re: 2739 Notice (O 2740 Declaration in Support, 2741 Memorandum of Law in Support,. Document filed by Marion S. Mishkin(Plainti Liaison Counse Bodily Injury, Non–Respiratory, Non–Ingestion Cases). (Attachments: # 1 Certification of Service Declaration in Support of Revised Schedule of Expenses and Conformed Documents)(Mishkin, Marion) (Entered: 01/25/2012) |
| 1/24/2012 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Marion Sandra Mishkin to RE–FILE Document 2747 MOTION to Authorize the Filing of Documen** |

| | | **Hard Copy Form** *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 2741]).* **MOTION to Authorize the Filing of Documents in Hard Copy Form** *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740,* **MOTION to Authorize the Filing of Documents in Hard Copy Form** *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 2741]).* **MOTION to Authorize the Filing of Documents in Hard Copy Form** *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 2741]).* **ERROR(S): Supporting documents must be filed separately, each receiving their own document number. Affirmation in Support of Motion is found under the event list Replies Opposition and Supporting Documents. (ldi)** (Entered: 01/25/2012) |
|---|---|---|
| 1/25/2012 | 2749 | MEMO ENDORSED ON NOTICE OF MOTION FOR PERMISSION TO FILE DOCUMENTS IN HARD COPY ENDORSEMENT: Motion Granted. So Ordered (Signed by Judge Alvin K. Hellerstein on 1/24/2011) (js) (Entered: 01/25/2012) |
| 1/26/2012 | 2750 | TRANSCRIPT of Proceedings re: Conference held on 10/18/2011 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Jerry Harrison, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/21/2012. Redacted Transcript Deadline set for 3/1/2012. Release of Transcript Restriction set for 4/30/2012.(McGuirk, Kelly) (Entered: 01/26/2012) |
| 1/26/2012 | 2751 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 10/18/11 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 01/26/2012) |
| 1/26/2012 | 2752 | ENDORSED LETTER addressed to Judge Alvin K Hellerstein from Robert Grochow dated 1/24/2012 re: Request to reclassify the matter from the 21 MC 100(AKH) master docket to the 21 MC 103(AKH) master docket and ask the C So Order this letter request. ENDORSEMENT: Reclassification will require a motion, identifying if any of the def'ts settled, the amount of settlement, which def'ts have settled, and which have not. Also, the caption has to be re–formed docketed in 10–cv–6711) (Signed by Judge Alvin K. Hellerstein on 1/26/2012) (cd) (Entered: 01/26/2012) |
| 1/26/2012 | 2754 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Robert Grochow dated 1/24/2012 re: Counsel that the Court grant this request to re–classify the above–referenced matter from the 21MC100 (AKH) matter docket 21MC103 (AKH) master docket. ENDORSEMENT: Reclassification will require a motion, identifying if any of the defendants have settled, the amount of settlement, which defendants have settled, and which have not. Also, the cap to be reformed. (Signed by Judge Alvin K. Hellerstein on 1/26/2012) (jfe) (Entered: 01/31/2012) |
| 1/27/2012 | 2753 | MEMO ENDORSEMENT on re: FINAL PAYMENT REPORT FROM THE ALLOCATION NEUTRAL. ENDORSEMENT: This report shall be posted on the court's 9/11 web page. An amended report is awaited to identify aggregate dollars distributed for the claimants of each tier, and for admin. Expenses. The Allocation Neutral, in addition to the contingencies cited, also shall re–open the administration to perform final orders relating to bonus payments and contingency payments as provided for by the SPA. So Ordered. (Signed by Judge Alvin K. Hellerstein on 1/27/2012) (Entered: 01/27/2012) |
| 1/31/2012 | 2755 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Noah H. Kushlefsky dated 1/31/2012 re: We are seeking the Court's guidance on whether a briefing schedule will be set with respect to Ms. Mishkin's motion. We are clear on exactly what the motion seeks regarding fees, and who Ms. Mishkin believes should be the source of those expenses. We would like an opportunity to be heard once these issues are clarified. ENDORSEMENT: The parties should agree to a briefing schedule, for me to so order. (Signed by Judge Alvin K. Hellerstein on 1/31/2012) (rjm) (Entered: 02/01/2012) |
| 2/08/2012 | 2756 | MOTION to Re–classify Master Docket from 21 MC 100 to 21 MC 103. Document filed by Robert Sienkiewicz.(G Robert) (Entered: 02/08/2012) |
| 2/08/2012 | 2757 | DECLARATION of Robert A. Grochow in Support re: 2756 MOTION to Re–classify Master Docket from 21 MC MC 103.. Document filed by Robert Sienkiewicz. (Attachments: # 1 Exhibit 1)(Grochow, Robert) (Entered: 02/08/2 |
| 2/08/2012 | 2758 | DECLARATION of Gregory J. Cannata in Support re: 2756 MOTION to Re–classify Master Docket from 21 MC MC 103.. Document filed by Robert Sienkiewicz. (Grochow, Robert) (Entered: 02/08/2012) |
| 2/09/2012 | 2759 | ORDER DISMISSING CASE: The Weeks Plaintiffs did not comply with the requirements of the Order; nor did the Therefore, their claims are dismissed with prejudice. The clerk shall close Docket No. 05 Civ. 2551. (Signed by Judge K. Hellerstein on 2/9/2012) (ab) (Entered: 02/09/2012) |
| 2/09/2012 | 2760 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Janneth Stribrany dated 2/6/2012 re: The defendant writes to ask the Court to inform her of the proper amount of money she receives. ENDORSEMENT: You will have to out from your lawyer. (Signed by Judge Alvin K. Hellerstein on 2/9/2012) (ab) (Entered: 02/09/2012) |

| | | |
|---|---|---|
| 2/13/2012 | 2761 | RESPONSE re: 2744 Order,. Document filed by Bovis Lend Lease LMB, Inc., City of New York, Evergreen Recyc Corona, AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Plaza Construction Corp., Tul Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture. (Attachments: # 1 Exhibit A) James) (Entered: 02/13/2012) |
| 2/14/2012 | 2762 | MEMORANDUM OF LAW re: 2744 Order, *PLAINTIFFS' REPONSE TO JANUARY 24, 2012 ORDER SEEKING INFORMATION RELEVANT TO CONTINGENT PAYMENT PROVISIONS OF THE FINAL SETTLEMENT AGRE*. Document filed by Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 02/14/2012) |
| 2/15/2012 | 2768 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Joseph E. Hopkins and Christopher LoPalo da 2/15/2012 re: Pursuant to the Court's Order on PMEs and the Individual Rule 2E procedure, the parties set forth this Letter seeking the Court's resolution of this dispute. ENDORSEMENT: Defendants may proceed with both the phys mental health examinations unless Plaintiff McHale, by Feb. 20, 2012, noon, shall file a supplementary pleading wit all aspects of psychological injuries, or psychologically caused or enhanced injuries, in form reasonably satisfactory Defendants. All such evidence will be inadmissible at trial or hearings. Plaintiffs' counsel are admonished that if cla abandoned after expense is incurred, sanctions may be appropriate. (Signed by Judge Alvin K. Hellerstein on 2/15/2 (lmb) (Entered: 02/22/2012) |
| 2/17/2012 | 2763 | REPLY re: 2744 Order,. Document filed by AMEC Earth &Environmental, Inc., Bovis Lend Lease LMB, Inc., City York, Evergreen Recycling of Corona, AMEC Construction Management, Inc., Plaza Construction Corp., Tully Con Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture. (Tyrrell, James) (Entered: 02/17/2012) |
| 2/17/2012 | 2764 | DECLARATION of Andrew J. Genz, Esq. re: 2763 Reply,. Document filed by AMEC Earth &Environmental, Inc., Lend Lease LMB, Inc., City of New York, Evergreen Recycling of Corona, AMEC Construction Management, Inc. Construction Corp., Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Tyrrell, James) (Entered: 02/17/2012) |
| 2/21/2012 | 2765 | MEMORANDUM OF LAW re: 2744 Order, *Plaintiffs' Response to Defendants' Reply of Feb. 17, 2012*. Document Plaintiffs Liaison Counsel. (Rubin, Denise) (Entered: 02/21/2012) |
| 2/22/2012 | 2766 | STIPULATION OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed, by and between the parties tha pursuant to the Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), that the above captioned Plaintiff's action is volunta dismissed with prejudice against all Defendant(s) or against any Defendant arising out of or relating in any way to W Trade Center–related rescue, recovery, and/or debris removal operations and/or clean up at any location on and/or a September 11, 2001, to the extent of claims that were asserted or could have been brought in relation to Plaintiff's e pleadings. This dismissal is without costs to any party. (Signed by Judge Alvin K. Hellerstein on 2/21/2012) (ft) (En 02/22/2012) |
| 2/22/2012 | 2767 | STIPULATION OF DISCONTINUANCE AS TO DEFENDANT, PHILLIPS &JORDAN, INC., ONLY FOR THE LISTED IN THE ATTACHED "EXHIBIT A": Each claim, cross–claim, and counter–claim asserted by and against defendant Phillips &Jordan, Inc, only as to the claims being made as to the premises located at Fresh Kills Landfill, Island, New York for the cases listed in the attached exhibit shall be discontinued without prejudice without costs to party as against the other. (Signed by Judge Alvin K. Hellerstein on 2/21/2012) (ft) (Entered: 02/22/2012) |
| 2/23/2012 | 2769 | MOTION to Dismiss *Claims Against Taylor Recylcing Facility, LLC*. Document filed by Plaintiffs Liaison Counsel Christopher) (Entered: 02/23/2012) |
| 2/23/2012 | 2770 | DECLARATION of Christopher R. LoPalo in Support re: 2769 MOTION to Dismiss *Claims Against Taylor Recylc Facility, LLC*.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit Exhibit 4)(LoPalo, Christopher) (Entered: 02/23/2012) |
| 2/23/2012 | 2771 | CERTIFICATE of Counsel by Christopher R. LoPalo on behalf of Plaintiffs Liaison Counsel. Re: 2769 MOTION to *Claims Against Taylor Recylcing Facility, LLC*., 2770 Declaration in Support of Motion,. (LoPalo, Christopher) (En 02/23/2012) |
| 2/23/2012 | 2772 | NOTICE of Certification Concerning Contingent Payments Provisions of the Final Settlement Agreement and the O of the WTC Captive Insurance Company to Issue the First Contingent Payment. Document filed by Plaintiffs Liaiso Counsel. (Carboy, Andrew) (Entered: 02/23/2012) |
| 2/27/2012 | 2773 | NOTICE of Certification Concerning Contingent Payments Provisions of the Final Settlement Agreement and the O of the WTC Captive Insurance Company to Issue the First Contingent Payment. Document filed by Plaintiffs Liaiso Counsel. (Carboy, Andrew) (Entered: 02/27/2012) |
| 3/01/2012 | 2774 | MOTION to Dismiss *CERTAIN PLAINTIFFS' CLAIMS*. Document filed by Plaintiffs Liaison Counsel.(LoPalo, Chr (Entered: 03/01/2012) |
| 3/01/2012 | 2775 | DECLARATION of Christopher R. LoPalo in Support re: 2774 MOTION to Dismiss *CERTAIN PLAINTIFFS' CLA* Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(LoPalo, Christopher) (Ent 03/01/2012) |

| | | |
|---|---|---|
| 3/01/2012 | 2776 | CERTIFICATE of Counsel by Christopher P. LoPalo on behalf of Plaintiffs Liaison Counsel. Re: 2774 MOTION to *CERTAIN PLAINTIFFS' CLAIMS*., 2775 Declaration in Support of Motion. (LoPalo, Christopher) (Entered: 03/01/2 |
| 3/02/2012 | 2777 | MOTION Dismissal of all claims and other related relief. Document filed by Various plaintiffs represented by Cannata/Grochow.(Grochow, Robert) (Entered: 03/02/2012) |
| 3/02/2012 | 2778 | DECLARATION of Robert A. Grochow in Support re: 2777 MOTION Dismissal of all claims and other related reli Document filed by Various plaintiffs represented by Cannata/Grochow. (Attachments: # 1 Exhibit A, # 2 Exhibit B, Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Grochow, Robert) (Entered: 03/02/2012) |
| 3/05/2012 | 2779 | TRANSCRIPT of Proceedings re: Conference held on 12/14/2011 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Jerry Harrison, (212) 805–0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 3/29/2012. Redacted Transcript Deadline set for 4/9/2012. Releas Transcript Restriction set for 6/7/2012.(McGuirk, Kelly) (Entered: 03/05/2012) |
| 3/05/2012 | 2780 | OMNIBUS ORDER: It is hereby ORDERED, that OCME is permitted to remove and examine WTC material conta and on any and all WTC Artifacts for which OCME deems removal and examination of WTC material appropriate, in but not limited to those WTC Artifacts made the subject of this Court's Omnibus Order dated July 7, 2009 and desig PANYNJ Artifact Request List, those currently contained in the collection of the NS11MM or donated to or procure NS11MM in the future, and those in the possession of other museums, and cultural, educational or governmental/mu entities intending to display or exhibit WTC Artifacts to the public, and it is further ORDERED, that any recipient o Artifacts made the subject of this Court's Omnibus Order dated July 7, 2009 and designated on PANYNJ Artifact R List, the NS11MM, and other museums and cultural, educational or governmental/municipal entities intending to dis exhibit WTC Artifacts to the public ("Recipient Organization"), may conduct cleaning of said Artifacts so that they from WTC material, and it is further ORDERED, that the Port Authority is permitted to transfer full and complete le ownership of any remaining WTC Artifacts currently located at John F. Kennedy International Airport, Hangar 17 to requesting Recipient Organization, and it is further ORDERED, that the Recipient Organization's possession of certa Artifacts will be subject to the right of any party to the September 11 Litigations or their representatives to inspect a any steel artifact upon ten days notice to the Recipient Organization and the Port Authority. (Signed by Judge Alvin Hellerstein on 3/5/2012) (lmb) (Entered: 03/05/2012) |
| 3/07/2012 | 2781 | MOTION for Partial Summary Judgment *Precluding Plaintiff's Claims and Damages relating to Orthopedic Injurie* Document filed by Anthony Cortese Specialized Hauling, LLC, Atlantic Heydt Corp., Berkel &Co. Contractors, Inc Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Br Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Car E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. F P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Koch Skanska Inc., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, Inc., Lastrada General Contracting Corp E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, Lockwood Kessler &Bartlett, Inc., Luc Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Meridian Construction Gr LLC, Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Cr &Equipment Corp., Nicholson Construction Co., PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnac Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman A Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment an Manufacturing Corporation, Silverite Contractors, Simpson Gumpertz &Heger Inc., Skidmore Owings &Merrill LL Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Constru Co., Inc., Turner Construction Company, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weid Associates Consulting Engineers, P.C., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc..(Tyrrell, James) (Entered: 03/07/2012) |
| 3/07/2012 | 2782 | MEMORANDUM OF LAW in Support re: 2781 MOTION for Partial Summary Judgment *Precluding Plaintiff's Cl Damages relating to Orthopedic Injuries*.. Document filed by Anthony Cortese Specialized Hauling, LLC, Atlantic Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Bre Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B Contracting Corp., Canron Construction Corp., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tec Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers HP Environmental, Inc., Hallen Welding Services, Inc., Koch Skanska Inc., LZA Tech. – Div. of Thornton Tomaset A Russo Wrecking, Inc., AMEC Earth &Environmental, Inc., Laquila Construction, Inc., Lastrada General Contract Corp., Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, Lockwood Kessler &Bart Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Meridian Construc |

| | | |
|---|---|---|
| | | Group, LLC, Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New Y Crane &Equipment Corp., Nicholson Construction Co., PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Rober Silman Associates, Robert L. Ger Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment an Manufacturing Corporation, Silverite Contractors, Simpson Gumpertz &Heger Inc., Skidmore Owings &Merrill LL Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Constru Co., Inc., Turner Construction Company, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weid Associates Consulting Engineers, P.C., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Tyrrell, James) (Entered: 03/07/2012) |
| 03/07/2012 | 2783 | DECLARATION of James E. Tyrrell, Jr. in Support re: 2781 MOTION for Partial Summary Judgment *Precluding Claims and Damages relating to Orthopedic Injuries.*. Document filed by Anthony Cortese Specialized Hauling, LL Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engine C.B. Contracting Corp., Canron Construction Corp., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Cor Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers HP Environmental, Inc., Hallen Welding Services, Inc., Koch Skanska Inc., LZA Tech. – Div. of Thornton Tomase LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Earth &Environmental, Inc., Laquila Constru Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Group, Lockwood Kessler &Bartle Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Meridian Construc Group, LLC, Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New Crane &Equipment Corp., Nicholson Construction Co., PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman A Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment an Manufacturing Corporation, Silverite Contractors, Simpson Gumpertz &Heger Inc., Skidmore Owings &Merrill LL Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Constru Co., Inc., Turner Construction Company, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weid Associates Consulting Engineers, P.C., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit Exhibit G, #8 Exhibit H, #9 Exhibit I, #10 Exhibit J, #11 Exhibit K, #12 Exhibit L)(Tyrrell, James) (Entered: 03/ |
| 03/07/2012 | 2784 | RULE 56.1 STATEMENT. Document filed by Anthony Cortese Specialized Hauling, LLC, Atlantic Heydt Corp., B &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, In Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Canron Construction Corp., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Flee Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers HP Environmental, Inc., Hallen Welding Services, Inc., Koch Skanska Inc., LZA Tech. – Div. of Thornton Tomase LaStrada General Contracting Corp., A Russo Wrecking, Inc., AMEC Earth &Environmental, Inc., Laquila Constru Inc., Lastrada General Contracting Corp., Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutu Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Meridian Construction Group, LLC, Moretrench American Corp., Mueser Rutledge Consulting Engi Nacirema Industries Incorporated, New York Crane &Equipment Corp., Nicholson Construction Co., PT &L Contra Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Safety Service Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Saf Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contractors, Simpson Gumpertz Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equip Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Vollmer Associates, LLP, WSP C Seinuk, Weeks Marine, Inc., Weidlinger Associates Consulting Engineers, P.C., Wolkow Braker Roofing Corp., Ya &Sons, Inc., Yonkers Contracting Company, Inc.. (Tyrrell, James) (Entered: 03/07/2012) |
| 03/09/2012 | 2785 | MEMORANDUM OF LAW in Opposition re: 2739 Notice (Other), 2740 Declaration in Support, 2741 Memorandu Law in Support,. Document filed by Thomas M. Magee. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, # 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9)(Kushlefsky, Noah) (Entered: 03/09/2012) |
| 03/09/2012 | 2786 | MOTION dismissal of all claims and other related relief. Document filed by various plaintiffs represented by Oshma &Mirisola, LLP.(Kremen, David) (Entered: 03/09/2012) |
| 03/09/2012 | 2787 | DECLARATION of David L. Kremen in Support re: 2786 MOTION dismissal of all claims and other related relief. Document filed by various plaintiffs represented by Oshman &Mirisola, LLP. (Attachments: #1 Exhibit A, #2 Exh 3 Exhibit C, #4 Exhibit D, #5 Exhibit E)(Kremen, David) (Entered: 03/09/2012) |

| 3/15/2012 | 2788 | MOTION for Partial Summary Judgment *Notice of Motion for Partial Summary Judgment Dismissing Plaintiff Rich Prager's Orthopedic Injury Claims*. Document filed by The Port Authority of New York &New Jersey.(Berry, Jill) ( 03/15/2012) |
| 3/15/2012 | 2789 | MEMORANDUM OF LAW in Support re: 2788 MOTION for Partial Summary Judgment *Notice of Motion for Pa Summary Judgment Dismissing Plaintiff Richard Prager's Orthopedic Injury Claims.*. Document filed by The Port A of New York &New Jersey. (Berry, Jill) (Entered: 03/15/2012) |
| 3/16/2012 | 2790 | DECLARATION of Christopher R. LoPalo in Support re: 2774 MOTION to Dismiss *CERTAIN PLAINTIFFS' CLA Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 2)(LoPalo, Christopher) (Entered: 03/16/20 |
| 3/16/2012 | 2791 | STIPULATION DISCONTINUING ACTION: The action is discontinued with prejudice, without costs to any pa against each other, and an Order to that effect may be entered without further Notice. (Signed by Judge Alvin K. He on 3/16/2012) (ab) (Entered: 03/16/2012) |
| 3/20/2012 | 2792 | ORDER OPENING STATUS CONFERENCE TO ALL COUNSEL AND THE PUBLIC: On March 20, 2012 at 2: will hold a status conference in the above captioned matter. This conference was originally to be held in chambers w liaison counsel only. It will now be held in Courtroom 14D, open to all counsel and the public. ( Status Conference s 3/20/2012 at 02:30 PM in Courtroom 14D, 500 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerstei (Signed by Judge Alvin K. Hellerstein on 3/20/2012) (js) (Entered: 03/20/2012) |
| 3/20/2012 | 2793 | STIPULATION OF DISCONTINUANCE AS TO DEFENDANT PHILLIPS AND JORDAN INC. ONLY FOR TH CASES LISTED IN THE ATTACHED EXHIBIT A: It is hereby stipulated and agreed by and between the undersig the parties in the cases listed in the attached Exhibit A by and against defendant Phillips &Jordan Inc. only as to clai made as to the premises located at Fresh Kills Landfill, Staten Island, New York for the cases listed in the attached e shall be and the same hereby are discontinued with prejudice without costs to any party as against the other, So Orde (Signed by Judge Alvin K. Hellerstein on 3/19/2012) (js) (Entered: 03/20/2012) |
| 3/20/2012 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Status Conference held on 3/20/2012. Next sta is set for 5/14/12 @ 4:00 p.m. and status conf. also set for 7/24/12 @ 2:30 p.m. (mro) (Entered: 03/23/2012) |
| 3/21/2012 | 2794 | ORDER SUMMARIZING STATUS CONFERENCE OF 3/20/12 AND SETTING DISCOVERY AND NEXT CONFERENCE DATES: The Opt–Out Plaintiffs – Discovery on all remaining opt–out cases shall be completed by 2012. The Court will hold a status conference to discuss the progress of this discovery and next steps (including pos Daubert motions) for these cases on May 14, 2012, at 4:00 p.m., in Courtroom 14D. Suits Filed Against the City Aft April 12, 2010 Eligibility Date Provided by the Settlement Process Agreement, As Amended – By April 23, 2012, t Plaintiffs shall provide Defendants' Liaison Counsel with personally–signed HIPAA Medical Record Authorization Discovery for these cases shall be completed by August 31, 2012. The Court will hold a status conference to discuss progress of discovery and next steps for these cases on July 24, 2012, at 2:30 p.m., in Courtroom 14D. (Discovery d 8/31/2012. Status Conference set for 7/24/2012 at 02:30 PM in Courtroom 14D, 500 Pearl Street, New York, NY 10 before Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 3/21/2012) (ab) (Entered: 03/21/2012) |
| 3/22/2012 | 2795 | ORDER REGULATING DISCOVERY (CMO 2012 #1): By March 31, 2012 Cantor Fitzgerald shall produce to Am Airlines all books and records relating to damages naturally and probably flowing from the destruction of Cantor Fit property in the terrorist attacks of September 11, 2001. Cantor Fitzgerald may proceed to take the depositions of tho American Airlines employees and former employees specified during the status conference, limited to the matters sp in the conference. It may also take the deposition of the one FAA employee specified during the conference, and mu comply with the rule established by United States ex reL. Touhy v. Ragen, 340 U.S. 462 (1951). Fact Discovery due 6/8/2012. Status Conference set for 6/20/2012 at 02:30 PM in Courtroom 14D, 500 Pearl Street, New York, NY 100 before Judge Alvin K. Hellerstein. (Signed by Judge Alvin K. Hellerstein on 3/21/2012) (ft) (Entered: 03/22/2012) |
| 3/27/2012 | 2796 | MEMO ENDORSEMENT granting 2769 Motion to Dismiss: No oppositions having been filed, the motion is grante as noted below. The parties shall submit stipulations set out in paragraphs 3 and 4 which shall identify such parties, who remain in the lawsuits, for me to "so order." (Signed by Judge Alvin K. Hellerstein on 3/27/2012) (lmb) (Enter 03/27/2012) |
| 3/29/2012 | 2797 | NOTICE OF APPEARANCE by Michael Theodore Phillips, II on behalf of Marion S. Mishkin(Plaintiffs' Liaison C Bodily Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: 21 MC 100 Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: 21 MC 100 Bodily Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non–Respi Non Ingestion Cases) (Phillips, Michael) (Entered: 03/29/2012) |
| 3/29/2012 | 2798 | NOTICE OF APPEARANCE by Blair Courtney Fensterstock on behalf of Marion S. Mishkin(Plaintiffs' Liaison Co Bodily Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: 21 MC 100 Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: 21 MC 100 Bodily Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non–Respi |

| | | |
|---|---|---|
| | | Non Ingestion Cases) (Fensterstock, Blair) (Entered: 03/29/2012) |
| 3/29/2012 | 2799 | NOTICE OF APPEARANCE by Eugene David Kublanovsky on behalf of marion s. mishkin, marion s. mishkin(Of Notice of Appearance to Sacks &Sacks), marion s. mishkin("Of Counsel" Notice of Appearance to Sacks &Sacks in cases), marion s. mishkin (Kublanovsky, Eugene) (Entered: 03/29/2012) |
| 3/29/2012 | 2800 | TRANSCRIPT of Proceedings re: Conference held on 3/20/2012 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Karen Gorlaski, (212) 805–0300. Transcript may be viewed at the court public terminal or pu through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 4/23/2012. Redacted Transcript Deadline set for 5/3/2012. Releas Transcript Restriction set for 7/2/2012.(McGuirk, Kelly) (Entered: 03/29/2012) |
| 3/29/2012 | 2801 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferen proceeding held on 3/20/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The pa seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/29/2012) |
| 4/04/2012 | 2802 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell, Jr., Esq. and Paul J. Napoli, dated 3/30/2012 re: Counsels jointly write regarding a discovery dispute in the cases filed after the April 12, 2010 de participate in the Final Settlement Agreement between Plaintiffs and the Insureds of the WTC Captive Insurance Co Inc. ENDORSEMENT: Defendants may move on April 16, 2012 to dismiss any case (or other appropriate sanction) cases where a plaintiff has failed to discharge his discovery obligations as defined by my order of January 18, 2912. 37, 41, F.R.C.P. (Signed by Judge Alvin K. Hellerstein on 4/4/2012) (ft) (Entered: 04/05/2012) |
| 4/04/2012 | | Set/Reset Deadlines: Motions due by 4/16/2012. (ft) (Entered: 04/05/2012) |
| 4/06/2012 | 2803 | MOTION for Summary Judgment *on Behalf of Certain Contractor Defendants*. Document filed by Anthony Cortese Specialized Hauling, LLC, Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Constructio Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Ha Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp., Cord Contracting Co. Inc., DMT E Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One I Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Servic FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Assoc Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., Laquila Construction Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., L Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Cor Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., I Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enter Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings & LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Vollmer Associates, LLP, WSP Cantor Seinuk, A Russo Wre Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc..(Tyrre (Entered: 04/06/2012) |
| 4/06/2012 | 2804 | MEMORANDUM OF LAW in Support re: 2803 MOTION for Summary Judgment *on Behalf of Certain Contracto Defendants*.. Document filed by Anthony Cortese Specialized Hauling, LLC, Atlantic Heydt Corp., Berkel &Co. Co Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze Nationa Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Constr Corp., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Div Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Coror W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Compa Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen We Services, Inc., Hudson Meridian Construction Group, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaSt General Contracting Corp., Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Ins Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industrie New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalaman &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmen Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LL |

| | | |
|---|---|---|
| | | Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Vollmer Associates, L~ Cantor Seinuk, A Russo Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, In~ Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracti~ Company, Inc.. (Tyrrell, James) (Entered: 04/06/2012) |
| 04/06/2012 | 2805 | DECLARATION of James E. Tyrrell, Jr. in Support re: 2803 MOTION for Summary Judgment *on Behalf of Certai~ Contractor Defendants*.. Document filed by Anthony Cortese Specialized Hauling, LLC, Atlantic Heydt Corp., Berk~ Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Br~ National, Inc., Brer−Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., ~ Construction Corp., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo−Tech, Diamond Point Excavat~ Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En−Tech Corp., Evergreen ~ Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking ~ Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP ~ Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., LZA Tech. – Di~ Thornton Tomasetti Group, LaStrada General Contracting Corp., Laquila Construction, Inc., Leslie E. Robertson As~ R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Enginee~ P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting ~ Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT & ~ Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Sa~ Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Tru~ Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp~ Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, ~ Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construct~ Company, Vollmer Associates, LLP, WSP Cantor Seinuk, A Russo Wrecking, Inc., AMEC Construction Manageme~ AMEC Earth &Environmental, Inc., Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker Roofing Cor~ Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit ~ Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9, #10 Exhibit 10, #11 Exhibit 11, #~ Exhibit 12, #13 Exhibit 13, #14 Exhibit 14, #15 Exhibit 15, #16 Exhibit 16, #17 Exhibit 17, #18 Exhibit 18, #19~ 19, #20 Exhibit 20, #21 Exhibit 21, #22 Exhibit 22, #23 Exhibit 23, #24 Exhibit 24, #25 Exhibit 25, #26 Exhibit~ Exhibit 27, #28 Exhibit 28, #29 Exhibit 29, #30 Exhibit 30, #31 Exhibit 31, #32 Exhibit 32, #33 Exhibit 33, #34~ 34, #35 Exhibit 35, #36 Exhibit 36, #37 Exhibit 37, #38 Exhibit 38, #39 Exhibit 39, #40 Exhibit 40, #41 Exhibit~ Exhibit 42, #43 Exhibit 43, #44 Exhibit 44, #45 Exhibit 45, #46 Exhibit 46, #47 Exhibit 47, #48 Exhibit 48, #49~ 49, #50 Exhibit 50, #51 Exhibit 51, #52 Exhibit 52, #53 Exhibit 53, #54 Exhibit 54, #55 Exhibit 55, #56 Exhibit~ Exhibit 57, #58 Exhibit 58, #59 Exhibit 59, #60 Exhibit 60, #61 Exhibit 61, #62 Exhibit 62, #63 Exhibit 63, #64~ 64, #65 Exhibit 65, #66 Exhibit 66, #67 Exhibit 67, #68 Exhibit 68, #69 Exhibit 69, #70 Exhibit 70, #71 Exhibi~ Exhibit 72, #73 Exhibit 73)(Tyrrell, James) (Entered: 04/06/2012) |
| 04/06/2012 | 2806 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** NOTICE of Rule 56.1 Statement. D~ filed by Anthony Cortese Specialized Hauling, LLC, Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Appl~ Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer−Fou~ Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp~ Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo−Tech, Diamond Point Excavating Corp., Diversified Car~ E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En−Tech Corp., Evergreen Recycling of Corona, Ewell W. ~ P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz~ Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, ~ Hudson Meridian Construction Group, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada General ~ Contracting Corp., Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance ~ Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi~ Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New~ Crane &Equipment Corp., Nicholson Construction Co., PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., ~ Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman A~ Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Semcor Equipment an~ Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skid~ Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental ~ Corporation, Tully Construction Co., Inc., Tully Construction Company, Vollmer Associates, LLP, WSP Cantor Sei~ Russo Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Weeks Marine, ~ Weidlinger Associates, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, ~ (Tyrrell, James) Modified on 4/27/2012 (kco). (Entered: 04/06/2012) |
| 04/09/2012 | 2807 | RULE 56.1 STATEMENT. Document filed by Anthony Cortese Specialized Hauling, LLC, Atlantic Heydt Corp., E~ &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, In~ Breeze National, Inc., Brer−Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting~ Canron Construction Corp., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo−Tech, Diamond Point ~ Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En−Tech Corp., ~ Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Flee~ |

| | | |
|---|---|---|
| | | Trucking, Inc., Francis A. Lee Company, Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., LZA Tech. - Thornton Tomasetti Group, LaStrada General Contracting Corp., Laquila Construction, Inc., Leslie E. Robertson As R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Enginee P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT & Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Sa Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, Rodar Enterprises, Inc., Royal GM, Inc., SAB Tru Inc., Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp Simpson Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Tully Constructi Company, Vollmer Associates, LLP, WSP Cantor Seinuk, A Russo Wrecking, Inc., AMEC Construction Manageme AMEC Earth &Environmental, Inc., Weeks Marine, Inc., Weidlinger Associates, Inc., Wolkow Braker Roofing Cor Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. (Tyrrell, James) (Entered: 04/09/2012) |
| 4/13/2012 | 2808 | REPLY MEMORANDUM OF LAW in Support re: 2747 MOTION to Authorize the Filing of Documents in Hard C Form *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer N 2740, 2741])*. MOTION to Authorize the Filing of Documents in Hard Copy Form *(relating to Application in Suppo Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 2741])*. MOTION to Author Filing of Documents in Hard Copy Form *(relating to Application in Support of Request for Order Awarding Counse and Expenses [ECF/Pacer No. 2739, 2740, 2741])*. MOTION to Authorize the Filing of Documents in Hard Copy F *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 273 2741])*.. Document filed by Marion S. Mishkin(Plaintiffs' Liaison Counse Bodily Injury, Non–Respiratory, Non–Ing Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: 21 MC 100 Bodily Injury, Non–Respiratory, Non–Ingestion Marion S. Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: 21 MC 100 Bodily Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non–Respiratory, Non Ingestion Cases). (Attachments: # 1 Affi Affidavit of Blair C. Fensterstock and Exhibit 1)(Fensterstock, Blair) (Entered: 04/13/2012) |
| 4/25/2012 | 2809 | AFFIDAVIT of JOEL M. LUTWIN, ESQ. in Opposition re: 2739 Notice (Other), 2740 Declaration in Support, 274 Memorandum of Law in Support,. Document filed by Salvatore Sferrazza. (Lutwin, Joel) (Entered: 04/25/2012) |
| 4/25/2012 | 2810 | NOTICE of of Death Pursuant to Fed. R. Civ. P. 25(a)(1). Document filed by Anthony Cortese Specialized Hauling Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Lease Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, F Contracting Corp., City of New York, Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diam Excavating Corp., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of C Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking, Inc., Fleet Trucking, Inc., Gilsanz, Murray Steficek, LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Hudson Meridian Construction Group, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, Laquila Constructio Lastrada General Contracting Corp., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., Nev Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Royal GM, Inc., SAB Trucking, Inc., Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gu &Heger Inc., Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Vollmer Associates, LLP, WSP Cantor Seinuk, A Russo Wreckin AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Weidlinger Associates Consulting Eng P.C., Wolkow Braker Roofing Corp., Yonkers Contracting Company, Inc.. (Tyrrell, James) (Entered: 04/25/2012) |
| 4/27/2012 | 2811 | MEMORANDUM OF LAW in Opposition re: 2803 MOTION for Summary Judgment *on Behalf of Certain Contra Defendants*.. Document filed by Plaintiffs Liaison Counsel. (LoPalo, Christopher) (Entered: 04/27/2012) |
| 4/27/2012 | 2812 | DECLARATION of Christopher R. LoPalo in Opposition re: 2803 MOTION for Summary Judgment *on Behalf of C Contractor Defendants*.. Document filed by Plaintiffs Liaison Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # Exhibit 3)(LoPalo, Christopher) (Entered: 04/27/2012) |
| 4/27/2012 | 2813 | COUNTER STATEMENT TO 2807 Rule 56.1 Statement,,,,,,,,,. Document filed by Plaintiffs Liaison Counsel. (LoP Christopher) (Entered: 04/27/2012) |
| 4/27/2012 | 2814 | DECLARATION of Christopher R. LoPalo re: 2813 Counter Statement to Rule 56.1, 2812 Declaration in Oppositi Motion, 2811 Memorandum of Law in Opposition to Motion. Document filed by Plaintiffs Liaison Counsel. (LoPal Christopher) (Entered: 04/27/2012) |

| | | |
|---|---|---|
| 4/30/2012 | 2815 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION to Substitute Party. Old Party: Austin T. Burke, Party: Jane Gisbey. Document filed by Plaintiffs Liaison Counsel. (Attachments: #_1 Exhibit 1)(LoPalo, Christopher Modified on 5/1/2012 (ldi). (Entered: 04/30/2012) |
| 4/30/2012 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Christopher R. LoPalo to RE–FILE Document 2815 MOTION to Substitute Party. Old Party: Aust T. Burke, New Party: Jane Gisbey. ERROR(S): Supporting documents must be filed separately, each receivin own document number. Memorandum of Law in Support of Motion is found under the event list Replies, Op and Supporting Documents. (ldi)** (Entered: 05/01/2012) |
| 5/02/2012 | 2816 | **FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT –** REPLY to Response to Motion MOTION to Authorize the Filing of Documents in Hard Copy Form *(relating to Application in Support of Request f Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 2741]).* MOTION to Authorize the Filing of Do in Hard Copy Form *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 2741]).* MOTION to Authorize the Filing of Documents in Hard Copy Form *(relating Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 27* MOTION to Authorize the Filing of Documents in Hard Copy Form *(relating to Application in Support of Request f Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 2741]).* REPLY TO DOC. 2809, THE AFFIDA JOEL M. LUTWIN, ESQ. IN OPPOSITION TO MARION S. MISHKIN LAW OFFICE'S REQUEST FOR AN AWAR COUNSEL FEES AND EXPENSES. Document filed by Marion S. Mishkin(Plaintiffs' Liaison Counse Bodily Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: 21 MC 100 Bodily Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non–Respi Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: 21 MC 100 Bodily Injury, Non–Respiratory, Non–Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non–Respiratory, Non Ingesti Cases). (Attachments: #_1 Exhibit Exhibit 1, #_2 Exhibit Exhibit 2, #_3 Exhibit Exhibit 3)(Fensterstock, Blair) Modi 5/3/2012 (ldi). (Entered: 05/02/2012) |
| 5/02/2012 | | **\*\*\*NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 2816 HAS BEEN REJE Note to Attorney Blair Courtney Fensterstock : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be doc Letters may be sent directly to a judge. (ldi)** (Entered: 05/03/2012) |
| 5/03/2012 | 2817 | STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS AND EXTENSION OF TIME TO RESPOND T DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: IT IS HEREBY STIPULATED AND AGREED, by a between the attorneys for the undersigned that whereas no party hereto is an infant or incompetent person for whom committee has been appointed, and no person not a party has an interest in the subject matter of these actions, the cla the above–referenced plaintiff are hereby dismissed with prejudice as against defendants listed on Addendum A wit costs to either party as against the other. A list of the remaining defendants in this case is attached as Addendum C . HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that plaintiff's time to to defendants' Motion for Summary Judgment filed on April 6, 2012 (Dkt. 2803), is hereby extended until Friday, A 2012, and defendants' reply submissions in further support of defendants' Motion for Summary Judgment will be su on or before Friday, May 11, 2012. (Signed by Judge Alvin K. Hellerstein on 5/3/2012) (mro) (Entered: 05/03/2012 |
| 5/03/2012 | | Set/Reset Deadlines as to (2803 in 1:21–mc–00100–AKH) MOTION for Summary Judgment *on Behalf of Certain Contractor Defendants*: Replies due by 5/11/2012. (mro) (Entered: 05/03/2012) |
| 5/04/2012 | 2818 | ORDER REMANDING REMOVED CASE TO STATE COURT. Thecase is remanded back to New York State Su Court. The clerk shall close the 12 Civ. 2744 docket (Signed by Judge Alvin K. Hellerstein on 5/4/2012) (js) (Entere 05/04/2012) |
| 5/04/2012 | 2819 | MEMO ENDORSED ON notice of motion for relief dismissal of all claims and other related relief. ENDORSEMEN Ordered without Opposition. (Signed by Judge Alvin K. Hellerstein on 5/4/2012) (js) (Entered: 05/04/2012) |
| 5/08/2012 | 2820 | TRANSCRIPT of Proceedings re: Motions held on 10/18/2012 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Jerry Harrison, (212) 805–0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 6/1/2012. Redacted Transcript Deadline set for 6/11/2012. Releas Transcript Restriction set for 8/9/2012.(McGuirk, Kelly) (Entered: 05/08/2012) |
| 5/08/2012 | 2821 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION proceeding held on 10/18/11 has been filed by the court reporter/transcriber in the above–captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 05/08/2012) |
| 5/09/2012 | 2822 | ORDER ADJOURNING STATUS CONFERENCE:The status conference in the 21 MC 100 master calendar sched May 14, 2012 is adjourned to May 23, 2012 at 4:00 p.m. in Courtroom 14D, ( Status Conference set for 5/23/2012 a PM in Courtroom 14D, 500 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerstein.) (Signed by Judg |

| | | K. Hellerstein on 5/8/2012) (lmb) (Entered: 05/09/2012) |
|---|---|---|
| 5/09/2012 | 2823 | ORDER SETTING ORAL ARGUMENT:Oral argument will be held in the above–captioned matter, regarding the I Authority'S Motion for Summary Judgment Dismissing Complaints for Lack of Subject Matter Jurisdiction, on May at 2:30pm., ( Oral Argument set for 5/30/2012 at 02:30 PM before Judge Alvin K. Hellerstein.) (Signed by Judge Al Hellerstein on 5/8/2012) (lmb) (Entered: 05/09/2012) |
| 5/10/2012 | 2824 | MEMO ENDORSEMENT: granting 4259 Motion. ENDORSEMENT: Motion Granted, without opposition. The cas dismissed. The Clerk shall close the relevant files.(ORIGINAL ENTRY ON 12MC102 #4317) (Signed by Judge Al Hellerstein on 5/09/2012) (ama) (Entered: 05/10/2012) |
| 5/15/2012 | 2825 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from David L. Kremen dated 3/16/2012 re: Counsel respectfully submits this letter in connection with their 3/9/12 motion to voluntarily dismiss certain plaintiffs' claims to F.R.C.P. 412(a)(2). Counsel requests that this letter be accepted in lieu of a formal declaration amending Exhibit include Ms. Stone's case (10cv06966) and that her case is dismisses along with the other cases listed in Exhibit B to motion. ENDORSEMENT: Denied without prejudice. Proceed by motion. (Signed by Judge Alvin K. Hellerstein or 5/15/2012) (jfe) (Entered: 05/15/2012) |
| 5/15/2012 | 2826 | ORDER OF DISMISSING CASES: On March 16, 2012, Plaintiffs' counsel Worby Groner Edelman &Napoli Bern, moved to dismiss 8,559 cases from the above–captioned master calendars. Defendants in the 21 MC 102 master cale objected, agreeing that the 8,559 cases should be dismissed, but contending that approximately 276 additional claim also be terminated. Defendants point out that these additional 276 claims were included in a prior "Notice of Withdr All Claims" ("Notice"), filed by Worby Groner on December 31, 2011. Because defendants do not object to the dism the 8,559 claims, I order them dismissed. Regarding the 276 additional claims, the Notice in which they were includ filed in this Court for the purpose of meeting obligations necessary to participate in the reopened Victims Compensa Fund ("VCF"), pursuant to the James Zadroga Act. Air Transportation Safety and System Stabilization Act, 49 U.S. 40101 Note, Tit. IV § 405(c)(3)(C)(iii). I did not endorse, approve, or deny this Notice. Rule 41(a), Fed. R. Civ. P., that a plaintiff may only dismiss a claim without a court order if the opposing party has not filed an answer, or a stipulation of dismissal is signed by all parties. This was not the case with the Notice, and thus it did not function as dismissal. If defendants believe any of these 276 additional cases should be dismissed for reasons relevant to this liti they may make a motion to do so. The clerk shall close the docket numbers of all cases on Schedule A. ENDORSEM To be read left motion of 3/16/12, endorsed by Order 5/11/12. (Signed by Judge Alvin K. Hellerstein on 5/11/2012) (Entered: 05/15/2012) |
| 5/15/2012 | 2827 | VOLUNTARY DISMISSAL WITH PREJUDICE: Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedur cases listed on the attached Schedule A are hereby voluntarily withdrawn and discontinued with prejudice against al remaining defendants. This dismissal is without costs at to any party. (Signed by Judge Alvin K. Hellerstein on 5/11 (Attachments: #1 Part 2, #2 Part 3, #3 Part 4, #4 Part 5, #5 Part 6)(jfe) (Entered: 05/15/2012) |
| 5/15/2012 | 2828 | STIPULATION OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED pursuant to Rule of Civil Procedure 41 (a)(l)(A)(ii) that all of the Plaintiff's claims against the defendant that has appeared are h dismissed with prejudice and without costs to any party. This action has been resolved and has not been dismissed p by Court Order. (Signed by Judge Alvin K. Hellerstein on 5/15/2012) (jfe) (Entered: 05/15/2012) |
| 5/17/2012 | 2829 | STIPULATION OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED pursuant to Rule of Civil Procedure 41(a)(l)(A)(ii) that all of the Plaintiff's claims against the defendant that has appeared are he dismissed with prejudice and without costs to any party. This action has been resolved and has not been dismissed p by Court Order. (Signed by Judge Alvin K. Hellerstein on 5/16/2012) (jfe) (Entered: 05/17/2012) |
| 5/17/2012 | 2830 | ORDER ACCEPTING FINAL PAYMENT REPORTS FILED BY ALLOCATION NEUTRAL: This order accepts reports of the Allocation Neutral, Matthew Garretson and the Garretson Resolution Group, Inc. (collectively, "Garre substantially completing the administrations of these mass settlements approved by this court. I order that the two fina be filed, and posted with this order on the Court web page. The details follow as set forth within this Order. (Signed Alvin K. Hellerstein on 5/16/2012) (jfe) (Entered: 05/17/2012) |
| 5/21/2012 | 2831 | ORDER TO PROVIDE INFORMATION AND TO SHOW CAUSE (RE: SETTLEMENT WITH PORT AUTHOR The settlement agreements between plaintiffs' liaison counsel and various defendants have not been made public. I a the settlement amounts as fair and reasonable, but I did not review their terms and conditions.The Port Authority is to provide a full accounting explaining reductions and expenses from the agreed and approved settlement amount of million. The parties, by May 30, 2012 shall (a) submit their settlement agreement for filing, and (b) provide the reas the agreement should not be filed on the Court's public record, and (c) provide the full accounting requested by Para above. (Signed by Judge Alvin K. Hellerstein on 5/18/2012) (djc) (Entered: 05/21/2012) |
| 5/23/2012 | 2832 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Paul A. Scrudato dated 5/22/12 re: Counsel fo Authority of New York and New Jersey writes on behalf of the parties to request that the deadline to respond to th 5/21/12 Order be extended to 6/8/12. ENDORSEMENT: So ordered. (Signed by Judge Alvin K. Hellerstein on 5/22 (mro) (Entered: 05/23/2012) |

| 5/23/2012 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Status Conference held on 5/23/2012. As disc... open Court before USDJ Alvin Hellerstein and on the Record. Next ptc set for 7/9/12 at 2:30 pm. (cd) (Entered: 05/... |
| --- | --- | --- |
| 5/23/2012 | | Set/Reset Hearings: Pretrial Conference set for 7/9/2012 at 02:30 PM before Judge Alvin K. Hellerstein. (cd) (Enter... 05/29/2012) |
| 5/24/2012 | 2833 | ORDER GRANTING PORT AUTHORITY'S MOTION FOR SUMMARY JUDGMENT DISMISSING CASES FO... LACK OF SUBJECT MATTER JURISDICTION granting 2582 Motion for Summary Judgment. The Port Authorit... Motion for Summary Judgment is granted. The clerk shall close the following docket numbers: 06cv14487, 06cv089... 06cv13871, 07cv05041, 08cv00764, 06cv15110. The clerk shall dismiss the Port Authority as a defendant from the ... docket numbers: 06cv09529, 08cv02616, 05cv07273, 05cv01629. The clerk shall terminate the motion (Document ... 2582). Oral argument on this matter, set for May 30, 2012, is canceled. (Signed by Judge Alvin K. Hellerstein on 5/... Filed in associated cases 06cv14487, 06cv8957, 06cv13871, 07cv5041, 08cv764, 06cv15110, 06cv9529, 08cv2616,... 05cv7273, 05cv1629. (ft) (Entered: 05/24/2012) |
| 5/24/2012 | | Transmission to Judgments and Orders Clerk. Transmitted re: 2833 Order on Motion for Summary Judgment to the ... Judgments and Orders Clerk. (ft) (Entered: 05/24/2012) |
| 5/25/2012 | 2834 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/23/2012 before Judge Alvin K. Hellerstein. Court ... Reporter/Transcriber: Tara Jones, (212) 805–0300. Transcript may be viewed at the court public terminal or purcha... through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m... obtained through PACER. Redaction Request due 6/18/2012. Redacted Transcript Deadline set for 6/28/2012. Releas... Transcript Restriction set for 8/27/2012.(McGuirk, Kelly) (Entered: 05/25/2012) |
| 5/25/2012 | 2835 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER... proceeding held on 5/23/12 has been filed by the court reporter/transcriber in the above–captioned matter. The parti... seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No... filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar ... days...(McGuirk, Kelly) (Entered: 05/25/2012) |
| 5/25/2012 | 2836 | STIPULATED PROTECTIVE ORDER GOVERNING THE DISCLOSURE OF CONFIDENTIAL MEDICAL ... INFORMATION FROM MOUNT SINAI SCHOOL OF MEDICINE WORLD TRADE CENTER HEALTH ... PROGRAM...regarding procedures to be followed that shall govern the handling of confidential material... (Signed ... Alvin K. Hellerstein on 5/25/2012) (jar) (Entered: 05/25/2012) |
| 5/29/2012 | 2837 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated May 24, 2012, Port Authoritys motio... summary judgment is granted; the Clerk of the Court is directed to close the following docket numbers: 06cv14487, ... 06cv08957, 06cv13871, 07cv05041, 08cv00764, and 06cv1510; and the Clerk of the Court is directed to dismiss and... Author as a defendant in the following docket numbers:06cv9529, 08cv02616, 05cv07273, 05cv01629. (Signed by C... Court Ruby Krajick on 5/29/12) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 05/29/2012) |
| 6/05/2012 | 2838 | NOTICE OF APPEARANCE by James B Worthington on behalf of Plaza Construction Corp., Plaza Construction ... Management Corp. (Worthington, James) (Entered: 06/05/2012) |
| 6/12/2012 | 2839 | STIPULATION OF DISMISSAL WITH PREJUDICE:IT IS HEREBY STIPULATED AND AGREED pursuant to ... Rule of Civil Procedure 4l(a)(1)(A)(ii) that the above–referenced Plaintiff's claims against Defendant City Universit... York (CUNY) only, are hereby dismissed with prejudice and without costs to either party. The claims against Defen... University of New York (CUNY) have been resolved. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 6/... (ama) (Entered: 06/13/2012) |
| 6/13/2012 | 2840 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/5/2012 before Judge Alvin K. Hellerstein. Court ... Reporter/Transcriber: Paula Speer, (212) 805–0300. Transcript may be viewed at the court public terminal or purcha... through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m... obtained through PACER. Redaction Request due 7/9/2012. Redacted Transcript Deadline set for 7/19/2012. Releas... Transcript Restriction set for 9/14/2012.(McGuirk, Kelly) (Entered: 06/13/2012) |
| 6/13/2012 | 2841 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER... proceeding held on 6/5/12 has been filed by the court reporter/transcriber in the above–captioned matter. The partie... seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No... filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar ... days...(McGuirk, Kelly) (Entered: 06/13/2012) |
| 6/22/2012 | 2842 | ORDER TO SHOW CAUSE: It is hereby ORDERED, that respondents to this Order to Show Cause, The Law Offic... Worby, Groner, Edelman and Napoli, Bern, LLP., located in the Empire State Building, 350 Fifth Avenue, New Yor... York 10118 file opposition papers under oath by the 13 day of July, 2012, 4:00 pm, reply by 20 July, 2012 and to sh... why an order should not be entered requiring the respondents, Worby, Groner, Edelman and Napoli, Bern, LLP to ac... for the settlement proceeds of plaintiff, JAMES J. RYAN and all deductions therefrom; and it is further ORDERED... service of a copy of this Order to Show Cause and the supporting papers be made via personal service upon: The La... |

| | | |
|---|---|---|
| | | of Worby, Groner, Edelman and Naploi, Bern, LLP., located at 350 Fifth Avenue, New York, New York and any ot the court deems appropriate by June 26, 2012, 4:00 pm., ( Responses due by 7/13/2012., Replies due by 7/20/2012.) by Judge Alvin K. Hellerstein on 6/21/2012) (lmb) (Entered: 06/22/2012) |
| 6/28/2012 | 2846 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from James E. Tyrrell and Christopher R. LoPalo da 6/21/2012 re: The parties respectfully request that the agreement with TCDI be terminated immediately. ENDORSE The request to terminate the services of TCDI is approved, for the 21 MC 100 docket. Hereafter, the parties are not to serve discovery on TCDI. The parties may negotiate with TCDI to excuse any costs of termination not related to s expenditures. (Signed by Judge Alvin K. Hellerstein on 6/27/2012) (lmb) (Entered: 06/28/2012) |
| 6/29/2012 | 2847 | NOTICE of to Produce Documents Pursuant to Federal Rules of Civil Procedure 34. Document filed by Various pla represented by Cannata/Grochow. (Grochow, Robert) (Entered: 06/29/2012) |
| 6/29/2012 | 2848 | DECLARATION of John S. Park, Esq. in Opposition re: 2747 MOTION to Authorize the Filing of Documents in H Form *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer N 2740, 2741])*. MOTION to Authorize the Filing of Documents in Hard Copy Form *(relating to Application in Suppo Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 2741])*. MOTION to Author Filing of Documents in Hard Copy Form *(relating to Application in Support of Request for Order Awarding Counse and Expenses [ECF/Pacer No. 2739, 2740, 2741])*. MOTION to Authorize the Filing of Documents in Hard Copy F *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 273 2741])*.. Document filed by John S. Park. (Attachments: # 1 Exhibit Exhibit A, B &C)(Park, John) (Entered: 06/29/2 |
| 7/02/2012 | 2849 | ENDORSED LETTER: addressed to Judge Alvin K. Hellerstein from James E. Tyrrell dated 6/29/2012 re: The part agreed that additional time is necessary to complete discovery and therefore respectfully request the Court to extend 30 deadline to August 31, 2012 (which is the fact discovery deadline for the other actions pending before the Court i 21MC 100 docket). ENDORSEMENT: So Ordered. ( Discovery due by 8/31/2012.) (Signed by Judge Alvin K. Hell on 6/29/2012) (js) (Entered: 07/02/2012) |
| 7/03/2012 | 2850 | ORDER REQUIRING CERTAIN POST APRIL 12 PLAINTIFFS TO CURE DELINQUENCIES IN MAKING DISCLOSURES: The court has been advised that the plaintiffs in each of the five cases listed in the caption above h failed to make sworn disclosures in response to court−ordered interrogatories, and that, in consequence, the database pending cases has not been populated by the data for these five cases. The obligation on the part of each plaintiff in e pending case to make such sworn disclosures has been the subject of numerous case management orders, beginning November 23, 2011. This order provides plaintiffs' last opportunity. Any plaintiff, of the five identified in the captio order, who fails to cure his delinquency by sworn answers complying with Rule 33, Fed. R. Civ. P., by noon, July 1 shall have his complaint be involuntarily dismissed, with prejudice. So Ordered (Signed by Judge Alvin K. Hellerste 7/3/2012) (js) (Entered: 07/05/2012) |
| 7/05/2012 | 2851 | ORDER CANCELING STATUS CONFERENCE: The status conference in the 21 MC 100 master calendar schedu July 9, 2012 is canceled. The next status conference in the matter will be held on July 24,2012 at 2:30 p.m. in Court 14D. ( Status Conference set for 7/24/2012 at 02:30 PM in Courtroom 14D, 500 Pearl Street, New York, NY 10007 Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 7/5/2012) (jfe) (Entered: 07/05/2012) |
| 7/10/2012 | 2852 | PARTIAL STIPULATION OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGR pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all of the Plaintiff's claims against all Defendants tha appeared are hereby dismissed without prejudice and without costs to any party. This Plaintiff's action has been reso has not been dismissed previously by Court Order or Stipulation. Claims released by the settlement agreement with dated May 22, 2012 cannot be subject to further suit. (Signed by Judge Alvin K. Hellerstein on 7/10/2012) (djc) (En 07/10/2012) |
| 7/10/2012 | 2853 | RESPONSE in Support re: 2747 MOTION to Authorize the Filing of Documents in Hard Copy Form *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 27 MOTION to Authorize the Filing of Documents in Hard Copy Form *(relating to Application in Support of Request f Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 2741])*. MOTION to Authorize the Filing of Do in Hard Copy Form *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 2741])*. MOTION to Authorize the Filing of Documents in Hard Copy Form *(relating Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 27 Document filed by Marion S. Mishkin(Plaintiffs' Liaison Counse Bodily Injury, Non−Respiratory, Non−Ingestion Ca Marion S. Mishkin(Plaintiffs' Liaison Counsel: 21 MC 100 Bodily Injury, Non−Respiratory, Non−Ingestion Cases), S. Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non−Respiratory, Non−Ingestion Cases), Marion S. Mishkin(Plaintiffs' Liaison Counsel: 21 MC 100 Bodily Injury, Non−Respiratory, Non−Ingestion Cases), Marion S Mishkin(Plaintiffs' Liaison Counsel: Bodily Injury, Non−Respiratory, Non Ingestion Cases). (Attachments: # 1 Affi Affidavit of Marion S. Mishkin in Response to the Declaration of John S. Park and in Further Support of Marion S. Law Office's Request for an Award of Counsel Fees and Expenses, # 2 Exhibit Part 1 of Exhibit 1 to Affidavit of M Mishkin in Response to the Declaration of John S. Park and in Further Support of Marion S. Mishkin Law Office's R for an Award of Counsel Fees and Expenses, # 3 Exhibit Part 2 of Exhibit 1 to Affidavit of Marion S. Mishkin in Re to the Declaration of John S. Park and in Further Support of Marion S. Mishkin Law Office's Request for an Award |

| | | |
|---|---|---|
| | | Counsel Fees and Expenses, #_4_ Exhibit Exhibit 2 to Affidavit of Marion S. Mishkin in Response to the Declaration S. Park and in Further Support of Marion S. Mishkin Law Office's Request for an Award of Counsel Fees and Exper Exhibit Exhibit 3 to Affidavit of Marion S. Mishkin in Response to the Declaration of John S. Park and in Further S Marion S. Mishkin in Response to the Declaration of John S. Park and in Further Support of Marion S. Mishkin Law Request for an Award of Counsel Fees and Expenses, #_7_ Exhibit Exhibit 5 to Affidavit of Marion S. Mishkin in Re the Declaration of John S. Park and in Further Support of Marion S. Mishkin Law Office's Request for an Award of Fees and Expenses, #_8_ Exhibit Exhibit 6 to Affidavit of Marion S. Mishkin in Response to the Declaration of John and in Further Support of Marion S. Mishkin Law Office's Request for an Award of Counsel Fees and Expenses, #_9 Exhibit 7 to Affidavit of Marion S. Mishkin in Response to the Declaration of John S. Park and in Further Support of S. Mishkin Law Office's Request for an Award of Counsel Fees and Expenses)(Phillips, Michael) (Entered: 07/10/20 |
| 7/12/2012 | 2854 | RESPONSE to Interrogatories.Document filed by Jack Casale.(Rapport, Jonathan) (Entered: 07/12/2012) |
| 7/12/2012 | 2855 | RESPONSE to Interrogatories.Document filed by Mark Martinez.(Rapport, Jonathan) (Entered: 07/12/2012) |
| 7/13/2012 | 2856 | DECLARATION of Christopher R. LoPalo re: _2842_ Order to Show Cause,,,, Set Deadlines,,,. Document filed by Pl Liaison Counsel. (Attachments: #_1_ Exhibit 1, #_2_ Exhibit 2, #_3_ Exhibit 3, #_4_ Exhibit 4, #_5_ Exhibit 5)(LoPalo, Chr (Entered: 07/13/2012) |
| 7/13/2012 | 2857 | DECLARATION of Christopher LoPalo re: _2842_ Order to Show Cause,,,, Set Deadlines,,,. Document filed by Plain Liaison Counsel. (LoPalo, Christopher) (Entered: 07/13/2012) |
| 7/13/2012 | 2858 | ORDER AND OPINION REQUIRING CONTINGENT PAYMENT TO BE PAID TO SETTLING PLAINTIFFS: that the settlement consideration of five million dollars was due and payable by the WTC Captive to the Tier IV plain January 20, 2012. I hold, further, and as I did in my order requiring Bonus Payments to be paid, that plaintiffs' couns not receive a fee for this consideration. The Clerk shall enter judgment accordingly, with interest. Payment shall be the Allocation Neutral, the Garretson Resolution Group, for distribution according to the SPA. (Signed by Judge Alv Hellerstein on 7/13/2012) (jfe) (Entered: 07/13/2012) |
| 7/13/2012 | | Transmission to Judgments and Orders Clerk. Transmitted re: _2858_ Memorandum &Opinion,,, to the Judgments and Clerk. (jfe) (Entered: 07/13/2012) |
| 7/20/2012 | 2859 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Edward L.C. Marcowitz dated 7/20/2012 re: I respectfully request that this Court, by way of endorsing this letter and incorporating herein by reference the followi orders; "Order Approving Modified and Improved Agreement of Settlement" dated June 23,2010, "Order Approving Settlements" dated November 15,2010, "Fairness Order" dated June 3, 2011, as well as the Garretson Affidavit Date 12,2012, confirm and allow the settlement and collection of the proceeds in the amount of $1,915,349.27 and further the attorneys fees and disbursements totaling $483,782.64 in the within matter. ENDORSEMENT: SO ORDERED. Approved. (Signed by Judge Alvin K. Hellerstein on 7/20/2012) (ama) (Entered: 07/23/2012) |
| 7/20/2012 | 2867 | ORDER: The status conference in the 21 MC 100 master calendar scheduled for July 24, 2012 at 2:30 p.m. will now at 4:00 p.m., in Courtroom 14D.SO ORDERED. ( Status Conference set for 7/24/2012 at 04:00 PM in Courtroom 14 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 7/ (ama) (Entered: 07/25/2012) |
| 7/23/2012 | 2860 | CLERK'S JUDGMENT # 12,287 That for the reasons stated in the Court's Order dated July 13, 2012, the Court ho the settlement consideration of five million dollars was due and payable by the WTC Captive to the Tier IV plaintiff January 20, 2012; the Court, hold, further, and as it did in his order requiring Bonus Payments to be paid, that plaint counsel may not receive a fee for this consideration; accordingly, judgment is entered in the amount of $5,000,000.0 interest at 0.11% (28 U.S.C. § 1961) from January 20, 2012 of $2,787.67 for a total sum of $5,002,787.67; payment made to the Allocation Neutral, the Garretson Resolution Group, for distribution according to the SPA. (Signed by C Court Ruby Krajick on 7/23/12) (Attachments: #_1_ NOTICE OF RIGHT TO APPEAL)(ml) (Entered: 07/23/2012) |
| 7/24/2012 | 2861 | NOTICE OF APPEAL from _2860_ Clerk's Judgment,,,, _2858_ Memorandum &Opinion,,. Document filed by Bovis Le Inc., City of New York, Evergreen Recycling of Corona, Plaza Construction Corp., Tully Construction Co., Inc., Tul Construction Company, Turner/Plaza, A Joint Venture, AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc.. Filing fee $ 455.00, receipt number 0208–7667438. Form C and Form D are due within 14 d Court of Appeals, Second Circuit. (Tyrrell, James) (Entered: 07/24/2012) |
| 7/24/2012 | 2862 | MOTION to Stay re: _2860_ Clerk's Judgment,,, _2858_ Memorandum &Opinion,,. (Filing Fee $ 46.00.) Document filed Anthony Cortese Specialized Hauling, LLC, Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wreck &Construction Corp., Bovis Lend Lease LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transpo Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp., City of New Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamo Excavating Corp., Diversified Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Flee |

| | | Trucking, Inc., Francis A. Lee Company, Gilsanz, Murray, Steficek, LLP, Goldstein Associates Consulting Engineer HP Environmental, Inc., Hallen Welding Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipme Rental &Materials, L.L.C., LZA Tech. – Div. of Thornton Tomasetti Group, LaStrada General Contracting Corp., L Construction, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engineers, Nacirema Industries, Inc., Nev Crane &Equipment Corp., Nicholson Construction Company, PT &L Contracting Corp., Peter Scalamandre &Sons, Pinnacle Environmental Corp., Plaza Construction Corp., Pro Safety Services, LLC, Robert L. Gerosa, Inc., Robert Associates, P.C., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc., Safeway Environmental Corp., Sem Equipment and Manufacturing Corporation, Silverite Contracting Corp., Simpson Gumpertz &Heger Inc., Skanska Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Total Safety Consulting, LLC, Tucci Equipm Rental Corporation, Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Vo Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Associates Consulting Engineers, P.C., A Ru Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Wolkow Braker Roofi Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc..(Tyrrell, James) (Entered: 07/24/2012) |
| 7/24/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2861 Notice of A (nd) (Entered: 07/24/2012) |
| 7/24/2012 | 2863 | NOTICE OF CROSS APPEAL from 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. Document filed by Y Groner Edelman &Napoli Bern, LLP. Form C and Form D are due within 14 days to the Court of Appeals, Second C (Attachments: # 1 Judgment entered 7/23/2012, # 2 Order entered 7/13/2012)(Rubin, Denise) (Entered: 07/24/2012) |
| 7/24/2012 | 2864 | MEMORANDUM OF LAW in Support re: 2862 MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (F $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOT Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 C Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 28 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (F $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOT Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 C Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.). Document filed by Anthony Cortese Specialized LLC, Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engine C.B. Contracting Corp., Canron Construction Corp., City of New York, Component Assembly Systems, Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Diversified Car E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Corona, Ewell W. P P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Company, Gilsanz Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen Welding Services, Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech. – Div. of Tho Tomasetti Group, LaStrada General Contracting Corp., Laquila Construction, Inc., Leslie E. Robertson Associates, Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., MRA Engineering, P.C. Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledge Consulting Engi Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Company, PT &L Contract Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction Corp., Pro Safety Service Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM, Inc., SAB Trucking, Inc Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Sin Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Tot Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Ass Consulting Engineers, P.C., A Russo Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. James) (Entered: 07/24/2012) |
| 7/24/2012 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2804 Memo of Law in Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Managemen Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction G L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., P Scalamandre &Sons, Inc., Bovis Lend Lease LMB, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Leslie E. Ro Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happol |

Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray S
LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construct
Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., l
Medical Services, P.C., Anthony Cortese Specialized Hauling, LLC, HP Environmental, Inc., Francis A. Lee Compa
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mutual Insuran
Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius F
Inc., Mueser Rutledge Consulting Engineers, 2838 Notice of Appearance filed by Plaza Construction Management C
Plaza Construction Corp., 2830 Order,, 2803 MOTION for Summary Judgment *on Behalf of Certain Contractor De*
filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill
SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., Semcor Equipment and Manufacturing Corporation, Leslie E. Robertson Associates, R.L.L.P., Skanska Koch
Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema In
Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associ
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Br
National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., A
Cortese Specialized Hauling, LLC, Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser I
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
2853 Response in Support of Motion,,,,,,,,,,,, filed by Marion S. Mishkin, 2817 Stipulation and Order of Dismissal,,
Endorsed Letter,, 2825 Endorsed Letter,, 2844 Remark, 2826 Order of Dismissal,,,,,, 2820 Transcript,, 2819 Memo
Endorsement, 2800 Transcript,, 2852 Stipulation and Order of Dismissal,, 2809 Affidavit in Opposition filed by
Sferrazza, 2827 Notice of Voluntary Dismissal – Signed, 2846 Endorsed Letter,, 2834 Transcript,, 2854 Answer/Re
Interrogatories filed by Jack Casale, 2829 Stipulation and Order of Voluntary Dismissal, 2860 Clerk's Judgment,,, 2
Notice of Filing Transcript, 2856 Declaration, filed by Plaintiffs Liaison Counsel, 2818 Order, 2858 Memorandum
&Opinion,, 2822 Order,, Set Hearings, 2835 Notice of Filing Transcript, 2857 Declaration filed by Plaintiffs Liaison
Counsel, 2837 Clerk's Judgment,, 2843 Remark, 2848 Declaration in Opposition to Motion,,, filed by John S Park, 2
Notice (Other) filed by Various plaintiffs represented by Cannata/Grochow, 2831 Order,,, 2824 Memo Endorsement
Counter Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel, 2812 Declaration in Opposition to Motion, filed
Plaintiffs Liaison Counsel, 2833 Order on Motion for Summary Judgment,,, 2839 Stipulation and Order, 2851 Orde
Hearings, 2828 Stipulation and Order of Voluntary Dismissal, 2845 Remark, 2841 Notice of Filing Transcript, 2840
Transcript,, 2850 Order,,, 2832 Endorsed Letter, 2811 Memorandum of Law in Opposition to Motion filed by Plaint
Liaison Counsel, 2801 Notice of Filing Transcript, 2807 Rule 56.1 Statement,,,,,,,, filed by En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cor
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Tully Construction Company, V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co
Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Leslie E. Robertson Associates, R
Skanska Koch, Inc., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, In
Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates,
LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze
Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornto
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Anthony Cortese
Specialized Hauling, LLC, Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp.,
Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roo
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin,
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2862 MOTION to Stay re: 2860 Cler

Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 28
Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum
&Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (F
$ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOT
Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 C
Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 28
Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum
&Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (F
$ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) filed
Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Ski
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, I
Weidlinger Associates Consulting Engineers, P.C., Nacirema Industries, Inc., Leslie E. Robertson Associates Consu
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Turner/Plaza, A Joint Venture, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., A
Cortese Specialized Hauling, LLC, Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contractin
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equ
Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Con
Big Apple Wrecking &Construction Corp., 2861 Notice of Appeal,, filed by AMEC Construction Management, Inc.
Earth &Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., City of New York, Turne
Construction Company, Bovis Lend Lease Inc., Turner/Plaza, A Joint Venture, Plaza Construction Corp.. 2836 Prot
Order, 2849 Endorsed Letter,, Set Deadlines, 2810 Notice (Other), Notice (Other), Notice (Other), Notice (Other), N
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Gilsanz, Murray, Steficek, LLP, En–
Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Truck
Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Safeway Environme
Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environm
Inc., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Be
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Con
Co., Inc., Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturi
Corporation, Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Buro Happold Consulting Engineers, P.
Weidlinger Associates Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Bovis Le
Lease Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating
Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, I
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Anthon
Specialized Hauling, LLC, HP Environmental, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Lastrada Ge
Contracting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, L
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp.. 2805 Declaration in Sup
Motion,,,,,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore
&Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dako
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas
Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling
Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, L
Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Leslie E. Ro
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray S
LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construct

Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P
Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., I
Medical Services, P.C., Anthony Cortese Specialized Hauling, LLC, Francis A. Lee Company, HP Environmental, I
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York C
&Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser I
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
2859 Endorsed Letter,,, 2855 Answer/Response to Interrogatories filed by Mark Martinez, 2842 Order to Show Cau
Deadlines,,, 2823 Order,, Set Hearings, 2808 Reply Memorandum of Law in Support of Motion, filed by Marion S.
2561 Reply Memorandum of Law in Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AME
Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., I
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk
Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Turner/Plaza, A Joint Venture, Gilsanz Murray Steficek LL
One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp.,
Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineers, 2564 MOTION to D
Claims Against the Port Authority of New York and New Jersey. filed by Plaintiffs Liaison Counsel, 2572 Notice of
filed by Sullivan Papain Block McGrath &Cannavo P.C., 2550 Stipulation and Order of Voluntary Dismissal,, 2552
of Appeal, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environm
Inc., Tully Construction Co., Inc., Turner Construction Co., The City of New York, 2565 Declaration in Support, fil
Plaintiffs Liaison Counsel, 2549 Notice of Appeal filed by City of New York, 2560 Memo Endorsement,, 2559 End
Letter,, 2569 Memo Endorsement,, Set Hearings, 2566 Declaration filed by Plaintiffs Liaison Counsel, 2568 Endors
Letter,, 2563 USCA Mandate, 2571 Endorsed Letter, 2557 Declaration, filed by Plaintiffs Liaison Counsel, 2553 En
Letter, 2562 Reply Affidavit in Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC
Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., I
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2551 Notice of Appeal, 1
Turner Construction Co., Inc., Bovis Lend Lease LMB, Inc., Grace Industries, Inc., Tully Construction Co., Inc., An
Construction Management, Inc.,, Plaza Construction Corp., 2555 Memorandum of Law in Opposition to Motion,, fi
Plaintiffs Liaison Counsel, 2554 Declaration in Opposition to Motion,, filed by Plaintiffs Liaison Counsel, 2558 Ord
Motion to Stay, 2556 Memorandum of Law filed by Plaintiffs Liaison Counsel, 2567 Order on Motion to Dismiss/L
Prosecution,, 2503 Memo Endorsement, 2537 Order,,,,, 2526 USCA Order, 2535 Endorsed Letter, 2521 Endorsed L
2534 Order,,, 2518 Memorandum of Law in Support of Motion, filed by Bovis Lend Lease LMB, Inc., Turner Cons
Company, Tully Construction Co., Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc

Evergreen Recycling of Corona, Plaza Construction Corp., City of New York, 2505 Stipulation and Order of Dismis
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk
Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Turner/Plaza, A Joint Venture, Gilsanz Murray Steficek LL
One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., Francis A. Lee Company, LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp.,
Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineers, 2525 Order,,, 2548 N
Appeal,,,,,,,,,, filed by En–Tech Corp., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lo
Kessler &Bartlett, Inc., SAB Trucking, Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Ca
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., City of New York, Semcor Equipment and Manufacturing Corporatic
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecki
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. G
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Tucc
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., LaStrada General Cont
Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New Yor
&Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutu
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2545 MOTION to
(Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S
(Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S
(Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to Stay. (Filing Fee $ 39.00.) MOTION to S
(Filing Fee $ 39.00.) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidm
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C.
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite
Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American (
Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point
Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, In
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 2538 Stipulation and Order of Dismissal, 2532 Reply Memor

Law in Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management,
Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo
Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc
Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T
Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc.,
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A
Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Const
Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engine
WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, I
Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutu
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2499 Stipulation and Order of Dismissal,, 2529 Affi
in Opposition to Motion, filed by Stanislaw Faltynowicz, 2519 Declaration in Support of Motion,, filed by AMEC
Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recy
Corona, Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Construction Corp.,,,
Declaration in Support of I.F.P., 2510 MOTION to Dismiss for Lack of Prosecution. filed by En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cor
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutl
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
2540 Stipulation and Order of Dismissal, 2508 Order, 2536 Stipulation and Order of Dismissal, 2501 Order,, 2524 C
Motion for Miscellaneous Relief,,, 2520 Stipulation and Order of Voluntary Dismissal, 2517 MOTION to Dismiss f
of Prosecution. filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., City of New York, Turner Con
Company, Plaza Construction Corp., 2539 Stipulation and Order of Dismissal, 2531 USCA Order,, 2523 Order,,,,, 2
Stipulation and Order, 2506 Memo Endorsement, 2500 USCA Order, 2541 Stipulation and Order of Dismissal, 252
Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 2547 Affidavit in Support of Motion,,,,,,,,,, filed by F
Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Truck
Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Constructio
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, In
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Rec
Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C
Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro H
Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Ro
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating

Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Toma
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc
LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four
Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liber
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2515 Declaration
Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Sk
Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C.
Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le
LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafo
Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2544 Order,, 2527 Response filed by
Plaintiffs Liaison Counsel, 2516 Memo Endorsement, 2507 Order, 2504 Status Report filed by Noah H. Kushlefsky,
Endorsed Letter,, 2530 Declaration in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2498 USCA Order.
Reply Affirmation in Support of Motion,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., l
Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Plaza Construction Management Corp., Berkel &Co. Contrac
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc.,
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., Vo
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Di
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Executive Medical Services, P.C.,
A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., R
Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &E
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., 2522 Endorsed Letter, 2514 Memorandum of Law in Support of Motion
filed by 2 World Trade Center, L.L.C., En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, In
Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction G
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recyclin
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C
&Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Con
Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Sem
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associat
Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associat
LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze I

Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Ro
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2132 Notice (Other) filed by Plaintif
Counsel, 2136 Notice of Cross Appeal filed by All Plaintiffs, 2128 Affirmation filed by Plaintiffs Liaison Counsel,
Certificate of Service Other, filed by Plaintiffs Liaison Counsel, 2134 Notice (Other) filed by Plaintiffs Liaison Cou
2135 Order, 1646 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1343 Request for Production of Do
filed by Donald Carson, Gloria Elaine Carson, 1655 Order,,, 1135 Notice (Other) filed by Plaintiffs Liaison Counsel,
Affirmation filed by Francis A. Lee Company, 1294 Response to Discovery filed by Robert Panarella, 1656 Order,,
Endorsed Letter,, 2070 Appeal Record Sent to USCA – Index,, 1670 Order on Motion for Miscellaneous Relief,, 15
MOTION for Brian E. Moffitt to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank
Company, DBAB Wall Street LLC, Deutsche Bank Trust Corporation, DB Private Clients Corporation, Deutsche B
Company Americas, 1116 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Man
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1547 Order,,, 1383 Notice (Other)
City of New York, 1354 Request for Production of Documents filed by Herbert Pate, 2035 Notice (Other) filed by P
Liaison Counsel, 1010 Stipulation and Order of Dismissal, 1048 Order,,, 1972 Rule 56.1 Statement filed by Phillips
Jordan, Inc., 1436 Order,,,,,,,, 1708 Memorandum of Law in Support of Motion filed by The Port Authority of New
&New Jersey, 974 Endorsed Letter, Set Deadlines/Hearings,, 1872 Rule 56.1 Statement filed by Taylor Recycling F
LLC, 2042 Notice (Other) filed by Gregory J Cannata &Associates, 1860 Declaration in Support of Motion filed by
Recycling Facility LLC, 1830 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC,
Rule 56.1 Statement, filed by Tully Environmental Inc., Bovis Lend Lease LMB, Inc., Turner Construction Compan
Construction Co., Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Evergreen Rec
Corona, Plaza Construction Corp., 924 Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Co
1319 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1876 Rule 56.1 Statement filed
Recycling Facility LLC, 1080 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1580 Notice (Other) fi
Plaintiffs Liaison Counsel, 1447 Declaration in Support of Motion,,,,,,,,,, filed by En–Tech Corp., DMT Enterprise,
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, I
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of New York, Atlantic Heydt Corp., Semcor E
and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska
Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happold Consulting Engineers, P.C.,
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Environmental, Inc., Francis A. Lee Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger In
Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., Nicholson Construction Compan
Pitkin, Inc., Mueser Rutledge Consulting Engineers, 1351 Request for Production of Documents filed by Dennis M.
O'Connor, 1650 MOTION for Brian S. Levine to Appear Pro Hac Vice. filed by Tishman Interiors Corporation, Tis
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
Tishman Construction Corporation of Manhattan, 1683 Endorsed Letter, Set Hearings,, 1433 Stipulation and Order,
Memorandum of Law in Support of Motion, filed by Mount Sinai Medical Center, 1016 Reply filed by En–Tech Co
Contracting Corp., 1649 MOTION for Aaron J. Stahl to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corpor
Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1261 Notice (O
filed by Plaintiffs Liaison Counsel, 961 Stipulation and Order of Dismissal,, 2119 MOTION for Summary Judgmen
of Motion for Summary Judgment Dismissing A1, A2, A3, B1 and B2 Plaintiffs' Labor Law, Common Law Neglige
General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authori
New York &New Jersey, 1625 Notice of Appearance filed by Tishman Construction Corporation of Manhattan, Tis
Construction Corporation of New York, Tishman Interiors Corporation, 1165 Notice (Other) filed by Plaintiffs Liais
Counsel, 1227 MOTION for Andrew J. Carboy to Withdraw as Attorney for Plaintiffs. filed by Mary Jane Striffler,

Striffler, 948 Declaration in Support of Motion,, filed by En−Tech Corp., Diego Construction, Inc., C.B. Contracting
Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors Corp., 1404 Response to Discovery filed by
Cavicchio, Nicola Cavicchio, 1921 Affidavit in Support of Motion, filed by Tishman Construction Corporation of
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1567 Declaration in O
to Motion, filed by Raymond Hauber, 1396 Notice (Other) Notice (Other) filed by Plaintiffs Liaison Counsel, 2105
Stipulation and Order,,,, 1216 Stipulation and Order,,, 1137 Stipulation and Order, 1057 Case Management Plan, 20
Order,, 1998 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1263 Order
Affidavit in Support of Motion filed by City of New York, 1085 Notice of Adoption of Master Answer filed by Tish
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
2101 Notice of Appearance filed by Weeks Marine, Inc., 1358 Request for Production of Documents filed by Berna
Stinchcomb, Christine Stinchcomb, 1828 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac
LLC, 1213 Order, 1130 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manha
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1559 Certificate of Service Compl
Certificate of Service Other,, filed by Taylor Recycling Facility LLC, 2010 Affidavit in Support of Motion filed by
Respirators, Inc., 1041 MOTION for Discovery to Address Plaintiffs' Counsel's Failures in Providing Discovery and
Require an End Date for Complete Production of Medical Records and Sanctions. filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc.,
New York, Turner Construction Company, Plaza Construction Corp., 913 Notice (Other) filed by Plaintiffs Liaison
1235 Notice (Other) filed by Plaintiffs Liaison Counsel, 889 Notice (Other) filed by Plaintiffs Liaison Counsel, 124
on Motion to Vacate,,, 1472 Notice (Other) filed by Plaintiffs Liaison Counsel, 987 Notice (Other) filed by Plaintiff
Counsel, 1822 MOTION for Summary Judgment re Casey (06 cv 08890). filed by Taylor Recycling Facility LLC, 1
Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction
Corporation of New York, Tishman Interiors Corporation, 1653 Notice of Appearance filed by Tishman Constructio
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1361
Affirmation filed by Plaintiffs Liaison Counsel, 1565 Affirmation filed by Component Assembly Systems, Inc., 147
Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2096 Notice of Appearance filed by Weeks Marine,
2030 Notice (Other) filed by Gregory J Cannata &Associates, 1265 Order, 963 Stipulation and Order of Dismissal,,
Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1911 Endorsed Letter,, 1690 Notice (Other) filed by P
Liaison Counsel, 1337 Notice (Other) filed by Plaintiffs Liaison Counsel, 1978 Rule 56.1 Statement filed by Phillip
Jordan, Inc., 1406 Notice (Other) filed by Plaintiffs Liaison Counsel, 1784 MOTION for Summary Judgment Notic
Motion Cantore. filed by Evans Environmental &Geological Science &Management, LLC., 1775 Affidavit in Suppo
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York
Tishman Interiors Corporation, 1556 Affidavit in Support of Motion filed by City of New York, 1746 Endorsed Let
MOTION for Summary Judgment for Plaintiffs Daniel and Jeanne Raleigh. filed by Phillips and Jordan, Inc., 2098
Appearance filed by Weeks Marine, Inc., 1300 Response to Discovery filed by Herbert Pate, 1992 Notice (Other), N
(Other) filed by City of New York, 1515 Notice (Other) filed by Plaintiffs Liaison Counsel, 1615 MOTION for Alas
Chan to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deuts
Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 2006 Order,, 1894 Declaration
Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1835 Memorandum
in Support of Motion filed by Taylor Recycling Facility LLC, 1805 Memorandum of Law in Support of Motion file
Phillips and Jordan, Inc., 1248 Notice (Other) filed by Plaintiffs Liaison Counsel, 1829 Memorandum of Law in Su
Motion filed by Taylor Recycling Facility LLC, 1774 MOTION for Summary Judgment Rule 56 Statement Greco. f
Evans Environmental &Geological Science &Management, LLC., 1011 Notice of Adoption of Master Answer filed
Phillips and Jordan, Inc., 1573 Memorandum of Law in Support of Motion filed by City of New York, 1767 Memor
Law in Support of Motion filed by Phillips and Jordan, Inc., 2069 Endorsed Letter,,,,,, 1201 Endorsed Letter,, 1012
(Other) filed by Plaintiffs Liaison Counsel, 1105 Notice of Adoption of Master Answer filed by Tishman Constructi
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1470
Declaration in Support of Motion,, filed by Tishman Construction Corporation of Manhattan, Tishman Construction
Corporation of New York, Tishman Interiors Corporation, 1175 MOTION for Partial Summary Judgment. filed by I
Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group
Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT
Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot
Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretr
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., M
Wrecking, Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Co
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Truckin
Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Le
Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer−
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Cor
Notice (Other) filed by Plaintiffs Liaison Counsel, 1364 Notice (Other) filed by Plaintiffs Liaison Counsel, 1244 Sti
and Order of Dismissal,,, 1522 MOTION to Strike Plaintiffs' September 9, 2009 Submission. filed by Gilsanz, Murr

Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Ewell W. Finley, P.C., Robert Associates, Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Gilsanz Murray Steficek LLP Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi Lucius Pitkin, Inc., 1983 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1426 Notice (Other) filed by Plainti Liaison Counsel, 1353 Request for Production of Documents filed by Robert Panarella, 1517 Order, 990 Objection (non–motion), Objection (non–motion) filed by marion s. mishkin, 1484 MOTION to Preclude and for Default agai Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1798 MOTION for Summary Judgment Notice of Castro. filed by Evans Environmental &Geological Science &Management, LLC., 1461 Notice (Other) filed by Plai Liaison Counsel, 1044 Notice (Other) filed by Plaintiffs Liaison Counsel, 1928 Affidavit in Support of Motion, filed Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interio Corporation, 1306 Response to Discovery filed by Frank Scallo, 1509 Order, 1174 Notice (Other) filed by Plaintiffs Counsel, 1699 Declaration in Support of Motion,,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &M LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2089 Notice (Other) fil Plaintiffs Liaison Counsel, 1815 MOTION for Summary Judgment Based Upon Untimely Notices of Claim and Sta Limitations. filed by City of New York, 1632 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Coun Declaration in Support of Motion,,, filed by Plaintiffs Liaison Counsel, 1861 Declaration in Support of Motion filed Taylor Recycling Facility LLC, 1890 Affidavit in Support of Motion filed by Evans Environmental &Geological Sc &Management, LLC., 1131 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of M Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1702 Memorandum of Law in Sup Motion filed by Michelle Haskett–Godbee, 1066 Stipulation and Order of Dismissal,,, 1955 Certificate of Service O by Taylor Recycling Facility LLC, 1906 Endorsed Letter,, 964 Notice (Other) filed by Plaintiffs Liaison Counsel, 1 Endorsed Letter,, 2092 Case Management Plan,,,,, 1384 Notice (Other) filed by Plaintiffs Liaison Counsel, 1334 En Letter,, 952 MOTION for Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1502 Notice (Other) filed Plaintiffs Liaison Counsel, 2008 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1952 Decla Support, filed by Evans Environmental &Geological Science &Management, LLC., 1184 Affidavit of Service Othe Plaintiffs Liaison Counsel, 1922 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis Construction Corporation of New York, Tishman Interiors Corporation, 1553 Memorandum of Law in Support of M filed by City of New York, 2083 Order,, 1445 Rule 56.1 Statement,,,,,,,,, filed by En–Tech Corp., DMT Enterprise, AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, I Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor E and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Ska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 1807 Certificate of Service Other filed by Phillips and Jordan 1488 Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 1363 Notice (Other) filed by P Liaison Counsel, 1895 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1429 Endorsed Letter,, 1608 Notice (Other) filed by Plaintiffs Liaison Counsel, 1700 MOTIO Partial Summary Judgment. filed by Michelle Haskett–Godbee, 1222 Order, 1816 Notice (Other) filed by City of Ne 959 Stipulation and Order of Dismissal, 1852 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, Malone, 1558 Rule 7.1 Corporate Disclosure Statement filed by Taylor Recycling Facility LLC, 1415 Order,,, 1115 Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1000 Notice (Other) filed by Plaintiffs Liaison Counsel, 1956 Certificate Service Other filed by Taylor Recycling Facility LLC, 2057 Order, 1940 Memorandum of Law in Support filed by Environmental &Geological Science &Management, LLC., 956 Stipulation and Order, Set Motion and RRDeadlines/Hearings,, 2041 Order,, 1380 Reply Affidavit in Support of Motion filed by City of New York, 1797 N

to Compel Production of Documents Previously Withheld Under Improper Claim of Privilege. filed by Plaintiffs Lia
Counsel, 1503 Notice (Other) filed by Plaintiffs Liaison Counsel, 1663 Memorandum of Law in Support of Motion,
Plaintiffs Liaison Counsel, 1786 Memorandum of Law in Support of Motion, filed by The Port Authority of New Y
&New Jersey, 1869 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1060 Order,,,,,, 1613 Declaration i
Support of Motion filed by Plaintiffs Liaison Counsel, 1636 Affirmation in Support,, filed by Raymond Hauber, 131
Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1170 Notice (Other) filed by Samuel Pi
1428 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1062 Endorsed Letter,,, 1917 MOTION for Sum
Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New
and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction
Corporation of New York, Tishman Interiors Corporation, 1035 Notice of Adoption of Master Answer filed by Phill
Jordan, Inc., 914 Notice (Other) filed by Plaintiffs Liaison Counsel, 946 Rule 56.1 Statement filed by En–Tech Corp
Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio General Contractors
1387 Affirmation filed by Plaintiffs Liaison Counsel, 2102 Notice of Appearance filed by Weeks Marine, Inc., 1985
MOTION for Summary Judgment On Behalf of The City of New York Based Upon Untimely Notices of Claim and
of Limitations. filed by City of New York, 1456 MOTION to Substitute Party. Old Party: Raymond Hauber, New Pa
Hauber in his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. MOTION to
Amend/Correct Caption. filed by Raymond Hauber, 1204 MOTION for Partial Summary Judgment. filed by Tishma
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1362 Notice (Other) filed by Plaintiffs Liaison Counsel, 1357 Request for Production of Documents filed by Frank S
1938 Declaration in Support, filed by Evans Environmental &Geological Science &Management, LLC., 1505 MOT
Preclude and for Default Judgment against Defendants for Failing to Comply with Plaintiffs' First Case–Specific De
and Order of July 8, 2009. filed by Plaintiffs Liaison Counsel, 1237 Order,, 973 Notice of Appearance filed by Kevi
Fitzpatrick, 1193 MOTION to Vacate 1160 Order,,. filed by Joette DeGiovine, Daniel DeGiovine, 999 Notice (Othe
by Plaintiffs Liaison Counsel, 1122 Notice of Adoption of Master Answer filed by Tishman Construction Corporatio
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 891 Notice (Other) file
Plaintiffs Liaison Counsel, 1210 MOTION for Jeffrey A. Kidder to Appear Pro Hac Vice. filed by Survivair Respira
Inc., 2103 Notice of Appearance filed by Weeks Marine, Inc., 1206 Notice of Adoption of Master Answer filed by F
and Jordan, Inc., 1728 Affirmation in Support of Motion,,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James
1896 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC.,
Memorandum of Law in Support,,,,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, I
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng
P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz
Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofi
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 1293 Response to Discovery filed by Michael Panarella, 960 Certificate of Service Other,, file
marion s. mishkin, 2078 Notice of Appearance filed by United States, 1826 MOTION for Summary Judgment re Ra
cv 09818). filed by Taylor Recycling Facility LLC, 1514 Order, 1560 Answer to Complaint filed by Taylor Recyclin
Facility LLC, 1981 MOTION for Summary Judgment for Plaintiffs Frank Gullo and Gabriella Gullo. filed by Philli
Jordan, Inc., 1069 Notice (Other) filed by Plaintiffs Liaison Counsel, 1853 Memorandum of Law in Support of Mot
by Survivair Respirators, Inc., 1107 Notice of Adoption of Master Answer filed by Tishman Construction Corporati
Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1018 Notice (Other) fi
Plaintiffs Liaison Counsel, 1877 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Manage
LLC., 1504 Notice (Other) filed by Plaintiffs Liaison Counsel, 1315 MOTION for Partial Summary Judgment. filed
Michelle Haskett–Godbee, 1197 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 94
(Other) filed by Plaintiffs Liaison Counsel, 895 Order, 1521 Notice (Other) filed by The City of New York, 1279 Re
to Discovery, filed by Thomas M. Flanders, 1059 Notice (Other) filed by Plaintiffs Liaison Counsel, 2097 Notice of
Appearance filed by Weeks Marine, Inc., 1783 MOTION for Summary Judgment re Alleva case (06 cv 08887). file
Taylor Recycling Facility LLC, 1449 Affirmation filed by Nacirema Industries, Inc., 1958 Reply Memorandum of L
Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler

&Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlin Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein A Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1442 Notice (Other) filed by Plaintiffs Liaison Counsel, 1804 A of Service Other,, filed by Plaintiffs Liaison Counsel, Frank Malone, 1736 Affidavit of Service Other filed by Plaint Liaison Counsel, 1156 Notice (Other) filed by Plaintiffs Liaison Counsel, 1506 Declaration in Support of Motion,,,, Plaintiffs Liaison Counsel, 983 Stipulation and Order, 986 Order on Motion for Partial Summary Judgment, 894 Stip and Order of Dismissal,, 1119 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1142 Memorandum of Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur Construction Company, Plaza Construction Corp., 2087 Notice (Other), Notice (Other), Notice (Other), Notice (Oth Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Co Enterprise, Inc., Off Road Welding, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Trucking, Inc., Toretta Trucking, Inc., Ove Arup &Partners P.C., Cord Contracting Co. Inc., Dakota Demo–Tech, C Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component As Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Group, Buro Happold Consulting Engineer Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Parson Group, Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Musco Sports Lighting, LLC, Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Constructio Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracti Simpson Gumpertz &Heger Inc., Ment Bros. Iron Works Co., JP Equipment Rental Material, Inc., Brer–Four Trans Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construct Corp., 1029 Notice (Other) filed by Plaintiffs Liaison Counsel, 1183 Memorandum of Law in Support filed by Plain Liaison Counsel, 1954 Declaration in Support,, filed by Evans Environmental &Geological Science &Management,, 1782 MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plainti Liaison Counsel, 1386 Case Management Plan, 2019 Rule 7.1 Corporate Disclosure Statement filed by Berkel &Co Contractors, Inc., 1658 Order, 2093 Notice of Appearance filed by Weeks Marine, Inc., 1637 Certificate of Service filed by Raymond Hauber, 1749 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geologi Science &Management, 1523 Declaration in Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Sk Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robert Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson A Consulting Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek L Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, In Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius P Inc., 1313 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 2099 Notice of Appearance Weeks Marine, Inc., 1452 Stipulation and Order of Dismissal,,,, 1239 Notice of Adoption of Master Answer filed by and Jordan, 1606 Stipulation and Order,, 958 Stipulation and Order of Dismissal, 1781 Rule 56.1 Statement filed by Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1718 Order, 1854 Affidavit in Support of Motion filed by Survivair Respirators, Inc., 1525 Memorandum of Law in of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartle MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Associates, R.L.L.P. Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornton Tomaset Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simp Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc. Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 1453 Endorsed Letter,,,, 1986 Memorandum of Law Support of Motion filed by City of New York, 1925 Declaration in Support of Motion, filed by Tishman Constructio Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor, 1799 R Statement filed by The Port Authority of New York &New Jersey, 1596 Notice (Other) filed by Plaintiffs Liaison C 1513 Notice of Appearance filed by Manafort Brothers, Inc., 1230 Notice of Appearance filed by Manafort Brothers 923 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1765 MOTION for Summary Judgment re Allev by Phillips and Jordan, Inc., 1855 Affidavit of Service Other filed by Survivair Respirators, Inc., 1712 Order,, 1427 Protective Order,, 1345 Request for Production of Documents filed by Andrew Dunaway, 2024 Rule 7.1 Corporate

Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1640 Affirmation in Opposition,, filed by Hauber, 1083 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1287 Response, filed by Plaintiffs Liaison C 2018 Notice (Other) filed by Gregory J Cannata &Associates, 1541 Order on Motion to Preclude, 1215 Stipulation a Order,,, 1616 MOTION for Jennifer M. Brooks to Appear Pro Hac Vice. filed by Taylor Recycling Facility LLC, 97 Certificate of Service Other,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Eng P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1666 Memorandum &Opinion, 1642 Notice (Othe by Plaintiffs Liaison Counsel, 1499 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 1389 Notice filed by Plaintiffs Liaison Counsel, 1240 Costs Taxed, 1157 Endorsed Letter,, 1679 MOTION to Compel Robert Mc to Appear for Deposition. filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Truckin Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Wei Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp. Response to Discovery filed by Frank Scallo, 1150 Rule 56.1 Statement filed by City of New York, 1441 Response Discovery filed by Andrea Cavicchio, Nicola Cavicchio, 1480 Affidavit of Service Other, filed by Plaintiffs Liaison 1200 Stipulation and Order, Set Deadlines, 1272 Response to Discovery filed by Andrew Dunaway, 1908 Memoran Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1836 Memorandum of Law in Support of Motion Taylor Recycling Facility LLC, 1661 MOTION for Reconsideration of the Court's Order Dated December 3, 2009 D Motion to Compel Mayris Webber, DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1634 Reply Memorandum of Law in Support of Motion filed by The City of New York, 910 Notice of Adoption of Master Answ by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1338 Order,, 1874 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1164 Notice (Other) fi Plaintiffs Liaison Counsel, 1103 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2086 Order, 2063 Ord Declaration in Support of Motion filed by City of New York, 1790 MOTION for Summary Judgment Notice of Mot Casey. filed by Evans Environmental &Geological Science &Management, LLC., 927 Notice (Other) filed by Plain Liaison Counsel, 2104 Notice of Appearance filed by Weeks Marine, Inc., 1858 MOTION for Stephanie S. McGraw Appear Pro Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., Sperian Respirstory Protection USA, LLC, Musco Sports Lighting, LLC, 1464 Memorandum of Law in Support of Motion, filed by Tis Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1460 Affirmation in Support of Motion, filed by Raymond Hauber, 1644 MOTION for an Order compelling Mayris DrPH to Appear for Deposition. filed by Plaintiffs Liaison Counsel, 1305 Response to Discovery filed by Frank Sca Stipulation and Order,,,,,, 1705 Memorandum of Law in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, L Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L. Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch Inc., Turner Construction Compan Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocc Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thorn

Case: a 1:21-mc-00100-AKH Document 1 of 07/26/2012 2:62:162 PM EDT 1766 of 1806
Case 1:12-2964 Document 41 07/26/2012 664952 Page 1766 of 1805
Case: 21-mc-00100-AKH As of: 07/26/2012 12:16:2 PM EDT 1765 of 1805

Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1443 Order on Motion fo Summary Judgment, 1266 Response to Discovery filed by Nicola Cavicchio, 1220 Endorsed Letter,,, 1823 MOTION Summary Judgment re Greco (05 cv 01228). filed by Taylor Recycling Facility LLC, 2020 Notice of Adoption of M Answer filed by Berkel &Co. Contractors, Inc., 1862 Declaration in Support of Motion filed by Taylor Recycling Fa LLC, 1848 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1038 Order, Set Deadlines/Hearing Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construct Corporation of New York, Tishman Interiors Corporation, 890 Stipulation and Order of Dismissal,, 1124 Notice of of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of York, Tishman Interiors Corporation, 1614 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1537 Ord Motion to Appear Pro Hac Vice, 1897 Declaration in Support of Motion,, filed by Evans Environmental &Geologic Science &Management, LLC., 1626 Response to Discovery filed by Diane Scallo, Andrew Scallo, 2095 Notice of Appearance filed by Weeks Marine, Inc., 1139 Order,,, 1768 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1214 Order on Motion to Appear Pro Hac Vice,,, 1378 Reply Memorandum of Law in Support of Motion,,,,,, filed b En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., P Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brot Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Sem Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Ind Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Construction C Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental Mate Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Cons Corp., 1595 Order Admitting Attorney Pro Hac Vice, Terminate Motions,,,,,,,,,,,,, 2079 Order, Set Deadlines/Hearin 1698 Memorandum of Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Me LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Hege Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1042 Memorandum of Support of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza Const Corp., 1275 Response to Discovery filed by Michael Labetti, 2052 Notice (Other) filed by Gregory J Cannata &Ass 1008 Notice (Other) filed by Plaintiffs Liaison Counsel, 1172 Notice (Other) filed by Plaintiffs Liaison Counsel, 204 of Voluntary Dismissal – Signed, 1333 Stipulation and Order of Dismissal,, 1849 Order,,,, 2040 Notice (Other) filed Gregory J Cannata &Associates, 1153 Order,,,,,, 1267 Response to Discovery filed by Donald Carson, 1160 Order,,, Answer to Complaint filed by Seasons Industrial Contracting, 1777 MOTION for Summary Judgment Dismissing C A1, A2, A3, B1, and B2 Plaintiffs against the Port Authority of New York and New Jersey Pursuant to the New Yor Defense Emergency Act. filed by The Port Authority of New York &New Jersey, 2107 FIRST MOTION to Compe Pursuant to FRCP45. filed by Mount Sinai Medical Center, 1975 MOTION for Summary Judgment for Plaintiffs Ca Cameron and Steve Cameron. filed by Phillips and Jordan, Inc., 2043 Notice of Voluntary Dismissal – Signed, 1647 MOTION Trial Plan Governing the Disposition of Cases Selected Pursuant to Case Management Order No. 8. filed En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, S Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Can Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L

Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob... Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro... Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Cons... Company, Big Apple Wrecking &Construction Corp., 2100 Notice of Appearance filed by Weeks Marine, Inc., 197... Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1555 Affidavit in Support of Motion f... City of New York, 1965 Rule 56.1 Statement filed by Phillips and Jordan, Inc., 1402 Notice (Other), Notice (Other) Plaintiffs Liaison Counsel, 937 Notice (Other) filed by Plaintiffs Liaison Counsel, 1032 Declaration in Opposition f... Plaintiffs Liaison Counsel, 1808 Certificate of Service Other filed by Phillips and Jordan, Inc., 1920 Affidavit in Su... Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, ... Tishman Interiors Corporation, 989 Certificate of Counsel filed by marion s. mishkin, 1078 Notice of Adoption of M... Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, ... Tishman Interiors Corporation, 1424 Notice (Other) filed by Plaintiffs Liaison Counsel, 1660 Notice (Other) filed by ... Environmental &Geological Science &Management, LLC., 1347 Request for Production of Documents filed by Fra... Goffredo, Blanca Goffredo, 1605 Order on Motion to Appear Pro Hac Vice, 2118 Endorsed Letter, 965 USCA Man... 2048 Notice (Other) filed by Gregory J Cannata &Associates, 1022 Endorsed Letter, 1641 Endorsed Letter,, 2011 R... Statement filed by Survivair Respirators, Inc., 943 Stipulation and Order,, 1098 Notice of Adoption of Master Answ... by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte... Corporation, 1676 MOTION to Amend/Correct Notice of Motion by The Port Authority of New York and New Jers... Amend it's Master Answer. filed by The Port Authority of New York &New Jersey, 1500 Notice (Other) filed by Pl... Liaison Counsel, 1423 Notice (Other) filed by Plaintiffs Liaison Counsel, 1947 MOTION for Summary Judgment re... Gullo, et al. v. A. Russo Wrecking, et al. (06–cv–10937). filed by Taylor Recycling Facility LLC, 1118 Notice of A... of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of ... York, Tishman Interiors Corporation, 1015 Reply Memorandum of Law in Support of Motion filed by En–Tech Co... Contracting Corp., 1602 MOTION for Michael P. Kinkopf to Appear Pro Hac Vice. filed by Taylor Recycling Facili... 1916 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1901 Notice of Appearance filed by Plaza Constructi... 1884 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 10... Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 1316 Response to Discovery filed by Rober... 1546 Notice (Other) filed by Plaintiffs Liaison Counsel, 1733 Response to Discovery filed by Frank Goffredo, Blan... Goffredo, 1530 MOTION for Julie Busch to Appear Pro Hac Vice. filed by The Port Authority of New York &New ... 1036 Notice (Other) filed by Plaintiffs Liaison Counsel, 1133 Notice of Appearance filed by Tishman Construction ... Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1250 ... Stipulation and Order of Dismissal,, 1412 Order,,, 1407 Notice (Other) filed by Plaintiffs Liaison Counsel, 1126 No... Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo... New York, Tishman Interiors Corporation, 1527 Endorsed Letter,, 1633 Reply Affirmation in Support of Motion, fi... The City of New York, 1544 Order on Motion to Strike, 1462 Notice (Other) filed by Plaintiffs Liaison Counsel, 11... of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Co... of New York, Tishman Interiors Corporation, 2027 Notice of Adoption of Master Answer filed by Buro Happold C... Engineers, P.C., 1791 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 17... on Motion to Appear Pro Hac Vice, 1438 Endorsed Letter,, 1695 Declaration in Support of Motion, filed by The Por... Authority of New York &New Jersey, 1109 Notice of Adoption of Master Answer filed by Tishman Construction ... Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1304 R... to Discovery filed by Frank Scallo, 1966 Certificate of Service Other filed by Phillips and Jordan, Inc., 1875 Rule 5... Statement filed by Taylor Recycling Facility LLC, 1487 Declaration in Support of Motion,, filed by Plaintiffs Liaiso... Counsel, 1408 Endorsed Letter,,,, 1937 Memorandum of Law in Support filed by Evans Environmental &Geologica... &Management, LLC., 1371 Order,,, 1125 Notice of Adoption of Master Answer filed by Tishman Construction Cor... of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1586 Affidavit of S... Other, filed by Plaintiffs Liaison Counsel, 1582 Notice (Other) filed by Plaintiffs Liaison Counsel, 1077 Notice of A... of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of ... York, Tishman Interiors Corporation, 1585 Endorsed Letter, 1909 Endorsed Letter, Set Deadlines/Hearings,,,,,, 189... Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1524 Dec... in Support of Motion,,,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kess... &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Leslie E. Robertson Asso... R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Co... Engineers, P.C., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Thornt... Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &... Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2090 Notice (Othe... by Plaintiffs Liaison Counsel, 1341 Notice (Other) filed by Plaintiffs Liaison Counsel, 1138 Memorandum &Opinic... Memorandum of Law in Support of Motion filed by Survivair Respirators, Inc., 1497 Memorandum of Law in Supp... Motion, filed by Plaintiffs Liaison Counsel, 1282 Response to Discovery filed by Dennis M. O'Connor, 1980 Certifi... Service Other, filed by Phillips and Jordan, Inc., 1600 Stipulation and Order,,,,,,, 1825 MOTION for Summary Jud... Loughery (06 cv 08609). filed by Taylor Recycling Facility LLC, 926 Notice (Other) filed by Plaintiffs Liaison Cou...

1832 Memorandum of Law in Support of Motion filed by Taylor Recycling Facility LLC, 2036 Notice (Other) filed Gregory J Cannata &Associates, 1217 Stipulation and Order,,, 1501 Stipulation and Order, Set Motion and RRDeadlines/Hearings,,,,,,,, 1074 Notice (Other) filed by Plaintiffs Liaison Counsel, 1211 Order,,,,, 1668 Notice (Other filed by Plaintiffs Liaison Counsel, 993 Order, 1905 Order,,,, 1898 Declaration in Support of Motion,, filed by Evans Environmental &Geological Science &Management, LLC., 1270 Response to Discovery filed by Andrew Dunaway Order on Motion for Reconsideration,, 2017 Notice (Other) filed by Gregory J Cannata &Associates, 920 Stipulation Order of Dismissal,, 2065 Memo Endorsement, 1979 Rule 56.1 Statement filed by The Port Authority of New York Jersey, 1778 MOTION for Summary Judgment Memo of Law Greco. filed by Evans Environmental &Geological S &Management, LLC., 1439 Notice (Other) filed by Plaintiffs Liaison Counsel, 1435 Notice (Other) filed by Plaintiff Liaison Counsel, 1166 Notice (Other) filed by Samuel Provisero, 1128 Notice of Adoption of Master Answer filed b Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interior Corporation, 950 Order Admitting Attorney Pro Hac Vice, 2071 Response to Discovery filed by Andrea Cavicchio, Cavicchio, 1508 Notice (Other) filed by Plaintiffs Liaison Counsel, 931 Notice (Other) filed by Plaintiffs Liaison Co 1176 Declaration in Support of Motion, filed by En−Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Cor Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Russo Wrecking, Inc., Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skans Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Execut Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada G Contracting Corp., JP Equipment Rental Material, Inc., Brer−Four Transportation Corp., New York Crane &Equipm Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1630 Response to Motion filed by Taylor R Facility LLC, 1491 Order on Motion for Summary Judgment, Order on Motion for Judgment on the Pleadings, 2051 Memorandum of Law in Support of Motion, filed by En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contract Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skansk Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacire Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contrac Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 1088 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor 1919 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishma Construction Corporation of New York, Tishman Interiors Corporation, 925 Notice (Other), Notice (Other), Notice Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Lia Counsel, 911 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tish Construction Corporation of New York, Tishman Interiors Corporation, 1618 MOTION for Maureen C. Pavely to A Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Com Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1381 Reply Memorandum of Law in Support of Motion filed by City of New York, 1288 Memorandum of Law in Opposition,,, Plaintiffs Liaison Counsel, 1820 MOTION for Summary Judgment re Cameron (06 cv 9273). filed by Taylor Recy Facility LLC, 2121 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1552 MOTION to Quash Subpoenas. filed by City of New York, 1540 Notice (Other) filed by Plaintiffs Liaison Counsel, MOTION to Vacate March 3, 2009 Dismissal. filed by Samuel Provisero, 1238 Stipulation and Order of Dismissal,, Request for Production of Documents filed by Andrea Cavicchio, Nicola Cavicchio, 1802 Rule 56.1 Statement,,,, fil Phillips and Jordan, Inc., 1368 Stipulation and Order of Dismissal,, 1607 Affirmation filed by Eagle One Roofing

Contractors, Inc., 1744 Affidavit of Service Other filed by Plaintiffs Liaison Counsel, 1949 Declaration in Support o
filed by Taylor Recycling Facility LLC, 1004 Rule 56.1 Statement filed by Plaintiffs Liaison Counsel, 1536 Order o
to Appear Pro Hac Vice, 984 Notice (Other), Notice (Other) filed by marion s. mishkin, 1262 Notice (Other) filed by
Plaintiffs Liaison Counsel, 1191 Affidavit of Service Other filed by John Raehse, Paula Raehse, 1982 Memorandum
in Support of Motion filed by Phillips and Jordan, Inc., 1766 Memorandum of Law in Support of Motion filed by Pl
Liaison Counsel, Frank Malone, 1310 Response to Discovery filed by Frank Scallo, 1372 Order,,, 1755 Notice (Oth
by Phillips and Jordan, Inc., 1076 MOTION for Anita Weinstein to Appear Pro Hac Vice., 966 Order, Set Motion an
RRDeadlines/Hearings, 1597 Order, Terminate Motions, Add and Terminate Attorneys, 1466 MOTION for Judgme
Pleadings Laron Casey (06cv8890). filed by Tishman Construction Corporation of Manhattan, Tishman Constructio
Corporation of New York, Tishman Interiors Corporation, 1403 Response to Discovery filed by Diane Scallo, Andr
Scallo, 1535 Order on Motion to Appear Pro Hac Vice, 1651 Order, 1671 Notice (Other) filed by Evans Environmen
&Geological Science &Management, LLC., 1771 Affidavit in Support of Motion, filed by Tishman Construction
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1095 N
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 955 Notice of Adoption of Master Answer filed by Phillips and Jordan, I
Order, 1709 Declaration in Support of Motion, filed by The Port Authority of New York &New Jersey, 1155 Order,
MOTION For Case Management Order Authorizing Medical Examinations of Plaintiffs. filed by Gilsanz, Murray, S
LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill L
Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction
L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I
Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoco
Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Eagle One Roofing Co
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Rol
Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Franc
Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equip
Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofi
Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1101 Notice of Adoption of M
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1054 Notice of Appearance filed by Verizon New York Inc., 1352 Request for Prod
Documents filed by Michael Panarella, Christine Panarella, 1959 Declaration in Support of Motion,,, filed by Gilsan
Murray, Steficek, LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C.,
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, S
Owings &Merrill, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., 2032 Endorsed Letter,, 1557 Notice (Other) filed by Plaintiffs Liaison Counsel, 928 Notice (Other) filed
Plaintiffs Liaison Counsel, 1631 Certificate of Service Other filed by Taylor Recycling Facility LLC, 988 Schedulin
1307 Response to Discovery filed by Frank Scallo, 1342 Notice (Other) filed by Plaintiffs Liaison Counsel, 2077 No
(Other) filed by Plaintiffs Liaison Counsel, 1612 MOTION to Compel James Carpenter to Appear for Deposition. fi
Plaintiffs Liaison Counsel, 1601 Order on Motion to Compel, 945 MOTION for Summary Judgment. filed by En–T
Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofrio Genera
Contractors Corp., 1458 Order, 1900 Order Admitting Attorney Pro Hac Vice, 1440 Notice (Other) filed by The Cit
York, 1390 Notice of Appearance, filed by En–Tech Corp., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contra
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway
Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Yannuzzi Demolition &Recycling
Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C
Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Nacirema Industries, Inc., Mo
American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Service
Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc.,
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Tucci Equipment Rental
Corporation, Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environm
Inc., LaStrada General Contracting Corp., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., Nev
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty

Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1974 Certificate of Service Other Phillips and Jordan, Inc., 1988 Declaration in Support of Motion filed by City of New York, 1446 Memorandum of Support of Motion,,,,,,,, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Sk Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 1034 Notice (Other) filed by Plaintiffs Liaison Counsel, 905 Stipulation and Order of Dismiss Certificate of Service Other filed by Taylor Recycling Facility LLC, 1416 Notice (Other),,, 1360 Request for Production of Documents filed by Frank Scallo, 1072 Stipulation and Order of Dismissal,,,, 2054 Order, Set Motion and RRDeadlines/Hearings, 1809 Affidavit of Service Other filed by Phillips and Jordan, Inc., 1665 Notice (Other) filed Plaintiffs Liaison Counsel, 1037 USCA Mandate, 2088 Order,, 1599 Notice (Other) filed by Plaintiffs Liaison Coun Memorandum of Law in Support of Motion, filed by Survivair Respirators, Inc., 1737 Affidavit of Service Other, fil Plaintiffs Liaison Counsel, 2094 Notice of Appearance filed by Weeks Marine, Inc., 1995 Memorandum of Law in S of Motion filed by Phillips and Jordan, Inc., 1493 Notice (Other) filed by Plaintiffs Liaison Counsel, 1228 Declarati Support filed by Mary Jane Striffler, Donald Striffler, 1887 Memorandum of Law in Support of Motion filed by Eva Environmental &Geological Science &Management, LLC., 1182 Declaration in Support filed by Plaintiffs Liaison C 1967 MOTION for Summary Judgment Dismissing C1 and B3 Plaintiffs' Labor Law, Common Law Negligence, an General Municipal Law Claims against The Port Authority of New York and New Jersey. filed by The Port Authorit New York &New Jersey, 1249 Stipulation and Order,,, 1023 Stipulation and Order of Dismissal,, 1680 Declaration Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Constru Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo– Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., Semcor Equipment and Manufacturing Corporation, Liberty Mutual Group, Turner Construction Company, I Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzoco Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., The City of New York, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart Robert L. Gerosa, Inc., FTI Trucking, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi Services, P.C., Nicholson Construction Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledg Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 1001 Notice (Other) filed by I Liaison Counsel, 1519 Endorsed Letter,, 1827 Certificate of Service Other, filed by Taylor Recycling Facility LLC., Notice (Other) filed by Plaintiffs Liaison Counsel, 1051 Case Management Plan, 1388 Notice (Other) filed by Plain Liaison Counsel, 1056 Protective Order, 1047 Order,,,,, 1730 Notice (Other) filed by Plaintiffs Liaison Counsel, 211 1422 Memo Endorsement, 1312 Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 1061 N (Other) filed by Plaintiffs Liaison Counsel, 1173 Endorsed Letter,, 1329 Stipulation and Order of Dismissal, 1984 C of Service Other, filed by Phillips and Jordan, Inc., 1673 FIRST MOTION for Protective Order Notice of Motion. fi United States, 1888 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 1019 Notice (Other) filed by Plaintiffs Liaison Counsel, 1945 Memorandum of Law in Suppo by Evans Environmental &Geological Science &Management, LLC., 1498 Notice (Other) filed by Plaintiffs Liaison Counsel, 1763 MOTION for Sanctions Pursuant to FRCP 37 For The City of New York's Admitted Suppression of

for Six Years. filed by Plaintiffs Liaison Counsel, Frank Malone, 1152 Declaration in Support of Motion, filed by C
New York, 1566 Memorandum of Law in Opposition to Motion filed by Raymond Hauber, 1760 Rule 56.1 Stateme
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 901 Certificate of Service Other, filed by John Montalvo, 1046 Order on Motion to Appear Pro Hac Vi
Response to Discovery filed by Bernard Stinchcomb, Christine Stinchcomb, 953 Amended Notice of Appeal, filed b
Plaintiffs, 1005 Affirmation in Opposition,,, filed by Plaintiffs Liaison Counsel, 1379 Reply Memorandum of Law i
of Motion, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environn
Inc., Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 970 Reply Memorandu
Law in Support of Motion,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engi
P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., W
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1738 Affidavit of Service Other, filed by Plaintiff
Counsel, 1819 Rule 56.1 Statement filed by City of New York, 1950 Memorandum of Law in Support of Motion fil
Taylor Recycling Facility LLC, 1280 Response to Discovery filed by Nicholas Lusuriello, 1619 Response to Discov
by David Nolan, Louise Nolan, 1907 Counter Statement to Rule 56.1 filed by Plaintiffs Liaison Counsel, 1332 Orde
Case Management Plan,,, 1627 Order on Motion to Compel, 1740 Notice (Other) filed by Plaintiffs Liaison Counsel
Notice (Other) filed by Plaintiffs Liaison Counsel, 2080 Order,,, 2009 Memorandum of Law in Support of Motion f
Survivair Respirators, Inc., 1410 Endorsed Letter,, 981 Notice (Other) filed by Plaintiffs Liaison Counsel, 1225 Stip
and Order,,, 1881 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1
Stipulation and Order,,,, 1070 Stipulation and Order of Dismissal,,,, 1551 Order,,, 1511 Order on Motion to Amend/
Order on Motion to Substitute Party,, 1574 Affidavit in Support of Motion filed by City of New York, 1317 Respon
Discovery filed by Robert Suarez, 1563 Affidavit of Service Other filed by Taylor Recycling Facility LLC, 1431 No
(Other) filed by Plaintiffs Liaison Counsel, 1863 Declaration in Support of Motion filed by Taylor Recycling Facilit
2026 Rule 7.1 Corporate Disclosure Statement filed by Buro Happold Consulting Engineers, P.C., 1223 Order, 118
MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison Counsel, 1701 Affirmation in Support of Motion filed
Michelle Haskett–Godbee, 1291 Response to Discovery filed by Michael Panarella, 1268 Response to Discovery fil
Frank Goffredo, 1369 Order,,, 1962 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs a
The Port Authority of New York and New Jersey pursuant to the New York State Defense Emergency Act. filed by
Authority of New York &New Jersey, 1977 Memorandum of Law in Support of Motion, filed by The Port Authorit
York &New Jersey, 1495 Stipulation and Order, Set Motion and RRDeadlines/Hearings, 1871 Rule 56.1 Statement
Taylor Recycling Facility LLC, 1474 Order, 1292 Response to Discovery filed by Michael Panarella, 922 Stipulatio
Order of Dismissal,, 1639 Endorsed Letter, Add and Terminate Attorneys,,,, 2085 Memo Endorsement, Add and Te
Attorneys,,,, 1318 Response to Discovery filed by Robert Suarez, 1973 Rule 56.1 Statement, filed by Gilsanz, Murr
Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &
LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting
Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway
Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &
Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Ea
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzochi Wrecking, Ewell W. Fin
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Mazzochi Wrecking, Atlantic Heydt Corp., City of New York, Semo
Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R
Skanska Koch, Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold
Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E
Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer As
LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzochi Wrecking Inc., Br
National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City
York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton
Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa,
Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet
Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Const
Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., L
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental
Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., W
Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C.,
Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C.,
Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Cons
Corp., 1273 Response to Discovery filed by Frank Goffredo, 1662 Declaration in Support of Motion, filed by Plaint

Liaison Counsel, 1483 MOTION to Preclude and for Default against the Defendant City of New York. filed by Plai
Liaison Counsel, 2022 Notice of Adoption of Master Answer filed by Berkel &Co. Contractors, Inc., 1748 MOTION
Summary Judgment on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction of New Y
Tishman Interiors Corp.. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporati
New York, Tishman Interiors Corporation, 1806 Certificate of Service Other filed by Phillips and Jordan, Inc., 1795
MOTION to Compel Production of Documents Withheld Under Improper Claims of Privilege. filed by Plaintiffs Lia
Counsel, 1391 Affirmation filed by Plaintiffs Liaison Counsel, 2050 Notice of Appeal, filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Evergreen Recycling of Coro
Construction Co., Inc., City of New York, Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Con
Corp., 1575 Affidavit in Support of Motion filed by City of New York, 1824 MOTION for Summary Judgment re C
(06 cv 08692). filed by Taylor Recycling Facility LLC, 1221 Memo Endorsement, 916 Memorandum of Law in Opp
to Motion, filed by Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., B
Environmental, Inc., 1554 Affidavit in Support of Motion filed by City of New York, 2123 Order,,, 1340 Notice (Ot
by Plaintiffs Liaison Counsel, 2108 Protective Order, 1331 Order,, 2117 Rule 56.1 Statement filed by The Port Auth
New York &New Jersey, 1494 MOTION to Preclude and For Default Against Defendants for Failing to Timely and
Completely Respond to Plaintiffs FIRST SET OF DEMANDS FOR INFORMATION AND DOCUMENT PRODU
filed by Plaintiffs Liaison Counsel, 1584 Order,,,, 1169 Endorsed Letter,, 977 Order of Dismissal,, 1411 Endorsed L
904 Notice (Other) filed by Plaintiffs Liaison Counsel, 995 Stipulation and Order, Set Motion and RRDeadlines/Hea
1053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1309 Response to Discovery filed by Frank Scallo, 1049 En
Letter,, 1058 Notice (Other) filed by Plaintiffs Liaison Counsel, 1377 Notice (Other) filed by Plaintiffs Liaison Cou
1219 Order,,, 1110 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan,
Construction Corporation of New York, Tishman Interiors Corporation, 1195 Declaration in Support filed by Joette
DeGiovine, Daniel DeGiovine, 1873 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1405 Response to
Discovery filed by Robert Panarella, 1759 Notice (Other) filed by Phillips and Jordan, Inc., 1520 Notice (Other) file
Plaintiffs Liaison Counsel, 1892 Affidavit in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 2076 Stipulation and Order,,, 1246 Stipulation and Order of Dismissal,,, 936 Notice (Other) f
Plaintiffs Liaison Counsel, 935 Notice (Other) filed by Plaintiffs Liaison Counsel, 1100 Notice of Adoption of Mast
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 899 MOTION for Reconsideration Affirmation of Denise A. Rubin in Support of the
filed by Plaintiffs Liaison Counsel, 1348 Request for Production of Documents filed by Karen Labetti, Michael Lab
Notice (Other) filed by Plaintiffs Liaison Counsel, 1899 Order,,,, 1948 Memorandum of Law in Support filed by Ev
Environmental &Geological Science &Management, LLC., 1576 Affidavit in Support of Motion, filed by City of N
1089 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 2082 Notice of Appearance filed by Weeks Marine, Inc.,
Declaration in Support of Motion,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., A
Earth &Environmental, Inc., Tully Construction Co., Inc., City of New York, Turner Construction Company, Plaza
Construction Corp., 1856 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1821 MOTION
Summary Judgment re Cantore (06 cv 10654). filed by Taylor Recycling Facility LLC, 1722 Notice of Voluntary D
– Signed,, 1889 Affidavit in Support of Motion filed by Evans Environmental &Geological Science &Management,
1865 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1290 Response to Discovery filed by
Nolan, 1620 Order, Terminate Motions,, 1610 Order,, 1758 Notice (Other) filed by Phillips and Jordan, Inc., 1648
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA
Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC
&Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle
Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contracto
Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Tota
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point E
Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze
Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein As
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transporta
Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ruth
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1721 MOTION for George N. Kalamaras to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel,
Certificate of Service Other, filed by Phillips and Jordan, Inc., 1236 Notice (Other) filed by Plaintiffs Liaison Couns
Order, 1259 Stipulation and Order, 1207 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 13

Notice (Other) filed by Plaintiffs Liaison Counsel, 1349 Request for Production of Documents filed by Nicholas Lu
1099 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 1548 Order,,, 1726 MOTION for a Voluntary Dismissal
the Court Considers Proper Pursuant to FRCP 41 (a) (2). filed by John Dunne, Lynn Taylor, Daniel Taylor, James A
1117 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 1025 Endorsed Letter, 1336 Affidavit of Service Other fi
Plaintiffs Liaison Counsel, 1725 Order on Motion to Appear Pro Hac Vice, 900 MOTION for Reconsideration Plain
Memorandum of Law in Support. filed by Plaintiffs Liaison Counsel, 1857 Declaration in Support of Motion filed b
Recycling Facility LLC, 1136 Order Admitting Attorney Pro Hac Vice, 1628 Notice (Other) filed by Plaintiffs Liais
Counsel, 1393 Stipulation and Order,,, 1140 MOTION for Partial Summary Judgment. filed by AMEC Construction
Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Ev
Recycling of Corona, Tully Construction Co., Inc., Turner Construction Company, Plaza Construction Corp., 975 U
Order, 1253 Order, 1743 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 1944 R
Statement filed by Evans Environmental &Geological Science &Management, LLC., 1942 Memorandum of Law in
filed by Evans Environmental &Geological Science &Management, LLC., 1271 Response to Discovery filed by An
Dunaway, 1356 Request for Production of Documents filed by Diane Scallo, Andrew Scallo, 969 Reply Affirmation
Support of Motion,,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering
Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Weidlin
Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton Tomasetti Group, Inc., Gold
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Assoc
P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1796 MOTION for Summary Judgment Gipe Affi
Casey. filed by Evans Environmental &Geological Science &Management, LLC., 1579 Declaration in Support, filed
J. Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 1931 Certificate of Serv
Other, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, T
Interiors Corporation, 2122 Order, 1224 Order, 1591 Order,,, 2047 Notice of Voluntary Dismissal – Signed, 2023 E
Letter,, 1370 Order,,, 1321 Endorsed Letter,,, 1776 MOTION for Summary Judgment re: Greco. filed by Phillips an
Inc., 2116 Notice of Appeal, filed by En−Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Cant
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., V
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic
Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.,
Robertson Associates, R.L.L.P., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Nacirem
Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Voll
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Ventu
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler
&Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., I
Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Rob
Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1562 Amended Answer to Complaints filed by Taylor Recycling Facility LLC, 1108 Notice of Adoption of Master A
filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishma
Interiors Corporation, 1417 Order,,,,,,,, 1692 Notice (Other) filed by Plaintiffs Liaison Counsel, 1589 MOTION for J
Coyle to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deuts
Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1684 Order on Motion to
Amend/Correct,, 1529 MOTION for Zev Raben to Appear Pro Hac Vice. filed by The Port Authority of New York a
Jersey, 1735 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1960 Counter Statement to Rule 56.1, f
Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engine
P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Rober
Associates Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C.,
Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engi
Lucius Pitkin, Inc., 1729 Certificate of Service Other,, filed by John Dunne, Lynn Taylor, Daniel Taylor, James Alb
Stipulation and Order, Set Deadlines/Hearings,, 1180 MOTION to Vacate 1160 Order,,. filed by Plaintiffs Liaison C
1878 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1757 Notice (O
filed by Phillips and Jordan, Inc., 1533 Notice (Other) filed by Plaintiffs Liaison Counsel, 2037 Transcript, 1330 Ce
of Service Other,, filed by marion s. mishkin, 1106 Notice of Adoption of Master Answer filed by Tishman Construe
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1481 M
to Preclude and for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel, 1561 Affid
Service Other filed by Taylor Recycling Facility LLC, 1123 Notice of Adoption of Master Answer filed by Tishman

Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1793 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1866 Certificate of Service Other, filed b
Recycling Facility LLC, 1603 Order,,,, 1302 Stipulation and Order of Dismissal,,,,,, 949 Order Admitting Attorney
Vice, 1696 MOTION for Summary Judgment On Behalf of the Structural Engineer Defendants. filed by Gilsanz, M
Steficek, LLP, Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell
Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, Goldstein Associates Consulting Engineers, P.C., WSP Canto
Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers,
Pitkin, Inc., 1243 Stipulation and Order of Dismissal,,, 1367 Stipulation and Order, 1276 Response to Discovery, fil
Thomas M. Flanders, 1158 Notice of Adoption of Master Answer filed by Phillips and Jordan, Inc., 1455 Affirmatio
by C.B. Contracting Corp., 1753 Affidavit in Support of Motion, filed by Tishman Construction Corporation of Man
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1936 Rule 56.1 Statement filed by
Environmental &Geological Science &Management, LLC., 944 Order on Motion for Reconsideration, 1296 Respon
Discovery filed by Jason Porcaro, 1764 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc
Response to Discovery filed by Dennis M. O'Connor, 2111 Order,,,, 2091 Order, 1373 Order,, 1751 MOTION for S
Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1167 Endorsed Letter,,, 1284
to Discovery filed by Dennis M. O'Connor, 1134 Notice (Other) filed by Plaintiffs Liaison Counsel, 1624 Order,,, 1
Response to Discovery filed by Dennis M. O'Connor, 1094 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1205 Memorandum of Law in Support of Motion filed by Tishman Construction Corporation of Manhattan, Tishma
Construction Corporation of New York, Tishman Interiors Corporation, 1413 Order,,, 1682 Notice (Other) filed by
Liaison Counsel, 1697 Rule 56.1 Statement,, filed by Gilsanz, Murray, Steficek, LLP, Skidmore Owings &Merrill L
Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engin
P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates,
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Sil
Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 2033 Endorsed Letter,, 1198 Affidavit
Service Other filed by Joette DeGiovine, Daniel DeGiovine, 902 Notice of Appearance filed by 22 Non–Resp, Darl
Montalvo, John Montalvo, 979 Notice (Other) filed by Plaintiffs Liaison Counsel, 1212 Order, 1021 USCA Mandat
Stipulation and Order,,, 1838 Certificate of Service Other, filed by Taylor Recycling Facility LLC, 1063 Notice (Oth
by Plaintiffs Liaison Counsel, 1543 Order on Motion to Preclude, 1335 Stipulation and Order of Dismissal, 1092 No
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1437 Stipulation and Order of Dismissal,,, 1834 Memorandum of Law in
of Motion filed by Taylor Recycling Facility LLC, 1467 Notice of Appearance filed by Bovis Lend Lease LMB, Inc
Pre–Conference Statement filed by Samuel Provisero, 1258 Stipulation and Order,,,,,, 1769 MOTION for Summary
Judgment re: Casey. filed by Phillips and Jordan, Inc., 1192 Affidavit of Service Other filed by John Raehse, Paula
1003 Affirmation, filed by Plaintiffs Liaison Counsel, 2061 Memorandum of Law in Opposition to Motion,,,, filed b
Port Authority of New York &New Jersey, 1327 Notice (Other) filed by Plaintiffs Liaison Counsel, 1013 Notice (O
filed by Plaintiffs Liaison Counsel, 1359 Request for Production of Documents filed by Robert Suarez, 1674 Order,,
Response to Discovery filed by Michael Labetti, 1617 MOTION for Jairo Andres Mayor to Appear Pro Hac Vice. fi
Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank Trust Corporation, Deutsche Bar
Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 933 Reply Affirmation in Support, fi
Plaintiffs Liaison Counsel, 1251 Stipulation and Order,,, 1772 MOTION for Summary Judgment Notice of Motion
filed by Evans Environmental &Geological Science &Management, LLC., 1027 Notice (Other), Notice (Other), Not
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Oth
Notice (Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood,
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Con
Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departme
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Re
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp

Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C Notice (Other) filed by Plaintiffs Liaison Counsel, 1594 Rule 7.1 Corporate Disclosure Statement filed by American Building Maintenance Industries, Inc., 1742 Affirmation in Opposition to Motion, filed by Plaintiffs Liaison Counsel Endorsed Letter, 1817 Memorandum of Law in Support of Motion filed by City of New York, 1082 Notice of Adop Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Tishman Interiors Corporation, 1040 MOTION for Madro Bandaries to Appear Pro Hac Vice. filed by Phillips and J Inc., Phillips and Jordan, 1912 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 972 Notice (Other), N (Other) filed by marion s. mishkin, 2074 Supplemental ROA Sent to USCA – Index,, 1073 Stipulation and Order of Dismissal,,.,, 906 Notice (Other) filed by Plaintiffs Liaison Counsel, 1864 Declaration in Support of Motion filed by Recycling Facility LLC, 1079 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1946 Rule 56.1 Staten by Evans Environmental &Geological Science &Management, LLC., 2014 MOTION for Christopher Quinn to Appe Hac Vice. filed by Survivair Respirators, Inc., SURVIVAIR RESPIRATORS, INC., 2003 Affidavit in Support, filed Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Ski Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.0 Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American C Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laqu Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., L Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1997 MOTION for Summary Judgment Dismissing Claims of C1 and B3 Plaintiffs against The Port Authority of New Yo New Jersey pursuant to the New York State Defense Emergency Act. filed by The Port Authority of New York &Ne Jersey, 2049 MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short No Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOT Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Fili 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice I Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Short Notice Pending Appeal. (Filing Fee $ 39.00.) MOTION to Stay on Short Notice Pending Appeal. (Filing Fee $ filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Eng P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzz Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen W Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray S LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construct Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., I Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equip Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Luc Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2075 Order, 1024 Order, Notice (Other) filed by Plaintiffs Liaison Counsel, 1231 Order, 1177 Rule 56.1 Statement, filed by En–Tech Corp., Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dak

Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., Peter Scalamandre &Sons, Inc., PT &L C
Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental C
Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., C.B. Contra
Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema Industries, Inc., Moretrench American
Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Wel
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Const
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental
Inc., Brer−Four Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling,
Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 1454 Notice
filed by Plaintiffs Liaison Counsel, 1492 Notice (Other) filed by Plaintiffs Liaison Counsel, 1880 Rule 56.1 Stateme
by Evans Environmental &Geological Science &Management, LLC., 2001 Order to Show Cause,,, 939 Endorsed L
1209 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpora
New York, Tishman Interiors Corporation, 1691 Notice (Other) filed by Plaintiffs Liaison Counsel,
Affidavit of Service Other,,, filed by Plaintiffs Liaison Counsel, 1374 Notice (Other) filed by Plaintiffs Liaison Cou
1366 Stipulation and Order, 2044 Affidavit filed by Gregory J Cannata &Associates, 893 Stipulation and Order of
Dismissal,,,, 1577 Order, Set Deadlines/Hearings, 1528 Notice (Other) filed by Plaintiffs Liaison Counsel, 1233 Stip
and Order,,, 1886 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science
&Management, LLC., 1550 Order,,, 1681 Endorsed Letter,, 1923 Certificate of Service Other,,, filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1444 MOTION for Summary Judgment Dismissing Defendants Not Named in Core Discovery. filed by En−Tech C
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Ind
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo−Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, I
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Cor
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Ne
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. − Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, E
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP C
Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executi
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Sin
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer−Four Transportation Corp., New York Crane &Equip
Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance
Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Luc
Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2060 Memorandum of L
Opposition filed by Gregory J Cannata &Associates, 1694 Memorandum of Law in Support of Motion, filed by The
Authority of New York &New Jersey, 1879 Rule 56.1 Statement filed by Evans Environmental &Geological Scienc
&Management, LLC., 2025 Notice of Adoption of Master Answer filed by Buro Happold Consulting Engineers, P.C
Stipulation and Order of Dismissal,,, 1951 Declaration in Support, filed by Evans Environmental &Geological Scien
&Management, LLC., 1002 Notice (Other) filed by Plaintiffs Liaison Counsel, 1355 Request for Production of Docu
filed by Jason Porcaro, 2004 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En−Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed
Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construc
Group, L.L.C., Dakota Demo−Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incor
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and
Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International,
Safety Services, LLC, Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Constr
Management Corp., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakot
Demo−Tech, Inc., Evans Environmental &Geological Science &Management, LLC., Robert Silman Associates, C.B.
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corporation, Mazzoc
Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Componer
Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Phillips and Jordan, Inc., Li
Mutual Group, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc.,
Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C.,

Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Braker Roofing Corporation, Roy Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, Gilsanz Murray Steficek LLP, Turn A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquil Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Cons Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovis Holdings Limited, Franci Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material, Inc., Brer–Four Transportat Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., A Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully Consulting Corp., Liberty Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1090 Notice of A of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of York, Tishman Interiors Corporation, 1622 Order,,, 912 Notice (Other) filed by Plaintiffs Liaison Counsel, 1924 MC for Summary Judgment re:Scott Malkoff and Irina Malkoff on behalf of Tishman Construction Corporation of Man Tishman Construction Corporation of New York and Tishman Interiors Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1295 R to Discovery filed by Jason Porcaro, 1787 Certificate of Service Other,, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1451 Notice (Other) fi Plaintiffs Liaison Counsel, 1929 Rule 56.1 Statement filed by Tishman Construction Corporation of Manhattan, Tis Construction Corporation of New York, Tishman Interiors Corporation, 1996 Certificate of Service Other filed by P and Jordan, Inc., 1260 Notice of Appearance filed by Mark Gajewski, 1993 MOTION for Summary Judgment for P Christopher Castro. filed by Phillips and Jordan, Inc., 1943 Declaration in Support,, filed by Evans Environmental &Geological Science &Management, LLC., 1910 Stipulation and Order,,, 1350 Request for Production of Documen by David Nolan, Louise Nolan, 1450 Notice (Other) filed by Plaintiffs Liaison Counsel, 1831 MOTION for Summa Judgment re Castro (06 cv 07287). filed by Taylor Recycling Facility LLC, 1773 Memorandum of Law in Support o filed by Phillips and Jordan, Inc., 1385 Notice (Other) filed by Plaintiffs Liaison Counsel, 1930 MOTION for Summ Judgment re: case nos. 06CV09818, 06CV08517, 06CV09273, 06CV08609, 06CV08692, 06CV10603, 06CV10937 06CV11710, 06CV11814, 06CV12743. filed by Survivair Respirators, Inc., 1114 Notice of Adoption of Master Ans by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte Corporation, 1194 Memorandum of Law in Support filed by Joette DeGiovine, Daniel DeGiovine, 1970 Declaration Support of Motion, filed by The Port Authority of New York &New Jersey, 2106 Stipulation and Order, 2021 Rule Corporate Disclosure Statement filed by Berkel &Co. Contractors, Inc., 1489 Stipulation and Order of Dismissal, 12 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construct Corporation of New York, Tishman Interiors Corporation, 1534 Notice (Other) filed by Plaintiffs Liaison Counsel, Order, Set Deadlines/Hearings, Set Motion and RRDeadlines/Hearings, 962 Stipulation and Order of Dismissal,, 14 MOTION to Amend/Correct Caption. MOTION to Substitute Party. Old Party: Raymond Hauber, New Party: Paul his representative capacity as Executor of the Estate of Raymond Hauber, now deceased. filed by Raymond Hauber, Affidavit in Support of Motion, filed by Survivair Respirators, Inc., 1564 Affirmation filed by Robert L. Gerosa, Inc Notice (Other) filed by Plaintiffs Liaison Counsel, 1935 Affidavit of Service Other filed by Survivair Respirators, Ir Notice (Other) filed by Plaintiffs Liaison Counsel, 2068 Notice (Other) filed by Plaintiffs Liaison Counsel, 1468 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1891 Affidavit in Support of Motion filed b Environmental &Geological Science &Management, LLC., 1941 Rule 56.1 Statement filed by Evans Environmenta &Geological Science &Management, LLC., 1583 Reply Memorandum of Law in Support of Motion filed by City o York, 1395 Order, 1159 Endorsed Letter, 1645 Declaration in Support of Motion, filed by Plaintiffs Liaison Counse Reply Memorandum of Law in Support, filed by Plaintiffs Liaison Counsel, 985 Endorsed Letter,, 1531 Order, 1218 Stipulation and Order of Dismissal, 1833 Memorandum of Law in Support of Motion filed by Taylor Recycling Fac LLC, 917 Declaration in Opposition to Motion,, filed by Bechtel Associates Professional Corporation, Bechtel Corp Bechtel Construction, Inc., Bechtel Environmental, Inc., 1706 Affidavit in Support of Motion, filed by Gilsanz, Mur Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings & LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constru Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Co Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., To Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment a Manufacturing Corporation, Component Assembly Systems, Inc., Skanska Koch, Inc., Turner Construction Compan Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wreckin Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzooc

Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thor Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environme LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Fo Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 2058 Affidavit in Oppos filed by Gregory J Cannata &Associates, 997 Endorsed Letter, 1050 Order,,,, 994 Notice (Other) filed by Plaintiffs I Counsel, 1420 Affirmation filed by Plaintiffs Liaison Counsel, 1269 Response to Discovery filed by Andrew Dunav Endorsed Letter, 1208 Declaration in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Construction Corporation of New York, Tishman Interiors Corporation, 1097 Notice of Adoption of Master Answer Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interic Corporation, 951 Stipulation and Order of Dismissal,, 1914 Endorsed Letter, Set Deadlines/Hearings,,,,, 967 Endor Letter, 1414 Order,,, 1707 MOTION For Lone Pine Order Notice of Motion by The Port Authority of New York and Jersey For Lone Pine Order. filed by The Port Authority of New York &New Jersey, 1915 Reply Memorandum of L Support of Motion filed by Michelle Haskett–Godbee, 1927 Affidavit in Support of Motion, filed by Tishman Cons Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1084 N Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo New York, Tishman Interiors Corporation, 1994 Notice (Other) filed by Plaintiffs Liaison Counsel, 1299 Response Discovery filed by Andrew Scallo, 1657 Order,,, 1093 Notice of Adoption of Master Answer filed by Tishman Cons Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 892 No (Other) filed by Plaintiffs Liaison Counsel, 1710 Endorsed Letter, 1750 MOTION for Summary Judgment on behalf Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York and Tishman Int Corporation. filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New Tishman Interiors Corporation, 1734 Affidavit of Service Other, filed by Plaintiffs Liaison Counsel, 1421 Notice (O filed by Plaintiffs Liaison Counsel, 980 Notice (Other) filed by Plaintiffs Liaison Counsel, 954 Notice (Other) filed Plaintiffs Liaison Counsel, 976 Endorsed Letter,,, 1532 MOTION for Mary Eleonor Diaz Ignacio to Appear Pro Hac filed by The Port Authority of New York &New Jersey, The Port Authority of New York and New Jersey, 1623 Orc Motion to Appear Pro Hac Vice,,, 2067 Notice (Other) filed by Plaintiffs Liaison Counsel, 1257 Order,,,, 1006 Noti (Other) filed by Plaintiffs Liaison Counsel, 978 Stipulation and Order of Dismissal,, 1086 Notice of Adoption of Ma Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1469 Declaration in Support of Motion,, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1717 Notice (Other) fi Plaintiffs Liaison Counsel, 1643 MOTION for Joseph A. Clark to Appear Pro Hac Vice. filed by Deutsche Bank Tru Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1 Memorandum of Law in Support of Motion filed by Evans Environmental &Geological Science &Management, LL MOTION for Summary Judgment for Plaintiff Fernando Grimaldi. filed by Phillips and Jordan, Inc., 1592 Order,,, Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1762 MOTION Summary Judgment re Cantore. filed by Phillips and Jordan, Inc., 1490 Stipulation and Order,,, 1593 Order,,, 1724 for Patricia I. Jorge to Appear Pro Hac Vice. filed by Dean Curti, Plaintiffs Liaison Counsel, 1672 FIRST MOTION Protective Order Based on Privacy Act. filed by United States, 1638 Memorandum of Law in Opposition filed by Ra Hauber, 1990 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1234 Consent, filed by Curti, 1850 MOTION for Summary Judgment. filed by Survivair Respirators, Inc., 1065 Order,,, 1689 Order on Mo Appear Pro Hac Vice,, 1190 Declaration in Support of Motion, filed by John Raehse, Paula Raehse, 1957 Certificate Service Other filed by Taylor Recycling Facility LLC, 1252 Stipulation and Order of Dismissal, 1081 Notice of Adc Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Nev Tishman Interiors Corporation, 1149 MOTION for Partial Summary Judgment. filed by City of New York, 934 Stip and Order of Dismissal, 1659 Notice (Other) filed by Evans Environmental &Geological Science &Management, Ll Memorandum of Law in Support of Motion,, filed by The Port Authority of New York &New Jersey, 1030 Notice ( filed by Plaintiffs Liaison Counsel, 1761 Certificate of Service Other,, filed by Tishman Construction Corporation o Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1188 MOTION to Vac Order,,. filed by John Raehse, Paula Raehse, 1512 Notice (Other) filed by Plaintiffs Liaison Counsel, 1545 MOTIO Quash Subpoenas. filed by City of New York, 1716 Notice (Other) filed by Plaintiffs Liaison Counsel, 1281 Respon Discovery filed by Nicholas Lusuriello, 1578 MOTION to Compel Witnesses to appear for deposition. filed by John Quinn, Frank Malone, Harold Valencia, Daniel Taylor, James Albach, Raymond Hauber, 2110 Declaration in Suppo Motion, filed by Mount Sinai Medical Center, 1375 Notice (Other) filed by Plaintiffs Liaison Counsel, 1328 Stipula Order of Dismissal, 998 Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Canron Constru Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractin Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C. &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp

Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 1394 Notice (Other) filed by Plaintiffs Liaison Counsel, 1581 Notice (Other) filed by Plaintiffs Liaison Counsel, 1129 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1392 Notice (Other) filed by Plaintiffs Liaison Counsel, 1635 Reply Memorandum of Law in Oppisition to Motion, filed by Raymond Hauber, 1609 Affirmation filed by City of New York, 1747 FIRST MOTION for Summary Judgment. filed by Evans Environmental &Geological Science &Management, LLC., 1189 Memorandum of Law in Support of Motion filed by John Raehse, Paula Raehse, 1688 Affirmation filed by Semcor Equipment and Manufacturing Corporation, 1199 Affidavit of Service Other filed by Joette DeGiovine, Daniel DeGiovine, 1621 Order,,, 1434 Notice (Other) filed by Plaintiffs Liaison Counsel, 1482 MOTION to Preclude and for Default against the Defendant City of New York. filed by Plaintiffs Liaison Counsel, 2000 Rule 56.1 Statement filed by The Port Authority of New York &New Jersey, 1572 MOTION to Quash Subpoenas to NYPD Medical Board Doctors. filed by City of New York, 1365 Reply Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 2013 Notice (Other) filed by Gregory J Cannata &Associates, 1320 Endorsed Letter,, 1031 Notice (Other) filed by Plaintiffs Liaison Counsel, 2055 Affirmation in Opposition to Motion,,, filed by Michelle Haskett–Godbee, 1939 Rule 56.1 Statement filed by Evans Environmental &Geological Science &Management, LLC., 1055 Notice (Other) filed by Plaintiffs Liaison Counsel, 2005 Declaration in Support, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAE Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Construction Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services Mazzochi Wrecking, Ewell W. Finley, P.C., Moretrench American Corporation, Plaza Construction Management C Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Co Corp., Mazzochi Wrecking, Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corp., Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Liberty Mutual, Turner Construction Company, Buro Happold Consulting Engineers, P.C., Bovis Lend Lease, Inc., Weidlinger Asso Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrench American C Bovis Lend Lease Inc., Wolkow Braker Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzochi Wrecking, Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Inc., The City of New York, Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Cont Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Rober Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., N Construction Co., Bovis Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease In Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equ Rental Material, Inc., Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equ Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction Intern L.L.C., Tully Consulting Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 2031 Order on Motion to Appear Pro Hac Vice, 2081 Notice of Appearance filed by Verizon York Inc., 1976 Memorandum of Law in Support of Motion filed by Phillips and Jordan, Inc., 1882 Memorandum of Support of Motion filed by Evans Environmental &Geological Science &Management, LLC., 991 Order on Motion Summary Judgment, 1926 Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 957 Certificate of Cou filed by marion s. mishkin, 919 Notice (Other) filed by Plaintiffs Liaison Counsel, 1091 Notice of Adoption of Mast Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1301 Response to Discovery filed by Diane Scallo, Andrew Scallo, 1045 Stipulation

Order of Dismissal,, 1132 Stipulation and Order of Dismissal,,,,,, 1918 Declaration in Support of Motion, filed by T
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1163 Notice (Other) filed by Samuel Provisero, 1693 MOTION for Summary Judgment Notice of Motion for Summ
Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction under New York
Unconsolidated Laws ? 7107. filed by The Port Authority of New York &New Jersey, 1196 Memorandum of Law is
filed by Joette DeGiovine, Daniel DeGiovine, 1485 MOTION to Preclude and for Default against Defendant City of
York. filed by Plaintiffs Liaison Counsel, 968 Reply,, filed by Gilsanz, Murray, Steficek, LLP, Lockwood, Kessler &
Inc., MRA Engineering, P.C., Ewell W. Finley, P.C., Leslie E. Robertson Associates, R.L.L.P., Buro Happold Cons
Engineers, P.C., Weidlinger Associates, Inc., Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Thornton
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Simpson Gumpertz &
Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 1277 Response to
Discovery, filed by Thomas M. Flanders, 1071 Stipulation and Order of Dismissal,,,, 1471 Response to Discovery fi
Diane Scallo, Andrew Scallo, 1675 Notice (Other) filed by Plaintiffs Liaison Counsel, 1303 Stipulation and Order,,,
Reply Memorandum of Law in Support of Motion filed by Tully Environmental Inc., Evergreen Recycling of Coror
Rule 56.1 Statement filed by Survivair Respirators, Inc., 1226 Stipulation and Order of Dismissal,,, 1715 Endorsed l
1711 Protective Order, Add and Terminate Attorneys, 1161 Endorsed Letter, 1075 Stipulation and Order of Dismiss
1112 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Con
Corporation of New York, Tishman Interiors Corporation, 996 Stipulation and Order of Dismissal, 1902 Memorand
Law in Opposition to Motion filed by Plaintiffs Liaison Counsel, 1033 Memorandum of Law in Opposition filed by
Liaison Counsel, 918 Stipulation and Order,, 1837 Memorandum of Law in Support of Motion filed by Taylor Recy
Facility LLC, 1087 Notice of Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan,
Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1756 Memorandum of Law in Sup
Motion, filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 1741 Notice (Other) filed by Plaintiffs Liaison Counsel, 1104 Notice of Adoption of
Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York,
Tishman Interiors Corporation, 898 MOTION for Reconsideration Of April 30, 2008 Order Dismissing Pltfs' Claim
Bechtel Defendants, Interim Stay of Execution of April 30, 2008 Order, and in Alternative, Leave to File Second An
Master Complaint Against Bechtel Defendan filed by Plaintiffs Liaison Counsel, 1754 Affidavit in Support of Motic
by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Inte
Corporation, 1859 Declaration in Support of Motion filed by Taylor Recycling Facility LLC, 1570 Notice (Other) fi
Plaintiffs Liaison Counsel, 1241 Stipulation and Order of Dismissal,, 1542 Order on Motion to Preclude, 1154 Decl
Support of Motion,,, filed by AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth
&Environmental, Inc., Tully Environmental Inc., Evergreen Recycling of Corona, Tully Construction Co., Inc., Tur
Construction Company, Plaza Construction Corp., 1121 Notice of Adoption of Master Answer filed by Tishman
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
1017 Reply Affirmation in Support of Motion, filed by En–Tech Corp., C.B. Contracting Corp., 1654 Order on Mot
Miscellaneous Relief, 1463 MOTION for Judgment on the Pleadings Richard Calderon 06cv10267. filed by Tishma
Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corpor
938 Notice (Other) filed by Plaintiffs Liaison Counsel, 1569 Notice (Other) filed by Plaintiffs Liaison Counsel, 154
1419 Endorsed Letter, 2112 Notice (Other) filed by Plaintiffs Liaison Counsel, 1229 Notice (Other) filed by Plaintif
Liaison Counsel, 1507 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 1111 Notice
Adoption of Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corpo
New York, Tishman Interiors Corporation, 1397 Order, 1242 Endorsed Letter,,, 1120 Notice of Adoption of Master
Interiors Corporation, 1151 Memorandum of Law in Support of Motion filed by City of New York, 1425 Notice (Ot
by Plaintiffs Liaison Counsel, 1885 Declaration in Support of Motion,, filed by The Port Authority of New York &N
Jersey, 1339 Notice (Other) filed by Plaintiffs Liaison Counsel, 947 Memorandum of Law in Support of Motion, file
En–Tech Corp., Diego Construction, Inc., C.B. Contracting Corp., Highrise Hoisting and Scaffolding, Inc., D'Onofr
General Contractors Corp., 1703 Rule 56.1 Statement filed by Michelle Haskett–Godbee, 1256 Stipulation and Orde
MOTION for Cynthia K. Courtney to Appear Pro Hac Vice. filed by Deutsche Bank Trust Corporation, Deutsche B
Company Americas, DB Private Clients Corporation, DBAB Wall Street LLC, 1904 Affirmation in Opposition, file
Plaintiffs Liaison Counsel, 1432 Notice (Other) filed by Plaintiffs Liaison Counsel, 1510 Endorsed Letter,, 1678 De
in Support of Motion, filed by The Port Authority of New York &New Jersey, 1968 Rule 56.1 Statement, filed by G
Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore O
&Merrill LLP, Liberty Mutual Managed Care, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Cord
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, I
&L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., AMEC
&Environmental, Inc., Bovis Lend Lease, Inc., and Tully Construction Co., Inc., Rodar Enterprises, Inc., Tully Cons
Company, Weeks Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environme
Corp., Fleet Trucking, Inc., Bovis International, Inc., Pro Safety Services, LLC, Mazzocchi Wrecking, Ewell W. Finl
Moretrench American Corporation, Plaza Construction Management Corp., Berkel &Co. Contractors, Inc., Manafor
Brothers, Inc., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Evans Environmental &Geological Scien
&Management, LLC., Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety

Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska
Inc., Phillips and Jordan, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulting Eng
P.C., Bovis Lend Lease, Inc., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Moretrench American Corp., Bovis Lend Lease Inc., Phillips and Jordan, Wolkow Brak
Roofing Corporation, Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, L
– Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, In
Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Tully Industries, Inc., The City of New York, C
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gro
Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor
Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Bovi
Holdings Limited, Francis A. Lee Company, HP Environmental, Inc., Bovis Lend Lease Interiors, Inc., LaStrada Ge
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., JP Equipment Rental Material
Brer–Four Transportation Corp., Mazzoochi Wrecking, Scalamandre, New York Crane &Equipment Corp., Wolkov
Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Turner Construction International, L.L.C., Tully C
Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Ru
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
1064 Notice (Other) filed by Plaintiffs Liaison Counsel, 982 Notice (Other) filed by Plaintiffs Liaison Counsel, 143
(Other) filed by Plaintiffs Liaison Counsel, 1868 Rule 56.1 Statement filed by Taylor Recycling Facility LLC, 1779
Memorandum of Law in Support of Motion, filed by Tishman Construction Corporation of Manhattan, Tishman
Construction Corporation of New York, Tishman Interiors Corporation, 1178 Memorandum of Law in Support of M
filed by En–Tech., DMT Enterprise, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian
Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Berkel &Co. Contra
Inc., Manafort Brothers, Inc., C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., At
Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Nacirema In
Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Hallen Welding
Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Cor
One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L.
Inc., FTI Trucking Corp., Tucci Equipment Rental Corporation, Executive Medical Services, P.C., Nicholson Constr
Co., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., JP Equipment Rental N
Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthor
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., Big Apple Wrecking
&Construction Corp., 2062 Affirmation in Opposition to Motion,,, filed by marion s. mishkin, 2038 MOTION to St
Modify and Issues for April 12, 2010 Fairness Hearing. (Filing Fee $ 39.00.) filed by Michelle Haskett–Godbee, 19
Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey, 1289 Response
Discovery filed by David Nolan, 1278 Response to Discovery, filed by Thomas M. Flanders, 1113 Notice of Adopti
Master Answer filed by Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of Ne
Tishman Interiors Corporation, 2045 Order,, 1096 Notice of Adoption of Master Answer filed by Tishman Construc
Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Interiors Corporation, 1686
Stipulation and Order of Dismissal,, 2053 Notice (Other) filed by Plaintiffs Liaison Counsel, 1961 Notice (Other) fi
Phillips and Jordan, Inc., 2012 Affidavit of Service Other filed by Survivair Respirators, Inc., 921 Stipulation and O
Dismissal,, 1448 Stipulation and Order of Dismissal,, 1171 Endorsed Letter,, 1727 Memorandum of Law in Support
Motion filed by John Dunne, Lynn Taylor, Daniel Taylor, James Albach, 1518 Notice (Other) filed by Plaintiffs Lia
Counsel, 1028 Notice (Other) filed by Plaintiffs Liaison Counsel, 1964 Memorandum of Law in Support of Motion
Phillips and Jordan, Inc., 1989 Rule 56.1 Statement filed by City of New York, 1020 Notice (Other) filed by Plainti
Liaison Counsel, 1346 Request for Production of Documents filed by Thomas M. Flanders, 1254 Stipulation and Or
1969 MOTION for Summary Judgment for Plaintiff Jeffrey and Diane Loughery. filed by Phillips and Jordan, Inc.,,
Affirmation in Support of Motion filed by Michelle Haskett–Godbee, 1026 Notice (Other), Notice (Other), Notice (
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti
(Other) filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler
&Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., New York City Department of Transportation, Cord Co
Co. Inc., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C.,
Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporate
Yannuzzi Demolition &Recycling Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., We
Marine, Inc., Yonkers Contracting Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet T
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever
Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety
Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and
Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Comp
Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting
Engineers, P.C., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vol

Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gils
Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., New York City Departn
Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In
Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk,
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Ren
Material, Inc., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp
Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 232 Memorandum of Law in Support of
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 68 Order,,, 260 Order,, 288 Waiver of Service Exec
filed by Plaintiffs Liaison Counsel,, 438 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 414
310 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 82 Order,,,, 404 MOTION to Dismiss. filed by
Construction Company,, Turner/Plaza, A Joint Venture,, 132 Rule 7.1 Corporate Disclosure Statement filed by Plaza
Construction Corp.,, 382 Endorsed Letter,,, 226 Answer to Complaint by World Trade Center Properties LLC,,
Answer to Complaint filed by City of New York,, 486 Order on Motion for Summary Judgment,,, 387 MOTION for
Summary Judgment. filed by Westfield Corporation, Inc.,, Westfield Corporation,, Westfield America, Inc.,, W
WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC,, 528 Endorsed Letter,, 376 Endorsed Letter,,,
Master Allegations filed by Plaintiffs Liaison Counsel,, 66 Transcript,, 175 Answer to Complaint filed by Plaza Con
Corp.,, 445 Notice of Appearance filed by John Montalvo,, marion s. mishkin,, 230 Answer to Complaint filed by B
Lend Lease, Inc., and Tully Construction Co., Inc.,, 420 Endorsed Letter,, 509 Master Allegations filed by Plaintiffs
Counsel,, 545 Notice of Appeal,, filed by Turner Construction Company,, Bechtel Corporation,, The Port Authority
York &New Jersey,, Tully Construction Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Plaza Construction Corp.,, Bovis Lend Lease Interiors, Inc.,, Plaza Construction
Management Corp.,, Tully Construction Company,, Tully Consulting Corp.,, Turner Construction International, L.L.
Bechtel Construction, Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 384
Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel
Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,,
Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol
Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I
Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel
Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp
74 Stipulation and Order,, 76 Endorsed Letter,, 355 Order, Add and Terminate Attorneys,,, 396 Affidavit in Support
Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,,
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trad
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 314 Order,, 375 Notice of Voluntary Dismissal – Si
204 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 449 Affidavit in Opposition to Mo
by Michael Chambers,, 46 Affidavit of Service Other,, 344 Opposition Brief filed by Bovis Lend Lease LMB, Inc.,,,
Endorsed Letter,, 107 Answer to Complaint filed by City of New York,, 300 Waiver of Service Executed, filed by P
Liaison Counsel,, 417 Endorsed Letter,, 482 Order,,, 327 Notice of Appearance filed by Wolkow Braker Roofing
Corporation,, 113 Answer to Complaint filed by Plaza Construction Corp.,, 368 Rule 7.1 Corporate Disclosure State
filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 108 R
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 378 CROSS MOTION to Remand to State Cour
by Battery Park City Authority,, 254 Order on Motion to Appear Pro Hac Vice,, 332 Notice (Other) filed by Plaintiff
Counsel,, 303 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 166 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 501 Notice of Appearance filed by Plaintiffs Liaison Counsel,, 540 Notice of Ap
filed by marion s. mishkin,, 119 Answer to Complaint filed by Plaza Construction Corp.,, 450 Affidavit in Oppositio
Motion, filed by Charles Dalton,, 57 Order,,, 388 MOTION for Judgment on the Pleadings Based on State Statutory
Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse
Port Authority of New York and New Jersey,, 213 Answer to Complaint filed by Plaza Construction Corp.,, 259 Ord
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 534 Memorandum &Opinion,, 33 Ord
524 Notice (Other) filed by Plaintiffs Liaison Counsel,, 494 Reply Memorandum of Law in Support of Motion, filed
Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC

Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 83 Case Management Plan,,,,,,,,,, 456 MOTION for Leave to Appear Pro Hac Vice on behalf of P
Liaison Counsel. filed by Plaintiffs Liaison Counsel,, 163 Answer to Complaint filed by Plaza Construction Corp.,,,
Endorsed Letter,, 187 Answer to Complaint filed by Plaza Construction Corp.,, 92 Order,, 342 Opposition Brief file
City of New York,, 249 Endorsed Letter,, 336 Notice of Appearance filed by Ment Bros. Iron Works Co.,, 79 Order
Deadlines,,,,, 148 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 234 MOTION for Jo
Hopkins to Appear Pro Hac Vice. filed by City of New York,, Turner Construction Company,, AMEC Construction
Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Tully Construction Company,, 323 Rule 7.1
Corporate Disclosure Statement filed by Verizon Properties Inc.,, 544 Memorandum of Law in Support of Motion, f
City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend
LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte
Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Cor
Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati
L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmen
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 49
56.1 Statement filed by City of New York,, 290 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 12
Answer to Complaint filed by Plaza Construction Corp.,, 264 Declaration, filed by Phillips and Jordan,, 461 Notice
filed by Plaintiffs Liaison Counsel,, 283 Reply Memorandum of Law in Support of Motion, filed by Plaintiffs Liaiso
Counsel,, 208 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 365 Order,, 351 Order, 1
Answer to Complaint filed by Plaza Construction Corp.,, 412 Order,,,,, 159 Answer to Complaint filed by Plaza Cor
Corp.,, 121 Answer to Complaint filed by Plaza Construction Corp.,, 489 Endorsed Letter,, 380 Endorsed Letter,, 40
Affidavit of Service Other,, 406 Endorsed Letter,, 50 MOTION for Summary Judgment. filed by City of New York,,
Answer to Complaint filed by Plaza Construction Corp.,, 280 Subpoena Issued, filed by Defendants,, 473 Rule 7.1 C
Disclosure Statement filed by Bechtel Corporation,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bech
Associates Professiona;l Corporation,, Bechtel,, 42 Affidavit of Service Other,, 255 Notice (Other), Notice (Other) fi
City of New York,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Tully Construction Company,,
Notice (Other) filed by Plaintiffs Liaison Counsel,, 348 Endorsed Letter,, 464 Reply, filed by City of New York,, Tu
Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC
Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bov
Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Compan
Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bec
Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel A
Professiona;l Corporation,, Bechtel,, 390 Rule 56.1 Statement, filed by City of New York,, Turner Construction Cor
Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme
Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov
Holdings Limited,, Plaza Construction Management Corp.,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully
Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I
Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, 87 Notice (O
Notice (Other) filed by Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WT
Holding LLC.,, 32 Order,,,, 537 Endorsed Letter,, 496 Reply Memorandum of Law in Support of Motion, filed by S
Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Managemen
L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Tra
Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Hol
L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,,
Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Prope
Inc.,,, 267 Case Management Plan,,,,, 195 Answer to Complaint filed by Plaza Construction Corp.,, 298 Waiver of S
Executed, filed by Plaintiffs Liaison Counsel,, 133 Answer to Complaint filed by Plaza Construction Corp.,, 316 Or
Answer to Complaint filed by Plaza Construction Corp.,, 154 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 143 Answer to Complaint filed by Plaza Construction Corp.,, 101 Answer to Complaint filed b
New York,, 322 Rule 7.1 Corporate Disclosure Statement filed by Verizon New York Inc.,, 220 Rule 7.1 Corporate
Disclosure Statement filed by Plaza Construction Corp.,, 325 Order,, 176 Rule 7.1 Corporate Disclosure Statement f
Plaza Construction Corp.,, 457 Protective Order,, 217 Answer to Complaint filed by Plaza Construction Corp.,, 321
Appearance by Verizon New York Inc.,, Verizon Properties Inc.,, 400 Rule 56.1 Statement, filed by The Port Autho
of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverste
Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade
L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein
Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WT
L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC
Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holding
Silverstein Properties, Inc.,,, 379 Memorandum of Law in Opposition to Motion, filed by Battery Park City Authori
Order,, 139 Answer to Complaint filed by Plaza Construction Corp.,, 70 MOTION to Dismiss. filed by The Port Au

New York &New Jersey,, World Trade Center Properties LLC,, 275 Declaration in Opposition to Motion, filed by Defendants,, 539 Order, 239 Answer to Complaint filed by City of New York,, 488 Declaration, filed by City of New Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 161 Answer to Complaint filed by Plaza Construction Corp.,, 293 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 291 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, Endorsed Letter,, 199 Answer to Complaint filed by Plaza Construction Corp.,, 299 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 206 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 405 Endorsed Letter,, 118 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 137 Answer to Complaint filed by Plaza Construction Corp.,, 84 Declaration,, 198 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 469 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,, Order,, 114 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 243 Order,,,, 532 Order,,, 4 Notice of Change of Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Moretrench American Corporation,, Parson Group, Inc.,, SKIDMORE OWINGS &MERRILL LLP,, LOCKWOOD KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow-Braker Roofing Corporation,, 103 Answer to Complaint filed by City of New York,, 530 Endorsed Letter, Set Deadlines/Hearings,,, 311 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 169 Answer to Complaint filed by Plaza Construction Corp.,, 277 Order,, 52 Response,, 253 Order,, 333 Notice (Other) filed by Plaintiffs Liaison Co 436 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 93 Remark filed by Nomura Holding America Inc.,, 110 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 142 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 231 MOTION seeking an order deeming cross−claims for contribution and indemnity as amongst all co−defendants to have been made and denied.. (Filing Fee $ 39.00.) filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 216 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 135 Answer to Complaint filed by Plaza Construction Corp.,, 183 Answer to Complaint filed by Plaza Construction Corp.,, 508 Material Allegations filed by Plaintiffs Liaison Counsel,, 306 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, Order, Set Hearings,,, 460 Counter Statement to Rule 56.1, filed by City of New York,, Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 352 Order, Add and Terminate Attorneys,,, 36 Order of Dismissal,, 493 Reply Memorandum of Law in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of New York, Inc.,,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 533 Order,, 190 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 369 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 304 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 128 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 71 Memorandum of Law in Support of Motion filed by The Port Authority of New York &New Jersey,, World Trade Center Properties LLC,, 523 Notice (Other) filed by Plaintiffs Liaison Counsel,, 109 Answer to Complaint filed by Plaza Construction Corp.,, 419 Affirmation in Opposition to Motion, filed by Michael Chambers,, 309 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 446 Notice of Change of Address,,,, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co

LaStrada General Contracting Corp.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Mazzoochi Wrecking, Scalamandre,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc., and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Liberty Mutual Managed Care, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp,, Moretrench American Corporation,, Parson Group, Inc.,, Bechtel,, SKIDMORE OWINGS &MERRILL LLP,, LOC, KESSLER &BARTLETT, INC,, Total Safety Consulting, LLC,, Wolkow Braker Roofing Corporation,, 256 Notice filed by Tully Construction Co., Inc.,, 409 CROSS MOTION to Dismiss Master Complaint. filed by Phillips and Jon Order,,, 269 Protective Order, 106 Answer to Complaint filed by City of New York,, 212 Rule 7.1 Corporate Disclo Statement filed by Plaza Construction Corp.,, 178 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,, 102 Answer to Complaint filed by City of New York,, 452 Stipulation and Order,, 30 Notice (Other) filed by Patrick Ryan,, Charles Markey,, 229 Rule 7.1 Corporate Disclosure Statement filed by Bovis Lend Lease, Inc.,, 413 Endorsed Letter, Set Motion and RRDeadlines/Hearings,,,,, 318 Order, Set Deadlines/Hearings,,,,,,,,, 392 MOTION Summary Judgment Based on Federal Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Cen Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Cent L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of York and New Jersey,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.. Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jersey,, The Port Auth New York and New Jersey,, Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, The Port Authority of New York and New Je World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,, 235 Order on Appear Pro Hac Vice, 487 Order,,, 179 Answer to Complaint filed by Plaza Construction Corp.,, 221 Answer to Co filed by Plaza Construction Corp.,, 454 Declaration in Support, filed by Tishman Construction Corporation of New Tishman Construction Corporation of Manhattan,, 522 Notice (Other) filed by Plaintiffs Liaison Counsel,, 165 Answ Complaint filed by Plaza Construction Corp.,, 266 Endorsed Letter,,, 484 Order on Motion for Leave to Appear,,, 37 of Appearance filed by Verizon Communications Inc.,, 367 Rule 7.1 Corporate Disclosure Statement filed by Tishm Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 124 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 490 Endorsed Letter,, 56 Order,,,, 281 Order,, 292 Waiver Service Executed, filed by Plaintiffs Liaison Counsel,, 138 Answer to Complaint filed by Plaza Construction Corp.,, Reply Memorandum of Law, filed by Turner Construction Company,, Tully Construction Co., Inc.,, Silverstein Prop Inc.,, Bovis Lend Lease LMB, Inc.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 V Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, Phillip Jordan,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Silverstein WTC, L.L.C.,, Silverstein W Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.. Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, Turner/Plaza, A Joint Venture,, 483 Orde Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 85 Case Management Plan,,, 257 Endorsed Letter,, Opposition Brief, filed by Plaintiffs Liaison Counsel,, 301 Waiver of Service Executed filed by Plaintiffs Liaison Co 173 Answer to Complaint filed by Plaza Construction Corp.,, 182 Rule 7.1 Corporate Disclosure Statement filed by Construction Corp.,, 397 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &N Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 470 R Memorandum of Law, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Con Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, 43 of Service Other, 295 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 89 Order,,, 349 Endorsed Le Declaration in Support, filed by City of New York,, 155 Answer to Complaint filed by Plaza Construction Corp.,, 58 Transcript, 45 Affidavit of Service Other, 289 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 458 Memorandum of Law in Support of Motion, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Hol Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully I Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, 383 MOTION to Dismiss. filed by City of New York,, Turner Construction Company,, Bechtel Corporatio Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease,,

Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Pla Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, I Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, Bechtel,, <u>62</u> <u>541</u> FIRST MOTION File Additional Master Complaint As To Fresh Kills Defendants. filed by Plaintiffs Liaison C <u>519</u> Order,, <u>328</u> Notice of Appearance filed by Zeckendorf Realty, L.P.,, <u>278</u> Remark,, <u>538</u> Endorsed Letter, Set Deadlines/Hearings,,,,, <u>73</u> Order,,, <u>116</u> Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, Notice of Appearance filed by Nomura Holding America, Inc.,, <u>271</u> MOTION to Compel Discovery and for Sanctic Failure to Comply. filed by Plaintiffs Liaison Counsel,, <u>160</u> Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, <u>462</u> Reply Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, W WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, <u>270</u> Order,,,,, <u>393</u> Certificate of Service Othe by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis L Lease LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bov International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Co Tully Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corporation,, <u>223</u> Answer to Complaint filed by Pl Construction Corp.,, <u>261</u> Endorsed Letter,, <u>345</u> Opposition Brief filed by City of New York, 64 Transcript, <u>366</u> Noti Appearance filed by The Bank of New York Company, Inc.,, The Bank of New York,, One Wall Street Holdings LL Wall Street Corporation,, The Bank of New York Trust Company,, <u>285</u> Waiver of Service Executed, filed by Plainti Liaison Counsel,, <u>502</u> Order,, <u>529</u> Notice of Appearance filed by Nomura Holding America, Inc.,, <u>500</u> Stipulation an of Dismissal,,, <u>228</u> Rule 7.1 Corporate Disclosure Statement filed by Tully Construction Co., Inc.,, <u>546</u> Notice of Appearance filed by Musco Sports Lighting, LLC,, <u>222</u> Rule 7.1 Corporate Disclosure Statement filed by Plaza Con Corp.,, <u>215</u> Answer to Complaint filed by Plaza Construction Corp.,, <u>346</u> Opposition Brief filed by City of New Yor Master Allegations filed by Plaintiffs Liaison Counsel,, <u>98</u> Order,,, <u>120</u> Rule 7.1 Corporate Disclosure Statement fil Plaza Construction Corp.,, <u>189</u> Answer to Complaint filed by Plaza Construction Corp.,, <u>202</u> Rule 7.1 Corporate Dis Statement filed by Plaza Construction Corp.,, <u>372</u> Notice of Appearance filed by Verizon Communications Inc.,, <u>23</u> Affirmation in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Ediso Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding C Inc.,, Consolidated Edison Development, Inc.,, <u>105</u> Answer to Complaint filed by City of New York,, <u>185</u> Answer t Complaint filed by Plaza Construction Corp.,, <u>480</u> Endorsed Letter,,, <u>531</u> Order,, <u>99</u> Order Admitting Attorney Pro l Vice,, <u>111</u> Answer to Complaint filed by Plaza Construction Corp.,, <u>354</u> Order, Add and Terminate Attorneys,,, <u>471</u> Declaration in Support of Motion, filed by City of New York,, Turner Construction Co.,, Turner Construction Comp Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bechtel Construction, Inc.,, Be Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Venture,, Bechtel Associates Professiona;l Corp Bechtel,, <u>41</u> Affidavit of Service Other,, <u>440</u> Affidavit in Opposition to Motion, filed by John Montalvo,, <u>381</u> Notic Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, <u>193</u> Answ Complaint filed by Plaza Construction Corp.,, <u>146</u> Rule 7.1 Corporate Disclosure Statement filed by Plaza Construc Corp.,, <u>125</u> Answer to Complaint filed by Plaza Construction Corp.,, <u>279</u> Reply to Response to Motion, filed by Pla Liaison Counsel,, <u>543</u> MOTION for Leave to Appeal the Order dated October 17, 2006. (Filing Fee $ 39.00.) filed b New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Internation Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construc Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Bechtel,, <u>167</u> Answer to Complaint filed by Plaza Construction Corp Notice (Other) filed by Plaintiffs Liaison Counsel,, <u>441</u> Affidavit in Opposition to Motion, filed by John Montalvo,, Memorandum of Law in Opposition to Motion, filed by Marion s. Mishkin,, <u>248</u> Case Management Plan,, <u>526</u> Stipu and Order of Dismissal,, <u>184</u> Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, <u>150</u> Rule Corporate Disclosure Statement filed by Plaza Construction Corp.,, <u>236</u> Answer to Complaint filed by The Port Aut New York &New Jersey,, <u>334</u> Order, Set Deadlines/Hearings,,, <u>37</u> Order,,,,,, <u>129</u> Answer to Complaint filed by Plaz Construction Corp.,, <u>117</u> Answer to Complaint filed by Plaza Construction Corp.,, <u>513</u> Master Allegations filed by Liaison Counsel,, <u>241</u> Answer to Complaint filed by The Port Authority of New York &New Jersey,, <u>341</u> Oppositio filed by The City of New York,, <u>386</u> Memorandum of Law in Support of Motion, filed by City of New York,, Turne Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Co Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, <u>141</u> Answer to Complaint filed by Plaza Construction Corp.,, <u>282</u>

Memorandum of Law in Opposition to Motion, filed by City of New York,, 38 Order, 181 Answer to Complaint file
Plaza Construction Corp.,, 197 Answer to Complaint filed by Plaza Construction Corp.,, 211 Answer to Complaint f
Plaza Construction Corp.,, 97 Answer to Complaint filed by City of New York,, 168 Rule 7.1 Corporate Disclosure
Statement filed by Plaza Construction Corp.,, 134 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct
Corp.,, 162 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 177 Answer to Complaint f
Plaza Construction Corp.,, 340 Order, 59 Order,, 439 Endorsed Letter,, 35 Order,,,,, 317 Rule 26 Disclosure filed by
Plaintiffs Liaison Counsel,, 474 Answer to Complaint, Third Party Complaint filed by Phillips and Jordan,, 507 Mas
Allegations filed by Plaintiffs Liaison Counsel,, 210 Rule 7.1 Corporate Disclosure Statement filed by Plaza Constru
Corp.,, 276 Memorandum of Law in Opposition to Motion, filed by Bechtel,, 287 Waiver of Service Executed, filed
Plaintiffs Liaison Counsel,, 227 Answer to Complaint filed by The Port Authority of New York &New Jersey,, 515
of Service Other, filed by Plaintiffs Liaison Counsel,, 44 Affidavit of Service Other, 498 Stipulation and Order of D
360 Order, Add and Terminate Attorneys,,, 418 Affirmation in Opposition to Motion, filed by Thomas Asher,, 192 I
Corporate Disclosure Statement filed by Plaza Construction Corp.,, 315 Order, 172 Rule 7.1 Corporate Disclosure S
filed by Plaza Construction Corp.,, 394 MOTION for Summary Judgment Based Upon Status as Out–of–Possession
filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 407 Rule 7.1 Corporate Disclosure Statement filed by Tully Environmental Inc.,, 218 Rule 7.1 Cor
Disclosure Statement filed by Plaza Construction Corp.,, 258 Endorsed Letter,,, 410 Notice of Appearance filed by V
New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 357 Order, Add and Terminate Attorneys,,
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 224 Rule 7.1 Corporate Disclosure Stat
filed by Plaza Construction Corp.,, 403 Memorandum of Law in Support of Motion, filed by Silverstein Properties,
Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V
Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.
Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2
Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding
L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.
Answer to Complaint filed by Plaza Construction Corp.,, 188 Rule 7.1 Corporate Disclosure Statement filed by Plaz
Construction Corp.,, 296 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 463 Reply Memorandum
in Support of Motion, filed by Consolidated Edison Company of New York, Inc.,, Consolidated Edison Company of
York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solutions, Inc.,, Consolidated Edison Company of Nev
Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolida
Edison Development, Inc.,, 53 Declaration in Opposition to Motion, filed by Hill Properties LLC,, 398 Rule 56.1 Statement, filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, Wo
Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 Wor
Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, Silverstein Properties,, World Trade
Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Pr
L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC H
L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc.,,, 237 Answer to Complaint filed by The Port Authori
New York &New Jersey,, 465 Reply Memorandum of Law in Support of Motion, filed by The Port Authority of Ne
&New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey by
Tartamella,, 272 MOTION to Compel Defendant Bechtel's Compliance with Subpoenas and for an Order of Contem
their failure to respond to same. filed by Plaintiffs Liaison Counsel,, 497 Reply Memorandum of Law in Support of
filed by Silverstein Properties, Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein
Management Co., L.L.C.,, 2 World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.
World Trade Center, L.L.C.,, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,
Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manage
1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverste
Properties, Inc.,,, 294 Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 145 Answer to Complaint fi
Plaza Construction Corp.,, 156 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 389
Memorandum of Law in Support of Motion, filed by Westfield Corporation, Inc.,, Westfield Corporation, Inc.,, Wes
America, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 63 Endorsed Letter
Hearings, 371 Notice of Appearance, filed by Tishman Construction Corporation of New York,, Tishman Construct
Corporation of Manhattan,, 326 Order,,, 350 Notice (Other) filed by Verizon New York Inc.,, Verizon Properties Inc
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 444 Notice of Appearance filed by CD
York) L.L.C.,, 205 Answer to Complaint filed by Plaza Construction Corp.,, 88 Notice (Other), Notice (Other) filed
Westfield Corporation, Inc.,, Westfield WTC LLC,, Westfield America, Inc.,, Westfield WTC Holding LLC.,, 447 N
(Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 331 Endorsed Le
Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 72 Remark filed by The Port Authority
York &New Jersey,, World Trade Center Properties LLC,, 377 Order, Set Deadlines,,,,, 60 Order,,, 219 Answer to C
filed by Plaza Construction Corp.,, 467 Reply Memorandum of Law in Support of Motion, filed by Silverstein Prope
Inc.,, Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C

World Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, Silverstein Properties,, World Trade Center Properties LLC,, Silverstein WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 Holdings L.L.C.,, Silverstein WTC Properties, L.L.C.,, Silverstein WTC Facility Manager, L.L.C.,, 1 WTC Holding L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, Silverstein Properties, Inc. ,, Notice (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 96 Answer Complaint filed by City of New York,, 171 Answer to Complaint filed by Plaza Construction Corp.,, 472 Certificate Service Other, filed by City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Constructio Inc.,, AMEC Construction Management, Inc.,, Plaza Construction Corp.,, Plaza Construction Management Corp.,, T Construction Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construc International, L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Turner/Plaza, A Joint Venture,, Bec Associates Professiona;l Corporation,, Bechtel,, 373 Notice of Appearance filed by Verizon Communications Inc.,, Order, Add and Terminate Attorneys, 242 Answer to Complaint filed by Silverstein Properties, Inc.,, World Trade Properties LLC,, 90 Case Management Plan, 401 Rule 56.1 Statement, filed by The Port Authority of New York &N Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 286 W Service Executed, filed by Plaintiffs Liaison Counsel, 47 Order,, 347 Notice (Other) filed by Plaintiffs Liaison Coun Stipulation and Order of Dismissal,,, 147 Answer to Complaint filed by Plaza Construction Corp.,, 153 Answer to C filed by Plaza Construction Corp.,, 411 Rule 7.1 Corporate Disclosure Statement filed by Turner/Plaza, A Joint Ven FIRST MOTION For Leave To File Plaintiffs' Master Complaint As To Fresh Kills Defendants re: 541 FIRST MOT File Additional Master Complaint As To Fresh Kills Defendants. Memorandum In Support. filed by Plaintiffs Liais Counsel,, 67 Endorsed Letter,, 65 Endorsed Letter,, 112 Rule 7.1 Corporate Disclosure Statement filed by Plaza Cor Corp.,, 244 Notice (Other) filed by Latham &Watkins LLP,, 459 Reply Memorandum of Law in Support of Motion, City of New York,, Turner Construction Company,, Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend LMB, Inc.,, AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis Inte Inc.,, Bovis Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Con Company,, Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction Internati L.L.C.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Plaza, A Joint Ve Bechtel Associates Professiona;l Corporation,, Bechtel,, 324 Notice of Appearance filed by Verizon New York Inc., Properties Inc.,, 506 Endorsed Letter,,, 395 MOTION for Judgment on the Pleadings Based on State Common Law Immunity. filed by The Port Authority of New York &New Jersey,, The Port Authority of New York and New Jerse Port Authority of New York and New Jersey,, 203 Answer to Complaint filed by Plaza Construction Corp.,, 214 Ru Corporate Disclosure Statement filed by Plaza Construction Corp.,, 180 Rule 7.1 Corporate Disclosure Statement fil Plaza Construction Corp.,, 385 MOTION for Summary Judgment. filed by Consolidated Edison Company of New Y Inc.,, Consolidated Edison Company of New York, Inc.,,, Consolidated Edison, Inc.,, Consolidated Edison Solution Consolidated Edison Company of New York, Inc.,, Consolidated Edison Energy, Inc.,, Consolidated Edison Communications Holding Company, Inc.,, Consolidated Edison Development, Inc.,, 358 Order, Add and Terminate Attorneys,,, 511 Master Allegations filed by Plaintiffs Liaison Counsel,, 442 Memorandum of Law in Opposition to filed by John Montalvo,, 535 Endorsed Letter,,, 201 Answer to Complaint filed by Plaza Construction Corp.,, 186 R Corporate Disclosure Statement filed by Plaza Construction Corp.,, 353 Order, Add and Terminate Attorneys,, 514 Allegations filed by Plaintiffs Liaison Counsel,, 75 Endorsed Letter,,, Add and Terminate Attorneys, 77 Endorsed L 225 Answer to Complaint filed by Plaza Construction Corp.,, 274 Memorandum of Law in Opposition to Motion, fil Defendants,, 481 Order, 39 Affidavit of Service Other, 95 Notice (Other), Notice (Other) filed by Westfield Corpora Inc.,, Westfield America, Inc.,, Westfield WTC LLC,, Westfield WTC Holding LLC.,, 126 Rule 7.1 Corporate Disc Statement filed by Plaza Construction Corp.,, 200 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construct Corp.,, 157 Answer to Complaint filed by Plaza Construction Corp.,, 284 Waiver of Service Executed, filed by Plai Liaison Counsel,, 330 Notice (Other), Notice (Other) filed by 2 World Trade Center, L.L.C.,, 1 World Trade Center 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C., Holdings, L.L.C.,, 2 WTC Holdings, L.L.C.,, 4 WTC Holdings, L.L.C.,, 5 WTC Holdings, L.L.C.,, 209 Answer to C filed by Plaza Construction Corp.,, 416 Order,,, 468 Reply Memorandum of Law in Support of Motion, filed by The Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, The Port Authority of Ne and New Jersey,, Frances Tartamella,, 34 Order, 370 Rule 7.1 Corporate Disclosure Statement, filed by Tishman Construction Corporation of New York,, Tishman Construction Corporation of Manhattan,, 356 Order, Add and Ter Attorneys,,, 402 Memorandum of Law in Support of Motion, filed by The Port Authority of New York &New Jerse Port Authority of New York and New Jersey,, The Port Authority of New York and New Jersey,, 246 Transcript, 12 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 451 Protective Order, 437 Notice (Other) fil Plaintiffs Liaison Counsel,, 512 Master Allegations filed by Plaintiffs Liaison Counsel,, 337 Endorsed Letter, Set Deadlines/Hearings,,,,, 391 Declaration in Support of Motion, filed by City of New York,, Turner Construction Com Bechtel Corporation,, Tully Construction Co., Inc.,, Bovis Lend Lease LMB, Inc.,, AMEC Construction Manageme Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, Inc.,, Bovis Lend Lease Interiors, Inc.,, Bov Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Company,, Tully Environmental Inc Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C.,, Bovis Lend Lease, Inc. and Tu Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis Lend Lease Inc.,, Turner/Pl Joint Venture,, Bechtel Associates Professiona;l Corporation,, 51 Memorandum of Law in Support of Motion filed b New York,, 194 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 149 Answer to Compl by Plaza Construction Corp.,, 196 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp., 435 N

Appearance filed by Antonio E. Alves,, Maria E. Alves,, 455 Endorsed Letter,,, 54 Order,, 495 Stipulation and Orde... Dismissal,, 61 Transcript, 158 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 308 Wai... Service Executed, filed by Plaintiffs Liaison Counsel,, 240 Answer to Complaint filed by City of New York,, 443 N... Appearance,,,,,, filed by Turner Construction Co.,, Turner Construction Company,, Bechtel Corporation,, Tully Con... Co., Inc.,, The City of New York,, Bovis Lend Lease LMB, Inc.,, Bovis Lend Lease Inc,, Tully Construction Co., In... AMEC Construction Management, Inc.,, Bovis Lend Lease, Inc.,, Plaza Construction Corp.,, Bovis International, In... Lend Lease Interiors, Inc.,, Bovis Holdings Limited,, Plaza Construction Management Corp.,, Tully Construction Co... Tully Environmental Inc.,, Tully Industries, Inc.,, Tully Consulting Corp.,, Turner Construction International, L.L.C... Lend Lease, Inc. and Tully Construction Co., Inc.,, Bechtel Construction, Inc.,, Bechtel Environmental, Inc.,, Bovis... Lease Inc.,, Bechtel Associates Professiona;l Corporation,, 247 Answer to Complaint filed by World Trade Center P... LLC,, 525 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Liaison Counsel,, 536 Notice (Other),... (Other) filed by Verizon New York Inc.,, Verizon Communications Inc.,, Verizon Properties Inc.,, 140 Rule 7.1 Cor... Disclosure Statement filed by Plaza Construction Corp.,, 466 Reply Affidavit in Support of Motion, filed by The Po... Authority of New York &New Jersey,, The Port Authority of New York and New Jersey,, Silverstein Properties, In... Silverstein Properties, Inc.,, World Trade Center Properties, L.L.C.,, Silverstein WTC Management Co., L.L.C.,, 2 V... Trade Center, L.L.C.,, 1 World Trade Center, L.L.C.,, 4 World Trade Center, L.L.C.,, 5 World Trade Center, L.L.C... Silverstein Properties,, The Port Authority of New York and New Jersey,, World Trade Center Properties LLC,, Silv... WTC, L.L.C.,, 1 WTC Holdings L.L.C.,, 2 WTC Holdings L.L.C.,, Silverstein WTC Properties, L.L.C., Silverstein V... Facility Manager, L.L.C.,, 1 WTC Holdings, L.L.C.,, 2 WTC Holdings, L.L.C., 4 WTC Holdings, L.L.C.,, 5 WTC F... L.L.C.,, Silverstein Properties, Inc.,, 516 Master Allegations filed by Plaintiffs Liaison Counsel,, 521 Master Allegat... by Plaintiffs Liaison Counsel,, 329 Notice of Appearance filed by Verizon New York Inc.,, Verizon Properties Inc.,... Waiver of Service Executed, filed by Plaintiffs Liaison Counsel,, 152 Rule 7.1 Corporate Disclosure Statement filed... Construction Corp.,, 131 Rule 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 305 Waiver o... Executed, filed by Plaintiffs Liaison Counsel,, 273 MOTION to Compel the Depositions of Lawrence Martin, Esq.,... Kenneth Becker, Esq.. filed by Plaintiffs Liaison Counsel,, 191 Answer to Complaint filed by Plaza Construction Co... Opposition Brief filed by City of New York,, 268 Order Lifting Stay,,, 301 Order, Add and Terminate Attorneys,,, 1... 7.1 Corporate Disclosure Statement filed by Plaza Construction Corp.,, 265 Order,,, 297 Waiver of Service Execute... by Plaintiffs Liaison Counsel, 312 Order, 868 MOTION for Protective Order Exhibits H–L. filed by En–Tech Corp... Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,... Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructio... L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B... Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I... Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F... Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corpo... Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tu... Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H... Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso... Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc., Buro Happol... Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc.,... LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel... Construction, Inc., LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze Nationa... Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing... Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart... D'Onofrio General Contractors Corp., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting... Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz... Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A. Lee Company, LaStrada... Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., New York Crane &Equipment... Brer–Four Transportation Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc.,... Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking... &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Consulting Engineer... Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle... Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts... Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group,... Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant... Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers... Pitkin, Inc., 779 Notice (Other) filed by Plaza Construction Corp.,, 612 Answer to Complaint filed by Phillips and Jo... Rule 7.1 Corporate Disclosure Statement filed by Gilsanz, Murray, Steficek, LLP, 650 Order, Set Deadlines/Hearing... Response, filed by Maria E. Alves, Antonio E. Alves, 645 Notice (Other), Notice (Other) filed by Plaintiffs Liaison... 758 Amended Answer to Complaints, filed by New York City Department of Transportation, Weeks Marine, Inc.,... Mazzocchi Wrecking, City of New York, Yannuzzi &Sons, Inc., New York City Department of Sanitation, New Yo... Department, 751 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Construction Company, Inc., 749 Rule 7... Corporate Disclosure Statement filed by Bechtel Associates Professional Corporation, 725 Certificate of Service Other file... Cord Contracting Co. Inc., 824 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA... Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., L...

Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomase
Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers,
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Robert Silman Associates
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 712 Rule 7.1 Corporate Disclosure Statement filed by T
Safety Consulting, LLC, Transmission to Attorney Admissions Clerk, 871 Memorandum of Law in Support of Moti
by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidm
Owings &Merrill LLP, Bechtel Associates Professional Corporation, SAB Trucking, Inc., Cord Contracting Co. Inc
Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Co
MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., A
Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinn
Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of
C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., M
Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System
Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu
Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro
Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National,
Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Car
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., I
Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consult
Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 628 N
(Other) filed by Plaintiffs Liaison Counsel, 580 Order, Set Deadlines/Hearings, 858 Stipulation and Order of Dismis
Rule 7.1 Corporate Disclosure Statement filed by Atlantic Heydt Corp., 588 Order,, 778 Notice (Other) filed by Plaz
Construction Corp., 700 Rule 7.1 Corporate Disclosure Statement filed by Hallen Welding Services, Inc., 796 Notic
filed by Plaintiffs Liaison Counsel, 640 Objection (non–motion) filed by Verizon New York Inc., 862 Answer to Am
Complaint filed by American Building Maintenance Industries, Inc., 856 Stipulation and Order of Dismissal,, 595 N
Change of Address filed by 100 Church, LLC, Zar Realty Management Corp., 709 Rule 7.1 Corporate Disclosure St
filed by Leslie E. Robertson Associates, R.L.L.P., 639 Notice (Other) filed by Plaintiffs Liaison Counsel, 815 Rule
Statement,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silma
Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius
Inc., 691 Rule 7.1 Corporate Disclosure Statement filed by Executive Medical Services, P.C., 616 Response to Disc
filed by John Montalvo, 733 Rule 7.1 Corporate Disclosure Statement filed by Royal GM, Inc., 773 Notice (Other)
Plaza Construction Corp., 763 Order Admitting Attorney Pro Hac Vice, 547 Order, Set Deadlines/Hearings,, 561
AMENDED MOTION for Declaratory Judgment Supporting Memo of Law. filed by Michelle Haskett–Godbee, 74
Endorsed Letter, 720 Certificate of Service Other, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterpri
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., SAB Trucking, Inc., Toretta Trucking, Inc., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandr
&Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company
Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finle
Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates,
Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associ
Professiona;l Corporation, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc.
Mutual Group, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associa
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A
Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Diamond Point
Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc.,
Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert I
Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., W
Cantor Seinuk, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environm
Inc., Meridian Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Bro
Transportation Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. D
Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nichols
Construction Company, Big Apple Wrecking &Construction Corp., 599 MOTION to Admit Counsel Pro Hac Vice.
Plaintiffs Liaison Counsel, 586 MOTION to Compel the firm of Worby Groner Edelman &Napoli to produce the fil

Kevin Fitzpatrick and Samuel Provisero. filed by Samuel Provisero, Susan Marie Provisero, 564 Response, filed by Alves, Antonio E. Alves, 570 Response to Motion, filed by City of New York, 755 Stipulation and Order of Dismiss Stipulation and Order,,, 602 Memorandum &Opinion,, 760 Notice (Other), 654 Endorsed Letter,, 876 MOTION for Protective Order – Plaintiffs' Opposition to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Cou Answer to Complaint filed by City of New York, 801 Response to Discovery filed by Tishman Speyer Properties, L Response to Discovery,, filed by Andrew Dunaway, Dennis M. O'Connor, Michael Panarella, Andrea Cavicchio, Fr Scallo, Herbert Pate, David Nolan, Karen Labetti, Frank Goffredo, Michael Labetti, Diane Scallo, Thomas M. Fland Donald Carson, Gloria Elaine Carson, Bernard Stinchcomb, Blanca Goffredo, Louise Nolan, Robert Suarez, Andrew Robert Panarella, Jason Porcaro, Christine Stinchcomb, Nicholas Lusuriello, Nicola Cavicchio, Christine Panarella,, Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finle Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Roberts Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cant Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers Pitkin, Inc., 874 Affidavit in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, Bechtel Associates Professional Corpora Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Cor Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construc Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffoldin Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio Genera Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Loc Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Company, Inc., Simpson Gumpertz &Hege Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Br Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, I Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const Company, Big Apple Wrecking &Construction Corp., 707 Rule 7.1 Corporate Disclosure Statement filed by LaStrad General Contracting Corp., 888 Notice of Appeal, filed by Plaintiffs, 764 Rule 7.1 Corporate Disclosure Statement, Vollmer Associates, LLP, Note to Attorney to E–Mail PDF, 684 Rule 7.1 Corporate Disclosure Statement filed by Enterprise, Inc., 587 Declaration in Support of Motion,,,,, filed by Samuel Provisero, Susan Marie Provisero, 721 Ce of Service Other,,,,, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., Diego Construction, Inc., DMT Enter Inc., Lockwood, Kessler &Bartlett, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., I Demo–Tech, Canron Construction Corp., Fleet Trucking, Inc., Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc Manafort Brothers, Inc., C.B. Contracting Corp., Atlantic Heydt Corp., Component Assembly Systems, Inc., Leslie Robertson Associates, R.L.L.P., Buro Happold Consulting Engineers, P.C., Moretrench American Corp., LVI/Mazz Wrecking, Inc., A Russo Wrecking, Inc., Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point Exca Corp., Eagle One Roofing Contractors, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, In D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., Execu Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Bre Transportation Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L. Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 608 Order, 821 Affidavit in Support of Motion,, filed Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro I Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 864 Order on Motion to Strike, 7.1 Corporate Disclosure Statement filed by Breeze National, Inc., Cashiers Remark, 836 Notice of Voluntary Dism Signed, 560 AMENDED MOTION for Declaratory Judgment Affirmation John Rudden, Esq.. filed by Michelle Haskett–Godbee, 582 Order, 607 Order Admitting Attorney Pro Hac Vice, 882 Endorsed Letter, 808 Notice of App filed by The Port Authority of New York &New Jersey, 706 Answer to Amended Complaint, filed by AMEC Const Management, Inc., Bovis Lend Lease LMB, Inc., AMEC Earth &Environmental, Inc., Tully Environmental Inc., Tu Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, Plaza Construction Corp., 85 Stipulation and Order of Dismissal,, 617 Order, 574 Order, Set Deadlines/Hearings,,, 754 Memorandum of Law in S Motion, filed by Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates

Professional Corp., 600 Endorsed Letter, 828 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill I
MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, l
Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz
Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 744 Rule 7.1 Corporate Disclosure Statement filed
Wolkow Braker Roofing Corp., 641 Endorsed Letter, 664 Rule 7.1 Corporate Disclosure Statement filed by Brer–F
Transportation Corp., 867 MOTION for Protective Order Exhibits E–G. filed by En–Tech Corp., Diego Constructic
DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Cor
Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Ir
&L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers
Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Se
LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC
Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., Bechtel Associates Professiona;l Corporati
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., LVI/Mazzocch
Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LL
Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Inc., Diamond Point E;
Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton T
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'On
General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Sein
Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medi
Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gu
&Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp
Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Compa
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.,
Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 747 Notice (Other) filed by Plaintiffs
Counsel, 737 Rule 7.1 Corporate Disclosure Statement filed by Silverite Contracting Corp., 557 MOTION Motion f
Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. MOTION
for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. Sec. 1292(b) and for a Stay Pending Appeal. filed b
Construction Management, Inc., Bovis Lend Lease LMB, Inc., Bechtel, Tully Construction Company, Tully Environ
Inc., Bovis International, Inc., Bechtel Corporation, Plaza Construction Management Corp., Tully Construction Co.,
City of New York, Bechtel Associates Professiona;l Corporation, Turner Construction Company, Bovis Lend Lease
Bovis Lend Lease Inc., Bechtel Construction, Inc., Tully Industries, Inc., Bechtel Environmental, Inc., Turner/Plaza
Venture, Plaza Construction Corp., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Turner Construction
International, L.L.C., Tully Consulting Corp., 637 Answer to Complaint filed by CDL (New York) L.L.C., 571 Orde
Order on Motion to Dismiss, 786 Protective Order, 546 Notice of Appearance filed by Musco Sports Lighting, LLC
Rule 7.1 Corporate Disclosure Statement filed by Simpson Gumpertz &Heger Inc., 656 Notice of Appearance filed
Gilsanz Murray Steficek LLP, 636 Answer to Complaint filed by GRUBB &ELLIS MANAGEMENT SERVICES,
666 Rule 7.1 Corporate Disclosure Statement filed by Canron Construction Corp., 797 Notice (Other) filed by Plain
Liaison Counsel, 555 AMENDED MOTION for Declaratory Judgment Statute Limitations Notice of Claim. filed by
Michelle Haskett–Godbee, 692 Rule 7.1 Corporate Disclosure Statement filed by Fleet Trucking, Inc., 875 Stipulati
Order, 731 Rule 7.1 Corporate Disclosure Statement filed by Robert Silman Associates, P.C., 662 Rule 7.1 Corporat
Disclosure Statement filed by Breeze Carting, Inc., 800 Transcript, 832 Certificate of Service Other,,, filed by Skidn
Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold C
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 861 MOTION to Amend/Corre
Plaintiffs' Amended Memorandum of Law in Support of their motion to Strike Certain Affirmative Defenses (see do
854 and 860). filed by Plaintiffs Liaison Counsel, 642 Response, filed by John Montalvo, 840 Amended Answer to
Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett
SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C
Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp.,
Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contractir
Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC
W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Sil
Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Leslie E. Robertson As
Consulting Engineers, P.C., Moretrench American Corp., Wolkow Braker Roofing Corporation, Royal GM, Inc., A

Wrecking, Inc., Bechtel Construction, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Gro
Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch Skanska Inc., Skidmore Owir
&Merrill, LLP, Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle
Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversi
Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associat
Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., E
Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaS
General Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Bechtel Associates Professional Corp., Anthony Cortese Specialized H
LLC, Inc., E.J. Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Co
Big Apple Wrecking &Construction Corp., 866 MOTION for Protective Order Certification of James E. Tyrrell, Jr..
Exhibits A–D. filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Mana
Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Constructi
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environme
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Cor
Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc
Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic H
Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertso
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Moretrench Americ
Royal GM, Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construct
Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze N
Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roof
Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart
Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada
Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportation Corp., New York Crane &Equipmen
Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC,
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking &Construction C
MOTION permission to add specified questions to the Core Discovery. filed by SURVIVAIR RESPIRATORS, INC
Certificate of Service Other filed by City of New York, 629 Notice (Other) filed by Plaintiffs Liaison Counsel, 585 I
Appearance filed by Bovis Lend Lease LMB, Inc., 643 Reply, filed by John Montalvo, 819 Affidavit in Support of l
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Buro Happold Consultinç
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomase
Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Sim
Gumpertz &Heger Inc., Robert Silman Associates, P.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc.
Order, 670 Answer to Complaint filed by Tishman Speyer Properties, LP, 785 Order,, 674 Rule 7.1 Corporate Discl
Statement filed by DB Private Clients Corporation, 675 Rule 7.1 Corporate Disclosure Statement filed by Dakota
Demo–Tech, 578 Stipulation and Order, 603 USCA Mandate,,,, 782 Notice of Appearance filed by Plaza Constructi
748 Case Management Plan, 839 Rule 7.1 Corporate Disclosure Statement filed by Tucci Equipment Rental Corpora
Notice of Appearance filed by Bovis Lend Lease LMB, Inc., 653 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., 716 Certificate of Service Other, filed by New York City Department o
Transportation, Weeks Marine, Inc., Mazzocchi Wrecking, City of New York, New York City Department of Sanita
New York Police Department, 881 Declaration in Opposition to Motion filed by The Port Authority of New York &
Jersey, 690 Response, filed by John Montalvo, 630 Notice (Other) filed by Plaintiffs Liaison Counsel, 822 Affidavit
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Luciu:
Inc., 627 Notice (Other) filed by Plaintiffs Liaison Counsel, 576 Order Admitting Attorney Pro Hac Vice, 826 Affid
Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Rob
Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Ass
Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Mu
Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinu
Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Luciu:
Inc., 803 Notice (Other) filed by Mayore Estates, LLC, 771 Notice (Other) filed by Plaza Construction Corp., 620 C
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Noti
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by En–Tech Corp., Diego Construction

DMT Enterprise, Inc., AMEC Construction Management, Inc., Lockwood, Kessler &Bartlett, Inc., SAB Trucking, I
Toretta Trucking, Inc., New York City Department of Transportation, Cord Contracting Co. Inc., Dakota Demo–Te
Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc.,
Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Rec
Services, Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contrac
Company, Inc., Tully Environmental Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation
Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Re
of Corona, Robert Silman Associates, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting
Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpor
Component Assembly Systems, Inc., Liberty Mutual Group, Turner Construction Company, Buro Happold Consulti
Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Moretrenc
American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Volln
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecl
Breeze National, Inc., Koch Skanska Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Bec
Environmental, Inc., Gilsanz Murray Steficek LLP, Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors,
New York City Department of Sanitation, Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Constructi
Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldste
Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Plaza Construction Corp., Executive Medical Services,
Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada General Contractin
Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation Corp., New York C
&Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specia
Hauling, LLC, Inc., E.J. Davies, Inc., New York Police Department, Mueser Rutledge Consulting Engineers, Luciu
Inc., Nicholson Construction Company, Big Apple Wrecking &Construction Corp., 879 MOTION for Protective Or
Executed Affirmation of David Paige in Response to Defendants' Motion for a Protective Order. filed by Plaintiffs Li
Counsel, 777 Notice (Other) filed by Plaza Construction Corp., 726 Rule 7.1 Corporate Disclosure Statement filed b
Scalamandre &Sons, Inc., 606 Amended Complaint, filed by Edward Smith, 579 Stipulation and Order, 705 Answe
Complaint, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Skidmore Owings &Merrill LL
Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction Corp.,
Environmental, Inc., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar En
Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc.,
Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Co
Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, Robert Silman Associates, C.B. Contracting Corp., T
Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., Bechtel Associates Professiona;l Corpor
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Wolkow Braker Roofing Corporation, Royal GM, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., V
Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wreck
Breeze National, Inc., Koch Skanska Inc., Diamond Point Excavating Corp., Bechtel Environmental, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila
Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Truc
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Pla
Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian
Construction Group, LLC, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transp
Corp., New York Crane &Equipment Corp., Anthony Cortese Specialized Hauling, LLC, Inc., E.J. Davies, Inc., J.P.
Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Const
Company, Big Apple Wrecking &Construction Corp., 859 Stipulation and Order of Dismissal,, 695 Answer to Com
filed by Verizon New York Inc., 689 Rule 7.1 Corporate Disclosure Statement filed by Ewell W. Finley, P.C., 649 R
filed by John Montalvo, 818 Affidavit in Support of Motion,, filed by Skidmore Owings &Merrill LLP, MRA Engin
P.C., Ewell W. Finley, P.C., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Weidlinger Asso
Inc., Leslie E. Robertson Associates Consulting Engineers, P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Th
Tomasetti Group, Gilsanz Murray Steficek LLP, Thornton Tomasetti Group, Inc., Goldstein Associates Consulting
Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Simpson Gumpertz &Heger Inc., Mueser I
Consulting Engineers, Lucius Pitkin, Inc., 724 Rule 7.1 Corporate Disclosure Statement filed by Nicholson Constru
852 Notice of Change of Address, filed by Gilsanz, Murray, Steficek, LLP, Gilsanz Murray Steficek LLP, 676 Rule
Corporate Disclosure Statement filed by Diamond Point Excavating Corp., 781 Notice (Other) filed by Plaza Constr
Corp., 775 Notice (Other) filed by Plaza Construction Corp., 736 Rule 7.1 Corporate Disclosure Statement filed by S
Equipment and Manufacturing Corporation, 757 Rule 7.1 Corporate Disclosure Statement filed by Yannuzzi &Sons
686 Rule 7.1 Corporate Disclosure Statement filed by Eagle One Roofing Contractors, Inc., 863 Endorsed Letter, 77
(Other) filed by Plaza Construction Corp., 568 Order Admitting Attorney Pro Hac Vice, 830 Affidavit in Support of
filed by Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Ewell W. Finley, P.C., Robert Silman Associate
Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin
P.C., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Gilsanz Murray Steficek LLP, The
Tomasetti Group, Inc., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &
Inc., Simpson Gumpertz &Heger Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., 798 Notice (Othe

by Plaintiffs Liaison Counsel, 734 Rule 7.1 Corporate Disclosure Statement filed by Sperian Respirstory Protection LLC, 793 Response to Discovery filed by Samuel Provisero, 611 Rule 7.1 Corporate Disclosure Statement filed by [ and Jordan, 843 Reply Affirmation in Support of Motion, filed by Bechtel Associates Professional Corporation, Bec Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., 592 Notice (Other) filed by Plaintiffs Liaison 767 Notice (Other) filed by Plaza Construction Corp., 753 MOTION to Dismiss of Bechtel Defendants. filed by Bec Corporation, Bechtel Construction, Inc., Bechtel Environmental, Inc., Bechtel Associates Professional Corp., 873 A in Support of Motion, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Merid Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Bechtel Corporation, Pro Safety Services, LLC, Ewell W. Finley, P.C., Moretrench American Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Ma Wrecking, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly System Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consu Engineers, P.C., Weidlinger Associates, Inc., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Ro Inc., LVI/Mazzocchi Wrecking, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Bechtel Construction, Inc., Ve Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Breeze National, Diamond Point Excavating, Inc., Bechtel Environmental, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaz Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Cor York Crane &Equipment Corp., Bechtel Associates Professional Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple &Construction Corp., 668 Answer to Complaint filed by Sperian Respirstory Protection USA, LLC, 761 Notice (Ot by Plaintiffs Liaison Counsel, 849 Stipulation and Order of Dismissal,, 766 Notice of Adoption of Master Answer fi Plaza Construction Corp., 601 Order on Motion for Miscellaneous Relief, 756 Notice (Other) filed by Phillips and J Inc., 619 Order, 742 Rule 7.1 Corporate Disclosure Statement filed by Weeks Marine, Inc., 841 Amended Answer to Complaints, filed by En–Tech Corp., Diego Construction, Inc., DMT Enterprise, Inc., Lockwood, Kessler &Bartlett SAB Trucking, Inc., Toretta Trucking, Inc., Cord Contracting Co. Inc., Dakota Demo–Tech, Canron Construction C Safeway Environmental Corp., MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Nacirema Industries Incorporated, Yannuzzi Demolition &Recycling Services, Corp., Rodar Enterprises, Inc., Week Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron Silman Associates, C.B. Contracting Corp., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Hey Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Liberty Mutual Group, Bu Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Leslie E. Robertson Associates Consulting Engin P.C., Moretrench American Corp., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Koch S Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Cart Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive M Services, P.C., Francis A. Lee Company, HP Environmental, Inc., Meridian Construction Group, LLC, LaStrada Ge Contracting Corp., Simpson Gumpertz &Heger Inc., JP Equipment Rental Material, Inc., Brer–Four Transportation New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I Davies, Inc., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Ap Wrecking &Construction Corp., 681 Rule 7.1 Corporate Disclosure Statement filed by Tishman Interiors Corporatio Rule 7.1 Corporate Disclosure Statement filed by HP Environmental, Inc., 783 Notice of Appearance filed by Plaza Construction Corp., 594 Order, Set Deadlines/Hearings,,,, 842 Reply Memorandum of Law in Support of Motion, fi Bechtel Associates Professional Corporation, Bechtel Corporation, Bechtel Construction, Inc., Bechtel Environment 743 Rule 7.1 Corporate Disclosure Statement filed by Weidlinger Associates, Inc., 772 Notice (Other) filed by Plaza Construction Corp., 727 Rule 7.1 Corporate Disclosure Statement filed by Pinnacle Environmental Corp., 589 Case Management Plan, 704 Rule 7.1 Corporate Disclosure Statement filed by Laquila Construction, Inc., 833 Declaratio Joseph Bellisimo, Rosanne Baldo, Nicole Agugliardo, Sandra Brereton, Thomas A. Arlotta, Alexander Cacovic, Fra Bondeson, Kimberely Arlotta, Kathleen Carty, Kathleen A. Bellew, Kevin Bobe, Patricia Ayers, Robert Carannante Terrance Bueford, Thomas J. Bubelnik, Kevin Allen, Jane Alfano, Louis Camerada, Anna Patricia Cantos, Lahissi A Darren Brindisi, Joseph Black, Emil Borg, Florinda Benavidez, Deborah A. Boswell, John Baiano, Shante Bueford, Alvarado, John Botte, Shirley Benfante, Mark Bernheimer, Maria E. Alves, Elaine Buirkle, Eileen Belmonte, Cathe Alloggio, John Black, Mortimer Anderson, Doria S Alvarez, Luz Botero, Gregory Anderson, Christine Carver, Alex

Debora, Nick Antico, Annabel Baratta, Susan Bergin, Orenthal Anderson, Theresa Benedetto, Christopher A. Baum
Ahmed, Donna J. Bigi, Lisa Asaro, Maria Bruschi, Theadore Belgrave, Thomas L. Bencivenga, Santo Baisi, Wayne
Max Bataille, Jr., Ronald Brandt, Courtney Anderson, Antonio E. Alves, Kevin Calzadilla–Marino, Mamcyhi Bilick
Melchiorre Caradonna, Sylvester Alexander, Santy Bermudez, Vito Bianco, Sharon Accetta, Kevin Brannick, Leroy
Donald Bigi, Timothy Bellew, Clifford Allen, Jacqueline Cacchioli, Harry Bass, Peter Carlo, Lorraine K. Bieselin, I
Berrios, Jr., Patricia Black, John Bonvicino, Maria L. Bass, Ralph Andreotti, Raul Allivar, Patricia Agughairo, Diane
Anthony Agugliaro, Ada R. Aparicio, Inderpaul Ahluwalia, Jose Aponte, Ann Hock, Carlos Bennett, Hassena Bishu
Bacchi, Winifred Buglione, Telma Alvarado, Dora Blanco, Thomas Basmagy, Nicole Anderson, Kevin Bartolomew
Beltran, Leonard Abruzzese, Carmelo Agro, John Benedetto, Dagoberto Aristizabal, Patricia Aguirre, Thomas J. Ba
Bridget Cacavio, Jeanette Buss, Joseph Anzueta, Christine Broome, Robert Broome, Thomas Avery, Paul Caminiti,
Barnes, Louis Buglione, Frank Auditore, Robert Ayers, Joseph Barbato, Evanie Antine, Ralph Carmine, Jose Bacch
Bedford, Sue Ann Andersen, Georgiana Cabrera, Lorraine Barry, Thomas Blumbergs, Michael Barker, Carolyn Bava
Thomas Bullen, Anthony Bombace, Tekrisha Azubike, Cliff Carty, Yudelka Bartlet, Jaime Alvarez, Jeff Campion, J
Camarda, Jay Bomser, Vincent Bilella, Allen Akers, Fabiola Baez, Ann Cangemie, Richard Battle, Camile Anderso
Leonard Beecher, Julie Bruno, Roy Barefield, Luigi Bruschi, Romulo Armas, Richrd Blasi, Louis Betro, Camile Ba
Thomas Bacchi, Walter Bieber, Stalin F. Barccoulong, Norma Black, Carolyn Bryson, George Affatato, Maryann B
Jose Calle, William Ausby, John Belford, Daniel Bonanno, James Beck, Pino Anselmo, Julio Alonzo, Zebebulah Ca
Krishendath Baliraj, Joseph Barbera, Thomas Callaghan, Aly Abdelrehim, Robert Anzalone, John Bou, Randy S. Br
Donald Carson, Lawrence Ayers, Clyde Augustine, Peter Antienne, John Antoniades, Gloria Elaine Carson, James A
Stanley Andrusyczyn, Linda Battle, Victor Alexander, Richard Benn, Calogero Agro, Victor Carpentier, Cindy Ben
Patrick J. Beatty, Thomas Bubelnik, Antoinette Cacovic, Brigid Belford, Setna Bascom, James A. Bianco, Virginia
Olga Baliraj, Andrea Bowles, Michael Brigante, Jorge E. Alulema, Nicholas Boscaino, Sybel Barefield, Lois E. Aff
Peter Bergin, Steve Cappello, Patricia Bullen, Guiseppe Acquista, Laura Armstrong, Tye Butler, Frank Beshears, Se
Alaimo, Leon L. Blackwell, Albert Acierno, Enid Aristizabal, John Auer, Reynaldo Benitez, Joseph F. Bilella, Dimi
Bellos, Alexandra Aristizabal, Paul Carpenteri, Nancy Basmagy, Jorge Blanco, Erick Bermudez, Jorge Alvlema, Ste
Borcherding, Maylee Borg, Jhonson Arichabala, Hamide Cagatay, Mary Akers, Andrew F. Carson, Ann Marie Baro
Bonilla, Daniel Black, Manjeet Ahluwalia, Hugh Bradshaw, Maria Asher, Caryn Abruzzese, Asaro Calogero, Lance
David Alvarado, Anthony Basic, Veronica E. Black, Paul Beck, Arenas Arenas, Christopher Bacchi, Megan Capuan
Alper, Fanny Bejarano, Martin Belmonte, Hala Abdelrehim, Maria I Astudillo, James W. Brereton, Sharon Brensek
Aponte, Amy Beller, Julio Bastidas, Michael Basmagy, Chris Balabous, Silva Briskie, Nicholas P. Bolobanic, Celia
Arciuolo, David Aviles, Teresa Arca, Glenda Ammon, Margaret Armagno, James Bartlet, Kathleen M. Acquaro, Do
Bonomonte, Colin Byrne, John Arciuolo, William Beaury, Steven Aggugliardo, Steven Brenseke, Rosa Agro, Ann B
Claude Armstrong, Orlando Almodovar, Richard Antonacci, Lizette Carvajal, Daniel Armgano, Peter Bishun, Jame
Lynn Alvarez, Maria Alvarez, Delia Becca, Saul Alvarez, Lillieth Augart, Lawrence Bilicki, Kimberly Carlo, Hanfo
Bautista, Marcelo Atiencia, Darren Alicea, Okpara Akil, Michael Briskie, Andrew Barone, Wilmer Astudillo, Thom
Carlstrom, Francine Asciolla, William Baker, Alfred Baker, Amy Caradonna, Michael Baratta, Eileen Beaury, Elean
Blount, Jules Auguste, Susan Allison, Krista Aprea, Raul Baez, Joseph Cardinale, Joseph Aparicio, Carol Barnes, A
Albert, Lauranne Bahrey, Elizabeth Bishun, Shirley Bell, Idris Bey, Danny Aroyo, Barry Buss, Jospeh Anderson, H
Andersen, Robert Asinelli, Elizabeth Barksdale, Jason Andersen, Lori Bencivenga, Joy H. Bolobanic, Candiace Bak
Barry, Anthony Anderson, James Bahrey, Sonia Alvarado, Ronnita Akil, Roseann Bilella, Santiago Alvear, Victor A
Fitzroy Augustus, Wilbert Bascom, James Baumann, Michael Bianchino, Joseph Buirkle, Theresa Arroyo, Anthony
Alloggio, Maria Asencio, John Boyle, Vivencia Alaimo, Michael Bell, Sergio Barragan, Louis Ancona, Emmanual J
John Bianco, Richard Allison, Maria Bartolomew, Gina Baisi, Geraldine Alexander, Terri Blanco, Susan Asinelli, V
Aprea, Donald Bowles, Peter Acquaro, June Allison, Jo Andrusyczyn, Joseph Aridzzone, Guillermo Barzola, Joseph
Kevin Barry, Kevin Carpenito, Vinny Benenati, Joseph Bellissimo, James F. Albach, Allen Andersen, Andrea Ande
Maureen Bilella, Martin Bilinski, Rose Marie Bencivenga, Raymond Barksdale, Linda Avery, Marisol Calzadilla–M
Alise L. Bauman, Antonio Andreotti, Ann Betro, Joanne Bonilla, Nurul Amin, Josephine Allen, Thomas Asher, Tho
Bruno, Robert Aguirre, Lorraine Burke, Robert Bilella, Emanuel Cangemie, Jean Bombace, Patrick Arcese, Kampta
Cecelia Borcherding, Renee Berry, Anna Abad, Holly Acierno, Catherine Biliski, Christine Beck, Stewart Anspach,
Arellano, Frank Bauman, Ann Marie Anzalone, Michael R. Basile, Courtney Aquart, Arthur Alessandro, Robert Ad
Bonnie M. Carson, Joseph Asciolla, Rita Anselmo, Tricia Arellano, Joseph Arlotta, Mark Andrus, Luz Cardona, An
Aviles, Andrew Benfante, Richard Bittles, Robert Boswell, Louie Cacchioli, Donna Bennett, De'Andre Berry, Portia
Augustine, Anna Antico, Douglas Anderson, Daphna Blacksea, Thomas Camarda, Dominick Capuano, James Biese
Tyrell Anderson, Thomas Cacavio, Kathleen Bondeson, 806 Order Admitting Attorney Pro Hac Vice, 562 AMEND
MOTION for Declaratory Judgment Plaintiff's Aff in Support. filed by Michelle Haskett–Godbee, 658 Rule 7.1 Cor
Disclosure Statement filed by A Russo Wrecking, Inc., 596 Notice of Change of Address, filed by Century 21 Depa
Stores LLC, Blue Millennium Realty LLC., Century 21, Inc., 652 Answer to Complaint filed by Evans Environment
&Geological Science &Management, LLC., 710 Rule 7.1 Corporate Disclosure Statement filed by Lockwood, Kess
&Bartlett, Inc., 553 Reply Affirmation in Support of Motion, filed by Plaintiffs Liaison Counsel, 714 Rule 7.1 Corp
Disclosure Statement filed by Manafort Brothers, Inc., 723 Rule 7.1 Corporate Disclosure Statement filed by New Y
Crane &Equipment Corp., 545 Notice of Appeal,, filed by AMEC Construction Management, Inc., Tully Constructi
Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., Turner Construction Company, The Por
Authority of New York &New Jersey, Bovis Lend Lease Interiors, Inc., Tully Consulting Corp., Bechtel Constructio
The City of New York, Plaza Construction Corp., Bovis Lend Lease LMB, Inc., Tully Construction Company, Bech

Corporation, Bechtel Associates Professiona;l Corporation, Turner Construction International, L.L.C., 575 Order Ad
Attorney Pro Hac Vice, 770 Notice (Other) filed by Plaza Construction Corp., 597 Notice (Other) filed by 80 Lafaye
Associates, LLC, Mayore Estates, LLC, 713 Rule 7.1 Corporate Disclosure Statement filed by LVI/Mazzocchi Wre
Inc., 722 Rule 7.1 Corporate Disclosure Statement filed by Nacirema Industries, Inc., 816 Affidavit in Support of M
filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Rob
Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Cons
Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Eng
P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Hege
Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 752 Rule 7.1 Corpo
Disclosure Statement filed by Bechtel Corporation, 732 Rule7.1 Corporate Disclosure Statement filed by Rodar Ent
Inc., 857 Stipulation and Order of Dismissal,, 661 Rule 7.1 Corporate Disclosure Statement filed by Big Apple Wre
&Construction Corp., 703 Rule 7.1 Corporate Disclosure Statement filed by J.P. Equipment Rental &Materials, L.L.
Notice (Other) filed by Plaintiffs Liaison Counsel, 854 MOTION to Strike Certain Affirmative Defenses Pursuant to
12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses Pursu
Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). MOTION to Strike Certain Affirmative Defenses I
to Rule 12(f) and/or For Judgment Pursuant to Local Rule 12(h)(2). filed by Plaintiffs Liaison Counsel, 741 Rule 7.
Corporate Disclosure Statement filed by Vollmer Associates, LLP, 728 Endorsed Letter,, 795 Response to Discover
Kevin Fitzpatrick, 566 Order,, 817 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 878 MOTION for Protective Order Plaintiffs' Memorandum of Law in O
to Defendants' Motion for Protective Order. filed by Plaintiffs Liaison Counsel, 883 Order,, 792 MOTION for Heidi
Appear Pro Hac Vice. filed by The Port Authority of New York &New Jersey, 789 Notice (Other) filed by Plaintiffs
Counsel, 672 Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Corporation, Bankers Trust
Corporation, 632 Case Management Plan,,, 835 Declaration in Opposition, filed by Plaintiffs Liaison Counsel, 790 M
(Other) filed by Phillips and Jordan, Inc., 610 Notice of Appearance filed by Phillips and Jordan, 865 MOTION for
Protective Order Notice of Motion. filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Can
Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental, Inc.,
Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.
Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, I
One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Ro
Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safe
Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W
P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Sys
Inc., Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group,
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simps
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 769 Notice (Other) filed by Plaza Construction Corp., 711 Rule 7.1 Corporate Disclosure Stat
filed by Lucius Pitkin, Inc., 885 Reply Memorandum of Law in Support of Motion, filed by AMEC Construction
Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth
&Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A
Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen
Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New Y
Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp.,
Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Tr
Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., S
Contracting Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Environ
Professional Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P

Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Con
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr
Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Peter Acquaro, Bechtel Corporation
&Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold
Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A R
Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General
Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., E.J. Davies, Inc., J.P. Equipment Rental
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 820 Affidavit in Support of Motion,, filed by Gilsan
Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consu
Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., W
Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Sil
Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP, 735 Rule 7.1 Corporate Disclosure
Statement filed by Safeway Environmental Corp., 679 Rule 7.1 Corporate Disclosure Statement filed by Diego Con
Inc., 708 Rule 7.1 Corporate Disclosure Statement filed by Liberty Mutual Insurance Company, 780 Notice (Other)
Plaza Construction Corp., 729 Rule 7.1 Corporate Disclosure Statement filed by Pro Safety Services, LLC, 860 Notice
(Other), Notice (Other), Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 680 Answer to Complaint
The Port Authority of New York &New Jersey, 702 Rule 7.1 Corporate Disclosure Statement filed by Hudson Meri
Construction Group, L.L.C., 887 Declaration in Support of Motion, filed by AMEC Construction Management, Inc.,
Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pi
Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. R
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Bechtel Construction Company, Inc., Francis A. Lee Company,
York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech C
Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc.,
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contract
Corp., Component Assembly Systems, Inc., Turner Construction Company, Moretrench American Corp., Breeze Na
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.,
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Pro
Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Diego Construction
Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., Dakota Demo–Tech, MRA Engineering, P.C.,
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporatio
Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specia
Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Leas
Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Br
Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoist
Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Sk
Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp.,
Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipmen
&Materials, L.L.C., Big Apple Wrecking &Construction Corp., 657 Endorsed Letter, 685 Rule 7.1 Corporate Disclo
Statement filed by D'Onofrio General Contractors Corp., 687 Rule 7.1 Corporate Disclosure Statement filed by E.J.
Inc., 621 Consent Order, Add and Terminate Attorneys,, 591 Order on Motion to Compel, 633 Answer to Complain
RY Management, 845 Notice (Other) filed by Plaintiffs Liaison Counsel, 556 MOTION for Declaratory Judgment S
Limitations, Notice of Claim. filed by Michelle Haskett–Godbee, 872 Affidavit in Support of Motion, filed by AME
Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., A
Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench American Corporation, Tully Construction
Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., N
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,
Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze National, Inc., Diamond Po
Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler
&Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Bechtel Associates Professional Corp., Li
Mutual Insurance Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota
Demo–Tech, MRA Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associa
Yannuzzi &Sons, Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified
Inc., WSP Cantor Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contra
Corp., Simpson Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction C
DMT Enterprise, Inc., SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, In

Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associ P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp., 829 A in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Fin Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. − Div. of Thornton Tomasetti Group, Golds Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &N LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, S Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, l Endorsed Letter,, 647 Notice (Other), Notice (Other) filed by Plaintiffs Liaison Counsel, 804 Notice (Other), Notice filed by Mayore Estates, LLC, 590 Order Admitting Attorney Pro Hac Vice, 880 Memorandum of Law in Oppositi Motion, filed by The Port Authority of New York &New Jersey, 848 Notice (Other) filed by Plaintiffs Liaison Cour Order, 631 Notice (Other) filed by Plaintiffs Liaison Counsel, 844 Notice (Other) filed by Plaintiffs Liaison Counse Amended Answer to Complaints, filed by Toretta Trucking, Inc., Cord Contracting Co. Inc., Canron Construction C &L Contracting Corp., Pinnacle Environmental Corp., Total Safety Consulting, LLC, Atlantic Heydt Corp., Hallen Services, Inc., Koch Skanska Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. L Company, Meridian Construction Group, LLC, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp Mueser Rutledge Consulting Engineers, En−Tech Corp., Safeway Environmental Corp., Yannuzzi Demolition &Re Services, Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finl Evergreen Recycling of Corona, Silverite Contracting Corp., Component Assembly Systems, Inc., Leslie E. Roberts Associates Consulting Engineers, P.C., Moretrench American Corp., LZA Tech. − Div. of Thornton Tomasetti Grou Breeze National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consultin Engineers, P.C., HP Environmental, Inc., Brer−Four Transportation Corp., Bechtel Associates Professional Corp., L Pitkin, Inc., Diego Construction, Inc., Lockwood, Kessler &Bartlett, Inc., Dakota Demo−Tech, MRA Engineering, l Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Liberty Mutual Group, Weidlinger Associates, Inc., Bechte Construction, Inc., Mazzocchi Wrecking Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Ca Inc., WSP Cantor Seinuk, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heg Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT Enterprise, Inc., SAB Tr Inc., Nacirema Industries Incorporated, Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel & Contractors, Inc., Manafort Brothers, Inc., Robert Silman Associates, Semcor Equipment and Manufacturing Corpor Buro Happold Consulting Engineers, P.C., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Skid Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., Trucking Corp., Executive Medical Services, P.C., JP Equipment Rental Material, Inc., E.J. Davies, Inc., Big Apple Wrecking &Construction Corp., 814 Declaration in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mu Rutledge Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., Tech. − Div. of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &l Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Th Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happ Consulting Engineers, P.C., Vollmer Associates, LLP, 625 Order, 846 Notice (Other) filed by Plaintiffs Liaison Cou Rule 7.1 Corporate Disclosure Statement filed by Robert L. Gerosa, Inc., 812 MOTION for Summary Judgment on Structural and Design Engineer Defendants. filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting En Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. − Div. of Thornton T Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Ski Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vol Associates, LLP, 799 Notice (Other) filed by Plaintiffs Liaison Counsel, 665 Rule 7.1 Corporate Disclosure Stateme by Buro Happold Consulting Engineers, P.C., 615 Endorsed Letter,, 683 Rule 7.1 Corporate Disclosure Statement fi Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Transmission to Attorney Admissions Clerk, 847 Notice (Other) filed by Plaintiffs Liaison Counsel, 605 Order, Set Deadlines/Hearin Rule 7.1 Corporate Disclosure Statement filed by Deutsche Bank Trust Company, Deutsche Bank, Deutsche Bank T Company Americas, 577 Special Master's Report filed by Aaron D. Twerski, James A. Henderson, Jr., 646 Respons by John Montalvo, 805 Protective Order, 667 Rule 7.1 Corporate Disclosure Statement filed by C.B. Contracting Co Notice (Other) filed by Plaza Construction Corp., 850 Stipulation and Order of Dismissal,, 838 Endorsed Letter,, 76 Stipulation and Order of Dismissal,, 739 Rule 7.1 Corporate Disclosure Statement filed by Skanska Koch, Inc., 877 MOTION for Protective Order ; Plaintiffs' Opposition to Defendants' Motion for Protective Order; Affirmation of D Paige, Esq. in Opp to the Motion. filed by Plaintiffs Liaison Counsel, 565 AMENDED MOTION for Declaratory Ju STIPULATION ADJOURNMENT. filed by Michelle Haskett−Godbee, 593 Statement of Relatedness filed by Josep Urso, 622 Notice (Other) filed by Plaintiffs Liaison Counsel, 696 Answer to Amended Complaint, filed by New Yo Department of Transportation, Mazzocchi Wrecking, New York City Department of Sanitation, City of New York, W Marine, Inc., New York Police Department, 886 Declaration in Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, A Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen

Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Nicholson Construction Co., Fra
Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Mueser Rutledge Consulting
Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environmental Corp., Yonkers
Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Evergreen Recyc
Corona, Dakota Demo–Tech, Inc., Silverite Contracting Corp., Component Assembly Systems, Inc., Turner Constru
Company, Moretrench American Corp., Breeze National, Inc., Diamond Point Excavating Corp., Laquila Constructi
Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–
Transportation Corp., Liberty Mutual Insurance Company, Lucius Pitkin, Inc., Gilsanz, Murray, Steficek, LLP, Dieg
Construction, Inc., Skidmore Owings &Merrill LLP, Lockwood, Kessler &Bartlett, Inc., MRA Engineering, P.C., P
Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &Sons, Inc., Bechtel Cons
Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WSP Cantor Seinuk, Tucci Eq
Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc
Anthony Cortese Specialized Hauling, LLC, Inc., DMT Enterprise, Inc., Bechtel Associates Professional Corporatio
Trucking, Inc., Bovis Lend Lease LMB, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Ber
Contractors, Inc., Manafort Brothers, Inc., Semcor Equipment and Manufacturing Corporation, Buro Happold Cons
Engineers, P.C., Highrise Hoisting and Scaffolding, Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wreck
Vollmer Associates, LLP, Skidmore Owings &Merrill, LLP, Bechtel Environmental, Inc., Robert L. Gerosa, Inc., D
General Contractors Corp., FTI Trucking Corp., Executive Medical Services, P.C., Robert Silman Associates, P.C.,
Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking &Construction Corp.,_823 Affidavit in
of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Consulting Engineers, Ewell W. Finley, P.C., L
Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of Thornton Tomasetti Group, Goldstein Asso
Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., Skidmore Owings &Merrill LLP
Engineering, P.C., W eidlinger Associates, Inc., Thornton Tomasetti Group, Inc., WSP Cantor Seinuk, Simpson Gu
&Heger Inc., Robert Silman Associates, Buro Happold Consulting Engineers, P.C., Vollmer Associates, LLP,_851
Stipulation and Order of Dismissal,_644 Notice (Other) filed by Plaintiffs Liaison Counsel,_688 Rule 7.1 Corporate
Disclosure Statement filed by En–Tech Corp.,_718 Certificate of Service Other, filed by AMEC Construction Mana
Inc., AMEC Earth &Environmental, Inc., Tully Construction Co., Inc., Turner/Plaza, A Joint Venture, Turner Const
Company, Tully Environmental Inc., Plaza Construction Corp., Bovis Lend Lease LMB, Inc.,_660 Rule 7.1 Corpora
Disclosure Statement filed by Berkel &Co. Contractors, Inc.,_583 USCA Mandate Non–Dismissal,_554 Reply Mem
of Law in Support of Motion, filed by Plaintiffs Liaison Counsel,_567 Order of Dismissal,_869 Affidavit in Support
Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Construction Corp., PT
Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Tully Construction Co., Inc.,
Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc.,
LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz Murray Steficek LLP, Eagle One Roofing
Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., M
Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Group, L.L.C., Safeway Environme
Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C.,
Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Component Assembly Systems,
Turner Construction Company, Moretrench American Corp., LZA Tech. – Div. of Thornton Tomasetti Group, Bree
National, Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engin
P.C., Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual I
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Environ
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp.,_834 Memorandum of Law in Opposition, filed by Plaintiffs Liaison Counsel,_548 Order on M
Remand to State Court,, Case Consolidation – Member,_765 Order,_618 Order,,_635 Answer to Complaint filed by A
Express Company, American Express Bank, Ltd, American Express Travel Realted Services Company, Inc.,_559
AMENDED MOTION for Default Judgment as to Statute Limitations, Notice of Claim. filed by Michelle Haskett–
638 Answer to Complaint filed by Murray Hill Properties,_719 Rule 7.1 Corporate Disclosure Statement filed by MI
Engineering, P.C.,_750 Rule 7.1 Corporate Disclosure Statement, filed by Bechtel Environmental, Inc.,_634 Answer
Complaint filed by Lehman Brothers Holdings Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc.,_673 R
Corporate Disclosure Statement filed by Cord Contracting Co. Inc.,_609 Order,_584 USCA Order,_573 Endorsed Let
Endorsed Letter, Set Deadlines/Hearings,_550 Memorandum of Law in Opposition to Motion, filed by City of New
Phillips and Jordan,_682 Rule 7.1 Corporate Disclosure Statement filed by Diversified Carting, Inc.,_651 Stipulation
Order of Dismissal,,_693 Rule 7.1 Corporate Disclosure Statement filed by Francis A. Lee Company,_807 Protective
671 Rule 7.1 Corporate Disclosure Statement filed by Component Assembly Systems, Inc.,_677 Answer to Complai

by Deutsche Bank Trust Corporation, Deutsche Bank Trust Company, Deutsche Bank, DB Private Clients Corporat
Bankers Trust Corporation, Deutsche Bank Trust Company Americas, 699 Rule 7.1 Corporate Disclosure Statement
Goldstein Associates Consulting Engineers, P.C., 788 Order Admitting Attorney Pro Hac Vice, 613 Stipulation and
Dismissal, 624 Order, 694 Rule 7.1 Corporate Disclosure Statement filed by FTI Trucking Corp., 740 Rule 7.1 Corp
Disclosure Statement filed by Skidmore Owings &Merrill, LLP, 604 Order, 569 Memorandum &Opinion,, 870 Affi
Support of Motion, filed by AMEC Construction Management, Inc., Cord Contracting Co. Inc., Canron Constructio
PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Pinnacle Environmental Corp., Moretrench America
Corporation, Tully Construction Co., Inc., Total Safety Consulting, LLC, Atlantic Heydt Corp., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., LVI/Mazzocchi Wrecking, Inc., Hallen Welding Services, Inc., Gilsanz M
Steficek LLP, Eagle One Roofing Contractors, Inc., Francis A. Lee Company, New York Crane &Equipment Corp.,
Braker Roofing Corp., Mueser Rutledge Consulting Engineers, En–Tech Corp., Hudson Meridian Construction Gro
L.L.C., Safeway Environmental Corp., Yonkers Contracting Company, Inc., Fleet Trucking, Inc., Pro Safety Service
Ewell W. Finley, P.C., Evergreen Recycling of Corona, Silverite Contracting Corp., Mazzocchi Wrecking, Compon
Assembly Systems, Inc., Turner Construction Company, LZA Tech. – Div. of Thornton Tomasetti Group, Breeze N
Inc., Diamond Point Excavating Corp., Laquila Construction, Inc., Goldstein Associates Consulting Engineers, P.C.
Lockwood Kessler &Bartlett, Inc., HP Environmental, Inc., Brer–Four Transportation Corp., Liberty Mutual Insura
Company, Lucius Pitkin, Inc., Diego Construction, Inc., Skidmore Owings &Merrill LLP, Dakota Demo–Tech, MR
Engineering, P.C., Peter Scalamandre &Sons, Inc., C.B. Contracting Corp., Weidlinger Associates, Inc., Yannuzzi &
Inc., Bechtel Construction, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Diversified Carting, Inc., WS
Seinuk, Tucci Equipment Rental Corporation, Plaza Construction Corp., LaStrada General Contracting Corp., Simp
Gumpertz &Heger Inc., Anthony Cortese Specialized Hauling, LLC, Inc., Nicholson Construction Company, DMT
Enterprise, Inc., Bechtel Associates Professional Corporation, SAB Trucking, Inc., Bovis Lend Lease LMB, Inc., Ro
Enterprises, Inc., Weeks Marine, Inc., Bechtel Corporation, Berkel &Co. Contractors, Inc., Manafort Brothers, Inc.,
Equipment and Manufacturing Corporation, Buro Happold Consulting Engineers, P.C., Highrise Hoisting and Scaff
Inc., Nacirema Industries, Inc., Royal GM, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, Bechtel Enviro
Inc., Robert L. Gerosa, Inc., D'Onofrio General Contractors Corp., FTI Trucking Corp., Executive Medical Services
Robert Silman Associates, P.C., E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Big Apple Wrecking
&Construction Corp., 837 Endorsed Letter, 774 Notice (Other) filed by Plaza Construction Corp., 884 Notice (Othe
by Plaintiffs Liaison Counsel, 745 Rule 7.1 Corporate Disclosure Statement filed by WSP Cantor Seinuk, 678 Answ
Complaint filed by Tishman Construction Corporation of Manhattan, Tishman Interiors Corporation, Tishman Cons
Corporation of New York, 831 Affidavit in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutl
Consulting Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech
of Thornton Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc.,
Pitkin, Inc., Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Toma
Group, Inc., WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consu
Engineers, P.C., Vollmer Associates, LLP, 715 Rule 7.1 Corporate Disclosure Statement filed by Moretrench Ameri
Corp., 813 Memorandum of Law in Support of Motion,, filed by Gilsanz Murray Steficek LLP, Mueser Rutledge Co
Engineers, Ewell W. Finley, P.C., Leslie E. Robertson Associates Consulting Engineers, P.C., LZA Tech. – Div. of
Tomasetti Group, Goldstein Associates Consulting Engineers, P.C., Lockwood Kessler &Bartlett, Inc., Lucius Pitki
Skidmore Owings &Merrill LLP, MRA Engineering, P.C., Weidlinger Associates, Inc., Thornton Tomasetti Group,
WSP Cantor Seinuk, Simpson Gumpertz &Heger Inc., Robert Silman Associates, Buro Happold Consulting Engine
Vollmer Associates, LLP, 802 Notice (Other) filed by Plaintiffs Liaison Counsel, 794 Response to Discovery filed b
Holdings, L.L.C., 558 Memorandum of Law in Support of Motion filed by AMEC Construction Management, Inc.,
Construction Co. Inc., Turner/Plaza, A Joint Venture, Plaza Construction Management Corp., City of New York, T
Construction Company, Bovis Lend Lease Inc., Bovis Holdings Limited, Bovis Lend Lease Interiors, Inc., Tully Co
Corp., Bechtel, Tully Environmental Inc., Bovis Lend Lease, Inc., Bechtel Construction, Inc., Plaza Construction Co
Bovis Lend Lease LMB, Inc., Tully Construction Company, Bovis International, Inc., Bechtel Corporation, Bechtel
Associates Professiona;l Corporation, Tully Industries, Inc., Bechtel Environmental, Inc., Turner Construction Inter
L.L.C., 648 Notice (Other), 2350 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2208 Declaration in Su
Motion, filed by Plaintiffs Liaison Counsel, 2280 Endorsed Letter, 2226 Notice of Appeal, 2212 Declaration in Supp
Motion filed by Plaintiffs Liaison Counsel, 2221 MOTION for Extension of Time filed by En–Tech Corp., DMT En
Inc., AMEC Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Con
Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering,
Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., Rodar Enterprises, Inc., W
Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Atlantic Heydt Corp., Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, In
E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Weidlinger Associates, Inc.,
Happold Consulting Engineers, P.C., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yann
&Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, H
Welding Services, Inc., Mazzocchi Wrecking, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Skidmo
Owings &Merrill, LLP, Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Gr
Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking

Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Eq
Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., HP Environmental, Inc., Francis A
Company, LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associates, P., E.
Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Speci
Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Apple Wrecking &Construction Corp., Nicholson Construction Company, Lucius Pitkin, Inc., Mueser Rutledge Cor
Engineers, 2168 Declaration, filed by Plaintiffs Liaison Counsel, 2138 Order, 2361 Declaration in Support, filed by
Liaison Counsel, 2201 Memo Endorsement, 2189 Declaration in Opposition to Motion, filed by Plaintiffs Liaison C
2328 Stipulation and Order of Dismissal, 2341 Order, 2160 Declaration in Opposition filed by Gregory J Cannata
&Associates, 2269 Order, 2277 MOTION for Attorney Fees Declaration of Denise A. Rubin, Exhibits to be filed wi
with clerk's office filed by Plaintiffs Liaison Counsel, 2190 Memorandum of Law in Support of Motion, filed by Mo
Medical Center, 2299 Order, 2159 Affirmation in Support filed by Plaintiffs Liaison Counsel, 2331 MOTION Repo
Defendants' Objections Papers filed 1–31–11 filed by Plaintiffs Liaison Counsel, 2268 Order, 2219 Endorsed Letter
Order on Motion to Compel, 2257 Order, 2267 Order, 2228 Order on Motion for Extension of Time, 2173 Endorsed
2283 Endorsed Letter, Set Deadlines/Hearings, 2236 Stipulation and Order of Dismissal, 2194 Affidavit of Service
filed by Plaintiffs Liaison Counsel, 2354 Stipulation and Order of Dismissal, 2291 Stipulation and Order of Volunta
Dismissal, 2265 Memo Endorsement, 2187 Order of Dismissal, 2210 Declaration in Support of Motion filed by Plai
Liaison Counsel, 2285 Endorsed Letter, 2216 MOTION to Compel Certain Medical Providers to Respond to Subpo
Duces Tecum filed by Plaintiffs Liaison Counsel, 2344 Declaration in Support of Motion filed by Plaintiffs Liaison
2227 Endorsed Letter, Set Deadlines/Hearings, 2139 Order, Set Deadlines/Hearings, 2333 Order, 2242 Order, 2182
2161 Declaration in Opposition to Motion, filed by Gregory J Cannata &Associates, 2337 Declaration in Support of
filed by Plaintiffs Liaison Counsel, 2206 Order, Set Deadlines/Hearings, 2158 Order, Set Deadlines/Hearings, 2163
filed by Plaintiffs Liaison Counsel, 2260 Notice (Other) filed by Plaintiffs Liaison Counsel, 2321 Stipulation and Or
Dismissal, 2193 Notice (Other) filed by Plaintiffs Liaison Counsel, 2167 Reply filed by Plaintiffs Liaison Counsel,
Stipulation and Order of Voluntary Dismissal, Add and Terminate Parties, 2284 Endorsed Letter, Set Deadlines/Hea
2312 Notice of Appeal, filed by AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., A Rus
Wrecking, Inc., 2217 Declaration in Support of Motion, filed by Plaintiffs Liaison Counsel, 2199 Memo Endorseme
Memorandum of Law in Support filed by Plaintiffs Liaison Counsel, 2348 MOTION to Compel the WTC Captive I
Company, Inc. to allow eligible Plaintiffs to participate in the settlement filed by Plaintiffs Liaison Counsel, 2264 O
Deadlines/Hearings, 2351 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2195 Stipulation and Order of
Dismissal, 2301 Memo Endorsement, 2294 Stipulation and Order of Voluntary Dismissal, 2145 Certificate of Servi
filed by Plaintiffs Liaison Counsel, 2211 MOTION for Discovery. filed by Plaintiffs Liaison Counsel, 2317 Stipulat
Order of Dismissal, Add and Terminate Parties, 2313 FRCP Rule 5d Memo – Sent to Chambers, 2256 Endorsed Let
Declaration filed by Plaintiffs Liaison Counsel, 2254 Endorsed Letter, 2307 Affirmation in Opposition to Motion, fi
Richard Mighdoll, 2276 MOTION for Attorney Fees Memorandum of Law and Facts filed by Plaintiffs Liaison Cou
2250 USCA Order, 2355 Stipulation and Order of Dismissal, 2202 Order, 2297 Endorsed Letter, Set Deadlines, 228
Endorsed Letter, 2186 Order of Dismissal, Set Deadlines/Hearings, 2178 Memorandum of Law in Support of Motio
James McFadden, 2322 Stipulation and Order of Dismissal, 2243 Notice (Other) filed by Plaintiffs Liaison Counsel,
Memorandum of Law in Support of Motion, filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction
Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., D
Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Leas
Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterpri
Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro S
Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling
Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting C
Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Component Assembly
Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro H
Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Ro
Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tom
Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill
Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton To
Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI T
Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tu
Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Compa
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co
Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat
L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W
&Construction Corp., 2141 Endorsed Letter, 2318 Stipulation and Order of Dismissal, 2225 Order, Set Deadlines/He
2259 Order, 2181 Memorandum &Opinion, 2169 Stipulation and Order, Terminate Deadlines and Hearings, 2314 B
by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP,
Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Cann
Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter
Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., W

Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety S
LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Coron
Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Yannuzzi &Sons, Inc., A Russo
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associat
Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Liberty Mut
Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge Consulting Eng
Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2143 Notice (Other) filed by Plaintiffs Liaison Coun
Endorsed Letter, Set Deadlines/Hearings, 2345 Endorsed Letter, 2339 Brief, filed by En–Tech Corp., DMT Enterpri
AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co
Hudson Meridian Construction Group, L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Pinnacle Environmental Corp., Fleet Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co.
Contractors, Inc., Manafort Brothers, Inc., Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construct
Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Mazzocchi Wrecking, Atlantic Heydt Corp., City of
York, Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson
Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C
Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &So
A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Weldin
Services, Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Turner/Plaza,
Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Const
Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associates Consulting Enginee
WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corporation, Plaza Construction C
Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting
Simpson Gumpertz &Heger Inc., Robert Silman Associates, P.C., Brer–Four Transportation Corp., New York Cran
&Equipment Corp., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C
Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple Wrecking
&Construction Corp., 2184 Order,, 2293 Stipulation and Order of Voluntary Dismissal,, 2316 Stipulation and Order
Dismissal,, 2253 Stipulation and Order of Dismissal,, 2342 Affirmation, filed by Plaintiffs Liaison Counsel, 2295 E
Letter, 2274 Endorsed Letter,, 2360 Memorandum of Law in Opposition to Motion, filed by En–Tech Corp., DMT
Enterprise, Inc., AMEC Construction Management, Inc., Skidmore Owings &Merrill LLP, SAB Trucking, Inc., Cor
Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C., Canron Construction Corp., Safeway Environm
Corp., MRA Engineering, P.C., Bovis Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting C
AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, In
Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers,
Evergreen Recycling of Corona, Dakota Demo–Tech, Inc., Robert Silman Associates, C.B. Contracting Corp., Tully
Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of Nev
Semcor Equipment and Manufacturing Corporation, Component Assembly Systems, Inc., Leslie E. Robertson Asso
R.L.L.P., Skanska Koch, Inc., Turner Construction Company, Buro Happold Consulting Engineers, P.C., Weidlinge
Associates, Inc., Nacirema Industries, Inc., Moretrench American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A
Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Thornton Tomasetti Group, Hallen Welding Service
Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP,
Turner/Plaza, A Joint Venture, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Cartin
Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Corp., Goldstein Associa
Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equipment Rental Corpo
Plaza Construction Corp., Executive Medical Services, P.C., Nicholson Construction Co., Francis A. Lee Company,
Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Brer–Four Transportati
New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Cortese Specialized Hauling, LLC, I
Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Materials, L.L.C., Mueser Rutledge
Consulting Engineers, Lucius Pitkin, Inc., Big Apple Wrecking &Construction Corp., 2183 Order,, Set Deadlines/H
2151 Response in Opposition to Motion, filed by Plaintiffs Liaison Counsel, 2203 Order,, 2196 Reply Memorandu
in Support of Motion filed by James McFadden, 2302 Memo Endorsement, 2213 Order,, 2246 Endorsed Letter, 2155
Declaration, filed by Plaintiffs Liaison Counsel, 2149 Order, 2172 Endorsed Letter, 2164 Notice (Other) filed by Pla
Liaison Counsel, 2150 Objection (non–motion) filed by Plaintiffs Liaison Counsel, 2162 Declaration in Opposition,
Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2204 Stipulation and Order, Add and Terminate Attorne

Endorsed Letter, 2306 Response to Motion, filed by Robert Vecchione, 2249 Endorsed Letter, Set Deadlines, 2320 Stipulation and Order of Dismissal, 2346 USCA Order, 2175 Endorsed Letter, 2273 Endorsed Letter, 2340 Stipulati Order of Dismissal, 2142 Endorsed Letter, 2296 Order, 2278 Endorsed Letter, 2352 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2343 Order, Set Hearings, 2353 Stipulation and Order of Dismissal, 2224 Endorsed Lette Deadlines/Hearings, 2323 Stipulation and Order of Dismissal, 2248 Order, 2334 Stipulation and Order of Dismissal Affirmation in Opposition to Motion filed by David Nolan, 2218 Order, Set Hearings, 2311 Response to Motion, fil Plaintiffs Liaison Counsel, 2319 Affirmation in Opposition to Motion, filed by Robert Zane, Lawrence Ford, Edwar Galanek, James Melendez, Patrick Arcese, Teresa Hartey, Robert Esposito, Yvonne Leon, Denise Esposito, Albert F 2148 Memorandum of Law in Support of Motion, filed by Plaintiffs Liaison Counsel, 2153 Memorandum of Law fi Plaintiffs Liaison Counsel, 2180 Stipulation and Order, 2272 Order, 2324 MOTION to Vacate filed by Plaintiffs Liai Counsel, 2229 Memorandum of Law in Opposition filed by Plaintiffs Liaison Counsel, 2308 Response to Motion fil John Baiano, 2286 Order, Set Deadlines, 2335 Endorsed Letter, 2152 Declaration, filed by Plaintiffs Liaison Counse Declaration in Support, filed by Plaintiffs Liaison Counsel, 2304 Stipulation and Order, 2245 Stipulation and Order, Deadlines/Hearings, 2266 Order, 2171 Stipulation and Order, 2336 Notice of Appearance filed by Gilsanz Murray S LLP, 2198 Order on Motion to Compel, Order on Motion to Vacate, 2191 Affirmation in Opposition, filed by Plaint Liaison Counsel, 2230 Endorsed Letter, Set Deadlines, 2255 Endorsed Letter, 2146 Order, Set Deadlines/Hearings, MOTION to Vacate. filed by Plaintiffs Liaison Counsel, 2147 MOTION Response to Sua Sponte Order by Court (S Sponte Order of August 4, 2010) MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4 MOTION Response to Sua Sponte Order by Court (Sua Sponte Order of August 4, 2010) filed by Plaintiffs Liaison 2174 Stipulation and Order, Set Deadlines, 2325 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2270 E Letter, 2197 Notice of Appearance filed by Robert Vecchione, 2205 Endorsed Letter, 2239 Endorsed Letter, Set Dea 2290 Stipulation and Order of Voluntary Dismissal, 2192 Order on Motion for Miscellaneous Relief, 2287 USCA M 2298 Order, 2289 Stipulation and Order of Voluntary Dismissal, 2338 Declaration in Support of Motion filed by Pla Liaison Counsel, 2200 Order, 2244 Order, 2282 Order, 2315 Stipulation and Order of Dismissal, 2220 MOTION for Extension of Time. filed by En–Tech Corp., DMT Enterprise, Inc., AMEC Construction Management, Inc., Skidmo Owings &Merrill LLP, SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Group, L.L.C Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., Bovis Le LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, Inc., Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., Fleet Tr Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Inc., Ever Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC, Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corporation, Co Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Construction Compa Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moretrench American Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA Tech. – Div. of Th Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Diamond Point Excavating Corp., Gilsanz Murray Steficek LLP, Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Inc., FTI Trucking Cor Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlett, Inc., Tucci Equ Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee Company, HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Associati Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Anthony Co Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rental &Mat L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company, Big Apple W &Construction Corp., 2356 Stipulation and Order of Dismissal, 2188 MOTION to Compel Defendant The Port Auth New York and New Jersey to reimburse Mount Sinai for the costs it incurred in responding to the Port Authority's su and in preparing this motion MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Rule 6.3 MOTION to Vacate the Court's September 13, 2010 pursuant to FRCP 59(e) and Local Civil Rule 6.3 filed Mount Sinai Medical Center, 2231 Order, Set Deadlines/Hearings, 2292 Stipulation and Order of Voluntary Dismis Declaration in Support of Motion, filed by Gilsanz, Murray, Steficek, LLP, En–Tech Corp., DMT Enterprise, Inc., A Construction Management, Inc., SAB Trucking, Inc., Cord Contracting Co. Inc., Hudson Meridian Construction Gro L.L.C., Dakota Demo–Tech, Canron Construction Corp., Safeway Environmental Corp., MRA Engineering, P.C., B Lend Lease LMB, Inc., Peter Scalamandre &Sons, Inc., PT &L Contracting Corp., AMEC Earth &Environmental, I Rodar Enterprises, Inc., Weeks Marine, Inc., Yonkers Contracting Company, Inc., Pinnacle Environmental Corp., F Trucking, Inc., Pro Safety Services, LLC, Ewell W. Finley, P.C., Berkel &Co. Contractors, Inc., Manafort Brothers, Evergreen Recycling of Corona, C.B. Contracting Corp., Tully Construction Co., Inc., Total Safety Consulting, LLC Silverite Contracting Corp., Atlantic Heydt Corp., City of New York, Semcor Equipment and Manufacturing Corpo Component Assembly Systems, Inc., Leslie E. Robertson Associates, R.L.L.P., Skanska Koch, Inc., Turner Constru Company, Buro Happold Consulting Engineers, P.C., Weidlinger Associates, Inc., Nacirema Industries, Inc., Moret American Corp., Royal GM, Inc., Yannuzzi &Sons, Inc., A Russo Wrecking, Inc., Vollmer Associates, LLP, LZA T Div. of Thornton Tomasetti Group, Hallen Welding Services, Inc., Mazzocchi Wrecking Inc., Breeze National, Inc., Skidmore Owings &Merrill, LLP, Diamond Point Excavating Corp., Eagle One Roofing Contractors, Inc., Thornton Tomasetti Group, Inc., Breeze Carting, Inc., Laquila Construction, Inc., Diversified Carting, Inc., Robert L. Gerosa, Trucking Corp., Goldstein Associates Consulting Engineers, P.C., WSP Cantor Seinuk, Lockwood Kessler &Bartlet

Tucci Equipment Rental Corporation, Plaza Construction Corp., Executive Medical Services, P.C., Francis A. Lee C
HP Environmental, Inc., LaStrada General Contracting Corp., Simpson Gumpertz &Heger Inc., Robert Silman Asso
P.C., Brer–Four Transportation Corp., New York Crane &Equipment Corp., Wolkow Braker Roofing Corp., Antho
Cortese Specialized Hauling, LLC, Inc., Liberty Mutual Insurance Company, E.J. Davies, Inc., J.P. Equipment Rent
&Materials, L.L.C., Mueser Rutledge Consulting Engineers, Lucius Pitkin, Inc., Nicholson Construction Company,
Apple Wrecking &Construction Corp., 2240 Stipulation and Order of Voluntary Dismissal,, 2252 Order, 2305 Stipu
and Order,, 2330 Stipulation and Order of Dismissal, 2144 USCA Order,, 2262 Memo Endorsement, 2300 Endorsed
2258 Stipulation and Order of Dismissal, 2303 Memo Endorsement, 2176 MOTION to Set Aside Judgment Dismiss
action filed by James McFadden, 2207 MOTION to Compel Certain United States Social Security Administration C
Respond to Subpoenas Duces Tecum filed by Plaintiffs Liaison Counsel, 2279 Notice (Other) filed by Plaintiffs Lia
Counsel, 2329 Stipulation and Order of Dismissal, 2234 Declaration in Support of Motion, filed by Plaintiffs Liaiso
Counsel, 2251 Stipulation and Order of Dismissal, 2156 Memorandum of Law in Opposition to Motion filed by The
Authority of New York &New Jersey, 2215 Order, Set Deadlines/Hearings, 2309 Affirmation in Opposition to Moti
by Michelle Haskett–Godbee, 2238 Order, 2140 Notice (Other) filed by Plaintiffs Liaison Counsel, 2275 MOTION
Attorney Fees (Common Benefit Attorney Fees) filed by Plaintiffs Liaison Counsel, 2288 Response to Motion filed
Fitzpatrick, 2257 Declaration in Opposition to Motion, filed by The Port Authority of New York &New Jersey, 2337
Endorsed Letter, 2166 Reply Affirmation in Support, filed by Plaintiffs Liaison Counsel, 2233 MOTION to Compel
CERTAIN UNITED STATES SOCIAL SECURITY ADMINISTRATION OFFICES TO RESPOND TO SUBPOE
DUCES TECUM filed by Plaintiffs Liaison Counsel, 2209 MOTION for Discovery filed by Plaintiffs Liaison Coun
Declaration in Support of Motion filed by James McFadden, 2232 Order, Set Deadlines/Hearings, 2241 Order, 2179
USCA Case Number 11–0355, 2460 Order on Motion to Dismiss, 2462 Stipulation and Order, 2413 MOTION to D
filed by Plaintiffs Liaison Counsel, 2403 Order, Set Deadlines/Hearings, 2448 Stipulation and Order of Voluntary D
2465 Stipulation and Order of Voluntary Dismissal, 2383 Order, 2450 Order on Motion to Dismiss, 2398 Stipulatio
Order of Dismissal, 2395 Letter, 2363 Order of Discontinuance, 2486 Order, 2373 Order on Motion for Attorney Fe
Order, 2475 Notice (Other) filed by Plaintiffs Liaison Counsel, 2420 Stipulation and Order of Voluntary Dismissal,
Stipulation and Order of Dismissal, 2477 Order of Dismissal, 2488 Memo Endorsement, 2464 Stipulation and Orde
Dismissal, 2445 Declaration filed by Plaintiffs Liaison Counsel, 2493 Memo Endorsement, 2495 Stipulation and Or
Voluntary Dismissal, 2367 Reply Memorandum of Law in Support of Motion filed by Plaintiffs Liaison Counsel, 24
Stipulation and Order of Dismissal, 2416 Stipulation and Order of Dismissal, 2485 Order, 2458 Stipulation and Ord
Dismissal, 2455 JOINT MOTION to Dismiss Claims against the Port Authority of New York and New Jersey filed
Plaintiffs Liaison Counsel, 2400 Order, 2471 Order, 2474 Order on Motion to Dismiss, 2414 Declaration in Opposit
by Plaintiffs Liaison Counsel, 2391 Memo Endorsement, 2392 Order on Motion to Compel, 2470 Rule 7.1 Corporat
Disclosure Statement filed by Bovis Lend Lease LMB, Inc., 2428 MOTION for Summary Judgment Notice of Moti
Summary Judgment Dismissing Complaints against The Port Authority for lack of subject matter Jurisdiction. filed
Port Authority of New York &New Jersey, 2483 Stipulation and Order of Dismissal, Add and Terminate Parties, 24
Stipulation and Order of Voluntary Dismissal, 2401 Order, 2419 Order of Dismissal, 2370 Stipulation and Order of
Dismissal, 2468 Order, 2376 Stipulation and Order of Dismissal, 2481 Declaration in Support, filed by Plaintiffs Lia
Counsel, 2453 Stipulation and Order of Dismissal, 2442 Stipulation and Order, 2384 Memo Endorsement, 2497 Stip
and Order, 2456 Declaration in Support, filed by Plaintiffs Liaison Counsel, 2405 Order, 2379 Memorandum of Law
Support of Motion filed by Plaintiffs Liaison Counsel, 2463 Stipulation and Order of Voluntary Dismissal, 2434 De
in Support filed by Plaintiffs Liaison Counsel, 2440 Declaration in Support, filed by Plaintiffs Liaison Counsel, 241
Endorsement, 2410 Endorsed Letter, 2496 Order, 2441 Declaration filed by Plaintiffs Liaison Counsel, 2433 FIRST
MOTION to Dismiss filed by Plaintiffs Liaison Counsel, 2397 Stipulation and Order of Voluntary Dismissal, 2480 M
to Dismiss Claims Against Taylor Recycling, LLC filed by Plaintiffs Liaison Counsel, 2489 Order, 2366 Stipulation
Order of Dismissal, 2446 Memo Endorsement, 2425 Stipulation and Order of Voluntary Dismissal, 2447 Stipulation
Order of Dismissal, 2372 Order on Motion to Compel, 2389 Order, Set Deadlines/Hearings, 2406 SECOND MOTIO
Reopen Case filed by Plaintiffs Liaison Counsel, 2492 Order, 2432 Endorsed Letter, Set Deadlines, 2402 Memo
Endorsement, 2451 Stipulation and Order of Dismissal, 2438 Endorsed Letter, Set Deadlines/Hearings, 2377 Stipula
Order of Dismissal, 2490 Order of Dismissal, 2479 Order on Motion to Set Aside Judgment, 2380 Order, 2396 Orde
Order, 2412 Order, 2411 Memo Endorsement, 2399 Order, 2375 Order on Motion to Vacate, 2408 Declaration in Su
Motion, filed by Plaintiffs Liaison Counsel, 2467 Endorsed Letter, 2374 Order on Motion to Vacate, 2469 Memo
Endorsement, 2390 Notice (Other) filed by Plaintiffs Liaison Counsel, 2394 Endorsed Letter, Set Deadlines/Hearing
Stipulation and Order of Voluntary Dismissal, 2454 Endorsed Letter, 2423 Stipulation and Order of Voluntary Dism
2386 MOTION Extension and Protection of Client Privileges and Confidences. filed by Plaintiffs Liaison Counsel,
Declaration in Support, filed by Plaza Construction Management Corp., 2387 Endorsed Letter, 2364 Stipulation and
Dismissal, 2472 Order, 2427 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2404 Endorsed Letter, 2409 Noti
Appearance filed by Noah H. Kushlefsky, 2487 Notice of Appeal filed by Hector Flamenco, 2452 Stipulation and O
Dismissal, 2369 MOTION to Serve filed by Hector Flamenco, 2393 Stipulation and Order, Add and Terminate Part
Declaration, filed by Plaintiffs Liaison Counsel, 2437 Order, Set Hearings, 2436 Order, 2424 Stipulation and Order
Voluntary Dismissal, 2439 MOTION to Dismiss Defendant Phillips &Jordan, Inc. filed by Plaintiffs Liaison Counse
Notice (Other) filed by Gregory J. Cannata &Associates and Robert A. Grochow, P.C., 2382 Stipulation and Order o
Dismissal, 2431 Order, 2430 Memorandum of Law in Support of Motion, filed by The Port Authority of New York
Jersey, 2381 Notice of Appeal filed by Plaintiffs Liaison Counsel, 2362 Order, 2466 Memo Endorsement, 2407 Not
Appeal, 2378 MOTION to Vacate Order of February 7, 2011 Appointing Special Counsel filed by Plaintiffs Liaison

| | | |
|---|---|---|
| | | 2435 Memo Endorsement, 2476 Order, 2484 Order on Motion to Dismiss, 2461 Stipulation and Order, 2371 Order o Motion to Serve, 2426 Stipulation and Order of Dismissal, 2459 Order, 2443 MOTION to Dismiss Claims Against I Environmental &Geological Science and Management, LLC filed by Plaintiffs Liaison Counsel, 2491 Order, Add a Terminate Parties, 2473 Order, 2422 Stipulation and Order of Voluntary Dismissal, 2429 Declaration in Support of filed by The Port Authority of New York &New Jersey were transmitted to the U.S. Court of Appeals. (nd) (Entered 07/24/2012) |
| 7/24/2012 | 2865 | AFFIDAVIT of Christine LaSala in Support re: 2862 MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memoran &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (F $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOT Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 28 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (F $ 46.00.) MOTION to Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOT Stay re: 2860 Clerk's Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.) MOTION to Stay re: 2860 C Judgment,,, 2858 Memorandum &Opinion,,. (Filing Fee $ 46.00.). Document filed by Anthony Cortese Specialized LLC, Atlantic Heydt Corp., Berkel &Co. Contractors, Inc., Big Apple Wrecking &Construction Corp., Bovis Lend I LMB, Inc., Breeze Carting, Inc., Breeze National, Inc., Brer–Four Transportation Corp., Buro Happold Consulting Engineers, P.C., C.B. Contracting Corp., Canron Construction Corp., City of New York, Component Assembly Sys Inc., Cord Contracting Co. Inc., DMT Enterprise, Inc., Dakota Demo–Tech, Diamond Point Excavating Corp., Dive Carting, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En–Tech Corp., Evergreen Recycling of Coron W. Finley, P.C., Executive Medical Services, P.C., FTI Trucking Corp., Fleet Trucking, Inc., Francis A. Lee Compa Gilsanz Murray Steficek LLP, Goldstein Associates Consulting Engineers, P.C., HP Environmental, Inc., Hallen W Services, Inc., Hudson Meridian Construction Group, L.L.C., J.P. Equipment Rental &Materials, L.L.C., LZA Tech of Thornton Tomasetti Group, LaStrada General Contracting Corp., Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler &Bartlett, Inc., Lucius Pitkin, Inc., M Engineering, P.C., Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Moretrench American Corp., Mueser Rutledg Consulting Engineers, Nacirema Industries, Inc., New York Crane &Equipment Corp., Nicholson Construction Com PT &L Contracting Corp., Peter Scalamandre &Sons, Inc., Pinnacle Environmental Corp., Plaza Construction, Inc. Safety Services, LLC, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., SAB Truckin Safeway Environmental Corp., Semcor Equipment and Manufacturing Corporation, Silverite Contracting Corp., Sim Gumpertz &Heger Inc., Skanska Koch, Inc., Skidmore Owings &Merrill LLP, Thornton Tomasetti Group, Inc., Tot Consulting, LLC, Tucci Equipment Rental Corporation, Tully Construction Co., Inc., Turner Construction Company Turner/Plaza, A Joint Venture, Vollmer Associates, LLP, WSP Cantor Seinuk, Weeks Marine, Inc., Weidlinger Ass Consulting Engineers, P.C., A Russo Wrecking, Inc., AMEC Construction Management, Inc., AMEC Earth &Environmental, Inc., Wolkow Braker Roofing Corp., Yannuzzi &Sons, Inc., Yonkers Contracting Company, Inc.. James) (Entered: 07/24/2012) |
| 7/24/2012 | 2866 | AFFIDAVIT of Jeffrey A. Nemerov in Opposition re: 2747 MOTION to Authorize the Filing of Documents in Hard Form *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer N 2740, 2741]).* MOTION to Authorize the Filing of Documents in Hard Copy Form *(relating to Application in Suppo Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 2739, 2740, 2741]).* MOTION to Author Filing of Documents in Hard Copy Form *(relating to Application in Support of Request for Order Awarding Counse and Expenses [ECF/Pacer No. 2739, 2740, 2741]).* MOTION to Authorize the Filing of Documents in Hard Copy F *(relating to Application in Support of Request for Order Awarding Counsel Fees and Expenses [ECF/Pacer No. 27 2741]).*. Document filed by KEVIN DALY. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit I # 4 Exhibit Exhibit 4)(Nemerov, Jeffrey) (Entered: 07/24/2012) |
| 7/24/2012 | | USCA Appeal Fees received $ 455.00 receipt number 465401044489 on 07/24/2012 re: 2863 Notice of Cross Appe by Worby Groner Edelman &Napoli Bern, LLP. (nd) (Entered: 07/24/2012) |
| 7/24/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2863 Notice of C Appeal,. (nd) (Entered: 07/24/2012) |
| 7/25/2012 | 2868 | ORDER TO SHOW CAUSE: IT IS HEREBY ORDERED on this 25th day of July, 2012 that Plaintiffs Ruben Berri (06cv09001), Glenn S. Makuch (07cv10008), and Julio C. Marrero (06cv14833) (hereinafter "Plaintiffs") within ten days after service of this Order on the Plaintiffs, shall produce personally signed authorizations for the release of the from the United States Department of Justice's Victim Compensation Fund of 2001; and IT IS FURTHER ORDERE the Plaintiffs' failure to comply with the requirements of this Order shall result in the dismissal of their claims with p and IT IS FURTHER ORDERED, that Plaintiffs' Counsel shall serve a copy of this Order on the Plaintiffs personall by certified mail to their last known address; and IT IS FURTHER ORDERED that if any party objects to the requir of this Order, the objecting party shall show cause within ten (10) days after service of this Order to: Hon. Alvin K. Hellerstein, U.S.D.J. Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY 10007–13 Courtroom 14D. (Signed by Judge Alvin K. Hellerstein on 7/25/2012) (lmb) (Entered: 07/25/2012) |